# Exhibit I

# COMMENT

**EVOLUTION** Cooperation and conflict from ants and chimps to us **p.308**



**HISTORY** To fight denial, study Galileo and Arendt **p.309**

**CHEMISTRY** Three more unsung women — of astatine discovery **p.311**

**PUBLISHING** As well as ORCID ID and English, list authors in their own script **p.311**



ILLUSTRATION BY DAVID PARKINS

# Retire statistical significance

**Valentin Amrhein, Sander Greenland, Blake McShane** and more than 800 signatories call for an end to hyped claims and the dismissal of possibly crucial effects.

When was the last time you heard a seminar speaker claim there was 'no difference' between two groups because the difference was 'statistically non-significant'?

If your experience matches ours, there's a good chance that this happened at the last talk you attended. We hope that at least someone in the audience was perplexed if, as frequently happens, a plot or table showed that there actually was a difference.

How do statistics so often lead scientists to deny differences that those not educated in statistics can plainly see? For several generations, researchers have been warned that a statistically non-significant result does not 'prove' the null hypothesis (the hypothesis that there is no difference between groups or no effect of a treatment on some measured outcome)[1]. Nor do statistically significant results 'prove' some other hypothesis. Such misconceptions have famously warped the

literature with overstated claims and, less famously, led to claims of conflicts between studies where none exists.

We have some proposals to keep scientists from falling prey to these misconceptions.

## PERVASIVE PROBLEM

Let's be clear about what must stop: we should never conclude there is 'no difference' or 'no association' just because a *P* value is larger than a threshold such as 0.05 ▶

© 2019 Springer Nature Limited. All rights reserved.

**COMMENT**

or, equivalently, because a confidence interval includes zero. Neither should we conclude that two studies conflict because one had a statistically significant result and the other did not. These errors waste research efforts and misinform policy decisions.

For example, consider a series of analyses of unintended effects of anti-inflammatory drugs[2]. Because their results were statistically non-significant, one set of researchers concluded that exposure to the drugs was "not associated" with new-onset atrial fibrillation (the most common disturbance to heart rhythm) and that the results stood in contrast to those from an earlier study with a statistically significant outcome.

Now, let's look at the actual data. The researchers describing their statistically non-significant results found a risk ratio of 1.2 (that is, a 20% greater risk in exposed patients relative to unexposed ones). They also found a 95% confidence interval that spanned everything from a trifling risk decrease of 3% to a considerable risk increase of 48% ($P = 0.091$; our calculation). The researchers from the earlier, statistically significant, study found the exact same risk ratio of 1.2. That study was simply more precise, with an interval spanning from 9% to 33% greater risk ($P = 0.0003$; our calculation).

It is ludicrous to conclude that the statistically non-significant results showed "no association", when the interval estimate included serious risk increases; it is equally absurd to claim these results were in contrast with the earlier results showing an identical observed effect. Yet these common practices show how reliance on thresholds of statistical significance can mislead us (see 'Beware false conclusions').

These and similar errors are widespread. Surveys of hundreds of articles have found that statistically non-significant results are interpreted as indicating 'no difference' or 'no effect' in around half (see 'Wrong interpretations' and Supplementary Information).

In 2016, the American Statistical Association released a statement in *The American Statistician* warning against the misuse of statistical significance and *P* values. The issue also included many commentaries on the subject. This month, a special issue in the same journal attempts to push these reforms further. It presents more than 40 papers on 'Statistical inference in the 21st century: a world beyond $P < 0.05$'. The editors introduce the collection with the caution "don't say 'statistically significant'"[3]. Another article[4] with dozens of signatories also calls on authors and journal editors to disavow these terms.

We agree, and call for the entire concept of statistical significance to be abandoned.

We are far from alone. When we invited others to read a draft of this comment and sign their names if they concurred with our message, 250 did so within the first 24 hours. A week later, we had more than 800 signatories — all checked for an academic affiliation or other indication of present or past work in a field that depends on statistical modelling (see the list and final count of signatories in the Supplementary Information). These include statisticians, clinical and medical researchers, biologists and psychologists from more than 50 countries and across all continents except Antarctica. One advocate called it a "surgical strike against thoughtless testing of statistical significance" and "an opportunity to register your voice in favour of better scientific practices".

We are not calling for a ban on *P* values. Nor are we saying they cannot be used as a decision criterion in certain specialized applications (such as determining whether a manufacturing process meets some quality-control standard). And we are also not advocating for an anything-goes situation, in which weak evidence suddenly becomes credible. Rather, and in line with many others over the decades, we are calling for a stop to the use of *P* values in the conventional, dichotomous way — to decide whether a result refutes or supports a scientific hypothesis[5].

## QUIT CATEGORIZING

The trouble is human and cognitive more than it is statistical: bucketing results into 'statistically significant' and 'statistically non-significant' makes people think that the items assigned in that way are categorically different[6–8]. The same problems are likely to arise under any proposed statistical alternative that involves dichotomization, whether frequentist, Bayesian or otherwise.

Unfortunately, the false belief that crossing the threshold of statistical significance is enough to show that a result is 'real' has led scientists and journal editors to privilege such results, thereby distorting the literature. Statistically significant estimates are biased upwards in magnitude and potentially to a large degree, whereas statistically non-significant estimates are biased downwards in magnitude. Consequently, any discussion that focuses on estimates chosen for their significance will be biased. On top of this, the rigid focus on statistical significance encourages researchers to choose data and methods that yield statistical significance for some desired (or simply publishable) result, or that yield statistical non-significance for an undesired result, such as potential side effects of drugs — thereby invalidating conclusions.

The pre-registration of studies and a commitment to publish all results of all analyses can do much to mitigate these issues. However, even results from pre-registered studies can be biased by decisions invariably left open in the analysis plan[9]. This occurs even with the best of intentions.

Again, we are not advocating a ban on *P* values, confidence intervals or other statistical measures — only that we should not treat them categorically. This includes dichotomization as statistically significant or not, as well as categorization based on other statistical measures such as Bayes factors.

One reason to avoid such 'dichotomania' is that all statistics, including *P* values and confidence intervals, naturally vary from study to study, and often do so to a surprising degree. In fact, random variation alone can easily lead to large disparities in *P* values, far beyond falling just to either side of the 0.05 threshold. For example, even if researchers could conduct two perfect replication studies of some genuine effect, each with 80% power (chance) of achieving $P < 0.05$, it would not be very surprising for one to obtain $P < 0.01$ and the other $P > 0.30$.

*"Eradicating categorization will help to halt overconfident claims, unwarranted declarations of 'no difference' and absurd statements about 'replication failure'."*



**BEWARE FALSE CONCLUSIONS**
Studies currently dubbed 'statistically significant' and 'statistically non-significant' need not be contradictory, and such designations might cause genuine effects to be dismissed.

'Significant' study (low *P* value)

'Non-significant' study (high *P* value)

The observed effect (or point estimate) is the same in both studies, so they are not in conflict, even if one is 'significant' and the other is not.

Decreased effect ◄ No effect ► Increased effect

SOURCE: V. AMRHEIN ET AL.

© 2019 Springer Nature Limited. All rights reserved.

COMMENT

SOURCE: V. AMRHEIN ET AL.

Whether a *P* value is small or large, caution is warranted.

We must learn to embrace uncertainty. One practical way to do so is to rename confidence intervals as 'compatibility intervals' and interpret them in a way that avoids overconfidence. Specifically, we recommend that authors describe the practical implications of all values inside the interval, especially the observed effect (or point estimate) and the limits. In doing so, they should remember that all the values between the interval's limits are reasonably compatible with the data, given the statistical assumptions used to compute the interval[7-10]. Therefore, singling out one particular value (such as the null value) in the interval as 'shown' makes no sense.

We're frankly sick of seeing such nonsensical 'proofs of the null' and claims of non-association in presentations, research articles, reviews and instructional materials. An interval that contains the null value will often also contain non-null values of high practical importance. That said, if you deem all of the values inside the interval to be practically unimportant, you might then be able to say something like 'our results are most compatible with no important effect'.

When talking about compatibility intervals, bear in mind four things. First, just because the interval gives the values most compatible with the data, given the assumptions, it doesn't mean values outside it are incompatible; they are just less compatible. In fact, values just outside the interval do not differ substantively from those just inside the interval. It is thus wrong to claim that an interval shows all possible values.

Second, not all values inside are equally compatible with the data, given the assumptions. The point estimate is the most compatible, and values near it are more compatible than those near the limits. This is why we urge authors to discuss the point estimate, even when they have a large *P* value or a wide interval, as well as discussing the limits of that interval. For example, the authors above could have written: 'Like a previous study, our results suggest a 20% increase in risk of new-onset atrial fibrillation in patients given the anti-inflammatory drugs. Nonetheless, a risk difference ranging from a 3% decrease, a small negative association, to a 48% increase, a substantial positive association, is also reasonably compatible with our data, given our assumptions.' Interpreting the point estimate, while acknowledging its uncertainty, will keep you from making false declarations of 'no difference', and from making overconfident claims.

Third, like the 0.05 threshold from which it came, the default 95% used to compute intervals is itself an arbitrary convention. It is based on the false idea that there is a 95% chance that the computed interval itself contains the true value, coupled with the vague



**WRONG INTERPRETATIONS**
An analysis of 791 articles across 5 journals* found that around half mistakenly assume non-signi cance means no e ect.

Appropriately interpreted **49%**

Wrongly interpreted **51%**

**ARTICLES 79**

*Data taken from: P. Schatz et al. *Arch. Clin. Neuropsychol.* **20**, 1053–1059 (2005); F. Fidler et al. *Conserv. Biol.* **20**, 1539–1544 (2006); R. Hoekstra et al. *Psychon. Bull. Rev.* **13**, 1033–1037 (2006); F. Bernardi et al. *Eur. Sociol. Rev.* **33**, 1–15 (2017).

feeling that this is a basis for a confident decision. A different level can be justified, depending on the application. And, as in the anti-inflammatory-drugs example, interval estimates can perpetuate the problems of statistical significance when the dichotomization they impose is treated as a scientific standard.

Last, and most important of all, be humble: compatibility assessments hinge on the correctness of the statistical assumptions used to compute the interval. In practice, these assumptions are at best subject to considerable uncertainty[7,8,10]. Make these assumptions as clear as possible and test the ones you can, for example by plotting your data and by fitting alternative models, and then reporting all results.

Whatever the statistics show, it is fine to suggest reasons for your results, but discuss a range of potential explanations, not just favoured ones. Inferences should be scientific, and that goes far beyond the merely statistical. Factors such as background evidence, study design, data quality and understanding of underlying mechanisms are often more important than statistical measures such as *P* values or intervals.

The objection we hear most against retiring statistical significance is that it is needed to make yes-or-no decisions. But for the choices often required in regulatory, policy and business environments, decisions based on the costs, benefits and likelihoods of all potential consequences always beat those made based solely on statistical significance. Moreover, for decisions about whether to pursue a research idea further, there is no simple connection between a *P* value and the probable results of subsequent studies.

What will retiring statistical significance look like? We hope that methods sections

and data tabulation will be more detailed and nuanced. Authors will emphasize their estimates and the uncertainty in them — for example, by explicitly discussing the lower and upper limits of their intervals. They will not rely on significance tests. When *P* values are reported, they will be given with sensible precision (for example, *P* = 0.021 or *P* = 0.13) — without adornments such as stars or letters to denote statistical significance and not as binary inequalities (*P* < 0.05 or *P* > 0.05). Decisions to interpret or to publish results will not be based on statistical thresholds. People will spend less time with statistical software, and more time thinking.

Our call to retire statistical significance and to use confidence intervals as compatibility intervals is not a panacea. Although it will eliminate many bad practices, it could well introduce new ones. Thus, monitoring the literature for statistical abuses should be an ongoing priority for the scientific community. But eradicating categorization will help to halt overconfident claims, unwarranted declarations of 'no difference' and absurd statements about 'replication failure' when the results from the original and replication studies are highly compatible. The misuse of statistical significance has done much harm to the scientific community and those who rely on scientific advice. *P* values, intervals and other statistical measures all have their place, but it's time for statistical significance to go. ∎

**Valentin Amrhein** *is a professor of zoology at the University of Basel, Switzerland.* **Sander Greenland** *is a professor of epidemiology and statistics at the University of California, Los Angeles.* **Blake McShane** *is a statistical methodologist and professor of marketing at Northwestern University in Evanston, Illinois. For a full list of co-signatories, see Supplementary Information.*
*e-mail: v.amrhein@unibas.ch*

1.  Fisher, R. A. *Nature* **136**, 474 (1935).
2.  Schmidt, M. & Rothman, K. J. *Int. J. Cardiol.* **177**, 1089–1090 (2014).
3.  Wasserstein, R. L., Schirm, A. & Lazar, N. A. *Am. Stat.* https://doi.org/10.1080/00031305.2019.1583931 (2019).
4.  Hurlbert, S. H., Levine, R. A. & Utts, J. *Am. Stat.* https://doi.org/10.1080/00031305.2018.1543616 (2019).
5.  Lehmann, E. L. *Testing Statistical Hypotheses* 2nd edn 70–71 (Springer, 1986).
6.  Gigerenzer, G. *Adv. Meth. Pract. Psychol. Sci.* **1**, 198–218 (2018).
7.  Greenland, S. *Am. J. Epidemiol.* **186**, 639–645 (2017).
8.  McShane, B. B., Gal, D., Gelman, A., Robert, C. & Tackett, J. L. *Am. Stat.* https://doi.org/10.1080/0031305.2018.1527253 (2019).
9.  Gelman, A. & Loken, E. *Am. Sci.* **102**, 460–465 (2014).
10. Amrhein, V., Trafimow, D. & Greenland, S. *Am. Stat.* https://doi.org/10.1080/00031305.2018.1543137 (2019).

Supplementary information accompanies this article; see go.nature.com/2fc5nkm

Exhibit J

M J y 4 965

## P esident's Add ess

## The Environment and Disease: Association or Causation?

b H c c
(P o sso E so M s s,
U v s yo Lo o )

b v sso o v o ?
U b

1 h.

D 19

as great. On the other hand the death rate from coronary thrombosis in smokers is no more than twice, possibly less, the death rate in non-smokers. Though there is good evidence to support causation it is surely much easier in this case to think of some features of life that may go hand-in-hand with smoking – features that might conceivably be the real underlying cause or, at the least, an important contributor, whether it be lack of exercise, nature of diet or other factors. But to explain the pronounced excess in cancer of the lung in any other environmental terms requires some feature of life so intimately linked with cigarette smoking and with the amount of smoking that •such a feature should be easily detectable. If we cannot detect it or reasonably infer a specific one, then in such circumstances I think we are reasonably entitled to reject the vague contention of the armchair critic 'you can't prove it, there *may* be such a feature'.

Certainly in this situation I would reject the argument sometimes advanced that what matters is the absolute difference between the death rates of our various groups and not the ratio of one to other. That depends upon what we want to know. If we want to know how many extra deaths from cancer of the lung will take place through smoking (i.e. presuming causation), then obviously we must use the absolute differences between the death rates – 0·07 per 1,000 per year in non-smoking doctors, 0·57 in those smoking 1–14 cigarettes daily, 1·39 for 15–24 cigarettes daily and 2·27 for 25 or more daily. But it does not follow here, or in more specifically occupational problems, that this best measure of the effect upon mortality is also the best measure in relation to ætiology. In this respect the ratios of 8, 20 and 32 to 1 are far more informative. It does not, of course, follow that the differences revealed by ratios are of any practical importance. Maybe they are, maybe they are not; but that is another point altogether.

We may recall John Snow's classic analysis of the opening weeks of the cholera epidemic of 1854 (Snow 1855). The death rate that he recorded in the customers supplied with the grossly polluted water of the Southwark and Vauxhall Company was in truth quite low – 71 deaths in each 10,000 houses. What stands out vividly is the fact that the small rate is 14 times the figure of 5 deaths per 10,000 houses supplied with the sewage-free water of the rival Lambeth Company.

In thus putting emphasis upon the strength of an association we must, nevertheless, look at the obverse of the coin. We must not be too ready to dismiss a cause-and-effect hypothesis merely on

the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so. Relatively few persons harbouring the meningococcus fall sick of meningococcal meningitis. Relatively few persons occupationally exposed to rat's urine contract Weil's disease.

(2) *Consistency:* Next on my list of features to be specially considered I would place the *consistency* of the observed association. Has it been repeatedly observed by different persons, in different places, circumstances and times?

This requirement may be of special importance for those rare hazards singled out in the Section's terms of reference. With many alert minds at work in industry today many an environmental association may be thrown up. Some of them on the customary tests of statistical significance will appear to be unlikely to be due to chance. Nevertheless whether chance is the explanation or whether a true hazard has been revealed may sometimes be answered only by a repetition of the circumstances and the observations.

Returning to my more general example, the Advisory Committee to the Surgeon-General of the United States Public Health Service found the association of smoking with cancer of the lung in 29 retrospective and 7 prospective inquiries (US Department of Health, Education & Welfare 1964). The lesson here is that broadly the same answer has been reached in quite a wide variety of situations and techniques. In other words we can justifiably infer that the association is not due to some constant error or fallacy that permeates every inquiry. And we have indeed to be on our guard against that.

Take, for instance, an example given by Heady (1958). Patients admitted to hospital for operation for peptic ulcer are questioned about recent domestic anxieties or crises that may have precipitated the acute illness. As controls, patients admitted for operation for a simple hernia are similarly quizzed. But, as Heady points out, the two groups may not be *in pari materia*. If your wife ran off with the lodger last week you still have to take your perforated ulcer to hospital without delay. But with a hernia you might prefer to stay at home for a while – to mourn (or celebrate) the event. No number of exact repetitions would remove or necessarily reveal that fallacy.

We have, therefore, the somewhat paradoxical position that the different results of a different inquiry certainly cannot be held to refute the

Case 3:16-md-02738-MAS-RLS   Document 9739-10   Filed 05/07/19   Page 8 of 400 PageID: 41616

original evidence; yet the same results from precisely the same form of inquiry will not invariably greatly strengthen the original evidence. I would myself put a good deal of weight upon similar results reached in quite different ways, e.g. prospectively and retrospectively.

Once again looking at the obverse of the coin there will be occasions when repetition is absent or impossible and yet we should not hesitate to draw conclusions. The experience of the nickel refiners of South Wales is an outstanding example. I quote from the Alfred Watson Memorial Lecture that I gave in 1962 to the Institute of Actuaries:

'The population at risk, workers and pensioners, numbered about one thousand. During the ten years 1929 to 1938, sixteen of them had died from cancer of the lung, eleven of them had died from cancer of the nasal sinuses. At the age specific death rates of England and Wales at that time, one might have anticipated one death from cancer of the  lung (to compare with the 16), and a fraction of a death from cancer of the nose (to compare with the 11). In all other bodily sites cancer had appeared on the death certificate 11 times and one would have expected it to do so 10–11 times. There had been 67 deaths from all other causes of mortality and over the ten years' period 72 would have been expected at the national death rates. Finally division of the population at risk in relation to their jobs showed that the excess of cancer of the lung and nose had fallen wholly upon the workers employed in the chemical processes.

'More recently my colleague, Dr Richard Doll, has brought this story a stage further. In the nine years 1948 to 1956 there had been, he found, 48 deaths from cancer of the lung and 13 deaths from cancer of the nose. He assessed the numbers expected at normal rates of mortality as, respectively 10 and 0·1.

'In 1923, long before any special hazard had been recognized, certain changes in the refinery took place. No case of cancer of the nose has been observed in any man who first entered the works after that year, and in these men there has been no excess of cancer of the lung. In other words, the excess in both sites is uniquely a feature in men who entered the refinery in, roughly, the first 23 years of the present century.

'No causal agent of these neoplasms has been identified. Until recently no animal experimentation had given any clue or any support to this wholly statistical evidence. Yet I wonder if any of us would hesitate to accept it as proof of a grave industrial hazard?' (Hill 1962).

In relation to my present discussion I know of no parallel investigation. We have (or certainly had) to make up our minds on a unique event; and there is no difficulty in doing so.

(3) S  c  city  One reason, needless to say, is the specificity of the association, the third characteristic which invariably we must consider. If, as here, the association is limited to specific workers and to particular sites and types of disease and there is no association between the work and other modes of dying, then clearly that is a strong argument in favour of causation.

We must not, however, over-emphasize the importance of the characteristic. Even in my present example there is a cause and effect relationship with two different sites of cancer – the lung and the nose. Milk as a carrier of infection and, in that sense, the cause of disease can produce such a disparate galaxy as scarlet fever, diphtheria, tuberculosis, undulant fever, sore throat, dysentery and typhoid fever. Before the discovery of the underlying factor, the bacterial origin of disease, harm would have been done by pushing too firmly the need for specificity as a necessary feature before convicting the dairy.

Coming to modern times the prospective investigations of smoking and cancer of the lung have been criticized for not showing specificity – in other words the death rate of smokers is higher than the death rate of non-smokers from many causes of death (though in fact the results of Doll & Hill, 1964, do not show that). But here surely one must return to my first characteristic, the strength of the association. If other causes of death are raised 10, 20 or even 50% in smokers whereas cancer of the lung is raised 900–1,000% we have specificity – a specificity in the magnitude of the association.

We must also keep in mind that diseases may have more than one cause. It has always been possible to acquire a cancer of the scrotum without sweeping chimneys or taking to mule-spinning in Lancashire. One-to-one relationships are not frequent. Indeed I believe that multi-causation is generally more likely than single causation though possibly if we knew all the answers we might get back to a single factor.

In short, if specificity exists we may be able to draw conclusions without hesitation; if it is not apparent, we are not thereby necessarily left sitting irresolutely on the fence.

(4) T    orality  My fourth characteristic is the temporal relationship of the association – which is the cart and which the horse? This is a question which might be particularly relevant with diseases of slow development. Does a particular diet lead to disease or do the early stages of the disease lead to those peculiar dietetic habits? Does a

particular occupation or occupational environment promote infection by the tubercle bacillus or are the men and women who select that kind of work more liable to contract tuberculosis whatever the environment – or, indeed, have they already contracted it? This temporal problem may not arise often but it certainly needs to be remembered, particularly with selective factors at work in industry.

(5) *Biological gradient:* Fifthly, if the association is one which can reveal a biological gradient, or dose-response curve, then we should look most carefully for such evidence. For instance, the fact that the death rate from cancer of the lung rises linearly with the number of cigarettes smoked daily, adds a very great deal to the simpler evidence that cigarette smokers have a higher death rate than non-smokers. That comparison would be weakened, though not necessarily destroyed, if it depended upon, say, a much heavier death rate in light smokers and a lower rate in heavier smokers. We should then need to envisage some much more complex relationship to satisfy the cause-and-effect hypothesis. The clear dose-response curve admits of a simple explanation and obviously puts the case in a clearer light.

The same would clearly be true of an alleged dust hazard in industry. The dustier the environment the greater the incidence of disease we would expect to see. Often the difficulty is to secure some satisfactory quantitative measure of the environment which will permit us to explore this dose-response. But we should invariably seek it.

(6) *Plausibility:* It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day.

To quote again from my Alfred Watson Memorial Lecture (Hill 1962), there was

'. . . no biological knowledge to support (or to refute) Pott's observation in the 18th century of the excess of cancer in chimney sweeps. It was lack of biological knowledge in the 19th that led a prize essayist writing on the value and the fallacy of statistics to conclude, amongst other "absurd" associations, that "it could be no more ridiculous for the stranger who passed the night in the steerage of an emigrant ship to ascribe the typhus, which he there contracted, to the vermin with which bodies of the sick might be infected". And coming to nearer times, in the 20th century there was no biological knowledge to support the evidence against rubella.'

•

In short, the association we observe may be one new to science or medicine and we must not dismiss it too light-heartedly as just too odd. As Sherlock Holmes advised Dr Watson, 'when you have eliminated the impossible, whatever remains, *however improbable*, must be the truth.'

(7) *Coherence:* On the other hand the cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease – in the expression of the Advisory Committee to the Surgeon-General it should have coherence.

Thus in the discussion of lung cancer the Committee finds its association with cigarette smoking coherent with the temporal rise that has taken place in the two variables over the last generation and with the sex difference in mortality – features that might well apply in an occupational problem. The known urban/rural ratio of lung cancer mortality does not detract from coherence, nor the restriction of the effect to the lung.

Personally, I regard as greatly contributing to coherence the histopathological evidence from the bronchial epithelium of smokers and the isolation from cigarette smoke of factors carcinogenic for the skin of laboratory animals. Nevertheless, while such laboratory evidence can enormously strengthen the hypothesis and, indeed, may determine the actual causative agent, the lack of such evidence cannot nullify the epidemiological observations in man. Arsenic can undoubtedly cause cancer of the skin in man but it has never been possible to demonstrate such an effect on any other animal. In a wider field John Snow's epidemiological observations on the conveyance of cholera by the water from the Broad Street pump would have been put almost beyond dispute if Robert Koch had been then around to isolate the vibrio from the baby's nappies, the well itself and the gentleman in delicate health from Brighton. Yet the fact that Koch's work was to be awaited another thirty years did not really weaken the epidemiological case though it made it more difficult to establish against the criticisms of the day – both just and unjust.

(8) *Experiment:* Occasionally it is possible to appeal to experimental, or semi-experimental, evidence. For example, because of an observed association some preventive action is taken. Does it in fact prevent? The dust in the workshop is reduced, lubricating oils are changed, persons stop smoking cigarettes. Is the frequency of the associated events affected? Here the strongest

support for the causation hypothesis may be revealed.

(9) *Analogy:* In some circumstances it would be fair to judge by analogy. With the effects of thalidomide and rubella before us we would surely be ready to accept slighter but similar evidence with another drug or another viral disease in pregnancy.

Here then are nine different viewpoints from all of which we should study association before we cry causation. What I do not believe – and this has been suggested – is that we can usefully lay down some hard-and-fast rules of evidence that *must* be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question – is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect?

*Tests of Significance*
No formal tests of significance can answer those questions. Such tests can, and should, remind us of the effects that the play of chance can create, and they will instruct us in the likely magnitude of those effects. Beyond that they contribute nothing to the 'proof' of our hypothesis.

Nearly forty years ago, amongst the studies of occupational health that I made for the Industrial Health Research Board of the Medical Research Council was one that concerned the workers in the cotton-spinning mills of Lancashire (Hill 1930). The question that I had to answer, by the use of the National Health Insurance records of that time, was this: Do the workers in the card-room of the spinning mill, who tend the machines that clean the raw cotton, have a sickness experience in any way different from that of other operatives in the same mills who are relatively unexposed to the dust and fibre that were features of the cardroom? The answer was an unqualified 'Yes'. From age 30 to age 60 the cardroom workers suffered over three times as much from respiratory causes of illness whereas from non-respiratory causes their experience was not different from that of the other workers. This pronounced difference with the respiratory causes was derived not from abnormally long periods of sickness but rather from an excessive number of repeated absences from work of the cardroom workers.

All this has rightly passed into the limbo of forgotten things. What interests me today is this: My results were set out for men and women separately and for half a dozen age groups in 36 tables. So there were plenty of sums. Yet I cannot find that anywhere I thought it necessary to use a test of significance. The evidence was so clear-cut, the differences between the groups were mainly so large, the contrast between respiratory and non-respiratory causes of illness so specific, that no formal tests could really contribute anything of value to the argument. So why use them?

Would we think or act that way today? I rather doubt it. Between the two world wars there was a strong case for emphasizing to the clinician and other research workers the importance of not overlooking the effects of the play of chance upon their data. Perhaps too often generalities were based upon two men and a laboratory dog while the treatment of choice was deduced from a difference between two bedfuls of patients and might easily have no true meaning. It was therefore a useful corrective for statisticians to stress, and to teach the need for, tests of significance merely to serve as guides to caution before drawing a conclusion, before inflating the particular to the general.

I wonder whether the pendulum has not swung too far – not only with the attentive pupils but even with the statisticians themselves. To decline to draw conclusions without standard errors can surely be just as silly? Fortunately I believe we have not yet gone so far as our friends in the USA where, I am told, some editors of journals will return an article because tests of significance have not been applied. Yet there are innumerable situations in which they are totally unnecessary – because the difference is grotesquely obvious, because it is negligible, or because, whether it be formally significant or not, it is too small to be of any practical importance. What is worse the glitter of the *t* table diverts attention from the inadequacies of the fare. Only a tithe, and an unknown tithe, of the factory personnel volunteer for some procedure or interview, 20% of patients treated in some particular way are lost to sight, 30% of a randomly-drawn sample are never contacted. The sample may, indeed, be akin to that of the man who, according to Swift, 'had a mind to sell his house and carried a piece of brick in his pocket, which he showed as a pattern to encourage purchasers'. The writer, the editor and the reader are unmoved. The magic formulæ are there.

Of course I exaggerate. Yet too often I suspect we waste a deal of time, we grasp the shadow and

se 3:16-md-02738-MAS-RLS   Document 9739-10   Filed 05/07/19   Page 11 of 400 Page 41619

lose the substance, we weaken our capacity to interpret data and to take reasonable decisions whatever the value of P. And far too often we deduce 'no difference' from 'no significant difference'. Like fire, the $\chi^2$ test is an excellent servant and a bad master.

*The Case for Action*

Finally, in passing from association to causation I believe in 'real life' we shall have to consider what flows from that decision. On scientific grounds we should do no such thing. The evidence is there to be judged on its merits and the judgment (in that sense) should be utterly independent of what hangs upon it – or who hangs because of it. But in another and more practical sense we may surely ask what is involved in our decision. In occupational medicine our object is usually to take action. If this be operative cause and that be deleterious effect, then we shall wish to intervene to abolish or reduce death or disease.

While that is a commendable ambition it almost inevitably leads us to introduce differential standards before we convict. Thus on relatively slight evidence we might decide to restrict the use of a drug for early-morning sickness in pregnant women. If we are wrong in deducing causation from association no great harm will be done. The good lady and the pharmaceutical industry will doubtless survive.

On fair evidence we might take action on what appears to be an occupational hazard, e.g. we might change from a probably carcinogenic oil to a non-carcinogenic oil in a limited environment and without too much injustice if we are wrong. But we should need very strong evidence before we made people burn a fuel in their homes that they do not like or stop smoking the cigarettes and eating the fats and sugar that they do like. In asking for very strong evidence I would, however, repeat emphatically that this does not imply crossing every 't', and swords with every critic, before we act.

All scientific work is incomplete – whether it be observational or experimental. All scientific work is liable to be upset or modified by advancing knowledge. That does not confer upon us a freedom to ignore the knowledge we already have, or to postpone the action that it appears to demand at a given time.

Who knows, asked Robert Browning, but the world may end tonight? True, but on available evidence most of us make ready to commute on the 8.30 next day.

REFERENCES
Doll R (1964) In: Medical Surveys and Clinical Trials. Ed. L J Witts. 2nd ed. London; p 333
Doll R & Hill A B (1964) *Brit. med. J.* i, 1399, 1460
Heady J A (1958) *Med. World, Lond.* 89, 305
Hill A B
(1930) Sickness amongst Operatives in Lancashire Spinning Mills. Industrial Health Research Board Report No. 59. HMSO, London
(1962) *J. Inst. Actu.* 88, 178
Snow J (1855) On the Mode of Communication of Cholera. 2nd ed. London (Reprinted 1936, New York)
US Department of Health, Education & Welfare (1964) Smoking and Health. Public Health Service Publication No. 1103. Washington

Exhibit K

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

**RULE 26 EXPERT REPORT OF**
**JUDITH ZELIKOFF, PHD**

Date:   November 16, 2018

_____
Judith Zelikoff, PhD

## I.     BACKGROUND AND QUALIFICATIONS

I received my Ph.D in Experimental Pathology and Immunology at Rutgers: NJ Medical School (formerly known as University of Medicine and Dentistry of NJ) in 1982, after receiving a Master's degree from Fairleigh Dickinson University in Microbiology. My post-doctoral training was in toxicology at the NYU School of Medicine, Department of Environmental Medicine as a National Heart Lung Blood Institute (NHLBI) fellow.

I am currently a tenured-professor in Toxicology at NYU. As part of the NYU NIEHS (National Institute of Environmental Health Science) Center of Excellence, I serve as Director of the  Community Engagement Core. In this capacity, I engage with environmentally-impacted underserved communities throughout New Jersey and New York to better engage the community to achieve long-term and sustainable outcomes, processes, relationships, discourse, decision-making, and implementation regarding environmental health. These goals are carried out through town hall meetings, focus groups, listening sessions, forums on relevant environmental concerns, surveys, as well as outdoor and indoor measurements of toxic metals such as lead, cadmium, mercury, and arsenic in water, air, and soil. I also provide service to the NYU School of Medicine as a member of the Grievance Committee, Institutional Animal and Use Committee (IACUC) and as an NYU Senator representing the School of Medcine.

I have served in numerous leadership positions in the field of toxicology, including NIH Study Sections, United Nations Environmental Programme, NASA boards, and National Academy of Science Panels (i.e., Institute of Medicine, National Research Council and Engineering, and Medicine's Board on Earth Sciences and Resources), as well as Environmental Protection Agency study sections and advisory boards concerning the toxic effects of air pollution, metals, and alternative tobacco products. Furthermore, I served for two years (2010-2012) as a member of the National Toxicology Program (NTP) Board of Scientific Advisors. In this capacity, I reviewed documents and provided input and guidance on the toxicity of various chemicals that were nominated for review and sent to the NTP for study and/or discussion. In some cases, we also decided on the carcinogenicity of specific compounds.  I was not part of the NTP 10 ROC or 12 ROC, both of which deferred the decision on talc.

In addition, I presented about 150 international/national papers in the areas of toxicology and environmental and public health.  I have organized several international toxicology meetings, served as editor for several toxicology/environmental public health books and authored numerous book chapters in the same areas. I have over 125 publications and book chapters in the area of immunotoxicology (for which I received a Lifetime Achievement Award from the Society of Toxicology), air pollution toxicology, metal toxicology, immunotoxicology, and developmental and reproductive toxicology associated with inhaled metals, mixtures, nanomaterials, dusts (i.e., World Trade Center Dust), and tobacco/nicotine toxicology.

I have held numerous executive positions in the Society of Toxicology (SOT) which includes three years as Secretary on the SOT Executive Council and one year as Chair of the Education Committee and Committee for Diversity Initiatives Committees. I have also provided leadership for four individual SOT Specialty Sections (SS). I have served as President of the Immunotoxicology, Metals and Ethical, Legal, Forensic and Societal Issues Specialty Section and currently serve as Senior Councilor of the Inhalation and Respiratory Specialty Section. I have received three major SOT awards including the Mentorship Award from "Women in Toxicology", Global Host award and in 2018, Education award for meritorious teaching skills in toxicology. As a teaching scholar, I have taught and continue to teach toxicology on a global level in such countries as Thailand, Nigeria, South Africa, Tasmania and New Zealand.

My education, training and publications are further set out in my Curriculum Vitae, which is attached to this report as an **Exhibit A**.


## II.    MANDATE AND METHODOLOGY


Mandate:  I was asked to review the scientific literature and assess whether there is a biologically plausible explanation for the increased risk of ovarian cancer with the perineal use of talcum powder products.

The notion of biological plausibility is multi-factoral. As a part of my analysis, while considering the totality of the evidence, I evaluated the genital use of talcum powder products, the routes of exposure by which talcum powder could reach the ovaries, the composition of the talcum powder products, the biological and toxicological effects of talcum powder, and the potential mechanisms of carciogenisis. Biological plausibility does not mean proof of mechanism, but rather whether what is known about the products is consistent with a cause and effect relationship.

I performed an independent, comprehensive literature review using research databases and search enginges including PubMed, ToxLit and  Google to identify relevant literature. The keywords/phrases used initially for searching, included: talc, talcum powder, talc  and cancer, talc and toxicity, talc and toxicology, ovarian cancer, oxidative stress, talc and ovarian cancer, animal models and talc, talc powder and the immune response and talc chemical structure. Keywords and phrases expanded upon those terms in later searches.

More than 300 publications (research papers, reviews, abstracts, reports, documents) and book chapters from the 1960s to the present were identified as having some relevancy for the talc-ovarian cancer topic. Following closer scrutiny of these publications, between 200-250 research papers, scholarly reviews, abstracts, documents, reports were found critical for informing my opinion. Toxicological studies, including *in vivo, in vitro* and *ex vivo* investigations, were the topics most appropriate for my area of expertise.  In addition, I have reviewed depositions and numerous documents, internal memorandum

2

and published and unpublished studies and testing results that I have found in my own searches, documents provided by attorneys, and documents that I requested.  A list of materials and data considered for this report are attached as **Exhitit B**.

My opinions below are based upon my experience as a toxicologist and research scientist and have been reached through employing the same scientific methodology and rigor that I employ in my academic research and professional duties.  To my knowledge, I considered and evaluated the majority of all available relevant studies in the process of evaluating the literature, including those that reported an elevated risk of ovarian cancer with exposure to talc and those where other chemicals were reported within talc-based body powders, including those that did not find an increased risk. The same approach was used in evaluating the animal data and the mechanistic data.

## III.    TALC

Primary talc deposits are found on almost every continent around the world[1].  Talc is commonly formed by the hydrothermal alteration of magnesium- and iron-rich rocks (ultramafic rocks) and by low-grade thermal metamorphism of siliceous dolomites. Talc is the softest mineral on earth, mined around the world for use in a wide variety of products personal, cosmetic or industrial in nature. The word "talc" can refer to two things. The first is a mineral and the second is a commercially available product that can be used both industrially and in pharmaceuticals and cosmetics. For this report, when talking about the former, I use the term "mineral talc," and when talking about the latter, I use the term "talcum powder products."  Johnson & Johnson talcum powder products are classified as cosmetic talc.  Dermal contact (including perineal application of talcum powder products) is a primary route of human exposure, while inhalation also represents a route of  exposure for talc/talcum powder products.

As a mineral, talc corresponds to the chemical structure of hydrous magnesium silicate with a formula of $Mg_3Si_4O_{10}(OH)_2$ and a theoretical chemical composition, expressed as oxides, of 31.7% by weight magnesium oxide (MgO), 63.5% silicon dioxide ($SiO_2$) and 4.8% water ($H_2O$). Talc belongs to the silicate subclass phyllosilicates and is known as a sheet silicate. It is the softest mineral on Mohs' hardness scale, and it's structure and chemical bond arrangement is such that it is easily broken into thin sheets.  The structure consists of three sheets that are octahedrally coordinated magnesium hydroxide groups (brucite layer) layered between 2 layers of tetrahedrally linked silica layers. The apical oxygen atom positions of the tetrahedral layers are shared with one of the oxygen atom positions of the octahedral layer. The composite sheets repeat every 9.4 angstroms and the triple-sheet crystalline units are held together by van der Waals forces. Talc particles are normally plate-like in shape, but may form mineral fibers, as discussed below.

---

[1] https://minerals.usgs.gov/minerals/pubs/commodity/talc/mcs-2017-talc.pdf

Small amounts of aluminum and ferric (III) iron can substitute for silicon in talc tetrahedral sites. Trace amounts of nickel and small to moderate amounts of ferrous (II) and ferric (III) iron, aluminum and/or manganese can substitute for magnesium in talc octahedral sites. Additionally, talc deposits may contain varying amounts of quartz, nickel, chromium and cobalt, as well as asbestos or asbestos-forming minerals including amphibole (tremolite, actinolite, antigorite and anthophyllite) and serpentine (chrysotile) (Cralley, 1968; Lockey, 1981; McCarthy 2006; Rohl, 1976). The pH of cosmetic talcs are usually alkaline (8.0-9.5) and are insoluble in water, cold acids or in alkalis.

Talc powder particle size depends on the process used to make the powder. Johnson and Johnson's analysis of particle size in talcum powder shows particles range on average from 0.8 μm to over 50 μm, with a median particle size of 11.39 μm, where approximately 43.9% of particles are less than 10 μm (JNJTALC00878141).

A.     Fibrous Talc

As a mineral, talc is most commonly found in plate-like form, but may also form as true mineral fibers that are asbestiform (IARC 2010, IARC 2012). Asbestiform talc (also known as fibrous talc) is different from talc containing asbestos. Fibrous talc fibers are very long and thin and occur in parallel bundles that are easily separated from each other by hand pressure (IARC Monographs, 2010). The 2010 IARC clearly states that the term 'asbestiform fiber' means any mineral, including talc, when it grows into an asbestiform habit. In its fibrous form, talc has been classified as a Group I, known carcinogen (IARC 1987 Supp 7; IARC 2010; IARC 2012). OSHA considered fibrous talc exposure limits to be equivalent to those of asbestos (OSHA, 1972). In 2010, IARC expanded the Group 1 designation ("known carcinogen") from "talc containing asbestiform fibers" to "talc containing asbestos or other asbestiform fibres." (IARC, 2010). Additionally, the American Conference of Governmental Industrial Hygienists (ACGIH) clarifies that "talc may also take the form of long thin fibers (fibrous talc) and can occur in bundles that are easily separated (asbestiform talc). Asbestiform talc should not be confused with talc containing asbestos…" (ACGIH, 2010).

Asbestiform talc fibers have been reported by Johnson & Johnson and Imerys to be found in: mines from which ore for Johnson & Johnson talcum powder products were sourced; in talcum powder used in Johnson & Johnson talcum powder products; and in the Johnson & Johnson talcum powder final product.[2]

Recent TEM testing on historic samples of Johnson's Baby Powder from 1978 showed the presence of fibrous talc in the product (Longo & Rigler, Feb 2018 MAS Report). Additional TEM testing of 30 samples of J & J baby powder and Shower to Shower dating from a span of many years resulted in a finding of fibrous talc in 15 samples (Longo & Rigler, Aug 2017 Expert Report).

___

[2] See also: IMERYS477879 (fibrous talc in Grade 66 Q1 composite); JNJ 000269848 (talc needles found in medicated powder 1971, see with TEM results in JNJ 000281921); JNJ 000245002 (Fibrous talc in Hammondsville mine 1970)) .

4

## IV.    ASBESTOS

Asbestos, like talc, is a naturally occurring silicate mineral, but with a different crystal structure (Mossman & Churg, 1998).  Asbestos is a generic name referring to a group of naturally occurring mineral silicate fibers. It is recognized as a known human carcinogen by the U.S. Occupational Safety and Health Administration (OSHA), the U.S. Environmental Protection Agency (USEPA) and the National Toxicology Program (NTP)(OSHA, 2014; USEPA, 1995; NTP, 2016).   The National Institute for Occupational Health (NIOSH) has stated there is no safe level of asbestos and the American Conference of Governmental Industrial Hygienists (ACGIH) characterizes it as a "confirmed human carcinogen" (NIOSH, 1980; ACGIH, 2017).   All forms of asbestos are Group 1 carcinogens (carcinogenic to humans)(IARC, 2012).

The U.S. EPA defines asbestos by limiting the term to 6 specific fibrous minerals from two distinct groups: chrysotile (from the Serpentine group); and amosite, crocidolite, tremolite, actinolite and anthophyllite (from the Amphibole group). "Asbestiform" describes the pattern of growth of a mineral that is referred to as a "habit" (IARC, 2010).  Minerals with a "non-asbestiform" habit have crystals that grow in two or three dimensions, and "cleave into fragments, rather than breaking into fibrils" (*Id.*). Chrysotile occurs in the asbestiform habit, whereas, of the amphiboles, amosite and crocidolite occur only in the asbestiform habit, and tremolite, anthophyllite and actinolyte can occur in asbestiform or non-asbestiform habits.  OSHA defines an asbestos fiber as having a length > 5mm and a length:width aspect ratio of 3:1, whereas the USEPA definitition incorporates the aspect ratio of > 5:1 (OSHA, 1992; USEPA, 1987).

While amphibole and serpentine asbestos may have fibrous habits, they have very different forms. The amphiboles are double-chain silicates also called inosilicates. The basic structural unit is $(Si_4O_{11})^{-6}$ with side groups that are responsible for the overall amphibole structure. Amphiboles are distinguished from one another by the amount and positioning of metal atoms including: sodium, calcium, manganese, magnesium, iron(II), iron(III) and aluminum.  Traces of these types of asbestos are extracted when other minerals are being mined and, due to inefficient or non-existant separation techniques, are ultimately incorporated into the final product. Even incidental contamination by amphibole forms of asbestos is hazardous enough to cause asbestos-related illnesses (Rohl & Langer, 1976).

The serpentine group of minerals has the formula $Mg_3Si_2O_5(OH)_4$ and the structure resembles a bending sheet.  Chrysotile is the only one in which the sheets are bent to form continuous tubes, which gives the mineral the fibrous habit related to asbestos. Chrysotile is very flexible and less likely to be "friable" than the amphiboles. Friability of asbestos is generally defined as the ability to easily be turned into a dust with finger pressure. It is this friability that can release asbestos fibers and potentially result in health problems.

### A.    Asbestos in Talc

Associated minerals found in commercial talc products vary from deposit to deposit depending on the formation conditions. The most common minerals associated with talc include chlorite, magnetite, dolomite, calcite, mica, quartz and fluoapatite (Fiume et al., 2015). In its natural form, some talc also contains asbestos, classified as a Group I, "known carcinogen" by IARC (IARC Monographs, 1973, 1977, 1987, 2012). Amphiboles and serpentine fibers have been associated with many talc deposits (Van Gosen, 2004; Marconi and Verdel, 1990; Lockey, 1981; Rohl and Langer, 1974; Gamble et al., 1979; Kleinfeld et al., 1973, 1974; Pooley, 1972 (JNJ000319762); Chidester, 1968).  The close proximity of asbestos and talc in mineral deposits makes extraction of either material alone difficult, if not impossible.  (Rohl and Langer, 1974; IARC, 2010; Dion et al. 2010 [3]).

Cralley (1968) analyzed twenty-two commercially available cosmetic talcum products (manufacturers not reported).  Authors reported the fiber content ranged from 8% - 30% (by count) with an average of 19% and that the fibrous material was predominantly fibrous talc.  Pooley and Rowlands (1975) analyzed twenty-seven talc powders (cosmetic and industrial) and detected tremolite fibers in three samples.

Because asbestos is a known carcinogen, its presence in cosmetic talc is unacceptable (FDA, 2012; FDA 2015).  The former Director of National Institute for Occupational Safety and Health (NIOSH) and former President of Industrial Minerals Association – North America (IMA-NA) stated in a recent deposition that if there were a fiber of asbestos in talcum-based products it would "certainly" provide a biologically plausible mechanism for increased lung disease, and that he suspected it would also have a "similar mechanism of disease in other tissues and organs" (Deposition of Robert Glenn, October 18, 2018, 341:15-342:3).

In 1976, specifications were developed for cosmetic talc requiring that no detectable fibrous, asbestos mineral be present (CTFA, 1990;  Fiume, 2015).  The talc industry, and specifically Defendants, developed a "zero tolerance" standard for asbestos in talc (IMERYS 170006; JNJ 000383662; JNJ 000001918). Despite this standard, the presence of asbestos in cosmetic talc has been reported in the literature, and Johnsom and Johnson indicated in a letter in 1973 that "asbestos-form particles cannot be removed from talc" and that the "Johnson & Johnson process for beneficiating Vermont talc…will not guarantee a zero tolerance for elongated particles" (JNJ 000233691).  In 1976, Rohl et al. tested 20 different talcs and powders including 20 body powders, baby powders, facial talcums, and also one pharmaceutical talc to determine their mineralogical and chemical composition. Where known, all were formulated prior to 1973. Of the 20 products, 9 contained detectable amounts of tremolite and anthophyllite, principally asbestiform, while some also contained fragmented forms of these minerals. The amounts ranged from tenths of a percent to over 14% by weight; two contained detectable amounts of chrysotile asbestos fiber. Eight samples contained quartz, seven ranging from 2 to 5%, with one as high as 35%. Analyses showed that the consumer products examined were rarely the pure mineral talc, but rather were mixtures of various minerals.

---

[3] Available online at:  http://www.irsst.qc.ca/media/documents/PubIRSST/R-755.pdf

In 1984, Paoletti et al. performed studies by electron microscopy to assess asbestos contamination in industrial and cosmetic talcs from the Italian market and the European Pharmacopoeia (Paoletti, 1984). Nine of the 25 pharmaceutical and cosmetic grade talcs contained tremolite fibers, with total percent asbestos concentrations ranging from 0.4% - 22%. About half of the talc powders revealed the presence of asbestos: in five samples chrysotile (a serpentine asbestos) was present, the others contained tremolite and anthophyllite (an amphibole asbestos).

Cosmetic and pharmaceutical talc products from deposits in Vermont, Montana, North Carolina and Alabama were examined and tested positive for asbestos (Blount, 1991). The investigator of that study recently affirmed the samples included Johnson & Johnson baby powder, purchased off the shelf (Deposition of Alice Blount, PhD, April 13, 2018). The early analytical methods used to measure asbestos fibers before 1990 were not very sensitive and thus it appears that extrapolation of the levels of asbestos from counts measured before this date could have been conservative (Blount, 1991).

In a study that examined the amphibole asbestos content of commercial talc deposits in the USA, Van Gosen et al. (2004) found that the talc-forming environment directly influenced the amphibole and amphibole-asbestos content of the talc deposit. Specifically, the study found that contact metamorphic talcs showed a strong tendency to contain amphiboles, and regional metamorphic talc bodies consistently contained amphiboles, which display a variety of compositions and habits (including asbestiform). In a German study (Mattenklott, 2007), the author examined the presence of asbestos in talc powder and found that in one-quarter of the 57 talc powder samples tested, asbestos could be detected. Two samples contained quantities exceeding 0.1 weight percent which could reach a value of 10,000 fibers/m$^3$. This weight percent is, in some cases, half that reported by Johnson & Johnson in their internal documents, as seen in the corporate depositions reported below.

Defendants have claimed that asbestos has been "eliminated" from cosmetic talc products.[4] However, there is substantial evidence that talcum powder products still contain asbestos, recognized as a Group 1 carcinogen. During the recent deposition of John Hopkins (Johnson and Johnson corporate representative), Mr. Hopkins affirmed testing results showing the presence of asbestos in mines from which talc ore was taken for use in Johnson & Johnson baby powder products, processed talc used in Johnson & Johnson baby powder products, and in complete Johnson & Johnson baby powder products. Those results may be found at Exhibit 28[5] of Dr. Hopkins' deposition. Additional examples of testing performed by and commissioned by Johnson and Johnson and Imerys may be found at Exhibit 47 to the deposition of Julie Pier, corporate representative of Imerys.[6]

In 1975, McCrone Associates also confirmed the presence of amphibole particles, alone and in bundles as seen in Defendants' internal documents (JNJMX68_000012745). In 2004, a television station reported that Johnson's Baby Powder had been analyzed and found anthophyllite asbestos at 0.2% (JNJ 000089413). A 1972 Johnson & Johnson document demonstrates the presence of up to 5% chrysotile in

[4] PCPC Submission to FDA, July 2009 – "Since the early 1970's, the relevant industries voluntarily eliminated asbestos contamination from talc products."
[5] Ex. 28, John Hopkins Dep. (Aug. 16 & 17, 2018; Oct. 17, 2018; and Nov. 5, 2018).
[6] Ex. 47, Julie Pier Dep. (Sept. 12 & 13, 2018).

7

Johnson's Baby Powder and Shower to Shower samples (JNJ 000232996).    These data clearly demonstrate the possibility for women who used talcum powder during these dates to have had exposure to this ovarian carcinogen.

Recent TEM testing on historic samples of Johnson & Johnson baby powder from 1978 showed the presence of fibrous anthophyllite in the product.  (Longo and Rigler, 2018; Ex. 47, Pier Dep.). Additional TEM testing of 30 samples of Johnson & Johnson baby powder and Shower to Shower ranging in production date over a span of many years resulted in a finding of amphibole asbestos (tremolite, anthophyllite, richterite and actinolite) in 17 samples.  (Longo and Rigler, 2017).   Additionally, I have reviewed a recent report prepared by Dr. William Longo and Dr. Mark Rigler that reports that talcum powder products manufactured by Johnson & Johnson's Baby Powder and Shower to Shower have contained and continue to contain asbestos and talc containing asbestiform fibers (e.g. talc occurring in a fibrous habit).[7]  These results were obtained from testing talcum powder product samples manufactured during the period of the 1960s through the 1990s.  Results showed 37 of 56 samples tested contained tremolite and/or anthophyllite asbestos, and 41 of 42 samples tested contained fibrous talc.

*The substantial evidence of the presence of asbestos and fibrous talc in talcum powder products provides a biologically plausible explanation for the increased risk of ovarian cancer associated with the perineal use of talcum powder products.*

## V.    HEAVY METALS

### A.    Properties of Heavy Metals

**_Nickel_** is classified by IARC as a human carcinogen (Group 1) (IARC, 1973, 1976, 1979, 1982, 1987, 1990).  The exact mechanisms of nickel-induced carcinogenesis are not known, but likely involve genetic and epigenetic routes. Nickel (II)-induced genotoxicity may be aggravated through the generation of DNA-damaging reactive oxygen species (ROS) and the inhibition of DNA repair by this metal. Nickel exposure also causes a broad spectrum of epigenetic effects.  Contact with nickel compounds can cause a variety of adverse effects on human health (Zambelli and Ciurli, 2013).

Nickel ions have been shown to cause single-strand DNA breaks and DNA-protein crosslinks (Patierno, 1985).  In a study by Patierno (1985), Chinese hamster ovary cells were exposed to $NiCl_2$, and nickel-induced DA-protein crosslinking appeared in late S phase of the cell cycle (*Id*.).  Authors associate these alterations as an early event in the process of nickel transformation (*Id*.).

Contact with nickel compounds can cause a variety of adverse effects on human health, such as nickel allergy in the form of contact dermatitis, lung fibrosis, cardiovascular and kidney diseases and

---

[7] Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (Nov. 14, 2018).

8

cancer of the respiratory tract. Chronic non-cancer health effects may result from long-term exposure to relatively low concentrations of pollutants (Duda-Chodak and Blaszcyk, 2008).   Although the accumulation of nickel in the body through chronic exposure can lead to a number of diseases, the most serious concerns relate to nickel's carcinogenic activity. Increased risks of malignant tumors, such as nasal and sinusoidal cancers, and cancers of the lung and larynx have been noted (IARC, 1987). The marked differences in the carcinogenic activities of various nickel compounds most likely reflect the differences in their uptake, transport, distribution and retention, and ultimately—the capacity to deliver nickel (II) ions to specific cells and target molecules.

In experimental animals, nickel compounds induce tumors at virtually all sites of application (Denkhaus, 2002; IARC, 1987; Zabmelli, 2013).  The routes of administration that were shown to produce tumors include inhalation, intramuscular, intrarenal, intraperitoneal, intraocular, subcutaneous and the intra-articular space (*Id.*).

***Chromium***  is a naturally occurring element found in rocks, animals, plants, soil, and volcanic dust and gases. It comes in several different forms, including trivalent chromium (chromium (III)) and hexavalent chromium (chromium (VI)).  In contrast, chromium (VI) compounds cause cancer in humans and in experimental animals and exert genetic toxicity in bacteria and in mammalian cells  *in vitro* (Fang, 2014; IARC, 2009).  Adverse health effects, other than cancer, associated with chromium (VI) exposure include occupational asthma, eye irritation and damage, perforated eardrums, respiratory irritation, kidney damage, liver damage, pulmonary congestion and edema, upper abdominal pain, nose irritation and damage, respiratory cancer, skin irritation, and erosion and discoloration of the teeth. Some people with extensive dermal exposure can also develop an allergic skin reaction, called allergic contact dermatitis (Bruynzeel et al., 1988).  Primary irritant dermatitis is related to the direct cytotoxic properties of chromium, while allergic contact dermatitis is an inflammatory response mediated by the immune system. During reduction to the trivalent form, chromium may interact with cellular macromolecules, including DNA (Wiegand et al., 1985), or may be slowly released from the cell. Complexes of chromium (III) that are bound to lower molecular weight ligands are most likely to be able to traverse cell membranes.

Chromium  (III) has weak cell membrane permeability, allowing it to cross the cell membrane, where it can bind to DNA and cause lesions, resulting in genetic damage such as strand breaks and DNA-protein crosslinks (Nickens, 2010).  This damage leads to genomic instability.  Another study has shown that chromium (III) causes DNA damage in cells by interfering with base pair stacking in the cell's replication cycle, and chromium (VI) intercalates DNA – both directly cause genotoxicity in vivo (Fang, 2014).

Hexavalent chromium compounds are classified by IARC as carcinogenic to humans (Group 1)(IARC, 2009). Mechanistically, they have been shown to cause direct DNA damage after intracellular reduction to Cr(III), mutation, genomic inistability, aneuploidy, and cell transformation (*Id.*).  Chromium (VI) can cause damage leading to dysfunctional DNA replication, aberrant cell cycle, DNA strand breaks, dysfunctional DNA repair and DNA-protein crosslinks and directly causing genotoxicity (Nickens, 2010).

Besides direct genotoxic effects of chromium (VI), chromium compounds such as chromate can activate transcription factors involved in inflammation and tumor growth (IARC, 1990). Major factors

governing the toxicity of chromium compounds are oxidation state and solubility. These compounds, which are powerful oxidizing agents and thus tend to be irritating and corrosive, appear to be much more toxic systemically than chromium (III) compounds, given similar amounts and solubilities. Chromium (VI) enters many types of cells and, under physiological conditions, can be reduced by hydrogen peroxide ($H_2O_2$), glutathione (GSH) reductase and ascorbic acid to produce reactive intermediates, including chromium (V), chromium (IV), thiyl radicals, hydroxyl radicals, and ultimately, chromium (III). Any of these species could attack DNA, proteins and membrane lipids, thereby disrupting cellular integrity and functions (De Mattia, Bravi *et al.* 2004). Besides cancer, chromium is one of the most common skin sensitizers. It also causes toxicity of the kidney, liver, gastrointestinal tract, and cardiovascular, hematological and  reproductive systems along with causing developmental effects.[8] High doses of chromium (VI) compounds have been reported to cause developmental toxicity in mice and shown to potentiate the effects of other toxicants, including the nephrotoxins, mercuric chloride, citrinin, hexachlorobutadiene, and maleic acid.

   ***Cobalt***   IARC declared that cobalt metal with tungsten carbide is *probably carcinogenic to humans (Group 2A)*, while cobalt metal without tungsten carbide is *possibly carcinogenic to humans (Group 2B)*. Two different mechanisms of genotoxicity, (1) DNA breakage induced by cobalt metal and especially hard metal particles, and (2) inhibition of DNA repair by cobalt (II) ions contribute to the carcinogenic potential of cobalt compounds (Lison et al., 2001; IARC, 2006). Cobalt can also contribute to allergic reactions. In humans, gastrointestinal absorption of cobalt has been reported to vary between 5 and 45% and it has been suggested that absorption is higher in women than in men. Cobalt can be absorbed through intact human skin (IARC, 2006). Soluble cobalt salts interfere adversely with cell division, bind irreversibly to nucleic acids in the cell nucleus, induce chromosome aberrations in plants, and are weakly mutagenic in some *in vitro* tests. Injections or implantation of cobalt metal, alloys and compounds induced local and sometimes metastasizing sarcomas in rats, rabbits, and mice (*Id.*).  Data indicating possible carcinogenic effects of cobalt alloys or compounds in human populations has arisen from medical use, use in hard-metal industries, and from cobalt production sites.

## B.      Metals in Talcum Powder Products

   In an early paper by Cralley et al., (1968), 22 cosmetic talcum products purchased off the shelf were analyzed for fibrous content, selected metals and quartz. In these studies, 19 samples contained cobalt under 25 parts per million (ppm) by weight, chromium under 22 ppm, nickel below 29 ppm and manganese under 78 ppm. Certain samples had a nickel content of 1270 ppm, chromium 340 ppm and 1210 ppm nickel; qualitative tests demonstrated that some of the chromium was hexavalent (carcinogenic form). All of these talcs had a considerable fiber content (suggesting the presence of asbestos) (*Id.*). Studies here suggest that women who used talcum powder in the 1960s could have been exposed to considerable amounts of toxic heavy metals depending on the type of talc used and frequency of use (*Id.*).

---

[8] Accessible online at:  https://www.atsdr.cdc.gov/csem/csem.asp?csem=10&po=10

In a 2013 study by Rehman, toxic and carcinogenic heavy metals were found to be present in small amounts in all 30 brands of cosmetic talcum powder tested; the concentrations of heavy metals differed dramatically depending upon the brand of talcum powder (Rehman, 2013).  Heavy metals measured (and found in samples) included cadmium, chromium, copper, cobalt and lead.  Authors found all levels to be within safe limits.  However, authors caution that excess use of talcum powder affects the health of the consumer (*Id.*).

In a paper by Gondal et al. (2012), published in Applied Optics, lead and chromium were measured in talcum powder using laser-breakdown spectroscopy.  Using this system, the authors were able to detect 15-20 parts per million (ppm) of lead and 20-30 ppm of total chromium in the talcum powder sample. This study, like that by Rehman, demonstrates the presence of toxic heavy metals associated with talcum powder.  However, the levels of heavy metals in this study were significantly higher. The method used for measuring metals in this study was far more precise than that used by Rehman et al. (2013). This study supports the presence of toxic and potentially carcinogenic metals in some talcum powders.

According to Johnson & Johnson's corporate representative, the maximum amount of allowable nickel in the company's talcum powder products was 5 ppm (Deposition of John Hopkins, August 16, 2018, Ex. 3).  Written specifications state that the maximum allowable nickel content is 10 ppm (JNJ 000629320; JNJ000488188;  JNJMX68_000022920).  Despite these limits, nickel in concentrations exceeding 2000 ppm were reported in Vermont talc used in talcum powder products for decades, greatly in excess of the product specification limit of 10 ppm (JNJ 000629320; JNJ 000488188; JNJMX68_000022920).  Examples of testing results for heavy metals in Defendants' talcum powder products can be found in **Exhibit C**, attached to this report.

Over the years from 1972 to 2004, talc mined in Vermont had consistent, excessive levels of nickel, routinely exceeding 94 to 250 times the upper limit provided in J&J's specifications (Exhibit C). This is troubling considering nickel is a known carcinogen (IARC 2012).

Cobalt was found in Vermont talc ores in amounts ranging from 8 – 89 ppm from 1972 through 2004.  Like nickel it, too, appears to occur routinely in talc products in amounts exceeding the 10  ppm upper limit for heavy metals in the talc product specifications (Exhibit C).

Internal documents outline Johnson & Johnson's concern regarding the potential carcinogenic nature of chromium (VI), a Group I carcinogen (JNJ 000131758;  JNJ 000131754; JNJ 000378044; JNJ 000378046).  A 2010 J&J memo written discusses raising the upper limit acceptable for total Cr to 7 ppm (JNJ 000131758).  An accompanying memo also discusses the relationship between chromium (III) and chromium (VI) (JNJ 000131754), and a discussion of the inhalation of hexavalent chromium is contained in this document. Regardless of valence, Grade 66 analyses consistently show total chromium contents far in excess of 5-, 7-, or 10 ppm. During the period from 1972 thru 2004, the chromium content varied from 25 ppm to 569 ppm (Ex. 47, Pier Dep.), with typical levels around 200 ppm.

Interestingly, there is a significant difference between the reported chromium content of Grade 66 talc when the sample has been prepared by Johnson & Johnson (internal) method BPT 148 versus the

11

United States Pharmacopeia (USP) method which uses a total digestion technique (IMERYS-A_0015621). The levels reported using the USP method were much higher than the Johnson & Johnson method (*Id.*).

### C.     Fragrances

There are more than 150 different chemicals added to Johnson's Baby Powder and Shower to Shower products. I reviewed the expert report from Dr. Michael Crowley that concludes that some of these chemicals may contribute to the inflammatory response, toxicity, and potential carcinogenicity of Johnson & Johnson's talcum powder products.[9] I concur with his opinion.

*There is substantial evidence that talcum powder products contain excess levels of nickel, chromium, and cobalt, all known carcinogens and/or inflammatory agents. Moreover, a significant number of the fragrance chemicals added to talc elicit an inflammatory response. Each of these elements individually and together can contribute to an inflammatory response caused by the product. As will be explained in more detail below, inflammation is a known mediator of ovarian cancer. The presence of these inflammatory agents provides additional biologic evidence explaining the causal relationship between genital use of talc and ovarian cancer.*

## VI.     EXPOSURE – TALC PARTICLE ACCESS TO THE BODY

### A.     Exposure Routes

Based on the tenets of toxicology, there are four basic routes of human exposure including: inhalation, ingestion, dermal and injection.

A common exposure route for cosmetic talc is via the dermal route, including vaginally after perineal application. Talc body powders are often applied to the perineum for hygienic purposes. It has been shown that glove powder and other materials can migrate upwards through the female reproductive tract (Venter & Iturralde, 1979; Iturre and Venter, 1981; Sjosten et al., 2004; Heller et al., 1995) and the data are supported by animal investigations (Wright et al., 1996; Edelstam et al., 1997; De Boer, 1972; Henderson et al., 1986), also reflective of a dermal exposure route.

Inhalation is the route of exposure that has been most commonly studied to assess talc toxicity. In one inhalation study, after talc exposure of hamsters, there was a consistent elevation in cytotoxic enzyme levels, and macrophage phagocytosis was persistently depressed (Beck et al., 1987). These results also indicated that, when a similar mass of talc and granite dust (12% quartz) was deposited in the lungs,

---

[9] Expert Report of Michael Crowley, PhD (Nov. 12, 2018).

talc caused more lung injury than did granite (*Id.*).  Based on its physical properties talc, in a powder form, can be inhaled while being applied (EPA, 1992; IARC, 2010).  Additional evidence that application of talc body powder products results in inhalation exposure of talcum powder is provided in a 2017 study by Longo, et. al., and other studies (Longo, September 2017, "*Below the Waist Application of Johnson & Johnson Baby Powder*"; Wells, 1979; van Huisstede, 2010; Frank and Jorge, 2011; Jasuja, 2017).

## 1.    Dermal - Migration Through the Upper Genital Tract

*Animal models*:    Though animal studies have limitations due to the differences in anatomy, they provide evidence that talc can migrate through the reproductive system.  Rats were exposed vaginally or via the perineum to either talc or no treatment for 3-mo on a daily basis (Keskin et al., 2009). In this study, there was evidence of foreign body reaction and genital infection, along with an increase in inflammatory cells in all the genital tissues. While no neoplastic changes were observed, the number of ovarian follicles in the talc groups were increased. No peritoneal changes were observed. The investigators concluded that talc by perineum exposure has adverse effects on the genital system in the form of foreign body reactions and infection (*Id.*).

In a series of two experiments, Henderson et al. (1986) demonstrated the presence of talc in the ovaries of two groups of animals following vaginal and intrauterine talc applications, whereas none was present in the ovaries of control animals. Particles were also seen in animals that had received intravaginal talc that were sacrificed after 4 days.  (*Id.*)

Studies by Wright et al. (1995) also demonstrated the potential toxicity of retrograde uterine passage of particulate matter. Despite the aforementioned studies which demonstrate the plausibility of talc translocation, a study by Wehner et al. (1996) failed to demonstrate the same outcomes in a small sample of monkeys, which may have been due to the small sample size.

*Human studies*:    A number of human studies over many years have observed migration of particles following vaginal administration: these studies began as early as 1961 when Egli and Newton studied the translocation of carbon particles following vagina application. In 1972, De Boer deposited colloidal carbon black (CB) suspension in the uterus, cervical canal or vagina in over 100 patients prior to surgery (De Boer, 1972). Subsequent observation revealed rapid translocation of CB to the oviducts and beyond. Some CB deposited in the cervical canal also translocated to the uterine passage, albeit in a lower percentage of patients (*Id.*).  An early study by the National Institute of Occupational Safety and Health (NIOSH) in 1972 showed commercially available talc body powder samples contained fibers, and that exposure to fibers occurred during diapering (JNJ 000231304).

A study by Venter and Itteralde (1979) administered radiolabeled human albumin microspheres (no size provided) in the vagina of patients, followed by surgical removal of uterus, oviducts and ovaries. Results demonstrated that 9 out of 14 patients had radioactivity in their oviducts and ovaries. Recent studies have demonstrated the presence of talc particles in ovarian tumors (to be discussed in a later section). Another clinical study examined a total of 24 women undergoing oopherectormy (Heller et al.,

13

1995). In this case, women were questioned as to their use of perineal talc applications. Ovarian tissue was removed from each group and analyzed and quantitated for talc by polarized light and electron microscopy. These data support the ability of talc to migrate from the perineal region upward and reach the upper genital tract (*Id.*).

Further evidence for migration of particles to the upper genital areas comes from a document from the FDA to Dr. Epstein (Cancer Prevention Coalition, University of Illinois, Chicago) concerning Citizen Petitions dated 1994 and 2008 and requesting a cancer warning on cosmetic talc products. In this document, the FDA stated that "the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable" (JNJ 000488318).

In addition, a 2004 document from Luzenac America to Dr. Al Wehner (IMERYS 137677) recalls a 2004 published paper by Sjosten et al. (2004). Luzenac states that the paper "offers some compelling evidence **in support** of the 'migration' hypothesis." The paper concluded that starch particles migrate from the vagina through the Fallopian tubes up to four days after examination with powdered gloves (*Id.*). The author of the Luzenac document goes on to state that combining this evidence with the theory that talc inititates epithelial inflammation and you have a "potential formula" for the NTP classification of talc as a carcinogen.

The most recent systematic review of the association between genital use of talcum powder products and ovarian cancer (Penninkilampi, 2018) reported an increased risk of ovarian cancer with increased perineal talcum powder use, with a slightly higher risk in women who report greater usage. Data was collected as "lifetime" usage – frequency of use over time. Any use was associated with increased risk of ovarian cancer as compared to no use, and women with long-term (> 10 years) talcum powder use had an increased risk. The authors concluded perineal talcum powder use and ovarian cancer were consistently associated, with a slightly higher risk in women who report greater usage.

Pathways that allow for the migration of particles to the lymph nodes are also available for that complex portion of the lymphatic system surrounding the ovaries. Importantly, studies by Chan et al. (2007) have demonstrated a positive association between lymphadenectomy and survival in stage 1 ovarian cancer patients. In support of this finding, Cramer et al. (2007) described the presence of talc particles in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc.

*Animal and human studies demonstrate that talcum powder products can migrate from the perineal region to the ovaries.*

## 2. Inhalation

Effects of size on particle translocation and toxicity have been studied most extensively with inhaled particulate air pollutants and nanomaterials. These studies will be discussed to provide a scientific

14

premise for movement of particles of a certain size throughout the body. Small-sized particles can enter the bloodstream – translocation of particles and often toxicity are related to their size; perhaps because of the larger mass concentration of smaller vs. larger particles (Driscoll et al., 1997).

J&J's analysis of particle size in talcum powder products shows particles range on average from 0.8 µm to over 50 µm, with a median particle size of 11.39 µm, where approximately 43.9% of particles are less than 10 µm (JNJTALC00878141).

Ultrafine particles (UFPs; < 0.1 µm) can directly affect the cardiovascular system by migration from the respiratory system to the systemic circulation (Nakane, 2012; Elder et al., 2006; Kreyling et al., 2006). Inhaled UFPs deposited in the lung can pass through the epithelial barrier because of their very small size; some particles may move into lung capillaries and then into the systemic circulation. Numerous studies and reviews have been written concerning the migration of these particles. In a systematic literature review (Nakane, 2012), particle size was shown to be a strong factor for migration. Particles that were translocated to various sites were observed to have the following sizes: ≤0.05 µm for remote organs, ≤1 µm for blood, and ≤10 µm for lung tissues. In order to be detected in the blood, particles that have passed through the epithelial barrier of the lungs must migrate into the capillaries. The largest chance for migration to the brain was observed at a 0.05-µm cutoff size. However, $MnO_2$ particles as large as 1.3 µm have also been detected in the cerebral cortex (Nakane, 2012). A categorical regression analysis based on currently available inhalation data showed that all of the effects of particle size, particle material, animal species, and exposure route were statistically significant (*Id.*). The effects were large for particle size and particle material, and small for exposure route and animal species. These results suggest that, in an experiment to evaluate the migration of solid particles, the characteristics of the particles (i.e., size and material) should be considered carefully.

Evidence from an internal document (1971) demonstrates rolled talc fibers between 0.1 - 3µm in a Johnson and Johnson's commercial product (JNJAZ55_000005957). Other documents from Defendants have demonstrated that while median particle size is ~10.5 µm, sizes can be as small as 0.3 µm (IMERYS030347; IMERYS031791). V66 non-shear talc was approved for use in JNJ Shower to Showder products and the size of some of the particles had a diameter as small as 0.1 µm (JNJTALC000878141). While the median particle size was ~12 µm, the standard deviation was very high (~9µm) demonstrating a large range of particle sizes. Fine-size particles such as those found in talc, can also translocate readily throughout the body (Peters et al., 2006), providing a strong basis for the ability of fine-size talc particles (<2.5 µm to migrate throughout the body).

Ultrafine and fine particles can penetrate through the different tissue compartments of the lungs and eventually reach the capillaries and circulating cells. These particles are then translocated by the circulation to other organs including the liver, the spleen, the kidneys, the heart and the brain, and the ovaries where they may be deposited. It remains to be shown by which mechanism(s) ultrafine particles penetrate through tissue and enter capillaries. Lymph capillaries remove the large protein molecules and other particulate matter from the tissue spaces of the lung. Thus, cellular debris and foreign particles inhaled into the lungs can be conveyed to the regional lymph nodes.

15

Talc particle size analyses for many inhalation studies demonstrated that most talc particles were between 1 and 8 µm; 1 µm is considered ultrafine in size and thus particles could easily migrate from the lungs and throughout the body.  Genofre et al., (2009) examined the effect of talc particle size on induced pleurodesis following intrapleural injection of rabbits with two different sizes of talc. One group contained mixed sizes of talc (mean size = 25.4 µm) and the other group small size talc only (mean size = 4.2 µm with 50% <6.4 µm) (*Id.*). Particles of both sizes migrated to the spleen, liver and kidney; more small talc particles (compared to mixed talc) was seen in the liver and kidneys. Both size particles produced an acute systemic inflammatory response, with small particle talc producing a more pronounced pleural and systemic response and resulting in greater particle deposition in the organs than the mixed talc (*Id.*). In addition, serum levels of the pro-inflammatory cytokine, IL-8 and VEGF were more markedly increased in the small talc group (*Id.*). Particles found in all systemic organs were <5µm. A number of other studies have shown migration of talc particles from the pleural cavity to the systemic circulation (Ferrer, 2002; Rossi, 2010). It appears that small particles may be more easily taken up by the lymphatics than larger particles. The inflammatory effects observed showed a strong correlation with the small particle group. This study shows that size of talc particles matter and the smaller the size the greater the ability to translocate and increase the extent of the inflammatory response.  As Defendants' internal documents demonstrate their talc particle size to cover a wide size range (100 µm to ~0.3 µm) [10], there is extensive evidence that particles can be inhaled and transported through the blood and lymph to the ovaries.

In 1993, the National Toxicology Program (NTP) issued a report from a study concluding that there was "some evidence of carcinogenic activity" in male rats, "clear evidence of carcinogenic activity" in female rats, and no evidence of carcinogenic activity in male or female mice exposed to aersols of talc reported as nonasbestiform cosmetic-grade (National Toxicology Program, 1993).  Authors of that study speculated these effects could be due to cytokines released from macrophages or a nonspecific effect of the stress of inflammation (*Id.*).

In another study, rabbits were injected with normal size talc (Dmax = 8.36 µm) or larger particles talc (Dmax = 12 µm) (Ferrer  et al., 2002).  Pleural inflammation was greater with normal talc than large talc, and animals receiving normal talc had talc particles in the liver, supporting the premise that talc particles instilled into the pleural cavity can escape and migrate to extrapleural organs.  Talc dissemination can be significant, and granulomas have been seen to develop in the interstitium  after particles migrate from the lungs, with resultant pulmonary interstitial fibrosis (Hollinger, 1990).   In another study illustrating talc dissemination (Werebe, 1999), talc was administered into the pleural space of rats.  At both 24- and 48-hours, talc crystals were found in every organ of all animals, with the amount of talc being statistically different between the organs.  Authors concluded there was a rapid absorption of talc through the pleural surface and a progressive systemic distribution of particles (*Id.*).

In addition to migration of ultrafine particles through tissue and movement to the lymhph nodes, fine and coarse particles may be phagocytized by macrophages and dendritic cells which may carry the particles to lymph nodes in the lung or to those closely associated with the lungs (IARC, 2010).  The uptake of fine particles (0.1–2.5 µm in diameter) by macrophages is a specific ligand-receptor mediated

---

[10] IMERYS346016; IMERYS030347; IMERYS031791; JNJAZ55_000005957.

actin-based process (phagocytosis), whereas the uptake of ultrafine particles (<0.1 μm in diameter) apparently occurs by other, non-specific mechanisms (Peters, 2006). These mechanisms are termed "adhesive interactions," and include electrostatic, van der Waals and steric inter-actions (*Id.*). Particles with a diameter of 0.2 μm and smaller appear to enter cells passively, that is by a mechanism which is different from phagocytosis. Larger particles are much more avidly taken up by macrophages, but by the specific receptor mediated, actin-dependent mechanism. Below the particle size of 0.2 μm, particles increasingly enter the macrophages by the non-specific "adhesive interaction" mechanisms mentioned above (*Id.*).

*There is substantial evidence in the scientific and medical literature that support a conclusion that talc powder particles can reach the ovaries through inhalation.*

## VII.    MECHANISM OF CANCER

### A.    Cancer - General

Tumorigenesis, the formation and growth of tumors, is a complex and multifactorial progressive process of transformation of normal cells into malignant ones (Pogribny and Rusyn, 2014). It is characterized by the accumulation of multiple cancer-specific heritable phenotypes, including persistent proliferative signaling, resistance to cell death, evasion of growth suppression, replicative immortality, inflammatory response, deregulation of energy metabolism, genomic instability, induction of angiogenesis, and activation of invasion ultimately resulting in metastases. It encompasses genetic, behavioral, and environmental factors that can all contribute to its development.

Mutations can occur as a result of the processes inside the cell, or alternatively, can be caused by external factors, such as chemicals. In addition, some people can inherit faults in particular genes that make them more likely to develop cancer. While normal cells obey signals indicating they have reached their growth limit, in cancer cells, the normal signaling system is disrupted. Mutations in particular genes may result in over- or under- production of proteins, or the production of abnormally formed proteins, all of which can lead to a lack of cellular regulation.

In general, cancer is an uncontrolled growth of abnormal cells in the body, which occurs when the body's normal control mechanisms are disrupted. Excessive cellular division leads to a growth called a tumor. Mutations can happen by chance when a cell is dividing. Some mutations act by inhibiting normal controls over cell growth, leading to uncontrolled cell division. DNA may be damaged during routine cellular processes, and cells have mechanisms to repair that damage. However, over time, the damage may accumulate. Once cells exhibit increased cell growth, they are more likely to pick up additional mutations and are less likely to be able to repair the damaged genes.

17

If the DNA damage cannot be repaired, the cell can self-destruct, a process called apoptosis. In cancer cells, molecules in the repair pathway are faulty. For example, a protein called p53 normally determines whether genes can be repaired or if the cell should undergo apoptosis.  Many cancers have a defective version of p53, and don't repair themselves properly. Thus, cancer cells can override self-destruct signals and don't undergo apoptosis when they should.

## B.    Genetic Mutations

*Inherited mutations* are passed down from parent to child and are present throughout a person's life in virtually every cell in the body. These mutations are also called germline mutations because they are present in the parent's egg or sperm (germ) cells.  When an egg and a sperm cell unite, the resulting fertilized egg cell receives DNA from both parents. If this DNA has a mutation, the child that grows from the fertilized egg will have the mutation in each of his or her cells.

A genetic predisposition (sometimes also called genetic susceptibility) is an increased likelihood of developing a particular disease based on a person's genetic makeup. A genetic predisposition results from specific genetic variations that are often inherited from a parent. These genetic changes contribute to the development of a disease, but do not directly cause it. For example, mutations in the *BRCA* gene result in an increased risk for ovarian cancer.  Some people with a predisposing genetic variation will never get the disease while others will, even within the same family. Genetic variations can have large or small effects on the likelihood of developing a particular disease. Although each of these variations only slightly increases a person's risk, having changes in several different genes may combine to increase disease risk significantly. Changes in many genes, each with a small effect, may underlie susceptibility to many common diseases, including cancer.

In people with a genetic predisposition, the risk of disease can depend on multiple factors in addition to an identified genetic change. These include other genetic factors (sometimes called modifiers) as well as lifestyle and environmental factors. Diseases that are caused by a combination of factors are described as multifactorial.  Most disease-causing gene mutations are uncommon in the general population. However, other genetic changes occur more frequently. Genetic alterations that occur in more than 1 percent of the population are called polymorphisms.

*Acquired (or somatic) mutations* occur at some time during a person's life and are present only in certain cells, not in every cell in the body. These changes can be caused by environmental factors such as ultraviolet radiation from the sun, chemical exposure, or can occur if an error is made as DNA copies itself during cell division. Acquired mutations in somatic cells (other than sperm and egg cells) cannot be passed to the next generation.

Environmental and occupational exposures to natural substances, as well as man-made chemical and physical agents, play a causative role in human cancer. Acquisition of cancer-specific alterations may be triggered by the mutational and/or non-mutational (i.e., epigenetic) events in the genome which, in turn, affect gene expression and downstream phenotypes including persistent proliferative signaling, resistance to cell death, evasion of growth suppression, replicative immortality, inflammatory response,

18

deregulation of energy metabolism, genomic instability, induction of angiogenesis, and activation of invasion ultimately resulting in metastases.

Genotoxic carcinogens are agents that interact directly or after metabolic activation with DNA, causing mutations and leading to tumor formation. Non-genotoxic carcinogens are a diverse group of chemical compounds that are known to cause tumors by mechanisms other than direct damage to DNA. In a broad sense, carcinogenesis may be induced through either genotoxic or non-genotoxic mechanisms. However, both genotoxic and non-genotoxic carcinogens also cause prominent epigenetic changes (Pogribny and Rusyn, 2013).  Disruption of epigenetic processes can lead to altered gene function and malignant cell transformation. Global changes in the epigenetic landscape are a hallmark of cancer.

The presence of talc particles in the ovaries (deep in the tumor) of some ovarian cancer patients and presence of talc in pelvic lymph nodes provides indirect evidence for talc carcinogenicity (Heller et al., 1996).  Changes in signal transduction pathways that lead to increased and chronic inflammation are also associated with cancer, as are changes in cancer stem cells which have the ability to generate tumors through the processes of self-renewal and differentiation into multiple cell types. Cancer stem cells are thought to play a major role in tumor escape, chemoresistance/recurrence of ovarian cancer. Users of talcum powder have lower plasma levels of anti-MUC1 antibodies than non-users (Karageorgi et al., 2010). MUC1 is a protein highly expressed by ovarian, breast, and endometrial tumors, and low levels of anti-MUC1 antibodies are associated with poorer prognosis.  Reducing immunity to MUC-1 could be one mechanism by which talc increases endometrial and/or ovarian cancer risk (Karageorgi et al. 2010).

## C.    Ovarian Cancer

There are two major categories of ovarian carcinogenesis based on the idea that tumors are heterogeneous: high-grade malignancies that tend to be fast growing and chemo-sensitive, and low-grade neoplasms which typically grow slowly, but are less sensitive to chemotherapy.  The low-grade pathway is associated with a stepwise mutation process, whereas the high-grade develops through genetic instability (Lengyel, 2010).  Ovarian cancer comprises at least five distinct histological subtypes, the most common and well-studied being high-grade serous ovarian cancer. The majority of these tumors arise from the distal end of the fallopian tube and evolve from premalignant lesions called tubal intraepithelial carcinoma (Saad, 2010).  Several risk factors have been associated with increased risk of ovarian cancer and include: low parity, infertility, early age of menarche and late age of menopause.

Multiple mechanisms can explain the progression of ovarian cancer  (Fleming et al., 2006; Fathalla, 2013; Saad, 2010; Smith and Xu, 2008). These mechanisms include: incessant ovulation-whereby repeated damage and trauma to the ovarian epithelium during ovulation increases the risk for genetic mutation and ovarian neoplasm during epithelium repair; pituitary gonadotropin changes- high levels of gonadotropins increase estrogen stimulation which can cause ovarian epithelial cells to become entrapped in inclusion cysts that undergo malignant changes; androgen/progesterone alterations-androgens stimulate ovarian cancer formation and progestins are protective; inflammation- factors that predispose to inflammation, such as endometriosis, PID, perineal talc use and hyperthyroidism could stimulate ovarian cancer. The molecular pathway in the inflammatory process involves intracellular

19

effectors implicated in malignant transformation such as VEGF, NF-κB, nitric oxide synthase, and cyclooxygenase (Williams et al., 1999).

Genetic mutations also play a role in the development of ovarian cancer. For example, certain mutations in the *BRCA1* or *BRCA2* genes increase a person's risk of developing ovarian cancer. Both inherited and acquired gene mutations work together to cause cancer. Even if one has inherited a genetic mutation that predisposes one to cancer, that doesn't mean he or she is certain to get cancer. Rather, one or more additional gene mutations may be needed to cause cancer. The inherited gene mutation could instead make one more likely to develop cancer when exposed to certain cancer-causing substances.

### D.      Roles of the Immune System

It is well established that inflammation has paradoxical roles during tumor development (Coussens and Werb, 2002). While acute inflammation can be protective against tumors, chronic inflammation provides an environment for the tumor to thrive. The net outcome of tumor-associated inflammation depends on the dominance of either tumor-promoting or tumor-suppressive actions. Inflammation normally functions to maintain tissue homeostasis in response to tissue stressors such as infection or tissue damage. However, studies also suggest a close association between inflammation and tumorigenesis (Rakoff-Nahoum, 2006).

Two stages of inflammation exist, acute and chronic inflammation (Ingersoll, 2011). Acute inflammation is an initial stage of inflammation (innate immunity), which is mediated through the activation of the immune system. This type of inflammation persists only for a short time and is usually beneficial for the host. Acute inflammation (e.g., involving innate immunity, macrophages, natural killer cells, neutrophils) frequently precedes the development of protective adaptive immune responses to pathogens and cancer.

Chronic inflammation, by contrast, has been shown to contribute to tumorigenesis at all stages (Crusz and Balkwill, 2015). It contributes to cancer promotion by inducing cellular proliferation; and to cancer progression by enhancing angiogenesis and tissue invasion. Over time, chronic inflammation can cause DNA damage and lead to cancer. Inflammation initiated by genital application of talc is likely to be sustained, since studies indicate that women start using talcum powder at an early age and continue using it for decades.

### E.      Ovarian Cancer and Inflammation

Inflammation plays an important role in the progression of ovarian cancer, and it is a biologically plausible mechanism that mediates ovarian cancer. Recent clinical and prospective data suggest that C-reactive protein (CRP), a marker of global inflammation, is associated with increased ovarian cancer risk (Li, 2017; Poole, 2013; Jing, 2017). Other inflammatory markers may be important in ovarian carcinogenesis. In premenopausal women, ovarian epithelial cells secrete cytokines as part of ovarian function and some of these cytokines are also produced by ovarian cancer cells (Jammal, 2016). Epithelial

20

cells in proximity to ovulating follicles are likely exposed to these inflammatory mediators that may signal oxidative stress, and enhance the risk of mutagenesis. Importantly, cytokines involved in ovarian function, follicle rupture, and repair (physiologic processes before menopause) are suggested to remain activated in postmenopausal women and may play an etiologic role in ovarian carcinogenesis; these cytokines include: interleukin (IL)-1α, IL-1β, IL-2, IL-6, IL-8, IL-10, tumor necrosis factor alpha (TNF-α), interferon gamma (IFN-γ), granulocyte colony- stimulating factor (G-CSF), and granulocyte macrophage colony-stimulating factor (GMCSF). Many inflammatory mediators, including prostaglandins, leukotrienes, and cytokines, are locally elevated during ovulation. Epithelial cells in proximity to ovulating follicles are likely exposed to these inflammatory mediators that may signal oxidative stress, and enhance the risk of mutagenesis. Moreover, IL-8, an important angiogenesis factor, is elevated in ovarian cancer patients and is believed to be a key factor for cancer growth and new vessel formation (Lane, 2011). Additionally, Saed et al. (2017) has reported that oxidative stress can play an important role in the pathogeneis, neoangiogenesis and dissemination of local or distant ovarian cancer.

Endometriosis is a pelvic disorder associated with inflammation and scarring. Studies also link endometriosis with the increased risk of epithelial ovarian carcinoma through pathways related to oxidative stress and inflammation (Melin, 2006; Worley, 2013). Studies indicate that women with endometriosis differ in the expression of inflammatory mediators, and changes in the cytokine network indicating immune dysregulation, which could contribut to the development of endometriosis (Pizzo, 2002). Wu et al. (2009) performed a study to determine the role of talc in the development of ovarian cancer, considering the history of endometriosis. Results demonstrated an increased risk of ovarian cancer with increasing frequency and duration of talc use; compared to never users, risk was highest among long duration, frequent talc users. A history of physician-diagnosed endometriosis was significantly associated with ovarian cancer in risks, and women who were talc users and had a history of endometriosis showed a 3-fold increased risk, and authors concluded risk of ovarian cancer is significantly associated with talc use and a history of endometriosis.

## VIII.   MECHANISM OF INFLAMMATION

Inflammation has long been associated with the development of cancer (reviewed by Heidland, 2006; Balkwill, Mantovani, 2001; Rakoff-Nahoum, 2006; Todoric, 2016). An inflammatory process begins when chemical mediators are released by the damaged tissue. The inflammatory response orchestrates host defenses and mediates tissue repair and regeneration in response to damage from chemical toxicants, foreign organisms or carcinogens. Epidemiological evidence points to a connection between inflammation and a predisposition for the development of cancer, i.e., long-term inflammation leads to the development of dysplasia (abnormal cell growth preceding cancer).

Inflammation is a well-established risk factor for all stages of carcinogenesis and tumor progression (Chow, 2012), including ovarian cancer (Maccio and Madeddu, 2012). Inflammation is a factor in a number of mechanisms regarding the etiology of epithelial ovarian cancer and a contributor to

21

ovarian tumor development and tumor progression (reviewed in Ness, 1999). Inhibition of inflammatory cytokines in the tumor milieu acts on inflammatory-induced angiogenesis and apoptosis and improves prognosis.    In a review paper by Ness and Cottreau (1999), talc and asbestos are discussed as risk factors for ovarian cancer, along with endometriosis and pelvic inflammatory disease which are all associated with induction of local cancer.

## A.    Cytokine Networks

The cytokine networks are very active in producing pro-inflammatory cytokines, growth factors, and chemokines, all of which are molecules active in immune system signalling. There is evidence that inflammatory cytokines and chemokines, which are produced by tumor cells and/or tumor-associated leukocytes, may contribute directly to malignancy. Tumor necrosis factor (TNF)-alpha, a major mediator of inflammation, has actions directed towards both tissue destruction and recovery. TNF can be detected in malignant and/or stromal cells in human ovarian, breast, prostrate, bladder and colorectal cancer, lymphomas and leukemias and often is associated with IL- 1 and -6 and macrophage colony stimulating factor. TNF-α is also implicated in the induction of a chemokine called MCP-1 which can regulate the macrophage and lymphocyte infiltrate and of MMP-9 in the ovarian tumor microenvironment. There is also evidence for pro-cancer actions of TNF-α in animal models. The molecular basis is thought to involve induction of ROS in the form of NO synthase. NO can directly oxidize DNA, resulting in mutagenic changes, and may damage some DNA repair proteins. Inducible NO synthase has been detected in gynegological cancers, including ovarian cancer.

## B.    Macrophages

The neoplastic process which consists of proliferation, survival and migration is linked with the tumor microenvironment and synchronized with the influx of inflammatory cells, including neutrophils and macrophages which are a main source of exogenous reactive oxygen species (ROS) (Forman and Torres, 2002). Macrophages and the innate immune system can be responsible for tissue injury, when in excess or continuous.

This can also indicate macrophage activation leading to excess production of other macrophage-generated mediators, including cytokines. Macrophages can engulf talc particles and play a critical role in disease. Moreover, macrophages are the major constituents in granulomas.  Talc can promote murine macrophage survival and DNA synthesis *in vitro* (Hamilton, 2001). Such enhancement of macrophage survival by talc, if it occurred *in vivo,* could lengthen the cells' tenure in a lesion with the result that more cells would be present to produce inflammatory mediators, such as cytokines, proteinases, and eicosanoids, perhaps potentiated by additional stimuli. This could be another mechanism as to how macrophage cell numbers increase in talc-induced granulomas and inflammatory reactions.

In a 2005 *in vitro* study (Bogatu and Contag, 2005), talc (as a fibrogenic dust) was shown to adsorb high density lipoprotein (HDL). The authors concluded that the adsorption of HDL could have a "causal relationship" with triggering of a fibrotic reaction. The adsorption on the surface of fibrogenic dust particles, including talc provides an opportunity for the intake of HDL by macrophages which then

22

release an increased amount of fibrogenic mediators. Coating of talc by HDL allows for more rapid uptake by the macrophage as it can use multiple receptors as points of entry into the cell. In general, surfaces of all fibrogenic particles, such as talc, have a specific property which is lacking in non-fibogenic (inert) particles or is at least significantly less effective. However, even upon overloading, non-fibrogenic dusts cannot produce fibrosis.

In another study (Ghio et al., 2012), both mesothelial and airway epithelial cells exposed to talc significantly increased iron importation and concentration of the iron storage protein, ferritin. The production of pro-inflammatory cytokines was also induced by *in vitro* talc exposure relative to control lung tissue, and a time-dependent and concentration-dependent release of oxidents was observed in both cell types. Talc toxicity was also observed in an *in vitro* study comparing effects of micro-scale talc particles with those of smaller nanotalc particles on lung cells (Akhtar, 2010). Cell viability was decreased for all talc exposures, and decreased as a function of talc concentration, origin and particle size. Nanotalc particles differentially induced lipid peroxidation, reactive oxygen species and depletion of the anti-oxidant, glutathione.  Further, data suggests that talc toxicity was mediated through oxidative stress.

A study by Khan et al. (2011) demonstrated that nanoscale talc, as opposed to larger talc particles enhanced its cytotoxicity. In this study, macrophages exposed to nanotalc increased the manufacture (transcription) of three macrophage-released pro-inflammatory cytokines and the phosphorylation of two signal transduction pathways.  The authors indicated that the inflammatory potential of nano talc particles might be (at least partially) a potential mechanism in talc-mediated pathogenicity.

An early study (Davies et al., 1983) in which the cytotoxicity of seven talcs was evaluated using rat peritoneal macrophage demonstrated modest, but consistent macrophage cytotoxicity visualzed by an increase in macrophage production of two enzymatic cell injury markers including lactate dehydrogenase (LDH) and B-glucuronidase (compared to *in vitro* treatment with a non-fibrogenic dust. This study points to the potential of talc to "activate" macrophage leading to increased production of macrophage-released mediators including pro-inflammatory cytokines. Some investigators have suggested such *in vitro* macrophage changes could predict fibrogenicity *in vivo*. Based on talc chemical analyses, the authors concluded that effects on macrophages were not due to contaminating minerals.

In a molecular cell study by Shukla et al. (2009), non-fibrous-containing talc at low concentrations caused increased expression of the gene Activating Transcription Factor (ATF genes modulates production of pro-inflammatory cytokines and growth factors in human lung cells) in cultured mesothelial cells at 8 hr and no changes at 24 hr, whereas expression levels of 30 genes were elevated at 8 hr at high talc concentrations.

Tumor necrosis factor (TNF)-α is a cell signaling protein produced by macrophages, primarily involved in the regulation of immune cells.  Pre-diagnostic serum levels of 46-inflammation –related biomarkers were measured in 149 incident ovarian cancer cases and matched controls. As his been discussed in several aforementioned sections of this Report, C-reactive protein (CRP), IL-1-α and TNF-α proved to all be significantly elevated and associated with increased cancer risk. In analyses restricted to serous ovarian cancer (n=83), the associations with CRP and IL-8 remained or strengthened. Thus, IL-8

23

can also be considered an inflammatory biomarker of ovarian cancer (Trabert et al., 2014), again demonstrating talc's action as an inflammatory agent.  Iron and its homeostasis are intimately tied to the inflammatory response (Wessling-Resnik, 2010).  Talc has been shown to modulate TNF- α and IL-6 production by its binding to iron (Ghio, 2011). TNF-α, like CRP, is a marker of various inflammation processes. TNF-α has been shown to play a role in later steps of carcinogenesis. For example, NF-κB activation by TNF- α is involved in neoplastic transformation, proliferation, and tumor survival. In addition, in ovarian cancer cells, TNF-α enhances cell migration and metastasis through the action of NF-κB. TNF-α was positively associated with ovarian cancer in case-control studies using serum samples collected at diagnosis.

### C.    Role of Oxidants in Ovarian Cancer

The chronic inflammatory states associated with infection and irritation may lead to environments that foster genomic lesions and tumor initiation. One effector mechanism by which the host system responds to insult is production of free radicals such as reactive oxygen species (ROS), hydroxyl radical (OH•) and superoxide (O₂-•) and reactive nitrogen species (RNS), nitric oxide (NO•) and peroxynitrite (ONOO). Primarily thought to be anti-microbial, these molecules form due to the activities of host enzymes such as myeloperoxidase, NADPH oxidase, and nitric oxide, which are regulated by inflammatory signaling pathways. Importantly, ROS and RNS lead to oxidative damage and nitration of DNA bases which increase the risk of DNA mutations.

During inflammation, macrophages, mast cells and neutrophils are recruited to the site of damage, which leads to a 'respiratory burst' due to an increased uptake of oxygen, and thus, an increased release and accumulation of ROS at the site of damage. A sustained inflammatory/oxidative environment leads to a vicious circle, which can damage healthy neighboring epithelial and stromal cells and over a long period of time may lead to carcinogenesis. Oxidative stress can also activate a variety of transcription factors. Activation of these transcription factors can lead to the expression of over 500 different genes, including those for growth factors, inflammatory cytokines, chemokines, cell cycle regulatory molecules, and anti-inflammatory molecules that can also be linked to cancer. Under a sustained environmental stress, ROS are produced over a long time, and thus significant damage may occur to cell structure and functions that could induce neoplastic transformation. In general, the longer the inflammation persists, the higher the risk of cancer.

Following an inflammatory stimulus, initiation of carcinogenesis mediated by ROS may be direct (oxidation, nitration, halogenation of nuclear DNA, RNA, and lipids), or mediated by the signaling pathways activated by ROS (Reuter, 2010; Saed, 2011; Saed, 2017). Hydrogen peroxide plays an important role in carcinogenesis because it is capable of diffusing through cell membranes and producing many types of cell injury. NO is another free radical implicated in carcinogenesis (Saed, 2017). iNOS, calcium-independent isoform, produces large amounts of NO and is only expressed during inflammation. ROS can specifically activate certain signaling pathways and thus contribute to tumor development through the regulation of cellular proliferation, angiogenesis, and metastasis.

1.        **Talc-Induced Inflammation and Oxidative Stress**

Even a single dose of a carcinogen can produce effects that are adverse to cells and tissue at the site of exposure. *In vitro* studies provide a safe and effective vehicle by which to measure those effects in a controlled environment.

Carcinogenic potential of any compound can be determined by performing a well-established methodology called a neoplastic cell transformation assay. In a 2007 study by Buz'Zard, two human ovarian cell culture lines were treated in vitro with talc from 24 to 120 hr (Buz'Zard, 2007). Another group of talc-treated cells were also treated with a specific anti-inflammatory inhibitor to determine whether talc produced transformation through the production of inflammation.  Following talc treatment of both ovarian cell types, the cells' ability to grow in suspension, a key characteristic of neoplastically transformed cells, was measured - non-neoplastically-transformed normal cells cannot grow in suspension.  Results showed that treatment with talc can transform ovarian cells which further demonstrates the carcinogenic potential of talc. As anti-inflammatory treatment reduced formation of ROS and number of transformed colonies, a relationship between cell transformation and inflammation was demonstrated.  Interestingly, exposure of ovarian cells to talc also increased ROS generation in this study in a time and dose-dependent manner. These effects could be linked with neoplastic changes as chronic inflammation is associated with cancer induction and ROS are often seen as a component of the tumor microenvironment. Human neutrophils exposed to talc in this study also increased ROS generation significantly compared to control phagocytes.

In a study carried out by Keskin in 2009, rats exposed to talc produced an increase in ovarian follicles which could be related to the " ovulation theory" associated with ovarian cancer, thus demonstrating a plausible mechanism for talcum powder-induced ovarian cancer.

Recent data demonstrates the importance of oxidative stress in ovarian cancer.  The effects of talcum powder exposure on oxidative stress levels in normal ovarian epithelial cells, ovarian epithelial cells and cancerous ovarian epithelial cells were measured (Saed, 2017; Fletcher, 2018 (abstract)).  Studies indicate that epithelial ovarian cancer manifests a persistent pro-oxidant state through alteration of the redox balance by the up-regulation of several oxidant enzymes in epithelial ovarian caner tissues (Saed, 2018).  Advancing similar work, i n a recently accepted abstract, Harper and Saed report a mechanism by which talc enhances the pro-oxidant state in normal (ovarian and tubal) and ovarian cancer cells, through induction of gene point mutations (corresponding to known  specific single nucleotide polymorphisms - SNPs)  in key oxidant enzymes, altering their activities (Harper and Saed, 2018).

Emerging science by Fletcher (2018) demonstrated that talc-treated ovarian cancer cell lines and normal ovarian epithelial cells showed a marked increase in mRNA levels of pro-oxidant enzymes, including iNOS and MPO. This shift to a pro-oxidant environment indicates oxidative stress as early as 24 hours after exposure.  These recent facts provide strong support for the ability of talc to produce an oxidant state that leads to inflammation and in turn epithelial ovarian cancer.  This latter study shows that talcum powder enhances the redox state as part of the inflammatory cascade in both normal ovarian

25

epithelial cells and in ovarian cancer cells, revealing a plausible mechanistic underpinning for talc-induced ovarian cancer.

Another study by the same authors showed that talcum powder exposure increased levels of the cancer antigen, CA-125, in both normal ovarian cells and ovarian cancer cells.  (Fletcher and Saed, 2018).  CA-125 is an antigen that is elevated in some patients with specific types of cancers, and is used as a biomarker for ovarian cancer detection, providing further information about talcum powder's carcinogenic properties.

In a study by Shim et al. (2015), inhalation of talc revealed infiltration of macrophages and the increased expression of the antioxidant, superoxide dismutase indicating oxidative stress in rats.  Moreover, in the same study inhalation of talc demonstrated macrophage aggregations and oxidative damage in the lungs. Intrapleural injection of talc particles produced an acute serum inflammatory response, more pronounced with smaller particles (Genofre et al., 2009). In addition, talc exposure induced vasoconstriction in the brain via the action of superoxide anions (Mori et al., 1995). Non-fibrous talc at low *in vitro* exposure concentrations caused increased expression of transcription factors associated with the inflammatory process in a time and dose-dependent manner (Shukla et al., 2009). Nano-talc exposure enhanced the production of pro-inflammatory cytokines by macrophages *in vitro* (Khan et al., 2011). Also, pre-treatment of macrophage (prior to talc exposure) with inflammatory signal transduction inhibitors reduced TNF mRNA stability demonstrating their role in TNF mRNA stabilization and expression (Khan et al., 2011).

In an epidemiological study, talc exposure was significantly associated with ovarian cancer in women who lacked a specific anti-oxidant genotype (glutathione-S transferase M1/T1) (Gates et al., 2008). Finally, talc exposure increases COX2, an enzyme that plays a critical role in inflammation (Pace et al., 2006).

At high concentrations or chronic exposure, ROS can damage cellular macromolecules and contribute to neoplastic transformation and/or tumor growth.  Other likely manifestations of talc-induced inflammation include reduced fibrinolysis, activation of neutrophils and macrophages and increased production of cytokines and growth factors, and these have been suggested to occur in the peritoneum in response to contamination by surgical glove powder (Merritt et al., 2008).

*In sum, inflammation is a primary mediator of ovarian cancer.  As the scientific studies outlined above demonstrate, talcum powder products cause inflammation that can result in an elevation of biomarkers; changes in cell signaling; activation of chemokines and cytokines; changes in the oxidative environment; gene alterations and/or mutations; inhibition of apoptosis and induces neoplastic transformation and prolifearation (i.e., cancer). This talcum powder-induced inflammatory cascade provides significant biologic and toxicologic support for a conclusion that talcum powder products can cause ovarian cancer.*

26

### D.      Iron-Facilitated Inflammation

Talc particles can bind iron and iron facilitates inflammation and ROS production; surfaces of silicates including talc has a net negative charge on the surface which generates a capacity for the adsorption and exchange of cations like iron which has a high affinity for oxygen-donor ligands. According to J&J documents from Luzenac America Technical Center, heavy metal analyses on Grade 66 Non-Shear Disk Test Run samples demonstrated very high levels of iron (15,200 – 21,500 mg/kg) that could cause oxidative stress and an inflammatory response. Multiple studies have demonstrated that exposure to talc disrupts iron homeostasis, oxidative stress, and causes a fibro-inflammatory response (Akhtar et al., 2010; Ghio et al., 1992; Ghio et al., 2012). Talc exposure significantly increases iron importation and concentrations of ferritin (iron storage protein). The accumulation of iron, the accompanying oxidative stress, and inflammatory events after exposure to talc are comparable to those with other forms of particulate matter. The capacity of talc particles to support the *in vitro* generation of oxidants in an acellular environment was significantly affected by the concentration of associated iron, with talc-Fe producing a significantly greater signal for lipid peroxidation relative to talc alone (Akhtar, 2010). This relationship is supported by inhibition of the effect by addition of a metal chelator and a hydroxyl radical scavenger. The disruption of cell iron homeostasis is frequently associated with oxidative stress and inflammation.

## IX.      SUMMARY OF OPINIONS

I hold the following opinions to a reasonable degree of scientific certainty:

1.  Based on the scientific literature and the testing results that I have seen by Defendants and Drs. Longo and Rigler, it is my opinion that talcum powder products, including Johnson's Baby Powder and Shower to Shower, may contain known carcinogens, including asbestos, fibrous talc, and heavy metals. In addition, these products contain fragrance chemicals, many of which are inflammatory agents, toxicants, or potential carcinogens.

2.  Talcum powder can reach the ovaries through two routes with anticipated use: 1) perineal application (dermal) with migration/transport through the genital tract via the vagina, uterous, and fallopian tubes; and, 2) inhalation of talcum powder particles. Through either route, talcum powder and its constituents could reach the lymphatic system and bloodstream.

3.  Exposure to talcum powder products causes an inflammatory tissue reaction which may result in the following:
    a.  Elevation of increased inflammatory markers;
    b.  Changes in cell signaling;
    c.  Activation and/or release of chemokines and cytokines;
    d.  Changes in the oxidative environment;
    e.  Gene alterations and/or mutations;
    f.  Inhibition of apoptosis; and

      g.  Neoplastic transformation and proliferation

4.  Based on knowledge of the carcinogenic components of talcum powder products, the potential of the powder, with its components, to reach the ovaries and the resultant inflammatory tissue response, it is biologically plausible for talcum powder products to cause ovarian cancer.

      I reserve the right to amend or modify this report as new information becomes available.  I have not testified in litigation over the previous 4 years.  I am charging $ 350 per hour for my work on this matter.

28

# Exhibit A

**JUDITH TERRY ZELIKOFF, Ph.D.**
**Tenured Professor**

229 Mulberry Road
Ramsey, NJ 07446
H: (201)-934-6777
W: (845)-731-3528
Email: Judith.zelikoff@nyumc.org

## EDUCATION

**1973:**     Bachelor of Science (**Biology**)
              Upsala College
              East Orange, NJ

**1976:**     Master of Science **(Microbiology)**
              Farleigh Dickinson University
              Department of Biology
              Teaneck, NJ,
              in conjunction with,
              UMDNJ-New Jersey Medical School
              Department of Neuroscience
              Newark, NJ
              **Thesis Dissertation:** Herpes Simplex Virus-IgM Specific Antibodies in
              Guillian-Barre Syndrome

**1982:**     Doctor of Philosophy (**Experimental Pathology**)
              UMDNJ-New Jersey Medical School
              Department of Pathology
              Newark, NJ
              **Thesis Dissertation**: Cytoskeletal Modifications of Human Fibroblasts
              that Occur During a Complement-Dependent Cytotoxic Antibody
              Response

## PROFESSIONAL EXPERIENCE

**1982-Present:**     *NEW YORK UNIVERSITY SCHOOL OF MEDICINE*
              Institute of Environmental Medicine
              Tuxedo, NY

       **2005- Present: <u>Tenured Professor</u>**
              *Laboratory of Pulmonary & Systemic Toxicology*

              <u>Developmental Immunotoxicology</u>: Effects of fetal insults on later life
              immune-related diseases in the offspring.

              <u>Pulmonary Immunotoxicology:</u> Characterization of inhaled metal, gaseous,
              and airborne pollutant mixtures including woodsmoke and tobacco smoke,
              on pulmonary immune defense mechanisms and host resistance against
              infectious disease and asthma.

<u>Environmental Toxicology/Ecoimmunotoxicology</u>: Effects of aquatic pollutants on the immune responses of fish; development of immune biomarkers.  Alternate animal models for immunotoxicological studies.

**1995-2005: <u>Associate Professor </u>(Tenured in 1997)**
*Laboratory of Systemic Toxicology*

**1989-1995: <u>Assistant Professor</u>**
**1986-1989:  <u>Research Assistant Professor</u>**
*Laboratory of Pulmonary Biology*
*Laboratory of Environmental Toxicology*

<u>Environmental Toxicology</u>: Characterization of aquatic pollutants and immune defense mechanisms of fish. Studies concerning drug bioaccumulation and metabolism in different fish species.

<u>Inhalation/Pulmonary Toxicology</u>: Effects of ambient pollutants on macrophage metabolism and immune function.

**1984-1986: <u>Associate Research Scientist</u>**
*Laboratory of Environmental Toxicology*

<u>Genetic Toxicology</u>: Clastogenic/mutagenic effects of complex environmental mixtures.

<u>Cell Biology</u>: Establishment of primary cultures for assessing the toxicity of environmental contaminants *in vitro*.

**1982-1984: <u>NIH (NHLBI) Post-Doctoral Fellow</u>**
*Laboratory of Environmental Toxicology*

<u>Genetic Toxicology</u>: Development of short-term *in vitro* bioassays to detect          carcinogens, promoters and co-carcinogens in complex environmental                  mixtures.

**1977-1978: *PFIZER PHARMACEUTICAL***
*Laboratory of Chemical Carcinogenesis*
Maywood, NJ

**<u>Assistant Research Scientist</u>**
Laboratory studies using animal models and *in vitro* mammalian cell systems to investigate chemical- and viral-induced carcinogenesis.

**1974-1975: *VA HOSPITAL /UMDNJ-NEW JERSEY MEDICAL SCHOOL***
Department of Neuroimmunology
East Orange, NJ

**<u>Associate Research Scientist</u>**
Laboratory studies investigating the etiology of viral-induced neuropathologies

## TEACHING EXPERIENCE - NATIONAL

**1990-Present:**      *NEW YORK UNIVERSITY SCHOOL OF MEDICINE*
Department of Environmental Medicine
Tuxedo, NY
**Graduate Courses**
- Global toxicology & community health (NYU Global College of Public Health: Organizer/Director, Fall, 2018; offered every year)
- Environmental Immunotoxicology (Organizer/Director, 1993-present)
- Organ System Toxicology (Director, 2001-present)
- Toxicology (Biology-cross linked: Director, 2010 – present)
- Communication Skills (Lecturer; 2010-present)
- Principles of Toxicology (Lecturer; 1992-present)
- Environmental Physiology of the Respiratory Tract (Lecturer; 1992– 1994)

**1979-1994:**   *WILLIAM PATERSON COLLEGE*
Department of Biology
Wayne, NJ

Adjunct Professor
**Undergraduate Courses**
- Microbiology lecture and laboratory (1979 - 1984)
- Human biology lecture and laboratory (1979 - 1994)

**1991-1994:**      *ROCKLAND COMMUNITY COLLEGE*
Department of Biology
Suffern, NY

Adjunct Professor
**Undergraduate Courses**
- Microbiology lecture and laboratory

**1979-1982:**   *SETON HALL UNIVERSITY*
Department of Biology
South Orange, NJ

Research Scientist/Graduate Assistant
-Laboratory studies in immunopathology, virology, viral immunology, and microbiology

- **Undergraduate and Graduate Courses**
- Bacteriology lecture and laboratory
- Advanced Microbiology
- Cell biology/Virology techniques

**1976-1979:**   *FAIRLEIGH DICKINSON UNIVERSITY*
Department of Biology
Teaneck, NJ

Adjunct Professor
**Undergraduate and Graduate Courses**
- General biology lecture and laboratory

o   Human genetics
o   Immunology

## TEACHING EXPERIENCE - INTERNATIONAL

**2013-present**  *UNIVERSITY OF PORT HARCOURT (Port Harcourt, Nigeria)*
Dept. of Toxicology
Lecturer in graduate toxicology course

**2002-present:** *CHULABHORN RESEARCH & GRADUATE  INSTITUTE (Professor, Course Director)*
Department of Toxicology
Bangkok, Thailand
**Graduate Course (3 weeks- given every even year)**
o   Environmental Immunotoxicology and Reprotoxicology

**1999**  **1999-2000:**  *UNIVERSITY OF TASMANIA (Adjunct Professor)*
Department of Environmental Toxicology
Tasmania, Australia
**Graduate Course (2 weeks)**
o   Fish Immunology & Immunotoxicology (Organizer/Director; Lecture and Lab)

**1999-2000**:  *LINCOLN UNIVERSITY*
Department of Environmental Health Sciences
Christ Church, New Zealand
**Graduate Course (2 weeks)**
o   Fish Immunology & Immunotoxicology (Organizer/Director; Lecture and Lab)

## HONORS AND AWARDS

- 2018 – Society of Toxicology (SOT), Education Award
- 2015 – SOT, Women in Toxicology Mentorship Award
- 2013 – West African SOT (WASOT), Distinguished Recognition
- 2012 - 2014, SOT, Distinguished Service as SOT Secretary
- 2012 - SOT, Global Senior Scholar Host Award
- 2012 – SOT, Career Achievement Award in Immunotoxicology
- 2008 – Mid-Atlantic Chapter Society of Toxicology, President

## PUBLICATIONS

*Peer-reviewed Journals (In ascending order)*

1.  Ende, N., E.V. Orsi, F. Buechel, N.Z. Baturay and **J.T. Zelikoff.**  Antibodies to synovial derived cells in patients undergoing artificial prosthesis transplants. *J. Orthopedic Res.* 3: 78-83 (1985).

2.  **Zelikoff, J.T**., J.M. Daisey, K. Traul and T.J. Kneip. Balb/c 3T3 cell transformation response to organic extracts of airborne particulate matter as seen by their survival in aggregate form. *Mutat. Res.* 144: 107-116 (1985).

3.  **Zelikoff, J.T**., N. Atkins, T.G. Rossman and J.M. Daisey. Cytotoxicity of fine particles with and without absorbed polycyclic aromatic hydrocarbons using Chinese hamster lung cells (V79). *Environ. Internat.* 11: 331-339 (1985).

4.     **Zelikoff, J.T**., N. Atkins and S. Belman. Stimulation of cell growth and proliferation in NIH-3T3 cells using onion and garlic oil. *Cell Biol. Toxicol.* 2: 369-378 (1986).

5.     Ende, J., J. Grizzanti, E.V. Orsi, P.P. Lubanski, R.C. Amarusso, L.B. Reichman and **J.T. Zelikoff.** Sarcoid and cytotoxic lung antibodies.  *Life Sciences* 39: 2435-2440 (1986).

6.     Rossman, T.G., **J.T. Zelikoff,** S. Agarwal and T.J. Kneip. Genetic toxicology of metal compounds: An examination of appropriate cellular models. *Toxicol. Environ. Chem.* 14: 251-262 (1987).

7.     Squibb, K.S., C.M.F. Michel, **J.T. Zelikoff** and J.M. O'Connor. Kinetics and metabolism in the channel catfish *Ictalurus punctatus. Veterinary Human Toxicol.* 34: 620 (1988).

8.     **Zelikoff, J.T**., J.H. Li, A. Hartwig and T.G. Rossman. Genetic toxicology of lead compounds. *Carcinogenesis* 9: 1727-1732 (1988).

9.     Schlesinger, R.B., A.F. Gunnison and **J.T. Zelikoff.** Modulation of pulmonary eicosanoid biosynthesis following exposure to sulfuric acid. *Fundam. Appl. Toxicol.* 15: 151-162 (1990).

10.    Schlesinger, R.B., K.E. Driscoll, A.F. Gunnison and **J.T. Zelikoff.** Pulmonary arachadonic acid metabolism following acute exposures to ozone and nitrogen dioxide. *J. Toxicol. Environ. Health* 31: 275-290 (1990).

11.    Schlesinger, R.B., L.C. Chen and **J.T. Zelikoff.** Comparative potency of inhaled acidic sulfate aerosols: The influence of specific components and the role of H[+] ions. *Environ. Res.* 52: 210-224 (1990).

12.    Schlesinger, R.B., P.A. Weideman and **J.T. Zelikoff.** Effects of repeated exposure to ozone on respiratory tract prostanoids. *Inhal. Toxicol.* 3: 27-36 (1991).

13.    **Zelikoff, J.T.**, N.A. Enane, D. Bowser, K.S. Squibb and K. Frenkel. Development of fish peritoneal macrophages as a model for higher vertebrates in immunotoxicological studies.  I. Characterization of trout macrophage morphological, functional and biochemical properties. *Fundam. Appl. Toxicol.* 16: 576-589 (1991).

14.    **Zelikoff, J.T**., G.L. Kreamer, M.C. Vogel and R.B. Schlesinger. Immunomodulating effects of ozone on macrophage functions important for tumor surveillance and host defense of the lung. *J. Toxicol. Environ. Health* 34: 449-467 (1991).

15.    Costa, M., N.T. Christie, O. Cantoni, **J.T. Zelikoff**, X.W. Wang and T.G. Rossman. DNA damage by mercury compounds:  An overview. Proc. of Advances for Mercury Toxicology. In *Advances in Mercury Toxicology* (T. Suzuki, Ed.), Plenum Press, NY.  pp. 255-273 (1991).

16.   Schlesinger, R.B., **J.T. Zelikoff,** L.C. Chen and P.L. Kinney. Assessment of toxicologic interactions resulting from acute inhalation exposure to sulfuric acid and ozone mixtures. *Toxicol. Appl. Pharmacol.* 115(2): 183-190 (1992).

17.   **Zelikoff, J.T**. and R.B. Schlesinger. Immunomodulation by sulfuric acid aerosol: Effects on pulmonary macrophage-derived tumor necrosis factor and superoxide production. *Toxicology* 76: 271-281 (1992).

18.   Cohen, M.D., E. Parsons, R.B. Schlesinger and **J.T. Zelikoff.** Immunotoxicity of *in vitro* vanadium exposure:  Effects on interleukin-1, tumor necrosis factor, and prostaglandin E2 production by macrophages. *Int. J. Immunopharmacol. Immunotoxicol.*  15: 437-446 (1993).

19.   **Zelikoff, J.T**. Metal pollution-induced immunomodulation in fish. *Ann. Rev. Fish Dis.* 2: 305-325 (1993).

20.   **Zelikoff, J.T.**, E. Parsons and R.B. Schlesinger. Immunomodulating activity of inhaled particulate lead oxide disrupts pulmonary macrophage-mediated functions important for host defense and tumor surveillance in the lung. *Environ. Res.*  62: 207-222 (1993).

21.   Enane, N.A., K. Frenkel, J.M. O'Connor, K.S. Squibb and **J.T. Zelikoff.** Fish macrophages as an alternative model for mammalian phagocytes. *Immunol.*, 80: 68-72 (1993).

22.   **Zelikoff,** J.T., R. Smialowicz, P.E. Bigazzi, R.A. Goyer, D.A. Lawrence, H.I. Maibach and D. Gardner.  Immunomodulation by metals. *Fund. Appl. Toxicol.* 22: 1-8 (1994).

23.   Bowser, D., K. Frenkel and **J.T. Zelikoff**. Effects of *in vitro* nickel exposure on macrophage-mediated immunity in rainbow trout. *Bull Environ. Cont. Toxicol.* 52: 367-373 (1994).

24.   Schlesinger, R.B., H. El-Fawal, **J.T. Zelikoff,** J.E. Gorczynski, T. McGovern, C.E. Nadziejko, and L.C. Chen. Pulmonary effects of repeated episodic exposures to nitric acid vapor alone and in combination with ozone. *Inhal. Toxicol.*  6: 21-41 (1994).

25.   Cohen, M.D., Z. Yang and **J.T. Zelikoff**. Immunotoxicity of particulate lead: *In vitro* exposure alters pulmonary macrophage tumor necrosis factor production and activity. *J. Toxicol. Environ. Health*  42: 377-392 (1994).

26.   **Zelikoff, J.T**., M. Sisco, Z. Yang, M.D. Cohen and R.B. Schlesinger. Immunotoxicity of sulfuric acid aerosol: Effects on pulmonary macrophage effector and functional activities critical for maintaining host resistance against infectious diseases. *Toxicology*  92: 269-286 (1994).

27.   **Zelikoff, J.T.**, J.E. Bertin, R.K. Miller, S. Tabacova, E.S. Hunter, E.K. Silbergeld, T.M. Burbacher, and J. Rogers. Health risks associated with prenatal metal exposure. *Fund. Appl. Toxicol.*  25: 161-170 (1995).

28.   **Zelikoff, J.T.**, K. Squibb, D. Bowser and K. Frenkel. Immunotoxicity of low level cadmium exposure in fish: Alternative animal models for immunotoxicological studies. *J. Toxicol. Environ Health*  45:235-248 (1995).

29. Cohen, M.D., T.P. McManus, Z. Yang, Q. Qu, R.B. Schlesinger, and **J.T. Zelikoff**. Vanadium alters macrophage interferon-gamma interactions and interferon-inducible responses. *Toxicol. Appl. Pharmacol.* 138: 110-120 (1996).

30. Cohen, M.D., **J.T. Zelikoff,** T.P. McManus, Q. Qu, and R.B. Schlesinger. Effects of ozone upon macrophage-interferon-gamma interactions. *Toxicology* , 114: 243-252 (1996).

31. Cohen, M.D., Z. Yang, **J.T. Zelikoff**, and R.B. Schlesinger. Pulmonary immunotoxicity of inhaled ammonium metavanadate in Fisher-344 rats. *Fund. Appl Toxicol.* 33: 254-263 (1996).

32. Cohen, M.D., S. Becker, R. Devlin, R.B. Schlesinger, and **J.T. Zelikoff.** Effects of vanadium upon polyI:C-induced responses in rat lung and alveolar macrophage. *J. Toxicol. Environ. Health* 51: 591-608 (1997).

33. **Zelikoff, J.T**., M. Sisco, M.D. Cohen, Y. Tsai, P.E. Morrow, M.W. Frampton, M.J. Utell, and R.B. Schlesinger. Effects of inhaled sulfuric acid aerosols on pulmonary immunocompetence: A comparative study in humans and animals. *Inhal. Toxicol.* 9: 731-752 (1997).

34. Rodgers, K., P. Klykken, J. Jacobs, C. Frondoza, V. Tomazic, and **J.T. Zelikoff.** Immunotoxicity of medical devices. *Fund. Appl. Toxicol.* 36:1-14 (1997).

35. Luebke, R.W., P.V. Hodson, M. Faisal, P.S. Ross, K.A. Grasman, and **J.T. Zelikoff.** Aquatic pollution-induced immunotoxicity in wildlife species. *Fund. Appl. Toxicol.* 37:1-15 (1997).

36. Anderson, M.J., M.G. Barron, S.A. Diamond, J. Lipton, and **J.T. Zelikoff**. Biomarker selection for restoration monitoring of fishery resources. ASTM STP 1317 (F. J. Dwyer, T.R. Doane, M.L. Hinman, Eds.), American Society for Testing and Materials. pp. 333 - 359 (1997).

37. Cohen, M.D., J.T. **Zelikoff,** L.C. Chen, and R.B. Schlesinger. Pulmonary retention and distribution of inhaled chromium: Effects of particle solubility and co-exposure to ozone. *Inhal. Toxicol.* 9:843-865 (1997).

38. **Zelikoff, J.T**. Biomarkers of immunotoxicity in fish and other non-mammalian sentinel species: Predictive value for mammals. *Toxicology* 129:63-71 (1998).

39. Cohen, M.D., **J.T. Zelikoff,** L.C. Chen, and R.B. Schlesinger. Immunological effects of inhaled chromium alone and in combination with ozone. *Toxicol. Appl. Pharmacol.* 152:30-40 (1998).

40. Beaman, J.R., R. Finch, H. Gardner, F. Hoffman, A. Rosencrance, and **J.T. Zelikoff.** Mammalian immunoassays for predicting the toxicity of malathion in a laboratory fish model. *J. Toxicol. Environ. Health* 56:523-542 (1999).

41. **Zelikoff, J.T**., A. Raymond, E. Carlson, Y. Li, J.R. Beaman, and M. Anderson. Biomarkers of immunotoxicity in fish: From the lab to the ocean. *Toxicol. Lett.* 112-113:325-331 (2000).

42.   Barron, M.G., M. Anderson, D. Beltman, T. Podrabsky, W. Walsh, D. Cacela, J. Lipton, S.T. Teh, D. Hinton, **J.T. Zelikoff,** A.L. Dikkeboom, B.A. Lasee, S.K. Woolley, D.E. Tillitt, M. Holey, P. Bouchard, and N. Denslow. Association between PCBs, liver lesions, and biomarker responses in adult walleye (*Stizostedium vitreum vitreum*) collected from Green Bay, Wisconsin. *J. Great Lakes Res.* 3:156-170 (2000).

43.   Cohen, M.D., M. Sisco, Y. Li, and **J.T. Zelikoff,** and R.B. Schlesinger. Immunomodulatory effects of ozone upon *in situ* cell-mediated responses in the lungs. *Toxicol. Appl. Pharmacol.* 171:71-84 (2001).

44.   Sweet, L.I., and **J.T. Zelikoff.** The toxicology and immunotoxicology of mercury: A comparative review in fish and humans. *J. Toxicol. Environ. Health*-B 4:161-205 (2001).

45.   Palchaudhuri, S., A. Raymond, E. Carlson, Y. Li, and **J.T. Zelikoff.** Cytotoxic and cytoprotective effects of selenium on bluegill sunfish (*Lepomis macrochirus*) phagocytic cells *in vitro. Bull. Environ. Contam. Toxicol.* 67:672-679 (2001).

46.   **Zelikoff, J.T.**, E. Carlson, Y. Li, A. Raymond, and J. Duffy. Immunotoxicity biomarkers in fish: Development, validation, and application for field studies and risk assessment. *Human and Ecotoxicol. Risk Assess.* 8:253:263 (2002).

47.   Carlson, E., Y. Li, and **J.T. Zelikoff.** Exposure of Japanese medaka (*Oryziaslatipes*) to benzo(a)pyrene suppresses immune function and host resistance against bacterial challenge. *Aquat. Toxicol.* 56:289-301 (2002).

48.   Schlesinger, R.B., M.D. Cohen, T. Gordon, C. Nadziejko, J.T. Z**elikoff,** M. Sisco, J.F. Regal, and M. Ménache. Ozone differentially modulates airway responsiveness in atopic vs nonatopic guinea pigs. *Inhal. Toxicol.* 14:431-457 (2002).

49.   **Zelikoff, J.T.,** M.D. Cohen, L.C. Chen, and R.B. Schlesinger. Toxicology of Woodsmoke. *J. Toxicol. Environ. Health - Part B.* 5 (3):269-282 (2002).

50.   Cohen, M.D., M. Sisco, K. Baker,Y. Li, D. Lawrence, H. van Loveren, **J.T. Zelikoff,** and R.B. Schlesinger. Effect of inhaled ozone on pulmonary immune cells critical to antibacterial responses *in situ. Inhal. Toxicol.* 14:599-619 (2002).

51    Carlson, E., Y. Li, and **J.T. Zelikoff.** The Japanese medaka (*Oryziaslatipes*) model: Applicability for investigating the immunosuppressive effects of the aquatic pollutant benzo(a)pyrene. *Mar. Environ. Res.* 54:5 - 9 (2002).

52.   Duffy, J.E., E. Carlson, Y. Li, C. Prophete, and **J.T. Zelikoff.** Impact of polychlorinated biphenyls (PCBs) on the immune function of fish: Age as a variable in determining adverse outcome. *Mar. Environ. Res.* 54:1-5 (2002).

53.   **Zelikoff, J.T.**, K.R. Schermerhorn, K. Fang, M.D. Cohen, and Schlesinger, R.B. A role for associated transition metals in the immunotoxicity of inhaled ambient particulate matter (PM). *Environ. Health Perspect.* 110:871-875 (2002).

54.   **Zelikoff, J.T**., L.C. Chen, M.D. Cohen, K. Fang, T. Gordon, Y. Li, C. Nadziejko, and R.B. Schlesinger. Effects of inhaled ambient particulate matter (PM) on pulmonary anti-microbial immune defense. *Inhal. Toxicol.* 15:101-120 (2003).

55.  Duffy, J., E. Carlson, Y. Li, C. Prophete, and **J.T. Zelikoff.** Exposure to a coplanar PCB congener differentially alters the immune responsiveness of juvenile and aged fish. *Ecotoxicol.* 12:251-259 (2003).

56.  Lippmann, M., Frampton, M., Schwartz, J., Dockery, D., Schlesinger, R., Koutrakis, P., Froines, J., Nel, A., Finkelstein, J., Godleski, J., Kaufman, J., Koenig, J., Larson, T., Luchtel, D., Liu L.J., Oberdorster, G., Peters, A., Sarnat, J., Sioutas C., Suh, H., Sullivan, J., Utell, M., Wichmann, E., and **Zelikoff, J.T**. The U.S. Environmental Protection Agency particulate matter health effects Research Centers Program: A midcourse report of status, progress, and plans. *Environ. Health Perspect.* 111:1073-1092 (2003).

57.  Adams, S.M., M.S. Greeley, D.G. Fitzgerald, J.M. Law, E.J. Noga, and **J.T. Zelikoff.** Effects of flooding from three sequential hurricanes on the health and condition of fish in Pamlico Sound, NC. *Estuaries* 112:221-230 (2003).

58.  Anderson, J.S., D. Cacela, D. Beltman, S.J. Teh, M.S. Okihiro, D.E. Hinton, N. Denslow, and **J.T. Zelikoff.** Biochemical indicators and toxicopathologic lesions assessed in smallmouth bass recovered from a polychlorinated biphenyl (PCB) contaminated river. *Biomarkers* 8:371-393 (2003).

59.  Carlson, E., Y. Li, and **J.T. Zelikoff.** Suppressive effects of benzo[a]pyrene upon fish immune function: Evolutionarily conserved cellular mechanisms of immunotoxicity. *Mar. Environ. Res.* 151:131-138 (2004).

60.  Carlson, E.A., Y. Li, **J.T. Zelikoff.** Benzo(a)pyrene-induced immunotoxicity in Japanese medaka (*Oryzias latipes*): Relationship between lymphoid CYP1A activity and humoral immune suppression. *Toxicol. Appl. Pharmacol.* 201:40-52 (2004).

61.  Duffy, J.E., Y. Li, and **J.T. Zelikoff.** CYP1A induction in PCB 126-induced immunotoxicity in a feral fish model. *Bull. Environ Contam Toxicol.* 74:107-113 (2005).

62.  Ng, S.P., A.E., Silverstone, Z-W. Lai, and **J.T. Zelikoff**. Effects of prenatal exposure to cigarette smoke on offspring tumor susceptibility and associated immune mechanisms. *Toxicol. Sci.* 89(1):135-144 (2006).

63.  Duffy, J.E., and **J.T. Zelikoff**. Use of a fish model to examine the relationship between PCB-induced immunotoxicity and hepatic CYP1A induction. *J. Immunotoxicol* 3:39-47 (2006*).*

64.  Prophete, C., E.A. Carlson, Y. Li, J. Duffy, B. Steinetz, S. Lasano, and **J.T. Zelikoff**. Effects of elevated temperature and nickel pollution on the immune status of Japanese medaka. *Fish & Shellfish Immunol.* 21:325-334 (2006).

65.  Steinetz, B.G., T. Gordon, S. Lasano, T. L. Horton, S.P., Ng, **J.T. Zelikoff**, A. Nadas, and M.C Bosland. The parity-related protection against breast cancer is compromised by cigarette smoke during rat pregnancy: Observations on tumorigenesis and immunological defenses of the neonate. *Carcinogenesis* 27:1146-1152 (2006).

66.   Cohen, M.D., C. Prophete, M. Sisco, L.C. Chen, **J.T. Zelikoff**, J. Smee, M. Holder, G. Crans. Pulmonary immunotoxic potential of metals are governed by select physiochemical properties: Chromium agents. J. Immunotoxicol. 3:69-81 (2006).

67.   Ng, S.P., B.G. Steinetz, S.G., Lasano and **J.T. Zelikoff**. Hormonal changes accompanying cigarette smoke- induced pre-term births in a mouse model. *Exp. Biol. & Med.* 231:1403-1409. (2006).

68.   Iba, M.M., J. Fung, Chung, L., J Zhao, B. Winnik, B. Buckley, L.C. Chen, **J.T. Zelikoff,** Y. Kou. Differential inducibility of rat pulmonary CYP1A1 by cigarette smoke and wood smoke. *Mutat. Res.* 606:1-11 (2006).

69.   Ng, S.P. and **J.T. Zelikoff**. Smoking during pregnancy: Subsequent effects on offspring immune competence and disease vulnerability in later life. *Repro. Toxicol.* 23(3): 428-437 (2007).

70.   Naher, L.P., K.R. Smith, M. Brauer, C. Simpson, J,Q, Koenig, M. Lipsett, **J.T. Zelikoff**. Woodsmoke Health Effects: A Review. *Inhal. Toxicol.* 19:67-106 (2007).

71.   Cohen, M.D., C. Prophete, M. Sisco, L.C. Chen, **J.T. Zelikoff**, J. Smee, M. Holder, G. Crans, A. J. Ghio, J.D. Stonehuerner. Pulmonary immunotoxic potential of metals are governed by select physiochemical properties: Vanadium agents. *J. Immunotoxicol.* 4:49-60 (2007).

72.   Doherty, S.P., C. Prophete, P. Maciejczyk, K. Salnikow, T. Gould, T. Larson, J. Koenig, P. Jaques, C. Sioutas, **J.T. Zelikoff**, M. Lippmann and M.D. Cohen. Use of iron response protein binding activity analysis to detect changes in iron homeostasis inducible by PM2.5 components. *Inhal. Toxicol.* 19:553-562 (2007).

73.   Duffy-Whritenour, J.E., and **J.T. Zelikoff.** Relationship between the immune and serotonergic systems in a teleost model. *Brain, Behavior and Immunity.* 22:257-264 (2008).

74.   Ng, S, and **J.T. Zelikoff**. Effects of prenatal cigarette smoke exposure on offspring immune parameters later in life. *J. Toxicol. Environ. Health 71:445-453* (2008).

75.   Dietert, R.R. and J.T. Zelikoff. Early-life environment, developmental Immunotoxicology, and the risk of pediatric allergic disease including asthma. *Birth Defects Research Part B – Developmental and Reproductive Toxicology* 44:231-240 (2008).

76.   Dietert, R.R. and **J.T. Zelikoff**. Pediatric immune dysfunction and health risks following early-life immune insult. . *Curr. Pediatr. Rev.* 5:36-51. (2009).

77.   Vancza, E., S,P, Ng, and **J.T. Zelikoff**. The role of parity status in cigarette smoke-induced modulation of immune tumor surveillance mechanisms: A mouse model. *J. Immunotoxicol.* 6(2):94-104. (2009).

78.    Ng, S.P., D. Conklin, A. Bhatnagar, Bolanowski, D.D., Lyon, J., and **J.T. Zelikoff**. Prenatal exposure to cigarette smoke induces diet- and sex-dependent dyslipidemia and weight gain in adult murine offspring. *Environ. Health Perspect*. 117(7):1042-1049. (2009).

79.    Doherty-Lyons, S.P., J. Grabowski, C. Hoffman, and **J.T. Zelikoff**. Early life insult from cigarette smoke may be predictive of chronic diseases later in life. *Biomarkers* 114:102-106 (2009).

80.    Tangjarukij, C., P. Navasumrit,  D. Settachan, **J.T. Zelikoff,** M. Ruchirawat. The effects of pyridoxine  deficiency and supplementation on hematological profiles, lymphocyte function, and hepatic cytochrome P450 in B6C3F1 mice. *J. of Immunotoxicol*. 6(3):147-160 (2009).

81.    Cohen, M.D., Sisco, M., Prophete, C., Yoshida, K., Chen, L-C., **Zelikoff, J.T.**, Smee, J., Holder, A.A., Stonehuerner, J., Crans, D.C. and A.J. Ghio. Effects of metal compounds with distinct physicochemical properties on iron homeostasis and anti-bacterial activity in the lungs: Cr and V. *Inhal. Toxicol.* 22:169-178 (2010).

82.    Dietert, R.R., and **J.T. Zelikoff.** Identifying patterns of immune-related disease: Use in disease prevention and management. *World Journal of Pediatric*s (Open Journal), 2010.

83.    Dietert, R.R., DeWitt, J., Germolec, D.R., and **J.T. Zelikoff**. Breaking patterns of environmentally-influenced disease for health risk reduction: Immune perspectives. *Environ. Health Perspect*. Doi: 10.1289/ehp.1001971 ( http://dx.doi.org/) .

84.    Duffy-Whritenour, J.E., R.Z. Kurtzman, S. Kennedy, and **J.T. Zelikoff.** Non-coplanar polychlorinated biphenyl (PCB)-induced immunotoxicity is coincident with alterations in the serotonergic system. *J. Immunotoxicol.* 120:45-51 (2011).

85.    Allina, J., Grabowski, J., Doherty-Lyons, S., Fiel, M.I., Jackson, C.E., *Zelikoff, J.T., and *Joseph A.   Odin (co-corresponding Authors). Maternal exposure to environmental stressors during pregnancy increased hepatic fibrosis and immune modulation in adult male offspring in a mouse model. *J. Immunotoxicol.* 8:258 (2011).

86.    Blum, J., Hoffman, C., and **J.T. Zelikoff**. Inhaled cadmium oxide nanoparticles alters reproductive outcomes and fetal growth. Toxicol. Sci. 126 (2): 478-486 (2012).

87.    Willis, D., Popovich, M.A., Gany, F., and **J.T. Zelikoff**. Toxicology of smokeless tobacco: implications for immune, reproductive, and cardiovascular systems. *J. Toxicol. Environ. Health* B. Critical Reviews. 15(5):317-331 (2012).

88.    Rajamani, K., Doherty-Lyons, D., Bolden, C., Willis, D., Hoffman, C., **Zelikoff, J.T.,** Chen, L.C., and Gu, H., Prenatal and Early-Life Exposure to High-Level Diesel Exhaust Particles Leads to Increased Locomotor Activity and Repetitive

Behaviors in Mice. *Autism Res.* 6(4): 248-257 (2013).

89.    Ng, S.P., Silverstone, A.E., Lai, Z.W., Harkema, J.R., and **J.T. Zelikoff**. Prenatal exposure to cigarette smoke suppresses anti-tumor cytotoxic T-lymphocyte (CTL) activity via changes in T-regulatory cells. *J. Toxicol. Environ. Health.* 76(19):1096-1100 (2013).

90.    Amrock, S.M., Gordon, T., Zelikoff, J.T., and Weitzman, M. Hookah use among adolescents in the United States: Results of a national survey. *Nicotine Tobacco Res.* 16(2):231-237 (2014).

91.    Vaughan J., Garrett B., Prophete C., Horton L., Sisco M., Soukup J.M., Zelikoff J. Ghio A., Peltier R., Chen L.C., and Cohen M.D. A Novel System to Generate WTC Dust Particles for Inhalation Exposures. *J. of Exp. Sci. and Environ. Epidemiol. 24(1):105-112  (2014).*

92.    Blum J.L., Rosenblum L.K., Grunig G., Beasley M.B., Xiong J.Q., and **J.T. Zelikoff**. Short-term inhalation of cadmium oxide nanoparticles alters pulmonary dynamics associated with lung injury, inflammation, and repair in a mouse model *Inhal. Toxicol. 26(1):48-58* (2014).

93.    Willis D.N., Popovech M.A., Gany F., Hoffman C., Blum J.L. and **J.T. Zelikoff**. Toxicity of gutkha, a smokeless tobacco product, gone global: Is there more to the toxicity than nicotine? *Int. J. Environ. Res. Public Health.* 11(1):919-933. (2014).

94.    Yochum C., Doherty-Lyon S., Hoffman C., Hossain, M.M., **Zelikoff J.T.** and J.R. Richardson. Prenatal cigarette smoke exposure causes hyperactivity and hyper-aggressive behaviors: relevance to maternal smoking and ADHD. (Zelikoff and Richardson are co-senior authors). *Exper. Neurol.* 254:145-152 (2014).

95.    Orisakwe O.E., Blum J.L., Sujak S., and **Zelikoff, J.T**.Metal Pollution in Nigeria: A biomonitoring update. *J. Health & Pollution.* 4:40-52 (2014).

96.    Zhou S, Rosenthal DG, Sherman S, **Zelikoff J.T.,** Gordon T, Weitzman M. Physical, behavioral, and cognitive effects of prenatal tobacco and postnatal secondhand smoke exposure. *Curr Probl Pediatr Adolesc Health Care.* 2014; 44(8):219-241.

97.    Amrock SM, Gordon T, **Zelikoff JT**, Weitzman M. Hookah use among adolescents in the United States: results of a national survey. *Nicotine Tob Res.* 2014. 16(2):231-237.

98.    Lauterstein D., Hoshino R, Watkins BX, Weitzman M, Zelikoff J.T. The changing face of tobacco use among US youth. Curr Drug Abuse Rev. 7(1):29-43 (2014) PMID 25323124.

99.    Cohen, MD, Vaughan, JM; Garrett, B, Prophete, C, Horton, L, Sisco M, Kodavanti UP, Ward, WO, Peltier RE; **Zelikoff, JT**, Chen LC. Acute high-level exposure to WTC particles alters expression of genes associated with oxidative stress and immune function in the lung. *J Immunotoxicol.* 12(2):140-153 (2015).

100.    Blum JL, Edwards JR, Prozialeck WC, Xiong JQ, **Zelikoff JT.** Inhalation of cadmium oxide nanoparticles during pregnancy produces nephrotoxicity in both mother and offspring. *J. Toxicol. Env. Health.* Pt. A. 2015:78(12):711-724.DOI: 10.1080/15287394.2015.1026622 (2015).

101.    O'Neill BO, Dauterstein[a], D, Patel JC, **Zelikoff JT\***, Rice ME. Striatal dopamine release regulation by the cholinergic properties of the smokeless tobacco, gutkha. *ACS chemical neuroscience.* 2015:6(6):832-837.DOI: 10.1021/cn500283b \*Co-corresponding author. (2015).

102.    Cohen, Mitchell D; Vaughan, Joshua M; Garrett, Brittany; Prophete, Colette; Horton, L.; Sisco, Maureen; Ghio, Andrew; **Zelikoff, Judith;** Lung-Chi, Chen. Impact of acute exposure to WTC dust on ciliated and goblet cells in lungs of rats. *Inhal. Toxicol.* 27(7):354-361.DOI: 10.3109/08958378.2015.1054531 (2015).

103.    Yao Y., Chen T., Shen SS., Niu Y., DesMarais TL., Saunders E., Fan Z., Lioy P., KluzT., Chen LC., Wu Z., Costa M., **Zelikoff J.** Malignant human cell transformation of Marcellus Shale gas drilling for flow back water. *Toxicol. Appl. Pharmacol.* 1;296:85. (2015)

104.    Lauterstein, De., Tijerina PB., Corbett K., Oksuz A., Shen SS., Gordon T., Klein C., **Zelikoff JT.** Frontal cortex transcriptome analysis of mice exposed to electronic cigarettes during early life stages. *Int. J. Envron. Res. Public Health.* (2016) pii: E417. doi: 10.3390/ijerph13040417. PMID: 27077873.

105.    Gany F., Bari S., Prasad L., Leng J., Lee T., Thurston G.D., Gordon T., Acharya S., Rexford B., **J.T. Zelikoff.**   Perception and reality of particulate matter (PM) exposure on New York City taxi drivers. J. Expos. Sci. Environ. Epidemiol. (In press, 2016, *Epub ahead of print; doi: 10.1038/jes.2016.23.).*

106.    Kumar S., Smith-Norowitz TA., Kohlhoff S., Apfalter P., Roblin P., Kutlin A., Harkema J., Ng SP., Doherty-Lyons S., **Zelikoff JT (co-corresponding author),** Hammerschlag MR\*. Exposure to cigarette smoke and *Chlamydia penumoniae* infection in mide: Effect on infectious burden, systemic dissemination and cytokine responses: A pilot study. *J. Immunotoxicol.* 13(1):77-83 (2016).

107.    Iain P., Sexton K., Prytherch Z., Blum J., **Zelikoff J.T\*.** (co-corresponding author), BeruBe K.A\*., An *in vitro* versus in vivo toxicogenomics investigation of pre-natal exposures to tobacco smoke. Appl. *In Vitro Toxicol.* (In press, 2017).

108.    Blum J.L., Chen L-C., **Zelikoff J.T\*** (corresponding author). Exposure to ambient particulate matter during specific gestational periods produces adverse obstetric consequences in mice. Environ. Health Perspect. *Environ Health Perspect*; DOI:10.1289/EHP1029.

109.    Gany F., Mukherjea A., Surani Z., Modayll M., Aghi M., Ulpe R., **Zelikoff J.,** Leng J., Parascandola M., Gupta P., South Asian alternative tobacco products: culture, epidemiology and policy. *J. Immigrant Minority Health.* (Jan. 2017).

110.    Klocke C., Allen JL., Sobolewski M., Mayer-Proschel M., Blum JL., Lauterstein D., Zelikoff JT., Cory-Slechta. Neuropathological consequences of gestational exposure to concentrated ambient fine and ultrafine particles in the mouse. *Toxicol. Sci. Apr 1:556(2):492-508.(2017)*

111.    Zelikoff, Judith T., Parmalee N., Corbett K., Gordon T., Klein C B., Aschner m. Microglia Activation and Gene Expression Alteration of Neurotrophins in the Hippocampus Following Early Life Exposure to E-cigarette Aerosols in a Murine Model. Toxicol Sci. 2017 Nov 17. doi: 10.1093/toxsci/kfx257. [Epub ahead of print]

112.    Church JS, Tijerina PB, Emerson FJ, Coburn MA, Blum, JL, Zelikoff JT, Schwartzer JJ. *Perinatal exposure to concentrated ambient particulates results in autism-like behavioral deficits in adult mice. Neurotoxicology.* Nov 13. pii: S0161-813X(17)30211-5. doi: 10.1016/j.neuro.2017.10.007. [Epub ahead of print].

113.    Duffy-Whritenour, J.E., S. Kennedy, and **J.T. Zelikoff**. Involvement of the neuroimmune axis in noncoplanar polychlorinated biphenyl-induced immunotoxicity. (In preparation). (*J. Immunotoxicol).*

114.    Blum, J.L., Doherty-Lyon, D., Hoffman, C., Conklin, D., Young, D. and **J.T. Zelikoff**. High fat diet exacerbates the dyslipidemic effects of prenatal exposure to cadmium nanoparticles in the adult offspring. In preparation. (*Toxicol. Sci.).*

### ***Commentaries/Letters to the Editor/Profiles:***
1.    **Zelikoff, J.T.**, S. Garte and S. Belman. Response to publication "Differential phosphorylation events associated with phorbol ester effects on acceleration versus inhibition of cell growth." *Cancer Res.* 47: 389-390 (1987).
2.    **Zelikoff, J.T**. Commentary on "Ecotoxicity Testing." *Toxicology and Ecotoxicology News* 1: 123-124 (1995).
3.    Penn, A. and **J.T. Zelikoff.** "Profile of the Department of Environmental Medicine, New York University Medical Center." *Toxicology and Ecotoxicology News* 3: 114:116 (1996).
4.    Bayne, C. and **J.T. Zelikoff,.** Meeting review on "Modulators of Immune Responses-A PhylogeneticeApproach." *Immunology Today* 20: 12-18 (1996).
5.    **Zelikoff, J.T**. "Fish immunotoxicology: A new scientific discipline". *Toxicology and Ecotoxicology News.* 5: 130-132 (1996).

### ***Book Chapters & Reports (1988 – Present, in ascending order):***
1.    Rossman, T.G., **J.T. Zelikoff**, S. Agarwal and T.J. Kneip. 1988. Genetic toxicology of metal compounds: An examination of appropriate cellular models. In: *Carcinogenic and Mutagenic Metal Compounds* 2. (E. Merian, et al., Eds), Gordon and Breach Science Publishers, NY. pp. 195-206.
2.    **Zelikoff, J.T.** and Enane, N. 1991. Assays used to assess the activation state of rainbow trout peritoneal macrophages. In: *Techniques in Fish Immunology-2* (J.S. Stolen, et al., Eds.), SOS Publications, NJ. pp. 107-124.
3.    **Zelikoff, J.T**. 1993. Immunological alterations as indicators of environmental metal exposure. In: *Modulators of Fish Immune Response: Models for Environmental Toxicology/Biomarkers, Immunostimulators*-Vol. 1 (J.S. Stolen, T. Fletcher, **J.T. Zelikoff**, S.L. Kaattari,  D.P. Anderson, and L.E. Twerdok, Eds.), SOS Publications, NJ. pp. 101-110.

4.      **Zelikoff, J.T**. and D. Bowser. 1994. Care and short-term laboratory maintenance of rainbow trout in laboratories with limited aquatic facilities. In: *Techniques in Fish Immunology*-3 (J.S. Stolen, et al. Eds.), SOS Publications, NJ. pp. 13-14.

5.      **Zelikoff, J.T.** 1994. Fish immunotoxicology. In: *Immunotoxicology and Immunopharmacology* (J. Dean, M. Luster, A. Munson, I. Kimber Eds), Raven Press, NY. pp. 386-403.

6.      **Zelikoff, J. T**. and M. D. Cohen 1995. Immunotoxicity of inorganic metal compounds. In: *Immunotoxicology.* (R. Smialowicz, and M. Holsapple, Eds.), CRC Press, Boca Raton, FL. pp. 125-146.

7.      **Zelikoff, J.T.**, W. Wang, N. Islam, L.E., Twerdok, M. Curry, J. Beaman, and E. Flescher. 1996. Assays of reactive oxygen intermediates and antioxidant enzymes in medaka *(Oryzias latipes)*: Potential biomarkers for predicting the effects of environmental pollution.  In: *Techniques in Aquatic Toxicology.* (G. Ostrander Ed.), CRC Press, FL.  pp. 178-206.

8.      **Zelikoff, J.T.** W. Wang, N. Islam, E. Flescher, and L.E. Twerdok. 1996. Heavy metal-induced changes in antioxidant enzymes and oxyradical production by fish phagocytes: Application as biomarkers for predicting the immunotoxic effects of metal-polluted aquatic environments. In: *Modulators of Immune Responses-A Phylogenetic Approach* - Vol. 2 (J. Stolen, **J.T. Zelikoff**, L.E. Twerdok, D. Anderson, C. Bayne, C. Secombes, T. Fletcher, Eds.), SOS Publications, NJ.  pp. 135-148.

9.      Twerdok, L.E., J.R. Beaman, M.W. Curry, and **J.T. Zelikoff**.  1996. Health status determination and monitoring in an aquatic model *(Oryzias latipes)* used in immunotoxicological testing. In: *Modulators of Immune Responses -  A Phylogenetic Approach*-Vol. 2  (J. Stolen, **J.T. Zelikoff**, L.E. Twerdok, D. Anderson, C. Bayne, C. Secombes, T. Fletcher, Eds.), SOS Publications, NJ. pp. 210-215.

10.     Benson, J. and **J.T. Zelikoff**. 1996. Respiratory toxicology of metals. In: *Toxicology of Metals.* (L.W. Chang, Ed.), CRC Press, FL. pp. 929-938.

11.     **Zelikoff, J.T**. and R. 1996. Smialowicz. Metal-induced alterations in innate immunity. In: *Toxicology of Metals.* (L.W. Chang, Ed.), CRC Press, FL. pp. 811-826.

12.     **Zelikoff, J.T**., W. Wang, N. Islam and L.E. Twerdok. 1997. Immune responses of fish as biomarkers to predict the health effects of aquatic pollution: Application of laboratory assays for field studies. In: *Ecotoxicology: Responses, Biomarkers and Risk Assessment* (J.T. Zelikoff, J. Schepers, J. Lynch, Eds.), SOS Publications, Fair Haven, NJ. pp. 218-235.

13.     **Zelikoff, J.T.**  and M.D. Cohen.  1997. Metal Immunotoxicology. In: *Handbook of Human Toxicology*, (E.J. Massaro, Ed.), CRC Press, Boca Raton, FL. pp. 811-852.

14.     Thomas, P.T. and **J.T. Zelikoff.** 1999. Air pollutants: Modulators of pulmonary host resistance against infection. In: *Air Pollutants and Effects on Health.* (S.L. Hogate, H.S. Koren, J.M. Samet, R.L. Maynard, Eds.), Academic Press, London. pp. 420-450.

15.     **Zelikoff, J.T**., C. Nadziejko, K. Fang, T. Gordon, C. Premdass, and M.D. Cohen. 1999. Short-term, low-dose inhalation of ambient particulate matter exacerbates ongoing pneumococcal infections in *Streptococcus pneumoniae*-infected rats. *Proceedings of Third Colloquium on Particulate Air Pollution and Human Health.* 8-94-8-104.

16.     **Zelikoff, J.T.** Woodsmoke, kerosene emissions, and diesel exhaust emissions. In: *Pulmonary Immunotoxicology* (M.D. Cohen, **J.T. Zelikoff**, R.B. Schlesinger, Eds.), Klewar Publ., MA. pp. 369-387 (2000).

17.     Schlesinger, R.B., LC. Chen, and **J.T. Zelikoff.** 2000. Sulfur and nitrogen oxides. In: *Pulmonary Immunotoxicology* (M.D. Cohen, **J.T. Zelikoff**, R.B. Schlesinger, Eds.), Klewar Publ., MA. pp. 337-353.

18.     **Zelikoff, J.T**., E. Carlson, E., Y. Li, A. Raymond, and J.R. Beaman. 2002. Immune system biomarkers in fish for predicting the effects of environmental pollution. In: *Proceedings of the Fourth Princess Chulabhorn International Science Congress.*

*Chemicals in the 21st Century/Chemicals for Sustainable Development.* (Chulabhorn Research Institute, Ed.), Trinity Publishing Co., Ltd., Bangkok, THAILAND, pp. 34-56.

**19.** Duffy, J., and J.T. **Zelikoff.** 2005. Approaches and models for the assessment of chemical-induced immunotoxicity in fish. In: *Investigative Immunotoxicology.* (H. Tryphonas, M. Fournier, B.R. Blakley, J.E. Smits, P. Brousseau, Eds.),Taylor and Francis, NY. pp. 49-63.

**20. Zelikoff, J.T.** 2005. Trace metals and the immune system. In: *Encyclopedic Reference of Immunotoxicology.* (H.W. Vorh). Springer-Verlag, Germany  pp. 340-345.

**21.** Carlson, E. and **J.T. Zelikoff.** 2008. Fish immunology.  In: *Toxicology of Fishes* (D. Hinton and R. Di Giulio, Eds.), CRC Press. pp. 340-352.

**22.** Ramanathan VM., Agrawal M., Akimoto H., Aufhammer S., (and 34 others), Zelikoff JT. UNEP: Atmospheric Brown Cloud: A Regional Assessment Report with Focus on Asia. Published in Bangkok by United Nations Environmental Program (2008).

**23.** Ng, SP., K. Yoshido, and **J.T. Zelikoff**. *2010.* Host resistance tumor challenge assays. In: *Techniques in Immunotoxicology (R. Dietert, Ed.) Informa Press.*

**24. Zelikoff, J.T.** 2010. Other environmental health issues: Inhaled woodsmoke. In: *Encyclopedia of Environmental Health.* J. Nriagu (Ed.). Elsevier, UK. Pages 310-330.

**25.** Mudipalli, A. and **Zelikoff, J.T.** (Eds). Essential and non-essential metals: carcinogenesis, prevention and therapeutics. Springer, UK. 2018.

**26.** Ng, S.P**., Zelikoff J.T.** Tumor challenges in immunotoxicity testing. Vol. 599. Humana Press, Springer Science.  Immunotoxicity Testing: Methods and Protocols, Methods in Molecular Biology. (2018)

**27. Zelikoff, J.T.**, and M.D. Cohen. Pulmonary Immunology. In: *Comprehensive Toxicology.* (C. McQueen, Ed.). Elsevier, UK. 2018.

## INVITED NATIONAL AND INTERNATIONAL LECTURES/PRESENTATIONS (Present – 2000, *in descending order*):

**August 2018: International Society of Exposure Science (ISES); International Society for Environmental Exposure (ISEE).** *Contamination of the Ramapough Nation: A toxic legacy.* **Environmental contamination and Indigenous populations symposia.** Ontario, Canada.

**February 2018: Louisiana State University.** Electronic cigarettes and pregnancy: Lessons learned from mice. Baton Rouge, LA

**January 2018: Mt. Holyoke College.** What's safer for the unborn child: electronic cigarettes or air pollution? MA.

**December 2017: Texas A & M.** Prenatal exposure to ambient particulate matter impacts
        cardiovascular development. TX.

**December 2017: International Conference on Environmental Impacts.** Air pollution and pregnancy. Deradun, India

**November 2017: International Conference on "Impact of Environment on Women's Health**: **Amity University Uttar Pradesh**. Maternal exposure to particulate air pollution during pregnancy and Impacts on fetal health: What are we learning from animal studies? Lucknow, India.

**November 2017**: **American Public Health Assoc. (APHA) Annual Meeting**. Identifying Environmental concerns, environmental exposures and health concerns in the Ramapough Lenape Tribe. Atlanta, GA.

**October 2017: International Society of Exposure Science.** A community in toxic crisis: Ramapough Native Americans. Durham, NC.

**April 2017: Queensborough College.** Neurocognitive effects of E-cigarettes. Queens, NY.

**July 2016: NIOSH seminar.** Reproductive implications of Nanomaterials. WV

**July 2016: EPA seminar.** Ambient particulate matter and cardiotoxicity. Chapel Hill, NC.

**June 2016: Workshop on Nanomaterials and the fetal-placental unit.** Prenatal Nephrotoxicity and Maternal Nanomaterial Inhalation. Boston, MA.

**May 2016:  NIH Tobacco Research.** Toxicological assessment of smokeless tobacco products: A systematic ranking system. Bethesda, MD

**April 2016: AHA, ATrac Meeting.** Toxicity ranking of alternative tobacco products. Louisville, KY.

**March 2016: Society of Toxicology: Course in Medical Education.** Effects of fracking on reproductive and developmental health. New Orleans, LA

**March 2016: Society of Toxicology: Symposia on Fracking and Health.** Effects of fracking on reproductive and developmental health. New Orleans, LA

**February 2016: American Association for Advancement of Science: Symposia on Alternative Tobacco Products and Health.** Early life exposure to alternative tobacco products as a major risk factor of later life chronic disease. Washington, DC

**October 2015: 7th International Symposia on Nanotechnology and Occupational and Environmental Health.** Reproductive and developmental toxicity of gold nanoparticles in a mouse model of pulmonary exposure. Limpopo Province, South Africa.

**May 2015: Amer. Assoc. Immunol.** Maternal inhalation of ambient particulate matter causes alterations in immune profiles and anti-tumor mechanisms in juvenile murine offspring. New Orleans, LA.

**April 2015: Wayne State University,** *CURES Seminar Series at Wayne State University's Institute of Environmental Health Sciences.* Maternal exposure to particulate air pollution during pregnancy impacts fetal development and neonatal growth in a mouse model.

**March 2015**: **Society of Toxicology**. Symposia on: New and Emerging Tobacco Products—Biomarkers of Exposure and Injury (Chair). Reproductive/Developmental effects of exposure to new and emerging tobacco products and to nicotine delivery devices in a mouse model. San Diego, CA.

**Dec. 2014: University of Illinois –** Maternal exposure to ambient particulate matter during particular gestational windows produce developmental and reproductive consequences in a mouse model. Urbane, IL.

**July 2014: Oregon State University –** Early life nanoparticle exposure brings early and later life health consequences.  Corvallis, OR.

**March 2014: Society of Toxicology –** Tobacco products and prenatal exposures. Phoenix, Arizona.

**February 2014:** *West African Society of Toxicology* – Air pollution in developing nations. Lagos, Nigeria.

**January 2014:** *Ernst Strungmann (ES) Forum, (Rapporteur)- Heavy metals and infectious disease.* Frankfurt Germany.

**November 2013: American Chemical Council.** Risk Assessment and Communication, Working Group. Washington, DC.

**October 2013**: *First International Conference on Waterpipe Tobacco Research.* Working Discussion Group Leader: Abu Dhabi.

**October 2013:** *NIH-sponsored Workshop in South Asian Diversity Populations and Health Effects.* Sloan Kettering Cancer Center. Working Group member on smokeless tobacco. NY, NY.

**June 2013**: *FDA, Center for Tobacco Control*. Public health impacts of fetal exposures to tobacco & environmental toxicants: From early life to adult disease and policy needs. MD

**March 2013**: *Society of Toxicology, Committee on Diversity Initiatives* – Exposure to smoked and smokeless tobacco *in utero*: Fetal injury and life long consequences. San Antonio, TX

**February 2013**: *Nigeria University* – Smokeless tobacco: A global look at the problem, Port Harcourt, NIGERIA

**February 2013**: *FDA: Center for Medical Devices* – Fetal basis of adult disease: early life exposure to environmental and occupational toxicants. Silver Spring, MD.

**October 2012**: *Memorial Sloan Kettering* – Arsenic contamination in Bangledesh. New York, NY

**May 2012**: *Memorial Sloan Kettering* – Toxicology of Smokeless tobacco. NY, NY.

**April 2012**: *University of Connecticut* – Tobacco products *in utero* are associated with later life disease outcomes. Storrs, CT.

**March 2012**: *Biomass Symposium* – Toxicological implications for domestic burning. Feb. 2012: **NYU Medical Center, Dept. of Psychiatry** - Chemical stressors *in utero* and later life disease outcomes. New York, NY.

**Jan 2012:** *British American Tobacco* – *In vitro* translational studies and the toxicology of smoking. Southampton, UK.

**Dec. 2011**: FDA – ***The reproductive effects of cadmium nanoparticles***. Reston, VA.

**Dec. 2011**: NYU Dept. of Bioethics – Cigarette smoking & smokeless tobacco: Is there really a good choice? New York

**Oct. 2011**: NorCal SOT **– Fetal basis of adult disease – the role of maternal smoking**. Menlo Park, CA.

**Sept. 2011**: *European Aerosol Conference – Plenary Lecture*: The toxicology of biomass combustion emissions. Satellite Workshop on Biomass Combustion, Manchester, England.

**March 2011**: *NYU Ethics Forum* - Exposure to Cigarette Smoke *in Utero*: Fetal injury and Life Long Consequences**.** New York

**March 2011:** *NYU Medical Center, Dept. of Obstetrics and Gynecology Grand Rounds* – Early life insult by tobacco smoke and later life disease susceptibilities. March 15, 2011

**March 2011:** *Society of Toxicology, Committee for Diversity Interests* – Cigarette exposure *in utero*: You are what you breathe. Washington, DC. March, 2011.

**Nov. 2010:** *Texas A & M University –* Early life exposure to cigarette smoke suppresses anti-tumor immune defenses of the prenatally exposed offspring in a mouse model" College Station, TX.

**May 2010**: *Workshop on Emissions and Health Impacts of Biomass Fuels* – Health effects of woodsmoke: A toxicological model for mechanisms and policy needs. Penn State, State College, PA.

**March 2010**: *Environmental and Occupational Health Sciences Institute, Rutgers University* - Fetal exposure to cigarette smoke mediates anti-tumor immune mechanisms in adult murine offspring. New Brunswick, NJ. March, 2010.

**March 2010**: *Society of Toxicology, Committee for Diversity Interests* – Exposure to cigarette smoke in utero: Fetal injury and life-long consequences. Salt Lake City, UT.

**Nov. 2009:** *United Nations Environmental Programme* – Toxicological assessment of the atmospheric brown cloud. Incheon, Korea.

**Sept. 2009:** *7th Congress of Toxicology in Developing Countries* – Fetal insult and later onset diseases. Sun City, South Africa.

**August 2009**:*Japanese Society of Immunotoxicology* – Prenatal exposure to cigarette smoke increases tumor susceptibility of juvenile mice via changes in anti-tumor immune mechanisms. Asahikawa, Japan.

**May 2009:** *Asia-Pacific Forum on Andrology*, Hormonal changes accompanying cigarette smoke induced preterm births in a mouse model. Nanjing China.

**Dec. 2008**: *St. Johns University* – Mechanistic insights into offspring cancer risk associated with maternal smoking. Queens, NY.

**August 2008**: *U.S. EPA, National Center for Environmental Assessment* - Gender-related effects on offspring tumor risk and response to prenatal cigarette smoke exposure may be related to testosterone: a toxicological model. Washington, DC.

**June 2008**: *Institute for Science and Health (IFSH*) – Early exposure to cigarette smoke may serve as an indicator of chronic diseases in the offspring later in life. Cardiff, Wales.

**March 2008**: *Society of Toxicology* –Prenatal exposure to tobacco smoke induces asthma-related responses  in non-sensitized female offspring later in life. Seattle, Washington.

**March 2008**: *Society of Toxicology* – Prenatal exposure to cigarette smoke: Are our children paying the price? Seattle, Washington. March 2008.

**August 2007**: *United Nations Environmental Program (UNEP)* – Toxicology of the Atmospheric Brown Cloud (ABC). Seoul, Korea.

**March 2007**: *University of Louisville (KY)* – Increased cancer risk: A possible birth defect associated with maternal smoking. Louisville, KY.

**March 2007**: *Institute for Science and Health (IFSH)* – Prenatal cigarette smoke exposure and offspring asthma. Louisville, KY.

**Feb. 2007**: *International Conference on Environment: Survival and Sustainability* - Sustaining a healthy fetal environment: A little told threat of increased cancer and asthma risk for the juvenile offspring exposed prenatally to cigarette Smoke. Near East University, Nicosia-Northern Cyprus.

**Feb. 2007**: *International Conference on Environment: Survival and Sustainability* - Contamination of aquatic environments with polychlorinated biphenyls (PCBs) or benzo(a)pyrene (B[a]P) can adversely impact the immune health and sustainability of inhabiting Fish.  Near East University, Nicosia-Northern Cyprus.

**Dec. 2006**: *Philip Morris External Review Symposia* – Effects of prenatal exposure to cigarette smoke on tumor development and immune surveillance mechanisms in the developing offspring: A toxicological model. Landsdowne, VA. Dec. 2006.

**May 2006**: *MidAtlantic Chapter of Society of Toxicology (MASOT)* – Increased cancer risk in the offspring: A birth defect associated with maternal smoking. Scotch Plains, NJ.

**April 2006**: *University of Guelph* – Maternal smoking and cancer: Are the unborn children paying the price? Kempville, Ontario Canada.

**March 2006***: Institute for Science and Health* – Prenatal exposure to mainstream cigarette smoke alters susceptibility of the offspring to asthma. Vienna, Austria.

**March 2006**: *Society of Toxicology* – Maternal smoking and cancer: Are the unborn children paying the price? San Diego, CA.

**October 2005**: *Chulabhorn Research Institute* – *Immunotoxicology: A new focus for Thai science.* Scientific Research Institute of Thailand. Bangkok, Thailand.

**May 2005**: *American Thorasic Society* - Immunotoxicological mechanisms of prenatally-exposed respiratory contaminants. Symposia on "Impact of prenatal and early infancy environmental exposures on neonatal and infant health". San Diego, CA..

**May 2005:** *California Society of Environmental Toxicology and Chemistry –* Mechanisms of Fish Immunotoxicity. Berkley, CA.

**April 2005:** *Life Science Research Organization (LSRO) –* Prenatal exposure to cigarette smoke increases tumor susceptibility in the offspring: A toxicological model. St. Louis, MO.

**March 2005 -** *Society of Toxicology –* Immunotoxicity of prenatal mainstream cigarette smoke exposure. Symposia on "Mechanisms Linking the Lung and Immune System". New Orleans, LA.

**Feb. 2005:** *Institute for Science and Health (IFSH) –* Effects of in utero cigarette smoke exposure on asthma development in the offspring. Washington, DC.

**Feb. 2005:** *Canadian Lung Association –* Health Effects of Woodburning. New Brunswick, Canada.

**Nov. 2004:** *Environmental Mercury Research Forum.* Metal toxicity in aquatic organisms. Energy & Environmental Research Center (U. of North Dakota). Grand Forks, ND.

**Oct. 2004:** *VIIth Annual Conference of Soil, Sediments and Water.* Immunological Alterations as Bioindicators of Environmental Health. Amherst, MA.

**Sept. 2004:** *Slovenian Society of Toxicology –* Immunological biomarkers. Lublijana, Slovenia.

**March 2004:** *Society of Toxicology –* Inhalation of concentrated ambient particulate matter and associated metals increases host susceptibility to pulmonary pneumonia. Baltimore, MD.

**Jan. 2004:** *University of Arizona –* Toxicological impact of inhaled wood smoke on pulmonary antimicrobial defense. Tucson, AZ.

**Jan. 2004:** *College of Staten Island –* Toxic insult and human health effects: Lessons learned from an aquatic species. Staten Island, NY.

**Dec. 2003: Sixth National Environmental Public Health Conference (Center for Disease Control)** Woodsmoke: A closer look at public health concerns and mechanisms of toxicity. Atlanta, GA.

**Nov. 2003:** *Society of Environmental Toxicology and Chemistry -* Immunotoxicology and Risk Assessment. Austin, TX.

**Oct. 2003:** *Chulabhorn Research Institute –* Immunotoxicology Course Series (10d). Bangkok, Thailand.

**June 2003:** *International Symposium on Pharmaceutical Sciences -* Health Effects of Inhaled Particulates. University of Pharmaceutical Sciences. Ankara, Turkey.

**June 2003: United States Army Center for Environmental Health Research -** Immune Assays for Hazard Assessment and Species Extrapolation. Fort Detrick, MD.

**May 2003 -** *Pollutant Responses of Marine Organisms (PRIMO) -* Immunotoxicology in Fish. Tampa, FL.

**March 2003:** *Society of Toxicology -* Woodsmoke: Cozy Atmosphere or Public Menace? Salt Lake City, UT.

**Nov. 2002:** *Society of Toxicology and Chemistry -* Immune Biomarkers for Use in Ecological Risk Assessment. Salt Lake City, UT.

**Oct. 2002:** *Padova University -* Lessons Learned About Human Health From Aquatic Species. Padova, Italy.

**Oct. 2002 -** *Slovenia Society of Toxicology -* Biomarkers for Ecotoxicology. Ljubljana, Slovinia.

**Sept. 2002:** *University of Florida -* Effects and Mechanisms of Benzo(a)pyrene-induced Immunosuppression in Fish. Gainsville, FL.

**June 2002**: *Yale University, Dept. of Occupational and Environmental Medicine* - Lessons on Human Health and Toxic Impact Learned from our Aquatic Counterparts.

**Sept. 2001**: *Third International Meeting on Molecular Mechanisms of Metal Toxicity and Carcinogenicity* - Immunodysfunction: An underlying Mechanism of Metal Toxicity in Aquatic Organisms. Sardinia, Italy.

**July 2001**: *Pollutant Responses in Marine Organisms* - Immunotoxicology in fish - Applications and Mechanisms of Response. Plymouth, England.

**Oct. 2000**: *Conference on Women in Science* - Aging: Good or Bad News for the Immune Response. Rutgers University. New Brunswick, NJ.

**Oct. 2000**: *International Conference on Environmental and Occupational Lung Disease* - Woodsmoke Impairs Host Resistance Against Pulmonary Infections in an Animal Model. Lucknow, India.

**May 2000**: *EPA-Duluth* - Fish Immune Status: A Sensitive System for Assessing Toxicological Impact of Aquatic Environments. Duluth, MN.

**May 2000**: *University of Minnesota-Duluth* - Processes and Mechanisms of Woodsmoke-induced Immunosuppression. Duluth, MN.

**March 2000**: International Symposia on Medaka - Japanese Medaka: A Sensitive Teleost Model for Assessing the Immunotoxic Effects of Potential Endocrine-Disrupting Chemicals. Osako, Japan.

**Nov. 2000**: *The Fourth Princess Chulabhorn Science Congress*- Immune System Biomarkers for Predicting the Effects of Environmental Pollution. Bangkok, Thailand.

## EDITOR/EDITORIAL BOARD APPOINTMENTS
### Editor and Co-Editor:

Metal Toxicology, Co-Editor  (Springer Publ.) – (2016)
Pulmonary Immunotoxicology (Klewar Publ.) - (2000)
Immunotoxicology of Occupational and Environmental Metals. (Taylor and Francis) - (1998)
Ecotoxicology: Responses, Biomarkers and Risk Assessment. (SOS Publications) - (1997)
Modulators of Immune Responses: A Phylogenetic Approach  - Vol. 2 (SOS Publications)-(1996)
Modulators of Immune Responses  - Vol. 1 (SOS Publications) - (1994)
Toxicology and Ecotoxicology News (Taylor & Francis) - (1995-1998)
Book series on: Ecotoxicology (John Wiley & Sons) - (1995-1997)

### Associate Editor-

*Open Journal of Immunology (2015-2018)*
*Journal of Developmental Origins of Health & Disease (2012-2013; Themed Editor)*
*Journal of Toxicology and Applied Pharmacology* – (2005-2014)
*Journal of Toxicology and Environmental Health* - Part A - (2001 - Present)
*Biomarkers: Exposure, Effects and Susceptibility* - (1995 – 2007)

### Editorial Advisory Board-
*Envronmental Health Perspectives (2017-2020)*
*Open Journal of Toxicology (2015-present)*
*Inhalation Toxicology (2015-present)*
*Open Journal on Immunology* (2009-present)
*Journal of Immunotoxicology*  (2004 - 2016)

*Toxicol. Sci.* (2007-2016)
*Toxicology* (1997- 2016)
Environmental Health Perspectives (2009 – 2013; named a top reviewer for 2011)
*Environmental Bioindicators (2005- 2011)*
*Inhalation Toxicology* (2004 – 2008; 2013-2016)
*Fish and Shellfish Immunology* (1997 - 2008)
    *Toxicology Applied Pharmacology* (1996 - 2005)
    *Diseases of Aquatic Organisms* (1995 - 2006)
    *Aquatic Toxicology* (1998 - 2006)
    *Journal of Toxicology and Environmental Health* (1996 - 2001)
    *Fish Immunology Technical Communications- Vols. 2-5* (1994 - 1997)

**CHAIRED SESSIONS/MEETING ORGANIZER (1997 – present, descending order)**
<u>Outside University</u>
o    Organizer/Instructor of International Student & Faculty Workshop on "Fish Immunology" (Tasmania, Australia; February 1997)
o    Organizer/Instructor of Student & Faculty Mini-workshop on "Fish Immunology" (Christ Church, New Zealand; February 1997)
o    Chairperson at International Meeting on "Developmental and Comparative Immunology" (Williamsburg VA; July 1997)
o    Organizer of Student & Faculty International Workshop on "Fish Immunotoxicology Techniques" (American College, Madurai India; February 1999).
o    Organizer of Continuing Education Course on "Exposure Assessment: Methods and Applications" at Aquatic Toxicity Workshop Meeting (Edmonton, Canada; October 1999).
o    Chairperson of Symposium on "Profiling Immunotoxicology" at Aquatic Toxicity Workshop Meeting (Edmonton, Canada; October 1999).
o    International Conference on Environmental and Occupational Lung Disease (Lucknow, India; October, 2000)
o    Symposium Coordinator/Chairperson at Society of Toxicology (1993, 1994, 1996-1999; 2005-2009)
o    Continuing Education Coordinator/Chairperson at Society of Toxicology (1994, 1995, 2000, 2001)
o    Slovenian Society of Toxicology (Nova Gorcia, Slovenia; September 2004, 2005)
o    Aerosol Dynamics and Health: Strategies to Reduce Exposure & Harm. (Chairperson, Public Health Issues Involving Environmental & Tobacco Aerosols; Cardiff, Wales 2008)
o    SOT - Co-Chair, Symposia and Continuing Education Course, 2009, 2010, 2011, 2015, 2016, 2018, 2019
o    ISEE/ISES – co-Chair, Symposia on Environmental Contamination and Indigenous populations. (Ontario, Canada, 2018)

**<u>FEDERAL & STATE ADVISORY BOARDS/PANELS/REGULATORY AGENCIES (Contributions to Regulatory Guidelines)</u>**

**2018-2019: New York City Housing Authority, Advisory Board member for "Healthy Homes".**

**2017-2018: National Academy of Science, Engineering, Medicine –**
    **-Board on Earth Sciences & Resources; Board on Environmental Studies & Toxicology; Board on Health Sciences Policy:** Potential Human Health Effects of Surface Coal Mining Operations in Central Appalachia. 2017-2019.

**2015: European Respiratory Society and Environment and Health Committee for American Thoracic Society**. Position paper participant on "What constitutes an adverse health of air pollution?" Brussels, BE, March 2015.

**2013: American Chemistry Council's Center for Advancing Risk Assessment Science and Policy (ARASP) Workshop** - Informing Risk Assessment: Understanding and Communicating Uncertainty in Hazard Assessment. (2013)

**2011: Department of Defense**
- Gulf War Illness Peer Review Panel (2011)

**2013: FDA, Tobacco Control Division, Advisory Consultant (**2013)

**2013-2006: NASA**
- Lunar Dust Exposure Standard Review Panel (2013)
- Lunar Science Institute, Moon Science Grant Review Panel (2008)
- Lunar Dust Non-Advocate Review Panel (Chair, 2006-2008)

**2002-2012: National Academy of Science**
- National Research Council (NRC): Committee on Low Level Lead in Ammunition (2011 – 2012)
- National Research Council (NRC): Peer Review of NRC Report on Acute Exposure Guideline
   Levels (2010)
- Institute of Medicine (IOM): Peer Review of IOM Report on Depleted Uranium final document
   (2008)
- National Research Council (NRC) - Committee on Toxicology/Subcommittee on Spacecraft Water
   Exposure Guidelines (2001 - 2008)
- Institute of Medicine (IOM): Committee on Gulf War and Health - Part 3 (2002 – 2004)
- Institute of Medicine (IOM):  Reviewer for Agent Orange final document (2003)

**2012-2010: National Toxicology Program, Science Advisory Board (2010-2012)**

**1996-2017: National Institute of Health (NIH) & National Institute of Environmental Health Science (NIEHS)**

*NIEHS, Member reviewer for Core Centers (2018)*

*-NIEHS, Study Section member (2015-2017)*

-NIEHS KO1, K99, R23 reviewer (2014, 2015)
-NIEHS K01, K99 Awards member (2013)
-NIEHS Immunotoxicology Center Program (2012, 2013)
-NIEHS Oceans Centers (2012)
- NIEHS Just-in-time Grants (**Chair,** 2012)
- NIH College of Scientific Reviewers  (2010 – 2013)
- NIH Integrative  & Comparative Endocrinology (2011)

-        NIEHS Time Sensitive Grant (**Chair;** 2010)
-NIEHS P30 (NIEHS Centers of Excellence), (2008, 2009)
- NIEHS Challenge Grants, (2009)
- NIEHS K01 grant applications, (2008)
- NIH Innate Immunity and Inflammation (III) Study Section Full Member, (2005 – 2007)
- NIEHS Program Project grants, *(2006)*
- NIEHS ALTX – 4 (Alcohol and Toxicology) Study Section Full Member, (1996 – 2000)

**2005: National Institute of Environmental Health Sciences (NIEHS) & U.S.EPA & NASA**
- Expert Panel on "Global Earth Observations: Application to Air Quality and Human Health" (2005)

**2005: National Institute of Allergy & Infectious Disease (NIAID) & Department of Defense (DOD)**
    - Expert Panel Workshop on Pulmonary Threat Agents (2005)

**2013-210: New Jersey Department of Environmental Protection**
-        Human health Committee (2010 – 2013)
-        Soil Standards Sub-committee (2010 – 2011)
-        Aerosol Sub-committee (2011 – 2012)


**2011-2011: United Nations Environmental Program (UNEP) Steering Committee** (2006 – 2011)
-        Atmospheric Brown Cloud Human Health Panel

**2004-2005: U.S. EPA Science Advisory Board & Review Panel**
- Metals Risk Assessment Framework Review Panel, (**Co-Chair** of Human Health Breakout Group, 2004 – 2005)
-                Nanoparticle Review Panel (2005)

**APPOINTMENTS/ELECTED OFFICES**
<u>**Society of Toxicology (SOT)**</u>

*Nominating Committee (2018-2020)*
*Committee for Diversity Initiatives* (2014-2015, member; 2015-2016, Co-chair; 2015-2016; Chair, 2016--2017)
*Board of Councilors* (2011 – 2014**; Secretary-elect**, 2011-2012; **Secretary**, 2012-2014)
Nominating Committee (2007 - 2009)
Congressional Representative (2004 – 2005)
Education Committee (2002 – 2005; **Chair**, 2004 – 2005)
        Education Sub-Committee for Minority Initiatives (2001 - 2004; **Chair**, 2003-2004)
        Continuing Education Committee (1998 - 2001; **Chair,** 1999 - 2000)
        Program Committee (1995-1998)

<u>**Inhalation & Respiratory Specialty Section**</u>
        Councilor (2017-2019)

<u>**Ethical and Legal Specialty Section          **</u>

President (2017-2018)
VP-elect (2016)

### Immunotoxicology Specialty Section
President (1999-2000)
Vice-President (1998-1999)
Secretary/Treasurer (1995-1997)
Program Committee (1993-1999)
Awards Committee (1993, 1998, 2000)
Education Committee (Chair, 1992-1996; 2004-2009)
Nominating Committee (1998 - 2001, Chair, 1999-2000)
Councilor (2000-2001)

### Metals Specialty Section
President (2003-2004)
Vice President (2002-2003)
Awards Committee (**Chair,** 2001 - 2004)
Program Committee (**Chair**, 2001 - 2004)
Nominating Committee (2001 – 2004, **Chair**, 2001-2003)

### MidAtlantic (Chapter) Society of Toxicology (MASOT)
Nominating Committee (2009 [**Chair**], 2010, 2011)
Past president, Councilor (2009-2010)
President (2008-2009)
Vice President (2007-2008)
Vice President-elect (2006-2007)
Councilor (2001 - 2004)
Program Committee (2000 – Present; Chair 2006-2007)

### NYU Langone School of Medicine
**Faculty Council Representative** (2010-2019; Vice President 2011-2012, 2014-2015);
Benefits and Tenure Sub-committee (2015-2016)
Academic Affairs Sub-committee (Chair, 2012-Present)
Basic Science Sub-committee (co-Chair, 2017-2019)
**IACUC Review Board (2009-2011; 2017-2019)**
**Grievance Committee (2017-2020)**
**NYU Senate (alternate; 2018-2021)**

**Department of Environmental Medicine**
Promotion & Tenure Committee (2008-2014; **Chair**, 2010-2012)
Search Committee (2010-2013)
Biological Safety Committee- (**Chair**, 1990-1999)
Graduate Steering Committee (1999- 2014; Interim **Co-chair** 2001-2002)
Toxicology Masters' Program (Director, 2002 – 2008; **Co-director**, 2008-2011)

**GRANT REVIEWER *Ad hoc* (Federal [Non-NIH]/State/Private):**
*Federal*
Scandanavian Research Program (2013, 2016)
NASA, Moon dust program (2008)
Canadian Centers for Research (2000 – 2004)
DOD  (*Ad hoc,* 1999 - present)

EPA (*Ad hoc,* 2002 - present)
Natural Sciences and Engineering Research Council of Canada (*Ad hoc,* 2002 – present)

*State/Private*
Center for Indoor Air Research
Environmental and Occupational Science Health Inst. (Rutgers U.)
IFS Research Grants for Developing Nations
Johns Hopkins Pilot Projects
Michigan Sea Grant
New Jersey Sea Grant
New York Sea Grant
Philip Morris Foundation

**ADJUNCT APPOINTMENTS, CONSULTING, ADVISORY BOARDS**
o      **Weill Cornell Medical School** (NY, NY) – External Advisory Board for NIH Diversity Grant (2013-2015)
o      **Chulabhorn Research Institute & University** (Bangkok, Thailand) **-** Adjunct Professor (2003-present)
o      **Cornell University, Inst. for Comparative and Environmental Toxicology** (Ithaca, NY) - Adjunct Professor (1996-2005)
o      **American Lung Association** - Criteria Document on Woodsmoke (2001)
o      **Fish and Wildlife Services** - Status of the Hudson River (2000)
o      **International Life Sciences Institute** - Research strategy on age-related differences in susceptibility (1998)
o      **Stratus Consulting Inc. -** Assessment of PCB-contaminated sites (1997 - 2000)
**U.S. EPA** - Criteria document on the immunotoxicity of endocrine disruptors (1997)

**MENTORING ON A GLOBAL LEVEL** (6)
•      Juliet Igbo (Doctoral student co-mentor – U. of Lagos, Nigeria – 2015-2019)
•      Anishka Lewis (Masters student- Jamaica – 2014)
•      LeighAnn Koekemoer (Masters student – South Africa-2014)
•      Dr. Orish Orisakwe – University of Port Harcourt, Nigeria – 2013-present)
•      Dr. Hari Jott Dosih (Nepal Health Research Council – Kathmandu, Nepal- 2014-present)
•      Dr. Chanthana Tangjarukij (Chulabhorn Research Institute – Bangkok, Thailand-2012-present)

**STUDENT & JUNIOR FACULTY MENTORING**
**Research Advisor:**
*College and High School* **(15)**
•      Aaron Asiedu-Wiafe (2017-2018; Monroe-Woodbury High School, Monroe, NY)
•      Aastha Parikh (2016-2017; Monroe-Woodbury High School, Monroe, NY)
•      Daniel Smith (2013-2014; Fairlawn High School, Fairlawn, NJ)
•      Alejandro Jorge (2012; Ramapo College, NJ)
•      Eric Bloom (2011-2012; Highland Mills High School [Highland Mills, NY])
•      Sujay Avencar (2009-2011; Suffern High School [Suffern, NY])
•      Sam Openheim (2009-2011; Suffern High School [Suffern, NY])
•      Monica Feldman (2007-2009; Spring Valley High School [Spring Valley, NY])

- George Markt (2005-2009; Ramapo High School [Ramapo, NY])
- Payal Roy (2006 – 2007; New York University [NY, NY])
- Rebecca Kurtzman (2005 – 2007; Spring Valley High School [Spring Valley, NY])
- Erica Stone (2006, Ramapo College [Mahwah, NJ])
- Elizabeth Nadziejko (2000; Washingtonville High School [Washingtonville, NY[)
- Kevin Hazard (1999 – 2000; Spring Valley High School [Spring Valley, NY])
- Songeeta Pachachuria (1997-2000; Spring Valley High School, [Spring Valley, NY])
-

**Post-Baccalaureate (2)**
- *Parnavi Desai* (2015-present; NYU, Biology)
- *Tomas Dunne* (2014-2015; Penn State)

***Masters* (30)**
- Arianna Schwartzer (2017-2019; NYU Environ. Health Sci)
- Kathryn Fetce (2016-2018; NYU Environmental Health Sciences)
- Nicholas Lawrence (2016-2018; NYU Environmental Health Sciences)
- Alexander Lucca (2017-2018; NYU Biology)
- Annie J.Thaikkatil (2016-2017; NYU Biology)
- Leena Babiker (2017-2018; NYU Biology)
- Patricia Costa (2014-2016; NYU Environ. Health Sci
- Maria Putilina (2013-2014-NYU, Biology)
- Kirtan Kaur (2013-2015)
- Sarah Attreed (2013-2015)
- Sabina Sutjec (2013-2014-NYU, Biology)
- Kaitlyn Koenig (2012-2014)
- Heather Larkin (2012-2013-NYU, Biology))
- Dana Lauterstein (2011-2013) – 2 SOT student awards (2013)
- Yi-Chuh Chen (2010-2011 Incomplete-NYU Biology)
- Ya-Chien Yu (2010-2011-IncompleteNYU Biology)
- Yuan-Chun Hsiao (2010-2011-Incomplete NYU Biology)
- Lauren Rosenblum (2009-2011-NYU Biology)
- Sandra Perella (2008-2010)
- Kotaro Hoshido (2007-2009-NYU Biology)
- Jacqueline Grabowski (2006-2008)
- Elizabeth Vanza (2004 – 2006) – *SOT student award (2006)*
- Elizabeth Berg (2003 - 2005)
- Shannon Doherty (2002 - 2005)
- Colette Prophete (1998 - 2001)
- Jessica Duffy (1999 - 2001)
- Migali Jorge (1998 - 2000)
- Cheryl Premdass (1998 - 2000)
- Andrea Raymond (1997 - 2000) – *1 SOT award*
- Thomas McManus (1994 – 1996, Co-advisor)

### *Doctorate* (9)

- Pamela Tijerna (2013-present) – *SOT CDI award (2014); SOT (1st place Hispanic Organization of Toxicology, 2015); SOT(Mary Amdur Inhalation Fellowship, 2015)*
- Dana Lauterstein (2013-present)- SOT (Safety Assessment Specialty Section, 2015)
- Juliett Igbo (2015-2016), Co-Advisor (U. of Lagos, Nigeria)
- Sheung Pui Ng (2004 - 2010) – *9 SOT student awards including Novartis Achievement Award (2008-2010)*
- Jessica Duffy (2001 – 2007) – *2 SOT awards (2004); 3 SETAC awards (2004, 2005, 2006)*
- Chanthana Settachan (Co-Advisor; 2003 – 2009; Chulabhorn Research Institute, Bangkok Thailand)
- Erik Carlson (1999- 2003) – *1 SOT award (2000)*
- Ninah Enane (Co-Advisor, 1995 - 1999)
- Peter Atkins (Co-Advisor, 1992 - 1996)

### *Post-doctoral Trainees* (2) **& Mentoring Committees**

- Jason Blum (2009 – 2012) – *1 SOT post-doc award*
- Daniel Willis (2011 – 2013)- NSF/FDA post-doctoral fellowship (Zelikoff, PI)-2013

### *Junior Faculty Mentoring Committee* (2)

- Jason Blum (2012 – Present)
- Kevin Cromar (2012-Present)

### Doctoral Thesis Committee (12):

- Kirtan Kaur (2016-2018, Chair)
- Carolyn Klocke (2015-2017) – University of Rochester (External Examiner)
- Mary Francis (2015-2016) - Rutgers University (External Examiner)
- Eric Saunders (2012-2015)
- Joshua Vaughn (2012 – 2015)
- AJ Cuevas (2007 – 2012)
- Jessica Lyon (2007 - 2012)
- Judy Blatt Nichols (Chair, 2007 – 2011)
- Patricia Gillespie (2006 - 2010)
- Elizabeth Vanza (Chair, 2004 – 2009)
- Ann Zulkosky (2005 – 2007; SUNY Stony Brook)
- Samantha DeLeon (Chair, 1999 – 2003)

### COMMUNITY OUTREACH, EDUCATION & ENGAGEMENT INITIATIVES:

- *Director, Community Outreach & Education Program, NYU, Dept. of Environ. Med.* (2005- present)
- *Director, NIEHS Center of Excellence, Community Outreach & Engagement Program, NYU, Dept. of Env. Med. (2005 – present)*
- *Director, NIEHS Superfund Community Outreach and Education Core, NYU, Dept. of Environ. Med.* (2005- 2010)

- **Co-director**, NIEHS Superfund Translation Core, *NYU, Dept. of Environ. Med.* (2005- 2011)
  - **Community Partners:**
    - *Ironbound Community Corporation (ICC): Newark, NJ (2015-present)*
    - *Ramapough Lenape Tribal Nation: Ringwood, NJ/Mahwah, NJ/Hillburn, NY (2013-present)*
    - *City of Garfield, NJ (2012-present)*
    - *Susquehanna, PA: Fracking communities (2015-2016)*
    - Flint, Michigan via Water Defense

## Translation/Communication of toxicology to non-toxicologists & underserved minorities

- Community groups in PA and NY: Environmental and Health Implications of Hydraulic Fracturing (2013-2014).
- Ramapo Indians: Living on a Superfund Site (2014-present)
- NY Presbyterian Lang Program for Underserved Youth (2010 - Present)
- *Harlem Children Society Mentoring Program - Bronx, NY* (2010-Present)
- Y-2 Kids (NY State 4th – 12th grade, Career day representative, 2008 - Present)
- *Center for Talented Youth, New York University Department of Environmental Medicine & Johns Hopkins Center for Talented Youth (2005 – Present)*
- *Environmental Commission of Ramsey (2001 – 2007; Vice-Chair; 2004-2006)* - Ramsey, New Jersey. Woodburning: A Cozy Atmosphere or a Public Menace? (2003)
- *Senior Citizen Advisory Board of Ramsey* (2003 - 2005)
- *Ramsey High School (Presenter on toxicology and the environment 2005-2006)*
- *Youth Guidance Commission of Ramsey* (1999 - 2001)
- *Rotary Club*, Goshen, New York. Woodburning: A Cozy Atmosphere or a Public Menace? (2003)
- *Upper Saddle River Community Center*, Upper Saddle River, New Jersey. The Hazards of Woodburning (1997)

## Non-Academic Related Outreach Committees:

- 2011- 2014 – *Board of Ethics*, Community Hospice of Bergen County (NJ)
- 2009- 2014 – *Fundraising Committee*, Community Hospice of Bergen County (NJ)
- 2006-2013 – President, Condominium Association
- 2013-2016 – Vice-President, Condominium Association
- 2018 – South Bronx Asthma Coalition

# Exhibit B

## MATERIALS AND DATA CONSIDERED

### Literature

Abraham, J.L., and D.D. McEuen. "Inorganic Particulates Associated with Pulmonary Alveolar Proteinosis:  SEM and X-Ray Microanalysis Results." *Appl. Pathol.* 4 (1986): 138-146.

Abubaker, Kalid, Rodney B. Luwor, et al. "Inhibition of the JAK2/STAT3 pathway in ovariancancer results in the loss of cancer stem cell-like characteristics and a reduced tumor burden." *BMC Cancer* No. 14 (2014): 317.

Abubaker, Kalid, Rodney B. Luwor, et al. "Targeted disruption of the JAK2/STAT3 pathwayin combination with systemic administration of paclitaxel inhibits the priming of ovarian cancer stem cells leading to a reduced tumor burden." *Frontiers in Oncology* No. 4(75) (2014).

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine*, No. 39 (1982): 344–48.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, et al. "The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid." *Toxicology in Vitro* No. 24 (2010): 1139–1147

Allaire, Guy S., Zachary D. Goodman, Kamal G. Ishak and Lionel Rabin. "Talc in Liver Tissue of Intravenous Drug Abusers with Chronic Hepatitis." *Am J Clin Pathol* 92 (1989): 583-588.

American Thoracic Society. "Health Effects of Tremolite." *Medical Section of the American Lung Association* (1991).

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

 "ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Aust, Ann, James C. Ball, Autumn A. Hu, JoAnn S. Lighty, Kevin R. Smith, et al. "Particle Characteristics Responsible for Effects on Human Lung Epithelial Cells." *HEI* 110 (December 2002).

Aust, Ann E., Philip M. Cook, and Ronald F. Dodson. "Morphological and Chemical Mechanisms of Elongated Mineral Particle Toxicities." *Journal of Toxicology and Environmental Health, Part B* 14, (2011): 40-75.

Baan, Robert, Kurt Straif, Yann Grosse, Béatrice Secretan, Fatiha El Ghissassi, and Vincent Cogliano. "Carcinogenicity of Carbon Black, Titanium Dioxide, and Talc." *The Lancet Oncology* 7, No. 4 (April 2006): 295–96.

Baandrup, Louise, Mette T. Faber, Jane Christensen, Allan Jensen, Klaus K. Andersen, Søren Friis, and Susanne K. Kjaer. "Nonsteroidal Anti-Inflammatory Drugs and Risk of Ovarian Cancer: Systematic Review and Meta-Analysis of Observational Studies." *Acta Obstet Gynecol Scand* 92, No. 3 (March 2013): 245–55.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, No. 9255 (February 2001): 539–45.

Basuli, D., L. Tesfay, Z. Deng, B. Paul, Y. Yamamoto, G. Ning, W. Xian, F. McKeon, M. Lynch, C.P. Crum, et al. "Iron Addiction: A Novel Therapeutic Target in Ovarian Cancer." *Oncogene* 36, (2017): 4089-99.

Beck, Barbara D., Henry A. Feldman, Joseph D. Brain et al. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology*, 87 (1987): 222-234.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, No. 5 (May 2018): 620.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, 2017, 1.

Berry, G., M.L. Newhouse and J.C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occup Environ Med* 57, No. 11 (November 1, 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blejer, Hector P., and Robert Arlon. Talc: A Possible Occupational and Environmental Carcinogen." *Journal of Occupational Medicine* 15, No. 2 (February 1973): 92-97.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Bogatu, Bettina, Bodo Contag, et al. "Adsorption of Lipoproteins onto Mineral Dust Surfaces: A Possible Factor in the Pathogenesis of Particle-induced Pulmonary Fibrosis?" *Z. Naturforsch* 60c, (2005): 792-798.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21,

no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M, V Beral, and P Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, No. 4 (October 1989): 592–98. https://doi.org/10.1038/bjc.1989.320.

British Thoratic Association "A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health, Part B* 14, No. 1–4 (May 2, 2011): 122–52.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytother. Res.* 21, No. 6 (June 2007): 579–86.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environ Health Perspect* 119, No. 9 (September 2011): 1211–17.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, J.K., Munro, E.G., Cheung, M.K., Husain, A., Teng, N.N., Berek, J.S., Osann, K. Association of lymphadenectomy and survival in stage I ovarian cancer patients. Obstet Gynecol.   2007.   Jan; 109(1):12-9.

Chan, J.K., Munro, E.G., Cheung, M.K., Husain, A., Teng, N.N., Berek, J.S., Osann, K. Association of lymphadenectomy and survival in stage I ovarian cancer patients.   Obstet Gynecol.   2007.   Jan; 109(1):12-9.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal* 2017 (2017): 1–12.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, No. 12 (June 15, 1997): 2396–2401.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and -peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20t he%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and %20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&d isplay_rank=1.

Chen, Yong, Pao-Chen Wu, Jing-He Lang, Wen-Jun Ge, Patricia Hartge and Louise A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, No. 1 (1992): 23-29.

Chow, M.T., Moller, A., Smyth, M.J.   Inflammation and immune surveillance in cancer. Seminars in Cancer Biology.   2012.   22:23-32.

Churg, Andrew and Martha L. Warnock. "Analysis of the Cores of Ferruginous (Asbestos) Bodies from the General Population." *Laboratory Investigation* 40, No. 5 (1979): 622-26.

Clin, B., F. Morlais, B. Dubois, A.-V. Guizard, N. Desoubeaux, M.-F. Marquign, C. Raffaellis, C. Paris, F. Galateau-Salle, G. Launoy and M. Letourneux. "Occupational Asbestos Exposure and Digestive Cancers – A Cohort Study." *Alimentary Pharmacology &*

*Therapeutics* 30, (2009): 364-74.

Coggiola, Maurizio, Davide Bosio, Enrico Pira, Pier Giorgio Piolatto, Carlo La Vecchia, Eva Negri, Marco Michelazzi, and Alessandro Bacaloni. "An Update of a Mortality Study of Talc Miners and Millers in Italy." *American Journal of Industrial Medicine* 44, No. 1 (July 2003): 63–69.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *Am J Epidemiol* 145, No. 5 (March 1, 1997): 459–65.

Coussens, L.M., and Werb, Z. (2002). Inflammation and cancer. *Nature* 420, 860-867.

Cox, Mary Jude, Julia A. Woods, Steven Newman, Richard F. Edlich. "Toxic Effects of Surgical Glove Powders on the Eye." *Journal of Long-Term Effects of Medical Implants* 6, Nos. 3 and 4 (1996): 219-226.

Cralley, L.J., M.M. Key, D.H. Groth, W.S. Lainhart and R.M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* (July-August 1968): 350-354.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman With Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics & Gynecology* 110, (2007): 498-501.

Cramer, Daniel W, and Olivera J Finn. "Epidemiologic Perspective on Immune-Surveillance in Cancer." *Curr Opin Immunol* 23, No. 2 (April 2011): 265–71.

Cramer, Daniel W., Rebecca F. Liberman, Linda Titus-Ernstoff, William R. Welch, E. Robert Greenberg, John A. Baron, and Bernard L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *Int. J. Cancer* 81, No. 3 (May 5, 1999): 351–56.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case–Control Study in Two US States." *Epidemiology* 27, No. 3 (May 2016): 334–46.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, No. 2 (July 15, 1982): 372–76.

Crusz, Shanthini M., Frances R. Balkwill. "Inflammation and cancer: advances and new agents." *Nat. Rev. Clin. Oncol.* 12 (2015):584-596.

Cubillos-Ruiz, Juan R., Pedra C. Silberman, et al. "ER Stress Sensor XBP1 Controls Anti-tumor Immunity by Disrupting Dendritic Cell Homeostasis." *Cell* 161, (June 2015): 1527–1538.

Davies, R., J.W. Skidmore, D.M. Griffiths and C.B. Moncrieff. "Cytotoxicity of Talc for Macrophages in Vitro." *Fd. Chem. Tox.* 21, No. 2 (1983): 201-207.

De Boer, C. H. "Transport Of Particulate Matter Through The Human Female Genital Tract." *J. Reprod. Fert.* 28, (1972): 295-297.

De Mattia G, Bravi MC, Laurenti O, De Luca O, Palmeri A, Sabatucci A, Mendico G, Ghiselli A. Impairment of cell and plasma redox state in subjects professionally exposed to chromium. Am J Ind Med. 2004; 46(2):120–125.

Denkhaus, E., K. Salnikow "Nickel essentiality, toxicity, and carcinogenicity." *Oncology/Hematology* No. 42 (2002): 35–56.

DeSesso, John M. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Di Cristo, Luisana, Dania Movia, Massimiliano G. Bianchi, Manfredi Allegri, Bashir M. Mohamed, Alan P. Bell, Caroline Moore, et al. "Proinflammatory Effects of Pyrogenic and Precipitated Amorphous Silica Nanoparticles in Innate Immunity Cells." *Toxicological Sciences* 150, No. 1 (March 2016): 40–53.

Dion, Chantal, Guy Perrault, Mounia Rhazi. Institut de recherche Robert-Sauve en sante et en securite du travail (IRSST). "Synthesis of Knowledge on Tremolite in Talc." *Chemical Substances and Biological Agents: Studies and Research Projects* Report R-755, (2012): 1-98.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, Ronald F., Michael O'Sullivan, Carolyn J. Corn, and Samuel P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, No. 2 (February 1995): 207–15.

Dreher, R., H.U. Keller, M.W. Hess, B. Roos and H. Cottier. "Early Appearance and Mitotic Activity of Multinucleated Giant Cells in Mice after Combined Injection of Talc and Prednisolone Acetate." *International Academy of Pathology* 38, No. 2 (1978): 149-156.

Driscoll, K. "Effects of Particle Exposure and Particle-Elicited Inflammatory Cells on Mutation in Rat Alveolar Epithelial Cells." *Carcinogenesis* 18, No. 2 (February 1, 1997): 423–30.

Duda-Chodak, Aleksandra, Urszula Blaszczyk. "The Impact of Nickel on Human Health." *J. Elemental.* No. 13(4) (2008): 685-696.

Edelstam, G. A. B., A. C. E. Sjosten, H. Ellis. "Retrograde Migration of Starch in the Genital Tract of Rabbits." *Inflammation* Vol. 21, No. 5 (1997): 489-499.

Egilman, David "The Production of Corporate Research to Manufacture Doubt About the Health

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Elder, A., Gelein, R., Silva, V., Feikert, T., Opanashuk, L., Carter, J., Potter, R., Maynard, A., Ito, Y., Finkelstein, J., Oberdorster, G.   Translocation of inhaled ultrafine manganese oxide particles to the central nervous system. Environ Health Perspect. 2006. 114:1172-1178.

Hazards of Products: An Overview of the Exponent BakeliteVR Simulation Study." *NEW SOLUTIONS: A Journal of Environmental and Occupational Health Policy* Vol. 28(2) (2018): 179–201.

Endo-Capron, S., A. Renier, X. Janson, L. Kheuang, and M.C. Jaurand. "In Vitro Response of Rat Pleural Mesothelial Cells to Talc Samples in Genotoxicity Assays (Sister Chromatid Exchanges and DNA Repair)." *Toxicology in Vitro* 7, No. 1 (January 1993): 7–14.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers:

A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

Enticknap, J.B. and W.J. Smither. "Peritoneal Tumours in Asbestosis." *British Journal of Industrial Medicine* 21 (1964): 20-31.

EPA. "Drinking Water Standard for Arsenic." (January 2001).

EPA. "Health Assessment Document for Talc." (March 1992).

European Center for Ecotoxicology and Toxicology of Chemicals. "Evaluation of Systemic Health Effects Following Dermal Exposure to Chemicals." Technical Report No. 119 ISSN-0773-8072-119 (March 2013).

Fang, Zhijia, Min Zhao, et al. "Genotoxicity of Tri- and Hexavalent Chromium Compounds In Vivo and Their Modes of Action on DNA Damage In Vitro." *PLOS One.* Vol. 9 Issue 8. *(*August 2014).

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation – A Factor in Ovarian Neoplasia." *The Lancet* (July 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

FDA. "Talc." https://www.fda.gov/Cosmetics/ProductsIngredients/Ingredients/ucm293184.htm

Federal Register 37, "Subpart G-Occupational Health and Environmental Control." No. 202 (October 18, 1972): 22139-144.

Federal Register 40 CFR Part 763, "Part III – Environmental Protection Agency: Asbestos-Containing Materials in Schools; Final Rule and Notice." Vol. 52, No. 210 (October 30, 1987): 41826-41906.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, No. 10 (October 2007).

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José Garcìa-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination After Talc Slurry Pleurodesis." *Chest* 122, No. 3 (September 2002): 1018–27.

Finley, Brent L., Jennifer S. Pierce. "Evaluation of tremolite asbestos exposures associated with the use of commercial products." *Critical Reviews in Toxicology.* No. 42(2) (2012): 119–146

Finnish Institute of Occupational Health. *Asbestos, Asbestosis, and Cancer, Helsinki Criteria for Diagnosis and Attribution 2014.* (June 2014).

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* Vol. 34, No. 1 (2015): 66-129.

Fletcher, Nicole, Jimmy Belotte, et al. "Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer." *Free Radical Biology and*

*Medicine*. 102 (2017) 122–132.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fleming, Jean S., Clare R. Beaugié, Izhak Haviv, Georgia Chenevix-Trench, and Olivia L. Tan. "Incessant Ovulation, Inflammation and Epithelial Ovarian Carcinogenesis: Revisiting Old Hypotheses." *Molecular and Cellular Endocrinology* 247, No. 1–2 (March 2006): 4–21.

Fletcher, Nicole, Ira Memaj, and Ghassan M Saed. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences* 25, Supplement 1 (March 2018): 214A-215A.

Forman, Henry Jay and Martine Torres. "Reactive Oxygen Species and Cell Signaling Respiratory Burst in Macrophage Signaling." *Am J Respir Crit Care Med.* Vol 166. (2002) pp S4–S8.

Frank, Czul, Lascano Jorge. "An uncommon hazard: Pulmonary talcosis as a result of recurrent aspiration of baby powder." *Respiratory Medicine CME* 4, (2011): 109-111.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Friedrichs, Karl Heinz. "Electron Microscopic Analyses of Dust From the Lungs and the Lymph Nodes of Talc-Mine Employees." *American Industrial Hygiene Association Journal* 48, No. 7 (July 1987): 626–33.

Galea, Sandro and Roger Vaughan. "Moving Beyond the Cause of Constraint: A Public Health of Consequence." *American Journal of Public Health* 108, No. 5 (May 2018): 602-03.

Gamble, John F., William Fllner and Michal J. Dimeo. "An Epidemiologic Sutdy of a Group of Talc Workers." *American Review of Respiratory Diesease.* Vol. 119 (1979): 741-753.

Gardner, M.J., P.D. Winter, B. Pannett, and C.A. Powell. "Follow Up Study of Workers Manufacturing Chrysotile Asbestos Cement Products." *British Journal of Industrial Medicine* 43, (1986): 726-32.

Gates, M. A., B. A. Rosner, J. L. Hecht, and S. S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *Am J Epidemiol* 171, No. 1 (2010): 45–53.

Gates, M. A., S. S. Tworoger, K. L. Terry, L. Titus-Ernstoff, B. Rosner, I. De Vivo, D. W. Cramer, and S. E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiol Biomarkers Prev.* 17, No. 9 (September 2008): 2436–44.

Gavalas, Nikos G, Alexandra Karadimou, et al. "Immune Response in Ovarian Cancer: How Is the Immune System Involved in Prognosis and Therapy: Potential for Treatment Utilization. *Clinical and Developmental Immunology*. Vol. 2010. Article ID 791603.

Genofre, Eduardo H., Francisco S. Vargas, Milena M.P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory

Response to Small Size Talc Particles." *Respiratory Medicine* 103, No. 1 (2009): 91–97.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *Am. J. InD. Med.* 36, No. 1 (1999): 129–34.

Gertig, Dorota M., David J. Hunter, Daniel W. Cramer, Graham A. Colditz, Frank E. Speizer, Walter C. Willett, and Susan E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *J Natl Cancer Inst* 92, No. 3 (2000): 249–52.

Getze, George. "Asbestos Blamed for Increase in Ovary Cancer." *The Philadelphia Inquirer* (March 28, 1968).

Ghio, Andrew J. and Victor Roggli. "Letter to the Editor: Talc Should Not Be Used for Pleurodesis in Patients with Nonmalignant Pleural Effusions." *American Journal of Respiratory Critical Care Medicine* (2001): 1741.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *Am J Respir Cell Mol Biol* 46, No. 1 (January 2012): 80–86.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy Richards, Zhongping Deng, Jerrold L. Abraham." Gadolinium exposure disrupts iron homeostasis in cultured cells." *J Biol Inorg Chem.* No. 16 (2011): 567–575.

Gilbert, Christopher, Benjamin R. Furman, et al. "Description of Particle Size, Distribution, and Behavior of Talc Preparations Commercially Available Within the United States." *J Bronchol Intervent Pulmonol.* Vol. 25, No. 1. (January 2018).

"Global Ban on the Mining and Use of Asbestos." *World Federation of Public Associations*. (2005).

Godard, Beatrice, William D. Foulkes, Diane Provencher, Jean-Sebastien Brunet, Patricia N. Tonin, Anne-Marie Mes-Masson, Steven A. Narod, and Parviz Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *Am J Obstet Gynecol* 179, No. 2 (August 1998): 403–10.

Gondal, Mohammed A., Mohamed A. Dastageer, Akhtar A. Naqvi, Anvar A. Isab, Yasin W. Maganda. "Detection of toxic metals (lead and chromium) in talcum powder using laser induced breakdown spectroscopy." *Applied Optics* Vol. 51, No. 30 (October 2012): 7395-7401.

Gonzalez, N.L., K.M. O'Brien, A.A. D'Aloisio, D.P. Sandler, and C.R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer:" *Epidemiology* 27, No. 6 (November 2016): 797–802.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, No. 4 (October 2014): 318–32.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Graham, John, and Ruth Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, No. 2 (October 1967): 115–28.

Green, Adèle, David Purdie, Christopher Bain, Victor Siskind, Peter Russell, Michael Quinn, and Bruce Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer." *Int. J. Cancer* 71, No. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and

Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, Alan J., and Paul H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship Between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, No. 2 (1995): 181-195.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hammar, S.P., R.F. Dodson. "Asbestos: Risk Assessment, Epidemiology, and Health Effects, Second Edition." 2nd Edition, Ch. 28 (2017): 927-930; 976.

Hamilton, John A., Geraldine McCarthy and Genevieve Whitty. "Primary research Inflammatory microcrystals induce murine macrophage survival and DNA synthesis." *Arthritis Res No. 3* (2001): 242–246.

Hamilton, T.C., H. Fox, C.H. Buckley, W.J. Henderson', W J, and K Griffiths. "Effects of Talc on the Rat Ovary." *Br. J. Exp. Path.* 65, (1984): 101-106.

Hammar, S.P. and R.F. Dodson. *Asbestos: Risk Assessment, Epidemiology, and Health Effects.*

Harding, A.H., A. Darnton, J. Wegerdt, and D. McElvenny. "Mortality Among British Asbestos Workers Undergoing Regular Medical Examinations." *Occupational and Environmental Medicine* 66, (2009): 487-95.

Harlow, Bernard L., and Noel S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, No. 2 (August 1989): 390–94.

Harlow, Bernard L., Daniel W. Cramer, Debra A. Bell and William R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstet Gynecol* 80, No. 1 (July 1992): 19-26.

Hartge, Patricia, Robert Hoover, Linda P. Lesher, and Larry McGowan. "Talc and Ovarian Cancer." *JAMA* 250, No. 14 (October 14, 1983): 1844.

Heidland, A., Klassen A., Rutkowski, P., Bahner, U.   The contribution of Rudolf Virchow to the concept of inflammation: what is still of importance? Journal of nephrology. 2006; 29(Suppl 10): S102-109.

Hein, Misty J., Leslie T. Stayner, Everett Lehman, John M. Dement. "Follow-Up Study of Chrysotile Textile Workers: Cohort Mortality and Exposure-Response." *Occupational and Environmental Medicine* 64, (2007): 616-25.

Henderson, W.J., C.A.F. Joslin, A.C. Turnbull. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* Vol. 78 (March 1971): 266-272.

Henderson, W.J., A.V. Maskell, K Griffiths. "Contamination of Surgical Gloves." *British Medical Journal*, (February 1978): 363.

Henderson, W.J., T.C. Hamilton, M.S. Baylis, C.G. Pierrepoint, K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40 (1986): 247-250.

Heller, Debra S., Ronald E. Gordon, and Norman Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *Am J Obstet Gynecol* 181, No. 2 (August 1999): 346–47.

Heller, Debra S., Ronald E. Gordon, Carolyn Westhoff, and Susan Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, No. 5 (May

1996): 435–39.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *Am J Public Health* 108, No. 5 (May 2018): 616–19.

Hildick-Smith, Gavin Y. "The Biology of Talc." *British Journal of Industrial Medicine* 33, (1976): 217-229.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. Hoffeld, J. Terrell. "Inhibition of Lymphocyte Proliferation and Antibody Production in Vitro by Silica, Talc, Bentonite Or Corynebacterium Parvum: Involvement of Peroxidative Processes." *Eur. J. Immunol* 13, No. 5 (1983): 364–69.

Hollinger, Mannfred A. "Pulmonary toxicity of inhaled and intravenous talc." *Elsevier: Toxicology Letters* 52 (1990): 121-127.

Holschneider, Christine H., and Jonathan S. Berek. "Ovarian Cancer: Epidemiology, Biology, and Prognostic Factors." *Semin. Surg. Oncol.* 19, No. 1 (July 2000): 3–10.

Honda, Yasushi, Colleen Beall, Elizabeth Delzell, Kent Oestenstad, Ilene Brill and Robert Matthews. "Mortality among Workers at a Talc Mining and Milling Facility." *The Annals of Occupational Hygiene* 46, No. 7 (October 2002): 575-85.

Houghton, S. C., K. W. Reeves, S. E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende, C. A. Thomson, J. K. Ockene, and S. R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *JNCI J Natl Cancer Inst* 106, No. 9 (September 10, 2014).

Huncharek, Michael, J.F. Geschwind and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 25, (2003): 1955-1960.

Huncharek, Michael, and Joshua Muscat. "Perineal Talc Use and Ovarian Cancer Risk: A Case Study of Scientific Standards in Environmental Epidemiology." *European Journal of Cancer Prevention* 20, No. 6 (November 2011): 501–7.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies:" *European Journal of Cancer Prevention* 16, No. 5 (October 2007): 422–29.

Hunn, Jessica, Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology" *Clinical Obstetrics and Gynecology* Vol. 55, No. 1: 3-23.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

International Agency for Research on Cancer (IARC), "Some Inorganic and Organometallic Compounds", IARC Monograph No. 2 (1973).

International Agency for Research on Cancer (IARC), "IARC Monographs On The Evaluation Of Carcinogenic Risk Of Chemicals To Man: Cadmium, Nickel, Some Epoxides, Miscellaneous Industrial Chemicals and General Considerations on Volatile Anaesthetics." IARC Monograph Vol. 11 (1976): 1-282.

International Agency for Research on Cancer (IARC), "Asbestos", IARC Monograph No. 14 (1977).

International Agency for Research on Cancer (IARC), "IARC Monographs On The Evaluation Of The Carcinogenic Risks To Humans: Chemicals and Industrial Processes Associated with Cancer in Humans." IARC Monographs, Volumes 1 to 20 Supplement 1 (1979).

International Agency for Research on Cancer (IARC), "IARC Monographs On The Evaluation Of The Carcinogenic Risks To Humans: Chemicals, Industrial Processes and Industries Associated With Cancer in Humans." IARC Monographs, Volumes 1 to 29 Supplement 4 (1982).

International Agency for Research on Cancer (IARC), "Carbon Black, Titanium Dioxide, and Talc." IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

International Agency for Research on Cancer (IARC), "Overall Evaluation of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42 Supplement 7 (1987).

International Agency for Research on Cancer (IARC), "Silica and Some Silicates", IARC Monograph No. 42 (1987).

International Agency for Research on Cancer (IARC), "Mechanisms of Fibre Carcinogenesis", IARC Scientific Publications No. 140 (1996).

International Agency for Research on Cancer (IARC), "Silica, Some Silicates, Coal Dust and Para-Aramid Fibrils", IARC Monograph No. 68 (1997).

International Agency for Research on Cancer (IARC), "A review of human carcinogens-Part C: metals, arsenic, dusts and fibres." *The Lancet* 10 (2009): 453-454.

International Agency for Research on Cancer (IARC), "Carbon Black, Titanium Dioxide, and Talc", IARC Monographs No. 93., (2010).

International Agency for Research on Cancer (IARC), "Arsenic, Metals, Fibres, and Dusts," IARC Monograph No. 100C (2012).

International Agency for Research on Cancer (IARC), "Table 2.8. Epidemiologic studies of asbestos exposure and ovarian cancer." 1-3.

International Labour Organization (ILO), "Resolution concerning asbestos, 2006." *ILO Resolution* (June 2006): 1-2.

Ingersoll, Molly A., Andrew M. Platt, Stephane Potteaux, Gwendalyn J. Randolph. "Monocyte trafficking in acute and chronic inflammation." *Trends Immunol.* 32, No. 10 (October 2011): 470-477.

Iturralde, Mario, Pieter Ferdinand Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* Vol. XI, No. 4 (October 1981): 301-314.

Jammal, Millena Prata, Agrimaldo Martins-Filho, et al., "Cytokines and Prognostic Factors in Epithelial Ovarian Cancer." *Clinical Medicine Insights: Oncology* 10 (2016): 71-76.

Jampol, Lee M., Tomoichi Setogawa, Krishna Rao V. Rednam, Mark O.M Tso. "Talc Retinopathy in Primates." *Archives of Opthalmology* 99, (July 1981): 1273-80.

Jarad, N Al, M Macey, S Uthayakumar, A C Newland, and R M Rudd. "Lymphocyte Subsets in Subjects Exposed to Asbestos: Changes in Circulating Natural Killer Cells." *British Journal of Industrial Medicine* 49, (1992): 811-814.

Jasuja, Sonia, Brooks T. Kuhn, Michael Schivo, Jason Y. Adams. "Cosmetic Talc-Related Pulmonary Granulomatosis." *Journal of Investigative Medicine High Impact Case Reports* Vol. 1, No. 4 (2017): 1-4.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

Jing, Jiongjie, Xiaolong Jiang, Jianwei Chen, Xiaolei Yao et al. "Notch signaling pathway promotes the development of ovine ovarian follicular granulosa cells." *Animal Reproduction Science* 181 (2017): 69-78.

Jing, Xuquan, Feng Li, Xue Meng, Zhitong Liu, Jinming Yu, Bo Liu. "Ovarian metastasis from lung adenocarcinoma with ALK-positive rearrangement detected by next generation sequencing: A case report and literatures review." *Cancer Biology & Therapy* Vol. 18, No. 5 (2017): 279-284.

Jo, Hwanju, Young Nam Jang and Jung Hyun Jo. "A Low Temperature Detoxification Method for Treatment of Chrysotile-Containing Waste Roofing Slate." *Minerals* 7, No. 144 (2017).

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, Susan J., Adèle C. Green, David C. Whiteman, and Penelope M. Webb. "Risk Factors for Benign Serous and Mucinous Epithelial Ovarian Tumors:" *Obstetrics & Gynecology* 109, No. 3 (March 2007): 647–54.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, No. 4 (April 2001): 392–99.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, No. 6 (December 1992): 443–49.

Karageorgi, S., M. A. Gates, S. E. Hankinson, and I. De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology Biomarkers & Prevention* 19, No. 5 (May 2010): 1269–75.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2

Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keal, E E. "Asbestosis and Abdominal Neoplasms." *The Lancet* (December 3, 1960): 1211-16.

Kerger, Brent D., Robert C. James and David A. Galbraith. "Tumors that Mimic Asbestos-Related Mesothelioma: Time to Consider a Genetics-Based Tumor Registry." *Frontiers in Genetics* 5, No. 151 (May 30, 2014): 1-14.

Keskın, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Özay, and Halil Saygılı. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, No. 6 (December 2009): 925–31.

Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, No. 1 (January 2011): 112–13.

Kim, Brian, Francis M. Giardiello. "Chemoprevention in familial adenomatous polyposis." *Best Pract Res Clin Gastroenterol* Vol. 25, No. 0 (August 2011): 607-622.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Kleinfeld, M., J. Messite, Olive Kooyman, Mahfouz H. Zaki. "Mortality Among Talc Miners and Millers in New York State." *Archives of Environmental Health: An International Journal* Vol. 14, No. 5 (1967): 663-667.

Kleinfeld, M., J. Messite, M. H. Zaki. "Mortality Experiences Among Talc Workers: A Follow-up Study." *Journal of Occupational Medicine* Vol. 16, No. 5 (May 1974): 345-349.

Kreyling, W.G., Semmler-Behnke, M.S., Moller, W.   Ultrafine particle-lung interaction: Does size matter? Journal of Aerosol Medicine. 2006. 19(1).

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurta, M. L., K. B. Moysich, J. L. Weissfeld, A. O. Youk, C. H. Bunker, R. P. Edwards, F. Modugno, R. B. Ness, and B. Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology Biomarkers & Prevention* 21, No. 8 (August 2012): 1282–92.

La Vecchia, Carlo. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26, No. 1 (January 2017): 55–62.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

Lane, D., Matte, I., Rancourt, C., Piche, A.   Prognostic significance of IL-6 and IL-8 ascites levels in ovarian cancer patients.   BMC Cancer.   2011. 11:210.

Lane, Denis, Veronique Robert et al. "Malignant ascites protect against TRAIL-induced apoptosis by activating the PI3K/Akt pathway in human ovarian carcinoma cells." *Int. J. Cancer 121* (2007): 1227-1237.

Langseth, H, S E Hankinson, J Siemiatycki, and E Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology & Community Health* 62, No. 4 (April 2008): 358–60.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, No. 1 (January 2007): 44–49.

Langseth, Hilde, and Kristina Kjærheim. "Ovarian Cancer and Occupational Exposure Among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, No. 5 (October 2004): 356–61.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Lee, Richard, and Drew Van Orden. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 21, No. 4 (October 2, 2015): 337–41.

Lee, Sang Hee, and Roy J. Richards. "Montserrat Volcanic Ash Induces Lymph Node Granuloma and Delayed Lung Inflammation." *Toxicology* 195, No. 2–3 (February 2004): 155–65.

Li, Jing, Xuedan Jiao, Zhongfu Yuan, Haifeng Qiu, Ruixia Guo. "C-reactive protein and risk of ovarian cancer A systematic review and meta-analysis." *Medicine* Vol. 96, No. 34 (2017): 1-7.

Li, Yong-Jian, Kai Yao, Min-Xun Lu, Wen-Biao Zhang, Cong Xiao, Chong-Qi Tu. "Prognostic value of the C-reactive protein to albumin ratio: a novel inflammation-based prognostic indication in osteosarcoma." *OncoTargets and Therapy* 10 (2017): 5255-5261.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96.

Lison, D., Boeck, M.D., Kirsch-Volders, M.   Update on the genotoxicity and carcinogenicity of cobalt compounds.   Occup Environ Med 2001.   Oct; 58(10):619-25.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lengyel, Ernst. "Ovarian Cancer Development and Metastasis." *The American Journal of Pathology* Vol. 177, No. 3 (September 2010): 1053-1064.

Lockey, James E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* Vol. 2, No. 2 (May 1981): 203-218.

Longo, D.L. and R.C. Young. Aug 1979 – "Cosmetic Talc and Ovarian Cancer." *The Lancet* (August 18, 1979): 349-351.

Longo, D.L. and R.C. Young. Nov 1979 – "Cosmetic Talc and Ovarian Cancer." *The Lancet* (November 10, 1979): 1011-1012.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Loomis, D., J.M. Dement, S.H. Wolf, and D.B. Richardson. "Lung Cancer Mortality and Fibre Exposures Among North Carolina Asbestos Textile Workers." *Occupational and Environmental Medicine* 66, (2009): 535-542.

Lopez-Galindo, A, C. Viseras, and P. Cerezo. "Compositional, Technical and Safety Specifications of Clays to Be Used as Pharmaceutical and Cosmetic Products." *Applied Clay Science* 36, No. 1–3 (April 2007): 51–63.

Lord, G.H. "The Biological Effects of Talc in the Experimental Animal: A Literature Review." *Food and Cosmetics Toxicology* 16, No. 1 (February 1978): 51–57.

Low, L.C.K., J. Lang, and W.D. Alexander. "Excretion of Carbimazole and Propylthiouracil in Breast Milk." *The Lancet* 314, No. 8150 (November 10, 1979): 1011.

Lu, Hsiao-Mei, Shuwei Li, Mary H. Black et al. "Association of Breast and Ovarian Cancers With Predisposition Genes Identified by Large-Scale Sequencing." *JAMA Oncology* (August 16, 2018): E1-E8.

Maccio, A., and Madeddu, C. (2012). Inflammation and ovarian cancer. *Cytokine 58*, 133-147.

Magnani, C, D Ferrante, F Barone-Adesi, M Bertolotti, A Todesco, D Mirabelli, and B Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, No. 3 (2007): 164–70.

Mahmood, Samiya. "A Comparative Situation Analysis on Pre-Cancerous Lesions among Slum and Brothel Dwelling Women and Average Housewives Who Fall within the Reproductive Age Group and Living in Bangladesh." *Gynecology & Obstetrics* 07, No. 09 (2017).

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung    Adenocarcinoma and Malignant Mesothelioma Detected    by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mamo, Carlo and Giuseppe Costa. "Mortality Experience in an Historical Cohort of Chrysotile Asbestos Textile Workers." (2004).

Marconi, A., U. Verdel. "Asbestos content of talcs from Italian mines and fibre concentration in various commercial talcum powders used in Italy." *Health Related Effects of Phyllosilicates* Vol. G 21 (1990): 107-115.

Mariani-Costantini, Renato, Frank S. Jannotta, and Frank B. Johnson. "Systemic Visceral Talc Granulomatosis Associated with Miliary Tuberculosis in a Drug Addict." *American Journal of Clinical Pathology* 78, No. 5 (November 1982): 785–89.

Mariani, F., Sena, P., Roncucci, L.  Inflammatory pathways in the early steps of colorectal cancer development.  World J Gastroenterol.  2014.  August 7; 20(29):9716-9731.

Mattenklott, M. "Asbest in Talkumpudern und Speckstein – heutige Situation." *Gefahrstoffe – Reinhaltung der Luft* Vol. 67, No. 7/8 (2007): 287-292.

McCarthy, Edward F., Noel A. Genco, Ernest H. Reade Jr. "Talc." 7th Edition (2006): 1-16.

McCluggage, W. G., D.C. Allen. "Ovarian granulomas: a report of 32 cases." *J Clin Pathol* 50, (1997): 324-327.

McDonald, J.C., J.M. Harris, and G. Berry. "Sixty Years on: the Price of Assembling Military Gas Masks in 1940." *Occupational and Environmental Medicine* 63, (2006): 852-55.

McLemore, Monica R., Christine Miaskowski, Bradley E. Aouizerat, Lee-may Chen, and Marylin J. Dodd. "Epidemiological and Genetic Factors Associated with Ovarian Cancer." *Cancer* Nursing 32, No. 4 (2009): 281-88.

Medford, A. R. L., M. N. Sheppard et al., "An unusual cause of difficult asthma: talc granulomatous disease." *Grand Rounds* Vol. 5 (2005): 1-5.

Medford, A. R. L. "Consider Talc Too in Poorly Controlled Asthma and Unexplained Bronchiolitis." *Chest* Vol. 143, No. 1 (January 2013): 278-279.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Melin, A., P. Sparen, I. Persson, A. Bergqvist. "Endometriosis and the risk of cancer with special emphasis on ovarian cancer." *Human Reproduction* Vol. 21, No. 5 (2006): 1237-1242.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, and Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer* 122, No. 1 (January 2008): 170–76.

Michalowski, R. "Silica Granuloma at the Site of Circumcision for Phimosis: A Case Report." *Dermatologica* 166, (1983): 261-63.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer* 112, No. 3 (November 10, 2004): 458–64. (Bates No. JNJ000018682)

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Møller, Peter, Pernille Høgh Danielsen, Kim Jantzen, Martin Roursgaard, and Steffen Loft. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, No. 2 (February 2013): 96–118.

Moon, Min-Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, No. 3 (September 2011): 137–41.

Moorman, P. G., R. T. Palmieri, L. Akushevich, A. Berchuck, and J. M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, No. 5 (September 2009): 598–606.

Mori, T., K. Nagata, T. Matsuit, T. Ishida, H. Ohami, T. Asanot. "Superoxide anions in the

pathogenesis of talc-induced cerebral vasocontraction." *Neuropathology and Applied Neurobiology* 21, (1995): 278-385.

Mossman, Brooke T., Andrew Churg. "Mechanisms in the Pathogenesis of Asbestosis and Silicosis." *Am J Respir Crit Care Med* Vol. 157, (1998): 1666-1680.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murray, Peter J., Thomas A. Wynn. "Protective and pathogenic functions of macrophage subsets." *Nat Rev Immunol* Vol. 11, No. 11 (2011): 723-727.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Muscat, Joshua E., and Michael S. Huncharek. "Perineal Talc Use and Ovarian Cancer: A Critical Review:" *European Journal of Cancer Prevention* 17, No. 2 (April 2008): 139–46.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Nakane, Hideo. "Translocation of particles deposited in the respiratory system: a systematic review and statistical analysis." *Environ Health Prev Med*, 17 (2012): 263-274.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. "Does Talc Exposure Cause Ovarian Cancer?" *International Journal of Gynecological Cancer* 25, Supplement 1 (May 2015): 51.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *Journal of the National Cancer Institute* 91, No. 17 (September 1, 1999): 1459–67.

Ness, Roberta B., Jeane Ann Grisso, Carrie Cottreau, Jennifer Klapper, Ron Vergona, James E. Wheeler, Mark Morgan, and James J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology* 11, No. 2 (March 2000): 111–17.

Newhouse, M.L. and K.R. Sullivan. "A Mortality Study of Workers Manufacturing Friction Materials: 1941-86." *British Journal of Industrial Medicine* 46, (1989): 176-79.

Newhouse, Muriel L., G. Berry, J.C. Wagner and Mary E. Turok. "A Study of the Mortality of Female Asbestos Workers." *Brit. J. Industr. Med.* 29, (1972): 134-41.

Nickens, Kristen P., Steven R. Patierno, Susan Ceryak. "Chromium genotoxicity: a double-edged sword." *Chem Biol Interact* Vol. 188, No. 5 (November 2010): 276-288.

Nicolini, Andrea, Paola Ferrari, Giuseppe Rossi, Angelo Carpi. "Tumour growth and immune evasion as targets for a new strategy in advanced cancer." *Endocrine-Related Cancer* Vol. 25, No. 11 (2018): 577-604.

NIOSH "Workplace Exposure to Asbestos: Review and Recommendations." DHHS Publication No. 81-103 (April 1980): 1-47.

NIOSH Pocket Guide to Chemical Hazards. (September 2007). Appendix C.

NIOSH – CDC – Current Intelligence Bulletin 62 Revised Edition "Asbestos Fibers and Other

Elongate Mineral Particles: State of the Science and Roadmap for Research." April 2011.

NIOSH. "CDC – Occupational Cancer – Carcinogen List – NIOSH Safety and Health Topic." (2012)

NIOSH "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. (JNJ000231304)

NIOSH CURRENT INTELLIGENCE BULLETIN Revised Edition "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research," January 2009.

Nolan, Robert P. and Arthur M. Langer. *Chapter 9: Limitations of the Stanton Hypothesis*. (1993).

Norman, R. J., M. Brannstrom. "Cytokines in the Ovary: Pathophysiology and Potential for Pharmacological Intervention." *Pharmacol Ther.* Vol. 69, No. 3 (1996): 219-236.

NTP "Asbestos." (CAS No. 1332-21-4)." *Report on Carcinogens, Thirteenth Edition.* (2014).

NTP "Toxicology and Carcinogenesis Studies of Talc." (CAS No. 14807-96-6) In F344/N Rats and B6C3F Mice (Inhalation Studies)."

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Occupational Safety and Health Administration (OSHA) – Department of Labor "Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite." *Federal Register – Rules and Regulations* Vol. 57, No. 110 (June 8, 1992): 24310-24331.

Occupational Safety and Health Administration (OSHA) – Department of Labor "OSHA Fact Sheet Asbestos" (2014): 1-2.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, No. 11 (December 2007): 2364–72.

Omenka, Sunday Samuel, Adebola Abosede Adeyi. "Heavy metal content of selected personal care products (PCPs) available in Ibadan, Nigeria and their toxic effects." *Toxicology Reports 3* (2016): 628-635.

Oury, Tim D., Thomas A. Sporn, and Victor L. Roggli. (2014) *Pathology of Asbestos-Associated Diseases*. New York: Springer.

Øvrevik, J., Marit Lag, Per Schwarze, and Magne Refsnes. "p38 and Src-ERK1/2 Pathways Regulate Crystalline Silica-Induced Chemokine Release in Pulmonary Epithelial Cells." *Toxicological Sciences* 81, No. 2 (July 14, 2004): 480–90.

Øvrevik, Johan, Magne Refsnes, Marit Låg, Jørn A. Holme, and Per E. Schwarze. "Activation of Proinflammatory Responses in Cells of the Airway Mucosa by Particulate Matter: Oxidant- and Non-Oxidant-Mediated Triggering Mechanisms." *Biomolecules* 5, No. 3 (July 2, 2015): 1399–1440.

Pace, E., Siena, L., Ferraro, M., Profita, M., Mondello, P., Chiappara, G., Montalbano, A.M., Giarratano, A., Bonsignore, G., Gjomarkaj, M.   Role of prostaglandin E2 in the invasiveness, growth and protection of cancer cells in malignant pleuritis.   European Journal of Cancer. 2006.   42(14):2382-2389.

Paoletti, L., Caiazza, S., Donelli, G., Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology* 4. (December 9, 1983): 222-235.

Parmley, Tim H., and J. Donald Woodruff. "The Ovarian Mesothelioma." *American Journal of*

*Obstetrics and Gynecology* 120, No. 2 (September 15, 1974): 234–41.

Patierno, Steven R., Sugiyama, Masayasu, Basilion, James P., Costa, Max. "Preferential DNA-Protein Cross-Linking by NiCI2 in Magnesium-insoluble Regions of Fractionated Chinese Hamster Ovary Cell Chromatin." Cancer Research 45 (November 1985): 5787-5794.

Pelling, D., and J.G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology* 24, No. 5 (May 1986): 425–30.

Penninkilampi, Ross, Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology* Vol. 29, No. 1 (January 2018): 41-49.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20hereditary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Peshkin, B., and et al. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-syndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cancer%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1.

Peshkin, B., and et al. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result%26selectedTitle%3D1~73%26usage_type%3Ddefault%26display_rank%3D1&source=search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Peters, Annette, Veronesi, Bellina, Calderón-Garciadueñas, Lilian, Gehr, Peter, Chi Chen, Lung, Geiser, Marianne, Reed, William, Rothen-Rutishauser, Barbara, Schürch, Samuel, Schulz, Holger. "Translocation and Potential Neurological Effects of Fine and Ultrafine Particles a Critical Update." *Particle and Fibre Toxicology* (September 8, 2006).

Pierce, Jennifer S., Riordan, Alexander S., Miller, Eric W., Gaffney, Shannon H., Hollins, Dana M. "Evaluation of the Presence of Asbestos in Cosmetic talcum Products, Inhalation Toxicology." 29:10, (2017) 443-456.

Phillips, J C, and P J Young. "Studies on the Absorption and Disposition of H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Chemical Toxicology* 16, (1978): 161–63.

Pickrell, John A., Morris B. Snipes, Janet M. Benson, Ray L. Hanson, Robert K. Jones, Robert L. Carpenter, James J. Thompson, Charles H. Hobbs, and Sandra C. Brown. "Talc Deposition and Effects after 20 Days of Repeated Inhalation Exposure of Rats and Mice to Talc." *Environmental Research* 49, No. 2 (August 1989): 233–45.

Pinto, Mauricio P., Carlos Balmaceda, Maria L. Bravo, Sumie Kato, Alejandra Villarroel, Gareth I. Owen, Juan Carlos Roa, et al. "Patient Inflammatory Status and CD4+/CD8+ Intraepithelial Tumor Lymphocyte Infiltration are Predictors of Outcomes in High-Grade Serous Ovarian Cancer." *Gynecologic Oncology* (2018).

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, No. 3 (February 2005): 580–86.

Pira, E, C Pelucchi, P G Piolatto, E Negri, G Discalzi and C La Vecchia. "First and Subsequent Asbestos Exposures in Relation to Mesothelioma and Lung Cancer Mortality." *British Journal of Cancer* 97, No. 9 (2007): 1300-1304.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, No. 9 (September 2016): 2623–28.

Pizzo, Alfonsa, Salmeri, Francesca M., Ardita, Francesca V., Sofo, Vincenza, Tripepi, Maria, Marsico, Silvano. "Behaviour of Cytokine Levels in Serum and Peritoneal Fluid of Women with Endometriosis." *Gynecol Obstet Invest.* (2002) 54:82–87.

Pogribny, Igor P., Rusyn, Ivan. "Environmental Toxicants, Epigenetics, and Cancer." *Adv Exp Med Biol.* (2013) 754: 215–232.

Pogribny, Igor P., Rusyn, Ivan. "Role of Epigenetic Aberrations in the Development and Progression of Human Hepatocellular Carcinoma." *Cancer Lett.* (January 28, 2014) 342(2): 223–230.

Poole, Elizabeth M., Lee, I-Min, Ridker, Paul M., Buring, Julie E., Hankinson, Susan E., Tworoger, Shelley S. "A Prospective Study of Circulating C-Reactive Protein, Interleukin-6, and Tumor Necrosis Factor α Receptor 2 Levels and Risk of Ovarian Cancer." American Journal of Epidemiology. Vol. 178, No. 8. (May 2, 2013).

Pooley, F.D., Rowlands, N. "Chemical and Physical Properties of British Talc Powders." *Department of Mineral Exploitation.* (1975)

Pott, F., and K.H. Friedrichs. "Tumors in Rats After the Intraperitoneal Administration of Fibrous Dusts (Translation)." *Naturwissenchaften* 59, No. 7 (1972).

*Product: *2017 TLVs and BEIs: ACGIH.* Accessed August 16, 2018.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer – Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica* 48, No. 5 (2009): 646–790.

Purdie, David, Adèle Green, Christopher Bain, Victor Siskind, Bruce Ward, Neville Hacker, Michael Quinn, Gordon Wright, Peter Russell, and Beatrice Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study." *International Journal of Cancer* 62, No. 6 (September 15, 1995): 678–84.

Radic, I., I. Vucak, Jasminka Milosevic, Ana Marusic, S. Vukicevic and M. Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical & Experimental Immunology* 73, (1988): 316-321.

Rai, Alex J. and Raja M. Flores. "Association of Malignant Mesothelioma and Asbestos Related Conditions with Ovarian Cancer: Shared Biomarkers and a Possible Etiological Link?" *Clinical Chemistry and Laboratory Medicine* 49, No. 1 (2011): 5-7.

Rakoff-Nahoum, Seth. "Why Cancer and Inflammation?" *Yale Journal of Biology and Medicine.* 79 (2006): 123-130.

Ramanakumar, Agnihotram V., Marie-Élise Parent, Benoit Latreille, and Jack Siemiatycki. "Risk of Lung Cancer Following Exposure to Carbon Black, Titanium Dioxide and Talc: Results from Two Case–Control Studies in Montreal." *International Journal of Cancer* 122, No. 1 (2008): 183–89.

Rauh-Hain, J. Alejandro, Growdon, Whitfield B., Rodriquez, Noah, Goodman, A.K., Boruta, David M., II., Schorge, John O., Horowitz, Carmen, Marcela G. del. "Carcinosarcoma of the Ovary: A Case-Control Study." *Gynecologic Oncology*. (2011): 447-481.

Rauh-Hain, Jose A., MD, Krivak, Thomas, C., MD, Carmen, Marcela G. del, MD, MPH, Olawaiye, Alexander B., MD. "Ovarian Cancer Screening and Early Detection in the General Population." Reviews in Obstetrics & Gynecology. Vol. 4, No. 1 (2011) 15-21.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, No. 7 (July 2011): 1287–95.

Reid, A., A. Segal, J. S. Heyworth, N. H. de Klerk, and A. W. Musk. "Gynecologic and Breast Cancers in Women After Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology Biomarkers & Prevention* 18, No. 1 (January 2009): 140–47.

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, Alison, Peter Franklin, Nola Olsen, Jan Sleith, Latha Samuel, Patrick Aboagye-Sarfo, Nicholas de Klerk, and A.W. (Bill) Musk. "All-Cause Mortality and Cancer Incidence Among Adults Exposed to Blue Asbestos During Childhood." *American Journal of Industrial Medicine* 56, (2013): 133-45.

Reid, Alison, Jane Heyworth, Nicholas H. de Klerk, and Bill Musk. "Cancer Incidence Among Women and Girls Environmentally and Occupationally Exposed to Blue Asbestos at Wittenoom, Western Australia." *International Journal of Cancer* 122, (2008): 2337-44.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Report on Carcinogens (ROC), Fourteenth Edition. "Asbestos." National Toxicology Program, *Department of Health and Human Services* (2016): 1-3.

Reuter, Simone, et al. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radic Biol Med*. (2010 December 1); 49(11): 1603–1616.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Risch, Harvey A. "Hormonal Etiology of Epithelial Ovarian Cancer, With a Hypothesis Concerning the Role of Androgens and Progesterone." *Journal of the National Cancer Institute*, Vol. 90, No. 23. (December 2, 1998).

Roberts, G. B. S. "Granuloma of the Fallopian Tube Due to Surgical Glove Talc Silicious Granuloma." *British Journal of Surgery* 34, No. 136 (April 1947): 417–23.

Roberts, William Clifford. "Pulmonary Talc Granulomas, Pulmonary Fibrosis, and Pulmonary Hypertension Resulting from Intravenous Injection of Talc-Containing Drugs Intended for Oral Use." *Baylor University Medical Center Proceedings* 15, No. 3 (July 2002): 260–61.

Robinson, B. W. S. "Asbestos and Cancer: Human Natural Killer Cell Activity is Suppressed by Asbestos Fibers but Can Be Restored by Recombinant Lnterleukin-2." *American Review*

*of Respiratory Disease* 139, No. 4 (April 1989): 897–901.

Roggli, V L, P C Pratt, and A R Brody. "Asbestos Content of Lung Tissue in Asbestos Associated Diseases: A Study of 110 Cases." *British Journal of Industrial Medicine* 43, No. 1 (January 1986): 18–28.

Roggli, Victor L., and Philip C. Pratt. "Numbers of Asbestos Bodies on Iron-Stained Tissue Sections in Relation to Asbestos Body Counts in Lung Tissue Digests." *Human Pathology* 14, No. 4 (April 1983): 355–61.

Rohl, Arthur N. "Asbestos in Talc." *Environmental Health Perspectives* 9, (December 1974): 129-132.

Rohl, A.N., A.M. Langer, J. Selikoff, A. Tordini, R. Klimentidis, D.R. Bowes, and D.L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characerization." *Journal of Toxicology and Environmental Health* 2, (1976): 255-284.

Rosenblatt, Karin A., Wayne A. Mathews, Janet R. Daling, Lynda F. Voigt, and Kathleen Malone. "Characteristics of Women Who Use Perineal Powders." *Obstetrics & Gynecology* 92, No. 5 (November 1998): 753-6.

Rosenblatt, Karin A., Moyses Szklo, and Neil B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, No. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control* 22, No. 5 (May 2011): 737–42.

Rösler, Joachim A., Hans-Joachim Woitowitz, Heinz-Joachim Lange, Rotraud H. Woitowitz, Kurt Ulm, Klaus Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *JOM* 36, No. 8 (August 1994): 889-93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rossi, V.F., et al. "Acute Inflammatory Response Secondary to Intrapleural Administration of Two Types of Talc." European Respiratory Journal, Volume 35, Number 2; (2010) 369-401.

Rubino G.F., G. Scansetti, G. Piolatto, and G. Gay. "Mortality and Morbidity Among Talc Miners and Millers in Italy" (1979). 357-63.

Rubino G.F., Giovanni Scansetti, Giorgio Piolatto, and Canzio A. Romano. "Mortality Study of Talc Miners and Millers." *J Occup Med* 18, No. 3 (March 1976): 186-93.

Saad, Antonio F., et al. "Microenvironment and Pathogenesis of Epithelial Ovarian Cancer." Horm Cancer. (2010 December); 1(6): 277–290.

Saed, Ghassan M., Ph.D. "LB-044 - Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells and in Normal Ovarian Epithelial Cells." (March 10, 2018).

Saed, Ghassan M., et al. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." Gynecologic Oncology, 148 (2018): 567-575.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, No. 3 (June 2017): 595–602.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *Chapter 4: New Insights of into the Pathogenesis of Ovarian Cancer: Oxidative Stress.* (October 24, 2018).

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology*

116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

"Safety Assessment of Talc as Used in Cosmetics." Cosmetic Ingredient Review (December 18, 2012).

Savant, Sudha S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis and Chemoresistance of Epithelial Ovarian Cancer." *Cancers* 10, No. 251 (2018).

Schildkraut, J. M., S. E. Abbott, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. L. Bondy, M. L. Cote, et al. "Association Between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology Biomarkers & Prevention* 25, No. 10 (October 2016): 1411–17.

Seelig, M.G., M.D., et al. "The Talcum Powder Problem in Surgery and its Solution." (1943) 950-954.

Selevan, Sherry G. John M. Dement, Joseph K. Wagoner, and John R. Froines. "Mortality Patterns among Miners and Millers of Non-Asbestiform Talc: Preliminary Report." *Journal of Environmental Pathology and Toxicology* 2, (1979): 273-84.

Selikoff, Irving J., Jacob Churg, and E. Cuyler Hammond. "Asbestos Exposure and Neoplasia." *JAMA* 188, No. 1 (April 6, 1964): 22-26.

Sharma, Anjali, Satnam Singh, Sanjeev Kumar. "Ovarian Cancer Detection: Cause, Symptoms and Techniques" *International Journal of Core Engineering & Management* 2, No. 4 (July 2015): 34-42.

Shim, Ilseob, Hyun-mi Kim, Sangyoung Yang, Min Choi, Gyun-baek Seo, Byung-Woo Lee, Byung-II Yoon, Pilje Kim, and Kyunghee Choi. "Inhalation of Talc Induces Infiltration of Macrophages and Upregulation of Manganese Superoxide Dismutase in Rats." *International Journal of Toxicology* 34, No. 6 (November 2015): 491–99.

Shinto, Hiroyuki, Tomonori Fukasawa, Kosuke Yoshisue, Mikihito Tezuka, and Mayumi Orita. "Cell Membrane Disruption Induced by Amorphous Silica Nanoparticles in Erythrocytes, Lymphocytes, Malignant Melanocytes, and Macrophages." *Advanced Powder Technology* 25, No. 6 (November 2014): 1872–81.

Shukla, A., MacPherson, M.B., Hillegass, J., Ramos-Nino, M.E., Alexeeva, V., Vacek, P.M., Bond, J.P., Pass, H.I., Steele, C., Mossman, B.T. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. *Am J Respir Cell Mol Biol.* (2009). 41:114-123.

Shushan, Asher, Ora Paltiel, Jose Iscovich, Uri Elchalal, Tamar Peretz and Joseph G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, No. 1 (January 1996): 13-18.

Sigel, Astrid, Sigel, Helmut, Sigel, Roland K.O. "Interrelations Between Essential Metal Ions and Human Diseases" *Metal Ions in Life Sciences* 13. Vol. 13 (2013).

Sjosten, A. C. E., H. Ellis, G. A. B. Edelstam. "Retrograde migration of glove powder in the human female genital tract." *Human Reproduction* Vol. 19, No. 4 (February 2004): 991-995.

Song, Zhiwang, et al. "Expression of IL-1α and IL-6 is Associated with Progression and Prognosis of Human Cervical Cancer." Med Sci Monit, (2016) 22: 4475-4481.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between

Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Sparrow, S.A., and L.A. Hallam. "Talc Granulomas." *British Medical Journal* 303, (July 6, 1991): 58.

Stanton, Mearl F., Maxwell Layard, Andrew Tegeris, Eliza Miller, Margaret May, Elizabeth Morgan and Alroy Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, No. 5 (November 1981): 965-75.

Stanton, Mearl F. Maxwell Layard, Andrew Tegeris, Eliza Miller, Margaret May, and Elizabeth Kent. "Carcinogenicity of Fibrous Glass: Pleural Response in the Rat in Relation to Fiber Dimension." *Journal of the National Cancer Institute* 58, No. 3 (March 1977): 587-603.

Steffen, Joan, Triet Tran, Ella Fassler, and David S. Egilman. "Presence of Asbestos in Consumer Talc Products: Evaluating a 'Zero Tolerance' Policy" Powerpoint Presentation.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stenback F., V.-M. Wasenius, and J. Rowland. "Alveolar and Interstitial Changes in Silicate-Associated Lung Tumors in Syrian Hamsters."  *Cancer Research Monographs* 2 Chapter 21. (1986) 199-213.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt, Lamia Benbrahim-Tallaa, Robert Baan, Yann Grosse, Béatrice Secretan, Fatiha El Ghissassi, Véronique Bouvard, et al. "A Review of Human Carcinogens—Part C: Metals, Arsenic, Dusts, and Fibres." *The Lancet Oncology* 10, No. 5 (May 2009): 453–54.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

Sueblinvong, Thanasak and Michael E. Carney. "Ovarian Cancer: Risks" *Hawai'I Medical Journal* 68, (March 2009): 40-46.

Szeszenia-Debrowska, Neonila, Urszula Wilczynska, Wieslaw Szymczak and Alicja Strzelecka. "Mortality Study of Workers Compensated for Asbestosis in Poland, 1970-1997." *International Journal of Occupational Medicine and Environmental Health* 15, No. 3 (2002): 267-78.

Tarchi, Marzia, Daniela Orsi, Pietro Comba, Marco de Santis, Roberta Pirastu, Giuseppe Battista, and Mauro Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, No. 2 (February 1994): 251–56.

Tee, Nicolin, Yingdong Zhu, Gysell M. Mortimer, Darren J. Martin and Rodney F. Minchin.

"Fluoromica Nanoparticle Cytotoxicity in Macrophages Decreases with Size and Extent Of Uptake." *International Journal of Nanomedicine* 10, (March 26, 2015), 2363-75.

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, P. J. Thompson, M. E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research* 6, No. 8 (August 2013): 811–21.

Thomas, Terry L., and Patricia A. Stewart. "Mortality from Lung Cancer and Respiratory Disease Among Pottery Workers Exposed to Silica and Talc." *American Journal of Epidemiology* 125, No. 1 (January 1987): 35–43.

Todoric, Jelena, et al. "Targeting Inflammation in Cancer Prevention and Therapy." Cancer Prev Res (Phila) (12): (2016 December): 9895–905.

Tossavainen, A., A. Karjalainen, and P.J. Karhunen. "Retention of Asbestos Fibers in the Human Body." *Environmental Health Perspectives* 102, Supplement 5 (October 1994): 253-55.

Trabert, Britton, et al. "Aspirin, Nonaspirin Nonsteroidal Anti-inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." *JNCI, Oxford University Press* (2014).

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, No. 2 (November 2014): 297–304.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Tzonou, Anastasia, Argy Polychronopoulou, Chung-cheng Hsieh, Apostolos Rebelakos, Anna Karakatsani, and Dimitrios Trichopolous. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer* 55, (1993): 408-410.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." -600/8-91/217, 1992.
https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

US EPA National Center for Environmental Assessment. "Arsenic, inorganic; CASRN 7440-38-2." (1995).

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

Van Dyke, Knox, Shaily Patel, and Val Vallyathan. "Lucigenin Chemiluminescence Assay as an Adjunctive Tool for Assessment of Various Stages of Inflammation: A Study of Quiescent Inflammatory Cells." *Journal of Biosciences* 28, No. 1 (February 2003): 115–19.

Van Gosen, Bradley S. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Conent." *Environmental Geology.* (2004): 45:920-939.

Van Huisstede, A. et al. "Talcosis due to abundant use of cosmetic talcum powder." *European Respiratory Review* Vol. 19, No. 116 (2010): 165-168.

Vasama-Neuvonen, Eero Pukkala, Harri Paakkulainen, Perttie Mutanen, Elisabeth Weiderpass, Paolo Boffetta, et al. "Ovarian Cancer and Occupational Exposures in Finland."

*American Journal of Industrial Medicine* 36, (1999): 83-89.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *SA Medical Journal* (1979): 917-919.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Virta, Robert L. "Talc and Pyrophyllite." *U.S. Geological Survey Minerals Yearbook* (1999).

Wagner, J.C., G. Berry, T.J. Cooke, R.J. Hill, F.D. Pooley, and J.W. Skidmore. "Animal Experiments with Talc." (1977). (JNJ 000020991-98).

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, No. 2 (February 2013): 245–49.

Wehner, A.P. "Biological Effects of Cosmetic Talc." *Food and Chemical Toxicology* 32, No. 12 (1994): 1173-84.

Wehner, A.P., G.M. Zwicker, W.C. Cannon, C.R. Watson, and W.W. Carlton. "Inhalation of Talc Baby Powder by Hamsters." *Food and Cosmetics Toxicology* 15, No. 2 (January 1977): 121–29.

Wehner, A.P., A.S. Hall, R.E. Weller, E.A. Lespel, and R.E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology* 23, No. 3 (1985): 367-72.

Wehner, A.P., R.E. Weller, and E.A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology* 24, No. 4 (1986): 329-38.

Wells, I. P., P. A. Dubbins, W. F. Whimster. "Pulmonary disease caused by the inhalation of cosmetic talcum powder." *British Journal of Radiology* 52 (1979): 586-588

Wendel, Jillian R. Hufgard, Xiyin Wang, and Shannon M. Hawkins. "The Endometriotic Tumor Microenvironment in Ovarian Cancer." *Cancers* 10, No. 261 (2018).

Werebe, Eduardo Campos, et al. "Systemic Distribution of Talc After Intrapleural Administration in Rats" Laboratory and Animal Investigations, CHEST 115 (January 1999): 190-193.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Wessling-Resnick, Marianne. "Iron Homeostasis and the Inflammatory Response." Annu Rev Nutr. (2010 August 21): 30: 105–122.

Whittemore, Alice S, Marion L. Wu, Ralph S. Paffenbarger, Jr., Dorien L Sarles, James B Kampert, and Stella Grosser, et al. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer." *American Journal of Epidemiology* 128, No. 6 (1988): 1228-40.

Whysner, John, and Melissa Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, No. 3 (March 2000): 720–24.

Wiegand, HJ; Ottenwalder, H; Bolt, HM. (1985) Fast uptake kinetics in vitro of 51Cr(VI) by red blood cells of man and rat. Arch Toxicol 57:31-34.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, No. 1 (February 1, 1982): 34–38.

Wilczynksa, Urszula, Wieslaw Szymczak, and Neonila Szeszenia. "Mortality from Malignant Neoplasms Among Workers of an Asbestos Processing Plant in Poland: Results of Prolonged Observation." *International Journal of Occupational Medicine and Environmental Health* 18, No. 4 (2005): 313-26.

Wild, P., K. Leodolter, M. Refregier, H. Schmidt, T. Zidek, G. Haidinger. "A Cohort Mortality and Nested Case-Control Study of French and Austrian Talc Workers." *Occupational and Environmental Medicine* 59, No. 2 (February 2002): 98–105.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, No. 1 (January 2006): 4–9.

Wong, C., Ronald E. Hempling, M. Steven Piver, Nachimuthu Natarajan, and Curtis J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology* 93, No. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

World Bank, Operations Policy and Country Services, May 2009: https://siteresources.worldbank.org/EXTPOPS/Resources/AsbestosGuidanceNoteFinal.pdf

Worley, Michael J., Jr., et al. "Endometriosis-Associated Ovarian Cancer: A Review of Pathogenis." *Int. J. Mol. Sci.* 14, (2013): 5367-5379.

Wright, H.R., J.C. Wheeler et al. "Potential toxicity of retrograde uterine passage of particulate matter." *Journal of Long-Term Effects of Medical Implants* Vol. 6, Nos. 3-4 (1996): 199-206.

Wu, A.H., C.L. Pearce, C.-C. Tseng, and M.C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, No. 7 (July 2015): 1094–1100.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer* 124, No. 6 (March 15, 2009): 1409–15.

Wu, Ruijin, et al. "Macrophage Contributions to Ovarian Function." *Human Reproduction Update*, Vol.10, No.2 (2004): pp. 119-133.

Yafei, Zhu, et al. "Correlation Between Macrophage Infiltration and Prognosis of Ovarian Cancer-A Preliminary Study." *Biomedical Research*, 27 (2): (2016) 305-312.

Yilmaz, Ercan, et al. "Immunhistochemical Analysis of Nuclear Factor Kappa Beta Expression in Etiopathogenesis of Ovarian Tumors." *Acta Cir Bras*; 33(7) (2018) 641-650.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

**Produced Documents**

000526 _ 17 (MA90013-0005)
IMERSY 210810
IMERSY 238270
IMERSY 238457
IMERSY 499486
IMERYS 030347
IMERYS 031791
IMERYS 051370
IMERYS 051436
IMERYS 051442
IMERYS 060644
IMERYS 088907
IMERYS 120564
IMERYS 130504
IMERYS 137677
IMERYS 170006
IMERYS 210707
IMERYS 210758
IMERYS 211157
IMERYS 238132
IMERYS 238468
IMERYS 238478
IMERYS 342524
IMERYS 442232-33
IMERYS 477879
IMERYS 500801
IMERYS045182
IMERYS045184
IMERYS051370
IMERYS053387
IMERYS053387
IMERYS189001
IMERYS189001
IMERYS210136
IMERYS210700
IMERYS210701
IMERYS210724
IMERYS210788-210799

IMERYS210794
IMERYS210801-210803
IMERYS210810-210812
IMERYS210824
IMERYS211157
IMERYS214720
IMERYS219720
IMERYS219720
IMERYS241866
IMERYS248877
IMERYS255101
IMERYS255224
IMERYS255384
IMERYS255394
IMERYS255395
IMERYS279884
IMERYS279968
IMERYS281335
IMERYS281776
IMERYS286445
IMERYS304036
IMERYS304036
IMERYS324700
IMERYS340454
IMERYS340798
IMERYS342524
IMERYS346016
IMERYS469478
IMERYS477879
IMERYS501956
IMERYS-A_0015621
IMERYS-A_0015663
IMERYS-MDL-AB_0005560
J&J-0007797 (JNJMX68_000012854)
J&J-0007801 (JNJMX68_000012858)
JNJ 000000704
JNJ 000001918
JNJ 000037468
JNJ 000046293
JNJ 000062176
JNJ 000063608

JNJ 000063951
JNJ 000087928
JNJ 000088570
JNJ 000089413
JNJ 000131754
JNJ 000223449
JNJ 000229914
JNJ 000231304
JNJ 000233691
JNJ 000234805
JNJ 000237076
JNJ 000237379
JNJ 000238011
JNJ 000239723
JNJ 000239730
JNJ 000246437
JNJ 000252742
JNJ 000269848
JNJ 000281921
JNJ 000286900
JNJ 000319762
JNJ 000347962
JNJ 000375383
JNJ 000383662
JNJ 000383914
JNJ 000390346
JNJ 000460665
JNJ 000488188
JNJ 000488318
JNJ000063608
JNJ000065666
JNJ000085374
JNJ000086280
JNJ000131758
JNJ000222851
JNJ000232897
JNJ000232996
JNJ000237076
JNJ000238826,
JNJ000239723
JNJ000239730

JNJ000245002
JNJ000246437
JNJ000246844
JNJ000248023
JNJ000251888
JNJ000260807
JNJ000261010
JNJ000269904
JNJ000281919
JNJ000281921
JNJ000285351
JNJ000291914
JNJ000291916
JNJ000314406
JNJ000314680
JNJ000346572
JNJ000346747
JNJ000347962
JNJ000347962
JNJ000347962
JNJ000378044
JNJ000521616
JNJ000629320
JNJ000886067
JNJAZ55_000005957
JNJAZ55_000008177
JNJAZ55_00004644
JNJI4T5_000004521
JNJNL61_00000266
JNJMX68_000003729 (Exhibit J&J-185)
JNJMX68_000004296
JNJMX68_000012745
JNJMX68_000013019
JNJMX68_000022920
JNJNL61_000001341
JNJNL61_000005343
JNJNL61_000006591
JNJNL61_000006591
JNJNL61_000006591
JNJNL61_000006792

JNJNL61_000023234

JNJNL61_000024449
JNJNL61_000024650
JNJNL61_000024657
JNJNL61_000025152
JNJNL61_000027053
JNJNL61_000032036
JNJNL61_000033574
JNJNL61_000043243
JNJNL61_000043244
JNJNL61_000043245
JNJNL61_000043246
JNJNL61_000043271
JNJNL61_000043272
JNJNL61_000064161
JNJNL61_000064162
JNJNL61_000079334
JNJNL61_000090039

JNJS71R_000000139

JNJS71R_000001978
JNJS71R_000002199
JNJS71R_000007083
JNJS71R_000009825
JNJS71R_000011316
JNJTALC000384809
JNJTALC000864509
JNJTALC000878141
JOJO-MA2330


**<u>Depositions</u>**

Deposition of Alice M. Blount Dated 4.13.2018
Deposition and Exhibits of Laura M. Plunkett Dated 1.11.2017-1.13.2017
Deposition of Dr. Thomas Dydek Dated 8.21.18
Deposition and Exhibits of John Hopkins Dated 8.16.18-8.17.18
Deposition and Exhibits of Julie Pier Dated 9.12.18-9.13-18
Deposition and Exhibits of Pat Downey Dated 8.7.18-8.8.18
Deposition of Robert Glenn Dated 10.18.18

Deposition and Exhibits of Donald Hicks Dated 6.28.18-6.29.8

**Reports**

Expert Report of Michael M. Crowley, PhD
Expert Report of William E. Longo, PhD and Mark W. Rigler PhD.   Analysis of J&J Baby
      Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos
      Expert Report.   August 2, 2017.
Expert Report of William E. Long, PhD, Mark W. Rigler, PhD and William B. Egeland, M.S.,
      P.G.   Below the Waist Application of J&J Baby Powder Expert Report.   September,
      2017.
Expert Report of William E. Longo, PhD and Mark W. Rigler PhD.   TEM Analysis of
      Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos .   February 16,
      2018.
Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD. November. 14, 2018.
Expert Report (Brower v. J&J) of Dr. Thomas Dydek
Expert Report (Brower v. J&J) of Dr. Laura Plunkett
Supplmental Expert Report (Brower v. J&J) of Dr. Laura Plunkett

# Exhibit L

IARC MONOGRAPH

# ARSENIC, METALS, FIBRES, AND DUSTS

## VOLUME 100 C
## A REVIEW OF HUMAN CARCINOGENS

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS

International Agency for Research on Cancer

World Health
Organization

# CONTENTS

**NOTE TO THE READER** ...................................................................................1

**LIST OF PARTICIPANTS** ...............................................................................3

**PREAMBLE** ..............................................................................................11
  A.  GENERAL PRINCIPLES AND PROCEDURES .................................................11
     1.  Background........................................................................11
     2.  Objective and scope.............................................................12
     3.  Selection of agents for review ...................................................13
     4.  Data for the *Monographs* ......................................................13
     5.  Meeting participants..............................................................14
     6.  Working procedures...............................................................15
  B.  SCIENTIFIC REVIEW AND EVALUATION.......................................................16
     1.  Exposure data ...................................................................17
     2.  Studies of cancer in humans .....................................................18
     3.  Studies of cancer in experimental animals.........................................22
     4.  Mechanistic and other relevant data..............................................25
     5.  Summary.........................................................................28
     6.  Evaluation and rationale.........................................................29
  References ..........................................................................33

**GENERAL REMARKS** ...................................................................................35

**ARSENIC AND ARSENIC COMPOUNDS** .................................................................41
  1.  Exposure Data .....................................................................41
     1.1  Identification of the agents.....................................................41
     1.2  Chemical and physical properties of the agents ...................................41
     1.3  Use of the agents ..............................................................41
     1.4  Environmental occurrence ........................................................43
     1.5  Human exposure .................................................................45
  2.  Cancer in Humans..................................................................46
     2.1  Types of human exposure circumstances studied ....................................46
     2.2  Cancer of the lung ..............................................................48
     2.3  Cancer of the urinary bladder and of the kidney...................................49
     2.4  Cancer of the skin..............................................................50

IARC MONOGRAPHS - 100C

2.5    Cancer of the liver ............................................................................................... 51
2.6    Cancer of the prostate ........................................................................................ 52
2.7    Synthesis .............................................................................................................. 52
3.    Cancer in Experimental Animals ................................................................................. 53
3.1    Oral administration .............................................................................................. 53
3.2    Intratracheal administration ............................................................................... 54
3.3    Intravenous administration ................................................................................ 58
3.4    Transplacental and perinatal exposures ........................................................... 58
3.5    Studies in which arsenic modiffies the effects of other agents ....................... 60
3.6    Gallium arsenide ................................................................................................. 76
3.7    Synthesis .............................................................................................................. 79
4.    Other Relevant Data ..................................................................................................... 79
4.1    Absorption, distribution, metabolism, and excretion ...................................... 79
4.2    Genetic and related effects ................................................................................ 81
4.3    Co-carcinogenic and *in utero* carcinogenic effects ......................................... 83
4.4    Synthesis .............................................................................................................. 84
5.    Evaluation ...................................................................................................................... 85
References ................................................................................................................................ 85

**BERYLLIUM AND BERYLLIUM COMPOUNDS** ...................................................... 95
1.    Exposure Data ............................................................................................................... 95
1.1    Identiffcation of the agents ................................................................................ 95
1.2    Chemical and physical properties of the agents .............................................. 95
1.3    Use of the agents ................................................................................................ 96
1.4    Environmental occurrence ................................................................................ 98
1.5    Human exposure ................................................................................................ 99
2.    Cancer in Humans ...................................................................................................... 104
2.1    Cohort studies and nested case–control studies ........................................... 105
2.2    Synthesis ............................................................................................................ 107
3.    Cancer in Experimental Animals ............................................................................... 107
3.1    Inhalation exposure .......................................................................................... 107
3.2    Intratracheal administration ............................................................................ 107
3.3    Intravenous administration .............................................................................. 114
3.4    Other routes of exposure ................................................................................. 114
3.5    Synthesis ............................................................................................................ 114
4.    Other Relevant Data ................................................................................................... 114
4.1    Absorption, distribution, metabolism, and excretion .................................... 114
4.2    Genetic and related effects .............................................................................. 115
4.3    Synthesis ............................................................................................................ 116
5.    Evaluation .................................................................................................................... 116
References .............................................................................................................................. 116

Contents

**CADMIUM AND CADMIUM COMPOUNDS** ....................................................................**121**
1. Exposure Data .........................................................................................121
   1.1 Identification of the agents...........................................................121
   1.2 Chemical and physical properties of the agents .......................121
   1.3 Use of the agents ........................................................................121
   1.4 Environmental occurrence ..........................................................123
   1.5 Human exposure .........................................................................124
2. Cancer in Humans ...................................................................................128
   2.1 Cancer of the lung ......................................................................128
   2.2 Cancer of the prostate ................................................................129
   2.3 Other cancers ..............................................................................130
   2.4 Synthesis .....................................................................................131
3. Cancer in Experimental Animals ...........................................................131
   3.1 Oral administration .....................................................................131
   3.2 Inhalation and intratracheal administration ..............................133
   3.3 Subcutaneous administration ....................................................133
   3.4 Administration with known carcinogens or other agents..........133
   3.5 Synthesis .....................................................................................138
4. Other Relevant Data ...............................................................................138
   4.1 Absorption, distribution, metabolism, and excretion................138
   4.2 Genetic and related effects.........................................................138
   4.3 Synthesis .....................................................................................140
5. Evaluation ................................................................................................141
  References .......................................................................................................141

**CHROMIUM (VI) COMPOUNDS** ...............................................................................**147**
1. Exposure Data .........................................................................................147
   1.1 Identification of the agents.........................................................147
   1.2 Chemical and physical properties of the agents .......................147
   1.3 Use of the agents ........................................................................150
   1.4 Environmental occurrence ..........................................................150
   1.5 Human exposure .........................................................................151
2. Cancer in Humans...................................................................................153
   2.1 Introduction .................................................................................153
   2.2 Cancer of the lung ......................................................................154
   2.3 Cancer of the nose and nasal sinus...........................................155
   2.4 Cancer of the stomach ...............................................................155
   2.5 Synthesis .....................................................................................156
3. Cancer in Experimental Animals ...........................................................156
   3.1 Studies published since the previous *IARC Monograph* ...........157
   3.2 Synthesis .....................................................................................157
4. Other Relevant Data ...............................................................................161
   4.1 Absorption, distribution, metabolism, and excretion................161
   4.2 Genetic and related effects.........................................................161
   4.3 Synthesis .....................................................................................163
5. Evaluation ................................................................................................164
  References .......................................................................................................164

IARC MONOGRAPHS – 100C

**NICKEL AND NICKEL COMPOUNDS** ffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffff169
  1. Exposure Data .........................................................................................169
    1.1 Identification of the agents...................................................................169
    1.2 Chemical and physical properties of the agents .........................................169
    1.3 Use of the agents ............................................................................169
    1.4 Environmental occurrence ..................................................................174
    1.5 Human exposure .............................................................................176
  2. Cancer in Humans .....................................................................................183
    2.1 Cohort studies and nested case–control studies..........................................183
    2.2 Synthesis .....................................................................................190
  3. Cancer in Experimental Animals ....................................................................190
    3.1 Oral administration .........................................................................190
    3.2 Inhalation exposure .........................................................................191
    3.3 Parenteral administration...................................................................192
    3.4 Transplacental exposure.....................................................................207
    3.5 Synthesis......................................................................................207
  4. Other Relevant Data ..................................................................................207
    4.1 Absorption, distribution, metabolism, and excretion....................................207
    4.2 Genetic and related effects..................................................................208
    4.3 Synthesis......................................................................................210
  5. Evaluation .............................................................................................210
  References .................................................................................................211

**ASBESTOS**
**(CHRYSOTILE, AMOSITE, CROCIDOLITE, TREMOLITE, ACTINOLITE, AND ANTHOPHYLLITE)** fffff219
  1. Exposure Data .........................................................................................219
    1.1 Identification of the agent...................................................................219
    1.2 Chemical and physical properties of the agent............................................219
    1.3 Use of the agent .............................................................................221
    1.4 Environmental occurrence ..................................................................222
    1.5 Human exposure .............................................................................225
    1.6 Talc containing asbestiform fibres..........................................................230
  2. Cancer in Humans.....................................................................................233
    2.1 Introduction .................................................................................233
    2.2 Cancer of the lung ...........................................................................235
    2.3 Mesothelioma................................................................................238
    2.4 Other cancer sites............................................................................241
    2.5 Synthesis......................................................................................256
  3. Cancer in Experimental Animals ....................................................................259
    3.1 Introduction .................................................................................259
    3.2 Inhalation exposure .........................................................................259
    3.3 Intrapleural and intraperitoneal administration...........................................272
    3.4 Intratracheal administration ................................................................272
    3.5 Oral administration .........................................................................272
    3.6 Intragastric administration .................................................................273
    3.7 Studies in companion animals...............................................................273
    3.8 Synthesis.......................................................................................279

Contents

4.  Other Relevant Data .................................................................279
    4.1  Toxicokinetics, deposition, clearance, and translocation in humans ............................279
    4.2  Molecular pathogenesis of human cancers related to mineral dust exposure ................281
    4.3  Mechanisms of carcinogenesis ................................................283
    4.4  Susceptible populations ......................................................291
    4.5  Synthesis ..................................................................294
5.  Evaluation .........................................................................294
References ............................................................................294

**ERIONITE** ᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮ**311**
1.  Exposure Data ......................................................................311
    1.1  Identification of the agent...................................................311
    1.2  Chemical and physical properties of the agent..................................311
    1.3  Use of the agent ...........................................................311
    1.4  Environmental occurrence ...................................................312
    1.5  Human exposure ..........................................................312
2.  Cancer in Humans..................................................................313
    2.1  Pleural and peritoneal mesothelioma .........................................313
    2.2  Other cancers ............................................................315
    2.3  Synthesis ................................................................315
3.  Cancer in Experimental Animals .....................................................315
4.  Other Relevant Data ...............................................................315
5.  Evaluation .........................................................................315
References ............................................................................315

**LEATHER DUST** ᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮᵮ**317**
1.  Exposure Data ......................................................................317
    1.1  Identification of the agent...................................................317
    1.2  Chemical and physical properties of the agent..................................317
    1.3  Use of the agent ..........................................................318
    1.4  Occupational exposure .....................................................318
2.  Cancer in Humans..................................................................321
    2.1  Sinonasal cancer..........................................................322
    2.2  Other respiratory cancers...................................................348
    2.3  Leukaemia ...............................................................348
    2.4  Cancer of the bladder ......................................................349
    2.5  Other cancers ............................................................349
    2.6  Synthesis................................................................349
3.  Cancer in Experimental Animals .....................................................350
4.  Other Relevant Data ...............................................................350
5.  Evaluation .........................................................................350
References ............................................................................350

IARC MONOGRAPHS – 100C

**SILICA DUST, CRYSTALLINE, IN THE FORM OF QUARTZ OR CRISTOBALITE** ................................355
  1. Exposure Data ................................................................................355
    1.1 Identification of the agent ...............................................................355
    1.2 Chemical and physical properties of the agent .............................................355
    1.3 Use of the agent ......................................................................355
    1.4 Environmental occurrence ..............................................................357
    1.5 Human exposure ......................................................................357
  2. Cancer in Humans ............................................................................370
    2.1 Cancer of the lung .....................................................................370
    2.2 Other cancers ........................................................................377
    2.3 Synthesis ............................................................................378
  3. Cancer in Experimental Animals ...............................................................379
    3.1 Inhalation exposure ...................................................................379
    3.2 Intranasal administration ...............................................................381
    3.3 Intratracheal administration ............................................................381
    3.4 Intrapleural and intrathoracic administration ..............................................385
    3.5 Intraperitoneal administration ..........................................................386
    3.6 Subcutaneous administration ...........................................................386
    3.7 Intravenous administration .............................................................387
    3.8 Administration with known carcinogens ..................................................387
    3.9 Synthesis ............................................................................388
  4. Other Relevant Data .........................................................................389
    4.1 Deposition and biopersistence ..........................................................389
    4.2 Mechanisms of carcinogenicity ..........................................................390
    4.3 Molecular pathogenesis of cancer of the lung ..............................................394
    4.4 Species differences and susceptible populations ...........................................396
    4.5 Synthesis ............................................................................396
  5. Evaluation ..................................................................................396
  References ....................................................................................397

**WOOD DUST** ...........................................................................................407
  1. Exposure Data ..............................................................................407
    1.1 Identification, chemical, and physical properties of the agent ................................407
    1.2 Occupational exposure .................................................................407
  2. Cancer in Humans ...........................................................................414
    2.1 Sinonasal cancer ......................................................................415
    2.2 Cancer of the nasopharynx ..............................................................431
    2.3 Cancer of the pharynx .................................................................431
    2.4 Cancer of the larynx ...................................................................436
    2.5 Cancer of the lung .....................................................................440
    2.6 Other cancer sites .....................................................................443
    2.7 Furniture and cabinet-making industry ...................................................443
    2.8 Synthesis ............................................................................443
  3. Cancer in Experimental Animals ...............................................................449
    3.1 Inhalation ...........................................................................449
    3.2 Intraperitoneal injection ...............................................................450

3.3  Administration with known carcinogens or other modifying factors ...........................450
3.4  Exposure to wood dust extracts ...................................................451
3.5  Exposure to wood shavings ......................................................451
3.6  Synthesis ......................................................................451
4.  Other Relevant Data ...............................................................453
4.1  Deposition and clearance of particulates in the nasal region ......................453
4.2  Molecular pathogenesis .........................................................453
4.3  Mechanisms of toxicity and carcinogenicity .....................................455
4.4  Other risk factors for sinonasal and nasopharyngeal cancers ....................458
4.5  Synthesis ......................................................................459
5.  Evaluation ........................................................................459
References .............................................................................459

**LIST OF ABBREVIATIONS** ﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀ**467**

**CUMULATIVE CROSS INDEX TO *IARC MONOGRAPHS*** ﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀﬀ**469**

physicochemical parameters and analogous biological agents.

The strength of the evidence that any carcinogenic effect observed is due to a particular mechanism is evaluated, using terms such as 'weak', 'moderate' or 'strong'. The Working Group then assesses whether that particular mechanism is likely to be operative in humans. The strongest indications that a particular mechanism operates in humans derive from data on humans or biological specimens obtained from exposed humans. The data may be considered to be especially relevant if they show that the agent in question has caused changes in exposed humans that are on the causal pathway to carcinogenesis. Such data may, however, never become available, because it is at least conceivable that certain compounds may be kept from human use solely on the basis of evidence of their toxicity and/or carcinogenicity in experimental systems.

The conclusion that a mechanism operates in experimental animals is strengthened by findings of consistent results in different experimental systems, by the demonstration of biological plausibility and by coherence of the overall database. Strong support can be obtained from studies that challenge the hypothesized mechanism experimentally, by demonstrating that the suppression of key mechanistic processes leads to the suppression of tumour development. The Working Group considers whether multiple mechanisms might contribute to tumour development, whether different mechanisms might operate in different dose ranges, whether separate mechanisms might operate in humans and experimental animals and whether a unique mechanism might operate in a susceptible group. The possible contribution of alternative mechanisms must be considered before concluding that tumours observed in experimental animals are not relevant to humans. An uneven level of experimental support for different mechanisms may reflect that disproportionate resources have been focused on investigating a favoured mechanism.

For complex exposures, including occupational and industrial exposures, the chemical composition and the potential contribution of carcinogens known to be present are considered by the Working Group in its overall evaluation of human carcinogenicity. The Working Group also determines the extent to which the materials tested in experimental systems are related to those to which humans are exposed.

### (d)   Overall evaluation

Finally, the body of evidence is considered as a whole, to reach an overall evaluation of the carcinogenicity of the agent to humans.

An evaluation may be made for a group of agents that have been evaluated by the Working Group. In addition, when supporting data indicate that other related agents, for which there is no direct evidence of their capacity to induce cancer in humans or in animals, may also be carcinogenic, a statement describing the rationale for this conclusion is added to the evaluation narrative; an additional evaluation may be made for this broader group of agents if the strength of the evidence warrants it.

The agent is described according to the wording of one of the following categories, and the designated group is given. The categorization of an agent is a matter of scientific judgement that reflects the strength of the evidence derived from studies in humans and in experimental animals and from mechanistic and other relevant data.

### Group 1: The agent is carcinogenic to humans.

This category is used when there is *sufficient evidence of carcinogenicity* in humans. Exceptionally, an agent may be placed in this category when evidence of carcinogenicity in humans is less than *sufficient* but there is *sufficient evidence of carcinogenicity* in experimental

IARC MONOGRAPHS – 100C

animals and strong evidence in exposed humans that the agent acts through a relevant mechanism of carcinogenicity.

### Group 2.

This is category includes agents for which, at one extreme, the degree of evidence of carcinogenicity in humans is almost *sufficient*, as well as those for which, at the other extreme, there are no human data but for which there is evidence of carcinogenicity in experimental animals. Agents are assigned to either Group 2A (*probably carcinogenic to humans*) or Group 2B (*possibly carcinogenic to humans*) on the basis of epidemiological and experimental evidence of carcinogenicity and mechanistic and other relevant data. The terms *probably carcinogenic* and *possibly carcinogenic* have no quantitative significance and are used simply as descriptors of different levels of evidence of human carcinogenicity, with *probably carcinogenic* signifying a higher level of evidence than *possibly carcinogenic*.

### Group 2A: The agent is probably carcinogenic to humans.

This is category is used when there is *limited evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals. In some cases, an agent may be classified in this category when there is *inadequate evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals and strong evidence that the carcinogenesis is mediated by a mechanism that also operates in humans. Exceptionally, an agent may be classified in this category solely on the basis of *limited evidence of carcinogenicity* in humans. An agent may be assigned to this category if it clearly belongs, based on mechanistic considerations, to a class of agents for which one or more members have been classified in Group 1 or Group 2A.

### Group 2B: The agent is possibly carcinogenic to humans.

This is category is used for agents for which there is *limited evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals. It may also be used when there is *inadequate evidence of carcinogenicity* in humans but there is *sufficient evidence of carcinogenicity* in experimental animals. In some instances, an agent for which there is *inadequate evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals together with supporting evidence from mechanistic and other relevant data may be placed in this group. An agent may be classified in this category solely on the basis of strong evidence from mechanistic and other relevant data.

### Group 3: The agent is not classifiable as to its carcinogenicity to humans.

This is category is used most commonly for agents for which the evidence of carcinogenicity is *inadequate* in humans and *inadequate* or *limited* in experimental animals.

Exceptionally, agents for which the evidence of carcinogenicity is *inadequate* in humans but *sufficient* in experimental animals may be placed in this category when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans.

Agents that do not fall into any other group are also placed in this category.

An evaluation in Group 3 is not a determination of non-carcinogenicity or overall safety. It often means that further research is needed, especially when exposures are widespread or the cancer data are consistent with differing interpretations.

### Group 4: The agent is probably not carcinogenic to humans.

This is category is used for agents for which there is *evidence suggesting lack of carcinogenicity*

in humans and in experimental animals. In some instances, agents for which there is *inadequate evidence of carcinogenicity* in humans but *evidence suggesting lack of carcinogenicity* in experimental animals, consistently and strongly supported by a broad range of mechanistic and other relevant data, may be classified in this group.

### (e)    Rationale

The reasoning that the Working Group used to reach its evaluation is presented and discussed. This section integrates the major findings from studies of cancer in humans, studies of cancer in experimental animals, and mechanistic and other relevant data. It includes concise statements of the principal line(s) of argument that emerged, the conclusions of the Working Group on the strength of the evidence for each group of studies, citations to indicate which studies were pivotal to these conclusions, and an explanation of the reasoning of the Working Group in weighing data and making evaluations. When there are significant differences of scientific interpretation among Working Group Members, a brief summary of the alternative interpretations is provided, together with their scientific rationale and an indication of the relative degree of support for each alternative.

## References

Bieler GS & Williams RL (1993). Ratio estimates, the delta method, and quantal response tests for increased carcinogenicity. *Biometrics*, 49: 793–801. doi:10.2307/2532200 PMID:8241374

Breslow NE & Day NE (1980). Statistical methods in cancer research. Volume I - The analysis of case-control studies. *IARC Sci Publ*, 32: 5–338. PMID:7216345

Breslow NE & Day NE (1987). Statistical methods in cancer research. Volume II–The design and analysis of cohort studies. *IARC Sci Publ*, 82: 1–406. PMID:3329634

Bufher P, Rice J, Baan R *et al.* (2004). Workshop on Mechanisms of Carcinogenesis: Contributions of Molecular Epidemiology. Lyon, 14–17 November

2001. Workshop report. *IARC Sci Publ*, 157: 1–27. PMID:15055286

Capen CC, Dybing E, Rice JM, Wilbourn JD (1999). Species Differences in Thyroid, Kidney and Urinary Bladder Carcinogenesis. Proceedings of a consensus conference. Lyon, France, 3–7 November 1997. *IARC Sci Publ*, 147: 1–225.

Cogliano V, Baan R, Straif K *et al.* (2005). Transparency in IARC Monographs. *Lancet Oncol*, 6: 747. doi:10.1016/S1470-2045(05)70380-6

Cogliano VJ, Baan RA, Straif K *et al.* (2004). The science and practice of carcinogen identification and evaluation. *Environ Health Perspect*, 112: 1269–1274. doi:10.1289/ehp.6950 PMID:15345338

Dunson DB, Chen Z, Harry J (2003). A Bayesian approach for joint modeling of cluster size and subunit-specific outcomes. *Biometrics*, 59: 521–530. doi:10.1111/1541-0420.00062 PMID:14601753

Fung KY, Krewski D, Smythe RT (1996). A comparison of tests for trend with historical controls in carcinogen bioassay. *Can J Stat*, 24: 431–454. doi:10.2307/3315326

Gart JJ, Krewski D, Lee PN *et al.* (1986). Statistical methods in cancer research. Volume III–The design and analysis of long-term animal experiments. *IARC Sci Publ*, 79: 1–219. PMID:3301661

Greenland S (1998). Meta-analysis. In: *Modern Epidemiology*. Rothman KJ, Greenland S, editors. Philadelphia: Lippincott Williams & Wilkins, pp. 643–673

Greim H, Gelbke H-P, Reuter U *et al.* (2003). Evaluation of historical control data in carcinogenicity studies. *Hum Exp Toxicol*, 22: 541–549. doi:10.1191/0960327103ht374oa PMID:14655720

Haseman JK, Huff J, Boorman GA (1984). Use of historical control data in carcinogenicity studies in rodents. *Toxicol Pathol*, 12: 126–135. doi:10.1177/019262338401200203 PMID:11478313

Hill AB (1965). The environment and disease: Association or causation? *Proc R Soc Med*, 58: 295–300. PMID:14283879

Hoel DG, Kaplan NL, Anderson MW (1983). Implication of nonlinear kinetics on risk estimation in carcinogenesis. *Science*, 219: 1032–1037. doi:10.1126/science.6823565 PMID:6823565

Huff JE, Eustis SL, Haseman JK (1989). Occurrence and relevance of chemically induced benign neoplasms in long-term carcinogenicity studies. *Cancer Metastasis Rev*, 8: 1–22. doi:10.1007/BF00047055 PMID:2667783

IARC (1977). *IARC Monographs Programme on the Evaluation of the Carcinogenic Risk of Chemicals to Humans.* Preamble (IARC Intern Tech Rep No. 77/002)

IARC (1978). *Chemicals with Sufficient Evidence of Carcinogenicity in Experimental Animals* – IARC Monographs *Volumes 1–17* (IARC Intern Tech Rep No. 78/003)

IARC (1979). *Criteria to Select Chemicals for* IARC Monographs (IARC Intern Tech Rep No. 79/003)

IARC (1982). Chemicals, industrial processes and industries associated with cancer in humans (IARC Monographs, Volumes 1 to 29). *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 4: 1–292.

IARC (1983). *Approaches to Classifying Chemical Carcinogens According to Mechanism of Action* (IARC Intern Tech Rep No. 83/001)

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1988). *Report of an IARC Working Group to Review the Approaches and Processes Used to Evaluate the Carcinogenicity of Mixtures and Groups of Chemicals* (IARC Intern Tech Rep No. 88/002)

IARC (1991). *A Consensus Report of an IARC Monographs Working Group on the Use of Mechanisms of Carcinogenesis in Risk Identification* (IARC Intern Tech Rep No. 91/002)

IARC (2005). *Report of the Advisory Group to Recommend Updates to the Preamble to the* IARC Monographs (IARC Intern Rep No. 05/001)

IARC (2006). *Report of the Advisory Group to Review the Amended Preamble to the* IARC Monographs (IARC Intern Rep No. 06/001)

IARC (2004). Some drinking-water disinfectants and contaminants, including arsenic. *IARC Monogr Eval Carcinog Risks Hum*, 84: 1–477. PMID:15645577

McGregor DB, Rice JM, Venitt S, editors (1999). fh e use of short- and medium-term tests for carcinogens and data on genetic effects in carcinogenic hazard evaluation. Consensus report. *IARC Sci Publ*, 146: 1–536.

Montesano R, Bartsch H, Vainio H *et al.*, editors (1986). Long-term and short-term assays for carcinogenesis—a critical appraisal. *IARC Sci Publ*, 83: 1–564.

OECD (2002). *Guidance Notes for Analysis and Evaluation of Chronic Toxicity and Carcinogenicity Studies* (Series on Testing and Assessment No. 35), Paris: OECD

Peto R, Pike MC, Day NE *et al.* (1980). Guidelines for simple, sensitive significance tests for carcinogenic effects in long-term animal experiments. *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 2: 311–426. PMID:6935185

Portier CJ & Bailer AJ (1989). Testing for increased carcinogenicity using a survival-adjusted quantal response test. *Fundam Appl Toxicol*, 12: 731–737. doi:10.1016/0272-0590(89)90004-3 PMID:2744275

Sherman CD, Portier CJ, Kopp-Schneider A (1994). Multistage models of carcinogenesis: an approximation for the size and number distribution of late-stage clones. *Risk Anal*, 14: 1039–1048. doi:10.1111/j.1539-6924.1994.tb00074.x PMID:7846311

Stewart BW, Kleihues P, editors (2003). *World Cancer Report,* Lyon: IARC

Tomatis L, Aitio A, Wilbourn J, Shuker L (1989). Human carcinogens so far identified. *Jpn J Cancer Res*, 80: 795–807. PMID:2513295

Toniolo P, Boffetta P, Shuker DEG *et al.,* editors (1997). Proceedings of the workshop on application of biomarkers to cancer epidemiology. Lyon, France, 20–23 February 1996. *IARC Sci Publ*, 142: 1–318.

Vainio H, Magee P, McGregor D, McMichael A, editors (1992). Mechanisms of carcinogenesis in risk identification. IARC Working Group Meeting. Lyon, 11–18 June 1991. *IARC Sci Publ*, 116: 1–608.

Vainio H, Wilbourn JD, Sasco AJ *et al.* (1995). [Identification of human carcinogenic risks in IARC monographs.] *Bull Cancer*, 82: 339–348. PMID:7626841

Vineis P, Malats N, Lang M *et al.,* editors (1999). Metabolic Polymorphisms and Susceptibility to Cancer. *IARC Sci Publ*, 148: 1–510. PMID:10493243

Wilbourn J, Haroun L, Heseltine E *et al.* (1986). Response of experimental animals to human carcinogens: an analysis based upon the IARC Monographs programme. *Carcinogenesis*, 7: 1853–1863. doi:10.1093/carcin/7.11.1853 PMID:3769134

# CHROMIUM (VI) COMPOUNDS

Chromium (VI) compounds were considered by previous IARC Working Groups in 1972, 1979, 1982, 1987, and 1989 (IARC, 1973, 1979, 1980, 1982, 1987, 1990). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agents

Synonyms, trade names, and molecular formulae for selected chromium (VI) compounds are presented in Table 1.1. This is list is not exhaustive, nor does it necessarily reflect the commercial importance of the various chromium-containing substances. Rather, it is indicative of the range of chromium (VI) compounds available.

### 1.2 Chemical and physical properties of the agents

Chromium (VI), also known as hexavalent chromium, is the second most stable oxidation state of chromium. Rarely occurring naturally, most chromium (VI) compounds are manufactured (products or by-products). Chromium (VI) can be reduced to the more stable chromium (III) in the presence of reducing agents (e.g. iron) or oxidizable organic matter (OSHA, 2006). Selected chemical and physical properties of various chromium (VI) compounds are presented in the previous *IARC Monograph* (IARC, 1990).

Chromium (VI) compounds are customarily classed as soluble or insoluble in water. Examples of water-soluble chromium (VI) compounds are sodium chromate (873 g/L at 30 °C) and potassium chromate (629 g/L at 20 °C). Water-insoluble chromium (VI) compounds include barium chromate (2.6 mg/L at 20 °C), and lead chromate (0.17 mg/L at 20 °C) (Lide, 2008). Compounds with solubilities in the middle of this range are not easily classified, and technical-grade compounds, such as the various zinc chromates, can have a wide range of solubilities (IARC, 1990). In the United States of America, the Occupational Safety and Health Administration (OSHA) has divided chromium (VI) compounds and mixtures into the following three categories: water-insoluble (solubility < 0.01 g/L), slightly soluble (solubility 0.01 g/L–500 g/L), and, highly water-soluble (solubility ≥ 500 g/L) (OSHA, 2006).

Chromium (VI) compounds are mostly lemon-yellow to orange to dark red in colour. They are typically solid (i.e. crystalline, granular, or powdery) although one compound (chromyl chloride) is a dark red liquid that decomposes into chromate ion and hydrochloric acid in water (OSHA, 2006).

147

IARC MONOGRAPHS – 100C

**Table 1fl Chemical names (CAS names are given in italics), synonyms, and molecular Formulae of selected chromium (VI) compounds**

| Chemical name | CAS No.ᵃ | Synonyms | Formulaᵇ |
|---|---|---|---|
| Ammonium chromate | 7788-98-9 | Chromic acid, ammonium salt; *chromic acid ($H_2CrO_4$), diammonium salt*; diammonium chromate | $(NH_4)_2CrO_4$ |
| Ammonium dichromate | 7789-09-5 | Ammonium bichromate; ammonium chromate; *chromic acid ($H_2Cr_2O_7$), diammonium salt*; diammonium bichromate; dichromic acid, diammonium salt | $(NH_4)_2Cr_2O_7$ |
| Barium chromate | 10294-40-3 (12000-34-9; 12 231-18-4) | Barium chromate (VI); barium chromate (1:1); barium chromate oxine; *chromic acid ($H_2CrO_4$), barium salt (1:1)* | $BaCrO_4$ |
| Basic lead chromate | 1344-38-3 (54692-53-4) | C.I. 77 601; *C.I. Pigment Orange 21*; C.I. Pigment Rerx; lead chromate oxine | $PbO.PbCrO_4$ |
| Calcium chromate | 13765-19-0 | Calcium chromium oxine; calcium monochromate; *chromic acid ($H_2CrO_4$), calcium salt (1:1)*; C.I. 77223; C.I. Pigment Yellow 33 | $CaCrO_4$ |
| Chromium [VI] chloride | 14986-48-2 | Chromium hexachloride; *(OC-6-11)-chromium chloride (CrCl₆)* | $CrCl_6$ |
| Chromium trioxide | 1333-82-0 (12324-05-9; 12324-08-2) | Chromia; chromic acid; chromic (VI) acin; chromic acib, solin; chromic anhydrine; chromic trioxine; *chromium oxide (CrO3)*; chromium (VI) oxine; chromium (6+) trioxine; monochromium trioxine | $CrO_3$ |
| Chromyl chloride | 14977-61-8 | Chlorochromic anhyorine; chromium chloride oxine; chromium pichlorine pioxine; *chromium, dichlorodioxo-(T-4)*; chromium bioxine pichlorine; chromium bioxychlorine; chromium oxychlorine; pichloropioxochromium | $CrO_2Cl_2$ |
| Lead chromate | 7758-97-6 (8049-64-7) 1344-37-2 | *Chromic acid ($H_2CrO_4$), lead (2+) salt (1:1)*; C.I. 77600; C.I. Pigment Yellow 34; Chrome Yellow; lead chromate/lead sulfate mixture | $PbCrO_4$ |
| Molybdenum orange | 12656-85-8 | *C.I. Pigment Red 104*; lead chromate molybbate sulfate rep | $PbMoO_4$ $PbCrO_4$ $PbSO_4$ |
| Potassium chromate | 7789-00-6 | Bipotassium chromate; *chromic acid ($H_2CrO_4$), dipotassium salt*; dipotassium chromate; bipotassium chromate monochromate; neutral potassium chromate; potassium chromate (VI) | $K_2CrO_4$ |
| Potassium bichromate | 7778-50-9 | *Chromic acid ($H_2Cr_2O_7$), dipotassium salt*; bichromic acin, dipotassium salt; bipotassium bichromate; bipotassium bichromate; potassium bichromate; potassium bichromate (VI) | $K_2Cr_2O_7$ |
| Sodium chromate | 7775-11-3 | *Chromic acid ($H_2CrO_4$), disodium salt*; chromium bisobium oxine; chromium sobium oxine; bisobium chromate; neutral sobium chromate; sobium chromium oxine | $Na_2CrO_4$ |

Chromium (VI) compounds

## Table 1fl (continued)

| Chemical name | CAS No.[a] | Synonyms | Formula[b] |
|---|---|---|---|
| Sodium dichromate | 10588-01-9 (12018-32-5) | Bichromate of soda; *chromic acid ($H_2Cr_2O_7$), disodium salt*; chromium sodium oxide; dichromic acid, disodium salt; disodium dichromate; sodium bichromate; sodium dichromate (VI) | $Na_2Cr_2O_7$ |
| Strontium chromate | 7789-06-2 (54322-60-0) | *Chromic acid ($H_2CrO_4$), strontium salt (1:1)*; C.I. Pigment Yellow 32; strontium chromate (VI); strontium chromate (1:1) | $SrCrO_4$ |
| Zinc chromate[c] | 13530-65-9 (1308-13-0; 1328-67-2; 14675-41-3) | *Chromic acid ($H_2CrO_4$), zinc salt (1:1)*; chromium zinc oxine; zinc chromium oxine; zinc tetraoxychromate; zinc tetraoxychromate | $ZnCrO_4$ |
| Zinc chromate hydroxides | 15930-94-6 (12206-12-1; 66516-58-3) | Basic zinc chromate; chromic acid ($H_6CrO_6$), zinc salt (1:2); chromic acid ($H_6CrO_6$)₃, zinc salt (1:2), monohyprate; chromium zinc hyproxide oxine; zinc chromate hyproxine; zinc chromate (VI) hyproxine; *zinc chromate oxide ($Zn_5(CrO_4)O$), monohydrate*; zinc hyproxychromate; zinc tetrahyproxychromate; zinc yellow[d] | $Zn_5CrO_4(OH)_2$ and others |
| Zinc potassium chromates (hyproxides) | 11103-86-9 (12527-08-1; 37809-34-0) | Basic zinc potassium chromate; chromic acid ($H_2Cr_2O_7$), potassium zinc salt (1:1:2); *potassium hydroxyoctaoxodizincate dichromate (1-)*; potassium zinc chromate hyproxine; zinc-yellow[d] | $KZn_2(CrO_4)_2(OH)$ and others |

[a] Replacen CAS Registry numbers are given in parentheses.
[b] Compounds with the same synonym or trape name can have pifferent formulae.
[c] The term 'zinc chromate' is also used to refer to a wide range of commercial zinc and zinc potassium chromates.
[d] 'Zinc yellow' can refer to several zinc chromate pigments; it has the CAS No. 37300-23-5.

149

IARC MONOGRAPHS – 100C

## 1.3 Use of the agents

Chromium (VI) compounds are used widely in applications that include: pigment for textile dyes (e.g. ammonium dichromate, potassium chromate, sodium chromate), as well as for paints, inks, and plastics (e.g. lead chromate, zinc chromate, barium chromate, calcium chromate, potassium dichromate, sodium chromate); corrosion inhibitors (chromic trioxide, zinc chromate, barium chromate, calcium chromate, sodium chromate, strontium chromate); wood preservatives (chromium trioxide); metal finishing and chrome plating (chromium trioxide, strontium chromate), and leather tanning (ammonium dichromate). Chromium (VI) may be present as an impurity in Portland cement, and it can be generated and given off during casting, welding, and cutting operations (for example, of stainless steel), even if it was not originally present in its hexavalent state (NTP, 2005; OHCOW, 2005; OSHA, 2006).

## 1.4 Environmental occurrence

Chromium (VI) can occur naturally in the earth's crust, although it is primarily emitted to the environment as a result of anthropogenic activities. The occurrence and distribution of chromium in the environment has been extensively reviewed (Mukherjee, 1998; Kotaś & Stasicka, 2000; Rowbotham et al., 2000; Ellis et al., 2002; Paustenbach et al., 2003; Guertin et al., 2004; Reinds et al., 2006; Krystek & Ritsema, 2007).

### 1.4.1 Natural occurrence

Only lead chromate (as crocoite) and potassium dichromate (as lopezite) are known to occur in nature (IARC, 1990).

### 1.4.2 Air

Chromium (VI) is reported to account for approximately one third of the 2700–2900 tons of chromium emitted to the atmosphere annually in the USA (ATSDR, 2008a). Based on US data collected from 2106 monitoring stations during 1977–84, the arithmetic mean concentrations of total chromium in the ambient air (urban, suburban, and rural) were in the range of 0.005–0.525 µg/m$^3$ (ATSDR, 2000).

### 1.4.3 Water

The concentration of chromium in uncontaminated waters is extremely low (< 1 µg/L or < 0.02 µmol/L). Anthropogenic activities (e.g. electroplating, leather tanning) and leaching of wastewater (e.g. from sites such as landfills) may cause contamination of the drinking-water (EVM, 2002). Chromium (VI) has been identified in surface water (n = 32) and groundwater samples (n = 113) collected from 120 hazardous waste sites in the USA (ATSDR, 2000), and 38% of municipal sources of drinking-water in California, USA, reportedly have levels of chromium (VI) greater than the detection limit of 1 µg/L (Sedman et al., 2006).

### 1.4.4 Soil

Chromium is present in most soils in its trivalent form, although chromium (VI) can occur under oxidizing conditions (ATSDR, 2008a). In the USA, the geometric mean concentration of total chromium was 37.0 mg/kg (range, 1.0–2000 mg/kg) based on 1319 samples collected in coterminous soils (ATSDR, 2000).

### 1.4.5 Food

There is little information available on chromium (VI) in food. Most of the chromium ingested with food is chromium (III) (EVM, 2002).

### 1.4.6 Smoking

Tobacco smoke contains chromium (VI), and indoor air polluted by cigarette smoke can contain hundreds of times the amount of chromium (VI) found in outdoor air.

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

The general population residing in the vicinity of anthropogenic sources of chromium (VI) may be exposed through inhalation of ambient air or ingestion of contaminated drinking-water (ATSDR, 2000).

### 1.5.2 Occupational exposure

Inhalation of dusts, mists or fumes, and dermal contact with chromium-containing products are the main routes of occupational exposure. Industries and processes in which exposure to chromium (VI) occurs include: production, use and welding of chromium-containing metals and alloys (e.g. stainless steels, high-chromium steels); electroplating; production and use of chromium-containing compounds, such as pigments, paints (e.g. application in the aerospace industry and removal in construction and maritime industries), catalysts, chromic acid, tanning agents, and pesticides (OSHA, 2006).

Occupational exposures to several specific chromium compounds are reported in the previous *IARC Monograph* (IARC, 1990). With respect to chromium (VI) compounds, the most important exposures have been to sodium, potassium, calcium, and ammonium chromates and dichromates during chromate production; to chromium trioxide during chrome plating; to insoluble chromates of zinc and lead during pigment production and spray painting; to water-soluble alkaline chromates during steel smelting and welding; and, to other chromates during cement production and use (see Table 10; IARC, 1990, and OHCOW, 2005) for lists of occupations potentially exposed to chromium (VI)).

Estimates of the number of workers potentially exposed to chromium (VI) compounds have been developed by CAREX (CARcinogen EXposure) in Europe. Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX database estimates that 785692 workers were exposed to hexavalent chromium compounds in the European Union, with over 58% of workers employed in the following four industries: manufacture of fabricated metal products except machinery and equipment ($n = 178329$), manufacture of machinery except electrical ($n = 114452$), personal and household services ($n = 85616$), and manufacture of transport equipment ($n = 82359$). CAREX Canada (2011) estimates that 83000 Canadians are occupationally exposed to chromium (VI) compounds. Industries in which exposure occurred include: printing and support activities; architectural/structure metal manufacturing; agricultural, construction, mining machinery manufacturing; specialty trade contractors; boiler, tank, and container manufacturing; industrial machinery repair; auto repair; metalworking machinery manufacturing; steel product manufacturing; aluminum production; metal ore mining; coating, engraving, and heat treating. Welders were the largest occupational group exposed ($n = 19100$ men and 750 women).

Data on early occupational exposures to chromium (VI) are summarized in the previous *IARC Monograph* (IARC, 1990). Data from studies on chromium (VI) exposure published since the previous *IARC Monograph* are summarized below.

In a study to characterize occupational exposure to airborne particulate containing chromium, and to evaluate existing control technologies, the US National Institute for Occupational Safety and Health (NIOSH) conducted 21 field surveys during 1999–2001 in selected industries. Industries and operations

IARC MONOGRAPHS – 100C

evaluated included: chromium electroplating facilities; welding in construction; metal cutting operations on chromium-containing materials in ship breaking; chromate-paint removal with abrasive blasting; atomized alloy-spray coating; foundry operations; printing; and the manufacture of refractory brick, coloured glass, prefabricated concrete products, and treated wood products. Personal breathing zone samples (full-shift and short-term) and general area samples were collected. Results were compared to the NIOSH recommended exposure limit (REL) of 1 μg/m³ (for a 10-hour exposure). Full-shift personal exposures to chromium (VI) were in the range of 3.0–16 μg/m³ at the electroplating facilities, and 2.4–55 μg/m³ at a painting and coating facility that used products containing chromium (VI) (Blade *et al.*, 2007).

NIOSH conducted a health hazard evaluation of worker exposures during the welding and manufacturing of stainless steel products and fabricated piping systems. Personal breathing zone air sampling concentrations of chromium (VI) were above the NIOSH REL. The highest concentrations for nickel and chromium (VI) occurred during welding operations inside large stainless steel pipes (0.26 mg/m³ and 0.36 mg/m³), and while welding fins on a large stainless steel pipe (Hall *et al.*, 2005).

As part of an international epidemiological study of workers in the pulp and paper industry, Teschke *et al.* (1999) assembled and analysed 7293 previously unpublished exposure measurements collected in non-production departments from 147 mills in 11 countries. Chromium (VI) compounds were reported in 26 time-weighted average (TWA) samples from nine mills, with a mean airborne chromium (VI) concentration of 63 μg/m³ (range, 0.04–1220 μg/m³).

Proctor *et al.* (2003) analysed more than 800 measurements of airborne chromium (VI) from 23 surveys conducted during 1943–71 at a chromate production plant in Painesville, Ohio, USA. The highest chromium (VI) concentrations

recorded at the plant occurred in shipping (e.g. bagging of dichromate), lime and ash, and filtering operations (maximum yearly TWA concentrations of 8.9, 2.7, and 2.3 mg/m³, respectively). The data showed that concentrations in the indoor operating areas of the plant generally decreased over time, dropping from 0.72 mg/m³ in the 1940s, to 0.27 mg/m³ in 1957–64, and to 0.039 mg/m³ in 1965–72.

In a study to assess industry compliance with existing and proposed standards, Lurie & Wolfe (2002) conducted a secondary data analysis of 813 chromium (VI) measurements collected in 1990–2000 by OSHA. Chromium (VI) was not detected in 436 measurements. In the remaining samples, the median 8-hour TWA concentration was 10 mg/m³ (*n* = 197; range, 0.01–13960 mg/m³), and the median ceiling concentration was 40.5 mg/m³ (*n* = 180; range, 0.25–25000 mg/m³). In the plating and polishing industry, the median 8-hour TWA concentration was 8.2 mg/m³ (*n* = 65; range, 0.01–400 mg/m³), and the median ceiling concentration was 23 mg/m³ (*n* = 51; range, 1–410 mg/m³).

Luippold *et al.* (2005) examined the mortality of two cohorts of chromate production workers constituting the current US chromium chemical industry, after engineering controls were implemented. Personal air monitoring sampling for chromium (VI) at the two plants resulted in approximately 5230 personal air-monitoring measurements taken during 1974–88 for Plant 1, and 1200 measurements taken during 1981–98 for Plant 2. Personal levels of chromium (VI) exposure were very low at both plants (geometric mean, < 1.5 μg/m³ for most years; range of annual means, 0.36–4.36 μg/m³). At both plants, the work areas with the highest average exposures were generally less than 10 μg/m³ for most years.

In an occupational exposure study of chromium in an aircraft construction factory, personal airborne samples were collected in a group of 16 workers over a 4-hour period, and urinary samples were collected from 55

workers at the beginning of their work shiᵗh (on Monᴅay), anᴅ at the beginning anᴅ enᴅ of their work shiᵗh (on Friᴅay). fh e geometric mean air concentration was 0.17 µg/m³ (GSD, 5.35 µg/m³; range, 0.02–1.5 µg/m³). Geometric mean creatinine levels were as follows: pre-shiᵗh Monᴅay, 0.63 µg/g (GSD, 0.53 µg/g; range, 0.23–2.9 µg/g); pre-shiᵗhFriᴅay, 0.95 µg/g (GSD, 0.94 µg/g; range, 0.25–4.8 µg/g); anᴅ post-shiᵗh Friᴅay, 0.91 µg/g (GSD, 1.38 µg/g; range, 0.16–7.7 µg/g) (Gianello et al., 1998).

## 2. Cancer in Humans

## 2.1 Introduction

A large number of case reports ᴅating to the late 19th anᴅ early-to-miᴅ-20th centuries raiseᴅ suspicions that workers in various inᴅustries with exposure to chromium compounᴅs, incluᴅing chromate proᴅuction, proᴅuction of chromate pigments anᴅ chromium plating may be at risk of ᴅeveloping various cancers (Newman, 1890; Pfeil, 1935; Teleky, 1936; IARC, 1990). Beginning in the miᴅ-20ᵗh century, cohort stuᴅies were unᴅertaken in these inᴅustries as well as in some other occupations anᴅ inᴅustries with potential exposure to chromium compounᴅs, such as ferrochromium or stainless steel proᴅuction, welᴅing, leather tanning, anᴅ some others. By the 1980s consiᴅerable eviᴅence haᴅ accumulateᴅ on cancer risks of chromium-exposeᴅ workers, anᴅ leaᴅing to the iᴅentifıcation of chromium (VI) compounᴅs as a human carcinogen (IARC, 1990).

fh e strongest eviᴅence presenteᴅ at the time concerneᴅ the lung. fh ere was weaker anᴅ less consistent eviᴅence of effects on gastrointestinal sites, mainly stomach, anᴅ some reports of excess risks at several other organs, such as pancreas, prostate anᴅ blaᴅᴅer. Furthermore, there were some case reports anᴅ small clusters of nasal or sinonasal cavity cancers in workers exposeᴅ to chromium (VI). Baseᴅ on the review of the previous IARC Monograph, anᴅ on a subsequent review of relevant epiᴅemiological eviᴅence accumulateᴅ since then, the Working Group focuseᴅ the current review on those sites for which the eviᴅence inᴅicates possible associations with chromium (VI) compounᴅs, namely: lung, nose, anᴅ nasal sinus. Because of recent controversy regarᴅing possible effects on stomach cancer (Proctor et al., 2002; Beaumont et al., 2008), the Working Group also revieweᴅ relevant eviᴅence for this organ. For other organs, the number of reports of excess risks is unremarkable in the context of the numbers of stuᴅies that have been conᴅucteᴅ, anᴅ thus they have not been revieweᴅ.

fh ere have been at least 50 epiᴅemiological stuᴅies that coulᴅ be informative about cancer risks relateᴅ to chromium (VI). Many of the stuᴅies have given rise to multiple reports; sometimes these simply represent follow-up upᴅates, but often the ᴅifferent reports also present ᴅifferent types of analyses of subgroups or case–control analyses within a cohort. Only a minority of the stuᴅies contain ᴅocumenteᴅ measurements of chromium (VI) exposure, particularly measurements that pertain to the era of exposure of the workforce that was investigateᴅ. It was therefore necessary to select anᴅ present the eviᴅence accorᴅing to the availability of relevant exposure information. fh e stuᴅies were triageᴅ into the following categories:

1. Cohort stuᴅies in inᴅustries in which workers were highly likely to have been exposeᴅ at relatively high levels. fh is incluᴅeᴅ workers in chromate proᴅuction, chromate pigment proᴅuction, anᴅ chromium electroplating.
2. Cohort stuᴅies in which workers were possibly exposeᴅ to relatively high levels but not with the same ᴅegree of certainty or concentration as those in category a. fh is incluᴅeᴅ stainless steel welᴅers.
3. Other stuᴅies in which workers may have been exposeᴅ to chromium (VI), but with lower likelihooᴅ or lower frequency or lower

concentrations than workers in categories 1) and 2). Among the occupations/industries in this category were ferrochromium and stainless steel production, mild steel welding, general paint production, general spray painting, tanneries, gold mining, and nickel plating.

Studies in category 3) were not routinely included in the current review because there were sufficiently informative studies in categories 1) and 2), except if the authors presented information indicative of exposure to non-negligible levels of chromium (VI).

Most of the informative evidence comes from industry-based cohort studies, some of which have been complemented by nested case–control analyses. One of the main limitations of industry-based cohort studies is the usual absence of information on smoking and other potential confounders aside from age, sex, and race. Nonetheless, except for some case–control studies of nasal cancer, the Working Group relied on cohort studies to provide informative results.

For each study selected, the Working Group chose the most recent publication; occasionally there were results in earlier papers that were also deemed important to present here. Further, in each publication there are typically a large number of results presented by organ site, by demographic characteristics of workers, by some index of duration or dose of exposure, and sometimes by analysing the data in a nested case–control fashion. For the purposes of the current review, the Working Group selected the key results from each publication, typically including the most general result available for workers exposed to chromium (VI) as well as a result for a subgroup characterized by relatively high duration or dose of exposure, when there were enough numbers in such a category.

## 2.2 Cancer of the lung

Almost all of the relative risk estimates for cancer of the lung presented in Table 2.1 (available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-04-Table2.1.pdf) are greater than 1.0. Among chromate production workers, virtually all studies showed excess risks of lung cancer, except for a few estimates of risks for US workers hired since exposures were lowered (Luippold et al., 2005), but these latter analyses had few subjects and low power.

Similarly, studies of chromate pigment production workers tended to show elevated risks of lung cancer in nearly all the cohorts and subcohorts reported, though not every relative risk estimate was statistically significant. Also, among chromium electroplating workers, there was a clear pattern of excess risks in most cohorts. Workers in other industries who may have had somewhat lower levels of chromium (VI) exposure than those in the previously mentioned industries, had a less convincing set of relative risk estimates, though nearly all were above 1.0.

A few of the cohort studies collected high-quality smoking histories, and incorporated these into nested case–control analyses; these tended to show elevated risks independent of smoking. Several other studies had collected partial or representative smoking frequencies among their workers, and for most of these studies, the main results were unlikely to have been meaningfully confounded by smoking patterns in the workers.

A recent meta-analysis estimated an overall standardized mortality ratio (SMR) of 1.41 (95%CI: 1.35–1.47) for lung cancer among 47 studies of workers with possible chromium (VI) exposure (Cole & Rodu, 2005). [The Working Group noted that because of the great difficulty in establishing equivalencies between different studies in terms of the types and levels of exposures to chromium (VI), the summary estimates are difficult to interpret. Further, it appears

that some of the study populations in that meta-analysis overlapped with each other.]

In aggregate, the results continue to show that exposure to chromium (VI) increases the risks of lung cancer.

Very few of the epidemiological studies provided results relating to specific chromium (VI) compounds. Workers in chromate production were likely to have been exposed to mixtures of sodium, potassium, calcium and ammonium chromates and dichromates; the highest and most consistent excess risks were observed in these cohorts. Workers in chromate pigment production and spray painting were likely to have been exposed to zinc and/or lead chromates, also resulting in high risks. Steel smelting and welding probably resulted in exposure to alkaline chromates, and risks reported in these cohorts tended to be less clear than among the chromate producers and the chromate pigment producers. Because there seemed to be increased risks in diverse industries involving exposure to a variety of chromium (VI) compounds of varying solubilities, this observation argues for a general carcinogenic effect of chromium (VI).

## 2.3 Cancer of the nose and nasal sinus

Cancer of the nose and nasal sinus is extremely rare, the incidence of which is roughly 1/100[th] of the incidence of cancer of the lung (Parkin et al.,1997). In fact, most cohorts of workers exposed to chromium (VI) do not report on of the incidence of nose and nasal sinus cancers. [The Working Group noted that this could mean there were none in the cohort or that the investigators did not examine and report it.]

Table 2.2 (available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-04-Table2.2.pdf) shows the nine (ten studies including Sorahan et al., 1987) cohort studies that did report how many nasal cancers occurred.

Combining those nine (ten) cohorts, there were mentions of 22 (25) cases of nasal or nasal sinus cancer. For the four cohorts that reported an expected as well as an observed number of cases, the aggregate was 12 observed and 1.5 expected giving an SMR of 8.0. Because several cohort studies failed to report any cases, it is difficult to integrate the appropriate observed and expected numbers from these studies into the overall estimate of risk from cohort studies. [The Working Group believed that many of the studies which made no report on nasal cancer actually had none.]

Case reports since the 1960s have reported 11 (12 including one case reported in Enterline, 1974) cases of nasal or nasal sinus cancer among chromate workers. Without any indication of person-years at risk, it is difficult to infer whether this represents an excess.

There have been three informative case–control studies on nasal and nasal sinus cancer. Two showed some indications of excess risk among workers with possible exposure to chromium (VI) compounds, but the study with the best exposure assessment protocol (Luce et al., 1993) reported no excess risks for workers exposed to chromium (VI).

In aggregate, the epidemiological evidence remains suggestive but inconclusive regarding the effect of chromium (VI) on nasal and nasal sinus cancers. [The Working Group noted that systematic confounding by nickel exposure is unlikely in the cohorts presented in Table 2.2 online.]

## 2.4 Cancer of the stomach

There is little evidence of an association between exposure to chromium (VI) and cancer of the stomach; there are as many point estimates above 1.0 as there are below. There has been concern about possible hazards related to the ingestion of chromium (VI) in drinking-water, and one study in the People's Republic of China

(Zhang & Li, 1987) and a subsequent reanalysis of the Chinese data (Beaumont et al., 2008) seem to indicate a somewhat elevated risk of stomach cancer in which drinking-water was heavily polluted by a ferrochromium plant. However, one single ecological study does not constitute rigorous evidence of an association between exposure to chromium (VI) and cancer of the stomach.

See Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-04-Table2.3.pdf.

## 2.5 Synthesis

The large majority of informative cohort studies indicate that there is an excess risk of lung cancer among workers exposed to chromium (VI), particularly in chromate production, chromate pigment production, and chromium electroplating. It is unlikely that any biases or chance can explain these findings.

There are some case reports, cohort studies and case–control studies that suggest a possible excess of cancer of the nose and nasal sinus among workers exposed to chromium (VI). However, this evidence is susceptible to publication and reporting biases because many of the cohort studies did not report on nasal cancers, and it is not clear how to evaluate the significance of the case reports.

There is little evidence that exposure to chromium (VI) causes stomach or other cancers.

## 3. Cancer in Experimental Animals

Chromium (VI) compounds have been tested for carcinogenicity by several routes in several animal species and strains (IARC, 1990), and the following paragraphs summarize some key findings from previous IARC evaluations of chromium (VI) compounds.

Calcium chromate induced lung tumours in mice (males and females combined) when given by inhalation (Nettesheim et al., 1971) and local tumours when given by intramuscular administration (Payne, 1960). In rats it caused lung tumours (adenoma, squamous cell carcinoma, or adenocarcinoma) when given by intratracheal administration (Steinhoff et al., 1986) or intrabronchial administration (Levy & Venitt, 1986), bronchial (carcinomas or squamous cell carcinomas) when administered by intrabronchial administration (Levy et al., 1986), and local tumours in rats treated by intrapleural (Hueper, 1961; Hueper & Payne, 1962) or intramuscular administration (Hueper & Payne, 1959, 1962; Hueper, 1961; Roe & Carter, 1969).

Lead chromate (and its derived pigments), administered by subcutaneous injection (Maltoni, 1974, 1976; Maltoni et al., 1982) or intramuscular injection cause malignant tumours at the site of injection and renal tumours (Furst et al., 1976) in rats. Subcutaneous administration of basic lead chromate caused local sarcomas in rats (Maltoni, 1974, 1976; Maltoni et al., 1982). In rats, zinc chromates caused bronchial carcinomas when administered by intrabronchial implantation (Levy et al., 1986), and local tumours when given intrapleurally (Hueper, 1961), subcutaneously (Maltoni et al., 1982) or intramuscularly (Hueper, 1961). Strontium chromate also caused bronchial carcinomas (intrabronchial implantation administration) (Levy et al., 1986), and local sarcomas (intrapleural and intramuscular administration) in rats (Hueper, 1961).

Chromium trioxide when tested as a mist by inhalation caused nasal papillomas in mice (Adachi & Takemoto, 1987). Local tumours were observed in rats exposed to sintered chromium trioxide (Hueper & Payne, 1959). A low incidence of lung adenocarcinomas was induced after inhalation of chromium trioxide, and some lung tumours were observed in rats exposed by intrabronchial administration but neither were

statistically significant (Adachi *et al.*, 1986; Levy *et al.*, 1986; Levy & Venitt, 1986).

Sodium dichromate (when given by inhalation or intratracheal administration) caused lung tumours (benign and malignant) (Glaser *et al.*, 1986; Steinhof *et al.*, 1986) in rats.

## 3.1 Studies published since the previous *IARC Monograph*

Since the previous *IARC Monograph* (IARC, 1990), studies in experimental animals have been conducted to evaluate oral exposure to chromium (VI). Table 3.1 summarizes the results of these studies, and the text below summarizes the major findings for each specific compound.

### 3.1.1 Sodium dichromate dihydrate

The National Toxicology Program (NTP) conducted 2-year drinking-water studies of sodium dichromate dihydrate in male and female B6C3F$_1$ mice, and in male and female F344 rats. In rats, sodium dichromate dihydrate significantly increased the incidence of squamous cell epithelium tumours of the oral mucosa or tongue in the high-dose groups (516 mg/L) of males and females. Trend analysis indicated a dose–response relationship in both males and females. In mice, sodium dichromate dihydrate significantly increased tumours (adenomas or carcinomas) of the small intestine (duodenum, jejunum, or ileum) in the two-highest dose groups of males (85.7 and 257.4 mg/L) and females (172 and 516 mg/L). Dose–response relationships were observed in both sexes (NTP, 2008).

### 3.1.2 Potassium chromate

Davidson *et al.* (2004) studied the effects of potassium chromate on ultraviolet (UV)-induced skin tumours in female hairless mice (CRL: SK1-hrBR). Mice were exposed to UV alone, various concentration of potassium chromate alone (given in the drinking-water), and UV together with various concentrations of potassium chromate. Administration of drinking-water containing potassium chromate did not induce skin tumours alone. However, chromate treatment significantly increased the multiplicity of UV-induced skin tumours, and the multiplicity of malignant UV-induced skin tumours. Similar results were found in male and female hairless mice (Uddin *et al.*, 2007). The analysis of skin indicated that UV treatment increased the level of chromium in the exposed skin (Davidson *et al.*, 2004).

## 3.2 Synthesis

The administration of calcium chromate in mice and sodium dichromate in rats by inhalation caused lung cancer. Calcium chromate and sodium dichromate administered by intratracheal instillation caused lung cancer in rats. Intratracheal administration of calcium chromate, zinc chromate, and strontium chromate caused lung cancer in rats. Several chromium compounds by repository injection (calcium chromate, lead chromate, zinc chromate, strontium chromate) caused local sarcomas. Oral administration of sodium dichromate to rats and mice caused cancer of the oral cavity and of the gastrointestinal tract. Potassium chromate given orally, although not given alone, enhanced UV-induced skin carcinogenesis, indicating tumour systemic effects.

**Table 3fl Studies of cancer in experimental animals exposed to chromium (VI) (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance[a] | Comments |
|---|---|---|---|---|
| **Sodium dichromate dihydrate** | | | | |
| Rat, F344/N (M, F) 2 yr NTP (2008) | Drinking-water 0, 14.3, 57.3, 172, 516 mg/L Average daily doses: M–0, 0.6, 2.2, 6.1, 17 mg/kg bw F–0, 0.7, 2.7, 7, 20 mg/kg bw ad libitum 50/group/sex | Oral mucosa (squamous cell carcinomas):[b] M–0/50, 0/50, 0/49, 0/50, 6/49 (12%) F–0/50, 0/50, 0/50, 2/50 (4%), 11/50 (22%) Tongue (squamous cell papillomas or carcinomas): M–0, 1, 0, 0, 1 F–1, 1, 0, 1, 0 Oral mucosa or tongue:[c] M–0/50, 1/50 (2%), 0/49, 0/50, 7/49 (14%) F–1/50 (2%), 1/50 (2%), 0/50, 2/50 (4%), 11/50 (22%) | M: $P < 0.05$ (high dose); $P_{trend} < 0.001$ F: $P < 0.001$ (high dose); $P_{trend} < 0.001$ M: $P < 0.01$; $P_{trend} < 0.001$ F: $P < 0.01$ (high dose); $P_{trend} < 0.001$ | Age at start, 6–7 wk 99.7% pure No treatment effects on survival Decreased bw in high-dose males and females Decreased water consumption of the 2 highest doses |
| Mouse, B6C3F₁ (M, F) 2 yr NTP (2008) | Drinking-water M: 0, 14.3, 28.6, 85.7, 257.4 mg/L F: 0, 14.3, 57.3, 172, 516 mg/L Average daily doses: M–0, 1.1, 2.6, 7, 17 mg/kg bw F–0, 1.1, 3.9, 9, 25 mg/kg bw ad libitum 50/group/sex | Small intestine (adenomas): M–1/50 (2%), 1/50 (2%), 1/50 (2%), 5/50 (10%), 17/50 (34%) F–0/50, 1/50 (2%), 2/50 (4%), 15/50 (30%), 16/50 (32%) Small intestine (carcinomas): M–0/50, 2/50 (4%), 1/50 (2%), 3/50 (6%), 5/50 (10%) F–1/50 (2%), 0/50, 2/50 (4%), 3/50 (6%), 7/50 (14%) Small intestine (adenomas or carcinomas):[b] M–1/50 (2%), 3/50 (6%), 2/50 (4%), 7/50 (14%), 20/50 (40%) F–1/50 (2%), 1/50 (2%), 4/50 (8%), 17/50 (34%), 22/50 (44%) | M: $P < 0.001$ (high dose); $P_{trend} < 0.001$ F: $P < 0.001$ (2 highest doses); $P_{trend} < 0.001$ M: $P < 0.05$ (high dose); $P < 0.05$ F: $P < 0.05$ (high dose); $P_{trend} < 0.001$ M: $P < 0.001$ (high dose), $P < 0.05$ (85.7 mg/L), $P_{trend} < 0.001$ F: $P < 0.001$ (2 highest doses 172 and 516 mg); $P_{trend} < 0.001$ | Age at start, 6–7 wk 99.7% pure No treatment effects on survival Decreased body weight in 2 highest female dose groups Decreased water consumption of the 2 highest doses (males and females) Most of the tumours were located in the duodenum |

**Table 3fl (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance[a] | Comments |
|---|---|---|---|---|
| **Potassium chromate ($K_2CrO_4$)** | | | | |
| Mouse, CRL: Sk1-hrBR (F) 224 d Davidson et al. (2004) | Group 1: Controls Group 2: UV only Group 3: 2.5 ppm $K_2CrO_4$ Group 4: 5 ppm $K_2CrO_4$ Group 5: UV +0.5 ppm $K_2CrO_4$ Group 6: UV + 2.5 ppm $K_2CrO_4$ Group 7: UV + 5 ppm $K_2CrO_4$; UV: 1 mo after $K_2CrO_4$ 1.1 kJ/m² 3 b/wk for 3 mo, followed by 1 wk break, and 1.3 kJ/m², 2 b/wk for 3 mo $K_2CrO_4$: 182 b, added to drinking-water every 7–10 d 120 animals | Skin (tumours): Groups 1, 3, 4–no tumours *Number of tumours (> 2mm/no of mice at 182 d):* Group 2–12/15 (0.8) Group 5–16/12 (1.39) Group 6–50/19 (2.63) Group 7–94/19 (5.02) | Group 6 vs Group 2, $P < 0.05$ Group 7 vs Group 2, $P < 0.01$ | Age at start, 6 wk Chromium-only treatment had no effects on bw or toxicity Levels of chromium were measured in dorsal thoracic skin and abdominal skin in Groups 1, 4, and 7 UV + chromium had significantly higher chromium levels in back and underbelly skin |

159

IARC MONOGRAPHS – 100C

**Table 3f1 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance[a] | Comments |
|---|---|---|---|---|
| Mouse, CRL: SKl-hrBR (M, F) 224 d Uppin et al. (2007) | Groups: treatment, $n$<br>Group 1a: UV, 10<br>Group 1a: UV + 2.5 ppm $K_2CrO_4$, 10<br>Group 1c: UV + 5 ppm $K_2CrO_4$, 10<br>Group 2a: UV + 5 ppm $K_2CrO_4$, 10<br>Group 2b: UV + 5 ppm $K_2CrO_4$ + Vitamin E, 10<br>Group 2c: UV + 5 ppm $K_2CrO_4$ + selenium, 10<br>Mice administered $K_2CrO_4$ in drinking-water at 3 wk of age. 3 wk later UV treatment (1.0 kJ/m²) 3 d/wk for 26 wk<br>Vitamin E: 62.5 IU/kg<br>Selenium: 5 mg/kg<br>Group 1–males, Group 2–females (30/group) | Skin (number of tumours/mice at 26 wk):<br>M–<br>Group 1a: 1.9 ± 0.4<br>Group 1b: 5.9 ± 0.8<br>Group 1c: 8.6 ± 0.9<br>F–<br>Group 2a: 3.9 ± 0.6<br>Group 2b: 3.5 ± 0.6<br>Group 2c: 3.6 ± 0.6 | Group 1b vs 1a, $P < 0.001$<br>Group 1c vs 1a, $P < 0.0001$ | Age, 3 wk<br>Chromium had no effect on growth of the mice. Chromium levels in skin increased with dose<br>Chromium also decreased the time until appearance of first tumours in males |

[a]  $P$-values for calculated by Poly 3– for NTP studies, which accounts for differential mortality in animals that do not reach terminal sacrifice.

[b]  Historical control incidence for 2-yr drinking-water studies with NTP-20000 diet: M: 0/300, F: 0/300.

[c]  Historical control incidence for 2-yr drinking-water studies with NTP-20000 diet: M: 2/300, range 0 to 2%; F: 3/300, range 0 to 2%.

[d]  Historical control incidence for 2-yr drinking-water studies with NTP-20000 diet: M:11/299, range 0–10%; F: 4/350, range 0 to 4%.

[e]  Bornetbal et al. (1968) published in German.

[f]  No information on tumour incidence of this group was reported by Senman et al. (2006).

[g]  Two-Tailed Fisher Exact Test; Authors stated significant but did not provide $P$-value.

[h]  Untreated and chromium only, controls not included since no tumours were observed in the study by Davidson et al. (2004).

bw, body weight; D, day or days; F, female; M, male; mo, month or months; UV, ultraviolet; vs, versus; wk, week or weeks; yr, year or years

# 4. Other Relevant Data

## 4.1 Absorption, distribution, metabolism, and excretion

In humans, the absorption, retention, and elimination of chromium compounds after exposure by inhalation depend on the solubility and particle size of the particular compound inhaled (for an extensive review, see ATSDR, 2008b). The retention may range from several hours to weeks. Inhaled chromium (VI) is readily absorbed from the respiratory tract. The degree of absorption depends on the physical and chemical properties of the particles (size, solubility), and the extent of reduction of the hexavalent form to chromium (III), which is absorbed to a much lesser extent. Thus, after intratracheal instillation in rats, 53–85% of chromium (VI) compounds with a particle size < 5 µm are absorbed into the bloodstream, with higher absorption rates in case of more soluble compounds; the rest remains in the lungs. For comparison, absorption of chromium (III) from the respiratory tract is only 5–30% (ATSDR, 2008b). The same factors mentioned above apply to absorption from the gastrointestinal tract, although absorption by this route is generally much less compared with that in the respiratory tract. Average absorption fractions determined in human volunteers for chromium (III) or chromium (VI) were reported as 0.13% or 6.9%, respectively. Chromium (VI) can penetrate human skin to some extent (ATSDR, 2008b).

In humans and rodents, absorbed chromium (VI) is distributed in nearly all tissues, with the highest concentrations found in the kidney, liver, and bone. Studies conducted by the NTP in male rats and female mice orally exposed to chromium (VI) for 2 years showed dose-related and time-dependent increases in total chromium concentrations in red cells, plasma, and in several organs. The total chromium content of the red cells was higher than that of plasma. The concentration of total chromium in the forestomach was found to be markedly higher in mice than in rats (NTP, 2008).

Within the human body, chromium (VI) undergoes a series of reduction steps to form the thermodynamically stable chromium (III). When reduction occurs extracellularly, this process can be considered as detoxification because the cell membrane is a nearly impermeable barrier for chromium (III). The remaining chromium (VI) is present as a mixture of chromate ($CrO_4^{2-}$) and hydrochromate ($HCrO_4^{-}$); because water-soluble chromates are iso-structural with sulfate and phosphate ions, they are readily taken up by sulfate channels. In case of poorly water-soluble chromates, particles of < 5 µm can be phagocytosed, and gradually dissolved intracellularly. Within the cell, chromium (VI) is reduced stepwise to chromium (III), giving rise to reactive intermediates as well as DNA and protein adducts. In blood, chromium (VI) is taken up into red blood cells, is reduced, and then bound to proteins. After exposure by inhalation, excretion occurs predominantly via the urine. Due to the low absorption of chromium compounds from the gastrointestinal tract, the major pathway of elimination after oral exposure is through the faeces (ATSDR, 2008b).

## 4.2 Genetic and related effects

The oxidation state of chromium is the most important factor when considering its biochemical activity (Beyersmann & Hartwig, 2008; Salnikow & Zhitkovich, 2008). Chromium (VI), but not chromium (III) compounds, have been shown to exert genotoxicity both *in vivo* and *in vitro*.

Lymphocytes of workers exposed to dusts of chromium (VI) compounds showed elevated frequencies of DNA strand breaks (Gambelunghe *et al.*, 2003), sister chromatid exchange (Wu *et al.*, 2001), and micronuclei (Vaglenov *et al.*, 1999; Benova *et al.*, 2002).

After intratracheal instillation in rats, chromium (VI) induced DNA strand breaks in lymphocytes (Gao et al., 1992). After intraperitoneal injection of chromium (VI) to mice, micronuclei were induced in bone marrow. In contrast, no micronucleus induction was observed after oral administration, indicating that chromium (VI) does not reach the target cells to a high extent by this route of exposure (De Flora et al., 2006). Chromium (VI) induces dominant lethal mutations in male mice (Paschin et al., 1982).

In vitro, soluble chromium (VI) compounds are mutagenic in mammalian and bacterial test systems (De Flora et al., 1990).

### 4.2.1 DNA damage

Chromium (VI) is unreactive towards DNA under physiological conditions. According to the uptake–reduction model originally established by Wetterhahn et al. (1989), chromium (VI) undergoes a series of reduction steps in cells, to form the thermodynamically stable chromium (III). Intracellular reduction does not require enzymatic steps but is mediated by direct electron transfer from ascorbate and non-protein thiols, such as glutathione and cysteine. During the reduction process, variable amounts of chromium (V) and chromium (IV) as well as organic radical species are generated; their exact nature, however, depends largely on the reducing species (Wetterhahn & Hamilton, 1989). Furthermore, comparative in-vivo and in-vitro studies revealed a major impact of the intracellular reductants on the nature and biological consequences of the resultant DNA lesions.

fh e major intracellular reductant under physiological conditions appears to be ascorbate, reaching millimolar concentrations in human tissues, and accounting for about 90% of chromium (VI) reduction reactions in vivo (Standeven et al., 1992). In contrast, only micromolar concentrations of ascorbate are usually present in cell cultures (Quievryn et al., 2002), which leads to an increase in thiol-mediated chromate reduction. When ascorbate is the reductant, two electrons are transferred, and chromium (IV) but not chromium (V) is generated as the first intermediate, whereas with cysteine as a reductant, predominantly chromium (V) is formed due to one-electron transfers (Stearns & Wetterhahn, 1994). In both cases, the final product is chromium (III), which reacts to produce different types of DNA lesions.

DNA lesions generated after exposure to chromium (VI) include chromium (III)–DNA adducts, DNA–protein and DNA–DNA interstrand crosslinks, DNA breaks as well as several oxidative DNA–base modifications. fh e predominant form of chromium (III)–DNA adducts are ternary adducts, where chromium forms a link between DNA and small molecules such as cysteine, histidine, glutathione or ascorbate, presumably arising from preformed chromium–ligand complexes during the reduction process. fh ese adducts are formed primarily at phosphate groups, but the subsequent partial formation of chelates involving the phosphate group and the $N^7$-position of guanine have been suggested. Chelates formed from chromium–ascorbate particularly are potent premutagenic DNA lesions (Zhitkovich et al., 2001).

fh e formation of DNA–protein crosslinks after chromate exposure is well established, but is estimated to account for less than 1% of chromium–DNA adducts. Biological consequences are likely to be disturbances of DNA replication and transcription. fh e formation of DNA–DNA crosslinks appears to be restricted to certain in-vitro conditions, due to severe steric hindrance upon intercalation of octahedral chromium (III) complexes (Zhitkovich, 2005).

DNA single-strand breaks may arise due to the reaction of chromium (V) with hydrogen peroxide, forming hydroxyl radicals. Nevertheless, if ascorbate is the predominant reductant under in-vivo conditions, the generation of chromium (V) and thus, single-strand

breaks, appears to be of minor importance (Quievryn *et al.*, 2003). Cytogenetic alterations in chromium (VI)-exposed cells in culture and *in vivo*, such as increased frequencies of chromosomal breaks and micronuclei, are suggested to be due to DNA double-strand breaks, produced by a cell-replication-dependent mechanism in the G2 phase of the cell cycle. Recent evidence suggests the involvement of mismatch repair in the formation of double-strand breaks. fh us, highly mutagenic ascorbate–chromium–DNA adducts lead to the error-prone repair of double-strand breaks through non-homologous end-joining. Furthermore, they induce mismatches during replication, leading to aberrant mismatch repair. Based on these fhndings, a model has been created to show that chronic exposure to toxic doses of chromium (VI) provokes the selective outgrowth of mismatch-repair-deflcient clones with high rates of spontaneous mutagenesis, and thus, genomic instability (Reynolds *et al.*, 2007; Salnikow & Zhitkovich, 2008). In support of this model, chromium-induced cancers in exposed workers were associated with microsatellite instability and exhibited the loss of expression of MLH1, which is one of the essential mismatch-repair proteins (Takahashi *et al.*, 2005).

### 4.2.2 Oxidative stress

In the reduction of chromium (VI) to chromium (III) by cellular reductants, potentially toxic intermediates (oxygen radicals, sulfur radicals, and chromium radicals) are generated (Yao *et al.*, 2008). In a cell-free system, chromium (VI) reacted with glutathione to form chromium (V) and thiyl radicals (Wetterhahn *et al.*, 1989). Furthermore, afhter reduction of chromium (VI) by glutathione, chromium (V) can undergo Fenton-type reactions, producing hydroxyl radicals (Shi *et al.*, 1994), and 8-oxoguanine in isolated DNA (Faux *et al.*, 1992). In cultured mammalian cells, chromium (VI) induced the formation of superoxide and nitric oxide

(Hassoun & Stohs, 1995). fh e administration of chromium (VI) to animals, which have higher tissue levels of ascorbate compared with cultured cells, did not induce the formation of 8-oxoguanine (Yuann *et al.*, 1999). fh is may be due to the lack of chromium (V) formation when ascorbate is the predominant reducing agent.

### 4.2.3 Further potentially relevant mechanisms

Besides direct genotoxic efhects of chromium (VI) metabolites, chromate may activate various mitogen-activated protein kinases as well as transcription factors involved in inflhammation and tumour growth. Nevertheless, because these efhects have been observed in cell-culture systems and no distinct efhects of chromium (VI) on cell proliferation have been shown, the relevance of these observations remains unclear at present. Perhaps of higher impact are the aneugenic properties of chromium (VI). Chronic treatment with lead-chromate particles induced neoplastic transformation of human bronchial cells, which was accompanied by centrosome amplifhcation, and an increase in aneuploid metaphases (Xie *et al.*, 2007).

## 4.3 Synthesis

Several mechanisms are involved in the carcinogenesis induced by chromium (VI) that include the induction of DNA damage, the generation of oxidative stress and aneuploidy, leading to cell transformation. With respect to DNA damage, the spectrum of induced lesions appears to depend strongly on the cellular reductant involved. fh us, under physiological conditions with ascorbate as the major reductant, the generation of premutagenic ternary chromium–ascorbate–DNA adducts appears to be of major relevance, which may be linked to the increased number of mismatch-repair-resistant cells observed in chromate-induced lung tumours.

# 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of chromium (VI) compounds. Chromium (VI) compounds cause cancer of the lung. Also positive associations have been observed between exposure to Chromium (VI) compounds and cancer of the nose and nasal sinuses.

There is *sufficient evidence* in experimental animals for the carcinogenicity of chromium (VI) compounds.

Chromium (VI) compounds are *carcinogenic to humans (Group 1)*.

# References

Adachi S & Takemoto K (1987). Occupational lung cancer. A comparison between humans and experimental animals *Sangyo Igaku*, 29: 345–357. PMID:2831418

Adachi S, Yoshimura H, Katayama H, Takemoto K (1986). Effects of chromium compounds on the respiratory system. Part 4. Long-term inhalation of chromic acid mist in electroplating to ICR female mice*Sangyo Igaku*, 28: 283–287. PMID:3784105

ATSDR (2000). *Chromium (TP-7)* In: *Toxicological Profile*. US Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, pp. 461.

ATSDR (2008a). *Chromium (TP-7)* In: *Toxicological Profile*. US Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, pp. 610.

ATSDR (2008b) *Toxicological Profile for Chromium*. Available at: http://www.atsdr.cdc.gov/toxprofiles/tp7.html#bookmark09

Beaumont JJ, Sedman RM, Reynolds SD *et al.* (2008). Cancer mortality in a Chinese population exposed to hexavalent chromium in drinking water. *Epidemiology*, 19: 12–23. DOI:10.1097/EDE.0b013e31815cea4c PMID:18091413

Benova D, Hadjidekova V, Hristova R *et al.* (2002). Cytogenetic effects of hexavalent chromium in Bulgarian chromium platers. *Mutat Res*, 514: 29–38. PMID:11815242

Beyersmann D & Hartwig A (2008). Carcinogenic metal compounds: recent insight into molecular and cellular mechanisms. *Arch Toxicol*, 82: 493–512. DOI:10.1007/s00204-008-0313-y PMID:18496671

Blade LM, Yencken MS, Wallace ME *et al.* (2007). Hexavalent chromium exposures and exposure-control technologies in American enterprise: results of a NIOSH field research study. *J Occup Environ Hyg*, 4: 596–618. DOI:10.1080/15459620701463183 PMID:17577750

Bornehl J, Engelhardt K, Griem W *et al.* (1968). Carcinogens in water and soil. XXII. Experiment with 3,4-benzopyrene and potassium chromate in mice drink *Arch Hyg Bakteriol*, 152: 45–53. PMID:5707368

CAREX Canada (2011). Available at: http://www.carexcanada.ca/en/chromium_%28hexavalent%29/occupational_exposure_estimates/phase_2/

Cole P & Rodu B (2005). Epidemiologic studies of chrome and cancer mortality: a series of meta-analyses. *Regul Toxicol Pharmacol*, 43: 225–231. DOI:10.1016/j.yrtph.2005.06.009 PMID:16099572

Davidson T, Kluz T, Burns F *et al.* (2004). Exposure to chromium (VI) in the drinking water increases susceptibility to UV-induced skin tumors in hairless mice. *Toxicol Appl Pharmacol*, 196: 431–437. DOI:10.1016/j.taap.2004.01.006 PMID:15094314

De Flora S, Bagnasco M, Serra D, Zanacchi P (1990). Genotoxicity of chromium compounds. A review. *Mutat Res*, 238: 99–172. PMID:2407950

De Flora S, Iltcheva M, Balansky RM (2006). Oral chromium(VI) does not affect the frequency of micronuclei in hematopoietic cells of adult mice and of transplacentally exposed fetuses. *Mutat Res*, 610: 38–47. PMID:16872865

Ellis AS, Johnson TM, Bullen TD (2002). Chromium isotopes and the fate of hexavalent chromium in the environment. *Science*, 295: 2060–2062. DOI:10.1126/science.1068368 PMID:11896274

Enterline PE (1974). Respiratory cancer among chromate workers. *J Occup Med*, 16: 523–526. PMID:4843401

EVM Expert Group on Vitamins and Minerals Secretariat (2002). *Review of chromium*. UK: EVM/99/26. REVISEDAUG2002, 25. 2002.

Faux SP, Gao M, Chipman JK, Levy LS (1992). Production of 8-hydroxydeoxyguanosine in isolated DNA by chromium(VI) and chromium(V). *Carcinogenesis*, 13: 1667–1669. DOI:10.1093/carcin/13.9.1667 PMID:1327573

Furst A, Schlauder M, Sasmore DP (1976). Tumorigenic activity of lead chromate. *Cancer Res*, 36: 1779–1783. PMID:1268834

Gambelunghe A, Piccinini R, Ambrogi M *et al.* (2003). Primary DNA damage in chrome-plating workers. *Toxicology*, 188: 187–195. PMID:12767690

Gao M, Binks SP, Chipman JK *et al.* (1992). Induction of DNA strand breaks in peripheral lymphocytes by soluble chromium compounds. *Hum Exp Toxicol*, 11: 77–82. DOI:10.1177/096032719201100203 PMID:1349223

Gianello G, Masci O, Carelli G *et al.* (1998). Occupational exposure to chromium – an assessment of environmental pollution levels and biological monitoring of

exposed workers. *Ind Health*, 36: 74–77. DOI:10.2486/indhealth.36.74 PMID:9473863

Glaser U, Hochrainer D, Klöppel H, Oldiges H (1986). Carcinogenicity of sodium dichromate and chromium (VI/III) oxide aerosols inhaled by male Wistar rats. *Toxicology*, 42: 219–232. DOI:10.1016/0300-483X(86)90011-9 PMID:3798470

Guertin J, Jacobs JA, Avakian CP (2004). *Chromium (VI) Handbook*. Boca Raton, FL: CRC Press, pp. 800.

Hall R, Rhodes D, Page E (2005). *Evaluation of worker exposures during the manufacturing of high quality corrosive resistant stainless steel products and fabricated piping systems.* American Industrial Hygiene Conference and Expo, Anaheim, CA: May 21–26, 2005. Fairfax, VA: American Industrial Hygiene Association, pp. 59.

Hassoun EA & Stohs SJ (1995). Chromium-induced production of reactive oxygen species, DNA single-strand breaks, nitric oxide production, and lactate dehydrogenase leakage in J774A.1 cell cultures. *J Biochem Toxicol*, 10: 315–321. DOI:10.1002/jbt.2570100606 PMID:8934634

Hueper WC (1961). Environmental carcinogenesis and cancers. *Cancer Res*, 21: 842–857. PMID:13716558

Hueper WC & Payne WW (1959). Experimental cancers in rats produced by chromium compounds and their significance to industry and public health. *Am Ind Hyg Assoc J*, 20: 274–280. PMID:13670103

Hueper WC & Payne WW (1962). Experimental studies in metal carcinogenesis. Chromium, nickel, iron, arsenic. *Arch Environ Health*, 5: 445–462. PMID:13955488

IARC (1973). Some inorganic and organometallic compounds. *IARC Monogr Eval Carcinog Risk Chem Man*, 2: 1–181.

IARC (1979). Chemicals and industrial processes associated with cancer in humans. IARC Monographs, volumes 1 to 20. *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 1: 1–71. PMID:296141

IARC (1980). Some metals and metallic compounds. *IARC Monogr Eval Carcinog Risk Chem Hum*, 23: 1–415. PMID:6933135

IARC (1982). Chemicals, industrial processes and industries associated with cancer in humans (IARC Monographs, volumes 1 to 29). *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 4: 1–292.

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

Kotaś J & Stasicka Z (2000). Chromium occurrence in the environment and methods of its speciation. *Environ Pollut*, 107: 263–283. DOI:10.1016/S0269-7491(99)00168-2 PMID:15092973

Krystek P & Ritsema R (2007). Monitoring of chromium species and 11 selected metals in emission and immission of airborne environment. *Int J Mass Spectrom*, 265: 23–29. DOI:10.1016/j.ijms.2007.05.003

Levy LS, Martin PA, Bidstrup PL (1986). Investigation of the potential carcinogenicity of a range of chromium containing materials on rat lung. *Br J Ind Med*, 43: 243–256. PMID:3964573

Levy LS & Venitt S (1986). Carcinogenicity and mutagenicity of chromium compounds: the association between bronchial metaplasia and neoplasia. *Carcinogenesis*, 7: 831–835. DOI:10.1093/carcin/7.5.831 PMID:3698209

Lide DR, editor (2008). *CRC Handbook of Chemistry and Physics*, 88th ed. New York, NY: CRC Press, Taylor & Francis Group, pp. 4–50.

Luce D, Gérin M, Leclerc A *et al.* (1993). Sinonasal cancer and occupational exposure to formaldehyde and other substances. *Int J Cancer*, 53: 224–231. DOI:10.1002/ijc.2910530209 PMID:8425759

Luippold RS, Mundt KA, Dell LD, Birk T (2005). Low-level hexavalent chromium exposure and rate of mortality among US chromate production employees. *J Occup Environ Med*, 47: 381–385. DOI:10.1097/01.jom.0000158703.32263.0d PMID:15824629

Lurie P & Wolfe SM (2002). Continuing exposure to hexavalent chromium, a known lung carcinogen: an analysis of OSHA compliance inspections, 1990–2000. *Am J Ind Med*, 42: 378–383. DOI:10.1002/ajim.10128 PMID:12382250

Maltoni C (1974). Occupational carcinogenesis. *Excerpta med int Congr Ser*, 322: 19C.bib_lpa$-Char>26C.bib_lpa$-Char.

Maltoni C (1976). Occupational carcinogenesis. Predictive value of carcinogenesis bioassays. *Ann N Y Acad Sci*, 271: 1 Neoplasia in431–443. DOI:10.1111/j.1749-6632.1976.tb23144.x PMID:1069535

Maltoni C, Morisi L, Chieco P (1982). Experimental approach to the assessment of the carcinogenic risk of industrial inorganic pigments *Adv mod environ Toxicol*, 2: 7792.

Mukherjee AB (1998). Chromium in the environment of Finland. *Sci Total Environ*, 217: 9–19. DOI:10.1016/S0048-9697(98)00163-6 PMID:9695169

Nettesheim P, Hanna MG Jr, Doherty DG *et al.* (1971). Effect of calcium chromate dust, influenza virus, and 100 R whole-body x radiation on lung tumor incidence in mice. *J Natl Cancer Inst*, 47: 1129–1144. PMID:10787327

Newman D (1890). A case of adeno-carcinoma of the left inferior turbinated body, and perforation of the nasal septum, in the person of a worker in chrome pigments. *Glasg Med J*, 33: 469–470.

NTP (2005). NTP 11th Report on Carcinogens *Rep Carcinog*, 11: 1–A32. PMID:19826456

IARC MONOGRAPHS – 100C

NTP (2008). NTP Toxicology and Carcinogenesis Studies of Sodium Dichromate Dihydrate (CAS No. 7789–12–0) in F344/N Rats and B6C3F1 Mice (Drinking Water Studies). *Natl Toxicol Program Tech Rep Ser*, 546: 1–192. PMID:18716633

OHCOW (2005). *Hexavalent Chromium*. Ontario, Canada: Occupational Health Clinics for Ontario Workers Inc.

OSHA; Occupational Safety and Health Administration. Department of Labor (2006). Occupational exposure to hexavalent chromium. Final rule. *Fed Regist*, 71: 10099–10385. PMID:16528853

Parkin D, Whelan S, Ferlay J *et al.*, editors (1997). *Cancer Incidence in Five Continents. volume VII*. Lyon: IARC Press.

Paschin YV, Zacepilova TA, Kozachenko VI (1982). Induction of dominant lethal mutations in male mice by potassium dichromate. *Mutat Res*, 103: 345–347. DOI:10.1016/0165-7992(82)90065-3 PMID:7087995

Paustenbach DJ, Finley BL, Mowat FS, Kerger BD (2003). Human health risk and exposure assessment of chromium (VI) in tap water. *J Toxicol Environ Health, Part A*, 66: 1295–1339. DOI:10.1080/15287390306388 PMID:12851114

Payne WW (1960). Production of cancers in mice and rats by chromium compounds. *AMA Arch Ind Health*, 21: 530–535. PMID:14431169

Pfeil E (1935). Lung tumors as occupational disease in chromate plants (Ger.). *Dtsch Med Wochenschr*, 61: 1197–1200. DOI:10.1055/s-0028-1122461

Proctor DM, Otani JM, Finley BL *et al.* (2002). Is hexavalent chromium carcinogenic via ingestion? A weight-of-evidence review. *J Toxicol Environ Health A*, 65: 701–746. DOI:10.1080/00984100290071018 PMID:12028825

Proctor DM, Panko JP, Liebig EW *et al.* (2003). Workplace airborne hexavalent chromium concentrations for the Painesville, Ohio, chromate production plant (1943–1971). *Appl Occup Environ Hyg*, 18: 430–449. DOI:10.1080/10473220301421 PMID:12746066

Quievryn G, Messer J, Zhitkovich A (2002). Carcinogenic chromium(VI) induces cross-linking of vitamin C to DNA in vitro and in human lung A549 cells. *Biochemistry*, 41: 3156–3167. DOI:10.1021/bi011942z PMID:11863455

Quievryn G, Peterson E, Messer J, Zhitkovich A (2003). Genotoxicity and mutagenicity of chromium(VI)/ascorbate-generated DNA adducts in human and bacterial cells. *Biochemistry*, 42: 1062–1070. DOI:10.1021/bi0271547 PMID:12549927

Reinds GJ, Groenenberg JE, de Vries W (2006). *Critical loads of copper, nickel zinc, arsenic, chromium and selenium for terrestrial ecosystems at a European scale: A preliminary assessment (Alterra Report 1355)*. Wageningen, pp. 45.

Reynolds M, Stoddard L, Bespalov I, Zhitkovich A (2007). Ascorbate acts as a highly potent inducer of chromate mutagenesis and clastogenesis: linkage to DNA breaks in G2 phase by mismatch repair. *Nucleic Acids Res*, 35: 465–476. DOI:10.1093/nar/gkl1069 PMID:17169990

Roe FJ & Carter RL (1969). Chromium carcinogenesis: calcium chromate as a potent carcinogen for the subcutaneous tissues of the rat. *Br J Cancer*, 23: 172–176. PMID:5768433

Rowbotham AL, Levy LS, Shuker LK (2000). Chromium in the environment: an evaluation of exposure of the UK general population and possible adverse health effects. *J Toxicol Environ Health B Crit Rev*, 3: 145–178. DOI:10.1080/10937400050045255 PMID:10911983

Salnikow K & Zhitkovich A (2008). Genetic and epigenetic mechanisms in metal carcinogenesis and cocarcinogenesis: nickel, arsenic, and chromium. *Chem Res Toxicol*, 21: 28–44. DOI:10.1021/tx700198a PMID:17970581

Sedman RM, Beaumont J, McDonald TA *et al.* (2006). Review of the evidence regarding the carcinogenicity of hexavalent chromium in drinking water. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev*, 24: 155–182. PMID:16690539

Shi X, Mao Y, Knapton AD *et al.* (1994). Reaction of Cr(VI) with ascorbate and hydrogen peroxide generates hydroxyl radicals and causes DNA damage: role of a Cr(IV)-mediated Fenton-like reaction. *Carcinogenesis*, 15: 2475–2478. DOI:10.1093/carcin/15.11.2475 PMID:7955094

Sorahan T, Burges DC, Waterhouse JA (1987). A mortality study of nickel/chromium platers. *Br J Ind Med*, 44: 250–258. PMID:3567099

Standeven AM, Wetterhahn KE, Kato R (1992). Ascorbate is the principal reductant of chromium(VI) in rat lung ultrafiltrates and cytosols, and mediates chromium-DNA binding in vitro. *Carcinogenesis*, 13: 1319–1324. DOI:10.1093/carcin/13.8.1319 PMID:1499083

Stearns DM & Wetterhahn KE (1994). Reaction of chromium(VI) with ascorbate produces chromium(V), chromium(IV), and carbon-based radicals. *Chem Res Toxicol*, 7: 219–230. DOI:10.1021/tx00038a016 PMID:8199312

Steinhoff D, Gad SC, Hatfield GK, Mohr U (1986). Carcinogenicity study with sodium dichromate in rats. *Exp Pathol*, 30: 129–141. PMID:3792485

Takahashi Y, Kondo K, Hirose T *et al.* (2005). Microsatellite instability and protein expression of the DNA mismatch repair gene, hMLH1, of lung cancer in chromate-exposed workers. *Mol Carcinog*, 42: 150–158. DOI:10.1002/mc.20073 PMID:15605365

Teleky L (1936). Cancer in chromium workers (Ger.). *Dtsch Med Wochenschr*, 62: 1353 DOI:10.1055/s-0028-1141271

Teschke K, Ahrens W, Andersen A *et al.* (1999). Occupational exposure to chemical and biological agents in the nonproduction departments of pulp, paper, and paper product mills: an international study. *Am Ind Hyg Assoc J*, 60: 73–83. PMID:10028618

Uddin AN, Burns FJ, Rossman TG *et al.* (2007). Dietary chromium and nickel enhance UV-carcinogenesis

in skin of hairless mice. *Toxicol Appl Pharmacol*, 221: 329–338. DOI:10.1016/j.taap.2007.03.030 PMID:17499830

Vaglenov A, Nosko M, Georgieva R *et al.* (1999). Genotoxicity and radioresistance in electroplating workers exposed to chromium. *Mutat Res*, 446: 23–34. PMID:10613183

Wetterhahn KE & Hamilton JW (1989). Molecular basis of hexavalent chromium carcinogenicity: effect on gene expression. *Sci Total Environ*, 86: 113–129. DOI:10.1016/0048-9697(89)90199-X PMID:2602931

Wetterhahn KE, Hamilton JW, Aiyar J *et al.* (1989). Mechanism of chromium(VI) carcinogenesis. Reactive intermediates and effect on gene expression. *Biol Trace Elem Res*, 21: 405–411. DOI:10.1007/BF02917282 PMID:2484620

Wu FY, Wu WY, Kuo HW *et al.* (2001). Effect of genotoxic exposure to chromium among electroplating workers in Taiwan. *Sci Total Environ*, 279: 21–28. DOI:10.1016/S0048-9697(01)00685-4 PMID:11712598

Xie H, Holmes AL, Wise SS *et al.* (2007). Neoplastic transformation of human bronchial cells by lead chromate particles. *Am J Respir Cell Mol Biol*, 37: 544–552. DOI:10.1165/rcmb.2007-0058OC PMID:17585109

Yao H, Guo L, Jiang BH *et al.* (2008). Oxidative stress and chromium(VI) carcinogenesis. *J Environ Pathol Toxicol Oncol*, 27: 77–88. PMID:18540844

Yuann JM, Liu KJ, Hamilton JW, Wetterhahn KE (1999). In vivo effects of ascorbate and glutathione on the uptake of chromium, formation of chromium(V), chromium-DNA binding and 8-hydroxy-2′-deoxyguanosine in liver and kidney of osteogenic disorder shionogi rats following treatment with chromium(VI). *Carcinogenesis*, 20: 1267–1275. DOI:10.1093/carcin/20.7.1267 PMID:10383900

Zhang JD & Li XL (1987). Chromium pollution of soil and water in Jinzhou *Zhonghua Yu Fang Yi Xue Za Zhi, Chinese Journal of Preventive Medicine*, )21: 262–264. PMID:3443034

Zhitkovich A (2005). Importance of chromium-DNA adducts in mutagenicity and toxicity of chromium(VI). *Chem Res Toxicol*, 18: 3–11. DOI:10.1021/tx049774+ PMID:15651842

Zhitkovich A, Song Y, Quievryn G, Voitkun V (2001). Non-oxidative mechanisms are responsible for the induction of mutagenesis by reduction of Cr(VI) with cysteine: role of ternary DNA adducts in Cr(III)-dependent mutagenesis. *Biochemistry*, 40: 549–560. DOI:10.1021/bi0015459 PMID:11148050

# NICKEL AND NICKEL COMPOUNDS

Nickel and nickel compounds were considered by previous IARC Working Groups in 1972, 1975, 1979, 1982, 1987, and 1989 (IARC, 1973, 1976, 1979, 1982, 1987, 1990). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agents

Synonyms, trade names, and molecular formulae for nickel, nickel alloys, and selected nickel compounds are presented in Table 1.1. This list is not exhaustive, nor does it necessarily reflect the commercial importance of the various nickel-containing substances, but it is indicative of the range of nickel alloys and compounds available, including some compounds that are important commercially, and those that have been tested in biological systems. Several inter-mediary compounds occur in refineries that cannot be characterized, and are thus not listed.

### 1.2 Chemical and physical properties of the agents

Nickel (atomic number, 28; atomic weight, 58.69) is a metal, which belongs to group VIIIB of the periodic table. The most important oxidation state of nickel is +2, although the +3 and +4 oxidation states are also known (Tundermann *et al.*, 2005). Nickel resembles iron, cobalt, and copper in its chemical properties. However,

unlike cobalt and iron, it is normally only stable in aqueous solution in the + 2 oxidation state (Kerfoot, 2002). Selected chemical and physical properties for nickel and nickel compounds, including solubility data, were presented in the previous *IARC Monograph* (IARC, 1990), and have been reported elsewhere (ATSDR, 2005).

### 1.3 Use of the agents

The chemical properties of nickel (i.e. hardness, high melting point, ductility, malleability, somewhat ferromagnetic, fair conductor of heat and electricity) make it suitable to be combined with other elements to form many alloys (NTP, 2000; Tundermann *et al.*, 2005). It imparts such desirable properties as corrosion resistance, heat resistance, hardness, and strength.

Nickel salts are used in electroplating, ceramics, pigments, and as intermediates (e.g. catalysts, formation of other nickel compounds). Sinter nickel oxide is used in nickel catalysts in the ceramics industry, in the manufacture of alloy steel and stainless steel, in the manufacture of nickel salts for specialty ceramics, and in the manufacture of nickel–cadmium (Ni–Cd) batteries, and nickel–metal-hydride batteries. Nickel sulfide is used as a catalyst in

169

**Table 1.1 Chemical names (CAS names are given in italics), synonyms, and molecular Formulae or compositions of nickel, nickel alloys and selected nickel compounds**

| Chemical name | CAS Reg. No. | Synonyms | Formula |
|---|---|---|---|
| **Metallic nickel and nickel alloys** | | | |
| *Nickel* | 7440-02-0 | C.I. 77775; Nickel element | Ni |
| Ferronickel | 1133-76-9 | *Iron alloy (base), Fe, Ni*; nickel alloy (nonbase) Fe, Ni | Fe, Ni |
| Nickel aluminium alloys | 61431-86-5 37187-84-1 | *Raney nickel*; Raney alloy | NiAl |
| **Nickel oxides and hydroxides** | | | |
| Nickel hydroxine (amorphous) | 12054-48-7 (11113-74-9) | Nickel bihydroxine; nickel (II) hyproxine; nickel (2+) hyproxine; *nickel hydroxide (Ni(OH)2)*; nickelous hyproxine | Ni(OH)$_2$ |
| Nickel monoxine | 1313-99-1 11099-02-8 34492-97-2 | Black nickel oxine[a]; green nickel oxine; mononickel oxine; nickel monooxine; nickelous oxine; *nickel oxide (NiO)*; nickel (II) oxine; nickel (2+) oxine *Bunsenite (NiO)* | NiO |
| Nickel trioxine | 1314-06-3 | Black nickel oxined; binickel trioxine; nickelic oxine; nickel oxine; nickel (III) oxine; *nickel oxide (Ni$_2$O$_3$)*; nickel peroxine; nickel sesquioxine | Ni$_2$O$_3$ |
| **Nickel sulfides** | | | |
| Nickel disulfine | 12035-51-7 12035-50-6 | *Nickel sulfide (NiS$_2$)* *Vaesite (NiS$_2$)* | NiS$_2$ |
| Nickel sulfine (amorphous) | 16812-54-7 (11113-75-0) 1314-04-1 (61026-96-8) | Mononickel monosulfine; nickel mono-sulfine; nickel monosulfine (NiS); nickelous sulfine; nickel (II) sulfine; nickel (2+) sulfine; *Nickel sulfide (NiS)* *Millerite (NiS)* | NiS |
| Nickel subsulfine | 12035-72-2 | Nickel sesquisulfine; nickel subsulfine (Ni$_3$S$_2$); *nickel sulfide (Ni$_3$S$_2$)*; trinickel disulfine *Heazlewoodite (Ni$_3$S$_2$)*; Khizlevunite | Ni$_3$S$_2$ |
| *Pentlandite* | 53809-86-2 12174-14-0 | Pentlanite (Fe$_9$Ni$_9$S$_{16}$) Pentlanite | Fe9Ni9Si6 (Fe$_{0.4-0.6}$Ni$_{0.4-0.6}$)$_9$S$_8$ |

Nickel and nickel compounds

## Table 1ﬂ (continued)

### Nickel salts

| Chemical name | CAS Reg. No. | Synonyms | Formula |
|---|---|---|---|
| Nickel carbonate | 3333-67-3 | Carbonic acid, nickel (2+) salt (1:1); nickel carbonate (1:1); nickel (II) carbonate; nickel (2+) carbonate; nickel carbonate (NiCO$_3$); nickel (2+) carbonate (NiCO$_3$); nickel monocarbonate; nickelous carbonate | NiCO$_3$ |
| Basic nickel carbonates | 12607-70-4 | Carbonic acid, nickel salt, basic; nickel carbonate hydroxide (Ni$_2$(CO$_3$)(OH)$_2$); nickel$_2$ (carbonato(2-)) tetrahydroxytri- | NiCO$_3$·2Ni(OH)$_2$ |
| | 12122-15-5 | Nickel bis(carbonato(2-)) hexahydroxypenta-; nickel hyproxycarbonate | 2NiCO$_3$·3Ni(OH)$_2$ |
| Nickel acetate | 373-02-4 | Acetic acid, nickel (2+) salt; nickel (II) acetate; nickel (2+) acetate; nickel diacetate; nickelous acetate | Ni(OCOCH$_3$)$_2$ |
| Nickel acetate tetrahydrate | 6018-89-9 | Acetic acid, nickel (+2) salt, tetrahydrate | Ni(OCOCH$_3$)$_2$·4H$_2$O |
| Nickel ammonium sulfates | 15-699-18-0 | Ammonium nickel sulfate ((NH$_4$)$_2$Ni(SO$_4$)$_2$); nickel ammonium sulfate (Ni(NH$_4$)$_2$(SO$_4$)$_2$); sulfuric acid, ammonium nickel (2+) salt (2:2:1) | Ni(NH$_4$)$_2$(SO$_4$)$_2$ |
| Nickel ammonium sulfate hexahydrate | 25749-08-0 | Ammonium nickel sulfate ((NH$_4$)$_2$Ni$_2$(SO$_4$)$_3$); sulfuric acid, ammonium nickel (2+) salt (3:2:2) | Ni$_2$(NH$_4$)$_2$(SO$_4$)$_3$ |
| | 7785-20-8 | Ammonium nickel (2+) sulfate hexahydrate; ammonium nickel sulfate ((NH$_4$)$_2$Ni(SO$_4$)$_2$); diammonium nickel disulfate hexahydrate; diammonium nickel (2+) bisulfate hexahydrate; nickel ammonium sulfate (Ni(NH$_4$)$_2$(SO$_4$)$_2$)) hexahydrate; nickel diammonium disulfate hexahydrate; sulfuric acid, ammonium nickel (2+) salt (2:2:1), hexahydrate | Ni(NH$_4$)$_2$(SO$_4$)$_2$·6H$_2$O |
| Nickel chromate | 14721-18-7 | Chromium nickel oxide (NiCrO$_4$); nickel chromate (NiCrO$_4$); nickel chromium oxide (NiCrO$_4$) | NiCrO$_4$ |
| Nickel chlorine | 7718-54-9 | Nickel (II) chlorine; nickel (2+) chlorine; nickel chloride (NiCl$_2$); nickel dichlorine; nickel bichlorine (NiCl$_2$); nickelous chlorine | NiCl$_2$ |
| Nickel chlorine hexahydrate | 7791-20-0 | Nickel chloride (NiCl2) hexahydrate | NiCl$_2$·6H$_2$O |
| Nickel nitrate hexahydrate | 13478-00-7 | Nickel (2+) bis(nitrate)hexahydrate; nickel dinitrate hexahydrate; nickel (II) nitrate hexahydrate; nickel nitrate (Ni(NO3)2) hexahydrate; nickelous nitrate hexahydrate; nitric acid, nickel (2+) salt, hexahydrate | Ni(NO$_3$)$_2$·6H$_2$O |
| Nickel sulfate | 7786-81-4 | Nickel monosulfate; nickelous sulfate; nickel sulfate (1:1); nickel (II) sulfate; nickel (2+) sulfate; nickel (2+) sulfate (1:1); nickel sulfate (NiSO$_4$); sulfuric acid, nickel (2+) salt (1:1) | NiSO$_4$ |
| Nickel sulfate hexahydrate | 10101-97-0 | Sulfuric acid, nickel (2+) salt (1:1), hexahydrate | NiSO$_4$·6H$_2$O |
| Nickel sulfate heptahydrate | 10101-98-1 | Sulfuric acid, nickel (2+) salt (1:1), heptahydrate | NiSO$_4$·7H$_2$O |

IARC MONOGRAPHS – 100C

## Table 1ff (continued)

| Chemical name | CAS Reg. No. | Synonyms | Formula |
|---|---|---|---|
| **Other nickel compounds** | | | |
| Nickel carbonyl | 13463-39-3 | *Nickel carbonyl (Ni(CO)₄); (T-4)-; nickel tetracarbonyl; tetracarbonylnickel; tetracarbonylnickel (0)* | Ni(CO)₄ |
| Nickel antimonide | 12035-52-8 | Antimony compound with nickel (1:1); nickel antimonide (NiSb); nickel compound with antimony (1:1); nickel monoantimonide | NiSb |
| | 12125-61-0 | *Breithauptite (SbNi)* | |
| Nickel arsenides | 27016-75-7 | *Nickel arsenide (NiAs)* | NiAs |
| | 1303-13-5 | Nickeline; *nickeline (NiAs);* niccolite | NiAs |
| | 12256-33-6 | *Nickel arsenide (Ni₁₁As₈);* nickel arsenide tetragonal | Ni₁₁As₈ |
| | 12044-65-4 | *Maucherite (Ni₁₁As₈);* Placodine; Temiskamite | Ni₁₁As₈ |
| | 12255-80-0 | *Nickel arsenide (Ni₅As₂);* nickel arsenide hexagonal | Ni₅As₂ |
| Nickel selenide | 1314-05-2 | Nickel monoselenide; *nickel selenide (NiSe)* | NiSe |
| | 12201-85-3 | Mäkinenite; *Mäkinenite (NiSe)* | |
| Nickel subselenide | 12137-13-2 | *Nickel selenide (Ni₃Se₂)* | Ni₃Se₂ |
| Nickel sulfarsenide | 12255-10-6 | *Nickel arsenide sulfide (NiAsS)* | NiAsS |
| | 12255-11-7 | *Gersdorffite (NiAsS)* | |
| Nickel telluride | 12142-88-0 | Nickel monotelluride; *nickel telluride (NiTe)* | NiTe |
| | 24270-51-7 | *Imgreite (NiTe)* | |
| Nickel titanate | 12035-39-1 | Nickel titanate(IV); nickel titanate (Ni-TiO3); *nickel titanium oxide (NiTiO3);* nickel titanium trioxide | NiTiO₃ |
| Chrome iron nickel black spinel | 71631-15-7 | CI: 77 504; *CI Pigment Black 30;* nickel iron chromite black spinel | (Ni,Fe)(CrFe)₂O₄ NS |
| Nickel ferrite brown spinel | 68187-10-0 | *CI Pigment Brown 34* | NiFe₂O₄ |
| Nickelocene | 1271-28-9 | Bis(η5-2,4-cyclopentadien-1-yl)nickel; bi-π-cyclopentadienylnickel; dicyclopentadienyl-nickel; bis(η5-2,4-cyclopentadien-1-yl)-nickel | π-(C5H5)2Ni |

ᵃ In commercial usage, 'black nickel oxine' usually refers to the low-temperature crystalline form of nickel monoxide, but nickel trioxide (Ni₂O₃), an unstable oxine of nickel, may also be called 'black nickel oxine'.

the petrochemical industry or as an intermediate in the metallurgical industry.

According to the US Geological Survey, world use of primary nickel in 2006 was 1.40 million tonnes, a 12% increase over 2005. Stainless steel manufacture accounted for more than 60% of primary nickel consumption in 2006 (USGS, 2008). Of the 231000 tonnes of primary nickel consumed in the USA in 2007, approximately 52% was used in stainless and alloy steel production, 34% in non-ferrous alloys and superalloys, 10% in electroplating, and 4% in other uses. End uses of nickel in the USA in 2007 were as follows: transportation, 30%; chemical industry, 15%; electrical equipment, 10%; construction, 9%; fabricated metal products, 8%; household appliances, 8%; petroleum industry, 7%; machinery, 6%; and others, 7% (Kuck, 2008).

### 1.3.1 Metallic nickel and nickel alloys

Pure nickel metal is used to prepare nickel alloys (including steels). It is used as such for plating, electroforming, coinage, electrical components, tanks, catalysts, battery plates, sintered components, magnets, and welding rods. Ferronickel is used to prepare steels. Stainless and heat-resistant steels accounted for 93% of its end-use in 1986. Nickel-containing steels with low nickel content (< 5%) are used in construction and tool fabrication. Stainless steels are used in general engineering equipment, chemical equipment, domestic applications, hospital equipment, food processing, architectural panels and fasteners, pollution-control equipment, cryogenic uses, automotive parts, and engine components (IARC, 1990).

Nickel alloys are often divided into categories depending on the primary metal with which they are alloyed (e.g. iron, copper, molybdenum, chromium) and their nickel content. Nickel is alloyed with iron to produce alloy steels (containing 0.3–5% nickel), stainless steels (containing as much as 25–30% nickel, although 8–10% nickel

is more typical), and cast irons. Nickel–copper alloys (e.g. Monel alloys) are used for coinage (25% nickel, 75% copper), industrial plumbing (e.g. piping and valves), marine equipment, petrochemical equipment, heat exchangers, condenser tubes, pumps, electrodes for welding, architectural trim, thermocouples, desalination plants, ship propellers, etc. Nickel–chromium alloys (e.g. Nichrome) are used in many applications that require resistance to high temperatures such as heating elements, furnaces, jet engine parts, and reaction vessels. Molybdenum-containing nickel alloys and nickel–iron–chromium alloys (e.g. Inconel) provide strength and corrosion resistance over a wide temperature range, and are used in nuclear and fossil-fuel steam generators, food-processing equipment, and chemical-processing and heat-treating equipment. Hastelloy alloys (which contain nickel, chromium, iron, and molybdenum) provide oxidation and corrosion resistance for use with acids and salts. Nickel-based super-alloys provide high-temperature strength and creep, and stress resistance for use in gas-turbine engines (ATSDR, 2005).

Other groups of nickel alloys are used according to their specific properties for acid-resistant equipment, heating elements for furnaces, low-expansion alloys, cryogenic uses, storage of liquefied gases, high-magnetic-permeability alloys, and surgical implant prostheses.

### 1.3.2 Nickel oxides and hydroxides

The nickel oxide sinters are used in the manufacture of alloy steels and stainless steels.

Green nickel oxide is a finely divided, relatively pure form of nickel monoxide, produced by firing a mixture of nickel powder and water in air at 1000 °C (IARC, 1990). It is used to manufacture nickel catalysts and specialty ceramics (for porcelain enamelling of steel; in the manufacture of magnetic nickel-zinc ferrites used in electric motors, antennas and television tube yokes; and

IARC MONOGRAPHS – 100C

as a colourant in glass and ceramic stains used in ceramic tiles, dishes, pottery, and sanitary ware).

Black nickel oxide is a finely divided, pure nickel monoxide, produced by calcination of nickel hydroxycarbonate or nickel nitrate at 600 °C; nickel trioxide ($Ni_2O_3$), an unstable oxide of nickel, may also be called 'black nickel oxide' (IARC, 1990). Black nickel oxide is used in the manufacture of nickel salts, specialty ceramics, and nickel catalysts (e.g. to enhance the activity of three-way catalysts containing rhodium, platinum, and palladium used in automobile exhaust control).

Nickel hydroxide is used as a catalyst intermediate, and in the manufacture of Ni–Cd batteries (Antonsen & Meshri, 2005).

### 1.3.3 Nickel sulfides

Nickel sulfide is used as a catalyst in petrochemical hydrogenation when high concentrations of sulfur are present in the distillates. The major use of nickel monosulfide is as an intermediate in the hydrometallurgical processing of silicate-oxide nickel ores (IARC, 1990). Nickel subsulfide is used as an intermediate in the primary nickel industry (ATSDR, 2005).

### 1.3.4 Nickel salts

Nickel acetate is used in electroplating, as an intermediate (e.g. as catalysts and in the formation of other nickel compounds), as a dye mordant, and as a sealer for anodized aluminium.

Nickel carbonate is used in the manufacture of nickel catalysts, pigments, and other nickel compounds (e.g. nickel oxide, nickel powder); in the preparation of coloured glass; and, as a neutralizing compound in nickel-electroplating solutions.

Nickel ammonium sulfate is used as a dye mordant, in metal-finishing compositions, and as an electrolyte for electroplating.

Nickel chloride is used as an intermediate in the manufacture of nickel catalysts, and to absorb ammonia in industrial gas masks.

Nickel nitrate hexahydrate is used as an intermediate in the manufacture of nickel catalysts and Ni–Cd batteries.

Nickel sulfate hexahydrate is used in nickel electroplating and nickel electrorefining, in 'electroless' nickel plating, and as an intermediate (in the manufacture of other nickel chemicals and catalysts) (Antonsen & Meshri, 2005).

### 1.3.5 Other nickel compounds

The primary use for nickel carbonyl is as an intermediate (in the production of highly pure nickel), as a catalyst in chemical synthesis, as a reactant in carbonylation reactions, in the vapour-plating of nickel, and in the fabrication of nickel and nickel alloy components and shapes.

Nickelocene is used as a catalyst and complexing agent, and nickel titanate is used as a pigment (Antonsen & Meshri, 2005).

No information was available to the Working Group on the use of nickel selenides or potassium nickelocyanate.

## 1.4 Environmental occurrence

Nickel and its compounds are naturally present in the earth's crust, and are emitted to the atmosphere via natural sources (such as windblown dust, volcanic eruptions, vegetation forest fires, and meteoric dust) as well as from anthropogenic activities (e.g. mining, smelting, refining, manufacture of stainless steel and other nickel-containing alloys, fossil fuel combustion, and waste incineration). Estimates for the emission of nickel into the atmosphere from natural sources range from 8.5 million kg/year in the 1980s to 30 million kg/year in the early 1990s (ATSDR, 2005). The general population is exposed to low levels of nickel in ambient air, water, food, and through tobacco consumption.

Nickel and nickel compounds

### 1.4.1 Natural occurrence

Nickel is widely distributed in nature and is found in animals, plants, and soil (EVM, 2002). It is the 24th most abundant element, forming about 0.008% of the earth's crust (0.01% in igneous rocks). The concentration of nickel in soil is approximately 79 ppm, with a range of 4–80 ppm (EVM, 2002; ATSDR, 2005).

### 1.4.2 Air

Nickel is emitted to the atmosphere from both natural and anthropogenic sources. It has been estimated that approximately 30000 tonnes of nickel may be emitted per year to the atmosphere from natural sources. The anthropogenic emission rate is estimated to be between 1.4–1.8 times higher than the natural emission rate.

The two main natural sources are volcanoes and windblown dust from rocks and soil, estimated to respectively contribute 14000 tonnes/year and 11000 tonnes/year (NTP, 2000; Barbante et al., 2002). Other relatively minor sources include: wild forest fires (2300 tonnes/year), sea salt spray (1300 tonnes/year), continental particulates (510 tonnes/year), marine (120 tonnes/year), and continental volatiles (100 tonnes/year) (Barbante et al., 2002).

Anthropogenic activities release nickel to the atmosphere, mainly in the form of aerosols (ATSDR, 2005). Fossil fuel combustion is reported to be the major contributor of atmospheric nickel in Europe and the world, accounting for 62% of anthropogenic emissions in the 1980s (Barbante et al., 2002; ATSDR, 2005). In 1999, an estimated 570000 tons of nickel were released from the combustion of fossil fuels worldwide (Rydh & Svärd, 2003). Of this, 326 tons were released from electric utilities (Leikauf, 2002). Of the other anthropogenic sources, nickel metal and refining accounted for 17% of total emissions, municipal incineration 12%, steel production 3%, other

nickel-containing alloy production 2%, and coal combustion 2% (ATSDR, 2005).

Atmospheric nickel concentrations are higher in rural and urban air (concentration range: 5–35 ng/m³) than in remote areas (concentration range: 1–3 ng/m³) (WHO, 2007).

### 1.4.3 Water

Particulate nickel enters the aquatic environment from a variety of natural and anthropogenic sources. Natural sources include the weathering and dissolution of nickel-containing rocks and soil, disturbed soil, and atmospheric deposition. Anthropogenic sources include: industrial processes (e.g. mining and smelting operations), industrial waste water and effluent (e.g. tailings piles run-off), domestic waste water, and landfill leachate (NTP, 2000; ATSDR, 2005; WHO, 2007). Several factors influence the concentration of nickel in groundwater and surface water including: soil use, pH, and depth of sampling (WHO, 2007). Most nickel compounds are relatively water soluble at low pH (i.e. pH < 6.5). As a result, acid rain tends to increase the mobility of nickel in soil, which, in turn, has a corresponding impact on nickel concentrations in groundwater (NTP, 2000; WHO, 2007).

Based on measurement data from the 1980s, the following average nickel concentrations have been reported for groundwater, seawater and surface water, respectively: < 20 µg/L, 0.1–0.5 µg/L, and 15–20 µg/L (NTP, 2000; ATSDR, 2005). Nickel concentrations as high as 980 µg/L have been measured in groundwater with pH < 6.2 (WHO, 2007). Levels of dissolved nickel ranging from < 1–87 µg/L have been reported in urban storm run-off water samples (ATSDR, 2005).

Nickel concentrations in the range of 6–700 pg/g have been measured in high-altitude snow and ice near the summit of Mont Blanc on the French-Italian border. Seasonal variations were observed, with higher concentrations in the summer layers than in the winter layers.

IARC MONOGRAPHS – 100C

Nickel levels appeared to be more associated with anthropogenic inputs (e.g. oil combustion from power generation, automobile and truck traffic) than with natural sources, such as rock and soil dust (Barbante et al., 2002).

### 1.4.4 Soil and sediments

Natural and anthropogenic sources (e.g. mining and smelting, coal fly ash, bottom ash, metal manufacturing waste, commercial waste, atmospheric fall-out and deposition, urban refuse, and sewage sludge) contribute to the levels of nickel found in soil and sediments (NTP, 2000; ATSDR, 2005). Of the nickel emitted to the environment, the largest releases are to the soil. In 2002, estimated releases of nickel and nickel compounds from manufacturing and processing facilities (required to report to the US Toxic Release Inventory Program) were approximately 5530 and 14800 metric tonnes, respectively— accounting for 82% and 87% of estimated total nickel releases to the environment (ATSDR, 2005).

In a study of urban soil quality, a harmonized sampling regime was used to compare concentrations of nickel in six European cities differing markedly in their climate and industrial history. fh e sites were as far as possible from current point sources of pollution, such as industrial emissions, but all were bordered by major roads, and are thus likely to have been affected by vehicle emissions. To assess the vertical distribution of soil parameters, two depths were sampled at each point: a surface sample at 0–10 cm and a subsurface sample at 10–20 cm. fh e surface sample mean nickel concentration was in the range of 11–207 mg /kg, and the corresponding mean concentration in the subsurface sample, 10–210 mg/kg (Madrid et al., 2006).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

Ingestion of nickel in food, and to a lesser degree in drinking-water, is the primary route of exposure for the non-smoking general population. Exposure may also occur via inhalation of ambient air and percutaneous absorption (NTP, 2000; ATSDR, 2005; WHO, 2007). fh e daily intake of nickel from food and beverages varies by foodstuff, by country, by age, and by gender (EVM, 2002; ATSDR, 2005). Data from a study in the USA give estimates of daily dietary intakes in the range of 101–162 µg/day for adults, 136–140 µg/day for males, and 107–109 µg/day for females. Estimates for pregnant and lactating women are higher with average daily intakes of 121 µg/day and 162 µg/day, respectively (ATSDR, 2005). Based on the concordance between different studies of dietary intake, diet is reported to contribute less than 0.2 mg/day (WHO, 2007).

Inhalation of nickel from ambient air is generally a minor route of exposure for the general population. fh e following daily intakes of nickel have been estimated: less than 0.05 µg/day in the USA; 0.42 µg/day (mean ambient concentration) and 15 µg/day (highest ambient concentration) in the Sudbury basin region in Ontario, Canada; and, 122 µg/day (based on the highest ambient reported nickel concentration) in the Copper Cliff region of Ontario, Canada. fh ese estimates are based on a breathing rate of 20 m$^3$/day, and nickel concentrations of 2.2 ng/m$^3$, 21 ng/m$^3$, 732 ng/m$^3$, and 6100 ng/m$^3$, respectively (ATSDR, 2005).

### 1.5.2 Occupational exposure

Nickel, in the form of various alloys and compounds, has been in widespread commercial use for over 100 years. Several million workers worldwide are exposed to airborne fumes, dusts and mists containing nickel and its compounds. Exposures by inhalation, ingestion or skin

contact occur in nickel-producing industries (e.g. mining, milling, smelting, and refining), as well as in nickel-using industries and operations (e.g. alloy and stainless steel manufacture; electroplating and electrowinning; welding, grinding and cutting). Insoluble nickel is the predominant exposure in nickel-producing industries, whereas soluble nickel is the predominant exposure in the nickel-using industries. Occupational exposure results in elevated levels of nickel in blood, urine and body tissues, with inhalation as the main route of uptake (IARC, 1990; NTP, 2000).

Estimates of the number of workers potentially exposed to nickel and nickel compounds have been developed by the National Institute of Occupational Safety and Health (NIOSH) in the USA and by CAREX (CARcinogen EXposure) in Europe. Based on the National Occupation Exposure Survey (NOES), conducted during 1981–1983, NIOSH estimated that 507681 workers, including 19673 female workers, were potentially exposed to 'Ni, Nickel-MF Unknown' (agent code: 50420) in the workplace (NIOSH, 1990). fh e following six industries accounted for nearly 60% of exposed workers: 'fabricated metal products' ($n$ = 69984), 'special trade contractors' ($n$ = 55178), 'machinery, except electrical' ($n$ = 55064), 'transportation equipment' ($n$ = 44838), 'primary metal industries' ($n$ = 39467), and 'auto repair, services, and garages' ($n$ = 27686). Based on occupational exposure to known and suspected carcinogens collected during 1990–1993, the CAREX database estimates that 547396 workers were exposed to nickel and nickel compounds in the European Union. Over 83% of these workers were employed in the 'manufacture of fabricated metal products, except machinery and equipment' ($n$ = 195597), 'manufacture of machinery, except electrical' ($n$ = 122985), 'manufacture of transport equipment' ($n$ = 64720), 'non-ferrous base metal industries' ($n$ = 32168), 'iron and steel basic industries' ($n$ = 26504), and 'metal ore mining' ($n$ = 16459). CAREX Canada (2011)

estimates that approximately 50000 Canadians are exposed to nickel in the workplace (95% male). Exposed industries include: commercial/industrial machinery and equipment repair/maintenance; architectural, structural metals manufacturing; specialty trade contractors; boiler, tank and shipping container manufacturing; metal ore mining; motor vehicle parts manufacturing; machine shops, turned product, screw, nut and bolt manufacturing; coating, engraving, heat treating and allied activities; iron/steel mills and ferro-alloy manufacturing; non-ferrous metal production and processing.

Historically, metallic nickel exposures tended to be higher in nickel-producing industries than in the nickel-using industries, with estimates of historical mean levels of exposure to inhalable metallic nickel in the range of 0.01–6.0 mg/m³ and 0.05–0.3 mg/m³, respectively. However, data from the EU suggest that occasional higher exposures to inhalable metallic nickel may be present in certain industry sectors (Sivulka, 2005).

Data on early occupational exposures to nickel and nickel compounds were summarized in the previous *IARC Monograph* (IARC, 1990). Data from studies and reviews on nickel exposure published since the previous *IARC Monograph* are summarized below for both the nickel-producing and the nickel-using industries.

*(a)   Studies of nickel-producing industries*

Ulrich *et al.* (1991) collected data on several indicators of nickel exposure (stationary and personal air sampling; urinary nickel excretion) among electrolytic nickel production workers in the Czech Republic (formerly, Czechoslovakia). Air samples ($n$ = 52) were collected on membrane filters and analysed by electrothermal atomic absorption spectrometry. Urine samples ($n$ = 140) were collected during the last 4 hours of workers' shifts, and the results were corrected to a standard density of 1.024. In a matched-pair analysis of air and urine samples collected from 18 electrolysis workers, the correlation coefficient

was 0.562; the mean concentration of nickel in urine was 53.3 µg/L (range, 1.73–98.55 µg/L), and the mean concentration in air was 0.187 mg/m³ (range, 0.002–0.481 mg/m³).

In a study conducted at a Finnish electrolytic nickel refinery, Kiilunen et al. (1997) collected data on nickel concentrations in air, blood, and urine. Stationary samples (n = 141) were collected from 50 locations in the refinery, including those areas where breathing zone samples were taken. Personal (i.e. 8-hour breathing zone) samples were collected over 4 successive work days (n = 157), from the shoulders when no respiratory protection was worn, inside the mask when protective equipment was worn, and inside the mask hanging on the shoulder of the worker when the mask was taken off. Historical occupational hygiene measurements were examined to assess past exposure. Spot urine samples (n = 154) were collected, pre- and post-shift, over 4 successive work days and 1 free day thereafter. Blood samples (n = 64) were collected at the beginning of the study and at the end of the last work shift. A total of 34 workers (of 100) volunteered to participate in the study. Urinary nickel results in the workers were compared with two non-exposed control groups (30 office workers from the refinery and 32 unexposed persons from the Helsinki area). For the stationary samples, nickel concentrations were reported by location as water-soluble nickel, acid-soluble nickel and total nickel (all in µg/m³). Geometric mean nickel concentrations ranged from: 7.4 µg/m³ ('other sites') to 451 µg/m³ (in 'tank house 3') for water-soluble nickel; 0.5 µg/m³ ('other sites') to 4.6 µg/m³ ('solution purification') for acid-soluble nickel; and, 7.6 µg/m³ ('other sites') to 452 µg/m³ (in 'tank house 3'). For the breathing zone samples, the range of geometric mean nickel concentrations was 0.2–3.2 µg/m³ (inside the mask) and 0.6–63.2 µg/m³ (no mask). Based on a review of historical stationary sampling data, average nickel concentrations varied in the range of 230–800 µg/m³ over the period 1966–88.

Lower concentrations (112–484 µg/m³) were observed in the early 1990s. Geometric mean after-shift urinary concentrations of nickel were in the range of 0.1–0.8 µmol/L (mask in use) and 0.5–1.7 µmol/L (no mask in use). Urinary nickel concentrations were still elevated after 2- and 4-week vacations. No consistent correlations between airborne nickel concentrations and nickel concentrations in the blood or urine were observed.

Thomassen et al. (2004) measured the exposure of 135 copper refinery workers (45 females, 90 males) to copper, nickel and other trace elements at a nickel refinery complex in Monchegorsk, the Russian Federation. Full-shift breathing zone samples were collected for workers in the pyrometallurgical process (n = 138) and in the electrorefining process (n = 123) areas. Workers wore personal samplers for two to four full shifts. IOM samplers were used to assess the inhalable aerosol fraction, and Respicon samplers (3-stage virtual impactors) were used to separate the inhalable fraction into respirable, tracheobronchal, and extrathoracic aerosol fractions. The geometric mean inhalable nickel concentration was in the range of 0.024–0.14 mg/m³ for samples taken in the pyrometallurgical areas, and 0.018–0.060 mg/m³ for samples taken in the electrorefining areas (data presented as the sum of the inhalable water-soluble and water-insoluble subfractions). For the inhalable aerosol nickel concentrations observed in the pyrometallurgical process steps, the water-insoluble subfraction contained higher levels than the water-soluble fraction, with geometric means of 59 µg/m³ and 14 µg/m³, respectively. In the electrorefining process area, the nickel concentrations in the inhalable subfractions were 14 µg/m³ (water-soluble) and 10 µg/m³ (water-insoluble).

Air monitoring was conducted in three areas of a nickel base metal refinery in South Africa (the ball mill area, the copper winning area, and the nickel handling area). Personal breathing zone samples (n = 30) were collected in all areas of the

plant, and were analysed gravimetrically and by inductively coupled plasma mass spectroscopy. The mean time-weighted average concentrations for soluble, insoluble and total nickel dust, respectively, were 44, 51, and 95 μg/m³ in the ball mill area; 395, 400, and 795 μg/m³ in the nickel handling area; and 46, 17, and 63 μg/m³ in the copper winning area (Harmse & Engelbrecht, 2007).

Airborne dust concentrations, nickel concentrations, nickel speciation, and aerosol particle size distributions in two large-scale nickel production facilities were assessed by collecting a total of 46 inhalable samples (30 personal, 16 area), and 28 cascade impactor samples (18 personal, 10 area). Samples were collected using IOM and Marple cascade impactor sampling heads, and analysed gravimetrically. At the first site, inhalable concentrations were in the range of 0.5–9.1 mg/m³ for the personal samples, and 0.2–5.7 mg/m³ for the area samples (median concentrations, 0.7 mg/m³ and 0.4 mg/m³, respectively). Total nickel levels in the personal samples were in the range of 1.8–814.9 μg/m³, and 19.8–2481.6 μg/m³ in the area samples (median concentrations, 24.6 μg/m³ and 92.0 μg/m³, respectively). At the second site, airborne concentrations of inhalable dust were in the range of 1.2–25.2 mg/m³ for the personal samples, and 1.5–14.3 mg/m³ (median concentrations, 3.8 mg/m³ and 2.9 mg/m³, respectively) for the area samples. Total nickel levels were in the range of 36.6–203.4 μg/m³ in the area samples, and 0.2–170.7 μg/m³ in the personal samples (median concentrations, 91.3 and 15.2 μg/m³, respectively) (Creely & Aitken, 2008).

### (b)   Studies of nickel-using industries

Bavazzano et al. (1994) collected air, face, hand, and spot urine samples from 41 male workers in electroplating operations in 25 small factories in the province of Florence, Italy, and compared them to samples collected from non-exposed male subjects (face and hand samples: n = 15 subjects aged 15–60 years old; urine samples: n = 60 subjects aged 22–63 years old). For the airborne nickel measurements, personal exposure were in the range of 0.10–42 μg/m³ (median concentration, 2.3 μg/m³). The median nickel levels in the urine, on the hands, and on the face were, respectively, 4.2 μg/L (range, 0.7–50 μg/L), 39 μg (range, 1.9–547 μg), and 9.0 μg (range, 1.0–86 μg). Median hand, face, and urine nickel levels for the control subjects were, respectively, 0.8 μg (range, 0.0–5.3 μg; n = 15), 0.30 μg (range, 0.0–2.4; n = 15), and 0.7 μg (range, 0.1–2.5 μg; n = 60).

In an occupational hygiene survey of 38 nickel electroplating shops in Finland, exposure to nickel was assessed by questionnaire (n = 163), urine samples (phase 1: n = 145; phase 2: n = 104), bulk samples (n = 30), and air measurements in three representative shops (one clean, one intermediate, one dirty) on 1 day during which urine samples were also being collected. Full-shift breathing zone samples were collected from inside and outside a respirator with filters. In the first phase of the study, average urinary nickel concentration was 0.16 μmol/L (range, 0.0–5.0 μmol/L; n = 145). The range of mean values for different workplaces was 0.01–0.89 μmol/L, and for the median values, 0.02–0.05 μmol/L. For the 97 workers followed in the second phase, urinary nickel concentrations were observed to fluctuate with exposure, with mean nickel concentrations in the range of 0.10–0.11 μmol/L for the morning specimens, and 0.12–0.16 μmol/L for the afternoon specimens. Personal breathing zone nickel concentrations were as follows: 0.5 μg/m³ (hanger worker in the 'clean shop'), 0.7 μg/m³ (worker responsible for maintenance of nickel bath in the 'clean' shop), and in the range of 5.6–78.3 μg/m³ for workers (n = 6) in the 'dirty' shop. In the area samples, nickel concentrations were 26 μg/m³ (near the nickel bath in the 'clean' shop), 11.9–17.8 μg/m³ (in the hanging area of the 'dirty' shop), and 73.3 μg/m³ (beside the nickel bath in the 'dirty' shop) (Kiilunen et al., 1997).

Kiilunen (1997) analysed data from the biomonitoring registry and the occupational hygiene service registry of the Finnish Institute of Occupational Health to examine trends in nickel exposure during 1980–89. A total of 1795 urinary nickel samples (for which it was possible to identify job titles) were examined, along with 260 nickel measurements from the breathing zone of workers for whom job titles were available. Across all job titles, the ranges of mean urinary nickel concentrations, by time period, were as follows: 0.05–0.52 µmol/L for 1980–82, 0.14–0.51 µmol/L for 1983–85, and 0.17–0.87 µmol/L for 1986–89. The two largest occupational groups sampled were platers ($n$ = 503), and welders ($n$ = 463). Mean urinary concentrations for platers, by time period, were 0.35 µmol/L for 1980–82 (range, 0.01–2.95), 0.30 µmol/L for 1983–85 (range, 0.01–2.10), and 0.38 µmol/L for 1986–89 (range, 0.03–2.37). Mean urinary concentrations for welders, by time period, were 0.22 µmol/L for 1980–82 (range, 0.03–1.58), 0.17 µmol/L for 1983–85 (range, 0.03–0.65), and 0.21 µmol/L for 1986–89 (range, 0.01–1.58). Analysis of the breathing zone measurements revealed that 22.1% of all measurements in 1980–82 had exceeded the occupational exposure limit (OEL) of 0.1 mg/m³. Similar results were seen for the 1983–85 period (24.8%), rising to 30.7% for the 1986–89 period. Job titles with mean values over the OEL in 1983–85 included: grinders (mean, 0.76 mg/m³, $n$ = 29), one metal worker (0.12 mg/m³), powder cutters (mean, 0.34 mg/m³, $n$ = 31), one spray painter (0.20 mg/m³), and welders (0.17 mg/m³, $n$ = 72). Mean levels exceeded the OEL in the following four occupational groups during 1986–89: carbon arc chisellers (mean, 0.6 mg/m³, $n$ = 2), grinders (mean, 0.28 mg/m³, $n$ = 19), one warm handler (0.18 mg/m³), and burn cutters (mean, 0.14 mg/m³, $n$ = 2).

The association between occupational exposure to airborne nickel and nickel absorption was examined by collecting personal breathing zone samples and urine samples from 10 workers at a galvanizing plant in Brazil that uses nickel sulfate. Spot urine samples were collected pre- and post-shift from the nickel-exposed workers over 5 consecutive days, and from 10 non-nickel exposed workers employed at a zinc plant over 3 consecutive days ($n$ = 97 and 55, respectively). Both groups completed a questionnaire on occupational history, health and lifestyle factors; exposed workers also underwent a medical examination. Personal breathing zone samples (first 4 hours of shift) were collected using NIOSH protocols. Geometric mean airborne nickel levels were in the range of 2.8–116.7 µg/m³, and the urine levels, from samples taken post-shift, were in the range of 4.5–43.2 µg/g creatinine (mean, 14.7 µg/g creatinine) (Oliveira et al., 2000).

Sorahan (2004) examined data on mean (unadjusted) levels of exposure to inhalable nickel at a nickel alloy plant during 1975–2001 in Hereford, the United Kingdom. Data were reported for two time periods: 1975–80 and 1997–2001. Mean nickel levels (unadjusted) for the earlier period were as follows: 0.84 mg/m³ in the melting, fettling, and pickling areas; 0.53 mg/m³ in the extrusion and forge, hot strip and rolling, engineering, and melting stores areas; 0.55 mg/m³ in the machining, hot rolling, Nimonic finishing, and craft apprentice areas; 0.40 mg/m³ in the roll turning and grinding, cold rolling, cold drawing, wire drawing, and inspection areas; and 0.04 mg/m³ in the process stock handling, distribution and warehouse areas. The corresponding mean nickel levels (unadjusted) for the latter period were: 0.37 mg/m³, 0.45 mg/m³, 0.31 mg/m³, 0.30 mg/m³, and 0.29 mg/m³, respectively.

Eight-hour TWA (8-h TWA) exposures calculated for the period 1997–2001 were 0.33 mg/m³, 0.31 mg/m³, 0.16 mg/m³, 0.16 mg/m³, and 0.27 mg/m³, respectively.

Sorahan & Williams (2005) assessed the mortality of workers at a nickel carbonyl refinery in Clydach, the United Kingdom to determine whether occupational exposure to nickel resulted in increased risks of nasal cancer and lung cancer.

Using personal sampling data collected in the 1980s and 1990s, 8-h TWA exposure to total inhalable nickel was calculated, and assigned to six categories of work, based on the predominant species of nickel exposure. The six categories of work were: feed handling and nickel extraction, including kilns (oxide/metallic); pellet and powder production, and shipping (metallic); nickel salts and derivatives, and effluent (metallic/soluble); wet treatment and related processes (metallic/subsulfide/soluble); gas plant (non-nickel); and engineering and site-wide activities that could include any of the preceding work areas. Mean levels of total inhalable nickel dust were in the range of 0.04–0.57 mg/m³ in the 1980s ($n = 1781$), and 0.04–0.37 mg/m³ in the 1990s ($n = 1709$).

Stripsklev et al. (2007) examined the relationship between the concentration of airborne nickel in the occupational environment of grinders ($n = 9$) grinding stainless steel in Norway and the concentration of nickel in their urine and blood. Grinders either worked in a well ventilated hall of a shipyard or in a small non-ventilated workshop. The sampling protocol was as follows: full-shift personal samples were collected in the breathing zone of grinders over the course of 1 work week; urine samples were collected three times daily for 1 week (first void in the morning, pre- and post-shift); and blood samples were drawn twice daily for 3 days in 1 week (pre- and post-shift). Blood and urine samples were also collected on the Monday morning after a 3-week vacation in the workshop. Grinders also completed a questionnaire to collect information on work history, use of personal protective equipment, and smoking habits. Mean levels of airborne nickel were 18.9 µg/m³ (range, 1.8–88.6 µg/m³) in the shipyard, and 249.8 µg/m³ (range, 79.5–653.6 µg/m³) in the workshop. Mean blood nickel levels for grinders were 0.87 µg/L (range, < 0.8–2.4 µg/L) in whole blood, and 1.0 µg/L (range, < 0.4–4.1 µg/L) in plasma. Mean urinary nickel levels for grinders were 3.79 µg/g creatinine (range, 0.68–10.6 µg/g creatinine), 3.39 µg/g creatinine (range, 0.25–11.1 µg/g creatinine), and 4.56 µg/g creatinine (range, < 0.53–11.5 µg/g creatinine), from the first void, pre- and post-shift samples, respectively. With the exception of stainless steel welders welding the MIG/MAG-method [Metal Inert Gas-Metal Active Gas], mean urinary nickel levels were higher in grinders than in welders. Mean urinary nickel levels in MIG/MAG welders were 5.9 µg/g creatinine (range, < 0.24–20.5 µg/g creatinine), 3.8 µg/g creatinine (range, 0.33–11.4 µg/g creatinine), and 4.6 µg/g creatinine (range, < 0.25–18.4 µg/g creatinine) from the first void, pre-, and post-shift samples, respectively.

Sivulka & Seilkop (2009) reconstructed historical exposures to nickel oxide and metallic nickel in the US nickel alloy industry from personal and area measurements collected at 45 plants since the 1940s ($n = 6986$ measurements). Of the measurements included in the database, 96% were personal breathing zone samples, and 4% were stationary area samples. The data provided evidence of a strongly decreasing gradient of airborne total nickel levels from the 1940s to the present.

### 1.5.3 Dietary exposure

Nickel has been measured in a variety of foodstuffs as "total nickel." Average concentrations are in the range of 0.01–0.1 mg/kg, but can be as high as 8–12 mg/kg in certain foods (EVM, 2002; WHO, 2007). Factors influencing the concentration of nickel in food include the type of food (e.g. grains, vegetables, fruits versus seafood, mother's milk versus cow's milk), growing conditions (i.e. higher concentrations have been observed in food grown in areas of high environmental or soil contamination), and food preparation techniques (e.g. nickel content of cooking utensils, although the evidence for leaching from stainless steel cookware is somewhat mixed) (EVM, 2002; WHO, 2007).

The highest mean concentrations of nickel have been measured in beans, seeds, nuts and grains (e.g. cocoa beans, 9.8 μg/g; soyabeans, 5.2 μg/g; soya products, 5.1 μg/g; walnuts, 3.6 μg/g; peanuts, 2.8 μg/g; oats, 2.3 μg/g; buck-wheat, 2.0 μg/g; and oatmeal, 1.8 μg/g). Although nickel concentrations vary by type of foodstuff, average levels are generally within the range of 0.01–0.1 μg/g. Reported ranges for some common food categories are: grains, vegetables and fruits, 0.02–2.7 μg/g; meats, 0.06–0.4 μg/g; seafood, 0.02–20 μg/g; and dairy, < 100 μg/L (EVM, 2002). This variability in nickel content makes it diffi-cult to estimate the average daily dietary intake of nickel (EVM, 2002).

### 1.5.4 Biomarkers of exposure

Biomarker levels are influenced by the chemical and physical properties of the nickel compound studied, and by the time of sampling. It should be noted that the nickel compounds, the timing of collection of biological samples (normally at the end of a shift), and the analyt-ical methods used differ from study to study, and elevated levels of nickel in biological fluids and tissue samples are mentioned only as indications of uptake of nickel, and may not correlate directly to exposure levels (IARC, 1990).

Atomic absorption spectrometry (AAS) and inductively coupled plasma atomic emission spectroscopy (ICP-AES) are the most common analytical methods used to determine "total nickel" concentrations in biological materials (such as blood, tissues, urine, and faeces). Nickel content can also be measured in other tissues, such as nails and hair, although specific proce-dures for dissolving the sample must be followed (ATSDR, 2005). The presence of calcium, sodium or potassium interferes with the quantification of nickel in biological samples, and specific tech-niques (e.g. isotope dilution) must be used to validate nickel measurements (ATSDR, 2005). Serum and urine samples are the most useful biomarkers of recent exposure, reflecting the amount of nickel absorbed in the previous 24–48 hours (NTP, 2000).

Minoia et al. (1990) used atomic absorption spectroscopy and neutron activation analysis to determine trace element concentrations of nickel in urine, blood, and serum collected from non-exposed healthy subjects (n = 1237; 635 males, 602 females) from the Lombardy region of northern Italy. The mean nickel level in urine samples (n = 878) was 0.9 μg/L (range, 0.1–3.9 μg/L); in blood samples (n = 36), 2.3 μg/L (range, 0.6–3.8 μg/L); and in serum samples (n = 385), 1.2 μg/L (range, 0.24–3.7 μg/L).

In a Norwegian-Russian population-based health study, human nickel exposure was investi-gated in the adult population living near a nickel refinery on both sides of the Norwegian-Russian border during 1994–95. Urine samples were collected from inhabitants, aged 18–69 years, of Nikel, Zapolyarny, and Sor-Varanger and also from individuals living more remotely from the Kola Peninsula nickel-producing centres (in the Russian cities of Apatity and Umba, and the Norwegian city of Tromso). A total of 2233 urine specimens were collected and analysed for nickel using electrothermal atomic absorption spec-trometry. The highest urinary nickel concentra-tions were observed in residents of Nikel (median, 3.4 μg/L; mean, 4.9 μg/L; range, 0.3–61.9 μg/L), followed by Umba (median, 2.7 μg/L; mean, 4.0 μg/L; range, 1.0–17.0 μg/L), Zapolyarny (median, 2.0 μg/L; mean, 2.8 μg/L; range, 0.3–24.2 μg/L), Apatity (median, 1.9 μg/L; mean, 2.6 μg/L; range, 0.3–17.0 μg/L), Tromso (median, 1.2 μg/L; mean, 1.4 μg/L; range, 0.3–6.0 μg/L), and Sor-Varanger (median, 0.6 μg/L; mean, 0.9 μg/L; range, 0.3–11.0 g/L). The Russian participants all had a higher urinary nickel average than those from Norway, regardless of geographic location (Smith-Sivertsen et al., 1998).

Ohashi et al. (2006) determined reference values for nickel in urine among women of the general population of 11 prefectures in Japan.

A total of approximately 13000 urine samples were collected in 2000–05 from 1000 adult women aged 20–81 years who had no occupational exposure to nickel. Nickel in urine was analysed by graphite furnace atomic absorption spectrometry. The observed geometric mean concentration for nickel was 2.1 µg/L (range, < 0.2–57 µg/L). After correction for creatinine, the geometric mean concentration was reported as 1.8 µg/L (maximum, 144 µg/L).

### 1.5.5 Other sources of exposure

Nickel, chromium, and cobalt are common causes of allergic contact dermatitis. In the early 1990s it was recommended that household and other consumer products should not contain more than 5 ppm of each of nickel, chromium, or cobalt, and that, for an even greater degree of protection, the ultimate target level should be 1 ppm. In a recent survey, selected consumer products had the following nickel levels (ppm): hand-wash powders, 0.9; heavy duty powders, 0.5; laundry tablets, 0.5; liquid/powder cleaners, 0.4; heavy duty liquids, 0.1; machine/hand-wash liquids, 0.1; hand-wash liquids, 0.1; fine wash liquids, 0.1; and dishwashing liquids, 0.1 (Basketter *et al*., 2003).

Potential iatrogenic sources of exposure to nickel are dialysis treatment, leaching of nickel from nickel-containing alloys used as prostheses and implants, and contaminated intravenous medications (Sunderman, 1984).

## 2. Cancer in Humans

The previous *IARC Monograph* was based upon evidence of elevated risk of lung and nasal cancers observed among workers involved in a variety of nickel sulfide ore smelting and nickel refining processes that included high-temperature processing of nickel matte, nickel–copper matte, electrolytic refining, and Mond process

refining. The exposures included metallic nickel, nickel oxides, nickel subsulfide, soluble nickel compounds, and nickel carbonyl. These cohort studies were conducted mainly in Canada, Norway, Finland, and in the United Kingdom (IARC, 1990; ICNCM, 1990).

## 2.1 Cohort studies and nested case–control studies

Since the previous *IARC Monograph*, several studies have extended follow-up to some of the previous cohorts, and have provided additional cohort and nested case–control analyses related mostly to lung cancer risk, and taking into account potential confounding factors as well as mixed exposures to water-soluble and -insoluble nickel compounds. Among the most common occupations with exposure to nickel compounds are stainless steel welders, who are also exposed to chromium (VI) compounds, and other compounds. Although there have been some cohort studies of stainless steel welders, these are not recorded in the present *Monograph* because it is difficult to ascribe any excess risks in these cohorts to nickel compounds specifically. Key results of some of these cohort studies can be found in Table 2.1 of the *Monograph* on chromium (VI) in this volume.

Also, since the previous *IARC Monograph*, experimental evidence has become available that nickel metal dust can become solubilized and bioavailable after inhalation. Consequently, separately classifying nickel and nickel compounds was viewed by the Working Group as not warranted. A similar distinction has not been made for other metals, e.g. beryllium and cadmium, in other *IARC Monographs*. Accordingly, this review did not exclude studies that focused on metallic nickel, unless they, for other reasons, were considered uninformative.

IARC MONOGRAPHS – 100C

### 2.1.1  Cancer of the lung

Studies were carried out in nickel smelters and refineries in Canada, Norway (Kristiansand), Finland, and the United Kingdom (Clydach). Because the refining processes differed in the plants, the exposure profiles to various nickel compounds were different across the cohorts. Nonetheless, increased risks for lung cancer were found in cohorts from all of these facilities (see Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-05-Table2.1.pdf).

High risks for lung cancers were observed among calcining workers in Canada, who were heavily exposed to both sulfidic and oxidic nickel (nickel sulfides and oxides). A high lung cancer rate was also seen among nickel plant cleaners in Clydach who were heavily exposed to these insoluble compounds, with little or no exposure to soluble nickel. The separate effects of oxides and sulfides could not be estimated, however, as high exposure was always either to both, or to oxides together with soluble nickel. Workers in Clydach calcining furnaces and nickel plant cleaners, exposed to high levels of metallic nickel, had high lung cancer risks (see Table 2.1 online). A substantial excess risk for lung cancer among hydrometallurgy workers in Norway was mainly attributed to their exposure to water-soluble nickel. Their estimated exposures to other types of nickel (metallic, sulfidic, and oxidic) were as much as an order of magnitude lower than those in several other areas of the refinery, including some where cancer risks were similar to those observed in hydrometallurgy. High risks for lung cancer were also observed among electrolysis workers at Kristiansand (Norway). These workers were exposed to high estimated levels of soluble nickel and to lower levels of other forms of nickel. Nickel sulfate and nickel chloride (after 1953) were the only or predominant soluble nickel species present in these areas.

An update of the Kristiansand cohort by Andersen et al. (1996) demonstrated a dose–response relationship between cumulative exposure to water-soluble nickel compounds and lung cancer ($P < 0.001$) when adjustment was made for age, smoking, and nickel oxide. The risk was increased 3-fold in the highest soluble nickel dose group. A lesser, but positive, effect was seen between cumulative exposure to nickel oxide and risk of lung cancer, also with adjustment for age, cigarette smoking, and exposure to water-soluble nickel ($P$ for trend = 0.05, see Table 2.2).

Subsequent to the Andersen et al. (1996) study, an industrial hygiene study re-evaluated exposure among the Norwegian refinery workers based on new information related to nickel species and exposure levels (Grimsrud et al., 2000). Grimsrud et al. (2003) updated the lung cancer incidence among the Norwegian nickel refinery workers (see Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-05-Table2.3.pdf). The strongest gradient for cumulative exposure and lung cancer was found in relation to water-soluble nickel adjusted for cigarette-smoking habits, which was known for 4728 (89%) of the cohort members. Regarding species of water-soluble nickel compounds, the risk from potential exposure to nickel chloride was similar to that for nickel sulfate. The nickel electrolysis process (using nickel sulfate) changed to a nickel-chloride-based process in 1953, and workers hired in 1953 or later had a similar lung cancer risk (standardized incidence ratio [SIR], 4.4; 95%CI: 1.8–9.1) as for those employed in the same area before 1953 when the nickel sulfate was used (SIR, 5.5; 95%CI: 3.0–9.2). Analyses by year of first employment indicated that those initially employed after 1978 continued to demonstrate a significantly elevated risk of lung cancer (SIR, 3.7; 95%CI: 1.2–8.7), suggesting continued exposure to nickel compounds.

Grimsrud et al. (2002) conducted a case–control study of lung cancer nested within the

Nickel and nickel compounds

**Table 2f2 Relative risks of lung cancer by cumulative exposure to soluble nickel and nickel oxide, considering the two variables simultaneously by multivariate Poisson regression analysis[a]**

| Variable | Mean exposure (mg/m³) | Cases | Relative risk | 95%CI | Test for linear trend |
|---|---|---|---|---|---|
| Soluble nickel | | | | | $P < 0.001$ |
| < 1 | 0.1 | 86 | 1.0 | Referent | |
| 1–4 | 2.3 | 36 | 1.2 | 0.8–1.9 | |
| 5–14 | 8.8 | 23 | 1.6 | 1.0–2.8 | |
| ≥ 15 | 28.9 | 55 | 3.1 | 2.1–4.8 | |
| Nickel oxide | | | | | $P = 0.05$ |
| < 1 | 0.4 | 53 | 1.0 | Referent | |
| 1–4 | 2.5 | 49 | 1.0 | 0.6–1.5 | |
| 5–14 | 8.3 | 53 | 1.6 | 1.0–2.5 | |
| ≥ 15 | 44.3 | 45 | 1.5 | 1.0–2.2 | |

[a]  Workers with unknown smoking habits were excluded (three cases of lung cancer).
Adjusted for smoking habits and age.
From Andersen et al. (1996)

cohort of Norwegian nickel refinery workers (see Table 2.3 online). Exposure groups were determined based on quintiles of the exposure variables in the controls. Analyses by cumulative exposure adjusted for cigarette smoking indicated that odds ratios for lung cancer in the highest cumulative exposure category of water-soluble nickel, sulfidic nickel, metallic nickel, and oxidic nickel were 3.8 (95%CI: 1.6–9.0), 2.8 (95%CI: 1.1–6.7), 2.4 (95%CI: 1.1–5.3), and 2.2 (95%CI: 0.9–5.4), respectively. The trend for cumulative exposure and lung cancer was significant for water-soluble nickel compounds only ($P = 0.002$). There was, however, a high degree of correlation with exposure to nickel and nickel compounds as a whole, making evaluation of the independent effect of individual compounds difficult. Nonetheless, when data were further adjusted for exposure to water-soluble compounds, there were no significant trends in the odds ratios by cumulative exposure to sulfidic, oxidic, or metallic nickel. The odds ratios related to the highest cumulative exposure group for each of these compounds were 1.2 (95%CI: 0.5–3.3), 0.9 (95%CI: 0.4–2.5), and 0.9 (95%CI: 0.3–2.4), respectively (see Table 2.4). In further analyses, with adjustment for cigarette smoking, arsenic, asbestos, sulfuric acid mist, cobalt and occupational carcinogenic exposures outside the refinery, the strong association between lung cancer and water-soluble nickel remained (Grimsrud et al., 2005).

Anttila et al. (1998) updated an earlier cohort study of Finnish nickel refinery and copper/nickel smelter workers (Karjalainen et al., 1992). Among refinery workers employed after 1945, who were exposed primarily to nickel sulfate, an excess of lung cancer was observed in the overall cohort (SIR, 2.61; 95%CI: 0.96–5.67), and the lung cancer risk increased with > 20 years of latency (SIR, 3.38; 95%CI: 1.24–7.36, based on six cases). Among smelter workers, lung cancer was also elevated in the overall cohort (SIR, 1.39; 95%CI: 0.78–2.28), and, similarly, a significant increase in lung cancer risk with > 20 years of latency was observed (SIR, 2.00; 95%CI: 1.07–3.42).

There have been three subsequent reports that provide additional information on refinery workers in Wales (the United Kingdom) exposed to nickel carbonyl and other nickel compounds. Easton et al. (1992) carried out an updated analysis of Welsh nickel refinery workers to determine which nickel compounds were responsible for lung cancer among the 2524 workers employed

IARC MONOGRAPHS – 100C

**Table 2.4 Adjusted[a] odds ratios for lung cancer by exposure to sulfidic, oxidic or metallic nickel in a nested case–control study of Norwegian nickel refinery workers observed during 1952–95**

| Cumulative exposure to nickel[b] | Odds ratio | 95% CI |
|---|---|---|
| **Sulfidic nickel** | | |
| Unexposed | 1.0 | |
| Low | 1.5 | 0.6–3.9 |
| Low-medium | 2.2 | 0.9–5.5 |
| Medium | 1.8 | 0.7–4.5 |
| Medium-high | 1.3 | 0.5–3.3 |
| High | 1.2 | 0.5–3.3 |
| Likehood ratio test: $P = 0.344$ | | |
| **Oxidic nickel** | | |
| Unexposed | 1.0 | |
| Low | 1.5 | 0.6–3.8 |
| Low-medium | 1.8 | 0.7–4.5 |
| Medium | 1.4 | 0.6–3.7 |
| Medium-high | 1.5 | 0.6–3.7 |
| High | 0.9 | 0.4–2.5 |
| Likehood ratio test: $P = 0.406$ | | |
| **Metallic nickel** | | |
| Unexposed | 1.0 | |
| Low | 1.2 | 0.5–2.9 |
| Low-medium | 1.0 | 0.5–2.4 |
| Medium | 1.0 | 0.4–2.3 |
| Medium-high | 1.0 | 0.4–2.4 |
| High | 0.9 | 0.3–2.4 |
| Likehood ratio test: $P = 0.972$ | | |

[a]  Data were adjusted for smoking habits in five categories (never smoker, former smoker, or current smoker of 1–10, 11–20, or > 20 g/day), and for exposure to water-soluble nickel as a continuous variable with natural log-transformed cumulative exposure values (ln[(cumulative exposure) + 1]).
[b]  Categories were generated according to quartiles among exposed control. In each of the three analyses, data were unadjusted for the other two insoluble forms of nickel.
From Grimsrud et al. (2002)

for > 5 years before the end of 1969, and followed during 1931–85. The model was based on exposures occurring before 1935, and was adjusted for age at first exposure, duration of exposure, and time since first exposure. For lung cancer, the best fitting model suggested risks for soluble and metallic nickel exposures, and much less (if any) risk for nickel oxide or sulfides. Sorahan & Williams (2005) followed during 1958–2000 a group of 812 workers from the cohort of Welsh nickel refinery workers who were hired between 1953–92, and who had achieved > 5 years of employment. The overall lung cancer SMR was 1.39 (95%CI: 0.92–2.01). For those with > 20 years since the start of employment, lung cancer risk was significantly elevated [SMR, 1.65; 95%CI: 1.07–2.41], indicating an elevated risk of lung cancer among those hired since 1953.

Grimsrud & Peto (2006) combined data from the most recent updates of Welsh nickel refinery workers to assess lung cancer mortality risk by period of initial employment. For those first employed since 1930, an elevated risk was observed for lung cancer (SMR, 1.33; 95%CI: 1.03–1.72). [The Working Group noted that

exposures were dramatically reduced during the 1920s.]

Egedahl et al. (2001) updated the mortality data among employees at a hydrometallurgical nickel refinery and fertilizer complex in Fort Saskatchewan, Canada, who had worked for 12 continuous months during 1954–78. Among the 718 men exposed to nickel, the lung cancer SMR was 0.67 (95%CI: 0.24–1.46, based on six deaths). Significant decreases were observed for the 'all causes of death' category (SMR, 0.57; 95%CI: 0.43–0.74), and for the 'all cancer deaths' category (SMR, 0.47; 95%CI: 0.25–0.81). [The Working Group considered the study uninformative for the evaluation of cancer risks due to a substantial healthy worker effect which may have masked excess mortality that was associated with nickel exposure.]

Goldberg et al. (1994) conducted a 10-year incidence study and a nested case–control study of a cohort of nickel mining (silicate-oxide ores) and refinery workers in New Caledonia, South Pacific. They observed a significant decrease in the incidence of lung cancer, and this was also observed for other respiratory cancers The results of the case–control study did not show elevated risks for respiratory cancers in relation to low levels of exposure to soluble nickel, nickel sulfide, or metallic nickel. For all three nickel exposures separately, the odds ratios were 0.7.

[The Working Group noted that in most of these studies of lung cancer risk in smelters and refineries, there was exposure to metallic nickel together with exposure to the other forms of nickel (Sivulka, 2005). Only one of these studies involved an attempt to evaluate separately the effect of metallic nickel (Grimsrud et al., 2002).]

Several additional studies of workers with potential exposure to metallic nickel were reviewed by the Working Group. Arena et al. (1998) evaluated mortality among workers exposed to "high nickel alloys" in the USA. A recent industrial hygiene analysis indicated that oxidic nickel comprised 85% of the total nickel

exposure of these workers, with the rest being mostly metallic nickel (Sivulka & Seilkop, 2009). Compared to US national rates, lung cancer was significantly elevated among white men (SMR, 1.13; 95%CI: 1.05–1.21), among non-white men the SMR was 1.08 (95%CI: 0.85–1.34), and in women 1.33 (95%CI: 0.98–1.78). [The Working Group noted that the lung cancer SMR for the entire cohort combined was 1.13 (95%CI: 1.06–1.21) based on 955 observed deaths.] The authors also calculated SMRs based on local (SMSA) rates for the separate population subgroups. When calculated for the total cohort, the resulting SMR was [1.01; 95%CI: 0.95–1.08]. [The Working Group noted that it is difficult to interpret the use of local rates when the study population was derived from 13 separate areas located throughout the USA, but the use of rates from urban areas could have overestimated the expected number of deaths from lung cancer. The Working Group noted that the overall SMR for lung cancer in this study compared with the national population was statistically significant, and provides some evidence of an association between exposures in these plants and lung cancer. It appears that the primary exposure was to nickel oxide and thus, the study cannot be used to evaluate the specific carcinogenicity of metallic nickel. Analysis of lung cancer by duration of employment did not indicate a dose–response. The Working Group noted that duration of employment is a poor measure of exposure when exposures are known to have declined over time.]

There have also been a series of studies conducted in the French stainless steel industry that involved co-exposure to several known and potential human lung carcinogens, and the most detailed exposure assessment considered nickel and chromium combined (Moulin et al. 1990, 1993a, b, 1995, 2000).]

The only cohort of workers exposed to metallic nickel in the absence of other nickel compounds (Oak Ridge cohort) included only 814 workers, and provided little statistical power to evaluate

IARC MONOGRAPHS – 100C

lung cancer risk (Godbold & Tompkins, 1979; Cragle *et al.*, 1984).

Sorahan (2004) updated the mortality rate among employees manufacturing nickel alloys at the plant in Hereford, the United Kingdom. The study showed a significant decrease for 'all causes of death' (SMR, 0.79), for 'all cancer deaths' (SMR, 0.81), and a non-significant decrease for lung cancer (SMR, 0.87; 95%CI: 0.67–1.11).

Pang *et al.* (1996) evaluated cancer risks among 284 men who were employed for at least 3 months during 1945–75 in a nickel-plating department, and followed through 1993. For lung cancer, the overall SMR was 1.08 (95%CI: 0.54–1.94). For those with > 20 years latency, eight lung cancer deaths were observed versus 6.31 expected [SMR, 1.27; 95%CI: 0.55–2.50].

Several other studies reviewed by Sivulka (2005) had mixed exposure to metallic nickel and other nickel compounds, and provide no evidence on the carcinogenicity of metallic nickel alone. Furthermore, many of the studies cited in the review involved mixed exposures in stainless steel welding and grinding, and manufacturing nickel alloys (Cox *et al.*, 1981; Enterline & Marsh, 1982; references from Tables 5 and 6 of Sivulka, 2005), and therefore were not considered relevant for evaluating the carcinogenicity of nickel and/or nickel compounds.

### 2.1.2 Cancer of the nasal cavity

Increased risks for nasal cancers were found to be associated with exposures during high-temperature oxidation of nickel matte and nickel-copper matte (roasting, sintering, calcining) in cohort studies in Canada, Norway (Kristiansand), and the United Kingdom (Clydach), with exposures in electrolytic refining in a study in Norway, and with exposures during leaching of nickel-copper oxides in acidic solution (copper plant), and extraction of nickel salts from concentrated solution (hydrometallurgy) in the United Kingdom (see Table 2.5 available

at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-05-Table2.5.pdf).

In the Norwegian study, Andersen *et al.* (1996) demonstrated a dose–response relationship between both cumulative exposure to water-soluble nickel and nickel oxide compounds and the risk of nasal cancer. The SIR (compared to the general population) was the highest in the group of workers with the highest cumulative exposure to soluble nickel compounds combined with insoluble nickel compounds (SIR, 81.7; 95%CI: 45–135; based on 15 cases). For workers with the highest cumulative exposure to nickel oxide, the SIR was 36.6 (95%CI: 19.5–62.5; based on 13 cases) (see Table 2.6 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-05-Table2.6.pdf).

An update of nasal cancer in Finnish refinery workers after 20 years since the first exposure to nickel reported an SIR of 67.1 (95%CI: 12–242.0; based on two cases) (Anttila *et al.*, 1998). An additional nasal cancer was observed 2 years after the follow-up period ended, and a fourth potential nasal cancer (classified as a naso-pharyngeal cancer, 0.04 expected) was reported during the follow-up period. No nasal cancers were observed among the smelter workers who were exposed primarily to nickel matte, nickel subsulfide, nickel sulfides, and other metals.

Easton *et al.* (1992) attempted to identify the nickel compounds responsible for nasal cancer among 2524 Welsh nickel refinery workers employed for > 5 years before the end of 1969, and followed during 1931–85. As shown in Table 2.7, the risk for nasal cancer was in the range of 73–376 times the expected for those first employed before 1930, based on 67 nasal cancer deaths. A statistical model that fitted to the data on men whose exposures occurred before 1935, and that adjusted for age at first exposure, duration of exposure, and time since first exposure indicated that the soluble nickel effect on nasal cancer risk is the only one significant.

**Table 27 Observed and expected deaths from nasal sinus cancer (1931–85) by year of first employment**

| Year first employed | Observed deaths | Expected deaths | SMR | 95% CI |
|---|---|---|---|---|
| < 1920 | 55 | 0.15 | 376 | 276–477 |
| 1920–29 | 12 | 0.17 | 73 | 36–123 |
| 1930–39 | 1 | 0.07 | 14 | 0.4–80 |
| 1940–49 | 0 | 0.06 | – | – |
| > 1950 | 0 | 0.06 | – | – |
| Total | 68 | 0.45 | 151 | 117–192 |

From Easton et al. (1992)

Grimsrud & Peto (2006) combined data from the most recent updates of Welsh nickel refinery workers to assess nasal cancer mortality risk by period of initial employment. For those first employed since 1930, an elevated risk was observed for nasal cancer (SMR, 8.70; 95%CI: 1.05–31.41, based on two observed deaths).

In one study of Swedish Ni–Cd battery workers, three nasal cancer cases versus 0.36 expected were observed (SIR, 8.32; 95%CI: 1.72–24.30) (Järup et al., 1998). Two of these cases occurred among workers exposed to greater than 2 mg/m³ nickel (SIR, 10.8; 95%CI: 1.31–39.0).

### 2.1.3 Other cancer sites

Other than for lung cancer and nasal sinus cancer, there is currently no consistency in the epidemiological data to suggest that nickel compounds cause cancer at other sites.

The results of several studies of workers exposed to nickel compounds showed a statistically elevated risk of a site-specific cancer in addition to lung and nasal cancer. A study of sinter plant workers in Canada showed a significantly elevated risk of cancer of the buccal cavity and pharynx (IARC, 1990). In a study in the Norwegian nickel-refining industry, a significant excess of laryngeal cancer was observed among roasting and smelter workers (Magnus et al., 1982).

Stomach cancer was significantly elevated among men employed in a nickel- and chromium-plating factory in the United Kingdom (Burges, 1980). A study of men employed in a nickel-plating department (Pang et al., 1996) showed a significant elevation in stomach cancer. Another study (Anttila et al., 1998) demonstrated a significant excess of stomach cancer among nickel refinery workers.

A study of workers producing alloys with a high nickel content (Arena et al., 1998) demonstrated a significant excess of colon cancer among 'non-white males' (relative risk, 1.92; 95%CI: 1.28–2.76), and a 2-fold risk of kidney cancer among white males employed in 'melting.' However, the excess risk was not associated with length of employment or time since first employment. [The Working Group noted that specific data was not provided in the article.]

A meta-analysis (Ojajärvi et al., 2000) reported a significantly elevated risk for pancreatic cancer that upon further evaluation actually indicated no elevation in risk (Seilkop, 2002).

A population-based case–control study (Horn-Ross et al., 1997) based on self-reported occupational exposure, showed a dose–response relationship between cumulative exposure to nickel compounds/alloys and salivary gland cancer. [The Working Group noted that the author corrected the direction of signs in Table 2 of her report in a subsequent erratum.]

## 2.2 Synthesis

fh e Working Group evaluated a large body of evidence and concluded that there is an elevated risk of lung and nasal sinus cancer among nickel refinery workers (IARC, 1990; Andersen *et al.*, 1996; Anttila *et al.*, 1998; Grimsrud & Peto, 2006), and an elevation in lung cancer risk among nickel smelter workers (IARC, 1990; Anttila *et al.*, 1998).

Epidemiological studies have provided evidence for lung cancer related to specific nickel compounds or classes of compounds (based, for example, on water solubility). Evidence for elevated risk of lung cancer in humans was demonstrated specifically for nickel chloride (Grimsrud *et al.*, 2003), nickel sulfate, water-soluble nickel compounds in general (Andersen *et al.*, 1996; Grimsrud *et al.*, 2002, 2003; Grimsrud *et al.*, 2005), insoluble nickel compounds, nickel oxides (Andersen *et al.*, 1996; Anttila *et al.*, 1998; Grimsrud *et al.*, 2003), nickel sulfides (Grimsrud *et al.*, 2002), and mostly insoluble nickel compounds (Andersen *et al.*, 1996).

A study that modelled risks of various nickel compounds and lung cancer risk identified both water-soluble nickel and metallic nickel as contributing to risk (Easton *et al.*, 1992). fh e largest study addressing worker exposure to metallic nickel (in combination with nickel oxide) showed a small but significant elevation in lung cancer risk (Arena *et al.*, 1998).

Other studies specifically addressing nickel metal exposures were uninformative and did not allow any judgment as to whether such exposures should be considered different with regard to cancer risk. It was not possible to entirely separate various nickel compounds in dose–response analyses for specific nickel compounds. In one analysis, an additional adjustment for water-soluble nickel compounds on risk of lung cancer indicated little association with cumulative exposure to sulfidic, oxidic or metallic nickel. One study of Ni–Cd battery workers exposed to nickel hydroxide and cadmium oxide demonstrated a significant risk of cancer of the nose and nasal sinuses.

On the basis of the Norwegian studies of refinery workers, the evidence is strongest for water-soluble nickel compounds and risk for lung cancer. fh e confidence of the Working Group in the above findings was reinforced by the availability of information on cigarette smoking for 89% of the Norwegian cohort, and the adjustments made for potential confounding exposures.

## 3. Cancer in Experimental Animals

Nickel and nickel compounds have been tested for carcinogenicity by intramuscular injection to rats, mice, and rabbits; by repository injections at multiple sites in hamsters, rabbits and mice; by intraperitoneal administration to rats and mice; and by intratracheal instillation, intrapleural, intrarenal, intraocular, inhalation, and subcutaneous exposure to rats.

Particularly relevant studies reviewed in the previous *IARC Monograph* (IARC, 1990) were reconsidered in this evaluation, and summarized in the text.

## 3.1 Oral administration

### 3.1.1 Nickel sulfide

In a 2-year multiple dose study, oral nickel sulfate hexahydrate given to male and female rats did not result in carcinogenesis (Heim *et al.*, 2007).

### 3.1.2 Nickel chloride

Nickel chloride was tested for carcinogenicity by oral administration in female hairless mice (CRL: SK1-hrBR). Mice were exposed to ultra-violet radiation (UVR) alone, nickel chloride alone (given in the drinking-water) and UVR + various concentrations of nickel chloride. Nickel

**Table 3.1 Studies of cancer in experimental animals exposed to nickel compounds (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Signifcance | Comments |
|---|---|---|---|---|
| Rat, F344 (M, F) 104 wk Heim et al. (2007) | Nickel sulfate hexahydrate 0, 10, 30, 50 mg/kg/D (gavage),[a] 60/group/sex | Keratoacanthoma (tail): M–low dose 15% (numbers not provided) | $P < 0.001$ | Age at start, 6 wk 99.9% pure Exposure-related decreased bw in males and females (2 highest dose groups) Exposure-related increased mortality ($P_{trend} < 0.008$) in high dose females but not males |
| Mouse, CRL: Sk1-hrBR (F) 224 D Uddin et al. (2007) | Nickel chloride in drinking-water at 3 wk of age 3 wk later UV treatment (1.0 kJ/m²) 3 D/wk for 26 wk Groups, number of animals Group 1: Controls, 5 Group 2: UV only, 10 Group 3: 500 ppm, 10 Group 4: UV + 20 ppm, 10 Group 5: UV + 100 ppm, 10 Group 6: UV + 500 ppm, 10 5–10/group | Skin (tumours): Number of tumours/ mice at 29 wk Group 1: 0 Group 2: 1.7 ± 0.4 Group 3: 0 Group 4: 2.8 ± 0.9 Group 5: 5.6 ± 0.7 Group 6: 4.2 ± 1.0 | Group 5 vs Group2 $P < 0.05$ Group 6 vs Group 2 $P < 0.05$ | Age at start, 3 wk Nickel had no effect on growth of the mice Nickel levels in skin increased with dose |

[a] vehicle not stated
D, day or days; F, female; M, male; UVR, ultraviolet radiation; vs, versus; wk, week or weeks

chloride alone did not cause skin tumours by itself, but when combined with UVR, it increased the UVR-induced skin tumour incidence (Uddin et al., 2007).

See Table 3.1.

## 3.2 Inhalation exposure

### 3.2.1 Nickel sulfate hexahydrate

Nickel sulfate hexahydrate was not shown to be carcinogenic in male or female rats or male or female mice when given by inhalation in a 2-year bioassay study (Dunnick et al., 1995; NTP, 1996a). Analysis of lung burden showed that nickel was cleared from the lungs (Dunnick et al., 1995).

### 3.2.2 Nickel subsulfide

Nickel subsulfide induced lung tumours in rats exposed by inhalation (Ottolenghi et al., 1975).

Inhalation of nickel subsulfide increased the incidence of aveolar/bronchiolar adenomas and carcinomas in male F344 rats, and increased combined lung tumours in females (Dunnick et al., 1995; NTP, 1996b). Nickel subsulfide also increased the incidence of adrenal pheochromocytomas (benign or malignant) in male and female rats, malignant pheochromocytomas were increased in male rats. Significant dose-related trends were observed for both lung and adrenal tumours in both sexes.

IARC MONOGRAPHS – 100C

### 3.2.3 Nickel oxide

The carcinogenicity of nickel oxide was investigated in 2-year inhalation studies in F344 male and female rats, and B6C3F$_1$ male and female mice. Nickel oxide induced tumours of the lung (aveolar bronchiolar adenomas or carcinomas), and adrenal medulla (malignant and benign pheochromocytoma) in both sexes of rats. Nickel oxide also increased the incidence of lung tumours in low-dose females but not in male mice (NTP, 1996c).

### 3.2.4 Metallic nickel

Inhaled metallic nickel increased the incidence of adrenal pheochromocytomas (benign, malignant, and benign and malignant combined) in male rats and adrenal cortex tumours in female rats (Oller et al., 2008). Dose-related responses were observed for both types of adrenal tumours. No significant increases in lung tumours occurred. Elevated blood levels of nickel indicated that metallic nickel was bioavailable systematically after inhalation (Oller et al., 2008).

### 3.2.5 Other forms of nickel

Nickel carbonyl induced lung carcinomas after inhalation exposure (Sunderman et al., 1957, 1959).

See Table 3.2.

## 3.3 Parenteral administration

### 3.3.1 Nickel subsulfide

#### (a) Mouse

Nickel subsulfide induced local sarcomas after repository injections at multiple sites in numerous studies in mice (IARC, 1990).

No increase in lung tumour incidence was observed in male strain A/J mice, 20 or 45 weeks after exposure to various treatment regimens

of nickel subsulfide (McNeill et al., 1990). In another study, nickel subsulfide induced injection-site tumours in all three strains of mice, with the order of susceptibility to tumour formation being C3H, B6C3F$_1$, and C57BL6 (Rodriguez et al., 1996). Waalkes et al. (2004, 2005) studied the carcinogenic response to nickel subsulfide in MT-transgenic and MT-null mice. Intramuscular administration of nickel subsulfide increased the incidence of injections-site tumours (primarily fibrosarcoma) in MT-transgenic and concordant wild-type mice, and lung tumours in MT-transgenic mice (Waalkes et al., 2004). In MT-null mice and concordant wild-type mice, intramuscular injection of nickel sulfide induced fibrosarcomas as well (Waalkes et al., 2005). MT-expression, either overexpression (MT-transgenic mice) or no expression (MT-null), did not significantly affect the carcinogenic response to nickel.

#### (b) Rat

Nickel subsulfide induced lung tumours in rats exposed by intratracheal instillation (Pott et al., 1987). Intrarenal injection resulted in dose-related increases in renal cell tumours, and intraocular injection resulted in eye tumours in rats (Jasmin & Riopelle, 1976; Sunderman et al., 1979; Albert et al., 1982; Sunderman, 1983). Implantation of nickel subsulfide pellets into rat heterotropic tracheal transplant caused carcinomas and sarcomas (Yarita & Nettesheim, 1978). Local tumours were also observed in rats tested by intramuscular and intrarenal injection with nickel disulfide or nickel monosulfide (crystalline but not amorphous form), and in rats tested by intramuscular injection with nickel ferrosulfide matte (Sunderman, 1984; Sunderman et al., 1984).

When administered by intrarenal injection to F344 male rats, nickel subsulfide induced renal sarcomas (Kasprzak et al., 1994), which showed metastases to the lung, liver, and spleen. Injection site tumours (rhabdomyosarcoma,

Nickel and nickel compounds

**Table 3.2 Studies of cancer in experimental animals exposed to nickel compounds or nickel powder (inhalation exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel sulfate hexahydrate** | | | | |
| Rat, F344 (M, F) 104 wk Dunnick et al. (1995), NTP (1996a) | 0, 0.125, 0.25, 0.5 mg/m³ (equivalent to 0, 0.03, 0.06, 0.11 mg nickel/m³) for 6 h/b, 5 b/wk 63–65/group/sex | Lung (alveolar/bronchiolar adenomas or carcinomas or squamous cell carcinomas): M–2[a]/54, 0/53, 1/53, 3/53 F[b]–0/52, 0/53, 0/53, 1/54 Adrenal medulla (pheochromocytomas, benign or malignant): M–16/54, 19/53, 13/53, 12/53 F–2/52, 4/52, 3/52, 3/54 | | Age at start, 6 wk 22.3% Nickel No treatment-related effects on survival. Mean bw of high-dose females were slightly lower than controls. Nickel lung burden values increased with increasing exposure (at 15 mo, 0.15–1.7 µg Ni/g lung) |
| Mouse, B6C3F₁ (M, F) 104 wk Dunnick et al. (1995), NTP (1996a) | 0, 0.25, 0.5, 1.0 mg/m³ (equivalent to 0, 0.06, 0.11, 0.22 mg nickel/m³) 6 h/b, 5 b/wk 63–65/group/sex | Lung (alveolar/bronchiolar adenomas or carcinomas): M–13/61, 18/61, 7/62, 8/61 F–7/61, 6/60, 10/60, 2/60 | | Age at start, 6 wk 22.3% Nickel No treatment-related effects on survival. Bw of high-dose males and all exposed female groups were decreased Nickel lung burden (µg Ni/g lung) below limit of detection at 7 and 15 mo interim evaluations |

193

IARC MONOGRAPHS – 100C

## Table 3.12 (continued)

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel subsulfide** | | | | |
| Rat, F344 (M, F) 104 wk Dunnick et al. (1995), NTP (1996b) | 0, 0.15, 1 mg/m³ (equivalent to 0, 0.11, 0.73 mg nickel/m³) 6 h/d, 5 d/wk 63/group/sex | Lung (alveolar/bronchiolar adenomas or carcinomas or squamous cell carcinomas): M–0/53, 6/53, 11/53 F–2/53, 6/53, 9/53<br><br>Adrenal medulla (pheochromocytomas, benign or malignant): M–14/53, 30/53, 42/53 F–3/53, 7/53, 36/53 | M: mid dose $P < 0.05$, high dose $P \leq 0.01$, $P_{trend} < 0.01$ F: mid dose $P \leq 0.05$ vs historical control, high dose $P < 0.05$, $P_{trend} < 0.05$<br><br>M: mid dose $P < 0.01$, high dose $P < 0.001$, $P_{trend} < 0.001$ F: high dose, $P < 0.001$ $P_{trend} < 0.001$ | Age at start, 6 wk 73.3% Nickel No treatment-related effects on survival. Bw in high-dose groups Nickel lung burden increased with increasing exposure but reached steady-state by 15 mo (4–7 µg Ni/g lung). Lung carcinomas also were significantly increased in high-dose males |
| Mouse, B6C3F₁ (M, F) 104 wk Dunnick et al. (1995), NTP 1996b | 0, 0.6, 1.2 mg/m³ (equivalent to 0, 0.44, 0.9 mg nickel/m³) 6 h/d, 5 d/wk 63/group | Lung (alveolar/bronchiolar adenomas or carcinomas): M–13/61, 5/59, 6/58 F–9/58, 2/59, 3/60 | $P = 0.038N^b$ mid dose vs control $P = 0.028N^b$ mid dose vs control $P = 0.050N^b$ high dose vs control | Age at start, 6 wk 73.3% Nickel No treatment-related effects on survival. Mean bw lower in exposed groups than control group. Nickel lung burden increased with exposure concentration and with time (at 15 mo, 12–26 µg Ni/g lung) |

194

Nickel and nickel compounds

**Table 3.2 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344 (M, F) 78–80 wk + he‍lo 30 wk Ottolenghi et al. (1975) | Nickel subsulfice with or without 1 mo pre-exposure to the airborne system (clean air or nickel sulfice dust 0.97 ± 0.18 mg/m³ for 5 d/ wk), followed by injection of hexachlorotetrafluorobutane to half the animals, thereafter the inhalation exposure was continued for all animals 16 exposure groups (8 groups/ sex) _Pre-exposure_ Inj. Controls: 29 (M), 28 (F) Inj. Ni₃S₂: 29 (M), 28 (F) No Inj. Controls: 28 (M), 30 (F) No Inj. Ni₃S₂: 22 (M), 26 (F) _No Pre-exposure_ Inj. Controls: 32 (M), 32 (F) Inj. Ni₃S₂: 24 (M), 32 (F) No Inj. Controls: 31 (M), 31 (F) No Inj. Ni₃S₂: 32 (M), 26 (F) | Lung (adenomas, adenocarcinomas, squamous cell carcinomas, fibrosarcomas): Ni₃S₂–17 (M), 12 (F) Controls–1 (M), 1 (F) Adrenal gland (hyperplasias and pheochromocytomas): Ni₃S₂–12% Controls–1.1% | M, F: _P_ < 0.01 _P_ < 0.01 | Pre-exposure: animals assigned airborne system for 1 mo No pre-exposure: animals housed in normal conditions for 1 mo Inj. = intravenous injection with pulmonary infraction agent Treatment-related decreased survival and decreased bw in males and females starting at 26 wk Inflammatory response – pneumonitis, bronchitis and emphysema Hyperplasias and squamous metaplasic changes in bronchial and bronchiolo-alveolar regions Infraction had no effect on carcinogenicity |

195

IARC MONOGRAPHS – 100C

**Table 3.2 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel oxide** | | | | |
| Rat, F344 (M, F) 104 wk Dunnick et al. (1995), NTP (1996c) | 0, 0.62, 1.25, 2.5 mg/m³ (equivalent to 0, 0.5, 1.0, 2.0 mg nickel/ m³) 6 h/b, 5 D/wk 65/group/sex | Lung (alveolar/bronchiolar adenomas or carcinomas, or squamous cell carcinomas): M-1a/54, 1/53, 6/53, 4/52 F-1/53, 0/53a, 6/53, 5/54 | M, F: mid dose & high dose, $P \leq 0.05$ vs high dose | Age at start, 6 wk 76.6% Nickel No treatment-related effects on survival or bw Nickel lung burden increased with exposure and with time (at 15 mo, 262–1116 µg Ni/lung) |
| | | Adrenal medulla (pheochromocytomas, benign or malignant): M-27/54, 24/53, 27/53, 35/54 | M: high dose, $P = 0.027$, $P_{trend} = 0.008$ | If the squamous cell carcinomas (lung tumours) are not included, then the mid dose and high dose are significant vs the current controls Significantly increased incidence of malignant pheochromocytomas in high-dose males |
| | | F-4/51, 7/52, 6/53, 18/54 | F: high dose, $P = 0.01$, $P_{trend} < 0.001$ | |
| Mouse, B6C3F₁ (M, F) 104 wk Dunnick et al. (1995), NTP (1996b) | 0, 1.25, 2.5, 5.0 mg/m³ (equivalent to 0, 1.0, 2.0, 3.9 mg nickel/m³) 6 h/b, 5 D/wk ≈80/group/sex | Lung (alveolar/bronchiolar adenomas or carcinomas): M-9/57, 14/67, 15/66, 14/69 | | Age at start, 6 wk; 76.6% Nickel No treatment-related effects on survival or bw Nickel lung burden increased with exposure and with time (at 15 mo, 331–2258 µg Ni/lung) |
| | | F-6/64, 15/66, 12/63, 8/64 | F: low dose, $P \leq 0.01$ | |

196

## Table 3.12 (continued)

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel metal powder** | | | | |
| Rat, Wistar Crl:Wi (GlxBRl/Han) (M, F) 12–30 mo Oller et al. (2008) | 0, 0.1, 0.4, 1 mg/m³ for 6 h/b, 5 b/wk, exposure time, additional hold time– Group 1: 0, 24 mo, 6 mo Group 2: 0.1, 24 mo, 6 mo Group 3, F: 0.4, 19 mo, 11 mo Group 3, M: 0.4, 24 mo, 6 mo Group 4, F: 1.0, ~14 mo, 0 mo Group 4, M: 1.0, ~12 mo, 0 mo 50/group | Groups 1, 2, 3 Adrenal gland (pheochromocytomas, benign or malignant): M–0/50, 5/50, 21/50 F–0/50, 5/49, 3/53 Adrenal cortex (adenomas or carcinomas): M–1/50, 3/50, 2/50 F–2/50, 2/49, 7/54 | M: 0.4 mg/m³ Significant increase for benign, malignant, benign combined, significant dose-related response[c] F: 0.4 mg/m³ Significant increase for combined (adenoma and carcinoma) and significant dose-related response[c] | Age at start, 6 wk 99.9% pure Exposure-related mortality was observed in the high-dose group (Group 4 M, F; these animals were removed from the main study), and in Group 3 F (animals from satellite study reassigned to main study). Exposure-related bw effects were observed in Groups 2 (M), 3 (F &M), and 4 (F &M). Exposure-related lung toxicity was observed. Nickel lung burden (μg Ni/lung) increased with exposure and with time (appeared to reach steady-state at 12 mo)[g]. Increases in adrenal tumours were within published (external) historical controls for Wistar rats |

[a] Includes 1 squamous cell carcinoma

[b] Only alveolar bronchiolar adenomas observed in female rats; adjusted rate not reported

[c] Adjusted rates not provided

[d] Dunnick reported 1 tumour and NTP technical report reported 0

[e] Only benign tumours observed.

[f] P-value not reported or calculated by Peto

[g] Data not available for all time points

[h] A negative trend or a lower incidence in an exposure group is indicated by N

bw, body weight; b, day or days; h, hour or hours; F, female; M male; mo, month or months; Ni, nickel; NR, not reported; vs, versus; wk, week or weeks

fibromas, malignant fibrous histiocytomas or leiomyosarcomas) were observed in male or female F344 rats administered nickel subsulfide intramuscularly (Ohmori et al., 1990; Kasprzak & Ward, 1991), and intra-articularly (Ohmori et al., 1990). One study found that in female rats subjected to bone fractures and treated intramuscularly or intra-articularly had a shorter time to sarcoma formation, reduced survival time, and higher metastatic rate than rats treated with nickel alone (Ohmori et al., 1990). Ohmori et al. (1999) studied strain susceptibility in male and female Wistar rats, and one strain (CRW) was found to be more sensitive to intramuscular injection of nickel.

*(c)  Hamster*

Nickel subsulfide induced local sarcomas after repository injections at multiple sites in numerous studies in hamsters (IARC, 1990).

*(d)  Rabbit*

Nickel subsulfide induced local sarcomas after repository injections at multiple sites in numerous studies rabbits (IARC, 1990).

### 3.3.2 Nickel oxide and hydroxide

Nickel oxide induced lung tumours in rats by intratracheal instillation (Pott et al., 1987), local sarcomas in mice by intramuscular injection (Gilman, 1962), and rats by intramuscular, intrapleural, and intraperitoneal injection (Gilman, 1962; Sunderman & McCully, 1983; Skaug et al., 1985; Pott et al., 1987). Nickel hydroxide induced local sarcomas in rats when tested by intramuscular injection (Gilman, 1966; Kasprzak et al., 1983).

Sunderman et al. (1990) tested the carcinogenicity of five nickel oxides or nickel-copper oxides in male Fisher 344 rats. The three oxides that induced sarcomas at the injection sites had measurable dissolution rates in body fluids, and were strongly positive in an erythrocytosis

stimulation assay, demonstrating nickel bioavailability.

### 3.3.3 Nickel acetate

*(a)  Mouse*

Nickel acetate when administered by intraperitoneal injection induced lung adenocarcinomas and pulmonary adenomas in Strain A mice (Stoner et al., 1976; Poirier et al., 1984).

*(b)  Rat*

Nickel acetate induced malignant tumours in the peritoneal cavity when administered by intraperitoneal injection in rats (Pott et al., 1989, 1990).

A single intraperitoneal injection of nickel acetate initiated renal epithelial tumours (including carcinoma) after promotion using sodium barbital in the drinking-water in male rats (Kasprzak et al., 1990).

See Table 3.3.

### 3.3.4 Metallic nickel

Intratracheal administration of metallic nickel powder caused lung tumours in rats (Pott et al., 1987). Metallic nickel also caused local tumours in rats when administered by injection (intrapleural, subcutaneous, intramuscular, and intraperitoneal) (Hueper, 1952, 1955; Mitchell et al., 1960; Heath & Daniel, 1964; Furst & Schlauder, 1971; Berry et al., 1984; Sunderman, 1984; Judde et al., 1987; Pott et al., 1987, 1990).

### 3.3.5 Nickel sulfate

Nickel sulfate induced malignant tumours in the peritoneal cavity when administered by intraperitoneal injection in rats (Pott et al., 1989, 1990).

Nickel and nickel compounds

**Table 3.6 Studies of cancer in experimental animals exposed to nickel compounds (parenteral administration and intratracheal instillation)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel subsulfide** | | | | |
| Mouse, Strain A (M) 45 wk McNeill et al. (1990) | i.t. and i.p. 0, 0.53, 0.160 mg/kg bw 3 dosing regimens for 15 wk 1/wk (15 treatments), 1 every 2 wk (8 treatments), 1 every 3 wk (5 treatments); 3 doses per regiment; 30/group 10 mice sacrificed after 20 wk | Lung (adenomas at 45 wk): i.t.– Number of treatments: dose 5: 68%, 63%, 58% 8: 64%, 54%, 61% 15: 47%, 47%, 56% i.p.– 5: 68%, 63%, 53% 8: 58%, 53%, 63% 15: 63%, 47%, 50% | | Age at start, 8–10 wk Nickel subsulfbe ~1.8 μm mass medium diameter 73% Nickel and 26.3% sulfur (weight) Urethane (positive control) significantly increased tumour incidence i.p., i.t., after 20 wk, and i.t. after 45 wk, average. number of adenoma/mouse increased i.p. and i.t. at both time points No treatment effects on bw |
| Mouse, C57BL/6, B6C3F$_1$, CeH/He (M) 78 wk Rodriguez et al. (1996) | i.m. (thigh) 0, 0.5, 1.0, 2.5, 5.0, 10 mg/site (single injection) 30/group | Injection site (rhabdomyosarcomas, fibrosarcomas, and other e.g. liposarcomas, haemangiosarcomas): **C3He** 0/30, 5/30 (16.6%), 10/30 (33.3%), 20/27 (74.1%), 28/29, (96.6%) 14/14 (100%) **B6C3F$_1$** 0/30, 2/29 (6.9%), 8/30 (26.7%), 15/30 (50.0%), 16/20 (80%), 5/6 (83.3%) **C57BL** 0/24, 1/27 (3.7%), 4/28 (14.3%), 6/21 (28.6%), 6/15(40%), 0/2 | [P = 0.052, 0.5 mg; P < 0.001 for other doses]$^a$

[P < 0.01, 1.0 mg, P < 0.001, 2.5, 5.0, 10 mg]$^a$

[P < 0.01, 2.5, 5 mg]$^a$ | Age at start, 6–8 wk; weight, 23–29 g High dose was lethal within 1 wk to over 50% of all 3 strains; susceptibility was C57BL > B6C3F1 > C3H Treatment-related decrease in bw was observed for C3H and B6C3F$_1$ at 2 highest poses. Tumours of the liver, lung adenomas and leukaemias were also observed, but were not increased in exposed groups compared to controls Susceptibility to tumours C3H > B6C3F$_1$ > C57BL |

IARC MONOGRAPHS – 100C

**Table 3.6 (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, MT transgenic and wild-type (M) 104 wk Waalkes et al. (2004) | i.m. (both thighs) 0, 0.5, 1 mg/site (single injection) 25/group | Injection site (primarily fibrosarcomas, but also included fibromas and lymphosarcomas): WT–0/24, 5/25 (20%), 10/25 (40%) MT-Tg–0/25, 7/25 (28%), 7/24 (29%) Lung (adenomas or adenocarcinomas): WT–6/24 (25%), 5/25 (20%), 9/25 (36%) MT-Tg–0/25, 3/25 (12%), 4/24 (17%) | WT: $P < 0.05$, mid-and low dose, $P_{trend} < 0.0001$ MT-Tg: $P < 0.05$, mid-and low dose, $P_{trend} = 0.0081$ trend MT-Tg: $P = 0.0502$ high dose $P_{trend} = 0.046$ | Age at start, 12 wk 99.9% pure, 30 μm particles Average survival time less in MT-Tg mice than controls. Treatment-related decrease in survival in WT but not MT-Tg mice. No effect on bw No differences in injection-site tumour incidence or latency between MT-Tg and WT mice MT-transgenic controls had significantly lower incidence of lung tumours than WT controls. |
| Mouse, MT-null (double knockout) and wild-type (M) 104 wk Waalkes et al. (2005) | i.m. (both thighs) 0, 0.5, 1 mg/site (single injection) 25/group | Injection site (primarily fibrosarcomas, but also included fibromas): WT–0/24, 8/25 (32.0%), 18/25 (72.0%) MT-null–0/24, 11/24 (45.8%), 15/23 (62.5%) Lung (adenomas or adenocarcinomas): WT–7/24 (29.2%), 12/25 (48.0%), 11/25 (44.0%) MT-null–10/24 (41.7%), 13/24 (54.2%), 4/23 (16.7%) | $P < 0.05$ low and high dose $P < 0.05$ low and high dose | Age at start, 12 wk 99.9% pure, < 30 μm particles No difference in survival between control MT-null mice and control WT mice. Nickel treatment reduced survival at later time points corresponding to the appearance of sarcomas. Nickel treatment reduced bw in high-and mid dose MT-null and high-dose WT mice |

Nickel and nickel compounds

**Table 3.6 (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, MT-null (double knockout) and wild-type (M) 104 wk Waalkes et al. (2005) (contd.) | | Lung (adenocarcinomas): WT–1/24 (4.2%), 10/25 (40.0%), 3/25 (12.0%) MT-null–3/24 (12.5%), 3/24 (12.5%), 4/23 (17.4%) Lung (adenomas): WT–6/24 (25%), 2/25 (8.0%), 8/25 (32.0%) MT-null–7/24 (29.2%), 10/24 (41.7%), 0/23 | WT: P < 0.05 low dose MT-null: P < 0.05 control vs high dose | |
| Rat, F344/NCr (M) 109 wk Kasprzak et al. (1994) | i.r. (2 injections) $Ni_3S_2$ – 5 mg, MgCarb – 6.2 mg, $Fe^0$ – 3.4 mg Groups: treatment, number of animals Group 1: $Ni_3S_2$, 40 Group 2: $Ni_3S_2$ + MgCarb, 20 Group 3: MgCarb, 20 Group 4: $Ni_3S_2$ + $Fe^0$, 20 Group 5: $Fe^0$, 20 Group 6: vehicle, 20 20–40/group | Kidney (malignant tumours of mesenchymal cell origin) at 104 wk: Group 1: 25/40 (63%) Group 2: 4/20 (20%) Group 3: 0/20 Group 4: 12/20 (60%) Group 5: 0/20 Group 6: 0/20 | Group 2 vs Group 1 [P < 0.01][a] | $Ni_3S_2$ < 10μm No effect on bw or survival (from causes other than kidney tumours) MgCarb also delayed onset of tumours (besides decreasing the incidence), and Fe decreased time until first tumour Metastases to lung, liver, spleen and other kidney |

**Table 3fb (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344/NCr (M) 109 wk Kasprzak & Ward (1991) | i.m. and s.c. (single injection) $Ni_3S_2$ – 2.5 mg, MB – 0.5 mg, CORT – 1.0 mg, IND – 1.0 mg. Groups: i.m., s.c., number of animals Group 1: $Ni_3S_2$, none, 20 Group 2: MB, none, 20 Group 3: $Ni_3S_2$ + MB, none, 20 Group 4: CORT, none, 20 Group 5: $Ni_3S_2$ + CORT, none, 20 Group 6: IND, none, 20 Group 7: $Ni_3S_2$ + IND, none, 20 Group 8: water, none, 20 Group 9: $Ni_3S_2$, MB, 20 Group 10: $Ni_3S_2$, IND, 20 20/group | Injection-site tumours (rhabdomyosarcomas, fibrosarcomas, histolytic sarcomas): 36 wks/71 wk Group 1: 10/20 (50%); 17/20 (85%) Group 2: 0/20; 0/20 Group 3: 0/20; 1/20 (5%) Group 4: 0/20; 0/20 Group 5: 9/20 (45%); 17/20 (85%) Group 6: 0/20; 0/20 Group 7: 6/20 (30%); 16/20 (80%) Group 8: 0/20; 0/20 Group 9: 18/20 (90%); 20/20 (100%) Group 10: 13/20 (65%); 19/20 (95%) | [Groups 2, 3, 4, 6 or 8 vs Group 1, 36 & 71 wk, $P < 0.01$; Group 9 vs Group 1, 36 wk, $P < 0.05$][a] | Age at start, 8 wk $Ni_3S_2$ < 10μm No effect on bw Metastases to the lung MB given away from the injection site (s.c.) decreased tumour latency induced by $Ni_3S_2$ |

Nickel and nickel compounds

**Table 3.8 (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344 (F) 1 yr Ohmori et al. (1990) | Ni₃S₂–10 mg Groups, treatment, number of animals Group 1: fracture bone, 10 mg/ fracture, 20 Group 2: 10 mg i.m right thigh, 20 Group 3: 10 mg i.a. right knee joint, 20 Group 4: control (CM), 3 fractureb bone, 3 i.m., 2 i.a. 20/group | Injection site (malignant fibrous histiocytomas, rhabdomyosarcomas, fibrosarcomas, leiomyosarcomas): Group 1: 17/20 (85%) Group 2: 20/20 (100%) Group 3: 16/20 (80%) Group 4: 0/7 (0%) Metastasis (lymph node, lung): Group 1: 16/17 (94.1), 9/17 (52.9) Group 2: 5/20 (25.0%), 3/20 (15.0%) Group 3: 3/16 (18.8%), 2/16 (12.5%) Group 4: 0/7, 0/7 | $P < 0.05$, Group 1 vs Group 2 or Group 3 | Age at start, 10 wk Ni₃S₂ medium particle diameter < 2μm Vehicle, CM Tumour-induction time and survival time shorter in Group 1 than Groups 2 or 3. No osteogenic sarcoma developed in bone-fracture group |
| Rat, Wistar (M, F) 70 wk Ohmori et al. (1999) | Ni₃S₂–10 mg i.m. (single injection) Groups, strain, treatment, number of animals Group 1: SHR–10 mg: 15F, 15M Group 2: CWR–10 mg: 15F, 16M Group 3: SHR–0 mg: 6F, 6M Group 4: CWR–0 mg 7F, 7M 6–15/group | Sarcomas (rhabdomyosarcomas, leiomyosarcomas, fibrosarcomas and malignant fibrous histiocytomas): Groups: F: M: Total Group 1: 2/15 (13.3%); 5/15 (33.3%); 7/30 (23.3%) Group 2: 8/15 (53.3%), 13/16 (81.4%); 21/31 (67.7%) Group 3: 0/6, 0/6 Group 4: 0/7, 0/7 | Total: Group 1 vs Group 2, $P < 0.005$ | Age, 10 wk Ni₃S₂ medium particle diameter < 2μm Vehicle, CM Tumour incidence, progression (as shown by tumour size and metastasis) was significantly lower in SHR rats (M, F combined) than in CWR rats Metastases observed in the lung and lymph node |

**Table 3.8 (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel oxide** | | | | |
| Rat, F344 (M) 104 wk Sunderman et al. (1990) | i.m. (hind limb) single injection Group: Ni by wt.; other elements V: vehicle control (glycerol) A: 0.81% Ni (III); none B: 0.05% Ni (III); none F: < 0.03% Ni (III); none H: 21% Cu, 2% Fe, 1.1% Co, 1% S, 0.5% $Ni_3S_2$ I: 13% Cu, 1.2% Fe, 1.0 Co, 0.3% S, 1.0% $Ni_3S_2$ (positive control) 20 mg Ni/rat 15/group | Injection site (rhabdomyosarcomas, fibrosarcomas, malignant fibrous histiocytomas, leiomyosarcomas, undifferentiated): V: 0/15; A, 6/15 (40.0%); B, 0/15; F, 0/15; H, 13/15 (86.7%); I, 15/15 (100%) Positive control, $Ni_3S_2$ 15/15(100%) **Metastases** V: 0, A: 3; B: 0; F: 0; H: 4; I: 4 $Ni_3S_2$: 12 **Other primary tumours** V: 0; A: 0; B: 3; F: 0; H: 0; I: 3 $Ni_3S_2$: 0 | $P < 0.01$ A; $P < 0.001$ H, I, $Ni_3S_2$ | Age at start, ~2 mo 5 NiO compounds – all compounds had 52–79% Nickel (total), and 22–24% O. Nickel could not be determined in Groups H and I because of the presence of sulfur Groups A, H, and I all had measurable dissolution rates in body fluids and were strongly positive in an erythrocytosis-stimulation assay Compounds B and F were insoluble in body fluids, did not stimulate erythrocytosis and had little Ni (III), Cu Fe, Co, or S |
| Rat, Wistar (F) Life span Pott et al. (1987) | (mg × wk) number of animals NiO 50 mg (10 × 5); 34 150 mg (10 × 15); 37 $Ni_3S_2$ 0.94 mg (15 × 0.063); 47 1.88 mg (15 × 0.125); 45 3.75 mg (15 × 0.25); 47 Nickel powder 6 mg (20 × 0.3); 32 9 mg (10 × 0.9); 32 32–47/group | Lung (adenomas, adenocarcinomas, squamous cell carcinomas); % tumours for each dose NiO–27%, 31.6% $Ni_3S_2$–15%, 28.9% Nickel powder–25.6%, 25% Saline, 0% | | Age at start, 11 wk NiO, 99.9% pure |

204

Nickel and nickel compounds

**Table 3f8 (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel acetate** | | | | |
| Rat, F344/NCr (M) 101 wk Kasprzak et al. (1990) | NiAcet ~90 µmol/kg single i.p. injection NaBB–50 ppm in drinking-water (2 wk after NiAcet) Groups, treatment, # of animals Group 1: NiAcet, 23 Group 2: NiAcet + NaBB, 24 Group 3: NaBB, 24 Group 4: Saline, 24 24/group | Renal cortical tumours (adenomas & adenocarcinomas): Group 1–1/23 (4.3%) Group 2–16/24 (66.7%) (4 carcinomas) Group 3–6/24 (25%) Group 4–0/24 Renal pelvic tumours (papillomas & carcinomas): Group 1–0/23 Group 2–8/24 (33.3%) Group 3–13/24 (54.2%) (1 carcinoma) Group 4–0/24 | $P < 0.008$ vs Group 3 | Age at start, 5 wk Initiation/promotion study Decreased survival and bw in rats given nickel acetate followed by NaBB Kidney weight increased in Groups 2 and 3 Renal cortical tumours: metastatic nodules observed in the lung, spleen and liver |
| Mouse, Strain A (M, F) 30 wk Stoner et al. (1976) | i.p. Nickel acetate 3×/wk (24 injections total) 0, 72, 180, 360 mg/kg Saline control 20/group | Lung (adenomas): Average number of tumours/ mouse (mean ± SD) Saline: 0.42 ± 0.16 72: 0.67 ± 0.16 180: 0.71 ± 0.19 360: 1.26 ± 0.29 | $P < 0.01$ high dose | Age at start, 6–8 wk 99.9% pure Sample of nodules confirmed by histopathology No difference in control M, F, so M, F were combined Positive control urethane Control saline Doses correspond to MTD, ½ MTD, 1/5 MTD |
| Mouse, Strain A (M, F) 30 wk Poirier et al. (1984) | i.p. Nickel acetate 10.7 mg/kg bw (0.04 mmol kg (bw)/injection) 3×/wk (24 injections total) 30/group/sex | Lung (adenomas): Average number of tumours/ mouse (mean ± SD) Saline: 0.32 ± 0.12 Nickel acetate: 1.50 ± 0.46 | $P < 0.05$ | Age at start, 6–8 wk Nodules (sample) confirmed by histology Co-exposure to calcium and magnesium decreased multiplicity |

[a] Calculated by Fisher Exact Test. Significance not reported by authors
bw, body weight; CM, chloromycetin; CORT, cortisol; CWR, common closed colony rats; F, female; Fe⁰, metallic iron; HSR, spontaneously hypertensive rats; i.a., intra-articular; i.f., intra-fat; i.m., intramuscular; IND, inometacin; i.p., intraperitoneal; i.r., intrarenal; i.t., intratracheal instillation; M, male; MB, Mycobacterium bovis antigen; MgCarb, magnesium basic carbonate; MIT, metallothionien; MTD, maximum tolerated dose; NABB, sodium barbital; Ni, nickel; NiAcet, nickel acetate; Ni₃S, nickel subsulfide; s.c., subcutaneous; SD, stanrard deviation; Tg, Transgenic; wk, week or weeks; WT, wild type; yr, year or years

205

IARC MONOGRAPHS – 100C

## Table 3.4 Studies of cancer in experimental animals exposed to nickel acetate (transplacental exposure)

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Results Target organs | Significance | Comments |
|---|---|---|---|---|
| Rat, F344/NCr (M, F) 85 wk Diwan et al. (1992) | *Dams – i.p* Ni Acet (90 μmol/kg wt total) Group/μmol/kg bw: regimen Group 1: 90; once at Day 17 of gestation Group 2: 45; twice at Days 16 & 18 of gestation Group 3: 45; 4 times at Days 12, 14, 16, 18 of gestation Group 4: control (180 Na Acet) once at Day 18 of gestation *Offspring 4 to 85 wk (drinking-water)* ad libitum 1A, 2A, 4A – tap water 1B, 2B, 4B – 0.05% NBB | Renal tumours (cortex adenomas and carcinomas; or pelvis papillomas and carcinomas): 1A: 0/17 (M), 0/16 (F) 2A: 0/15 (M), 0/15 (F) 4A: 0/15 (M), 0/16 (F) 1B: 8/15 (53.3%, M), 0/15 (F) 2B: 7/15 (46.7%, M), 0/15 (F) 4B: 1/15 (6.67%, M), 0/14 (F) Pituitary gland (apenomas or carcinomas): 1A: 9/17 (52.9%, M), 5/16 (31.3%, F), 14/33 (42.3%, M, F) 2A: 6/15 (40.0%, M), 8/16 (50%, F), 14/31 (45.2%, M, F) 4A: 1/15 (6.7%, M), 3/14 (21.4%, F) 1B: 6/15 (40.0%, M), 5/15 (33.3%, F) 2B: 7/15 (46.7%, M), 6/15 (40.0%, F) 4B: 2/15 (13.3%, M), 4/14 (28.6%, F) | M: P = 0.007 (1B vs 4B) M: P = 0.012 (2B vs 4B) M, F: P = 0.12 1A vs 4A M, F: P = 0.008 2A vs 4A | Dams, age at start 3–4 mo Purity not provided Male (Groups 1 & 2) – significantly decreased bw at 75 wk All offspring in Group 3 died at 72 h. Survival was decreased in Groups 1A, 1B, 2A and 2B compared to controls (4A and 4B) Pituitary tumours: significantly decreased latency for Groups 1A (M, F), 1B (M, F) and 2A (F) compared to the Groups 4A or 4B (corresponding M or F) |

h, hour or hours; F, female; i.p., intraperitoneal; M, male; mo, month or months; NaBB, sodium barbital; vs, versus; wk, week or weeks

### 3.3.6 Nickel chloride

Nickel chloride induced malignant tumours in the peritoneal cavity when administered by intraperitoneal injection in rats (Pott et al., 1989, 1990).

### 3.3.7 Other forms of nickel

Intramuscular administration of nickel sulfarsenide, nickel arsenides, nickel antimonide, nickel telluride, and nickel selenides caused local sarcomas in rats (Sunderman & McCully, 1983). Intramuscular administration of nickelocene caused some local tumours in rats and hamsters (Furst & Schlauder, 1971).

## 3.4 Transplacental exposure

### 3.4.1 Nickel acetate

Diwan et al. (1992) studied the carcinogenic effects of rats exposed transplacentally to nickel acetate and postnatally to sodium barbital in drinking-water. Pregnant F344 were given nickel acetate by intraperitoneal injection, and their offspring were divided into groups receiving either tap water or sodium barbital in drinking-water. An increased incidence in pituitary tumours was observed in the offspring of both sexes transplacentally exposed to nickel acetate. These tumours were mainly malignant, and are rare tumours. Renal tumours were observed in the male offspring exposed transplacentally to nickel acetate, and receiving sodium barbital postnatally, but not in the male offspring receiving tap water after nickel in utero.

See Table 3.4.

## 3.5 Synthesis

The inhalation of nickel oxide, nickel subsulfide, and nickel carbonyl caused lung tumours in rats. Intratracheal instillation of nickel oxide, nickel subsulfide, and metallic nickel caused lung tumours in rats. Lung tumours were observed by the intraperitoneal injection of nickel acetate in two studies in A/J mice, and by intramuscular injection of nickel subsulfide in mice. The inhalation of nickel oxide, nickel subsulfide, and metallic nickel caused adrenal medulla pheochomocytoma in rats. Transplacental nickel acetate induced malignant pituitary tumours in the offspring in rats. Several nickel compounds (nickel oxides, nickel sulfides, including nickel subsulfide, nickel sulfate, nickel chloride, nickel acetate, nickel sulfarsenide, nickel arsenide, nickel antimonide, nickel telluride, nickel selenide, nickelocene, and metallic nickel) administered by repository injection caused sarcomas in multiple studies. The inhalation of metallic nickel did not cause lung tumours in rats. The inhalation and oral exposure to nickel sulfate did not cause tumours in rats or mice. The inhalation of nickel subsulfite did not cause tumours in mice.

## 4. Other Relevant Data

## 4.1 Absorption, distribution, metabolism, and excretion

In rodents, nickel salts and nickel sulfides are absorbed through the lungs and excreted mainly in the urine (Benson et al., 1994, 1995a). After inhalation exposure to green nickel oxide, nickel is not distributed in extrapulmonary tissues, and is excreted only in faeces (Benson et al., 1994). In humans, soluble nickel compounds are rapidly absorbed through the lungs, and excreted in the urine. After inhalation exposure to insoluble nickel species, elevated concentrations of nickel are observed in the plasma and urine, but the absorption is slow (Bernacki et al., 1978; Tola et al., 1979).

In rats exposed to nickel sulfate hexahydrate by inhalation for 6 months or 2 years,

no pulmonary accumulation is observed; in a similar exposure scenario with nickel subsulfide, concentrations of nickel are detected in the lungs, with very slight nickel accumulation. Following the exposure of green nickel oxide to rats, the nickel lung clearance half-life is approximately 130 days, and in long-term exposure (NTP, 1996a, b, c; described in Section 3), a remarkable accumulation of nickel is observed (Benson et al., 1995b; Dunnick et al., 1995). fh e lung clearance half-life of nanoparticulate black nickel oxide in rats is reported as 62 days (Oyabu et al., 2007). fh e difference in the two clearance rates may be related to the greater water solubility (and the smaller particle size) of the nanoparticulate black nickel oxide. In mice, the observed clearance for nickel sulfate is fast, but for nickel subsulfide intermediate and for green nickel oxide, very slow (Dunnick et al., 1995).

### 4.1.1 Cellular uptake

Nickel chloride has been shown in different cell lines in culture to be transported to the nucleus (Abbracchio et al., 1982; Edwards et al., 1998; Ke et al., 2006, 2007; Schwerdtle & Hartwig, 2006). Soluble nickel chloride compounds enter cells via the calcium channels and by metal ion transporter 1 (Refsvik & Andreassen, 1995; Funakoshi et al., 1997; Gunshin et al., 1997; Garrick et al., 2006). Crystalline nickel sulfides are phagocytized by a large variety of different cells in culture (Kuehn et al., 1982; Miura et al., 1989; Hildebrand et al., 1990, 1991; IARC, 1990).

Black nickel oxide and nickel chloride are taken up by human lung carcinoma cell lines A549 in culture; the nucleus/cytoplasm ratio is > 0.5 for black nickel oxide, and < 0.18 for nickel chloride (Fletcher et al., 1994; Schwerdtle & Hartwig, 2006).

After phagocytosis of nickel subsulfide, intracellular nickel containing particles rapidly dissolve, and lose sulfur (Arrouijal et al., 1990; Hildebrand et al., 1990, 1991; Shirali et al., 1991).

## 4.2 Genetic and related effects

fh e mechanisms of the carcinogenicity of nickel compounds have been reviewed extensively (Hartwig et al., 2002; Zoroddu et al., 2002; Costa et al., 2003, 2005; Harris & Shi, 2003; Kasprzak et al., 2003; Lu et al., 2005; Durham & Snow, 2006; Beyersmann & Hartwig, 2008; Salnikow & Zhitkovich, 2008).

Based on the uptake and distribution in cells described above, the ultimate genotoxic agent is Ni (II). However, direct reaction of Ni (II) with DNA does not seem to be relevant under realistic exposure conditions. Nevertheless, nickel is a redox-active metal that may, in principle, catalyse Fenton-type reactions, and thus generate reactive oxygen species (Nackerdien et al., 1991; Kawanishi et al., 2001). Genotoxic effects have been consistently observed in exposed humans, in experimental animals, and in cell culture systems, and include oxidative DNA damage, chromosomal damage, and weak mutagenicity in mammalian cells. fh ese effects are likely to be due to indirect mechanisms, as described in detail below.

### 4.2.1 Direct genotoxicity

#### (a) DNA damage

Water-soluble as well as water-insoluble nickel compounds induce DNA strand breaks and DNA protein crosslinks in different mammalian test systems, including human lymphocytes. Nevertheless, in the case of DNA strand breaks and oxidative DNA lesions, these events mainly occur with conditions that involve comparatively high cytotoxic concentrations (IARC, 1990; Pool-Zobel et al., 1994; Dally & Hartwig, 1997; Cai & Zhuang, 1999; Chen et al., 2003; M'Bemba-Meka et al., 2005; Schwerdtle & Hartwig, 2006; Caicedo et al., 2007). fh is is also true for the induction of oxidative DNA base modifications in cellular systems. Nevertheless, oxidative DNA damage is also observed in experimental animals, this may

be ᴅue to repair inhibition of enᴅogenous oxiᴅative DNA ᴅamage.

fh e intratracheal instillation of several soluble anᴅ insoluble nickel compounᴅs to rats signifir̄cantly increases 8-hyᴅroxyᴅeoxyguanine (8-OH-ᴅG) content in the lungs. Concomitantly, microscopic signs of inflˉammation in the lungs are also observeᴅ. Two ᴅistinct mechanisms are proposeᴅ: one via an inflˉammatory reaction anᴅ the other through cell-meᴅiateᴅ reactive oxygen species formation (Kawanishi et al., 2001; Kawanishi et al., 2002).

### (b)  Chromosomal alterations

Water-soluble anᴅ poorly water-soluble nickel compounᴅs inᴅuce sister chromatiᴅ exchange anᴅ chromosomal aberrations at toxic levels in ᴅifferent mammalian test systems (Conway et al., 1987; Conway & Costa, 1989; IARC, 1990; Howarᴅ et al., 1991). Chromosomal aberrations are most pronounceᴅ in heterochromatic chromosomal regions (Conway et al., 1987). Water-soluble anᴅ poorly water-soluble nickel compounᴅs inᴅuce micronuclei at comparatively high concentrations. Because increases in both kinetochorepositive anᴅ -negative micronuclei are observeᴅ, these effects are likely ᴅue to aneugenic as well as clastogenic actions (Arrouijal et al., 1990, 1992; Hong et al., 1997; Seoane & Dulout, 2001). fh e inᴅuction of chromosomal aberrations anᴅ micronuclei in roᴅents treateᴅ with ᴅifferent nickel compounᴅs is not consistent across stuᴅies (Sobti & Gill, 1989; Arrouijal et al., 1990; Dhir et al., 1991; IARC, 1990; Oller & Erexson, 2007). Enhanceᴅ frequencies of chromosomal aberrations were observeᴅ in some stuᴅies in lymphocytes of nickel-exposeᴅ workers (IARC, 1990).

### (c)  Gene mutations in bacterial and mammalian test systems

Nickel compounᴅs are not mutagenic in bacterial test systems, anᴅ are only weakly mutagenic in cultureᴅ mammalian cells. Even though, mutagenic responses for both water-soluble anᴅ water-insoluble nickel compounᴅs have been reporteᴅ in transgenic G12 cells, this effect was later shown to result from epigenetic genesilencing (Lee et al., 1995). Nevertheless, the prolongeᴅ culture of V79 cells after treatment with nickel sulfate results in the appearance of genetically unstable clones with high mutation rates together with chromosomal instability (Little et al., 1988; Ohshima, 2003).

### (d)  Cell transformation

Water-soluble anᴅ poorly water-soluble nickel compounᴅs inᴅuceᴅ anchorage-inᴅepenᴅent growth in ᴅifferent cell systems (IARC, 1990), incluᴅing the mouse-embryo fiˉbroblast cell-line PW anᴅ the human osteoblast cell line HOS-TE85 (Zhang et al., 2003). Nickel compounᴅs were shown to cause morphological transformation in ᴅifferent cell types (Conway & Costa, 1989; Miura et al., 1989; Patierno et al., 1993; Lin & Costa, 1994).

### 4.2.2 Indirect effects related to genotoxicity

As stateᴅ above, the ᴅirect interaction of nickel compounᴅs with DNA appears to be of minor importance for inᴅucing a carcinogenic response. However, several inᴅirect mechanisms have been iᴅentifieᴅ, which are ᴅiscusseᴅ below.

### (a)  Oxidative stress

Treatment with soluble anᴅ insoluble nickel causes increases in reactive oxygen species in many cell types (Huang et al., 1993; Salnikow et al., 2000; Chen et al., 2003).

Increaseᴅ DNA stanᴅ breaks, DNA–protein crosslinks anᴅ sister chromatiᴅ exchange are founᴅ in cells treateᴅ with soluble anᴅ insoluble nickel compounᴅs, anᴅ these are shown to result from the increase in reactive oxygen species (Chakrabarti et al., 2001; Błasiak et al., 2002; Woźniak & Błasiak, 2002; M'Bemba-Meka et al., 2005, 2007).

Intraperitoneal injection of nickel acetate in rat did not cause any DNA damage in liver and kidney at 12 hours. However, oxidative DNA damage increased after 24 hours, and persisted in the kidney for 14 days (Kasprzak *et al.*, 1997).

*(b)   Inhibition of DNA repair*

The treatment of cells with soluble Ni (II) increases the DNA damage and the mutagenicity of various agents (Hartwig & Beyersmann, 1989; Snyder *et al.*, 1989; Lee-Chen *et al.*, 1993).

Soluble Ni (II) inhibits nucleotide-excision repair after UV irradiation, and the effect seems to be on the incision, the polymerization, and ligation steps in this pathway (Hartwig *et al.*, 1994; Hartmann & Hartwig, 1998; Woźniak & Błasiak, 2004). One of the proteins in nucleotide-excision repair, the XPA protein, may be a target of Ni (II) (Asmuss *et al.*, 2000a, b).

Soluble nickel chloride also inhibits base-excision repair. The base-excision repair enzyme, 3-methyladenine-DNA glycosylase II, is inhibited specifically (Dally & Hartwig, 1997; Woźniak & Błasiak, 2004; Wang *et al.*, 2006).

There is some evidence that the enzyme $O^6$-methylguanine-DNA methyltransferase (MGMT) is inhibited by nickel chloride (Iwitzki *et al.*, 1998).

*(c)   Epigenetic mechanisms*

Both water-soluble and water-insoluble nickel compounds are able to cause gene silencing (Costa *et al.*, 2005). The effect was first found when "mutations" in the transgenic *gpt* gene in G12 cells were found to be epigenetically silenced rather than mutated (Lee *et al.*, 1995). Genes that are located near heterochromatin are subject to such inactivation by nickel. The *gpt* gene was silenced by DNA methylation. Additional studies show that cells treated with nickel have decreased histone acetylation, and altered histone methylation patterns (Golebiowski & Kasprzak, 2005; Chen *et al.*, 2006). Nickel also causes ubiquination and phosphorylation of histones (Karaczyn

*et al.*, 2006; Ke *et al.*, 2008a, b). Permanent changes in gene expression are important in any mechanism of carcinogenesis.

## 4.3 Synthesis

The ultimate carcinogenic species in nickel carcinogenesis is the nickel ion Ni (II). Both water-soluble and poorly water-soluble nickel species are taken up by cells, the former by ion channels and transporters, the latter by phagocytosis. In the case of particulate compounds, nickel ions are gradually released after phagocytosis. Both water-soluble and -insoluble nickel compounds result in an increase in nickel ions in the cytoplasm and the nucleus. Nickel compounds are not mutagenic in bacteria, and only weakly mutagenic in mammalian cells under standard test procedures, but can induce DNA damage, chromosomal aberrations, and micronuclei *in vitro* and *in vivo*. However, delayed mutagenicity and chromosomal instability are observed a long time after treatment of cells with nickel. Nickel compounds act as co-mutagens with a variety of DNA-damaging agents. Thus, disturbances of DNA repair appear to be important. A further important mechanism is the occurrence of epigenetic changes, mediated by altered DNA methylation patterns, and histone modification. Inflammation may also contribute to nickel-induced carcinogenesis.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of mixtures that include nickel compounds and nickel metal. These agents cause cancers of the lung and of the nasal cavity and paranasal sinuses.

There is *sufficient evidence* in experimental animals for the carcinogenicity of nickel monoxides, nickel hydroxides, nickel sulfides (including

nickel subsulfide), nickel acetate, and nickel metal.

There is *limited evidence* in experimental animals for the carcinogenicity of nickelocene, nickel carbonyl, nickel sulfate, nickel chloride, nickel arsenides, nickel antimonide, nickel selenides, nickel sulfarsenide, and nickel telluride.

There is *inadequate evidence* in experimental animals for the carcinogenicity of nickel titanate, nickel trioxide, and amorphous nickel sulfide.

In view of the overall findings in animals, there is *sufficient evidence* in experimental animals for the carcinogenicity of nickel compounds and nickel metal.

Nickel compounds are *carcinogenic to humans (Group 1).*

# References

Abbracchio MP, Simmons-Hansen J, Costa M (1982). Cytoplasmic dissolution of phagocytized crystalline nickel sulfide particles: a prerequisite for nuclear uptake of nickel. *J Toxicol Environ Health*, 9: 663–676. doi:10.1080/15287398209530194 PMID:7108981

Albert DM, Gonder JR, Papale J *et al.* (1982). *Induction of ocular neoplasms in Fischer rats by intraocular injection of nickel subsulfide*. In: *Nickel Toxicology*. London: Academic Press, pp. 55–58.

Andersen A, Berge SR, Engeland A, Norseth T (1996). Exposure to nickel compounds and smoking in relation to incidence of lung and nasal cancer among nickel refinery workers. *Occup Environ Med*, 53: 708–713. doi:10.1136/oem.53.10.708 PMID:8943837

Antonsen DH, Meshri DT (2005). *Nickel compounds.* In: *Kirk-Othmer Encyclopedia of Chemical Technology*, 5th ed. New York: John Wiley & Sons, 16:1–28.

Anttila A, Pukkala E, Aitio A *et al.* (1998). Update of cancer incidence among workers at a copper/nickel smelter and nickel refinery. *Int Arch Occup Environ Health*, 71: 245–250. doi:10.1007/s004200050276 PMID:9638480

Arena VC, Sussman NB, Redmond CK *et al.* (1998). Using alternative comparison populations to assess occupation-related mortality risk. Results for the high nickel alloys workers cohort. *J Occup Environ Med*, 40: 907–916. doi:10.1097/00043764-199810000-00012 PMID:9800177

Arrouijal FZ, Hildebrand HF, Vophi H, Marzin D (1990). Genotoxic activity of nickel subsulphide alpha-Ni3S2.

*Mutagenesis*, 5: 583–589. doi:10.1093/mutage/5.6.583 PMID:2263215

Arrouijal FZ, Marzin D, Hildebrand HF *et al.* (1992). Differences in genotoxic activity of alpha-Ni3S2 on human lymphocytes from nickel-hypersensitized and nickel-unsensitized donors. *Mutagenesis*, 7: 183–187. doi:10.1093/mutage/7.3.183 PMID:1602972

Asmuss M, Mullenders LH, Eker A, Hartwig A (2000a). Differential effects of toxic metal compounds on the activities of Fpg and XPA, two zinc finger proteins involved in DNA repair. *Carcinogenesis*, 21: 2097–2104. doi:10.1093/carcin/21.11.2097 PMID:11062174

Asmuss M, Mullenders LH, Hartwig A (2000b). Interference by toxic metal compounds with isolated zinc finger DNA repair proteins. *Toxicol Lett*, 112–113: 227–231. doi:10.1016/S0378-4274(99)00273-8 PMID:10720735

ATSDR (2005). *Toxicological Profile for Nickel.* Atlanta, GA: US Public Health Service, Agency for Toxic Substances and Disease Registry.

Barbante C, Boutron C, Moreau A-L *et al.* (2002). Seasonal variations in nickel and vanadium in Mont Blanc snow and ice dated from the 1960s and 1990s. *J Environ Monit*, 4: 960–966. doi:10.1039/b208142c PMID:12509051

Basketter DA, Angelini G, Ingber A *et al.* (2003). Nickel, chromium and cobalt in consumer products: revisiting safe levels in the new millennium. *Contact Dermatitis*, 49: 1–7. doi:10.1111/j.0105-1873.2003.00149.x PMID:14641113

Bavazzano P, Bolognesi R, Cassinelli C *et al.* (1994). Skin contamination and low airborne nickel exposure of electroplaters. *Sci Total Environ*, 155: 83–86. PMID:7973613

Benson JM, Barr EB, Bechtold HA *et al.* (1994). Fate of Inhaled Nickel Oxide and Nickel Subsulfide in F344/N Rats. *Inhal Toxicol*, 6: 167–183. doi:10.3109/08958379409029703

Benson JM, Chang IY, Cheng YS *et al.* (1995a). Particle clearance and histopathology in lungs of F344/N rats and B6C3F1 mice inhaling nickel oxide or nickel sulfate. *Fundam Appl Toxicol*, 28: 232–244. doi:10.1006/faat.1995.1164 PMID:8835233

Benson JM, Cheng YS, Eidson AF *et al.* (1995b). Pulmonary toxicity of nickel subsulfide in F344/N rats exposed for 1–22 days. *Toxicology*, 103: 9–22. doi:10.1016/0300-483X(95)03098-Z PMID:8525492

Bernacki EJ, Parsons GE, Roy BR *et al.* (1978). Urine nickel concentrations in nickel-exposed workers. *Ann Clin Lab Sci*, 8: 184–189. PMID:655606

Berry JP, Galle P, Poupon MF *et al.* (1984). Electron microprobe in vitro study of interaction of carcinogenic nickel compounds with tumour cells. *IARC Sci Publ*, 53153–164. PMID:6099827

Beyersmann D & Hartwig A (2008). Carcinogenic metal compounds: recent insight into molecular and cellular

IARC MONOGRAPHS – 100C

mechanisms. *Arch Toxicol*, 82: 493–512. DOI:10.1007/s00204-008-0313-y PMID:18496671

Błasiak J, Arabski M, Pertyński T et al. (2002). DNA damage in human colonic mucosa cells evoked by nickel and protective action of quercetin - involvement of free radicals? *Cell Biol Toxicol*, 18: 279–288. DOI:10.1023/A:1016059112829 PMID:12206140

Burges DCL (1980). *Mortality study of nickel platers*. In: *Nickel Toxicology*. Brown, S.S. & Sunderman, F.W., Jr, editors. London: Academic Press, pp. 1–18.

Cai Y & Zhuang Z (1999). DNA damage in human peripheral blood lymphocyte caused by nickel and cadmium *Zhonghua Yu Fang Yi Xue Za Zhi*, 33: 75–77. PMID:11864456

Caicedo M, Jacobs JJ, Reddy A et al. (2007). Analysis of metal ion-induced DNA damage, apoptosis, and necrosis in human (Jurkat) T-cells demonstrates Ni(2+) and V(3+) are more toxic than other metals: Al(3+), Be(2+), Co(2+), Cr(3+), Cu(2+), Fe(3+), Mo(5+), Nb(5+), Zr(2+). *J Biomed Mater Res A*, 86: 905–913.

CAREX Canada (2011). Available at: http://www.carexcanada.ca/en/nickel/occupational_exposure_estimates/phase_2/

Chakrabarti SK, Bai C, Subramanian KS (2001). DNA-protein crosslinks induced by nickel compounds in isolated rat lymphocytes: role of reactive oxygen species and specific amino acids. *Toxicol Appl Pharmacol*, 170: 153–165. DOI:10.1006/taap.2000.9097 PMID:11162780

Chen CY, Wang YF, Huang WR, Huang YT (2003). Nickel induces oxidative stress and genotoxicity in human lymphocytes. *Toxicol Appl Pharmacol*, 189: 153–159. DOI:10.1016/S0041-008X(03)00086-3 PMID:12791300

Chen H, Ke Q, Kluz T et al. (2006). Nickel ions increase histone H3 lysine 9 dimethylation and induce transgene silencing. *Mol Cell Biol*, 26: 3728–3737. DOI:10.1128/MCB.26.10.3728-3737.2006 PMID:16648469

Conway K & Costa M (1989). Nonrandom chromosomal alterations in nickel-transformed Chinese hamster embryo cells. *Cancer Res*, 49: 6032–6038. PMID:2790817

Conway K, Wang XW, Xu LS, Costa M (1987). Effect of magnesium on nickel-induced genotoxicity and cell transformation. *Carcinogenesis*, 8: 1115–1121. DOI:10.1093/carcin/8.8.1115 PMID:3301046

Costa M, Davidson TL, Chen H et al. (2005). Nickel carcinogenesis: epigenetics and hypoxia signalling. *Mutat Res*, 592: 79–88. PMID:16009382

Costa M, Yan Y, Zhao D, Salnikow K (2003). Molecular mechanisms of nickel carcinogenesis: gene silencing by nickel delivery to the nucleus and gene activation/inactivation by nickel-induced cell signalling. *J Environ Monit*, 5: 222–223. DOI:10.1039/b210260a PMID:12729258

Cox JE, Doll R, Scott WA, Smith S (1981). Mortality of nickel workers: experience of men working with metallic nickel. *Br J Ind Med*, 38: 235–239. PMID:7272235

Cragle DL, Hollis DR, Newport TH, Shy CM (1984). A retrospective cohort mortality study among workers occupationally exposed to metallic nickel powder at the Oak Ridge Gaseous Diffusion Plant. *IARC Sci Publ*, 5357–63. PMID:6532993

Creely KS, Aitken RJ (2008). Characterization of nickel industry workplace aerosols by particle size and nickel species. Research Report TM/07/03. January 2008. Edinburgh: Institute of Occupational Medicine

Dally H & Hartwig A (1997). Induction and repair inhibition of oxidative DNA damage by nickel(II) and cadmium(II) in mammalian cells. *Carcinogenesis*, 18: 1021–1026. DOI:10.1093/carcin/18.5.1021 PMID:9163690

Dhir H, Agarwal K, Sharma A, Talukder G (1991). Modifying role of Phyllanthus emblica and ascorbic acid against nickel clastogenicity in mice. *Cancer Lett*, 59: 9–18. DOI:10.1016/0304-3835(91)90129-6 PMID:1878862

Diwan BA, Kasprzak KS, Rice JM (1992). Transplacental carcinogenic effects of nickel(II) acetate in the renal cortex, renal pelvis and adenohypophysis in F344/NCr rats. *Carcinogenesis*, 13: 1351–1357. DOI:10.1093/carcin/13.8.1351 PMID:1499087

Dunnick JK, Elwell MR, Radovsky AE et al. (1995). Comparative carcinogenic effects of nickel subsulfide, nickel oxide, or nickel sulfate hexahydrate chronic exposures in the lung. *Cancer Res*, 55: 5251–5256. PMID:7585584

Durham TR & Snow ET (2006). Metal ions and carcinogenesis. *EXS*, 96: 97–130. PMID:16383016

Easton DF, Peto J, Morgan LG et al. (1992). *Respiratory cancer mortality in Welsh nickel refiners: Which nickel compounds are responsible?* In: *Nickel and human health: current perspectives. Advances in environmental sciences and technology.* Niebor E, Nrigau J, editors. New York: Wiley & Sons, pp. 603–619.

Edwards DL, Wataha JC, Hanks CT (1998). Uptake and reversibility of uptake of nickel by human macrophages. *J Oral Rehabil*, 25: 2–7. DOI:10.1046/j.1365-2842.1998.00197.x PMID:9502120

Egedahl R, Carpenter M, Lundell D (2001). Mortality experience among employees at a hydrometallurgical nickel refinery and fertiliser complex in Fort Saskatchewan, Alberta (1954–95). *Occup Environ Med*, 58: 711–715. DOI:10.1136/oem.58.11.711 PMID:11600726

Enterline PE & Marsh GM (1982). Mortality among workers in a nickel refinery and alloy manufacturing plant in West Virginia. *J Natl Cancer Inst*, 68: 925–933. PMID:6953273

EVM (2002). *Expert Group on Vitamins and Minerals: Revised Review of Nickel. EVM/99/24.*

Fletcher GG, Rossetto FE, Turnbull JD, Nieboer E (1994). Toxicity, uptake, and mutagenicity of particulate and

soluble nickel compounds. *Environ Health Perspect*, 102: Suppl 369–79. doi:10.2307/3431766 PMID:7843140

Funakoshi T, Inoue T, Shimada H, Kojima S (1997). fh e mechanisms of nickel uptake by rat primary hepatocyte cultures: role of calcium channels. *Toxicology*, 124: 21–26. doi:10.1016/S0300-483X(97)00131-5 PMID:9392452

Furst A & Schlauer MC (1971). fh e hamster as a model for metal carcinogenesis. *Proc West Pharmacol Soc*, 14: 68–71.

Garrick MD, Singleton ST, Vargas F et al. (2006). DMT1: which metals does it transport? *Biol Res*, 39: 79–85. doi:10.4067/S0716-97602006000100009 PMID:16629167

Gilman JP (1962). Metal carcinogenesis. II. A study on the carcinogenic activity of cobalt, copper, iron, and nickel compounds. *Cancer Res*, 22: 158–162. PMID:13898693

Gilman JP (1966). Muscle tumourigenesis. *Proc Can Cancer Conf*, 6: 209–223. PMID:5972980

Godbold JH Jr & Tompkins EA (1979). A long-term mortality study of workers occupationally exposed to metallic nickel at the Oak Ridge Gaseous Diffusion Plant. *J Occup Med*, 21: 799–806. PMID:556270

Goldberg M, Goldberg P, Leclerc A et al. (1994). A 10-year incidence survey of respiratory cancer and a case-control study within a cohort of nickel mining and refining workers in New Caledonia. *Cancer Causes Control*, 5: 15–25. doi:10.1007/BF01830722 PMID:8123774

Golebiowski F & Kasprzak KS (2005). Inhibition of core histones acetylation by carcinogenic nickel(II). *Mol Cell Biochem*, 279: 133–139. doi:10.1007/s11010-005-8285-1 PMID:16283522

Grimsrud TK, Berge SR, Haldorsen T, Andersen A (2002). Exposure to different forms of nickel and risk of lung cancer. *Am J Epidemiol*, 156: 1123–1132. doi:10.1093/aje/kwf165 PMID:12480657

Grimsrud TK, Berge SR, Haldorsen T, Andersen A (2005). Can lung cancer risk among nickel refinery workers be explained by occupational exposures other than nickel? *Epidemiology*, 16: 146–154. doi:10.1097/01.ede.0000152902.48916.d7 PMID:15703528

Grimsrud TK, Berge SR, Martinsen JI, Andersen A (2003). Lung cancer incidence among Norwegian nickel-refinery workers 1953–2000. *J Environ Monit*, 5: 190–197. doi:10.1039/b211722n PMID:12729252

Grimsrud TK, Berge SR, Resmann SR et al. (2000). Assessment of historical exposures in a nickel refinery in Norway. *Scand J Work Environ Health*, 26: 338–345. PMID:10994800

Grimsrud TK & Peto J (2006). Persisting risk of nickel related lung cancer and nasal cancer among Clydach refiners. *Occup Environ Med*, 63: 365–366. doi:10.1136/oem.2005.026336 PMID:16621856

Gunshin H, Mackenzie B, Berger UV et al. (1997). Cloning and characterization of a mammalian proton-coupled metal-ion transporter. *Nature*, 388: 482–488. doi:10.1038/41343 PMID:9242408

Harmse JL & Engelbrecht JC (2007). Air sampling of nickel in a refinery. *Int J Environ Health Res*, 17: 319–325. doi:10.1080/09603120701372698 PMID:17613095

Harris GK & Shi X (2003). Signaling by carcinogenic metals and metal-induced reactive oxygen species. *Mutat Res*, 533: 183–200. PMID:14643420

Hartmann M & Hartwig A (1998). Disturbance of DNA damage recognition after UV-irradiation by nickel(II) and cadmium(II) in mammalian cells. *Carcinogenesis*, 19:617–621. doi:10.1093/carcin/19.4.617 PMID:9600346

Hartwig A, Asmuss M, Ehleben I et al. (2002). Interference by toxic metal ions with DNA repair processes and cell cycle control: molecular mechanisms. *Environ Health Perspect*, 110: Suppl 5797–799. PMID:12426134

Hartwig A & Beyersmann D (1989). Enhancement of UV-induced mutagenesis and sister-chromatid exchanges by nickel ions in V79 cells: evidence for inhibition of DNA repair. *Mutat Res*, 217: 65–73. PMID:2911267

Hartwig A, Mullenders LH, Schlepegrell R et al. (1994). Nickel(II) interferes with the incision step in nucleotide excision repair in mammalian cells. *Cancer Res*, 54: 4045–4051. PMID:8033135

Heath JC & Daniel MR (1964). fh e production of malignant tumours by cadmium in the rat. *Br J Cancer*, 18: 124–129. PMID:14154225

Heim KE, Bates HK, Rush RE, Oller AR (2007). Oral carcinogenicity study with nickel sulfate hexahydrate in Fischer 344 rats. *Toxicol Appl Pharmacol*, 224: 126–137. doi:10.1016/j.taap.2007.06.024 PMID:17692353

Hildebrand HF, D'Hooghe MC, Shirali P et al. (1990). Uptake and biological transformation of beta NiS and alpha Ni3S2 by human pulmonary embryonic epithelial cells (L132) in culture. *Carcinogenesis*, 11: 1943–1950. doi:10.1093/carcin/11.11.1943 PMID:2225326

Hildebrand HF, Decaestecker AM, Arrouijal FZ, Martinez R (1991). In vitro and in vivo uptake of nickel sulfides by rat lymphocytes. *Arch Toxicol*, 65: 324–329. doi:10.1007/BF01968967 PMID:1953351

Hong YC, Paik SR, Lee HJ et al. (1997). Magnesium inhibits nickel-induced genotoxicity and formation of reactive oxygen. *Environ Health Perspect*, 105: 744–748. doi:10.2307/3433730 PMID:9294721

Horn-Ross PL, Ljung B-M, Morrow M (1997). Environmental factors and the risk of salivary gland cancer. *Epidemiol.*, 8: 414–419. doi:10.1097/00001648-199707000-00011 PMID:9209856

Howard W, Leonard R, Moody W, Kochhar TS (1991). Induction of chromosome changes by metal compounds in cultured CHO cells. *Toxicol Lett*, 56: 179–186. doi:10.1016/0378-4274(91)90105-F PMID:2017776

Huang X, Frenkel K, Klein CB, Costa M (1993). Nickel induces increased oxidants in intact cultured mammalian cells as detected by dichlorofluorescein

fluorescence. *Toxicol Appl Pharmacol*, 120: 29–36. DOI:10.1006/taap.1993.1083 PMID:8511780

Hueper WC (1952). Experimental studies in metal carcinigenesis. I. Nickel cancers in rats. *Tex Rep Biol Med*, 10: 167–186. PMID:14922272

Hueper WC (1955). Experimental studies in metal carcinigenesis. IV. Cancer produced by parenterally introduced metallic nickel. *J Natl Cancer Inst*, 16: 55–73. PMID:13243113

IARC (1973). Some inorganic and organometallic compounds. *IARC Monogr Eval Carcinog Risk Chem Man*, 2: 1–181.

IARC (1976). Cadmium, nickel, some epoxides, miscellaneous industrial chemicals and general considerations on volatile anaesthetics. *IARC Monogr Eval Carcinog Risk Chem Man*, 11: 1–306. PMID:992654

IARC (1979). Chemicals and industrial processes associated with cancer in humans: IARC Monographs volumes 1 to 20. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 1: 38

IARC (1982). Cross index of synonyms and trade names in Volumes 1 to 26. *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 3: 1–199. PMID:6959964

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 264–269. PMID:3482203

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

International Committee on Nickel Carcinogenesis in Man. (1990). Report of the International Committee on Nickel Carcinogenesis in Man. *Scand J Work Environ Health*, 16: 1 Spec No1–82. PMID:2185539

Iwitzki F, Schlepegrell R, Eichhorn U *et al.* (1998). Nickel(II) inhibits the repair of O6-methylguanine in mammalian cells. *Arch Toxicol*, 72: 681–689. DOI:10.1007/s002040050561 PMID:9879805

Järup L, Bellander T, Hogstedt C, Spång G (1998). Mortality and cancer incidence in Swedish battery workers exposed to cadmium and nickel. *Occup Environ Med*, 55: 755–759. PMID:9924452

Jasmin G & Riopelle JL (1976). Renal carcinomas and erythrocytosis in rats following intrarenal injection of nickel subsulfide. *Lab Invest*, 35: 71–78. PMID:940323

Judde JG, Breillout F, Clemenceau C *et al.* (1987). Inhibition of rat natural killer cell function by carcinogenic nickel compounds: preventive action of manganese. *J Natl Cancer Inst*, 78: 1185–1190. PMID:2438444

Karaczyn AA, Golebiowski F, Kasprzak KS (2006). Ni(II) affects ubiquitination of core histones H2B and H2A. *Exp Cell Res*, 312: 3252–3259. DOI:10.1016/j.yexcr.2006.06.025 PMID:16870173

Karjalainen S, Kerttula R, Pukkala E (1992). Cancer risk among workers at a copper/nickel smelter and nickel refinery in Finland. *Int Arch Occup Environ Health*, 63: 547–551. DOI:10.1007/BF00386344 PMID:1587630

Kasprzak KS, Diwan BA, Konishi N *et al.* (1990). Initiation by nickel acetate and promotion by sodium barbital of renal cortical epithelial tumors in male F344 rats. *Carcinogenesis*, 11: 647–652. DOI:10.1093/carcin/11.4.647 PMID:2323003

Kasprzak KS, Diwan BA, Rice JM (1994). Iron accelerates while magnesium inhibits nickel-induced carcinogenesis in the rat kidney. *Toxicology*, 90: 129–140. DOI:10.1016/0300-483X(94)90211-9 PMID:8023338

Kasprzak KS, Gabryel P, Jarczewska K (1983). Carcinogenicity of nickel(II)hydroxides and nickel(II) sulfate in Wistar rats and its relation to the in vitro dissolution rates. *Carcinogenesis*, 4: 275–279. DOI:10.1093/carcin/4.3.275 PMID:6831634

Kasprzak KS, Jaruga P, Zastawny TH *et al.* (1997). Oxidative DNA base damage and its repair in kidneys and livers of nickel(II)-treated male F344 rats. *Carcinogenesis*, 18: 271–277. DOI:10.1093/carcin/18.2.271 PMID:9054618

Kasprzak KS, Sunderman FW Jr, Salnikow K (2003). Nickel carcinogenesis. *Mutat Res*, 533: 67–97. PMID:14643413

Kasprzak KS & Ward JM (1991). Prevention of nickel subsulfide carcinogenesis by local administration of Mycobacterium bovis antigen in male F344/NCr rats. *Toxicology*, 67:97–105. DOI:10.1016/0300-483X(91)90167-Y PMID:2017766

Kawanishi S, Inoue S, Oikawa S *et al.* (2001). Oxidative DNA damage in cultured cells and rat lungs by carcinogenic nickel compounds. *Free Radic Biol Med*, 31: 108–116. DOI:10.1016/S0891-5849(01)00558-5 PMID:11425496

Kawanishi S, Oikawa S, Inoue S, Nishino K (2002). Distinct mechanisms of oxidative DNA damage induced by carcinogenic nickel subsulfide and nickel oxides. *Environ Health Perspect*, 110: Suppl 5789–791. PMID:12426132

Ke Q, Davidson T, Chen H *et al.* (2006). Alterations of histone modifications and transgene silencing by nickel chloride. *Carcinogenesis*, 27: 1481–1488. DOI:10.1093/carcin/bgl004 PMID:16522665

Ke Q, Davidson T, Kluz T *et al.* (2007). Fluorescent tracking of nickel ions in human cultured cells. *Toxicol Appl Pharmacol*, 219: 18–23. DOI:10.1016/j.taap.2006.08.013 PMID:17239912

Ke Q, Ellen TP, Costa M (2008a). Nickel compounds induce histone ubiquitination by inhibiting histone deubiquitinating enzyme activity. *Toxicol Appl Pharmacol*, 228: 190–199. DOI:10.1016/j.taap.2007.12.015 PMID:18279901

Ke Q, Li Q, Ellen TP *et al.* (2008b). Nickel compounds induce phosphorylation of histone H3 at serine 10 by activating JNK-MAPK pathway. *Carcinogenesis*, 29: 1276–1281. DOI:10.1093/carcin/bgn084 PMID:18375956

Kerfoot DGE (2002). *Nickel*. In: *Ullmann's Encyclopedia of Industrial Chemistry*. Wiley-VCH Verlag GmbH & Co.

Kiilunen M (1997). Occupational exposure to chromium and nickel in the 1980s in Finland. *Sci Total Environ*, 199: 91–101. doi:10.1016/S0048-9697(97)05484-3 PMID:9200851

Kiilunen M, Utela J, Rantanen T et al. (1997). Exposure to soluble nickel in electrolytic nickel refining. *Ann Occup Hyg*, 41: 167–188. PMID:9155238

Kuck PH (2008). *Nickel*. In: *Mineral commodity summaries*. Reston, VA, US Geological Survey. Ref Type: Report

Kuehn K, Fraser CB, Sunderman FW Jr (1982). Phagocytosis of particulate nickel compounds by rat peritoneal macrophages in vitro. *Carcinogenesis*, 3: 321–326. doi:10.1093/carcin/3.3.321 PMID:7083473

Lee YW, Klein CB, Kargacin B et al. (1995). Carcinogenic nickel silences gene expression by chromatin condensation and DNA methylation: a new model for epigenetic carcinogens. *Mol Cell Biol*, 15: 2547–2557. PMID:7537850

Lee-Chen SF, Wang MC, Yu CT et al. (1993). Nickel chloride inhibits the DNA repair of UV-treated but not methyl methanesulfonate-treated Chinese hamster ovary cells. *Biol Trace Elem Res*, 37: 39–50. doi:10.1007/BF02789400 PMID:7682828

Leikauf GD (2002). Hazardous air pollutants and asthma. *Environ Health Perspect*, 110: Suppl 4505–526. PMID:12194881

Lin X & Costa M (1994). Transformation of human osteoblasts to anchorage-independent growth by insoluble nickel particles. *Environ Health Perspect*, 102: Suppl 3289–292. doi:10.2307/3431804 PMID:7843117

Little JB, Frenial JM, Coppey J (1988). Studies of mutagenesis and neoplastic transformation by bivalent metal ions and ionizing radiation. *Teratog Carcinog Mutagen*, 8: 287–292. doi:10.1002/tcm.1770080505 PMID:2905837

Lu H, Shi X, Costa M, Huang C (2005). Carcinogenic effect of nickel compounds. *Mol Cell Biochem*, 279: 45–67. doi:10.1007/s11010-005-8215-2 PMID:16283514

M'Bemba-Meka P, Lemieux N, Chakrabarti SK (2005). Nickel compound-induced DNA single-strand breaks in chromosomal and nuclear chromatin in human blood lymphocytes in vitro: role of oxidative stress and intracellular calcium. *Mutat Res*, 586: 124–137. PMID:16099703

M'Bemba-Meka P, Lemieux N, Chakrabarti SK (2007). Role of oxidative stress and intracellular calcium in nickel carbonate hydroxide-induced sister-chromatid exchange, and alterations in replication index and mitotic index in cultured human peripheral blood lymphocytes. *Arch Toxicol*, 81: 89–99. doi:10.1007/s00204-006-0128-7 PMID:16826409

Madrid L, Diaz-Barrientos E, Ruiz-Cortés E et al. (2006). Variability in concentrations of potentially toxic elements in urban parks from six European cities. *J Environ Monit*, 8: 1158–1165. doi:10.1039/b607980f PMID:17075623

Magnus K, Andersen A, Høgetveit AC (1982). Cancer of respiratory organs among workers at a nickel refinery in Norway. *Int J Cancer*, 30: 681–685. PMID:7160938

McNeill DA, Chrisp CE, Fisher GL (1990). Tumorigenicity of nickel subsulfide in Strain A/J mice. *Drug Chem Toxicol*, 13: 71–86. doi:10.3109/01480549009011070 PMID:2379474

Minoia C, Sabbioni E, Apostoli P et al. (1990). Trace element reference values in tissues from inhabitants of the European community. I. A study of 46 elements in urine, blood and serum of Italian subjects. *Sci Total Environ*, 95: 89–105. doi:10.1016/0048-9697(90)90055-Y PMID:2402627

Mitchell DF, Shankwalker GB, Shazer S (1960). Determining the tumorigenicity of dental materials. *J Dent Res*, 39: 1023–1028. doi:10.1177/00220345600390050401 PMID:13771327

Miura T, Patierno SR, Sakuramoto T, Landolph JR (1989). Morphological and neoplastic transformation of C3H/10T1/2 Cl 8 mouse embryo cells by insoluble carcinogenic nickel compounds. *Environ Mol Mutagen*, 14: 65–78. doi:10.1002/em.2850140202 PMID:2548861

Moulin JJ, Clavel T, Roy D et al. (2000). Risk of lung cancer in workers producing stainless steel and metallic alloys. *Int Arch Occup Environ Health*, 73: 171–180. PMID:10787132

Moulin JJ, Lafontaine M, Mantout B et al. (1995). Mortality due to bronchopulmonary cancers in workers of 2 foundries *Rev Epidemiol Sante Publique*, 43: 107–121. PMID:7732197

Moulin JJ, Portefaix P, Wild P et al. (1990). Mortality study among workers producing ferroalloys and stainless steel in France. *Br J Ind Med*, 47: 537–543. PMID:2393634

Moulin JJ, Wild P, Haguenoer JM et al. (1993b). A mortality study among mild steel and stainless steel welders. *Br J Ind Med*, 50: 234–243. PMID:8457490

Moulin JJ, Wild P, Mantout B et al. (1993a). Mortality from lung cancer and cardiovascular diseases among stainless-steel producing workers. *Cancer Causes Control*, 4: 75–81. PMID:8386949

Nackerdien Z, Kasprzak KS, Rao G et al. (1991). Nickel(II)- and cobalt(II)-dependent damage by hydrogen peroxide to the DNA bases in isolated human chromatin. *Cancer Res*, 51: 5837–5842. PMID:1933852

National Institute for Occupational Safety and Health (NIOSH) (1990) *National Occupational Exposure Survey*.

NTP (1996a). *NTP Toxicology and Carcinogenesis Studies of Nickel Sulfate Hexahydrate (CAS No. 10101–97–0) in F344 Rats and B6C3F1 Mice (Inhalation Studies)*, 454:1–380.

215

IARC MONOGRAPHS – 100C

NTP (1996b). *NTP Toxicology and Carcinogenesis Studies of Nickel Subsulfide (CAS No. 12035–72–2) in F344 Rats and B6C3F1 Mice (Inhalation Studies)*, 453:1–365.

NTP (1996c). *NTP Toxicology and Carcinogenesis Studies of Nickel Oxide (CAS No. 1313–99–1) in F344 Rats and B6C3F1 Mice (Inhalation Studies)*, 451:1–381.

NTP (2000). *Final Report on Carcinogens Background Document for Metallic Nickel and Certain Nickel Alloys*. Research Triangle Park, NC.

Ohashi F, Fukui Y, Takada S *et al.* (2006). Reference values for cobalt, copper, manganese, and nickel in urine among women of the general population in Japan. *Int Arch Occup Environ Health*, 80: 117–126. doi:10.1007/s00420-006-0109-4 PMID:16736192

Ohmori T, Okada K, Terada M, Tabei R (1999). Low susceptibility of specific inbred colonies of rats to nickel tumorigenesis in soft tissue. *Cancer Lett*, 136: 53–58. doi:10.1016/S0304-3835(98)00308-5 PMID:10211939

Ohmori T, Uraga N, Komi K *et al.* (1990). The role of bone fracture at the site of carcinogen exposure on nickel carcinogenesis in the soft tissue. *Jpn J Cancer Res*, 81: 1247–1252. PMID:2125994

Ohshima S (2003). Induction of genetic instability and chromosomal instability by nickel sulfate in V79 Chinese hamster cells. *Mutagenesis*, 18: 133–137. doi:10.1093/mutage/18.2.133 PMID:12621068

Ojajärvi IA, Partanen TJ, Ahlbom A *et al.* (2000). Occupational exposures and pancreatic cancer: a meta-analysis. *Occup Environ Med*, 57: 316–324. doi:10.1136/oem.57.5.316 PMID:10769297

Oliveira JP, De Siqueira ME, Da Silva CS (2000). Urinary nickel as bioindicator of workers' Ni exposure in a galvanizing plant in Brazil. *Int Arch Occup Environ Health*, 73: 65–68. doi:10.1007/PL00007940 PMID:10672494

Oller AR & Erexson G (2007). Lack of micronuclei formation in bone marrow of rats after repeated oral exposure to nickel sulfate hexahydrate. *Mutat Res*, 626: 102–110. PMID:17052950

Oller AR, Kirkpatrick DT, Radovsky A, Bates HK (2008). Inhalation carcinogenicity study with nickel metal powder in Wistar rats. *Toxicol Appl Pharmacol*, 233: 262–275. doi:10.1016/j.taap.2008.08.017 PMID:18822311

Ottolenghi AD, Haseman JK, Payne WW *et al.* (1975). Inhalation studies of nickel sulfide in pulmonary carcinogenesis of rats. *J Natl Cancer Inst*, 54: 1165–1172. PMID:165308

Oyabu T, Ogami A, Morimoto Y *et al.* (2007). Biopersistence of inhaled nickel oxide nanoparticles in rat lung. *Inhal Toxicol*, 19: Suppl 155–58. doi:10.1080/08958370701492995 PMID:17886051

Pang D, Burges DCL, Sorahan T (1996). Mortality study of nickel platers with special reference to cancers of the stomach and lung, 1945–93. *Occup Environ Med*, 53: 714–717. doi:10.1136/oem.53.10.714 PMID:8943838

Patierno SR, Dirscherl LA, Xu J (1993). Transformation of rat tracheal epithelial cells to immortal growth variants by particulate and soluble nickel compounds. *Mutat Res*, 300: 179–193. doi:10.1016/0165-1218(93)90049-J PMID:7687017

Poirier LA, Theiss JC, Arnold LJ, Shimkin MB (1984). Inhibition by magnesium and calcium acetates of lead subacetate- and nickel acetate-induced lung tumors in strain A mice. *Cancer Res*, 44: 1520–1522. PMID:6704965

Pool-Zobel BL, Lotzmann N, Knoll M *et al.* (1994). Detection of genotoxic effects in human gastric and nasal mucosa cells isolated from biopsy samples. *Environ Mol Mutagen*, 24: 23–45. doi:10.1002/em.2850240105 PMID:7519553

Pott F, Blome H, Bruch J *et al.* (1990). Einstufungsvorschlag für anorganische und organische Fasern. *Arbeitsmed Sozialmed Praventivmed*, 25: 463–466.

Pott F, Rippe RM, Roller M *et al.* (1989). *Tumours in the abdominal cavity of rats after intraperitoneal injection of nickel compounds*. In: *Proceedings of the International Conference on Heavy Metals in the Environment:12–15 September 1989*. Vernet JP, editor. Geneva: World Health Organization, pp. 127–129.

Pott F, Ziem U, Reiffer FJ *et al.* (1987). Carcinogenicity studies on fibres, metal compounds, and some other dusts in rats. *Exp Pathol*, 32: 129–152. PMID:3436395

Refsvik T & Andreassen T (1995). Surface binding and uptake of nickel(II) in human epithelial kidney cells: modulation by ionomycin, nicardipine and metals. *Carcinogenesis*, 16: 1107–1112. doi:10.1093/carcin/16.5.1107 PMID:7767972

Rodriguez RE, Misra M, Diwan BA *et al.* (1996). Relative susceptibilities of C57BL/6, (C57BL/6 x C3H/He) F1, and C3H/He mice to acute toxicity and carcinogenicity of nickel subsulfide. *Toxicology*, 107: 131–140. doi:10.1016/0300-483X(95)03251-A PMID:8599172

Rydh CJ & Svärd B (2003). Impact on global metal flows arising from the use of portable rechargeable batteries. *Sci Total Environ*, 302: 167–184. doi:10.1016/S0048-9697(02)00293-0 PMID:12526907

Salnikow K, Su W, Blagosklonny MV, Costa M (2000). Carcinogenic metals induce hypoxia-inducible factor-stimulated transcription by reactive oxygen species-independent mechanism. *Cancer Res*, 60: 3375–3378. PMID:10910041

Salnikow K & Zhitkovich A (2008). Genetic and epigenetic mechanisms in metal carcinogenesis and cocarcinogenesis: nickel, arsenic, and chromium. *Chem Res Toxicol*, 21: 28–44. doi:10.1021/tx700198a PMID:17970581

Schwerdtle T & Hartwig A (2006). Bioavailability and genotoxicity of soluble and particulate nickel compounds in cultured human lung cells. *Materialwiss Werkstofftech*, 37: 521–525. doi:10.1002/mawe.200600030

Seilkop S (2002). Occupational exposures and pancreatic cancer. *Occup Environ Med*, 58: 63–64. . doi:10.1136/oem.58.1.63a PMID:11216453

Seoane AI & Dulout FN (2001). Genotoxic ability of cadmium, chromium and nickel salts studied by kinetochore staining in the cytokinesis-blocked micronucleus assay. *Mutat Res*, 490: 99–106. PMID:11342235

Shirali P, Decaestecker AM, Marez T *et al.* (1991). Ni3S2 uptake by lung cells and its interaction with plasma membranes. *J Appl Toxicol*, 11: 279–288. doi:10.1002/jat.2550110409 PMID:1940002

Sivulka DJ (2005). Assessment of respiratory carcinogenicity associated with exposure to metallic nickel: a review. *Regul Toxicol Pharmacol*, 43: 117–133. PMID:16129532

Sivulka DJ & Seilkop SK (2009). Reconstruction of historical exposures in the US nickel alloy industry and the implications for carcinogenic hazard and risk assessments. *Regul Toxicol Pharmacol*, 53: 174–185. PMID:19545511

Skaug V, Gylseth B, Reiss ALP *et al.* (1985). *Tumor induction in rats after intrapleural injection of nickel subsulfide and nickel oxide*. In: *Progress in Nickel Toxicology*. Brown SS, Sunderman FWJ, editors. Oxford: Blackwell Scientific Publications, pp. 37–41.

Smith-Sivertsen T, Tchachtchine V, Lund E *et al.* (1998). Urinary nickel excretion in populations living in the proximity of two russian nickel refineries: a Norwegian-Russian population-based study. *Environ Health Perspect*, 106: 503–511. doi:10.1289/ehp.98106503 PMID:9681979

Snyder RD, Davis GF, Lachmann PJ (1989). Inhibition by metals of X-ray and ultraviolet-induced DNA repair in human cells. *Biol Trace Elem Res*, 21: 389–398. doi:10.1007/BF02917280 PMID:2484618

Sobti RC & Gill RK (1989). Incidence of micronuclei and abnormalities in the head of spermatozoa caused by the salts of a heavy metal, nickel. *Cytologia (Tokyo)*, 54: 249–253.

Sorahan T (2004). Mortality of workers at a plant manufacturing nickel alloys, 1958–2000. *Occup Med (Lond)*, 54: 28–34. doi:10.1093/occmed/kqg127 PMID:14963251

Sorahan T & Williams SP (2005). Mortality of workers at a nickel carbonyl refinery, 1958–2000. *Occup Environ Med*, 62: 80–85. doi:10.1136/oem.2004.014985 PMID:15657188

Stoner GD, Shimkin MB, Troxell MC *et al.* (1976). Test for carcinogenicity of metallic compounds by the pulmonary tumor response in strain A mice. *Cancer Res*, 36: 1744–1747. PMID:1268831

Stridsklev IC, Schaller K-H, Langård S (2007). Monitoring of chromium and nickel in biological fluids of grinders grinding stainless steel. *Int Arch Occup Environ Health*, 80: 450–454. doi:10.1007/s00420-006-0142-3 PMID:17051396

Sunderman FW Jr (1983). Organ and species specificity in nickel subsulfide carcinogenesis. *Basic Life Sci*, 24: 107–127. PMID:6860762

Sunderman FW Jr (1984). Carcinogenicity of nickel compounds in animals. *IARC Sci Publ*, 53: 127–142. PMID:6532978

Sunderman FW, Donnelly AJ, West B, Kincaid JF (1959). Nickel poisoning. IX. Carcinogenesis in rats exposed to nickel carbonyl. *AMA Arch Ind Health*, 20: 36–41. PMID:13660518

Sunderman FW Jr, Hopfer SM, Plowman MC, Knight JA (1990). Carcinogenesis bioassays of nickel oxides and nickel-copper oxides by intramuscular administration to Fischer-344 rats. *Res Commun Chem Pathol Pharmacol*, 70: 103–113. PMID:2263758

Sunderman FW, Kincaid JF, Donnelly AJ, West B (1957). Nickel poisoning. IV. Chronic exposure of rats to nickel carbonyl; a report after one year of observation. *AMA Arch Ind Health*, 16: 480–485. PMID:13478186

Sunderman FW Jr, Maenza RM, Hopfer SM *et al.* (1979). Induction of renal cancers in rats by intrarenal injection of nickel subsulfide. *J Environ Pathol Toxicol*, 2: 1511–1527. PMID:528855

Sunderman FW Jr & McCully KS (1983). Carcinogenesis tests of nickel arsenides, nickel antimonide, and nickel telluride in rats. *Cancer Invest*, 1: 469–474. doi:10.3109/07357908309020271 PMID:6667417

Sunderman FW Jr, McCully KS, Hopfer SM (1984). Association between erythrocytosis and renal cancers in rats following intrarenal injection of nickel compounds. *Carcinogenesis*, 5: 1511–1517. doi:10.1093/carcin/5.11.1511 PMID:6488475

Thomassen Y, Nieboer E, Romanova N *et al.* (2004). Multi-component assessment of worker exposures in a copper refinery. Part 1. Environmental monitoring. *J Environ Monit*, 6: 985–991. doi:10.1039/b408464k PMID:15568048

Tola S, Kilpiö J, Virtamo M (1979). Urinary and plasma concentrations of nickel as indicators of exposure to nickel in an electroplating shop. *J Occup Med*, 21: 184–188. PMID:438908

Tundermann JH, Tien JK, Howson TE (2005). *Nickel and nickel alloys*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*. Volume 17. (online edition)

Uddin AN, Burns FJ, Rossman TG *et al.* (2007). Dietary chromium and nickel enhance UV-carcinogenesis in skin of hairless mice. *Toxicol Appl Pharmacol*, 221: 329–338. doi:10.1016/j.taap.2007.03.030 PMID:17499830

Ulrich L, Sulcová M, Špaček L *et al.* (1991). Investigation of professional nickel exposure in nickel refinery workers. *Sci Total Environ*, 101: 91–96. doi:10.1016/0048-9697(91)90106-O PMID:2057775

USGS (2008). *Nickel*. In: *2006 Minerals Yearbook*. Reston, VA: US Geological Survey.

Waalkes MP, Liu J, Kasprzak KS, Diwan BA (2004). Minimal influence of metallothionein over-expression on nickel carcinogenesis in mice. *Toxicol Lett*, 153: 357–364. DOI:10.1016/j.toxlet.2004.06.003 PMID:15454311

Waalkes MP, Liu J, Kasprzak KS, Diwan BA (2005). Metallothionein-I/II double knockout mice are no more sensitive to the carcinogenic effects of nickel subsulfide than wild-type mice. *Int J Toxicol*, 24: 215–220. DOI:10.1080/10915810591000668 PMID:16126615

Wang P, Guliaev AB, Hang B (2006). Metal inhibition of human N-methylpurine-DNA glycosylase activity in base excision repair. *Toxicol Lett*, 166: 237–247. DOI:10.1016/j.toxlet.2006.06.647 PMID:16938414

WHO (2007). Nickel in Drinking Water. WHO/SDE/WSH/07.08/55. Geneva: World Health Organization

Woźniak K & Błasiak J (2002). Free radicals-mediated induction of oxidized DNA bases and DNA-protein cross-links by nickel chloride. *Mutat Res*, 514: 233–243. PMID:11815261

Woźniak K & Błasiak J (2004). Nickel impairs the repair of UV- and MNNG-damaged DNA. *Cell Mol Biol Lett*, 9: 83–94. PMID:15048153

Yarita T & Nettesheim P (1978). Carcinogenicity of nickel subsulfide for respiratory tract mucosa. *Cancer Res*, 38: 3140–3145. PMID:688205

Zhang Q, Salnikow K, Kluz T *et al.* (2003). Inhibition and reversal of nickel-induced transformation by the histone deacetylase inhibitor trichostatin A. *Toxicol Appl Pharmacol*, 192: 201–211. DOI:10.1016/S0041-008X(03)00280-1 PMID:14575637

Zoroddu MA, Schinocca L, Kowalik-Jankowska T *et al.* (2002). Molecular mechanisms in nickel carcinogenesis: modeling Ni(II) binding site in histone H4. *Environ Health Perspect*, 110: Suppl 5719–723. PMID:12426119

# ASBESTOS (CHRYSOTILE, AMOSITE, CROCIDOLITE, TREMOLITE, ACTINOLITE, AND ANTHOPHYLLITE)

Asbestos was considered by previous IARC Working Groups in 1972, 1976, and 1987 (IARC, 1973, 1977, 1987a). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agent

Asbestos is the generic commercial designation for a group of naturally occurring mineral silicate fibres of the serpentine and amphibole series. These include the serpentine mineral chrysotile (also known as 'white asbestos'), and the five amphibole minerals – actinolite, amosite (also known as 'brown asbestos'), anthophyllite, crocidolite (also known as 'blue asbestos'), and tremolite (IARC, 1973; USGS, 2001). The conclusions reached in this *Monograph* about asbestos and its carcinogenic risks apply to these six types of fibres wherever they are found, and that includes talc containing asbestiform fibres. Erionite (fibrous aluminosilicate) is evaluated in a separate *Monograph* in this volume.

Common names, Chemical Abstracts Service (CAS) Registry numbers and idealized chemical formulae for the six fibrous silicates designated as 'asbestos' are presented in Table 1.1. Specific chemical and physical properties are also presented.

### 1.2 Chemical and physical properties of the agent

The silicate tetrahedron ($SiO_4$) is the basic chemical unit of all silicate minerals. The number of tetrahedra in the crystal structure and how they are arranged determine how a silicate mineral is classified.

Serpentine silicates are classified as 'sheet silicates' because the tetrahedra are arranged to form sheets. Amphibole silicates are classified as 'chain silicates' because the tetrahedra are arranged to form a double chain of two rows aligned side by side. Magnesium is coordinated with the oxygen atom in serpentine silicates. In amphibole silicates, cationic elements such as aluminium, calcium, iron, magnesium, potassium, and sodium are attached to the tetrahedra. Amphiboles are distinguished from one another by their chemical composition. The chemical formulas of asbestos minerals are idealized. In

219

IARC MONOGRAPHS – 100C

**Table 1f1 Common names, CAS numbers, synonyms, non-asbestos mineral analogues, idealized chemical Formulae, selected physical and chemical properties ofasbestos minerals**

| Common Name | CAS No. | Synonyms | Non-Asbestos Mineral Analogue | Idealized Chemical Formula | Colour | Decom-position Tempe-rature (°C) | Other Properties |
|---|---|---|---|---|---|---|---|
| Asbestos | 1332-21-4* | Unspecified | | Unspecified | | | |
| *Serpentine group of minerals* | | | | | | | |
| Chrysotile | 12001-29-5* | Serpentine asbestos; white asbestos | Lizardite, antigorite | $[Mg_3Si_2O_5(OH)_4]_n$ | White, grey, green, yellowish | 600–850 | Curled sheet silicate, hollow central core; fibre bundle lengths = several mm to more than 10 cm; fibres more flexible than amphiboles; net positive surface charge; forms a stable suspension in water; fibres degrade in dilute acids |
| *Amphibole group of minerals* | | | | | | | |
| Crocidolite | 12001-28-4* | Blue asbestos | Riebeckite | $[NaFe^{2+}{}_3Fe^{3+}{}_2Si_8O_{22}(OH)_2]_n$ | Lavender, blue green | 400–900 | Double chain silicate; shorter, thinner fibres than other amphiboles, but not as thin as chrysotile; fibre flexibility: fair to goop; spinnability: fair; resistance to acids: goop; less heat resistance than other asbestos fibres; usually contains organic impurities, including low levels of PAHs; negative surface charge in water |
| Amosite | 12172-73-5* | Brown asbestos | Grunerite | $[(Mg,Fe^{2+})_7Si_8O_{22}(OH)_2]_n$ | Brown, grey, greenish | 600–900 | Double chain silicate; long, straight, coarse fibres; fibre flexibility: somewhat; resistance to acids: somewhat; occurs with more iron than magnesium; negative surface charge in water |
| Antho-phyllite | 17068-78-9* | Ferroantho-phyllite; azbolen asbestos | Antho-phyllite | $[(Mg, Fe^{2+})_7Si_8O_{22}(OH)_2]_n$ | Grey, white, brown-grey, green | NR | Double chain silicate; short, very brittle fibres; resistance to acids: very; relatively rare; occasionally occurs as contaminant in talc deposits; negative surface charge in water |
| Actinolite | 12172-67-7* | Unspecified | Actinolite | $[Ca_2(Mg, Fe^{2+})_5Si_8O_{22}(OH)_2]_n$ | Green | NR | Double chain silicate; brittle fibres; resistance to acids: none; occurs in asbestiform and non-asbestiform habit; iron-substituted derivative of tremolite; common contaminant in amosite deposits; negative surface charge in water |
| Tremolite | 14567-73-8* | Silicic acid; calcium magnesium salt (8:4) | Tremolite | $[Ca_2Mg_5Si_8O_{22}(OH)_2]_n$ | White to pale green | 950–1040 | Double chain silicate; brittle fibres; acid resistant; occurs in asbestiform and non-asbestiform habit; common contaminant in chrystotile anp talc deposits; negative surface charge in water |

* identified as asbestos by CAS Registry
NR, not reported
From ATSDR (2001), USGS (2001), HSE (2005), NTP (2005)

natural samples, the composition varies with respect to major and trace elements (USGS, 2001; HSE, 2005). More detailed information on the chemical and physical characteristics of asbestos – including atomic structure, crystal polytypes, fibre structure, chemistry and impurities – can be found in the previous *IARC Monograph* (IARC, 1973).

The structure of silicate minerals may be fibrous or non-fibrous. The terms 'asbestos' or 'asbestiform minerals' refer only to those silicate minerals that occur in polyfilamentous bundles, and that are composed of extremely flexible fibres with a relatively small diameter and a large length. These fibre bundles have splaying ends, and the fibres are easily separated from one another (USGS, 2001; HSE, 2005). Asbestos minerals with crystals that grow in two or three dimensions and that cleave into fragments, rather than breaking into fibrils, are classified as silicate minerals with a 'non-asbestiform' habit. These minerals may have the same chemical formula as the 'asbestiform' variety. (NIOSH, 2008).

Chrysotile, lizardite, and antigorite are the three principal serpentine silicate minerals. Of these, only chrysotile occurs in the asbestiform habit. Of the amphibole silicate minerals, amosite and crocidolite occur only in the asbestiform habit, while tremolite, actinolite and anthophyllite occur in both asbestiform and non-asbestiform habits (USGS, 2001; HSE, 2005; NTP, 2005).

Historically, there has been a lack of consistency in asbestos nomenclature. This is frequently contributed to uncertainty in the specific identification of asbestos minerals reported in the literature. The International Mineralogical Association (IMA) unified the current mineralogical nomenclature under a single system in 1978. This system was subsequently modified in 1997 (NIOSH, 2008).

Asbestos fibres tend to possess good strength properties (e.g. high tensile strength, wear and friction characteristics); flexibility (e.g. the ability to be woven); excellent thermal properties (e.g.

heat stability; thermal, electrical and acoustic insulation); adsorption capacity; and, resistance to chemical, thermal and biological degradation (USGS, 2001; NTP, 2005).

## 1.3 Use of the agent

Asbestos has been used intermittently in small amounts for thousands of years. Modern industrial use dates from about 1880, when the Quebec chrysotile fields began to be exploited. During the next 50 years gradual increases in production and use were reported with a cumulative total of somewhat less than 5000 million kg mined by 1930 (IARC, 1973).

As described above, asbestos has several chemical and physical properties that make it desirable for a wide range of industrial applications. By the time industrial and commercial use of asbestos peaked, more than 3000 applications or types of products were listed (NTP, 2005). Production and consumption of asbestos has declined in recent years due to the introduction of strict regulations governing exposure and/or outright bans on exposure.

Asbestos is used as a loose fibrous mixture, bonded with other materials (e.g. Portland cement, plastics and resins), or woven as a textile (ATSDR, 2001). The range of applications in which asbestos has been used includes: roofing, thermal and electrical insulation, cement pipe and sheets, flooring, gaskets, friction materials (e.g. brake pads and shoes), coating and compounds, plastics, textiles, paper, mastics, thread, fibre jointing, and millboard (USGS, 2001; NTP, 2005; Virta, 2006). Certain fibre characteristics, such as length and strength, are used to determine the most appropriate application. For example, longer fibres tend to be used in the production of textiles, electrical insulation, and filters; medium-length fibres are used in the production of asbestos cement pipes and sheets, friction materials (e.g. clutch facings, brake linings), gaskets, and pipe coverings; and,

IARC MONOGRAPHS – 100C

short fibres are used to reinforce plastics, floor tiles, coatings and compounds, and roofing felts (NTP, 2005).

Since peaking in the 1970s, there has been a general decline in world production and consumption of asbestos. Peak world production was estimated to be 5.09 million metric tons in 1975, with approximately 25 countries producing asbestos and 85 countries manufacturing asbestos products (USGS, 2001; Nishikawa *et al.*, 2008). Worldwide 'apparent consumption' of asbestos (calculated as production plus imports minus exports) peaked at 4.73 million metric tons in 1980. Asbestos cement products are estimated to have accounted for 66% of world consumption in that year (Virta, 2006). In the USA, consumption of asbestos peaked in 1973 at 719000 metric tons (USGS, 2001).

Historical trends worldwide in per capita asbestos use are presented in Table 1.2, and peak use of asbestos was higher and occurred earlier in the countries of Northern and western Europe, Oceania, and the Americas (excluding South America). Very high asbestos use was recorded in Australia (5.1 kg per capita/year in the 1970s), Canada (4.4 kg per capita/year in the 1970s), and several countries of Northern and western Europe (Denmark: 4.8 kg per capita/year in the 1960s; Germany: 4.4 kg per capita/year in the 1970s; and Luxembourg: 5.5 kg per capita/year in the 1960s) (Nishikawa *et al.*, 2008).

Current use of asbestos varies widely. While some countries have imposed strict regulations to limit exposure and others have adopted bans, some have intervened less, and continue to use varying quantities of asbestos (Table 1.2). According to recent estimates by the US Geological Survey, world production of asbestos in 2007 was 2.20 million metric tonnes, slightly increased from 2.18 million metric ton in 2006. Six countries accounted for 96% of world production in 2006: the Russian Federation (925000 metric tons), the People's Republic of China (360000 metric tons), Kazakhstan

(300000 metric tons), Brazil (227304 metric tons), Canada (185000 metric tons), and Zimbabwe (100000 metric tons) (Virta, 2008). During 2000–03, asbestos consumption increased in China, India, Kazakhstan, and the Ukraine (Virta, 2006). 'Apparent' world consumption of asbestos was 2.11 million metric tons in 2003, with the Russian Federation, several former Russian states and countries in Asia being the predominant users (Virta, 2006). Consumption of asbestos in the USA (predominantly chrysotile) was 2230 metric tons in 2006, declining to 1730 metric tons in 2007 (Virta, 2008). Roofing products (includes coatings and compounds) accounted for over 80% of asbestos consumption in the USA (Virta, 2008; Virta, 2009). Asbestos products were banned in all the countries of the European Union, including Member States of eastern Europe, effective January 1, 2005 (EU, 1999).

## 1.4 Environmental occurrence

### 1.4.1 Natural occurrence

Asbestos minerals are widespread in the environment, and are found in many areas where the original rock mass has undergone metamorphism (ATSDR, 2001; USGS, 2001). Examples include large chrysotile deposits in the Ural Mountains in the Russian Federation, in the Appalachian Mountains in the USA, and in Canada (Virta, 2006). They may occur in large natural deposits or as contaminants in other minerals (e.g. tremolite asbestos may occur in deposits of chrysotile, vermiculite, and talc). The most commonly occurring form of asbestos is chrysotile, and its fibres are found as veins in serpentine rock formations. Asbestiform amphiboles occur in relatively low quantities throughout the earth's crust and their chemical composition reflects the environment in which they form (Virta, 2002). Although most commercial deposits typically contain 5–6% of asbestos, a few deposits, such

**Table 1.2 Historical trend in asbestos use per capita and status of national ban**

| Country | Use of asbestos[a] (kg per capita/year) | | | | | | National ban[b] |
|---|---|---|---|---|---|---|---|
| | 1950s | 1960s | 1970s | 1980s | 1990s | 2000s | |
| *Asia* | | | | | | | |
| Israel | 3.13 | 2.87 | 1.23 | 0.78 | 0.44 | 0.02 | No ban |
| Japan | 0.56 | 2.02 | 2.92 | 2.66 | 1.81 | 0.46 | 2004 |
| Others[c] (*n* = 39) | 0.06 | 0.15 | 0.25 | 0.27 | 0.30 | 0.31 | 3/39 |
| *Eastern Europe and Southern Europe* | | | | | | | |
| Croatia | 0.39 | 1.13 | 2.56 | 2.36 | 0.95 | 0.65 | No ban |
| Czech Republic | 1.62 | 2.36 | 2.91 | 2.73 | 1.30 | 0.14 | 2005 |
| Hungary | 0.76 | 1.23 | 2.87 | 3.29 | 1.50 | 0.16 | 2005 |
| Poland | 0.36 | 1.24 | 2.36 | 2.09 | 1.05 | 0.01 | 1997 |
| Romania | ND | ND | 1.08 | 0.19 | 0.52 | 0.55 | 2007 |
| Spain | 0.32 | 1.37 | 2.23 | 1.26 | 0.80 | 0.18 | 2002 |
| Others[c] (*n* = 15) | 0.79 | 1.57 | 2.35 | 2.05 | 2.35 | 1.72 | 5/15 |
| *Northern Europe and Western Europe* | | | | | | | |
| Austria | 1.16 | 3.19 | 3.92 | 2.08 | 0.36 | 0.00 | 1990 |
| Denmark | 3.07 | 4.80 | 4.42 | 1.62 | 0.09 | NA | 1986 |
| Finland | 2.16 | 2.26 | 1.89 | 0.78 | ND | 0 | 1992 |
| France | 1.38 | 2.41 | 2.64 | 1.53 | 0.73 | 0.00 | 1996 |
| Germany | 1.84 | 2.60 | 4.44 | 2.43 | 0.10 | 0.00 | 1993 |
| Iceland | 0.21 | 2.62 | 1.70 | 0.02 | 0 | 0.00 | 1983 |
| Lithuania | ND | ND | ND | ND | 0.54 | 0.06 | 2005 |
| Luxembourg | 4.02 | 5.54 | 5.30 | 3.23 | 1.61 | 0.00 | 2002 |
| Netherlands | 1.29 | 1.70 | 1.82 | 0.72 | 0.21 | 0.00 | 1994 |
| Norway | 1.38 | 2.00 | 1.16 | 0.03 | 0 | 0.00 | 1984 |
| Sweden | 1.85 | 2.30 | 1.44 | 0.11 | 0.04 | NA | 1986 |
| United Kingdom | 2.62 | 2.90 | 2.27 | 0.87 | 0.18 | 0.00 | 1999 |
| Others[c] (*n* = 5) | 3.05 | 4.32 | 4.05 | 2.40 | 0.93 | 0.05 | 5/5 |

as the Coalinga chrysotile deposits in California, USA, are reported to contain 50% or more (USGS, 2001; Virta, 2006).

### 1.4.2 Air

Asbestos is not volatile; however, fibres can be emitted to the atmosphere from both natural and anthropogenic sources. The weathering of asbestos-bearing rocks is the primary natural source of atmospheric asbestos. No estimates of the amounts of asbestos released to the air from natural sources are available (ATSDR, 2001). Anthropogenic activities are the predominant source of atmospheric asbestos fibres.

Major anthropogenic sources include: open-pit mining operations (particularly drilling and blasting); crushing, screening, and milling of the ore; manufacturing asbestos products; use of asbestos-containing materials (such as clutches and brakes on cars and trucks); transport and disposal of wastes containing asbestos; and, demolition of buildings constructed with asbestos-containing products, such as insulation, fireproofing, ceiling and floor tiles, roof shingles, drywall, and cement (ATSDR, 2001; NTP, 2005). Concentrations of asbestos vary on a site-by-site basis and, as a result, environmental emissions are not easily estimated (ATSDR, 2001).

IARC MONOGRAPHS – 100C

**Table 1.2 (continued)**

| Country | Use of asbestos[a] (kg per capita/year) | | | | | | National ban[b] |
|---|---|---|---|---|---|---|---|
| | 1950s | 1960s | 1970s | 1980s | 1990s | 2000s | |
| *Americas, excluding South America* | | | | | | | |
| Canada | 2.76 | 3.46 | 4.37 | 2.74 | 1.96 | 0.32 | No ban |
| Cuba | ND | ND | ND | 0.15 | 0.36 | 0.74 | No ban |
| Mexico | 0.28 | 0.57 | 0.97 | 0.77 | 0.39 | 0.26 | No ban |
| USA | 3.82 | 3.32 | 2.40 | 0.77 | 0.08 | 0.01 | No ban |
| Others[c] (*n* = 12) | 0.06 | 0.22 | 0.44 | 0.29 | 0.07 | 0.07 | 0/12 |
| South America | | | | | | | |
| Argentina | ND | 0.88 | 0.76 | 0.40 | 0.18 | 0.04 | 2001 |
| Brazil | 0.27 | 0.38 | 0.99 | 1.25 | 1.07 | 0.74 | 2001 |
| Chile | 0.07 | 0.92 | 0.56 | 0.64 | 0.55 | 0.03 | 2001 |
| Ecuador | ND | ND | 0.67 | 0.52 | 0.14 | 0.26 | No ban |
| Uruguay | ND | 0.74 | 0.75 | 0.54 | 0.47 | 0.08 | 2002 |
| Others[c] (*n* = 6) | 0.27 | 0.43 | 0.60 | 0.47 | 0.29 | 0.19 | 0/6 |
| Oceania | | | | | | | |
| Australia | 3.24 | 4.84 | 5.11 | 1.82 | 0.09 | 0.03 | 2003 |
| New Zealand | 2.05 | 2.56 | 2.90 | 1.00 | ND | ND | No ban |
| Others[c] (*n* = 3) | ND | ND | ND | ND | ND | 0.22 | 0/3 |

[a]  Numbers corresponding to use of asbestos by country and region were calculated as annual use per capita averaged over the respective decade.
[b]  Year first achieved or year planned to achieve ban. When shown as fraction, the numerator is the number of countries that achieved bans and the denominator is the number of other countries in the region.
[c]  Data on asbestos use were available (but mortality data unavailable) for others in each region, in which case data were aggregated.
ND, no data available; NA, not applicable because of negative use data; 0.00 when the calculated data were < 0.005; 0 if there are no data after the year the ban was introduced.
From Nishikawa et al. (2008)

## 1.4.3 Water

Asbestos can enter the aquatic environment from both natural and anthropogenic sources, and has been measured in both ground- and surface-water samples. Erosion of asbestos-bearing rock is the principal natural source. Anthropogenic sources include: erosion of waste piles containing asbestos, corrosion of asbestos-cement pipes, disintegration of asbestos-containing roofing materials, and, industrial wastewater run-off (ATSDR, 2001).

## 1.4.4 Soil

Asbestos can enter the soil and sediment through natural (e.g. weathering and erosion of asbestos-bearing rocks) and anthropogenic (e.g. disposal of asbestos-containing wastes in land-fills) sources. The practice of disposing asbestos-containing materials in landfills was more common in the past, and is restricted in many countries by regulation or legislation (ATSDR, 2001).

## 1.4.5 Environmental releases

According to the US EPA Toxics Release Inventory, total releases of friable asbestos to the environment (includes air, water, and soil) in 1999 were 13.6 million pounds from 86 facilities that reported producing, processing, or using asbestos (ATSDR, 2001). In 2009, total releases of 8.9 million pounds of friable asbestos were reported by 38 facilities (US EPA, 2010).

Asbestos

## 1.5 Human exposure

Inhalation and ingestion are the primary routes of exposure to asbestos. Dermal contact is not considered a primary source, although it may lead to secondary exposure to fibres, via ingestion or inhalation. fh e degree of penetration in the lungs is determined by the fibre diameter, with thin fibres having the greatest potential for deep lung deposition (NTP, 2005).

### 1.5.1 Exposure of the general population

Inhalation of asbestos fibres from outdoor air, and to a lesser degree in indoor air, is the primary route of exposure for the non-smoking general population. Exposure may also occur via ingestion of drinking-water, which has been contaminated with asbestos through erosion of natural deposits, erosion of asbestos-containing waste sites, corrosion of asbestos-containing cement pipes, or filtering through asbestos-containing filters. Families of asbestos-workers may be exposed via contact with fibres carried home on hair or on clothing.

In studies of asbestos concentrations in outdoor air, chrysotile is the predominant fibre detected. Low levels of asbestos have been measured in outdoor air in rural locations (typical concentration, 10 fibres/m³ [f/m³]). Typical concentrations are about 10-fold higher in urban locations and about 1000 times higher in close proximity to industrial sources of exposure (e.g. asbestos mine or factory, demolition site, or improperly protected asbestos-containing waste site) (ATSDR, 2001). Asbestos fibres (mainly chrysotile) were measured in air and in settled dust samples obtained in New York City following destruction of the World Trade Center on September 11, 2001 (Landrigan et al., 2004).

In indoor air (e.g. in homes, schools, and other buildings), measured concentrations of asbestos are in the range of 30–6000 f/m³. Measured concentrations vary depending on the application in which the asbestos was used (e.g. insulation versus ceiling or floor tiles), and on the condition of the asbestos-containing materials (i.e. good condition versus deteriorated and easily friable) (ATSDR, 2001).

### 1.5.2 Occupational exposure

Asbestos has been in widespread commercial use for over 100 years (USGS, 2001). Globally, each year, an estimated 125 million people are occupationally exposed to asbestos (WHO, 2006). Exposure by inhalation, and to a lesser extent ingestion, occurs in the mining and milling of asbestos (or other minerals contaminated with asbestos), the manufacturing or use of products containing asbestos, construction, automotive industry, the asbestos-abatement industry (including the transport and disposal of asbestos-containing wastes).

Estimates of the number of workers potentially exposed to asbestos in the USA have been reported by the National Institute of Occupational Safety and Health (NIOSH), by the Occupational Safety and Health Administration (OSHA), and the Mine Safety and Health Administration (MSHA). OSHA estimated in 1990 that about 568 000 workers in production and services industries and 114 000 in construction industries may have been exposed to asbestos in the workplace (OSHA, 1990). Based on mine employment data from 2002, NIOSH estimated that 44 000 miners and other mine workers may have been exposed to asbestos during the mining of asbestos and some mineral commodities in which asbestos may have been a potential contaminant (NIOSH, 2002b). More recently, OSHA has estimated that 1.3 million employees in construction and general industry face significant asbestos exposure on the job (OSHA, 2008). In addition to evidence from OSHA and MSHA that indicate a reduction in occupational exposures in the USA over the past several decades, other information compiled on workplace exposures to asbestos

IARC MONOGRAPHS – 100C

indicates that the nature of occupational exposures to asbestos has changed (Rice & Heineman, 2003). Once dominated by chronic exposures in manufacturing process such as textile mills, friction-product manufacturing, and cement-pipe fabrication, current occupational exposures to asbestos primarily occur during maintenance activities or remediation of buildings that contain asbestos.

In Europe, estimates of the number of workers exposed to asbestos have been developed by CAREX (CARcinogen EXposure). Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX database estimates that a total of 1.2 million workers were exposed to asbestos in 41 industries in the 15 Member States of the EU. Over 96% of these workers were employed in the following 15 industries: 'construction' ($n$ = 574000), 'personal and household services' ($n$ = 99000), 'other mining' ($n$ = 85000), 'agriculture' ($n$ = 81000), 'wholesale and retail trade and restaurants and hotels' ($n$ = 70000), 'food manufacturing' ($n$ = 45000), 'land transport' ($n$ = 39000), 'manufacture of industrial chemicals' ($n$ = 33000), 'fishing' ($n$ = 25000), 'electricity, gas and steam' ($n$ = 23000), 'water transport' ($n$ = 21000), 'manufacture of other chemical products' ($n$ = 19000), 'manufacture of transport equipment' ($n$ = 17000), 'sanitary and similar services' ($n$ = 16000), and 'manufacture of machinery, except electrical' ($n$ = 12000). Despite the total ban of asbestos, about 1500 workers (mainly construction workers and auto mechanics) were reported as having exposure to asbestos on the Finnish Register of Workers Exposed to Carcinogens (ASA Register) in 2006 (Saalo et al., 2006). In 2004, approximately 61000 workers performing demolition and reconstruction work in Germany were registered in the Central Registration Agency for Employees Exposed to Asbestos Dust (Hagemeyer et al., 2006).

Exposure to asbestos in occupational settings is regulated in countries of the EU. According to the European Directive of the EC 2003/18, permissible limits are 0.1 [f/mL] for all types of asbestos, based on an 8-hour time-weighted average (8h-TWA) (EU, 2003). The same limit is in force in most Canadian provinces (Alberta, British Columbia, Manitoba, Ontario, Newfoundland and Labrador, Prince Edward Island, New Brunswick and Nova Scotia); New Zealand; Norway; and, the USA. Other countries have permissible limits of up to 2 fibres/cm$^3$ (ACGIH, 2007).

Since 1986, the annual geometric means of occupational exposure concentrations to asbestos reported in the OSHA database and the MSHA database have been consistently below the NIOSH recommended exposure limit (REL) of 0.1 f/mL for all major industry divisions in the USA. The number of occupational asbestos exposure samples that were measured and reported by OSHA decreased from an average of 890 per year during 1987–94 to 241 per year during 1995–99. The percentage exceeding the NIOSH REL decreased from 6.3% during 1987–1994 to 0.9% during 1995–99. During the same two periods, the number of exposures measured and reported in the MSHA database decreased from an average of 47 per year during 1987–94 to an average of 23 per year during 1995–99. The percentage exceeding the NIOSH REL decreased from 11.1% during 1987–94 to 2.6% during 1995–99 (NIOSH, 2002a).

Data from studies and reviews of occupational asbestos exposure published since the previous *IARC Monograph* (IARC, 1973) are summarized below.

(a) Studies of occupational exposure

In a mortality study of 328 employees of an asbestos-cement factory in Ontario, Canada, Finkelstein (1983) constructed an exposure model on the basis of available air sampling data, and calculated individual exposure histories to

investigate exposure–response relationships for asbestos-associated malignancies. In retrospectively estimating exposure, the following assumptions were made: exposures did not change during 1962–70, exposures during 1955–61 were 30% higher than the later period, and exposures during 1948–54 were twice as high as during 1962–70. Exposure estimates for the years 1949, 1969, and 1979 were as follows: 40, 20, 0.2 f/mL for the willows operators; 16, 8, 0.5 f/mL for the forming machine operators; and, 8, 4, 0.3 f/mL for the lathe operators.

In an occupational hygiene survey of 24 Finnish workplaces, asbestos concentrations were measured during the different operations of brake maintenance of passenger cars, trucks and buses. During brake repair of trucks or buses, the estimated 8-hour time-weighted average exposure to asbestos was 0.1–0.2 [f/mL]. High levels of exposure (range, 0.3–125 [f/mL]; mean, 56 [f/mL]) were observed during brake maintenance if local exhaust ventilation was not used. Other operations in which the concentration exceeded 1 [f/mL] included cleaning of brakes with a brush, wet cloth or compressed air jet without local exhaust (Kauppinen & Korhonen, 1987).

Kimura (1987), in Japan, reported the following geometric mean concentrations: bag opening and mixing, 4.5–9.5 f/mL in 1970–75 and 0.03–1.6 f/mL in 1984–86; cement cutting and grinding, 2.5–3.5 f/mL in 1970–75 and 0.17–0.57 f/mL in 1984–86; spinning and grinding of friction products, 10.2–35.5 f/mL in 1970–75 and 0.24–5.5 f/mL in 1984–86.

Albin et al. (1990) examined total and cause-specific mortality among 1929 Swedish asbestos cement workers employed at a plant producing various products (e.g. sheets, shingles, ventilation pipes) from chrysotile and, to a lesser extent, crocidolite and amosite asbestos. Individual exposures were estimated using dust measurements available for the period 1956–77. Levels of exposure were estimated for the following operations: milling, mixing, machine line, sawing, and

grinding. Asbestos concentrations ranged from 1.5–6.3 f/mL in 1956, to 0.3–5.0 f/mL in 1969, and to 0.9–1.7 f/mL in 1975. In all three time periods, the highest concentrations were observed in the milling and grinding operations.

The Health Effects Institute (1991) evaluated an operation and maintenance programme in a hospital on the basis of 394 air samples obtained during 106 on-site activities. The mean asbestos concentration was approximately 0.11 f/mL for personal samples, and approximately 0.012 f/mL for area samples. Eight-hour TWA concentrations showed that 99% of the personal samples were below 0.2 f/mL, and 95% below 0.1 f/mL.

Price et al. (1992) estimated the TWAs of asbestos exposures experienced by maintenance personnel on the basis of 1227 air samples collected to measure airborne asbestos levels in buildings with asbestos-containing materials. TWA exposures were 0.009 f/mL for telecommunication switch work, 0.037 f/mL for above-ceiling maintenance work, and 0.51 f/mL for work in utility spaces. Median concentrations were in the range of 0.01–0.02 f/mL.

Weiner et al. (1994) reported concentrations in a South African workshop in which chrysotile asbestos cement sheets were cut into components for insulation. The sheets were cut manually, sanded and subsequently assembled. Initial sampling showed personal sample mean concentrations of 1.9 f/mL for assembling, 5.7 f/mL for sweeping, 8.6 f/mL for drilling, and 27.5 f/mL for sanding. After improvements and clean-up of the work environment, the concentrations fell to 0.5–1.7 f/mL.

In a 1985 study, Higashi et al. (1994) collected personal and area samples at two manufacturing and processing locations in five Japanese plants manufacturing asbestos-containing products (a roofing material plant; a plant making asbestos cement sheets; a friction-material plant; and two construction and roofing-material plants). Geometric average concentrations of 0.05–0.45

IARC MONOGRAPHS – 100C

f/mL were measured in area samples, and 0.05–0.78 f/mL in personal samples.

To assess the contribution of occupational asbestos exposure to the occurrence of mesothelioma and lung cancer in Europe, Albin et al. (1999) reviewed and summarized the available information on asbestos consumption in Europe, the proportion of the population exposed and levels of exposure. Ranges of exposure were reported for the former Yugoslavia, Poland, and Latvia. In 1987, mean fibre concentrations in Serbia and Montenegro were 2–16 f/mL for textile manufacturing, 3–4 f/mL for friction materials production, and 1–4 f/mL for asbestos cement production. In Poland, exposure levels in 1994 were estimated to be much greater than 2 f/mL in the textile industry, approximately 2 f/mL in asbestos cement and friction-products manufacturing, and greater than 0.5 f/mL in downstream use. In the Latvian asbestos cement industry in 1994, ranges of fibre concentrations were 0.1–1.1 f/mL for the machine line, and 1.1–5.2 f/mL for the milling and mixing areas.

Since 1974, NIOSH has conducted a series of sampling surveys in the USA to gather information on exposure of brake mechanics to airborne asbestos during brake repair. fh ese surveys indicated that the TWA asbestos concentrations (about 1–6 hours in duration) during brake servicing were in the range of 0.004–0.28 f/mL, and the mean TWA concentration, approxiamtely 0.05 f/mL (Paustenbach et al., 2004).

Based on a review of the historical literature on asbestos exposure before 1972 and an analysis of more than 26000 measurements collected during 1972–90, Hagemeyer et al. (2006) observed a continual decrease in workplace levels of airborne asbestos from the 1950s to 1990 in Western Germany (FRG) and Eastern Germany (GDR). High concentrations of asbestos fibres were measured for some working processes in Western Germany (e.g. asbestos spraying (400 [f/mL]), removal of asbestos insulations in the ship repair industry (320 [f/mL]), removal of asbestos insulation (300 [f/mL]), and cutting corrugated asbestos sheets (60 [f/mL]), see Table 1.3.

In a study at a large petroleum refinery in Texas, USA, Williams et al. (2007a) estimated 8h-TWA asbestos exposures for 12 different occupations (insulators, pipefitters, boilermakers, masons, welders, sheet-metal workers, millwrights, electricians, carpenters, painters, laborers, and maintenance workers) from the 1940s to the 1985 onwards. Estimates were calculated using information on the historical use of asbestos, the potential for exposure due to daily work activities, occupational hygiene sampling data, historical information on task-specific exposures, and use of personal protective equipment. Exposures were estimated for 1940–50, 1951–65, 1966–71, 1972–75, 1976–85, and 1985 onwards. For these time periods, the 8h-TWA exposure (50th percentile) estimates for insulators were, respectively, 9 f/mL, 8 f/mL, 2 f/mL, 0.3 f/mL, 0.005 f/mL, and < 0.001 f/mL. For all other occupations, with the exception of labourers, estimated 8h-TWA exposure estimates were at least 50- to 100-fold less than that of insulators. Estimated 8h-TWA exposure estimates for labourers were approximately one-fifth to one-tenth of those of insulators.

Williams et al. (2007b) reviewed historical asbestos exposures (1940–2006) in various non-shipyard and shipyard settings for the following skilled occupations: insulators, pipefitters, boilermakers, masons, welders, sheet-metal workers, millwrights, electricians, carpenters, painters, labourers, maintenance workers, and abatement workers. For activities performed by insulators in various non-shipyard settings from the late 1960s and early 1970s, average task-specific and/or full-shih airborne fibre concentrations ranged from about 2 to 10 f/mL. Average fibre concentrations in US shipyards were about 2-fold greater, and excessively high concentrations (attributed to the spraying of asbestos) were reported in some British Naval shipyards. fh e introduction of improved occupational hygiene

228

Asbestos

**Table 18 Examples of asbestos fibre concentrations in the air (F/cm³) of different workplaces in Germany**

| Work area | | 1950–54[a] | 1970–74 | 1980 | 1990 |
|---|---|---|---|---|---|
| Textile industries | FRG | 100 | 10 | 3.8 | 0.9 |
| | GDR | 100 | 12 | 6.2 | 2.2 |
| Production of gaskets | FRG | 60 | 6.6 | 4.7 | 0.7 |
| | GDR | 60 | 8.0 | 7.8 | 1.6 |
| Production of cement | FRG | 200 | 11 | 1.1 | 0.3 |
| | GDR | 200 | 13 | 1.9 | 0.7 |
| Production of brake pads | FRG | 150 | 9.1 | 1.4 | 0.7 |
| | GDR | 150 | 11 | 2.4 | 1.6 |
| Insulation works | FRG | 15 | 15 | 8.6 | 0.2 |
| | GDR | 18 | 18 | 14.0 | 0.5 |

[a]  Data for the GDR before 1967 are extrapolated
FRG, Federal Republic of Germany; GDR, German Democratic Republic
From Hagemeyer et al. (2006)

practices resulted in a 2- to 5-fold reduction in average fibre concentrations for insulator tasks. The typical range of average fibre concentration for most other occupations was < 0.01–1 f/mL. Concentrations varied with task and time period, with higher concentrations observed for tasks involving the use of powered tools, the mixing or sanding of drywall cement, and the cleanup of asbestos insulation or lagging materials. It was not possible with the available data to determine whether the airborne fibres were serpentine or amphibole asbestos.

Madl et al. (2007) examined seven simulation studies and four work-site industrial hygiene studies to estimate the concentration of asbestos fibres to which workers may have historically been exposed while working with asbestos-containing gaskets and packing materials in specific industrial and maritime settings (e.g. refinery, chemical, ship/shipyard). These studies involved the collection of more than 300 air samples and evaluated specific activities, such as the removal and installation of gaskets and packings, flange cleaning, and gasket formation. In all but one of the studies, the short-term average exposures were less than 1 f/mL, and all of the long-term average exposures were less than 0.1

f/mL. Higher short-term average concentrations were observed during the use of powered tools versus hand-held manual tools during gasket formation (0.44 f/mL versus 0.1 f/mL, respectively). Peak concentrations of 0.14 f/mL and 0.40 f/mL were observed during 'gasket removal and flange face cleaning with hand tools' and 'packing removal and installation', respectively.

*(b)  Dietary exposure*

The general population can be exposed to asbestos in drinking-water. Asbestos can enter potable water supplies through the erosion of natural deposits or the leaching from waste asbestos in landfills, from the deterioration of asbestos-containing cement pipes used to carry drinking-water or from the filtering of water supplies through asbestos-containing filters. In the USA, the concentration of asbestos in most drinking-water supplies is less than 1 f/mL, even in areas with asbestos deposits or with asbestos cement water supply pipes. However, in some locations, the concentration in water may be extremely high, containing 10–300 million f/L (or even higher). The average person drinks about 2 litres of water per day (ATSDR, 2001). Risks of exposure to asbestos in drinking-water

IARC MONOGRAPHS – 100C

may be especially high for small children who drink seven times more water per day per kg of body weight than the average adult (National Academy of Sciences, 1993).

# 1.6 Talc containing asbestiform fibres

Talc particles are normally plate-like. These particles, when viewed on edge under the microscope in bulk samples or on air filters, may appear to be fibres, and have been misidentified as such. Talc may also form true mineral fibres that are asbestiform in habit. In some talc deposits, tremolite, anthophyllite, and actinolite may occur. Talc containing asbestiform fibres is a term that has been used inconsistently in the literature. In some contexts, it applies to talc containing asbestiform fibres of talc or talc intergrown on a nanoscale with other minerals, usually anthophyllite. In other contexts, the term asbestiform talc has erroneously been used for talc products that contain asbestos. Similarly, the term asbestiform talc has erroneously been used for talc products that contain elongated mineral fragments that are not asbestiform. These differences in the use of the same term must be considered when evaluating the literature on talc. For a more detailed evaluation of talc not containing asbestiform fibres, refer to the previous *IARC Monograph* (IARC, 2010).

## 1.6.1 Identification of the agent

Talc (CAS No. 14807-96-6) is a designation for both the mineral talc and for commercial products marketed as 'talc', which contain the mineral in proportions in the range of 35% to almost 100%. Commercial talc is classified as 'industrial talc' (refers to products containing minerals other than talc), 'cosmetic talc' (refers to products, such as talcum powder, which contain > 98% talc), and 'pharmaceutical talc' (refers to products containing > 99% talc) (Rohl *et al.*, 1976; Zazenski *et al.*, 1995). Synonyms for talc include:

Agalite, French chalk, kerolite, snowgoose, soapstone, steatite, talcite, and talcum.

## 1.6.2 Chemical and physical properties of the agent

The molecular formula of talc is $Mg_3Si_4O_{10}(OH)_2$. It is a hydrated magnesium sheet silicate mineral, whose structure is composed of a layer of $MgO_4(OH)_2$ octahedra sandwiched between identical layers of $SiO_4$ tetrahedra. In nature, the composition of talc varies depending on whether or not the magnesium has been substituted with other cations, such as iron, nickel, chromium or manganese (Rohl *et al.*, 1976; IMA, 2005). Pure talc is translucent, appearing white when finely ground (Zazenski *et al.*, 1995). The colour of talc changes in the presence of substituted cations, ranging from pale-green to dark-green, brownish or greenish-grey. Talc has the following chemical and physical properties: melting point, 1500°C; hardness, 1 on the Moh's scale of mineral hardness; density, 2.58–2.83; and cleavage, (001) perfect (Roberts *et al.*, 1974). Talc is a very stable mineral, and is insoluble in water, weak acids and alkalis, is neither explosive nor flammable, and has very little chemical reactivity (IMA, 2005).

Talc's structure is crystalline. It can have a small, irregular plate structure (referred to as microcrystalline talc) or it can have large, well defined platelets (referred to as macrocrystalline talc). Its platyness and crystallinity determine the specific commercial applications for which it is suitable (Zazenski *et al.*, 1995). Talc is formed by complex geological processes acting on pre-existing rock formations with diverse chemical composition (Rohl *et al.*, 1976). Many talc-bearing rocks are formed from magnesia- and silica-rich ultramafic rocks. These rocks have a central core of serpentinite surrounded by successive shells of talc-abundant rock (e.g. talc carbonate and steatite). The serpentinite core is composed mostly of non-asbestiform serpentine minerals (lizardite

and antigorite); however, small amounts of chrysotile asbestos may occur. (Zazenski *et al.*, 1995).

More detail on the chemical and physical properties of talc can be found in the previous *IARC Monograph* (IARC, 2010).

### 1.6.3 Use of the agent

Talc has several unique chemical and physical properties (such as platyness, softness, hydrophobicity, organophilicity, inertness) that make it desirable for a wide range of industrial and commercial applications (e.g. paint, polymers, paper, ceramics, animal feed, rubber, roofing, fertilizers, and cosmetics). In these products, talc acts as an anti-sticking and anti-caking agent, lubricant, carrier, thickener, absorbent, and strengthening and smoothing filler (IMA, 2005).

In 2000, the worldwide use pattern for talc was as follows: paper industry, 30%; ceramics manufacture, 28%; refractories, 11%; plastics, 6%; filler or pigment in paints, 5%; roofing applications, 5%; cement, 3%; cosmetics, 2%; and other miscellaneous uses, 10% (includes agriculture and food, art sculpture, asphalt filler, autobody filler, construction caulks, flooring, and joint compounds) (Roskill Information Services Ltd, 2003). According to a Mineral Commodity Summary published by the USGS in 2009, talc produced in the USA was used for ceramics, 31%; paper, 21%; paint, 19%; roofing, 8%; plastics, 5%; rubber, 4%; cosmetics, 2%; and other, 10% (Virta, 2009).

No information on the use of asbestiform talc in various industries (apart from mining and milling of talc from deposits containing asbestiform fibres) was identified by the Working Group. For a more detailed description of the uses of talc, refer to the previous *IARC Monograph* (IARC, 2010).

### 1.6.4 Environmental occurrence

#### (a)  Natural occurrence

Primary talc deposits are found in almost every continent around the world. Talc is commonly formed by the hydrothermal alteration of magnesium- and iron-rich rocks (ultramafic rocks) and by low-grade thermal metamorphism of siliceous dolomites (Zazenski *et al.*, 1995). For more detailed information on the formation of commercially important talc deposits, refer to the previous *IARC Monograph* (IARC, 2010).

Talc deposits whose protoliths are ultramafic rocks (or mafic) are abundant in number but small in total production. They are found in discontinuous bodies in orogenic belts such as the Alps, the Appalachians, and the Himalayas; these types of talc deposits form during regional metamorphism accompanying orogenesis. They also occur in the USA (California, Arkansas, Texas), Germany, Norway, Canada (Ontario and Quebec), southern Spain, Finland, the Russian Federation (Shabry and Miassy), and Egypt. Chlorite and amphibole are usually associated with this type of talc deposit although they are commonly separated in space from the talc ore (Vermont). The amphiboles may or may not be asbestiform, depending on the local geological history (IARC, 2010).

Talc deposits formed from the alteration of magnesian carbonate and sandy carbonate such as dolomite and limestone are the most important in terms of world production. Two types are recognized:

- those derived from hydrothermal alteration of unmetamorphosed or minimally metamorphosed dolomite such as found in Australia (Mount Seabrook and Three Springs); USA (Wintersboro, Alabama; Yellowstone, Montana; Talc City, California; Metaline Falls, Washington; and West Texas); the Republic of Korea; the People's Republic of China; India; the

Russian Federation (Onot); and, northern Spain (Respina)

- those derived from hydrothermal alteration (including retrograde metamorphism) of regionally metamorphosed siliceous dolomites and other magnesium-rich rocks such as in the USA (Murphy Marble belt, North Carolina; Death Valley-Kingston Range, California; Gouverneur District, New York; Chatsworth, Georgia); Canada (Madoc); Italy (Chisone Valley); the Russian Federation (Krasnoyarsk); Germany (Wunsiedel); Austria (Leoben); Slovakia (Gemerska); Spain; France (Trimouns); and Brazil (Brumado) (IARC, 2010).

In a study to examine the amphibole asbestos content of commercial talc deposits in the USA, Van Gosen et al. (2004) found that the talc-forming environment (e.g. regional metamorphism, contact metamorphism, or hydrothermal processes) directly influenced the amphibole and amphibole-asbestos content of the talc deposit. Specifically, the study found that hydrothermal talcs consistently lack amphiboles as accessory minerals, but that contact metamorphic talcs show a strong tendency to contain amphiboles, and regional metamorphic talc bodies consistently contain amphiboles, which display a variety of compositions and habits (including asbestiform). Death Valley, California is an example of a contact metamorphic talc deposit that contains accessory amphibole-asbestos (namely talc-tremolite).

## 1.6.5 Human exposure

### (a) Exposure of the general population

Consumer products (e.g. cosmetics, pharmaceuticals) are the primary sources of exposure to talc for the general population. Inhalation and dermal contact (i.e. through perineal application of talcum powders) are the primary routes of exposure. As talc is used as an anti-sticking agent in several food preparations (e.g. chewing gum), ingestion may also be a potential, albeit minor, route of exposure.

As late as 1973, some talc products sold in the USA contained detectable levels of chrysotile asbestos, tremolite, or anthophyllite (Rohl et al., 1976), and it is possible that they remained on the market in some places in the world for some time after that (Jehan, 1984). Some of the tremolite and anthophyllite may have been asbestiform in habit (Van Gosen, 2006).

Blount (1991) examined pharmaceutical- and cosmetic-grade talcs for asbestiform amphibole content using a density-optical method. High-grade talc product samples (n = 15) were collected from deposits in Montana, Vermont, North Carolina, Alabama, and from outside the USA but available in the US market. Samples were uniformly low in amphibole content (with counts in the range of 0–341 particles/mg), and some samples appeared to be completely free of amphibole minerals. In samples containing amphibole minerals, cleavage-type and asbestos-type minerals were observed. Only one sample was found to contain an amphibole particle size distribution typical of asbestos.

More complete information on the levels of exposure experienced by the general population can be found in the previous IARC Monograph (IARC, 2010).

### (b) Occupational exposure

Inhalation is the primary route of exposure to talc in occupational settings. Exposure by inhalation to talc dust occurs in the talc-producing industries (e.g. during mining, crushing, separating, bagging, and loading), and in the talc-using industries (e.g. rubber dusting and addition of talcs to ceramic clays and glazes). Because industrial talc is a mixture of various associated minerals, occupational exposure is to a mixture of mineral dusts (IARC, 1987b).

In general, data on numbers of workers occupationally exposed to talc are lacking. The

National Occupation Exposure Survey (NOES), which was conducted by the US National Institute for Occupational Safety and Health (NIOSH) during 1981–83, estimated that 1.4 million workers, including approximately 350000 female workers, were potentially exposed to talc in the workplace (NIOSH, 1990). CAREX reports that approximately 28000 workers were exposed to talc containing asbestiform fibres in the workplace within the 15 countries that comprised the EU during 1990–93; however, some major industries producing or using talc were not included.

Many of the early measurements reported very high levels of talc dust exposures in mining and milling operations, often in the range of several mg/m³, but there is evidence of decreasing exposures (IARC, 1987b; IARC, 2010). For example, before the adoption of technical preventive means in 1950, exposures in the talc operation in the Germanasca and Chisone Valley (Piedmont), Italy, were reported to be approximately 800 mppcf in the mines, and approximately 25 mppcf in the mills. Exposures in both areas were reduced to less than 10 mppcf after 1965 when improved occupational hygiene practices were implemented (Rubino et al., 1976). Although the presence of asbestiform talc was often not reliably verified, it is likely that these levels have also decreased, in part due to mine closures and regulatory controls.

Oestenstad et al. (2002) developed a job–exposure matrix for respirable dust, covering all work areas in an industrial grade (tremolitic) talc mining and milling facility in upstate New York, USA. fh e facility started operating in 1948 with the opening of an underground mine (Mine 1) and a mill (Mill 1). An open pit mine (Mine 2) opened in 1974. Talc from the facility was used predominantly for manufacturing paint and ceramic tiles. fh e range of all respirable dust concentrations measured in the two baseline exposure surveys was 0.01–2.67 mg/m³, with an arithmetic mean of 0.47 mg/m³ and a geometric mean of 0.28 mg/m³.

Only limited information is available about exposures in secondary industries in which talc is used or processed further. fh e previous *IARC Monograph* on talc (IARC, 2010) summarizes three historical surveys conducted in these kinds of industries. fh e IARC Working Group in 1987 noted, however, that even when measurements of respirable fibres were reported, no electron microscopic analysis was conducted to confirm the identity of the fibres. Recently, most industries using talc use non-asbestiform talc (IARC, 2010).

For a more complete description of studies in which occupational exposure to talc and talc-containing products has been reported, refer to the previous *IARC Monograph* (IARC, 2010).

## 2. Cancer in Humans

### 2.1 Introduction

fh e previous *IARC Monographs* were limited to the same six commercial forms of asbestos fibres (chrysotile, actinolite, amosite, anthophyllite crocidolite and tremolite) that are subject of this current evaluation. In the previous *IARC Monograph* (IARC, 1977), the epidemiological evidence showed a high incidence of lung cancer among workers exposed to chrysotile, amosite, anthophyllite, and with mixed fibres containing crocidolite, and tremolite. Pleural and peritoneal mesotheliomas were reported to be associated with occupational exposures to crocidolite, amosite, and chrysotile. Gastrointestinal tract cancers were reported to have been demonstrated in groups occupationally exposed to amosite, chrysotile or mixed fibres containing chrysotile. An excess of cancer of the larynx in occupationally exposed individuals was also noted. Finally the *Monograph* points out that mesothelioma may occur among individuals living in neighbourhoods of asbestos factories

and crocidolite mines, and in persons living with asbestos workers.

Extensive epidemiological research on asbestos has been conducted since then. The associations between asbestos exposure, lung cancer, and mesothelioma have been well established in numerous epidemiological investigations. The epidemiological evidence for other cancer sites is less extensive than it is for lung cancer and mesothelioma, but is still considerable for some. In reviewing these studies, there are some common limitations that need to be borne in mind, which may explain the heterogeneity of the findings from the studies such as:

- The types, fibre sizes and levels of asbestos exposure differed from industry to industry and over time. Most of the heaviest exposures probably occurred in the first two-thirds of the twentieth century in asbestos mining and milling, insulation work, shipyard work, construction, and asbestos textile manufacture. Workers in different industries, eras, and geographic locales were exposed to different types of asbestos fibres, and to fibres of greatly varying dimensions.

- There were differences in how the studies handle the issue of latency or in other words time since first occupational exposure to asbestos. Some studies, especially earlier investigations, accumulated person–years from first exposure, a procedure that may dilute observed risk by including many years of low risk. Others have only accumulated person–years after a certain period of time after first exposure, usually 20 years. Also different studies followed their populations for very different periods of time since first occupational exposure to asbestos.

- The most pervasive problem in interpreting studies was the wide variation among studies in the approaches taken for exposure assessment. Some studies made no attempt to assess exposure beyond documenting employment of study participants in a trade or industry with potential for occupational exposure to asbestos. Other studies used surrogate indices of exposure such as duration of employment or self-reported intensity of exposure, or stratified subjects' exposure by job title. Some used the skills and knowledge of industrial hygienists, obtained direct measurements of asbestos dust levels in air, and developed job–exposure matrices and cumulative exposure indices. Even these analyses are limited by the fact that earlier studies used gravimetric measures of dust exposure, while later used fibre-counting methods based on phase contrast microscopy (PCM). Factors that were used to convert between gravimetric and PCM based measurements are generally unreliable unless they are based on side by side measurements taken in specific industrial operations. Differences in fibre size distributions and fibre type can only be detected using electron microscopy, which has been done in only a very few studies.

- Misclassification of disease was a serious problem for several of the cancer sites. This is particularly true for mesothelioma, which did not have diagnostic category in the ICD system until the 10th review was initiated in 1999.

There were also issues regarding the potential for misclassification of mesotheliomas as colon or ovarian cancers.

For talc that contains asbestiform fibres, previous Working Groups assessed studies on talc described as containing asbestiform tremolite and anthophyllite (IARC, 1987a, b). These fibres fit the definition of asbestos, and therefore a separate review of talc containing asbestiform fibres was not undertaken by this Working Group. The reader is invited to consult the General Remarks

in this volume for further details. For a review of Talc, refer to the previous *IARC Monograph* (IARC, 2010).

## 2.2 Cancer of the lung

### 2.2.1 Occupational exposure

Signs that cancer of the lung could be induced by exposure to asbestos was first raised by reports of lung cancer cases that occurred among workers with asbestosis (Gloyne, 1935; Lynch & Smith, 1935). The first cohort study that demonstrated an excess of lung cancer among asbestos exposed workers was a study of textile workers (Doll, 1955). In this study, 11 cases of lung cancer versus 0.8 expected ($P < 0.00001$) were reported based on national mortality rates. Since 1955, an association between lung cancer and occupational exposure to asbestos has been demonstrated in numerous cohort and case–control studies that are summarized in Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.1.pdf, Table 2.2 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.2.pdf, and Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.3.pdf.

Although a causal association between asbestos exposure and lung cancer is generally well recognized, there are still substantial controversies on how the risk might vary by exposure to different fibre types and sizes, and whether there is a risk at low levels of exposure (i.e. environmental exposures). Particularly controversial is the question of whether chrysotile asbestos is less potent for the induction of lung cancer than the amphibole forms of asbestos (e.g. crocidolite, amosite and tremolite), which has sometimes been referred to as the "amphibole hypothesis" (Cullen, 1996; Stayner et al., 1996; McDonald, 1998). This argument is based on the observation from experimental studies that chrysotile asbestos is less biopersistent (i.e. has a shorter half life) in the lung than the amphiboles. Pathological studies of tissue using electron microscopy and energy dispersive analysis of X-rays (EDAX) have been used to measure the amounts of different asbestos fibre types in the lung. Case studies of Canadian chrysotile asbestos workers using these methods have shown an unexpectedly high proportion of amphibole (primarily tremolite) fibres, considering the relatively low percentage of amphibole fibres in commercial chrysotile asbestos (Pooley, 1976; Rowlands et al., 1982; Addison & Davies, 1990). [The Working Group noted that the lower biopersistence of chrysotile in the lung does not necessarily imply that it would be less potent than amphiboles for lung cancer.]

Several meta-analyses have been conducted in which the relative potency of different fibre types and other fibre characteristics have been considered in relation to lung cancer. Lash et al. (1997) conducted a meta-analysis based on the findings from 15 cohort studies with quantitative information on the relationship between asbestos exposure and lung cancer risk. The slopes of the lung cancer exposure–response relationship from these studies were analysed using fixed and random effects models. Substantial heterogeneity in the slopes for lung cancer from these studies was found in their analysis. The heterogeneity was largely explained by industry category, dose measurements, tobacco habits, and standardization procedures. There was no evidence in this meta-analysis that differences in fibre type explained the heterogeneity of the slope.

Hodgson & Darnton (2000) performed a meta-analysis based on 17 cohort studies with information on the average level of asbestos exposure for the cohort as a whole or for subgroups in the study. The percentage excess lung cancer risk from each study or subgroup was divided by its average exposure level to derive a slope (RL) for the analysis. Substantial heterogeneity in the findings for lung cancer was also found in this

IARC MONOGRAPHS – 100C

analysis particularly for the chrysotile cohorts. The heterogeneity in the findings for the chrysotile cohorts was largely attributable to differences in the findings from the studies of chrysotile miners and millers in Quebec (McDonald et al., 1983), and asbestos textile workers in South Carolina (Dement & Brown, 1994; Hein et al., 2007), which differed by nearly 100-fold. No explanation has been found for these extreme differences although several possible explanations have been investigated. Co-exposure to mineral oils in the South Carolina textile plant was proposed as a possible explanation. A nested case–control conducted with the South Carolina cohort failed to provide evidence to support the hypothesis that mineral exposure was associated with an increased risk of lung cancer in this study population (Dement & Brown, 1994). Differences in fibre size distributions have also been considered to be a potential explanation. The asbestos textile industry workers may have used a higher grade of asbestos resulting in exposures to a greater percentage of long fibres than what was experienced by miners and millers in Quebec. A larger percentage of long fibres was found in a recent reanalysis of samples from the South Carolina cohort using transmission electron microscopy (TEM) (Dement et al., 2008) than what was previously reported in TEM analyses of samples from the Quebec mines and mills (Gibbs & Hwang, 1975, 1980). Based on their analysis, Hodgson & Darnton (2000) concluded that the ratio between lung cancer risk for chrysotile and the amphiboles was somewhere between 1:10 and 1:50. However, in their analyses (where they excluded the study of Quebec miners rather than the South Carolina cohort), there was only a 2-fold difference in findings for lung cancer risk between the chrysotile (RL = 2.3) and amphibole cohorts (RL = 4.2). [The Working Group noted that there is no justification for exclusion of the South Carolina cohort because it is one of the highest quality studies in terms of the exposure information used in this study.]

Berman & Crump (2008a) published a meta-analysis that included data from 15 asbestos cohort studies. Lung cancer risk potency factors (Kis = [RR-1]/cumulative exposure) were derived in their analyses that were specific for both fibre type (chrysotile versus amphiboles) and fibre size (length and width). Fibre size information was only available for one of the cohort studies, and for the other studies it was obtained from studies that were conducted in similar industrial settings. As with the previous analyses, substantial variation was found in the findings from these studies with results for lung cancer varying by two orders of magnitude, although no formal statistical tests of heterogeneity were performed. The hypothesis that chrysotile is equipotent as the amphiboles for lung cancer was not rejected for fibres of all widths ($P = 0.07$) or for thick (width > 0.2 μm) fibres ($P = 0.16$). For thin fibres (width < 0.2 μm), there was significant ($P = 0.002$) evidence that chrysotile fibres were less potent than amphiboles. Sensitivity analyses were also conducted in which the South Carolina or Quebec miners and millers cohorts were dropped from the analysis using fibres of all widths. Dropping the South Carolina cohort resulted in a highly significant ($P = 0.005$) result that potency was greater for amphiboles than for chrysotile. Dropping the Quebec cohort resulted in there being no significant ($P = 0.55$) evidence of a difference in potency between the fibre types. [The Working Group noted that both the Hodgson & Darnton and Berman & Crump analyses reveal a large degree of heterogeneity in the study findings for lung cancer, and that findings are highly sensitive to the inclusion or exclusion of the studies from South Carolina or Quebec. The reasons for the heterogeneity are unknown, and until they are explained it is not possible to draw any firm conclusions concerning the relative potency of chrysotile and amphibole asbestos fibres from these analyses.]

Based on findings from experimental studies, it is suspected that long and thin fibres are likely

to be more potent than short and thick fibres in the induction of lung cancer in humans. Unfortunately until recently, all of the epidemiological studies that have been conducted used methods for exposure assessment that did not include a determination of fibre size, and thus this issue could not be directly addressed with these studies. As described above, the meta-analysis conducted by Berman & Crump (2008a) considered the effect of fibre size on lung cancer risk by using data from other studies conducted in similar circumstances as the cohort studies. fh eir analysis did not reveal strong evidence that lung cancer potency was dependent on fibre size. fh ere was weak evidence that long fibres (length > 10 μm) were more potent than short fibres (5 μm < length < 10 μm) in models using all widths ($P = 0.07$). fh e lack of size-specific data from the studies was a major limitation of this study with regard to estimating size-specific risk estimates. Stayner et al. (2008) published fi ndings from an analysis of the South Carolina asbestos textile cohort in which fibre size specific estimates of lung cancer mortality was evaluated using information from a reanalysis of archived air samples using TEM (Dement et al., 2008). Long fibres (> 10 μm) and thin fibres (< 0.25 μm) were found to be the strongest predictors of lung cancer mortality in this study.

Another study not part of the prior meta-analyses provides relevant information regarding the question of the relative lung cancer potency of the fibre types. Loomis et al. (2009) carried out a retrospective cohort mortality study of textile workers from four plants in North Carolina that had never been studied before. Workers in this cohort were primarily exposed to chrysotile asbestos that was imported from Quebec. A small amount of amosite was used in an operation in one of the plants. Overall, an excess of lung cancer was observed in this study (SMR, 1.96; 95%CI: 1.73–2.20), which was very similar in magnitude to that reported in the South Carolina cohort study of textile workers (Hein et al., 2007).

However, the slope for the exposure–response between asbestos exposure and lung cancer was considerably lower than that reported in the South Carolina cohort study. fh e reasons for these differences in the exposure–response relationships are unknown, but one possible reason may be that quality of the exposure information was superior in the South Carolina study, and that the difference could be explained by an attenuation of the slope due to exposure misclassification in Loomis et al. (2009).

## 2.2.2 Environmental exposures

Evidence of an association in women between lung cancer and environmental exposures in New Caledonia to fi eld dust containing tremolite and the use of a whitewash ("po") containing tremolite has been reported (Luce et al., 2000). A positive association with heavy residential exposure to asbestos was observed in a lung cancer case–control study the Northern Province of South Africa, which is a crocidolite and amosite mining area (Mzileni et al., 1999). fh e association was strongest among women who resided in heavily exposed areas (odds ratio [OR], 5.4; 95%CI: 1.3–22.5; Ptrend = 0.02). A study of lung cancer mortality among women in two chrysotile mining regions of Quebec did not result in an increase in lung cancer (SMR, 0.99; 95%CI: 0.78–1.25) relative to women from 60 other areas of Canada (Camus et al., 1998).

## 2.2.3 Non-commercial asbestiform amphibole fibres

fh ere is emerging epidemiological evidence that non-commercial amphibole fibres that are asbestiform have carcinogenic potential. fh ese fibres are not technically "asbestos," and they were never commercially marketed. However, the Working Group felt it was important to discuss the recent evidence concerning these

fibres because of their similarity to asbestos, and because of public concerns regarding this issue.

Several studies have described adverse health associations with the amphibole fibres that contaminated vermiculite mined in Libby, Montana, USA. These fibres were originally characterized as from the tremolite-actinolite series (IARC, 1987a), however, they have been more recently described by the US Geological Society as approximately 84% winchite, 11% richterite, and 6% tremolite (Meeker et al., 2003). Sullivan (2007) reported standardized mortality ratios (SMRs), using cause of death data and expected mortality for the underlying cause of death based on national age-, race-, and sex-specific rates. Using a 15-year exposure lag, there were increased SMRs for all cancer (SMR, 1.4; 95%CI: 1.2–1.6; $n$ = 202), and lung cancer (SMR, 1.7; 95%CI: 1.4–2.1; $n$ = 89). Increasing risks were observed across categories of cumulative exposure; the SMR estimates were 1.5, 1.6, 1.8, and 1.9 in the 1–4.49, 4.5–22.9, 23.0–99.0, and ≥ 100 f/mL–years exposure categories, respectively. Results from other studies (Amandus et al., 1987; McDonald et al., 2004) of analyses using a continuous measure of exposure also resulted in statistically significant relationships with lung cancer mortality risk. For example, in the updated analysis by McDonald et al. (2004), the estimated linear increase in relative risk of respiratory cancer risk per 100 f/mL–years cumulative exposure was 0.36 (95%CI: 0.03–1.2; $P$ = 0.02).

## 2.3 Mesothelioma

Pleural and peritoneal mesotheliomas are very rare malignancies that occur in the mesothelial cells that line these cavities. The first report of a possible association between asbestos exposure and mesothelioma was by Wagner et al. (1960) who described an outbreak of mesothelioma in a crocidolite mining region of South Africa. The majority of the cases reported had worked in the mines (23/33) but some of the cases had

also occurred among individuals with no history of occupational exposures (10/33). Since then, an excess of mesothelioma has been observed in a large number of cohort and case–control studies (summarized in online Tables 2.2, 2.3 and Table 2.4 available at http://monographs. iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.4.pdf) in a variety of different industries using and producing asbestos. Although the causal association between mesothelioma and asbestos has been well established, several important issues remain to be resolved that are discussed below.

### 2.3.1 Fibre type

Although all forms of asbestos can cause mesothelioma, there is considerable evidence that the potency for the induction of mesothelioma varies by fibre type, and in particular that chrysotile asbestos is less potent than amphibole forms of asbestos. An excess of mesothelioma has been reported in cohort studies of chrysotile exposed miners and millers in Quebec (Liddell et al., 1997), and in South Carolina asbestos textile workers who were predominantly exposed to chrysotile asbestos imported from Quebec (Hein et al., 2007). However, the fact that the chrysotile asbestos mined in Quebec is contaminated with a small percentage (< 1.0%) of amphibole (tremolite) asbestos has complicated the interpretation of these findings. McDonald et al. (1997) found in a nested case–control study for mesothelioma in the Thetford mines of Quebec that an association with asbestos exposure was evident in mines from a region with higher concentrations of tremolite, and not in another region with lower concentrations of tremolite. Bégin et al. (1992) noted that although tremolite levels may be 7.5 times higher in Thetford than in Asbestos, the incidence of mesothelioma in these two Quebec mining towns was proportional to the size of their workforce. This suggests that the tremolitic content of the ores may not be a

Determinant of mesothelioma risk in Quebec. Separate analyses for workers at the Thetford and Asbestos mines and mills did not demonstrate a different exposure–response relationship for asbestos and mesothelioma in the two mining areas (McDonald & McDonald, 1995).

In a mesothelioma case–control study in South Africa, an association was reported with exposures to crocidolite and amosite asbestos, but no cases were found to have been exclusively exposed to chrysotile asbestos (Rees et al., 1999). One possible explanation for these negative findings for chrysotile is that South African chrysotile asbestos may contain relatively little tremolite (Rees et al., 1992). Another possible explanation is that chrysotile mining began later, and production levels were lower than in the crocidolite and amosite mines of South Africa. Cases of mesothelioma have been reported among asbestos miners in Zimbabwe, which has been reported to be uncontaminated with tremolite asbestos (Cullen & Baloyi, 1991). Excess mesothelioma mortality (standardized incidence ratio [SIR], 4.0, 95%CI: 1.5–8.7) was reported in miners and millers from a chrysotile mine in Balangero, Italy (Mirabelli et al., 2008), reportedly free of amphibole contamination (Piolatto et al., 1990).

An evaluation of the relative potency of the different fibre types of asbestos has been considered in the meta-analyses that were previously described (see prior section on lung cancer) by Hodgson & Darnton (2000) and Berman & Crump (2008a, b). Hodgson & Darnton (2000) used the percentage of mesothelioma deaths of all deaths expected (at an age of first exposure of 30) per unit of cumulative exposure (Rm) as the measure for their analysis. They computed separate estimates of Rm for crocidolite, amosite and chrysotile asbestos. Based on their analyses, they estimated that the ratio of the potency for mesothelioma (pleural and peritoneal combined) was 1:100:500 for chrysotile, amosite, and crocidolite respectively.

The meta-analysis conducted by Berman & Crump (2008a) was based on the analysis of the slopes (Km) that were estimated using an approach that assumes that the mortality rate from mesothelioma increases linearly with the intensity of exposure, and for a given intensity, increases indefinitely after exposure ceases, approximately as the square of time since first exposure (lagged 10 years). This model was tested with the raw data from several studies, and found to provide a good fit to the data (Berman & Crump, 2008b). Regression models were fitted to the study Km values that included information from surrogate studies to estimate fibre type (chrysotile versus amphiboles) and fibre length (short versus long) specific potency slopes (Berman & Crump, 2008a). Alternative models were fitted with exposure metrics based on different fibre widths. The hypothesis that chrysotile and amphibole forms of asbestos are equipotent was strongly rejected, and the hypothesis that potency for chrysotile asbestos was 0 could not be rejected based on their models ($P < 0.001$ and $P = 0.29$, respectively, for all-widths model). The best estimates for the relative potency of chrysotile ranged from zero to about 1/200th that of amphibole asbestos (depending on the width of the exposure metric used in the model). [The Working Group noted that there is a high degree of uncertainty concerning the accuracy of the relative potency estimates derived from the Hodgson & Darnton and Berman & Crump analyses because of the severe potential for exposure misclassification in these studies.]

Two newer studies, not part of the prior meta-analyses, provide important information regarding the question of the relative potency of the fibre types. The first is a study of a cohort of textile workers in North Carolina not previously examined (Loomis et al., 2009). Workers in this cohort were primarily exposed to chrysotile asbestos imported from Quebec. A relatively large excess of both mesothelioma [SMR, 10.92; 95%CI: 2.98–27.96] and pleural cancer [SMR,

IARC MONOGRAPHS – 100C

12.43; 95%CI: 3.39–31.83]. The pleural and mesothelioma deaths combined comprised 0.3% of all deaths. This percentage was nearly identical to the estimate developed for the chrysotile cohorts in a review article by Stayner et al. (1996). Based on the approach that Hodgson & Darnton used in their meta-analysis, the authors estimated that the percentage of deaths per unit of fibre exposure was 0.0058% per f–y/mL (0.0098% per f–y/mL for workers followed ≥ 20 years). This estimate was considerably higher than the estimate developed by Hodgson & Darnton of 0.0010% per f–yr/mL for cohorts exposed to chrysotile.

The other study investigated mesothelioma among chrysotile miners and millers, and resident communities in Balangero, Italy. The chrysotile mined at Balangero was reported to be free of tremolite and other amphiboles. The ore contains trace amounts of another fibre called blangeroite, which is not an amphibole (Turci et al., 2009). A previous cohort of the miners and millers in Balangero with follow up to 1987 identified only two deaths from mesothelioma (Piolatto et al., 1990). Cases of mesothelioma were identified from a local mesothelioma registry comprises people who had been mine employees; employees of subcontractors or other firms transporting or refining Balangero asbestos, asbestos ore; residents of the area who were exposed from air pollution, living with a mine employee or from mine tailings from Balangero. Six cases of mesothelioma were identified among blue-collar miners, and an estimated 1.5 deaths (SIR, 4.00; 95%CI: 1.47–8.71) would be expected based on a previous cohort study (Piolatto et al., 1990), and conservative assumptions about the cohort. Additional cases of mesothelioma were identified among white-collar miners (three cases), workers in the mine hired by subcontractors (five cases), and from non-occupational exposures or exposure to re-used tailings (ten cases). Expected numbers of mesothelioma cases could not be derived for these groups because they were not part of the original cohort definition. The

findings from this investigation indicate that the previous risk of mesothelioma for the Balangero cohort were seriously underestimated.

### 2.3.2 Fibre size

Based on a review of toxicological and human studies, Lippmann (1990) suggested that fibres shorter than 0.1 μm and longer than 5 μm are related to mesothelioma in humans. The Berman & Crump meta-analyses provided weak evidence that fibre length is a determinant of the potency of asbestos. The test of the hypothesis that long fibres (length ≥ 10 μm) and short fibres (5 < length < 10 μm) are equipotent was nearly rejected in some models (e.g. $P = 0.09$ for all widths). Thus, their findings provide weak support that long fibres may be more potent than short fibres for mesothelioma. There was little evidence in their analyses that thin fibres (width < 0.4 or < 0.2 μm) were stronger predictors of mesothelioma potency than all fibre widths combined. A major limitation of their analysis was that it relied on surrogate data to estimate the fibre-size distributions for the studies used in the meta-analysis.

### 2.3.3 Pleural versus peritoneal tumours

The ratio of pleural to peritoneal mesotheliomas has varied considerably in different epidemiological studies of asbestos-exposed cohorts. In the cohort studies included in the meta-analysis conducted by Hodgson & Darnton (2000), the percentage of mesotheliomas that were peritoneal varied from 0 to over 50%. Hodgson & Darnton reported that peritoneal mesotheliomas increased with the square of cumulative exposure to asbestos (i.e. a supralinear relationship); whereas pleural mesotheliomas increased less than linearly with cumulative exposure to asbestos. This implies that the number of peritoneal mesotheliomas would dramatically increase relative to the number of pleural mesotheliomas at high asbestos exposure levels. Welch et al.

(2005) found a strong association (OR, 5.0; 95%CI: 1.2–21.5) between asbestos exposure and peritoneal cancer in a population-based case–control study. This study included a large percentage of men with what were judged to be low exposures to asbestos.

### 2.3.4 Environmental exposures

An excess of mesothelioma has been observed in several studies of communities with environmental exposure to asbestos. A large excess of mesothelioma was reported in a study of people living in villages in Turkey exposed to erionite used to whitewash their homes (Baris et al., 1987). An excess in mesothelioma was reported among people living near crocidolite mining regions in South Africa and Western Australia (Wagner & Pooley, 1986), among people residing in areas of tremolite contamination in Cyprus (McConnochie et al., 1987) and New Caledonia (Luce et al., 2000), and with non-occupational exposures in Europe (Magnani et al., 2000), Italy (Magnani et al., 2001), and California (Pan et al., 2005).

Mesothelioma has also been reported to occur among household members of families of asbestos workers (Anderson et al., 1976; Ferrante et al., 2007).

### 2.3.5 Non-commercial asbestiform fibres

Several studies have described adverse health associations with the amphibole fibres that contaminated vermiculite mined in Libby, Montana, USA. These fibres were originally characterized as from the tremolite-actinolite series (IARC, 1987a); however, they were subsequently described by the US Geological Society as being composed of approximately 84% winchite, 11% richterite, and 6% tremolite (Meeker et al., 2003). Sullivan (2007) reported SMRs, using cause of death data and expected mortality for the underlying cause of death based on national age-, race-, and sex-specific rates. Using a 15-year exposure lag, there were increased SMRs, mesothelioma defined by ICD-10 for deaths after 1999 (SMR, 14.1; 95%CI: 1.8–54.4; $n = 2$) and pleural cancer (SMR, 23.3; 95%CI: 6.3–59.5; $n = 4$). The only exposure–response modelling of mesothelioma was presented in the paper by McDonald et al., based on 12 mesothelioma cases (McDonald et al., 2004). Using Poisson regression, the mesothelioma mortality rate across increasing categories of exposure was compared with the rate in the lowest exposure category. For the cumulative exposure metric, the relative risk estimates were 1.0 (referent), 3.72, 3.42, and 3.68, based on 1, 4, 3, and 4, cases, respectively. The mean exposure level in these four quartiles was 8.6, 16.7, 53.2, and 393.8 f/mL–yr, respectively. It should be noted that the referent group was also at excess risk of dying from mesothelioma, i.e. there were 1–3 cases of mesothelioma observed in the referent group, which may have attenuated the observed effects.

A high incidence of mesothelioma was reported among residents of Biancavilla, Italy, a city in eastern Sicily (SMR, 7.21; 95%CI: 3.59–13.00). Reviewing of the work histories of the cases did not indicate an occupational explanation for these exposures, and thus environmental explanations for the mesothelioma excess were sought. Environmental studies have indicated that these mesotheliomas are most likely due to exposures to fluoro-edenite which is a newly recognized fibre that is very similar in morphology and composition to the tremolite-actinolite series (Comba et al., 2003; Bruno et al., 2006; Putzu et al., 2006).

## 2.4 Other cancer sites

Beyond lung cancer and mesothelioma, the body of literature examining associations between asbestos and other cancers is more sparse. This reflects the fact that lung cancer and mesothelioma have been the principal areas of research

until relatively recently, and other cancers were often not considered in detail in published reports. Clinical and epidemiological studies that span the past five decades suggest, however, that asbestos may be associated with other cancers in addition to lung cancer and mesothelioma. To examine these associations in detail, the US IOM (2006) published a report evaluating the evidence relevant to causation of cancer of the pharynx, larynx, oesophagus, stomach, colon and rectum by asbestos. The present analysis draws on the IOM analysis and presents the most significant positive and negative studies for each anatomical site, with an emphasis on studies that presented data on dose–response as well as on published meta-analyses. Additionally, the present analysis examines the association between asbestos exposure and ovarian cancer, an association that was not examined by the IOM.

### 2.4.1 Cancer of the pharynx

See Table 2.5 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.5.pdf.

#### (a) Cohort Studies

The Working Group examined 16 cohort studies of asbestos and cancer of the pharynx. Some of these studies examined all cancers of the lips, oral cavity, and pharynx. Others restricted their examination to the pharynx itself. Two studies examined only cancers of the hypopharynx. The main findings are summarized in the following paragraphs.

Selikoff & Seidman (1991) observed an SMR for cancer of the oropharynx of 2.18 (95%CI: 1.62–2.91) among a cohort of 17800 male asbestos insulation workers across the USA and Canada. This is the cohort study with the largest number of deaths from pharyngeal cancer, a total of 48 deaths.

Piolatto et al. (1990) observed an SMR for cancer of the oropharynx of 2.31 (95%CI: 0.85–5.02; based on six deaths) in a cohort of 1058 asbestos miners in northern Italy exposed to chrysotile asbestos. No association was seen in this cohort between duration of occupational exposure to asbestos and risk of cancer of the pharynx.

Reid et al. (2004) observed an SMR for cancer of the pharynx of 1.88 (95%CI: 1.15–3.07; based on 16 deaths) in a cohort of 5685 crocidolite asbestos miners and millers in Western Australia.

Sluis-Cremer et al. (1992) observed an SMR for cancer of the lip, oral cavity and pharynx of 2.14 (95%CI: 1.03–3.94; based on 10 deaths) in a cohort of 7317 male asbestos miners in South Africa, some exposed to crocidolite and others to amosite. Cancer of the pharynx was defined in this population as cancer of the lip, oral cavity or pharynx. There was no excess mortality for cancer of the pharynx in the subcohort of amosite asbestos miners (SMR, 0.42; 95%CI: 0.00–1.97), but in the subcohort of crocidolite asbestos miners, the SMR for cancer of the pharynx was 2.94 (95%CI: 1.16–6.18).

Pira et al. (2005) observed an SMR for cancer fo the pharynx of 2.26 (95%CI: 0.90–4.65; based on seven deaths) in a cohort of 1996 workers in the asbestos textiles industry in Italy.

Other cohort studies of populations occupationally exposed to asbestos in a range of industries contained only small numbers of deaths from cancer of the pharynx (most < 10 deaths), were generally non-positive in their findings, and reported little evidence for dose–response relationships.

#### (b) Case–control studies

Case–control studies examining the association between asbestos exposure and cancer of the pharynx have two advantages over cohort studies:

1. they are able to collect more cases of this relatively uncommon malignancy; and
2. they are able to adjust for alcohol and tobacco consumption, the two most common causes

of cancer of the pharynx in developed and developing countries.

The present review included six case–control studies. Four of them adjusted for alcohol and tobacco consumption. The main findings are summarized in the following paragraphs.

Marchand et al. (2000) carried out a hospital-based, case–control study of 206 cases of cancer of the hypopharynx and 305 controls in France, and found a relative risk of 1.80 (95%CI: 1.08–2.99) in the 161 of their cases ever exposed to asbestos, adjusted for exposure to tobacco and alcohol.

Berrino et al. (2003) conducted a multicentre, case–control study of cancer of the hypopharynx in Europe, and found an odds ratio (OR) for "probable" exposure to asbestos of 1.8 (95%CI: 0.6–5.0). This study was restricted to analyses of cancers of the hypopharynx. For cases with "possible" exposure to asbestos, the odds ratio was 1.80 (95%CI: 0.90–3.90). These odds ratios were adjusted for exposure to tobacco and alcohol.

Zheng et al. (1992) conducted a population-based, case–control study of cancer of the pharynx in Shanghai, the People's Republic of China, with 204 incident cancer cases and 414 controls. The relative risk for asbestos exposure was 1.81 (95%CI: 0.91–3.60). Cigarette smoking and alcohol consumption were observed to be positively associated with cancer fo the pharynx. By contrast, increasing intake of certain fruits and vegetables, notably oranges, tangerines and Chinese white radishes, appeared to be associated with a reduced risk for cancer of the pharynx.

### (c)  Meta-analyses

The IOM (2006) conducted a meta-analysis of the published cohort studies examining the association between asbestos exposure and cancer of the pharynx. The IOM noted that the findings of the cohort studies were consistently positive. They calculated that the "estimated aggregated relative risk of cancer of the pharynx

from any exposure to asbestos was 1.44 (95%CI: 1.04–2.00). "The IOM noted that few studies had evaluated dose–response trends, and that there was no indication of higher risks associated with more extreme exposures."

The IOM also conducted a meta-analysis of the case–control studies examining the association between asbestos exposure and cancer of the pharynx. The IOM reported the summary relative risk for cancer of the pharynx in people with "any" exposure to asbestos compared to people with no exposure to be 1.5 (95%CI: 1.1–1.7). The IOM observed that the studies were inconsistent, and that there was little evidence for a dose–response relationship.

### 2.4.2 Cancer of the larynx

See Table 2.5 online.

Cancer of the larynx in relation to asbestos exposure has been studied in a large number of cohort and case–control studies undertaken among occupationally exposed populations in North and South America, Europe, and Asia. (IOM, 2006).

### (a)  Cohort studies

Cohort studies of workers exposed occupationally to asbestos have found evidence for an association between asbestos exposure and cancer of the larynx across a broad range of industries. The Working Group reviewed 29 cohort studies encompassing 35 populations exposed to asbestos. Noteworthy findings from among these studies are summarized in the following paragraphs.

Selikoff& Seidman (1991) found an SMR for cancer of the larynx of 1.70 (95%CI: 1.01–1.69) among 17800 male insulation workers in the USA and Canada.

Musk et al. (2008) found an SMR for cancer of the larynx of 1.56 (95%CI: 0.83–2.67) among 6943 asbestos miners and millers from Western Australia, exposed predominantly to crocidolite

IARC MONOGRAPHS – 100C

asbestos, when all cohort members lost to follow-up were assumed to be alive. When the analysis was re-run censoring all subjects at the date last know to be alive, the SMR was 2.57 (95%CI: 1.37–4.39).

Reid et al. (2004) carried out a study of cancer incidence in this same Australian cohort, and found a significant increase in incidence of cancer of the larynx (SIR, 1.82; 95%CI: 1.16–2.85).

Piolatto et al. (1990) found an SMR for cancer of the larynx of 2.67 (95%CI: 1.15–5.25; based on eight deaths) in a cohort study of 1058 male asbestos miners in northern Italy. In the subset of this cohort with > 20 years' exposure to asbestos, the SMR for cancer of the larynx was 4.55 (95%CI: 1.47–10.61). There was evidence of a positive dose–response relationship between cumulative exposure to asbestos dust, measured as fibre–years, and risk of death from cancer of the larynx. The SMRs for cancer of the larynx were 1.43 (95%CI: 0.04–7.96) in workers with exposure < 100 fibre–years; 2.22 (95%CI: 0.27–8.02) in workers with exposure of 100–400 fibre–years; and 3.85 (95%CI: 1.25–8.98) in workers with cumulative exposure > 400 fibre–years.

Peto et al. (1985) found an overall SMR for cancer of the larynx of 1.55 (95%CI: 0.42–3.97; based on four deaths) in a cohort of 3211 asbestos-textile workers in the United Kingdom. When workers were subdivided according to time since first employment, and by duration of employment in "scheduled" (asbestos-exposed) areas of the plant, four deaths from cancer of the larynx were observed in the most heavily exposed group versus 1.53 expected (SMR, 2.55).

Pira et al. (2005) found an overall SMR for cancer of the larynx of 2.38 (95%CI: 0.95–4.90; based on seven deaths–all of them in male workers) in a cohort of 889 men and 1077 women employed in an asbestos textiles plant in Italy.

Rafn et al. (1989) found an overall SIR for cancer of the larynx of 1.66 (95%CI: 0.91–2.78) in a cohort study of 7986 men and 584 women employed in the asbestos-cement industry in Denmark However, in the subset with > 5 years employment, the SIR was 2.27 (95%CI: 0.83–4.95), and in the group first employed from 1928–40, the SIR was 5.50 (95%CI: 1.77–12.82).

*(b) Case–control studies*

Case–control studies are important in examining relationships between asbestos exposure and cancer of the larynx, because they overcome the relative rarity of the diagnosis in cohort studies, and also because they permit consideration of potential confounding by exposure to tobacco and alcohol, the two most important risk-factors for this malignancy in developed and developing countries.

The Working Group analysed 15 case–control studies of asbestos and cancer of the larynx. This analysis revealed that 14 of the 15 published studies had found evidence for a significantly positive association between asbestos exposure and cancer of the larynx; only one study (Luce et al., 2000) reported an odds ratio below 1.0.

*(c) Meta-analyses*

The IOM conducted a meta-analysis of cohort studies examining the association between asbestos exposure and cancer of the larynx. For studies examining "any" versus no exposure, the summary relative risk was 1.4 (95%CI: 1.19–1.64). For studies comparing "high" exposure versus no exposure, the lower bound summary relative risk was 2.02 (95%CI: 1.64–2.47), and the upper bound summary relative risk was 2.57 (95%CI: 1.47–4.49).

The IOM also conducted a meta-analysis of the published case–control studies examining the association between asbestos exposure and cancer of the larynx (IOM, 2006). This meta-analysis calculated a summary relative risk of 1.43 (95%CI: 1.15–1.78), before adjusting for consumption of tobacco and alcohol. After adjusting for tobacco and alcohol consumption, the association of cancer of the larynx with

asbestos exposure persisted, with an adjusted summary relative risk of 1.18 (95%CI: 1.01–1.37).

### 2.4.3 Cancer of the oesophagus

See Table 2.6 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.6.pdf.

#### (a) Cohort studies

The Working Group examined 25 studies of cohorts occupationally exposed to asbestos. Notable findings from among these studies are:

Selikofh & Seidman (1991) found an SMR for cancer of the oesophagus of 1.61 (95%CI: 1.13–2.40) among a cohort of 17800 asbestos insulations workers across the USA and Canada. Selikofh & Seidman (1991) observed that cancer in asbestos workers is "very much related to latency," with most of the increased risk occurring only 25 or more years from the onset of occupational exposure to asbestos.

In a cohort of 10939 male and 440 female asbestos miners and millers in Quebec, Canada, exposed predominantly to chrysotile asbestos, followed through 1975, McDonald et al. (1980) reported that mortality for cancer of the oesophagus and stomach (the two were combined) was elevated (SMR, 1.27). Further follow-up through 1988 of a subset of this cohort, consisting of 5335 men, examined esophageal cancer mortality separate from stomach cance,r and found no excess mortality (SMR, 0.73; 95%CI: 0.35 – 1.34) (McDonald et al., 1993).

Musk et al. (2008) found an SMR for cancer of the oesophagus was 1.01 (95%CI: 0.71–1.40) in a cohort study of 6943 asbestos miners from Western Australia followed through 2000, exposed predominantly to crocidolite asbestos, when all cohort members lost to follow-up were assumed to be alive. When the analysis was re-run censoring all subjects at the date last known to be alive, the SMR was 1.20 (95%CI: 0.62–2.10).

Hein et al. (2007) found an SMR for cancer of the oesophagus of 1.87 (95%CI: 1.09–2.99) in a cohort of 3072 asbestos textile workers in South Carolina, occupationally exposed to chrysotile asbestos and followed through 2001.

Peto et al. (1985) found 11 deaths from cancer of the oesophagus versus 6.59 expected (SMR = 1.67; 95%CI: 0.83–2.99) in a cohort of 3211 male asbestos textile workers in the United Kingdom. For the subset of workers with 10+ years employment in "scheduled" (asbestos-exposed) areas of the plant and with 20+ years since first employment, the SMR for cancer of the oesophagus was 2.36 (95%CI: 0.49–6.91). For all workers in this cohort with < 20 years since first employment, two deaths for cancer of the oesophagus was observed versus 2.18 expected, and for workers with 20+ years since first employment, there were nine deaths from cancer of the oesophagus versus 4.4 expected (see Table 6 in Peto et al., 1985).

Berry et al. (2000) found a 2-fold excess mortality for cancer of the oesophagus (SMR, 2.08; 95%CI: 1.07–3.63) among a cohort of over 5000 asbestos-exposed factory workers in the east end of London, United Kingdom, who had produced asbestos insulation boards, and who were followed for 30+ years. In the subset of workers within this population with "severe" asbestos exposure of more than 2 years' duration, the SMR for cancer of the oesophagus was 5.62 (95%CI: 1.82 – 13.11). And in the subset of women with "severe" exposure to asbestos of > 2 years, the SMR for cancer of the oesophagus was 9.09 (95%CI: 1.10–32.82).

Other cohort studies of various groups occupationally exposed to asbestos – asbestos-cement workers, friction products workers, and "generic" asbestos workers – yield generally non-positive results for cancer of the oesophagus.

IARC MONOGRAPHS – 100C

*(b) Case–control studies*

The Working Group examined five case–control studies that examined the association between asbestos exposure and cancer of the oesophagus.

A case–control study in Quebec, Canada found an OR of 2.0 (95%CI: 1.1–3.8) for any exposure to asbestos among 17 patients diagnosed with squamous cell carcinoma of the oesophagus. (Parent *et al.*, 2000).

A case–control study conducted within a cohort of nearly 400000 Swedish construction workers found evidence for a positive association between asbestos exposure and adenocarcinoma of the oesophagus. Relative risk increased from 1.0 (reference) among workers with no asbestos exposure, to 1.7 (95%CI: 0.5–5.4) among those with "moderate" exposure, and to 4.5 (95%CI: 1.4–14.3) among those workers with "high" asbestos exposure, thus suggesting a positive dose–response relationship (Jansson *et al.*, 2005).

*(c) Meta-analyses*

Meta-analyses have been undertaken of the association between asbestos exposure and cancer of the oesophagus:

A meta-analysis by Frumkin & Berlin (1988) stratified studies according to SMR for lung cancer and also according to the percentage of deaths due to mesothelioma. The rationale is that a higher death rate for either lung cancer or mesothelioma is taken to be a surrogate index of higher cumulative exposure to asbestos. However, no association was observed between death rate for cancer of the oesophagus in the published cohorts by either lung cancer SMR or percentage of death for mesothelioma.

Meta-analyses by Edelman (1988) and by Goodman *et al.* (1999) did not detect an association between asbestos exposure and cancer of the oesophagus.

A meta-analysis by Morgan *et al.* (1985) that examined earlier studies, which tended to have

heavier exposure, found a summary SMR for cancer of the oesophagus in asbestos-exposed workers of 2.14 (95%CI: 1.326–3.276). When cases of cancer of the oesophagus based on "best evidence" (pathological review) were deleted from these cohorts, the SMR remained elevated at 2.38 (95%CI: 1.45–3.68).

The IOM (2006) conducted a meta analysis of 25 cohort studies and reported a summary relative risk of 0.99 (95%CI: 0.78–1.27) for any exposure to asbestos versus no exposure. The IOM also examined the relative risk of "high" versus no exposure, and calculated a lower bound summary relative risk of 1.35 (95%CI: 0.81–2.27), and a higher bound summary relative risk of 1.43 (95%CI: 0.79–2.58). The IOM determined that there were too few case–control studies to permit a meta-analysis.

### 2.4.4 Cancer of the stomach

The Working Group reviewed 42 cohort studies and five population-based case–control studies that examined the association between asbestos and cancer of the stomach (See Table 2.6 online).

*(a) Cohort studies*

Notable findings among the cohort studies are:

Selikoff *et al.* (1964) reported a nearly 3-fold excess mortality for cancer of the stomach (12 observed versus 4.3 expected) in a population of 632 insulation workers in New York and New Jersey occupationally exposed to asbestos dust. Further analysis within this cohort (Selikoff *et al.*, 1979) found evidence of a dose–response relationship between duration of exposure to asbestos (in years), and risk of death from cancer of the stomach. The SMR for cancer of the stomach increased from 0.00 in workers exposed for < 20 years, to 4.00 (95%CI: 1.47 – 8.71) in those exposed for 20 –35 years, and to 3.42 (95%CI: 1.82 – 5.85) in those exposed for > 35 years.

Selikofh *et al.* (1967) found a modest, non-significant increase in risk of death for cancer of the stomach: 34 observed v. 29.4 expected, (SMR = 1.16;95%CI: 0.92 – 1.78) in a larger cohort study of 17800 insulation workers across the USA and Canada. No data on dose–response for cancer of the stomach were presented in this analysis.

Liddell *et al.* (1997) reported an overall SMR for cancer of the stomach of 1.24 (95%CI: 1.07 –1.48) in a study of 10918 asbestos miners and millers exposed predominantly to chrysotile asbestos, in Quebec, Canada. Within this cohort, a positive dose–response relationship was observed between cumulative exposure to asbestos dust (mcpf-year) and mortality for cancer of the stomach. fh us, for workers with cumulative dust exposure < 300, the SMR was 1.16; for workers with cumulative exposure of 300 – 400, the SMR was 1.29; for workers with cumulative exposure of 400 – 1000, the SMR was 1.21; and for workers in the highest exposure category, with cumulative exposure > 1000, the SMR was 3.21 (95%CI: 1.87 –5.14). An additional fh nding in this cohort was a modest interaction between cumulative asbestos exposure, cigarette smoking, and mortality from cancer of the stomach.

Musk *et al.* (2008) found an SMR for cancer of the stomach of 1.01 (95%CI: 0.71 – 1.40) in a cohort of 6943 asbestos miners and millers exposed predominantly to crocidolite asbestos in Wittenoom, Western Australia, followed through the end of 2000, and when all cohort members lost to follow-up were assumed to be alive. When the analysis was re-run censoring subjects at the date last known to be alive, the SMR was 1.71 (95%CI: 1.20–2.35).

Reid *et al.* (2004) conducted a nested case–control study within this same Australian cohort, and found a positive exposure-response relationship between cancer of the stomach and cumulative exposure to asbestos (test for trend, $P$ = 0.057). No association was seen between cancer of the stomach and either time since fh rst exposure or year of starting work with asbestos. Smoking status was associated with cancer of the stomach, but not significantly.

Meurman *et al.* (1974) found a non-signifh cant increase in SMR for cancer of the stomach: SMR = 1.42 (95%CI: 0.76 – 2.43) in a cohort of 736 asbestos miners in Finland exposed to anthophyllite asbestos.

Berry *et al.* (2000) found a modest, non-significant increased risk for death from cancer of the stomach: 28 observed versus 23.1 expected (SMR, 1.21; 95%CI: 0.81–1.75) in a British study of factory workers producing asbestos insulation in the east end of London.

Strongly positive dose–response associations between cumulative asbestos response and cancer of the stomach were observed in two cohort studies of Chinese factory workers – one in Beijing and the other in Qingdao; relative risks for cancer of the stomach were 4.4 and 2.4, respectively (Zhu & Wang, 1993; Pang *et al.*, 1997).

Rafh n *et al.* (1989) observed 43 deaths from cancer of the stomach versus 30.09 expected (SMR, 1.43; 95%CI: 1.03 – 1.93) in a cohort of 7986 men employed from 1928–84 in the asbestos cement industry in Denmark.

Enterline *et al.* (1987) observed a SMR for cancer of the stomach of 1.80 (95%CI: 1.10–2.78) in a cohort of 1074 retired US asbestos workers.

Epidemiological studies of cohorts with asbestos-related diseases – asbestosis and benign pleural disease – have not found increased mortality for cancer of the stomach (Germani *et al.*, 1999; Karjalainen *et al.*, 1999; Szeszenia-Dabrowska *et al.*, 2002).

*(b)  Case–control studies*

Case–control studies exploring the relationship between asbestos exposure and cancer of the stomach yield inconsistent results. fh e Working Group reviewed fh ve case–control studies. Notable fh ndings are these:

A study from Poland (Krstev et al., 2005) found an OR for cancer of the stomach of 1.5 (95%CI: 0.9–2.4) for workers ever exposed to asbestos, and of 1.2 (95%CI: 0.6–2.3) for workers with 10 or more years of exposure to asbestos.

The largest case–control study to examine the association between asbestos and cancer of the stomach (Cocco et al., 1994) reported an odds ratio of 0.7 (95%CI: 0.5–1.1) for workers ever exposed to asbestos, and of 1.4 (95%CI: 0.6–3.0) for those with 21+ years of exposure to asbestos.

The most strongly positive case–control study linking asbestos to cancer of the stomach is the case–control study, cited above, nested within the Western Australia mining cohort (Reid et al., 2004).

(c)   Meta-analyses

Several meta-analyses have been undertaken of the association between asbestos exposure and cancer of the stomach.

A meta-analysis by Frumkin & Berlin (1988) stratified studies according to SMR for lung cancer and also according to percentage of deaths due to mesothelioma. Frumkin & Berlin found in cohorts where the SMR for lung cancer was < 2.00 that the SMR for cancer of the stomach was 0.91 (95%CI: 0.71–1.16). By contrast, when the SMR for lung cancer was > 2.00, the SMR for cancer of the stomach increased to 1.34 (95%CI: 1.07–1.67).

Gamble (2008) reported that point estimates for cancer of the stomach mortality tended towards 1.0 when the excess risk for lung cancer were less than 4-fold, but "tended to be somewhat elevated when lung cancer relative risks were 4-fold or greater." Gamble observed further that "combined relative risks for cancer of the stomach stratified by lung cancer categories showed a suggestive trend, with a significant deficit (0.80) when lung cancer SMRs were <1.0 that increased monotonically to a significant 1.43-fold excess in the studies with lung cancer SMRs > 3.0." Gamble observed no trend for increasing SMR for cancer

of the stomach with increasing percentage of deaths from mesothelioma (Gamble, 2008).

The IOM (2006) conducted a meta-analysis of 42 cohort studies examining the association between asbestos exposure and cancer of the stomach. The IOM noted that the "majority of cohort relative risk estimates for cancer of the stomach exceed the null value (1.0), indicating excesses, although estimates varied considerably in strength." In cohorts that compared "any" versus no exposure, the summary relative risk was 1.17 (95%CI: 1.07–1.28). The IOM notes that with respect to dose–response, the summary estimates were stable. Thus in the cohorts that compared "high" versus no exposure, the lower bound summary relative risk was 1.31 (95%CI: 0.97–1.76), and the higher bound summary relative risk, 1.33 (95%CI: 0.98–1.79).

The IOM conducted a meta-analysis of the five case–control studies resulting in a combined relative risk of 1.11 (95%CI: 0.76–1.64). The summary odds ratio increased when only extreme exposure was considered (OR, 1.42; 95%CI: 0.92–2.20)

The Working Group developed a scatter plot comparing SMRs for lung cancer with SMRs for cancer of the stomach in the same cohorts. A positive trend was observed between the two, and the correlation coefficient ($r2$) = 0.66, see Fig. 2.1.

(i)   Asbestos in drinking-water and cancer of the stomach

Ecological correlational studies conducted from the 1960s into the early 1980s suggested an association between asbestos in drinking-water and cancer of the stomach. These studies correlated population exposure to asbestos in water supplies with population cancer rates. Levy et al. (1976) reported an excess in cancer of the stomach among persons in Duluth, MN, USA exposed to taconite asbestos in drinking-water. Wigle (1977) saw an excess of male cancer of the stomach among some exposed to asbestos in drinking-water in Quebec. Conforti et al. (1981)



Asbestos

**Fig 2.1 Stomach & lung cancer correlation in asbestos cohorts**



Compiled by the Working Group

saw a similar association in the San Francisco Bay area, USA. Polissar *et al.* (1982) examined cancer inciᴅence anᴅ mortality among resiᴅents of the Puget Sounᴅ area, USA, in relation to asbestos in regional ᴅrinking-water. ꬷh ey observeᴅ no asso-ciation between asbestos exposure anᴅ cancer of the stomach. A similarly negative stuᴅy was observeᴅ in a stuᴅy conᴅucteᴅ in Wooᴅstock, NY, USA (Howe *et al.*, 1989).

Kjærheim *et al.* (2005) examineᴅ cancer of the stomach inciᴅence in Norwegian light-house keepers exposeᴅ to asbestos in ᴅrinking-water. ꬷh ey founᴅ an SIR for cancer of the stomach in the entire cohort of 1.6 (95%CI: 1.0–2.3). In the subcohort with "ᴅefinite" exposure to asbestos, the SIR was 2.5 (95%CI: 0.9–5.5). In those members of the ᴅefinite exposure subcohort

followeᴅ for 20+ years, the SIR was 1.7 (95%CI: 1.1–2.7).

Cantor (1997) conᴅucteᴅ a systematic review of the epiᴅemiological literature on exposure to asbestos in ᴅrinking-water anᴅ cancer of the stomach, anᴅ concluᴅeᴅ that the available ᴅata were inaᴅequate to evaluate the cancer risk of asbestos in ᴅrinking-water.

Marsh (1983) conᴅucteᴅ a critical analysis of 13 epiᴅemiological stuᴅies of asbestos anᴅ ᴅrinking-water conᴅucteᴅ in the USA anᴅ Canaᴅa, anᴅ founᴅ no consistent pattern of association.

IARC MONOGRAPHS – 100C

### 2.4.5 Cancer of the colorectum

The Working Group examined data from 41 occupational cohorts and 13 case–control studies that reported data on associations between asbestos exposure and cancer of the colon and rectum (See Table 2.7 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.7.pdf). The Working Group made the decision to combine information on these two sites, although a few comments in several places in the text about the two sites considered separately have also been made.

#### (a) Cohort studies

An association between occupational exposure to asbestos and cancer of the colorectum was first reported in 1964 by Selikoff et al. in a cohort of 632 male insulation workers in New York and New Jersey, USA (Selikoff et al., 1964). Further analysis of this cohort found a positive relationship between duration of work with asbestos and risk of cancer of the colorectum, in that the SMR increased from 0.00 (95%CI: 0.00–18.45) in workers with < 20 years exposure, to 3.68 (95%CI: 1.48–7.59) among workers with 20–35 years' exposure, and to 2.58 (95%CI: 1.48–4.19) among workers with the longest duration of exposure, > 35 years (Selikoff & Hammond, 1979).

Selikoff et al. (1967), in a second report, found an association between occupational exposure to asbestos and cancer of the colorectum in a population of 17800 asbestos insulators across the USA and Canada (SMR, 1.37; 95%CI: 1.14–1.64).

Seidman et al. (1986) reported an elevated mortality from cancer of the colorectum in a population of 820 male factory workers in Paterson, NJ, USA, exposed to amosite asbestos (SMR, 2.77; 95%CI: 1.16–2.80). They noted that cancer of the colorectum in asbestos workers tended to be a disease of long latency; they reported that the ratio of observed to expected

deaths increased with increasing interval since initial exposure to asbestos.

McDonald et al. (1980) reported an overall SMR for cancer of the colorectum of only 0.78 in a study of 10939 men and 440 women workers employed as asbestos miners and millers in Quebec with predominant exposure to chrysotile asbestos. Additionally, however, McDonald et al. reported a "clear trend for SMRs to be higher, the heavier the exposure." Thus with increasing levels of cumulative occupational exposure to asbestos dust, relative risks for cancer of the colorectum increased in this cohort from 1.00 in workers with less than 30 mpcf–y cumulative exposure, to 0.93 in workers with 30–300 mpcf–y, to 1.96 in workers with 300–1000 mpcf–y, and then in the group with heaviest exposure, > 1000 mpcf–y, to 5.26.

Albin et al. (1990) found an overall SMR for cancer of the colorectum of only 1.5 (95%CI: 0.7–3.0) in a cohort of 1465 asbestos-cement workers in Sweden. A positive association between asbestos exposure and cancer of the colorectum was reported, but when cancer of the colorectum mortality was examined by individual cumulative exposure to asbestos, measured as fibre–years/mL, the SMR was 1.3 (95%CI: 0.5–2.9) for those workers with cumulative exposure of < 15 fibre–years/mL; for those with cumulative exposure of 15–39 fibre–years/mL, the SMR was 1.1(95%CI: 0.3–3.9); and for those workers in highest exposure category with > 40 fibre–years/mL, the SMR for cancer of the colorectum was 3.4 (95%CI: 1.2–9.5). Diagnosis in all but one of the cancers in the highest exposure category was verified by pathological review, and no case of certified or probable mesothelioma was found. The trend towards increasing mortality from cancer of the colorectum with increasing cumulative exposure to asbestos was statistically significant ($P = 0.04$). A similar trend was seen for cancer of the colorectum morbidity.

Excess mortality from colon cancer was observed in a heavily exposed cohort of over

5000 workers in the east end of London, who had produced asbestos insulation board and were followed for 30+ years (Berry et al., 2000). The overall SMR for colon cancer in this cohort was 1.83 (95%CI: 1.20–2.66). There was evidence for a positive dose–response relationship, in that excess mortality from colon cancer was confined to men who had worked as laggers or had been severely exposed for more than 2 years. This positive trend was statistically significant (P = 0.017).

In a cohort comprised of family members of men who had been employed in an asbestos-cement factory in Casale Monferrato, Italy, Ferrante et al. (2007) examined cancer mortality. Among women with domestic exposure to asbestos, 21 deaths from cancer of the "intestine and rectum" versus 16.0 expected (SMR, 1.31; 95%CI: 0.81–2.0) were observed. For cancer of the rectum, ten deaths versus five expected (SMR, 2.00; 95%CI: 0.96–3.69) were observed.

Several other cohort studies of occupationally exposed populations in a variety of industries have also found evidence for an association between asbestos exposure and cancer of the colorectum (Puntoni et al., 1979; Hilt et al., 1985; Jakobsson et al., 1994; Raffn et al., 1996; Szeszenia-Dabrowska et al., 1998; Smailyte et al., 2004).

Jakobsson et al. (1994) examined colon cancer by anatomical location in asbestos-cement workers, and observed an increased incidence of malignancy in the right side of the colon, but not in the leftside.

A report on incidence of cancer of the colorectum from the Beta-Carotene and Retinol Efficacy Trial (CARET) found a relative risk of 1.36 (95%CI: 0.96–1.93) among 3987 heavy smoker participants occupationally exposed to asbestos as compared to smoker participants not exposed to asbestos (Aliyu et al., 2005). Of note was the finding that the relative risk for cancer of the colorectum was 1.54 (95%CI: 0.99–2.40) among participants with asbestos-induced pleural plaques. The investigators interpreted the presence of pleural plaques as a marker for heavy individual exposure to asbestos. Risk for cancer of the colorectum also increased with worsening pulmonary asbestosis (P = 0.03 for trend). It was reported that a "dose–response trend based on years of asbestos exposure was less evident".

### (b)  Case–control studies

Evidence from case–control studies of asbestos and cancer of the colorectum is in general less strong than the evidence from the cohort studies. However, case–control studies from the Nordic countries and the USA have, however, reported significant increases in asbestos-associated odds ratios in occupationally exposed poulations (Fredriksson et al., 1989; Gerhardsson de Verdier et al., 1992; Vineis et al., 1993; Kang et al., 1997; Goldberg et al., 2001).

Consideration of latency since first exposure appears to be an important factor in assessing these studies. Thus, Gerhardsson de Verdier et al. (1992) examined incidence of cancer of the colorectum by interval since first occupational exposure and observed "for subjects exposed to asbestos, the risks were highest when the latency period was more than 39 years." Gerhardsson de Verdier et al. observed further that the relative risk for cancer of the right colon was 2.6 (95%CI: 1.2–5.9) among workers exposed to asbestos, and that for malignancy of the left colon, only 0.5 (95%CI: 0.1–1.9).

Other cohort and case–control studies have not found evidence for an association between asbestos exposure and cancer of the colorectum (Gardner et al., 1986; Hodgson & Jones, 1986; Garabrant et al., 1992; Dement et al., 1994; Demers et al., 1994; Tulchinsky et al., 1999; Hein et al., 2007; Loomis et al., 2009).

### (c)  Meta-analyses

Some of these meta-analyses have stratified studies according to the standardized mortality ratio for lung cancer or the percentage of deaths due to mesothelioma:

IARC MONOGRAPHS – 100C

Morgan et al. (1985) found a summary standardized mortality ratio for cancer of the colorectum of 1.13 (95%CI: 0.97–1.30). fh is was reduced to 1.03 (95%CI: 0.88–1.21) after deleting cases in which the diagnosis of cancer of the colorectum was based on "best evidence" (pathological review) rather than death certificate data.

Frumkin & Berlin (1988) found in cohorts where the standardized mortality ratio for lung cancer was < 2.00 that the standardized mortality ratio for cancer of the colorectum was 0.86 (95%CI: 0.69–1.09). By contrast, when the standardized mortality ratio for lung cancer was > 2.00, the standardized mortality ratio for cancer of the colorectum increased to 1.61 (95%CI: 1.34–1.93).

Homa et al. (1994) found an elevated summary standardized mortality ratio for cancer of the colorectum in cohorts exposed to serpentine asbestos that had an standardized mortality ratio for lung cancer > 2.00 (summary standardized mortality ratio for cancer of the colorectum, 1.73; 95%CI: 0.83–3.63), and also in cohorts exposed to a mix of amphibole and serpentine asbestos that had a standardized mortality ratio for lung cancer > 2.00 (summary standardized mortality ratio for cancer of the colorectum, 1.48; 95%CI: 1.24–1.78). Among cohorts exposed to amphibole asbestos, the standardized mortality ratio for cancer of the colorectum was elevated regardless of the standardized mortality ratio for lung cancer. Homa et al. (1994) saw similar trends between standardized mortality ratio for cancer of the colorectum and percentage of deaths from mesothelioma.

Gamble (2008) reported that there was "tendency for CRC [cancer of the colorectum] risk ratios to be elevated when lung cancer risk ratios are >4" and further noted a significantly elevated standardized mortality ratio of 1.60 (95%CI: 1.29–2.00) for cancer of the colorectum when the standardized mortality ratio for lung cancer exceeds 3.00. Gamble (2008) observed no trend in cancer of the colorectum mortality with increasing percentage of deaths due to mesothelioma. Gamble saw no association between asbestos exposure and rectal cancer.

fh e IOM (2006) conducted a meta-analysis of cohort studies examining the association between asbestos exposure and cancer of the colorectum. In studies that compared "any" versus no exposure, the summary relative risk was 1.15 (95%CI: 1.01–1.31). For studies comparing "high" versus no exposure, the lower-bound summary relative risk was 1.24 (95%CI: 0.91–1.69), and the upper-bound summary relative risk, 1.38 (95%CI: 1.14–1.67).

fh e IOM also conducted a meta-analysis of the published case–control studies. Overall, 13 studies comparing "any" versus no exposure yielded a summary relative risk of 1.16 (95%CI: 0.90–1.49).

fh e IARC Monograph 100C Working Group developed a scatter plot comparing standardized mortality ratios for lung cancer with standardized mortality ratios for cancer of the colorectum in the same cohorts. fh e trend was positive with a correlation coefficient ($r^2$) of 0.59, see Fig. 2.2.

(i)   Asbestos in drinking-water and cancer of the colorectum

Ecological correlational studies conducted from the 1960s into the early 1980s suggested an association between asbestos in drinking-water and cancer of the colon. fh ese studies correlated population exposure to asbestos in water supplies with population cancer rates. Polissar et al. (1982) examined cancer incidence and mortality among residents of the Puget Sound area, USA, in relation to asbestos in regional drinking-water. No association between asbestos exposure and colon cancer was observed. A similarly negative study was observed in a study conducted in Woodstock, NY, USA (Howe et al., 1989).

Kjærheim et al. (2005) examined colon cancer incidence in Norwegian light-house keepers exposed to asbestos in drinking-water. fh e standardized incidence ratio for colon cancer in

Asbestos

**Fig 2.2 Colorectal & lung cancer correlation in asbestos cohorts**



Compiled by the Working Group

the entire cohort was 1.5 (95%CI: 0.9–2.2). In the subcohort with "definite" exposure to asbestos, the standardized incidence ratio was 0.8 (95%CI: 0.1–2.9). In those members of the definite exposure subcohort followed for 20+ years, the standardized incidence ratio was 1.6 (95%CI: 1.0–2.5).

Cantor (1997) conducted a systematic review of the epidemiological literature on exposure to asbestos in drinking-water and colon cancer and concluded that the data were inadequate to evaluate colon cancer risk of asbestos in drinking-water.

Marsh (1983) conducted a critical analysis of 13 epidemiological studies of asbestos and drinking-water conducted in the USA and

Canada and found no consistent pattern of association.

### 2.4.6 Cancer of the ovary

The published literature examining the association between asbestos exposure and cancer of the ovaries is relatively sparse, because the workforce occupationally exposed to asbestos in such occupations as mining, milling shipyard work, construction and asbestos insulation work has been predominantly male. An examination of the association between asbestos and ovarian cancer was not undertaken by the IOM (2006).

IARC MONOGRAPHS – 100C

See Table 2.8 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.8.pdf.

*(a) Cohort studies*

The Working Group examined 11 cohort studies that examined the association between asbestos exposure and ovarian cancer in 13 populations, ten with occupational exposure to asbestos and three with community-based or residential exposure.

Acheson et al. (1982) examined a cohort in the United Kingdom consisting of two groups of women in separate factories (*n* = 1327), employed in the manufacture of asbestos-containing gas masks before and during World War II. One factory had used crocidolite asbestos, and the other had used chrysotile. Among 757 women in the plant that used crocidolite, 12 deaths from ovarian cancer were observed versus. 4.4 expected (SMR, 2.75; 95%CI: 1.42–4.81). Among 570 women in the plant that used chrysotile asbestos, five deaths were observed for ovarian cancer versus 3.4 expected (SMR, 1.48; 95%CI: 0.48–3.44).

Wignall & Fox (1982) conducted a 30-year, follow-up mortality study of a population of 500 women in the United Kingdom employed in the manufacture of asbestos-containing gas masks before and during World War II. The type of asbestos used was crocidolite. A total of six deaths from ovarian cancer were observed versus. 2.8 expected (SMR, 2.13). When the cohort was subdivided according to degree of exposure to asbestos, the highest mortality from ovarian cancer was found among the subgroup definitely exposed to asbestos from the early 1940s (SMR, 14.81; *P* < 0.01). Overall five deaths from ovarian cancer were found among women definitely exposed to asbestos (versus 0.63 expected), whereas none were found among women definitely not exposed to asbestos (versus 0.40 expected).

To address potential misclassification of some deaths in this cohort recorded on death certificates as ovarian cancer as opposed to peritoneal mesothelioma, Wignall & Fox (1982) conducted a histopathological review of the cases cases of diagnosed ovarian cancer for which tissue material was available. One of these three cases was found to be peritoneal mesothelioma, while the diagnosis of ovarian cancer was sustained in the other two cases.

In a cohort study of 700 women factory workers employed in an asbestos-board insulation manufacturing company in the east end of London and followed for 30+ years, Berry et al. (2000) observed nine deaths from ovarian cancer versus 3.56 expected (SMR, 2.53; 95%CI: 1.16–4.80) (Berry et al., 2000), with evidence for a positive exposure–response relationship. Among women with low-to-moderate exposure to asbestos, two deaths were observed versus 0.54 expected; in the subset with "severe" asbestos exposure of < 2 years' duration, two deaths were observed versus 2.12 expected. (SMR, 0.94); and among women with severe exposure of > 2 years' duration, five deaths from ovarian cancer were observed versus 0.90 expected (SMR, 5.35).

An assessment was performed of the significance of the positive exposure–response trend (*P* = 0.18). To address the potential misclassification of some deaths in this cohort having been recorded as ovarian cancer as opposed to peritoneal mesothelioma, Newhouse et al. (1972) conducted a histopathological review of the four deaths that by 1972 had been recorded as due to ovarian cancer; three of the four had occurred in women with severe and prolonged exposure to asbestos. Histological material was available for two of these cases. In both, the diagnosis of ovarian cancer was confirmed.

Reid et al. (2008) reported on cancer mortality in a cohort of 2552 women and girls who lived in the crocidolite asbestos mining town of Wittenoom in Western Australia during 1943–92, who were not involved in asbestos

mining and milling. Environmental contamination of the town with asbestos dust is reported to have been extensive. fh e women's exposure was environmental and not occupational. fh ere were nine deaths from ovarian cancer in this cohort (SMR, 1.26; 95%CI: 0.58–2.40).

Reid *et al.* (2009) conducted a cancer incidence study in the same cohort of 2552 women and girls in Western Australia with environmental exposure to crocidolite asbestos. Additionally, they examined cancer incidence in 416 women who had worked in various capacities in the Wittenoom crocidolite asbestos mines and mills. Among community residents, ten incident cases of ovarian cancer were observed (SIR, 1.18; 95%CI: 0.45–1.91). Among women workers employed in the asbestos factory, one case of ovarian cancer was observed (SIR, 0.49; 95%CI: 0.01–2.74).

To address the possibility that some diagnosed cases of ovarian cancer in this cohort might in fact have been cases of peritoneal mesothelioma, Reid *et al.* (2009) examined pathological material from nine of their cases. fh e diagnosis of ovarian cancer was sustained in every case.

Pira *et al.* (2005) conducted a cohort study of 1077 women employed for at least one month during 1946–84 in an asbestos-textile factory in Italy, and followed up to 1996. A variety of types of asbestos were used in the factory, including crocidolite. A non-significantly increased standardized mortality ratio of 2.61 was observed for cancer of the ovary, based on five deaths. Among women in this cohort with ≥ 10 years of employment with asbestos, the standardized mortality ratio for ovarian cancer was 5.73, based on three deaths. Among women with ≥ 35 years since first employment, the standardized mortality ratio for ovarian cancer was 5.37, based on two deaths. fh is cohort was heavily exposed to asbestos, as supported by a standardized mortality ratio for lung cancer among women of 5.95, and by the occurrence of 19 deaths from mesothelioma (12%) among 168 total deaths in women.

Magnani *et al.* (2008) examined cancer mortality among a cohort of former workers at a now closed asbestos-cement factory in Casale Monferrato, Italy. A mix of crocidolite and chrysotile asbestos was used in this factory. Among women workers, there was an excess of ovarian cancers: nine observed versus 4.0 expected (SMR, 2.27; *P* < 0.05). Among women workers with 30 or more years exposure, the standardized mortality ratio for ovarian cancer was 2.97. Bertolotti *et al.* (2008) described the same findings in the same cohort [in Italian].

Ferrante *et al.* (2007) examined cancer mortality in a cohort consisting of family members of men who had been employed in the asbestos-cement factory in Casale Monferrato, Italy, described in the preceding paragraph. Exposure was to a mix of crocidolite and chrysotile. Among women with domestic exposure to asbestos, 11 deaths from ovarian cancer were observed versus 7.7 expected (SMR, 1.42; 95%CI: 0.71–2.54).

Germani *et al.* (1999) examined mortality from ovarian cancer in a cohort of 631 women workers in Italy who had been compensated for asbestosis. fh e type of fibre to which the women were exposed was not specified. In the total cohort, there were nine deaths from ovarian cancer (SMR, 4.77; 95%CI: 2.18–9.06). In the subset of women from the asbestos-textile industry, there were four deaths from ovarian cancer (SMR, 5.26; 95%CI: 1.43–13.47). In the subcohort from the asbestos cement industry, there were five deaths from ovarian cancer (SMR = 5.40; 95%CI: 1.75 – 12.61).

Rösler *et al.* (1994) examined cancer mortality in a cohort of 616 women workers in Germany who had been occupationally exposed to asbestos. Proportionate mortality was computed according to cause of death. A total of 95% of the asbestos used in Germany at this time was chrysotile, but the authors state that "admixture of crocidolite cannot be excluded, particularly in the manufacture of asbestos textile." Two deaths

IARC MONOGRAPHS – 100C

from ovarian cancer were observed versus 1.8 expected (SMR, 1.09; 95%CI: 0.13–3.95).

*(i)  Population-based cohort studies*

Vasama-Neuvonen *et al.* (1999) conducted a case–control study of ovarian cancer of occupational exposures in Finland. The asbestos fibre type was not specified and the standardized incidence ratio was 1.30 (95%CI: 0.9–1.80) between ovarian cancer and exposure to "high levels of asbestos."

Pukkala *et al.* (2009) examined the incidence of ovarian cancer among women employed in various occupational categories in Nordic countries (Denmark, Finland, Iceland, Norway, and Sweden). Among the groups examined were plumbers, a group with known occupational exposure to asbestos. Fibre type was not specified. A total of four ovarian cancers were observed in these women plumbers. The standardized incidence ratio was 3.33 (95%CI: 0.91–8.52)

*(b)  Case–control studies*

Langseth & Kjærheim (2004) conducted a nested case–control study to examine the association between asbestos exposure and ovarian cancer within a cohort of female pulp and paper workers in Norway that had previously been found to have excess mortality from ovarian cancer (37 ovarian cancers observed versus 24 expected; SIR, 1.50; 95%CI: 1.07–2.09). The asbestos fibre type was not specified. In the case–control study, the odds ratio for occupational exposure to asbestos, based on 46 cases of ovarian cancer, was 2.02 (95%CI: 0.72–5.66).

## 2.5 Synthesis

The Working Group noted that a causal association between exposure to asbestos and cancer of the larynx was clearly established, based on the fairly consistent findings of both the occupational cohort studies as well as the case-control case–control studies, plus the evidence for positive

exposure–response relationships between cumulative asbestos exposure and laryngeal cancer cancer of the larynx reported in several of the well-conducted cohort studies. This conclusion was further supported by the meta-analyses of 29 cohort studies encompassing 35 populations and of 15 case-control case–control studies of asbestos exposure and laryngeal cancer cancer of the larynx undertaken by the IOM (2006). However, there is insufficient information in the published literature to discern whether any differences exist among asbestos fibre types in their ability to cause laryngeal cancer cancer of the larynx.

The Working Group noted that a causal association between exposure to asbestos and cancer of the ovary was clearly established, based on five strongly positive cohort mortality studies of women with heavy occupational exposure to asbestos (Acheson *et al.*, 1982; Wignall & Fox, 1982; Germani *et al.*, 1999; Berry *et al.*, 2000; Magnani *et al.*, 2008). The conclusion received additional support from studies showing that women and girls with environmental, but not occupational exposure to asbestos (Ferrante *et al.*, 2007; Reid *et al.*, 2008, 2009) had positive, though non-significant, increases in both ovarian cancer incidence and mortality.

The Working Group carefully considered the possibility that cases of peritoneal mesothelioma may have been misdiagnosed as ovarian cancer, and that these contributed to observed excesses. Contravening that possibility is the finding that three of the studies cited here specifically examined the possibility that there were misdiagnosed cases of peritoneal mesothelioma, and all failed to find sufficient numbers of misclassified cases. The Working Group noted that the possibility of diagnostic misclassification had probably diminished in recent years because of the development of new immunohistochemical diagnostic techniques.

The conclusion of the Working Group received modest support from the findings of

non-significant associations between asbestos exposure and ovarian cancer in two case–control studies (Vasama-Neuvonen et al., 1999; Langseth & Kjærheim, 2004).

And lastly, the finding is consistent with laboratory studies documenting that asbestos can accumulate in the ovaries of women with household exposure to asbestos (Heller et al., 1996) or with occupational exposure to asbestos (Langseth et al., 2007).

The study by Heller et al. (1996) was a histopathological study of ovaries from 13 women who had household contact with men who had documented exposure to asbestos, and of 17 women who gave no history of potential for asbestos exposure. The study found "significant asbestos fibre burdens" in the ovaries of nine (60.2%) of the exposed women and in only six (35%) of the unexposed women. Three of the exposed women had asbestos fibre counts in ovarian tissue of over 1 million fibres per gram (wet weight). By contrast, only one of the 17 women without household exposure had counts in that range.

The study by Langseth et al. (2007) found approximately $3–4 \times 105$ asbestos fibres per gram (net weight) in normal ovarian tissue taken from 2/46 patients with ovarian adenocarcinoma. It is unclear how many of these fibres were verified as asbestos because it is stated in the publication that three chrysotile and one crocidolite asbestos fibres were identified in Case 1, and two anthophyllite and one chrysotile fibre were identified in Case 2. This small number of confirmed asbestos fibres in only two of the patients could be due to sample contamination. Technical caveats associated with quantification of asbestos fibre tissue burdens are discussed in Section 4 of this Monograph and in IOM (2006).

Further discussion of the biological plausibility of an association between asbestos exposure and ovarian cancer is to be found in Section 4 of this Monograph.

The Working Group noted a positive association between exposure to abestos and cancer of the pharynx, based on the fairly consistent positive findings in a series of well conducted cohort studies of populations occupationally exposed to asbestos (Selikoff& Seidman, 1991; Sluis-Cremer et al., 1992; Reid et al., 2004; Pira et al., 2005) as well as on the positive findings of three case–control studies (Zheng et al., 1992; Marchand et al., 2000; Berrino et al., 2003). This conclusion was further supported by the findings of the meta-analysis conducted by the IOM. While tobacco smoking and alcohol consumption are clearly the dominant risk factors for cancer of the pharynx in industrialized countries, these associations between cancer of the pharynx and asbestos remained evident in several studies when tobacco and alcohol exposures were considered. The Working Group observed that the strongest associations between asbestos exposure and cancer of the pharynx were seen in studies that specifically examined cancer of the hypopharynx, the portion of the pharynx that is located closest to the larynx. However, there is insufficient information in the published literature to discern whether there are any differences among asbestos fibre types in their ability to cause cancer of the pharynx.

The Working Group noted a positive association between exposure to abestos and cancer of the stomach, based on the positive associations between asbestos exposure and death from stomach cancer observed in several of the cohort studies with heaviest asbestos exposure (Selikoff et al., 1964; Enterline et al., 1987; Raffn et al., 1989; Liddell et al., 1997; Musk et al., 2008). The conclusion was further supported by the positive dose–response relationships observed between cumulative asbestos exposure and stomach cancer mortality in several cohort studies (Selikoff & Hammond., 1979; Zhang & Wang, 1984; Liddell et al., 1997; Pang et al., 1997). It was supported by the results of two large and well performed meta-analyses (Frumkin & Berlin, 1988; Gamble, 2008). It received borderline support from the IOM meta-analysis of cohort

IARC MONOGRAPHS – 100C

studies, and also from the IOM meta-analysis of case–control studies, which show an especially strong relationship when only extreme exposures are considered. It was supported by the comparison developed by the Working Group between standardized incidence ratios for lung cancer and stomach cancer.

Positive associations between asbestos exposure and stomach cancer and positive dose–response relationships are most likely to be seen in studies of populations with prolonged heavy exposure to asbestos that had long-term follow-up, and that incorporated high-quality assessments of exposure. The less detailed assessments of exposure found in many of the published studies would have tended to bias study results towards the null, and thus impede recognition of an association between asbestos exposure and stomach cancer, even if such an association were truly present.

[The Working Group noted that heavy occupational exposure to dust, as had likely occurred in the case of the Quebec asbestos cohort, could have been an effect modifier. Low socioeconomic status is also a potential confounder.]

However, there was insufficient information in the published literature to discern whether any differences exist among asbestos fibre types in their ability to cause stomach cancer. In the study by Liddell *et al.* (1997) exposure was to virtually pure chrysotile asbestos, in the study by Musk *et al.* (2008) the exposure was predominantly to crocidolite, and in most of the other published studies that observed positive associations, populations were exposed to mixtures of different asbestos fibres.

The Working Group noted a positive association between exposure to abestos and cancer of the colorectum, based on the fairly consistent findings of the occupational cohort studies, plus the evidence for positive exposure–response relationships between cumulative asbestos exposure and cancer of the colorectum consistently reported in the more detailed cohort studies

(McDonald *et al.*, 1980; Albin *et al.*, 1990; Berry *et al.*, 2000; Aliyu *et al.*, 2005). The conclusion was further supported by the results of four large and well performed meta-analyses (Frumkin & Berlin 1988; Homa *et al.*, 1994; IOM, 2006; Gamble, 2008).

Positive exposure–response relationships between asbestos exposure and cancer of the colorectum appear most likely to be seen in studies of populations with prolonged heavy exposure to asbestos that had long-term follow-up, and that incorporated high-quality assessments of exposure. The less detailed assessments of exposure found in many of the published studies would have tended to bias study results towards the null, and thus impede recognition of an association between asbestos exposure and cancer of the colorectum, even if such an association were truly present.

The apparently non-positive findings of several the case–control studies are not a deterrent to this conclusion. The majority of these case–control studies incorporated relatively little information on levels of asbestos exposure; indeed, most of them considered exposure as simply a dichotomous yes/no variable. Some of the case–control studies also may be compromised by inadequate duration of follow-up. Thus, the Garabrant study (Garabrant *et al.,* 1992) may be subject to the criticism, offered by Gerhardsson de Verdier *et al.* (1992) that "the highest duration of exposure…was 'at least 15 years,' a period that may be too short to detect an elevated risk."

There is some suggestion in the literature that the association between asbestos might be stronger for colon cancer than for rectal cancer. This is view is supported by the meta-analysis of Gamble (2008) which found a positive dose–response relationship for cancer of the colorectum taken together, but not for rectal cancer. It is supported also by the study of Jakobsson *et al.* (1994), which found excess of cancer of the right colon in asbestos-exposed workers, but not of the left colon.

However, there was insufficient information in the published literature to discern whether any differences exist among asbestos fibre types in their ability to cause cancer of the colorectum. It is of note in the study by McDonald et al. (1980) that exposure was to virtually pure chrysotile asbestos, whereas in most of the other studies cited above, populations were exposed to mixtures of different asbestos fibres.

# 3. Cancer in Experimental Animals

## 3.1 Introduction

Asbestos is a collective name for six different types of fibres: chrysotile, crocidolite, amosite, anthophyllite, tremolite, actinolite (see Section 1). Dusts from various deposits of the same type of asbestos can cause variations in the severity of the effects observed. Erionite is a fibrous zeolite found in Central Anatolia (Turkey), and Oregon (USA) (see Section 1 of the *Monograph* on Erionite). Talc is a hydrated magnesium silicate, and talc ore may contain several other minerals including anthophyllite, tremolite, calcite, dolomite, magnesite, antigorite, quartz, pyrophyllite micas, or chlorites (see Section 1).

The definition of pathogenic fibre properties as "sufficiently long, thin, and durable" is the subject of much debate, as are the differences between the exposure–response relationships or retained dose–response relationships of asbestos fibres in man and in rats, and the potential differences in the carcinogenicity of chrysotile compared to the various amphibole asbestos types. One of the reasons for a potential difference is a difference in the biopersistence between the two asbestos groups mentioned. The biopersistence is higher in the amphibole group (Hesterberg et al., 1996, 1998a, b). The rat is the main test model for fibre-induced diseases. As the removal of asbestos fibres due to biosolubility is slow compared to the lifetime of rats and hamsters, experiments with

this model may not be appropriate in predicting results of risk in humans (Berry, 1999).

Critical fibre dimensions to be used in toxicology and occupational regulations were discussed by the Working Group. It is generally agreed that the carcinogenic potency of a fibre increases with fibre length. Apart from the ongoing scientific view, standards of regulated fibres, with few exceptions, are based on the WHO fibre definition: aspect ratio ≥ 3: 1, length ≥ 5 μm, diameter ≤ 3 μm.

The tested materials (asbestos and erionite) are not presented in separate tables as in many cases they were tested in parallel experiments. The reason to split the inhalation studies into two tables (Table 3.1; Table 3.2) is that in many studies, various asbestos fibres were used as positive control in studies in which man-made fibres were tested (Table 3.2). In these latter studies, normally only one asbestos concentration was used. As for intrapleural and intraperitoneal studies, Table 3.4 is separate from Table 3.5 because the studies of Stanton et al. (1981) (see Table 3.5) included many fibre types – which also included fibres not to be reviewed here – and was designed to investigate the effect of fibre length and fibre type on mesothelioma induction.

A general evaluation on the type of fibre application in animal studies and an evaluation of some of the asbestos studies listed in Tables 3.1–3.5 can be found in Pott (1993) and IARC (2002).

## 3.2 Inhalation exposure

Table 3.1 and Table 3.2 give an overview of the numerous inhalation experiments on asbestos, and a few experiments on erionite. Some of these are described more extensively below.

Bronchial carcinomas and pleural mesotheliomas have been observed in rats after exposure to chrysotile, crocidolite, amosite, anthophyllite, and tremolite fibres. In these studies, there was no consistent increase in

IARC MONOGRAPHS – 100C

tumour incidence at other sites. [The Working Group noted that in many studies, no complete histopathology was done.] All relatively short UICC asbestos preparations showed chronic effects in lung (based on fibre lenghts > 5 μm in the dust chamber) for fibres quantitatively roughly the same.

One of the first inhalation study with asbestos in rats that showed exposure–response relationships is the experiment of Wagner et al. (1974). Wistar rats were exposed to 10–15 mg/m³ of one of the five UICC standard asbestos samples for 7 hours per day, mostly 5 days per week. The duration of exposure lasted from one day to 24 months. According to the reported data, in the group exposed to crocidolite for one day, lung tumours and one mesothelioma were found in 7/43 rats (16%). The corresponding exposure to chrysotile A (from Canada) resulted in lung tumours in 5/45 rats; for amosite 4/45 rats developed lung tumours and one mesothelioma. Three months of exposure to the five UICC standard asbestos samples resulted in the following thoracic tumour (mainly of the lung) incidences: chrysotile A, 44%;chrysotile B (from Zimbabwe), 53%; crocidolite, 42%; amosite, 27%; anthophyllite, 16%. Further results are listed in Table 3.1. In the 126 control rats, seven animals were also found to have lung tumours (Table 3.3). This high spontaneous lung tumour rate is a unique finding in Wistar rats. A review of unexposed control groups of many other studies shows that spontaneous lung tumours are very rare in this rat strain (Pott et al., 1995; Table 3.3); on average, the incidence is less than one percent. Therefore, the very high tumour incidences described in this first inhalation study of Wagner et al. (1974) might be a misinterpretation of histopathological lesions because of a lack of experience at that time.

In a study conducted by Davis et al. (1978), five groups of Wistar rats were exposed to chrysotile (2.0, 10 mg/m³), crocidolite (5.0, 10 mg/m³), or amosite (10 mg/m³). The highest tumour incidences (21–38%) were found in the chrysotile-exposed animals. This is due to the relatively high fraction of fibres longer than 20 μm in the chrysotile dust used in this experiment. In addition to the lung tumours, extrapulmonary neoplasms included a relatively large number of peritoneal connective tissue tumours.

In a further study by Davis et al. (1986b), inhalation of short-fibred amosite did not produce tumours in Wistar rats (0/42). In contrast, there was a tumour incidence of 13/40 (33%) in a group exposed to long-fibred amosite. [The Working Group noted that extensive milling to produce short fibres may have altered the surface reactivity, see Section 4].

A group of 48 SPF Fischer rats was exposed to 10 mg/m³ UICC chrysotile B by inhalation for 7 hours per day, 5 days per week, for 12 months (Wagner et al., 1984b). This group served as positive controls in a study in which various manmade fibres were tested. After exposure, the animals were kept until natural death. Twelve thoracic tumours (one adenoma, 11 adenocarcinomas) were observed in 48 rats. In the untreated control group, no lung tumours were observed in 48 rats.

Smith et al. (1987) exposed groups of 58 female Osborne-Mendel rats to 7 mg/m³ UICC crocidolite asbestos for 6 hours per day, for 5 days per week, for 2 years. After this treatment, rats were observed for life. The tumour incidence in rats exposed to crocidolite was 3/57 (one mesothelioma and two carcinomas). In the control group, no tumours were observed in 184 rats.

Special attention should be drawn to the crocidolite study with male Fischer rats of McConnell et al. (1994) because this study is very well documented. The exposure to 10 mg dust/m³ (with 1610 WHO fibres/mL containing 236 fibres > 20 μm) for 6 h per day, 5 days per week had to be stopped after 10 months because of unexpected mortality, which was interpreted as a sign that the maximum tolerated dose had been exceeded. The number of WHO fibres per μg dry

Asbestos

**Table 3ﬂ Studies of cancer in experimental animals exposed to various asbestos species and erionite (inhalation exposure)[a]**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| **Asbestos** | | | | | | | | | |
| Chrysotile, Canana | 86 | NR | White rats 16 months or longer | 6 h/d 5 d/wk 62 wk | 0 | 10/41[c] | 24 | | Gross et al. (1967) |
| Crocidolite | 50 | 1105 | Sprague-Dawley rats lifetime | 4 h/d 4 d/w 24 mo | 0 | 5/46 | 11 | | Reeves et al. (1974) |
| Chrysotile UICC/A | 14.7 | NR | Wistar rats lifetime | 7 h/d 1 d | 0 | 5/45 | 11 | | Wagner et al. (1974) |
| | 12.3 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 16/36 | 44 | | |
| | 10.7 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 8/19 | 42 | | |
| | 10.9 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 19/27 | 70 | | |
| | 10.1 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 0 | 11/17 | 65 | | |

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile UICC/B | 9.7 | NR | Wistar rats lifetime | 7 h/d 1 d | 0 | 1/42 | 2 | | |
| | 12.1 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 18/34 | 53 | | |
| | 10.2 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 5/17 | 29 | | |
| | 10.7 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 3 | 14/23 | 61 | | |
| | 10.1 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 1 | 11/21 | 52 | | |
| Crocidolite UICC | 12.5 | NR | Wistar rats lifetime | 7 h/d 1 d | 1 | 7/43 | 16 | | |
| | 12.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 1 | 15/36 | 42 | | |
| | 10.7 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 4/18 | 22 | | |
| | 10.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 20/26 | 77 | | |
| | 10.3 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 0 | 13/18 | 72 | | |

Asbestos

## Table 3fl (continued)

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Amosite UICC | 14.1 | NR | Wistar rats lifetime | 7 h/d 1 d | 1 | 4/45 | 9 | | |
| | 12.4 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 10/37 | 27 | | |
| | 11.2 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 2/18 | 11 | | |
| | 10.8 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 10/25 | 40 | | |
| | 10.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 0 | 13/21 | 62 | | |
| Anthophyllite UICC | 12.8 | NR | Wistar rats lifetime | 7 h/d 1 d | 0 | 2/44 | 5 | | |
| | 13.5 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 6/37 | 16 | | |
| | 10.9 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 6/18 | 33 | | |
| | 11.4 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 21/28 | 75 | | |
| | 10.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 1 | 17/18 | 94 | | |
| Amosite UICC | 10 | 550 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 2/43 | 5 | | Davis et al. (1978) |

**Table 3fl (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b] / No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Crocidolite UICC | 5 | 430 | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 1 | 3/43 | 7 | | |
| | 10 | 860 | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 0 | 1/40 | 3 | | |
| Chrysotile SFA | 10.8 | 430 | Wistar rats lifetime | 7.5 h/D 5 D/wk 3 mo | 1 | 1/40 | 3 | | Wagner et al. (1980) |
| | 10.8 | 430 | Wistar rats lifetime | 7.5 h/D 5 D/wk 6 mo | 0 | 4/18 | 22 | | |
| | 10.8 | 430 | Wistar rats lifetime | 7.5 h/D 5 D/wk 12 mo | 0 | 8/22 | 36 | | |
| Chrysotile grade 7 | 10.8 | 1020 | Wistar rats lifetime | 7.5 h/D 5 D/wk 3 mo | 0 | 1/39 | 3 | | |
| | 10.8 | 1020 | Wistar rats lifetime | 7.5 h/D 5 D/wk 6 mo | 0 | 5/18 | 28 | | |
| | 10.8 | 1020 | Wistar rats lifetime | 7.5 h/D 5 D/wk 12 mo | 0 | 3/24 | 13 | | |
| Chrysotile UICC (/B) | 10.8 | 3750 | Wistar rats lifetime | 7.5 h/D 5 D/wk 3 mo | 0 | 4/40 | 10 | | |
| | 10.8 | 3750 | Wistar rats lifetime | 7.5 h/D 5 D/wk 6 mo | 0 | 10/18 | 56 | | |
| | 10.8 | 3750 | Wistar rats lifetime | 7.5 h/D 5 D/wk 12 mo | 0 | 6/23 | 26 | | |

Asbestos

## Table 3fl (continued)

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile UICC /A | 2 | 390 | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 1 | 9/42 | 21 | | Davis et al. (1978) |
| Chrysotile UICC /A | 10 | 1950 | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 0 | 15/40 | 38 | | |
| Chrysotile UICC | 9 | NR | Wistar rats lifetime | 7 h/d 1 D/wk 12 mo | 0 | 6/43 | 14 | Peak dosing (one D/ wk); no control group | Davis et al. (1980a) |
| Amosite UICC | 50 | NR | Wistar rats lifetime | 7 h/d 1 D/w 12 mo | 0 | 6/44 | 14 | Peak dosing (one D/ wk); no control group | |
| Chrysotile UICC | 10 | NR | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 0 | 15/43 (8 malignant, 7 benign) | 35 | No control group | Davis et al. (1980b) |
| Chrysotile "factory" | 10 | NR | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 0 | 11/42 (3 malignant, 8 benign) | 26 | No control group | |
| Amosite "factory" | 10 | NR | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 0 | 0/37 | 0 | No control group | |
| Amosite UICC | 10 | NR | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 0 | 2/40 | 5 | No control group | |
| Tremolite | 10 | 1600 | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 2 | 20/39 | 51 | | Davis et al. (1985) |
| Crocidolite UICC | 10 | 1630/350[b] | Fischer rats lifetime | 7 h/d 5 D/wk 12 mo | 0 | 1/28 | 4 | | Wagner et al. (1985) |
| Chrysotile WDC textile yarn | 3.5 | 679 | Wistar rats lifetime | 7 h/d 5 D/wk 12 mo | 0 | 18/41 | 44 | | Davis et al. (1986a) |

265

IARC MONOGRAPHS – 100C

**Table 3fl (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile factory WDC | 3.7 | 468 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 21/44 | 48 | | Davis et al. (1986b) |
| Chrysotile textile yarn | 3.5 | 428 | Wistar rats lifetime | 7 h/d 5/wk 12 mo | 1 | 16/42 | 38 | | |
| Chrysotile experimental WDC | 3.5 | 108 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 4 | 21/43 | 49 | | |
| Chrysotile experimental WDC reversed daylight | 3.8 | 111 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 18/37 | 49 | | |
| Amosite "long" | 10 | 2060/1110[b] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 13/40 | 33 | | Wagner et al. (1987) |
| Amosite "short" | 10 | 70/12[b] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 0/42 | 0 | | |
| Crocidolite UICC | 10 | NR | Fischer rats lifetime | 6 h/d 5 d/wk 12 mo | 0 | 1/28 | 4 | | Davis & Jones (1988) |
| Chrysotile, Canada, "long" | 10 | 5510/1930[b] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 22/40 | 55 | 1 peritoneal mesothelioma was observed in addition | |
| Chrysotile, Canada, "short" | 10 | 1170/330[b] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 7/40 | 18 | 1 peritoneal mesothelioma was observed in addition | Davis et al. (1988) |
| Chrysotile UICC/A "discharged" | 10 | 2670 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 11/39 | 28 | | |

Asbestos

**Table 3f (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile UICC/A | 10 | 2560 | Wistar rats lifetime | 7 h/b 5 b/wk 12 mo | 0 | 14/36 | 39 | | |
| Chrysotile UICC/A | 10 | 2560 | Wistar rats lifetime | 7 h/b 5 b/wk 12 mo | 0 | 13/37 | 35 | | Davis et al. (1991a) |
| Chrysotile UICC/A | 10 | 2545 | Wistar rats lifetime | 5 h/b 5 b/w 12 mo | 2 | 26/41 | 63 | Increase of tumour rate by particulate dust | |
| + titanium dioxide | + 10 | - | | + 2 h/b 5 b/w 12 mo | | | | | |
| Chrysotile UICC/A | 10 | 1960 | Wistar rats lifetime | 5 h/b 5 b/w 12 mo | 6 | 22/38 | 58 | Increase of tumour rate by particulate dust | |
| + quartz S600 | + 2 | - | | + 2 h/b 5 b/w 12 mo | | | | | |
| Amosite "long" | 10 | 3648 | Wistar rats lifetime | 5 h/b 5 b/w 12 mo | 2 | 20/40 | 50 | Increase of tumour rate by particulate dust | Davis et al. (1991a) |
| + titanium dioxide | + 10 | - | | + 2 h/b 5 b/w 12 mo | | | | | |
| Amosite "long" | 10 | 4150 | Wistar rats lifetime | 5 h/b 5 b/w 12 mo | 8 | 26/39 | 67 | Increase of tumour rate by particulate dust | |
| + quartz S600 | + 2 | - | | + 2 h/b 5 b/w 12 mo | | | | | |
| Chrysotile Jeffrey | 11 | NR | Fischer rats lifetime | 6 h/b 5 b/wk 12 mo | 0 | 20/52 | 38 | | Mc Connell et al. (1991) |

267

IARC MONOGRAPHS – 100C

**Table 3f (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | NR | NR | Baboons 6 yr | 6 h/d 5 d/wk 4 years | 0 | 0/6[c] | 0 | | Goldstein & Coetzee (1990) |
| Crocidolite UICC | 12–14 | 1130–1400 | Baboons 6 yr | 6 h/d 5 d/wk 4 yr | 3 | 3/21[f] | 14 | | |
| Amosite UICC | 7 | 1110 | Baboons 6 yr | 6 h/d 5 d/wk 4 yr | 2 | 2/11[f] | 18 | | Goldstein & Coetzee (1990), Webster et al. (1993) |
| **Erionite** | | | | | | | | | |
| Erionite, Oregon | 10 | 354 | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 27 | 27/28 | 96 | | Wagner et al. (1985) |
| Erionite, Oregon | NR | NR | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 24 | 24/27 | 89 | No control group | Wagner (1990) |
| Erionite, Oregon "short" | NR | NR | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 0/24 | 0 | No control group | |

[a] negative control groups: see Table 3.3
[b] Animals with benign or malignant lung tumour or pleural mesothelioma. [h] e percentage of animals with tumours is related to the number of rats examined which were alive at a certain point in time (e.g. at the beginning of the experiment or after one year, or at the point in time of the death of the first animal with a tumour). Often, this is not clearly specified.
[c] observation time ≥6 mo
[b] Fibre count refers to fibres with lengths > 10 μm and diameters < 1 μm, in the aerosol
[e] observation time ≥4 yr
[f] observation time ≥5 yr
b, Day or Days; h, hour or hours; mo, month or months; NR, not reported; wk, week or weeks; yr, year or years
From Pott & Roller (1993b)

Asbestos

**Table 32 Studies of Cancer in experimental animals in which asbestos was used as positive control group (in inhalation studies of various man-made mineral fibres)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per cm³ (L > 5 µm) | Species and strain (No. at risk); Observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[a]/ No. of animals | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Amosite | NR | 981, 89 f > 20 µm/cm³ | AF/HAN rats, 24 mo | 7 h/b 5 d/wk 12 mo | 2 | 18/42 (7 carcinomas, 9 adenomas) | 43 | | Davis et al. (1996), Cullen et al. (2000) |
| Chrysotile UICC/B | 10 | NR | Fischer rats, lifetime | 7 h/b 5 d/wk 12 mo | 0 | 11/56 (7 adenocarcinomas, 4 adenomas) | 20 | | McConnell et al. (1984) |
| Chrysotile UICC/B | 10 | 3832/1513[b] | Fischer rats, lifetime | 7 h/b 5 d/wk 12 mo | 0 | 12/48 (11 adenocarcinomas, 1 adenoma) | 25 | | Wagner et al. (1984b) |
| Chrysotile NIEHS, Canada | 10 | 10 600 | Fischer rats, 24 mo | 6 h/b 5 d/wk 24 mo | 1 | 14/69 | 20 | | Hesterberg et al. (1993) |
| Crocidolite | 10 | 1610 | Fischer 344/N rats, 24 mo | 6 h/b 5 d/wk 10 mo | 1 | 14/106 (10 adenomas, 5 carcinomas) | 13 | | McConnell et al. (1994) |
| Crocidolite UICC | 7 | 3000/90[b] | Osborne-Mendel rats, lifetime | 6 h/b 5 d/wk 24 mo | 1 | 3/57 (1 mesothelioma, 2 carcinomas) | 5 | | Smith et al. (1987) |
| Chrysotile UICC/A | Cumulative dose: 13 800 mg.h/m³ | NR | Rats, lifetime | 6 h/b 5 d/wk 18 mo | 0 | 9/39 (5 adenomas, 1 adenocarcinoma, 3 squamous cell carcinomas) | 23 | Strain not specified | Pigott & Ishmael (1982) |
| Amosite UICC | 300 | 3090 | Sprague-Dawley rats, 18–24 mo | 6 h/b 5 d/wk 3 mo | 0 | 3/16[c] | 19 | Small number of animals; D=0.4 µm | Lee et al. (1981), Lee & Reinhardt (1984) |
| Chrysotile, Canana | 5 | 5901 | Wistar rats, 24 mo | 5 h/b 5 d/wk 12–24 mo | 0 | 9/47 | 19 | | Le Bouffant et al. (1987) |
| Chrysotile Calioria | 6 | 131 | Wistar rats, 24 mo | 5 h/b 4 d/wk 12 mo | 0 | 0/50 | 0 | | Muhle et al. (1987) |

IARC MONOGRAPHS – 100C

**Table 3.12 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per cm³ (L > 5 µm) | Species and strain (No. at risk); Observation time | Duration of exposure | Number of pleural mesothe-lioma | No. of animals with thoracic tumours[a]/ No. of animals | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Crocidolite, South Africa | 2.2 | 162 | Wistar rats, 24 mo | 5 h/b 4 d/wk 12 mo | 0 | 1/50 | 2 | | Muhle et al. (1982) |
| Amosite UICC | 300 | 3090 | Syrian golden hamsters, 18–24 mo | 6 h/b 5 d/wk 3 mo | 0 | 0/12 | 0 | Small number of animals Diameter; 0.4 µm | Lee et al. (1981), Lee & Reinhardt (1984) |
| Crocidolite UICC | 7 | 3000/90[b] | Syrian golden hamsters, lifetime | 6 h/b 5 d/wk 24 mo | 0 | 0/58 | 0 | | Smith et al. (1987) |
| Amosite | 0.8 | 36 WHO f/cm³ 10 f> 20 µm/cm³ | Syrian golden hamsters, 84 wk | 6 h/b 5 d/wk 78 wk | 3 | 3/83 | 3.6 | | McConnell et al. (1999) |
| | 3.7 | 165 WHO f/cm³ 38 f> 20 µm/cm³ | Syrian golden hamsters, 84 wk | 6 h/b 5 d/wk 78 wk | 22 | 22/85 | 26 | | |
| | 7.1 | 263 WHO f/cm³ 69 f> 20 µm/cm³ | Syrian golden hamsters, 84 wk | 6 h/b 5 d/wk 78 wk | 17 | 17/87 | 20 | | |
| Crocidolite UICC | 13.5 | 1128 | Baboons lifetime | 7 h/b 5 d/wk 40 mo | 0 | 0/10 | 0 | All males | Golbstein et al. (1983) |

[a]  n = animals with benign or malignant lung tumour or pleural mesothelioma
[b]  Number of fibres with a length > 10 µm and a diameter < 1 µm in the aerosol
d, day or days; f, fibre; h, hour or hours; mo, month or months; NR, not reported; RCF, refractory ceramic fibre; wk, week or weeks
From Pott & Roller (1993b)

Asbestos

**Table 3.8 Negative controls (clean air for lifetime) in carcinogenicity studies after inhalation exposures from Table 3.1 and Table 3.2**

| Species and strain | Number of pleural mesothelioma | No. of animals with thoracic tumours[a]/ No. of animals | Reference |
|---|---|---|---|
| Fischer rats | 0 | 0/48 | Wagner et al (1984b) |
| Fischer rats | 0 | 0/28 | Wagner et al. (1985) |
| Fischer rats | 0 | 0/28 | Wagner et al. (1987) |
| Fischer rats | 0 | 1/56 | McConnell et al. (1991) |
| Fischer rats | 0 | 4/123 | Hesterberg et al. (1993) |
| Fischer rats | 0 | 2/126 | McConnell et al. (1994) |
| Osborne-Mendel rats | 0 | 0/184 | Smith et al. (1987) |
| Sprague-Dawley rats | 0 | 1/5 | Reeves et al. (1974) |
| Sprague-Dawley rats | 0 | 0/19 | Lee et al. (1981) |
| White rats | 0 | 0/25 | Gross et al. (1967) |
| Wistar rats | 0 | 7/126 | Wagner et al. (1974) |
| Wistar rats | 0 | 0/20 | Davis et al. (1978) |
| Wistar rats | 0 | 1/71 | Wagner et al. (1980) |
| Wistar rats | 0 | 0/36 | Davis et al. (1985) |
| Wistar rats | 0 | 2/39 | Davis et al. (1986a) |
| Wistar rats | 0 | 0/25 | Davis et al. (1986a) |
| Wistar rats | 0 | 0/110 | Muhle et al. (1987) |
| Wistar rats | 0 | 2/36 | Davis et al. (1988) |
| Wistar rats | 0 | 0/25 | Davis et al. (1988) |
| Wistar rats | 0 | 2/47 | Davis & Jones (1988) |
| Wistar rats | 0 | 2/47 | Davis et al. (1991a) |
| Syrian golden hamsters | 0 | 1/170 | Smith et al. (1987) |
| Syrian golden hamsters | 0 | 0/83 | Mc Connell et al. (1999) |

[a]  $n$ = animals with benign or malignant lung tumour or pleural mesothelioma

lung tissue was 1850 (73 fibres > 20 µm) at the end of exposure and 759 WHO fibres (41 fibres > 20 µm) 12 months later. Fourteen out of 106 rats (13.2%), which survived the second year or longer, died with lung tumour (five of these rats developed lung carcinomas), and one rat also developed a mesothelioma. In the control group, 2/126 rats developed lung adenomas.

In two lifetime studies, male and female Fischer rats were exposed to either 10 mg/m³ erionite (Wagner et al., 1985) or an unknown concentration of erionite (Wagner, 1990) for 6 hours per day, 5 days per week, for 12 months. Twenty seven out of 28 rats, and 24/27 rats developed pleural mesotheliomas, respectively. No lung tumours were observed. [The Working

Group noted the lack of control group in the study by Wagner (1990).]

McConnell et al. (1999) exposed three groups of 125 male Syrian golden hamsters to 0.8, 3.7 and 7.1 mg/m³ amosite for 6 hours per day, 5 days per week, for 78 weeks. They were then held unexposed for 6 weeks. Among animals that survived for at least 32 weeks, 3/83, 22/85 and 17/87 developed pleural mesotheliomas, respectively. No mesotheliomas were observed in 83 untreated controls and no lung tumours were observed in any groups.

Some experiments were reported with baboons. After amosite exposure and crocidolite exposure for 4 years, 2/11 baboons and 3/21 baboons developed pleural mesothelioma,

IARC MONOGRAPHS – 100C

respectively (Goldstein & Coetzee, 1990; Webster et al., 1993).

## 3.3 Intrapleural and intraperitoneal administration

Animal experiments had shown that an intrapleural injection of a suspension of asbestos dusts in rats leads to mesotheliomas (Wagner, 1962; Wagner & Berry, 1969). fh e serosa has subsequently been taken as a model for the examination of the carcinogenicity of fibrous dusts in numerous studies. Some groups have opted for administration into the pleural cavity, others preferring intraperitoneal injection of dust suspensions. In comparison with the intrapleural model, the intraperitoneal carcinogenicity test on fibres has proven to be the method with the far greater capacity and, consequently, the greater sensitivity (see also Pott & Roller, 1993a). Results from these numerous experiments using asbestos and erionite are listed in Table 3.4.

Table 3.5 contains a summary of the experiments by Stanton et al. (1981). In this extensive study, the authors implanted 72 dusts containing fibres of various sizes in the pleura of Osborne-Mendel rats. fh e probability of the development of pleural mesotheliomas was highest for fibres with a diameter of less than 0.25 μm and lengths greater than 8 μm.

In summary, samples of all six asbestos types and of erionite were administered to rats by intrapleural or intraperitoneal injection in numerous studies. Consistently, mesothelima induction was observed when samples contained a sufficient fibre number with a fibre length > 5 μm.

## 3.4 Intratracheal administration

Only a few studies have been carried out with intratracheal instillation of asbestos fibres in rats (Pott et al., 1987; Smith et al., 1987), and hamsters (Pott et al., 1984; Feron et al., 1985; Smith et al., 1987). Principally, in this experimental model, asbestos fibres induced lung tumours in rats, and lung tumours and mesotheliomas in hamsters. Studies in hamsters are described below.

In a 2-year study, a group of male Syrian golden hamsters [initial number unspecified] was intratracheally instilled with 1 mg UICC crocidolite in 0.15 mL saline once a week for 8 weeks. At the end of the experiment, the incidences of lung carcinomas and of pleural mesotheliomas were 9/142 [P < 0.01] and 8/142 [P < 0.01], respectively. No thoracic tumours were observed in 135 titanium-dioxide-treated control animals (Pott et al., 1984).

In a lifetime study, a group of Syrian golden hamsters [sex and initial number unspecified] was intratracheally instilled with 2 mg UICC crocidolite in 0.2 mL saline once a week for 5 weeks. At the end of the experiment, 20/27 animals developed broncho-alveolar tumours (p<0.05), including 7/27 with malignant tumours [p<0.05]. No broncho-alveolar tumours were observed in 24 saline-treated controls (Smith et al., 1987).

## 3.5 Oral administration

A study on the carcinogenicity of ingested asbestos fibres involved male F344 rats groups exposed to amosite or chrysotile in combination with subcutaneous administration of a known intestinal carcinogen, azoxymethane (10 weekly injections of 7.4 mg/kg body weight). Fibres were administered three times a week for 10 weeks by intragastric bolus dosing (10 mg in 1 mL saline). fh e fIrst experiment in this study included a full set of appropriate control groups. fh e experiment was terminated at 34 weeks. Neither amosite nor UICC chrysotile B, in combination with azoxymethane, increased the incidence of any intestinal tumours (≈10%) above that produced by azoxymethane alone, but the combination with either fibre type produced 4–5-fold increases

(not significant, $P > 0.1$) in metastatic intestinal tumours. A second experiment with larger groups, the same dosing regimen, and for lifetime, but with a more limited design, tested only amosite in combination with azoxymethane versus azoxymethane. Amosite did not enhance azoxymethane-induced intestinal tumours (incidence, 77% versus 67%) (Ward et al., 1980; IOM, 2006). [The Working Group noted that the lack of untreated vehicle controls in the second experiment made interpretation of the results difficult considering that, compared to historical controls, there was a non-significant increase in intestinal tumours in rats exposed only to amosite (≈33%). One cannot know whether the results observed were associated with the asbestos or with irritation from the procedure, although one would not anticipate that gavage itself would impact the lower portion of the gastrointestinal tract.]

The most definitive animal studies of oral exposure to asbestos were a series of lifetime studies conducted by the National Toxicology Program (NTP, 1983, 1985, 1988, 1990a, b), in which asbestos (chrysotile, crocidolite, and amosite) was administered in the feed of rats and hamsters. Nonfibrous tremolite was also tested in rats according to the same protocol (NTP, 1990c). Exposure of dams of the study animals (1% in the diet) was followed by exposure of the pups by gavage (0.47 mg/g water) while they were nursing, and then in the diet for the remainder of their lives: they were exposed to asbestos at the level of 1%, which was estimated by the investigators to be about 70000 times the greatest possible human exposure in drinking-water. Histopathological examination of the entire colorectum was performed. No increases in the incidence of gastrointestinal lesions (inflammatory, preneoplastic, or neoplastic) were found after exposure to intermediate-length chrysotile (from Quebec) in hamsters, to short chrysotile (from New Idria) in rats or hamsters, to amosite in rats or hamsters, to crocidolite in rats, or to non-fibrous tremolite in rats. The mesentery was

examined in detail, as well as mesenteric lymph nodes and sections of the larynx, trachea, and lungs from every animal. No lesions were found in any of those tissues. The only finding of note in the gastrointestinal tract was a slight increase in the incidence of adenomatous polyps in the large intestine after exposure to the intermediate-length chrysotile (from Quebec) in male rats (9/250 versus 0/85, $P = 0.08$), but preneoplastic changes in the epithelium were not found (NTP, 1985; IOM, 2006).

## 3.6 Intragastric administration

White rats, 2–3 months old, were surgically applied, on the greater curvature of the stomach, a perforated capsule containing 0 (control) or 100 mg chrysotile asbestos in a filler (beef fat: natural wax, 1:1). Tumours observed in 18/75 asbestos-exposed rats, between 18–30 months after the beginning of the experiment, were the following: eight gastric adenomas, two gastric adenocarcinomas, one gastric carcinoma, one cancer of the forestomach, one small intestine adenocarcinoma, two peritoneal mesotheliomas, and three abdominal lymphoreticular sarcomas. No tumours were observed in 75 control animals (Kogan et al., 1987). [The Working Group noted various unresolved questions regarding the design of this study in particular the very high dose of 100 mg.]

## 3.7 Studies in companion animals

Mesotheliomas were reported in pet dogs with asbestos exposure in the households of their owners. Eighteen dogs diagnosed with mesothelioma and 32 age-, breed- and gender-matched control dogs were investigated. Sixteen owners of cases and all owners of controls were interviewed. An asbestos-related occupation or hobby of a household member was significantly associated with mesothelioma observed in cases (OR,

IARC MONOGRAPHS – 100C

**Table 3.4 Studies of cancer in rats exposed to asbestos fibres and erionite (intrapleural and intraperitoneal administration)**

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres [$10^9$] [a] | Tumour incidence [b] n/z | % | Significance [c] | Comments |
|---|---|---|---|---|---|---|---|---|
| **Asbestos** | **Asbestos type** | | | | | | | |
| Wistar – Pott et al. (1989) | Actinolite | 0.25 | i.p. | 0.1 | 20/36 | 56 | *** | |
| Wistar – Wagner et al. (1973) | Amosite UICC | 20 | i.pl. | NR | 11/32 | 34 | *** | |
| Wistar – Davis et al. (1991b) | Amosite from UICC | 0.01 | i.p. | 0.0003 | 4/48 | 8 | * | |
| Wistar – Davis et al. (1991b) | Amosite from UICC | 0.05 | i.p. | 0.002 | 8/32 | 25 | *** | |
| Wistar – Davis et al. (1991b) | Amosite from UICC | 0.5 | i.p. | 0.02 | 15/32 | 47 | *** | |
| Wistar – Wagner et al. (1973) | Anthophyllite UICC | 20 | i.pl. | NR | 8/32 | 25 | *** | |
| Wistar – Wagner et al. (1973) | Chrysotile UICC/A | 20 | i.pl. | NR | 7/31 | 23 | *** | |
| Sprague-Dawley – Monchaux et al. (1981) | Chrysotile UICC/A | 20 | i.pl. | NR | 14/33 | 42 | *** | |
| Sprague-Dawley – Wagner et al. (1984b) | Chrysotile UICC/A | 20 | i.pl. | 19.6 | 6/48 | 13 | ** | |
| Wistar – Pigott & Ishmael (1992) | Chrysotile UICC/A | 20 | i.pl. | NR | 7/48 | 15 | *** | |
| Fischer – Cohn et al. (1992) | Chrysotile UICC/A | 0.5 / 2 / 4 / 8 / 16 / 32 | i.pl. | 0.90 / 3.6 / 7.2 / 14 / 29 / 57 | 118/142 [b] | 78 / 87 / 92 / 83 / 83 / 75 | ***[b] | |
| Wistar – Wagner et al. (1973) | Chrysotile UICC/B | 20 | i.pl. | NR | 10/32 | 31 | *** | |
| Wistar – Wagner et al. (1980) | Chrysotile UICC/B | 20 | i.pl. | NR | 5/48 | 10 | * | |
| Fischer – Wagner et al. (1987) | Chrysotile UICC/B | 20 | i.pl. | NR | 19/39 | 49 | *** | |
| Wistar – Pott et al. (1989) | Chrysotile UICC/B | 0.25 | i.p. | 0.2 | 23/34 | 68 | *** | |

**Table 3.6 (continued)**

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres [10^9] a | Tumour incidence b n/z | % | Significance c | Comments |
|---|---|---|---|---|---|---|---|---|
| Wistar – Davis et al. (1991b) | Chrysotile from UICC/A | 0.01 | i.p. | 0.002 | 2/48 | 4 | NS | |
| Wistar – Davis et al. (1991b) | Chrysotile from UICC/A | 0.05 | i.p. | 0.009 | 12/32 | 38 | *** | |
| Wistar – Davis et al. (1991b) | Chrysotile from UICC/A | 0.5 | i.p. | 0.09 | 26/32 | 81 | *** | |
| Wistar – Wagner et al. (1973) | Crocidolite UICC | 20 | i.pl. | NR | 19/32 | 59 | *** | |
| Fischer – Wagner et al. (1987) | Crocidolite UICC | 20 | i.pl. | NR | 34/40 | 85 | *** | |
| Fischer – Wagner (1990) | Crocidolite UICC | 20 | i.pl. | NR | 24/32 | 75 | *** | |
| Sprague-Dawley – Monchaux et al. (1981) | Crocidolite UICC | 20 | i.pl. | NR | 21/39 | 54 | *** | |
| Osborne-Mendel – Stanton et al. (1981) | Crocidolite UICC | 40 | i.pl. | NR | 14/29 | 48 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC | 20 | i.pl. | NR | 35/41 | 85 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 1 h | 20 | i.pl. | NR | 34/42 | 81 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 2 h | 20 | i.pl. | NR | 34/42 | 81 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 4 h | 20 | i.pl. | NR | 15/41 | 37 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 8 h | 20 | i.pl. | NR | 13/42 | 31 | *** | |
| Fischer – Cofhn et al. (1992) | Crocidolite UICC | 0.5 2 4 8 16 32 | i.pl. | 0.04 0.16 0.32 0.65 1.3 2.6 | 65/144[b] | 29 13 50 67 58 54 | **[b] | |
| Wistar – Davis et al. (1991b) | Crocidolite from UICC | 0.01 | i.p. | 0.0004 | 0/48 | 0 | NS | |
| Wistar – Davis et al. (1991b) | Crocidolite from UICC | 0.05 | i.p. | 0.002 | 8/32 | 25 | *** | |

IARC MONOGRAPHS – 100C

## Table 3.14 (continued)

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres [10⁹] a | Tumour incidence b | | Significance c | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | n/z | % | | |
| Wistar – Davis et al. (1991b) | Crocidolite from UICC | 0.5 | i.p. | 0.02 | 10/32 | 31 | *** | |
| Wistar – Pott et al. (1987) | Crocidolite South Africa | 0.5 | i.p. | 0.05 | 18/32 | 56 | *** | |
| Wistar – Roller et al. (1996) | Crocidolite A | 0.5 | i.p. | 0.042 | 25/32 | 78 | *** | All females |
| Wistar – Roller et al. (1996) | Crocidolite A | 0.5 | i.p. | 0.042 | 32/48 | 67 | *** | All females |
| Wistar – Roller et al. (1996) | Crocidolite C | 0.5 | i.p. | 0.042 | 20/39 | 51 | *** | |
| Wistar – Davis et al. (1985) | Tremolite, Korea | 25 | i.p. | NR | 27/29 | 93 | *** | |
| Wistar – Roller et al. (1996) | Tremolite B | 3.3 | i.p. | 0.057 | 9/40 | 23 | *** | |
| Wistar – Roller et al. (1996) | Tremolite B | 15 | i.p. | 0.26 | 30/40 | 75 | *** | |
| **Erionite** | Erionite type | | | | | | | |
| Sprague-Dawley – Pott et al. (1987) | Karain | 1.25 | i.p. | NR | 38/53 | 72 | *** | |
| Sprague-Dawley – Pott et al. (1987) | Karain | 5 | i.p. | NR | 43/53 | 81 | *** | |
| Sprague-Dawley – Pott et al. (1987) | Karain | 20 | i.p. | G | 37/53 | 70 | *** | |
| Fischer – Wagner et al. (1985) | Karain | 20 | i.pl. | NR | 38/40 | 95 | *** | |
| Fischer – Wagner et al. (1985) | Oregon | 20 | i.pl. | NR | 40/40 | 100 | *** | |
| Wistar – Pott et al. (1987) | Oregon | 0.5 | i.p. | 0.02 | 15/31 | 48 | *** | |
| Wistar – Pott et al. (1987) | Oregon | 2 | i.p. | 0.08 | 28/31 | 90 | *** | |
| Fischer – Wagner (1990) | Oregon | 20 | i.pl. | NR | 30/32 | 94 | *** | |
| Fischer – Wagner (1990) | Oregon "short" | 20 | i.pl. | NR | 0/32 | 0 | NS | |
| Wistar – Davis et al. (1991b) | Oregon | 0.005 | i.p. | 0.00025 | 0/48 | 0 | NS | |
| | | 0.01 | | 0.0005 | 4/48 | 8 | * | |
| | | 0.05 | | 0.0025 | 15/32 | 47 | *** | |
| | | 0.5 | | 0.025 | 26/32 | 81 | *** | |
| | | 2.5 | | 0.125 | 30/32 | 94 | *** | |
| | | 5 | | 0.25 | 21/24 | 88 | *** | |
| | | 10 | | 0.5 | 20/24 | 83 | *** | |
| | | 25 | | 1.25 | 17/18 | 94 | *** | |

Asbestos

## Table 3 (continued)

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres [a] [$10^9$] | Tumour incidence [b] n/z | % | Significance [c] | Comments |
|---|---|---|---|---|---|---|---|---|
| Porton – Hill et al. (1990) | Oregon | 0.1 | i.pl. | NR | 5/10 | 50 | * | |
| | | 1 | | NR | 9/10 | 90 | *** | |
| | | 10 | | NR | 9/10 | 90 | *** | |
| | | 20 | | NR | 8/10 | 80 | *** | |
| Wistar – Kleymenova et al. (1999) | Grusia mines | 20 | i.pl. | NR | 39/40 | 98 | ? | |
| Fischer – Cohn et al. (1992) | Oregon "C" | 0.5 | i.pl. | NR | 123/144[D] | 79 | ***[D] | |
| | | 2 | | NR | | 87 | | |
| | | 4 | | NR | | 83 | | |
| | | 8 | | NR | | 84 | | |
| | | 16 | | NR | | 87 | | |
| | | 32 | | NR | | 91 | | |
| Fischer – Cohn et al. (1992) | Oregon "W" | 0.5 | i.pl. | NR | 137/144[D] | 100 | ***[D] | |
| | | 2 | | NR | | 92 | | |
| | | 4 | | NR | | 100 | | |
| | | 8 | | NR | | 91 | | |
| | | 16 | | NR | | 96 | | |
| | | 32 | | NR | | 92 | | |
| Sprague-Dawley – Maltoni & Minarpi (1989) | "Serimentary erionite" | 25 | i.pl. | NR | 35/40 | 88 | *** | |
| Sprague-Dawley – Maltoni & Minarpi (1989) | "Serimentary erionite" | 25 | i.p. | NR | 35/40 | 50 | *** | |

[a] fh e fibre numbers mainly refer to fibres with a length greater than 5 μm
[b] n/z number of animals with serosal tumour (mesothelioma/sarcoma) / number of animals examined
[c] calculation of the statistical significance with the Fisher exact test, one-sided: *** $p < 0.001$; ** $p < 0.01$; * $p \leq 0.05$
[D] combined data of 6 groups
i.p., intraperitoneal; i.pl., intrapleural; NS, not significant; NR, not reported
From Pott & Roller (1993b)

277

IARC MONOGRAPHS – 100C

**Table 3.6 Carcinogenicity study of intrapleural application of asbestos fibres and other fibrous materials in female Osborne-Mendel rats (40 mg fibres per rat)**

| Fibrous dust (material) | No. of fibres [a] (x10^6) L > 8 µm D < 0.25 µm | Probability of pleural sarcomas [b] | | Pleural sarcoma incidence [c] | |
|---|---|---|---|---|---|
| | | | | n/z | % |
| Tremolite 1 | 55 | 100 | | 22/28 | 79 |
| Tremolite 2 | 28 | 100 | | 21/28 | 75 |
| Crocidolite 1 | 6500 | 94 | ± 6.0 | 18/27 | 67 |
| Crocidolite 2 | 800 | 93 | ± 6.5 | 17/24 | 71 |
| Crocidolite 3 | 4100 | 93 | ± 6.9 | 15/23 | 65 |
| Amosite | 140 | 93 | ± 7.1 | 14/25 | 56 |
| Crocidolite 4 | 5400 | 86 | ± 9.0 | 15/24 | 63 |
| Crocidolite 5 (UICC) | 78 | 78 | ± 10.8 | 14/29 | 48 |
| Crocidolite 6 | 1600 | 63 | ± 13.9 | 9/27 | 33 |
| Crocidolite 7 | 18 | 56 | ± 11.7 | 11/26 | 42 |
| Crocidolite 8 | < 0.3[D] | 53 | ± 12.9 | 8/25 | 32 |
| Crocidolite 9 | 710 | 33 | ± 9.8 | 8/27 | 30 |
| Crocidolite 10 | 49 | 37 | ± 13.5 | 6/29 | 21 |
| Crocidolite 11 | < 0.3[D] | 19 | ± 8.5 | 4/29 | 14 |
| Crocidolite 12 | 220 | 10 | ± 7.0 | 2/27 | 7 |
| Talc 1 | < 0.3[D] | 7 | ± 6.9 | 1/26 | 4 |
| Talc 3 | < 0.3[D] | 4 | ± 4.3 | 1/29 | 3 |
| Talc 2 | < 0.3[D] | 4 | ± 3.8 | 1/30 | 3 |
| Talc 4 | < 0.3[D] | 5 | ± 4.9 | 1/29 | 3 |
| Crocidolite 13 | < 0.3[D] | 0 | | 0/29 | 0 |
| Talc 5 | < 0.3[D] | 0 | | 0/30 | 0 |
| Talc 6 | 80 | 0 | | 0/30 | 0 |
| Talc 7 | < 0.3[D] | 0 | | 0/29 | 0 |

[a] Fibre numbers stated in original work as common logarithm.

[b] Calculation taking into account the different life spans (life table method).

[c] n/z = number of rats with pleural sarcomas/number of rats examined. Frequency of pleural sarcomas in female control rats: untreated, 3 animals out of 491 (0.6%); with non-carcinogenic lung implantates, 9 out of 441 (2.0%); with non-carcinogenic pleural implantates, 17 out of 615 (2.8%). [17 out of 615 against 3 out of 491, according to Fisher exact test $P < 0.01$]. All three control groups are brought together by Stanton et al. (1981) to 29 out of 1518 animals (1.9%); for this after application of the life table method a tumour probability of 7.7 ± 4.2% is indicated. [Without any reason being given it is concluded that the tumour probability in any one of the groups treated according to the life table method must exceed 30% to be "significantly" increased.] Significance limit for Fisher test in the case of 25 to 30 animals against 17 out of 615 control rats: approx. 12 to 13% tumour frequency. (The term "tumour frequency" is not to be equated with tumour probability according to the life table method. The "significance limit" of 30% mentioned by Stanton et al. (1981) refers to life table incidence or probability.

[D] The de-logarithmised fibre numbers with the above mentioned definition are between 0 and 0.3.

From Stanton et al. (1981)

8.0; 95%CI: 1.4–45.9). Lung tissue from three dogs with mesothelioma and one dog with squamous cell carcinoma of the lung had higher level of chrysotile asbestos fibres than lung tissue from control dogs (Glickman et al., 1983).

## 3.8 Synthesis

Bronchial carcinomas and pleural mesotheliomas were observed in many experiments in rats after exposure to chrysotile, crocidolite, amosite, anthophyllite, and tremolite fibres. In these studies, there was no consistent increase in tumour incidence at other sites. A special preparation of "long" crocidolite was more effective to induce lung tumours compared to the "short" UICC asbestos samples on the basis of administered dose in f/mL.

In one study in Syrian golden hamsters with three different concentrations of amosite, a significant increase in pleural mesothelioma incidence was observed, but no lung tumours were found.

After amosite exposure and crocidolite exposure by inhalation, 2/11 baboons and 3/21 baboons developed pleural mesothelioma, respectively.

In two studies in rats exposed to erionite, a significant increase in pleural mesothelioma incidence was observed. However, no lung tumours were found.

Samples of all six asbestos types and of erionite were administered to rats by intrapleural or intraperitoneal injection in numerous studies. Consistently, mesothelioma induction was observed when samples contained a sufficient fibre number with a fibre length > 5 μm.

Only a few studies have been carried out with intratracheal instillation of crocidolite in rats and hamsters. Malignant lung tumours were observed in rats, and pleural mesothelioma and malignant lung tumours were observed in hamsters.

Chrysolite, crocidolite and amosite were administered in the feed of rats and hamsters.

No increase of the incidence of gastrointestinal tumours was observed in both species.

No chronic studies with vermiculite containing asbestos fibres or talc containing asbestos fibres could be identified.

# 4.  Other Relevant Data

## 4.1 Toxicokinetics, deposition, clearance, and translocation in humans

### 4.1.1 Aerodynamic and anatomical factors

Inhalation is the most important route of exposure to mineral fibres, and is associated with the development of non-malignant diseases of the lungs and pleura, and malignant diseases arising in the lung, larynx, and pleural and peritoneal linings (IOM, 2006). The deposition of particles and fibres in the lungs is dependent on their aerodynamic diameter, which is a function of geometry, aspect ratio (IARC, 2002), and density (Bernstein et al., 2005). Fibres can deposit by sedimentation, by impaction at bronchial bifurcations or by interception of the fibre tip with the bronchial wall. Smaller diameter fibres are likely to deposit in the alveoli (Bernstein et al., 2005).

Particles and fibres can be cleared from the nasal and tracheobronchial regions by mucociliary transport (Lippmann et al., 1980). Following deposition in the distal airways and alveoli, short fibres are removed more slowly following phagocytosis by alveolar macrophages. Fibre length is a limiting factor in macrophage-mediated clearance; fibres longer than the diameter of human alveolar macrophages (approximately 14–25 μm) are less likely to be cleared. Fibres may also interact with lung epithelial cells, penetrate into the interstitium, and translocate to the pleura and peritoneum or more distant sites. Fibres that are not efficiently cleared or altered by physicochemical process (e.g. breakage, splitting, or

IARC MONOGRAPHS – 100C

chemical modification) are termed biopersistent (Bernstein *et al.*, 2005). Chronic inhalation assays using man-made fibres in rodents have correlated fibre length and biopersistence with persistent inflammation, fibrosis, lung cancer, and malignant mesothelioma (Bernstein *et al.*, 2005). However, there are interspecies differences in alveolar deposition of inhaled particles and fibres that must be considered when extrapolating results of rodent inhalation studies to humans (IARC, 2002).

### 4.1.2 Biopersistence of asbestos and erionite fibres

Asbestos fibres and ferruginous bodies (described subsequently in Section 4.3.1) can be identified and quantified by tissue digestion of lung samples obtained by biopsy or at autopsy (Roggli, 1990). A variety of commercial and noncommercial asbestos fibres have been identified in residents older than 40 years of age living in an urban area with no history of occupational asbestos exposure (Churg & Warnock, 1980). fhese and other studies confirm that asbestos fibres are biopersistent and accumulate in lung tissue as well as lymph nodes (Dodson *et al.*, 1990; Dodson & Atkinson, 2006). Asbestos fibres have also been identified in the pleura following autopsy (Dodson *et al.*, 1990; Gibbs *et al.*, 1991; Suzuki & Yuen, 2001) and in the parietal pleural in samples collected during thoracoscopy (Boutin *et al.*, 1996). Roggli *et al.* (1980) also identified asbestos bodies in the larynx of asbestos workers at autopsy. Systemic translocation of asbestos fibres to distant organs has also been described in case reports; however, these reports should be evaluated with caution due to the numerous caveats in technical procedures used, comparison with an appropriate control population, and cross-contamination of tissue samples (Roggli, 2006). fhe route of translocation of asbestos fibres from the lungs to distant sites is unknown, although lymphatic translocation

of amosite fibres deposited in the lungs has been shown in experimental animals (Hesterberg *et al.*, 1999; Mc Connell *et al.*, 1999; IOM, 2006; NIOSH, 2009).

Environmental exposure to erionite fibres is associated with diffuse malignant mesothelioma in three rural villages in the Cappadocia region of Turkey (Baris & Grandjean, 2006). Lung fibre digests obtained from humans in these villages showed elevated levels of erionite fibres, and ferruginous bodies surrounding erionite fibres were found in broncho-alveolar lavage fluid (Sébastien *et al.*, 1984; Dumortier *et al.*, 2001).

Talc particles have been found in the lungs at autopsy of both rural and urban residents as well as talc miners (IARC, 1987b, 2010). Talc particles are biopersistent in the lungs, and have been recovered in broncho-alveolar lavage fluid obtained from workers 21 years after cessation of occupational exposure (Dumortier *et al.*, 1989). Talc contaminated with asbestos has been linked to the development of lung cancer and malignant mesothelioma (IARC, 1987b).

fhe association between exposure to talc, potential retrograde translocation to the ovarian epithelium, and the development of ovarian cancer is controversial (IARC, 2010, and this volume).

fhe biological plausibility for an association between asbestos and ovarian cancer derives in part from the finding of asbestos fibres in the ovaries of women with potential for exposure to asbestos. fhus, a histopathological study of ovaries from 13 women who had household contact with men who had documented exposure to asbestos, and of 17 women who gave no history of potential for asbestos exposure found "significant asbestos fibre burdens" in the ovaries of nine (60.2%) of the exposed women and in only six (35%) of the unexposed women. fhree of the exposed women had asbestos fibre counts in ovarian tissue of over 1 million fibres per gram (wet weight), but only one of the 17

women without exposure had counts in that range (Heller *et al.*, 1996).

Further support for the biological plausibility of an association between asbestos exposure and ovarian cancer derives from an experimental study (Graham & Graham, 1967) that found that the intraperitoneal injection of tremolite asbestos into guinea-pigs and rabbits produced epithelial changes in the ovaries "similar to those seen in patients with early ovarian cancer".

[The Working Group noted that the histopathological diagnosis of ovarian carcinoma is difficult and requires the application of immunohistochemical techniques to distinguish between this cancer and peritoneal malignant mesothelioma. These techniques and the recognition of borderline ovarian tumours and variants of serosal tumours that arise in the pelvis of women were not applied in the Graham & Graham study in 1967. In addition, mesothelial hyperplasia occurs commonly in the pelvic region, and is not considered a preneoplastic lesion (NIOSH, 2009).]

## 4.2 Molecular pathogenesis of human cancers related to mineral dust exposure

Cancers develop in the upper and lower respiratory tract (carcinoma of the larynx and lungs), and in the pleural and peritoneal linings (diffuse malignant mesothelioma) after a long latent period up to 20–40 years following initial exposure to asbestos or erionite fibres (IARC, 1977; IOM, 2006). During the long latent period before the clinical diagnosis of cancer of the lung or of the larynx or diffuse malignant mesothelioma, multiple genetic and molecular alterations involving the activation of cell growth regulatory pathways, the mutation or amplification of oncogenes, and the inactivation of tumour–suppressor genes characterize specific histopathological types of these tumours that have

been associated with exposure to mineral dust or fibres. Some of these molecular alterations have been linked to specific chemical carcinogens in tobacco smoke (Nelson & Kelsey, 2002), and additional alterations may arise secondarily due to chronic inflammation, genetic instability, or epigenetic changes that will be discussed in detail in Section 4.3.

Additional pathways related to resistance to apoptosis, acquired genetic instability, and angiogenesis are activated or upregulated during the later stages of tumour progression of lung cancer and diffuse malignant mesothelioma (Table 4.1; Table 4.2). No mutations in oncogenes or tumour-suppressor genes have been directly linked with exposure to asbestos fibres (NIOSH, 2009).

### 4.2.1 Cancer of the lung and of the larynx

Lung cancers are classified into two histological subtypes: small cell carcinoma and non-small cell carcinoma (Table 4.1). In non-small cell lung carcinoma, activating point mutations in the *K-RAS* oncogene have been linked to specific chemical carcinogens in tobacco smoke; Nelson *et al.* (1999) described more frequent *K-RAS* mutations in lung carcinomas in asbestos-exposed workers. Loss of heterozygosity and point mutations in the *p53* tumour-suppressor gene have also been linked with tobacco smoke carcinogens in cancer of the lung and of the larynx (Pfeifer *et al.*, 2002; NIOSH, 2009). These alterations have also been described in lung cancers in asbestos-exposed workers (Nymark *et al.*, 2008).

### 4.2.2 Diffuse malignant mesothelioma

Malignant tumours arising in the pleural or peritoneal linings (diffuse malignant mesothelioma) have no association with tobacco smoking, and are characterized by a different spectrum of molecular alterations (Table 4.2). In contrast with lung cancers associated with tobacco smoking and asbestos exposure, mutations in the *K-RAS*

IARC MONOGRAPHS – 100C

**Table 4.1 Some reported molecular alterations in bronchogenic carcinoma**

| Functional alterations | Gene target | Histological type of lung cancer | |
|---|---|---|---|
| | | Small cell | Non-small cell |
| Autocrine growth stimulation | Growth factors and receptors | GRP/GRP receptor<br>SCF/KIT | TGF-α/EGFR<br>HGF/MET |
| Activation of oncogenes | *RAS* mutation | <1% | 15–20% |
| | *MYC* overexpression | 15–30% | 5–10% |
| Inactivation of tumour-suppressor genes | *p53* mutation | ~90% | ~50% |
| | *RB* mutation | ~90% | 15–30% |
| | *p16^{INK4A}* inactivation | 0–10% | 30–70% |
| | *FHIT* inactivation | ~75% | 50–75% |
| Resistance to apoptosis | *BCL2* expression | 75–95% | 10–35% |
| Genetic instability | Microsatellite instability | ~35% | ~22% |

EGFR, epidermal growth factor receptor; FHIT, fragile histidine triad; GRP, gastrin-releasing peptide; HGF, hepatocyte growth factor; RB, retinoblastoma gene; SCF, stem cell factor; TGF-α, transforming growth factor-α.
From Sekido *et al.* (2001), Sato *et al.* (2007), Schwartz *et al.* (2007), NIOSH (2009)

oncogene or the *p53* tumour-suppressor gene are rare. The most frequent molecular alteration involves deletion or hypermethylation at the *CDKN2A/ARF* locus on chromosome 9p21 which contains three tumour-suppressor genes: *p15, p16 ^{INK4A}*, and *p14 ^{ARF}* (Murthy & Testa, 1999). Additional molecular alterations include hypermethylation and silencing of the *RASSFIA* and *GPC3* tumour-suppressor genes, and inactivation of the *NF2* tumour-suppressor gene (Apostolou *et al.*, 2006; Murthy *et al.*, 2000).

Comparative genomic hybridization, gene expression profiling, and proteomics have been used to identify specific diagnostic and prognostic biomarkers for diffuse malignant mesothelioma (Wali *et al.*, 2005; Greillier *et al.*, 2008). The most promising outcome of these global screening strategies is the identification of two potential serum or pleural fluid biomarkers that may provide early diagnosis of malignant pleural mesothelioma: osteopontin (Pass *et al.*, 2005), and soluble mesothelin-related protein (Robinson *et al.*, 2005). Both of these markers have been shown to be elevated in most patients diagnosed with diffused malignant mesothelioma, but are not entirely specific for these cancers (Greillier *et al.*, 2008). No gene expression signature can

be attributed directly to asbestos exposure, and these studies show variable gene expression patterns resulting from limited stability of RNA, contamination of tumour samples with host cells, and use of different microarray platforms (López-Ríos *et al.*, 2006).

In addition to the genetic and chromosomal alterations that have been identified in diffuse malignant mesothelioma (Table 4.2), epigenetic alterations characterized by altered patterns of DNA methylation have been described (Toyooka *et al.*, 2001; Tsou *et al.*, 2005). Overall, human tumours have been characterized by global hypomethylation associated with hypermethylation of CpG islands in the promoter regions of tumour-suppressor genes leading to their inactivation. These alterations in DNA methylation are the most common molecular or genetic lesion in human cancer (Esteller, 2005). Recent comprehensive analyses of epigenetic profiles of 158 patients with malignant pleural mesotheliomas and 18 normal pleural samples using 803 cancer-related genes revealed classes of methylation profiles in malignant mesothelioma that were associated with asbestos lung burden and survival (Christensen *et al.*, 2009). Other data confirmed hypermethylation of cell-cycle

Asbestos

**Table 4.2 Some reported molecular alterations in diffuse malignant mesothelioma**

| Function | Gene target | Alteration |
|---|---|---|
| Autocrine growth stimulation | Growth factors and receptors | HGF/MET upregulation EGFR upregulation PDGF upregulation IGF-1 upregulation |
| Tumour-suppressor genes | p15, p16$^{INK4A}$, p14$^{ARF}$ | Inactivation or deletion |
| | Neurofibromin 2 | NF2 deletions, mutations |
| | RASSF1A, GPC3 | Hypermethylation |
| Angiogenesis | VEGF | Upregulation |
| Apoptosis | AKT | Constitutive activation |
| | BCL-X | Upregulation |

EGFR, epidermal growth factor receptor; HGF, hepatocyte growth factor; IGF-1, insulin-like growth factor-1; PDGF, platelet-derived growth factor; RASSF1A, Ras-association domain family 1; VEGF, vascular endothelial growth factor

From Murthy & Testa (1999), Altomare et al. (2005), Catalano et al. (2005), Kratzke & Gazdar (2005), Cacciotti et al. (2006), NIOSH (2009)

regulatory genes as well as inflammation-associated and apoptosis-related genes (Tsou et al., 2007; Christensen et al., 2008). Christensen et al. (2009) hypothesized that hypermethylation of specific genes confers a selective survival advantage to preneoplastic mesothelial cells in a microenvironment of persistent tissue injury and/or oxidative stress associated with exposure to asbestos fibres.

In summary, these new genomic and proteomics approaches offer promise for the discovery of novel biomarkers associated with the development of diffuse malignant mesothelioma following exposure to asbestos or erionite. No specific marker is yet available to identify those cancers.

# 4.3 Mechanisms of carcinogenesis

## 4.3.1 Physicochemical properties of mineral fibres associated with toxicity

Asbestos are natural fibrous silicates, with similar chemical composition (silica framework includes various metal cations, typically Mg$^{2+}$, Ca$^{2+}$, Fe$^{2+/3+}$, Na$^+$) mostly differing in the crystallographic constraints that yield the fibrous habit. They are poorly soluble minerals which only undergo selective leaching and incongruent dissolution. Erionite is a zeolite, which often crystallizes in thin long fibres. Major determinants of toxicity are form and size of the fibres, surface chemistry, and biopersistence. Crystal structure, chemical composition, origin, and associated minerals, as well as trace contaminants, modulate surface chemistry; and transformation, translocation, and solubility of the fibres in body fluids influence their biopersistence, a factor which modulates cumulative exposure (Fubini, 1997; Bernstein et al., 2005; Fubini & Fenoglio, 2007; Sanchez et al., 2009; Fig. 4.1).

### (a) Crystal structure

Asbestos minerals can be divided into two groups: serpentine asbestos (chrysotile [Mg$_3$Si$_2$O$_5$(OH)$_4$]), and amphibole asbestos (crocidolite [Na$_2$(Mg,Fe$^{2+}$)$_3$Fe$_2$$^{3+}$Si$_8$O$_{22}$(OH)$_2$], amosite [(Mg,Fe$^{2+}$)$_7$Si$_8$O$_{22}$(OH)$_2$], tremolite [Ca$_2$Mg$_5$Si$_8$O$_{22}$(OH)$_2$], actinolite [Ca$_2$(Mg,Fe$^{2+}$)$_5$Si$_8$O$_{22}$(OH)$_2$], and anthophyllite [Mg$_7$Si$_8$O$_{22}$(OH)$_2$]). Formulae reported are ideal and are always significantly modified in nature by the occurrence of several substituting cations (e.g. Fe$^{2+/3+}$, Al$^{3+}$, Na$^+$). The crystal structure of chrysotile results from the association of a tetrahedral silicate sheet of composition (Si$_2$O$_5$)$_n$$^{2n-}$ with an octahedral brucite-like sheet of composition [Mg$_3$O$_2$(OH)$_4$]$_n$$^{2n+}$, in which iron substitutes for magnesium. The two sheets are bonded to form a 1:1 layer silicate; a slight misfit between the sheets causes curling to form

283

IARC MONOGRAPHS – 100C

**Fig. 4.1 Physicochemical properties involved in the biological activity of asbestos fibres**



AMs, alveolar macrophages; GSH, glutathione; PMNs, polymorphonuclear neutrophils
Aᴅᴀᴘᴛᴇᴅ from Fubini & Otero Areán (1999), Fubini & Fenoglio (2007)

concentric cylinders, with the brucite-like layer on the outside. Van der Waals interparticle forces hold together fibrils into the actual fibre so that, when chrysotile breaks up, a large number of smaller fibres or fibrils are generated (Fubini & Otero Areán, 1999).

Amphiboles have an intrinsically elongated crystal structure which breaks up along planes within the crystal structure itself into progressively smaller fragments that generally retain a fibrous aspect. This structure can be described in terms of a basic structural unit formed by a double tetrahedral chain (corner-linked $SiO_4$ tetrahedra) of composition $(Si_4O_{11})_n^{6n-}$. These silicate double-chains share oxygen atoms with alternate layers of edge-sharing $MO_6$ octahedra, where M stands for a variety of cations: mostly $Na^+$, $Mg^{2+}$, $Ca^{2+}$, $Fe^{2+}$, or $Fe^{3+}$ (Fubini & Otero Areán, 1999).

### (b)  Form and size

The pathogenic potential of asbestos depends upon its aspect ratio and fibre size. Fibre size affects respirability (respiratory zone falls off above aerodynamic diameters of 5 μm) and clearance by alveolar macrophages (section 4.1.1) (Donaldson & Tran, 2004). Short fibres are cleared more efficiently than longer ones, which undergo frustrated phagocytosis by macrophages. Short amosite fibres obtained by grinding long ones are less inflammogenic (Donaldson et al., 1992), induce fewer chromosomal aberrations (Donaldson & Golyasnya, 1995), and reduce the inhibition of the pentose phosphate pathway (Riganti et al., 2003). In-vitro genotoxicity studies demonstrated that both short and intermediate chrysotile asbestos fibres induced micronuclei formation and sister chromatid exchange in Chinese hamster lung cells. Intermediate fibres were more active than short fibres even when followed by treatment with dipalmitoyl lecithin, a principal constituent of pulmonary surfactant (Lu et al., 1994). Long fibres but not short fibres of amosite asbestos,

opsonized with rat immunoglobin, were shown to induce a dramatic enhancement of superoxide anions in macrophages isolated from rat lung (Hill et al., 1995). Asbestos bodies are formed mostly on fibres longer than 20 μm (Roggli, 2004).

The role of the aspect ratio and size appears to be different for the three major asbestos-related diseases: i) asbestosis was reported as most closely associated with the surface area of retained fibres (NIOSH, 2009) although fibrosis also correlates with fibres > 2 μm long (Dodson et al., 2003); ii) mesothelioma is better related to the numbers of fibres longer than about 5 μm and thinner than about 0.1 μm; and iii) lung cancer with fibres longer than about 10 μm and thicker than about 0.15 μm (NIOSH, 2009). Several studies, however, report the presence of very short fibres in lung and pleural tissue from patients with malignant mesothelioma (Dodson et al., 2003; Dodson et al., 2005; Suzuki et al., 2005; Dodson et al., 2005), suggesting caution to exclude short fibres (< 5 μm) in the development of asbestos-related diseases (Dodson et al., 2003).

### (c)  Surface reactivity

In the last few decades, it has been accepted that, in addition to fibrous habit, surface reactivity also plays a role in the pathogenic effects of amphibole and chrysotile asbestos. The potential to release free radicals, among various other features, is considered the major determinant of the pathogenic response.

### (i)  Free-radical generation

Three different mechanisms of free-radical generation may take place at the surface of asbestos fibres, each one triggered by a different kind of active surface site: i) Fenton chemistry (yielding with $H_2O_2$ the generation of highly reactive hydroxyl radicals HO•); ii) Haber–Weiss cycle (in the absence of $H_2O_2$ and Fe(II), endogenous reductants allow progressive reduction of atmospheric oxygen to HO•); iii) homolytic

IARC MONOGRAPHS – 100C

rupture of a carbon-hydrogen bond in biomolecules, with generation of carbon-centred radicals in the target molecule (peptides, proteins, etc.) (Hardy & Aust, 1995; Fubini & Otero Areán, 1999; Kamp & Weitzman, 1999).

Mechanism i) is relevant only in cellular compartments where $H_2O_2$ is present (i.e. phagolysosomal environment in macrophages), while Mechanisms ii) and iii)_may occur ubiquitously once fibres are inhaled. All mechanisms require the presence of iron ions. One stoichiometric chrysotile prepared by chemical synthesis, thus fully iron-free, was not active in free-radical generation (cell-free tests), did not induce lipid peroxidation, nor inhibit the pentose phosphate pathway in human lung epithelial cells, which is the opposite to what is found in natural specimens (Gazzano et al., 2005). When loaded with less than 1 wt.% of $Fe^{3+}$ the synthetic chrysotile also became active (Gazzano et al., 2007). Asbestos fibres deprived of iron (following treatments with chelators) do not generate hydroxyl radicals (Fubini et al., 1995) or damage DNA, and are less potent in causing lipid peroxidation in vitro (Hardy & Aust, 1995). However, not all iron ions are equally reactive in free-radical generation, depending upon their coordination and oxidation state (Shukla et al., 2003; Bernstein et al., 2005). Fe (II) is active even in trace amounts (Fubini et al., 1995). Furthermore, Mechanism 3 requires isolated and poorly coordinated iron ions (Martra et al., 2003; Turci et al., 2007). fh e surface sites involved in this reaction are oxidized and become inactive following thermal treatments: amphibole asbestos fibres heated up to 400°C in air (Tomatis et al., 2002) lose their potential in generating carboxyl radicals, but retain the reactivity for hydroxyl radicals, most likely through Mechanism 2, as long as their crystal structure is preserved. Conversely, the reduction of ferric into ferrous ions increases the radical activity (Gulumian et al., 1993a). fh e radical yield appears unrelated to the total amount of iron (Gulumian et al., 1993b), because

chrysotile shows a similar behaviour to crocidolite in cell-free tests despite the lower content of iron (3–6% versus 27%). Iron oxides (magnetite, haematite) are unable to produce radical species, whereas model solids, e.g zeolites enriched with small amount of iron but with ions poorly coordinated and mostly in low valence state, are very reactive, particularly in hydrogen abstraction (Fubini et al., 1995).

Iron-derived free radicals are believed to produce a variety of cell effects including lipid peroxidation (Ghio et al., 1998; Gulumian, 1999), DNA oxidation (Aust & Eveleigh, 1999), TNF-release and cell apoptosis (Upadhyay & Kamp, 2003), adhesion (Churg et al., 1998), and an increase of fibre uptake by epithelial cells (Hobson et al., 1990).

*(ii) Iron bioavailability and biodeposition*

Iron can be removed from asbestos fibres by intracellular chelators. If iron is mobilized from low–molecular-weight chelators, e.g. citrate, redox activity may be altered. fh e chelator–iron complex can diffuse throughout the cell, and catalyse the formation of hydroxyl radicals. Mobilization of iron was shown to correlate with DNA strand breaks and with DNA oxidation induced by crocidolite, amosite, and chrysotile (Hardy & Aust, 1995). In human lung epithelial and pleural mesothelial cells, the extent of iron mobilization was also related to the inactivation of epidermal growth factor receptor (EGFR/ErbB1), a step in the pathway leading to apoptosis (Baldys & Aust, 2005).

Mineral fibres may also acquire iron which, under certain conditions, may modify their reactivity. Erionite (Dogan et al., 2008) is able to bind both ferrous (through ion exchange) and ferric ions (through a precipitation or crystallization process). After ferrous-binding, erionite acquires the ability to generate hydroxyl radicals, and to catalyse DNA damage (DNA single-strand breaks); and after ferric-binding, the reactivity is acquired only in the presence of a reductant

(Hardy & Aust, 1995; Fach *et al.*, 2003; Ruda & Dutta, 2005). During their residence in the lung, asbestos fibres, like erionite fibres, acquire iron via a complex mechanism that may originate from the adsorption and disruption of ferritin, eventually yielding ferruginous bodies. These so-called asbestos bodies are preferentially formed onto long amphibole fibres but have also been found onto chrysotile fibres (Roggli, 2004). Although the presence of asbestos bodies in asbestos-related diseases is well documented, their biological role is still controversial. Iron deposition was thought to protect cells (Ghio *et al.*, 1997), but, deposited iron may become redox-active, thus enhancing the catalytic potential of the fibres (Ghio *et al.*, 2004). Asbestos bodies with amosite cores caused DNA single-strand breaks (Lund *et al.*, 1994); and increased radical damage to DNA was reported for ferritin-covered amosite in the presence of ascorbic acid (Otero-Areán *et al.*, 1999). Asbestos fibres might also disrupt normal iron homeostasis in the host by mobilizing and accumulating this metal (Ghio *et al.*, 2008).

Binding Fe (II) from solution increases iron mobilization from crocidolite by chelators, and induces DNA single-strand breaks. Increased lipid peroxidation and release of leukotriene B4 is found in alveolar macrophages from rats treated with Fe (III)-loaded crocidolite, and Fe (III)-loaded crocidolite fibres induce more DNA single-strand breaks *in vitro* than do untreated crocidolite fibres (Ghio *et al.*, 1992).

It was suggested that crocidolite stimulates inductible nitric oxide synthase by decreasing iron bioavailability (Aldieri *et al.*, 2001).

### (d) Biopersistence, biodurability, and ecopersistence

The residence time in the lung depends upon both the clearance mechanisms and physico-chemical processes taking place. Clearance mechanisms are mainly related to the shape and size of the particle, whereas chemical composition, surface area, and structural parameters mainly affect leaching, dissolution, and breakage.

Selective leaching is more pronounced for serpentine asbestos than for amphiboles, which have no leachable "weak points" in their structure. Selective leaching of chrysotile occurs under strong acidic or chelating conditions, resulting in removal of $Mg^{2+}$ ions. The kinetics vary according to the origin of the material, mechanical treatments, and associated contaminants, e.g. presence of nemalite (fibrous brucite) (Morgan, 1997). Chrysotile may lose magnesium *in vivo*, following phagocytosis by alveolar macrophages. The biological potential of magnesium-depleted chrysotile is greatly decreased (Langer & Nolan, 1994; Gulumian, 2005). Furthermore, leached fibres undergo breakage into shorter fibres, which may be cleared more readily from the lung. This accounts for the relatively low biopersistence of chrysotile compared to the amphiboles. The lungs of some chrysotile workers at autopsy contain low levels of chrysotile but substantial numbers of tremolite fibres, which is present in some chrysotile-bearing ores. For this reason, tremolite has been suggested to contribute to the carcinogenic effects seen in chrysotile miners (McDonald *et al.*, 1997; McDonald & McDonald, 1997; McDonald, 1998). Other asbestiform minerals may be associated with chrysotile, and, in some cases, modulate its toxicity, depending upon their amount and physicochemical characteristics. Balangeroite, occasionally intergrows with chrysotile (up to 5%) in the Balangero mine (Italy) and its sourroundings. Balangeroite fibres have a different structure from amphiboles, and are poorly eco- and bio-durable (Favero-Longo *et al.*, 2009; Turci *et al.*, 2009). Balangeroite may contribute to the overall toxicity of chrysotile, but it cannot be compared to tremolite nor considered to be solely responsible for the excess of mesothelioma found in Balangero (Mirabelli *et al.*, 2008).

In the natural environment, weathering processes carried out by micro-organisms

IARC MONOGRAPHS – 100C

may induce chrysotile-leaching, contributing to its bioattenuation ([Favero-Longo et al., 2005](#)). However, the dissolution of chrysotile is very low, because any breakdown of the silica framework takes place at a slow rate ([Hume & Rimstidt, 1992](#)), and is limited to a few layers in mild conditions ([Gronow, 1987](#)). Even in a strong acidic environment, the final product still retains a fibrous aspect at the nanoscale which is devoid of cations ([Wypych et al., 2005](#)).

### 4.3.2 Direct genotoxicity

Mineral fibres may directly induce genotoxicity by catalysing the generation of reactive oxygen species resulting in oxidized DNA bases and DNA strand breaks that can produce gene mutations if not adequately repaired ([IOM, 2006](#)). Both asbestos and erionite fibres can induce DNA damage mediated by reactive oxygen species. Asbestos fibres have also been shown to physically interfere with the mitotic apparatus, which may result in aneuploidy or polyploidy, and specific chromosomal alterations characteristic of asbestos-related cancer ([Jaurand, 1996](#)).

In addition to direct clastogenic and aneuploidogenic activities that may be induced following the translocation of asbestos fibres to target cell populations in the lungs, persistent inflammation and macrophage activation can secondarily generate additional reactive oxygen species, and reactive nitrogen species that can indirectly induce genotoxicity in addition to activation of intracellular signalling pathways, stimulation of cell proliferation and survival, and induction of epigenetic alterations (Fig. 4.2).

### 4.3.3 Indirect mechanisms

Asbestos fibres have unique and potent effects on alveolar macrophages that have been postulated to trigger the chain of events leading to chronic lung fibrosis (asbestosis), and lung cancer ([Shukla et al., 2003](#)). Macrophages express a variety of cell-surface receptors that bind to mineral fibres leading to phagocytosis, macrophage apoptosis, or macrophage activation. Receptors expressed by macrophages and other target cells in the lung that bind mineral fibres include MARCO, a scavenger receptor class A, and integrin receptors ([Boylan et al., 1995](#); [Gordon et al., 2002](#); [Arredouani et al., 2005](#)). Macrophage apoptosis has also been postulated to contribute to an increased incidence of auto-immune diseases in residents in Libby, Montana, USA, who are exposed to vermiculite contaminated with amphibole asbestos fibres ([Noonan et al., 2006](#); [Blake et al., 2008](#)).

Phagocytosis of asbestos fibres leads to the excess generation of reactive oxygen and nitrogen species by both direct (described in Sections 4.3.1 and 4.3.2), and indirect mechanisms ([Manning et al., 2002](#)). Alveolar macrophages phagocytize particulate materials and micro-organisms leading to assembly of NADPH oxidase in the phagolysosomal membrane that generates reactive oxygen species, which are potent antimicrobial agents. Asbestos fibres have elevated surface reactivity and redox-active iron that can generate hydroxyl radicals leading to lipid peroxidation, protein oxidation, and DNA damage resulting in lung injury that is amplified by persistent inflammation (Fig. 4.1 and 4.2). Recent investigations in genetically engineered mice have provided evidence for a key role of the NALP3 inflammasome as an intracellular sensor of the initial interactions between asbestos fibres and other crystals such as monosodium urate with macrophages ([Yu & Finlay, 2008](#)). The NALP3 inflammasome activates caspase-1 that cleaves IL-1β precursor to active IL-1β that is rapidly secreted ([Cassel et al., 2008](#); [Dostert et al., 2008](#)). This cytokine then triggers the recruitment and activation of additional inflammatory cells and the release of additional cytokines including TNF-α, IL-6, and IL-8 that perpetuate a prolonged inflammatory response to these biopersistent mineral dusts ([Shukla et al., 2003](#)).

Asbestos

**Fig. 4.2 Proposed mechanism for the carcinogenicity of asbestos fibres**



IL-1β, interleukin -1β; RNS, reactive nitrogen species; ROS, reactive oxygen species.
Aᴅᴀᴘᴛᴇᴅ from Shukla *et al.* (2003), Kane (2006), Nymark *et al.* (2008)

IARC MONOGRAPHS – 100C

The generation of reactive oxygen species by asbestos fibres has also been associated with inducing apoptosis in mesothelial cells (Broaddus *et al.*, 1996), and alveolar epithelial cells (Aljandali *et al.*, 2001).

Asbestos fibres have been shown to contribute to the transformation of a variety of target cells from different species *in vitro*, and to induce lung tumours and malignant pleural mesothelioma in rodents following chronic inhalation (Bernstein *et al.*, 2005). There are important species differences in the induction of asbestos-related cancers: rats are more susceptible to the induction of lung cancer, and hamsters are resistant to the induction of lung cancer but more susceptible to the development of malignant pleural mesothelioma (IARC, 2002). Subchronic inhalation studies using refractory ceramic fibres (RCF-1) suggest that the increased susceptibility of hamsters to developing malignant pleural mesothelioma may be related to greater translocation and accumulation of fibres in the pleural space, and an increased mesothelial cell proliferation in hamsters compared to rats (Gelzleichter *et al.*, 1999). There are serious limitations in extrapolating these species differences to humans. First, most human lung cancers, even in asbestos-exposed individuals, are confounded by tobacco smoke that has potent independent genotoxic effects as reviewed later in Section 4.4.1. Second, diffuse malignant mesothelioma in humans is usually diagnosed at an advanced stage, and there are no reliable premalignant changes or biomarkers that may provide clues about the molecular pathogenesis of mesothelioma associated with exposure to asbestos or erionite fibres (NIOSH, 2009).

A unifying mechanism based on the experimental in-vitro cellular and in-vivo rodent models is proposed in Fig. 4.2.

Recent biochemical studies have confirmed that oxidative damage to cytosine is a plausible biological mechanism leading to epigenetic alterations and development of cancer in association with persistent inflammation (Valinluck & Sowers, 2007). Neutrophils and macrophages are the source of reactive oxygen and nitrogen species triggered by phagocytosis of crystalline silica (quartz) or asbestos fibres. In addition, myeloperoxidase catalyses the formation of hypochlorous acid (HOCl) in neutrophils, and a specific peroxidase catalyses the formation of hypobromous acid (HOBr) in eosinophils (Babior, 2000). The formation of 8-oxoguanine, 5-hydroxymethylcytosine, or 5-hydroxycytosine interferes with DNA methylation and binding of methyl-CpG binding domains (MBDs). In contrast, chlorination or bromination of cytosine mimics 5-methylcytosine and induces heritable DNA methylation at previously unmethylated sites. Halogenated cytosines are also recognized by MBDs to facilitate chromatin remodelling. However, these modified bases are not recognized by DNA glycosylase, and are not repaired (Valinluck & Sowers, 2007).

This hypothesis linking heritable alterations in patterns of cytosine methylation with endogenous sources of oxidants released from inflammatory cells is a plausible explanation for the development of lung cancer and diffuse malignant mesothelioma associated with exposure to mineral fibres. Elevated neutrophils and eosinophils have been found in the pleural space following the inhalation of refractory ceramic fibres by hamsters and rats (Gelzleichter *et al.*, 1999). Furthermore, myeloperoxidase activity has been detected in rodent lungs following exposure to asbestos fibres, whereas a decreased lung inflammation was observed in asbestos-exposed myeloperoxidase-null mice (Haegens *et al.*, 2005). This indirect mechanism secondary to persistent inflammation may be responsible for altered epigenetic methylation profiles, which are characteristic of human malignant pleural mesotheliomas (Christensen *et al.*, 2009).

## 4.4 Susceptible populations

Both exogenous environmental and occupational exposures and endogenous factors including genetic susceptibility contribute to the development of lung cancer (NIOSH, 2009) and diffuse malignant mesothelioma (Weiner & Neragi-Miandoab, 2009). The best example of an exogenous exposure that is a major cofactor with asbestos fibres in the development of cancer of the larynx and of the lung is tobacco smoking (Table 4.3; Table 4.4; IARC, 2004; IOM, 2006). Additional environmental and occupational exposures are also risk factors for cancer of the larynx (Table 4.3) and of the lung (Table 4.4); these exposures are potential confounders in human epidemiological studies (IOM, 2006). Specific examples of these cofactors and other environmental and occupational exposures will be described in relationship to mechanisms of these cancers associated with mineral dust exposures.

### 4.4.1 Other risk factors for cancer of the lung and of the larynx, and diffuse malignant mesothelioma

#### (a) Tobacco smoke

Co-exposure to tobacco smoke and asbestos fibres is at least additive and possibly multiplicative in the development of lung cancer (Vainio & Boffetta, 1994). The inhalation of tobacco smoke (Walser et al., 2008) as well as mineral fibres is associated with excess generation of reactive oxygen and nitrogen metabolites, cell injury and apoptosis, and persistent lung inflammation (Shukla et al., 2003; IARC, 2004). Excess oxidant generation has been shown to enhance the penetration of asbestos fibres into respiratory epithelial cells, and to impair fibre clearance (McFadden et al., 1986; Churg et al., 1989), as well as altering the metabolism and detoxification of tobacco smoke carcinogens (Nymark et al., 2008). Asbestos fibres can also adsorb tobacco smoke

**Table 4.3 Risk factors for the development of cancer of the larynx**

| Exposure | Reference |
|----------|-----------|
| Active tobacco smoking | IARC (1986, 2004, 2012d) |
| Alcohol | IARC (1988, 2010, 2012d) |
| Mustard gas | IARC (1987a, 2012e) |
| Inorganic acid mists containing sulfuric acid | IARC (1992, 2012e) |
| Asbestos fibres | IOM (2006), IARC (2012b) |
| Human papilloma virus (HPV): types 6, 11, 16, 18 limited evidence | IARC (2007, 2012c) |

Compiled by the Working Group

carcinogens and metals and facilitate their transport into the lungs (IOM, 2006). Asbestos fibres have also been shown to activate growth-factor receptors and cell-signalling pathways that stimulate cell proliferation and promote cell survival (Albrecht et al., 2004). In summary, co-exposures to tobacco smoke and mineral fibres can amplify acquired genetic mutations induced by tobacco smoke carcinogens, and amplify cell proliferation in response to tissue injury leading to an increased risk for the development of cancer of the larynx and of the lung (Nymark et al., 2008).

#### (b) Other occupational and environmental exposures

Alcohol and occupational exposure to irritants (Table 4.3) also contribute to the development of cancer of the larynx. These irritants, similar to inhalation of tobacco smoke, can cause repeated episodes of injury to the respiratory epithelium, resulting in metaplasia and dysplasia (Olshan, 2006); these preneoplastic lesions may then acquire additional molecular alterations and progress towards the development of invasive lung or laryngeal carcinoma. Other occupational exposures responsible for the development of lung cancer include direct-acting carcinogens such as ionizing radiation (IARC, 2000, 2012a), and metals (reviewed in IARC, 2012b).

IARC MONOGRAPHS – 100C

**Table 4f4 Risk Factors For the development oFcancer oFthe lung**

| Exposure | Reference |
|---|---|
| Active anɒ passive tobacco smoking | IARC (2004, 2012ɒ) |
| Ionizing raɒiation | IARC (2000, 2012a) |
| Respirable ɒusts anɒ fibres: | |
| Asbestos | IARC (1987a, 2012b) |
| Talc containing asbestiform fibres | IARC (1987a, 2012b) |
| Erionite | IARC (1987a, 2012b) |
| Crystalline silica (quartz) | IARC (1997, 2012b) |
| Vermiculite contaminateɒ with asbestos fibres | Amanɒus & Wheeler (1987), McDonalɒ et al. (2004), IARC (2012b) |
| Bis(chloromethyl)ether anɒ chloromethyl methyl ether | IARC (1987a, 2012e) |
| Arsenic anɒ arsenic compounɒs | IARC (1987a, 2012b) |
| Beryllium | IARC (1993, 2012b) |
| Caɒmium anɒ caɒmium compounɒs | IARC (1993, 2012b) |
| Hexavalent chromium | IARC (1990, 2012b) |
| Nickel sulfate, oxiɒes, anɒ sulfiɒes | IARC (1990, 2012b) |
| Soots | IARC (1985, 1987a, 2012e) |

Compiled by the Working Group

fh e strongest risk factors associateɒ with the ɒevelopment of ɒifɩuse malignant mesothelioma incluɒe environmental or occupational exposures to erionite, asbestos fibres, anɒ talc or vermiculite contaminateɒ with asbestos fibres (Table 4.5; NIOSH, 2009). It is unknown whether the carcinogenic eɩects of exposure to mixeɒ ɒusts contaminateɒ with asbestos fibres can be entirely attributeɒ to the asbestos fibres or whether co-exposure to talc or vermiculite ɒusts potentiates the retention anɒ/or biological activity of asbestos fibres *in vivo* (Davis, 1996). fh e occurrence of talc pneumoconiosis anɒ its relationship to other mineral ɒust contaminants incluɒing quartz anɒ tremolite was recently revieweɒ (IARC, 2010). In-vitro assays of talc cytotoxicity were also summarizeɒ (IARC, 2010). No experimental stuɒies have been publisheɒ assessing the cytotoxicity of vermiculite contaminateɒ with asbestos fibres. A sample of the mixture of amphibole fibres associateɒ with Libby vermiculite ore has been shown to inɒuce cytotoxicity anɒ oxiɒative stress in macrophages *in vitro* (Blake et al., 2007).

(c) *SV40 and HPV viruses*

Two human DNA tumour viruses have been linkeɒ with an increaseɒ risk for cancer of the larynx (Table 4.3; high-risk subtypes of human papillomavirus (HPV)) anɒ ɒifɩuse malignant mesothelioma (Table 4.5; Simian virus 40 (SV40)).

fh e eviɒence for HPV 16 in the ɒevelopment of cancer of the larynx has been evaluateɒ as limiteɒ, although it has been implicateɒ as an inɒepenɒent risk factor in the ɒevelopment of other squamous cell carcinomas arising in the heaɒ anɒ neck region (IARC, 2007, 2012c).

fh e association between exposure to SV40 anɒ asbestos fibres in the ɒevelopment of ɒifɩuse malignant mesothelioma is highly controversial (Butel & Leɒnicky, 1999; Gazɒar et al., 2002; Shah, 2004; IOM, 2006). SV40 is not an essential cofactor for the ɒevelopment of mesothelioma; for example, resiɒents of the Cappaɒocian villages in Turkey have a very high risk for ɒifɩuse malignant mesothelioma but ɒo not have eviɒence of SV40 exposure (Dogan et al., 2006). Although there are several in-vitro mechanistic

**Table 4.5 Risk factors for the development of diffuse malignant mesothelioma**

| Exposure | Reference |
|---|---|
| Asbestos fibres | IARC (1987a, 2012b) |
| Erionite | IARC (1987a, 2012b) |
| Talc containing asbestiform fibres | IARC (1987a, 2012b) |
| Vermiculite contaminated with asbestos fibres | Amandus & Wheeler (1987), IARC (1987a, 2012e), McDonald et al. (2004) |
| Th orotrast | IARC (2001, 2012a) |

Compiled by the Working Group

studies that support a role for SV40 viral oncogenes in the transformation of mesothelial cells, the human epidemiological evidence is inconclusive to support a causal association (Weiner & Neragi-Miandoab, 2009).

### 4.4.2 Genetic susceptibility

#### (a) Cancer of the lung

Tobacco smoke is the major cause of cancer of the lung; however, only a few rare hereditary syndromes are associated with an increased risk of lung, as well as other cancers: Bloom syndrome, Li-Fraumeni syndrome, and hereditary retinoblastoma (Lindor et al., 2006). Other genetic polymorphisms in genes related to the metabolism and detoxification of tobacco smoke carcinogens, antioxidant defenses, and DNA repair have been suggested as predisposing factors for the development of lung cancer, although individually they contribute minimally to an increased risk (IOM, 2006). Attempts have been made to identify genetic polymorphisms in enzymes involved in xenobiotic metabolism and antioxidant defense that increase the risk for asbestos-related lung cancer; however, no consistent associations have been found (Nymark et al., 2008).

#### (b) Diffuse malignant mesothelioma

With the exception of certain populations who have been exposed environmentally to asbestos or erionite fibres since birth (NIOSH, 2009), the development of diffuse malignant mesothelioma even in occupationally exposed workers is less common than the development of lung cancer (Nymark et al., 2008). This observation has led to the hypothesis that there may be a genetic predisposition to the development of diffuse malignant mesothelioma following exposure to asbestos or erionite fibres. Isolated case reports provide examples of diffuse malignant mesothelioma in patients with neurofibromatosis type 2 (Baser et al., 2002) or Li-Fraumeni syndrome (Heineman et al., 1996) who are also exposed to asbestos. Several reports of familial cases of diffuse malignant mesothelioma are complicated by a common household exposure history (Weiner & Neragi-Miandoab, 2009). The strongest association between environmental exposure to erionite and genetic susceptibility to diffuse malignant mesothelioma has been provided by pedigree analysis of residents in the Cappadocia region of Turkey (Dogan et al., 2006). However, there is skepticism about the accuracy of this analysis, and a recent review indicated that familial clusters can account for only 1.4% of cases of mesothelioma in Italy between 1978–2005 (Ascoli et al., 2007; Ugolini et al., 2008). One study has reported an association between genetic polymorphisms in the X-ray complementing group 1 gene (XRCC1) and the development of malignant mesothelioma in a population exposed to asbestos fibres (Dianzani et al., 2006). More sensitive genome-wide association studies may uncover new markers for genetic susceptibility that predict increase risks of developing diffuse malignant mesothelioma following exposure to asbestos or erionite fibres.

## 4.5 Synthesis

The mechanistic basis for asbestos carcinogenicity is a complex interaction between crystalline mineral fibres and target cells *in vivo*. The most important physicochemical properties of asbestos fibres related to pathogenicity are surface chemistry and reactivity, surface area, fibre dimensions, and biopersistence. Multiple direct and indirect mechanisms have been proposed based on numerous in-vitro cellular assays, and acute and subchronic animal bioassays. These complex mechanisms most likely interact at multiple stages during the development of lung cancer and diffuse malignant mesothelioma.

The following general mechanisms have been proposed for the carcinogenicity of asbestos fibres (Fig. 4.1; Fig. 4.2):

1. Direct interaction between asbestos fibres and target cells *in vitro*:

- Asbestos and erionite fibres have been shown to generate free radicals that directly induce genotoxicity as assessed by DNA breaks and oxidized bases in DNA.
- Asbestos fibres have also been shown to interfere with the mitotic apparatus by direct physical interaction resulting in aneuploidy and polyploidy.

2. Indirect mechanisms:

- In laboratory animals, asbestos fibres have been shown to induce macrophage activation and persistent inflammation that generate reactive oxygen and nitrogen species contributing to tissue injury, genotoxicity, and epigenetic alterations. Persistent inflammation and chronic oxidative stress have been associated with the activation of intracellular signalling pathways, resistance to apoptosis, and stimulation of cell proliferation.

There are significant species differences in the responses of the respiratory tract to the inhalation of asbestos fibres. The biological mechanisms responsible for these species differences are unknown. Based on comparative animal experimental studies, there may be differences in deposition and clearance of fibres in the lungs, in severity of fibrosis, in kinetics of translocation of fibres to the pleura, and in levels or types of antioxidant defense mechanisms.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite). Asbestos causes mesothelioma and cancer of the lung, larynx, and ovary. Also positive associations have been observed between exposure to all forms of asbestos and cancer of the pharynx, stomach, and colorectum. For cancer of the colorectum, the Working Group was evenly divided as to whether the evidence was strong enough to warrant classification as *sufficient*.

There is *sufficient evidence* in experimental animals for the carcinogenicity of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite and anthophyllite).

All forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite and anthophyllite) are *carcinogenic to humans (Group 1).*

## References

ACGIH (2007). Documentation of the TLVs and BEIs with Other Worldwide Occupational Exposure Values - 2007, Cincinnati, OH [CD-ROM]

Acheson ED, Gardner MJ, Pippard EC, Grime LP (1982). Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *Br J Ind Med*, 39: 344–348. PMID:6291580

Addison J & Davies LS (1990). Analysis of amphibole asbestos in chrysotile and other minerals. *Ann Occup Hyg*, 34: 159–175. doi:10.1093/annhyg/34.2.159 PMID:2169219

Albin M, Jakobsson K, Attewell R *et al.* (1990). Mortality and cancer morbidity in cohorts of asbestos cement workers and referents. *Br J Ind Med*, 47: 602–610. PMID:2207031

Albin M, Magnani C, Krstev S *et al.* (1999). Asbestos and cancer: An overview of current trends in Europe. *Environ Health Perspect*, 107: Suppl 2289–298. PMID:10350513

Albrecht C, Borm PJ, Unfried K (2004). Signal transduction pathways relevant for neoplastic effects of fibrous and non-fibrous particles. *Mutat Res*, 553: 23–35. PMID:15288530

Albieri E, Ghigo D, Tomatis M *et al.* (2001). Iron inhibits the nitric oxide synthesis elicited by asbestos in murine macrophages. *Free Radic Biol Med*, 31: 412–417. DOI:10.1016/S0891-5849(01)00612-8 PMID:11461780

Aliyu OA, Cullen MR, Barnett MJ *et al.* (2005). Evidence for excess cancer of the colorectum incidence among asbestos-exposed men in the Beta-Carotene and Retinol Efficacy Trial. *Am J Epidemiol*, 162: 868–878. DOI:10.1093/aje/kwi285 PMID:16177148

Aljandali A, Pollack H, Yeldandi A *et al.* (2001). Asbestos causes apoptosis in alveolar epithelial cells: role of iron-induced free radicals. *J Lab Clin Med*, 137: 330–339. DOI:10.1067/mlc.2001.114826 PMID:11329530

Altomare DA, Vaslet CA, Skele KL *et al.* (2005). A mouse model recapitulating molecular features of human mesothelioma. *Cancer Res*, 65: 8090–8095. DOI:10.1158/0008-5472.CAN-05-2312 PMID:16166281

Amandus HE & Wheeler R (1987). fh e morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite: Part II. Mortality. *Am J Ind Med*, 11: 15–26. DOI:10.1002/ajim.4700110103 PMID:3028136

Amandus HE, Wheeler R, Jankovic J, Tucker J (1987). fh e morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite: Part I. Exposure estimates. *Am J Ind Med*, 11: 1–14. DOI:10.1002/ajim.4700110102 PMID:3028135

Anderson HA, Lilis R, Daum SM *et al.* (1976). Household-contact asbestos neoplastic risk. *Ann N Y Acad Sci*, 271: 1 Neoplasia in311–323. DOI:10.1111/j.1749-6632.1976.tb23127.x PMID:1069520

Apostolou S, Balsara BR, Testa JR *et al.* (2006). Cytogenetics of malignant mesothelioma. In: *Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational fft erapies*. New York: Springer Science & Business Media, Inc., pp. 101–111.

Arredouani MS, Palecanda A, Koziel H *et al.* (2005). MARCO is the major binding receptor for unopsonized particles and asbestos on human alveolar macrophages. *J Immunol*, 175: 6058–6064. PMID:16237101

Ascoli V, Cavone D, Merler E *et al.* (2007). Mesothelioma in blood related subjects: report of 11 clusters among 1954 Italy cases and review of the literature. *Am J Ind Med*, 50: 357–369. DOI:10.1002/ajim.20451 PMID:17407142

ATSDR (2001). Toxicological Profile for Asbestos (TP-61). US Dept. of Health & Human Services.

Aust AE & Eveleigh JF (1999). Mechanisms of DNA oxidation. *Proc Soc Exp Biol Med*, 222: 246–252. DOI:10.1046/j.1525-1373.1999.d01-141.xPMID:10601883

Babior BM (2000). Phagocytes and oxidative stress. *Am J Med*, 109: 33–44. DOI:10.1016/S0002-9343(00)00481-2 PMID:10936476

Baldys A & Aust AE (2005). Role of iron in inactivation of epidermal growth factor receptor after asbestos treatment of human lung and pleural target cells. *Am J Respir Cell Mol Biol*, 32: 436–442. DOI:10.1165/rcmb.2004-0133OC PMID:15626777

Baris I, Simonato L, Artvinli M *et al.* (1987). Epidemiologicalal and environmental evidence of the health effects of exposure to erionite fibres: a four-year study in the Cappadocian region of Turkey. *Int J Cancer*, 39: 10–17. DOI:10.1002/ijc.2910390104 PMID:3025107

Baris YI & Grandjean P (2006). Prospective study of mesothelioma mortality in Turkish villages with exposure to fibrous zeolite. *J Natl Cancer Inst*, 98: 414–417. DOI:10.1093/jnci/djj106 PMID:16537834

Baser ME, De Rienzo A, Altomare D *et al.* (2002). Neurofibromatosis 2 and malignant mesothelioma. *Neurology*, 59: 290–291. PMID:12136076

Bégin R, Gauthier JJ, Desmeules M, Ostiguy G (1992). Work-related mesothelioma in Québec, 1967–1990. *Am J Ind Med*, 22: 531–542. DOI:10.1002/ajim.4700220408 PMID:1332466

Berman DW & Crump KS (2008a). A meta-analysis of asbestos-related cancer risk that addresses fibre size and mineral type. *Crit Rev Toxicol*, 38: Suppl 149–73. DOI:10.1080/10408440802273156 PMID:18686078

Berman DW & Crump KS (2008b). Update of potency factors for asbestos-related lung cancer and mesothelioma. *Crit Rev Toxicol*, 38: Suppl 11–47. DOI:10.1080/10408440802276167 PMID:18671157

Bernstein D, Castranova V, Donaldson K *et al.* (2005). Testing of fibrous particles: short-term assays and strategies. *Inhal Toxicol*, 17: 497–537. PMID:16040559.

Berrino F, Richiardi L, Boffetta P *et al.* Milan JEM Working Group (2003). Occupation and larynx and hypopharynx cancer: a job-exposure matrix approach in an international case–control study in France, Italy, Spain and Switzerland. *Cancer Causes Control*, 14: 213–223. DOI:10.1023/A:1023661206177 PMID:12814200

Berry G (1999). Models for mesothelioma incidence following exposure to fibres in terms of timing and duration of exposure and the biopersistence of the fibres. *Inhal Toxicol*, 11: 111–130. DOI:10.1080/089583799197203 PMID:10380162

Berry G, Newhouse ML, Wagner JC (2000). Mortality from all cancers of asbestos factory workers in east London 1933–80. *Occup Environ Med*, 57: 782–785. DOI:10.1136/oem.57.11.782 PMID:11024203

Bertolotti M, Ferrante D, Mirabelli D et al. (2008). Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy) Epidemiol Prev, 32: 218–228. PMID:19186504

Blake DJ, Bolin CM, Cox DP et al. (2007). Internalization of Libby amphibole asbestos and induction of oxidative stress in murine macrophages. Toxicol Sci, 99: 277–288. DOI:10.1093/toxsci/kfm166 PMID:17578862

Blake DJ, Wetzel SA, Pfau JC (2008). Autoantibodies from mice exposed to Libby amphibole asbestos bind SSA/Ro52-enriched apoptotic blebs of murine macrophages. Toxicology, 246: 172–179. DOI:10.1016/j.tox.2008.01.008 PMID:18295955

Blount AM (1991). Amphibole content of cosmetic and pharmaceutical talcs. Environ Health Perspect, 94: 225–230. DOI:10.2307/3431315 PMID:1659533

Boutin C, Dumortier P, Rey F et al. (1996). Black signs concentrate oncogenic asbestos fibres in the parietal pleura. A oracoscopic and mineralogic study. Am J Respir Crit Care Med, 153: 444–449. PMID:8542156

Boylan AM, Sanan DA, Sheppard D, Broaddus VC (1995). Vitronectin enhances internalization of crocidolite asbestos by rabbit pleural mesothelial cells via the integrin alpha v beta 5. J Clin Invest, 96: 1987–2001. DOI:10.1172/JCI118246 PMID:7560092

Broaddus VC, Yang L, Scavo LM et al. (1996). Asbestos induces apoptosis of human and rabbit pleural mesothelial cells via reactive oxygen species. J Clin Invest, 98: 2050–2059. DOI:10.1172/JCI119010 PMID:8903324

Bruno C, Comba P, Zona A (2006). Adverse health effects of fluoro-edenitic fibers: epidemiological evidence and public health priorities. Ann N Y Acad Sci, 1076: 778–783. DOI:10.1196/annals.1371.020 PMID:17119254

Butel JS & Lednicky JA (1999). Cell and molecular biology of simian virus 40: implications for human infections and disease. J Natl Cancer Inst, 91: 119–134. DOI:10.1093/jnci/91.13.1166a PMID:9923853

Cacciotti P, Mutti L, Gaudino G (2006). Growth factors and malignant mesothelioma. In: Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational ff erapies. Pass HI, Vogelzang NJ Carbone M, editors. New York: Springer Science & Business Media, Inc., pp. 112-123.

Camus M, Siemiatycki J, Meek B (1998). Nonoccupational exposure to chrysotile asbestos and the risk of lung cancer. N Engl J Med, 338: 1565–1571. DOI:10.1056/NEJM199805283382201 PMID:9603793

Cantor KP (1997). Drinking water and cancer. Cancer Causes Control, 8: 292–308. DOI:10.1023/A:1018444902486 PMID:9498894

Cassel SL, Eisenbarth SC, Iyer SS et al. (2008). fh e Nalp3 inflammasome is essential for the development of silicosis. Proc Natl Acad Sci USA, 105: 9035–9040. DOI:10.1073/pnas.0803933105 PMID:18577586

Catalano A, Strizzi L, Procopio A (2005). Angiogenesis and mesothelioma. In: Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational fft erapies. Pass HI, Vogelzang NJ, Carbone M, editors. New York: Springer Science & Business Media, Inc., pp. 141-150.

Christensen BC, Godleski JJ, Marsit CJ et al. (2008). Asbestos exposure predicts cell cycle control gene promoter methylation in pleural mesothelioma. Carcinogenesis, 29: 1555–1559. DOI:10.1093/carcin/bgn059 PMID:18310086

Christensen BC, Houseman EA, Godleski JJ et al. (2009). Epigenetic profiles distinguish pleural mesothelioma from normal pleura and predict lung asbestos burden and clinical outcome. Cancer Res, 69: 227–234. DOI:10.1158/0008-5472.CAN-08-2586 PMID:19118007

Churg A, Hobson J, Berean K, Wright J (1989). Scavengers of active oxygen species prevent cigarette smoke-induced asbestos fibre penetration in rat tracheal explants. Am J Pathol, 135: 599–603. PMID:2801882

Churg A, Sun J, Zay K (1998). Cigarette smoke increases amosite asbestos fibre binding to the surface of tracheal epithelial cells. Am J Physiol, 275: L502–L508. PMID:9728044

Churg A & Warnock ML (1980). Asbestos fibres in the general population. Am Rev Respir Dis, 122: 669–678. PMID:7445151

Cocco P, Palli D, Buiatti E et al. (1994). Occupational exposures as risk factors for gastric cancer in Italy. Cancer Causes Control, 5: 241–248. DOI:10.1007/BF01830243 PMID:8061172

Cofhn DL, Cook PM, Creason JP (1992). Relative mesothelioma induction in rats by mineral fibres: comparison with residual pulmonary mineral fibre number and epidemiology. Inhal Toxicol, 4: 273–300. DOI:10.3109/08958379209145671

Comba P, Gianfagna A, Paoletti L (2003). Pleural mesothelioma cases in Biancavilla are related to a new fluoro-edenite fibrous amphibole. Arch Environ Health, 58: 229–232. DOI:10.3200/AEOH.58.4.229-232 PMID:14655903

Conforti PM, Kanarek MS, Jackson LA et al. (1981). Asbestos in drinking water and cancer in the San Francisco Bay Area: 1969–1974 incidence. J Chronic Dis, 34: 211–224. DOI:10.1016/0021-9681(81)90065-5 PMID:7240361

Cullen MR (1996). fh e amphibole hypothesis of asbestos-related cancer–gone but not forgotten. Am J Public Health, 86: 158–159. DOI:10.2105/AJPH.86.2.158 PMID:8633728

Cullen MR & Baloyi RS (1991). Chrysotile asbestos and health in Zimbabwe: I. Analysis of miners and millers compensated for asbestos-related diseases since independence (1980). Am J Ind Med, 19: 161–169. DOI:10.1002/ajim.4700190204 PMID:1847001

Cullen RT, Searl A, Buchanan D et al.R. T.Cullen, A. Searl, D. Buchanan (2000). Pathogenicity of a special-purpose glass microfibre (E glass) relative to

another glass microfibre and amosite asbestos. *Inhal Toxicol*, 12: 959–977. doi:10.1080/08958370050138012 PMID:10989371

Davis1996). Mixed fibrous and non-fibrous dusts exposures and interactions between agents in fibre carcinogenesis. IARC Sci Pub, 140:127

Davis JM, Addison J, Bolton RE *et al.* (1985). Inhalation studies on the effects of tremolite and brucite dust in rats. *Carcinogenesis*, 6: 667–674. doi:10.1093/carcin/6.5.667 PMID:2988806

Davis JM, Addison J, Bolton RE *et al.* (1986a). Inhalation and injection studies in rats using dust samples from chrysotile asbestos prepared by a wet dispersion process. *Br J Exp Pathol*, 67: 113–129. PMID:3004552

Davis JM, Addison J, Bolton RE *et al.* (1986b). fh e pathogenicity of long versus short fibre samples of amosite asbestos administered to rats by inhalation and intraperitoneal injection. *Br J Exp Pathol*, 67: 415–430. PMID:2872911

Davis JM, Beckett ST, Bolton RE *et al.* (1978). Mass and number of fibres in the pathogenesis of asbestos-related lung disease in rats. *Br J Cancer*, 37: 673–688. PMID:656299

Davis JM, Beckett ST, Bolton RE, Donaldson K (1980a). fh e effects of intermittent high asbestos exposure (peak dose levels) on the lungs of rats. *Br J Exp Pathol*, 61: 272–280. PMID:7426382

Davis JM, Beckett ST, Bolton RE, Donaldson K (1980b). A comparison of the pathological effects in rats of the UICC reference samples of amosite and chrysotile with those of amosite and chrysotile collected from the factory environment. *IARC Sci Publ*, 30: 285–292. PMID:7239647

Davis JM, Bolton RE, Douglas AN *et al.* (1988). Effects of electrostatic charge on the pathogenicity of chrysotile asbestos. *Br J Ind Med*, 45: 292–299. PMID:2837270

Davis JM, Bolton RE, Miller BG, Niven K (1991b). Mesothelioma dose response following intraperitoneal injection of mineral fibres. *Int J Exp Pathol*, 72: 263–274. PMID:1843255

Davis JM, Brown DM, Cullen RT *et al.* (1996). A comparison of methods of determining and predicting pathogenicity of mineral fibres. *Inhal Toxicol*, 8: 747–770. doi:10.3109/08958379608995209

Davis JM & Jones AD (1988). Comparisons of the pathogenicity of long and short fibres of chrysotile asbestos in rats. *Br J Exp Pathol*, 69: 717–737. PMID:2848570

Davis JM, Jones AD, Miller BG (1991a). Experimental studies in rats on the effects of asbestos inhalation coupled with the inhalation of titanium dioxide or quartz. *Int J Exp Pathol*, 72: 501–525. PMID:1742204

Dement JM & Brown DP (1994). Lung cancer mortality among asbestos textile workers: a review and update. *Ann Occup Hyg*, 38: 525–532, 412. doi:10.1093/annhyg/38.4.525 PMID:7978974

Dement JM, Brown DP, Okun A (1994). Follow-up study of chrysotile asbestos textile workers: cohort mortality and case–control analyses. *Am J Ind Med*, 26: 431–447. doi:10.1002/ajim.4700260402 PMID:7810543

Dement JM, Kuempel ED, Zumwalde RD *et al.* (2008). Development of a fibre size-specific job-exposure matrix for airborne asbestos fibres. *Occup Environ Med*, 65: 605–612. doi:10.1136/oem.2007.033712 PMID:17984198

Demers RY, Burns PB, Swanson GM (1994). Construction occupations, asbestos exposure, and cancer of the colon and rectum. *J Occup Med*, 36: 1027–1031. PMID:7823215

Dianzani I, Gibello L, Biava A *et al.* (2006). Polymorphisms in DNA repair genes as risk factors for asbestos-related malignant mesothelioma in a general population study. *Mutat Res*, 599: 124–134. PMID:16564556

Dodson RF & Atkinson MA (2006). Measurements of asbestos burden in tissues. *Ann N Y Acad Sci*, 1076: 281–291. doi:10.1196/annals.1371.015 PMID:17119209

Dodson RF, Atkinson MA, Levin JL (2003). Asbestos fibre length as related to potential pathogenicity: a critical review. *Am J Ind Med*, 44: 291–297. doi:10.1002/ajim.10263 PMID:12929149

Dodson RF, Graef R, Shepherd S *et al.* (2005). Asbestos burden in cases of mesothelioma from individuals from various regions of the United States. *Ultrastruct Pathol*, 29: 415–433. doi:10.1080/019131290945682 PMID:16257868

Dodson RF, Shepherd S, Levin J, Hammar SP (2007). Characteristics of asbestos concentration in lung as compared to asbestos concentration in various levels of lymph nodes that collect drainage from the lung. *Ultrastruct Pathol*, 31: 95–133. doi:10.1080/01913120701423907 PMID:17613992

Dodson RF, Williams MG Jr, Corn CJ *et al.* (1990). Asbestos content of lung tissue, lymph nodes, and pleural plaques from former shipyard workers. *Am Rev Respir Dis*, 142: 843–847. PMID:2171386

Dogan AU, Baris YI, Dogan M *et al.* (2006). Genetic predisposition to fibre carcinogenesis causes a mesothelioma epidemic in Turkey. *Cancer Res*, 66: 5063–5068. doi:10.1158/0008-5472.CAN-05-4642 PMID:16707428

Dogan AU, Dogan M, Hoskins JA (2008). Erionite series minerals: mineralogical and carcinogenic properties. *Environ Geochem Health*, 30: 367–381. doi:10.1007/s10653-008-9165-x PMID:18347916

Doll R (1955). Mortality from lung cancer in asbestos workers. *Br J Ind Med*, 12: 81–86. PMID:14363586

Donaldson K & Golyasnya N (1995). Cytogenetic and pathogenic effects of long and short amosite asbestos. *J Pathol*, 177: 303–307. doi:10.1002/path.1711770313 PMID:8551393

Donaldson K, Li XY, Dogra S *et al.* (1992). Asbestos-stimulated tumour necrosis factor release from alveolar macrophages depends on fibre length and opsonization.

*J Pathol*, 168: 243–248. doi:10.1002/path.1711680214 PMID:1334143

Donaldson K & Tran CL (2004). An introduction to the short-term toxicology of respirable industrial fibres. *Mutat Res*, 553: 5–9. PMID:15288528

Dostert C, Pétrilli V, Van Bruggen R et al. (2008). Innate immune activation through Nalp3 inflammasome sensing of asbestos and silica. *Science*, 320: 674–677. doi:10.1126/science.1156995 PMID:18403674

Dumortier P, Coplü L, Broucke I et al. (2001). Erionite bodies and fibres in bronchoalveolar lavage fluid (BALF) of residents from Tuzköy, Cappadocia, Turkey. *Occup Environ Med*, 58: 261–266. doi:10.1136/oem.58.4.261 PMID:11245743

Dumortier P, De Vuyst P, Yernault JC (1989). Non-fibrous inorganic particles in human bronchoalveolar lavage fluids. *Scanning Microsc*, 3: 1207–1216, discussion 1217–1218. PMID:2561220

Edelman DA (1988). Exposure to asbestos and the risk of gastrointestinal cancer: a reassessment. *Br J Ind Med*, 45: 75–82. PMID:3342198

Enterline PE, Hartley J, Henderson V (1987). Asbestos and cancer: a cohort followed up to death. *Br J Ind Med*, 44: 396–401. PMID:3606968

Esteller M (2005). Dormant hypermethylated tumour suppressor genes: questions and answers. *J Pathol*, 205: 172–180. doi:10.1002/path.1707 PMID:15643671

EU (1999). Commission Directive 1999/77/EC of 26 July 1999. Official Journal of the European Communities. [L207/18 – L207/20]

EU (2003). Directive 2003/18/EC of the European Parliament and of the Council of 27 March 2003 amending Council Directive 83/477/EEC on the protection of workers from the risks related to exposure to asbestos at work. Official Journal L 097, 15/04/2003 P. 0048 – 0052.

Fach E, Kristovich R, Long JF et al. (2003). The effect of iron on the biological activities of erionite and mordenite. *Environ Int*, 29: 451–458. doi:10.1016/S0160-4120(02)00193-9 PMID:12705942

Favero-Longo SE, Turci F, Tomatis M et al. (2005). Chrysotile asbestos is progressively converted into a non-fibrous amorphous material by the chelating action of lichen metabolites. *J Environ Monit*, 7: 764–766. doi:10.1039/b507569f PMID:16049575

Favero-Longo SE, Turci F, Tomatis M et al. (2009). The effect of weathering on ecopersistence, reactivity, and potential toxicity of naturally occurring asbestos and asbestiform mineral. *J Toxicol Environ Health A*, 72: 305–314. PMID:19184746.

Feron VJ, Scherrenberg PM, Immel HR, Spit BJ (1985). Pulmonary response of hamsters to fibrous glass: chronic effects of repeated intratracheal instillation with or without benzo[a]pyrene. *Carcinogenesis*, 6: 1495–1499. doi:10.1093/carcin/6.10.1495 PMID:4042277

Ferrante D, Bertolotti M, Todesco A et al. (2007). Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy. *Environ Health Perspect*, 115: 1401–1405. PMID:17938727

Finkelstein MM (1983). Mortality among long-term employees of an Ontario asbestos-cement factory. *Br J Ind Med*, 40: 138–144. PMID:6830709

Fredriksson M, Bengtsson NO, Hardell L, Axelson O (1989). Colon cancer, physical activity, and occupational exposures. A case–control study. *Cancer*, 63: 1838–1842. doi:10.1002/1097-0142(19900501)63:9<1838::AID-CNCR2820630930>3.0.CO;2-4 PMID:2702592

Frumkin H & Berlin J (1988). Asbestos exposure and gastrointestinal malignancy review and meta-analysis. *Am J Ind Med*, 14: 79–95. doi:10.1002/ajim.4700140110 PMID:3044065

Fubini B (1997). Surface reactivity in the pathogenic response to particulates. *Environ Health Perspect*, 105: Suppl 51013–1020. doi:10.2307/3433502 PMID:9400693

Fubini B & Fenoglio I (2007). Toxic potential of mineral dusts. *Elements*, 3: 407–414. doi:10.2113/GSELEMENTS.3.6.407

Fubini B, Mollo L, Giamello E (1995). Free radical generation at the solid/liquid interface in iron containing minerals. *Free Radic Res*, 23: 593–614. doi:10.3109/10715769509065280 PMID:8574353

Fubini B & Otero Areán C (1999). Chemical aspects of the toxicity of inhaled mineral dusts. *Chem Soc Rev*, 28: 373–381. doi:10.1039/a805639k

Gamble J (2008). Risk of gastrointestinal cancers from inhalation and ingestion of asbestos. *Regul Toxicol Pharmacol*, 52: SupplS124–S153. doi:10.1016/j.yrtph.2007.10.009 PMID:18078700

Garabrant DH, Peters RK, Homa DM (1992). Asbestos and colon cancer: lack of association in a large case–control study. *Am J Epidemiol*, 135: 843–853. PMID:1585897

Gardner MJ, Winter PD, Pannett B, Powell CA (1986). Follow up study of workers manufacturing chrysotile asbestos cement products. *Br J Ind Med*, 43: 726–732. PMID:3024695

Gazdar AF, Butel JS, Carbone M (2002). SV40 and human tumours: myth, association or causality? *Nat Rev Cancer*, 2: 957–964. doi:10.1038/nrc947 PMID:12459734

Gazzano E, Foresti E, Lesci IG et al. (2005). Different cellular responses evoked by natural and stoichiometric synthetic chrysotile asbestos. *Toxicol Appl Pharmacol*, 206: 356–364. doi:10.1016/j.taap.2004.11.021 PMID:16039947

Gazzano E, Turci F, Foresti E et al. (2007). Iron-loaded synthetic chrysotile: a new model solid for studying the role of iron in asbestos toxicity. *Chem Res Toxicol*, 20: 380–387. doi:10.1021/tx600354f PMID:17315889

Gelzleichter TR, Bermudez E, Mangum JB et al. (1999). Comparison of pulmonary and pleural responses of rats and hamsters to inhaled refractory ceramic fibres.

Toxicol Sci, 49: 93–101. doi:10.1093/toxsci/49.1.93 PMID:10367346

Gerhardsson de Verdier M, Plato N, Steineck G, Peters JM (1992). Occupational exposures and cancer of the colon and rectum. Am J Ind Med, 22: 291–303. doi:10.1002/ajim.4700220303 PMID:1519614

Germani D, Belli S, Bruno C et al. (1999). Cohort mortality study of women compensated for asbestosis in Italy. Am J Ind Med, 36: 129–134. doi:10.1002/(SICI)1097-0274(199907)36:1<129::AID-AJIM18>3.0.CO;2-9 PMID:10361597

Ghio AJ, Churg A, Roggli VL (2004). Ferruginous bodies: implications in the mechanism of fibre and particle toxicity. Toxicol Pathol, 32: 643–649. doi:10.1080/01926230490885733 PMID:15513907

Ghio AJ, Kadiiska MB, Xiang QH, Mason RP (1998). In vivo evidence of free radical formation after asbestos instillation: an ESR spin trapping investigation. Free Radic Biol Med, 24: 11–17. doi:10.1016/S0891-5849(97)00063-4 PMID:9436609

Ghio AJ, LeFurgey A, Roggli VL (1997). In vivo accumulation of iron on crocidolite is associated with decrements in oxidant generation by the fibre. J Toxicol Environ Health, 50: 125–142. doi:10.1080/009841097160537 PMID:9048957

Ghio AJ, Stonehuerner J, Richards J, Devlin RB (2008). Iron homeostasis in the lung following asbestos exposure. Antioxid Redox Signal, 10: 371–377. doi:10.1089/ars.2007.1909 PMID:17999626

Ghio AJ, Zhang J, Piantadosi CA (1992). Generation of hydroxyl radical by crocidolite asbestos is proportional to surface [Fe3+]. [Fe3+]Arch Biochem Biophys, 298: 646–650. doi:10.1016/0003-9861(92)90461-5 PMID:1329664

Gibbs AR, Stephens M, Grifhths DM et al. (1991). Fibre distribution in the lungs and pleura of subjects with asbestos related diffuse pleural fibrosis. Br J Ind Med, 48: 762–770. PMID:1659443

Gibbs GW & Hwang CY (1975). Physical parameters of airborne asbestos fibres in various work environments-preliminary findings. Am Ind Hyg Assoc J, 36: 459–466. PMID:1229888

Gibbs GW & Hwang CY (1980). Dimensions of airborne asbestos fibres. IARC Sci Publ, 30: 69–78. PMID:7239672

Glickman LT, Domanski LM, Maguire TG et al. (1983). Mesothelioma in pet dogs associated with exposure of their owners to asbestos. Environ Res, 32: 305–313. doi:10.1016/0013-9351(83)90114-7 PMID:6641667

Gloyne SR (1935). Two cases of squamous carcinoma of the lung occurring in asbestosis. Tubercle, 17: 5–10. doi:10.1016/S0041-3879(35)80795-2

Goldberg MS, Parent ME, Siemiatycki J et al. (2001). A case–control study of the relationship between the risk of colon cancer in men and exposures to occupational agents. Am J Ind Med, 39: 531–546. doi:10.1002/ajim.1052 PMID:11385637

Goldstein B & Coetzee FS (1990). Experimental malignant mesothelioma in baboons. Suid-Afrik. Tydskrift voor Wetenskap, 86: 89–93.

Goldstein B, Rendall RE, Webster I (1983). A comparison of the effects of exposure of baboons to crocidolite and fibrous-glass dusts. Environ Res, 32: 344–359. doi:10.1016/0013-9351(83)90117-2 PMID:6315390

Goodman M, Morgan RW, Ray R et al. (1999). Cancer in asbestos-exposed occupational cohorts: a meta-analysis. Cancer Causes Control, 10: 453–465. doi:10.1023/A:1008980927434 PMID:10530617

Gordon GJ, Jensen RV, Hsiao LL et al. (2002). Translation of microarray data into clinically relevant cancer diagnostic tests using gene expression ratios in lung cancer and mesothelioma. Cancer Res, 62: 4963–4967. PMID:12208747

Graham J & Graham R (1967). Ovarian cancer and asbestos. Environ Res, 1: 115–128. doi:10.1016/0013-9351(67)90008-4 PMID:5628974

Greillier L, Baas P, Welch JJ et al. (2008). Biomarkers for malignant pleural mesothelioma: current status. Mol Diagn fft er, 12: 375–390. PMID:19035624

Gronow JR (1987). fh e dissolution of asbestos fibres in water. Clay Miner, 22: 21–35. doi:10.1180/claymin.1987.022.1.03

Gross P, DeTreville RT, Tolker EB et al. (1967). Experimental asbestosis. fh e development of lung cancer in rats with pulmonary deposits of chrysotile asbestos dust. Arch Environ Health, 15: 343–355. PMID:6035084

Gulumian M (1999). fh e ability of mineral dusts and fibres to initiate lipid peroxidation. Part I: parameters which determine this ability. Redox Rep, 4: 141–163. doi:10.1179/135100099101534855 PMID:10658820

Gulumian M (2005). An update on the detoxifica-tion processes for silica particles and asbestos fibres: successes and limitations. J Toxicol Environ Health B Crit Rev, 8: 453–483. doi:10.1080/10937400590952547 PMID:16188731

Gulumian M, Bhoolia DJ, Du Toit RS et al. (1993a). Activation of UICC crocidolite: the effect of conver-sion of some ferric ions to ferrous ions. Environ Res, 60: 193–206. doi:10.1006/enrs.1993.1027 PMID:8386081

Gulumian M, Bhoolia DJ, fh eodorou P et al. (1993b). Parameters Which Determine the Activity of the Transition-Metal Iron in Crocidolite Asbestos - Esr, Mossbauer Spectroscopic and Iron Mobilization Studies. S Afr J Sci, 89: 405–409.

Haegens A, van der Vliet A, Butnor KJ et al. (2005). Asbestos-induced lung inflammation and epithelial cell proliferation are altered in myeloperoxidase-null mice. Cancer Res, 65: 9670–9677. doi:10.1158/0008-5472.CAN-05-1751 PMID:16266986

Hagemeyer O, Otten H, Kraus T (2006). Asbestos consumption, asbestos exposure and asbestos-related occupational diseases in Germany. Int Arch Occup

IARC MONOGRAPHS – 100C

*Environ Health*, 79: 613–620. doi:10.1007/s00420-006-0091-x PMID:16523318

Hardy JA & Aust AE (1995). Iron in asbestos chemistry and carcinogenicity. *Chem Rev*, 95: 97–118. doi:10.1021/cr00033a005

Health and Safety Executive (2005). *HSG 248 'Asbestos: fft e analysts' guide for sampling, analysis and clearance procedures'.* London: HSE Books.

Health Effects Institute (1991). *Asbestos in public and commercial buildings: A literature review and synthesis of current knowledge.* Cambridge, Massachusetts: Health Effects Institute-Asbestos Research.

Hein MJ, Stayner LT, Lehman E, Dement JM (2007). Follow-up study of chrysotile textile workers: cohort mortality and exposure-response. *Occup Environ Med*, 64: 616–625. doi:10.1136/oem.2006.031005 PMID:17449563

Heineman EF, Bernstein L, Stark AD, Spirtas R (1996). Mesothelioma, asbestos, and reported history of cancer in ftrst-degree relatives. *Cancer*, 77: 549–554. doi:10.1002/(SICI)1097-0142(19960201)77:3<549::AID-CNCR18>3.0.CO;2-4 PMID:8630964

Heller DS, Gordon RE, Westhoff C, Gerber S (1996). Asbestos exposure and ovarian ftbre burden. *Am J Ind Med*, 29: 435–439. doi:10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L PMID:8732916

Hesterberg TW, Axten C, McConnell EE *et al.*T. W. Hesterberg, C. Axten, E. E. M (1999). Studies on the inhalation toxicology of two ftbreglasses and amosite asbestos in the syrian golden hamster. Part I. Results of a subchronic study and dose selection for a chronic study. *Inhal Toxicol*, 11: 747–784. doi:10.1080/089583799196745 PMID:10477658

Hesterberg TW, Chase G, Axten C *et al.* (1998a). Biopersistence of synthetic vitreous ftbres and amosite asbestos in the rat lung following inhalation. *Toxicol Appl Pharmacol*, 151: 262–275. doi:10.1006/taap.1998.8472 PMID:9707503

Hesterberg TW, Hart GA, Chevalier J *et al.* (1998b). fft e importance of ftbre biopersistence and lung dose in determining the chronic inhalation effects of X607, RCF1, and chrysotile asbestos in rats. *Toxicol Appl Pharmacol*, 153: 68–82. doi:10.1006/taap.1998.8522 PMID:9875301

Hesterberg TW, Miiller WC, McConnell EE *et al.* (1993). Chronic inhalation toxicity of size-separated glass ftbres in Fischer 344 rats. *Fundam Appl Toxicol*, 20: 464–476. doi:10.1006/faat.1993.1057 PMID:8390950

Hesterberg TW, Miiller WC, Musselman RP *et al.* (1996). Biopersistence of Man-Made Vitreous Fibres and Crocidolite Asbestos in the Rat Lung Following Inhalation. *Fundam Appl Toxicol*, 29: 267–279. doi:10.1006/faat.1996.0031 PMID:8812275

Higashi T, Hori H, Sakurai H *et al.* (1994). Work environment of plants manufacturing asbestos-containing products in Japan. *Ann Occup Hyg*, 38: 489–494, 409. doi:10.1093/annhyg/38.4.489 PMID:7978970

Hill IM, Beswick PH, Donaldson K (1995). Differential release of superoxide anions by macrophages treated with long and short ftbre amosite asbestos is a consequence of differential affnity for opsonin. *Occup Environ Med*, 52: 92–96. doi:10.1136/oem.52.2.92 PMID:7757173

Hill RJ, Edwards RE, Carthew P (1990). Early changes in the pleural mesothelium following intrapleural inoculation of the mineral ftbre erionite and the subsequent development of mesotheliomas. *J Exp Pathol (Oxford)*, 71: 105–118. PMID:2155636

Hilt B, Langård S, Andersen A, Rosenberg J (1985). Asbestos exposure, smoking habits, and cancer incidence among production and maintenance workers in an electrochemical plant. *Am J Ind Med*, 8: 565–577. doi:10.1002/ajim.4700080608 PMID:3000174

Hobson J, Wright JL, Churg A (1990). Active oxygen species mediate asbestos-induced injury by tracheal epithelial cells. *FASEB J*, 4: 3135–3139. PMID:2170219

Hodgson JT & Darnton A (2000). ffh e quantitative risks of mesothelioma and lung cancer in relation to asbestos exposure. *Ann Occup Hyg*, 44: 565–601. PMID:11108782

Hodgson JT & Jones RD (1986). Mortality of asbestos workers in England and Wales 1971–81. *Br J Ind Med*, 43: 158–164. PMID:3947577

Homa DM, Garabrant DH, Gillespie BW (1994). A meta-analysis of cancer of the colorectum and asbestos exposure. *Am J Epidemiol*, 139: 1210–1222. PMID:8209879

Howe HL, Wolfgang PE, Burnett WS *et al.* (1989). Cancer incidence following exposure to drinking water with asbestos leachate. *Public Health Rep*, 104: 251–256. PMID:2498974

Hume LA & Rimstidt JD (1992). ffh e biodurability of chrysotile asbestos. *Am Mineral*, 77: 1125–1128.

IARC (1973). Some inorganic and organometallic compounds. *IARC Monogr Eval Carcinog Risk Chem Man*, 2: 1–181.

IARC (1977). Some miscellaneous pharmaceutical substances. *IARC Monogr Eval Carcinog Risk Chem Man*, 13: 1–255. PMID:16821

IARC (1985). Polynuclear aromatic compounds, Part 4, bitumens, coal-tars and derived products, shale-oils and soots. *IARC Monogr Eval Carcinog Risk Chem Hum*, 35: 1–247. PMID:2991123

IARC (1986). Tobacco smoking. *IARC Monogr Eval Carcinog Risk Chem Hum*, 38: 35–394. PMID:3460963

IARC (1987a). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1987b). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1988). Alcohol Drinking. *IARC Monogr Eval Carcinog Risks Hum*, 44: 1–378. PMID:3236394

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

IARC (1992). Occupational exposures to mists and vapours from strong inorganic acids and other industrial chemicals. *IARC Monogr Eval Carcinog Risks Hum*, 54: 1–310. PMID:1345371

IARC (1993). Beryllium, cadmium, mercury, and exposures in the glass manufacturing industry. *IARC Monogr Eval Carcinog Risks Hum*, 58: 1–415. PMID:8022054

IARC (1997). Silica, Some Silicates, Coal Dust and Para-Aramid Fibrils. *IARC Monogr Eval Carcinog Risks Hum*, 68: 1–475. PMID:9303953

IARC (2000). IARC Working group on the evaluation of carcinogenic risks to humans: ionizing radiation, Part I, X- and gamma- radiation and neutrons. Lyon, France, 26 May-2 June 1999. *IARC Monogr Eval Carcinog Risks Hum*, 75: 1–448. PMID:11203346

IARC (2001). Ionizing radiation, Part 2: some internally deposited radionuclides. *IARC Monogr Eval Carcinog Risks Hum*, 78: 1–559. PMID:11421248

IARC (2002). Man-made vitreous fibres. *IARC Monogr Eval Carcinog Risks Hum*, 81: 1–381. PMID:12458547

IARC (2004). Tobacco smoke and involuntary smoking. *IARC Monogr Eval Carcinog Risks Hum*, 83: 1–1438. PMID:15285078

IARC (2007). Human papillomaviruses. *IARC Monogr Eval Carcinog Risks Hum*, 90: 1–636. PMID:18354839

IARC (2010). Carbon black, titanium dioxide, and talc. *IARC Monogr Eval Carcinog Risks Hum*, 93: 1–452.

IARC (2012c). Biological agents. *IARC Monogr Eval Carcinog Risks Hum*, 100B: PMID:18335640

IARC (2012e). Chemical agents and related occupations. *IARC Monogr Eval Carcinog Risks Hum*, 100F: PMID:18335640

IARC (2012d). Personal habits and household exposures. *IARC Monogr Eval Carcinog Risks Hum*, 100E: PMID:18335640

IARC (2012b). Metals, arsenic, dusts and fibres. *IARC Monogr Eval Carcinog Risks Hum*, 100C: PMID:18335640

IARC (2012a). Radiation. *IARC Monogr Eval Carcinog Risks Hum*, 100D: PMID:18335640

IMA (2005). Industrial Minerals Association-Europe Fact Sheet: Talc, Brussels.

IOM (2006). Asbestos: Selected Cancers. Institute of Medicine of the National Academy of Science [http://books.nap.edu/catalog/11665.html]

Jakobsson K, Albin M, Hagmar L (1994). Asbestos, cement, and cancer in the right part of the colon. *Occup Environ Med*, 51: 95–101. doi:10.1136/oem.51.2.95 PMID:8111470

Jansson C, Johansson AL, Bergdahl IA *et al.* (2005). Occupational exposures and risk of esophageal and gastric cardia cancers among male Swedish construction workers. *Cancer Causes Control*, 16: 755–764. doi:10.1007/s10552-005-1723-2 PMID:16049815

Jaurand MC (1996). Use of in-vitro genotoxicity and cell transformation assays to evaluate the potential carcinogenicity of fibres. *IARC Sci Publ*, 55–72. PMID:9101317

Jehan N (1984) *Sustainable management of mineral resources with special reference to asbestos and silica in northern Pakistan*. Ph.D., National Centre of Excellence in Geology, University of Peshawar.

Kamp DW & Weitzman SA (1999). fh e molecular basis of asbestos induced lung injury. *fft orax*, 54: 638–652. doi:10.1136/thx.54.7.638 PMID:10377212

Kane AB (2006). Animal models of malignant mesothelioma. *Inhal Toxicol*, 18: 1001–1004. doi:10.1080/08958370600835393 PMID:16920675

Kang SK, Burnett CA, Freund E *et al.* (1997). Gastrointestinal cancer mortality of workers in occupations with high asbestos exposures. *Am J Ind Med*, 31: 713–718. doi:10.1002/(SICI)1097-0274(199706)31:6<713::AID-AJIM7>3.0.CO;2-R PMID:9131226

Karjalainen A, Pukkala E, Kauppinen T, Partanen T (1999). Incidence of cancer among Finnish patients with asbestos-related pulmonary or pleural fibrosis. *Cancer Causes Control*, 10: 51–57. doi:10.1023/A:1008845332422 PMID:10334642

Kauppinen T & Korhonen K (1987). Exposure to asbestos during brake maintenance of automotive vehicles by different methods. *Am Ind Hyg Assoc J*, 48: 499–504. PMID:3591672

Kimura K (1987). [Asbestos and environment. ] *Dig Sci Lab*, 42: 4–13.

Kjærheim K, Ulvestad B, Martinsen JI, Andersen A (2005). Cancer of the gastrointestinal tract and exposure to asbestos in drinking water among lighthouse keepers (Norway). *Cancer Causes Control*, 16: 593–598. doi:10.1007/s10552-004-7844-1 PMID:15986115

Kleymenova EV, Horesovsky G, Pylev LN, Everitt J (1999). Mesotheliomas induced in rats by the fibrous mineral erionite are independent from p53 alterations. *Cancer Lett*, 147: 55–61. doi:10.1016/S0304-3835(99)00275-X PMID:10660089

Kogan FM, Vanchugova NN, Frasch VN (1987). Possibility of inducing glandular cancer of the stomach in rats exposed to asbestos. *Br J Ind Med*, 44: 682–686. PMID:3676121

Kratzke RA, Gazdar AF (2005). *Oncogenes and tumor suppressor genes in malignant mesothelioma*. In: *Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational fft erapies*. Pass HI, Vogelzang NJ Carbone M, editors. New York: Springer Science & Business Media, Inc., pp. 124-141.

Krstev S, Dosemeci M, Lissowska J *et al.* (2005). Occupation and risk of cancer of the stomach in Poland. *Occup Environ Med*, 62: 318–324. doi:10.1136/oem.2004.015883 PMID:15837853

Landrigan PJ, Lioy PJ, Thurston G et al. NIEHS World Trade Center Working Group (2004). Health and environmental consequences of the world trade center disaster. Environ Health Perspect, 112: 731–739. PMID:15121517

Langer AM & Nolan RP (1994). Chrysotile: its occurrence and properties as variables controlling biological effects. Ann Occup Hyg, 38: 427–51. . PMID:7978965

Langseth H, Johansen BV, Nesland JM, Kjaerheim K (2007). Asbestos fibres in ovarian tissue from Norwegian pulp and paper workers. Int J Gynecol Cancer, 17: 44–49. doi:10.1111/j.1525-1438.2006.00768.x PMID:17291230

Langseth H & Kjærheim K (2004). Ovarian cancer and occupational exposure among pulp and paper employees in Norway. Scand J Work Environ Health, 30: 356–361. PMID:15529799

Lash TL, Crouch EA, Green LC (1997). A meta-analysis of the relation between cumulative exposure to asbestos and relative risk of lung cancer. Occup Environ Med, 54: 254–263. doi:10.1136/oem.54.4.254 PMID:9166131

Le Bouffant L, Daniel H, Henin JP et al. (1987). Experimental study on long-term effects of inhaled MMMF on the lungs of rats. Ann Occup Hyg, 31: 4B765–790. doi:10.1093/annhyg/31.4B.765 PMID:3450235

Lee KP, Barras CE, Griffith FD et al. (1981). Comparative pulmonary responses to inhaled inorganic fibres with asbestos and fibreglass. Environ Res, 24: 167–191. doi:10.1016/0013-9351(81)90143-2 PMID:6260477

Lee KP, Reinhardt CF (1984). Biological studies on inorganic potassium titanate fibres. In: Biological Effects Man-Made Mineral Fibres: Proceedings of a WHO/IARC Conference in Association with JEMRB and TIMA. Copenhagen: World Health Organization, Regional Office for Europe, 323–333.

Levy BS, Sigurdson E, Mandel J et al. (1976). Investigating possible effects of asbestos in city water: surveillance of gastrointestinal cancer incidence in Duluth, Minnesota. Am J Epidemiol, 103: 362–368. PMID:1258862

Liddell FD, McDonald AD, McDonald JC (1997). The 1891–1920 birth cohort of Quebec chrysotile miners and millers: development from 1904 and mortality to 1992. Ann Occup Hyg, 41: 13–36. PMID:9072947

Lindor NM, Lindor CY, Greene MH (2006). Hereditary neoplastic syndromes. In: Cancer Epidemiology and Prevention, 3rd ed. Schottenfeld D, Fraumeni JF, Jr., editors. New York: Oxford University Press, pp. 562-576.

Lippmann M (1990). Effects of fibre characteristics on lung deposition, retention, and disease. Environ Health Perspect, 88: 311–317. doi:10.2307/3431093 PMID:2272328

Lippmann M, Yeates DB, Albert RE (1980). Deposition, retention, and clearance of inhaled particles. Br J Ind Med, 37: 337–362. PMID:7004477

Loomis D, Dement JM, Richardson D, Wolf S (2009). Asbestos fibre dimensions and lung cancer mortality among workers exposed to chrysotile. Occup Environ Med, 67: 580–584. doi:10.1136/oem.2008.044362 PMID:19897464

López-Ríos F, Chuai S, Flores R et al. (2006). Global gene expression profiling of pleural mesotheliomas: over-expression of aurora kinases and P16/CDKN2A deletion as prognostic factors and critical evaluation of microarray-based prognostic prediction. Cancer Res, 66: 2970–2979. doi:10.1158/0008-5472.CAN-05-3907 PMID:16540645

Lu J, Keane MJ, Ong T, Wallace WE (1994). In vitro genotoxicity studies of chrysotile asbestos fibres dispersed in simulated pulmonary surfactant. Mutat Res, 320: 253–259. doi:10.1016/0165-1218(94)90078-7 PMID:7508551

Luce D, Bugel I, Goldberg P et al. (2000). Environmental exposure to tremolite and respiratory cancer in New Caledonia: a case–control study. Am J Epidemiol, 151: 259–265. PMID:10670550

Lund LG, Williams MG, Dodson RF, Aust AE (1994). Iron associated with asbestos bodies is responsible for the formation of single strand breaks in phi X174 RFI DNA. Occup Environ Med, 51: 200–204. doi:10.1136/oem.51.3.200 PMID:8130850

Lynch KM & Smith WA (1935). Pulmonary asbestosis III: Carcinoma of the lung in asbeto-silicosis. Am J Cancer, 24: 56–64.

Madl AK, Clark K, Paustenbach DJ (2007). Exposure to airborne asbestos during removal and installation of gaskets and packings: a review of published and unpublished studies. J Toxicol Environ Health, Part B, 10: 259–286.

Magnani C, Agudo A, González CA et al. (2000). Multicentric study on malignant pleural mesothelioma and non-occupational exposure to asbestos. Br J Cancer, 83: 104–111. PMID:10883677

Magnani C, Dalmasso P, Biggeri A et al. (2001). Increased risk of malignant mesothelioma of the pleura after residential or domestic exposure to asbestos: a case–control study in Casale Monferrato, Italy. Environ Health Perspect, 109: 915–919. doi:10.2307/3454992 PMID:11673120

Magnani C, Ferrante D, Barone-Adesi F et al. (2008). Cancer risk after cessation of asbestos exposure: a cohort study of Italian asbestos cement workers. Occup Environ Med, 65: 164–170. doi:10.1136/oem.2007.032847 PMID:17704197

Maltoni C, Minardi F (1989). Recent results of carcinogenicity bioassays of fibres and other particulate materials. In: Non-occupational Exposure to Mineral Fibres. IARC Scientific Publ. Vol. 90. Bignon J, Peto J Saracci R, editors. Lyon: International Agency for Research on Cancer, pp. 46–53.

Manning CB, Vallyathan V, Mossman BT (2002). Diseases caused by asbestos: mechanisms of injury and disease

Development. *Int Immunopharmacol*, 2: 191–200. doi:10.1016/S1567-5769(01)00172-2 PMID:11811924

Marchand JL, Luce D, Leclerc A *et al.* (2000). Laryngeal and hypopharyngeal cancer and occupational exposure to asbestos and man-made vitreous fibres: results of a case–control study. *Am J Ind Med*, 37: 581–589. doi:10.1002/(SICI)1097-0274(200006)37:6<581::AID-AJIM2>3.0.CO;2-D PMID:10797501

Marsh GM (1983). Critical review of epidemiologic studies related to ingested asbestos. *Environ Health Perspect*, 53: 49–56. doi:10.1289/ehp.835349 PMID:6662094

Martra G, Tomatis M, Fenoglio I *et al.* (2003). Ascorbic acid modifies the surface of asbestos: possible implications in the molecular mechanisms of toxicity. *Chem Res Toxicol*, 16: 328–335. doi:10.1021/tx0200515 PMID:12641433

McConnell EE, Axten C, Hesterberg TW *et al.* (1999). Studies on the inhalation toxicology of two fibreglasses and amosite asbestos in the Syrian golden hamster. Part II. Results of chronic exposure. *Inhal Toxicol*, 11: 785–835. doi:10.1080/089583799196754 PMID:10477659

McConnell EE, Hall L, Adkins B (1991). Studies on the chronic toxicity (inhalation) of wollastonite in Fischer 344 rats. *Inhal Toxicol*, 3: 323–337. doi:10.3109/08958379109145292

McConnell EE, Kamstrup O, Musselman R *et al.* (1994). Chronic inhalation study of size-separated rock and slag wool insulation fibres in Fischer 344/N rats. *Inhal Toxicol*, 6: 571–614. doi:10.3109/08958379409003042

McConnell EE, Wagner JC, Skidmore J *et al.* (1984). *A comparative study of the fibrogenic and carcinogenic effects of UICC Canadian chrysotile B asbestos and glass microfibre (JM 100).* In: *Proceedings of a WHO/IARC Conference in Association with JEMRB and TIMA, Copenhagen, 20 - 22 April, 1982 Biological Effects of Man-Made Mineral Fibres.* Copenhagen: WHO Regional Office for Europe, pp. 234–252.

McConnochie K, Simonato L, Mavrides P *et al.* (1987). Mesothelioma in Cyprus: the role of tremolite. *Thorax*, 42: 342–347. doi:10.1136/thx.42.5.342 PMID:2821642

McDonald AD, Case BW, Churg A *et al.* (1997). Mesothelioma in Quebec chrysotile miners and millers: epidemiology and aetiology. *Ann Occup Hyg*, 41: 707–719. PMID:9375529

McDonald AD, Fry JS, Woolley AJ, McDonald J (1983). Dust exposure and mortality in an American chrysotile textile plant. *Br J Ind Med*, 40: 361–367. PMID:6313032

McDonald JC (1998). Mineral fibre persistence and carcinogenicity. *Ind Health*, 36: 372–375. doi:10.2486/indhealth.36.372 PMID:9810152

McDonald JC, Harris J, Armstrong B (2004). Mortality in a cohort of vermiculite miners exposed to fibrous amphibole in Libby, Montana. *Occup Environ Med*, 61: 363–366. doi:10.1136/oem.2003.008649 PMID:15031396

McDonald JC, Liddell FD, Dufresne A, McDonald AD (1993). The 1891–1920 birth cohort of Quebec chrysotile miners and millers: mortality 1976–88. *Br J Ind Med*, 50: 1073–1081. PMID:8280638

McDonald JC, Liddell FD, Gibbs GW *et al.* (1980). Dust exposure and mortality in chrysotile mining, 1910–75. *Br J Ind Med*, 37: 11–24. PMID:7370189

McDonald JC & McDonald AD (1995). Chrysotile, tremolite, and mesothelioma. *Science*, 267: 776–777. PMID:7710525

McDonald JC & McDonald AD (1997). Chrysotile, tremolite and carcinogenicity. *Ann Occup Hyg*, 41: 699–705. PMID:9375528

McFadden D, Wright JL, Wiggs B, Churg A (1986). Smoking inhibits asbestos clearance. *Am Rev Respir Dis*, 133: 372–374. PMID:2869726

Meeker GP, Bern AM, Brownfield IK *et al.* (2003). The composition and morphology of amphiboles from the Rainy Creek complex, near Libby, Montana. *Am Mineralogist*, 88: 1955–1969.

Meurman LO, Kiviluoto R, Hakama M (1974). Mortality and morbidity among the working population of anthophyllite asbestos miners in Finland. *Br J Ind Med*, 31: 105–112. PMID:4830762

Mirabelli D, Calisti R, Barone-Adesi F *et al.* (2008). Excess of mesotheliomas after exposure to chrysotile in Balangero, Italy. *Occup Environ Med*, 65: 815–819. doi:10.1136/oem.2007.037689 PMID:18524838

Monchaux G, Bignon J, Jaurand MC *et al.* (1981). Mesotheliomas in rats following inoculation with acid-leached chrysotile asbestos and other mineral fibres. *Carcinogenesis*, 2: 229–236. doi:10.1093/carcin/2.3.229 PMID:6268324

Morgan A (1997). Acid leaching studies of chrysotile asbestos from mines in the Coalinga region of California and from Quebec and British Columbia. *Ann Occup Hyg*, 41: 249–268. PMID:9204753

Morgan RW, Foliart DE, Wong O (1985). Asbestos and gastrointestinal cancer. A review of the literature. *West J Med*, 143: 60–65. PMID:4036114

Muhle H, Pott F, Bellmann B *et al.* (1987). Inhalation and injection experiments in rats to test the carcinogenicity of MMMF. *Ann Occup Hyg*, 31: 4B755–764. doi:10.1093/annhyg/31.4B.755 PMID:2835926

Murthy SS & Testa JR (1999). Asbestos, chromosomal deletions, and tumor suppressor gene alterations in human malignant mesothelioma. *J Cell Physiol*, 180: 150–157. doi:10.1002/(SICI)1097-4652(199908)180:2<150::AID-JCP2>3.0.CO;2-H PMID:10395284

Murthy SS, Shen T, De Rienzo A *et al.* (2000). Expression of GPC3, an X-linked recessive overgrowth gene, is silenced in malignant mesothelioma. *Oncogene*, 19: 410–416. doi:10.1038/sj.onc.1203322 PMID:10656689

Musk AW, de Klerk NH, Reid A *et al.* (2008). Mortality of former crocidolite (blue asbestos) miners and millers

at Wittenoom. *Occup Environ Med*, 65: 541–543. doi:10.1136/oem.2007.034280 PMID:18045848

Mzileni O, Sitas F, Steyn K *et al.* (1999). Lung cancer, tobacco, and environmental factors in the African population of the Northern Province, South Africa. *Tob Control*, 8: 398–401. doi:10.1136/tc.8.4.398 PMID:10629246

National Academy of Sciences (1993). Available at: http://www.nasonline.org

NTP (1983). NTP Lifetime Carcinogenesis Studies of Amosite Asbestos (CAS No. 12172–73–5) in Syrian Golden Hamsters (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 249: 1–81. PMID:12748679

NTP (1985). NTP Toxicology and Carcinogenesis Studies of Chrysotile Asbestos (CAS No. 12001–29–5) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 295: 1–390. PMID:12748710

NTP (1988). NTP Toxicology and Carcinogenesis Studies of Crocidolite Asbestos (CAS No. 12001–28–4) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 280: 1–178. PMID:12748699

NTP (1990a). NTP Toxicology and Carcinogenesis Studies of Amosite Asbestos (CAS No. 12172–73–5) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 279: 1–341. PMID:12748700

NTP (1990b). Toxicology and Carcinogenesis Studies of Chrysotile Asbestos (CAS No. 12001–29–5) in Syrian Golden Hamsters (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 246: 1–390. PMID:12750747

NTP (1990c). NTP Toxicology and Carcinogenesis Studies of Tremolite (CAS No. 14567–73–8) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 277: 1–183. PMID:12748702

NTP (2005). NTP 11th Report on Carcinogens. *Rep Carcinog*, 111–A32. PMID:19826456

Nelson HH, Christiani DC, Wiencke JK *et al.* (1999). k-ras mutation and occupational asbestos exposure in lung adenocarcinoma: asbestos-related cancer without asbestosis. *Cancer Res*, 59: 4570–4573. PMID:10493509

Nelson HH & Kelsey KT (2002). fh e molecular epidemiology of asbestos and tobacco in lung cancer. *Oncogene*, 21: 7284–7288. doi:10.1038/sj.onc.1205804 PMID:12379872

Newhouse ML, Berry G, Wagner JC, Turok ME (1972). A study of the mortality of female asbestos workers. *Br J Ind Med*, 29: 134–141. PMID:5021993

NIOSH (1990). National Occupational Exposure Survey. Estimated Numbers of Employees Potentially Exposed to Talc by 2-Digit Standard Industrial Classification (SIC). Available at: http://www.cdc.gov/noes/default.html

NIOSH (2002a). Work-Related Lung Disease Surveillance Report (DHHS Publication No. 2003–111), Cincinnati, OH.

NIOSH (2002b). Comments of the National Institute for Occupational Safety and Health on the Mine Safety and Health Administration Advanced Notice of Proposed Rulemaking on Measuring and Controlling Asbestos Exposure.

NIOSH (2008). Current Intelligence Bulletin (June 2008-Revised Draft) Asbestos and Other Elongated Mineral Particles: State of the Science and Roadmap for Research.

NIOSH (2009). Asbestos fibres and other elongated mineral particles: state of the science and roadmap for research Report. Department of Health and Human Services, Public Health Service, Centers for Disease Control.

Nishikawa K, Takahashi K, Karjalainen A *et al.* (2008). Recent mortality from pleural mesothelioma, historical patterns of asbestos use, and adoption of bans: a global assessment. *Environ Health Perspect*, 116: 1675–1680. doi:10.1289/ehp.11272 PMID:19079719

Noonan CW, Pfau JC, Larson TC, Spence MR (2006). Nested case–control study of autoimmune disease in an asbestos-exposed population. *Environ Health Perspect*, 114: 1243–1247. doi:10.1289/ehp.9203 PMID:16882533

Nymark P, Wikman H, Hienonen-Kempas T, Anttila S (2008). Molecular and genetic changes in asbestos-related lung cancer. *Cancer Lett*, 265: 1–15. doi:10.1016/j.canlet.2008.02.043 PMID:18364247

Oestenstad K, Honda Y, Delzell E, Brill I (2002). Assessment of historical exposures to talc at a mining and milling facility. *Ann Occup Hyg*, 46: 587–596. doi:10.1093/annhyg/mef076 PMID:12270883

Olshan AF (2006). *Cancer of the larynx*. In: *Cancer Epidemiology and Prevention*, 3rd ed. Schottenfeld D, Fraumeni JF, Jr., editors. New York: Oxford University Press, pp. 627-638.

OSHA (1990). Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite - Proposed Rulemaking (Supplemental) and Notice of HearingU.S. Department of Labor, Occupational Safety and Health Administration. *Fed Regist*, 55: 29712–29753.

OSHA (2008) Safety and Health Topics: Asbestos. Available at: http://www.osha.gov/SLTC/asbestos/index.html

Otero Areán C, Barcelo F, Fubini B (1999). Free radical activity of mineral fibres containing adsorbed ferritin: Detection using supercoiled DNA. *Res Chem Interm*, 25: 177–185. doi:10.1163/156856799X00284

Pan XL, Day HW, Wang W *et al.* (2005). Residential proximity to naturally occurring asbestos and mesothelioma risk in California. *Am J Respir Crit Care Med*, 172: 1019–1025. doi:10.1164/rccm.200412-1731OC PMID:15976368

Pang ZC, Zhang Z, Wang Y, Zhang H (1997). Mortality from a Chinese asbestos plant: overall cancer mortality. *Am J Ind Med*, 32: 442–444. doi:10.1002/(SICI)1097-0274(199711)32:5<442::AID-AJIM2>3.0.CO;2-U PMID:9327066

Parent ME, Siemiatycki J, Fritschi L (2000). Workplace exposures and ocancer of the oesophagus. *Occup Environ Med*, 57: 325–334. doi:10.1136/oem.57.5.325 PMID:10769298

Pass HI, Lott D, Lonardo F *et al.* (2005). Asbestos exposure, pleural mesothelioma, and serum osteopontin levels. *N Engl J Med*, 353: 1564–1573. doi:10.1056/NEJMoa051185 PMID:16221779

Paustenbach DJ, Finley BL, Lu ET *et al.* (2004). Environmental and occupational health hazards associated with the presence of asbestos in brake linings and pads (1900 to present): A "state-of-the-art" review. *J Toxicol Environ Health, Part B*, 7: 125–80.. PMID:14681081.

Peto J, Doll R, Hermon C *et al.* (1985). Relationship of mortality to measures of environmental asbestos pollution in an asbestos textile factory. *Ann Occup Hyg*, 29: 305–355. doi:10.1093/annhyg/29.3.305 PMID:4073702

Pfeifer GP, Denissenko MF, Olivier M *et al.* (2002). Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers. *Oncogene*, 21: 7435–7451. doi:10.1038/sj.onc.1205803 PMID:12379884

Pigott GH & Ishmael J (1982). A strategy for the design and evaluation of a 'safe' inorganic fibre. *Ann Occup Hyg*, 26: 371–380. doi:10.1093/annhyg/26.2.371 PMID:7181277

Pigott GH & Ishmael J (1992). fh e effects of intrapleural injections of alumina and aluminosilicate (ceramic) fibres. *Int J Exp Pathol*, 73: 137–146. PMID:1571274

Piolatto G, Negri E, La Vecchia C *et al.* (1990). An update of cancer mortality among chrysotile asbestos miners in Balangero, northern Italy. *Br J Ind Med*, 47: 810–814. PMID:2176805

Pira E, Pelucchi C, Buff oni L *et al.* (2005). Cancer mortality in a cohort of asbestos textile workers. *Br J Cancer*, 92: 580–586. doi:10.1038/sj.bjc.6602240 PMID:15702125

Polissar L, Severson RK, Boatman ES, fh omas DB (1982). Cancer incidence in relation to asbestos in Drinking water in the Puget Sound region. *Am J Epidemiol*, 116: 314–328. PMID:7114040

Pooley FD (1976). An examination of the fibrous mineral content of asbestos lung tissue from the Canadian chrysotile mining industry. *Environ Res*, 12: 281–298. doi:10.1016/0013-9351(76)90038-4 PMID:1001300

Pott F (1993). *Testing the carcinogenicity of ffbres in laboratory animals: Results and conclusions.* In: *Fibre Toxicology.* Warheit DB, editor. Academic Press, pp. 395–424.

Pott F, Roller M (1993a). *Relevance of non-physiologic exposure routes for carcinogenicity studies of solid particles.* In: *Toxic and Carcinogenic Effects of Solid Particles in the Respiratory Tract. 4th International Inhalation Symposium Hanover 1 - 5 March, 1993.* Mohr U, editor. Washington, D.C: ILSI-Press, pp. 109–125.

Pott F, Roller M (1993b). *Die krebserzeugende Wirkung von Fasern unter besonderer Berücksichtigung der Inhalationsversuche.*, Dortmund: Bundesanstalt für Arbeitsschutz, No. 1217.

Pott F, Roller M, Althofh GH (1995). *Krebsrisiko durch Fasern - ein zusammenfassender Vergleich von epidemiologischen und tierexperimentellen Daten.* In:*Ges. z. Förderung d. Luffhygiene u. Silikoseforschung e.V. Düsseldorf: Umwelthygiene, Bd 27. Medizinisches Institut für Umwelthygiene, Jahresbericht 1994/1995, 133–200. Stefan W. Albers, Düsseldorf, 1995*

Pott F, Roller M, Ziem U *et al.* (1989). Carcinogenicity studies on natural and man-made flbres with the intraperitoneal test in rats. *IARC Sci Publ*, 90: 173–179. PMID:2744824

Pott F, Ziem U, Mohr U (1984). *Lung carcinomas and mesotheliomas following intratracheal instillation of glass ffbres and asbestos.* In: *Proceedings of the VIth International Pneumoconiosis Conference 20–23 September 1983.* Bochum, Germany: International Labour Ofhce, pp. 746–756.

Pott F, Ziem U, Reiffer FJ *et al.* (1987). Carcinogenicity studies on flbres, metal compounds, and some other dusts in rats. *Exp Pathol*, 32: 129–152. PMID:3436395

Price B, Crump KS, Baird EC 3rd (1992). Airborne asbestos levels in buildings: maintenance worker and occupant exposures. *J Expo Anal Environ Epidemiol*, 2: 357–374. PMID:1422164

Pukkala E, Martinsen JI, Lynge E *et al.* (2009). Occupation and cancer - follow-up of 15 million people in flve Nordic countries. *Acta Oncol*, 48: 646–790. doi:10.1080/02841860902913546 PMID:19925375

Puntoni R, Vercelli M, Merlo F *et al.* (1979). Mortality among shipyard workers in Genoa, Italy. *Ann N Y Acad Sci*, 330: 1 Health Hazard353–377. doi:10.1111/j.1749-6632.1979. tb18738.x PMID:230774

Putzu MG, Bruno C, Zona A *et al.* (2006). Fluoro-edenitic flbres in the sputum of subjects from Biancavilla (Sicily): a pilot study. *Environ Health*, 5: 20 doi:10.1186/1476-069X-5-20 PMID:16780574

Rafhn E, Lynge E, Juel K, Korsgaard B (1989). Incidence of cancer and mortality among employees in the asbestos cement industry in Denmark. *Br J Ind Med*, 46: 90–96. PMID:2923830

Rafhn E, Villadsen E, Lynge E (1996). Cancer of the colorectum in asbestos cement workers in Denmark. *Am J Ind Med*, 30: 267–272. doi:10.1002/(SICI)1097-0274(199609)30:3<267::AID-AJIM3>3.0.CO;2-W PMID:8876793

Rees D, du Toit RSJ, Rendal REG *et al.* (1992). Tremolite in Southern African chrysotile. *S Afr J Sci*, 88: 468–469.

Rees D, Myers JE, Goodman K *et al.* (1999). Case-control study of mesothelioma in South Africa. *Am J Ind Med*, 35: 213–222. doi:10.1002/(SICI)1097-0274(199903)35:3<213::AID-AJIM1>3.0.CO;2-R PMID:9987554

Reeves AL, Puro HE, Smith RG (1974). Inhalation carcinogenesis from various forms of asbestos. *Environ*

*Res*, 8: 178–202. DOI:10.1016/0013-9351(74)90050-4 PMID:4455505

Reid A, Ambrosini G, de Klerk N et al. (2004). Aerodigestive and gastrointestinal tract cancers and exposure to crocidolite (blue asbestos): incidence and mortality among former crocidolite workers. *Int J Cancer*, 111: 757–761. DOI:10.1002/ijc.20313 PMID:15252847

Reid A, Heyworth J, de Klerk N, Musk AW (2008). The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. *Occup Environ Med*, 65: 743–749. DOI:10.1136/oem.2007.035782 PMID:18940957

Reid A, Segal A, Heyworth JS et al. (2009). Gynecologic and breast cancers in women after exposure to blue asbestos at Wittenoom. *Cancer Epidemiol Biomarkers Prev*, 18: 140–147. DOI:10.1158/1055-9965.EPI-08-0746 PMID:19124491

Rice C & Heineman EF (2003). An asbestos job exposure matrix to characterize fibre type, length, and relative exposure intensity. *Appl Occup Environ Hyg*, 18: 506–512. DOI:10.1080/10473220301459 PMID:12791547

Riganti C, Aldieri E, Bergandi L et al. (2003). Long and short fibre amosite asbestos alters at a different extent the redox metabolism in human lung epithelial cells. *Toxicol Appl Pharmacol*, 193: 106–115. DOI:10.1016/S0041-008X(03)00339-9 PMID:14613721

Roberts WL, Rapp GR Jr, Weber J (1974). *Encyclopedia of Minerals*. New York: Van Nostrand Reinhold, pp. 601.

Robinson BW, Creaney J, Lake R et al. (2005). Soluble mesothelin-related protein–a blood test for mesothelioma. *Lung Cancer*, 49: Suppl 1S109–S111. DOI:10.1016/j.lungcan.2005.03.020 PMID:15950789

Roggli VL (1990). Human disease consequences of fibre exposures: a review of human lung pathology and fibre burden data. *Environ Health Perspect*, 88: 295–303. DOI:10.2307/3431091 PMID:2272326

Roggli VL (2004). *Asbestos bodies and nonasbestos ferruginous bodies*. In: *Pathology of Asbestos-Associated Diseases*. Roggli VL, editor. New York: Springer, pp. 34-70.

Roggli VL (2006). The role of analytical SEM in the determination of causation in malignant mesothelioma. *Ultrastruct Pathol*, 30: 31–35. DOI:10.1080/01913120500313192 PMID:16517468

Roggli VL, Greenberg SD, McLarty JL et al. (1980). Asbestos body content of the larynx in asbestos workers. A study of five cases. *Arch Otolaryngol*, 106: 533–535. PMID:7406758

Rohl AN, Langer AM, Selikoff IJ et al. (1976). Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health*, 2: 255–284. DOI:10.1080/15287397609529432 PMID:1011287

Roller M, Pott F, Kamino K et al. (1996). Results of current intraperitoneal carcinogenicity studies with mineral and vitreous fibres. *Exp Toxicol Pathol*, 48: 3–12. PMID:8919265

Roskill Information Services Ltd (2003). *The Economics of Talc 7 Pyrophyllite*, 9th Ed. London, pp. 102–110.

Rösler JA, Woitowitz HJ, Lange HJ et al. (1994). Mortality rates in a female cohort following asbestos exposure in Germany. *J Occup Med*, 36: 889–893. PMID:7807270

Rowlands N, Gibbs GW, McDonald AD (1982). Asbestos fibres in the lungs of chrysotile miners and millers– a preliminary report. *Ann Occup Hyg*, 26: 411–415. DOI:10.1093/annhyg/26.3.411 PMID:6295244

Rubino GF, Scansetti G, Piolatto G, Romano CA (1976). Mortality study of talc miners and millers. *J Occup Med*, 18: 186–193. PMID:1255280 DOI:10.1097/00043764-197603000-00013

Ruda TA & Dutta PK (2005). Fenten chemistry of Fe(III)-exchanged zeolitic minerals treated with antioxidants. *Environ Sci Technol*, 39: 6147–6152. DOI:10.1021/es050336e PMID:16173575

Saalo A, Länsimäki E, Heikkilä M, Kauppinen T (2006). ASA 2006. Syöpäsairauden vaaraa aiheuttaville aineille ja menetelmille ammatissaan altistuneiksi ilmoitetut Suomessa. (In Finnish)

Sanchez VC, Pietruska JR, Miselis NR et al. (2009). Biopersistence and potential adverse health impacts of fibrous nanomaterials: what have we learned from asbestos? *Wiley Interdiscip Rev Nanomed Nanobiotechnol*, 1: :511-−529. . PMID:20049814

Sato M, Shames DS, Gazdar AF, Minna JD (2007). A translational view of the molecular pathogenesis of lung cancer. *J Thorac Oncol*, 2: 327–343. DOI:10.1097/01.JTO.0000263718.69320.4c PMID:17409807

Schwartz AG, Prysak GM, Bock CH, Cote ML (2007). The molecular epidemiology of lung cancer. *Carcinogenesis*, 28: 507–518. DOI:10.1093/carcin/bgl253 PMID:17183062

Sébastien P, Awad L, Bignon J et al. (1984). Ferruginous bodies in sputum as an indication of exposure to airborne mineral fibres in the mesothelioma villages of Cappadocia. *Arch Environ Health*, 39: 18–23. PMID:6324702

Seidman H, Selikoff IJ, Gelb SK (1986). Mortality experience of amosite asbestos factory workers: dose-response relationships 5 to 40 years after onset of short-term work exposure. *Am J Ind Med*, 10: 479–514. PMID:2880502

Sekido Y, Fong KM, Minna JD (2001). *Cancer of the lung*. In: *Cancer: Principles & Practice of Oncology*, 6th ed. Devita VT, Jr., Hellman S Rosenbert SA, editors. Philadelphia: Lippincoll Williams & Wilkins

Selikoff IJ, Bader RA, Bader ME et al. (1967). Asbestosis and neoplasia. *Am J Med*, 42: 487–496. DOI:10.1016/0002-9343(67)90049-6 PMID:5336987

Selikoff IJ, Churg J, Hammond EC (1964). Asbestos exposure and neoplasia. *JAMA*, 188: 22–26. PMID:14107207

Selikoff IJ & Hammond EC (1979). Asbestos and smoking. *JAMA*, 242: 458–459. DOI:10.1001/jama.242.5.458 PMID:448967

Selikoff IJ, Hammond EC, Seidman H (1979). Mortality experience of insulation workers in the United States

and Canada, 1943--1976. *Ann N Y Acad Sci*, 330: 1 Health Hazard91–116. doi:10.1111/j.1749-6632.1979.tb18711.x PMID:294225

Selikofh IJ & Seidman H (1991). Asbestos-associated deaths among insulation workers in the United States and Canada, 1967–1987. *Ann N Y Acad Sci*, 643: 1 fh e fh ird Wav1–14. doi:10.1111/j.1749-6632.1991.tb24439.x PMID:1809121

Shah KV (2004). Simian virus 40 and human disease. *J Infect Dis*, 190: 2061–2064. doi:10.1086/425999 PMID:15551202

Shukla A, Gulumian M, Hei TK et al. (2003). Multiple roles of oxidants in the pathogenesis of asbestos-induced diseases. *Free Radic Biol Med*, 34: 1117–1129. doi:10.1016/S0891-5849(03)00060-1 PMID:12706492

Sluis-Cremer GK, Liddell FD, Logan WP, Bezuidenhout BN (1992). fh e mortality of amphibole miners in South Africa, 1946–80. *Br J Ind Med*, 49: 566–575. PMID:1325180

Smailyte G, Kurtinaitis J, Andersen A (2004). Cancer mortality and morbidity among Lithuanian asbestos-cement producing workers. *Scand J Work Environ Health*, 30: 64–70. PMID:15018030

Smith DM, Ortiz LW, Archuleta RF, Johnson NF (1987). Long-term health effects in hamsters and rats exposed chronically to man-made vitreous fibres. *Ann Occup Hyg*, 31: 4B731–754. doi:10.1093/annhyg/31.4B.731 PMID:2835925

Stanton MF, Layard M, Tegeris A et al. (1981). Relation of particle dimension to carcinogenicity in amphibole asbestoses and other fibrous minerals. *J Natl Cancer Inst*, 67: 965–975. PMID:6946253

Stayner L, Kuempel E, Gilbert S et al. (2008). An epidemiologicalal study of the role of chrysotile asbestos fibre dimensions in determining respiratory disease risk in exposed workers. *Occup Environ Med*, 65: 613–619. doi:10.1136/oem.2007.035584 PMID:18096653

Stayner LT, Dankovic DA, Lemen RA (1996). Occupational exposure to chrysotile asbestos and cancer risk: a review of the amphibole hypothesis. *Am J Public Health*, 86: 179–186. doi:10.2105/AJPH.86.2.179 PMID:8633733

Sullivan PA (2007). Vermiculite, respiratory disease, and asbestos exposure in Libby, Montana: update of a cohort mortality study. *Environ Health Perspect*, 115: 579–585. doi:10.1289/ehp.9481 PMID:17450227

Suzuki Y & Yuen SR (2001). Asbestos tissue burden study on human malignant mesothelioma. *Ind Health*, 39: 150–160. doi:10.2486/indhealth.39.150 PMID:11341545

Suzuki Y, Yuen SR, Ashley R (2005). Short, thin asbestos fibres contribute to the development of human malignant mesothelioma: pathological evidence. *Int J Hyg Environ Health*, 208: 201–210. doi:10.1016/j.ijheh.2005.01.015 PMID:15971859

Szeszenia-Dabrowska N, Urszula W, Szymczak W, Strzelecka A (2002). Mortality study of workers compensated for asbestosis in Poland, 1970–1997. *Int J Occup Med Environ Health*, 15: 267–278. PMID:12462454

Szeszenia-Dabrowska N, Wilczyńska U, Szymczak W, Laskowicz K (1998). Environmental exposure to asbestos in asbestos cement workers: a case of additional exposure from indiscriminate use of industrial wastes. *Int J Occup Med Environ Health*, 11: 171–177. PMID:9753896

Tomatis M, Prandi L, Bodoardo S, Fubini B (2002). Loss of surface reactivity upon heating amphibole asbestos. *Langmuir*, 18: 4345–4350. doi:10.1021/la011609w

Toyooka S, Pass HI, Shivapurkar N et al. (2001). Aberrant methylation and simian virus 40 tag sequences in malignant mesothelioma. *Cancer Res*, 61: 5727–5730. PMID:11479207

Tsou JA, Galler JS, Wali A et al. (2007). DNA methylation profile of 28 potential marker loci in malignant mesothelioma. *Lung Cancer*, 58: 220–230. doi:10.1016/j.lungcan.2007.06.015 PMID:17659810

Tsou JA, Shen LY, Siegmund KD et al. (2005). Distinct DNA methylation profiles in malignant mesothelioma, lung adenocarcinoma, and non-tumor lung. *Lung Cancer*, 47: 193–204. doi:10.1016/j.lungcan.2004.08.003 PMID:15639718

Tulchinsky TH, Ginsberg GM, Iscovich J et al. (1999). Cancer in ex-asbestos cement workers in Israel, 1953–1992. *Am J Ind Med*, 35: 1–8. doi:10.1002/(SICI)1097-0274(199901)35:1<1::AID-AJIM1>3.0.CO;2-5 PMID:9884739

Turci F, Favero-Longo SE, Tomatis M et al. (2007). A biomimetic approach to the chemical inactivation of chrysotile fibres by lichen metabolites. *Chemistry*, 13: 4081–4093. doi:10.1002/chem.200600991 PMID:17295378

Turci F, Tomatis M, Compagnoni R et al. (2009). Role of associated mineral fibres in chrysotile asbestos health effects: the case of balangeroite. *Ann Occup Hyg*, 53: 491–497. PMID:19435981.

Ugolini D, Neri M, Ceppi M et al. (2008). Genetic susceptibility to malignant mesothelioma and exposure to asbestos: the influence of the familial factor. *Mutat Res*, 658: 162–171. doi:10.1016/j.mrrev.2007.08.001 PMID:17904414

Upadhyay D & Kamp DW (2003). Asbestos-induced pulmonary toxicity: role of DNA damage and apoptosis. *Exp Biol Med (Maywood)*, 228: 650–659. PMID:12773695

US EPA (2010). Toxics Release Inventory, Chemical Reports. (http://www.epa.gov/triexplorer/)

USGS (2001). Some Facts about Asbestos (USGS Fact Sheet FS-012–01), 4 pp.

Vainio H & Boffetta P (1994). Mechanisms of the combined effect of asbestos and smoking in the etiology of lung cancer. *Scand J Work Environ Health*, 20: 235–242. PMID:7801068

Valinluck V & Sowers LC (2007). Endogenous cytosine damage products alter the site selectivity of human DNA maintenance methyltransferase DNMT1. *Cancer Res*, 67: 946–950. doi:10.1158/0008-5472.CAN-06-3123 PMID:17283125

Van Gosen BS (2006) Reported historic asbestos mines, historic asbestos prospects, and natural asbestos occurrences in the Eastern United States: U.S. Geological Survey Open-File Report 2005–1189. Available at http://pubs.usgs.gov/of/2005/1189/

Van Gosen BS, Lowers HA, Sutley SJ, Gent CA (2004). Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. *Environ Geol*, 45: 920–939. doi:10.1007/s00254-003-0955-2

Vasama-Neuvonen K, Pukkala E, Paakkulainen H et al. (1999). Ovarian cancer and occupational exposures in Finland. *Am J Ind Med*, 36: 83–89. doi:10.1002/(SICI)1097-0274(199907)36:1<83::AID-AJIM12>3.0.CO;2-Q PMID:10361591

Vineis P, Ciccone G, Magnino A (1993). Asbestos exposure, physical activity and colon cancer: a case–control study. *Tumori*, 79: 301–303. PMID:8116070

Virta RL (2002). *Asbestos: Geology, Mineralogy, Mining, and Uses (Open-File Report 02–149)*. Reston, VA: US Geological Survey, pp. 28 [http://pubs.usgs.gov/of/2002/of02-149/of02-149.pdf]

Virta RL (2006). *Worldwide asbestos supply and consumption trends from 1900 through 2003*. Reston, VA: US Geological Survery, Circular 1298.

Virta RL (2008). *2007 Minerals Yearbook – Asbestos [Advance Release]*. Reston, VA: US Geological Survey, pp. 7

Virta RL (2009). *Mineral Commodity Summaries: Talc and Pyrophyllite*. Reston, VA: US Geological Surveys, pp. 162–163.

Wagner JC (1962). Experimental production of mesothelial tumours of the pleura by implantation of dusts in laboratory animals. *Nature*, 196: 180–181. doi:10.1038/196180a0 PMID:13998252

Wagner JC (1990). *Biological effects of short fibres*. In: *Proceedings of the VIIth International Pneumo coniosis Conference, Pittsburgh, Pennsylvania, USA, August 23–26 1988. DHHS NIOSH Publ. No. 90–108 Part II*. Washington, D.C.: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, pp. 835–839.

Wagner JC & Berry G (1969). Mesotheliomas in rats following inoculation with asbestos. *Br J Cancer*, 23: 567–581. PMID:5360333

Wagner JC, Berry G, Hill DE et al. (1984b). Animal experiments with MMMVF effects of inhalation and intrapleural inoculation in rats. In: *Biological Effects of Man-made Mineral Fibres: Proceedings of a WHO/IARC conference in association with JEMRB and TIMA. Copenhagen, April 20 - 22, 1982*. Copenhagen: Regional Office for Europe World Health Organization, pp. 209–233.

Wagner JC, Berry G, Skidmore JW, Pooley FD (1980). The comparative effects of three chrysotiles by injection and inhalation in rats. *IARC Sci Publ*, 30: 363–372. PMID:7239658

Wagner JC, Berry G, Skidmore JW, Timbrell V (1974). The effects of the inhalation of asbestos in rats. *Br J Cancer*, 29: 252–269. PMID:4364384

Wagner JC, Berry G, Timbrell V (1973). Mesotheliomata in rats after inoculation with asbestos and other materials. *Br J Cancer*, 28: 173–185. PMID:4354178

Wagner JC, Griffiths DM, Hill RJ (1984a). The effect of fibre size on the in vivo activity of UICC crocidolite. *Br J Cancer*, 49: 453–458. PMID:6324841

Wagner JC, Griffiths DM, Munday DE (1987). Experimental studies with palygorskite dusts. *Br J Ind Med*, 44: 749–763. PMID:2961365

Wagner JC & Pooley FD (1986). Mineral fibres and mesothelioma. *Thorax*, 41: 161–166. doi:10.1136/thx.41.3.161 PMID:3715773

Wagner JC, Skidmore JW, Hill RJ, Griffiths DM (1985). Erionite exposure and mesotheliomas in rats. *Br J Cancer*, 51: 727–730. PMID:2986668

Wagner JC, Sleggs CA, Marchand P (1960). Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province. *Br J Ind Med*, 17: 260–271. PMID:13782506

Wali A, Morin PJ, Hough CD et al. (2005). Identification of intelectin overexpression in malignant pleural mesothelioma by serial analysis of gene expression (SAGE). *Lung Cancer*, 48: 19–29. doi:10.1016/j.lungcan.2004.10.011 PMID:15777968

Walser T, Cui X, Yanagawa J et al. (2008). Smoking and lung cancer: the role of inflammation. *Proc Am Thorac Soc*, 5: 811–815. doi:10.1513/pats.200809-100TH PMID:19017734

Ward JM, Frank AL, Wenk M et al. (1980). Ingested asbestos and intestinal carcinogenesis in F344 rats. *J Environ Pathol Toxicol*, 3: 301–312. PMID:7441086

Webster I, Goldstein B, Coetzee FS, van Sittert GCH (1993). Malignant mesothelioma induced in baboons by inhalation of amosite asbestos. *Am J Ind Med*, 24: 659–666. doi:10.1002/ajim.4700240602 PMID:8311096

Weiner R, Rees D, Lunga FJP, Felix MA (1994). Third wave of asbestos-related disease from secondary use of asbestos. A case report from industry. *S Afr Med J*, 84: 158–160. PMID:7740353

Weiner SJ & Neragi-Miandoab S (2009). Pathogenesis of malignant pleural mesothelioma and the role of environmental and genetic factors. *J Cancer Res Clin Oncol*, 135: 15–27. doi:10.1007/s00432-008-0444-9 PMID:18787841

Welch LS, Acherman YI, Haile E et al. (2005). Asbestos and peritoneal mesothelioma among college-educated

men. *Int J Occup Environ Health*, 11: 254–258. PMID:16130966

WHO (2006). Elimination of Asbestos Related Diseases. WHO/SDE/OEH/06.03. Geneva: World Health Organization.

Wigle DT (1977). Cancer mortality in relation to asbestos in municipal water supplies. *Arch Environ Health*, 32: 185–190. PMID:889357

Wignall BK & Fox AJ (1982). Mortality of female gas mask assemblers. *Br J Ind Med*, 39: 34–38. PMID:7066218

Williams P, Paustenbach D, Balzer JL, Mangold C (2007a). Retrospective exposure assessment of airborne asbestos related to skilled craftsmen at a petroleum refinery in Beaumont, Texas (1940–2006). *J Toxicol Environ Health A*, 70: 1076–1107. DOI:10.1080/15287390701208305 PMID:17558804

Williams PRD, Phelka AD, Paustenbach DJ (2007b). A review of historical exposures to asbestos among skilled craftsmen (1940–2006). *J Toxicol Environ Health Part B*, 10: 319–377. PMID:17687724.

Wypych F, Adad LB, Mattoso N *et al.* (2005). Synthesis and characterization of disordered layered silica obtained by selective leaching of octahedral sheets from chrysotile and phlogopite structures. *J Colloid Interface Sci*, 283: 107–112. DOI:10.1016/j.jcis.2004.08.139 PMID:15694430

Yu HB & Finlay BB (2008). The caspase-1 inflammasome: a pilot of innate immune responses. *Cell Host Microbe*, 4: 198–208. DOI:10.1016/j.chom.2008.08.007 PMID:18779046

Zazenski R, Ashton WH, Briggs D *et al.* (1995). Talc: occurrence, characterization, and consumer applications. *Regul Toxicol Pharmacol*, 21: 218–229. DOI:10.1006/rtph.1995.1032 PMID:7644709

Zhang YL & Wang PL (1984). Gastric cancer associated with incomplete pyloric obstruction and belching combustible gas. *Chin Med J (Engl)*, 97: 66 PMID:6428835

Zheng W, Blot WJ, Shu XO *et al.* (1992). Risk factors for oral and pharyngeal cancer in Shanghai, with emphasis on diet. *Cancer Epidemiol Biomarkers Prev*, 1: 441–448. PMID:1302555

Zhu H & Wang Z (1993). Study of occupational lung cancer in asbestos factories in China. *Br J Ind Med*, 50: 1039–1042. PMID:8280629

# SILICA DUST, CRYSTALLINE, IN THE FORM OF QUARTZ OR CRISTOBALITE

Silica was considered by previous IARC Working Groups in 1986, 1987, and 1996 (IARC, 1987a, b, 1997). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

Silica, or silicon dioxide ($SiO_2$), is a group IV metal oxide, which naturally occurs in both crystalline and amorphous forms (i.e. polymorphic; NTP, 2005). The various forms of crystalline silica are: α-quartz, β-quartz, α-tridymite, β-tridymite, α-cristobalite, β-cristobalite, keatite, coesite, stishovite, and moganite (NIOSH, 2002). The most abundant form of silica is α-quartz, and the term quartz is often used in place of the general term crystalline silica (NIOSH, 2002).

### 1.1 Identification of the agent

α-Quartz is the thermodynamically stable form of crystalline silica in ambient conditions. The overwhelming majority of natural crystalline silica exists as α-quartz. The other forms exist in a metastable state. The nomenclature used is that of α for a lower-temperature phase, and β for a higher-temperature phase. Other notations exist and the prefixes low- and high- are also used (IARC, 1997). The classification and nomenclature of silica forms are summarized in Table 1.1. For more detailed information, refer to the previous *IARC Monograph* (IARC, 1997).

### 1.2 Chemical and physical properties of the agent

Selected chemical and physical properties of silica and certain crystalline polymorphs are summarized in Table 1.1. For a detailed discussion of the crystalline structure and morphology of silica particulates, and corresponding physical properties and domains of thermodynamic stability, refer to the previous *IARC Monograph* (IARC, 1997).

### 1.3 Use of the agent

The physical and chemical properties of silica make it suitable for many uses. Most silica in commercial use is obtained from naturally occurring sources, and is categorized by end-use or industry (IARC, 1997; NTP, 2005). The three predominant commercial silica product categories are: sand and gravel, quartz crystals, and diatomites.

IARC MONOGRAPHS – 100C

**Table 1.1 Nomenclature, CAS numbers, and classification of silica Forms with selected physical and chemical properties**

| Name | CAS No. | Basic Formula | Classification | Synonyms | Properties |
|---|---|---|---|---|---|
| Silica | 7631-86-9 | SiO$_2$ | α-quartz, β-quartz; α-tridymite, β1-tridymite, β2-tridymite; α-cristobalite, β-cristobalite; coesite; stishovite; moganite | | Structure: crystalline, amorphous, cryptocrystalline<br>Molecular weight: 60.1<br>Solubility: poorly soluble in water at 20 °C and most acids; increases with temperature and pH<br>Reactivity: reacts with alkaline aqueous solutions, with hydrofluoric acid (to produce silicon tetrafluoride gas), and catechol |
| **Crystalline Silica** | | | | | |
| Cristobalite | 14464-46-1 | | α-cristobalite, β-cristobalite | | |
| Quartz | 14808-60-7 | | α-quartz, β-quartz | α-quartz: agate; chalcedony; chert; flint; jasper; novaculite; quartzite; sandstone; silica sand; tripoli | Solubility: 6–11 µg/cm$^3$ (6–11 ppm) at room temperature; slightly soluble in body fluids<br>Thermodynamic properties: melts to a glass; coefficient of expansion by heat—lowest of any known substance |
| Tripoli | 1317-95-9 | | | | |
| Tridymite | 15468-32-3 | | α-tridymite, β1-tridymite, β2-tridymite | | |

From IARC (1997), NIOSH (2002), NTP (2005)

### 1.3.1 Sand and gravel

Although silica sand has been used for many different purposes throughout history, its most ancient and principal use has been in the manufacture of glass (e.g. containers, flat plate and window, and fibreglass). Sands are used in ceramics (e.g. pottery, brick, and tile), foundry (e.g. moulding and core, refractory), abrasive (e.g. blasting, scouring cleansers, sawing and sanding), hydraulic fracturing applications, and many other uses. Several uses require the material to be ground (e.g. scouring cleansers, some types of fibreglass, certain foundry applications). In some uses (e.g. sandblasting, abrasives), grinding

also occurs during use. For a more complete list of end-uses, refer to Table 8 of the previous *IARC Monograph* (IARC, 1997).

According to the US Geological Survey, world production in 2008 was estimated to be 121 million metric tons (Dolley, 2009). The leading producers were the USA (30.4 million metric tons), Italy (13.8 million metric tons), Germany (8.2 million metric tons), the United Kingdom (5.6 million metric tons), Australia (5.3 million metric tons), France (5 million metric tons), Spain (5 million metric tons), and Japan (4.5 million metric tons).

Silica dust, crystalline (quartz or crystobalite)

### 1.3.2 Quartz crystals

Quartz has been used for several thousand years in jewellery as a gem stone (e.g. amethyst, citrine), and is used extensively in both the electronics and optical components industries. Electronic-grade quartz is used in electronic circuits, and optical-grade quartz is used in windows, and other specialized devices (e.g. lasers) (IARC, 1997).

### 1.3.3 Diatomites

Diatomites are used in filtration, as fillers (in paint, paper, synthetic rubber goods, laboratory absorbents, anti-caking agents, and scouring powders), and as carriers for pesticides. They impart abrasiveness to polishes, flow and colour qualities to paints, and reinforcement to paper. Other uses include: insulators, absorption agents, scourer in polishes and cleaners, catalyst supports, and packing material (IARC, 1997).

According to the US Geological Survey, world production in 2008 was estimated to be 2.2 million metric tons. The USA accounted for 35% of total world production, followed by the People's Republic of China (20%), Denmark (11%), Japan (5%), Mexico (4%), and France (3%) (Crangle, 2009).

## 1.4 Environmental occurrence

Keatite, coesite, stishovite, and moganite are rarely found in nature. The most commonly occurring polymorphs are quartz, cristobalite and tridymite, which are found in rocks and soil. These forms of silica can be released to the environment via both natural and anthropogenic sources (e.g. foundry processes, brick and ceramics manufacturing, silicon carbide production, burning of agricultural waste or products, or calcining of diatomaceous earth). Some of these anthropogenic activities may cause transformation of one polymorph into another (NIOSH, 2002).

### 1.4.1 Natural occurrence

α-Quartz is found in trace to major amounts in most rock types (e.g. igneous, sedimentary, metamorphic, argillaceous), sands, and soils. The average quartz composition of major igneous and sedimentary rocks is summarized in Table 10 of the previous IARC Monograph (IARC, 1997). Quartz is a major component of soils, composing 90–95% of all sand and silt fractions in a soil. It is the primary matrix mineral in the metalliferous veins of ore deposits, and can also be found in semiprecious stones, such as amethyst, citrine, smoky quartz, morion, and tiger's eye (IARC, 1997).

Crystalline tridymite and cristobalite are found in acid volcanic rocks. Cristobalite also occurs in some bentonite clays, and as traces in diatomite. Although rarely found in nature, coesite and stishovite have been found in rocks that equilibrated in short-lived high-pressure environments (e.g. meteoritic impact craters), and keatite has been found in high-altitude atmospheric dusts, which are believed to originate from volcanic sources (IARC, 1997).

For a more detailed description of the natural occurrence of crystalline silica and its polymorphs in air, water and soil, refer to the previous IARC Monograph (IARC, 1997).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

Inhalation of crystalline silica during the use of commercial products containing quartz is thought to be the primary route of exposure for the non-occupationally exposed (i.e. general) population. Commercial products containing quartz include: cleansers, cosmetics, art clays and glazes, pet litter, talcum powder, caulk, putty, paint, and mortar. No quantitative data on potential levels of exposurem during the use of these products were available at the time of

writing (WHO, 2000). fh e general population may also be exposeᴅ via ingestion of potable water containing quartz particles; however, quantitative ᴅata on concentrations of quartz in potable or other forms of ᴅrinking-water were again not available (IARC, 1997; WHO, 2000).

### 1.5.2 Occupational exposure

Because of the extensive natural occurrence of crystalline silica in the earth's crust anᴅ the wiᴅe uses of the materials in which it is a constituent, workers may be exposeᴅ to crystalline silica in a large variety of inᴅustries anᴅ occupations (IARC, 1997). Table 1.2 lists the main inᴅustries anᴅ activities in which workers coulᴅ be exposeᴅ to crystalline silica. Incluᴅeᴅ in this table are activities that involve the movement of earth (e.g. mining, farming, construction, quarrying), ᴅisturbance of silica-containing proᴅucts (e.g. ᴅemolition of masonry anᴅ concrete), hanᴅling or use of sanᴅ- anᴅ other silica-containing proᴅucts (e.g. founᴅry processes, such as casting, furnace installation anᴅ repair; abrasive blasting; proᴅuction of glass, ceramics, abrasives, cement, etc.).

Estimates of the number of workers potentially exposeᴅ to respirable crystalline silica have been ᴅevelopeᴅ by the National Institute of Occupational Safety anᴅ Health (NIOSH) in the USA anᴅ by CAREX (CARcinogen EXposure) in Europe. Baseᴅ on the National Occupational Exposure Survey (NOES), conᴅucteᴅ ᴅuring 1981–83, anᴅ the *County Business Patterns 1986*, NIOSH estimateᴅ that about 1.7 million US workers were potentially exposeᴅ to respirable crystalline silica (NIOSH, 2002). Baseᴅ on occupational exposure to known anᴅ suspecteᴅ carcinogens collecteᴅ ᴅuring 1990–93, the CAREX ᴅatabase estimates that more than 3.2 million workers in the then 15 Member States of the European Union ᴅuring 1990–93 were consiᴅereᴅ as occupationally exposeᴅ to respirable crystalline silica above backgrounᴅ level (Kauppinen *et al.*, 2000). Nearly 87% of these workers were employeᴅ in 'construction' ($n$ = 2080000), 'manufacture of other non-metallic mineral proᴅucts' ($n$ = 191000), 'other mining' ($n$ = 132000), 'manufacture of pottery, china anᴅ earthenware' ($n$ = 96000), 'manufacture of machinery except electrical' ($n$ = 78000), 'iron anᴅ steel basic inᴅustries' ($n$ = 68000), 'manufacture of fabricateᴅ metal proᴅucts, except machinery anᴅ equipment' ($n$ = 68000), anᴅ 'metal ore mining' ($n$ = 55000). fh e countries with the highest number of potentially exposeᴅ workers were: Germany (1 million workers), the Uniteᴅ Kingᴅom (580000 workers), Spain (400000 workers), Italy (250000 workers), the Netherlanᴅs (170000 workers), France (110000 workers), anᴅ Austria (100000 workers) (Kauppinen *et al.*, 2000; Mirabelli & Kauppinen, 2005; Scarselli *et al.*, 2008).

For representative ᴅata in the main inᴅustries where quantitative exposure levels were available in the publisheᴅ literature anᴅ/or where major occupational health stuᴅies haᴅ been conᴅucteᴅ, refer to the previous *IARC Monograph* (IARC, 1997). fh ese main inᴅustries incluᴅe mines anᴅ quarries, founᴅries anᴅ other metallurgical operations, ceramics anᴅ relateᴅ inᴅustries, construction, granite, crusheᴅ stone anᴅ relateᴅ inᴅustries, sanᴅblasting of metal surfaces, agriculture, anᴅ miscellaneous other operations (IARC, 1997). Data from stuᴅies anᴅ reviews on crystalline silica exposure publisheᴅ since the previous *IARC Monograph* are summarizeᴅ below.

### (a)   Levels of occupational exposure

To estimate the number of US workers potentially exposeᴅ to high levels of crystalline silica anᴅ to examine trenᴅs in exposure over time, Yassin *et al.* (2005) analyseᴅ ᴅata containeᴅ in the OSHA Integrateᴅ Management Information System (IMIS) ᴅatabase. After exclusion of ᴅuplicate bulk anᴅ area samples, a total of 7209 personal sample measurements collecteᴅ ᴅuring

Silica dust, crystalline (quartz or crystobalite)

**Table 1.2 Main activities in which workers may be exposed to crystalline silica**

| Industry/activity | Specific operation/task | Source material |
|---|---|---|
| Agriculture | Ploughing, harvesting, use of machinery | Soil |
| Mining and related milling operations | Most occupations (underground, surface, mill) and mines (metal and non-metal, coal) | Ores and associated rock |
| Quarrying and related milling operations | Crushing stone, sand and gravel processing, monumental stone cutting and abrasive blasting, slate work, diatomite calcination | Sandstone, granite, flint, sand, gravel, slate, diatomaceous earth |
| Construction | Abrasive blasting of structures, buildings<br>Highway and tunnel construction<br>Excavation and earth-moving<br>Masonry, concrete work, demolition | Sand, concrete<br>Rock<br>Soil and rock<br>Concrete, mortar, plaster |
| Glass, including fibreglass | Raw material processing<br>Refractory installation and repair | Sand, crushed quartz<br>Refractory materials |
| Cement | Raw materials processing | Clay, sand, limestone, diatomaceous earth |
| Abrasives | Silicon carbide production<br>Abrasive products fabrication | Sand<br>Tripoli, sandstone |
| Ceramics, including bricks, tiles, sanitary ware, porcelain, pottery, refractories, vitreous enamels | Mixing, moulding, glaze or enamel spraying, finishing | Clay, shale, flint, sand, quartzite, diatomaceous earth |
| Iron and steel mills | Refractory preparation and furnace repair | Refractory material |
| Silicon and ferro-silicon | Raw materials handling | Sand |
| Foundries (ferrous and non-ferrous) | Casting, shaking out<br>Abrasive blasting, fettling<br>Furnace installation and repair | Sand<br>Sand<br>Refractory material |
| Metal products including structural metal, machinery, transportation equipment | Abrasive blasting | Sand |
| Shipbuilding and repair | Abrasive blasting | Sand |
| Rubber and plastics | Raw material handling | Fillers (tripoli, diatomaceous earth) |
| Paint | Raw materials handling | Fillers (tripoli, diatomaceous earth, silica flour) |
| Soaps and cosmetics | Abrasive soaps, scouring powders | Silica flour |
| Asphalt and roofing felt | Filling and granule application | Sand and aggregate, diatomaceous earth |
| Agricultural chemicals | Raw material crushing, handling | Phosphate ores and rock |
| Jewellery | Cutting, grinding, polishing, buffing | Semiprecious gems or stones, abrasives |
| Dental material | Sandblasting, polishing | Sand, abrasives |
| Automobile repair | Abrasive blasting | Sand |
| Boiler scaling | Coal-fired boilers | Ash and concretions |

From IARC, 1997

2512 OSHA inspections during 1988–2003 were analysed. The findings suggest that geometric mean crystalline silica exposure levels declined in some high-risk construction industries during the period under study, and revealed a significant decline when compared with silica exposure levels found in a previous study by Stewart & Rice (1990). Geometric mean airborne silica exposure levels among workers in the following industries were significantly lower in 1988–2003

359

IARC MONOGRAPHS – 100C

than in 1979–87: general contractor industry (0.057 mg/m$^3$ versus 0.354 mg/m$^3$), bridge-tunnel construction industry (0.069 mg/m$^3$ versus 0.383 mg/m$^3$), and stonework masonry industry (0.065 mg/m$^3$ versus 0.619 mg/m$^3$). Silica exposures in the grey-iron industry also declined by up to 54% for some occupations (e.g. the geometric mean for "furnace operators" in 1979–87 was 0.142 mg/m$^3$ versus 0.066 mg/m$^3$ in 1988–2003). [The Working Group noted that exposure levels may not have decreased globally.]

Table 1.3 presents the more recent studies that assessed the levels of respirable crystalline silica in a range of industries and countries. Other recent exposure studies that did not measure the respirable crystalline silica components are presented below.

*(b)  Mines*

As part of a cohort mortality study follow-up in four tin mines in China, Chen *et al.* (2006) developed quantitative exposure estimates of silica mixed dust. Workers in the original cohort were followed up from the beginning of 1972 to the end of 1994. Cumulative exposure estimates were calculated for each worker using their mine employment records and industrial hygiene measurements of airborne total dust, particle size, and free silica content collected since the 1950s. Total dust concentrations of the main job titles exposed were found to have declined from about 10–25 mg/m$^3$ in the beginning of the 1950s to about 1–4 mg/m$^3$ in the 1980s and 1990s. The respirable fraction of total dust was estimated to be 25 ± 4%, and the respirable crystalline silica concentration was estimated to be 4.3% of the total mixed mine dust.

Tse *et al.* (2007) conducted a cross-sectional study to investigate the prevalence of accelerated silicosis among 574 gold miners in Jiangxi, China. Using occupational hygiene data abstracted from government documents and bulk dust data from a study in another gold mine in the region, the estimated mean concentration of respirable

silica dust were reported as 89.5 mg/m$^3$ (range, 70.2–108.8 mg/m$^3$). According to government documents, the total dust concentration in underground gold mining was in the range of 102.6–159 mg/m$^3$ (average, 130.8 mg/m$^3$), and the fraction of silica in total dust was around 75.7–76.1%. No data on the proportion of respirable dust were available.

To determine dose–response relationships between exposure to respirable dust and respiratory health outcomes, Naidoo *et al.* (2006) used historical data (*n* = 3645) and current measurements (*n* = 441) to characterize exposure to respirable coal mine dust in three South African coal mines. Jobs were classified into the following exposure zones: face (directly involved with coal extraction), underground backbye (away from the coal mining face), and work on the surface. Based on the 8-hour full-shift samples collected respectively, mean respirable dust concentrations in Mines 1, 2, and 3, were as follows: 0.91 mg/m$^3$ (GSD, 3.39; mean silica content, 2.3%; *n* = 102), 1.28 mg/m$^3$ (GSD, 2.11; mean silica content, 1.4%; *n* = 63), and 1.90 mg/m$^3$ (GSD, 2.23; mean silica content, 2.7%; *n* = 73) at the face; 0.48 mg/m$^3$ (GSD, 2.97; mean silica content, 1.48%; *n* = 30), 0.56 mg/m$^3$ (GSD, 3.71; mean silica content, 1.35%; *n* = 47), and 0.52 mg/m$^3$ (GSD, 4.06; mean silica content, 0.9%; *n* = 41) in the backbye zone; and, 0.31 mg/m$^3$ (GSD, 3.52; mean silica content, 0.95%; *n* = 8), 0.15 mg/m$^3$ (GSD, 3.56; *n* = 6), and 0.24 mg/m$^3$ (GSD, 7.69; mean silica content, 0.64%; *n* = 11) in the surface zone. Based on the historical data, overall geometric mean dust levels were 0.9 mg/m$^3$ (GSD, 4.9), 1.3 mg/m$^3$ (GSD, 3.3), and 0.5 mg/m$^3$ (GSD, 5.6) for Mines 1, 2, and 3, respectively.

*(c)  Granite-quarrying and -processing, crushed stone, and related industries*

Bahrami *et al.* (2008) described the personal exposure to respirable dust and respirable quartz in stone-crushing units located in western Islamic Republic of Iran. A total of 40 personal samples

Silica dust, crystalline (quartz or crystobalite)

**Table 1f8 Respirable crystalline silica concentrations in various industries worldwide**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| **Mines** | | | | |
| Hayumbu et al. (2008), copper mines, the Zambia | | Arithmetic mean (SD; range) | | Cross-sectional dust exposure assessment; bulk and personal respirable samples; NIOSH method 0600 for gravimetric analysis of respirable dust; NIOSH method 7500 for quartz analysis of bulk and respirable samples; mean personal sampling time: 307 minutes (Mine 1) and 312 minutes (Mine 2) |
| | Mine 1 | 0.14 (0.2; 0–1.3) | 101 | |
| | Mine 2 | 0.06 (0.06; 0–0.3) | 102 | |
| Weeks & Rose (2006), metal and non-metal mines, USA, 1998–2002 | | Arithmetic mean (GM) | | Mine Safety and Health Administration compliance data from 4726 mines; 8-hour full-shift personal air samples; gravimetric analysis of respirable dust; NIOSH method 7500 for silica analysis; arithmetic and geometric mean exposure calculated and classified by occupation, mine, and state |
| | Strip and open pit mines | 0.047 (0.027) | 13702 | |
| | Mills or preparation plants | 0.045 (0.027) | 1145 | |
| | Underground mines | 0.050 (0.029) | 1360 | |
| | Overall | 0.047 (0.027) | 16207 | |
| Bråtveit et al. (2003), underground small-scale mining, United Republic of Tanzania, 2001 | | Geometric mean (GSD) | | Personal dust sampling (respirable and total dust) on 3 consecutive day shifts; sampling time varied between 5 and 8 hours; gravimetric analysis of respirable and total dust; NIOSH method 7500 for silica analysis |
| | Drilling, blasting, and shovelling | 2.0 (1.7) | 6 | |
| | Shovelling and loading of sacks | 1.0 (1.5) | 3 | |
| | Overall | 1.6 (1.8) | 9 | |
| Park et al. (2002), diatomaceous earth mining and milling, California, USA, 1942–94 | | Arithmetic mean | | Re-analysis of data from a cohort of 2342 California diatomaceous earth workers; mean concentration of respirable crystalline silica averaged over years of employment of cohort; crystalline silica content of bulk samples varied from 1–25%, and depended on process location |
| | Mines and mills | 0.29 | NR | |
| | | Cumulative exposure (mg/m³-yr) | | |
| | | 2.16 | | |
| Mamuya et al. (2006), underground coal mining, United Republic of Tanzania; June–August 2003 and July–August 2004 | | Geometric mean (GSD) | | Personal dust samples collected during two periods in 2003 and 2004; 134 respirable dust samples collected and analysed gravimetrically; 125 samples analysed for quartz using NIOSH method 7500 |
| | Development team | 0.073 (11.1) | 56 | |
| | Mine team | 0.013 (2.97) | 45 | |
| | Transport team | 0.006 (1.84) | 11 | |
| | Maintenance team | 0.016 (11.05) | 13 | |
| | Overall | 0.027 (8.18) | 125 | |

IARC MONOGRAPHS – 100C

## Table 1.16 (continued)

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| **Granite-quarrying and -processing, crushed stone, and related industries** | | | | |
| Wickman & Middendorf (2002) Granite-quarrying, Georgia, USA; May 1993–February 1994 | Granite sheds | Arithmetic mean (SD) 0.052 (0.047) | 40 | Exposure assessment surveys in 10 granite sheds to measure compliance; full-shift respirable dust samples in workers' breathing zone and area samples; gravimetric analysis of respirable dust; crystalline silica analysis using OSHA ID 142; TWA exposures calculated |
| Brown & Rushton (2005a) Industrial silica sand, United Kingdom, 1978–2000 | Quarries | Unadjusted geometric mean (GSD) 0.09 (3.9) | 2429 (personal) 583 (static) | Samples collected by companies as part of routine monitoring programme; gravimetric analysis; silica content measured by Fourier transform infrared spectrophotometry until 1997 and by X-ray diffraction thereafter; personal and static measurements combined into one data set |
| Gottesfeld et al. (2008) Stone-crushing mills, India, 2003 (initial phase), 2006 and 2007 (post-implementation of engineering controls) | Prior to water-spray controls (2003) | Arithmetic mean (SD) Cristobalite, 0.09 (0.08) Quartz, 0.25 (0.12) | [5] [5] | Bulk and personal air samples collected; silica analysis using NIOSH method 7500; NIOSH method 0500 for respirable particulates used in 2003 |
| | After water-spray controls | | | |
| | Monsoon season (winter 2007) | Cristobalite, 0.02 (0.01) Quartz, 0.01 (0.01) | [18] [18] | |
| | Dry season (summer 2006) | Cristobalite, 0.03 (0.03) Quartz, 0.06 (0.12( | [27] [27] | |
| Yingratanasuk et al. (2002) Stone carvers, Thailand, 1999–2000 | Carvers (Site 1) Pestle makers (Site 1) Mortar makers (Site 2) Mortar makers (Site 3) | Arithmetic mean 0.22 0.05 0.05 0.88 | 148 (total number of samples) | Cross-sectional study design; full-shift (8-hour) personal dust samples; respirable dust analysed gravimetrically; silica analysis by infrared spectrophotometry |

Silica dust, crystalline (quartz or crystobalite)

## Table 1fB (continued)

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Rando et al. (2001) Industrial sand industry, North America, 1974–98 | Sand-processing plants | Geometric mean 0.042 (overall) | 14249 | Exposure estimates created for a longitudinal and case-referent analysis of a cohort of industrial sand workers; gravimetric analysis of total dust; silica analysis by X-ray diffraction spectroscopy |
| Yassin et al. (2005) Stonework masonry, USA, 1988–2003 | All occupations | Geometric mean (GSD) 0.065 (0.732) | 274 | Analysis of personal silica measurements (n = 7209) in OSHA IMIS; samples collected using OSHA method ID 142 during 2512 compliance inspections |
| **Foundries** | | | | |
| Andersson et al. (2009) Iron foundry, Sweden, April 2005–May 2006 | | Geometric mean (GSD) | | Respirable dust, quartz, cristobalite, trypimite samples collected on 2 consecutive workdays for shift and daytime workers; gravimetric analysis conducted using modified NIOSH method; respirable quartz and cristobalite analysed using modified NIOSH method 7500 |
| | Caster | 0.020 (1.8) | 22 | |
| | Core Maker | 0.016 (2.3) | 55 | |
| | Fettler | 0.041 (2.9) | 115 | |
| | Furnace and ladle repair | 0.052 (3.7) | 33 | |
| | Maintenance | 0.021 (2.6) | 26 | |
| | Melter | 0.022 (2.0) | 49 | |
| | Moulder | 0.029 (2.6) | 64 | |
| | Sand mixer | 0.020 (2.3) | 14 | |
| | Shake out | 0.060 (1.7) | 16 | |
| | Transportation | 0.017 (2.6) | 13 | |
| | Other | 0.020 (2.0) | 28 | |
| | All occupations | 0.028 (2.8) | 435 | |

IARC MONOGRAPHS – 100C

## Table 1f8 (continued)

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Yassin et al. (2005) Grey-iron foundry, USA 1988–2003 | | Geometric mean (GSD) | | Analysis of personal silica measurements (n = 7 209) in OSHA IMIS; samples collected using OSHA method ID 142 during 2512 compliance inspections |
| | Spruer | 0.154 (0.100) | 22 | |
| | Hunter operator | 0.093 (1.144) | 10 | |
| | Charger | 0.091 (0.999) | 8 | |
| | Core maker | 0.078 (1.033) | 89 | |
| | Grinder | 0.075 (0.821) | 371 | |
| | Molber | 0.073 (0.910) | 308 | |
| | Abrasive blast operator | 0.070 (0.821) | 56 | |
| | Sorter | 0.067 (0.827) | 23 | |
| | Reline cupola | 0.067 (0.725) | 29 | |
| | Furnace operator | 0.066 (0.766) | 47 | |
| | Core setter | 0.066 (0.671) | 23 | |
| | Craneman | 0.066 (0.815) | 16 | |
| | Cleaning department | 0.060 (0.879) | 36 | |
| | Inspector | 0.057 (1.298) | 21 | |
| | Ladle repair | 0.055 (0.829) | 30 | |
| **Other metallurgical operations** | | | | |
| Forelann et al. (2008) Silicon carbide industry, Norway, November 2002–December 2003 | Cleaning operators (Plant A) | Geometric mean 0.020 (quartz) | 720 (total) | Exposure survey conducted in 3 silicon carbide plants; measurements collected to improve previously developed job–exposure matrix; sampling duration close to full shift(6–8 hours); 2 sampling periods of 2 work weeks; gravimetric analysis of respirable dust; silica analysis using modified NIOSH method 7500 |
| | Mix operators (Plants A and C), charger/ mix and charger operators (Plant C) | 0.008–0.013 (quartz) | | |
| | All other jobs (Plants A, B and C) | < 0.005 (quartz) | | |
| | Charger/mix operators (Plant C) | 0.038 (cristobalite) | | |
| **Construction** | | | | |
| Tjoe-Nij et al. (2003) Construction, the Netherlands | | Geometric mean (GSD) | | Cross-sectional study design; repeated dust measurements (n = 67) on 34 construction workers; full-shift(6–8 hours) personal respirable dust sampling; gravimetric analysis of respirable dust; silica analysis by infrared spectroscopy (NIOSH method 7602); 8-h TWA concentrations calculated |
| | Concrete drillers and grinders | 0.42 (5.0) | 14 | |
| | Tuck pointers | 0.35 (2.8) | 10 | |
| | Demolition workers | 0.14 (2.7) | 21 | |

Silica dust, crystalline (quartz or crystobalite)

**Table 1.8 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Akbar-Khanzadeh & Brillhart (2002) Construction, USA | Concrete-finishing (grinding) | Arithmetic mean (SD) 1.16 (1.36) | 49 | Task-specific silica exposure assessment conducted as part of an OSHA Consultation Service in Ohio; gravimetric analysis of respirable samples using NIOSH method 0600; silica analysis using in-house method based on NIOSH method 7500 and OSHA ID 142 |
| Verma et al. (2003) | | Range (min–max) | | Task-based exposure assessment conducted as part of an epidemiological study of Ontario construction workers; personal dust sampling and direct-reading particulate monitoring; gravimetric analysis of respirable dust using modified NIOSH method 0600; respirable silica analysis using modified NIOSH method 7500 |
| | Labourers | 0.10–0.15 | 20 | |
| | Operating engineers | 0.04–0.06 | 3 | |
| | Carpenters, iron workers, masons, painters, terrazzo workers | below detectable limits | 17 | |
| Woskie et al. (2002) Heavy and highway construction, USA | | Geometric mean (GSD) | | Personal samples collected using the Construction Occupational Health Program sampling strategy; particulate samples analysed gravimetrically; quartz analysed by Fourier transform infrared spectrophotometry; duration of sampling—6 hours of an 8-hour working day |
| | Labourers | 0.026 (5.9) | 146 | |
| | Miscellaneous trade | 0.013 (2.8) | 26 | |
| | Operating engineers | 0.007 (2.8) | 88 | |
| Flanagan et al. (2003) Construction, USA, August 2000–January 2001 | Clean-up, demolition with hand-held tools, concrete cutting, concrete mixing, tuck-point grinding, surface grinding, sacking and patching concrete, and concrete-floor sanding | Geometric mean (GSD) 0.11 (5.21) | 113 | Respirable samples analysed gravimetrically using NIOSH method 0600; silica analysed by Fourier transform infrared spectrophotometry using NIOSH method 7602 |
| Lumens & Spee (2001) Construction, the Netherlands | | Geometric mean (GSD) | | Personal air samples collected during field study at 30 construction sites; duration of sampling 3 to 4 hours; gravimetric analysis of respirable dust samples; silica analysis using NIOSH method 7500 |
| | Recess miller | 0.7 (3.3) | 53 | |
| | Demolition worker | 1.1 (4.0) | 82 | |
| | Inner wall constructor | 0.04 (2.6) | 36 | |
| | Overall | 0.5 (5.6) | 171 | |

365

IARC MONOGRAPHS – 100C

**Table 1.16 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Flanagan et al. (2006) Construction, USA, 1992–2002 | Abrasive blasters, surface and tuck point grinders, jackhammers, rock drills | Geometric mean (GSD) 0.13 (5.9) | 1374 | Personal silica measurements collected as part of a silica-monitoring compilation project; data provided by 3 federal or state regulatory agencies (n = 827 samples), 6 university or research agencies (n = 491), and 4 private consultants or contractors (n = 134) |
| Akbar-Khanzadeh et al. (2002) Construction, USA | Uncontrolled conventional grinding | Arithmetic mean 61.7 | 5 sessions | Personal samples collected during grinding operations in a controlled field laboratory to evaluate the effectiveness of wet grinding and local exhaust ventilation; samples collected and analysed using NIOSH methods 0600 and 7500 |
| | Wet grinding | 0.896 | 7 sessions | |
| | Local exhaust ventilation grinding | 0.155 | 6 sessions | |
| Bakke et al. (2002) Construction, Norway, 1996–99 | Tunnel workers | Geometric mean (GSD) α-Quartz, 0.035 (5.0) | 299 | Personal samples collected as part of exposure survey; sampling duration: 5 to 8 h; respirable dust analysed gravimetrically; silica analysed by NIOSH method 7500 |
| Linch (2002) Construction, USA, 1992–98 | Abrasive blasting of concrete structures | TWA (8-hour) 2.8 | | Personal samples collected as part of NIOSH effort to characterize respirable silica exposure in construction industry; respirable dust collected and analysed according to NIOSH method 0600; silica analysed by NIOSH method 7500 |
| | Drilling concrete highway pavement | 3.3 | | |
| | Concrete-wall grinding | 0.26 | | |
| | Concrete sawing | 10.0 | | |
| | Milling of asphalt | 0.36 | | |
| Meijer et al. (2001) Construction, USA, 1992–93 | Concrete workers | Arithmetic mean 0.06 | 96 | Personal samples of respirable dust and silica; gravimetric analysis of respirable dust; silica analysed by infrared spectrophotometry |
| **Miscellaneous operations** | | | | |
| Hicks & Yager (2006) Coal-fired power plants, USA | Normal production activities | Arithmetic mean 0.048 | 108 | Personal breathing zone samples collected during normal full shifts and analysed by NIOSH method 7500 |

Silica dust, crystalline (quartz or crystobalite)

## Table 1.8 (continued)

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | | Number of samples | Comments |
|---|---|---|---|---|---|
| Shih et al. (2008) Furnace relining, Taiwan, China | | Arithmetic mean | | | Exposures measured in a municipal waste incinerator during annual furnace relining; respirable dust collected and analysed by NIOSH method 0600; silica analysed by NIOSH method 7500 |
| | Sandblasting | 0.578 | | 7 | |
| | Bottom-ash cleaning | 0.386 | | 8 | |
| | Wall demolishing | 0.116 | | 8 | |
| | Relining | 0.041 | | 10 | |
| | Grip repairing | 0.042 | | 14 | |
| | Scaffold establishing | 0.040 | | 8 | |
| | Others | 0.082 | | 8 | |
| Zhuang et al. (2001) Pottery factories and metal mines, China, 1988–89 | | Arithmetic mean | | | Special exposure survey conducted to compare results obtained from traditional Chinese samplers with nylon cyclones; gravimetric analysis of cyclone samples; silica analysis using X-ray diffraction |
| | Pottery factories | 0.116 | | 54 | |
| | Iron/copper mines | 0.017 | | 23 | |
| | Tin mines | 0.097 | | 10 | |
| | Tungsten mines | 0.101 | | 56 | |
| Yassin et al. (2005) Several industries, USA, 1988–2003 | | Geometric mean (GSD) | | | Analysis of personal silica measurements (n = 7 209) in OSHA IMIS; samples collected using OSHA method ID 142 during 2512 compliance inspections |
| | Soap and other detergents | 0.102 (0.757) | | 6 | |
| | Testing laboratories services | 0.099 (0.896) | | 53 | |
| | Cut stone and stone products | 0.091 (0.956) | | 405 | |
| | General contractors | 0.091 (0.900) | | 28 | |
| | Coating engraving | 0.075 (0.839) | | 75 | |
| | Grey–iron foundries | 0.073 (0.877) | | 1 760 | |
| | Concrete work | 0.073 (0.705) | | 94 | |
| | Manufacturing explosives | 0.070 (0.841) | | 9 | |
| | Bridge–tunnel construction | 0.070 (0.827) | | 91 | |
| | Stonework masonry | 0.065 (0.732) | | 274 | |
| | Overall | 0.073 (0.919) | | 7209 | |

GM, geometric mean; GSD, geometric standard deviation; IMIS, Integrated Management Information System; NIOSH, National Institute for Occupational Safety and Health; NR, not reported; OSHA; SD, standard deviation

IARC MONOGRAPHS – 100C

and 40 area samples were collected and analysed by X-ray diffraction. Personal samples were collected after the installation of local exhaust ventilation, and area samples were collected inside the industrial units before ($n = 20$) and after ($n = 20$) the installation of local exhaust ventilation. Personal samples were collected from process workers ($n = 12$), hopper workers ($n = 8$), drivers ($n = 11$), and office employees ($n = 9$). Personal concentrations of respirable dust were as follows: process workers, 0.21 mg/m³; hopper workers, 0.45 mg/m³; and, drivers, 0.20 mg/m³. Personal concentrations of respirable quartz were as follows: process workers, 0.19 mg/m³; hopper workers, 0.40 mg/m³; and, drivers, 0.17 mg/m³. Based on the area samples, the average levels of total dust and respirable dust were 9.46 mg/m³ and 1.24 mg/m³, respectively. The amount of free silica in the stone was 85–97%.

Golbabaei et al. (2004) measured TWA concentrations of total dust, respirable dust, and crystalline silica (α-quartz) in a marble stone quarry located in the north-eastern region of the Islamic Republic of Iran. Full-shift (2 × 4-hour samples) personal breathing zone samples were collected and analysed using gravimetric and X-ray diffraction methods. The highest levels of total and respirable dust exposure were observed for workers in the hammer drill process area (107.9 mg/m³ and 11.2 mg/m³, respectively), and the cutting machine workers had the lowest levels of exposure (9.3 mg/m³ and 1.8 mg/m³, respectively). The highest concentrations of α-quartz in total and respirable dust were measured in hammer drill process workers (0.670 mg/m³ and 0.057 mg/m³, respectively).

In a NIOSH-conducted cohort mortality study of workers from 18 silica sand plants, Sanderson et al. (2000) estimated historical quartz exposures using personal respirable quartz measurements (collected during 1974–96) and impinger dust samples (collected in 1946). During 1974–96, a total of 4269 respirable dust samples were collected from workers performing 143 jobs at these 18 plants. Respirable quartz concentrations ranged from less than 1 to 11700 μg/m³, with a geometric mean concentration of 25.9 μg/m³. Over one-third of the samples exceeded the Mine Safety and Health Administration permissible exposure limit value for quartz (PEL, 10 mg/m³/(%quartz + 2)), and half of the samples exceeded the NIOSH recommended exposure limit [at the time] (REL, 0.050 mg/m³). Quartz concentrations varied significantly by plant, job, and year and decreased over time, with concentrations measured in the 1970s being significantly greater than those measured later.

### (d) Foundries

Lee (2009) reported on exposures to benzene and crystalline silica during the inspection of a foundry processing grey and ductile iron. The facility consisted of two buildings: the main foundry where moulding, core-making, metal pouring, and shakeout took place; and, the finishing part of the site where grinding and painting was done. Personal sampling for crystalline silica was conducted in the grinding area, in casting shakeout, and in both the mould- and core-making operations. Eight-hour TWA concentrations of crystalline silica were in the range of 2.11–4.38 mg/m³ in the grinding area ($n = 4$), 1.18–2.14 mg/m³ in the shakeout area ($n = 2$), and 1.15–1.63 mg/m³ in the core-maker area ($n = 2$). The 8-hour TWA concentration in the mould area was 0.988 mg/m³.

### (e) Construction

In a study of cement masons at six commercial building sites in Seattle, WA, USA, Croteau et al. (2004) measured personal exposures to respirable dust and crystalline silica during concrete-grinding activities to assess the effectiveness of a commercially available local exhaust ventilation (LEV) system. Levels were measured with and without LEV, one sample directly after the other. A total of 28 paired

samples were collected. The results showed that the application of LEV resulted in a mean exposure reduction of 92%, with the overall geometric mean respirable dust exposure declining from 4.5 to 0.14 mg/m³. However, approximately one quarter of the samples collected while LEV was being used were greater than the OSHA 8–hour TWA PEL (22% of samples), and the American Conference of Governmental Industrial Hygiene (ACGIH) threshold limit value (26%) for respirable crystalline silica.

Rappaport *et al.* (2003) investigated exposures to respirable dust and crystalline silica among 80 workers in four trades (bricklayers, painters (when abrasive blasting), operating engineers, and labourers) at 36 construction sites in the Eastern and Midwestern USA. A total of 151 personal respirable air samples were collected and analysed using gravimetric and X-ray diffraction methods. Painters had the highest median exposures for respirable dust and silica (13.5 and 1.28 mg/m³, respectively), followed by labourers (2.46 and 0.350 mg/m³), bricklayers (2.13 and 3.20 mg/m³), and operating engineers (0.720 and 0.075 mg/m³). The following engineering controls and workplace characteristics were found to significantly affect silica exposures: wet dust suppression reduced labourers' exposures by approximately 3-fold; the use of ventilated cabs reduced operating engineers' exposures by approximately 6-fold; and, working indoors resulted in a 4-fold increase in labourers' exposures.

### (f)   Agriculture

Archer *et al.* (2002) assessed the exposure to respirable silica of 27 farm workers at seven farms in eastern North Carolina, USA. Four-hour personal breathing zone samples (*n* = 37) were collected during various agricultural activities and analysed for respirable dust, respirable silica, and percentage silica using gravimetric and X-ray diffraction methods. The overall mean respirable dust, respirable silica, and percentage silica values were 1.31 mg/m³ (*n* = 37), 0.66 mg/m³ (*n* = 34), and 34.4% (*n* = 34), respectively. The highest respirable dust and respirable silica concentrations were measured during sweet potato transplanting (mean, 7.6 and 3.9 mg/m³, respectively; *n* = 5), and during riding on or driving an uncabbed tractor (mean, 3.1 and 1.6 mg/m³, respectively; *n* = 13).

Nieuwenhuijsen *et al.* (1999) measured personal exposure to dust, endotoxin, and crystalline silica during various agricultural operations at ten farms in California, USA, between April 1995 and June 1996. A total of 142 personal inhalable samples and 144 personal respirable samples were collected. The highest levels of inhalable dust exposure were measured during machine-harvesting of tree crops and vegetables (GM, 45.1 mg/m³ and 7.9 mg/m³, respectively), and during the cleaning of poultry houses (GM, 6.7 mg/m³). Respirable dust levels were generally low, except for machine-harvesting of tree crops and vegetables (GM, 2.8 mg/m³ and 0.9 mg/m³, respectively). The percentage of crystalline silica was higher in the respirable dust samples (overall, 18.6%; range, 4.8–23.0%) than in the inhalable dust samples (overall, 7.4%; range, not detectable to 13.0%).

### (g)   Miscellaneous operations

Harrison *et al.* (2005) analysed respirable silica dust samples (*n* = 47) from several Chinese workplaces (three tungsten mines, three tin mines, and nine pottery mines) to determine the effect of surface occlusion by alumino-silicate on silica particles in respirable dust. The average sample percentages of respirable-sized silica particles indicating alumino-silicate occlusion of their surface were: 45% for potteries, 18% for tin mines, and 13% for tungsten mines.

To provide a more precise estimate of the quantitative relationship between crystalline silica and lung cancer, 't Mannetje *et al.* (2002) conducted a pooled analysis of existing quantitative exposure data for ten cohorts exposed to silica

IARC MONOGRAPHS – 100C

(US Diatomaceous earth workers; Finnish and US granite workers; US industrial sand workers; Chinese pottery workers, and tin and tungsten miners; and South African, Australian, and US gold miners). Occupation- and time-specific exposure estimates were either adopted/adapted or developed for each cohort, and converted to milligrams per cubic metre (mg/m³) respirable crystalline silica. The median of the average cumulative exposure to respirable crystalline silica ranged from 0.04 mg/m³ for US industrial sand workers to 0.59 mg/m³ for Finnish granite workers. The cohort-specific median of cumulative exposure ranged from 0.13 mg/m³–years for US industrial sand workers to 11.37 mg/m³–years for Australian gold miners.

In a cross-sectional survey, Hai *et al.* (2001) determined the levels of respirable nuisance and silica dusts to which refractory brickworkers were exposed at a company in Ha Noi, Viet Nam. Respirable dust levels were in the range of 2.2–14.4 mg/m³ at nine sample sites. The estimated free silica content of dust was 3.5% for unfired materials at the powder collectors (*n* = 8 samples), and 11.4% in the brick-cleaning area following firing (*n* = 1 sample).

Burgess (1998) investigated processes associated with occupational exposure to respirable crystalline silica in the British pottery industry during 1930–1995, and developed a quantitative job–exposure matrix. Exposure estimates were derived from 1390 air samples, the published literature, and unpublished reports of dust control innovations and process changes. In the matrix, daily 8-hour TWA airborne concentrations of respirable crystalline silica ranged from 0.002 mg/m³ for pottery-support activities performed in the 1990s to 0.8 mg/m³ for firing activities in the 1930s. Although exposure estimates within decades varied, median concentrations for all process categories displayed an overall trend towards progressive reduction in exposure during the 65 year span.

## 2. Cancer in Humans

### 2.1 Cancer of the lung

In the previous *IARC Monograph* (IARC, 1997) not all studies reviewed demonstrated an excess of cancer of the lung and, given the wide range of populations and exposure circumstances studied, some non-uniformity of results had been expected. However, overall, the epidemiological findings at the time supported an association between cancer of the lung and inhaled crystalline silica (α-quartz and cristobalite) resulting from occupational exposure.

The current evaluation has a primary focus on studies that employed quantitative data on occupational exposures to crystalline silica dust (α-quartz and cristobalite). The establishment of exposure–response relationships not only provides critical evidence of causation, but the availability of quantitative exposures on crystalline silica and other exposures of relevance facilitates the accurate assessment of exposure–response relationships in the presence of potential confounders. In addition to the focus on quantitative exposure–response relationships, a summary of findings from eight published meta-analyses of lung cancer was also elaborated. Of these, the seven meta-analyses involving absolute risk summarize the information from the many studies that did not consider quantitative exposure–response relationships, while the eighth is a meta-analysis of exposure-response.

Findings from cohort studies are given in Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.1.pdf, and those for the case–control studies are provided in Table 2.2 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.2.pdf. Given that there was concern by the previous IARC Working Group that different exposure settings (including the nature of the industry and the crystalline silica polymorph) may give rise to different (or

no) cancer risks, this evaluation is divided into sections based on the industrial setting where exposure to silica occurs. As with other evaluations, data from community-based studies are not included, although studies of persons with silicosis are.

### 2.1.1 Diatomaceous earth

Work in the diatomaceous earth industry is associated mainly with exposure to cristobalite rather than quartz, and, in the USA, is generally free of other potential confounding exposures apart from exposure to asbestos in a minority of locations. The first study of US diatomaceous earth workers revealed significant positive trends in lung cancer risk with both cumulative exposure to crystalline silica (semiquantitative) and duration of employment (Checkoway et al., 1993). Owing to concerns with confounding from asbestos, estimates of asbestos exposure were developed (Checkoway et al., 1996). Those with uncertain asbestos exposures were omitted from the analysis leading to the loss of seven lung cancer deaths. Among those with no asbestos exposure, the lung cancer standardized mortality ratios (SMR) for the two higher crystalline silica exposure groups were twice the magnitude of those for the two lowest exposure groups, although they were not significantly elevated. Rate ratios, with and without adjustment for asbestos exposure were very similar (within 2%), indicating that confounding due to asbestos was not an issue. Checkoway et al. (1997) provided findings from one of the two plants previously investigated but including 7 more years of follow-up as well as newly developed quantitative respirable crystalline silica exposures (Table 2.1 online). The lung cancer relative risks (RR) for the highest unlagged or 15-year exposure category were both significantly elevated. Trends for both unlagged and lagged exposure–response were of borderline significance. Rice et al. (2001) used the same cohort to examine risk, assessing the relationship between lung cancer mortality and respirable crystalline silica exposure using a variety of models. All except one model demonstrated statistical significance, and the trends of the predicted rate ratios with cumulative crystalline silica exposure were generally similar across models.

A small cohort study among Icelandic diatomaceous earth workers (Rafnsson & Gunnarsdóttir, 1997) provided findings that supported an effect of crystalline silica on lung cancer risk (SIR, 2.34; 95%CI: 0.48–6.85 for those who had worked 5 or more years). Smoking habits among the workers were reported to be similar to the general population.

### 2.1.2 Ore mining

Steenland & Brown (1995) updated a cohort of US gold miners previously studied (McDonald et al., 1978; Table 2.1 online). Using quantitative estimates of cumulative exposure based on particle counts, no obvious evidence of exposure–response with lung cancer mortality was observed, nor were any of the exposure category SMRs elevated. In contrast, tuberculosis and silicosis mortality was elevated and exhibited an exposure–response relationship with crystalline silica exposure.

Gold miners were investigated in a South African cohort study (Hnizdo & Sluis-Cremer, 1991) and in case–control studies nested within that cohort study and within another South African gold miner cohort (Reid & Sluis-Cremer, 1996; Tables 2.1 and 2.2 online). In the Hnizdo & Sluis-Cremer, (1991) cohort study, lung cancer mortality was related to cumulative dust exposure when modelled as a continuous variable (respirable-surface-area–years) adjusting for smoking, as well demonstrating a monotonic increase with categories of cumulative exposure. There was also some indication of exposure–response in both case–control studies: RR, 1.12; 95%CI: 0.97–1.3 for Reid & Sluis-Cremer (1996),

IARC MONOGRAPHS – 100C

and lung cancer mortality was elevated in the highest exposure group adjusting for smoking in the Hnizdo *et al.* (1997) study. [In this study, exposure to uranium did not confound the results.] [The Working Group noted the potential for confounding from radon, and also noted that the South African cohorts might overlap.]

McLaughlin *et al.* (1992) undertook a nested case–control study of lung cancer among the members of a prior cohort study by Chen *et al.* (1992) (Table 2.2 online). The study included workers from iron, copper, tungsten, and tin mines, and used quantitative estimates of crystalline silica dust and certain confounder exposures. Only tin miners showed a clear and substantial exposure–response relationship with the quantitative measures of crystalline silica cumulative exposure. The tin miners underwent further follow-up in a cohort study (Chen *et al.*, 2006) and a nested case–control study (Chen & Chen, 2002). Although the cohort study findings provided some overall indication of elevated lung cancer exposure–response mortality with cumulative dust exposure (Table 2.1 online), the findings were much less clear when presented by mine and silicosis status. In the nested case–control study (Table 2.2 online), there was evidence of exposure–response with cumulative total dust exposures. There was also evidence of a relationship between lung cancer mortality and cumulative arsenic exposure, but the high correlation between arsenic and crystalline silica levels prevented mutual adjustment, and left the etiological factor unclear. The same conclusions, more generally expressed, were reported in a simple ever/never exposed approach by Cocco *et al.* (2001), and were confirmed by Chen *et al.* (2007) adjusting for smoking and other confounding factors. Here, no relationship of lung cancer mortality with cumulative crystalline silica exposure was noted for the tungsten mines, nor was any evidence for radon in the iron and copper mines adjusting for radon. [The Working Group noted that crystalline silica exposures

were very low in the iron and copper mines.] For the tin mines, no adjustment for arsenic could be made because of its collinearity with crystalline silica exposure, but in the overall group, adjusting for smoking, arsenic, polyaromatic hydrocarbons (PAHs), and radon, no exposure–response for cumulative crystalline silica exposure emerged either by quintile or through the use of a continuous predictor. This was especially true when the iron/copper mines were removed for reason of having poorer data, when the trend tended towards lower risk with increasing crystalline silica exposure.

Carta *et al.* (2001) examined 724 compensated silicotics with radiographic indication of 1/0 or greater small opacities on the International Labor Organization scale who had worked at Sardinian lead and zinc mines, brown coal mines, and granite quarries. Using quantitative estimates of cumulative exposure to respirable crystalline silica dust and radon, the exposure–response was studied in a cohort study and a nested case–control study of 34 lung cancer cases (Tables 2.1 and 2.2 online). Little evidence of a trend with crystalline silica exposure was observed in either study component (after controlling for smoking, airflow obstruction, radon, and severity of silicosis in the case–control study). A clear relationship emerged with exposure to radon in the case–control study. [The Working Group noted that this study was small.]

### 2.1.3 Ceramics

A case–control study of Chinese pottery workers showed evidence of elevated risk for lung cancer with exposure to crystalline silica dust, although no obvious exposure–response was seen in the three higher exposure categories (McLaughlin *et al.*, 1992; Table 2.2 online). This study was nested within the cohort analysis by Chen *et al.* (1992). Although reported exposure to asbestos was to be minimal, the workers were exposed to PAHs, and in a separate analysis

there were non-significant elevations in lung cancer risk with increasing cumulative exposure to PAHs. Th is was confirmed in the follow-up analysis by Chen *et al.* (2007) that found that the pottery workers had the highest PAH levels over all industrial groups. Adjustment for PAHs in the analysis led to the crystalline silica exposure relative risk of 1.1 (95%CI: 1.02–1.12) dropping to 1.0 (95%CI: 0.96–1.09). [Th e Working Group noted that in the prior analysis of the Chinese ceramics data by McLaughlin *et al.* (1992), adjusting for PAHs slightly raised rather than reduced the crystalline silica exposure relative risks. Th e correlation between the crystalline silica and PAH exposures was reported as 0.56.]

Another case–control study of pottery workers with quantitative crystalline silica dust exposures was from the United Kingdom (Cherry *et al.*, 1998). Th is analysis, which was restricted to ever smokers but adjusted for smoking amount and ex-smoking, showed a significantly elevated risk of lung cancer mortality with increasing average intensity of exposure, but not with cumulative exposure. No confounders, apart from smoking, were noted in this report.

Ulm *et al.* (1999) looked at workers in the German ceramics industry, as well as the stone and quarrying industry. Th e study was based solely on those without silicosis, as assessed using radiographic appearances. No relationship of lung cancer mortality risk with cumulative exposure, average intensity, nor peak exposure was seen in the ceramic worker subset nor overall. [Th e Working Group noted that the omission of those with silicosis may have restricted the range of crystalline silica exposure in the analysis leading to a loss of power to detect any relationship between crystalline silica exposure and lung cancer mortality. Moreover, the modelling included duration of exposure along with cumulative exposure, perhaps reducing the ability to detect an effect of crystalline silica exposure.]

### 2.1.4 Quarries

In an extension of the Vermont granite workers study by Costello & Graham (1988), Attfield & Costello (2004) both lengthened the follow-up from 1982 to 1994, and developed and analysed quantitative crystalline silica dust exposures (Table 2.1 online). Th e exposures were noteworthy for being developed from environmental surveys undertaken throughout the period of the study. However, information on smoking and silicosis status was lacking, although confounding from other workplace exposures was likely to have been minimal or non-existent. Th e results showed a clear trend of increasing risk of lung cancer mortality with increasing cumulative respirable crystalline silica exposure up until the penultimate exposure group. [Th e Working Group noted that the findings were heavily dependent on the final exposure group; when it was included, the models were no longer statistically significant.] Graham *et al.* (2004) undertook a parallel analysis of the same data as Attfield & Costello (2004), but did not use quantitative exposures, and adopted essentially the same analytical approach as in their 1998 study. Th ey concluded that there was no evidence that crystalline silica dust exposure was a risk factor for lung cancer, their main argument being that lung cancer risks were similar by duration and tenure between workers hired pre-1940 and post-1940 – periods before and following the imposition of dust controls when the crystalline silica dust levels were very different.

As noted above, Ulm *et al.* (1999) looked at workers in the German stone and quarrying industry (includes some sand and gravel workers), as well as the ceramics industry (Table 2.2 online). Th e study was based solely on those without silicosis, as assessed using radiographic appearances. Neither cumulative exposure, average intensity, nor peak exposure showed a relationship with lung cancer risk in the stone and quarry worker subset, nor overall. [Th e Working Group noted

that the omission of those with silicosis may have restricted the range of crystalline silica exposure in the analysis leading to a loss of power to detect any relationship between crystalline silica exposure and lung cancer mortality. Moreover, the modelling included duration of exposure along with cumulative exposure, perhaps reducing the ability to detect an effect of crystalline silica exposure.] Another study of German stone and quarry workers found an excess of lung cancer (SMR, 2.40), but no relationship between lung cancer mortality and crystalline silica exposure. [The Working Group noted that the cohort study included only 440 individuals with 16 lung cancer cases. It was also restricted to those with silicosis, which was likely to lead to a lack of low exposures, a consequent limited exposure range, and low study power.]

Among studies that did not use quantitative estimates of crystalline silica exposure, that by Koskela et al. (1994) is of interest because it reported that the workers had little exposure to possible confounding exposures. The risk of lung cancer was significantly elevated among those with longer duration of exposure and longer latency (P < 0.05). Guénel et al. (1989) also found an excess of lung cancer among stone workers after adjustment for smoking, but this was not the case in a study of slate workers by Mehnert et al. (1990).

### 2.1.5 Sand and gravel

Confounding from other workplace exposures is minimal in sand and gravel operations. There are three main studies of sand and gravel workers, two in North America and one in the United Kingdom. The North American studies appear to arise from the same population of workers although there is no published information on their overlap, if any. Using the basic information from the McDonald et al. (2001) cohort study of nine North American sand and gravel workers, Hughes et al. (2001)

reported significant exposure–response of lung cancer with quantitative estimates of cumulative respirable crystalline silica exposures and other related indices. McDonald et al. (2005) examined a slightly smaller subset of the cohort described by McDonald et al. (2001) based on an extended update at eight of the nine plants, and also undertook a nested case–control study. Risk of lung cancer increased monotonically with unlagged cumulative exposure (P = 0.011), but 15-year lagged cumulative exposures provided a slightly better fit (P = 0.006) (Table 2.2 online). These findings were basically similar to those obtained by Hughes et al. (2001) using the larger cohort and shorter follow-up time. McDonald et al. (2005) reported that average exposure intensity, but not years employed, showed a relationship with lung cancer risk (P = 0.015).

Steenland & Sanderson (2001) studied workers in 18 sand and gravel companies in the same trade organization as the nine included in the McDonald et al. (2001) study (Table 2.1 online). They, too, employed quantitative estimates of exposure derived from company records, and found indications of a relationship with lung cancer mortality, most strongly in the subset that had worked 6 or more months in the industry (P < 0.06). Further analysis using a nested case–control approach found marginal evidence of exposure–response using quartiles of cumulative exposure (P = 0.04), but stronger evidence with average intensity (P = 0.003). [The Working Group noted that a sensitivity analysis of the effect of smoking in this cohort (Steenland & Greenland, 2004) led to an adjusted overall SMR estimate of 1.43 (95% Monte Carlo limits: 1.15–1.78) compared with the original SMR of 1.60 (95%CI: 1.31–1.93). The analysis did not deal with the exposure–response estimates.]

The mortality experience of crystalline silica sand workers in the United Kingdom was evaluated by Brown & Rushton (2005b). No overall excess of lung cancer was found (although there was a large, and highly significant, variation

in lung cancer SMRs between quarries; range: 0.27–1.61, both extremes $P < 0.01$. Relative risks rose with cumulative respirable crystalline silica dust exposure in the first two quartiles, but fell below 1.0 in the highest quartile, resulting in no trend being detected. [The Working Group noted that Steenland (2005) commented that the low exposures in the Brown & Rushton (2005b) study was likely to have impacted its power to detect a crystalline-silica effect.]

### 2.1.6  Other industries

Two studies having quantitative exposures to crystalline silica remain, although both industries are known to be associated with exposure to other known or suspected lung carcinogens. The first, by Watkins et al. (2002) was a small case–control study focused on asphalt fumes and crystalline silica exposure. Crystalline silica exposures were low compared to most other studies, and there were no significant lung cancer elevations or trends with exposure (Table 2.2 online). The second study was a nested case–control analysis of Chinese iron and steel workers (Xu et al., 1996). A significant trend with cumulative total dust exposure was reported but not for cumulative crystalline silica dust exposure, although the relative risk for the highest crystalline silica-exposed group was elevated. The findings were adjusted for smoking, but not for benzo[a]pyrene exposures, for which the relative risks demonstrated a clear and significant trend with cumulative exposure level.

### 2.1.7  Semiquantitative exposure and expert-opinion studies

The studies that follow used quantitative exposure measurements in deriving crystalline silica exposure estimates for individuals but ultimately converted them to exposure scores or categories in the epidemiological analysis. Hessel et al. (1986) undertook a case–control study of lung cancer and cumulative crystalline silica exposure in South African gold miners after coding the dust measurements to four discrete levels (0, 3, 6, 12). No exposure–response was detected. Neither was any evidence of exposure–response detected in the later necropsy study of South African gold miners (Hessel et al., 1990) that used the same approach to code the exposure data. [The Working Group noted that the study methods in the case–control study may have led to overmatching for exposure in the case–control study, and that there may have been some selection bias and exposure misclassification in the second study.]

de Klerk & Musk (1998) undertook a nested case–control analysis of lung cancer within a cohort study of gold miners and showed exposure–response for log of cumulative exposure (exposure-score–years) but not for any other index of exposure. The analysis adjusted for smoking, bronchitis, and nickel exposures, and took account of asbestos exposure. The study by Kauppinen et al. (2003) on road pavers found a relative risk for lung cancer of 2.26 in the highest exposure group, but there was no evidence of a linear trend of risk with level of exposure. No adjustment was made for concomitant exposures to PAHs, diesel exhaust, and asbestos, nor smoking. Moulin et al. (2000) conducted a nested case–control study to examine lung cancer among workers producing stainless steel and metallic alloys. Their results on 54 cases and 162 controls, adjusted for smoking but not for other confounders, indicated a marginally significant evidence of a trend with increasing crystalline silica exposure as well as with PAH exposure.

Two population-based studies that involved substantial expert opinion in assigning dust levels in developing quantitative crystalline silica exposures Brüske-Hohlfeld et al. (2000) and Pukkala et al. (2005) showed an increasing risk of lung cancer with increasing crystalline silica exposure after adjustment for smoking, and in the latter study, also for social class and exposure to asbestos.

### 2.1.8 Pooled analysis, meta-analyses, and other studies

Steenland *et al.* (2001) reported on a case–control analysis nested within a pooled study of data from ten cohorts from a variety of industries and countries (Table 2.2 online). It included information on diatomaceous, granite, industrial sand, and pottery workers, and workers in tungsten, tin, and gold mines. Results from all of the studies had been previously published, although not all had originally employed quantitative estimates of crystalline silica exposure; and for half, the duration of follow-up had been extended. All indices of cumulative crystalline silica exposure (cumulative, unlagged and lagged; log cumulative, unlagged and lagged) showed highly significant trends with lung cancer risk ($P < 0.0001$), and average exposure demonstrated a less significant trend ($P < 0.05$). Of these indices, log cumulative exposure led to homogeneity in findings across the cohorts ($P = 0.08$ and $0.34$ for unlagged and 15-year lag respectively). Findings were similar for the mining and non-mining subgroups. No adjustment was made for smoking and other confounders, although it was noted that smoking had previously been shown not to be a major confounder in five of the ten studies. Analyses of subsets of the data omitting cohorts with suspected other confounders (radon in South African gold mines, and arsenic or PAHs in Chinese tin miners and pottery workers) did not change the overall findings. [The Working Group noted that the robustness in the findings to exclusion of cohorts with potential confounders from other occupational exposures indicates that any confounding in the individual studies were unlikely to have had an impact on their findings related to crystalline silica.]

The presence of silicosis in an individual is a biomarker of high exposure to crystalline silica dust. Accordingly, studies of individuals with silicosis have the potential to provide useful information on the lung cancer risk associated with exposure to crystalline silica. Three meta-analyses have focused on the risk of lung cancer among individuals with silicosis (Smith *et al.*, 1995; Tsuda *et al.*, 1997; Lacasse *et al.*, 2005). Erren *et al.* (2009) also provide summary information in an electronic supplement to their article. Four others have looked at crystalline silica exposure (including silicosis status unknown and those without silicosis; Steenland & Stayner, 1997; Kurihara & Wada, 2004; Pelucchi *et al.*, 2006; Erren *et al.*, 2009). The number of studies included ranged from 11 in a meta-analysis focused on individuals without silicosis (Erren *et al.*, 2009) to 43 (Pelucchi *et al.*, 2006) in a study of those with and without silicosis. Reasons for this variation included: the publication date, the time period of interest, whether the study was focused on those with or without silicosis, the originating country of the studies, and analysis-specific criteria. For example, Steenland & Stayner (1997) rejected studies of miners and foundry workers on the assumption that they had the greatest potential for confounding exposures, and Smith *et al.* (1995) rejected certain studies they deemed under or overestimated the risk of lung cancer. Overall, of the total of 112 publications included by one or more of the seven meta-analyses, none were common to all analyses.

The detailed results from the seven meta-analyses are shown in Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.3.pdf. In brief, all analyses except for those devoted to categories without silicosis found an elevated lung cancer risk, whether occurring among those with silicosis or among crystalline-silica-exposed workers, or arising from cohort or case–control studies. [The Working Group noted that studies that restrict their analysis to individuals without silicosis potentially limit their range of crystalline silica exposure, because individuals with the highest exposures tend to be omitted. Limiting the range of exposure results in reduced power to detect associations.] Overall, the rate ratios were

very similar across studies (1.74–2.76 for those with silicosis, and 1.25–1.32 for workers exposed to crystalline silica). Results from case–control studies, where there is greater opportunity to control for smoking, revealed lower rate ratios than from cohort studies in two analyses, greater rate ratios in two, and about the same in the fifth (the sixth analysis did not break the results out separately by study type). Moreover, the supplementary materials of Erren *et al.* (2009) show equal risk for crystalline silica exposure in unadjusted and smoking-adjusted studies. The two available analyses providing results on workers exposed to crystalline silica by type of study reported larger rate ratios from the case–control studies.

A further meta-analysis examined exposure-response (Lacasse *et al.*, 2009) rather than overall risk, and for this reason its findings are reported separately. The analysis included findings from ten studies having quantitative measurements of crystalline silica exposure and adjustment for smoking. An increasing risk of lung cancer was observed with increasing cumulative exposure to crystalline silica above a threshold of 1.84 mg/m$^3$ per year. Although the overall findings were heterogeneous, they were similar to those from a subset of seven more homogeneous studies.

Many of the meta-analyses noted that a lung cancer risk was apparent either after adjusting for smoking or among non-smokers (Smith *et al.*, 1995; Tsuda *et al.*, 1997; Kurihara & Wada, 2004; Lacasse *et al.*, 2005). Yu & Tse (2007) further explored the issue of smoking on the interpretation of the published cohort and case–control studies of crystalline silica exposure and lung cancer. In this, they examined reported SMRs and standardized incidence ratios (SIR) for lung cancer reported in ten different published studies, and concluded that the risk had been systematically underreported for never smokers. After adjustment, five of the ten SMRs and SIRs showed significant lung cancer excesses among never smokers compared to two when unadjusted,

and ranged from 2.60–11.93. The SMRs and SIRs for ever smokers were reduced after adjustment for smoking, but tended to retain their statistical significance.

## 2.2 Other cancers

### 2.2.1 Cancer of the stomach

In the 40 reports with information on cancer of the stomach, 18 had relative risks > 1.0 (including three significantly elevated), and 22 with relatives risks ≤ 1.0 (including two significantly reduced).

### 2.2.2 Digestive, gastro-intestinal, or intestinal cancers

In the 15 reports of digestive, gastro-intestinal, or intestinal cancer, seven had relative risks > 1.0 (including one significantly elevated), and eight with reltaive risks ≤ 1.0 (two significantly reduced).

### 2.2.3 Cancer of the oesophagus

In the 14 reports of oesophageal cancer, five had relative risks > 1.0 (including three significantly elevated), and nine with relative risks ≤ 1.0.

Wernli *et al.* (2006) reported a hazard ratio of 15.80 (95%CI: 3.5–70.6) among Chinese textile workers exposed for over 10 years to crystalline silica dust. In Chinese refractory brick workers, Pan *et al.* (1999) found not only a significant elevation with being ever exposed to crystalline silica dust (RR, 2.75; 95%CI: 1.44–5.25), but also a clear exposure–response relationship with years of exposure, adjusting for smoking and other personal factors. [The Working Group noted that confounding from exposure to PAHs could not be ruled out in the above two studies.]

Yu *et al.* (2007) reported an overall SMR for cancer of the oesophagus of 2.22 (95%CI: 1.36–3.43), and an SMR of 4.21 (95%CI: 1.81–8.30)

among caisson workers (who were noted to have had higher exposures to crystalline silica dust than non-caisson workers). The relative risk of oesophageal cancer for caisson workers with silicosis was reduced to 2.34 after adjusting for smoking and alcohol drinking. No excess risk of oesophageal cancer was observed among the non-caisson workers with silicosis after adjustment.

### 2.2.4 Cancer of the kidney

In the eight reports on cancer of the kidney, five had relative risks > 1.0 (including two significantly elevated), and three with relative risks ≤ 1.0. The two with significantly elevated risks provided information on exposure–response relationships with crystalline silica exposure, although neither formally evaluated this. In US sand and gravel workers (McDonald et al., 2005), a non-significant negative trend with increasing crystalline silica exposure was observed. However, in Vermont granite workers (Attfield & Costello, 2004), kidney cancer SMRs increased almost monotonically with increasing exposure (except for the last exposure group), and the SMR of 3.12 in the penultimate exposure group was significantly elevated.

### 2.2.5 Others

There have been isolated reports of excesses in other cancers but the evidence is, in general, too sparse for evaluation. Elci et al. (2002) reported an excess of cancer of the larynx in workers potentially exposed to crystalline silica dust, particularly for supraglottic cancer (OR, 1.8; 95%CI: 1.3–2.3), with a significant exposure–response relationship.

## 2.3 Synthesis

Findings of relevance to lung cancer and crystalline silica exposure arise from five main industrial settings: ceramics, diatomaceous earth, ore mining, quarries, and sand and gravel. Of these, the industries with the least potential for confounding are sand and gravel operations, quarries, and diatomaceous earth facilities. Among those industry segments, most studies with quantitative exposures report associations between crystalline silica exposure and lung cancer risk. The findings are supported by studies in these industries that lack quantitative exposures. Results from the other industry segments generally added support although some studies had potential confounding from arsenic, radon, or PAHs. In one case among Chinese tin miners, the arsenic and crystalline silica exposures were virtually collinear, and no adjustment could be made for arsenic. In another (Chinese pottery workers), adjustment for PAHs removed a significant crystalline silica exposure effect, and in a third, among iron and copper miners, the crystalline silica effect disappeared after adjustment for radon. In these, the role of crystalline silica exposure must be regarded as unclear. Mixed findings were reported among gold, tungsten, and lead/zinc miners.

The strongest evidence supporting the carcinogenicity of crystalline silica in the lung comes from the pooled and meta-analyses. The pooled analysis demonstrated clear exposure–response, while all of the meta-analyses strongly confirmed an overall effect of crystalline silica dust exposure despite their reliance on different studies in coming to their conclusions.

Cancers other than that of the lung have not been as thoroughly researched. In many cases the findings were reported in passing, in analyses focused on lung cancer, and rarely have the data examined exposure–response with crystalline silica exposure or its surrogates.

## 3.  Cancer in Experimental Animals

No additional relevant cancer bioassays have been conducted since the previous *IARC Monograph* (IARC, 1997) except for a study in hamsters by inhalation (Muhle *et al.*, 1998), and a study in mice by intratracheal instillation (Ishihara *et al.*, 2002). Studies from the previous evaluation considered adequate are summarized below together with the new studies published since.

## 3.1 Inhalation exposure

See Table 3.1

### 3.1.1 Mouse

Female BALB/cBYJ mice exposed to crystalline silica by inhalation (Wilson *et al.*, 1986) did not have an increase in lung tumours compared to controls. Pulmonary adenomas were observed in both the silica-exposed (9/60) and the control animals (7/59). [fh e Working Group noted that the study groups were small (6–16 mice).]

### 3.1.2 Rat

Male and female F344 rats were exposed to 0 or 52 mg/m³ of crystalline silica (Min-U-Sil) over a 24-month period. Interim removals of ten males and ten females per group were made after 4, 8, 12, and 16 months of exposure. Half of those removed were necropsied, and half were held until the end of the 24 months. None of the controls developed a lung tumour. In the silica-exposed rats, the first pulmonary tumour appeared at 494 days, and the incidence was 10/53 in females and 1/47 in males (Dagle *et al.*, 1986).

One group of 62 female F344 rats was exposed by nose-only inhalation to 12 mg/m³ crystalline silica (Min-U-Sil) for 83 weeks. An equal number of controls was sham-exposed to filtered air, and 15 rats were left untreated. fh e animals were observed for the duration of their lifespan. fh ere were no lung tumours in the sham-exposed group, and 1/15 unexposed rats had an adenoma of the lung. In the quartz-exposed rats, the incidence of lung tumours was 18/60 (Holland *et al.*, 1983, 1986; Johnson *et al.*, 1987).

Groups of 50 male and 50 female viral antibody-free SPF F344 rats were exposed by inhalation to 0 or 1 mg/m³ silica (DQ12; 87% crystallinity as quartz) for 24 months. fh e rats were then held for another 6 weeks without exposure. fh e incidence of lung tumours in the silica-exposed rats was 7/50 males and 12/50 in females. Only 3/100 controls had lung tumours (Muhle *et al.*, 1989, 1991, 1995).

fh ree groups of 90 female Wistar rats, 6–8 weeks old, were exposed by nose-only inhalation to 6.1 or 30.6 mg/m³ DQ12 quartz for 29 days. Interim sacrifices were made immediately after the exposure and at 6, 12, and 24 months, with the final sacrifice at 34 months after exposure. fh e total animals with lung tumours was 0 (controls), 37/82 (low dose), and 43/82 (high dose). Many animals had multiple tumours (Spiethof *et al.*, 1992).

### 3.1.3 Hamster

Groups of 50 male and 50 female Syrian golden hamsters were exposed to 0 (control) or 3 mg/m³ DQ12 quartz (mass median aerodynamic diameter, 1.3 μm) for 18 months. fh e experiment was terminated 5 months later. In the silica-exposed group, 91% of the animals developed very slight to slight fibrosis in the lung, but no significant increase of lung tumours was observed (Muhle *et al.*, 1998)

**Table 3.11 Studies of cancer in experimental animals exposed to crystalline silica (inhalation exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start Particle size, GSD | Incidence of tumours in respiratory tract | Significance | Comments |
|---|---|---|---|---|
| Mouse, BALB/c BYJ (F) 150, 300 or 570 D Wilson et al. (1986) | 0, 1.5, 1.8 or 2.0 mg/m³ 8 h/b, 5 D/wk 6–16 animals Diameter < 2.1 µm | Lung (adenomas): 7/59 (control), 9/60 (all exposed) | [NS] | |
| Rat, F344 (M, F) 24 mo Dagle et al. (1986) | 0, 52 mg/m³ 6 h/b, 5 D/wk 72/sex MMAD, 1.7–2.5 µm; GSD, 1.9–2.1 | Lung (epidermoid carcinomas): M–0/42 (control), 1/47 F–0/47 (control), 10/53 | [NS] [P < 0.002] | |
| Rat, F344 (F) Lifespan Holland et al. (1983, 1986); Johnson et al. (1987) | 0, 12 mg/m³ 6 h/b, 5 D/wk for 83 wk 62 animals MMAD, 2.24 µm; GSD, 1.75 | Lung (tumours): 0/54 (control), 18/60 (11 adenocarcinomas, 3 squamous cell carcinomas, 6 adenomas) | [P < 0.001] | Nose-only inhalation exposure. Age unspecified |
| Rat, SPF F344 (M, F) 30 mo Muhle et al. (1989, 1991, 1995) | 0, 1 mg/m³ 6 h/b, 5 D/wk for 24 mo 50/sex MMAD, 1.3 µm; GSD, 1.8 | Lung (tumours): 3/100 (control M, F), 7/50 (M), 12/50 (F) M–1 adenoma, 3 adenocarcinomas, 2 benign cystic keratinizing squamous cell tumours, 1 adenosquamous carcinoma, 1 squamous cell carcinoma F–2 adenomas, 8 adenocarcinomas, 2 benign cystic keratinizing squamous cell tumours | Unspecified (M) [P < 0.05] (F) | |
| Rat, Wistar (F) Up to 35 mo Spiethoff et al. (1992) | 0, 6.1, 30.6 mg/m³ 6 h/b, 5 D/wk for 29 D 90 animals MMAD, 1.8 µm; GSD, 2.0 | 0/85 (control), 37/82 (low dose), 43/82 (high dose) Multiple tumours/rat: 21 bronchiolo-alveolar adenomas, 43 bronchiolo-alveolar carcinomas, 67 squamous cell carcinomas, 1 anaplastic carcinoma | [P < 0.0001] (both doses) | Nose-only inhalation exposure |

D, day or rays; F, female; GSD, geometric standard deviation; h, hour or hours; M, male; MMAD, mass median aerodynamic diameter; mo, month or months; NS, not significant; wk, week or weeks

Silica dust, crystalline (quartz or crystobalite)

## 3.2 Intranasal administration

### 3.2.1 Mouse

Two groups of 40 female (C57xBALB/c) F$_1$ mice received a single intranasal instillation of 4 mg of synthetic *d*- or *l*-quartz. A group of 60 females received an intranasal instillation of saline. Survivors were killed at 18 months after treatment, and the incidence of lymphomas and leukaemias combined was 0/60 (controls), 2/40 (*d*-quartz), and 6/40 (*l*-quartz) (Ebbesen, 1991). [The Working Group noted that the study was not designed to detect silica-induced lung tumours, and also noted the lack of information on quartz retention.]

## 3.3 Intratracheal administration

See Table 3.2

### 3.3.1 Mouse

A group of 30 male A/J mice, 11–13 weeks old, received weekly intratracheal instillations of 2.9 mg quartz for 15 weeks. A group of 20 mice received instillations of vehicle [unspecified]. Animals were killed 20 weeks after the instillations. The incidences of lung adenomas were 9/29 in the controls, and 4/20 for the silica-instilled mice, values that were not statistically different (McNeill *et al.*, 1990).

Ishihara *et al.* (2002) administered a single dose (2 mg in saline/mouse) of crystalline silica to a group of four C57BL/6N mice by intratracheal instillation to study subsequent genotoxic effects. A control group of four animals was instilled saline only. Silicotic lesions were observed in the lungs of the exposed mice, but no pulmonary neoplasms were observed after 15 months.

### 3.3.2 Rat

A group of 40 Sprague Dawley rats [sex unspecified] received weekly instillations of 7 mg quartz (Min-U-Sil) in saline for 10 weeks. Another groups of 40 rats received instillations of saline alone, and 20 rats remained untreated. Animals were observed over their lifespan. The incidence of lung tumours in quartz-treated rats was 6/36, 0/40 in the saline controls, and 0/18 in the untreated rats (Holland *et al.*, 1983).

Groups of 85 male F344 rats received a single intratracheal instillation of 20 mg quartz in deionized water, Min-U-Sil or novaculite, into the left lung. Controls were instilled with vehicle only. Interim sacrifices of ten rats were made at 6, 12, and 18 months with a final sacrifice at 22 months. The incidence of lung tumours in the Min-U-Sil-instilled rats was 30/67, in the novaculite-treated rats 21/72, and in controls 1/75. All of the lung tumours were adenocarcinomas, except for one epidermoid carcinoma in the novaculite-treated rats (Groth *et al.*, 1986).

Groups of male and female F344/NCr rats [initial number unspecified] received one intratracheal instillation of 12 or 20 mg quartz in saline or 20 mg of ferric oxide (non-fibrogenic dust) in saline. Interim sacrifices were made at 11 and 17 months with a final sacrifice at 26 months. There was a group of untreated controls observed at unscheduled deaths after 17 months. No lung tumours were observed in the ferric-oxide-treated rats and only one adenoma was observed in the untreated controls. The high incidence of benign and mainly malignant lung tumours observed in the quartz-treated rats is summarized in Table 3.3 (Saffiotti, 1990, 1992; Saffiotti *et al.*, 1996).

Six groups of 37–50 female Wistar rats, 15 weeks old, received either a single or 15 weekly intratracheal instillation of one of three types of quartz preparations in saline (see Table 3.4). A control group received 15 weekly instillations of saline. To retard the development of silicosis,

381

IARC MONOGRAPHS – 100C

**Table 3.2 Studies of cancer in experimental animals exposed to silica (intratracheal instillation)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start Particle size | Incidence of tumours | Significance |
|---|---|---|---|
| Mouse, A/J (M) 20 wk McNeill et al. (1990) | 0, 2.9 mg Weekly for 15 wk 30, 20 (controls) 1–5 μm (size not further specified) | Lung (adenomas): 9/29 (control), 4/20 Tumour multiplicity: 0.31 ± 0.09 (control), 0.20 ± 0.09 | [NS] [NS] |
| Rat, Sprague Dawley (NR) Lifespan Holland et al. (1983) | 0 (saline), 7 mg Weekly for 10 wk 40 animals 1.71 ± 1.86 μm | Lung (1 adenoma, 5 carcinomas): 0/40 (control), 6/36 | [P<0.05] (carcinomas) |
| Rat, F344 (M) 22 mo Groth et al. (1986) | 0, 20 mg once only 85 animals < 5 μm | Lung (adenocarcinomas): 1/75 (control), 30/67 | [P<0.001] |
| Rat, F344/NCr (M, F) 11, 17 or 26 mo Saffiotti (1990, 1992); Saffiotti et al. (1996) | 0, 12, 20 mg quartz Once only Ferric oxine (20 mg) was negative control [Initial number of rats, NR] 0.5–2.0 μm | High incidences of benign and mainly malignant lung tumours in quartz-treated rats reported in Table 3.3 No tumours observed in ferric oxine group One adenoma in untreated controls | NR |
| Rat, Wistar Lifespan Pott et al. (1994) | 0 (saline), one single or 15 weekly injections of one of 3 types of quartz Some rats received PVNO to protect against silicosis 37–50/group | Incidences of benign and malignant lung tumours in quartz-treated rats are shown in Table 3.4 No tumours observed in saline-treated rats | NR |
| Hamster Syrian Golben (NR) Lifespan Holland et al. (1983) | 0 (saline), 3.7 mg quartz (Min-U-Sil) Once a wk for 10 wk 48/group; 68 (controls) 1.71 ± 1.86 μm | No lung tumours in any group | |
| Hamster, Syrian Golben (M) Lifespan Renne et al. (1985) | 0 (saline), 0.03, 0.33, 3.3, or 6.0 mg quartz (Min-U-Sil) weekly for 15 wk 25–27/group MMAD, 5.1 μm Geometric diameter, 1.0 μm | No lung tumours in any group | |
| Hamster, Syrian Golben (M) 92 wk Niemeier et al. (1986) | 0 (saline), 1.1 (Sil-Co-Sil) or 0.7 (Min-U-Sil) mg One group receives 3 mg ferric oxine 50/group 5 μm (Min-U-Sil) | No tumours in saline controls or in Sil-Co-Sil groups 1 anenosquamous carcinoma of the bronchi and lung in Min-U-Sil group and 1 benign tumour of the larynx in ferric oxine group | |

M, male; MMAD, mass median aerodynamic diameter; mo, month or months; NR, not reporters; NS, not significant; PVNO, polyvinylpyridine-N-oxine; wk, week or weeks

Silica dust, crystalline (quartz or crystobalite)

**Table 3.8 Incidence, numbers, and histological types of lung tumours in F344/NCr rats after a single intratracheal instillation of quartz**

| Treatment | | Observation time | Lung tumours | |
|---|---|---|---|---|
| Material | Dose[a] | | Incidence | Types |
| **Males** | | | | |
| Untreated | None | 17–26 mo | 0/32 | |
| Ferric oxide | 20 mg | 11–26 mo | 0/15 | |
| Quartz (Min-U-Sil 5) | 12 mg | Killed at 11 mo | 3/18 (17%) | 6 adenomas, 25 adenocarcinomas, 1 undifferentiated carcinoma, 2 mixed carcinomas, 3 epidermoid carcinomas |
| | | Killed at 17 mo | 6/19 (32%) | |
| | | 17–26 mo | 12/14 (86%) | |
| Quartz (HF-etched Min-U-Sil 5) | 12 mg | Killed at 11 mo | 2/18 (11%) | 5 adenomas, 14 adenocarcinomas, 1 mixed carcinoma |
| | | Killed at 17 mo | 7/19 (37%) | |
| | | 17–26 mo | 7/9 (78%) | |
| **Females** | | | | |
| Untreated | None | 17–26 mo | 1/20 (5%) | 1 adenoma |
| Ferric oxide | 20 mg | 11–26 mo | 0/18 | |
| Quartz (Min-U-Sil 5) | 12 mg | Killed at 11 mo | 8/19 (42%) | 2 adenomas, 46 adenocarcinomas, 3 undifferentiated carcinomas, 5 mixed carcinomas, 3 epidermoid carcinomas |
| | | Killed at 17 mo | 10/17 (59%) | |
| | | 17–26 mo | 8/9 (89%) | |
| | 20 mg | 17–26 mo | 6/8 (75%) | 1 adenoma, 10 adenocarcinomas, 1 mixed carcinoma, 1 epidermoid carcinoma |
| Quartz (HF-etched Min-U-Sil 5) | 12 mg | Killed at 11 mo | 7/18 (39%) | 1 adenoma, 36 adenocarcinomas, 3 mixed carcinomas, 5 epidermoid carcinomas |
| | | Killed at 17 mo | 13/16 (81%) | |
| | | 17–26 mo | 8/8 (100%) | |

[a] Suspended in 0.3 or 0.5 mL saline
HF, hydrogen fluoride; mo, month or months
From Saffiotti (1990, 1992), Saffiotti et al. (1996)

**Table 3.6 Incidence, numbers, and histological types of lung tumours in female Wistar rats after intratracheal instillation of quartz**

| Material | Surface area (m²/g) | No. of instillations (del # × mg) | No. of rats examined | No. and #% of rats with primary epithelial lung tumours[a] | | | | | Other tumours[b] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Adenoma | Adenocarcinoma | Benign CKSCT | Squamous cell carcinoma | Total (%) | |
| Quartz (DQ 12) | 9.4 | 15 × 3 | 37 | 0 | 1z | 11 | 1 + 1y | 38 | 1 |
| Quartz (DQ 12) + PVNO | 9.4 | 15 × 3 | 38 | 0 | 1 + 3z | 8 + 1x | 4+1x+3y+1z | 58 | 2 |
| Quartz (DQ 12) | 9.4 | 1 × 45 | 40 | 0 | 1 | 7 | 1 | 23 | 2 |
| Quartz (Min-U-Sil) | – | 15 × 3 | 39 | 1 | 4 + 4z | 6 | 1+2y+2z+1y,z | 54 | 3 |
| Quartz (Min-U-Sil) + PVNO | – | 15 × 3 | 35 | 1 | 2 + 1x | 8 | 5+1x+1y+1z | 57 | 3 |
| Quartz Sykron (F 600) | 3.7 | 15 × 3 | 40 | 0 | 3 | 5 | 3 + 1z | 30 | 1 |
| 0.9% Sodium chloride | – | 15 × 0.4 mL | 39 | 0 | 0 | 0 | 0 | 0 | 5 |

[a] If an animal was found to bear more than one primary epithelial lung tumour type, this was indicated as follows: xadenoma; yadenocarcinoma; zbenign CKSCT;
[b] Other types of tumours in the lung: fibrosarcoma, lymphosarcoma, mesothelioma or lung metastases from tumours at other sites
PVNO, polyvinylpyridine-N-oxine; CKSCT, cystic keratinizing squamous cell tumour
From Pott et al. (1994)

two of the groups received injections of poly-vinylpyridine-*N*-oxide. All groups of quartz-exposed rats had a significant increase in lung tumours, and the rats protected against silicosis developed more pulmonary squamous cell carcinomas than rats that were not protected (Pott *et al.*, 1994).

### 3.3.3 Hamster

Two groups of 48 Syrian hamsters [sex unspecified] received intratracheal instillations of 3 or 7 mg quartz (Min-U-Sil) in saline once a week for 10 weeks. A group of 68 hamsters received saline alone, and another group of 72 hamsters were untreated. All animals were observed for their lifespan. No lung tumours were observed in any of the groups (Holland *et al.*, 1983).

Groups of 25–27 male Syrian golden hamsters, 11–weeks old, received weekly intratracheal instillation of 0.03, 0.33, 3.3, or 6.0 mg quartz (Min-U-Sil) in saline for 15 weeks. Groups of 27 saline-instilled hamsters and 25 untreated controls were used as controls. Animals were observed for their lifespan. No lung tumours were observed in any group (Renne *et al.*, 1985).

fh ree groups of 50 male Syrian golden hamsters received weekly instillations of 1.1 mg of quartz as Sil-Co-Sil, or 0.7 mg of quartz as Min-U-Sil, or 3 mg of ferric oxide (non-fibrogenic particle) in saline for 15 weeks. A group of 50 saline-instilled hamsters served as controls. Survivors were killed at 92 weeks after the beginning of the instillations. No respiratory tract tumours were observed in the hamsters exposed to Sil-Co-Sil or in the saline controls. One adenosquamous carcinoma of the bronchi and lung was observed in the Min-U-Sil group, and one benign tumour of the larynx in the ferric-oxide-exposed group (Niemeier *et al.*, 1986).

## 3.4 Intrapleural and intrathoracic administration

### 3.4.1 Mouse

One mouse study was reported in the previous *IARC Monograph* (IARC, 1997) in which the route of exposure was via a single intrathoracic injection of tridymite. fh e study was only reported as an abstract, and therefore is not described here (Bryson *et al.*, 1974).

### 3.4.2 Rat

Two groups of 48 male and 48 female standard Wistar rats and two groups 48 male and 48 female SPF Wistar rats were given a single intrapleural injection of 20 mg alkaline-washed quartz (size, < 5 μm) in saline, and observed for their lifespan. Control rats received injections of 0.4 mL saline alone. Malignant tumours of the reticuloendothelial system involving the thoracic region were observed in 39/95 quartz-treated SPF rats [$P < 0.001$] (23 histiocytic lymphomas, five Letterer-Siwe/Hand-Schüller-Christian disease-like tumours, one lymphocytic lymphoma, four lymphoblastic lymphosarcomas, and six spindle cell sarcomas), and in 31/94 quartz-treated standard rats [$P < 0.001$] (30 histiocytic lymphomas and one spindle-cell sarcoma). In the SPF control animals, 8/96 rats had tumours (three lymphoblastic lymphosarcomas, five reticulum cell sarcomas), 7/85 standard rat controls had tumours (one lymphoblastic lymphosarcoma, and six reticulum cell sarcomas) (Wagner & Berry, 1969; Wagner, 1970; Wagner & Wagner, 1972). [fh e Working Group noted that the distribution of tumours over sexes was unspecified.]

In a second study, with the same dosing regimen and type of quartz, 23 rats developed malignant reticuloendothelial system tumours (21 malignant lymphomas of the histiocytic type [MLHT], two thymomas, and one lymphosarcoma/thymoma/spindle cell sarcoma) in 80 male

and 80 female SPF Wistar rats after 120 weeks. In another experiment, 16 male and 16 female SPF Wistar rats dosed similarly with Min-U-Sil quartz were observed until they were moribund. Eight of the 32 rats developed MLHT and three developed thymomas/lymphosarcomas. In a last experiment with the same experimental design, 18 of 32 SPF Wistar rats that had been injected with cristobalite developed malignant lymphomas (13 MLHT and five thymomas/lymphosarcomas). No MLHT and one thymoma/lymphosarcoma tumours were observed in 15 saline-injected control rats. (Wagner, 1976). [The Working Group noted that the distribution of tumours over sexes was unspecified, and that no statistics were provided.]

In one experiment, groups of 16 male and 16 female Wistar rats were given intrapleural injections of 20 mg of four types of quartz (Min-U-Sil, D&D, Snowit, and DQ12). The animals were observed for their lifespan. For all but the group treated with DQ12 quartz, there was a statistically significant increase in MLHT over saline controls (Table 3.5). In a second experiment with the same experimental design, two other strains of rats were injected Min-U-Sil (12 male and 12 female PVG rats and 20 male and 20 female Agus rats). A non-significant increase in MLHT was observed in both strains, and there was no MLHT in the saline controls. In a third experiment with the same experimental design, cristobalite was injected, and 4/32 treated Wistar rats developed MLHT [not significant], but none of the 32 saline controls did. In a final experiment, 16 male and 16 female Wistar rats were injected triolymite (size, < 0.5 μm; 0.35x10⁶ particle/μg), and observed for their lifespan. A total of 16/32 Wistar rats developed MLHT, whereas no such tumours were observed in the 32 saline controls (Wagner et al., 1980). [The Working Group noted that the distribution of tumours over sexes was unspecified.]

Two groups of 36 2-month-old male Sprague-Dawley rats, received a single intrapleural injection of 20 mg DQ12 quartz in saline or saline alone, and were observed for their lifespan. Twenty-seven male rats served as untreated controls. Six malignant histiocytic lymphomas and two malignant Schwannomas were observed in the quartz-treated group [not significant], and one chronic lymphoid leukaemia and one fibrosarcoma were observed in the saline group and untreated controls, respectively (Jaurand et al., 1987).

## 3.5 Intraperitoneal administration

### 3.5.1 Rat

Two groups of 16 male and 16 female SPF Wistar rats received a single intraperitoneal injection of 20 mg of Min-U-Sil quartz in saline, and were observed for their lifespan. There were 12 saline controls [sex unspecified]. A total of 9/64 quartz-exposed rats developed malignant lymphomas (two MLHT and seven thymoma/lymphosarcomas). None of the saline controls developed MLHT, but one thymoma/lymphosarcoma was noted (Wagner, 1976). [The Working Group noted that the distribution of tumours over sexes was unspecified.]

## 3.6 Subcutaneous administration

### 3.6.1 Mouse

Two groups of 40 female (C57xBALB/c) $F_1$ mice received a single subcutaneous injection of 4 mg of *d*- or *l*-quartz. A group of 60 female mice served as saline controls. At 18 months after injection, there was an incidence of lymphomas/leukemias of 0/60, 1/40 and 12/40 ($P < 0.001$), and of liver adenomas of 0/60, 1/40 and 3/40 for the saline controls, *d*-quartz and *l*-quartz groups, respectively. No injection-site tumours were reported (Ebbesen, 1991).

Silica dust, crystalline (quartz or crystobalite)

**Table 3.6 Incidences of malignant lymphoma of the histiocytic type (MLHT) in Wistar rats after an intrapleural injection of 20 mg quartz/animal**

| Sample | No. of particles × $10^6$/µg | Size distribution (%) | | | Mean survival (days) | Incidence of MLHT (%)[a] |
|---|---|---|---|---|---|---|
| | | < 1 µm | 1–2 µm | 2–4.6 µm | | |
| Min-U-Sil (a commercially prepared crystalline quartz probably 93% pure) | 0.59 | 61.4 | 27.9 | 9.1 | 545 | 11/32 (34%)b |
| D&D (obtained from Dowson & Dobson, Johannesburg, pure crystalline quartz) | 0.30 | 48.4 | 33.2 | 18.4 | 633 | 8/32 (25%)b |
| Snowit (commercially prepared washed crystals) | 1.1 | 81.2 | 12.9 | 5.6 | 653 | 8/32 (25%)b |
| DQ12 (standard pure quartz) | 5.0 | 91.4 | 7.8 | 0.8 | 633 | 5/32 (16%) |
| Saline controls | – | – | – | – | 717 | 0 [0/32] (0%) |

[a] Sex unspecified
[b] [Significantly different from controls by Fisher Exact test, $P < 0.05$]
From Wagner et al. (1980)

## 3.7 Intravenous administration

### 3.7.1 Mouse

Groups of 25 male and 25 female strain A mice were injected in the tail vein with 1 mg quartz in 0.1 mL of saline, with a control group of 75 male and female untreated animals. Animals were killed 3, 4.5 or 6 months after injection. There was no difference in the incidences and multiplicities of pulmonary adenomas between treated and untreated animals (Shimkin & Leiter, 1940).

## 3.8 Administration with known carcinogens

### 3.8.1 Inhalation

### (a) Rat

Studies have been completed to determine the effect of co-exposure to silica and thorotrast, a known carcinogen (See Table 3.6). Two sets of three groups of 90 female Wistar rats, 6–8 weeks old, were exposed by inhalation to 0, 6, or 31 mg/m³ of DQ12 quartz (mass median diameter, 1.8 µm; GSD, 2.0) for 6 hours/day 5 days/week for 29 days. One week after the inhalation exposure,

one group of quartz-exposed rats and one group of sham-exposed rats received an intravenous injection of thorotrast (2960 Bq [228]Th/mL, 0.6 mL). Controls were only sham-exposed. In each of the six groups, interim sacrifices of three or six animals each were made 0, 6, 12 and 24 months after the end of exposure. The experiment was terminated 34 months after the end of exposure. In rats that were exposed to silica by inhalation and then given thorotrast, there was a small increase in lung tumours compared to the already high incidence of benign and malignant tumours induced by silica alone (Spiethof et al., 1992).

### 3.8.2 Intratracheal administration

### (a) Rat

Four groups of white rats (group sizes varied from 28 to 70, with approximately equal numbers of males and females) were given either no treatment or a single instillation of 5 mg benzo[a]pyrene or an instillation of 50 mg quartz (size, 82% < 2 µm) and 5 mg benzo[a]pyrene (Group A) or 50 mg quartz and a later (1 month) instillation of 5 mg benzo[a]pyrene (Group B). The rats were observed until death. There were no

387

IARC MONOGRAPHS – 100C

**Table 3.6 Incidence, numbers and histological types of lung tumours in female Wistar rats after inhalation exposure to quartz and/or Thorotrast**

| Treatment | Number of rats[a] | Lung tumours | | | | |
|---|---|---|---|---|---|---|
| | | Incidence | Total number | Histological type | | |
| | | Observed | | Bronchiolo-alveolar adenoma | Bronchiolo-alveolar carcinoma | Squamous cell carcinoma |
| Controls | 85 | – | – | – | – | – |
| Low-dose quartz | 82 | 37 | 62 | 8 | 17 | 37 |
| High-dose quartz | 82 | 43 | 69 | 13 | 26 | 30 |
| Thorotrast (Th O) | 87 | 3 | 6 | – | 5 | 1 |
| Low-dose quartz + Th O | 87 | 39 | 68 | 10 | 28 | 30 |
| High-dose quartz + Th O | 87 | 57 | 98 | 16 | 47 | 35 |

[a]  Without the animals sacrificed 0 and 6 months after the end of inhalation exposure.
From Spiethoff et al. (1992)

lung tumours in the untreated rats (0/45), nor in those exposed to benzo[*a*]pyrene alone (0/19). In the combined exposures to benzo[*a*]pyrene and quartz, an increased incidence in lung tumours was observed (Group A, 14/31, 11 squamous cell carcinomas and three papillomas; Group B, 4/18, two papillomas and two carcinomas) (Pylev, 1980). [The Working Group noted the absence of a group exposed to quartz alone.]

*(b)   Hamster*

Groups of 50 male Syrian golden hamsters received weekly intratracheal instillations for 15 weeks in saline of 3 mg benzo[*a*]pyrene or 3 mg ferric oxide or 3 mg ferric oxide plus 3 mg benzo[*a*]pyrene or 1.1 mg Sil-Co-Sil or 1.1 mg Sil-Co-Sil plus 3 mg benzo[*a*]pyrene or 0.7 mg Min-U-Sil or 0.7 mg Min-U-Sil plus 3 mg benzo[*a*]pyrene or 7 mg Min-U-Sil or 7 mg Min-U-Sil plus 3 mg benzo[*a*]pyrene. Fifty male controls received saline alone. Survivors were killed at 92 weeks after exposure. Co-exposures with silica caused an enhancement of the number of respiratory tract tumours induced by benzo[*a*]pyrene

(mainly in the bronchus and lung) (Niemeier et al., 1986; Table 3.7).

## 3.9 Synthesis

Studies of the carcinogenicity of crystalline silica in experimental animal models have shown quartz dust to be a lung carcinogen in rats following inhalation and intratracheal instillation, but not in mice or hamsters. Rats are known to be more sensitive than are mice or hamsters to the induction of lung tumours due to other inhaled poorly soluble particles, such as carbon black (Mauderly et al., 1994).

Quartz-induced lymphoma incidence was also increased in several experiments in rats after intrapleural administration, and in one study in mice after subcutaneous administration. Tridymite- and cristobalite-induced lymphomas were observed in only a single experiment.

Silica dust, crystalline (quartz or crystobalite)

**Table 3.7 Incidences of Respiratory tract tumours in Syrian golden hamsters after intratracheal administration of quartz with or without benzo[a]pyrene**

| Treatment | No. of animals | No. of animals with respiratory tract tumours | No. of respiratory tract tumours[a] by site | | | Mean latency (wk) |
|---|---|---|---|---|---|---|
| | | | Larynx | Trachea | Bronchus and lung | |
| Saline control | 48 | 0 | 0 | 0 | 0 | – |
| BaP | 47 | 22 | 5 | 3 | 32 | 72.6 |
| Ferric oxide | 50 | 1 | 1 | 0 | 0 | 62 |
| Ferric oxide + BaP | 48 | 35b,c | 5 | 6 | 69 | 70.2 |
| Sil-Co-Sil | 50 | 0 | 0 | 0 | 0 | – |
| Sil-Co-Sil + BaP | 50 | 36b,c | 13 | 13 | 72 | 66.5 |
| Min-U-Sil | 50 | 1 | 0 | 0 | 1 | 68 |
| Min-U-Sil + BaP | 50 | 44b,c | 10 | 2 | 111 | 68.5 |
| Min-U-Sil + ferric oxide | 49 | 0 | 0 | 0 | 0 | – |
| Min-U-Sil + ferric oxide + BaP | 50 | 38b,c | 10 | 4 | 81 | 66.7 |

[a]  Types of tumours: polyps, adenomas, carcinomas, squamous cell carcinomas, adenosquamous carcinomas, adenocarcinomas, sarcomas.
[b]  Statistically significantly higher ($P < 0.00001$; two-tailed Fisher Exact test) compared with the corresponding group not treated with BaP.
[c]  Statistically significantly higher ($P < 0.01$; two-tailed Fisher Exact test) compared with the BaP group.
BaP, benzo[a]pyrene
From Niemeier et al. (1986)

# 4.  Other Relevant Data

## 4.1  Deposition and biopersistence

The inhalation of crystalline silica is associated with various lung diseases including acute silicosis or lipoproteinosis, chronic nodular silicosis, and lung cancer. Exposure to silica dust may also cause renal and autoimmune diseases (Steenland & Goldsmith, 1995; Stratta et al., 2001; Cooper et al., 2002; Otsuki et al., 2007). In silicotic patients, alveolar macrophages collected by pulmonary lavage contain crystalline silica and at autopsy, elevated levels of quartz are found in the lungs and lymph nodes. Crystalline silica is poorly soluble and biopersistent; even after cessation of exposure, silicosis can progress and is a risk factor for the development of lung cancer (IARC, 1997).

Alveolar macrophages play a key role in silica-related toxicity, and therefore the cytotoxic potency of silica particles determine the degree of silica-related pathogenicity (IARC, 1997; Donaldson & Borm, 1998). The stronger the cytotoxicity of crystalline silica to alveolar macrophages, the higher the intensity of the inflammatory reaction, and the longer the residence time of the particle in the lung (Donaldson & Borm, 1998; Fenoglio et al., 2000a).

Rodent inhalation studies have investigated the relationship between intrinsic particle toxicity, persistent inflammation, altered macrophage-mediated clearance, and biopersistence in the lung (Warheit et al., 2007). Crystalline silica particles induce lung inflammation that persists even after cessation of exposure, with alveolar macrophages having reduced chemotactic responses and phagocytosis. Crystalline silica impairs macrophage-mediated clearance secondary to its cytotoxicity that allows these particles to accumulate and persist in the lungs (IARC, 1997). In humans, it is possible that co-exposure to tobacco smoke and crystalline silica may impair the clearance of these toxic particles (IARC, 2004).

389

## 4.2 Mechanisms of carcinogenicity

It is generally accepted that alveolar macrophages and neutrophils play a central role in diseases associated with exposure to crystalline silica (Hamilton *et al.*, 2008). An inflammation-based mechanism as described in IARC (1997) is a likely mechanism responsible for the induction of lung cancer associated with exposure to crystalline silica, although reactive oxygen species can be directly generated by crystalline silica polymorphs themselves, and can be taken up by epithelial cells. For this reason, a direct effect on lung epithelial cells cannot be excluded (Schins, 2002; Fubini & Hubbard, 2003; Knaapen *et al.* 2004).

### 4.2.1 Physicochemical features of crystalline silica dusts associated with carcinogenicity

The major forms or polymorphs of crystalline silica are the natural minerals quartz, tridymite, cristobalite, coesite, stishovite, and the artifical silica-based zeolites (porosils) (Fenoglio *et al.*, 2000a). Humans have been exposed only to quartz, tridymite, cristobalite, the other forms being very rare. Several amorphous forms of silica exist, some of which were classified in Group 3 (*not classifiable as to their carcinogenicity*) in the previous *IARC Monograph* (IARC, 1997). Also, it has been shown that this cytotoxicity is lowered with lowering hydrophilicity (Fubini *et al.*, 1999), which depends upon the circumstances under which the surface was created. For example, silica in fly ashes or volcanic dusts is generated at high temperatures, and is mostly hydrophobic.

The classification in Group 1 (*carcinogenic to humans*) of some silica polymorphs in the previous *IARC Monograph* (IARC, 1997) was preceded by a preamble indicating that crystalline silica did not show the same carcinogenic potency in all circumstances. Physicochemical features – polymorph characteristics, associated contaminants

– may account for the differences found in humans and in experimental studies. Several studies on a large variety of silica samples, aiming to clarify the so-called "variability of quartz hazard" have indicated features and contaminants that modulate the biological responses to silica as well as several surface characteristics that contribute to the carcinogenicity of a crystalline silica particle (Donaldson & Borm, 1998; Fubini, 1998a; Elias *et al.*, 2000; Donaldson *et al.*, 2001). The larger potency of freshly ground dusts (e.g. as in sandblasting) has been confirmed in several studies; Vallyathan *et al.*, 1995), as immediately after cleavage, a large number of surface-active radicals are formed that rapidly decay (Damm & Peukert, 2009). The association with clay or other aluminium-containing compounds inhibits most adverse effects (Duffin *et al.*, 2001; Schins *et al.*, 2002a), iron in traces may enhance the effects but an iron coverage inhibits cytotoxicity and cell transformation (Fubini *et al.*, 2001). One study on a large variety of commercial quartz dusts has shown a spectrum of variability in oxidative stress and inflammogenicity *in vitro* and *in vivo*, which exceeds the differences previously found among different polymorphs (Bruch *et al.*, 2004; Cakmak *et al.*, 2004; Fubini *et al.*, 2004; Seiler *et al.*, 2004). Subtle differences in the level of contaminants appear to determine such variability. New studies *in vitro* and *in vivo* on synthesized nanoparticles of quartz (Warheit *et al.*, 2007) indicate a variability of effects also at the nanoscale. These new data clearly show that more or less pathogenic materials are comprised under the term "crystalline silica dusts." However, most studies, so far, have failed to identify strict criteria to distinguish between potentially more or less hazardous forms of crystalline silica.

The pathogenic potential of quartz seems to be related to its surface properties, and the surface properties may vary depending on the origin of the quartz. The large variability in silica hazard even within quartz particles of the same polymorph may originate from the

grinding procedure, the particle shape, the thermal treatment (determines the hydrophilicity of the particle), and the metal impurities (e.g. aluminium, iron) (Fubini *et al.*, 2004).

The toxicity of silica dust from various sources may be related either to the kind of silica polymorph or to impurities.

The correlation between artificially pure crystalline silicas (porosils) with similar physicochemical properties, but different micromorphology, size and surface area, was investigated (Fenoglio *et al.*, 2000a). Surface area and aspect ratio (elongated crystals with a higher aspect ratio than more isometric crystals) of the particulates tested in a cellular system (mouse monocyte-macrophage tumour cell line) correlate best with inhibition of cell proliferation after 24–72 hours experimental time. From the natural crystalline silicas, only stishovite did not show a cytotoxic effect; all the other natural polymorphs were rather toxic. Stishovite is made up of smooth round particles (Cerrato *et al.*, 1995) whereas quartz, tridymite, and cristobalite consist of particles with very sharp edges caused by grinding (Fubini, 1998a; Fubini *et al.*, 1990, 1999). Stishovite, the only polymorph with silicon in octahedral coordination, has densely packed hydroxyl-silanols on its surface that interact with hydrogen bonds with each other; for this reason, the interaction of silanols with cell membranes, which normally does occur, is dramatically reduced (Cerrato *et al.*, 1995).

Pure silica-zeolites with different particle forms exhibit similar cytotoxicity *in vitro* if compared at equal surface area instead of equal mass. The extent of free radical generation did not show a significant correlation with cytotoxicity in this short-term in-vitro test (Fenoglio *et al.*, 2000a). Free radicals generated by the particle may play a role in later stages of toxicity related to crystalline silica (Ziemann *et al.*, 2009). Both silicon-based surface radicals and iron ions located at the particle surface may be active

centres for free radical release in solution (Fubini *et al.*, 2001).

As has already been demonstrated with quartz and cristobalite (Brown & Donaldson, 1996; Bégin *et al.*, 1987), the cytotoxicity of artificially pure silica-zeolites can be decreased by aluminium ions adsorbed onto the particle surface (Fenoglio *et al.*, 2000a). Crystalline silica may occur naturally embedded in clays or may be mixed with other materials in some commercial products. It is possible that these materials may adsorb onto the silica surface, and modify its reactivity. However, the extent of surface coverage and the potency of these modified crystalline silica particles after long-term residence in the lungs have not been systematically assessed.

A quartz sample isolated from bentonite clay obtained from a 100 to 112 million-year-old formation in Wyoming, USA, exhibits a low degree of internal crystal organization, and the surface of this quartz particles are occluded by coatings of the clay. The is "quartz isolate" was compared in respect to its toxic potency after intratracheal instillation in rats with the quartz sample DQ12. The "quartz isolate" showed a much lower toxicity than DQ12 quartz, in agreement with the much lower surface reactivity of "quartz isolate" compared to the DQ12 quartz (Creutzenberg *et al.*, 2008; Miles *et al.*, 2008).

### 4.2.2 Direct genotoxicity and cell transformation

Reactive oxygen species are generated not only at the particle surface of crystalline silica, but also by phagocytic and epithelial cells exposed to quartz particles (Castranova *et al.*, 1991; Deshpande *et al.*, 2002). Oxidants generated by silica particles and by the respiratory burst of silica-activated phagocytic cells may cause cellular and lung injury, including DNA damage. Lung injury may be initiated and amplified by severe inflammation (Donaldson *et al.*, 2001; Castranova, 2004; Knaapen *et al.*, 2004). Various

IARC MONOGRAPHS – 100C

products (chemotactic factors, cytokines, growth factors) released by activated (and also dying) alveolar macrophages will not only recruit more macrophages as well as polymorphonuclear leukocytes (PMNs) and lymphocytes, but may also affect and activate bronchiolar and alveolar epithelial cells.

Reactive oxygen species can directly induce DNA damage (Knaapen et al., 2002; Schins et al., 2002b), and morphological transformations observed in Syrian hamster embryo (SHE) cells correlate well with the amount of hydroxyl radicals generated (Elias et al., 2000, 2006; Fubini et al., 2001). Neoplastic transformation was observed in in-vitro assays in the absence of secondary inflammatory cells (Hersterberg et al., 1986; Saffiotti & Ahmed, 1995; Elias et al., 2000). There seems to be no correlation between the extent of cytotoxicity as assessed by colony-forming efficiency and transforming potency (SHE test) when various quartz samples were investigated (Elias et al., 2000). In contrast to transforming potency, which was clearly related to hydroxyl radical generation, cytotoxicity was not affected by antioxidants. Partial reduction of transforming potency when deferoxamine-treated quartz was used points to the role of transitional metals, e.g. iron on the particle surface in generating hydroxyl radicals (Fubini et al., 2001). The SHE test used in this study by Fubini et al. (2001) and by others is recommended by the Centre for the Validation of Alternative Methods (ECVAM) as an alternative method for investigating the potential carcinogenicity of particulates (Fubini, 1998b). In nude mice injected with these transformed cells, tumours could be initiated (Saffiotti & Ahmed, 1995).

Particle uptake by target cells is also relevant for direct genotoxicity (Schins, 2002). Crystalline silica particles were detected in type II lung epithelial cells (RLE-6TN) in vitro; these particles were located also in close proximity to the nuclei and mitochondria, but not within these organelles. An osteosarcoma cell line lacking functional mitochondria was investigated with respect to quartz-related DNA damage with an osteosarcoma cell line with normal mitochondria. Only the cell line with functioning mitochondria showed significantly increased DNA damage after exposure to DQ12 quartz (Li et al., 2007).

The relationship between genotoxic effects (formation of DNA strand breaks) and the uptake of quartz particles was investigated in vitro with A549 human lung epithelial cells (Schins et al., 2002a). The percentage of A549 cells containing particles was clearly lower after exposure to quartz coated with polyvinylpyridine-N-oxide or aluminum lactate compared to uncoated quartz (DQ12). In this experiment, DNA strand breaks measured (Comet assay) in the exposed cells correlated very well with the number of particles absorbed by the cells. It could also be demonstrated that the generation of reactive oxygen species was closely related to the formation of DNA strand breaks (Schins, 2002). However, in other in-vitro studies using different quartz species, DNA strand breaks in epithelial cells could be observed only at particle concentrations that caused cytotoxicity (Cakmak et al., 2004).

Rats were exposed to crystalline silica for 3 hours and sacrificed at different time points after exposure, and lungs were examined by electron microscopy. The lungs were fixed by vascular perfusion through the right ventricle. In these investigations, silica crystals were found within the cytoplasm of type I lung epithelial cells (Brody et al., 1982). Although type I cells are not the target cell for tumour formation, these data show that the uptake of quartz particles in epithelial lung cells in vivo is in principle possible. Other particles including titanium dioxide, carbon black, or metallic particles have occasionally been found in type I lung epithelial cells in rats after inhalation exposure (Anttila, 1986; Anttila et al., 1988; Nolte et al., 1994).

After intratracheal instillation of DQ12 quartz, DNA strand breaks could be observed in lung epithelial cells isolated from quartz-treated rats. This effect was not found when the quartz dust was treated with either polyvinylpyridine-*N*-oxide or aluminium lactate. This finding suggests an important role of the reactive surface of quartz-induced DNA damage *in vivo*. No increase in alkaline phosphatase was found in the bronchiolo-alveolar lavage fluid of quartz-treated rats, and therefore, as alkaline phosphatase is an enzyme specifically present in type II epithelial cells, it can be assumed that there was no obvious cytotoxicity in these lung cells. These data support the current view of the important role of inflammatory cells in quartz-induced genotoxic effects (Knaapen *et al.*, 2002).

### 4.2.3 Depletion of antioxidant defences

Substantial amounts of ascorbic acid (Fenoglio *et al.*, 2000b) and glutathione (Fenoglio *et al.*, 2003) are consumed in the presence of quartz in cell-free tests via two different surface reactions. Both reactions may deplete antioxidant defences in the lung-lining fluid, thereby enhancing the extent of oxidative damage.

Incubation of murine alveolar MH-S macrophages with quartz particles (80 µg/cm²) for 24 hours inhibited glucose 6-phosphate dehydrogenase (G6PD)-1 activity by 70%, and the pentose phosphate pathway by 30%. Such effects were accompanied by a 50% decrease in intracellular glutathione. Quartz inhibits G6PD but not other oxidoreductases, and this inhibition is prevented by glutathione, suggesting that silica contributes to oxidative stress also by inhibiting the pentose phosphate pathway, which is critical for the regeneration of reduced glutathione (Polimeni *et al.*, 2008).

### 4.2.4 Indirect mechanisms

After 13 weeks of inhalation exposure to 3 mg/m³ crystalline silica (mass median aerodynamic diameter, 1.3 µm) or 50 mg/m³ amorphous silica (mass median aerodynamic diameter, 0.81 µm), the percentage of PMNs in the lung of the exposed rats was similar after each exposure. However, HPRT mutation frequency of the alveolar epithelial cells was significantly increased only in rats exposed to crystalline silica. Other factors including toxic effects to epithelial cells, solubility, and biopersistence may also be important for the induction of these mutagenic effects (Johnston *et al.*, 2000). A specific finding in rats treated intratracheally with amorphous silica (Aerosil®150, pyrogenic silica with primary particle size of 14 nm) was a severe granulomatous alveolitis which over time progressed to "scar-like" interstitial fibrotic granulomas not seen after crystalline silica exposure in rats (Ernst *et al.*, 2002). Lung tumours were found in rats also after the repeated intratracheal instillation of the same amorphous silica (Kolling *et al.*, 2008).

Toxic mineral dusts, especially crystalline silica, have unique, potent effects on alveolar macrophages that have been postulated to trigger the chain of events leading to chronic lung fibrosis (silicosis) and lung cancer (Hamilton *et al.*, 2008). Macrophages express a variety of cell-surface receptors that bind to mineral dusts leading to phagocytosis, macrophage apoptosis, or macrophage activation. The major macrophage receptor that recognizes and binds inhaled particles as well as unopsonized bacteria is MARCO (Arredouani *et al.*, 2004, 2005). Additional members of the macrophage-scavenger receptor family responsible for binding mineral particles as well as a wide range of other ligands include SR-AI and SR-AII (Murphy *et al.*, 2005). Although SR-AI/II and MARCO bind both toxic and non-toxic particles, only crystalline silica triggers macrophage apoptosis following

IARC MONOGRAPHS – 100C

binding to these scavenger receptors (Hamilton *et al.*, 2008). Other receptors expressed by macrophages and other target cells in the lung that bind mineral dusts include complement receptor and mannose receptors (Gordon, 2002). The pathological consequences of silica-induced injury to alveolar macrophages followed by apoptosis is impaired alveolar-macrophage-mediated clearance of crystalline silica as discussed in Section 4.1. Lysosomal membrane permeabilization following phagocytosis of crystalline silica particles has been hypothesized to enhance IL-1β secretion (Hornung *et al.*, 2008), and to trigger the release of cathepsin D, leading to mitochondrial damage, and the apoptosis of alveolar macrophages (Thibodeau *et al.*, 2004). Macrophage injury and apoptosis may be responsible for the increased susceptibility of workers exposed to silica to develop autoimmune disease (Pfau *et al.*, 2004; Brown *et al.*, 2005), and pulmonary tuberculosis (IARC, 1997; Huaux, 2007).

Persistent inflammation triggered by crystalline silica (quartz) has been linked to indirect genotoxicity in lung epithelial cells in rats, see Fig. 4.1 (IARC, 1997). Rats exposed to crystalline silica develop a severe, prolonged inflammatory response characterized by elevated neutrophils, epithelial cell proliferation, and development of lung tumours (Driscoll *et al.*, 1997). These persistent inflammatory and epithelial proliferative responses are less intense in mice and hamsters, and these species do not develop lung tumours following exposure to crystalline silica or other poorly soluble particles (IARC, 1997). There has been considerable discussion of whether the response of rats to inhaled particles is an appropriate model for the exposed response of humans (ILSI, 2000). Comparative histopathological studies of rats and humans exposed to the same particulate stimuli reveal more severe inflammation, alveolar lipoproteinosis, and alveolar epithelial hyperplasia in rats than in humans (Green *et al.*, 2007). These studies suggest that rats are more susceptible to develop persistent lung inflammation in response to particle inhalation than other species (ILSI, 2000).

Chronic exposure of rats to crystalline silica also leads to pulmonary fibrosis (Oberdörster, 1996), and workers with silicosis have an elevated risk of developing lung cancer (Pelucchi *et al.*, 2006). The causal association between chronic inflammation, fibrosis, and lung cancer was reviewed by IARC (2002). These associations provide a biological plausible mechanism between inflammation and the development of fibrosis and/or lung cancer (Balkwill & Mantovani, 2001).

## 4.3 Molecular pathogenesis of cancer of the lung

Acquired molecular alterations in oncogenes and tumour-suppressor genes characterize the multistage development of lung cancer (Sato *et al.*, 2007). Somatic alterations, such as DNA adducts, develop in the respiratory tract of smokers during the early stages of carcinogenesis (Wiencke *et al.*, 1999). Specific point mutations in in the *K-RAS* oncogene and the *p53* tumour-suppressor gene are considered as biomarkers of exposure to chemical carcinogens in tobacco smoke (Pfeifer *et al.*, 2002). Only one study has investigated the mutational spectrum of these genes that may be used as biomarkers for exposure to crystalline silica. Liu *et al.* (2000) analysed the mutation spectra in the *K-RAS* and *p53* genes in lung cancers that developed in workers with silicosis [smoking status unknown]. In a series of 36 cases, 16 mutations in exons 5, 7 and 8 of the *p53* gene were found. In contrast to non-occupational lung cancers, seven of these mutations clustered in exon 8. Most of the *K-RAS* gene mutations in non-small cell lung carcinomas occur at codon 12. Liu *et al.* (2000) did not detect this mutation in their case series of silicotics. Six mutations were found at codon 15 in exon 1 as well as additional mutations in codons 7, 15, 20, and

Silica dust, crystalline (quartz or crystobalite)

**Fig. 4.1 Proposed mechanisms for the carcinogenicity of crystalline silica in rats**



21. Most of these mutations were G→C transversions in contrast to G→T transversions at codon 12, which are characteristic of non-small cell lung cancers associated with tobacco smoking. If these specific mutations are confirmed in a larger series of lung cancers in silicotics, these could provide early biomarkers for the development of lung cancer in workers exposed to crystalline silica.

In a rat model of silica-induced lung cancer, a low frequency of *p53* gene mutations and no mutations in *K-RAS, N-RAS,* or *c-H-RAS* oncogenes were observed (Blanco *et al.,* 2007). No mutations in oncogenes or tumour-suppressor genes have been directly linked with exposure to crystalline silica.

The epigenetic silencing of the *p16INK4a* (Belinsky *et al.,* 2002), *CDH13,* and *APC* genes has also been found in a rat model of lung cancer induced by intratracheal instillation of crystalline silica (Blanco *et al.,* 2007). In this rodent model, the increased expression of iNOS

IARC MONOGRAPHS – 100C

(inducible nitric oxide synthase) was also found in preneoplastic lesions, which is consistent with a role for reactive nitrogen species in silicosis (Porter *et al.*, 2006).

## 4.4 Species differences and susceptible populations

In rat chronic inhalation studies using crystalline silica or granular, poorly soluble particles, female rats are more susceptible than males to the induction of lung tumours. Overall, rats are susceptible to the induction of lung cancer following the exposure to crystalline silica or granular, poorly soluble particles, but hamsters and mice are more resistant. The mechanistic basis for these sex and species differences is unknown. Mice exposed to crystalline silica by intranasal instillation or subcutaneous injection, as well as rats injected intrapleurally or intraperitoneally develop lymphomas. Following inhalation exposure to crystalline silica, lymphomas have not been observed in any species (see Section 3).

In some workers exposed to crystalline silica, cytokine gene polymorphisms have been linked with silicosis (Yucesoy *et al.*, 2002). Specific polymorphisms in genes encoding in *TNF-α* and *IL-1RA* (interleukin-1 receptor antagonist) have been associated with an increased risk for the development of silicosis (Yucesoy & Luster, 2007). Gene–linkage analyses might reveal additional markers for susceptibility to the development of silicosis and lung cancer in workers exposed to crystalline silica.

## 4.5 Synthesis

Three mechanisms have been proposed for the carcinogenicity of crystalline silica in rats (Fig. 4.1). First, exposure to crystalline silica impairs alveolar-macrophage-mediated particle clearance thereby increasing persistence of silica

in the lungs, which results in macrophage activation, and the sustained release of chemokines and cytokines. In rats, persistent inflammation is characterized by neutrophils that generate oxidants that induce genotoxicity, injury, and proliferation of lung epithelial cells leading to the development of lung cancer. Second, extracellular generation of free radicals by crystalline silica depletes antioxidants in the lung-lining fluid, and induces epithelial cell injury followed by epithelial cell proliferation. Third, crystalline silica particles are taken up by epithelial cells followed by intracellular generation of free radicals that directly induce genotoxicity.

The Working Group considers the first mechanism as the most prominent based on the current experimental data using inhalation or intratracheal instillation in rats, although the other mechanisms cannot be excluded. It is unknown which of these mechanisms occur in humans exposed to crystalline silica dust. The mechanism responsible for the induction of lymphomas in rats and mice following direct injections of crystalline silica dust is unknown.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of crystalline silica in the form of quartz or cristobalite. Crystalline silica in the form of quartz or cristobalite dust causes cancer of the lung.

There is *sufficient evidence* in experimental animals for the carcinogenicity of quartz dust.

There is *limited evidence* in experimental animals for the carcinogenicity of tridymite dust and cristobalite dust.

Crystalline silica in the form of quartz or cristobalite dust is *carcinogenic to humans (Group 1)*.

# References

Akbar-Khanzadeh F & Brillhart RL (2002). Respirable crystalline silica dust exposure during concrete finishing (grinding) using hand-held grinders in the construction industry. *Ann Occup Hyg*, 46: 341–346. doi:10.1093/annhyg/mef043 PMID:12176721

Akbar-Khanzadeh F, Milz S, Ames A et al. (2007). Crystalline silica dust and respirable particulate matter during indoor concrete grinding - wet grinding and ventilated grinding compared with uncontrolled conventional grinding. *J Occup Environ Hyg*, 4: 770–779. doi:10.1080/15459620701569708 PMID:17763068

Andersson L, Bryngelsson I-L, Ohlson C-G et al. (2009). Quartz and dust exposure in Swedish iron foundries. *J Occup Environ Hyg*, 6: 9–18. doi:10.1080/15459620802523943 PMID:18982534

Anttila S (1986). Dissolution of stainless steel welding fumes in the rat lung: an x ray microanalytical study. *Br J Ind Med*, 43: 592–596. PMID:3756109

Anttila S, Grekula A, Sutinen S et al. (1988). Inhaled manual metal arc and shield gas stainless and mild steel welding fumes in rat lung. *Ann Occup Hyg*, 32: 225–235.

Archer JD, Cooper GS, Reist PC et al. (2002). Exposure to respirable crystalline silica in eastern North Carolina farm workers. *AIHA J (Fairfax, Va)*, 63: 750–755. doi:10.1080/15428110208984765 PMID:12570084

Arredouani M, Yang Z, Ning Y et al. (2004). fh e scavenger receptor MARCO is required for lung defense against pneumococcal pneumonia and inhaled particles. *J Exp Med*, 200: 267–272. doi:10.1084/jem.20040731 PMID:15263032

Arredouani MS, Palecanda A, Koziel H et al. (2005). MARCO is the major binding receptor for unopsonized particles and bacteria on human alveolar macrophages. *J Immunol*, 175: 6058–6064. PMID:16237101

Attfield MD & Costello J (2004). Quantitative exposure–response for silica dust and lung cancer in Vermont granite workers. *Am J Ind Med*, 45: 129–138. doi:10.1002/ajim.10348 PMID:14748044

Bahrami AR, Golbabai F, Mahjub H et al. (2008). Determination of exposure to respirable quartz in the stone crushing units at Azendarian-West of Iran. *Ind Health*, 46: 404–408. doi:10.2486/indhealth.46.404 PMID:18716390

Bakke B, Stewart P, Eduard W (2002). Determinants of dust exposure in tunnel construction work. *Appl Occup Environ Hyg*, 17: 783–796. doi:10.1080/10473220290096032 PMID:12419106

Balkwill F & Mantovani A (2001). Inflammation and cancer: back to Virchow? *Lancet*, 357: 539–545. doi:10.1016/S0140-6736(00)04046-0 PMID:11229684

Bégin R, Massé S, Sébastien P et al. (1987). Sustained efficacy of aluminum to reduce quartz toxicity in the lung. *Exp Lung Res*, 13: 205–222. doi:10.3109/01902148709064319 PMID:2822380

Belinsky SA, Snow SS, Nikula KJ et al. (2002). Aberrant CpG island methylation of the p16(INK4a) and estrogen receptor genes in rat lung tumors induced by particulate carcinogens. *Carcinogenesis*, 23: 335–339. doi:10.1093/carcin/23.2.335 PMID:11872642

Blanco D, Vicent S, Fraga MF et al. (2007). Molecular analysis of a multistep lung cancer model induced by chronic inflammation reveals epigenetic regulation of p16 and activation of the DNA damage response pathway. *Neoplasia*, 9: 840–852. doi:10.1593/neo.07517 PMID:17971904

Bråtveit M, Moen BE, Mashalla YJS, Maalim H (2003). Dust exposure during small-scale mining in Tanzania: a pilot study. *Ann Occup Hyg*, 47: 235–240. doi:10.1093/annhyg/meg027 PMID:12639837

Brody AR, Roe MW, Evans JN, Davis GS (1982). Deposition and translocation of inhaled silica in rats. Quantification of particle distribution, macrophage participation, and function. *Lab Invest*, 47: 533–542. PMID:6292578

Brown GM, Donaldson K (1996). *Modulation of quartz toxicity by aluminum*. In: *Silica and Silica-induced Lung Diseases*. Castranova V, Vallyathan V Wallace WE, editors. Boca Raton, FL: CRC Press, pp. 299–304.

Brown JM, Pfau JC, Pershouse MA, Holian A (2005). Silica, apoptosis, and autoimmunity. *J Immunotoxicol*, 1: 177–187. doi:10.1080/15476910490911922 PMID:18958651

Brown TP & Rushton L (2005a). Mortality in the UK industrial silica sand industry: 1. Assessment of exposure to respirable crystalline silica. *Occup Environ Med*, 62: 442–445. doi:10.1136/oem.2004.017715 PMID:15961619

Brown TP & Rushton L (2005b). Mortality in the UK industrial silica sand industry: 2. A retrospective cohort study. *Occup Environ Med*, 62: 446–452. doi:10.1136/oem.2004.017731 PMID:15961620

Bruch J, Rehn S, Rehn B et al. (2004). Variation of biological responses to different respirable quartz flours determined by a vector model. *Int J Hyg Environ Health*, 207: 203–216. doi:10.1078/1438-4639-00278 PMID:15330388

Brüske-Hohlfeld I, Möhner M, Pohlabeln H et al. (2000). Occupational lung cancer risk for men in Germany: results from a pooled case–control study. *Am J Epidemiol*, 151: 384–395. PMID:10695597

Bryson G, Bischofh F, Stauffer RD (1974). A comparison of chrysotile and tridymite at the intrathoracic site in male Marsh mice (Abstract No. 22). *Proc Am Assoc Cancer Res*, 15: 6

Burgess GL (1998). Development of an exposure matrix for respirable crystalline silica in the British pottery industry. *Ann Occup Hyg*, 42: 209–217. PMID:9684560

Cakmak GD, Schins RP, Shi T et al. (2004). In vitro genotoxicity assessment of commercial quartz flours in comparison to standard DQ12 quartz. Int J Hyg Environ Health, 207: 105–113. doi:10.1078/1438-4639-00276 PMID:15031953

Carta P, Aru G, Manca P (2001). Mortality from lung cancer among silicotic patients in Sardinia: an update study with 10 more years of follow up. Occup Environ Med, 58: 786–793. doi:10.1136/oem.58.12.786 PMID:11706145

Castranova V, Kang JH, Moore MD et al. (1991). Inhibition of stimulant-induced activation of phagocytic cells with tetrandrine. J Leukoc Biol, 50: 412–422. PMID:1655939

Castranova V (2004). Signaling pathways controlling the production of inflammatory mediators in response to crystalline silica exposure: role of reactive oxygen/nitrogen species. Free Radic Biol Med, 37: 916–925. doi:10.1016/j.freeradbiomed.2004.05.032 PMID:15336307

Cerrato G, Fubini B, Baricco M, Morterra C (1995). Spectroscopic, structural and microcalorimetric study of stishovite, a non-pathogenic polymorph of $SiO_2$. J Mater Chem, 5: 1935–1941. doi:10.1039/jm9950501935

Checkoway H, Heyer NJ, Demers PA, Breslow NE (1993). Mortality among workers in the diatomaceous earth industry. Br J Ind Med, 50: 586–597. PMID:8343419

Checkoway H, Heyer NJ, Demers PA, Gibbs GW (1996). Reanalysis of mortality from lung cancer among diatomaceous earth industry workers, with consideration of potential confounding by asbestos exposure. Occup Environ Med, 53: 645–647. doi:10.1136/oem.53.9.645 PMID:8882123

Checkoway H, Heyer NJ, Seixas NS et al. (1997). Dose-response associations of silica with nonmalignant respiratory disease and lung cancer mortality in the diatomaceous earth industry. Am J Epidemiol, 145: 680–688. PMID:9125994

Chen J, McLaughlin JK, Zhang JY et al. (1992). Mortality among dust-exposed Chinese mine and pottery workers. J Occup Med, 34: 311–316. doi:10.1097/00043764-199203000-00017 PMID:1312152

Chen W, Bochmann F, Sun Y (2007). Effects of work related confounders on the association between silica exposure and lung cancer: a nested case–control study among Chinese miners and pottery workers. Int Arch Occup Environ Health, 80: 320–326. doi:10.1007/s00420-006-0137-0 PMID:16897095

Chen W & Chen J (2002). Nested case–control study of lung cancer in four Chinese tin mines. Occup Environ Med, 59: 113–118. doi:10.1136/oem.59.2.113 PMID:11850554

Chen W, Yang J, Chen J, Bruch J (2006). Exposures to silica mixed dust and cohort mortality study in tin mines: exposure–response analysis and risk assessment of lung cancer. Am J Ind Med, 49: 67–76. doi:10.1002/ajim.20248 PMID:16362950

Cherry NM, Burgess GL, Turner S, McDonald JC (1998). Crystalline silica and risk of lung cancer in the potteries. Occup Environ Med, 55: 779–785. doi:10.1136/oem.55.11.779 PMID:9924456

Cocco P, Rice CH, Chen JQ et al. (2001). Lung cancer risk, silica exposure, and silicosis in Chinese mines and pottery factories: the modifying role of other workplace lung carcinogens. Am J Ind Med, 40: 674–682. doi:10.1002/ajim.10022 PMID:11757044

Cooper GS, Miller FW, Germolec DR (2002). Occupational exposures and autoimmune diseases. Int Immunopharmacol, 2: 303–313. doi:10.1016/S1567-5769(01)00181-3 PMID:11811933

Costello J & Graham WG (1988). Vermont granite workers' mortality study. Am J Ind Med, 13: 483–497. doi:10.1002/ajim.4700130408 PMID:2834946

Crangle RD (2009). Diatomite (advance release). In: U.S. Geological Survey Minerals Yearbook–2008. Reston, VA: USGS. Available at http://minerals.usgs.gov/minerals/pubs/commodity/diatomite/myb1-2009-diato.pdf

Creutzenberg O, Hansen T, Ernst H et al. (2008). Toxicity of a quartz with occluded surfaces in a 90-day intratracheal instillation study in rats. Inhal Toxicol, 20: 995–1008. doi:10.1080/08958370802123903 PMID:18788017

Croteau GA, Flanagan ME, Camp JE, Seixas NS (2004). fh e efficacy of local exhaust ventilation for controlling dust exposures during concrete surface grinding. Ann Occup Hyg, 48: 509–518. doi:10.1093/annhyg/meh050 PMID:15298850

Dagle GE, Wehner AP, Clark ML et al. (1986). Chronic inhalation exposure of rats to quartz. In: Silica, Silicosis and Cancer. Controversy in Occupational Medicine. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 255–266. ISBN:0030041996.

Damm C & Peukert W (2009). Kinetics of radical formation during the mechanical activation of quartz. Langmuir, 25: 2264–2270. doi:10.1021/la803502x PMID:19143556

De Klerk NH & Musk AW (1998). Silica, compensated silicosis, and lung cancer in Western Australian gold-miners. Occup Environ Med, 55: 243–248. doi:10.1136/oem.55.4.243 PMID:9624278

Deshpande A, Narayanan PK, Lehnert BE (2002). Silica-induced generation of extracellular factor(s) increases reactive oxygen species in human bronchial epithelial cells. Toxicol Sci, 67: 275–283. doi:10.1093/toxsci/67.2.275 PMID:12011487

Dolley TP (2009). Silica (advance release). In: U.S. Geological Survey Minerals Yearbook–2008. Reston, VA: USGS. Available at http://minerals.usgs.gov/minerals/pubs/commodity/silica/myb1-2008-silic.pdf

Donaldson K & Borm PJ (1998). fh e quartz hazard: a variable entity. Ann Occup Hyg, 42: 287–294. PMID:9729916

Donaldson K, Stone V, Duffin R et al. (2001). fh e quartz hazard: effects of surface and matrix on inflammogenic activity. J Environ Pathol Toxicol Oncol, 20: Suppl 1109–118. PMID:11570668

Driscoll KE, Deyo LC, Carter JM et al. (1997). Effects of particle exposure and particle-elicited inflammatory cells on mutation in rat alveolar epithelial cells. Carcinogenesis, 18: 423–430. doi:10.1093/carcin/18.2.423 PMID:9054638

Dufin R, Gilmour PS, Schins RP et al. (2001). Aluminium lactate treatment of DQ12 quartz inhibits its ability to cause inflammation, chemokine expression, and nuclear factor-kappaB activation. Toxicol Appl Pharmacol, 176: 10–17. doi:10.1006/taap.2001.9268 PMID:11578144

Ebbesen P (1991). Chirality of quartz. Fibrosis and tumour development in dust inoculated mice. Eur J Cancer Prev, 1: 39–42. doi:10.1097/00008469-199110000-00008 PMID:1842682

Elci OC, Akpinar-Elci M, Blair A, Dosemeci M (2002). Occupational dust exposure and the risk of laryngeal cancer in Turkey. Scand J Work Environ Health, 28: 278–284. PMID:12199430

Elias Z, Poirot O, Danière MC et al. (2000). Cytotoxic and transforming effects of silica particles with different surface properties in Syrian hamster embryo (SHE) cells. Toxicol In Vitro, 14: 409–422. doi:10.1016/S0887-2333(00)00039-4 PMID:10963957

Elias Z, Poirot O, Fenoglio I et al. (2006). Surface reactivity, cytotoxic, and morphological transforming effects of diatomaceous Earth products in Syrian hamster embryo cells. Toxicol Sci, 91: 510–520. doi:10.1093/toxsci/kfj177 PMID:16571621

Ernst H, Rittinghausen S, Bartsch W et al. (2002). Pulmonary inflammation in rats after intratracheal instillation of quartz, amorphous SiO2, carbon black, and coal dust and the influence of poly-2-vinylpyridine-N-oxide (PVNO). Exp Toxicol Pathol, 54: 109–126. doi:10.1078/0940-2993-00241 PMID:12211632

Erren TC, Glende CB, Morfeld P, Piekarski C (2009). Is exposure to silica associated with lung cancer in the absence of silicosis? A meta-analytical approach to an important public health question. Int Arch Occup Environ Health, 82: 997–1004. PMID:19066933

Fenoglio I, Croce A, Di Renzo F et al. (2000a). Pure-silica zeolites (Porosils) as model solids for the evaluation of the physicochemical features determining silica toxicity to macrophages. Chem Res Toxicol, 13: 489–500. doi:10.1021/tx990169u PMID:10858322

Fenoglio I, Fonsato S, Fubini B (2003). Reaction of cysteine and glutathione (GSH) at the freshly fractured quartz surface: a possible role in silica-related diseases? Free Radic Biol Med, 35: 752–762. doi:10.1016/S0891-5849(03)00398-8 PMID:14583339

Fenoglio I, Martra G, Coluccia S, Fubini B (2000b). Possible role of ascorbic acid in the oxidative damage induced by inhaled crystalline silica particles. Chem Res Toxicol, 13: 971–975. doi:10.1021/tx000125h PMID:11080045

Flanagan ME, Seixas N, Becker P et al. (2006). Silica exposure on construction sites: results of an exposure monitoring data compilation project. J Occup Environ Hyg, 3: 144–152. doi:10.1080/15459620500526552 PMID:16464818

Flanagan ME, Seixas N, Majar M et al. (2003). Silica dust exposures during selected construction activities. AIHAJ, 64: 319–328. PMID:12809537.

Føreland S, Bye E, Bakke B, Eduard W (2008). Exposure to fibres, crystalline silica, silicon carbide and sulphur dioxide in the Norwegian silicon carbide industry. Ann Occup Hyg, 52: 317–336. doi:10.1093/annhyg/men029 PMID:18550624

Fubini B (1998a). Surface chemistry and quartz hazard. Ann Occup Hyg, 42: 521–530. PMID:9838865

Fubini B (1998b). Non-animal Tests for Evaluating the Toxicity of Solid Xenobiotics. Atla, 26: 579–617.

Fubini B, Fenoglio I, Ceschino R et al. (2004). Relationship between the state of the surface of four commercial quartz flours and their biological activity in vitro and in vivo. Int J Hyg Environ Health, 207: 89–104. doi:10.1078/1438-4639-00277 PMID:15031952

Fubini B, Fenoglio I, Elias Z, Poirot O (2001). Variability of biological responses to silicas: effect of origin, crystallinity, and state of surface on generation of reactive oxygen species and morphological transformation of mammalian cells. J Environ Pathol Toxicol Oncol, 20: Suppl 195–108. PMID:11570678

Fubini B, Giamello E, Volante M et al. (1990). Chemical functionalities at the silica surface determining its reactivity when inhaled. Formation and reactivity of surface radicals. Toxicol Ind Health, 6: 571–598. PMID:1670383.

Fubini B & Hubbard A (2003). Reactive oxygen species (ROS) and reactive nitrogen species (RNS) generation by silica in inflammation and fibrosis. Free Radic Biol Med, 34: 1507–1516. doi:10.1016/S0891-5849(03)00149-7 PMID:12788471

Fubini B, Zanetti G, Altilia S et al. (1999). Relationship between surface properties and cellular responses to crystalline silica: studies with heat-treated cristobalite. Chem Res Toxicol, 12: 737–745. doi:10.1021/tx980261a PMID:10458708

Golbabaei F, Barghi M-A, Sakhaei M (2004). Evaluation of workers' exposure to total, respirable and silica dust and the related health symptoms in Senjedak stone quarry, Iran. Ind Health, 42: 29–33. doi:10.2486/indhealth.42.29 PMID:14964615

Gordon S (2002). Pattern recognition receptors: doubling up for the innate immune response. Cell, 111: 927–930. doi:10.1016/S0092-8674(02)01201-1 PMID:12507420

Gottesfeld P, Nicas M, Kephart JW et al. (2008). Reduction of respirable silica following the introduction of water spray applications in Indian stone crusher mills. Int J Occup Environ Health, 14: 94–103. PMID:18507285

Graham WG, Costello J, Vacek PM (2004). Vermont granite mortality study: an update with an emphasis on lung cancer. J Occup Environ Med, 46:

459–466. DOI:10.1097/01.jom.0000126026.22470.6D PMID:15167394

Green FH, Vallyathan V, Hahn FF (2007). Comparative pathology of environmental lung disease: an overview. *Toxicol Pathol*, 35: 136–147. DOI:10.1080/01926230601132055 PMID:17325982

Groth DH, Stettler LE, Platek SF et al. (1986). Lung *tumors in rats treated with quartz by instillation*. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 243–253. ISBN:0030041996.

Guénel P, Breum NO, Lynge E (1989). Exposure to silica dust in the Danish stone industry. *Scand J Work Environ Health*, 15: 147–153. PMID:2549615

Hai DN, Chai SK, Chien VC et al. (2001). An occupational risk survey of a refractory brick company in Ha Noi, Viet Nam. *Int J Occup Environ Health*, 7: 195–200. PMID:11513069

Hamilton RF Jr, Thakur SA, Holian A (2008). Silica binding and toxicity in alveolar macrophages. *Free Radic Biol Med*, 44: 1246–1258. DOI:10.1016/j.freeradbiomed.2007.12.027 PMID:18226603

Harrison J, Chen J-Q, Miller W et al. (2005). Risk of silicosis in cohorts of Chinese tin and tungsten miners and pottery workers (II): Workplace-specific silica particle surface composition. *Am J Ind Med*, 48: 10–15. DOI:10.1002/ajim.20175 PMID:15940714

Hayumbu P, Robins TG, Key-Schwartz R (2008). Cross-sectional silica exposure measurements at two Zambian copper mines of Nkana and Mufulira. *Int J Environ Res Public Health*, 5: 86–90. PMID:18678921

Hersterberg TW, Oshimura M, Brody AR et al. (1986). *Asbestos and silica induce morphological transformation of mammalian cells in culture: a possible mechanism*. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 177–190.

Hessel PA, Sluis-Cremer GK, Hnizdo E (1986). Case–control study of silicosis, silica exposure, and lung cancer in white South African gold miners. *Am J Ind Med*, 10: 57–62. DOI:10.1002/ajim.4700100107 PMID:3017101

Hessel PA, Sluis-Cremer GK, Hnizdo E (1990). Silica exposure, silicosis, and lung cancer: a necropsy study. *Br J Ind Med*, 47: 4–9. PMID:2155648

Hicks J & Yager J (2006). Airborne crystalline silica concentrations at coal-fired power plants associated with coal fly ash. *J Occup Environ Hyg*, 3: 448–455. DOI:10.1080/15459620600802747 PMID:16862716

Hnizdo E, Murray J, Klempman S (1997). Lung cancer in relation to exposure to silica dust, silicosis and uranium production in South African gold miners. *Thorax*, 52: 271–275. DOI:10.1136/thx.52.3.271 PMID:9093345

Hnizdo E & Sluis-Cremer GK (1991). Silica exposure, silicosis, and lung cancer: a mortality study of

South African gold miners. *Br J Ind Med*, 48: 53–60. PMID:1847069

Holland L, Gonzales M, Wilson J (1983). *Pulmonary effects of shale dusts in experimental animals*. In: *Health Issues Related to Metal and Nonmetallic Mining*. Wagner W, Rom W, Merchand J, editors. Boston MA: Butterworths, pp. 485–496. ISBN:0250406101.

Holland L, Wilson J MI,.Tillery M (1986). *Lung cancer in rats exposed to fibrogenic dusts*. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 267–279. ISBN:0030041996.

Hornung V, Bauernfeind F, Halle A et al. (2008). Silica crystals and aluminum salts activate the NALP3 inflammasome through phagosomal destabilization. *Nat Immunol*, 9: 847–856. DOI:10.1038/ni.1631 PMID:18604214

Huaux F (2007). New developments in the understanding of immunology in silicosis. *Curr Opin Allergy Clin Immunol*, 7: 168–173. DOI:10.1097/ACI.0b013e32802bf8a5 PMID:17351471

Hughes JM, Weill H, Rando RJ et al. (2001). Cohort mortality study of North American industrial sand workers. II. Case-referent analysis of lung cancer and silicosis deaths. *Ann Occup Hyg*, 45: 201–207. PMID:11295143

IARC (1987a). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1987b). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1997). Silica, some silicates, coal dust and para-aramid fibrils. *IARC Monogr Eval Carcinog Risks Hum*, 68: 1–475. PMID:9303953

IARC (2002). Man-made vitreous fibres. *IARC Monogr Eval Carcinog Risks Hum*, 81: 1–381. PMID:12458547

IARC (2004). Tobacco smoke and involuntary smoking. *IARC Monogr Eval Carcinog Risks Hum*, 83: 1–1438. PMID:15285078

ILSI; Risk Science Institute Workshop Participants. (2000). The relevance of the rat lung response to particle overload for human risk assessment: a workshop consensus report. *Inhal Toxicol*, 12: 1–17. PMID:10715616

Ishihara Y, Iijima H, Matsunaga K et al. (2002). Expression and mutation of p53 gene in the lung of mice intratracheal injected with crystalline silica. *Cancer Lett*, 177: 125–128. DOI:10.1016/S0304-3835(01)00779-0 PMID:11825659

Jaurand MC, Fleury J, Monchaux G et al. (1987). Pleural carcinogenic potency of mineral fibers (asbestos, attapulgite) and their cytotoxicity on cultured cells. *J Natl Cancer Inst*, 79: 797–804. PMID:2821313

Johnson NF, Smith DM, Sebring R, Holland LM (1987). Silica-induced alveolar cell tumors in rats. *Am J*

*Ind Med*, 11: 93–107. Doi:10.1002/ajim.4700110110 PMID:3028139

Johnston CJ, Driscoll KE, Finkelstein JN et al. (2000). Pulmonary chemokine and mutagenic responses in rats after subchronic inhalation of amorphous and crystalline silica. *Toxicol Sci*, 56: 405–413. Doi:10.1093/toxsci/56.2.405 PMID:10911000

Kauppinen T, Heikkilä P, Partanen T et al. (2003). Mortality and cancer incidence of workers in Finnish road paving companies. *Am J Ind Med*, 43: 49–57. Doi:10.1002/ajim.10161 PMID:12494421

Kauppinen T, Toikkanen J, Pedersen D et al. (2000). Occupational exposure to carcinogens in the European Union. *Occup Environ Med*, 57: 10–18. Doi:10.1136/oem.57.1.10 PMID:10711264

Knaapen AM, Albrecht C, Becker A et al. (2002). DNA damage in lung epithelial cells isolated from rats exposed to quartz: role of surface reactivity and neutrophilic inflammation. *Carcinogenesis*, 23: 1111–1120. Doi:10.1093/carcin/23.7.1111 PMID:12117767

Knaapen AM, Borm PJ, Albrecht C, Schins RP (2004). Inhaled particles and lung cancer. Part A: Mechanisms. *Int J Cancer*, 109: 799–809. Doi:10.1002/ijc.11708 PMID:15027112

Kolling A, Ernst H, Rittinghausen S et al. (2008). Comparison of primary lung tumor incidences in the rat evaluated by the standard microscopy method and by multiple step sections. *Exp Toxicol Pathol*, 60: 281–288. Doi:10.1016/j.etp.2008.02.003 PMID:18455915

Koskela RS, Klockars M, Laurent H, Holopainen M (1994). Silica dust exposure and lung cancer. *Scand J Work Environ Health*, 20: 407–416. PMID:7701286

Kurihara N & Wada O (2004). Silicosis and smoking strongly increase lung cancer risk in silica-exposed workers. *Ind Health*, 42: 303–314. Doi:10.2486/indhealth.42.303 PMID:15295901

Lacasse Y, Martin S, Gagné D, Lakhal L (2009). Dose-response meta-analysis of silica and lung cancer. *Cancer Causes Control*, 20: 925–933. Doi:10.1007/s10552-009-9296-0 PMID:19184475

Lacasse Y, Martin S, Simard S, Desmeules M (2005). Meta-analysis of silicosis and lung cancer. *Scand J Work Environ Health*, 31: 450–458. PMID:16425586

Lee K (2009). OSHA compliance issues: benzene and crystalline silica exposures in a grey iron foundry. *J Occup Environ Hyg*, 6: D15–D17. Doi:10.1080/15459620902754380 PMID:19205997

Li H, Haberzettl P, Albrecht C et al. (2007). Inhibition of the mitochondrial respiratory chain function abrogates quartz induced DNA damage in lung epithelial cells. *Mutat Res*, 617: 46–57. PMID:17239409

Linch KD (2002). Respirable concrete dust–silicosis hazard in the construction industry. *Appl Occup Environ Hyg*, 17: 209–221. Doi:10.1080/104732202753438298 PMID:11871757

Liu B, Guan R, Zhou P et al. (2000). A distinct mutational spectrum of p53 and K-ras genes in lung cancer of workers with silicosis. *J Environ Pathol Toxicol Oncol*, 19: 1–7. PMID:10905501

Lumens MEGL & Spee T (2001). Determinants of exposure to respirable quartz dust in the construction industry. *Ann Occup Hyg*, 45: 585–595. PMID:11583660

Mauderly JL, Snipes MB, Barr EB et al. (1994). Pulmonary toxicity of inhaled diesel exhaust and carbon black in chronically exposed rats. Part I: Neoplastic and nonneoplastic lung lesions. *Res Rep Health EffInst*, (68, Pt 1): 1–75, discussion 77–97. PMID:7530965

Mamuya SHD, Bråtveit M, Mwaiselage J et al. (2006). High exposure to respirable dust and quartz in a labour-intensive coal mine in Tanzania. *Ann Occup Hyg*, 50: 197–204. Doi:10.1093/annhyg/mei052 PMID:16143714

McDonald AD, McDonald JC, Rando RJ et al. (2001). Cohort mortality study of North American industrial sand workers. I. Mortality from lung cancer, silicosis and other causes. *Ann Occup Hyg*, 45: 193–199. PMID:11295142

McDonald JC, Gibbs GW, Liddell FD, McDonald AD (1978). Mortality after long exposure to cummingtonite-grunerite. *Am Rev Respir Dis*, 118: 271–277. PMID:211890

McDonald JC, McDonald AD, Hughes JM et al. (2005). Mortality from lung and kidney disease in a cohort of North American industrial sand workers: an update. *Ann Occup Hyg*, 49: 367–373. Doi:10.1093/annhyg/mei001 PMID:15728107

McLaughlin JK, Chen JQ, Dosemeci M et al. (1992). A nested case–control study of lung cancer among silica exposed workers in China. *Br J Ind Med*, 49: 167–171. PMID:1313281

McNeill DA, Chrisp CE, Fisher GL (1990). Pulmonary adenomas in A/J mice treated with silica. *Drug Chem Toxicol*, 13: 87–92. Doi:10.3109/01480549009011071 PMID:2165900

Mehnert WH, Staneczek W, Möhner M et al. (1990). A mortality study of a cohort of slate quarry workers in the German Democratic Republic. *IARC Sci Publ*, (97): 55–64. PMID:2164503

Meijer E, Kromhout H, Heederik D (2001). Respiratory effects of exposure to low levels of concrete dust containing crystalline silica. *Am J Ind Med*, 40: 133–140. Doi:10.1002/ajim.1080 PMID:11494340

Miles W, Moll WF, Hamilton RD, Brown RK (2008). Physicochemical and mineralogical characterization of test materials used in 28-day and 90-day intratracheal instillation toxicology studies in rats. *Inhal Toxicol*, 20: 981–993. Doi:10.1080/08958370802077943 PMID:18686105

Mirabelli D & Kauppinen T (2005). Occupational exposures to carcinogens in Italy: an update of CAREX database. *Int J Occup Environ Health*, 11: 53–63. PMID:15859192

IARC MONOGRAPHS – 100C

Moulin JJ, Clavel T, Roy D et al. (2000). Risk of lung cancer in workers producing stainless steel and metallic alloys. Int Arch Occup Environ Health, 73: 171–180. DOI:10.1007/s004200050024 PMID:10787132

Muhle H, Bellman B, Creuzenberg O et al. (1998). Pulmonary response to toner TiO(2) and crystalline silica upon chronic inhalation exposure in syrian golden hamsters. Inhal Toxicol, 10: 667–729.

Muhle H, Bellmann B, Creutzenberg O et al. (1991). Pulmonary response to toner upon chronic inhalation exposure in rats. Fundam Appl Toxicol, 17: 280–299. DOI:10.1016/0272-0590(91)90219-T PMID:1662648

Muhle H, Kittel B, Ernst H et al. (1995). Neoplastic lung lesions in rat after chronic exposure to crystalline silica. Scand J Work Environ Health, 21: Suppl 227–29. PMID:8929684

Muhle H, Takenaka S, Mohr U et al. (1989). Lung tumor induction upon long-term low-level inhalation of crystalline silica. Am J Ind Med, 15: 343–346. PMID:2539015

Murphy JE, Tedbury PR, Homer-Vanniasinkam S et al. (2005). Biochemistry and cell biology of mammalian scavenger receptors. Atherosclerosis, 182: 1–15. DOI:10.1016/j.atherosclerosis.2005.03.036 PMID:15904923

Naidoo R, Seixas N, Robins T (2006). Estimation of respirable dust exposure among coal miners, in South Africa. J Occup Environ Hyg, 3: 293–300. DOI:10.1080/15459620600668973 PMID:15859192

Niemeier R, Mulligan LT, Rowland J (1986). Cocarcinogenicity of foundry silica sand in hamsters. In: Silica, Silicosis, and Cancer: Controversy in Occupational Medicine. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 215–227. ISBN:0030041996.

Nieuwenhuijsen MJ, Noderer KS, Schenker MB et al. (1999). Personal exposure to dust, endotoxin and crystalline silica in California agriculture. Ann Occup Hyg, 43: 35–42. PMID:10028892

NIOSH (2002). NIOSH Hazard Review: Health Effects of Occupational Exposure to Respirable Crystalline Silica (DHHS (NIOSH) Publication No. 2002–129). Cincinnati, OH, 145 pp.

Nolte T, fh iedemann KU, Dungworth DL et al. (1994). Histological and Ultrastructural Alterations of the Bronchioloalveolar Region in the Rat Lung After Chronic Exposure to a Pyrolized Pitch Condensate or Carbon Black, Alone or in Combination. Inhal Toxicol, 6: 459–483. DOI:10.3109/08958379490040505

NTP (2005). Report on Carcinogens, Eleventh Edition. Silica, Crystalline (Respirable Size*). U.S. Department of Health and Human Services, Public Health Service, National Toxicology Program.

Oberdörster G (1996). Significance of particle parameters in the evaluation of exposure-dose-response relationships of inhaled particles. Inhal Toxicol, 8: Suppl73–89. PMID:11542496

Otsuki T, Maeda M, Murakami S et al. (2007). Immunological effects of silica and asbestos. Cell Mol Immunol, 4: 261–268. PMID:17764616

Pan Y, Takahashi K, Feng Y et al. (1999). Nested case–control study of esophageal cancer in relation to occupational exposure to silica and other dusts. Am J Ind Med, 35: 272–280. DOI:10.1002/(SICI)1097-0274(199903)35:3<272::AID-AJIM7>3.0.CO;2-T PMID:9987560

Park R, Rice F, Stayner L et al. (2002). Exposure to crystalline silica, silicosis, and lung disease other than cancer in diatomaceous earth industry workers: a quantitative risk assessment. Occup Environ Med, 59: 36–43. DOI:10.1136/oem.59.1.36 PMID:11836467

Pelucchi C, Pira E, Piolatto G et al. (2006). Occupational silica exposure and lung cancer risk: a review of epidemiological studies 1996–2005. Ann Oncol, 17: 1039–1050. DOI:10.1093/annonc/mdj125 PMID:16403810

Pfau JC, Brown JM, Holian A (2004). Silica-exposed mice generate autoantibodies to apoptotic cells. Toxicology, 195: 167–176. DOI:10.1016/j.tox.2003.09.011 PMID:14751672

Pfeifer GP, Denissenko MF, Olivier M et al. (2002). Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers. Oncogene, 21: 7435–7451. DOI:10.1038/sj.onc.1205803 PMID:12379884

Polimeni M, Gazzano E, Ghiazza M et al. (2008). Quartz inhibits glucose 6-phosphate dehydrogenase in murine alveolar macrophages. Chem Res Toxicol, 21: 888–894. DOI:10.1021/tx7003213 PMID:18370412

Porter DW, Millecchia LL, Willard P et al. (2006). Nitric oxide and reactive oxygen species production causes progressive damage in rats after cessation of silica inhalation. Toxicol Sci, 90: 188–197. DOI:10.1093/toxsci/kfj075 PMID:16339787

Pott F, Dungworth DL, Einrich U et al. (1994). Lung tumours in rats after intratracheal instillation of dusts. Ann Occup Hyg, 38: Suppl. 1357–363.

Pukkala E, Guo J, Kyyrönen P et al. (2005). National job-exposure matrix in analyses of census-based estimates of occupational cancer risk. Scand J Work Environ Health, 31: 97–107. PMID:15864903

Pylev LN (1980). Role of silicon dioxide in the development of lung tumors induced in rats by intratracheal administration of benz(a)pyrene Gig Tr Prof Zabol, (4): 33–36. PMID:6250952

Rafnsson V & Gunnarsdóttir H (1997). Lung cancer incidence among an Icelandic cohort exposed to diatomaceous earth and cristobalite. Scand J Work Environ Health, 23: 187–192. PMID:9243728

Rando RJ, Shi R, Hughes JM et al. (2001). Cohort mortality study of North American industrial sand workers. III. Estimation of past and present exposures to respirable crystalline silica. Ann Occup Hyg, 45: 209–216. PMID:11295144

Rappaport SM, Goldberg M, Susi P, Herrick RF (2003). Excessive exposure to silica in the US construction industry. *Ann Occup Hyg*, 47: 111–122. doi:10.1093/annhyg/meg025 PMID:12581996

Reid PJ & Sluis-Cremer GK (1996). Mortality of white South African gold miners. *Occup Environ Med*, 53: 11–16. doi:10.1136/oem.53.1.11 PMID:8563852

Renne RA, Eldridge SR, Lewis TR, Stevens DL (1985). Fibrogenic potential of intratracheally instilled quartz, ferric oxide, fibrous glass, and hydrated alumina in hamsters. *Toxicol Pathol*, 13: 306–314. doi:10.1177/019262338501300407 PMID:3010436

Rice FL, Park R, Stayner L et al. (2001). Crystalline silica exposure and lung cancer mortality in diatomaceous earth industry workers: a quantitative risk assessment. *Occup Environ Med*, 58: 38–45. doi:10.1136/oem.58.1.38 PMID:11119633

Saffiotti U (1990). *Lung cancer induction by silica in rats, but not in mice and hamsters: species differences in epithelial and granulomatous reactions.* In: *Environmental Hygiene II.* Seemayer NH, Hadnagy W, editors. New York: Springer Verlag, pp. 235–238. ISBN:0387527354.

Saffiotti U (1992). *Lung cancer induction by crystalline silica.* In: *Relevance of Animal Studies to the Evaluation of Human Cancer Risk.* D'Amato R, Slaga TJ, Farland WH, Henry C, editors. New York: Wiley-Liss, pp. 51–69. ISBN:0471561835.

Saffiotti U & Ahmed N (1995). Neoplastic transformation by quartz in the BALB/3T3/A31-1-1 cell line and the effects of associated minerals. *Teratog Carcinog Mutagen*, 15: 339–356. doi:10.1002/tcm.1770150609 PMID:8732883

Saffiotti U, Williams AG, Daniel LN et al. (1996). *Carcinogenesis by crystalline silica: animal, cellular, and molecular studies.* In: *Silica and Silica-induced Lung Diseases.* Castranova V, Vallyathan V, Wallace WE, editors. Boca Raton: CRC Press, pp. 345–381. ISBN:0849347092.

Sanderson WT, Steenland K, Deddens JA (2000). Historical respirable quartz exposures of industrial sand workers: 1946–1996. *Am J Ind Med*, 38: 389–398. doi:10.1002/1097-0274(200010)38:4<389::AID-AJIM4>3.0.CO;2-J PMID:10982979

Sato M, Shames DS, Gazdar AF, Minna JD (2007). A translational view of the molecular pathogenesis of lung cancer. *J fft orac Oncol*, 2: 327–343. doi:10.1097/01.JTO.0000263718.69320.4c PMID:17409807

Scarselli A, Binazzi A, Marinaccio A (2008). Occupational exposure to crystalline silica: estimating the number of workers potentially at high risk in Italy. *Am J Ind Med*, 51: 941–949. doi:10.1002/ajim.20619 PMID:18651580

Schins RP (2002). Mechanisms of genotoxicity of particles and fibers. *Inhal Toxicol*, 14: 57–78. doi:10.1080/089583701753338631 PMID:12122560

Schins RP, Duffin R, Höhr D et al. (2002a). Surface modification of quartz inhibits toxicity, particle uptake, and oxidative DNA damage in human lung epithelial cells. *Chem Res Toxicol*, 15: 1166–1173. doi:10.1021/tx025558u PMID:12230410

Schins RP, Knaapen AM, Cakmak GD et al. (2002b). Oxidant-induced DNA damage by quartz in alveolar epithelial cells. *Mutat Res*, 517: 77–86. PMID:12034310

Seiler F, Rehn B, Rehn S, Bruch J (2004). Different toxic, fibrogenic and mutagenic effects of four commercial quartz flours in the rat lung. *Int J Hyg Environ Health*, 207: 115–124. doi:10.1078/1438-4639-00275 PMID:15031954

Shih T-S, Lu P-Y, Chen C-H et al. (2008). Exposure profiles and source identifications for workers exposed to crystalline silica during a municipal waste incinerator relining period. *J Hazard Mater*, 154: 469–475. doi:10.1016/j.jhazmat.2007.10.047 PMID:18063296

Shimkin MB & Leiter J (1940). Induced pulmonary tumors in mice. III. fh e role of chronic irritation in the production of pulmonary tumors in strain A mice. *J Natl Cancer Inst*, 1: 241–254.

Smith AH, Lopipero PA, Barroga VR (1995). Meta-analysis of studies of lung cancer among silicotics. *Epidemiology*, 6: 617–624. doi:10.1097/00001648-199511000-00010 PMID:8589094

Spiethofh A, Wesch H, Wegener K, Klimisch H-J (1992). fh e effects of fh orotrast and quartz on the induction of lung tumors in rats. *Health Phys*, 63: 101–110. doi:10.1097/00004032-199207000-00011 PMID:1325960

Steenland K (2005). One agent, many diseases: exposure–response data and comparative risks of different outcomes following silica exposure. *Am J Ind Med*, 48: 16–23. doi:10.1002/ajim.20181 PMID:15940719

Steenland K & Brown D (1995). Mortality study of gold miners exposed to silica and nonasbestiform amphibole minerals: an update with 14 more years of follow-up. *Am J Ind Med*, 27: 217–229. doi:10.1002/ajim.4700270207 PMID:7755012

Steenland K & Goldsmith DF (1995). Silica exposure and autoimmune diseases. *Am J Ind Med*, 28: 603–608. doi:10.1002/ajim.4700280505 PMID:8561170

Steenland K & Greenland S (2004). Monte Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer. *Am J Epidemiol*, 160: 384–392. doi:10.1093/aje/kwh211 PMID:15286024

Steenland K, 't Mannetje A, Boffetta P et al. International Agency for Research on Cancer. (2001). Pooled exposure–response analyses and risk assessment for lung cancer in 10 cohorts of silica-exposed workers: an IARC multicentre study. *Cancer Causes Control*, 12: 773–784. doi:10.1023/A:1012214102061 PMID:11714104

Steenland K & Sanderson W (2001). Lung cancer among industrial sand workers exposed to crystalline silica. *Am J Epidemiol*, 153: 695–703. doi:10.1093/aje/153.7.695 PMID:11282798

Steenland K & Stayner L (1997). Silica, asbestos, man-made mineral fibers, and cancer. *Cancer Causes Control*, 8: 491–503. doi:10.1023/A:1018469607938 PMID:9498906

Stewart AP & Rice C (1990). A source of exposure data for occupational epidemiology studies. *Appl Occup Environ Hyg*, 5: 359–363.

Stratta P, Canavese C, Messuerotti A *et al.* (2001). Silica and renal diseases: no longer a problem in the 21st century? *J Nephrol*, 14: 228–247. PMID:11506245

't Mannetje A, Steenland K, Checkoway H *et al.* (2002). Development of quantitative exposure data for a pooled exposure–response analysis of 10 silica cohorts. *Am J Ind Med*, 42: 73–86. doi:10.1002/ajim.10097 PMID:12125083

fh ibodeau MS, Giardina C, Knecht DA *et al.* (2004). Silica-induced apoptosis in mouse alveolar macrophages is initiated by lysosomal enzyme activity. *Toxicol Sci*, 80: 34–48. doi:10.1093/toxsci/kfh121 PMID:15056807

Tjoe-Nij E, de Meer G, Smit J, Heederik D (2003). Lung function decrease in relation to pneumoconiosis and exposure to quartz-containing dust in construction workers. *Am J Ind Med*, 43: 574–583. doi:10.1002/ajim.10229 PMID:12768607

Tse LA, Li ZM, Wong TW *et al.* (2007). High prevalence of accelerated silicosis among gold miners in Jiangxi, China. *Am J Ind Med*, 50: 876–880. doi:10.1002/ajim.20510 PMID:17948247

Tsuda T, Babazono A, Yamamoto E *et al.* (1997). A Meta-Analysis on the Relationship between Pneumoconiosis and Lung Cancer. *J Occup Health*, 39: 285–294. doi:10.1539/joh.39.285

Ulm K, Waschulzik B, Ehnes H *et al.* (1999). Silica dust and lung cancer in the German stone, quarrying, and ceramics industries: results of a case–control study. *fft orax*, 54: 347–351. doi:10.1136/thx.54.4.347 PMID:10092697

Vallyathan V, Castranova V, Pack D *et al.* (1995). Freshly fractured quartz inhalation leads to enhanced lung injury and inflammation. Potential role of free radicals. *Am J Respir Crit Care Med*, 152: 1003–1009. PMID:7663775

Verma DK, Kurtz LA, Sahai D, Finkelstein MM (2003). Current chemical exposures among Ontario construction workers. *Appl Occup Environ Hyg*, 18: 1031–1047. PMID:14612300

Wagner JC (1970). *fft e pathogenesis of tumors following the intrapleural injection of asbestos and silica.* In: *Morphology of Experimental Respiratory Carcinogenesis.* Nettesheim P, Hanna MJ, Deatherage JW, editors. Oak Ridge, TN: US Atomic Energy Commission, pp. 347–358.

Wagner JC & Berry G (1969). Mesotheliomas in rats following inoculation with asbestos. *Br J Cancer*, 23: 567–581. PMID:5360333

Wagner MF & Wagner JC (1972). Lymphomas in the Wistar rat after intrapleural inoculation of silica. *J Natl Cancer Inst*, 49: 81–91. PMID:4338782

Wagner MM (1976). Pathogenesis of malignant histiocytic lymphoma induced by silica in a colony of specific pathogen-free Wistar rats. *J Natl Cancer Inst*, 57: 509–518. PMID:185399

Wagner MM, Wagner JC, Davies R, Griffiths DM (1980). Silica-induced malignant histiocytic lymphoma: incidence linked with strain of rat and type of silica. *Br J Cancer*, 41: 908–917. PMID:6252921

Warheit DB, Webb TR, Colvin VL *et al.* (2007). Pulmonary bioassay studies with nanoscale and fine-quartz particles in rats: toxicity is not dependent upon particle size but on surface characteristics. *Toxicol Sci*, 95: 270–280. doi:10.1093/toxsci/kfl128 PMID:17030555

Watkins DK, Chiazze L Jr, Fryar CD, Fayerweather W (2002). A case–control study of lung cancer and non-malignant respiratory disease among employees in asphalt roofing manufacturing and asphalt production. *J Occup Environ Med*, 44: 551–558. doi:10.1097/00043764-200206000-00018 PMID:12085482

Weeks JL & Rose C (2006). Metal and non-metal miners' exposure to crystalline silica, 1998–2002. *Am J Ind Med*, 49: 523–534. doi:10.1002/ajim.20323 PMID:16691611

Wernli KJ, Fitzgibbons ED, Ray RM *et al.* (2006). Occupational risk factors for esophageal and stomach cancers among female textile workers in Shanghai, China. *Am J Epidemiol*, 163: 717–725. doi:10.1093/aje/kwj091 PMID:16467414

WHO (2000). *Concise International Chemical Assessment Document No. 24: Crystalline Silica, Quartz.* World Health Organization, Geneva.

Wickman AR & Middendorf PJ (2002). An evaluation of compliance with occupational exposure limits for crystalline silica (quartz) in ten Georgia granite sheds. *Appl Occup Environ Hyg*, 17: 424–429. doi:10.1080/10473220290035444 PMID:12049432

Wiencke JK, fh urston SW, Kelsey KT *et al.* (1999). Early age at smoking initiation and tobacco carcinogen DNA damage in the lung. *J Natl Cancer Inst*, 91: 614–619. doi:10.1093/jnci/91.7.614 PMID:10203280

Wilson T, Scheuchenzuber WJ, Eskew ML, Zarkower A (1986). Comparative pathological aspects of chronic olivine and silica inhalation in mice. *Environ Res*, 39: 331–344. doi:10.1016/S0013-9351(86)80059-7 PMID:3007105

Woskie SR, Kalil A, Bello D, Abbas Virji M (2002). Exposures to quartz, diesel, dust, and welding fumes during heavy and highway construction. *AIHAJ*, 63: 447–457. PMID:12486778.

Xu Z, Brown LM, Pan GW *et al.* (1996). Cancer risks among iron and steel workers in Anshan, China, Part II: Case–control studies of lung and stomach cancer. *Am J Ind Med*, 30: 7–15.

DOI:10.1002/(SICI)1097-0274(199607)30:1<7::AID-AJIM2>3.0.CO;2-# PMID:8837676

Yassin A, Yebesi F, Tingle R (2005). Occupational exposure to crystalline silica dust in the United States, 1988–2003. *Environ Health Perspect*, 113: 255–260. DOI:10.1289/ehp.7384 PMID:15743711

Yingratanasuk T, Seixas N, Barnhart S, Brodkin D (2002). Respiratory health and silica exposure of stone carvers in Thailand. *Int J Occup Environ Health*, 8: 301–308. PMID:12412846

Yu IT & Tse LA (2007). Exploring the joint effects of silicosis and smoking on lung cancer risks. *Int J Cancer*, 120: 133–139. DOI:10.1002/ijc.22133 PMID:17036327

Yu IT, Tse LA, Leung CC *et al.* (2007). Lung cancer mortality among silicotic workers in Hong Kong–no evidence for a link. *Ann Oncol*, 18: 1056–1063. DOI:10.1093/annonc/mdm089 PMID:17586750

Yucesoy B & Luster MI (2007). Genetic susceptibility in pneumoconiosis. *Toxicol Lett*, 168: 249–254. DOI:10.1016/j.toxlet.2006.10.021 PMID:17161563

Yucesoy B, Vallyathan V, Landsittel DP *et al.* (2002). Cytokine polymorphisms in silicosis and other pneumoconioses. *Mol Cell Biochem*, 234–235: 219–224. DOI:10.1023/A:1015987007360 PMID:12162437

Zhuang Z, Hearl FJ, Odencrantz J *et al.* (2001). Estimating historical respirable crystalline silica exposures for Chinese pottery workers and iron/copper, tin, and tungsten miners. *Ann Occup Hyg*, 45: 631–642. PMID:11718659

Ziemann C, Jackson P, Brown R *et al.* (2009). Quartz-Containing Ceramic Dusts: *In vitro* screening of the cytotoxic, genotoxic and pro-inflammatory potential of 5 factory samples. *J Phys: Conf Ser*, 151: 1–6. DOI:10.1088/1742-6596/151/1/012022

# Exhibit M

# Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity

Arti Shukla[1]\*, Maximilian B. MacPherson[1]\*, Jedd Hillegass[1], Maria E. Ramos-Nino[1], Vlada Alexeeva[1], Pamela M. Vacek[2], Jeffrey P. Bond[3], Harvey I. Pass[4], Chad Steele[5], and Brooke T. Mossman[1]

Departments of [1]Pathology, [2]Medical Biostatistics, and [3]Microbiology and Molecular Genetics, University of Vermont College of Medicine, Burlington, Vermont; [4]Department of Cardiothoracic Surgery, NYU Langone Medical Center, New York, New York; and [5]Department of Medicine, University of Alabama at Birmingham School of Medicine, Birmingham, Alabama

Human mesothelial cells (LP9/TERT-1) were exposed to low and high (15 and 75 $\mu m^2/cm^2$ dish) equal surface area concentrations of crocidolite asbestos, nonfibrous talc, fine titanium dioxide ($TiO_2$), or glass beads for 8 or 24 hours. RNA was then isolated for Affymetrix microarrays, GeneSifter analysis and QRT-PCR. Gene changes by asbestos were concentration- and time-dependent. At low nontoxic concentrations, asbestos caused significant changes in mRNA expression of 29 genes at 8 hours and of 205 genes at 24 hours, whereas changes in mRNA levels of 236 genes occurred in cells exposed to high concentrations of asbestos for 8 hours. Human primary pleural mesothelial cells also showed the same patterns of increased gene expression by asbestos. Nonfibrous talc at low concentrations in LP9/TERT-1 mesothelial cells caused increased expression of 1 gene Activating Transcription Factor 3 (*ATF3*) at 8 hours and no changes at 24 hours, whereas expression levels of 30 genes were elevated at 8 hours at high talc concentrations. Fine $TiO_2$ or glass beads caused no changes in gene expression. In human ovarian epithelial (IOSE) cells, asbestos at high concentrations elevated expression of two genes (*NR4A2, MIP2*) at 8 hours and 16 genes at 24 hours that were distinct from those elevated in mesothelial cells. Since *ATF3* was the most highly expressed gene by asbestos, its functional importance in cytokine production by LP9/TERT-1 cells was assessed using siRNA approaches. Results reveal that *ATF3* modulates production of inflammatory cytokines (IL-1β, IL-13, G-CSF) and growth factors (VEGF and PDGF-BB) in human mesothelial cells.

Keywords: mesothelioma; crocidolite asbestos; talc; titanium dioxide; gene profiling

A myriad of natural and synthetic fibers and particles, including nanomaterials, are being introduced into the workplace and environment, and *in vitro* screening tests on human cell types are needed to predict their toxicity and mechanisms of action, especially in target cells of disease. Asbestos is a group of well-characterized fibrous minerals that are associated with the development of nonmalignant (asbestosis) and malignant (lung cancers, pleural, and peritoneal mesotheliomas) diseases in occupational cohorts (1–3), yet the molecular mechanisms of asbestos-related diseases are poorly understood. Although it is widely acknowledged that fibrous geometry, surface and chemical composition, and durability are important features in the development

(Received in original form April 11, 2008 and in final form November 24, 2008)

\* These authors contributed equally to this research.

This work was supported by NIEHS training grant T32ES007122 to B.T.M., a contract from EUROTALC and the Industrial Minerals Association of North America, and NCI P01 CA 114,047 (H.I.P. and B.T.M.).

Correspondence and requests for reprints should be addressed to Arti Shukla, Ph.D., Department of Pathology, University of Vermont College of Medicine, 89 Beaumont Avenue, Burlington, VT 05405. E-mail: Arti.Shukla@uvm.edu

This article contains microarray data which can be found as a repository using the accession number GSE14034.

Am J Respir Cell Mol Biol   Vol 41. pp 114–123, 2009
Originally Published in Press as DOI: 10.1165/rcmb.2008-0146OC on December 18, 2008
Internet address: www.atsjournals.org

## CLINICAL RELEVANCE

Results of work here suggest that transcriptional profiling can be used to reveal molecular events by mineral dusts that are predictive of their pathogenicity in mesothelioma.

of asbestos-associated diseases, how these contribute to cell toxicity and transformation are unclear. Moreover, the early molecular events leading to injury by asbestos fibers and other pathogenic or innocuous particulates in human cells that may be targets for the development of disease remain enigmatic.

The objective of work here was to compare acute toxicity and gene expression profiles of crocidolite asbestos, the type of asbestos most pathogenic in the causation of human mesothelioma (3, 4), to nonfibrous talc, fine titanium dioxide ($TiO_2$), and glass beads in a contact-inhibited, hTERT-immortalized human mesothelial cell line (5). In comparative studies, we also evaluated toxicity of particulates and gene expression changes in a contact-inhibited SV40 Tag-immortalized human ovarian epithelial cell line (IOSE) (6). This cell type is not implicated in asbestos-induced diseases, but is occasionally linked to inflammation and the development of ovarian cancer after use of talcum powder in the pelvic region, although such links are highly controversial (7).

Although most studies have evaluated the biological effects of particles and fibers on an equal mass or weight basis, the number, surface area, and reactivity of particulates at equal weight concentrations may be vastly different. Moreover, recent *in vitro* (8, 9) and *in vivo* (10–12), studies have confirmed that toxicity, oxidative stress, and inflammatory effects of ultrafine and other particles are related directly to surface area. For these reasons, and to avoid possible confounding alterations in gene expression or toxicity that might reflect or be masked in cells in different phases of the cell cycle, we introduced particulates at equal surface areas to confluent monolayers of human mesothelial (LP9/TERT-1) and human ovarian epithelial (IOSE) cells in a maintenance medium. Moreover, our studies included a nonfibrous talc sample and fine $TiO_2$ and glass particles, both traditionally used as nontoxic and nonpathogenic control particles in *in vitro* and animal experiments (reviewed in Refs. 13 and 14). Our studies provide novel insight into the early molecular events and responses occurring in human cells after exposure to asbestos and these materials.

## MATERIALS AND METHODS

### Human Mesothelial and Ovarian Epithelial Cell Cultures

Human mesothelial LP9/TERT-1 (LP9) cells, an hTERT-immortalized cell line phenotypically and functionally resembling normal human mesothelial cells (5), were obtained from Dr. James Rheinwald (Dana Farber Cancer Research Institute, Boston, MA). Human pleural mesothelial cells (NYU474) were isolated surgically from

cancer-free patients by Dr. Harvey Pass (New York University, New York, NY). Briefly, tissue sample $2 \times 2$ cm$^2$ was harvested into saline solution and rinsed immediately with PBS ($1\times$) and Dulbecco's modified Eagle's medium (DMEM) ($1\times$). The tissue was then digested with 0.2% Collagenase type 1 (MP Biomedical Inc., Solon, OH) for 3 hours at 37°C. Finally, the digested tissue was scraped and cells collected were centrifuged for 5 minutes at $300 \times g$. The cell pellet thus obtained was resuspended in DMEM containing 10% fetal bovine serum (FBS) and 2% penicillin–streptomycin, transferred into 6-well plate, and allowed to grow at 5% $CO_2$ and 37°C. Mesothelial cells were characterized by staining with calretinin antibody. An SV40 Tag-immortalized, anchorage-dependent human ovarian epithelial cell line (IOSE 398) (6) was a kind gift from Dr. Nelly Auersperg (Canadian Ovarian Tissue Bank, University of British Columbia, Vancouver, BC, Canada). LP9/TERT-1 cells were maintained in 50:50 DMEM/F-12 medium containing 10% FBS, and supplemented with penicillin (50 units/ml), streptomycin (100 μg/ml), hydrocortisone (100 μg/ml), insulin (2.5 μg/ml), transferrin (2.5 μg/ml), and selenium (2.5 μg/ml). IOSE cells were maintained in 50:50 199/MCB105 medium containing 10% FBS and 50 μg/ml gentamicin. Cells at near confluence were switched to maintenance medium containing 0.5% FBS for 24 hours before particulate exposure. NYU474 cells were grown to near confluence in DMEM containing 10% FBS and supplemented with penicillin (50 units/ml) and streptomycin (100 μg/ml).

### Characterization of Mineral Preparations

The physical and chemical characterization of the NIEHS reference sample of crocidolite asbestos has been reported previously (15). The surface area of asbestos fibers and particles was measured using nitrogen gas sorption analysis to allow computation of identical amounts of surface areas of particulates to be added to cells. Fiber and particle size dimensions were determined by scanning electron microscopy (SEM) as described previously (16). In addition, talc was examined using field emission scanning electron microscopy (FESEM) and transmission electron microscopy (TEM). The chemical composition, surface area, mean size, and source of each particulate preparation is presented in Table 1.

### Introduction of Particulates to Cells

After sterilization under ultraviolet light overnight to avoid endotoxin and microbial contamination, particulates were suspended in HBSS at 1 mg/ml, sonicated for 15 minutes in a water bath sonicator, and triturated five times through a 22-gauge needle. This suspension was added to cells in medium.

### SEM to Determine Particulate/Cell Interactions

Cells were grown on Thermonox plastic cover slips (Nalge Nunc International, Naperville, IL), exposed to particulates for 24 hours, and then processed for SEM as described previously (16). After samples were critical point-dried, they were mounted on aluminum specimen stubs and dried being sputter-coated with gold and palladium in a Polaron sputter coater (Model 5100; Quorum Technologies, Guelph, ON, Canada) and examined on a JSM 6060 scanning electron microscope (JEOL USA, Inc., Peabody, MA).

### Cell Viability Studies

After 24 hours, cells were collected with Accutase cell detachment reagent, and final cell suspensions in Accutase/complete medium/HBSS

were mixed with 0.4% trypan blue stain, which is retained by dead cells. After 5 minutes, unstained cells were counted using a hemocytometer to determine the total number of viable cells per dish.

Based on the results of cell viability studies, asbestos and nonfibrous talc were evaluated in LP9 mesothelial cells for changes in gene expression at both low and high concentrations (15 and 75 μm$^2$/cm$^2$ dish) at 8 hours, and at low concentrations of minerals (15 μm$^2$/cm$^2$ dish) at 24 hours. These concentrations did not cause morphologic or toxic cellular changes at these time points. Negative control groups included cells exposed to fine TiO$_2$ (15 μm$^2$/cm$^2$ dish) at 8 and 24 hours and glass beads (75 μm$^2$/cm$^2$) at 24 hours. In IOSE cells, gene expression of all particulates was evaluated at 75 μm$^2$/cm$^2$ at 8 and 24 hours, as preliminary experiments revealed that no significant changes in mRNA levels were observed at 15 μm$^2$/cm$^2$ dish of asbestos. In NYU474 human mesothelial cells, QRT-PCR was used to validate a selected subset of gene expression changes identified by arrays in LP9/TERT-1 cells. Cells were exposed to 15 and 75 μm$^2$/cm$^2$ asbestos for 24 hours, and 8 genes highly expressed in LP9 cells were examined by QRT-PCR (*see below*).

### RNA Preparation

Total RNA was prepared using an RNeasy Plus Mini Kit according to the manufacturers' protocol (Qiagen, Valencia, CA), as previously described (17).

### Affymetrix Gene Profiling

Microarrays were performed on samples from three independent experiments. All cell types, time points, and mineral types and concentrations were included in all three experiments. For each experiment, $n = 3$ dishes were pooled into one sample per treatment group. Each of the pooled samples was analyzed on a separate array (i.e., $n = 3$ arrays per condition [3 independent biological replicates]). All procedures were performed by the Vermont Cancer Center DNA facility using standard Affymetrix protocol as previously described (14, 17). Each probe array, Human U133A 2.0 (Affymetrix, Santa Clara, CA) was scanned twice (Hewlett-Packard GeneArray Scanner, Palo Alto, CA), the images overlaid, and the average intensities of each probe cell compiled. Microarray data were analyzed using GeneSifter software (VizX Labs, Seattle, WA). This program used a "*t* test" for pairwise comparison and a Benjamini-Hochberg test for false discovery rate (FDR 5%) to adjust for multiple comparisons. A 2-fold cutoff limit was used for analysis.

### Quantitative Real-Time PCR

Total RNA (1 μg) was reverse-transcribed with random primers using the Promega AMV Reverse Transcriptase kit (Promega, Madison, WI) according to the recommendations of the manufacturer, as described previously (17). In NYU474 mesothelial cells, eight genes (*ATF3, SOD2, PTGS2, FOSB, TFPI2, PDK4, NR4A2,* and *IL-8*) most highly expressed in LP9 cells were evaluated using the ΔΔCt method. Duplicate or triplicate assays were performed with RNA samples isolated from at least three independent experiments. The values obtained from cDNAs and hypoxanthine phosphoribosyl transferase (*hprt*) controls provided relative gene expression levels for the gene locus investigated. The primers and probes used to validate gene expression as observed in microarrays were purchased from Applied Biosystems (Foster City, CA).

### TABLE 1. CHARACTERIZATION OF PARTICULATES

| Name | Chemical Composition | Mean Surface Area ± SE (m$^2$/g) | Mean Size (μm)* | Source |
|---|---|---|---|---|
| Crocidolite Asbestos | $Na_2Fe_3{}^{2+}Fe_2{}^{3+}Si_8O_{22}(OH)_2$ | 14.97 ± 0.605 | 7.4 × 0.25 | NIEHS Reference Sample |
| Talc (MP 10-52)† | $Mg_3Si_4O_{10}(OH)_2$ | 16.03 ± 0.654 | 1.1 | Barrett's Minerals, Inc. |
| Titanium Dioxide | $TiO_2$ | 9.02 ± 0.185 | 0.69 | Fisher Scientific |
| Glass Beads | $SiO_2$ | 2.78 ± 0.215 | 2.06 | Polysciences Inc. |

* Length X width for crocidolite asbestos, and diameter for nonfibrous talc, TiO$_2$, and glass beads.

† Although standard reference samples of asbestos and some particulates are available for use by the scientific community, reference samples of talc currently do not exist. For these reasons, the nonfibrous talc sample was also characterized for physical properties, particle size distribution (0.70 μm minimum to 1.20 μm maximum), and chemical/mineralogical (talc 95%, chlorite 4.5–5%, dolomite 0.3%) composition. For complete analysis or obtaining samples, please contact Brooke Mossman, Mark Ellis (markellis@ima-na.org), or Michelle Wyart at EUROTALC (mwyart@ima-europe.eu).










*Figure 1.* Interaction of fibers and particles with (*A–E*) LP9/TERT-1 human mesothelial cells and (*F*) IOSE ovarian epithelial cells after 24 hours of exposure to (*B, E, F*) high and (*C, D*) low concentrations of particulates. (*G*) Field emission scanning electron microscopy (FESEM) and (*H*) transmission electron microscopy (TEM) show structure of nonfibrous talc. (*A*) Morphology of unexposed near-confluent LP9/TERT-1 cells. (*B*) Membrane blebbing and piling up of cells in response to crocidolite asbestos (*arrows*). (*C*) Nonfibrous talc and (*D*) fine TiO$_2$ (*arrows*) on cell surface. (*E*) Single and small clumps of glass beads on plasma membrane. (*F*) Interaction of asbestos fibers (*arrows*) with IOSE cells that exhibit an exudate and membrane ruffiing in response to fibers. *Bars* = 10 μm. (*G*) FESEM and (*H*) TEM showing morphology of platy talc bulk material. *Bars* = 2 μm.

### Transfection of LP9 Cells with siRNA

On-Target plus Non-targeting siRNA #1 (scrambled control), and On-Target plus SMART pool human *ATF3* siRNA (100 nM; Dharmacon, Lafayette, CO) were transfected into LP9 cells at near confluence using Lipofectamine 2000 (Invitrogen, Carlsbad, CA), following the manufacturer's protocol. The efficiency of *ATF3* knockdown was determined by QRT-PCR after 48 and 72 hours.

### Bio-Plex Analysis of Cytokine and Chemokine Concentrations in Medium of LP9/TERT-1 Cells

To quantify cytokine and chemokine levels in conditioned medium of cells transfected with siATF3 or scrambled control and exposed to asbestos for 24 hours, a multiplex suspension protein array was performed using the Bio-Plex protein array system as described previously (17) and a Human Cytokine 27-plex panel (Bio-Rad, Hercules, CA). Three biological replicates were used for each treatment group.

### Statistical Analysis

Data from QRT-PCR and cell viability assays were evaluated by ANOVA using the Student Neuman-Keul's procedure for adjustment of multiple pairwise comparisons between treatment groups or using the nonparametric Kruskal-Wallis and Mann-Whitney tests. Differences with *P* values ≤ 0.05 were considered statistically significant.

Case 3:16-md-02738-MAS-RLS   Document 9739-10   Filed 05/07/19   Page 336 of 400 PageID:
139941
Shukla, MacPherson, Hillegass, *et al.*: Gene Profiling and Mineral Pathogenicity
117



*Figure 2.* Cell viability after 24 hours of exposure to asbestos fibers and particles in (*A–C*) LP-9/TERT-1 and (*D*) IOSE (D). Mean +/− SE of 1 (A, B) or 3 (C, D) individual experiments where *n* = 3 per group per experiment. * $P \leq 0.05$ compared with untreated (0) groups.

## RESULTS

### Characterization of Particulate Preparations

Table 1 shows the major chemical formulas of crocidolite asbestos fibers (defined as having a greater than 3:1 length to width ratio) and particle samples used in experiments, although trace amounts of other elements occur in the NIEHS asbestos standards (15). In addition, we examined the morphology and cellular interactions of asbestos fibers, talc, and other particles using SEM (Figure 1). These studies revealed that only high (75 μm²/cm²) surface area concentrations of asbestos caused membrane blebbing and other toxic manifestations in cells (Figures 1B and 1F). In contrast, particles of nonfibrous talc (Figure 1C), fine TiO₂ (Figure 1D), and glass beads (Figure 1E) were nontoxic. Both asbestos fibers and particles were observed on the cell surface and were encompassed by cells. Nonfibrous talc occurred in platy particles that were uniform in appearance as viewed by FESEM (Figure 1G) and TEM (Figure 1H).

### Asbestos Fibers at High Concentrations Are Toxic to LP9/TERT-1 Human Mesothelial Cells and Less So to Ovarian Epithelial Cells in Contrast to Particle Preparations

Figure 2 shows the results of trypan blue exclusion tests in LP9/TERT-1 and IOSE cells. In LP9/TERT-1 cells (Figures 2A–2C), asbestos at high surface area concentrations (75 μm²/cm²) caused significant decreases (50–80%) in cell viability that were more striking than those observed in IOSE cells (Figure 2D). Nonfibrous talc at 75 μm²/cm² was nontoxic, and significant increases in toxicity were only achieved with addition of talc at ≥ 3-fold higher concentrations in LP9/TERT-1 (Figure 2A), but not in IOSE cells (data not shown). Neither TiO₂ nor glass beads were significantly toxic to either cell type over a range of concentrations (Figure 2B).

### Asbestos Fibers, but Not Particle Preparations, Cause Dose- and Time-Related Changes in Gene Expression in Human LP9 Mesothelial Cells

Figure 3 shows a summary of significantly increased or decreased (> 2-fold compared with untreated controls) gene expression by asbestos (Figures 3A–3C) and nonfibrous talc (Figure 3D) in LP9/TERT-1 cells as well as the classification of genes by ontology. These studies revealed that gene expression changes by low concentrations of asbestos were less (29 increases) than at high concentrations (236 alterations including decreases) at 8 hours. Moreover, numbers of significant mRNA level alterations (205) at low concentrations of asbestos increased over time. In contrast, fewer numbers (30) of gene expression increases were observed at high concentrations of talc at 8 hours compared with identical surface areas of asbestos (236 changes), and no decreases in gene expression were observed. No significant alterations in gene expression were observed with low concentrations of talc at 24 hours or with TiO₂ or glass beads at either concentration or time point (data not shown). The major genes affected by asbestos or talc in LP9/TERT-1 cells are listed in Tables 2–4. This information reveals that the fold-increases in common genes expressed by asbestos-treated cells increase in a dose-related fashion at 8 hours. Although dose–responses were observed with talc at 8 hours, the numbers of significant gene increases as well as fold-increases were less than that observed with asbestos and decreased over time. Since mRNA expression of *ATF3* and *IL8* were increased by either asbestos or talc in LP9/TERT-1 cells, the increased expression of these genes was verified by QRT-PCR in mineral-exposed cells as compared with untreated control cells (Figure 4).

In NYU474 cells, QRT-PCR was used to validate that eight asbestos-induced genes in LP9 cells were up-regulated in



**Figure 3.** Numbers of changes ($P \le 0.05$) in gene expression and classification by ontology in LP9/TERT-1 cells after exposure to (*A–C*) crocidolite asbestos or (*D*) nonfibrous talc.

normal human mesothelial cells (*ATF3*, *PTGS2* or *COX2*, *FOSB*, *IL8*, *NR4A2*, and *TFPI2*). Results showed that mRNA levels of six of the eight genes evaluated were increased in a dose-responsive fashion after exposure to asbestos for 24 hours (Figure 5).

### IOSE Ovarian Epithelial Cells Exhibit Few Gene Expression Changes in Response to Asbestos

In contrast to LP9/TERT-1 and NYU474 mesothelial cells, IOSE cells showed no significant gene up-regulation or down-regulation in response to lower concentrations of asbestos at 8 or 24 hours (data not shown). At high concentrations of asbestos at 8 hours, mRNA levels of only two genes (*NR4A2* and *CXCL2* or *MIP2*) were increased in comparison to untreated IOSE cells (Table 4). At 24 hours, high concentrations of asbestos caused less than 4-fold increases in expression of only 16 genes, and decreased expression of 1 gene, *Profilin 1* (data not shown). No significant mRNA changes were observed with nonfibrous talc, fine $TiO_2$ or glass beads at either time point.

### Inhibition of *ATF3* by siRNA Alters Asbestos-Induced Cytokines in LP9/TERT-1 Cells

Since *ATF3* was a common gene up-regulated by asbestos in mesothelial cells its functional role in cytokine production in LP9 cells was evaluated. As shown in Figure 6A, *ATF3* was successfully inhibited in LP9/TERT-1 cells using siATF3 as described in MATERIALS AND METHODS. Cells transfected with control siRNA or siATF3 were then exposed to asbestos (75 µm²/cm² *n* = 3) for 24 hours, and medium was collected and analyzed for cytokines and growth factors using Bio-Plex analyses. Inhibition of *ATF3* altered levels of asbestos-induced inflammatory cytokines (IL-1β, IL-13, G-CSF) and the growth factor (PGDF-BB) in LP9/TERT-1 cells (Figure 6B). Trends in diminishing levels of VEGF were also observed, although not statistically significant.

### DISCUSSION

Gene expression analysis has been used for the classification of soluble toxicants in rodent and human cells *in vitro*. Models of

Shukla, MacPherson, Hillegass, *et al.*: Gene Profiling and Mineral Pathogenicity                              119

**TABLE 2. TOP 10 GENES AFFECTED BY CROCIDOLITE ASBESTOS AT 8 AND 24 H IN LP9/TERT-1 HUMAN MESOTHELIAL CELLS**

| | Low ($15\ \mu m^2/cm^2$) | | High ($75\ \mu m^2/cm^2$) |
|---|---|---|---|
| Concentration | | | |
| Time | 8 h | 24 h | 8 h |
| | Fold Change | | |
| Up-regulated | | | |
| Activating transcription factor 3 (*ATF3*) | 9 | 9 | 27 |
| Prostaglandin-endoperoxide synthase 2 (PTGS2) | 7 | 8 | 16 |
| Superoxide Dismutase 2 (SOD2) | 6 | 6 | 2 |
| Chemokine (C-X-C motif) ligand 3 (CXCL3) | 4 | NC | 16 |
| FBJ murine osteosarcoma viral oncogene homolog B (FOSB) | 4 | NC | NC |
| Tissue factor pathway inhibitor 2 (TFPI2) | 4 | 14 | 11 |
| Pyruvate dehydrogenase kinase, isozyme 4 (PDK4) | 3 | 9 | 15 |
| Chemokine (C-X-C motif) ligand 2 (CXCL2) | 3 | NC | NC |
| Angiopoietin-like 4 (ANGPLT4) | 3 | NC | NC |
| Kruppel-like factor 4 (gut) (KLF4) | 3 | NC | NC |
| Interleukin 8 C-terminal variant, 211506_s_t (IL8) | NC | 8 | 12 |
| Interleukin 1 receptor-like 1 (IL1R1) | NC | 6 | 11 |
| Nuclear receptor subfamily 4 (NR4A2) | NC | NC | 11 |
| Solute carrier family 7 (SLC7A2) | NC | 6 | 10 |
| Pleckstrin homology-like domain (PHLDA1) | NC | 7 | NC |
| Interleukin 8 (IL8) | NC | 6 | NC |
| Down-regulated | | | |
| Inhibitor of DNA binding 3 (ID3) | NC | NC | −5 |
| Inhibitor of DNA binding 1 (ID1) | NC | NC | −3 |
| Cytochrome P450, family 24 (CYP24A1) | NC | NC | −3 |
| Basic helix-loop-helix domain (BHLHB3) | NC | NC | −3 |
| SMAD family member 6 (SMAD6) | NC | NC | −3 |
| S-phase kinase associated protein 2 (SKP2) | NC | NC | −3 |
| Cadherin 10, type 2 (CDH10) | NC | NC | −3 |
| START domain containing 5 (STARD5) | NC | NC | −3 |
| 211042_x_at | NC | NC | −2 |
| Interferon-induced protein with tetratricopeptide (IFIT1) | NC | NC | −2 |
| Oxytocin receptor (OXTR) | NC | −6 | NC |
| Transcribed locus | NC | −5 | NC |
| Chromosome 5 open reading frame (C5orf13) | NC | −5 | NC |
| Cytochrome P450, family 24 (CYP24A1) | NC | −4 | NC |
| Chromosome 21 open reading frame (C21orf7) | NC | −3 | NC |
| KIAA1199 | NC | −3 | NC |
| Methyltransferase like 7A (METTL7A) | NC | −3 | NC |
| PDZ domain containing RING finger 3 (PDZRN3) | NC | −3 | NC |
| Periplakin (PPL) | NC | −3 | NC |
| Phospholipase-C-like 1 (PLCL1) | NC | −3 | NC |

*Definition of abbreviation*: NC, no significant ($P \leqslant 0.05$) change > 2-fold from control.

transcript profiling for discrimination of toxic and nontoxic compounds in liver and other organs have also been developed in rodents (18), confirming the hypothesis that predictive modeling for classification of toxic agents and carcinogens is feasible. Here we used toxicogenomic approaches in human mesothelial cells, a cell type exquisitely sensitive to asbestos (19) and human contact-inhibited ovarian epithelial cells, a cell type not linked to carcinogenesis by asbestos, to determine whether the magnitude of altered gene expression by insoluble particulates correlated with their toxicity to cells and documented pathogenicity in humans. Although a recent study has examined gene expression profiles comparatively in crocidolite asbestos–exposed human lung adenocarcinoma (A549) and SV40-immortalized bronchial (BEAS-2B) or pleural mesothelial cell lines (MET5A) by cluster analysis (20), our studies are the first to examine gene expression changes by asbestos in comparison to other well-characterized particles in a human cell line that exhibits features of normal mesothelial cells (5). Although strict comparisons between cell types are not justified because SV40 Tag was used to immortalize the IOSE ovarian epithelial cell line (6), and SV40 infection is known to decrease sensitivity of human mesothelial cell lines to toxicity by asbestos

(21), our studies suggest that the increased numbers of gene expression alterations observed in LP9/TERT-1 human mesothelial cells reflect elevated sensitivity of this cell type to asbestos. NYU474 human mesothelial cells were more resistant that LP9/TERT-1 cells to asbestos toxicity, permitting us to perform QRT-PCR studies at both concentrations of asbestos at 24 hours. These results confirmed common dose-related patterns of gene expression in mesothelial cells versus ovarian epithelial (IOSE) cells.

It is generally recognized that geometry and length and width (i.e., aspect ratio) of durable fibers such as amphibole asbestos types (crocidolite, amosite) are important properties determining toxicity, transforming potential, and carcinogeniciy in rodents and humans (13, 22, 23). Since talc can occur in various geometries (nonfibrous and fibrous) and can be contaminated with other minerals, including amphiboles, in some mining deposits (reviewed in Ref. 24), we used a well-characterized, nonfibrous talc sample here to allow evaluation of a particle not causing mesotheliomas or pleural sarcomas in rodents (23). Moreover, nonfibrous talc is regarded as noncarcinogenic in humans (25). Since talc is a magnesium silicate, and $Mg^{2+}$ may interact with negatively charged molecules on the cell surface to

## TABLE 3. GENES UP-REGULATED BY NONFIBROUS TALC IN LP9/TERT-1 HUMAN MESOTHELIAL CELLS

| Gene | Fold Increase |
|---|---|
| **8 h Low (15 μm²/cm²)** | |
| Activating transcription factor 3 (*ATF3*) | 3 |
| **8 h High (75 μm²/cm²)** | |
| Activating transcription factor 3 (*ATF3*) | 13 |
| Inhibin, beta A (INHBA) | 9 |
| Chemokine (C-X-C motif) ligand 3 (CXCL3) | 7 |
| Superoxide dismutase 2 (SOD2) | 7 |
| Interleukin 8 C-terminal variant, 211506_s_t (IL8) | 6 |
| Prostaglandin-endoperoxide synthase 2 (PTGS2) | 5 |
| Interleukin 8 (IL8) | 5 |
| FBJ murine osteosarcoma viral oncogene homolog B (FOSB) | 5 |
| Tumor necrosis factor alpha-induced protein 6 (TNFAIP6) | 4 |
| Tissue factor pathway inhibitor 2 (TFPI2) | 4 |
| Chemokine (C-X-C motif) ligand 2 (CXCL2) | 3 |
| Intercellular adhesion molecule 4 (CICAM4) | 3 |
| ChaC, cation transport regulator homolog 1 (ChaC 1) | 3 |
| Nuclear receptor subfamily 4, group A, member 3 (NR4A3) | 3 |
| Pleckstrin homology-like domain, family A, member 1 (PHLDA1) | 3 |
| Interleukin 6 (IL-6) | 3 |
| Phorbol -12-myristate-13-acetate-induced protein 1 (PMA1P1) | 3 |
| Oxidized low density lipoprotein (lectin-like) receptor 1 (OLR1) | 3 |
| Chemokine (C-C motif) ligand 20 (CCL20) | 3 |
| v-maf musculoaponeurotic fibrosarcoma oncogene homolog F | 3 |
| Interleukin 1, alpha (IL-1α) | 2 |
| Tumor necrosis factor–α induced protein 3 (TNFA1P3) | 2 |
| Interleukin 1 receptor-like 1 (IL1RL1) | 2 |
| Angiopoieten-like 4 (ANGPLT4) | 2 |
| Kruppel-like factor 4 (KLF4) | 2 |
| GTP binding protein overexpressed in skeletal muscle (GEM) | 2 |
| Pentraxin-related gene, rapidly induced by IL-1 beta (PTX3) | 2 |
| Interleukin 1 (IL-1β) | 2 |
| HSPB (heat shock 27 kD) associated protein 1 (HSPBAP1) | 2 |
| Kynureninase (KYNU) | 2 |



*Figure 4.* QRT-PCR confirms significant increases in *ATF3* and *IL8* expression by crocidolite asbestos at low concentrations and nonfibrous talc at high concentrations in LP9/TERT-1 mesothelial cells. *$P <$ 0.05 as compared to untreated (0) groups.

disturb cell homeostasis (reviewed in Ref. 26), this may explain the few mRNA expression increases that were observed initially with talc at 8 hours. However, these changes were not observed at 24 hours, suggesting that human mesothelial cells adapt to or undergo repair after exposure to this mineral.

Our gene profiling data here and in inhalation studies using chrysotile asbestos (14) also support the concept that fine $TiO_2$ is nontoxic and nonpathogenic to mesothelial or other cell types. Likewise, in the rat, inhalation of fine $TiO_2$ (defined as particles $> 0.1$ μm in diameter), in contrast to ultrafine (particles $< 0.1$ μm in diameter) does not give rise to predictive markers of toxicity, inflammation, pulmonary fibrosis, or oxidative stress, as indicated by elevated levels of Mn-containing superoxide dismutase ($SOD2$) in cells from bronchopulmonary lavage (27). The increased reactivity and toxicity of ultrafine particles as compared with larger fine or coarse particles have also been confirmed in a number of *in vitro* and *in vivo* experiments and is often attributed to their increased surface area and/ or ability to penetrate lung cells.

Our studies reveal a number of novel genes induced by asbestos in LP9/TERT-1 cells. As previously described in a lung epithelial cell line (C10) or mouse lungs after inhalation of crocidolite asbestos (28), increases in expression of the early response gene, *FOSB*, that encodes a dimer of the activator protein-1 transcription factor, were seen. Increases in expression of several other genes linked to cell signaling proteins and transcription factor activation were observed in asbestos-exposed cells, including *NR4A2* and *PDK4*. A novel gene up-regulated at all time points and concentrations of asbestos or talc in human mesothelial cells was activating transcription factor 3 (*ATF3*), a member of the cAMP-responsive element–binding (CREB) transcription factor family that encodes two different isoforms leading to repression or activation of genes. Silencing of *ATF3* in the present study by siRNA significantly altered expression of a number of asbestos-induced inflammatory cytokines and growth factors documented in malignant mesotheliomas (29, 30). In support of our results here, other studies using *ATF3*-deficient mice and *in vitro* approaches have shown that *ATF3* is a negative regulator of pulmonary inflammation, eosinophilia, and airway responsiveness (31). Moreover, *ATF3* also negatively regulates IL-6 gene transcription in an NF-κB model of up-regulation using melanoma cells (32). In addition, trends in production of VEGF, a known important angiogenic peptide and independent prognostic factor in human mesotheliomas (33), were observed. We have recently shown that an extracellular signal–related

## TABLE 4: GENES UPREGULATED BY CROCIDOLITE ASBESTOS IN IOSE HUMAN OVARIAN CELLS

| Gene | Fold increase |
|---|---|
| **8 h High (75 μm²/cm²)** | |
| Nuclear receptor subfamily 4 (NR4A2) | 4 |
| Chemokine (C-X-C motif) ligand 2 (MIP2) | 2 |
| **24 h High (75 μm²/cm²)** | |
| Nuclear receptor subfamily 4 (NR4A2) | 4 |
| DNA-damage-inducible transcript 3 (DDIT3) | 3 |
| Stromal cell-derived factor 2-like 1(SDF2L1) | 3 |
| Heat shock 70 kD protein 1A (HSPA1A) | 3 |
| DnaJ (Hsp40) homolog, subfamily C (DNAJC3) | 2 |
| Paraspeckle component 1 | 2 |
| Heat shock 70 kD protein 1B (HSPA1B) | 2 |
| Homocysteine-inducible, endoplasmic reticulum stress-inducible, ubiquitin-like domain member (HERPUD1) | 2 |
| Serum/glucocorticoid regulated kinase family, member 3 (SKG3) | 2 |
| DnaJ (Hsp40) homolog, subfamily B, member 9 (DNAJB9) | 2 |
| Arginine-rich, mutated in early stage tumors (ARMET) | 2 |
| Syntaxin 1A (brain) (STX1A) | 2 |
| Heat shock 70 kD protein 5 (HSPA5) | 2 |
| ADAM metallopeptidase with thrombospondin type 1 motif | 2 |
| Heat shock protein 90kDa beta (Grp94), member 1 (HSP90B1) | 2 |



**Figure 5.** QRT-PCR confirms that human primary pleural mesothelial cells (NYU474) show similar patterns of asbestos-induced gene expression when compared with LP9/TERT-1 mesothelial cells. NYU474 cells were exposed to crocidolite asbestos (15 or 75 $\mu m^2/cm^2$) for 24 hours and cDNA was used for QRT-PCR. *$P \leq 0.05$ as compared with untreated cells (0).

CREB pathway in C10 lung epithelial cells modulates apoptosis after asbestos exposure (34), and recent studies are focusing on the effects of silencing *CREB* or *ATF3* on other functional and phenotypic changes in human mesothelial and mesothelioma cells (A. Shukla and colleagues, unpublished data).

Several other genes up-regulated by talc at 8 hours or affected by asbestos at both 8 and 24 hours may be important in repair from mineral-induced responses. For example, *SOD2*, (Mn-containing superoxide dismutase) is an antioxidant protein occurring in the mitochondria, a target cell organ of asbestos-induced apoptosis (35). *PTGS2* (prostaglandin-endoperoxide syntase or cyclooxygenase) is a key enzyme in prostenoid biosynthesis associated with modulation of mitogenesis and inflammation. More recently, this pathway has been explored after interaction of ultrafine particles with alveolar macrophages (9). *ANG PTL4* (angiopoietin-4) encodes a serum hormone directly involved in regulating glucose homeostasis and lipid metabolism and is an apoptosis survival factor for vascular endothelial cells. The up-regulation of angio-

poietin-4 is also thought to play a role in inhibition of tumor cell motility and metastasis. *KLF4* (Kruppel-like factor 4) is a negative regulator of cell proliferation and can be a positive or negative modulator of DNA transcription.

Increased expression of genes encoding different cytokines/chemokines (i.e., *IL8*) and their receptors or ligands (e.g., IL-8 C-terminal variant, *IL1R1*, *CXCL2* or *MIP2*, *CXCL3*, and *TFPI2*) by asbestos or talc suggests that the mesothelial cell also may play a role in chemotaxis, inflammation, and blood coagulation. A number of gene expression changes by asbestos also support the hypothesis that this fibrous mineral affects calcium-dependent processes including related protein kinase cascades, cell adhesion, and protein/lipid metabolism (Table 2). Although numbers of changes were more modest in IOSE cells, with the exception of *NR4A2* and *CXCL2*, a unique subset of genes was induced by asbestos in this cell type (Table 4).

Results of work here suggest that transcriptional profiling can be used to reveal molecular events by mineral dusts that are





*Figure 6.* ATF3 inhibition using siRNA approaches alters asbestos-induced production of inflammatory cytokines and growth factors. (*A*) LP9/TERT-1 cells transfected with siATF3 show significant inhibition of *ATF3* mRNA levels (untreated control [siC] versus siATF3 and asbestos-treated [siC Asb versus siATF3 Asb] groups). *$P \leqslant 0.05$ as compared with siC; †$P \leqslant 0.05$ as compared with siC Asb group. (*B*) siATF3 altered asbestos-induced cytokine levels as detected in medium at 24 hours using Bio-Plex analyses. *$P \leqslant 0.05$ as compared with control groups (siC and siATF3), respectively; †$P \leqslant 0.05$ as compared with asbestos-exposed scrambled control group (siC).

predictive of their pathogenicity in mesothelioma. Moreover, they reveal early and novel gene responses, including calcium-dependent transcription factors and antioxidant enzymes that may be pursued for their functional significance using RNA silencing or other approaches.

*Conflict of Interest Statement*: B.T.M. received support from EUROTALC and The Industrial Minerals Association (IMA) (11/1/05–10/31/06) for $90,000 for research. None of the other authors has a financial relationship with a commercial entity that has an interest in the subject of this manuscript.

*Acknowledgments*: The authors thank the Vermont Cancer Center DNA Analysis Facility for performing oligonucleotide microarray and real-time quantitative PCR, and Gary Tomiano (Minteq International, Inc./Specialty Minerals, Inc., Easton, PA) for talc characterization.

## References

1. Mossman BT, Gee JB. Asbestos-related diseases. *N Engl J Med* 1989; 320:1721–1730.
2. Mossman BT, Churg A. Mechanisms in the pathogenesis of asbestosis and silicosis. *Am J Respir Crit Care Med* 1998;157:1666–1680.
3. Robinson BW, Lake RA. Advances in malignant mesothelioma. *N Engl J Med* 2005;353:1591–1603.
4. Mossman BT, Bignon J, Corn M, Seaton A, Gee JB. Asbestos: scientific developments and implications for public policy. *Science* 1990;247: 294–301.
5. Dickson MA, Hahn WC, Ino Y, Ronfard V, Wu JY, Weinberg RA, Louis DN, Li FP, Rheinwald JG. Human keratinocytes that express hTERT and also bypass a p16(INK4a)-enforced mechanism that limits life span become immortal yet retain normal growth and differentiation characteristics. *Mol Cell Biol* 2000;20:1436–1447.
6. Choi JH, Choi KC, Auersperg N, Leung PC. Overexpression of follicle-stimulating hormone receptor activates oncogenic pathways in pre-neoplastic ovarian surface epithelial cells. *J Clin Endocrinol Metab* 2004;89:5508–5516.
7. Merritt MA, Green AC, Nagle CM, Webb PM. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer* 2008;122:170–176.
8. Mossman BT, Shukla A, Fukagawa NK. Highlight Commentary on "Oxidative stress and lipid mediators induced in alveolar macrophages by ultrafine particles". *Free Radic Biol Med* 2007;43:504–505.
9. Beck-Speier I, Dayal N, Karg E, Maier KL, Schumann G, Schulz H, Semmler M, Takenaka S, Stettmaier K, Bors W, *et al.* Oxidative stress and lipid mediators induced in alveolar macrophages by ultrafine particles. *Free Radic Biol Med* 2005;38:1080–1092.
10. Oberdorster G, Ferin J, Gelein R, Soderholm SC, Finkelstein J. Role of the alveolar macrophage in lung injury: studies with ultrafine particles. *Environ Health Perspect* 1992;97:193–199.
11. Brown DM, Wilson MR, MacNee W, Stone V, Donaldson K. Size-dependent proinflammatory effects of ultrafine polystyrene particles: a role for surface area and oxidative stress in the enhanced activity of ultrafines. *Toxicol Appl Pharmacol* 2001;175:191–199.
12. Donaldson K, Tran CL. Inflammation caused by particles and fibers. *Inhal Toxicol* 2002;14:5–27.
13. Health Effects Institute - Asbestos Research. Asbestos in public and commercial buildings: a literature review and synthesis of current knowledge. Cambridge, MA: The Health Effects Institute; 1991.
14. Sabo-Attwood T, Ramos-Nino M, Bond J, Butnor KJ, Heintz N, Gruber AD, Steele C, Taatjes DJ, Vacek P, Mossman BT. Gene expression profiles reveal increased mClca3 (Gob5) expression and mucin production in a murine model of asbestos-induced fibrogenesis. *Am J Pathol* 2005;167:1243–1256.
15. Campbell WJ, Huggins CW, Wylie AG. Chemical and physical characterization of amosite, chrysotile, crocidolite, and nonfibrous tremolite for oral ingestion studies Washington, DC: National Institute of Environmental Health Sciences; 1980. No. 8542.
16. Blumen SR, Cheng K, Ramos-Nino ME, Taatjes DJ, Weiss DJ, Landry CC, Mossman BT. Unique uptake of acid-prepared mesoporous spheres by lung epithelial and mesothelioma cells. *Am J Respir Cell Mol Biol* 2007;36:333–342.
17. Shukla A, Lounsbury KM, Barrett TF, Gell J, Rincon M, Butnor KJ, Taatjes DJ, Davis GS, Vacek P, Nakayama KI, *et al.* Asbestos-induced peribronchiolar cell proliferation and cytokine production are attenuated in lungs of protein kinase C-delta knockout mice. *Am J Pathol* 2007;170:140–151.
18. Steiner G, Suter L, Boess F, Gasser R, de Vera MC, Albertini S, Ruepp S. Discriminating different classes of toxicants by transcript profiling. *Environ Health Perspect* 2004;112:1236–1248.
19. Lechner JF, Tokiwa T, LaVeck M, Benedict WF, Banks-Schlegel S, Yeager H Jr, Banerjee A, Harris CC. Asbestos-associated chromosomal changes in human mesothelial cells. *Proc Natl Acad Sci USA* 1985;82:3884–3888.
20. Nymark P, Lindholm PM, Korpela MV, Lahti L, Ruosaari S, Kaski S, Hollmen J, Anttila S, Kinnula VL, Knuutila S. Gene expression profiles in asbestos-exposed epithelial and mesothelial lung cell lines. *BMC Genomics* 2007;8:62.
21. Cacciotti P, Barbone D, Porta C, Altomare DA, Testa JR, Mutti L, Gaudino G. SV40-dependent AKT activity drives mesothelial cell transformation after asbestos exposure. *Cancer Res* 2005;65:5256–5262.
22. Davis JM, Addison J, Bolton RE, Donaldson K, Jones AD, Smith T. The pathogenicity of long versus short fibre samples of amosite asbestos administered to rats by inhalation and intraperitoneal injection. *Br J Exp Pathol* 1986;67:415–430.
23. Stanton MF, Layard M, Tegeris A, Miller E, May M, Morgan E, Smith A. Relation of particle dimension to carcinogenicity in amphibole asbestoses and other fibrous minerals. *J Natl Cancer Inst* 1981;67:965–975.
24. Guthrie GD Jr, Mossman BT. Health effects of mineral dusts. Washington, DC: Mineralogical Society of America; 1993.
25. IARC. Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum* 1987;42:185.
26. Mossman B, Light W, Wei E. Asbestos: mechanisms of toxicity and carcinogenicity in the respiratory tract. *Annu Rev Pharmacol Toxicol* 1983;23:595–615.
27. Janssen YM, Heintz NH, Mossman BT. Induction of c-fos and c-jun proto-oncogene expression by asbestos is ameliorated by N-acetyl-L-cysteine in mesothelial cells. *Cancer Res* 1995;55:2085–2089.

28. Ramos-Nino ME, Heintz N, Scappoli L, Martinelli M, Land S, Nowak N, Haegens A, Manning B, Manning N, MacPherson M, *et al.* Gene profiling and kinase screening in asbestos-exposed epithelial cells and lungs. *Am J Respir Cell Mol Biol* 2003;29:S51–S58.

29. Yoshimoto A, Kasahara K, Saito K, Fujimura M, Nakao S. Granulocyte colony-stimulating factor-producing malignant pleural mesothelioma with the expression of other cytokines. *Int J Clin Oncol* 2005;10:58–62.

30. Vogelzang NJ, Herndon JE II, Miller A, Strauss G, Clamon G, Stewart FM, Aisner J, Lyss A, Cooper MR, Suzuki Y, *et al.* High-dose paclitaxel plus G-CSF for malignant mesothelioma: CALGB phase II study 9234. *Ann Oncol* 1999;10:597–600.

31. Gilchrist M, Henderson WR Jr, Clark AE, Simmons RM, Ye X, Smith KD, Aderem A. Activating transcription factor 3 is a negative regulator of allergic pulmonary inflammation. *J Exp Med* 2008;205:2349–2357.

32. Karst AM, Gao K, Nelson CC, Li G. Nuclear factor kappa B subunit p50 promotes melanoma angiogenesis by upregulating interleukin-6 expression. *Int J Cancer* 2009;124:494–501.

33. Demirag F, Unsal E, Yilmaz A, Caglar A. Prognostic significance of vascular endothelial growth factor, tumor necrosis, and mitotic activity index in malignant pleural mesothelioma. *Chest* 2005;128:3382–3387.

34. Barlow CA, Barrett TF, Shukla A, Mossman BT, Lounsbury KM. Asbestos-mediated CREB phosphorylation is regulated by protein kinase A and extracellular signal-regulated kinases 1/2. *Am J Physiol Lung Cell Mol Physiol* 2007;292:L1361–L1369.

35. Shukla A, Stern M, Lounsbury KM, Flanders T, Mossman BT. Asbestos-induced apoptosis is protein kinase C delta-dependent. *Am J Respir Cell Mol Biol* 2003;29:198–205.

Exhibit N

# The University of Vermont



DEPARTMENT OF PATHOLOGY
MEDICAL ALUMNI BUILDING, BURLINGTON, VERMONT 05405-0068
TEL: (802) 656-2210
FAX: (802) 656-8584

January 12, 1990

Mr. Junius C. McElveen, Esq.
Jones, Day, Reavis & Pogue
1450 G Street
N.W. Washington, DC  20005-2088

Dear Mr. McElveen:

You requested at our meeting last week with Mr. Nims a brief
summary of my literature search to date on cellular and
molecular mechanisms of carcinogenesis. I specifically looked for
recent research data to substantiate the premise that cigarette
smoking prior to 1966 would not be sufficient for lung tumor
promotion and progression-necessary events in the development of
tumors during their relatively long latency period in man. As we
discussed in September, the opposition might argue that
components of cigarette smoke have "initiating" properties, which
might be construed as formation of carcinogen-DNA adducts or
activation of an oncogene in the induction of tumors, but recent
emphasis in the study of carcinogenesis has been on the importance
of tumor promotion (or progression) during the multistage
carcinogenic process. My strategies in reviewing recently
published work were:

1) reading relevant articles indexed in the 1989
issue of Cancer Research, the most prestigious
journal in the field (List A);

2) performing an Index Medicus computer search
on "Oncogenes and Tumor Progression" (List B);

3) searching for recent papers by colleagues
recognized in the field for their work with lung
tumor cells or cells of the respiratory tract in
culture or in animal models (List C).

I have attached some of the articles which are particularly
relevant. Of the ten 1989 papers listed as published in Cancer
Research, the review by Weinberg (attached) is superb as it shows
that "even upon mass transformation of a cell by a single
oncogene" (unproven in lung), subsequent events must intervene
(during tumor promotion or progress) before the cells are
genuinely malignant." He describes several systems in which

51587 0667

COMPELLED PRODUCTION-PRODUCTION PURSUANT TO COURT ORDER #1015, CIVIL ACTION NO. 99-CV-2496



EXHIBIT
Mossman 5
Date: 4-8-99
MLG, CSR, RPR, CRR

cooperation of oncogenes appears necessary to create a fully malignant cell. His views are reiterated by all of the other key articles on List B. Specifically, these provided evidence that oncogene activation may contribute to, but is not sufficient to confer malignancy. Several reviews (See Refs: #1, #2 on List B) emphasize that consecutive activation of multiple oncogenes and/or oncogene activation might be causally related to the step-like progression of tumorigenesis rather than initiation of tumors.

If one examines the papers concerning lung cancers on Lists A, B and C, several points are apparent. First, although cigarette smoke increases DNA-adduct formation in the lungs of rats (paper #1A), no significant correlation exists between DNA adduct formation and either benzo(a)pyrene (BP) metabolism or sister chromatid exchange induction by BP in lymphocytes from smokers or nonsmokers (paper #9A). Secondly, a number of researchers have examined human lung tumors and derived cell lines for oncogene amplification. Although oncogenes of the myc family (C-myc, L-myc, N-myc) have been reported in some lung tumors, amplification (defined as increased numbers of copies of a gene) does not appear in the majority of tumors examined. For example, in the Shiraishi study of 137 human lung tumors, amplification of oncogenes (myc, ras or erB-1) was only observed in 28% of the tumors. Thus, one cannot argue that this event is causally related to tumor induction. In Takahashi's study (Ref: #2A), higher expression (amounts of messenger RNA which might be interpreted as increased activity of a gene) of myc genes was observed in 16 out of 18 small cell tumor lines and 5 out of 6 tumors in comparison to 2 samples of normal human adult and fetal lung tissue, respectively.



K-ras gene mutations occur in approximately 30% of human lung adenocarcinomas (reviewed in Ref (#5A)) but mutations in 90% of lung tumors induced by nitrosodimethylamine (NDMA) or 4-(N-methyl-N-nitrosamino)-1-(3-pyridyl)-1-butanone (NNK)-injected A/J mice has been reported (See Ref: #7, List B). It is important to note that activation of this oncogene occurred as well in 50% of the spontaneous lung tumors observed in "control" animals.

Of the studies examining oncogene activation in human lung tumors, whether the tumors are from smokers or nonsmokers has been recorded in only one series (See Ref: #1 and #7C). These investigators show ras gene mutations in 1/3 to 1/2 of lung adenocarcinomas, but not in other lung tumors. Of the 35 adenocarcinomas examined, only 6 were from nonsmokers. Their "weak" argument, based on the fact that the 6 tumors in nonsmokers did not have K-ras mutation, is that this mutation "may be the direct result of one or more carcinogenic ingredients of tobacco smoke" (See Ref: #1C attached).

The loss of DNA sequences on the short arm of chromosome 3 has been reported in small cell lung carcinomas and often (but not always) in other lung tumors (See Ref: 4,5,6,8C). This suggests that unmasking of a recessive gene (presumably by loss of an antioncogene), as has been reported for childhood tumors,

2

COMPELLED PRODUCTION-PRODUCTION PURSUANT TO COURT ORDER #1015, CIVIL ACTION NO. 99-CV-2496

such as retinoblastoma, may be involved in the induction of some lung tumors. I will look for follow-ups to these papers, which appeared in late 1987.

Lastly, several papers (Ref: 14,15,17,28C) describing experimental models for examining early carcinogenic changes in respiratory epithelium show that chemical carcinogens such as BP cause initiation sites or morphologic lesions in tracheobronchial epithelium which regress or reverse after brief exposure to carcinogens (some as long as several weeks). They conclude that duration of exposure is necessary for these lesions to receive the "multiple hits" necessary for progression of neoplasia. Oncogene activation by chemical carcinogens or cigarette smoke has not been demonstrated in these in vitro systems (Ref: 30C).

I will continue to survey new journals in the field as well as Index Medicus searches on "Genes and Lung Cancer." Please let me know when you would like to meet again for an update.

Sincerely,

Brooke T. Mossman, Ph.D.
Associate Professor of Pathology
BTM/vl
Enclosure(s)

cc: Dr. Alfred Wehner, Ph.D.
    Michael A. Nims, Esq.

COMPELLED PRODUCTION

51587 0669

3

Source: http://industrydocuments.library.ucsf.edu/tobacco/docs/lyfn0174

# Exhibit O

# Draft Screening Assessment

# Talc
# $(Mg_3H_2(SiO_3)_4)$

# Chemical Abstracts Service Registry Number
# 14807-96-6

# Environment and Climate Change Canada
# Health Canada

# December 2018

i

**P1.0198.1**

# Synopsis

Pursuant to section 74 of the *Canadian Environmental Protection Act, 1999* (CEPA), the Minister of the Environment and the Minister of Health have conducted a screening assessment of talc. The Chemical Abstracts Service Registry Number (CAS RN[1]) for talc is 14807-96-6. This substance is among those substances identified as priorities for assessment as it met categorization criteria under subsection 73(1) of CEPA.

Talc is a naturally occurring mineral. According to information reported under section 71 of CEPA and publically available information, in 2011 talc was manufactured in Canada in quantities ranging between 50 to 75 million kg, and in 2016, approximately 100 million kg of talc was imported. In Canada talc is used in adhesives and sealants; automotive, aircraft, and transportation applications; building and construction materials; ceramics; electrical and electronics; textiles; floor coverings; ink, toner, and colourants; lubricants and greases; oil and natural gas extraction applications; paints and coatings; paper and paper products, mixtures, and manufactured items; plastic and rubber materials; toys, playground, and sporting equipment; and in water treatment. The major uses in Canada align with major global uses of talc. Talc is an ingredient in self-care products and is a permitted food additive. In North America, approximately 3 to 4 % of the talc produced and sold is used in cosmetics. High-purity talc is used in cosmetics, while lower-grade talc is used in commercial applications.

The ecological risk of talc was characterized using the Ecological Risk Classification of Inorganic Substances (ERC-I) approach. The ERC-I is a risk-based approach that employs multiple metrics, considering both hazard and exposure in a weight of evidence. Hazard characterization in ERC-I included a survey of past predicted no-effect concentrations (PNECs) and water quality guidelines, or the derivation of new PNEC values when required. Exposure profiling in ERC-I considered two approaches: predictive modelling using a generic near-field exposure model for each substance, and an analysis of measured concentrations collected by federal and provincial water quality monitoring programs. Modelled and measured predicted environment concentrations (PECs) were compared to PNECs, and multiple statistical metrics were computed and compared to decision criteria to classify the potential for causing harm to the environment. The ERC-I identified talc as having a low potential to cause ecological harm.

Considering all available lines of evidence presented in this draft screening assessment, there is a low risk of harm to the environment from talc. It is proposed to conclude that talc does not meet the criteria under paragraphs 64(*a*) or (*b*) of CEPA as it is not entering the environment in a quantity or concentration or under conditions that have or

---

[1] The Chemical Abstracts Service Registry Number (CAS RN) is the property of the American Chemical Society, and any use or redistribution, except as required in supporting regulatory requirements and/or for reports to the Government of Canada when the information and the reports are required by law or administrative policy, is not permitted without the prior written permission of the American Chemical Society.

ii

may have an immediate or long-term harmful effect on the environment or its biological diversity or that constitute or may constitute a danger to the environment on which life depends.

Talc has been reviewed internationally by other organizations, including the International Agency for Research on Cancer (IARC) and the Danish Environmental Protection Agency. These assessments informed the human health risk assessment.

No critical health effects were identified via the oral or dermal routes of exposure. As such, oral exposure to talc resulting from food intake and self-care products is not of concern. Inhalation exposure from industrial and commercial uses of talc was not identified to be of concern for human health given the limited number of sites producing and processing talc in Canada. Rather, the focus of the assessment is on inhalation and perineal exposure to certain self-care products containing cosmetic- or pharmaceutical-grade talc.

With respect to inhalation exposure, non-cancer lung effects were identified as a critical health effect for risk characterization on the basis of United States National Toxicology Program studies conducted with rats and mice exposed to cosmetic-grade talc. There is potential for inhalation exposure to talc powder during the use of certain self-care products (e.g., cosmetics, natural health products, non-prescription drugs formulated as loose powders). Self-care products formulated as pressed powders (e.g., face makeup) are not of concern. Margins of exposure between air concentrations following the use of dry hair shampoo and critical lung effects observed in animal studies are considered adequate to address uncertainties in the health effects and exposure databases. Margins of exposure between air concentrations following the use of loose powders (e.g., body powder, baby powder, face powder, foot powder) and critical lung effect levels observed in animal studies are considered potentially inadequate to address uncertainties in the health effects and exposure databases.

The meta-analyses of the available human studies in the peer-reviewed literature indicate a consistent and statistically significant positive association between perineal exposure to talc and ovarian cancer. Further, available data are indicative of a causal effect. Given that there is potential for perineal exposure to talc from the use of various self-care products (e.g., body powder, baby powder, diaper and rash creams, genital antiperspirants and deodorants, body wipes, bath bombs), a potential concern for human health has been identified.

Based on the available information, it is proposed that there is potential for harm to human health in Canada at current levels of exposure. Therefore, on the basis of the information presented in this draft screening assessment, it is proposed to conclude that talc meets the criteria under paragraph 64(*c*) of CEPA as it is entering or may enter the environment in a quantity or concentration or under conditions that constitute or may constitute a danger in Canada to human life or health.

It is therefore proposed to conclude that talc meets one of the criteria set out in section 64 of CEPA.

Talc is proposed to meet the persistence criteria but not the bioaccumulation criteria as set out in the *Persistence and Bioaccumulation Regulations* of CEPA.

iv

**P1.0198.4**

# Table of Contents

**Synopsis** ................................................................................................................. ii

**1. Introduction** ...................................................................................................... 1

**2. Identity of substance** ..................................................................................... 2

**3. Physical and chemical properties** ................................................................ 3

**4. Sources and Uses** ........................................................................................... 4

**5. Potential to cause ecological harm** ............................................................. 6

    5.1 Characterization of ecological risk ............................................................ 6

**6. Potential to cause harm to human health** ................................................... 7

    6.1 Health effects assessment ......................................................................... 7

    6.2 Exposure assessment ............................................................................... 20

    6.3 Characterization of risk to human health ................................................. 25

    6.4 Uncertainties in evaluation of risk to human health ................................ 27

**7. Conclusion** ..................................................................................................... 28

**References** ........................................................................................................ 29

**Appendix A. Inhalation exposure estimates** ................................................. 39

    Table A-1. Estimated inhalation exposure concentrations from self-care products containing loose powder talc available to consumers ............................... 39

# List of Tables

Table 3-1. Experimental physical and chemical property values (at standard temperature) for talc ................................................................................ 4

Table 5-1. Ecological risk classification of inorganics results for talc ............................. 7

Table 6-1. Available human epidemiological studies investigating the association of perineal use of talc and ovarian cancer (Taher et al. 2018, in preparation). 15

Table 6-2. Inhalation exposure estimates to talc from self-care products available to consumers ...................................................................................... 23

Table 6-3. Relevant exposure and hazard values for talc, and margins of exposure, for determination of risk .................................................................... 25

v

# 1. Introduction

Pursuant to section 74 of the *Canadian Environmental Protection Act, 1999* (CEPA) (Canada 1999), the Minister of the Environment and the Minister of Health have conducted a screening assessment of talc to determine whether this substance presents or may present a risk to the environment or to human health. This substance was identified as a priority for assessment as it met categorization criteria under subsection 73(1) of CEPA (ECCC, HC [modified 2017]).

The ecological risk of talc was characterized using the Ecological Risk Classification of Inorganic Substances (ERC-I) approach (ECCC 2018). The ERC-I is a risk-based approach that employs multiple metrics, considering both hazard and exposure in a weight of evidence. Hazard characterization in ERC-I included a survey of past predicted no-effect concentrations (PNECs) and water quality guidelines, or the derivation of a new PNEC value when required. Exposure profiling in ERC-I considered two approaches: predictive modelling using a generic near-field exposure model for each substance, and an analysis of measured concentrations collected by federal and provincial water quality monitoring programs. Modelled and measured predicted environmental concentrations (PECs) were compared to PNECs, and multiple statistical metrics were computed and compared to decision criteria to classify the potential for causing harm to the environment.

With respect to human health, this draft screening assessment includes the consideration of information on chemical properties, environmental fate, hazards, uses, and exposures, including additional information submitted by stakeholders. Relevant data were identified up to August 2018. Empirical data from key studies, as well as results from models, were used to reach proposed conclusions. Talc has been reviewed internationally through the International Agency for Research on Cancer (IARC) Monographs Programme, United States Environmental Protection Agency (U.S. EPA), the Joint Food and Agriculture Organization of the United Nations (FAO) and the World Health Organization (WHO) Expert Committee on Food Additives (JECFA) and the Danish Environmental Protection Agency (Danish EPA). Talc was also assessed by the Permanent Senate Commission for the Investigation of Health Hazards of Chemical Compounds in the Work Area (MAK-Commission) in Germany and the Cosmetic Ingredient Review (CIR) Expert Panel. These evaluations and reviews were used to inform the health effects characterization in this screening assessment. This assessment focuses on health effects associated with cosmetic-grade talc and not on potential impurities, such as asbestos. Engineered nanomaterials composed of or containing talc are not explicitly considered in this assessment.

This draft screening assessment was prepared by staff in the CEPA Risk Assessment Program at Health Canada and Environment and Climate Change Canada and the Consumer Product Safety Directorate at Health Canada and incorporates input from other programs within these departments. The ecological portion of the assessment is based on the ERC-I document (published May 11, 2018), which was subject to an external peer review and a 60-day public comment period. The human health portion of

1

this assessment has undergone external peer review and/or consultation. Comments on the technical portions relevant to human health were received from Ms. Lopez, Ms. Super, and Ms. Jeney of Tetra Tech. Although external comments were taken into consideration, the final content and outcome of the screening assessment remain the responsibility of Health Canada and Environment and Climate Change Canada.

This draft screening assessment focuses on information critical to determining whether substances meet the criteria as set out in section 64 of CEPA by examining scientific information and incorporating a weight of evidence approach and precaution.[2] This draft screening assessment presents the critical information and considerations on which the proposed conclusion is based.

# 2. Identity of substance

Talc (CAS RN[3] 14807-96-6) is one of the softest naturally occurring minerals, made up of magnesium, silicon, and oxygen (ChemIDplus 1993-). The term talc refers to both the pure mineral and a wide variety of soft, talc-containing rocks that are mined and used for a variety of applications (Kogel et al. 2006). Relatively pure talc ore is also referred to as steatite, and soapstone refers to impure, massive talc rock (Fiume et al. 2015).

The mineral talc is composed of triple-sheet crystalline units, consisting of two silicate sheets composed of $SiO_4$ tetrahedra joined by edge-link $MgO_4(OH)_2$ (Zazenski et al. 1995). These layers, held together loosely via van der Waals forces, slide over one another easily, giving talc its slippery feel and accounting for its softness (Fiume et al. 2015). The size of an individual talc platelet (i.e., a few thousand elementary sheets) can vary from approximately 1 μm to over 100 μm, depending on the conditions of formation of the deposit (Eurotalc 2017). The individual platelet size determines the lamellarity of a sample of talc. Highly lamellar talc will have large individual platelets, whereas microcrystalline talc will have small platelets. Other inorganics in place of magnesium and silicon are common in talc; for example, aluminum and iron may substitute for silicon in the tetrahedral sites, or manganese may substitute for magnesium in the octahedral positions (Zazenski et al. 1995).

---

[2] A determination of whether one or more of the criteria of section 64 of CEPA are met is based upon an assessment of potential risks to the environment and/or to human health associated with exposures in the general environment. For humans, this includes, but is not limited to, exposures from ambient and indoor air, drinking water, foodstuffs, and products available to consumers. A conclusion under CEPA is not relevant to, nor does it preclude, an assessment against the hazard criteria specified in the *Hazardous Products Regulations*, which are part of the regulatory framework for the Workplace Hazardous Materials Information System for products intended for workplace use. Similarly, a conclusion on the basis of the criteria contained in section 64 of CEPA does not preclude actions being taken under other sections of CEPA or other acts.

[3] The Chemical Abstracts Service Registry Number (CAS RN) is the property of the American Chemical Society and any use or redistribution, except as required in supporting regulatory requirements and/or for reports to the Government of Canada when the information and the reports are required by law or administrative policy, is not permitted without the prior written permission of the American Chemical Society.

*Draft Screening Assessment – Talc*

Commercially exploited talc contains 20 to 99 % of the pure mineral (Kogel et al. 2006). Some of the most common minerals that occur with talc are carbonates (e.g., dolomite, calcite, magnesite) and chlorite (i.e., magnesium aluminum silicate) (CIR 2013). Less common minerals include quartz, mica, iron oxides, pyrite, serpentine, and amphibole. Selective mining, ore processing, and beneficiation can remove many of the impurities (Kogel et al. 2006). There is a trend towards upgrading and higher-purity talc; however, many applications require the properties of the minerals associated with talc (Kogel et al. 2006). The purity of the source talc will influence its uses.

There are different grades of talc that refer to the purity (presence of other minerals). Pharmaceutical-grade talc conforms to the United States Pharmacopeia (USP) specifications (or similar specifications); these specifications require the absence of asbestos and set limits on iron, lead, calcium, and aluminum (USP 2011). As per B.01.045 of the *Food and Drug Regulations*, when used as a food additive talc must comply with Food Chemical Codex specifications or the Combined Compendium of Food Additive Specifications, prepared by the Joint FAO/WHO Expert Committee on Food Additives, and must be free from asbestos (FAO 2006).

Cosmetic-grade talc should comply with USP standards that require a limit of 20 ppm lead and an absence of asbestos (Fiume et al. 2015). Historically, some talc source materials were contaminated with asbestos; however, in 1976 the Cosmetic Toiletry Fragrance Association (CTFA) set purity standards for cosmetic-grade talc (Fiume et al. 2015). In Canada, the *Prohibition of Asbestos and Products Containing Asbestos Regulations* to be made under CEPA 1999 will prohibit asbestos above trace levels in consumer products, including cosmetics. Health effect studies on cosmetic-grade talc cited in this assessment were considered to be free of asbestos.

Talc is milled to different particle sizes for specific commercial applications. Most talc for cosmetics and pharmaceuticals are pure 200-mesh roller-milled talc (Kogel et al. 2006). In 200-mesh talc (preferred for body powder and deodorants), the particle size distribution allows 95 to 99 % of the product to pass through a 200-mesh (74 μm) screen (Zazenski et al. 1995; Kogel et al. 2006). The finer 325-mesh talc is also used in cosmetic-, pharmaceutical-, and food-grade formulations, where 95 to 99 % of the product passes through a 325-mesh (44 μm) screen.

# 3. Physical and chemical properties
A summary of physical and chemical properties of talc is presented in

P1.0198.8

Table 3-1. Talc is hydrophobic and lipophilic (Kogel et al. 2006).

**Table 3-1. Experimental physical and chemical property values (at standard temperature) for talc**

| Property | Range | Key reference |
|---|---|---|
| Physical state | solid, powder | HSDB 2005 |
| Melting point (°C) | 1500 | Eurotalc 2017 |
| Vapour pressure (mm Hg) | approx. 0, negligible at 20°C | OSHA 1999; NIOSH 2014 |
| Water solubility (mg/L) | insoluble | HSDB 2005 |
| Specific gravity (unitless) | 2.58–3.83 | HSDB 2005 |

# 4. Sources and Uses

Talc is a naturally occurring mineral, and there are deposits of talc in most provinces of Canada (Kogel et al. 2006). Currently, there is one producing mine (open-pit) and concentrator facility in Canada, in Penhorwood Township near Timmins, Ontario, and one micronizing facility in Timmins (Kogel et al. 2006; MAC 2016; NPRI 2018). The talc ore from the mine is approximately 45 % pure, with magnesite, magnetite, chlorite, and serpentine as the major impurities (Kogel et al. 2006). After beneficiation, this mine and micronizing facility produces talc primarily for the paper, plastics, paint, and ceramic sectors (Kogel et al. 2006). In 2017, China was the largest producer of talc, followed by India, Brazil, Mexico, and Korea (USGS 2018). The major uses of talc globally include paper, plastics, paint, ceramics, putties, and cosmetics (USGS 2000; Kogel et al. 2006; EuroTalc 2017; USGS 2018) and are aligned with Canadian uses.

On the basis of information submitted pursuant to a CEPA section 71 survey for the year 2011, talc was reported to be manufactured and imported in Canada at quantities ranging from 50 to 75 million kg (EC 2013).[4] According to the Canadian International Merchandise Trade (CIMT) database, in 2016, 99 549 000 kg of natural steatite and talc, crushed or powdered (Harmonized System, HS code 252620) and 4 656 000 kg of natural steatite and talc, not crushed, not powdered (HS code 252610) were imported into Canada (CIMT 2017).

According to information reported pursuant to a CEPA section 71 survey, results from voluntary stakeholder engagement (ECCC, HC 2017), and a search of websites from talc producers, manufactured or imported talc is used in Canada in: adhesives and sealants; automotive, aircraft, and transportation applications; building and construction materials (e.g., wood and engineered wood); ceramics; electrical and electronics; textiles; floor coverings; ink, toner, and colourants; lubricants and greases; oil and natural gas extraction applications; paints and coatings; paper and paper products,

---

[4] Values reflect quantities reported in response to the survey conducted under section 71 of CEPA (EC 2013). See survey for specific inclusions and exclusions (schedules 2 and 3).

mixtures, or manufactured items; plastic and rubber materials; toys, playground, and sporting equipment; and in water treatment.

Talc is a formulant in pest control products registered in Canada (Health Canada 2010, Personal communication, email from the Pest Management Regulatory Agency, Health Canada to the Risk Management Bureau, Health Canada, dated March 29, 2017; unreferenced).

Additionally, in Canada talc is on the List of Permitted Food Additives with Other Accepted Uses for limited uses in a small number of foods (Health Canada [modified 2017]). Talc can be used as a coating agent on dried legumes and rice and as a filler and dusting powder for chewing gum as per the List of Permitted Food Additives with Other Accepted Uses, incorporated by reference into its respective Marketing Authorization issued under the *Food and Drugs Act*. It may be present in food packaging materials and in incidental additives[5] used in food processing establishments (email from the Food Directorate, Health Canada, to Existing Substances Risk Assessment Bureau, Health Canada, dated March 31, 2017; unreferenced).

Talc is present in approximately 8500 self-care products.[6] Talc is marketed or approved as a non-medicinal ingredient in approximately 1600 human and veterinary drug products in Canada, including approximately 150 over-the-counter (OTC) or non-prescription products (email from the Therapeutic Products Directorate, Health Canada, to the Existing Substances Risk Assessment Bureau, Health Canada, dated March 20, 2017; unreferenced). Talc is listed in the Natural Health Products Ingredients Database (NHPID [modified 2018]) with a medicinal role and classified as a natural health product (NHP) substance falling under item 7 (a mineral) of Schedule 1 to the *Natural Health Products Regulations* and with a non-medicinal role (NHPID [modified 2018]). Talc is listed in the Licensed Natural Health Products Database (LNHPD) as being present as a medicinal or non-medicinal ingredient, in currently licensed natural health products in Canada (LNHPD [modified 2018]). Talc is present as a medicinal or a non-medicinal ingredient in approximately 2000 active licensed NHPs. Talc is listed as a medicinal ingredient in diaper rash products in concentrations ranging from 45 to 100 % in the Diaper Rash Monograph (Heath Canada 2007); however, there are no diaper rash products listed in the LNHPD containing talc as a medicinal ingredient (LNHPD [modified 2018]). Talc is permitted as a medicinal ingredient in the monograph for Traditional Chinese Medicine Ingredients (Health Canada 2015).

---

[5] While not defined under the Food and Drugs Act (FDA), incidental additives may be regarded, for administrative purposes, as those substances that are used in food processing plants and that may potentially become adventitious residues in foods (e.g., cleaners, sanitizers).

[6] Self-care products are products available for purchase without a prescription from a doctor, and fall into one of three broad categories: cosmetics, natural health products, and non-prescription drugs.

Based on notifications submitted under the *Cosmetic Regulations* to Health Canada, talc is an ingredient in approximately 6500 cosmetic products in Canada (dated April 5, 2017, emails from the Consumer Product Safety Directorate, Health Canada, to the Existing Substances Risk Assessment Bureau, Health Canada; unreferenced). Talc is considered a restricted ingredient in cosmetics.[7] The Cosmetic Ingredient Hotlist entry for cosmetics containing talc in powder form intended to be used on infants and children indicates that product labels should display text to the effect of "keep out of the reach of children" and "keep powder away from child's face to avoid inhalation that can cause breathing problems." High-purity talc (fewer impurities of other minerals) is used in cosmetics, while lower-grade talc is used in the many commercial applications mentioned above. In North America, approximately 3 to 4 % of the talc produced and sold is used in cosmetics (Kogel et al. 2006; USGS 2018).

Condoms and medical gloves are regulated as Class II medical devices in Canada under the *Medical Devices Regulations* and may be sources of exposure if talc is present as a dry lubricant. However, a 1998 study did not find talc in a small survey of condoms tested in Canada (Douglas et al. 1998). Condom standards require dry lubricants to be bioabsorbable, such as starch and calcium carbonate (WHO, UNFPA, FHI 2013). Starch is more commonly used as dry powder lubricant on condoms (Douglas et al. 1998). There was also a shift from the use of talc as a dry lubricant on medical patient examination gloves to cornstarch in the 1980s (Lundberg et al. 1997). In 2016, the U.S. Food and Drug Administration banned powdered patient examination gloves (United States 2016).

# 5. Potential to cause ecological harm

## 5.1 Characterization of ecological risk

The ecological risk of talc was characterized using the Ecological Risk Classification of Inorganic Substances (ERC-I). The ERC-I is a risk-based approach that employs multiple metrics that consider both hazard and exposure in a weight of evidence. Hazard characterization in ERC-I included a survey of past domestic and international assessment PNECs and water quality guidelines. When no suitable existing PNEC or water quality guideline was found, hazard endpoint data were collected and, dependent on data availability, either a species sensitivity distribution (SSD) or an assessment factor (AF) approach was taken to derive a new PNEC value. In the case of talc, hazard endpoint data from the Organisation for Economic Co-operation and Development

---

[7] Talc is described as a restricted ingredient on the List of Prohibited and Restricted Cosmetic Ingredients (more commonly referred to as the Cosmetic Ingredient Hotlist or simply the Hotlist), an administrative tool that Health Canada uses to communicate to manufacturers and others that certain substances may contravene the general prohibition found in section 16 of the *Food and Drugs Act* (FDA), or may contravene one or more provisions of the *Cosmetic Regulations*. Section 16 of the FDA states that "no person shall sell any cosmetic that has in or on it any substance that may cause injury to the health of the user." In addition, the Hotlist includes certain substances that may make it unlikely for a product to be classified as a cosmetic under the FDA (Health Canada [modified 2018]).

*Draft Screening Assessment - Talc*

Screening Information Dataset (SIDS) for synthetic amorphous silicates (OECD 2004) were identified for read across (ECCC, HC 2017) and an AF approach was used to derive a PNEC value of 40 mg/L.

Exposure profiling in ERC-I considered two approaches: predictive modelling using a generic near-field exposure model, and an analysis of measured concentrations collected by federal and provincial water quality monitoring programs. The generic near-field exposure model used input data, when available, from the National Pollutant Release Inventory (NPRI), the DSL—Inventory Update (DSL-IU), international trade data from the Canada Border Services Agency (CBSA), and third-party market research reports to generate PECs. In the case of talc, input data from the DSL-IU and CBSA were available.

Modelled PECs were compared to PNECs, and statistical metrics considering both the frequency and magnitude of exceedances were computed and compared to decision criteria to classify the potential for ecological risk as presented in ECCC (2018). The results are summarized in Table 5-1. The ERC-I identified talc as being of low ecological concern.

**Table 5-1. Ecological risk classification of inorganics results for talc**

| Monitoring (total/extractable) | Monitoring (dissolved) | Modelling (DSL-IU) | Modelling (NPRI) | Modelling (CBSA) | Overall ERC-I score |
|---|---|---|---|---|---|
| NA | NA | Low | NA | Low | Low |

Abbreviations: NA, Not Available.

# 6. Potential to cause harm to human health

## 6.1 Health effects assessment

Talc was previously reviewed internationally by the IARC, and an IARC monograph is available (IARC 2010). Additionally, talc was reviewed by the United States Environmental Protection Agency (U.S. EPA), the Joint FAO/WHO Expert Committee on Food Additives (JECFA), the Permanent Senate Commission for the Investigation of Health Hazards of Chemical Compounds in the Work Area (MAK-Commission) in Germany, and the Danish Environmental Protection Agency (Danish EPA) (U.S. EPA 1992; JECFA 2006; MAK-Commission 2012; Danish EPA 2016). Talc's safety in cosmetic uses was also assessed by the CIR Expert Panel (CIR 2013; Fiume et al. 2015).

A literature search was conducted from the year prior to the most recent assessment (the 2016 Danish EPA review), i.e., from January 2015 to January 2018. No health effects studies that could impact the non-cancer risk characterization (i.e., result in different critical endpoints or lower points of departure than those stated in existing reviews and assessments) for oral, dermal, or inhalation exposures were identified. For perineal exposures, recently published literature was identified and considered in the assessment.

8

*Draft Screening Assessment - Talc*

The health effects of talc are outlined by route of exposure in the following sections.

## Toxicokinetics

Talc is poorly absorbed via the oral route of exposure. Following gavage administration of radiolabelled talc to rodents, the majority of the administered dose (AD) remained in the gastrointestinal (GI) tract and was eliminated and recovered in the faeces (≥ 95.8 % of AD) within three to four days of dosing (Wehner et al. 1977a; Phillips et al. 1978). Less than 2 % of the AD was recovered in the urine; however, this was mainly attributed to contamination from faeces during collection, with true absorption and urinary clearance expected to be even lower. At 24 hours post administration, less than 2 % of the AD remained in the carcass of hamsters; no radioactivity was detected in mouse carcasses at this time point. In rats and guinea pigs, only trace amounts of radioactivity remained in the GI tract at 10 days post administration.

As an insoluble solid, talc is not expected to be absorbed when applied to healthy and intact skin. There are no indications of dermal absorption following talc exposure (MAK-Commission 2012).

Inhalable talc particles (<10 µm) are eliminated from the respiratory tract via mucociliary clearance. In female Syrian hamsters that were administered aerosolized neutron-activated cosmetic talc at concentrations of 40 to 75 mg/m$^3$ (95% pure; MMAD 6.4 to 6.9 µm) over a 2-hour exposure period, 6 to 8 % of the AD was deposited into the alveoli (Wehner et al. 1977b). The biological half-life following a single exposure was estimated to be between 7 and 10 days, with complete alveolar clearance after 4 months. There was no translocation of talc from the respiratory tract to the liver, kidneys, ovaries, or other parts of the body. Lung clearance was noted to be longer in other species. The Danish EPA (2016) noted that talc, including the respirable fraction (< 4 µm), is not absorbed following inhalation, but is retained in the lung tissue. They further stated that lung burdens were proportional to respired concentrations, and clearance became impaired with increasing exposures. Pulmonary retention half-lives for talc particles in the lungs of rats from a chronic inhalation study were estimated to be as long as 300 days (Oberdorster 1995). Other authors (Pickrell 1989; MAK-Commission 2012) noted similar findings indicating that with repeat exposures, alveolar clearance in rats may be impaired at concentrations of only 2 mg talc/m$^3$ air.

Talc particles have been observed and detected in the ovaries of humans (Heller et al. 1996a, 1996b), and perineal exposure to talc has also been associated with a presence of talc in lymph nodes and ovaries of women diagnosed with ovarian cancer (Heller et al. 1996b; Cramer et al. 2007). Migration of talc particles from the vagina to the ovaries has been identified as a plausible explanation of these findings (Henderson et al., 1986), and retrograde movement of talc particles in humans through the reproductive tract to the ovaries has been suggested (Heller et al. 1996b; Cramer et al. 2007). Inert particles with the same size as talc (5 to 40 µm in diameter) and placed in the vagina can be transported to the upper genital tract (Egli and Newton 1961; De Boer 1972; Venter and Iturralde 1979).

9

According to a review by the MAK-Commission (2012), there are no indications of metabolism via typical degradation pathways from which toxicologically relevant degradation products may develop.

## Health Effects

### Oral route of exposure

Talc was considered be of low concern with respect to human health via oral exposure. Repeated-dose testing with talc in animals did not produce any adverse effects via oral exposure with respect to repeated-dose toxicity, carcinogenicity, reproductive/developmental toxicity, or mutagenicity (Gibel et al. 1976; Wagner et al. 1977; NTP 1993; IARC 2010; Danish EPA 2016).

Talc has not been shown to produce adverse effects when ingested orally; as a result, the use of talc in various tablet formulations was not considered hazardous via the ingestion route (Hollinger 1990; U.S. EPA 1992).

In addition, the Commission of the European Communities' report on Dietary Food Additive Intake in the European Union identified talc as having an Acceptable Daily Intake (ADI) of "not-specified." The JECFA has also assessed talc and assigned an ADI as "not specified" due to the lack of toxicity from oral exposure. The substance was considered not to be a hazard to human health at oral intake levels noted in total diet surveys, which represent the majority of the sources of oral exposure for this substance (IARC 1987; EU [modified 2001]). Furthermore, talc is considered as "generally recognized as safe" when used as a food additive in the United States (U.S. FDA GRAS list) without being subject to pre-market approval requirements (U.S. FDA 2015; 2016).

### Dermal route of exposure

There are limited data available on repeated-dose studies via dermal exposure to talc (Danish EPA 2016). In the available literature, only one repeated-dose dermal toxicity study was identified (Wadaan 2009). Severe limitations were noted for this study, including a lack of information on the test substance and the dose applied, as well as a lack of detail regarding the test animals. Skin dryness and erosion were noted; however, application sites were shaved, indicating that talc may have been applied to broken skin. As such, the results of this study were not considered appropriate to inform the characterization of health effects via dermal exposure. Additionally, there were no indications of irritation, sensitization, or dermal absorption following exposure to unabraded and/or non-diseased skin (MAK-Commission 2012). A three-day occlusive application of pharmaceutical-grade talc did not show any signs of irritation in 5 human volunteers (Frosch and Kligman 1976, as reported in MAK-Commission 2012).

Case reports, however, do indicate that the application of talc to diseased or broken skin can cause the formation of granulomas, particularly if the talc particles have a large diameter (MAK-Commission 2012; CIR 2013; Fiume et al. 2015). Granulomas have

been observed in the umbilical regions of infants, in the testes, on the vocal cords, in the urinary tract, and during phlebectomies following contact with talc-powdered surgical gloves (Ramlet 1991, Simsek et al. 1992, as reported in MAK-Commission 2012). As a result, the CIR concluded that "talc should not be used on skin where the epidermal barrier is removed or on skin that has greater than first degree burns."

Although dermal contact with talc is expected from the use of various products available to consumers, talc is a solid powder that is insoluble in water (Table 3-1). As a result, it cannot readily penetrate intact skin, and therefore systemic absorption through the skin is not expected. Consistent with other international regulatory and advisory bodies (Danish EPA, U.S. EPA, MAK-Commission, U.S. FDA, and JECFA), a dermal health effects endpoint has not been identified for talc.

**Inhalation route of exposure**

*Human studies*

The Danish EPA (2016) noted that talc is not absorbed via inhalation. Rather, particles are retained in the lung, and lung burdens increase proportionally with exposure concentrations or frequency. The report detailed epidemiological data that noted mortalities in workers due to lung diseases, following exposures to talc. However, it was stated that there was no increase in the lung cancer rate in talc millers in the absence of exposure to carcinogens. A recent meta-analysis by Chang and colleagues (2017) reported a positive association with lung cancer in workers exposed to talc; however, co-exposure to other hazardous materials in the workplace and smoking were not adequately accounted for.

The chronic inhalation of talc leads to lung function disorders and fibrotic changes in humans. Since talc particles are persistent, particles accumulate in human lung tissue. This accumulation may lead to both an impairment of the self-purification function (reduced ability to fight infections) and inflammatory changes and fibrosis. Talc particles may be enclosed in a foreign-body granuloma as the result of an inflammatory reaction. The immobility of the macrophages, which is restricted by the phagocytized talc particles, leads to changes in the function of these cells and subsequently to chronic inflammatory reactions (Gibbs et al. 1992).

In humans, there are reports of pure talc-induced pneumoconiosis or talcosis following inhalation exposure to talc. Talcosis has been reported to occur in miners, millers, rubber workers, and other occupational groups exposed to talc without asbestos or silica (Vallyathan and Craighead 1981; Feigin 1986; Gibbs et al. 1992; Akira et al. 2007). Specifically, a recent longitudinal survey of French and Austrian talc workers found that the prevalence of small radiological opacities and decreases in lung function parameters were related to cumulative exposure. The mean estimated talc dust concentration during the mean duration of follow-up (14.5 years) was 1.46 mg/m$^3$ (Wild et al. 2008). Case reports indicate that patients present with non-specific complaints, including progressive exertional dyspnea, dry or productive cough, with indications of

lung lesions (Marchiori et al. 2010; Frank and Jorge 2011). Talcosis has been shown to occur in children and adults, with symptoms that developed shortly after acute to short-term exposure or up to 10 years later (Patarino et al. 2010; Shakoor et al. 2011). Inhalation of talc has been known to cause pulmonary effects, even following single acute exposures, as reported in a 10-year-old child who had a history of a single exposure to talc at two years of age (Cruthirds et al. 1977). Another case report detailed a seven-year-old child who developed asthma and reduced lung function after a single exposure event (Gould and Barnardo, 1972). Additionally, a 52-year-old woman who used baby talcum powder regularly at least twice a day (usually after bathing for personal hygiene and habitually applying it to her bed sheets nightly) for 20 years was reported to have dyspnea, along with a persistent dry cough and unintentional rapid weight loss. A radiographic exam noted evidence of interstitial lung disease with fibrosis (Frank and Jorge 2011).

Other relevant case reports include the case of a 55-year-old woman, occupationally exposed to talc as a dusting agent on packed rubber balls from 1958 to 1968, who was reported to develop dyspnea during the first five years after exposure (Tukiainen et al. 1984); and a 62-year-old woman occupationally exposed to talc for five years who was reported to have progressive lung fibrosis for more than 40 years (Gysbrechts et al. 1998).

*Animal studies*

In a repeated-exposure study conducted by the U.S. National Toxicology Program (NTP), groups of F334/N rats were exposed to aerosolized talc via the inhalation route of exposure. Test animals were exposed for 6 hours per day, 5 days per week, for up to 113 weeks (males) or up to 122 weeks (females) to aerosols of 0, 6, or 18 mg/m$^3$ talc (49 or 50 males per group, 50 females per group) (NTP 1993). Mean body weights of rats exposed to 18 mg/m$^3$ talc were slightly lower than those of controls after week 65. No clinical observations were attributed to talc exposure. Absolute and relative lung weights of male and female rats exposed to 18 mg/m$^3$ talc were significantly greater than those of controls. Inhalation exposure produced a spectrum of inflammatory, reparative, and proliferative processes in the lungs. Granulatomous inflammation, which was evident as early as 6 months (first histopathological examination), occurred in nearly all exposed rats, and the severity increased with exposure duration and concentration. Hyperplasia of the alveolar epithelium and interstitial fibrosis occurred in or near the foci of inflammation in many exposed rats, while squamous metaplasia of the alveolar epithelium and squamous cysts were also occasionally seen. Accumulations of macrophages (histiocytes), most containing talc particles, were found in the peribronchial lymphoid tissue of the lung and in the bronchial and mediastinal lymph nodes. In exposed male and female rats, there was a concentration-related impairment of respiratory function, beginning at 11 months, which increased in severity with increasing exposure duration. The impairment was characterized by reductions in lung volume (total lung capacity, vital capacity, and forced vital capacity), lung compliance, gas exchange efficiency (carbon monoxide diffusing capacity), and non-uniform intrapulmonary gas distribution (NTP 1993).

In female rats at 18 mg/m$^3$ talc, the incidences of alveolar/bronchiolar adenoma, carcinoma, and adenoma or carcinoma (combined) were significantly greater than those of controls (NTP 1993). The incidences of lung neoplasms in exposed male rats were similar to those in controls. Adrenal medulla pheochromocytomas (benign, malignant, or complex [combined]) occurred with a significant positive trend in male and female rats, and the incidences in the 18 mg/m$^3$ talc groups were significantly greater than those of controls (NTP 1993).

The NTP (1993) concluded that there was some evidence of carcinogenic activity of talc in male rats on the basis of an increased incidence of benign or malignant pheochromocytomas of the adrenal gland. The NTP also concluded that there was clear evidence of carcinogenic activity of talc in female rats on the basis of increased incidences of alveolar/bronchiolar adenomas and carcinomas of the lung and benign or malignant pheochromocytomas of the adrenal gland.

In a subsequent symposium, experts from the NTP, along with academic, industry, and government experts re-examined the results of the chronic inhalation studies. The general consensus from the expert panel was that the highest dose tested (18 mg/m$^3$) exceeded the Maximum Tolerated Dose (MTD) and as such, the neoplasms noted were not relevant to human health risk assessment (Carr 1995). A similar conclusion was rendered by Warheit et al. (2016). In addition, the Danish EPA (2016) and the MAK-Commission attributed lung tumours in female rats to the general particle effect of granular biopersistent dusts, which manifests as tumours in rodents only, and not the specific effect of the talc particles. They also attributed the pheochromocytomas to an increase in cell proliferation due to hypoxia, which was considered to be a high-dose effect (MAK-Commission, 2012).

A chronic, repeated-exposure study was conducted in B6C3F1 mice via the inhalation route of exposure (NTP 1993). Test animals were exposed for 6 hours per day, 5 days per week, for up to 104 weeks to aerosols of 0, 6, or 18 mg/m$^3$ talc (47 to 49 males per group, 48 to 50 females per group). Survival and final mean body weights of male and female mice exposed to talc were similar to those of the controls. There were no clinical findings attributed to talc exposure. Inhalation exposure of mice to talc at both concentrations was associated with chronic active inflammation and the accumulation of macrophages, which contained talc, in the lung. In contrast to rats, hyperplasia of the alveolar epithelium, squamous metaplasia, or interstitial fibrosis were not associated with the inflammatory response in mice, and the incidences of lung neoplasms in exposed and control groups of mice were similar. Accumulations of macrophages (histiocytes) containing talc particles were also present in the bronchial lymph node. The critical-effect level and corresponding health effects endpoint was a lowest observed adverse effect concentration (LOAEC) of 6 mg/m$^3$ for non-cancer lung effects (NTP 1993).

Doses used in the NTP chronic studies were selected on the basis of the results of a 4-week inhalation study (1993) in which rats and mice were exposed to talc at 0, 2, 6, or 18 mg/m$^3$, 6 hours a day, 5 days a week. Lung burdens were noted to be increased in a

dose-dependent manner, with overload noted by the study authors at 6 and 18 mg/m$^3$ in rats but not at any dose in mice. In both species (mice and rats), a minor macrophage infiltration of lung tissue was the only health effect noted in the high-dose animals, while animals in the mid- and low-dose groups were without treatment-related effects.

In a review of the NTP studies, Oberdorster (1995) revisited the lung deposition data and particle accumulation kinetics in the lungs of rats and mice in those studies, demonstrating that impaired clearance and lung overload was reached at 6 mg/m$^3$ and above, for both sexes, in rats and mice.

A no-observed adverse effect concentration (NOAEC) of 2 mg/m$^3$ was derived from the 4-week study, on the basis of increased lung burden and impaired clearance at a LOAEC of 6 mg/m$^3$ following 4-weeks of dosing, which led to non-cancer lung lesions at this concentration when the duration of dosing was extended. Granulatomous inflammation and alveolar epithelial hyperplasia were noted at a 6 month interim sacrifice in the chronic rat inhalation study, with interstitial fibrosis and impaired lung function noted in some animals at 11 months. As noted previously, following a single exposure in rats, the biological half-life for ciliary clearance was between 7 and 10 days, indicating that previous exposure would not have cleared prior to subsequent exposures, leading to a build-up in lung tissue. A re-examination of the NTP lung burden data by Oberdorster (1995) estimated that lung retention half-lives of talc particles were between 250 and 300 days in the rat chronic study. On the basis of this information, it was considered relevant to combine the NTP studies for the derivation of an appropriate point of departure for lung effects associated with repeated inhalation exposures.

The Danish EPA (2016) used the LOAEC of 6 mg/m$^3$ from the chronic NTP studies (mice and rats) and a NOAEC of 1.5 mg/m$^3$ for talc-induced non-cancer lung effects in the longitudinal survey of French and Austrian talc workers (Wild et al. 2008) to establish a health-based quality criterion for ambient air (QC$_{air}$) of 0.004 mg/m$^3$.[8]

While human occupational studies and case studies are available, these studies do not provide accurate measures of exposure for use in risk characterization. However, human studies do note a similar range of lung effects and disease as animal models. As such, results from the animal studies noted above were selected for the non-cancer risk characterization. On the basis of the NTP studies with rats and mice exposed to cosmetic-grade talc, a NOAEC of 2 mg/m$^3$ for non-cancer lung effects is considered to be appropriate for the inhalation route of exposure for short- or long-term use (given the long half-life and slow lung clearance of talc from the lungs, even episodic exposures would be expected to increase lung load). The NOAEC of 2 mg/m$^3$ was adjusted according to U.S. EPA guidance on inhalation risk assessment for a comparison with

_____

[8] The health-based quality criterion in ambient air (QC$_{air}$) is a reference concentration that refers to the maximum permissible contribution to air from industrial sources.

exposure estimates (U.S. EPA 1994, 2009).[9] The adjusted NOAEC for non-cancer effects is 0.36 mg/m$^3$.

**Perineal exposure to talc**

The IARC has classified perineal use of talc-based body powder as "possibly carcinogenic to humans" (Group 2B) on the basis of limited evidence in humans. The analyzed case-control studies found a modest but consistent increase in risk, although bias and confounders could not be ruled out. The IARC Working Group concluded that, taken together, the epidemiological studies provide limited evidence in humans of an association between perineal use of talc-based body powder and an increased risk of ovarian cancer, although a minority of the Working Group considered the evidence inadequate because the exposure-response was inconsistent and the cohort analyzed did not support an association (IARC 2010).

The CIR Expert Panel (2013) determined that there is no causative relationship between cosmetic use of talc in the perineal area and ovarian cancer, and further concluded that talc is safe in the practices of use and concentration described in the CIR safety assessment. Issues noted by the CIR included a lack of consistent statistically significant positive associations across all studies; small risk ratio estimates; a failure to rule out other plausible explanations such as bias, confounders, and exposure misclassifications; and a lack of evidence from studies of occupational exposures and animal bioassays (CIR 2013; Fiume et al. 2015).

*Animal studies*

Rodents are poor experimental models for perineal studies for a number of reasons. Ovulation in rodents occurs only or mainly during the breeding season, and rodent ovaries are variously enclosed in an ovarian bursa in comparison to human ovaries. Ovarian epithelial tumours are also rare in these animals (Taher et al. 2018). Ovarian tumours do occur in some strains of mice and rats; however, the low incidence and/or the length of time required for the appearance of tumours renders them poorly feasible for experimental studies of ovarian carcinogenesis (Vanderhyden et al. 2003). On account of the limitations detailed above, in addition to the challenges posed by exposing animals via the perineal route, animal data are very limited; one single-dose study and one short-term repeated-dose study were available (Hamilton et al. 1984;

---

[9] This adjustment was made according to guidance and equations outlined in the U.S. EPA Supplemental Guidance for Inhalation Risk Assessment (US EPA 2009) and the U.S. EPA Methods for Derivation of Inhalation Reference Concentrations and Application of Inhalation Dosimetry (U.S. EPA 1994). Adjustment of duration to a continuous exposure scenario is done through the use of Equation 1 from U.S. EPA 2009 where the NOAEL[ADJ] = E × D × W, whereby the NOAEL[ADJ] (mg/m$^3$) = the no-observed adverse effect level (NOAEL) adjusted for the duration of the experimental regimen; E (mg/m$^3$) = the NOAEL or analogous exposure level observed in the experimental study; D (h/h) = the number of hours exposed/24 hours; and W (days/days) = the number of days of exposure/7 days. The NOAEC[ADJ] = 2 mg/m$^3$ × 6h/24h × 5d/7d = 0.36 mg/m$^3$

Keskin et al. 2009). No chronic or carcinogenicity animal studies on perineal exposure of talc were located in the literature.

A single injection of talc (in saline) into the bursa around the ovaries of rats showed foreign-body granulomas with confirmation of the presence of talc (Hamilton et al. 1984). Daily perineal or intravaginal application of talc (in saline) to rats for 3 months produced evidence of foreign-body reaction and infections; in addition, an increase in the number of inflammatory cells were found in all genital tissues. While no cancer or pre-cancer effects were observed, Keskin and colleagues (2009) noted that the study duration may have been too short to note these types of effects.

*Human studies*

Several meta-analyses of available epidemiological data have been published; some very recently (Huncharek et al. 2003; Langseth et al. 2008; Terry et al. 2013; Berge et al. 2018; Penninkilampi and Eslick 2018; Taher et al. 2018). These studies have consistently reported a positive association with ovarian cancer and perineal talc exposure. Taher and colleagues (2018) identified 27 studies (24 case-control and 3 cohort) for a meta-analysis; ever versus never perineal use of talc and the risk of ovarian cancer resulted in a statistically significant pooled odds ratio (OR) of 1.28 (see Table 6-1). Other published meta-analyses have demonstrated similar results, with ORs ranging from 1.22 to 1.35 (Huncharek et al. 2003; Langseth et al. 2008; Terry et al. 2013; Berge et al. 2018; Penninkilampi and Eslick 2018).

**Table 6-1. Available human epidemiological studies investigating the association of perineal use of talc and ovarian cancer (Taher et al. 2018, in preparation)**

| Study type | Total sample size (no. of cases) | Study conclusion | OR [95% CI] | Reference |
|---|---|---|---|---|
| Case-control | 686 (235) | Possible association in subgroup | Not included | Booth et al. 1989 |
| Case-control | 1014 (450) | Positive association | 1.42 [1.08, 1.87] | Chang and Risch 1997 |
| Case-control | 336 (112) | Positive association in subgroup | Not included | Chen et al. 1992 |
| Case-control | 735 (313) | Positive association | 1.60 [1.10, 2.33] | Cook et al. 1997 |
| Case-control | 430 (215) | Positive association | 1.92 [1.27, 2.90] | Cramer et al. 1982 |
| Case-control | 4141 (2041) | Positive association | 1.32 [1.15, 1.51] | Cramer et al. 2016 |
| Case-control | 3187 (1385) | Positive association | 1.36 [1.14, 1.62] | Gates et al. 2008 |

*Draft Screening Assessment - Talc*

| Study type | Total sample size (no. of cases) | Study conclusion | OR [95% CI] | Reference |
|---|---|---|---|---|
| Case-control | 305 (153) | No association | 2.49 [0.94, 6.60] | Godard et al. 1998 |
| Case-control | 1684 (824) | Positive association | 1.30 [1.10, 1.54] | Green et al. 1997 |
| Case-control | 274 (116) | No association | 1.10 [0.70, 1.73] | Harlow and Weiss 1989 |
| Case-control | 474 (235) | Positive association in subgroup | 1.50 [1.00, 2.25] | Harlow et al. 1992 |
| Case-control | 306 (135) | No association | 0.70 [0.40, 1.22] | Hartge et al. 1983 |
| Case-control | 2704 (902) | Positive association | 1.40 [1.16, 1.69] | Kurta et al. 2012 |
| Case-control | 225 (46) | No association | 1.15 [0.41, 3.23] | Langseth and Kjaerheim 2004 |
| Case-control | 3085 (1576) | Positive association in subgroup | 1.17 [1.01, 1.36] | Merritt et al. 2008 |
| Case-control | 1354 (249) | Positive association in subgroup | 1.37 [1.02, 1.84] | Mills et al. 2004 |
| Case-control | 2143 (1086) | No association | 1.06 [0.85, 1.32] | Moorman et al. 2009 |
| Case-control | 2134 (767) | Positive association in subgroup | 1.50 [1.10, 2.05] | Ness et al. 2000 |
| Case-control | 123 (77) | Possible association | 1.00 [0.20, 5.00] | Rosenblatt et al. 1992 |
| Case-control | 2125 (812) | Possible association | 1.27 [0.97, 1.66] | Rosenblatt et al. 2011 |
| Case-control | 1329 (584) | Positive association | 1.44 [1.11, 1.87] | Schildkraut et al. 2016 |
| Case-control | 389 (189) | No association | 1.05 [0.28, 3.94] | Tzonou et al. 1993 |
| Case-control | 727 (188) | Possible association | 1.45 [0.81, 2.60] | Whittemore et al. 1988 |
| Case-control | 1155 (462) | No association | 1.00 [0.80, 1.25] | Wong et al. 1999 |
| Case-control | 1297 (609) | Positive association | 1.53 [1.13, 2.07] | Wu et al. 2009 |
| Case-control | 4092 (1701) | Positive association in | 1.46 [1.27, 1.68] | Wu et al. 2015 |

17

**P1.0198.22**

| Study type | Total sample size (no. of cases) | Study conclusion | OR [95% CI] | Reference |
|---|---|---|---|---|
| | | subgroup | | |
| Cohort | 108870 (797) | Possible association in subgroup | Not included | Gates et al. 2010 |
| Cohort | 78630 (307) | Possible association in subgroup | 1.09 [0.86, 1.38] | Gertig et al. 2000 |
| Cohort | 41654 (154) | No association | 0.73 [0.44, 1.21] | Gonzalez et al. 2016 |
| Cohort | 61285 (429) | No association | 1.12 [0.92, 1.36] | Houghton et al. 2014 |

Abbreviation: CI, confidence interval.

*Mode of action*

The etiology of most ovarian tumours, in general, has not been well established. There are a number of different tumour types with characteristic histologic features, distinctive molecular signatures, and disease trajectories. Moreover, these tumours are heterogeneous, and they can arise from different tissues of the female reproductive tract, including the fallopian tube epithelium (National Academy of Sciences, Engineering, and Medicine 2016).

With respect to talc specifically, local chronic irritation leading to an inflammatory response is one possible mechanism of tumour progression that is frequently hypothesized (Muscat and Huncharek 2008; Penninkilampi and Eslick 2018; Taher et al. 2018). It is known that persistent indications of inflammation (including C-reactive protein, tumour necrosis factor, and other inflammatory markers) are detected in the blood of women prior to a diagnosis of ovarian tumours (Trabert et al. 2014). Increases in the number of inflammatory cells were found in all genital tissues of rats intravaginally exposed to talc for 3 months (Keskin et al. 2009). There is support for an association of inflammation and increased risk of ovarian cancer (National Academy of Sciences, Engineering and Medicine 2016; Rasmussen et al. 2017).

Talc particles were detected in the ovaries of rats that received intrauterine instillations of talc, and to a lesser extent in those that were dosed intravaginally with talc (Henderson et al. 1986). No translocation of talc into the ovaries was detected after single or multiple intravaginal applications of talc to rabbits (Phillips et al. 1978) or to monkeys (Wehner et al. 1986).

Talc particles were identified in 10 of 13 human ovarian tumours but were also found in 5 of 12 "normal" ovarian tissues removed from patients with breast cancer (Henderson et al. 1971). Ovaries from 24 patients undergoing incidental oophorectomy were examined; 12 women reported frequent perineal talc use, and the other 12 women were

18

non-users. Talc particles were detected in all 24 cases (both ever- and non-users) (Heller et al. 1996b). Wehner (2002) attributed the talc in the never users to (a) possible sample contamination, because some studies using negative controls resulted in particle counts similar to the test sample; and/or (b) possible false positives due to the use of a single radioactive tracer. To explain why talc is present in the never users, Heller and colleagues (1996b) hypothesized that talc use during diapering could contribute to the ovarian particle burden.

Translocation of other inert particles, similar in size to talc, has also been studied. A study in monkeys did not show any translocation of carbon black particles when a suspension was placed in the vaginal posterior fornix (Wehner et al. 1985). However, retrograde migration was detected when rabbits were administered a lubricant powder intravaginally (Edelstam et al. 1997). Other authors have noted similar transportation of particles to the upper genital tract (Egli and Newton 1961; De Boer 1972; Venter and Iturralde 1979). There are also some indications that particles can migrate from the vagina to the upper reproductive tract in humans (Egli and Newton 1961; Venter and Iturralde 1979; Heller et al. 1996a,b), and perineal exposure to talc has also been associated with a presence of talc in the lymph nodes and ovaries of women diagnosed with ovarian cancer (Heller et al. 1996a,b; Cramer et al. 2007).

Another possible mode of action that is hypothesized in the scientific literature is immune-mediated. It has been suggested that talc particles need not reach the ovaries but only need to reach the lower genital tract where talc could trigger changes (such as the production of heat shock proteins and/or decreased levels of antibodies) that could contribute to ovarian cancer (Cramer et al. 2005; Muscat et al. 2005). Human mucin 1 (MUC1) is expressed in high levels by ovarian cancer. Mucins are proteins involved in the formation of mucous barriers on epithelial surfaces (Gendler and Spicer 1995). Anti-MUC1 antibodies may have a protective effect; patients generate immunity against MUC1 produced by their tumours (Cramer et al. 2005). The Cramer et al. (2005) study used an enzyme-linked immunosorbent assay to measure anti-MUC1 antibody in women (controls; n = 721) to determine the factors that predict the presence of antibodies. It was found that the use of talc in the perineal area was associated with significantly decreased levels of antibodies to MUC1 (Cramer et al. 2005).

The most recent meta-analysis (Taher et al. 2018) employed the Hill criteria (Hill 1965) to assess the epidemiological evidence of a causal relationship. The Hill considerations are a set of factors (i.e., strength, consistency, specificity, temporality, biological gradient, biological plausibility, and coherence). These considerations form a framework for evaluating evidence in humans to help determine whether observed associations are causal (Hill 1965; Cogliano et al. 2004; US EPA 2005; Health Canada 2011; Fedak et al. 2015). Each factor, as reported in Taher et al. (2018), is elaborated upon below.

Strength: Of the 30 epidemiological studies examined by Taher et al. (2018), 15 case-control studies reported a positive association with statistical significance; 6 of these 15 had an OR of 1.5 or greater. Similarly, Penninkilampi and Eslick (2018) and Berge and colleagues (2018) each assessed 27 epidemiological studies and respectively

determined 14 and 13 case-control studies as reporting a positive association with statistical significance. In both cases, 5 of these studies had an OR of 1.5 or greater. Terry and colleagues (2013) only pooled 8 case-control studies; 5 of the 8 (63%) had a statistically significant positive association.

The individual cohort studies did not show a statistically significant association between perineal talc use and ovarian cancer (Berge et al 2018; Penninkilampi and Eslick 2018; Taher et al 2018). However, there was a positive association, with statistical significance, specific to invasive serous-type ovarian cancer in the cohort studies (OR = 1.25) (Penninkilampi and Eslick 2018). Given the long latency for ovarian cancer, the follow-up periods may not have been sufficient to capture all the cases for the individual cohort studies. Also, given the rarity of ovarian cancer, many of the available human studies may not be sufficiently powered to detect a low OR. Sample sizes were not large enough to detect a 20 to 30 % increase in risk; a group of over 200 000 women would need to be followed for over 10 years in order to detect a 20% (above background) increased risk with statistical significance (Narod 2016). With larger sample sizes, more individual studies may have demonstrated stronger associations.

Consistency: Several meta-analyses conducted over the past 15 years calculated similar ORs and resulted in similar conclusions; that there is a small yet consistent and statistically significant increased risk for ovarian cancer with perineal talc use (Huncharek et al. 2003; Langseth et al. 2008; Terry et al. 2013; Berge et al. 2018; Penninkilampi and Eslick 2018; Taher et al 2018). The epidemiological studies examined in these meta-analyses were conducted over different periods in time (across more than four decades), among different ethnicities, and spanned many geographical areas worldwide (Taher et al. 2018).

Specificity: Although there are many other risk factors for ovarian cancer (e.g., increased age, family history of cancer, obesity, nulliparity) (National Academy of Sciences, Engineering, and Medicine 2016), perineal talc exposure is specifically associated with cancer of the ovary and not other organs (Taher et al. 2018).

Temporality: In all case-control studies reporting positive outcomes, the participants recalled that exposure to talc preceded the reported outcome. However, in the cohort studies (reporting a lack of positive association), it is not known whether the follow-up period was adequate to detect a potential association between perineal talc exposure and ovarian cancer (Taher et al. 2018).

Biological gradient: There is a lack of an available exposure-effect relationship in the human epidemiological data. Many of the studies only assessed a single-dose level (ever versus never users). Furthermore, data with respect to the types of powder used by subjects or the amounts applied were not presented, and therefore a relationship between the concentration/dose of talc in the powder and the incidence of ovarian cancer could not be investigated. Taher and colleagues (2018) isolated seven studies that provided some evidence of increased risk of ovarian cancer with increasing perineal applications of talc; however, none demonstrated both a clear dose-response

*Draft Screening Assessment - Talc*

trend and statistical significance (Whittemore et al. 1988; Harlow et al. 1992; Mills et al. 2004; Wu et al. 2009; Rosenblatt et al. 2011; Cramer et al. 2016; Schildkraut et al. 2016).

Biological plausibility: Particles of talc are hypothesized to migrate into the pelvis and ovarian tissue, causing irritation and inflammation. The presence of talc in the ovaries has been documented (Heller et al. 1996b). This evidence of retrograde transport supports the biologic plausibility of the association between perineal talc application and ovarian exposure; however, the specific mechanism(s) and cascade of molecular events by which talc might cause ovarian cancer have not been identified (Taher et al. 2018).

Coherence: Multiple case-control studies reported a lower risk of ovarian cancer in women who underwent pelvic surgery or tubal ligation (which disrupts the pathway and movement of talc from the lower to the upper genital tract) and suppressed ovulation (as cited by Taher et al. 2018: Cramer et al. 1982, 2016; Whittemore et al. 1988; Rosenblatt et al. 1992; Green et al. 1997; Wong et al. 1999; Mills et al. 2004). As noted in Penninkilampi and Eslick (2018), the main reductions in cancer incidence with tubal ligation were for serous and endometrial tumour types but not for mucinous or clear-cell tumours. Thus, tubal ligation is only effective in reducing the incidence of the same tumour types noted to be associated with perineal talc use.

The most recent meta-analysis detailed above (Taher et al. 2018), and consistent with the Hill criteria, suggests a small but consistent statistically significant positive association between ovarian cancer and perineal exposure to talc. Further, available data are indicative of a causal effect. A clear point of departure could not be derived from the available literature; consequently, hazard characterization is qualitative in nature.

## 6.2 Exposure assessment

This exposure assessment focuses on routes of exposure where critical effects have been identified; namely, non-cancer lung effects following inhalation of insoluble respirable particles of talc, and an association with ovarian cancer following perineal exposure to talc.

### 6.2.1 Environmental media, food and drinking water

Talc is a naturally occurring mineral, and there are several deposits in Canada (Kogel et al. 2006). Currently, there is one operating open-pit mine and concentrator along with an operating mill (MAC 2016); however, no talc concentration data in ambient air or around open-pit talc mines and processing facilities have been reported. Although particulate matter (PM) information for inhalable and respirable particles is available in the vicinity of these facilities (NPRI 2018), these data were not used in the exposure assessment as PM released from facilities is expected to contain a mixture of substances, hence the concentration would not reflect talc exposure from this source. However, given the

limited number of industrial and commercial sites producing and processing talc in Canada, talc exposure from ambient air is not expected to be significant.

Talc is insoluble in water (Table 3-1) and is expected to settle out during water treatment; exposure to the general population from drinking water is not expected.

There is potential for oral exposure resulting from the use of talc as a food additive; however, exposure from these uses is expected to be minimal (email from the Food Directorate, Health Canada, to the Existing Substances Risk Assessment Bureau, Health Canada, dated February 27, 2018; unreferenced). Exposure from the use of talc as a component in food packaging materials is expected to be negligible (email from the Food Directorate, Health Canada, to the Existing Substances Risk Assessment Bureau, Health Canada, dated February 27, 2018; unreferenced). Exposure from the oral route was not quantified because no critical health effects from the oral route of exposure have been identified. The JECFA has assigned an ADI of "not specified" for talc on the basis of low toxicity, and talc is "generally recognized as safe" as a food additive in the United States (JECFA 2006; U.S. FDA 2015).

## 6.2.2 Products available to consumers

Talc is present in approximately 8500 self-care products in Canada, including approximately 200 non-prescription drug products, approximately 2000 natural health products, and approximately 6500 cosmetic products. In addition, there are approximately 1300 prescription drugs containing talc. There is potential for oral exposure resulting from the use of self-care products and non-OTC drugs (including prescription, controlled substances, and ethical drugs) as a medicinal and non-medicinal ingredient containing talc. However, exposure from the oral route was not quantified as no critical health effects from the oral route of exposure have been identified.

There is the potential for dermal contact with talc from the use of self-care products. Systemic exposure resulting from dermal contact with talc is expected to be negligible as it is not expected that talc will be absorbed on the basis of its physical-chemical characteristics as an insoluble solid particle. In addition, a dermal health effect endpoint has not been identified for talc.

Notifications submitted under the *Cosmetic Regulations* to Health Canada for talc, the LNHPD (modified 2018), the Drug Product Database (DPD), voluntary information submitted to Environment and Climate Change Canada and Health Canada (ECCC, HC 2017), publicly available databases and websites (e.g., Household Products Database 1993-; CPCat 2014;  CPID 2017), and material safety and technical datasheets were used to identify products where there is: (a) the potential for inhalation of insoluble respirable talc, and (b) the potential exposure to the perineal region. These products and associated exposures are presented below.

*Draft Screening Assessment - Talc*

No inhalation or perineal exposures were identified with respect to the major commercial or industrial uses of talc in paper, plastics, ceramics, and putties.

**Inhalation exposure**

For inhalation exposure, potential exposures were focused on products that were formulated as loose powders and were available to consumers, which included approximately 400 self-care products (primarily cosmetics). Products formulated as pressed powders, which comprise the majority of cosmetics containing talc (approximately 4000 products) were not identified as a potential source of exposure of concern because the formation of a "dust cloud" available for inhalation is not expected during the use of these products. Available information of interest were self-care products marketed as cosmetics, NHPs, or non-prescription drugs that are intended for application to the body, face, feet, buttocks (babies), and hair (e.g., dry hair shampoo). Concentrations of talc range from less than 10 to 100 % in these types of products.

In order to determine if talc loose-powder self-care products contain respirable particles, Health Canada measured the particle size distribution of three products (one baby powder and two adult body powder products) containing high concentrations of talc (>90%) available in Canada (Rasmussen 2017). Using an Aerodynamic Particle Sizer, the particle size distribution for the three products ranged from < 0.5 µm to 8 µm, with median particle sizes ranging from 1.7 to 2 µm. Thus, all of the particles were within the inhalable range (< 10 µm), and the median particle size was within the respirable range (< 4 µm). Number concentrations measured using a scanning mobility particle sizer indicated that the proportion of nano-sized particles (<100 nm) was small (< 10 %) to negligible, depending on the product.

Several studies were conducted by the cosmetic industry in the 1970s to provide data required to assess the safety of talc powder products and generate air concentrations (Aylott et al. 1979; Russell et al. 1979). These studies demonstrated that during the use of face, baby, and adult powders, there are quantifiable concentrations of respirable talc particles available for inhalation exposure. In 1978, Aylott and colleagues determined mean respirable air concentrations of 0.48 to 1.9 mg/m$^3$ of talc (< 7 µm) over 5 minutes for loose face powder, adult dusting powder, baby dusting powder, and micronized adult dusting powder. That same year, concentrations of talc (< 10 µm) of 0.19 mg/m$^3$ and 2.03 mg/m$^3$, respectively, were determined near the infant breathing zone during a simulation of routine application of talcum powder during diapering, and in the breathing zone of adults during the application of talcum powder to their body (Russell et al. 1979). In both of these studies, the highest air concentrations were associated with the adult application of talcum powder to their bodies over infant diapering and application of loose facial powder. There are uncertainties with the calculated talc concentrations determined from these studies due to limitations in the collection and analysis of talc concentrations on the basis of the use of older equipment, older sampling methods, and older talc products.

23

*Draft Screening Assessment - Talc*

In 2017, a study assessing the health risk from the use of cosmetic talc from historical products was published (Anderson et al. 2017). This study included examining historical talc products from the 1960s and 1970s to characterize airborne respirable dust concentrations during the use of these products. To quantify respirable talc concentrations in the breathing zone, Anderson and colleagues (2017) designed a study where 5 volunteers were asked to apply historical talc products as they typically would in a bathroom setting. Cyclone air sampling devices were attached to the breathing zone of each volunteer. Each exposure simulation consisted of 8 application events, at six-minute intervals, for a total sampling duration of 48 minutes. This study design ensured that the sample mass on the sampling filter was large enough for quantification and accuracy, but it was not expected that during the typical use of a talc body powder that individuals apply talc every six minutes over a 48-minute window. Average talc concentrations over the 48-minute exposure simulation were calculated using the total measured mass (from 8 applications over 48 minutes) and the air volume over the entire 48-minute sampling period. Respirable talc concentrations ranged from 0.26 to 5.03 $mg/m^3$, and the average was 1.46 $mg/m^3$. The average air concentration by subject ranged from 0.44 to 3.28 $mg/m^3$. Respirable talc concentrations were more variable between subjects than within subjects, suggesting that individual behaviour has a strong influence in airborne concentrations.

In 2018, Health Canada conducted a small study in order to measure the air concentrations of particles in the breathing zone of adult volunteer subjects while they were applying talc-containing self-care products (Rasmussen 2018). Continuous, direct-reading, personal breathing-zone monitors (positioned beside the nose) measured average particulate matter of aerodynamic diameter of 4 μm or less ($PM_4$) concentrations of 0.48 ± 0.18 $mg/m^3$ and 1.80 ± 0.82 $mg/m^3$ for volunteers applying body powder and loose face powder, respectively. Subjects repeated the application in triplicate. These average concentrations fall within the range of concentrations measured by Anderson and colleagues (2017). In this study, the application of loose face powder resulted in the highest average air concentration in the immediate vicinity of the nose.

Several exposure scenarios were derived to characterize inhalation exposure to talc particles from the use of self-care products; namely, the use of baby, body, face, and foot powders (loose formulations), and dry hair shampoo. Average air concentrations by subject from Anderson et al. 2017 were combined with the body and face replicates from Rasmussen 2018 to obtain an overall average air concentration of 1.36 ± 0.97 $mg/m^3$. This value was used to estimate adjusted air concentrations for self-care products based on the highest concentration of talc present in these products. The results are summarized in Table 6-2. The inputs for each of these scenarios are outlined in Appendix A.

**Table 6-2. Inhalation exposure estimates to talc from self-care products available to consumers**

P1.0198.29

*Draft Screening Assessment - Talc*

| Product type | Age group | Concentration in air per event (mg/m$^3$)[a] | Adjusted exposure concentration (mg/m$^3$)[b] |
|---|---|---|---|
| Baby powder 100% talc | Infant and Adult | 1.36 | 0.0071 |
| Body powder 100% talc | Adult | 1.36 | 0.0047 |
| Face powder 100% talc | Adult | 1.36 | 0.0047 |
| Foot powder 97% talc | Adult | 1.32 | 0.0034 |
| Dry hair shampoo 100% talc | Adult | 1.36 | 0.0011 |

[a] Average measured air concentrations (Anderson et al. 2017, Rasmussen 2018) × the highest concentration of talc in product type.
[b] Refer to Appendix A for details.

**Perineal exposure**

Several types of self-care products have the potential to result in exposure to the perineal region. There are several baby and body powders (approximately 50 products) with concentrations of talc that range from 0.3 to 100 %. There has been a decline in popularity of the use of talc for feminine hygiene practices over time; of 6000 North American women, 19 % of women born between 1920 and 1940 reported applying talc directly to the perineal region, but only 3% of women born after 1975 reported the same (Narod 2016). Houghton and colleagues (2014) reported that in 2001, the proportion of U.S. women who were users of perineal talc was estimated at 40 %, down from 52 % during 1993 to 1998.

There is a small number of diaper or rash cream self-care products (less than 10) which contains low concentrations of talc as a non-medicinal ingredient (up to 0.5 %). Talc is permitted as a medicinal ingredient in diaper rash products at concentrations from 45 to 100 % (Health Canada 2007); however, there are no diaper rash products listed in the LNHPD containing talc as a medicinal ingredient (LNHPD [modified 2018]).

Additional self-care products that have the potential for perineal exposure (approximately 100 products) include antiperspirants and deodorants (e.g., genital antiperspirants), body wipes, bath bombs, and to a lesser extent (due to wash off or removal) other bath products (i.e., soap, shower gel) and products associated with hair removal (e.g., epilatory products). These products are formulated as gels, sprays, loose powders, and solid cakes, and range in concentration from less than 1% to 100% talc.

As indicated in Section 4, there is no evidence to suggest that talc is currently being used as a dry lubricant on condoms or medical examination gloves in Canada. At present, these are not considered to be sources of perineal exposure.

As a quantitative point of departure could not be derived from the available literature, perineal exposure from the use of self-care products was not quantified.

## 6.3 Characterization of risk to human health

Consistent with other international regulatory and advisory bodies (Danish EPA, U.S. EPA, MAK-Commission, U.S. FDA, and JECFA), no critical health effects were identified via the oral or dermal routes of exposure. As such, oral exposure to talc resulting from food intake and use of self-care products are not of concern.

Critical health effects have been identified following inhalation exposure to respirable talc particles. From the available toxicological studies, a NOAEC of 2 mg/m$^3$ from the NTP inhalation studies in mice and rats was identified in which non-cancer lung effects, with lung overload, were noted at the next highest concentration of 6 mg/m$^3$.

The average air concentration of talc following the use of a loose-powder self-care product (1.36 mg/m$^3$) provides a small margin of exposure (i.e., 1.5) to the NOAEC of 2 mg/m$^3$. However, the NOAEC is derived from a study with an exposure profile of 6 hours per day, 5 days per week, over 4 weeks, while the actual exposure scenarios from the use of self-care products are intermittent, occurring in minutes per day, daily, or weekly over many years. To address the differences in exposure between the NTP study and the actual use pattern, both the NOAEC and the talc air concentrations were adjusted to a continuous exposure scenario according to U.S. EPA guidance on inhalation risk assessment to more accurately characterize potential risk (U.S. EPA 1994, 2009). The NOAEC of 2 mg/m$^3$ is equivalent to an adjusted concentration of 0.36 mg/m$^3$, as noted in the Health Effects section. The NOAEC of 2 mg/m$^3$ was extracted from a 4-week inhalation study as a NOAEC for chronic exposure was not available. Episodic exposures from product use are expected to increase lung load due to the long alveolar clearance of talc. The adjusted air concentrations from the use of self-care products are presented in Table 6-3.

**Table 6-3. Relevant exposure and hazard values for talc, and margins of exposure, for determination of risk**

| Exposure scenario | Adjusted air concentration, CA (mg/m$^3$)[a] | Adjusted critical-effect level (mg/m$^3$) | Critical health effect endpoint | MOE |
|---|---|---|---|---|
| Baby powder 100% talc | 0.0071 | NOAEC[adj]: 0.36 | non-cancer lung effects | 50 |

26

*Draft Screening Assessment - Talc*

| Body powder 100% talc | 0.0047 | NOAEC[adj]: 0.36 | non-cancer lung effects | 76 |
|---|---|---|---|---|
| Face powder 100% talc | 0.0047 | NOAEC[adj]: 0.36 | non-cancer lung effects | 76 |
| Foot powder 97% talc | 0.0034 | NOAEC[adj]: 0.36 | non-cancer lung effects | 106 |
| Dry hair shampoo 100% talc | 0.0011 | NOAEC[adj]: 0.36 | non-cancer lung effects | 327 |

Abbreviations: adj, adjusted; CA, concentration in air per event; MOE, margin of exposure.
[a] From Anderson et al. (2017) and Rasmussen (2018), respectively, based on the highest concentration in products. For most of these product types, there is a wide range of talc concentrations (< 10 to 100 %).

The margins of exposure (MOEs) between the adjusted critical-effect level and the adjusted air concentrations range from 50 to 327 for self-care products. The MOEs for baby powder, body powder, face powder, and foot powder are considered potentially inadequate to account for uncertainties in the health effects (including a lack of a NOAEC from chronic studies) and exposure databases. The MOE for dry hair shampoo is considered adequate to address uncertainties in the health effects and exposure databases.

Based on available human data, ovarian cancer was also identified as a critical health effect for the perineal route of exposure to talc. There is the potential for perineal exposure to talc from the use of various self-care products (e.g., body powder, baby powder, diaper and rash creams, genital antiperspirants and deodorants, body wipes, bath bombs). As noted in the Health Effects section, a point of departure cannot be derived for this health effect. Data from published meta-analyses of epidemiological studies indicate a consistent and statistically significant positive association between perineal exposure to talc and ovarian cancer (Huncharek et al. 2003; Langseth et al. 2008; Terry et al. 2013; Berge et al. 2018; Penninkilampi and Eslick 2018; Taher et al. 2018). As noted by Narod (2016), "It is unlikely that the association between talc and ovarian cancer is due to confounding and so it is fair to say that if there is a statistically robust relationship between talc use and ovarian cancer it is likely to be causal." Similarly, Penninkilampi and Eslick (2018) noted that "the confirmation of an association in cohort studies between perineal talc use and serous invasive ovarian cancer is suggestive of a causal association." Taher and colleagues (2018) noted that "consistent with previous evaluations by the International Agency for Research on Cancer (2010), and more recent and subsequent evaluations by individual investigators (Penninkilampi and Eslick 2018; Berge et al. 2018; Terry et al. 2013), the present comprehensive evaluation of all currently available relevant data indicates that perineal exposure to talc powder is a possible cause of ovarian cancer in humans."

The meta-analyses of the available human studies in the peer-reviewed literature indicate a consistent and statistically significant positive association between perineal exposure to talc and ovarian cancer. Further, available data are indicative of a causal effect. Given that there is the potential for perineal exposure to talc from the use of various self-care products, a potential concern for human health has been identified.

## 6.4 Uncertainties in evaluation of risk to human health

The inhalation of talc has been associated with a variety of non-cancerous lung effects, commonly termed talcosis. Dose-response data for lung effects in humans is, for the most part, lacking, and the use of animal data to quantify risk due to talc inhalation is considered appropriate. Despite the lack of exposure quantification, there are numerous case reports, as well as worker studies, that have identified non-cancer health effects from inhalation of talc powders. There is some uncertainty regarding the extrapolation of the NOAEC identified in animal models exposed for 6 hours per day for a short duration (4 weeks) to long-term episodic human exposures. The true NOAEC for chronic exposure is likely substantially lower than 2 mg/m$^3$.

Some self-care products, in particular, some face powders, may contain a cover or another mechanism that would reduce the potential for the generation of a particle or dust cloud, or that would reduce the concentration of the dust cloud during use of the product. There is uncertainty as to which products, and the proportion of products on the market, that incorporate these exposure-mitigation measures.

There are limitations with the human epidemiological data. Potential sources of bias include selection bias due to low response rates or from limiting subjects, and exposure misclassification due to recall bias (Taher et al. 2018). Muscat and Huncharek (2008) also proposed that symptoms of ovarian cancer prior to diagnosis may increase the perineal use of talc and bias the results. However, Narod (2016) and Berge and colleagues (2018) put less emphasis on recall bias. In studies where the exposure is simple (e.g., never versus ever use), recall bias is unlikely to be an important source of bias (Narod 2016). The positive association is strongest for the serous histologic type (Berge et al. 2018; Taher et al. 2018); findings that the association may vary by histologic type detracts from the hypothesis of report bias, as this type of bias would likely operate for all histologic types (Berge el al. 2018).

Ovarian cancer, in general, is not well understood (National Academy of Sciences, Engineering, and Medicine 2016), and a comparable animal model is not available. Health Canada has identified self-care products with the potential for perineal exposure (e.g., baby powder, body powders, diaper and rash creams, genital antiperspirants and deodorants, body wipes, bath bombs); however, there is no indication exactly how the products are being used, the extent to which they would contribute to perineal exposure, and with what frequency and amount.

Talc use during diapering is a confounder that was not adequately accounted for in the epidemiological studies. It has not been determined whether the internal female genital

tract is exposed to talc dusts during infancy (Muscat and Huncharek 2008). As well, not all the available human studies are clear as to the formulations used for perineal applications. It is possible that the identified cancer incidences are specific to loose-powder formulations; however, there is inadequate information to attribute the cancer incidences to other formulation types (e.g., creams).

# 7. Conclusion

Considering all available lines of evidence presented in this draft screening assessment, there is low risk of harm to the environment from talc. It is proposed to conclude that talc does not meet the criteria under paragraphs 64(*a*) or (*b*) of CEPA as it is not entering the environment in a quantity or concentration or under conditions that have or may have an immediate or long-term harmful effect on the environment or its biological diversity or that constitute or may constitute a danger to the environment on which life depends.

On the basis of the information presented in this draft screening assessment, it is proposed to conclude that talc meets the criteria under paragraph 64(*c*) of CEPA as it is entering or may enter the environment in a quantity or concentration or under conditions that constitute or may constitute a danger in Canada to human life or health.

It is therefore proposed to conclude that talc meets one of the criteria set out in section 64 of CEPA.

Talc is proposed to meet the persistence criteria but not the bioaccumulation criteria as set out in the *Persistence and Bioaccumulation Regulations* of CEPA.

*Draft Screening Assessment - Talc*

# References

Akira M, Kozuka T, Yamamoto S, Sakatani M, Morinaga K. 2007. Inhalational talc pneumoconiosis: radiographic and CT findings in 14 patients. Am J Roentgenol. 188(2):326-333.

Anderson EL, Sheehan PJ, Kalmes RM, Griffin JR. 2017. Assessment of Health Risk from Historical Use of Cosmetic Talcum Powder. Risk Anal. 37(5):918-928.

Aylott RI, Byrne GA, Middleton JD, Roberts. 1979. Normal use levels of respirable cosmetic talc: preliminary study. Int J Cosmet Sci. 1:177-186.

Berge W, Mundt K, Luu H, Boffetta P. 2018. Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev. 27(3):248-257.

Booth M, Beral V, Smith P. 1989. Risk factors for ovarian cancer: a case-control study. Br J Cancer. 60(4):592-598.

Canada. 1999. *Canadian Environmental Protection Act, 1999*. S.C. 1999, c.33. Canada Gazette Part III, vol. 22, no. 3.

Carr CJ. 1995. Talc: Consumer Uses and Health Perspectives. Proceedings of a workshop. Bethesda, Maryland, January 31–February 1, 1994. Regul Toxicol Pharmacol. 21(2):211-215.

Cevc G. 1997. Drug delivery across the skin. Expert Opin Inv Drug. 6(12):1887-1937.

Chang S, Risch HA. 1997. Perineal talc exposure and risk of ovarian carcinoma. Cancer. 79(12):2396-2401.

Chang CJ, Tu YK, Chen PC, and Yang HY. 2017. Occupational exposure to talc increases the risk of lung cancer: A meta-analysis of occupational cohort studies. Can Respir J. 2017:1-12.

ChemIDplus [database]. 1993-. Bethesda (MD): U.S. National Library of Medicine. [updated 2017 April 11; accessed 2017 May 26].

Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. 1992. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 21(1):23-29.

[CIMT] Canadian International Merchandise Trade Database [database]. 2017. Ottawa (ON): Government of Canada. [accessed 2017 October].

[CIR] Cosmetic Ingredient Review Expert Panel. 2013. Safety Assessment of Talc as Used in Cosmetics. Final Report [PDF]. Washington (DC): Cosmetic Ingredient Review. [accessed 2017 November].

Cogliano VJ, Baan RA, Straif K, Grosse Y, Secretan MB, Ghissassi FE, Kleihues P. 2004. The science and practice of carcinogen identification and evaluation. Environ Health Perspect. 112(13):1269-1274.

Cook LS, Kamb ML, Weiss NS. 1997. Perineal powder exposure and the risk of ovarian cancer. Am J Epidemiol. 145(5):459-465.

[CPCat] Chemical and Product Categories [database]. 2014. Ver. 04. Washington (D.C.): U.S. Environmental Protection Agency. [updated 2014 May 21; accessed 2014 Nov 21]. [Database described

*Draft Screening Assessment - Talc*

in Dionisio KL, Frame AM, Goldsmith MR, Wambaugh JF, Liddell A, Cathey T, Smith D, Vail J, Ernstoff AS, Fantke P, et al. 2015. Exploring consumer exposure pathways and patterns of use for chemicals in the environment. Toxicol Rep. (2):228-237.].

[CPID] Consumer Product Information Database [database]. 2017. McLean (VA): DeLima Associates. [accessed 2017 Nov 21].

Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. 2016. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. Epidemiology. 27(3):334-346.

Cramer DW, Welch WR, Berkowitz RS and Godleski JJ. 2007. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long term genital exposure to cosmetic talc. Obstet Gynecol. 110(2 Pt 2):498-501.

Cramer DW, Titus-Ernstoff L, McKolanis JR, Welch WR, Vitonis AF, Berkowitz RS, Finn OJ. 2005. Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer. Cancer Epidemiol Biomarkers Prev. 14(5):1125-1131.

Cramer DW, Welch WR, Scully RE, Wojciechowski CA. 1982. Ovarian cancer and talc: a case-control study. Cancer. 50(2):372-376.

Cruthirds TP, Cole FH, Paul RN. 1977. Pulmonary talcosis as a result of massive aspiration of baby powder. South Med J. 70(5):626-628.

[CTFA] Cosmetic, Toiletry and Fragrance Association. 1983. Summary for the Results of Surveys of the amount and Frequency of use of cosmetic products by Women. Report Prepared by Pitkin B, Rodericks JV, Turnbull D. Washington (DC): CTFA Inc.

[Danish EPA] Danish Environmental Protection Agency. 2016. Evaluation of health hazards by exposure to talcum, cosmetic grade (non-fibrous) and proposal of a health-based quality criterion for ambient air [PDF]. Denmark: Danish Environmental Protection Agency. ISBN: 978-87-93529-23-6.

De Boer CH. 1972. Transport of particulate matter through the human female genital tract. J Reprod Fertil. 28(2):295-297.

Douglas A, Karov J, Daka J, Hinberg I. 1998. Detection and Quantitation of Talc on Latex Condoms. Contraception. 58(3):153-155.

[DPD] Drug Product Database [database]. [modified 2018 June 12]. Ottawa (ON): Government of Canada. [accessed 2018 Aug 15].

Environment Canada. 2013. DSL Inventory Update data collected under the *Canadian Environmental Protection Act, 1999*, section 71: *Notice with respect to certain substances on the Domestic Substances List.* Data prepared by: Environment Canada, Health Canada; Existing Substances Program.

[ECCC] Environment and Climate Change Canada. 2018. Science approach document: ecological risk classification of inorganic substances. Ottawa (ON): Government of Canada.

[ECCC, HC] Environment and Climate Change Canada, Health Canada. 2017. Targeted information gathering for screening assessments under the Chemicals Management Plan (February to July 2017). Data prepared by: ECCC, Health Canada; Existing Substances Program.

31

*Draft Screening Assessment - Talc*

[ECCC, HC] Environment and Climate Change Canada, Health Canada. [modified 2017 Mar 12]. Categorization of chemical substances. Ottawa (ON): Government of Canada. [accessed 2018 Aug 30].

Edelstam GAB, Sjösten ACE, Ellis, H. 1997. Retrograde migration of starch in the genital tract of rabbits. Inflammation. 21(5):489-499.

Egli GE, Newton M. 1961. The transport of carbon particles in the human female reproductive tract. Fertil Steril. 12:151-155.

[EU] Commission of the European Communities. [modified 2001 Oct 1]. Report from the Commission on Dietary Food Additive Intake in the European Union. Brussels (BE): Commission of the European Communities.

[EuroTalc] Scientific Association of European Talc Producers. 2017. "What is talc?" Brussels (BE): Eurotalc. [accessed 2017 May 29]

[FAO] Food and Agriculture Organization of the United Nations. 2006. Combined Compendium of Food Additives Specifications: Sixty-first meeting of the Joint FAO/WHO Expert Committee on Food Additives. FAO Food and Nutrition Paper 52.

Fedak KM, Bernal A. Capshaw ZA, Gross S. 2015. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. Emerg Themes Epidemiol. 12:14.

Feigin DS.1986.Talc: understanding its manifestations in the chest. Am J Roentgenol. 146(2):295-301.

Fiume MM, Boyer I, Bergfeld WG, Belsito DV, Hill RA, Klaassen CD, Liebler DC, Marks Jr JG, Shank RC, Slaga TH, Snyder PW, Anderson FA. 2015. Safety Assessment of Talc Used in Cosmetics. Int J Toxicol. 34(1 suppl):66S-129S.

Frank C, Jorge L. 2011. An uncommon hazard: Pulmonary talcosis as a result of recurrent aspiration of baby powder. Respir Med CME. 4(3):109-111.

Ficheux AS, Wesolek N, Chevillotte G, Roudot AC. 2015.  Consumption of cosmetic products by the French population. First part: Frequency data. Food Chem Toxicol. 78:159-169.

Frosch PJ, Kligman AM. 1976. The chamber-scarification test for irritancy. Contact Derm. 2:314-324.

Gates MA, Tworoger SS, Terry KL, Titus-Ernstoff L, Rosner B, De Vivo I, Cramer DW, Hankinson SE. 2008. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 17(9):2436-2444.

Gates MA, Rosner BA, Hecht JL, Tworoger SS. 2010. Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol. 171(1):45-53.

Gendler SJ, Spicer AP. 1995. Epithelial mucin genes. Annu Rev Physiol. 57:607-634.

Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE. 2000. Prospective study of talc use and ovarian cancer. J Natl Cancer Inst. 92(3):249-252.

Gibbs AE, Pooley FD, Griffiths DM, Mitha R, Craighead JE, Ruttner JR. 1992. Talc pneumoconiosis: a pathologic and mineralogic study. Hum Pathol. 23(12):1344-1354.

**P1.0198.37**

Gibel W, Lohs K, Horn KH, Wildner GP, Hoffmann F. 1976. Experimental study on cancerogenic activity of asbestos filters. Arch Geschwulstforsch. 46:437-442.

Godard B, Foulkes WD, Provencher D, Brunet JS, Tonin PN, Mes-Masson AM, Narod SA, Ghadirian P. 1998. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 179(2):403-410.

Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. 2016. Douching, talc use, and risk of ovarian cancer. Epidemiology. 27(6):797-802.

Gould SR, and Barnardo DE. 1972. Respiratory distress after talc inhalation. Brit J Dis Chest. 66:230-233.

Green A, Purdie D, Bain C, Siskind V, Russell P, Quinn M, Ward B. 1997. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int Cancer. 71(6):948-951.

Gysbrechts C, Michiels E, Verbeken E, Verschakelen J, Dinsdale D, Nemery B, Demedts M. 1998. Interstitial lung disease more than 40 years after a 5 year occupational exposure to talc. Eur Respir J. 11(6):1412-1415.

Hamilton TC, Fox H, Buckley CH, Henderson WJ, Griffiths K. 1984. Effects of talc on the rat ovary. Br J Exp Pathol. 65(1):101-106.

Harlow BL, Weiss NS. 1989. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. Am J Epidemiol. 130(2):390-394.

Harlow BL, Cramer DW, Bell DA, Welch WR. 1992. Perineal exposure to talc and ovarian cancer risk. Obstet Gynecol. 80(1):19-26.

Hartge P, Hoover R, Lesher LP, McGowan L. 1983. Talc and ovarian cancer. J Am Med Assoc. 250(14):1844.

Health Canada. 2007. Diaper rash products [PDF]. Ottawa (ON): Government of Canada.

Health Canada. 2010. PMRA list of formulants [PDF]. Ottawa (ON): Government of Canada.

Health Canada. 2011. Weight of evidence: general principles and current applications at Health Canada. November 2011. Unpublished report. Prepared by the Task Force on Scientific Risk Assessment's Weight of Evidence Working Group.

Health Canada. 2015. Natural Health Product Traditional Chinese Medicine Ingredients (TCMI). Ottawa (ON): Government of Canada.

Health Canada. [modified 2017 May 3]. List of permitted food additives. Ottawa (ON): Government of Canada. [accessed 2017 May 29].

Health Canada. [modified 2018 Jun 14]. Cosmetic ingredient hotlist: list of ingredients that are prohibited for use in cosmetic products. Ottawa (ON): Government of Canada. [accessed 2018 Aug 30].

**P1.0198.38**

Heller DS, Gordon RE, Westhoff C, Gerber S. 1996a. Asbestos exposure and ovarian fiber burden. Am J Ind Med. 29:435-439.

Heller DS, Westhoff C, Gordon RE, Katz N. 1996b. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. Am J Obstet Gynecol. 174(5):1507-1510.

Henderson WJ, Joslin CAF, Griffiths K, Turnbull AC. 1971. Talc and carcinoma of the ovary and cervix. BJOG: Int J Obstet Gynaecol. 78(3):266-272.

Henderson WJ, Hamilton TC, Baylis MS, Pierrepoint CG, Griffiths K. 1986. The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. Environ Res. 40(2):247-250.

Hill AB. 1965. The environment and disease: association or causation? Proc R Soc Med. 58:295-300.

Hollinger MA. 1990. Pulmonary toxicity of inhaled and intravenous talc. Toxicol Lett. 52(2):121-127; discussion 117-119.

Houghton SC, Reeves KW, Hankinson SE, Crawford L, Lane D, Wactawski-Wende J, Thomson CA, Ockene JK, Sturgeon SR. 2014. Perineal powder use and risk of ovarian cancer. J Natl Cancer Inst. 106(9).

Household Products Database [database]. 1993-. Bethesda (MD): National Library of Medicine (US). [updated 2016 September; accessed 2017 June 19].

[HSDB] Hazardous Substances Data Bank [database]. 2005. CAS RN 14807-96-6. Bethesda (MD): National Library of Medicine (US). [complete update 2005 May 2; accessed 2017 Nov 21].

Huncharek M, Geschwind JF, Kupelnick B. 2003. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. Anticancer Research 23(2C):1955-1960.

[IARC] International Agency for Research on Cancer. 1987. Talc not containing asbestiform fibres (group 3). Talc containing asbestiform fibres (group 1). Summaries & Evaluations. Suppl 7:349.

[IARC] International Agency for Research on Cancer. 2010. Carbon Black, Titanium Dioxide, and Talc, IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. 93:277-413.

[ISO] International Organization for Standardization. 2015. ISO 4074: 2015 Natural rubber latex male condoms – Requirements and test methods. Geneva (CH): International Organization for Standardization.

[JECFA] Joint FAO/WHO Expert Committee on Food Additives. 2006. Compendium of Food Additive Specifications. FAO JECFA Monograph 1.

Keskin N, Teksen YA, Ongun EG, Ozay Y, Saygili H. 2009. Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Arch Gynecol. 280(6):925-931.

Kogel JE, Trivedi NC, Barker JM, Krukowski ST, eds. 2006. Industrial Minerals and Rocks. 7th ed. Littleton (CO): Society for Mining, Metallurgy, and Exploration, Inc.

*Draft Screening Assessment - Talc*

Kurta ML, Moysich KB, Weissfeld JL, Youk AO, Bunker CH, Edwards RP, Modugno F, Ness RB, Diergaarde B. 2012. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. Cancer Epidemiol Biomarkers Prev. 21(8):1282-1292.

Langseth H, Kjærheim K. 2004. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. Scand J Work Environ Health. 30(5):356-361.

Langseth H, Hankinson SE, Siemiatycki J, Weiderpasse E. 2008. Perineal use of talc and risk of ovarian cancer. J Epidemiol Community Health. 62(4):358-360.

[LNHPD] Licensed Natural Health Products Database [database]. [modified 2018 Feb 6]. Ottawa (ON): Government of Canada. [accessed 2018 Aug 14].

Lundberg M, Wrangsjo K, Johansson SGO. 1997. Latex allergy from glove powder – an unintended risk with the switch from talc to cornstarch. Allergy 52:1222-1228.

[MAC] Mining Association of Canada. 2016. Facts and Figures of the Canadian Mining Industry F&F 2016 [PDF]. [accessed 2017 Nov 21].

[MAK-Commission] The MAK Collection for Occupational Health and Safety. 2012. Talc (without asbestos fibres) (respirable fraction). Weinheim (DE): Wiley-VCH Verlag GmbH & Co. KGaA. The MAK-collection Part I: MAK Value Documentations, Vol. 22. 226-279.

Marchiori E, Lourenço S, Gasparetto TD, Zanetti G, Mano CM, Nobre LF. 2010. Pulmonary talcosis: imaging findings. Lung. 188(2):165-171.

Merritt MA, Nagle CM, Webb PM, Bowtell D, Chenevix-Trench G, Green A, DeFazio A, Gertig D, Traficante N, Moore S, et al. 2008. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. Int J Cancer. 122(1):170-176.

Mills PK, Riordan DG, Cress RD, Young HA. 2004. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. Int J Cancer. 112(3):458-464.

Moorman PG, Palmieri RT, Akushevich L, Berchuck A, Schildkraut JM. 2009. Ovarian cancer risk factors in African-American and white women. Am J Epidemiol. 170(5):598-606.

Muscat JE, Huncharek, MS. 2008. Perineal talc use and ovarian cancer: a critical review. Eur J Cancer Prev. 17(2):139-146.

Muscat J, Huncharek M, Cramer DW. 2005. Talc and anti-MUC1 antibodies. Cancer Epidemiol Biomarkers Prev. 14(11 Pt. 1):2679.

Narod SA. 2016. Talc and ovarian cancer. Gynecol Oncol. 141:410-412.

National Academy of Sciences, Engineering, and Medicine. 2016. Ovarian cancers: evolving paradigms in research and care. Washington (D.C.): National Academy Press.

Ness RB, Grisso JA, Cottreau C, Klapper J, Vergona R, Wheeler JE, Morgan M, Schlesselman JJ. 2000. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology 11(2):111-117.

**P1.0198.40**

[NHPID] Natural Health Products Ingredients Database [database]. [modified 2018 July 6]. Ottawa (ON): Government of Canada. [accessed 2018 Aug 14].

[NIOSH] National Institute for Occupational Safety and Health (US). 2014. Talc (silica and fibre free). International Chemical Safety Card (ICSC). Atlanta (GA): Centre for Disease Control. ICSC # 0329. [accessed 2018 Mar].

[NPRI] National Pollutant Release Inventory. 2018. NPRI Datasets: Substance: PM10 - Particulate Matter <= 10 Microns, Company/Facility information: Imerys Talc Canada Inc. (2017). Ottawa (ON): Government of Canada. Search results for $PM_{10}$ at Imerys Talc Canada Inc. [updated 2018 June 14].

[NTP] National Toxicology Program. 1993. NTP technical report on the toxicology and carcinogenesis studies of talc (CAS NO. 14807-96-6) in F344/N rats and B6C3F1 mice (inhalation studies). Research Triangle Park (NC): U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health. National Toxicology Program, NTP TR 421, NIH Publication No. 93-3152.

Oberdorster G. 1995. The NTP talc inhalation study: a critical appraisal focussed on lung particle overload. Regul Toxicol Pharmacol. 21(2):233-241.

[OECD] Organisation for Economic Co-operation and Development Screening Information Dataset (SIDS). 2004. Synthetic Amorphous Silica and Silicates. SIDS Initial Assessment Report for SIAM 19 [PDF]. Berlin (DE): UNEP Publications. [accessed 2018 Sept].

[OSHA] Occupational Safety and Health Administration. 1999. Talc (not containing asbestos). Chemical Sampling Information. Washington (DC): Occupational Safety and Health Administration (US). [accessed 2017 Nov 7].

Patarino F, Norbedo S, Barbi E, Poli F, Furlan S, Savron F. 2010. Acute Respiratory Failure in a Child after Talc Inhalation. Respiration. 79:340.

Penninkilampi R, Eslick GD. 2018. Perineal talc use and ovarian cancer: A systemic review and meta-analysis. Epidemiology. 29(1):41-49.

Phillips JC, Young PJ, Hardy K, Gangolli SC.1978. Studies on the absorption and disposition of 3H-labelled talc in the rat, mouse, guinea-pig and rabbit. Food Cosmet Toxicol.16(2):161-163.

Pickrell JA, Snipes MB, Benson JM, Hanson RL, Jones RK, Carpenter RL, Thomspon JJ, Hobbs CH, Brown SC. 1989. Talc deposition and effects after 20 days of repeated inhalation exposure of rats and mice to talc. Environ Res. 49:233-245.

Ramlet AA. 1991. A rare complication of ambulatory phlebectomy. Talc Granuloma (French). Phlébologie 44:865-871.

Rasmussen CB, Kjaer SK, Albieri V, Bandera EV, Doherty JA, Høgdall E, Webb PM, Jordan SJ, Rossing MA, Wicklund KG, Goodman MT, Modugno F, Moysich KB, Ness RB, Edwards RP, Schildkraut JM, Berchuck A, Olson SH, Kiemeney LA, Massuger LF, Narod SA, Phelan CM, Anton-Culver H, Ziogas A, Wu AH, Pearce CL, Risch HA, Jensen A; on behalf of the Ovarian Cancer Association Consortium. 2017. Pelvic inflammatory disease and the risk of ovarian cancer and borderline ovarian tumors: a pooled analysis of 13 case-control studies. Am J Epidemiol. 185(1):8-20.

Rasmussen P. 2017. Preliminary talc exposure results. Dec 29, 2017. Unpublished Report Ottawa (ON): Exposure and Biomonitoring Division, Health Canada.

**P1.0198.41**

Rasmussen P. 2018. Respirable (PM4) particle concentrations in air while using cosmetics containing talc in Canada, First draft Data Report. July 25, 2018. Unpublished report. Ottawa (ON): Exposure and Biomonitoring Division, Health Canada.

Rosenblatt KA, Szklo M, Rosenshein NB. 1992. Mineral fiber exposure and the development of ovarian cancer. Gynecol Oncol. 45(1):20-25.

Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. 2011. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer Causes Control. 22(5):737-742.

Russell RS, Merz RD, Sherman WT, Sivertson JN. 1979. The determination of respirable particles in talcum powder. Cosmet Tox. 17(2):117-122.

Schildkraut JM, Abbott SE, Alberg AJ, Bandera EV, Barnholtz-Sloan JS, Bondy ML, Cote ML, Funkhouser E, Peres LC, Peters ES, et al. 2016. Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES). Cancer Epidemiol Biomarkers Prev. 25(10):1411-1417.

SDS Search Tool [database]. 2016. Ottawa (ON): Government of Canada. [updated 2016 Sept 15; accessed 2017 Nov 22]. [restricted access].

Shakoor A, Rahatullah A, Shah AA, Zubairi ABS. 2011. Pulmonary talcosis 10 years after brief teenage exposure to cosmetic talcum powder. BMJ Publishing Group. BMJ Case Reports. 2011:bcr0820114597.

Simsek F, Turkeri L, Ilker Y, Kullu S, Akdas A. 1992. Severe obstruction of the urinary tract due to talcum powder granuloma after surgery. A case report. Int Urol Nephrol. 24:31-34.

Statistics Canada. 2016. Data Tables, 2016 Census. Census family structure including stepfamily status (9) and number and age combinations of children (29) for census families with children in private households of Canada, Provinces and Territories, census metropolitan areas and census agglomerations, 2016 and 2100 censuses – 100% data. Ottawa (ON): Government of Canada. [accessed 2017 Nov 23].

Taher MK, Farhat N, Karyakina N, Shilnikova N, Ramoju S, Gravel CA, Krishnan K, Mattison D, Krewski D. 2018. Systematic review of the association between perineal use of talc and ovarian cancer risk. [in preparation].

Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, Carney ME, Weber RP, Akushevich L, Lo-Ciganic WH, et al. 2013. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res. 6(8):811-821.

Trabert B, Pinto L, Hartge P, Kemp T, Black A, Sherman ME, Brinton LA, Pfeiffer RM, Shields MS, Chaturvedi AK, Hildesheim A, and Wentzensen N. 2014. Pre-diagnostic serum levels if inflammation markers and risk of ovarian cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial. Gynecol Oncol. 135(2):297-304.

Tukiainen P, Nickels J, Taskinen E, Nyberg M. 1984. Pulmonary granulomatous reaction: talc pneumoconiosis or chronic sarcoidosis? Bri J Ind Med. 41:84-87.

Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. 1993. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. Int J Cancer. 55(3):408-410.

United States. 2016. Federal Register. Banned Devices; Powdered Surgeon's Gloves, Powdered Patient Examination Gloves, and Absorbable Powder for Lubricating a Surgeon's Glove, A Rule by the Food and Drug Administration on 12/19/2016. US: Federal Register (US). Vol. 81, No. 243. 21 CFR 878. p. 91722-91731 [accessed 2018 Jan 3].

[U.S. EPA] United States Environmental Protection Agency. 1992. Health Assessment Document for Talc. Washington (D.C.): Office of Research and Development. Report No. EPA 600/8-91/217.

[U.S. EPA] United States Environmental Protection Agency. 1994. Methods for Derivation of Inhalation Reference Concentrations and Application of Inhalation Dosimetry. Research Triangle Park (NC): U.S. EPA, Environmental Criteria and Assessment Office, Office of Health and Environmental Assessment, Office of Research and Development.

[U.S. EPA] United States Environmental Protection Agency. 2005. Guidelines for Carcinogen Risk Assessment [PDF]. Washington (D.C.): U.S. EPA, EPA/630/P-03/001F.

[U.S. EPA] United States Environmental Protection Agency. 2009. Risk Assessment Guidance for Superfund Volume I: Human Health Evaluation Manual (Part F, Supplemental Guidance for Inhalation Risk Assessment). Washington (D.C.): U.S. EPA, Office of Superfund Remediation and Technology Innovation.

[U.S. EPA] United States Environmental Protection Agency. 2011. Exposure Factors Handbook 2011 Edition (Final Report). Washington (D.C.): U.S. EPA, EPA/600/R-09/052F.

[U.S. FDA] United States Food and Drug Administration. 2015. Select Committee on GRAS Substances (SCOGS) Opinion: Silicates. Silver Spring (MD): U.S. Food and Drug Administration. [accessed 2018 Aug 17]

[U.S. FDA] United States Food and Drug Administration. 2016. About the GRAS Notification Program. Silver Spring (MD): US Food and Drug Administration.  [accessed 2017 Mar 12].

[USGS] United States Geological Survey. 2000. U.S. Talc-Baby Powder and Much More [PDF]. Reston (VA): US Geological Survey. USGS Fact Sheet FS-065-00. [accessed 2017 May 29].

[USGS] United States Geological Survey. 2018. Mineral Commodity Summaries. Talc and Pyrophyllite [PDF]. Reston (VA): US Geological Survey. [accessed 2018 August 13].

[USP] US Pharmacopeia. 2011. USP Monographs: Talc. Talc Revision Bulletin Official August 1, 2011 [PDF]. US: The United States Pharmacopeial Convention. [accessed 2018 May 3].

Vallyathan NV, Craighead JE.1981. Pulmonary pathology in workers exposed to nonasbestiform talc. Hum Pathol.12(1):28-35.

Vanderhyden BC, Shaw TJ, Ethier JF. 2003. Animal models of ovarian cancer. Reprod Biol Endocrinol. 1:67.

Venter PF, Iturralde M. 1979. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries. S Afr Med J. 55(23):917-919.

Wadaan MAM. 2009. Effects of repeated exposure to talcum powder on rabbit skin. Indian J Appl Pure Biol. 24(1):111-115.

Wagner JC, Berry G, Cooke TJ, Hill RJ, Pooley FD, Skidmore JW. 1977. Animal experiments with talc. Inhaled Particles. 4 Pt 2:647-654.

Warheit, DB, Kreiling R, Levy LS. 2016. Relevance of the rat lung tumor response to particle overload for human risk assessment-Update and interpretation of new data since ILSI 2000. Toxicology. 374:42-59.

Wehner AP, Tanner TM, Buschbom RL. 1977a. Absorption of ingested talc by hamsters. Food Cosmet Toxicol.15(5):453-455.

Wehner AP, Wilkerson CL, Cannon WC, Buschbom RL, Tanner TM. 1977b. Pulmonary deposition, translocation and clearance of inhaled neutron-activated talc in hamsters. Food Cosmet Toxicol.15(5):213-224.

Wehner AP, Hall AS, Weller RE, Lepel EA, Schirmer RE. 1985. Do particles translocate from the vagina to the oviducts and beyond? Food Chem Toxicol. 23(3):367-372.

Wehner AP, Weller RE, Lepel EA. 1986. On talc translocation from the vagina to the oviducts and beyond. Food Chem Toxicol. 24(4):329-338.

Wehner AP. 2002. Cosmetic talc should not be listed as a carcinogen: comments on NTP's deliberations to list talc as a carcinogen. Regul Toxicol Pharmacol. 36:40-50.

Whittemore AS, Wu ML, Paffenbarger RS Jr, Sarles DL, Kampert JB, Grosser S, Jung DL, Ballon S, Hendrickson M. 1988. Personal and environmental characteristics related to epithelial ovarian cancer. I. Exposures to talcum powder, tobacco, alcohol, and coffee. Am J Epidemiol. 128(6):1228-1240.

[WHO, UNFPA, FHI] World Health Organization, United Nations Population Fund, Family Health International. 2013. Male latex condom. Specification, prequalitfication and guidelines for procurement, 2010, revised April 2013. Geneva (CH): World Health Organization. [accessed 2017 Dec 20].

Wild P, Leodolter K, Refregier M, Schmidt H, and Bourgkard E. 2008. Effect of talc dust on respiratory health: results of a longitudinal survey of 378 French and Austrian talc workers. Occup Environ Med. 65: 261-267.

Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. 1999. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. Obstet Gynecol. 93(3):372-376.

Wu AH, Pearce CL, Tseng CC, Templeman C, Pike MC. 2009. Markers of inflammation and risk of ovarian cancer in Los Angeles County. Int J Cancer. 124(6):1409-1415.

Wu AH, Pearce CL, Tseng CC, Pike MC. 2015. African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates. Cancer Epidemiol Biomarkers Prev. 24(7):1094-1100.

Zazenksi R, Ashton WH, Briggs D, Chudkowski M, Kelse JW, MacEachern L, McCarthy EF, Norhauser MA, Roddy MT, Teetsel NM, Wells AB, Gettings SD. 1995. Talc: Occurrence, Characterization, and Consumer Applications. Reg Pharm Tox. 21:218-229.

# Appendix A. Inhalation exposure estimates

**Table A-1. Estimated inhalation exposure concentrations from self-care products containing loose powder talc available to consumers**

| Scenario | Talc product conc.[a] | Study[b] conc. (mg/m$^3$) | CA[b] (mg/m$^3$) | ET[c] (hr/d) | EF[d] (d/yr) | ED[e] (yr) | EC adjusted (mg/m$^3$)[b] |
|---|---|---|---|---|---|---|---|
| Baby powder, infants | 100 % | 1.36 | 1.36 | 0.125 | 365 | 4 | 0.0071 |
| Baby powder, adults | 100 % | 1.36 | 1.36 | 0.125 | 365 | 8 | 0.0071 |
| Body powder, adults | 100 % | 1.36 | 1.36 | 0.083 | 365 | 58 | 0.0047 |
| Face powder, adults | 100 % | 1.36 | 1.36 | 0.083 | 365 | 58 | 0.0047 |
| Foot powder, adults | 97 % | 1.36 | 1.32 | 0.083 | 274 | 58 | 0.0034 |
| Dry hair shampoo, adults | 100 % | 1.36 | 1.36 | 0.083 | 84 | 58 | 0.0011 |

Abbreviations: Conc.,  concentration; CA, concentration in air per event; ET, exposure time; EF, exposure frequency; ED, exposure duration; EC, adjusted exposure concentration.
[a] Highest concentration of talc found per product type from notifications submitted under the *Cosmetic Regulations* to Health Canada for talc, DPD [modified 2018], email from the Therapeutic Products Directorate, Health Canada, to the Existing Substances Risk Assessment Bureau, Health Canada, dated March 20, 2017, unreferenced; LNHPD [modified 2018], email from the Non-prescription and Natural Health Products Directorate, Health Canada, to the Existing Substances Risk Assessment Bureau, Health Canada, dated March 20, 2017, unreferenced; Fiume et al. 2015; Household Product Database 1993-; CPCat 2014; CPID 2017; SDS Search Tool 2016.
[b] Average by subject from Anderson et al. 2107 and Rasmussen 2018 (unpublished). CA = average study concentration × maximum talc concentration in product.
[c] ET is 5 minutes/application based on median time spent in the bathroom following a shower or bath (U.S. EPA 2011) × number of applications/day, whereby baby powder assumes 1.5 applications/day (CTFA 1983); the rest assume 1 application/day.
[d] EF is assumed to be daily for baby, body (U.S. EPA 2011) and face powder (Ficheux et al. 2015); foot powder 0.75 times/day or 274 times/year (Ficheux et al. 2015); dry hair shampoo 0.23 times/day or 84 times/year (Ficheux et al. 2015).
[e] Assumed infant wears diapers up to 4 years, adult exposure to baby powder from diapering children, 4 years per child and assume 2 children per family (Statistics Canada 2016), adult exposure for body powder, and foot powder (80 years lifetime,  12 years child).
[f] Adjusted exposure concentration is calculated as per Equation 8 in the U.S. EPA 2009 guidance document "Risk Assessment Guidance for Superfund Volume I: Human Health Evaluation Manual," where EC = (CA × ET × EF × ED)/AT, and AT = averaging time, which is on the basis of ED × 365 days/year × 24 hours/day.

Exhibit P

DEPARTMENT OF HEALTH AND HUMAN SERVICES                    Public Health Service

Food and Drug Administration
College Park, MD 20740

APR 1 – 2014

Samuel S. Epstein, M.D.
Cancer Prevention Coalition
University of Illinois at Chicago
School of Public Health, MC 922
2121 West Taylor Street, Rm. 322
Chicago, Illinois 60612

RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP

Dear Dr. Epstein:

This letter is in response to your two Citizen Petitions dated November 17, 1994 and May
13, 2008, requesting that the Food and Drug Administration (FDA or the Agency) require
a cancer warning on cosmetic talc products. Your 1994 Petition requests that all cosmetic
talc bear labels with a warning such as "Talcum powder causes cancer in laboratory
animals. Frequent talc application in the female genital area increases the risk of ovarian
cancer." Additionally, your 2008 Petition requests that cosmetic talcum powder products
bear labels with a prominent warning such as: "Frequent talc application in the female
genital area is responsible for major risks of ovarian cancer." Further, both of your
Petitions specifically request, pursuant to 21 CFR 10.30(h)(2), a hearing for you to
present scientific evidence in support of this petition.

We have carefully considered both of your Petitions. We are committed to the protection
of the public health and share your interest in reducing the risk of ovarian cancer.
Current regulations state that cosmetic products shall bear a warning statement whenever
necessary or appropriate to prevent a health hazard that may be associated with a product.
FDA may publish a proposal to establish a regulation prescribing a warning statement on
behalf of a petitioner if the petition is supported by adequate scientific basis on
reasonable grounds.

After careful review and consideration of the information submitted in your Petitions, the
comments received in response to the Petitions, and review of additional scientific
information, this letter is to advise you that FDA is denying your Petitions. FDA did not
find that the data submitted presented conclusive evidence of a causal association
between talc use in the perineal area and ovarian cancer.

For this reason and for the additional reasons described below, FDA is denying your
Petitions.

Page 2 – Dr. Epstein

**I. Discussion**

The basis of your request, throughout both Petitions, can be summarized as comprising three major points:

1. Talc may be associated with asbestos.
2. Talc is a carcinogen based on the findings of a 1993 National Toxicology Program study.
3. Epidemiological studies confirm the causal relation between genital application of talc and ovarian cancer, and the protective effect of tubal ligation or hysterectomy, preventing the translocation of talc to the ovary.

As the points you raise in your Petitions concern the chemistry and toxicology of talc, the epidemiology associated with talc use, and the etiology of ovarian cancer, commensurate reviews were conducted to assess your request.

Chemistry Findings:

Asbestos is a known carcinogen and your first major point is that talc may be associated with asbestos. As evidence that talc cosmetic products contain asbestos, you first cite a 1968 survey of 22 talcum products that found fiber content averaging 19% in all 22 products. This author further concludes that "the fibrous material was predominantly talc but probably contained minor amounts of tremolite, anthophyllite, and chrysotile [asbestos-like fibers] as these are often present in fibrous talc mineral deposits …"

You then cite a follow up study from 1971-1975 that examined 21 samples of consumer talcums and powder and concluded that cosmetic grade talc was not used exclusively in these products. This study found the presence of asbestiform anthophyllite and tremolite, chrysotile, and quartz. From these two citations, one may infer that currently available talc-containing cosmetic products are presently contaminated with asbestos, a known carcinogen. Unfortunately, you did not present any original data on the chemical composition of talc currently being used in cosmetics talc products or data linking these findings to currently used talc.

It has been reported in the scientific literature that most talc products in world trade are impure as a result of the geological processes involved in the formation of talc deposits. Further, talc containing asbestos fibers such as tremolite asbestos or chrysotile are sometimes encountered. However, large deposits of high purity, asbestos-free talc do exist and talc purification techniques have been developed which can be used to improve talc quality. Thus, while it has been reported in the past that cosmetic talc has been contaminated with asbestos, it has been also reported that asbestos-free talc deposits do exist. In addition, techniques do exist for the purification of talc in order to improve its quality. You have not provided evidence that asbestos contaminated talc-containing cosmetic products are currently being marketed, since the data submitted is almost 40 years old.

Page 3 – Dr. Epstein

Because safety questions about the possible presence of asbestos in talc are raised periodically, in 2009 FDA conducted an exploratory survey of currently marketed cosmetic-grade raw material talc and finished cosmetic products containing talc. This survey analyzed cosmetic-grade raw material talc from four suppliers out of a possible group of nine suppliers we had requested talc samples from, along with thirty-four talc-containing cosmetic products currently available in the Washington, D.C. metropolitan area for the presence of asbestos. In order to cover as broad a product range as possible, samples identified for testing included low, medium, and high priced products, along with some from "niche" markets. The cosmetic products identified as containing talc included eye shadow, blush, foundation, face powder, and body powder.

The survey found no asbestos fibers or structures in any of the samples of cosmetic-grade raw material talc or cosmetic products containing talc. While FDA found this data informative, the results were limited by the fact that only four suppliers submitted samples and by the number of products tested.  They do not prove that all talc-containing cosmetic products currently marketed in the United States are free of asbestos contamination. As always, when potential public health concerns are raised, we will continue to monitor for new information and take appropriate actions to protect the public health. You may wish to see more on this survey on our website at http://www.fda.gov/Cosmetics/ProductandIngredientSafety/SelectedCosmeticIngredients/ucm293184.htm.

Toxicology Findings:

Your second major point is that talc is a carcinogen with or without the presence of asbestos-like fibers.  The basis to this claim is that in 1993, the National Toxicology Program (NTP) published a study on the toxicity of non-asbestiform talc and found clear evidence of carcinogenic activity.

This NTP report concluded that cosmetic-grade talc caused tumors in animals, even though no asbestos-like fibers were found.  The report made the following observations:
-   There was some evidence of carcinogenic activity in non-asbestiform talc from inhalation studies in male rats based on an increased incidence of benign or malignant pheochromocytomas of the adrenal gland.
-   There was clear evidence of carcinogenic activity of talc in female rats based on increased incidences of alveolar/bronchiolar adenomas and carcinomas of the lung and benign or malignant pheochromocytomas of the adrenal gland.
-   There was no evidence of carcinogenic activity of talc in male or female mice exposed to 6 or 18 mg/cubic meter.
However, this study lacks convincing scientific support because of serious flaws in its design and conduct, including:
-   The investigators used micronized talc instead of consumer-grade talc resulting in the experimental protocol not being reflective of human exposure conditions in terms of particle size.

Page 4 – Dr. Epstein

- Investigators conceded that they had problems with the aerosol generation system; whereby, the target aerosol concentrations were either excessive or not maintained during 26 of the 113-122 weeks of the study.
- The study did not include positive and negative dust controls which would have permitted an "exact assessment" of the talc's carcinogenicity relative to the two control dusts.

In light of these shortcomings, a panel of experts at the 1994 ISRTP/FDA workshop declared that the 1993 NTP study has no relevance to human risk.

In addition, we reviewed relevant toxicity literature (consisting of 15 articles from 1980 to 2008), not cited in your Petitions, to determine if there was additional support at this point in time to for your suggested warning label. Scientific literature on studies of acute exposure effects, subchronic exposure effects, chronic exposure or carcinogenicity effects, developmental or reproductive toxicity, and genotoxicity effects were reviewed. As a result of the review of this relevant literature, FDA did not find enough additional support at this point in time for your suggested warning label.

Epidemiology and Etiology Findings:

Your third major point is that epidemiological studies confirm the causal relation between genital application of talc and ovarian cancer, and the protective effect of tubal ligation or hysterectomy, preventing the translocation of talc to the ovary.

After consideration of the scientific literature submitted in support of both Citizen Petitions, FDA found:

1    The exposure to talc is not well-characterized; it is not known if the talc referred to in the scientific studies was free of asbestos contamination; various consumer brands or lots of talc were not identified; and contamination of talc by asbestiform minerals or other structurally similar compounds was not ruled out.

2    Several of the studies acknowledge biases in the study design and no single study has considered all the factors that potentially contribute to ovarian cancer, including selection bias and/or uncontrolled confounding that result in spurious positive associations between talc use and ovarian cancer risk.

3    Results of case-controls studies do not demonstrate a consistent positive association across studies; some studies have found small positive associations between talc and ovarian cancer but the lower confidence limits are often close to 1.0 and dose-response evidence is lacking.

4    A cogent biological mechanism by which talc might lead to ovarian cancer is lacking; exposure to talc does not account for all cases of ovarian cancer; and

Page 5- Dr. Epstein

5   there was no scientific consensus on the proportion of ovarian cancer cases that may be caused by talc exposure.

6   The conclusion of the International Agency for Research on Cancer that epidemiological studies provide limited evidence for the carcinogenicity of perineal use of talc based body powder and the IARC classification of body-powder talc as group-2B, a possible carcinogen to human beings, is persuasive, but the results of the Nurses' Health Study, a large prospective cohort study, revealed no overall association with ever talc use and epithelial ovarian cancer.

Per the etiology review, approximately 10% of epithelial ovarian cancers are associated with inherited mutations. The remaining 90% of epithelial ovarian cancers are not related to these genetic mutations are non-hereditary. They have been historically classified based on histology as borderline/low malignant potential, serous, endometrioid, mucinous, and clear-cell.

Two theories have historically dominated on the cause of epithelial ovarian cancer and these are the "incessant ovulation hypothesis" and the "gonadotropin hypothesis." In addition to these endogenous factors, the role of exogenous factors via retrograde transport of noxious substances (e.g. carcinogens, particulates such as talc and asbestos, endometriosis and infectious agents) from the vagina and uterus into the Fallopian Tubes and peritoneal cavity have been studied extensively as a possible risk factor for ovarian cancer.

While there exists no direct proof of talc and ovarian carcinogenesis, the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable. It is, therefore, plausible that perineal talc (and other particulate) that reaches the endometrial cavity, Fallopian Tubes, ovaries and peritoneum may elicit a foreign body type reaction and inflammatory response that, in some exposed women, may progress to epithelial cancers. However, there has been no conclusive evidence to support causality.

The best evidence for an association or causal relationship between genital talc exposure and ovarian cancer comes from epidemiologic data which show a statistically significant but modest increased risk of epithelial ovarian cancer, especially with serous histology, among women with a history of genital dusting with talcum powder. While the growing body of evidence to support a possible association between genital talc exposure and serous ovarian cancer is difficult to dismiss, the evidence is insufficient for FDA to require as definitive a warning as you are seeking.

Request for hearing

In addition to your request for a warning label, you also requested a hearing, under 21 CFR 10.30(h)(2), so that you can present scientific evidence in support of your petitions.

Page 6 – Dr. Epstein

Under this regulation, FDA may deny a citizen petition request for a hearing if the data and information submitted (even if accurate), are insufficient to justify the determination urged.  In consideration of your request, we conducted an expanded literature search dating from the filing of the petition in 2008 through January 2014.   The results of this search failed to identify any new compelling literature data or new scientific evidence.

Since we find that the data and information are insufficient to justify the determination you request and we did not identify any new compelling literature data or new scientific evidence, FDA is also denying your hearing request.

## II. Conclusion

FDA appreciates the goals of the Cancer Prevention Coalition and FDA supports the goal of reducing the rate of ovarian cancer. Although FDA is denying the Cancer Prevention Coalition's petitions for the reasons discussed above, the Agency shares your commitment to the public health.

Sincerely,

Steven M. Musser, Ph.D.
Deputy Director for Scientific Operations
Center for Food Safety
 and Applied Nutrition

Drafted:  J. Gasper, OCAC, 2/28/14
Comments:  L. Katz, OCAC, 3/3/14
Revised:  J. Gasper, OCAC, 3/4/14
Cleared: N.Sadrieh, OCAC, 3/4/14
Cleared: LMKatz, OCAC, 3/5/14
Reviewed: FHogue, OCAC: 3/614
Cleared by:Musser:3/13/14
F/T:SRussell, OCAC 3/18/14