# Exhibit U

Confidential - Pursuant to Protective Order

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: JOHNSON &          )
JOHNSON TALCUM POWDER      )
PRODUCTS MARKETING         )
SALES PRACTICES AND        )   MDL 16-2738
PRODUCT LIABILITY          )   (FLW)(LHG)
LITIGATION                 )
_____    )
THIS DOCUMENT              )
PERTAINS TO ALL CASES      )

WEDNESDAY, DECEMBER 19, 2018

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -

Videotaped deposition of Laura Plunkett, Ph.D., DABT, held at the Four Seasons Hotel, 999 North 2nd Street, St. Louis, Missouri, commencing at 9:12 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Pursuant to Protective Order

Page 2

1        A P P E A R A N C E S :
2
3    BEASLEY, ALLEN, CROW, METHVIN,
     PORTIS & MILES, P.C.
3    BY: TED MEADOWS
4        Ted.Meadows@BeasleyAllen.com
         RYAN BEATTIE
5        Ryan.Beattie@BeasleyAllen.com
     218 Commerce Street
6    Montgomery, Alabama 36104
     (334) 269-2343
7
8    ASHCRAFT & GEREL, LLP
     BY: MICHELLE A. PARFITT
9        mparfitt@ashcraftlaw.com
     4900 Seminary Road, Suite 650
10   Alexandria, VA 22311
     (703) 931-5500
11
12   LEVIN, PAPANTONIO, THOMAS, MITCHELL,
     RAFFERTY & PROCTOR, P.A.
13   BY: CHRISTOPHER V. TISI
         ctisi@levinlaw.com
14   316 South Baylen Street, Suite 600
     Pensacola, Florida 32502
15   (850) 435-7000
16
17   GOLOMB & HONIK, P.C.
     BY: RICHARD GOLOMB
         rgolomb@golombhonik.com
18   1835 Market Street, Suite 2900
     Philadelphia, Pennsylvania 19103
19   (215) 278-4449
     Counsel for Plaintiffs
20
21   KIRKLAND & ELLIS LLP
22   BY: KIMBERLY OLVEY BRANSCOME
         kimberly.branscome@kirkland.com
         WILLIAM SMITH
23   333 South Hope Street
     Los Angeles, California 90071
24   (213) 680-8370
     Counsel for Defendant Johnson &
25   Johnson

Page 3

1    DYKEMA
     BY: JANE E. BOCKUS
2        jbockus@dykema.com
         RYAN J. SULLIVAN
3        rsullivan@dykema.com
     112 East Pecan Street, Suite 1800
4    San Antonio, Texas 78205
     (210) 554-5500
5    Counsel for the Defendant Imerys
     Talc America
6
7    SEYFARTH SHAW LLP
     BY: THOMAS T. LOCKE
8        tlocke@seyfarth.com
     975 F Street, N.W.
9    Washington, DC 20004
     (202) 463-2400
10   Counsel for Defendant Personal Care
     Products Council
11
12   TUCKER ELLIS LLP
     BY: CAROLINE M. TINSLEY
13       caroline.tinsley@tuckerellis.com
     100 South Fourth Street, Suite 600
14   St. Louis, Missouri 63102
     (314) 571-4965
15   Counsel for PTI Union, LLC and PTI
     Royston, LLC
16
17
     ALSO PRESENT:
18   KATIE TUCKER, Beasley Allen
19
     V I D E O G R A P H E R :
20   JACOB ARNDT,
     Golkow Litigation Services
21
             - - -
22
23
24
25

Page 4

1                    INDEX
2                                    PAGE
3    APPEARANCES..................  2
4    EXAMINATIONS
5      BY MS. BRANSCOME.........................  8
6      BY MS. BOCKUS............................ 287
7      BY MR. LOCKE............................. 319
8
9                  EXHIBITS
10   No.   Description               Page
11   1    Notice of Oral and Videotaped    8
          Deposition of Plaintiffs' Expert
          and Duces Tecum
12
13   2    Expert Report of Laura M. Plunkett,    13
          Ph.D., DABT, October 5, 2016
14
15   3    Supplemental Expert Report of Laura    13
          M. Plunkett, Ph.D., DABT, August
          29, 2018
16
17   4    Rule 26 Expert Report of Laura M.    13
          Plunkett, Ph.D., DABT, November 16,
          2018
18
19   5    "Systematic Review and              16
          Meta-Analysis of the Association
          between Perineal Use of Talc and
20        Risk of Ovarian Cancer," Taher, et
          al.
21
22   6    Printout of Health Canada's risk    17
          assessment of talcum powder
23   7    "Ovarian, Fallopian Tube, and       111
          Primary Peritoneal Cancer
24        Prevention (PDQ)-Health
          Professional Version," National
25        Cancer Institute

Page 5

1    8    "Weight of Evidence:  General       211
          Principles and Current Applications
2         at Health Canada"
3         (Exhibits attached to the deposition.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential - Pursuant to Protective Order

Page 6

1    VIDEOGRAPHER:  We are now on
2    the record.
3        My name is Jacob Arndt.  I'm a
4    videographer for Golkow Litigation
5    Services.
6        Today's date is December 19,
7    2018, and the time is 9:12 a.m.
8        This deposition is being held
9    in St. Louis, Missouri, In Re: Johnson
10   & Johnson Products Marketing Sales
11   Practices, for the United States
12   District Court for the District of
13   New Jersey.
14       The deponent is Dr. Laura
15   Plunkett.
16       Will counsel please identify
17   themselves?
18       MR. MEADOWS:  Ted Meadows for
19   plaintiffs.
20       MS. PARFITT:  Michelle Parfitt
21   for the plaintiffs.
22       MR. BEATTIE:  Ryan Beattie for
23   plaintiffs.
24       MR. TISI:  Chris Tisi for
25   plaintiffs.

Page 7

1        MR. GOLOMB:  Richard Golomb for
2    plaintiffs.
3        MR. LOCKE:  Tom Locke for the
4    Personal Care Products Council.
5        MS. TINSLEY:  Caroline Tinsley
6    for PTI Union, LLC, and PTI Royston,
7    LLC.
8        MR. SULLIVAN:  Ryan Sullivan
9    for Imerys.
10       MS. BOCKUS:  Jane Bockus for
11   Imerys.
12       MR. SMITH:  William Smith for
13   Johnson & Johnson.
14       MS. BRANSCOME:  Kimberly
15   Branscome for Johnson & Johnson.
16       VIDEOGRAPHER:  Thank you.
17       The court reporter is Carrie
18   Campbell and will now swear in the
19   witness.
20   LAURA PLUNKETT, Ph.D., DABT,
21   of lawful age, having been first duly sworn
22   to tell the truth, the whole truth and
23   nothing but the truth, deposes and says on
24   behalf of the Defendant Johnson & Johnson, as
25   follows:

Page 8

1        DIRECT EXAMINATION
2    QUESTIONS BY MS. BRANSCOME:
3        Q.   All right.  Good morning,
4    Dr. Plunkett.  I introduced myself right
5    before we started, but my name is Kimberly
6    Branscome, and I am here on behalf of Johnson
7    & Johnson.
8        Is it your understanding today
9    that you are giving your deposition for the
10   purpose of a Daubert analysis in the MDL
11   related to Johnson's baby powder?
12       A.   That's my understanding, yes.
13       (Plunkett Exhibit 1 marked for
14   identification.)
15   QUESTIONS BY MS. BRANSCOME:
16       Q.   I want to start by handing you
17   what I will mark as Plunkett Deposition
18   Exhibit 1.
19       Do you recognize the document
20   that I just handed you?
21       A.   Yes.
22       Q.   Okay.  Have you seen this
23   document before?
24       A.   Yes.
25       Q.   All right.  When was this

Page 9

1    document provided to you?
2        A.   Either earlier this -- this
3    week or late last week.  I don't recall if it
4    was Friday or Monday.
5        Q.   Okay.  For the purposes of the
6    record, could you just identify what the
7    document is that I just handed you as
8    Plunkett Deposition Exhibit Number 1?
9        A.   It's a notice of oral and
10   videotaped deposition for myself, dated -- I
11   don't see the date, but probably on the very
12   last -- do you need that or just -- is that
13   enough of an identification?
14       Q.   That's all right.
15       Now, contained within the
16   deposition notice there is a reference to a
17   request for materials that are identified in
18   more detail in Schedule A.
19       Do you see that?
20       A.   Yes.
21       Q.   Have you reviewed Schedule A?
22       A.   Yes.
23       Q.   Did you bring any documents
24   with you in response to the request in
25   Schedule A?

3 (Pages 6 to 9)

Confidential - Pursuant to Protective Order

Page 10

1       A.      The only thing that I believe
2   that I had to bring that had not already been
3   provided was additional billing since the
4   time of my last deposition.
5       Q.      Okay.  And is it my
6   understanding that the documentation related
7   to additional billing that you have done
8   since your prior deposition was produced
9   yesterday at the deposition in the Forrest
10  case?
11      A.      That's correct.
12      Q.      All right.  And the information
13  contained in the documents produced at the
14  Forrest deposition yesterday, do those
15  contain an up-to-date record of the billing
16  that you have submitted for your work in
17  connection with the litigation against
18  Johnson & Johnson?
19      A.      Yes, with the understanding
20  that I haven't submitted a bill for December
21  yet.
22      Q.      Okay.  How much time have you
23  spent working in connection with your
24  opinions in the case against Johnson &
25  Johnson related to its baby powder in the

Page 11

1   month of December?
2       A.      So I'm -- on all the cases that
3   I am involved in that are pending, not just
4   this deposition?
5       Q.      I'll ask first all cases and
6   then we'll narrow it to the deposition.
7       A.      So in all --
8       Q.      I mean to the MDL, I'm sorry.
9       A.      Okay.  So in all cases this
10  month, probably eight hours so far, maybe
11  ten.
12      Q.      Does that include the time that
13  you've spent attending deposition?
14      A.      No, that's not including
15  yesterday's deposition time.  I apologize.  I
16  forgot about that.
17      Q.      And how much of the eight to
18  ten hours that you have spent this month
19  working on these cases against Johnson &
20  Johnson, setting aside the time you spent in
21  deposition yesterday, relate to the MDL
22  specifically?
23      A.      So it will probably be
24  billed -- it will be one bill for the
25  preparation time because the prep overlapped,

Page 12

1   but I'll bill separately for the time I spent
2   yesterday right before the deposition and
3   then at the deposition, so...
4       Q.      What did you do to prepare for
5   your deposition today?
6       A.      I reviewed my reports, the
7   three reports that I filed in the litigation.
8   I had a meeting with attorneys on Monday, and
9   then we had a short meeting yesterday evening
10  because some attorneys arrived that were not
11  here on Monday.
12          And essentially went through
13  some of the documents that -- went through
14  some of the documents that I had cited in the
15  report in certain paragraphs, just to refresh
16  my memory of what they were.  So if you want
17  me to tell you which paragraphs, I can do
18  that.
19      Q.      I will in just a moment.  Okay.
20      A.      Want me to repeat that?  I'm
21  sorry.
22      Q.      That's all right.
23          Dr. Plunkett, you referenced
24  the fact that you reviewed specific
25  paragraphs of your expert reports in

Page 13

1   preparation for today's deposition.
2          Could you identify those
3   paragraphs for me?
4          And it's helpful to you, we can
5   go ahead and mark your three expert reports,
6   if you're referring to all three.
7       A.      I'm going to refer just to the
8   MDL report because that's what we're here to
9   talk about.  I mean, if you want to talk
10  about what I did to get ready for yesterday
11  separately or --
12          MR. MEADOWS:  Might be helpful
13  to go ahead and mark them.
14          MS. BRANSCOME:  Why don't we go
15  ahead and just mark the three reports,
16  and then we can walk through.
17          (Plunkett Exhibits 2, 3 and 4
18  marked for identification.)
19  QUESTIONS BY MS. BRANSCOME:
20      Q.      So, Dr. Plunkett, do you have a
21  copy of your three reports in front of you?
22      A.      Yes, I do.
23      Q.      Do those contain any markings,
24  highlightings or flags?
25      A.      No, they don't.

4 (Pages 10 to 13)

Confidential - Pursuant to Protective Order

Page 14

1    Q.   Okay.  Do you mind if we mark
2  your copies as the official records?
3    A.   No, that's fine.
4    Q.   So we will mark -- well, let's
5  do this in chronological order.  So I am
6  marking as Plunkett Deposition Exhibit
7  Number 2 the expert report of Dr. Plunkett
8  dated October 5, 2016.
9         Could you confirm,
10 Dr. Plunkett, that that's what I marked as
11 Deposition Exhibit Number 2?
12   A.   Yes, it is.
13   Q.   And then we will mark as
14 Deposition Exhibit Number 3 supplemental
15 expert report of Dr. Laura Plunkett dated
16 August 29, 2018.
17        Dr. Plunkett, could you confirm
18 that I marked that as Exhibit Number 3?
19   A.   Yes, that's correct.
20   Q.   And then Exhibit Number 4, we
21 will mark the expert report dated
22 November 16, 2018, by Dr. Plunkett that was
23 produced in the MDL.
24        Could you confirm that I marked
25 that as Deposition Exhibit Number 4?

Page 15

1    A.   Yes, that's correct.
2    Q.   All right.  And so now back to
3  the question of you referenced the fact that
4  you looked at specific paragraphs of your
5  expert report in preparation for today's
6  deposition.  If you could, using Deposition
7  Exhibit Number 4, identify which paragraphs
8  you looked at specifically in preparation for
9  the deposition.
10   A.   So it wasn't the paragraphs.
11 There were certain documents in paragraphs,
12 so that's what I was referring to, so...
13        So starting in paragraph 38
14 where I'm talking about sort of the timeline
15 of information about human health hazards and
16 talc dust.  So I just went back and refreshed
17 on a few of the older papers.
18        I looked again at the patent
19 documents that are cited in the first bullet.
20        I looked again at a paper by
21 Eberl, 1948, which is in the last bullet.
22 The patent documents are also there as well.
23        And that -- so that would be
24 all I pulled in that paragraph.
25        I believe that those documents

Page 16

1  are also cited in paragraph 39 as well, some
2  of those same ones that are...
3         And then in Section 5 of my
4  report where I'm talking about exposure, I
5  looked again at Parmley and Woodruff.  I
6  looked again at Vetner and Iturrulde and Egli
7  and Newton last night.
8         And the only other thing I
9  looked at is not cited in this report because
10 it came out after the report was filed, and
11 that was -- and I did bring a copy of that.
12 That was the risk assessment that was done in
13 Canada.  Some people refer to it as -- by the
14 first author's last name, Taher, T-a-h-e-r.
15 And I may be pronouncing that wrong, but...
16        (Plunkett Exhibit 5 marked for
17        identification.)
18 QUESTIONS BY MS. BRANSCOME:
19   Q.   All right.  And I see that you
20 brought a copy of that document with you.
21 Just for the purposes of the record, let's
22 mark that as Plunkett Deposition Exhibit
23 Number 5.
24        Are there any markings,
25 highlightings or notations on that document?

Page 17

1    A.   No, there's not.
2         And then the other document I
3  looked at that was not cited in the report,
4  there is a printout from the government of
5  Canada website that talks about some
6  statements on talc, and so I printed that out
7  as well.  This was published at the same time
8  that the risk assessment was published.
9         (Plunkett Exhibit 6 marked for
10        identification.)
11 QUESTIONS BY MS. BRANSCOME:
12   Q.   All right.  We'll mark that for
13 purposes of the record as Plunkett Deposition
14 Exhibit Number 6.  We might come back to
15 those documents.
16        So returning briefly to the
17 deposition notice and the requests in
18 Schedule A, the billing information you
19 produced yesterday and then we just discussed
20 additional information with respect to that,
21 are there any other documents that you have
22 in your possession that are responsive to
23 requests identified in Schedule A that have
24 not been produced?
25   A.   I don't believe so, no.

Confidential - Pursuant to Protective Order

Page 18

1    Everything -- I do believe that there were
2    some objections filed to this, so there's
3    some things that I did not provide based on
4    that.
5         Some of the things I don't
6    have, too. I think you asked for -- maybe
7    you didn't ask for that. Usually people ask
8    for copies of old depositions, and I don't
9    keep those. And maybe you didn't ask for
10   that, but that's usually a request.
11        Let me see.
12        Q. Okay. Now, you mentioned that
13   you met with attorneys on Monday. And who
14   was present at that meeting?
15        A. So on Monday it was
16   Mr. Meadows, sitting here. Ms. Tucker,
17   Mr. Beattie, were at the meeting on Monday.
18        Q. All right. And how long did
19   that meeting last?
20        A. Probably six hours, I guess,
21   six hours with them, and then I also did some
22   other work on my own, but...
23        Q. Okay. And then you mentioned
24   that you had another meeting last night.
25        Who was present at that

Page 19

1    meeting?
2         A. So that was probably about an
3    hour, and that would have been Mr. Tisi -- or
4    maybe two hours. Mr. Tisi joined us
5    yesterday afternoon. And Mr. Golomb, too,
6    I'm sorry.
7         Q. All right. Okay. Now, looking
8    at the three reports that you have produced
9    in the litigation involving Johnson's baby
10   powder, I wanted to get an understanding of
11   how those three reports relate to one
12   another.
13        So you have the first report
14   that you produced that was dated October 5,
15   2016. I believe that was originally produced
16   in the Uhl case; is that correct?
17        A. I'm not sure the name of the
18   first case, but it was in the -- some of the
19   St. Louis cases, yes.
20        Q. All right. And when did you
21   begin work on that report?
22        A. You'd have to look at my
23   billing record, which I know was an exhibit
24   to yesterday's deposition. I believe they
25   started in 2015.

Page 20

1         Q. All right. And then you
2    produced a supplemental report earlier this
3    year, on August 29, 2018, and that's been
4    marked as Deposition Exhibit Number 3,
5    correct?
6         A. Yes.
7         Q. When did you begin work on the
8    supplemental report that you produced at the
9    end of August in 2018?
10        A. I want to say -- let's see. I
11   want to say sometime in the summer. Maybe as
12   early as May, but I believe May -- May, June
13   time frame of 2018.
14        My billing would reflect that,
15   so, again, we can pull my billing. And I
16   would have called it preparation of the
17   supplemental report in my billing.
18        Q. Okay. Why did you choose to
19   draft a supplemental expert report?
20        A. So over the time I had worked
21   on different trials here in St. Louis
22   particularly, additional documents that were
23   not cited in my original report became
24   reliance materials based on their
25   presentation at trial. So there were enough

Page 21

1    of those that I thought it was important to
2    add to the original report with additional
3    documents that I had reviewed over time.
4         Since October of 2016 through,
5    let's say, the summer of 2018, there were a
6    variety of additional documents that I had --
7    I had seen.
8         It was also my understanding
9    that during that time period Johnson &
10   Johnson had provided additional documents
11   that weren't provided or available to me in
12   2016, so additional discovery that was now
13   available to look at. So some of this is a
14   matter of additional evidence that wasn't
15   available when I wrote my initial -- my
16   initial report.
17        Q. All right. Now when you say
18   the additional documents became reliance
19   materials in trial, what do you mean by that?
20        A. So additional documents that we
21   refer to in trial that I use to support
22   opinions that weren't necessarily
23   specifically cited within the body of my
24   report or described within the body of my
25   report. They were likely on my larger

Confidential - Pursuant to Protective Order

Page 22

```
 1    reliance list, but they weren't things that
 2    were cited.
 3           In other words, if you look at
 4    my original report in -- when I say the body,
 5    the paragraphs.  I always put a reference
 6    list and then I'll have Bates numbers.  So
 7    during trial, things that were from my larger
 8    reliance list that weren't specifically
 9    discussed in my report became support for
10    different opinions that -- based on questions
11    at trial.
12       Q.   Okay.  When you say these were
13    documents that "we" refer to at trial, you're
14    referring to yourself and attorneys
15    representing the plaintiffs?
16       A.   Yes, that's correct.
17       Q.   Okay.  And understanding that
18    the purpose of today's deposition is focused
19    specifically on the MDL, then you produced a
20    report specific to the MDL on November 16,
21    2018, that we've marked as Exhibit 4,
22    correct?
23       A.   Yes.
24       Q.   When did you begin work on the
25    report that you produced specifically in the
```

Page 23

```
 1    MDL?
 2       A.    Sometime right after -- I would
 3    say early fall of 2018, sometime after
 4    this -- the supplemental report was filed.
 5    Probably right after that.
 6       Q.   Okay.  So is it fair to say
 7    that you began work on your MDL report after
 8    completing the supplemental expert report
 9    that has been marked as Exhibit 3?
10       A.   Yes, that's correct.
11       Q.   Okay.  Who was involved in the
12    drafting of the report that's been identified
13    as Exhibit 4?
14           MR. MEADOWS:  Objection.  Hang
15       on a second.
16           Are you asking about
17       communications between attorneys and
18       Dr. Plunkett?
19    QUESTIONS BY MS. BRANSCOME:
20       Q.   Dr. Plunkett, none of the
21    questions I will ask you here today are
22    intended to elicit information that's
23    protected by the attorney-client privilege.
24           So setting that aside, anything
25    that you understand to be privileged, I can
```

Page 24

```
 1    ask who the -- who was involved in the
 2    drafting of the report that was produced in
 3    the MDL?
 4           MR. MEADOWS:  Hold on just one
 5       second.
 6           Ask the question one more time.
 7       I want to make sure we're not
 8       venturing into attorney work product
 9       realm here.
10    QUESTIONS BY MS. BRANSCOME:
11       Q.   Dr. Plunkett, do you consider
12    the report that you have issued in the MDL
13    which is identified as Exhibit 4 to be
14    attorney work product?
15           MR. MEADOWS:  Objection.  Don't
16       answer that.  That calls for a legal
17       conclusion, and at this point I'm
18       going to instruct you not to answer
19       questions about how the report came
20       into be.
21           MS. BRANSCOME:  Are you
22       instructing her to refuse to answer
23       any questions that involve the
24       development of her expert report?
25           MR. MEADOWS:  I'm instructing
```

Page 25

```
 1       her not to answer your last question.
 2    QUESTIONS BY MS. BRANSCOME:
 3       Q.   Are you following your
 4    attorney's instructions, Dr. Plunkett?
 5       A.   Yes.
 6           MS. BRANSCOME:  At this point I
 7       would like to go off the record,
 8       please.
 9           VIDEOGRAPHER:  Okay.  We are
10       going off the record at 9:30 a.m.
11        (Off the record at 9:30 a.m.)
12           VIDEOGRAPHER:  We are back on
13       the record at 9:32 a.m.
14    QUESTIONS BY MS. BRANSCOME:
15       Q.   Dr. Plunkett, other than
16    attorneys, if attorneys were involved -- I am
17    not asking questions about that -- were there
18    any individuals who assisted you in preparing
19    the report that has been marked as Exhibit 4?
20       A.   There was no one that actually
21    assisted in writing the report.  I do -- when
22    I did my literature searches, I had my
23    husband help me retrieve articles that I
24    identified for retrieval, but certainly there
25    was no -- he doesn't participate in the
```

7 (Pages 22 to 25)

Confidential - Pursuant to Protective Order

Page 26

1    actual review of articles or in drafting of
2    the report.  That's all my work.
3        Q.    Okay.  And when you say that
4    your husband retrieved articles, was this
5    simply -- what information did you provide
6    him in order to enable him to retrieve a
7    particular article?
8        A.    So we use a service in Houston
9    called Loansome Doc, which is affiliated with
10   our local medical library system and also
11   with the National Library of medicine and NIH
12   libraries.  So I give him an online search
13   that I put into a clipboard.  He takes that,
14   makes the request or retrieves -- some of
15   them will be free, and so he'll actually go
16   to the websites for the -- and then put them
17   into a folder for me.
18        So he does that physical part
19   of it through the computer, but he doesn't --
20   he doesn't do the searches or decide which
21   ones to retrieve.  I do that.
22       Q.    Okay.  Did you have any
23   discussions with your husband about the
24   substantive content of the report that's
25   identified as Exhibit 4?

Page 27

1        A.    No.
2        Q.    Does he do any evaluation --
3    for example, if you were to provide him a
4    search and it generates multiple documents by
5    a given author, does he identify additional
6    articles that you might want to consider?
7        A.    Only -- he has done that, but
8    only with the streams of letters to the
9    editor.  So I ask him always if I'm pulling
10   an article.  Happens a lot at the New England
11   Journal of Medicine or some of the other
12   medical journals where there's pretty active
13   letter to the editor correspondence that
14   happens.
15        So I always say to him, "If
16   there's any citation to this through the
17   letter to the editor comments, would you
18   please retrieve those," and so he will do
19   that search to look for that.
20       Q.    Okay.
21       A.    And I'm not sure that that
22   happened in any of these articles, but I'm
23   talking my general process that we use.
24       Q.    Okay.  In terms of the
25   relationship of the three reports that have

Page 28

1    been marked as Exhibits 2, 3 and 4 to each
2    other, what is your -- what is your position
3    with respect to opinions that you have stated
4    or language you have used in Exhibits 2 and 3
5    that may not appear in Exhibit 4?
6        A.    I don't think I understand what
7    your -- what you mean by my position.  Are
8    you asking --
9        MS. PARFITT:  And I'll object
10   to that question.
11        THE WITNESS:  Are you asking me
12   to describe -- I mean, I could
13   describe for you the overlap.  I mean,
14   there's not complete overlap.  Is that
15   what you're asking me or --
16   QUESTIONS BY MS. BRANSCOME:
17       Q.    I am.  Why don't you take a
18   shot at it and then I may narrow my question,
19   but I'm just trying to understand how the
20   reports relate to one another.
21        MR. MEADOWS:  Objection.
22        THE WITNESS:  So they relate to
23   each other, I would say, based on
24   timing first, because obviously the
25   first report was two years ago, and

Page 29

1    then many more documents.  So that's
2    how the 1 and 2 relate -- or Exhibit 2
3    and 3 relate to each other.
4        In the MDL litigation, I was
5    asked to address very specific topics
6    and things because there's a -- it's a
7    different -- I don't know all of them,
8    but there's a different set of experts
9    that work in different litigations.
10        So my role in the MDL, I
11   believe, is set out based on this
12   report, whereas in the original
13   reports I may have had -- I did have a
14   broader role in some of those cases.
15   QUESTIONS BY MS. BRANSCOME:
16       Q.    Okay.  Can you describe for me
17   your understanding of your role in the MDL?
18       A.    It's my understanding that I
19   have been asked to provide opinions related
20   to the -- generally the toxicology of talcum
21   powder products, including all the individual
22   constituents that make up that product; to
23   look historically back in time about what was
24   known and when about the toxic effects of
25   talc and different constituents within talc.

Confidential - Pursuant to Protective Order

Page 30

1    And that was sort of the -- that's been --
2    I consider that sort of the meat of what I've
3    been asked to do.
4          But separate from that, another
5    part important part of my testimony or things
6    I was asked to provide was an overview of the
7    regulatory process for cosmetics and then the
8    information that accumulated scientifically,
9    how that related to what a company is
10   required to do under the regulations in order
11   to provide consumers with appropriate
12   information about the safety of the product.
13   So kind of the regulatory opinions, I guess
14   you want to call it, that area.
15         I have sections on that, and I
16   think you can see that by the different
17   sections in my report where I set out
18   different general topics.
19         And then I was also asked to
20   address some of the issues related to how the
21   information on the safety of talc has been
22   disseminated publicly and also based on my
23   review of different internal company
24   documents, both from Johnson & Johnson -- or
25   from Johnson & Johnson, Imerys, as well as

Page 31

1    the PCPC, which is the Personal Care Products
2    Council, formerly known as the CTFA, to look
3    at those interactions and how those companies
4    set about to influence the process around the
5    safety assessment of talc over the years.  So
6    different activities that happened with
7    respect to the ISRTP meetings in the '90s,
8    with respect to the NTP process at different
9    points in time.
10         The CIR process, I think I
11   cover, and I also talk a little bit about
12   IARC, I believe, as well.
13         So the interactions of the
14   industry with the science and then how that
15   science ends up getting described within --
16   either to regulators or to bodies that are
17   reviewing the science related to the
18   products.
19   Q.    You mentioned as one of the
20   categories that you were asked to opine about
21   in the MDL that you were looking to set about
22   the influence that companies may have exerted
23   over the regulatory process or PCPC.
24         When you began that analysis,
25   did you start with the predicate belief that

Page 32

1    the companies had, in fact, influenced the
2    regulators or PCPC?
3          MR. MEADOWS:  Objection.
4          THE WITNESS:  Not in my -- not
5    when I first started this process.  So
6    that is -- those opinions actually go
7    back into my original report.  So
8    that's not something, I don't believe,
9    that was not covered in my original
10   report or even in my supplemental
11   report.  I just have different -- some
12   additional documents that I have
13   reviewed.
14   QUESTIONS BY MS. BRANSCOME:
15   Q.    Okay.
16   A.    And this is something when I
17   first evaluated the case and first started
18   looking at the documents, those are opinions
19   that I had formed based on my review.
20         Certainly by the time I drafted
21   the MDL report, I think if you listened to
22   my -- read my trial testimony, you understand
23   I had those opinions at the time I started
24   writing this report.
25   Q.    Now, what I'd like to

Page 33

1    understand next is, are there -- of the
2    topics that you just identified that you
3    understand that you're offering opinions
4    about in the MDL, which, if any, of those
5    topics are in your view new as compared to
6    the opinions that you have offered that are
7    contained in Exhibits 2 and 3?
8          MS. PARFITT:  Objection.
9          THE WITNESS:  So I don't think
10   any of the MDL opinions are new.
11   QUESTIONS BY MS. BRANSCOME:
12   Q.    Okay.
13   A.    I think that they may have --
14   they may -- they may cite to additional
15   documents that haven't been cited to in the
16   first two reports, but I believe there's a
17   significant overlap even on the documents
18   that are cited.
19   Q.    And you mentioned that your
20   role in the MDL is more narrow than the role
21   you've served in other cases.
22         What topics have you opined
23   about in other cases that you are not
24   intending to opine about in the MDL?
25   A.    So I am not doing general

9 (Pages 30 to 33)

Confidential - Pursuant to Protective Order

Page 34

1  causation in the MDL, although I am indeed
2  providing opinions on certain aspects of the
3  cause and effect relationship such as -- you
4  know, I talk about biologic plausibility,
5  underlying knowledge about different
6  toxicities of the compounds over time, but
7  I'm not doing a full causation analysis in my
8  MDL report, and hopefully you see that when
9  you read the report.
10      Q.   So as you sit here today,
11  Dr. Plunkett, you are not intending to offer
12  the opinion in the MDL that Johnson's baby
13  powder causes ovarian cancer; is that
14  correct?
15      A.   Not in those words.  I think if
16  you read my report, I talk about the
17  fact that Johnson -- it's my opinion that
18  Johnson's baby powder increases the risk of
19  cancer -- ovarian cancer, which is a
20  different assessment than the way you stated
21  it.
22      Q.   All right.  And it is -- as you
23  sit here today, Dr. Plunkett, is it your
24  understanding that you are not being offered
25  to give a, as you termed it, a general

Page 35

1  causation opinion in the MDL, correct?
2      A.   That's my understanding, yes.
3      Q.   Now, you mentioned that the
4  analysis as to whether a substance increases
5  the risk of a particular outcome is different
6  than a causation analysis.
7          Can you explain to me what you
8  meant by that?
9      A.   So I discussed this yesterday
10  in my deposition.  There's -- there's a
11  process called risk assessment.  Sometime --
12  in the area of consumer products you can also
13  refer to it as safety assessment.  And then
14  there's the process of what I call general
15  causation analysis, or full causation
16  analysis.
17          So even though the types of
18  information that are considered may overlap
19  between those two, the outcome or the
20  statements or the -- the way you go about
21  assessing the information is a bit different.
22      Q.   Explain to me how they're
23  different.
24      A.   So in a risk assessment, the
25  process starts with setting out some basic

Page 36

1  principles of, first, is there a hazard, is
2  the first step.  Is there a hazard that would
3  be relevant to human health.
4          Then looking at the data and
5  determining whether that -- that body of data
6  allows you to either quantify risk in some
7  way or to qualitatively shows you that
8  there's a change in risk based on exposure to
9  the product.
10          So your statement may be as
11  simple as there's an increased risk, or you
12  can take data in a risk assessment and do a
13  quantification such as in a -- a cancer risk
14  assessment based on an animal data set.  You
15  might actually calculate a cancer potency
16  factor, for example.  Those kinds of things.
17  That's another application of risk
18  assessment.  Same basic process but focusing
19  just, for example, on one study.
20          My human health risk assessment
21  or safety assessment, like the causation
22  analysis, does look across all kinds of data,
23  but my goal was not to analyze the data under
24  the Hill considerations, which is what I
25  would typically do, in order to go through

Page 37

1  the process of making that final opinion that
2  indeed baby powder -- exposure to baby powder
3  through genital application is a cause of
4  ovarian cancer in women.  That's -- to me,
5  that's a different way to go about thinking
6  about the question that you have to answer.
7          And also the -- some of the
8  data that you evaluate is evaluated a bit
9  differently.  So, for example, in my
10  increase -- in my issue of increased risk, I
11  use the epidemiology as supporting evidence,
12  but I'm really focused on -- on -- more on
13  the underlying sort of the biologic
14  information that we have that identifies
15  hazard and risk.  So looking at the animal
16  data, the exposure potential for the product,
17  and then using that along with what we know
18  with the human experience to characterize
19  risk.
20      Q.   Is there a different level of
21  certainty required to render a causation
22  opinion than to render an opinion that
23  there's an increased risk?
24      A.   I don't know that I'd describe
25  it quite that way but -- because to me it's a

10 (Pages 34 to 37)

Golkow Litigation Services - 877.370.DEPS

Confidential - Pursuant to Protective Order

Page 38

1    different process.  I certainly have to be
2    just as certain about what I say about risk
3    when I do a risk assessment as I do about --
4    as I do when I'm doing a causation analysis.
5         I don't -- maybe you mean
6    something else, so maybe you can -- I mean,
7    I -- I certainly use the same basic standards
8    in my mind, how I weigh evidence to do the
9    different processes, but I go about them in a
10   little bit different way when I do a risk
11   assessment versus -- versus a causation
12   analysis.
13        Q.    In your view, does the strength
14   of the evidence have to be greater in order
15   to determine that an agent causes a disease,
16   for example, than it does simply to say that
17   an agent increases the risk of a particular
18   outcome?
19             MR. MEADOWS:  Objection.
20             THE WITNESS:  I don't think
21        I've ever thought about it that way.
22        I would say to you that strength --
23        the strength of the association is a
24        consideration under Hill that you
25        apply the epidemiology data mainly, so

Page 39

1        that is a different consideration
2        under causation than you do -- as you
3        would do it in a risk assessment.
4             But the strength of the
5        evidence, it's still a judgment based
6        on your experience and training as far
7        as whether or not there is enough
8        information to be able to say that you
9        believe that there is -- enough
10       information to say that the risk is
11       increased based on that exposure and
12       those conditions and whatever the
13       toxicity profile of that compound is.
14   QUESTIONS BY MS. BRANSCOME:
15        Q.    Okay.  We'll get into this more
16   a little bit later, but when you say that a
17   risk is increased, is there a threshold level
18   of increase that you need to see in order to
19   render an opinion in a court of law that an
20   agent increases the risk of a particular
21   outcome?
22             MR. MEADOWS:  Objection.
23             THE WITNESS:  So I need you to
24        define what you mean by threshold.
25        Are you asking me a specific

Page 40

1        statistical test you would apply, or
2        what are you asking?
3    QUESTIONS BY MS. BRANSCOME:
4        Q.    So understanding that for the
5    most part if you're looking at statistical
6    significance, you're looking whether the
7    confidence interval crosses 1.
8             Are you following?
9        A.    Yes, I know that, yeah.
10       Q.    All right.  And so when you're
11   evaluating, though, whether a particular
12   substance, in this case Johnson's baby
13   powder, increases the risk of an outcome,
14   again, in this case ovarian cancer, would it
15   be sufficient for you if that increase was
16   .01 percent, for example?
17            MR. MEADOWS:  Objection.
18            THE WITNESS:  That doesn't make
19       sense to me, an increase of .01
20       percent, but maybe I can answer it
21       this way for you based on what you've
22       laid out there.
23            Certainly when I do a risk
24       assessment and I make it -- if I'm
25       going to make the conclusion that I

Page 41

1        believe that it's my opinion to a
2        reasonable degree of scientific
3        certainty that exposure to baby powder
4        in women increases the risk of cancer,
5        I'm having to rely on -- I do rely on
6        data that allows me to draw
7        conclusions because either there's a
8        statistical significant finding found
9        or the -- there's a consistency among
10       the pattern of the data that shows
11       there's information that fits together
12       consistently.  And maybe -- you want
13       me to explain what I mean by that?
14       No?
15            Whereas I think what you're
16       asking is when an epidemiologist
17       applies -- looks at a body of -- in a
18       causation analysis looks at a body --
19       and I do this, too -- looks at a body
20       of epidemiological studies and you
21       weight the studies, obviously you're
22       weighting the studies differently
23       based on whether they have shown
24       statistical significance or not,
25       right?

11 (Pages 38 to 41)

Confidential - Pursuant to Protective Order

Page 42

1    And it isn't that it's a one to
2  one.  If you have one positive and one
3  negative, that isn't how you may
4  decide to finally weight that
5  evidence, but certainly you have to
6  consider whether or not what was seen
7  or reported is showing you something
8  reliable -- or you can make a
9  statement reliably about whether or
10  not that finding was biologically
11  significant.  And biologically
12  significant would typically be linked
13  to a finding that has statistical
14  significance in an epi study unless
15  the study was not designed to be able
16  to answer the question properly.
17    So -- and I've discussed that a
18  little bit yesterday with Mr. Smith on
19  the issue of power to detect.  So
20  that's something you do consider in
21  epi.
22    But, yes, statistical
23  significance certainly goes into your
24  weight of the evidence there.
25

Page 43

1  QUESTIONS BY MS. BRANSCOME:
2    Q.   Okay.  You talked about you're
3  intending to offer an opinion with respect to
4  what a company is required to do under the
5  regulations; is that correct?
6    A.   Yes.
7    Q.   Okay.  What regulations are you
8  specifically referring to?
9    A.   So cosmetic regulations that
10  exist within -- so it's the entire process as
11  I describe how cosmetic -- what -- are
12  cosmetics subject to regulation by FDA?  Yes.
13  What are the types of things that companies
14  have to do before they're marketed, what does
15  the company have to do once the product is on
16  the market, those kinds of things.
17    Q.   Have you ever worked directly
18  for any regulatory agency?
19    A.   No, I have not.
20    Q.   And suffice it to say you have
21  never been in a decision-making position
22  within a regulatory agency, correct?
23    A.   That's correct, I have not.
24    Q.   Have you ever been in a
25  decision-making position with respect to a

Page 44

1  company evaluating compliance with FDA
2  regulations with respect to cosmetics?
3    A.   Yes.
4    Q.   Okay.  What is your experience
5  with respect to that?
6    A.   So that's -- one of the clients
7  that I currently work for where I am asked to
8  provide input on advertising, promotion and
9  labeling of some of the products and then
10  also some of the ingredients that are being
11  promoted for use to -- to produce cosmetic
12  products.  So it's the idea of providing that
13  advice over my understanding of the
14  regulations what can be said and can't be
15  said about certain ingredients.
16    This company is involved in
17  making both ingredients but also some
18  finished products now based on -- it's a
19  large company that owns a lot of little
20  subsidiaries.
21    Q.   My question, though,
22  Dr. Plunkett, was, have you ever been in a
23  decision-making position for a company
24  evaluating compliance with FDA regulations
25  with respect to cosmetics?

Page 45

1    MS. PARFITT:  Objection.  Asked
2  and answered.
3    THE WITNESS:  So that's what
4  I'm saying.  They're relying on my
5  input to make a decision on what will
6  go in the materials.
7  QUESTIONS BY MS. BRANSCOME:
8    Q.   Do you have decision-making
9  authority within that company or, as you
10  described it, are you providing advice and
11  input?
12    A.   I'm providing advice, but the
13  things I'm advising on are the things that
14  happened.  So in other words, they don't have
15  anybody in the company that understands the
16  process of what they can say.  So I -- I
17  advise them that you need to remove this
18  language or that this is more appropriate
19  language.  They make those changes, and then
20  that is what is done.
21    So I agree, I'm not an employee
22  of that company.  I am a consultant working
23  with the company, but it is a little
24  different than some of the work that I do
25  where I -- what I -- the advice that I'm

12 (Pages 42 to 45)

Confidential - Pursuant to Protective Order

Page 46

1   giving is actually something that I know
2   actually happened.  Sometimes you give advice
3   to companies, but it doesn't -- we have no
4   idea whether the company actually follows our
5   advice.
6        Q.    My question is slightly
7   different, Dr. Plunkett.
8             If you were to give advice to
9   the company that you've referenced as having
10  experience with cosmetic regulation
11  compliance that that company chose not to
12  follow, that company has the ability to
13  ignore your advice, correct?
14       A.    Yes, I would imagine that they
15  could do that.
16       Q.    Okay.  Have you ever drafted
17  regulations that relate to cosmetics?
18       A.    Actually drafted a regulation?
19  No, I have not.
20       Q.    All right.  You reference in
21  your report language out of 21 CFR 740.1, and
22  specifically -- you reference it in a few
23  places.  And I can direct you specifically to
24  paragraph 22 in Exhibit 4.
25       A.    Yes.  I'm there.

Page 47

1        Q.    All right.  And do you see here
2   you have replicated language from 21 CFR
3   740.1 that reads, "The label of a cosmetic
4   product shall bear a warning statement
5   whenever necessary or appropriate to prevent
6   a health hazard that may be associated with
7   the product"?
8             Do you see that?
9        A.    Yes.
10       Q.    And you added emphasis on
11  particular portions of this sentence,
12  correct?
13       A.    Yes, I did that, exactly.
14       Q.    All right.  Now there's a
15  clause in this sentence that states,
16  "Whenever necessary or appropriate."
17            Do you see that?
18       A.    Yes.
19       Q.    You did not emphasize that
20  language; is that correct?
21       A.    That's correct, I did not.
22       Q.    What is your understanding
23  as -- what you describe as an FDA regulatory
24  specialist of the meaning of "whenever
25  necessary or appropriate" in 21 CFR 740.1?

Page 48

1        A.    So it's -- first off, you would
2   use the common English language definition.
3   I don't believe that those -- I haven't seen
4   a definition separate within the regulations.
5   Sometimes there will be.
6             So based on that and my
7   experience and the looking into what others
8   have described about this, this is the idea
9   of considering how the product is used, is
10  one of the -- one of the concerns that you
11  have, and whether or not the -- based on how
12  the product is used and how the product is
13  being sold, that in order to prevent a health
14  hazard, a warning hazard -- a warning
15  statement would be needed.
16       Q.    Can you cite to me any language
17  within the regulation or even supporting
18  documentation, a comment, something of that
19  nature, that would define "whenever necessary
20  or appropriate" with respect to how the
21  product is used?
22            MS. PARFITT:  Objection.
23            THE WITNESS:  I don't think I
24  understand your question.
25            Are you asking me to cite to a

Page 49

1   reference or a part of the regulation
2   where they explain it, or what are you
3   asking me?  Guidance document or --
4   QUESTIONS BY MS. BRANSCOME:
5        Q.    Yes.  Can you point me to
6   anything other than your personal view of the
7   interpretation of this language that would
8   tie the requirement "whenever necessary or
9   appropriate" to how a product is used?
10            MS. PARFITT:  Objection.  Form.
11            THE WITNESS:  I'll have to go
12  look for you whether there's a
13  guidance that states it that way.
14  This is based on my experience in
15  dealing with the products in the past.
16            I think that's also consistent
17  with what is described, I would say to
18  you, within -- it's consistent -- what
19  I'm describing to you, it's consistent
20  as well with how the CIR standard for
21  safety assessment is done, looking at
22  the issue of the -- of the -- of the
23  use.
24  QUESTIONS BY MS. BRANSCOME:
25       Q.    When you say that you're basing

13 (Pages 46 to 49)

Confidential - Pursuant to Protective Order

Page 50

1    your interpretation of the clause "whenever
2    necessary or appropriate" on your personal
3    experience, can you point me to something
4    specific?
5         MS. PARFITT:  Objection.
6         THE WITNESS:  Are you asking
7    me -- are you asking me if I've ever
8    had a company that I worked for that
9    that particular clause in here was
10   extremely important to how we
11   interpreted it?  I don't think I can
12   point you to that.  I don't recall
13   ever having to do that specifically.
14        Or is it something different
15   you're asking me?
16   QUESTIONS BY MS. BRANSCOME:
17        Q.   Dr. Plunkett, I asked you what
18   your basis was for interpreting the language
19   "whenever necessary or appropriate" means
20   that it's related to how a product is being
21   used, and the answer that you provided was
22   that it was based off of your personal
23   experience.
24        So I'm asking you, what is that
25   personal experience that gives you the basis

Page 51

1    for that specific interpretation?
2         MR. MEADOWS:  Objection.
3         MS. PARFITT:  Objection.
4         THE WITNESS:  So it's in my
5    experience in dealing with companies
6    that make products and what types of
7    warnings are put or not put onto -- or
8    not -- or on labeling.  So I don't
9    know how else to answer it other than
10   that.
11        I can go back and look at the
12   guidance documents to see if that is
13   described in another way, but I don't
14   recall that.
15   QUESTIONS BY MS. BRANSCOME:
16        Q.   So as you sit here today,
17   you're not able to provide me either with a
18   third-party document or an independent
19   document interpreting "whenever necessary or
20   appropriate" as you've suggested today, nor
21   can you give me specific example from your
22   personal experience; is that correct?
23        MS. PARFITT:  Objection.
24        THE WITNESS:  Well, I
25   certainly -- I'd have to go back and

Page 52

1    look at my documents in order -- the
2    first part of your question, I'd have
3    to go back and look.  Off the top of
4    my head, I can't tell what I would
5    point you to.
6         On the second one, I think I
7    was telling you, is I don't -- I've
8    never -- I don't have a client that
9    I've worked for where that part of the
10   language was the only issue that I had
11   to deal with when I'm looking at
12   whether or not the product needs a
13   warning or not.
14        So typically -- I'm just
15   telling you that when I have looked at
16   labeling for products and looked at
17   the issue of does it need a warning
18   statement, when I'm reading it as
19   "whenever necessary or appropriate,"
20   I'm looking at whether or not the
21   ingredient that I'm concerned about
22   within the product, how that is used
23   or what the exposure pattern would be,
24   route of exposure, how those things
25   might relate to how I would assess the

Page 53

1    safety issue at hand.  And so that's
2    what I'm trying to tell you.
3    QUESTIONS BY MS. BRANSCOME:
4         Q.   Okay.  You also have --
5    changing topics a little bit, in this -- in
6    your report marked as Exhibit 4, if you could
7    turn to paragraph 10.
8         On page 7, you state on the
9    first paragraph on page 7, "In other
10   instances I have directed others to perform
11   searches on my behalf," and this is with
12   respect to identifying documents for review
13   in forming your opinions.
14        What did you mean by that?
15        A.   So in addition to doing my own
16   searches of the database, sometimes I -- I
17   have called the attorney's office and asked
18   them to -- to do a search for certain things
19   that I'm looking for to add to.  So in other
20   words, I have a document I've identified.
21   I'm looking for other documents like that in
22   the large millions and millions of documents
23   that are available.  And so sometimes I will
24   ask attorneys to do -- to look in the
25   database for other documents like the ones

14 (Pages 50 to 53)

Confidential - Pursuant to Protective Order

---

Page 54

1 that I've identified.
2 Q. And without getting into
3 anything that would be -- that would call for
4 information protected by the attorney/client
5 privilege or attorney work product, what
6 percentage of the overall searches for
7 relevant documents from these particular
8 databases that are discussed in paragraph 10
9 would you say that you have done yourself as
10 opposed to directed others to do?
11 A. Well, initially when I first
12 started searching, those were my own searches
13 exclusively. I would say that more recently,
14 in the last year, since I haven't added any
15 real new areas but there's new documents that
16 have become available, so anything -- any of
17 the searches probably in the last year that
18 dealt with new discovery that was produced, I
19 would have asked the attorneys to do some of
20 the searching in that for me. Like I'm
21 looking for documents that are similar to
22 this document that I cited in my original
23 report around this same frame that may be
24 discussing this same topic area.
25 So in the last year I have

---

Page 55

1 asked them to do that more than I have done
2 it, but initially it was what I did
3 initially.
4 Q. Okay. Do you keep any records
5 of the various document searches either that
6 you have performed or you have asked to be
7 performed?
8 A. No, I don't. My record would
9 be -- the initial -- the record would have
10 been what I listed in my reliance list for
11 you in the initial report, but since then it
12 would just be what is going to be changing
13 within my reliance list, looking at
14 additional documents. That's the only way I
15 could identify for you. That would be my --
16 my trail to know what was new and what was
17 not.
18 Q. My question is slightly
19 different. Understanding that you have
20 provided to some extent a record of the
21 documents, my question is: Do you have any
22 type of record for the nature of the
23 searches, what it was that you set out to
24 identify in the database and how did you go
25 about finding those documents?

---

Page 56

1 A. So that might cross over into
2 work product because it's not my database,
3 but I don't know how to answer that. I mean,
4 I'm sure -- it's very possible that in the
5 database you can track that, but I -- I don't
6 know.
7 MR. MEADOWS: Okay.
8 THE WITNESS: I don't have
9 anything saved on my computer that
10 way, but when you go to the database
11 itself, it's possible you could track
12 that. I just don't have a record on
13 my computer in my office.
14 QUESTIONS BY MS. BRANSCOME:
15 Q. When you made the decision at
16 some point in time -- it may have been even
17 prior to you issuing your first report --
18 that you wanted to look at company documents,
19 did you set out specific categories of
20 documents that you wanted to review?
21 A. Not so much categories but key
22 words. So -- and areas. I guess areas is
23 what I -- yes, I was focusing, for example,
24 in my initial report on documents that
25 described what was known -- what the company

---

Page 57

1 was discussing about cancer, ovarian cancer,
2 cancer generally. So that was a key word
3 used.
4 And then I also was linking
5 that in different searches with different
6 time periods such as the NTP review process
7 and dates. You can, you know, narrow down by
8 dates or by the CIR process. Those kinds of
9 things.
10 So I did start with that,
11 trying to understand what -- what is -- what
12 was in the company files or in the files I
13 had access to, the database, that dealt with
14 those kinds of things because those aren't
15 things that I could get to publicly.
16 Obviously in the literature. So I had to --
17 if I wanted to understand what the company
18 knew, I had to go into their database to find
19 out, you know, what they knew -- what they
20 knew or were discussing over time about the
21 ovarian cancer issue or about asbestos in
22 talc or about CIR process, things like that.
23 Q. Using the reports that you have
24 produced, Exhibits 2, 3 and 4, really, and
25 the full -- the entirety of the materials

---

Confidential - Pursuant to Protective Order

Page 58

1    that you have produced in the MDL, is there
2    any way that someone reviewing those
3    documents, and those documents alone, could
4    replicate the searches that you have
5    conducted in the company databases?
6            MR. MEADOWS:  Objection.
7            THE WITNESS:  I don't know.
8        That's a good question.  I've never
9        thought about whether you could
10       replicate or not.
11           I mean, I think I've told you
12       what I did.  My strategy was to focus
13       on topic areas.  So I think you
14       might -- by topic areas, if you use
15       the same kinds of topics areas as
16       described, I think you would come up
17       with documents that -- what it focused
18       down to.
19           For example, I also would
20       sometimes, as linking those words, I
21       might put in J&J documents only or
22       Imerys documents only, because the
23       database has a variety -- and the
24       PCPC.  There's some different ways by
25       the Bates numbers that you can

Page 59

1        segregate documents as well.  But I
2        don't know other than that.  That's
3        all I can tell you.
4    QUESTIONS BY MS. BRANSCOME:
5        Q.   You would agree with me that
6    your report does not contain a complete
7    explanation of the process by which you
8    identify company documents to review,
9    correct?
10       A.   I haven't laid out my search
11   structure, that is true.
12       Q.   All right.  Now, the articles
13   that you have listed on your reliance list,
14   have you read each and every one of those
15   articles?
16       A.   Unfortunately, yes, over time I
17   have.  Some of them I have only read parts of
18   them.  For example, if I started reading a
19   document and I felt that it was something I
20   pulled that really wasn't directly on point
21   for an area I'm covering, I may not have read
22   every word, but certainly I have been through
23   each of those, yes.
24       Q.   Are there any articles in your
25   reliance list, that you maintained on your

Page 60

1    reliance list, that you read, but then once
2    you started reading decided weren't relevant
3    to the opinions that you were offering?
4        A.   I would have to look to answer
5    that for you.  I don't know.  If you want me
6    to do that, I'd have to look.
7        Q.   I ask you more as a process
8    matter.
9        A.   Oh.
10       Q.   If you pull an article and you
11   start reading it and you realize that it is
12   not relevant to the opinions that you offered
13   in this case, the example that you just gave,
14   is it something that you would include in
15   your reliance list?
16       A.   Yes, I -- I have given you
17   everything I retrieved.  So if I retrieved
18   it, you would have, yes, absolutely.
19       Q.   Okay.  So it's fair to say of
20   the articles that are on your reliance list,
21   you could not say as you sit here today that
22   you have read each and every word of each and
23   every one of them, correct?
24       A.   That's correct.  And I could
25   probably tell you -- I could give you a

Page 61

1    little guidance in that possibly if I went to
2    my list, I could try to pull some out that I
3    recognize, but that's all I would be able to
4    do for you.
5        Q.   Okay.  How did you go about
6    identifying what articles you wanted to
7    review in forming your opinions in the MDL?
8        A.   So first off, I went back to
9    what I already had.  So my MDL report is a --
10   is a compilation of a lot of material that's
11   in my first few reports.  That was the basis
12   for some of the things that went into it.
13           So I didn't -- I did do,
14   though, a updating on literature searches for
15   the MDL report, looking for anything new, for
16   example, in the area, especially the area of
17   cancer data or reports of dealing with
18   ovarian cancer either -- or any articles
19   dealing with the link between inflammation
20   and cancer, ovarian cancer, generally.
21   That's one of the areas I updated looking at.
22           And then I did -- I don't think
23   I did any large, new searches, however,
24   because honestly the areas covered here are a
25   little narrower than what was covered here.

16 (Pages 58 to 61)

Confidential - Pursuant to Protective Order

Page 62

1    I don't believe that there was any from the
2    published -- the publicly available medical
3    literature.  There wasn't a need to do a
4    whole new area of search.  It was more
5    updating the things that I've done in the
6    past.
7            So it's a real easy search to
8    update because you can just put in talc and
9    cancer and just look at -- get lots, but you
10   can then just start chronologically and look
11   what was published in the last year, for
12   example.
13       Q.   Okay.  Earlier when we were
14   discussing the fact that you in some
15   instances have asked your husband to pull
16   articles, have you maintained any records of
17   the searches that you have done with respect
18   to scientific literature, including the
19   searches that you have asked your husband to
20   do?
21       A.   I have not.  It's possible that
22   there are records on billing from the library
23   that tells you how many it searched at
24   different times, but that is the only
25   records, because we do have to pay the

Page 63

1    library for the retrieval.
2        Q.   Okay.  And if I understood what
3    you said earlier correctly, you indicated
4    that any article you have ever pulled for
5    review, you have listed on your reliance
6    list; is that correct?
7        A.   Yes.  And when I -- and let's
8    just make sure we're talking about the same
9    thing.
10           So, you know, in my reports I
11   typically have articles cited in the report
12   separate from the reliance list.  So I'm
13   talking about the reliance list, right?
14   Okay.
15           So -- because I do -- I do
16   usually -- I don't know whether I did that in
17   this report, but I typically have a list of
18   articles cited at the back called references,
19   that is, things that you're actually seeing
20   in the report body, and then there should be
21   a separate reliance list sent to you as an
22   appendix.  I don't know what the appendix
23   was.
24       Q.   Well, so then let's clarify
25   that.  So, Dr. Plunkett, when you're

Page 64

1    referring to the reliance list, are you
2    referring to the list of articles that begins
3    on page 40 of Exhibit 4, or is there a
4    separate document?
5        A.   There's a separate document.
6    So it -- that's -- I usually call reliance
7    list the separate document.  I call this
8    references cited.  So I apologize for that
9    confusion.
10           So these, I have read every
11   word.  If it's in my reference list, those
12   are not an issue of not having read every
13   word, and these should all be cited somewhere
14   in the report.
15       Q.   Okay.  If you could turn to
16   paragraph 21 in your initial report.
17       A.   Yes, I'm there.
18       Q.   Okay.  So we're looking at
19   paragraph 21 in Exhibit 2.  This is on
20   page 10.
21           Do you see there is a sentence
22   here that refers to -- it's referring
23   generally to the topic of the ability of talc
24   to migrate from the site of application to
25   the ovaries.

Page 65

1            Do you see that?
2        A.   Yes.
3        Q.   And then the next sentence
4    states, "This issue was discussed by
5    scientific and regulatory bodies that review
6    the toxicokinetics of talc."
7            Do you see that?
8        A.   Yes.
9        Q.   And in parentheses it
10   identified EPA 1992, IARC 2010, and CIR 2013.
11           Do you see that?
12       A.   Yes.
13       Q.   Okay.  And then if you could
14   turn to Exhibit 4, which is your MDL report,
15   at paragraph 43.  It's on page 28.
16           Are you with me?
17       A.   Yes, I am.
18       Q.   You see that the exact same
19   sentence appears -- well, not the exact same.
20   It's been slightly modified to combine the
21   first two sentences.  But here you cite only
22   to EPA 1992 and IARC 2010.
23           Why did you remove CIR 2013?
24       A.   Because of my further
25   evaluation since my initial report in 2016 of

17 (Pages 62 to 65)

Confidential - Pursuant to Protective Order

Page 66

1  the process that was involved in the drafting
2  of the CIR and the actual production of the
3  report.
4      Q.   Is it your position that the
5  migration of talc was not evaluated as part
6  of CIR 2013?
7      A.   No.  That's not my position,
8  no.
9      Q.   Okay.  And so would the
10 sentence that's contained in paragraph 43 in
11 Exhibit 4, which is your MDL report, if you
12 cited to CIR 2013 in the parenthetical there,
13 would that not be an accurate citation?
14     A.   I believe it would not be an
15 accurate citation because I have formed
16 opinions about the reliability of that
17 document at this point in time.
18          So it has to do with -- I'm
19 citing to authorities here that I believe are
20 reliable as far as the discussion that I see,
21 and it's a different -- I have a different
22 opinion now about the CIR report, which I lay
23 out in pretty detail, I think.
24          In fact, if you go to my
25 section following this now in -- you'll

Page 67

1  understand one of the issues I had was the --
2  the difference in the evidence that was
3  actually available once you dig into it a
4  little further versus what they actually
5  reviewed.  That's one of the issues.
6      Q.   And I'll follow up with some
7  more questions about the CIR, but my question
8  here is, the sentence in your report simply
9  states, "The migration of talc internally
10 after perineal application was discussed by
11 scientific and regulatory bodies that review
12 the toxicokinetics of talc."
13          Would it be inaccurate to say
14 that as part of the CIR 2013 process that
15 body did, in fact, discuss the migration of
16 talc internally after perineal application?
17     A.   It is true that they did
18 discuss it.  I just have an issue with the
19 reliability of their findings.
20     Q.   And so you made the decision to
21 just remove it from the citation; is that
22 correct?
23     A.   Yes, at this point -- at this
24 point, at this report, that's exactly right.
25     Q.   All right.  And then I had

Page 68

1  another question.  In paragraph 43, you added
2  two studies from your prior -- that were --
3  that did not appear in your prior report, and
4  it was Gardner 1981 and Edelstam 1997.  This
5  related to animal studies showing that in
6  some species talc can migrate from the lower
7  to the upper genital tract?
8      A.   Yes.
9      Q.   Okay.  Were those studies that
10 you were aware of before drafting your prior
11 reports?
12     A.   I don't know that they -- I
13 can't answer that without looking at my
14 reliance materials for the original report.
15 I did identify additional articles, and
16 there's also additional articles cited here
17 in earlier paragraph 43 that were not cited
18 in my original report as well.  I don't think
19 I had the -- the Kunz article then cited.
20 I'd have to go back and look.
21          So it's possible that they were
22 in my -- when I say my reliance materials, my
23 original report also had a larger list of
24 literature I didn't cite.  So I'd have to
25 look.  I can't tell you whether I had them or

Page 69

1  I did not.
2      Q.   Okay.  With respect to Edelstam
3  1997 study, do you happen to know the title
4  of that article?  Even an approximation would
5  work.
6      A.   It'll be -- should be back
7  here.  Just a second.  If it's not here,
8  that's a mistake.
9          Oh, here it is.  "Retrograde
10 migration of starch in the genital tract of
11 rabbits."
12     Q.   So you are citing that article
13 for the proposition that animal studies have
14 demonstrated that talc can migrate from the
15 lower to upper genital tract?
16     A.   Yes, I'm citing it because it's
17 relevant to the issue of particle migration,
18 which talc is a particle.  So, yes, that's
19 correct.
20     Q.   Okay.  But that study did not
21 specifically deal with talc migration,
22 correct?
23     A.   No.  Well, it -- it's relevant
24 to talc migration, but you're exactly right,
25 they looked at the starch migration, yes.  Or

Confidential - Pursuant to Protective Order

Page 70

1    particles that were starch, yes.
2        Q.    We'll cover this in more
3    detail, but is it your opinion that all
4    particles have similar characteristics with
5    respect to their ability to migrate in the
6    genital tract?
7        A.    It's my -- I don't know if I'd
8    state it quite that way.  What I would say is
9    that the evidence shows that particles
10   generally have the ability to move up the
11   reproductive tract in women, yes, and that if
12   a particle is one that is similar to talc or
13   some of the other ones where the information
14   has been collected, I would characterize that
15   as being within that, quote/unquote,
16   relevance of particles.
17           That doesn't mean all
18   particles, but certainly in the ones that I
19   have looked at and the data I've relied upon,
20   there's a variety of different types of
21   particles or substances that have been
22   studied and shown to be able to migrate.
23       Q.    So let's take Edelstam 1997 as
24   an example.
25           Did you do any analysis that

Page 71

1    you can point me to that establishes that
2    starch would have a similar migration pattern
3    as talc?
4        A.    So I would say that the paper
5    itself shows -- talks about the movement of
6    starch, but are you asking something
7    different?
8            Are you asking me have I done a
9    specific analysis of any differences that may
10   occur between the migration pattern of starch
11   and talc?  Is that what you're asking me?
12       Q.    That is what I'm asking you.
13       A.    I certainly didn't do an
14   in-depth analysis of the differences, no, but
15   based upon my review of the literature, I
16   believe that that paper is relevant to the
17   overall question of migration of particulate
18   through the reproductive tract, including
19   particles of talc.
20       Q.    Regardless of whether or not it
21   was an in-depth analysis, can you point me to
22   anything other than just your belief after
23   having read these articles that starch and
24   talc would have similar migratory
25   characteristics in the human or animal

Page 72

1    genital tract?
2            MS. PARFITT:  Objection.
3            THE WITNESS:  Again, I haven't
4    done an in-depth analysis.  I mean, as
5    a toxicologist, there are differences
6    between starch and talc, absolutely.
7    For example, starch would -- I would
8    expect to be more easily solubilized
9    within fluids, and so that could
10   affect the ability of them to actually
11   not migrate as well as a talc
12   particle, which would be less soluble
13   than the starch would be.
14           And there's -- I even --
15   there's a paper I have in here, and I
16   can look for it if you want, that
17   talks about that difference, and it's
18   one of the issues of cornstarch versus
19   talc, on whether or not you would
20   expect to get the long-term chronic
21   responses with the difference between
22   those two substances.
23           So I do think there's
24   difference, absolutely, as
25   toxicologists generally.  And the only

Page 73

1    reason I'm citing this paper is
2    because I'm trying to be complete
3    about people that have looked at this
4    issue.  And certainly it was a study
5    that looked at this issue and talks
6    about the movement.
7            But I wouldn't expect starch
8    and the talc to have the same
9    liabilities, and I also wouldn't
10   expect them to move exactly the same
11   speed maybe.  That's very true.
12   QUESTIONS BY MS. BRANSCOME:
13       Q.    So you would agree with me that
14   Edelstam is not a study demonstrating that
15   talc can migrate from the lower to upper
16   genital tract, correct?
17           MS. PARFITT:  Objection.  Form.
18           THE WITNESS:  I wouldn't say it
19   that way.  What I would say instead is
20   that Edelstam is a study that forms
21   the overall weight of the evidence for
22   the ethics -- for the studies that are
23   available that address the issue of
24   migration, but certainly it is not
25   studying talc.  So I don't disagree

19 (Pages 70 to 73)

Confidential - Pursuant to Protective Order

Page 74

1  with you there.
2      Unfortunately, the majority of
3  the information that I have relied
4  upon, and others such as the FDA in
5  making their statements about
6  migration, is not all directed studies
7  just to talc. It's looking at the
8  issue of particle movement.
9  QUESTIONS BY MS. BRANSCOME:
10     Q.   Now, in terms of doing your
11 risk assessment -- well, let me get back. We
12 covered this earlier, and I want to return to
13 it for a moment. Just to confirm: For your
14 work in the MDL, you did not do a Bradford
15 Hill analysis, correct?
16     A.   I did not sit down and do a
17 Bradford Hill analysis when I started writing
18 this report. I have done a Bradford Hill
19 analysis in the past, which is in my original
20 reports, but I certainly did not redo a
21 Bradford Hill when I sat down to draft my MDL
22 report, that is true.
23     Q.   Okay. Let me be more precise.
24     In the report that you have
25 produced that contains a description of your

Page 75

1  opinions in the MDL, you have not set forth a
2  Bradford Hill analysis in that document which
3  is identified as Exhibit 4, correct?
4      A.   That is true, yes.
5      MS. PARFITT: Objection.
6  QUESTIONS BY MS. BRANSCOME:
7      Q.   And in fact, the paragraph that
8  you -- or paragraphs that you have in your
9  prior reports that reference a Bradford Hill
10 analysis, those have not -- those have
11 actually not been replicated in any form in
12 Exhibit 4, correct?
13     A.   Yes, because, again, it was not
14 my role to do general cause.
15     Q.   Okay. So then when we look at
16 the methodology that you employed in reaching
17 your opinions that are contained here in
18 Exhibit 4, how would you characterize the
19 methodology?
20     A.   As I have in the report. I
21 talk about it being a risk assessment or a
22 safety assessment, that you could use those
23 terms interchangeably here. And then I've
24 also used a weight of the evidence as a tool
25 to go through the different steps of the risk

Page 76

1  assessment.
2      Q.   Okay. What publication would
3  you direct me to that has used the same
4  methodology that you have used to reach your
5  opinions in Exhibit 4?
6      A.   I think I cite you to -- cite
7  you to some of those. You could -- well, the
8  directly relevant one would be looking at the
9  chapter on risk -- toxicology in the
10 reference manual on scientific evidence.
11     You can also go to the NRC
12 report where they -- it lays the
13 different steps that you use when you kind of
14 break data apart into exposure versus
15 response information.
16     And then I cite to -- there are
17 some guidance documents that I cite to, and
18 this is in paragraph 13. And I'd have to
19 pull them out again to tell you which ones
20 relate to different pieces because some of
21 these are -- some of these documents are
22 specific to only, for example, maybe one part
23 of what I did.
24     But certainly the risk
25 assessment process at IARC is -- they do what

Page 77

1  I call a hazard assessment. They identify
2  hazard and they couldn't quantify risk, but
3  the steps they go through are essentially the
4  same types of steps that I went through as
5  far as gathering data on not just response
6  but also the potential for exposure and how
7  that relates to the response.
8      And then also the data that
9  I've collected on the biologic effects of
10 talc, toxicology of talc, are also discussed
11 within that document as well.
12     Q.   Okay. Focusing specifically on
13 the weight of the evidence tool, as you
14 describe it, is there a particular document
15 or publication that I would go to that could
16 lay out the same process that you used for
17 how you weighted certain pieces of evidence?
18     A.   So the documents that I've
19 cited for you in paragraph 13 talk about what
20 weight of the evidence is generally, but if
21 you read what it is, it's essentially a
22 process that each scientist brings their
23 experience, training and judgment to.
24     So I try to lay out for you in
25 my discussion of the literature my thought

Confidential - Pursuant to Protective Order

Page 78

1    process as I review each piece of
2    information, and that is what you do as part
3    of weight of the evidence.  You gather all of
4    the relevant information that you can find
5    that address the question you're trying to
6    answer, and since I'm looking at both
7    exposure and response, I gather different
8    pools of information.
9        Q.    You would agree that there are
10   ways to do a weight of the evidence
11   assessment of published literature that
12   assign, for example, quantitative values to
13   particular pieces of evidence, correct?
14       A.    Certain individuals have put
15   together, but there's no one general accepted
16   process that everyone uses.  So I -- that's
17   the issue.  Again, there are certain --
18   certain cases where I've seen that done, and
19   then there are many -- most cases that it's
20   not what's done.
21       Q.    Okay.
22       A.    Another body, by the way, that
23   I -- it's new.  It's not in paragraph 13.  I
24   just want to make sure I tell you that so
25   we're clear.  If you look at the Canadian

Page 79

1    document, they also -- in fact, a lot of what
2    they have, you'll see the same literature
3    described within my assessment as well.
4        Q.    So using the Canadian
5    assessment as an example, for instance, in
6    that assessment there were actually values
7    assigned to particular pieces of literature,
8    correct?
9        A.    Mainly the epidemiological
10   literature, that is true.  Again, but I'm not
11   doing causation, so I didn't approach it that
12   way.
13           But certainly if you look at
14   what I did, it's consistent with that because
15   I talk about the differences between the
16   limitations of a case-control versus a
17   prospective study.  I talk about both the
18   positives and the negatives within the
19   database, but I don't lay it out in a table
20   like they do.  But it's certainly the same
21   basic process.
22           I was actually quite surprised
23   at how similar the database of information
24   that they reviewed was to what I honed in on
25   as well.

Page 80

1        Q.    Okay.  As you were forming your
2    opinions, Dr. Plunkett, about whether or not
3    there is a risk associated with the use of
4    Johnson's baby powder with respect to ovarian
5    cancer, how do you keep track of the pieces
6    of scientific evidence that you have reviewed
7    and the respective weight that you give to
8    them?
9            Presumably you did not read
10   everything in one day, for example?
11       A.    No.  That's correct.  So I
12   typically will -- I typically will save the
13   papers -- when I read the papers, I will
14   often highlight in yellow information that I
15   think is going to -- will be extremely
16   relevant.  I don't put notes on the document.
17   I highlight in yellow on the PDF file to use
18   that to write.
19           And I also start drafting
20   report very early, which then gets
21   overwritten and actually ends up looking like
22   an outline that eventually becomes the
23   report.
24           So one of the ways I keep track
25   of things is I may put a paragraph name that

Page 81

1    I know I'm going to write, such as exposure
2    migration, and then I -- as I'm reading a
3    paper, I'll type in a paper -- the ones that
4    I believe are important to my overall
5    assessment.  So I will do that as I'm -- as
6    I'm going through the evidence.
7            So that's one of the tools I
8    use, but I don't keep notes.  I just kind of
9    use that as a living document that eventually
10   becomes a report.
11       Q.    Do your opinions ever change as
12   you read additional pieces of scientific
13   evidence?
14       A.    Yes, it does.  It may change.
15   And it often -- often the changes, though,
16   are not that I believe -- with the exception
17   of epidemiology.  In other areas.
18   Epidemiology is a little bit different issue
19   when you're reviewing studies.
20           But on toxicology I always
21   start with reviews and regulatory
22   authorities, looking at what others have said
23   generally about the toxicology.  And so even
24   though I may refine opinions differently or I
25   might change, I certainly wouldn't agree to

21 (Pages 78 to 81)

Confidential - Pursuant to Protective Order

Page 82

1  work on a project to start with if my initial
2  reviews on hazard, for example, didn't
3  convince me that I believe that there is a
4  hazard.  But you refine it from there.
5  That's exactly right.
6            So there are cases, however,
7  where I'm asked to work on a project where
8  there is no review or regulatory authority or
9  any kind of assessment over a period of
10  years, and in those cases there are times
11  when I start working on a project and I stop
12  and say, "I can't do this."  Because that
13  happens, yes.
14            So opinions do change sometimes
15  based on review of additional information.
16       Q.    Is there any documentation that
17  you've produced either in your report or
18  otherwise in the MDL that would allow someone
19  reviewing the material to understand the
20  order in which you reviewed materials or the
21  specific weight that you assign them?
22       A.    So order of review, no.  I
23  don't think you would know that other than --
24  you will note order of review if you look at
25  the differences in the literature cited in my

Page 83

1  original report versus in the MDL.
2            So in my original reliance
3  list, if there were documents that weren't
4  there and they're now here, obviously that
5  tells you it was a review.
6            On the issue of a -- of the
7  weight of the evidence process, the only
8  answer I can give you for that is that
9  articles that I believe are -- are reliable,
10  are relevant and are -- those are kind of
11  the -- you look at the reliability of the
12  studies, whether they're peer-reviewed or not
13  or if they have proper controls put into
14  place, things like that, whether or not
15  the -- they're relevant to the question at
16  hand.  That you can get from looking at how I
17  discuss them in the document.  But certainly
18  there's no, like, summary of that.
19            But certainly -- I think you
20  understand -- you should understand when you
21  read my report what weight I'm giving based
22  on how I'm describing those -- those
23  materials.  I mean, it's --
24       Q.    Well, for example, you do have
25  different studies that you've identified in

Page 84

1  your report that have been criticized by
2  others at some point in time, correct?
3       A.    Yes, that's true.
4       Q.    Okay.  Now, in some instances
5  you state that you then give little weight to
6  those studies, correct?
7       A.    Yes.
8       Q.    But in other instances you find
9  the criticized study to be helpful and
10  informative, correct?
11       A.    That's true.  Because, again,
12  judgment -- as anybody does weight of the
13  evidence, different scientists can have
14  different judgment.
15            Mainly, I think, when I look at
16  the differences in that -- in that regard, I
17  think you should pay attention to what the
18  person is.  So as a toxicologist, I may view
19  a certain type of -- piece of data very
20  differently than an epidemiologist may view
21  it, as far as the reliability or the
22  relevance, because we're coming at it from a
23  different training and experience and
24  judgment -- set of judgment on what is
25  important to a toxicologist when I'm talking

Page 85

1  about risk versus how an epidemiologist might
2  talk about risk.
3       Q.    Could two different
4  toxicologists review the same piece of
5  literature and give it very different weight?
6       A.    I don't know about different
7  weight, but they certainly -- I know people
8  come to different conclusions based on their
9  overall assessments.  That happens,
10  definitely.  I mean, there are always going
11  to be individuals that look at things
12  differently.
13            I know in this case there are
14  people -- I've seen defense experts that
15  reports in -- not in the MDL but in other
16  cases, where people disagree with some of my
17  opinions, and I disagree with their opinions.
18  That happens.
19       Q.    Okay.  And so if I were --
20  well, let me just ask something.  You have
21  not provided any sort of quantitative
22  assessment of the weight that you gave
23  different pieces of evidence that you cite in
24  forming your opinions in the MDL, correct?
25            MS. PARFITT:  Objection.

22 (Pages 82 to 85)

Golkow Litigation Services - 877.370.DEPS

Confidential - Pursuant to Protective Order

Page 86

1     Misstates her testimony.
2         MR. MEADOWS: Objection.
3         THE WITNESS: So I don't report
4 for you a table where I quantify that,
5 that is correct, but certainly that
6 is -- because, again, based upon
7 looking at the way that I was trained
8 and the documents that I'm talking --
9 I'm pointing you to to describe how to
10 do weight of the evidence, it is
11 not -- it is not a numerical exercise,
12 how many here, how many there, this
13 one gets 5 points because of this or
14 6 points because of this.
15     It's more an issue, again, of
16 judgment. It's the idea of looking
17 across all of the available
18 information and determining whether or
19 not, based on that, it's your opinion
20 that there -- that, for example,
21 talc -- talc's toxicity profile
22 includes cancer. That's one of the
23 judgments -- weight of the evidence
24 judgments you make, for example.
25

Page 87

1 QUESTIONS BY MS. BRANSCOME:
2     Q. So -- but, Dr. Plunkett, just
3 to be clear, you do not provide a numerical
4 value to the particular pieces of evidence
5 that you have considered as part of your
6 weight of the evidence assessment in the MDL,
7 correct?
8         MS. PARFITT: Objection. Form.
9         THE WITNESS: So I do not
10 provide a numerical value as you see
11 it laid out, for example, in the
12 Canadian table, but certainly I do
13 judge articles that I include in my
14 weight of the evidence based on a
15 system that includes different
16 considerations such as -- like I said,
17 peer-reviewed or not, that makes an
18 issue.
19     Whether or not the study that's
20 being reported is the only one -- the
21 first or is this something that is --
22 that is describing an assessment
23 that's been done by someone else and
24 so you see a repetition or a
25 consistency among the studies that

Page 88

1 you're looking at.
2     The robustness of the data.
3 For example, the NTP GLP quality
4 animal study, very high quality in the
5 weight of the evidence. And I talked
6 to you about that. In fact, it --
7 even though people criticize that
8 study, that study is very valuable for
9 looking at biologic changes that are
10 consistent with a carcinogenic
11 mechanism being initiated.
12     So even though you may say that
13 you can't quantify risk from that
14 animal study as far as calculating a
15 cancer potency factor, what you can do
16 is use that study of high quality to
17 make judgments within a weight of the
18 evidence for risk.
19 QUESTIONS BY MS. BRANSCOME:
20     Q. Dr. Plunkett, you understand I
21 have seven hours today, and I -- while I'm
22 very interested in the answers that you give,
23 if we could just -- we will get to things
24 like NTP when we get there, if you could just
25 attempt to answer the question that I've

Page 89

1 asked.
2     I simply asked the question:
3 Are there numerical values assigned to the
4 particular pieces of evidence that you have
5 considered as part of your weight of the
6 evidence assessment in reaching your opinions
7 in the MDL; yes or no?
8     A. And I said to you, not in the
9 way that it's done -- I assume you're
10 referring to something like what was done --
11 what's in the Canadian epidemiology table. I
12 have not done that, no.
13     Q. Okay.
14     A. That's exactly right.
15     Q. Have you provided a qualitative
16 chart, for example, of the evidence that you
17 have considered in forming your opinions in
18 the MDL?
19         MS. PARFITT: Objection. Form.
20         THE WITNESS: I don't know what
21 you mean by qualitative chart. I
22 certainly have -- I certainly, I
23 believe, have given you qualitative
24 descriptions of my weight within my
25 discussions of each study, yes, I have

Confidential - Pursuant to Protective Order

Page 90

```
 1          done that.
 2      QUESTIONS BY MS. BRANSCOME:
 3          Q.   You mention in response to the
 4      prior question that you have a system for
 5      weighting the pieces of evidence that you
 6      have reviewed.
 7              Can you point me to paragraphs
 8      in your report marked Exhibit 4 that would
 9      outline in detail the system that you used to
10      apply different weight analysis to different
11      pieces of evidence?
12              MS. PARFITT: Objection. Form.
13              THE WITNESS: And I think I
14      answered that, that there's no system
15      written down by anyone. But what
16      there is, instead, is if you read
17      these -- if you read these
18      descriptions of use of weight of the
19      evidence that I've cited in
20      paragraph 13 as well as the discussion
21      of methodology in the Canadian
22      document, that is consistent with what
23      I do. It's the idea that you start
24      with a literature search for
25      peer-reviewed, publicly available
```

Page 91

```
 1      information. You look at the quality
 2      of the studies, the statistically
 3      significant findings. Those are all
 4      things that are discussed within these
 5      documents I'm pointing you to.
 6      QUESTIONS BY MS. BRANSCOME:
 7          Q.   Now, you --
 8          A.   But it's -- it's -- I don't
 9      know of anyone who has written down a
10      specific system that applies in all
11      circumstances, no.
12          Q.   Okay. Have you written down a
13      system that applies specifically in this
14      case?
15          A.   I think I have tried to do that
16      for you when I describe what I did.
17          Q.   Okay. You just referenced the
18      fact that your system can be found in the
19      Canadian document.
20              You agree that the Canadian
21      analysis was actually published or produced
22      after you had completed your report in the
23      MDL, correct?
24              MS. PARFITT: Objection. Form.
25              THE WITNESS: Certainly it was
```

Page 92

```
 1      published afterwards, and what I
 2      thought I said to you was that if you
 3      look at that document -- it's not in
 4      paragraph 13, but if you look at that
 5      document, it lays out a process. And
 6      I wouldn't call it a system. It's a
 7      process. It's a process by which you
 8      screen information for relevance to
 9      the question being asked and how,
10      then, based on that, you look at
11      characteristics of that information
12      such as -- and I tried to give you
13      some of those.
14              And I've said this before in
15      depositions in these cases. You know,
16      you look at the issue of whether or
17      not the study was peer-reviewed,
18      whether or not there was
19      statistically -- statistical
20      significance or at least statistics
21      applied to the data. What was the
22      quality of the study as far as the
23      size in order to be able to answer the
24      question being asked. Those are the
25      kinds of things that you look at.
```

Page 93

```
 1              And then also the question --
 2      when you're looking at a specific
 3      question, you may pull in -- like you
 4      asked me about the starch particle.
 5      You may pull in things that you give
 6      less weight because obviously that's
 7      not just talc, that's starch, and you
 8      have to consider that. So that is
 9      part of the process.
10      QUESTIONS BY MS. BRANSCOME:
11          Q.   Dr. Plunkett, the question I
12      asked you simply was: The paper that you
13      reference that contains some detail about the
14      Canadian analysis, that was published after
15      you completed your report that's marked here
16      as Exhibit 4; is that correct?
17              MR. MEADOWS: Objection.
18              THE WITNESS: Yes, and I
19      believe I answered that at the start.
20      I usually try to answer your question,
21      and then I try to explain further some
22      details I think are important context
23      on my answer.
24      QUESTIONS BY MS. BRANSCOME:
25          Q.   I understand that,
```

24 (Pages 90 to 93)

Confidential - Pursuant to Protective Order

Page 94

1    Dr. Plunkett.  You have given many
2    depositions.  You understand I can ask you
3    for more detail if that would be helpful to
4    me.
5            If you could, just focus on the
6    question that I asked, and we can explore
7    additional areas if that's something I'm
8    interested in doing.
9            Okay?
10            MR. MEADOWS:  Objection.
11    She's --
12            MS. BOCKUS:  Break?
13            MR. MEADOWS:  After I finish my
14    objection.
15            She's going to answer the
16    question as thoroughly as she feels
17    like she needs to answer the question
18    based on the way you ask it.
19            Want to take a break now?
20            MS. BRANSCOME:  We can go off
21    the record.
22            VIDEOGRAPHER:  We're going off
23    the record at 10:41 a.m.
24            (Off the record at 10:41 a.m.)
25            VIDEOGRAPHER:  We are back on

Page 95

1    the record at 10:56 a.m.
2    QUESTIONS BY MS. BRANSCOME:
3            Q.    All right.  Dr. Plunkett, we
4    started talking a little bit about the CIR
5    analysis that was done in 2013.
6            Am I correct you no longer
7    consider that reliable?  Is that your
8    opinion?
9            A.    Yes.
10            Q.    Okay.  And you identify in your
11    report marked as Exhibit 4, I believe it's
12    paragraph 56?
13            A.    Yes, that's correct.  And I
14    think I talked about it later on as well, but
15    definitely I do here.
16            Q.    Okay.  And in paragraph 56, you
17    state that the CIR panel failed to account
18    for all the studies that informed on the
19    issue of migration of particles such as talc
20    upwards through the reproductive tract.
21            Is that your opinion?
22            A.    Yes.
23            Q.    Okay.  And then you state that
24    because of that you assign, quote, little
25    weight to the conclusions reached by the CIR

Page 96

1    panel; is that correct?
2            A.    Yes.
3            Q.    And so is it your view that a
4    study or an analysis that reaches a
5    particular conclusion should be assigned
6    little weight if it fails to consider all
7    relevant scientific evidence to the issue
8    that it's evaluating?
9            MS. PARFITT:  Objection.
10            THE WITNESS:  I think it
11        depends on the situation, but that
12        could be the case, yes.  It depends
13        on -- on the -- depends on -- I think
14        it would depend on each case, the
15        question being asked, and what was
16        omitted.  But, yes, I think it could.
17    QUESTIONS BY MS. BRANSCOME:
18            Q.    Okay.  And in this situation
19    you identify -- I believe you claimed that
20    eight human studies were not considered by
21    the CIR 2013 panel; is that correct?
22            A.    Let me look at the number, but
23    that sounds about right.  Yes.
24            Q.    All right.  And returning,
25    actually, to your prior answer, you said that

Page 97

1    the failure to consider all relevant
2    scientific evidence on a topic would lead you
3    to assign little weight to a particular
4    conclusion.  You said that that could happen.
5            Under what circumstances would
6    you assign a conclusion little weight for
7    failing to consider what you consider to be
8    all relevant pieces of scientific literature?
9            A.    Well, I think it depends --
10    well, the reason I specifically addressed
11    that in this case is because that was -- the
12    conclusions about migration is the main
13    reason why the CIR panel then draws
14    additional conclusions later on.
15            So my issue is, migration was
16    key to what -- the decisions they made about
17    the safety issues of talc.  And so in that
18    particular case, this -- this failure to
19    consider all the evidence was extremely
20    important, in my view, and I gave it little
21    weight.
22            There might be a situation
23    where some -- for example, you may only look
24    at six or eight studies, even though there
25    may be dozens out there.  You may have a

25 (Pages 94 to 97)

Confidential - Pursuant to Protective Order

Page 98

1  reason for why you only looked at six or
2  eight, or it may be -- and as a result you
3  may lay that out and, therefore, you may
4  still give weight to conclusions drawn.  Or
5  it may be that the six or eight are --
6  studies that you discuss are not -- the
7  weight is not affected by what you've
8  omitted.
9        I believe that the weight is
10 affected by what is omitted when you look at
11 some of the articles being review articles,
12 which give you an understanding of what was
13 generally accepted within the scientific
14 community when you get to reviews, those
15 kinds of things.  So it really is a
16 case-by-case basis.
17       But certainly I do believe that
18 it is possible that in another circumstance
19 where things are omitted you would come to
20 the same conclusion, that you give those
21 conclusions less weight.
22    Q.    Is there a way, if someone were
23 try to replicate the weighting of particular
24 evidence based upon your process, for them to
25 know whether or not the omission of a

Page 99

1  citation of certain studies means that a
2  study should be given little weight or
3  whether it wouldn't affect the weighting of
4  that scientific article?
5        MS. PARFITT:  Objection.  Form.
6        THE WITNESS:  So I think this
7  is the issue of judgment, training and
8  experiencing that is applied to all
9  such assessments, and this is why
10 different scientists may come to
11 different conclusions.  But certainly
12 it is -- it was important to my
13 assessment on this issue because of
14 the prominent role that the CIR report
15 gives to their conclusions here for
16 why they then drew conclusions about
17 safety.  And so that link was
18 extremely important.
19       MS. BRANSCOME:  Can we pause
20 for just a moment?
21       VIDEOGRAPHER:  We are going off
22 the record at 11:00 a.m.
23       (Off the record at 11:00 a.m.)
24       VIDEOGRAPHER:  We are back on
25 the record at 11:01 a.m.

Page 100

1  QUESTIONS BY MS. BRANSCOME:
2    Q.    Okay.  Of the eight studies
3  that you identify on page 37 of your report
4  that you contend the CIR panel did not
5  account for, do any of those eight studies
6  specifically discuss the migration of talc in
7  human subjects?
8    A.    No, I don't believe they do,
9  but there are a couple of these studies that
10 I found to be extremely important if you want
11 me to explain that to you.
12    Q.    Do you break out in your report
13 in any other paragraphs which of these eight
14 articles you consider to be extremely
15 important?
16       And if you could just point me
17 to paragraph numbers, that's good enough if
18 you have, in fact, broken them out.
19    A.    I have.  I -- this whole
20 section I break -- I talk about each one
21 individually.  So I think you can tell by
22 what I read -- what I'm discussing what I
23 thought was important and informative about
24 each of those.
25    Q.    Do you rank the eight studies

Page 101

1  in any way by their importance to you?
2    A.    Not with any numerical rank,
3  no, but certainly I think I do that for you
4  when I talk about the studies.  I give you an
5  understanding of ones that I think are
6  particularly informative and ones that are
7  not.
8        So, for example, I weight the
9  human data -- I think I tell you that -- more
10 than the animal data because of the
11 differences between the reproductive tracts
12 of humans versus animals generally, upright
13 versus -- upright and habits and things that
14 humans do that relate to insertions in and
15 out of the reproductive tract, I guess is a
16 nice way to describe it, versus an animal,
17 that those can have, and then also the
18 differences between animals and humans in
19 terms of bursal sac around the ovary, those
20 kinds of things.
21       So I do -- that -- I guess that
22 ranking I do give you here.  I tell you that
23 I think these -- I think that the most
24 relevant are going to be the human studies
25 versus the animal studies.

26 (Pages 98 to 101)

Confidential - Pursuant to Protective Order

Page 102

1    Q.    Right.
2         So my question specifically is,
3    where would you point me to in your report to
4    understand the weight that you gave each of
5    these particular eight studies?
6    A.    At my descriptions of those
7    studies and what I describe. That's all I
8    can tell you.
9         Q.    And I'm just asking,
10   Dr. Plunkett, can you point me in the report
11   to where that discussion takes place?
12   A.    It takes place -- I have a
13   discussion for each study, and I would -- and
14   if you read what I say about each study, I
15   try to go through what the strengths and
16   weaknesses of those studies are.
17        And those -- that would be,
18   let's see -- you want me to give you the
19   starting paragraph?
20   Q.    So, for example, Parmley and
21   Woodruff. Can you point me to where in your
22   report you discuss Parmley and Woodruff, such
23   that I can understand the weight that you
24   gave that particular study?
25   A.    So the year of it is...

Page 103

1         So I think I discuss it in
2    paragraph 44, and so I describe for you what
3    important information is in there, which is
4    the information that I take as forming part
5    of my weight of the evidence.
6         So one of the most important
7    things is what -- they have a figure they
8    show, and they're showing -- which is one of
9    the unique figures in all of the published
10   literature. But it talks about the
11   differences between the female reproductive
12   tract and the male reproductive tract, and it
13   shows the actual -- it talks about a
14   discussion of movement from substance in the
15   environment through -- into the vagina, into
16   the fallopian tubes. So it's a paper that
17   addresses that very specific issue.
18   Q.    So my question to you, though,
19   is, where do you have a discussion of the
20   weight that you give to these particular
21   articles?
22   A.    So the discussion of the weight
23   has to do with the information described. I
24   don't give them a numerical ranking. I told
25   you that.

Page 104

1         So what I do is, when I'm
2    discussing about these -- all of these papers
3    here contribute to my weight of the evidence.
4    And if it's a human study, I'm giving those
5    more weight than I'm giving animal studies.
6    And that's described.
7         And then within papers I'm
8    pulling out information that contributes to
9    what I think is important about what the
10   study says, and that -- and the importance of
11   what is described within the study
12   contributes to my weight.
13        And I don't know how else to
14   describe it to you. That is the process that
15   scientists go through when they evaluate
16   data.
17   Q.    And so my question to you:
18   Earlier you said of these eight studies, some
19   of them were particularly important to you.
20        How would I, using only what's
21   written in your report, understand which of
22   those eight studies was of particular
23   importance to you?
24   A.    So it would have to do with
25   what I discuss about the study. So I'm

Page 105

1    telling you, when I -- if you look through
2    this entire section, this is the Parmley and
3    Woodruff paper. It is important because it
4    addresses the specific issue of movement of
5    environmental substances from the outside to
6    the inside. So I'm giving that importance in
7    my evaluation because of what that author is
8    actually discussing.
9         I don't know how else to
10   describe that. I apologize. I mean, to me,
11   weight of the evidence is a process that
12   scientists use bringing their training and
13   experience and judgment, and it's not a
14   numerical process across the board, it just
15   is not, based on the way weight of the
16   evidence is used within science.
17   Q.    Now, Dr. Plunkett, though, you
18   would acknowledge that if you wanted to
19   assign numerical values to the studies, that
20   has been something that has been done by
21   other authors and other authors on whom you
22   rely, correct?
23        MS. PARFITT: Objection. Form.
24        THE WITNESS: I don't believe
25   that's true. I'll need to look -- I

27 (Pages 102 to 105)

Confidential - Pursuant to Protective Order

Page 106

```
 1      don't believe that's true with respect
 2    to the biological information.  I
 3    believe it may be true with respect to
 4    the epidemiology studies.
 5            You want me to look real quick
 6    to confirm that?  I can do that really
 7    quick, but...
 8    QUESTIONS BY MS. BRANSCOME:
 9        Q.    I'm simply saying, could you
10    assign a numerical value if you chose to do
11    so?
12            MR. MEADOWS:  Objection.
13    Objection.  Form.
14            THE WITNESS:  And I'm -- what
15    I'm trying to say to you is I think
16    that I -- that there is no one set of
17    rules that you would assign in order
18    to do that for all the types of
19    studies that you weigh.
20            I would agree that I have seen
21    it routinely done -- well, not
22    routinely, but I've seen it done
23    within the epidemiological community
24    when they go through the epi data.
25    But not -- it's not something that
```

Page 107

```
 1    I've seen done when you talk about
 2    weight of the evidence as part of a
 3    human health risk assessment.  That is
 4    not something that scientists
 5    typically do as far as giving
 6    numerical rankings.
 7    QUESTIONS BY MS. BRANSCOME:
 8        Q.    You're familiar with the
 9    National Cancer Institute, correct?
10        A.    Yes, I am.
11        Q.    All right.  They are considered
12    to be the nation's leader in cancer research,
13    correct?
14            MS. PARFITT:  Objection to
15    form.
16            THE WITNESS:  The National
17    Cancer Institute?
18            Yes, they are.  I don't know if
19    they're "the" leading, but they're one
20    of the leading, that's true.
21    QUESTIONS BY MS. BRANSCOME:
22        Q.    Okay.  And you're familiar with
23    publications that they issue called physician
24    data queries?
25        A.    Yes, I am.
```

Page 108

```
 1        Q.    All right.  And you are aware
 2    that there is, in fact -- called PDQs,
 3    correct?
 4        A.    That's the abbreviation, yes.
 5        Q.    Right.  And you're aware that
 6    the National Cancer Institute has in fact
 7    published a PDQ that addresses a potential
 8    connection between talc and ovarian cancer,
 9    correct?
10        A.    I'm aware of several that have
11    been done over the years, but, yes, I'm aware
12    of that.
13        Q.    And have you reviewed those?
14        A.    Yes, I have.
15        Q.    Are they listed on your
16    reliance list?
17        A.    No, but they're listed within
18    the materials as discussed within my
19    depositions, and I thought -- and my
20    testimony.  I thought that was part of my
21    reliance list.  I believe that it -- it was
22    in my reliance list, is encompassing all of
23    the testimony as well as the actual
24    documents.  Maybe I'm mistaken, but that was
25    my understanding.
```

Page 109

```
 1        Q.    Okay.  If they are not on your
 2    reliance list, should they be?
 3        A.    I believe that they are on my
 4    reliance list by it having been pointed to as
 5    part of the testimony that I have given and
 6    the documents that I have relied upon during
 7    testimony.
 8        Q.    Okay.  And you are aware that
 9    they have issued a PDQ that -- on the website
10    as of today, correct?
11        A.    I haven't looked today, so I'm
12    sure -- but I know that -- I don't believe it
13    has been removed, so I believe that there is
14    something there, yes.
15        Q.    All right.  And what is your
16    understanding of the position stated in the
17    PDQ with respect to a possible link between
18    talc and ovarian cancer?
19        A.    So I'd have to look at the one
20    today to tell you what it says, but it's
21    evolved over time and it's changed over time,
22    and I have specific opinions that I've
23    expressed at trial about that issue.
24            Do you want me to go into that
25    details or I mean --
```

28 (Pages 106 to 109)

Confidential - Pursuant to Protective Order

Page 110

1      Q.    I'm not asking about your
2  opinions about what their position is.  I'm
3  simply asking you, Dr. Plunkett, the most
4  recent NCI PDQ that you have reviewed, what
5  is the position that the National Cancer
6  Institute has taken with respect to the
7  relationship between talc and ovarian cancer?
8      A.    So I would want to pull it out
9  to give you the specific statement of their
10  position, but their position has changed such
11  that later in time they've weakened the
12  link -- their statements about the link
13  between ovarian cancer and genital talc use.
14         So it used to be seen as a
15  cause, and now I believe it's not seen as a
16  cause.  I don't know the exact language,
17  though.  I'd have to look at it as -- maybe
18  risk factor is the better word to use.
19         And I need to look at the most
20  recent one.  And that would be the best way.
21  Let's just see what it says.
22      Q.    Okay.  'Cause is it your
23  position as you sit here today that the
24  National Cancer Institute has ever issued a
25  statement that talc causes ovarian cancer?

Page 111

1      A.    I believe it was listed as a
2  risk factor for ovarian cancer in the older
3  PDQs.
4         (Plunkett Exhibit 7 marked for
5         identification.)
6  QUESTIONS BY MS. BRANSCOME:
7      Q.    I do have a copy here.  Just
8  for the sake of the record, we will mark this
9  as Plunkett Deposition Exhibit Number 7.
10         Handing a copy to you,
11  Dr. Plunkett, do you recognize the document
12  that I just handed you that's marked as
13  Exhibit 7?
14         MR. LOCKE:  What's the date of
15         that?
16         MS. BRANSCOME:  This was
17         printed on December 14, 2018.
18         THE WITNESS:  It's -- the
19         updated date is June 22, 2018, if that
20         helps.
21         MR. LOCKE:  Yes, thank you.
22         THE WITNESS:  I have seen this
23         one, yes.
24  QUESTIONS BY MS. BRANSCOME:
25      Q.    All right.  And you can review

Page 112

1  any -- whatever portion of this is helpful to
2  you.
3         And then if you could answer my
4  question, Dr. Plunkett, of what is the
5  position as stated in Deposition Exhibit
6  Number 7 of the National Cancer Institute
7  with respect to the relationship between talc
8  and ovarian cancer?
9      A.    So I would be looking at the
10  section on page 12 of 18, and maybe you're
11  looking somewhere else, but that's where they
12  actually talk about perineal talc exposure.
13  And it's under the section where they have
14  now moved into factors with an adequate
15  evidence of an association and they describe
16  it here.  So they're calling it an
17  association where the weight of the evidence
18  is not adequate to support that association.
19      Q.    All right.  And so the first
20  sentence of the section under perineal talc
21  exposure states, "The weight of the evidence
22  does not support an association between
23  perineal talc exposure and an increased risk
24  of ovarian cancer."
25         Did I read that correctly?

Page 113

1      A.    You did read that correctly.
2      Q.    All right.  And it indicates
3  that "results from case-control and cohort
4  studies are inconsistent."
5         Did I read that correctly,
6  Dr. Plunkett?
7      A.    You did.
8      Q.    And the question that I would
9  ask simply is, do you discuss the National
10  Cancer Institute PDQ in the report that
11  you've issued in the MDL, which is identified
12  as Exhibit 4?
13      A.    I don't specifically discuss
14  this document, no, I do not.
15      Q.    Okay.  And you understand that
16  the NCI PDQ did a weight of the evidence
17  analysis that followed a formal evidence
18  ranking system, correct?
19         MS. PARFITT:  Objection.
20         THE WITNESS:  So I -- it's not
21         laid out here, but they do have a
22         process they use.
23         Is that what you're asking me?
24  QUESTIONS BY MS. BRANSCOME:
25      Q.    Yes.

Confidential - Pursuant to Protective Order

Page 114

1     A.    Yes.  And again, they're
2  ranking the epidemiological data, and so I
3  understand that that is there, yes.
4     Q.    Now, you've said a few times
5  that you could qualitative -- you could give
6  a quantitative weight to an epidemiological
7  study, somehow suggesting that it is
8  different from other types of studies.
9           What is it about a
10  toxicological study, for example, that would
11  prevent someone from giving a quantitative
12  weight in a weight of the evidence analysis?
13     A.    Because it is just what is
14  typically done and not done.  There are
15  certain practices within the community, what
16  is kind of -- I would say that scientists use
17  routinely, or scientists have used.  Not all
18  scientists give numerical rankings to
19  epidemiological data either, because even
20  within a Bradford Hill assessment, when you
21  use the considerations, there's no
22  requirement for ranking studies in order to
23  meet the requirements of use of that
24  methodology.
25     Q.    Okay.

Page 115

1     A.    But I have seen it done in the
2  epidemiology community, and that is the most
3  common place I see it.  I do not see other
4  toxicologists that are assessing animal
5  studies and in vitro studies doing it that
6  same way.
7           When you do a human health risk
8  assessment, that isn't routine practice to do
9  numerical rankings on studies.
10     Q.    Okay.
11     A.    At least in my experience and
12  in my training, and I was trained in the use
13  of risk assessment by one of the individuals
14  who actually invented the process.
15     Q.    Okay.  Okay.  But do you
16  consider the epidemiological evidence as part
17  of your risk assessment in the MDL?
18     A.    I do, because I'm looking at it
19  in the context of what is out there and
20  what's available.  I don't always have human
21  data when I do risk assessments, but in this
22  one I do.  So I do consider them, yes.
23     Q.    Okay.  Did anything prevent you
24  from doing a quantitative assessment of the
25  weight that you were giving different pieces

Page 116

1  of epidemiological evidence?
2     A.    If by -- you mean prevent, was
3  someone stopping me from doing that, no.  But
4  if you ask what would be standard practice
5  based on my experience, I would not be doing
6  that.
7     Q.    Has anyone -- and I'm not
8  referring in this case to any attorneys.  But
9  has anyone reviewed your -- the weighting
10  that you gave specific pieces of evidence as
11  essentially a form of a peer review process?
12     A.    If by that you mean have I
13  submitted my opinions for publication, no, I
14  have not done that.  Part of -- that's partly
15  driven by my understanding of the evidence
16  that I reviewed, that some of it may not be
17  something that I should be discussing
18  necessarily in a public form outside of the
19  cases I'm working in.
20           But certainly I have not
21  submitted it for publication, if that's what
22  you mean.  No, I have not done that.
23     Q.    Okay.  Has the methodology that
24  you have used in the MDL, has that been --
25  have you submitted any type of analysis using

Page 117

1  that methodology for publication even outside
2  of particularly looking at Johnson's baby
3  powder, for example?
4     A.    Yes, in -- if you look at my
5  publications that describe risk assessments
6  that I have done.  So the one that would come
7  to -- to play that's similar as far as the
8  scope of the weight of the evidence would --
9  at least with the animal and the in vitro
10  studies, would be the paper that I published
11  on copper, looking at the database of copper
12  and identifying points of departure and
13  target organs and risk -- risk issues based
14  on copper use in humans, trying to set a --
15  understand what a safe exposure level could
16  be to copper in water.  And that was
17  published -- that actually was one of the
18  papers that's published with Dr. Krewski, who
19  is one of the authors of this risk assessment
20  in Canada.
21     Q.    And is it your position that
22  you follow the same methodology in what
23  you've reported in the MDL with respect to
24  Johnson's baby powder that you did in your
25  analysis of copper?

30 (Pages 114 to 117)

Confidential - Pursuant to Protective Order

Page 118

1      A.   Yes, with the process of going
2  through all of the publicly available
3  information, putting it together based on its
4  relevancy and reliability.
5      We did a process where we
6  grouped it based on animal versus human, just
7  like I've done here.  And we call it the
8  bins, but it's the same idea.  I have a bin
9  of human idea, I have a bin of animal data
10  and a bin of in vitro data.  And so, yes, the
11  process was very, very similar.
12      Q.   Okay.  Returning back to some
13  documents that you chose not to cite in your
14  report, you do not discuss is the Gonzales 2016
15  study in your report for the MDL, correct?
16      MS. PARFITT:  Objection.  Form.
17      THE WITNESS:  I'll have to
18      look.  It is not cited in the
19      reference list to my report, that is
20      true.  So that means it would not be
21      mentioned specifically in the body of
22      the report.
23  QUESTIONS BY MS. BRANSCOME:
24      Q.   You're familiar with the
25  Gonzalez 2016 study, correct?

Page 119

1      A.   If you want me to talk about
2  it, you'd have to pull it out for me, but I
3  know the name, yes.
4      Q.   Okay.  And it was looking at an
5  association between the perineal use of talc
6  and ovarian cancer, correct?
7      A.   That, I'd have to look at it to
8  tell you.  I believe it was a human study
9  that would be consistent with that, but I
10  need to pull it out to look at it.
11      Q.   All right.  Do you, as you sit
12  here today, do you know why you did not
13  discuss it in your report?
14      A.   I wasn't doing a full causation
15  analysis in this report, so as a result I'm
16  not trying to characterize every piece of
17  human data.  But I certainly am looking at
18  the consistency across the studies, and
19  that's what I've done.
20      And I mention it here.  I do
21  think I mention here that there are studies
22  that came to different conclusions than the
23  ones that I'm specifically describing.
24      Q.   Okay.  And so why is it that --
25  why is it acceptable for you to choose not to

Page 120

1  include something like the Gonzales 2016
2  study, but yet you will disagree with the
3  2013 -- the CIR 2013, you will give it little
4  weight for not discussing particular studies?
5      A.   So that's a very different
6  exercise.  You want me to explain my thinking
7  on that?  I can do that for you, but I
8  believe that's apples and oranges question.
9      My reasons for giving little
10  weight to the CIR overall assessment versus
11  my weight or the assessment I make of an
12  individual piece of data, that's different.
13  And that's what you're describing for me.
14      And I believe Gonzales is in my
15  overall reliance list, so I have read
16  Gonzales.  It is something that I have
17  considered; it's not something that I've
18  cited in my paragraphs.  So it doesn't mean
19  it didn't go into my weight of the evidence,
20  because I do have it and I have reviewed it.
21  I just don't recall the details on it.
22      Q.   Is it your position as you sit
23  here today that you know for sure that the
24  CIR panel did not -- was not aware of or even
25  considered any of the eight studies that you

Page 121

1  contend the omission of which makes it of
2  little weight?
3      MS. PARFITT:  Objection.  Form.
4      THE WITNESS:  I would say I'm
5      99.9 percent sure, based on the
6      process that is -- that goes in.  And
7      if you want me to explain, I'll tell
8      you why I feel that level of surety.
9      You know, I can always say that
10      maybe there was someone that came to
11      the panel that did a search on their
12      own, but that is not what's done.  The
13      individuals that come to the panel are
14      given a body of information provided
15      to them in written form that they
16      review.  So it's not like they -- they
17      have access to anything that isn't
18      cited in the actual report.
19  QUESTIONS BY MS. BRANSCOME:
20      Q.   Okay.  The eight articles that
21  you discuss that are not mentioned in the CIR
22  panel's work, they are publicly available
23  pieces of scientific literature, correct?
24      A.   Yes, which was why it's
25  interesting to me that those were not grabbed

31 (Pages 118 to 121)

Confidential - Pursuant to Protective Order

Page 122

1    and included within -- within the assessment
2    done by the -- by the PCPC's group that
3    handles CIR -- handled the CIR process here.
4         Q.    Okay.  We received just before
5    your deposition, a few days in advance, a
6    list of materials that have been added to
7    your reliance list since you produced your
8    report in this case.
9         Did you provide that list of
10   materials to counsel to -- are you aware of
11   the materials that were identified?
12        A.    Yes, I am.  They're ones that I
13   have reviewed since my report and -- yes,
14   which would have been, I believed, important
15   for you to know about, because obviously you
16   wouldn't know if I hadn't provided that to
17   you, and fair game for you to ask me about.
18        Q.    On that list was contained a
19   number of news articles.
20        A.    Uh-huh.
21        Q.    Are news articles pieces of
22   scientific information that you typically
23   consider in performing a risk assessment?
24        A.    No, they're not part of my risk
25   assessment, but they -- but they were

Page 123

1    relevant to -- they were relevant to my
2    overall assessment of the issue of what the
3    company is doing with regard to public
4    dissemination of information.
5         So it's not the risk assessment
6    part.  It's more on the issue of the -- when
7    I talk about the different influences of the
8    company on public dissemination of
9    information, I went through the different
10   specific issues.  So this would be a specific
11   issue related to a news report that someone
12   comes out with, the Reuters report, and then
13   looking at what the company is saying in
14   addition to that.
15        So it's understanding -- for
16   example, the documents that Reuters
17   discusses, many of those I'm sure I have
18   seen, although I don't have access to -- I
19   wasn't able to go on websites and download
20   everything that they cite.  But certainly
21   they looked familiar, some of the ones I did
22   see.
23        So it's that issue of -- the
24   last part of my report, I think.  Want me to
25   tell you the section?  It would be in the

Page 124

1    section on the role of the industry in
2    Section 7.
3         Q.    Okay.  So the newspaper
4    articles are not something that you are
5    considering as part of your analysis of
6    whether there is a risk of ovarian cancer
7    from Johnson's baby powder, correct?
8         A.    No, that's a separate issue
9    because it's not -- it's not scientific data,
10   per se.
11        Q.    Okay.  All right.  Now, if you
12   could turn to paragraph 31 in your report.
13        Okay.  You discuss the
14   biological effects of talc in this paragraph
15   and in others, correct?
16        A.    Yes, I would call this my
17   introductory paragraph to transition into a
18   specific topic, yes.
19        Q.    Okay.  And you talk here about
20   the structure and size of talc affecting its
21   properties.
22        What do you mean by that?
23        A.    So whether it's fibrous enough,
24   platy, fibrous.  Whether it is particle sizes
25   of less than 10 microns, less than 5 microns,

Page 125

1    greater than 75 microns.  There's
2    different -- certain pieces of literature
3    deal with different size ranges of talc.  The
4    smaller the size range, the more toxic it is,
5    for example, to lung tissue; the more likely
6    it is to be able to move, based upon the
7    size, versus being engulfed by a macrophage
8    if it's a larger particle, things like that.
9         Q.    So focusing specifically on
10   ovarian cancer, what role does size and
11   structure of a talc particle play with
12   respect to a risk of ovarian cancer in your
13   opinion?
14        A.    I don't think I formed a
15   opinion that it has to be a specific size or
16   structure, because the -- my opinions are
17   related to the fact that we have a complex
18   mixture of ingredients within the body
19   powder, and my assessment's been on the
20   overall consumer product, not on any one
21   particular ingredient only within it.
22        So it's the idea of just
23   understanding that size and structure of
24   these particles are general principles that
25   affect toxicology.  So a larger particle or a

32 (Pages 122 to 125)

Confidential - Pursuant to Protective Order

Page 126

1    fibrous particle may have a different tissue
2    toxicity response than a smaller particle.
3           So in other words -- I think I
4    discuss this later in a paragraph about
5    pleurodesis, the idea that you can get acute
6    versus chronic inflammation, or respiratory
7    distress or not.  So it's just this idea of a
8    general principle that outlines how you would
9    think about particles generally as a
10   toxicologist.
11      Q.   Well, okay.  So you said that
12   your assessment is based on the overall
13   consumer product.  That would be Johnson's
14   baby powder or SHOWER TO SHOWER®, correct?
15      A.   Yes.
16      Q.   All right.
17      A.   Or Shimmer.  I think that's the
18   other name.  There's a third product.
19      Q.   Okay.  But my question to you
20   is, you actually cite a number of pieces of
21   literature in the section about the alleged
22   toxicity of talc that don't relate to the
23   overall consumer products at issue in this
24   case, correct?
25           MS. PARFITT: Objection.  Form.

Page 127

1           THE WITNESS:  No, I would
2       disagree with that when you use the
3       word "relate."  Relate to me means is
4       it relevant to the assessment, and
5       they are, even if they're not just on
6       the finished product.
7           But if what you mean is that
8       there are studies that did not test
9       the consumer product but individual
10      ingredients or -- that is true, yes,
11      but all of that is relevant or relates
12      to the overall risk assessment.
13   QUESTIONS BY MS. BRANSCOME:
14      Q.   Okay.  So given your view that
15   information about the individual constituents
16   is relevant to evaluating the overall
17   toxicity of the ultimate consumer products,
18   then my question to you is:  How does the
19   structure and size of the component talc
20   particles play a role in toxicity with
21   respect to ovarian cancer?
22      A.   Just generally -- it's not
23   just -- well, with respect to ovarian cancer,
24   we start with irritation, inflammation
25   potential.  Size of particles and shape are

Page 128

1    known to affect tissue toxicity as far as
2    adverse events like inflammation and/or
3    irritation.
4       Q.   Okay.  So that's -- that's what
5    I'm trying to understand in more detail.
6           What is your opinion with
7    respect to -- let's take size to start with.
8    Is there a particular size talc particle that
9    is more or less likely to cause inflammation,
10   in your opinion?
11      A.   It depends whether you're
12   talking about acute or chronic.  I would say
13   for acute inflammation the larger particles,
14   such as some of the particle sizes that are
15   used in the pleurodesis products, are more
16   likely to initiate an acute inflammatory
17   response due to the fact that they're large
18   enough that the body will recognize them with
19   a fairly robust foreign body response.
20      Q.   What is your definition of
21   large?
22      A.   So the literature varies, but
23   certainly particles that are above -- some of
24   the literature talks about particles that are
25   in the range of 25 to 75.  Some of them talk

Page 129

1    about larger particles even than that.
2           It has to do with the fact
3    that -- this is complicated by the fact that
4    any consumer product -- or any talc sample
5    will have a range of sizes because they don't
6    select for one size.  They select for smaller
7    than.  So a 200 mesh, a 400 mesh, that has do
8    with what will filter through.
9           So pleurodesis, they try to
10   avoid for those products the really small --
11   large amounts of less than 10 because that
12   leads to respiratory distress, whereas many
13   of the consumer talc products are using much
14   smaller, finer particles to get that feel and
15   performance they want from the consumer body
16   powders.
17      Q.   Have you reviewed -- focusing
18   specific on Johnson & Johnson's products,
19   have you reviewed the documents that relate
20   to the specifications for the Johnson's
21   products with respect to the size of the
22   plate particles?
23      A.   I have seen those, yes.  I
24   can't tell you what each of them says without
25   pulling them out, but, yes, that is certainly

33 (Pages 126 to 129)

Confidential - Pursuant to Protective Order

Page 130

1    documents I have seen and relied upon.
2         Q.   Is it consistent with your
3    understanding that it was Johnson & Johnson's
4    intention to select large platy talc
5    particles for its products?
6              MS. PARFITT:  Objection to
7         form.
8    QUESTIONS BY MS. BRANSCOME:
9         Q.   Have you seen that in the
10   documents?
11        A.   I don't know that it's
12   described quite that way, but they certainly
13   were doing a 200 mesh selection.  So -- for
14   their body powders products.  So -- and they
15   were trying -- and they did make attempts to
16   look for sources that were more platy talc
17   than other forms, but that doesn't ensure
18   that everything is platy talc.
19        Q.   Are you familiar with the term
20   "fines"?
21        A.   Yes, generally, but I'm not --
22   but I'm not an expert in the processing of
23   talc as far as how you would go about
24   choosing an ore or a mine.  There's others
25   that will be addressing that.  That's not my

Page 131

1    area.
2         Q.   What is your understanding of
3    the term "fines"?
4         A.   My understanding of the term
5    "fines" has to be looking for a sample or a
6    group that has been processed such that it
7    has certain characteristics.
8              Other than that, I would refer
9    you to the individuals in litigation that are
10   going to be dealing with the processing.
11        Q.   Okay.  Have you taken into
12   account in your analysis in any way the
13   beneficiation process that occurs between the
14   time that the talc is mined and it ends up in
15   one of the consumer products that is relevant
16   to your analysis?
17             MR. MEADOWS:  Objection.
18             THE WITNESS:  So what do you
19        mean by taking it into account?  Am I
20        aware that they have something that's
21        in place for that?  Yes.
22             But take into account, what do
23        you mean by that?
24   QUESTIONS BY MS. BRANSCOME:
25        Q.   Are you familiar with the

Page 132

1    effects that beneficiation can have on the
2    level of the component -- the components in
3    talc and what ultimately ends up in one of
4    Johnson & Johnson's consumer products?
5              MR. MEADOWS:  Objection.
6              THE WITNESS:  So I'm not -- I'm
7         not familiar with all the details, but
8         I am familiar that it is a process
9         they're using to attempt to result in
10        a product that has characteristics
11        that would be desirable for a consumer
12        product.
13             Again, there is my
14        understanding that others are going to
15        be discussing the geology or the
16        processing, and that is not something
17        I'm looking at.
18             The literature as it relates to
19        what has been tested in the public
20        literature in particular, and that
21        would be either an ingredient or a --
22        or a consumer product or a -- they may
23        discuss exposure occupationally to
24        mining or milling, which is -- which
25        is an issue that you can consider when

Page 133

1         you're reviewing that literature as
2         well.
3    QUESTIONS BY MS. BRANSCOME:
4         Q.   Okay.  And so when you cite --
5    for example, you have a significant number
6    of -- I'm trying to find the right paragraph.
7              You have a section in your
8    report where you discuss a number of
9    different articles that relate to talc, and
10   in parentheses you identify that the talc
11   source might be cosmetic, it might be
12   industrial, things of that nature, correct?
13        A.   Yes, I do that on purpose
14   because I wanted -- I did look at the
15   literature to understand what they were --
16   what they were -- what type of exposure they
17   were describing.
18        Q.   Okay.  And so understanding
19   that some of those products are not
20   representative of what ultimately is in
21   Johnson's baby powder, do you have anything
22   in your report that explains how you did or
23   did not give weight to those particular
24   studies?
25             MS. PARFITT:  Objection.  Form.

34 (Pages 130 to 133)

Confidential - Pursuant to Protective Order

Page 134

1    THE WITNESS:  Let me look and
2   see what I say.
3        If the question has to do with
4   numerical rankings, no, I did not do
5   that.  But you're asking something
6   else, right, broader than that,
7   correct?
8   QUESTIONS BY MS. BRANSCOME:
9    Q.   The question that I have is,
10  how did -- is there somewhere in this report
11  that I can understand the weight that you
12  assigned to say a study that related to
13  industrial talc as opposed to information
14  about cosmetic talc, for example?
15       MR. MEADOWS:  Objection.
16       THE WITNESS:  So I -- I'm -- I
17  believe I address that.  I don't know
18  it's exactly answering your question,
19  but I lay it out for you the
20  characteristics of the literature in
21  paragraph 37, and I point out that the
22  scientific literature varies.
23       And the fact -- and I point --
24  and I admit -- I'm not admitting.  I'm
25  stating the fact that in some cases

Page 135

1   the authors will not describe it
2   specifically as the type of talc, but
3   just talc, whereas -- with no
4   description of purity or state, for
5   example.  But in cases where the
6   literature does, I did consider that
7   in my weight of the evidence.
8        So, for example, when I -- when
9   I lay it out here in these bullets
10  where I'm putting for you tremolite
11  mining industrial grade cosmetic, it
12  certainly is something that I weighed.
13  And obviously as much information as I
14  can get on cosmetic-grade talc is
15  going to be most important in the
16  assessment, but that doesn't mean the
17  other information isn't relevant.
18       You want me to explain why?
19  QUESTIONS BY MS. BRANSCOME:
20   Q.   Well, so, for example, you
21  describe the Dreessen article that related to
22  trimellitic talc that's mined out of
23  New York.
24       You would agree that
25  trimellitic talc from New York is not

Page 136

1   something that ever ended up in Johnson's
2   products, correct?
3        MR. MEADOWS:  Objection.
4        THE WITNESS:  I don't think I
5   can answer that yes or no.  I haven't
6   done an assessment to see whether it
7   ever ended up in the products.  That's
8   a different question.
9        I certainly am aware of the
10  fact that was not a primary source of
11  their talc, that is true.  I do know
12  that.
13       In other words, I don't have
14  records from -- going back from 1894
15  on what the source of their talc was.
16  So I can't tell you over time.
17       What I do know, what's been put
18  into depositions and testimony of
19  company employees more recently, where
20  it's my understanding that the
21  principal sources over the years were
22  either the Vermont mine, the Italian
23  mine or the Chinese mine.  And there
24  were different interruptions in time
25  where different mines were used,

Page 137

1   depending on sourcing.
2   QUESTIONS BY MS. BRANSCOME:
3    Q.   So as part of your expert
4   analysis where you are evaluating articles
5   that relate to different types of talc from
6   different sources of talc, have you done an
7   analysis of how those particular types of
8   talc do or do not relate to what is in the
9   consumer product manufactured by Johnson &
10  Johnson?
11       MS. PARFITT:  Objection.  Form.
12       THE WITNESS:  The first part of
13  your question, again?  I'm sorry.
14       MS. BRANSCOME:  Would you read
15  it back?
16       THE WITNESS:  Could you read it
17  back to me again?  I didn't mean to
18  wander, but the first few words I
19  missed.
20       (Court Reporter read back
21  question.)
22       THE WITNESS:  Okay.  So I
23  certainly did, which is why I'm
24  breaking this out here for you this
25  way.

35 (Pages 134 to 137)

Confidential - Pursuant to Protective Order

Page 138

1        So I am -- I am certainly
2   recognizing, and I analyzed on the
3   paper -- through the papers what type
4   of product, if available, that the
5   data is on.
6        But if you read my report in
7   the process of risk assessment, all of
8   these categories of papers are
9   relevant to telling you something
10   about what talc can do.  And then when
11   you talk about drawing final
12   conclusions, I'm looking for
13   information, if I can, and I have it,
14   that is on point to the product that
15   was sold.
16        So certainly the studies that
17   give me information on cosmetic-grade
18   talc are extremely important to my
19   assessment, and they're ones that I've
20   discussed or we've even used in trial
21   before when we've talked about putting
22   together a timeline.
23        That's what this is about, by
24   the way.  This discussion here, I'm
25   starting to lay out what information

Page 139

1   was available over time, and that's
2   simply what this is.  It's a survey of
3   the literature that talks about
4   adverse effects of talc, and if I can,
5   I separate it into different qualities
6   or purities.
7   QUESTIONS BY MS. BRANSCOME:
8        Q.   Dr. Plunkett, respectfully, I
9   don't believe you answered my question.
10        Can you point me to anywhere in
11   your expert report that's been produced in
12   this MDL where you do an analysis of how the
13   different talc types and sources that you are
14   citing as support for the toxicity of talc
15   generally relate to the products manufactured
16   by Johnson & Johnson?
17        MR. MEADOWS:  Objection.
18        THE WITNESS:  So I don't know
19   how else to answer that but to tell
20   you I think that's what this whole
21   section is about.  I step you
22   through -- I identify different types
23   of evidence.  I identify for you what
24   was tested in those different pieces
25   of evidence, and then I step through

Page 140

1   that to draw conclusions based upon
2   what was available for me to assess.
3   QUESTIONS BY MS. BRANSCOME:
4        Q.   Okay.
5        A.   I don't know how else to answer
6   it for you.  That's what the section is meant
7   to do, and that's why I broke it out that
8   way.  You know, I recognize that there is
9   data on different things.
10        What's interesting about even
11   the data on different things, there's a
12   common mechanism that is involved with the
13   type of tissue toxicity you get, and that's
14   irritation and inflammation.  Regardless of
15   whether it is of a certain grade or not, you
16   get certain types of adverse reactions.  May
17   be a more sustained reaction with a
18   industrial grade versus cosmetic grade, but
19   they all have the capability to produce that
20   type of adverse effect.
21        Q.   Dr. Plunkett, where can you
22   point me to in your report that you discuss
23   the weight that you give studies that relate
24   to talc from New York as opposed to studies
25   that relate to cosmetic talc that ultimately

Page 141

1   ended up in Johnson's baby powder?
2        MS. PARFITT:  Objection.  Form.
3        THE WITNESS:  I've tried to
4   answer that for you.  The weight that
5   I'm giving -- the weight that I'm
6   giving is part of my assessment.  So,
7   again, I don't give numerical
8   rankings.  I've answered that for you.
9   I don't do that.
10        What I instead do is I'm
11   looking at everything that's relevant,
12   everything that's available.  I do
13   categorize it, so I am selecting -- I
14   am identifying or analyzing the
15   information for what it describes.
16   And then if you go further on down, I
17   try to tell you what I think is
18   important about that information.
19        The overall conclusions I'm
20   drawing in the report, though, when I
21   cite to specific studies in the risk
22   assessment, the majority of those
23   studies I believe that I'm citing for
24   you, outside of notice, have to do
25   with -- that's more of a warnings

36 (Pages 138 to 141)

Confidential - Pursuant to Protective Order

Page 142

1    issue -- have to do with the issue of
2    cosmetic talc. Because the human
3    studies are describing cosmetic talc.
4    The NTP studies is a pure talc. Many
5    of the in vitro studies and other
6    animal studies are looking at,
7    quote/unquote, a talc that is not an
8    industrial grade or from a mine that
9    would have -- be looked at in that
10   way. So --
11   QUESTIONS BY MS. BRANSCOME:
12       Q.   You understand that there are
13   different types of cosmetic talc, correct?
14       A.   Yes, I am aware.
15       Q.   And cosmetic talc can be mined
16   from a number of different mines globally,
17   correct?
18       A.   That's correct.
19       Q.   And some of the studies that
20   you cite in your report are testing cosmetic
21   talc from other consumer products, for
22   example, Cashmere Bouquet, correct?
23       A.   Some. The majority of them are
24   not, but I would agree that some do, yes.
25       Q.   Okay. Have you done an

Page 143

1    analysis of how the talc that is used in
2    Cashmere Bouquet, for example, relates to the
3    talc that is used in Johnson's baby powder?
4        Is that an analysis that you
5    have done before relying on that information
6    in your report?
7        MR. MEADOWS: Objection.
8        MS. PARFITT: Objection.
9        THE WITNESS: My analysis -- I
10   did do an analysis to look at what was
11   described, what products are
12   described, but I certainly -- I
13   certainly did not throw out studies
14   that described Cashmere Bouquet
15   because I would -- I still believe as
16   a toxicologist and a risk assessor
17   that those types of products are
18   important to the overall weight of the
19   evidence about the hazard and the
20   risks posed by talc.
21       You know, I just -- I just -- I
22   guess I disagree with you if you're
23   saying they're irrelevant. I don't
24   believe that they are.
25

Page 144

1    QUESTIONS BY MS. BRANSCOME:
2        Q.   I was simply asking: Did you
3    do an analysis that would allow you to
4    compare the ingredients in another product,
5    like consumer Cashmere Bouquet, before you
6    rendered an opinion with respect to Johnson's
7    baby powder based on tests of Cashmere
8    Bouquet? Did you do that analysis?
9        MR. MEADOWS: Objection.
10       THE WITNESS: I do not have
11   access to internal company documents
12   for the manufacturers of Cashmere
13   Bouquet, so I certainly couldn't do
14   the analysis in the same way that I
15   can do it here, where I can identify
16   what Johnson & Johnson and Imerys
17   describe as sources of the talc that
18   was used for the Johnson & Johnson
19   baby powder, without --
20   QUESTIONS BY MS. BRANSCOME:
21       Q.   So you have no way of knowing
22   one way or the other whether that talc is
23   similar, correct?
24       MR. MEADOWS: Objection.
25       MS. PARFITT: Objection.

Page 145

1        THE WITNESS: Well, I think I
2    do know it's similar, if you look on
3    the bottle as far as what is described
4    it being, but if you're asking me --
5    if you're asking did we fingerprint it
6    to only a particular mine, this is the
7    beauty of the data. The data shows
8    that regardless of the type of product
9    you're looking at, there's consistency
10   across the study.
11       So -- but I did not try to
12   segregate out studies that only dealt
13   with Cashmere Bouquet, no, I did not
14   do that.
15   QUESTIONS BY MS. BRANSCOME:
16       Q.   Okay. As you sit here today as
17   a toxicologist, is it your position that
18   industrial-grade talc that might contain up
19   to 70 percent tremolite presents the same
20   level of toxic effect as cosmetic talc that
21   may contain no tremolite or tremolite at a
22   very, very low level?
23       MS. PARFITT: Objection. Form.
24       THE WITNESS: I haven't formed
25   that opinion, no.

37 (Pages 142 to 145)

Confidential - Pursuant to Protective Order

Page 146

1    QUESTIONS BY MS. BRANSCOME:
2        Q.   Okay.  And so have you formed
3    an opinion that I could find in your report
4    that discusses in any way the relative
5    toxicity of different types of talc?
6        A.   That, you may find.  I need to
7    go back and look how I set it out, but I
8    think I -- I talked with you about the
9    difference between fibrous versus platy.  I
10   do discuss that.
11       And I talk about the problems
12   when you have a complex mixture that has
13   added to it things like asbestos and heavy
14   metals, because I talk about the additivity
15   issue that can come to play.  So that -- in
16   other words, increased risk when you have a
17   complex mixture with additional components
18   that all share the same toxic properties as
19   far as target organs or types of effects or
20   mechanisms that are triggered in the body.
21   That's what I point you to.
22       I -- I don't -- that's the only
23   way I can answer that for you, I think, based
24   on what I know I have in here.
25       Q.   Okay.  You talk about the term

Page 147

1    "asbestiform talc."
2        You talk about asbestiform
3    talc.
4        Are you familiar with that?
5        A.   I do mention that in my report,
6    yes.
7        Where are you?
8        Q.   At paragraph 30.  It's on
9    page 19 of your report.
10       A.   Yes, I'm here.
11       Q.   Okay.  And the first sentence
12   in paragraph 30 you state, "In the published
13   medical literature, there is often discussion
14   of talc using terms such as fibrous talc,
15   asbestiform talc, non-asbestiform talc or
16   tremolite."
17       Do you see that?
18       A.   Yes, I do.
19       Q.   Okay.  Is it your opinion that
20   tremolite is a form of talc?
21       A.   So tremolite is a -- is a -- is
22   a type of fiber or a -- tremolite is a -- is
23   a substance or a entity that has been
24   identified as a specific morphology, I guess,
25   identified characteristics of a -- it has

Page 148

1    identified characteristics.
2        There's -- within the
3    asbestos -- the asbestos literature
4    there's -- it's one of the forms -- forms of
5    asbestos that's described.  For example, in
6    IARC, they describe all of the ones that have
7    carcinogenic properties.  It's one of them.
8        Within the literature within
9    Johnson & Johnson's documents, there's
10   tremolite discussed as -- I assume them
11   referring to asbestos tremolite, asbestos in
12   a tremolite characteristic.  I have seen
13   tremolite talc also mentioned in the
14   literature.
15       If you want a specific
16   discussion of each of those, again,
17   there's -- I understand there's experts that
18   are going to describe the distinguishing
19   characteristics of each of those.
20       I'm only setting out this is
21   what I have seen, talked about, in the
22   literature.
23       Q.   So you are not an expert on the
24   differences between fibrous talc, asbestiform
25   talc, non-asbestiform talc and tremolite as

Page 149

1    it relates to toxicity.  Is that your opinion
2    today?
3        A.   No, that's not what I'm saying.
4    I'm saying that if you want me to -- I'm --
5    if you want me to describe the
6    characteristics and the morphology of each of
7    those individually, that's something a
8    geologist would do.
9        But certainly as far as the
10   toxicity assessment I did, each of these
11   types of -- each of these words, I guess, or
12   names have been applied in the literature
13   when they talk about toxicity of talc.  Some
14   of the literature talks about fibrous talc or
15   just -- other literature just talks about
16   talc.  Some of it, for example, the IARC
17   monographs, distinguish between asbestiform
18   talc and non-asbestiform talc in their
19   assessments of the cancer risk.
20       And then tremolite is discussed
21   as a component of talc.  And I have seen
22   papers that talk about tremolite --
23   nontremolite talc or tremolite-containing
24   talc.  That's how you most often see it.
25       So it's the idea that it is a

38 (Pages 146 to 149)

Confidential - Pursuant to Protective Order

Page 150

1  constituent of certain mines that -- and
2  that's my understanding of it.  But if you
3  want -- and they all -- they all certainly do
4  show that the toxicity can be affected,
5  whether it's a fiber or a platy particle.  So
6  tremolite being a fiber would certainly
7  affect my overall assessment of risk.  The
8  more tremolite that you would have would
9  make -- would make it more likely to be
10  reactive in terms of a foreign body response,
11  depending on the size.
12      Q.    What's your basis for saying
13  that?
14      A.    That's based on a fibrous form
15  versus a platy particle form.  That's the
16  issue of -- I have that paragraph where I
17  talk about what macrophages look for, can
18  engulf or not engulf.  So those are all
19  things that are important to a toxicologist
20  to understand exist.
21          But certainly within my
22  assessment I have to include literature from
23  all of those because of the fact that all of
24  those are relevant to the toxicity profile,
25  since I know that the cosmetic baby powders

Page 151

1  and the data I've seen shows detection of
2  something called fibrous talc.
3          I see detection of tremolite
4  within certain samples of baby powder.
5          And then I have just the
6  general category of asbestiform versus
7  non-asbestiform when I consider the way, for
8  example, IARC has reviewed the
9  carcinogenicity.
10          So those are -- those are terms
11  that I'm laying out because I think they are
12  something you need to understand exists in
13  the literature.
14      Q.    Okay.  But I'm trying to
15  understand, not helping me understand the
16  literature.  I'm trying to understand your
17  opinions with respect to toxicity.
18          Is it, for example, your
19  opinion that fibrous talc has the same toxic
20  potential -- let's focus specifically with
21  respect to ovarian cancer -- as tremolite?
22      A.    I haven't formed that opinion,
23  but, again, I would -- my opinion has been
24  formed on the fact that we have complex
25  mixture that includes all of these things.

Page 152

1      Q.    Okay.  And so when you're
2  looking at a complex mixture, you would agree
3  as a toxicologist it would be important to
4  understand the constituent elements of that
5  mixture, correct?
6      A.    Yes, it is important to
7  understand that this is -- what is in the
8  mixture, and that's -- that's part of what I
9  try to do.
10      Q.    Okay.  And it would be
11  important before drawing conclusions from one
12  study that might have different constituent
13  components, it's important to understand the
14  relative toxicity of individual constituent
15  elements, correct?
16      A.    Depends if you can or not.  I
17  mean, there's certain types of studies you
18  can, where in the published literature that's
19  been described.  That's why I'm pointing this
20  out.  It's the idea that within the
21  literature, when you go through, it's
22  important to understand what you can say
23  about the consistency across the literature
24  where maybe different types of talc are
25  discussed.

Page 153

1          And that's what I -- I think I
2  lay out for you.  I tell you there's
3  consistency in certain toxic effects that are
4  seen.  Regardless of the form that you're
5  looking at, talc has certain properties, and
6  all of these things are -- been shown to be
7  in the complex mixture, so I have -- as a
8  result, all of that literature has relevance
9  to at least the hazard part of my assessment,
10  and certainly have relevance to -- when you
11  want to talk about warning and the final risk
12  assessment, they're definitely relevant, but
13  certainly the -- when I go through this
14  process, I am trying to focus as much as I
15  can on a product that is most similar to the
16  one I'm assessing.
17          So obviously that's why --
18  that's one of the reasons I do look at the
19  human data, because the human data is
20  involving a consumer product use, which is
21  what I'm talking about here.
22      Q.    Is it using specifically
23  Johnson's baby powder?
24      A.    Many of them are, yes.
25      Q.    Okay.

39 (Pages 150 to 153)

Confidential - Pursuant to Protective Order

Page 154

1      A.   Based on my understanding of
2   what I see discussed within the literature.
3      Q.   Did you identify in your report
4   specifically which report -- which studies
5   have used a consumer product manufactured by
6   Johnson & Johnson?
7      A.   I haven't laid them out
8   individually, no, but I am aware of
9   discussions of this general issue within some
10  of the documents I've seen, and essentially
11  Johnson's body powders products were the
12  overwhelming share of the market.
13     Q.   But you would agree that
14  studies that did not involve the consumer
15  product manufactured by Johnson & Johnson
16  should be given less weight when analyzing
17  whether or not there are risks associated
18  specifically with Johnson & Johnson's
19  products?
20     MS. PARFITT:  Objection.  Form.
21     MR. MEADOWS:  Objection.
22     THE WITNESS:  It depends on the
23  question being asked within the
24  assessment, the risk assessment.  It
25  really does, I mean, because each of

Page 155

1   these studies brings a piece of
2   evidence to the risk assessment.
3      And so the question is -- for
4   each one, you consider it on a
5   case-by-case basis.  It is possible,
6   yes, that you would give less weight.
7   It's also possible that you would not,
8   dependent upon what you know about
9   that study and how it relates to other
10  studies that are out there.
11  QUESTIONS BY MS. BRANSCOME:
12     Q.   So methodologically, how would
13  I understand from your report marked as
14  Exhibit 4 under what circumstances to give a
15  study that relates to, for example,
16  industrial talc less weight than a study that
17  actually used Johnson's baby powder?
18     MR. MEADOWS:  Objection.
19     THE WITNESS:  Well, I've tried
20  to tell you that.  That's what I said
21  for you.  That's why I am doing it.  I
22  certainly am trying to focus in on
23  studies that deal with the consumer
24  product.
25     But what I find when I look

Page 156

1   across the studies that are dealing
2   with not the consumer product but
3   other descriptions, there is a
4   consistency in the types of effects
5   you see.
6      And since I'm not quantifying
7   the risk but identifying it as being
8   increased or not, in other words, is
9   it more likely than not that someone
10  exposed in this way could be at a risk
11  of ovarian cancer, that's what I'm
12  talking about.
13     So again, it's -- if I was
14  trying to identify differences in
15  cancer potency factors for different
16  types, then, yes, if I had an animal
17  study on each of those, I could
18  compare potency for cancer, but that
19  hasn't been done.
20  QUESTIONS BY MS. BRANSCOME:
21     Q.   Okay.
22     A.   So instead, what I have to do
23  is rely on what is available to me.  And
24  based on my judgment, that's how I review the
25  studies.

Page 157

1      Q.   And so for the opinions that
2   you are offering in the MDL, you agree that
3   you are not quantifying the risk associated
4   with Johnson's baby powder, SHOWER TO SHOWER®
5   or Shimmer with respect to the potential for
6   causing ovarian cancer?
7      MS. PARFITT:  Objection.  Form.
8      THE WITNESS:  In terms of a
9   cancer potency factor, that is true, I
10  am not.  Instead, what I am doing is I
11  am quantifying whether or not I
12  believe that the risk is increased
13  above a background risk.
14     That has to do with -- that's
15  where I bring in, in my risk
16  assessment, the human data, because
17  the human data is showing
18  statistically significant increases in
19  risk in populations using the consumer
20  product.
21     So I have a quantification
22  where I'm using the word "increased,"
23  and I believe to a reasonable degree
24  of medical certainty that indeed the
25  risk is increased.  So I'm quantifying

40 (Pages 154 to 157)

Confidential - Pursuant to Protective Order

Page 158

1     in that way, but I'm not giving it a
2     number.  I'm not saying that the
3     cancer potency factor is such that you
4     increase the risk from one in a
5     million to 10 in a million to 1 in a
6     thousand.  That I have not done
7     because I don't have the data, the
8     studies.  The company has not done
9     studies on each of these to allow me
10    to do that.
11  QUESTIONS BY MS. BRANSCOME:
12    Q.    Okay.  The reference that you
13  made to the human data that you believe shows
14  a statistically increased risk in populations
15  using the consumer product, have -- which --
16  have you identified in your report which of
17  those studies are specifically using a
18  product that was manufactured by Johnson &
19  Johnson?
20    A.    I don't lay that out for my
21  report, I do not, but certainly it is
22  something that for some of the studies I
23  believe you can -- you might be able to get
24  some of that information from.  But certainly
25  I have not laid that out individually in my

Page 159

1     report, no.
2       Q.    And you would agree that for
3   some of those studies there is no information
4   as to the specific type of consumer talc that
5   the individuals who are being studied used,
6   correct?
7         MS. PARFITT:  Objection.  Form.
8         THE WITNESS:  I would agree
9     that in some of those studies they're
10    not saying, but that is why you look
11    at the evidence overall.
12        And what's important to look at
13    in terms of now -- if you wanted to go
14    to Bradford Hill, that's why you look
15    at things such as consistency.  So
16    what do the studies show.  We see a
17    certain level of increased risk across
18    studies, regardless of who did the
19    study or what population was being
20    looked at.
21        So that's the best way I can
22    answer that for you.  That is -- that
23    is part of the -- of the assessment
24    that you look at.
25

Page 160

1   QUESTIONS BY MS. BRANSCOME:
2       Q.    In reaching your opinion in the
3   MDL that there is an increased risk above
4   background of ovarian cancer from the use of
5   products manufactured by Johnson & Johnson,
6   have you made an attempt to identify
7   specifically which studies, the human studies
8   on which you rely, test or look at people who
9   have used Johnson & Johnson's products?
10        MS. PARFITT:  Objection.  Form.
11        THE WITNESS:  It's my -- my
12    review of the study indicates that I
13    would say for the vast majority of
14    them you cannot do that.
15        But you can take what is
16    reported and look at things such as
17    market share and those kind of things
18    to get an idea of what you believe the
19    exposure would have been.
20        But certainly I have not -- I
21    have not tried to apply some kind of a
22    numerical value to how many people in
23    the study may have used Johnson's baby
24    powder or not, no, that has not been
25    done.  I don't think anybody -- any of

Page 161

1     the bodies that have looked at this
2     have done that.
3   QUESTIONS BY MS. BRANSCOME:
4       Q.    You have not done a market
5   share analysis, correct?
6       A.    No, I've seen this in documents
7   only.  I have not done my own.  There are
8   company documents that talk about their
9   market share.
10      Q.    Okay.  Have you made an attempt
11  to examine the levels of fibrous talc or
12  asbestiform talc that are in different
13  consumer products, aside from Johnson's baby
14  powder or SHOWER TO SHOWER® or Shimmer?
15      A.    So for that are you referring
16  to things such as -- other types of cosmetics
17  like foundations or lipsticks or --
18      Q.    I'll rephrase.
19        Have you made any attempt to
20  examine whether other cosmetic talc body
21  powders have a different percentage of
22  fibrous, or what you refer to as asbestiform
23  talc, from the Johnson & Johnson products?
24        Have you done any analysis to
25  make that comparison one way or the other?

41 (Pages 158 to 161)

Confidential - Pursuant to Protective Order

Page 162

1          MS. PARFITT: Objection. Form.
2          THE WITNESS: I certainly
3    haven't done -- I certainly didn't do
4    a directed analysis to try to
5    determine that, but there is
6    information, I believe, in -- I think
7    if you look at some of Dr. Longo's
8    work, that may be there.
9          And I believe in Dr. Blount's
10   published paper there may be a
11   discussion of the type of powder
12   product used, where she was looking
13   for -- at least for asbestiform --
14   asbestos within the talc.  It may be
15   tremolite as well, but -- if you want
16   me to look, I can do that.  I just
17   don't recall whether -- I think she
18   did talk about sources of the talc,
19   where it came from, so...
20   QUESTIONS BY MS. BRANSCOME:
21       Q.    Okay.  But as you sit here
22   today, you can't point me to any analysis
23   that you did or an analysis that you relied
24   on that would relate different brands of
25   cosmetic talc body powders with respect to

Page 163

1    their constituent components?
2          MS. PARFITT:  Objection.
3    Completely misstates her testimony.
4    She mentioned Dr. Blount.  She
5    mentioned others.
6          THE WITNESS:  So I think what I
7    started with, I said I haven't done a
8    directed analysis to try to determine
9    specifically how this product versus
10   this product versus this product may
11   have looked over time, because I don't
12   have access to a full data to do that.
13         But what I do have is data that
14   has -- I do see published data, for
15   example, Blount and maybe some of the
16   other published studies, that looked
17   at this issue, at least of asbestos
18   presence in talc.  And I believe
19   Dr. Longo also had things that weren't
20   just Johnson's.  I believe he had
21   Cashmere Bouquet, for example, samples
22   in some of the things he looked at.
23         So I can point you to those
24   things that I have reviewed, but I
25   haven't -- there's nowhere in here

Page 164

1    that I state for you that it's my
2    opinion that Cashmere Bouquet has this
3    specific pattern of constituents as
4    compared to Johnson & Johnson's.  No,
5    I have not done that.
6    QUESTIONS BY MS. BRANSCOME:
7        Q.    Okay.  And that would be true
8    for any other brand of cosmetic talc, body
9    powders, Jean Nate, Lily of the Valley, not
10   just Cashmere Bouquet, correct?
11         MS. PARFITT:  Objection.
12         THE WITNESS:  That is correct,
13   I don't have access to that
14   information.
15   QUESTIONS BY MS. BRANSCOME:
16       Q.    Have you done any analysis of
17   the constituent components of talc and how
18   they have changed even within Johnson's --
19   Johnson & Johnson's manufactured products,
20   how the constituents of the consumer products
21   may or may not have changed over time?
22       A.    I've done some of that, yes,
23   and I laid that out, I think, for you, when I
24   talk about the differences in the products
25   that are described within the documents, the

Page 165

1    company documents, from the '70s versus the
2    '80s versus later on, as far as the changes
3    that were made to specifications of the
4    product, for example.  That's something --
5    and I think I've talked about that a bit at
6    trial as well.
7        Q.    Okay.  And is it your view that
8    the risk potential for Johnson & Johnson's
9    manufactured products have changed at all
10   over time with respect to ovarian cancer?
11         MS. PARFITT:  Objection.
12         THE WITNESS:  I have not -- I
13   have not attempted to differentiate a
14   risk potential at only one point in
15   time.
16         What I have done over points of
17   time is looked at the issue of
18   warnings and what should be warned
19   about.
20         But my analysis related to the
21   hazard or the risk assessment of the
22   products is considering all of the
23   available information, which would be
24   all of that information over time.
25

42 (Pages 162 to 165)

Confidential - Pursuant to Protective Order

Page 166

1    QUESTIONS BY MS. BRANSCOME:
2       Q.   Okay.  You talk about, in
3    paragraph 35 primarily -- we'll talk about
4    the fragrance components in more detail, but
5    you talk about the idea of chemicals being a
6    potential irritant.
7            Are you familiar with that?
8       A.   Yes, that's correct.
9       Q.   Is it your position that any
10   product that contains chemicals that could be
11   an irritant should be labeled with a health
12   warning?
13           MS. PARFITT:  Objection.
14           MR. MEADOWS:  Okay.
15           THE WITNESS:  I don't think
16   that's -- no, I don't think I've
17   formed that specific opinion.
18           But the opinion that I think
19   I'm expressing here is that when you
20   have a -- the information that I have,
21   which unfortunately the company hasn't
22   given us percentages or actual levels,
23   instead, what I do as a toxicologist,
24   I look at what is there.  And when I
25   see over a hundred chemicals there,

Page 167

1    that 70 percent of them have been
2    linked as an irritant hazard, there is
3    the issue of toxicological additivity
4    to consider.
5            So certainly as a risk
6    assessor, when I have that many
7    potential sources of irritation as far
8    as chemicals going into a complex
9    mixture, certainly I think I have
10   formed the opinion that I think that
11   is something that needs to be
12   considered when you're talking about
13   providing information to consumers,
14   yes.
15   QUESTIONS BY MS. BRANSCOME:
16      Q.   As a toxicologist, would it be
17   important to you to understand the exact
18   percentages of all of the constituent
19   components of, say, Johnson's baby powder,
20   for example?
21      A.   Are you talking about just the
22   fragrance or are you talking about everything
23   that's in it?
24      Q.   Dr. Plunkett, you referenced
25   the fact that the company has not provided

Page 168

1    you with specific percentages, and so I'm
2    asking you, is that something that as a
3    toxicologist would be important information
4    to you?
5       A.   Depends.  Certainly with the
6    fragrance -- and I'm talking about the
7    conversation about this paragraph is focusing
8    on the fragrance components.
9            So, yes, I mention that it
10   would be nice to know, it would be good to
11   know, if we could, exactly what was in there,
12   because I could quantify the hazard or
13   quantify the risk, actually.  So instead, I
14   have -- I identify it as a hazard, but I
15   can't quantify it without those levels.
16           But does that change -- make a
17   difference in the overall conclusions I draw?
18   No, it doesn't affect the overall conclusions
19   that I have drawn, but it adds that other
20   piece of the puzzle that deals with the fact
21   that we have a complex mixture that have a
22   combination of ingredients that target
23   irritation.
24           And irritation and the
25   potential to produce an inflammatory

Page 169

1    response, in my -- if you've read my report,
2    you understand that I think that's a key
3    factor in increasing the risk for ovarian
4    cancer.
5       Q.   Understanding the percentages
6    of the constituent components, is that
7    limited only to fragrance, or would it also
8    be important to understand the percentages
9    for the heavy metals that you contend are in
10   Johnson's baby powder?
11      A.   So if I was trying to define
12   the hazard of each component, I would
13   certainly want one to know that.  As a
14   result, what I'm doing instead is looking at
15   the complex mixture.  In other words, this is
16   a mixture of all these things.
17           I break out those individual
18   components, or constituents, to tell you
19   about the hazard that is brought to play or
20   the toxicity profiles that exists.  And
21   what's important about that in my overall
22   evaluation of the end product, which is what
23   my risk assessment is based on, the end
24   product, shows that I have multiple
25   components with similar types of effects.

43 (Pages 166 to 169)

Golkow Litigation Services - 877.370.DEPS

Confidential - Pursuant to Protective Order

Page 170

1  And as a toxicologist, when you do that, that
2  affects the conclusion that you can draw
3  about a body of literature.
4     Q.   Okay.  You do understand that
5  there is testing data available about the
6  percentages of the constituent components
7  with respect to heavy metals, et cetera, that
8  have been in Johnson's baby powder over time,
9  correct?
10    A.    There is some information.
11 Unfortunately, the information is not
12 complete as to every lot or every sample, as
13 far as what I have seen.  And also, there's
14 some -- some of the sampling is reported as
15 more of a limit versus an actual
16 quantification.  So it depends upon which --
17 which result, study result or document,
18 you're looking at.
19       There is some there, yes, and
20 that's one of the reasons why I identified
21 these as part of my risk assessment, because
22 I look for a pattern of these metals that are
23 known to carry a hazard and whether or not
24 these are ones I'm seeing detected time and
25 time again.

Page 171

1     Q.   But you made no attempt to
2  quantify the risk with respect to any of
3  those components or use that data in any way,
4  correct?
5        MS. PARFITT:  Objection.  Form.
6        THE WITNESS:  No, I used
7  that -- that data as part of -- my
8  risk assessment as part of my hazard
9  assessment, absolutely.  It's part of
10 the hazard assessment.
11       But as far as quantifying them
12 individually, no.  I am quantifying
13 the risk and looking at the risk of
14 the entire product, not of just one
15 individual component of the product.
16 QUESTIONS BY MS. BRANSCOME:
17    Q.   Well, we already discussed
18 you're not quantifying the risk with respect
19 to the entire product, correct?
20    A.    Well, I'm quantifying it in
21 terms of an increase above background, which
22 I'm not giving you a -- I told you I wasn't
23 giving you a cancer potency factor.  That is
24 true.  That I am not doing.
25       But I am quantifying it by

Page 172

1  using a word such as an increase -- an
2  increased risk.
3        Is that a specific number?  Am
4  I telling you that it's increased by two
5  times or four times or six times?  No.  The
6  data available did not allow us to do that,
7  with the exception of the epidemiological
8  data.  And the epidemiological data can show
9  you that in that piece of evidence there
10 appears to be a 30 percent increased risk
11 above background.
12    Q.   Did you make an attempt to
13 quantify the risk with the data that you had
14 available to you with respect to the final
15 consumer product?
16    A.    I could not, based on the data
17 I had, because I didn't have a
18 well-controlled animal study to be able to
19 pull that out that way.
20       Instead, what I -- in this type
21 of weight of the evidence, you look at what
22 you might be able to quantify based on the
23 human data.  And certainly the human data
24 showing the statistically significant
25 consistent findings across studies for that

Page 173

1  30 percent increased risk, that is part of my
2  overall weight of the evidence for me making
3  the statement the risk is increased.
4        But you'll notice I don't say
5  increased risk of 30 percent, because I don't
6  believe that I can state that with certainty
7  in the way I do a risk assessment.  But
8  certainly as any one individual -- any one
9  individual piece of evidence or any one body,
10 like the epi data, others have made -- other
11 bodies who have looked at the -- talked about
12 the consistency of the increased risk signal
13 in the epi studies as being in the range of
14 30 percent.
15    Q.   Okay.  But you would agree that
16 based on the methodology that you applied in
17 this case, you could not say to a reasonable
18 degree of scientific certainty that there is
19 an increased risk of, for example, 30 percent
20 with respect to use of Johnson's baby powder
21 and ovarian cancer, correct?
22       MR. MEADOWS:  Objection.
23       THE WITNESS:  I have not done
24 that.  And I'm not saying that
25 somebody else couldn't do that.  I

44 (Pages 170 to 173)

Confidential - Pursuant to Protective Order

Page 174

1    have not -- I have not chosen to do
2    that based on my evaluation of the
3    data.
4    QUESTIONS BY MS. BRANSCOME:
5        Q.   And the same would be true if I
6    asked that question and substituted any
7    particular number, a 10 percent increased
8    risk, a 20 percent increased risk, correct?
9            MR. MEADOWS:  Objection.
10           THE WITNESS:  I haven't given a
11       specific number in my final opinions,
12       that is true.
13   QUESTIONS BY MS. BRANSCOME:
14       Q.   Okay.
15       A.   I've tried to explain to you
16   what evidence I do think is there, however.
17       Q.   Now, we've talked about
18   different types of talc that might have
19   different constituent components, but you
20   also look at exposure to talc in an
21   occupational setting.
22           Do you recall that?
23       A.   Some of the studies that I've
24   relied upon, yes, some of them were
25   occupational.

Page 175

1        Q.   Okay.  And you understand that
2    in an occupational setting, you would agree
3    that the exposure, particularly via
4    inhalation, would be much higher than it
5    would be through the use of a consumer
6    product, correct?
7        A.   It depends on the occupation,
8    but, yes.  For example, I would agree a miner
9    would be expected to have that, but there are
10   certain, quote/unquote, occupational studies
11   where the exposure levels that -- for
12   example, there are -- I believe there's at
13   least one study that looked at application of
14   talc powders in -- maybe in a material,
15   coating materials in a factory.  Those kinds
16   of studies would be different than a mining
17   study.
18           But, certainly, yes, I
19   understand that occupational studies, the
20   inhalation exposure is the pathway that would
21   be predominant versus in the consumer body
22   powder use, I'm talking about the predominant
23   exposure pathway in my opinion is going to be
24   through perineal use, even though inhalation
25   exposure can occur.

Page 176

1        Q.   Is it your opinion as you sit
2    here today that someone could develop ovarian
3    cancer through -- exclusively through the
4    inhalation of Johnson's baby powder?
5            MS. PARFITT:  Objection.
6            THE WITNESS:  I haven't formed
7        that opinion at this point in time.
8    QUESTIONS BY MS. BRANSCOME:
9        Q.   Have you done any analysis or
10   can you point me to any analysis in your
11   report that makes a comparison of the
12   exposure levels that might be seen in an
13   occupational setting to what would be seen by
14   a consumer?
15       A.   Are you asking me for a piece
16   of evidence that does that comparison, or is
17   there evidence that allows you to do that
18   comparison?
19       Q.   Have you cited or discussed any
20   of the evidence or done an analysis in any
21   way that would compare exposure levels in an
22   occupational setting to what you would
23   anticipate a consumer using Johnson's baby
24   powder might be exposed to?
25       A.   I don't think I did it as a

Page 177

1    separate analysis, but as part of my analysis
2    I considered evidence that showed -- provided
3    me with such data.  So, for example, if you
4    want, I can point you to a -- I have an
5    inhalation paragraph, I think.
6            Let me look for it real quick.
7    See if I can find it quickly for you.  I
8    don't want to waste your time.
9        Q.   Sure.
10       A.   So there's -- I don't see it
11   cited here, but there's at least one document
12   I reviewed where the company themselves made
13   a comparison, and I have seen that, of
14   inhalation exposure to talc suspended in air
15   with diapering.  Dr. Longo has done a
16   measurement of exposure in air with perineal
17   application of talc.  So I'm aware of those
18   studies.
19           And then I certainly am aware
20   of the fact that those numbers are different,
21   or smaller, than many of the numbers I see
22   reported in some of the occupational studies.
23   But I can't say that's true for all.
24           I would certainly, though, say
25   that if you're just talking inhalation, I

Confidential - Pursuant to Protective Order

Page 178

1  certainly would expect a miner or a miller to
2  have a greater potential for inhalation
3  exposure than routine use of the consumer
4  product, with the exception of the studies --
5  the reports of large amounts of exposure in
6  children where the inhalation -- where they
7  were inhaling large amounts of powder.
8        And so that's a different
9  story. That's sort of an acute overdose
10 exposure, I guess, versus the typical daily
11 exposure through occupational or consumer
12 use.
13    Q.    And that raises an interesting
14 question. You discuss health hazards
15 associated with talc being known, and in some
16 cases deaths had been reported.
17        You're aware that those relate
18 to asphyxiation deaths, correct?
19    A.    Or long-term injury to lungs.
20 Maybe not an immediate asphyxiation, but lung
21 damage produced by large amounts -- some of
22 the children would go to the hospital and be
23 sick for a while and then die. So they
24 didn't asphyxiate immediately, right? But
25 some of them did. You're exactly right.

Page 179

1        Both of those things occur, and
2  I address that also in my warning section
3  about the fact that that warning didn't --
4  was not put on the product for a long period
5  of time even though those types of reports
6  were coming in early.
7     Q.    You would agree that that is a
8  completely different biologic mechanism than
9  what you are proposing the biological
10 mechanism is for ovarian cancer to develop
11 with respect to talc use, correct?
12        MR. MEADOWS: Objection.
13        THE WITNESS: I would agree
14 that it's an acute response versus
15 chronic, yes, that I agree with.
16        It's not entirely different in
17 some cases because some of the tissue
18 reactions you saw were indicative of
19 irritation when some of the lung
20 samples were looked at. But
21 certainly, yes, that's acute exposure
22 versus chronic exposure, and I'm
23 focusing on ovarian cancer on chronic
24 exposure scenarios.
25

Page 180

1  QUESTIONS BY MS. BRANSCOME:
2     Q.    Okay. Now, you would agree
3  that -- so let's set aside inhalation.
4        You agree that for talc -- for
5  Johnson's baby powder or another one of
6  Johnson & Johnson's consumer talc products to
7  reach an individual's ovaries, it must pass
8  from the perineum, through the vagina and the
9  cervical canal, move across the uterus -- and
10 again, it's the ciliary motion of the
11 fallopian tubes -- cross the peritoneal space
12 between the fimbriae and ovaries, escape
13 phagocytosis in the peritoneal space, and
14 then attach to the surface of the ovaries,
15 correct?
16        MS. PARFITT: Objection. Form.
17        MR. MEADOWS: Okay.
18        THE WITNESS: If the issue is
19 attaching to the surface, yes.
20 There's also some information
21 indicates the site of attack may be
22 actually at the fallopian tube exit to
23 the peritoneum. But, yes, that's
24 correct, there's been some discussion
25 in the literature on ovarian cancer

Page 181

1  about whether the tumors are arising
2  in the tubes versus the ovaries.
3        But I would agree, I think
4  both -- I think both of those
5  things -- those things -- there is a
6  passage that has to happen, regardless
7  of whether the end point is at the
8  fallopian tube or at the ovary.
9  QUESTIONS BY MS. BRANSCOME:
10    Q.    Okay. Is it your view that the
11 consensus has been reached that ovarian
12 cancer can be caused by talc landing in the
13 fallopian tubes?
14    A.    I haven't formed that opinion,
15 though I do believe this will be discussed by
16 some of the other experts.
17    Q.    Okay. Have you personally
18 conducted any tests or experiments to confirm
19 the theory that talc migrates from
20 application at the perineum to the ovaries?
21    A.    If by that you mean something
22 where I performed a laboratory test myself,
23 no, I have not done that.
24    Q.    As a toxicologist, are you
25 capable of doing that?

46 (Pages 178 to 181)

Confidential - Pursuant to Protective Order

Page 182

1      A.   Yes, I believe if asked I
2   could -- I could attempt to design something
3   to look at that issue.
4      Q.   Okay.
5      A.   But I would argue that I think
6   it doesn't make a lot of sense to revisit
7   based upon what we already know from the
8   scientific literature and the review papers
9   from the gynecological community.  I believe
10   it's -- it's understood that it can migrate.
11      Q.   In your opinion, has an animal
12   model been successfully developed that would
13   allow the testing of talc migration in humans
14   from the perineum to the ovaries?
15      A.   I think I tell that you in my
16   report.  I believe that the human data is the
17   relevant data to look at this issue.
18           So it would be very difficult
19   to design a study to do this based on the
20   typical laboratory species that are used in
21   toxicology testing.  Even -- even the monkeys
22   have issues, and the biggest issues with
23   monkeys is the ethicality of using a monkey
24   to settle -- to address a question that I
25   believe is settled within the gynecological

Page 183

1   and scientific community.
2      Q.   Now, you state in your report
3   that talc that's applied through perineal
4   use -- I believe the term you use --
5   routinely migrates to the ovaries.
6           Is that your opinion?
7      A.   Are you reading from my report?
8           MR. MEADOWS:  To the extent
9      that question is still lingering, I
10      object to it.
11   QUESTIONS BY MS. BRANSCOME:
12      Q.   On paragraph 43 on page 29.
13      A.   So I think as I've stated it,
14   the studies that I have reviewed demonstrate
15   that inert particles routinely move from the
16   lower female reproductive tract up into
17   fallopian tubes and towards the ovaries.
18      Q.   What do you mean by routinely?
19      A.   It's the percentages of
20   movement that are reported in the patients.
21   In other words, if you look at some of the
22   individual studies -- if you want we can pull
23   them out, but, you know, eight of ten
24   patients, nine of ten patients, all the
25   patients showed movement of the particles.

Page 184

1           And then on top of that, you
2   have the review articles that talk about
3   migration of particles in the female
4   reproductive tract and are describing it as
5   an event that is known to occur.  So it's
6   those things weighed together.
7           But certainly routine could be
8   supported by the observations where the
9   majority of the patients in the studies were
10   showing movement of inert particles.
11      Q.   Is it your opinion that every
12   perineal application of cosmetic talc powder
13   results in talc being deposited on the
14   ovaries?
15      A.   I have not formed that opinion,
16   no.
17      Q.   Have you formed an opinion as
18   to with what frequency -- so let's say
19   someone uses a cosmetic talc on a perineal
20   application ten times.  Out of those ten
21   times, have you formed an opinion as to how
22   many of those instances would talc deposit on
23   the ovaries?
24           MS. PARFITT:  Objection.
25           THE WITNESS:  I haven't formed

Page 185

1   an opinion in that particular way, no.
2   I think what I've -- I've tried to
3   describe to you in my report is that I
4   believe it is known that inert
5   particles have the ability to migrate.
6   And based on that, I form the opinion
7   that it's my opinion to a reasonable
8   degree of scientific certainty, which
9   would be a more likely than not
10   standard, that particles of talc would
11   be migrating when women are using them
12   perineally.  But I haven't told you
13   that it has to be a specific number,
14   no.
15   QUESTIONS BY MS. BRANSCOME:
16      Q.   Have you done any analysis to
17   establish over a lifetime use of cosmetic
18   talc where the app -- the perineal
19   application, with what frequency during a
20   lifetime the talc may have been deposited on
21   that individual's ovaries?
22      A.   So I certainly looked for
23   information to allow me to assess that, but
24   unfortunately those kinds of studies would be
25   unethical to do.  Because that would be a

47 (Pages 182 to 185)

Page 186

1  matter of sampling women during -- using them
2  and then taking biopsies, and that's
3  something that would be difficult to do.  I
4  would say impossible to get approval to do
5  under human testing guidelines.
6      Q.   Okay.  So it's your opinion
7  that it is possible for talc that is applied
8  through a perineal application to reach the
9  ovaries, but you cannot say with what
10  frequency that occurs?
11         MS. PARFITT:  Objection.  Form.
12  Misstates her testimony.
13         THE WITNESS:  That's not --
14  what I'm telling you is, I think it --
15  that to a reasonable degree of
16  scientific certainty that it migrates,
17  and that would be the standard of more
18  likely than not.  I think it's more
19  likely than not that the talc is
20  reaching the ovaries when people are
21  using it perineally.
22         I did form the opinion -- and
23  I've talked about this at trial and
24  yesterday.  I have formed the opinion
25  that this is a issue of chronic or --

Page 187

1  or use of the products.  In other
2  words, people aren't just using it
3  once, but people are using it -- you
4  can use the word "routinely," as a
5  habit, in their daily life perineally.
6  And that would be consistent with the
7  studies that have been done that have
8  looked at the issue of dose response.
9         And I discuss that in my
10  report, too.
11  QUESTIONS BY MS. BRANSCOME:
12      Q.   Okay.  But you have not made an
13  attempt to quantify, nor have you seen it in
14  the literature, the overall dose of talc that
15  someone might be exposed to in terms of
16  contact with the ovaries throughout their
17  lifetime, chronic use of cosmetic talc?
18         MS. PARFITT:  Objection.  Form.
19         THE WITNESS:  Those -- that's
20  the kinds of studies that have not
21  been done and I believe could not be
22  done based upon ethics of human
23  testing.  But certainly I -- that --
24  that data is not available that I'm
25  aware of.

Page 188

1         MS. BRANSCOME:  Okay.  Can we
2  just go off the record for a second?
3         VIDEOGRAPHER:  We are going off
4  the record at 12:23 p.m.
5         (Off the record at 12:23 p.m.)
6         VIDEOGRAPHER:  We are back on
7  the record at 12:24 p.m.
8  QUESTIONS BY MS. BRANSCOME:
9      Q.   As you sit here today, how
10  would you characterize the biological
11  mechanism by which you claim Johnson's baby
12  powder, their other cosmetic talc products,
13  present a risk of ovarian cancer?
14      A.   So I outline this for you in
15  the MDL report.  I think I have a section
16  on -- let's see if I can -- you want me to
17  tell you where or...
18         So paragraph 65, I think I set
19  out part of this argument or part of this.
20  And then also in paragraph -- I believe in
21  67.
22      Q.   All right.  Well, let me take a
23  step back.
24         Is it your opinion that the
25  biological mechanism by which talc, cosmetic

Page 189

1  talc, can in your view cause ovarian cancer,
2  is that something that has been definitively
3  established?
4      A.   What do you mean by
5  definitively?  I mean, I think -- I believe
6  more likely than not that -- so I believe I
7  have reached a conclusion that I think what
8  the most likely biologically plausible
9  mechanism, but maybe you're ask -- meaning
10  something else.
11      Q.   Okay.  Well, let's start with
12  specifically you discuss a number of
13  different potential mechanisms in your
14  report.  So if you believe you have reached
15  an opinion more likely than not about the
16  specific biological mechanism by which
17  cosmetic talc and specifically Johnson &
18  Johnson's products can cause ovarian cancer,
19  can you describe that for me?
20      A.   So it's a chronic inflammatory
21  process, and so -- but like all compounds,
22  constituents, even drugs that we look at, we
23  don't know each individual step within the
24  molecular mechanism.
25         Instead, what we know is that

48 (Pages 186 to 189)

Confidential - Pursuant to Protective Order

Page 190

1  there are certain components to the process
2  of cancer that are consistent with the
3  effects produced by talc, and we know that
4  talc can produce a chronic inflammatory
5  process.
6          And so that's why I was
7  pointing you to the paragraph 65 and I think
8  67.
9      Q.    Is it your opinion that
10 consensus has been reached in the scientific
11 community that cosmetic talc can cause
12 ovarian cancer through a chronic inflammatory
13 response?
14         MS. PARFITT:  Objection.
15         THE WITNESS:  I don't know that
16 that's exactly the opinion I've
17 formed.
18         Would you like me to -- I could
19 restate what I believe, but I don't
20 think that's exactly how I would state
21 it, no.
22 QUESTIONS BY MS. BRANSCOME:
23     Q.    Okay.  So then yes or no:  Has
24 consensus been reached in the scientific
25 community that cosmetic talc can cause

Page 191

1  ovarian cancer through a chronic inflammatory
2  process?
3      A.    I don't believe I formed the
4  opinion either way, that it's yes or no,
5  because I haven't tried to -- I haven't tried
6  to form the opinion about what the -- in
7  other words, I haven't -- I can't say for
8  every scientist out there.
9          I certainly can tell you what I
10 believe based on what the consensus of
11 science says about mechanisms underlying
12 cancer and the consistency of those
13 mechanisms with talc, and then I have an
14 opinion about what I believe that information
15 says.
16         I do believe my opinions,
17 however, are consistent with some consensus
18 statements, such as the issue on the
19 mechanism is consistent with consensus
20 opinion reached by IARC, where they discuss
21 the inflammatory process as an underlying
22 biologically plausible mechanism that can
23 lead to ovarian cancer.
24         I think it's consistent with
25 the Canadian risk assessment where they

Page 192

1  discuss those issues.
2          I think it's consistent with --
3  I don't know if the ACOG statement goes that
4  far on mechanism, but it does talk about
5  ovarian cancer.  That's a recent statement.
6          And I believe it's consistent
7  with some of the -- I believe my opinions are
8  consistent with some of the opinions reached
9  by others in science, but that's the only way
10 I can answer that for you.
11     Q.    Okay.  Because you have not,
12 one way or the other, done an evaluation of
13 whether or not chronic inflammatory process
14 is a biological mechanism on which the
15 scientific community has reached general
16 consensus with respect to the causation of
17 ovarian cancer; is that correct?
18         MR. MEADOWS:  Objection.
19         THE WITNESS:  I can't tell you
20 that -- I can't tell you that every
21 body that's looked at it, but I have
22 tried to point you to evidence that I
23 believe is consistent with that.
24         For example, the IARC would be
25 a good example of consensus on

Page 193

1  biologic mechanism because they have a
2  whole part of their assessment of
3  non-asbestiform talc and perineal
4  cancer -- of perineal use and ovarian
5  cancer that discusses mechanism.  And
6  that is consistent with what I have
7  said.  So there is a consensus
8  opinion.
9          But I guess what I'm saying to
10 you is I can't tell you that all --
11 all people who have put statements
12 have come to that exact opinion.  But
13 there aren't that many places out
14 there that are addressing that issue
15 as far as the consensus on a
16 mechanism.  There's more statements
17 about the relationship between ovarian
18 cancer and talc use than there are
19 drilling down to what the mechanism
20 must be.
21 QUESTIONS BY MS. BRANSCOME:
22     Q.    Okay.
23     A.    So that's the issue.  It's a
24 little -- it's a little hard to answer that
25 yes or no because of that.

49 (Pages 190 to 193)

Confidential - Pursuant to Protective Order

Page 194

1    Q.    Okay.  When we talk about the
2  idea of biologic -- a biologically plausible
3  mechanism, what is your understanding of the
4  term "plausible" in that expression?
5    A.    When I use the word
6  "biologically plausible mechanism" or
7  "biologic plausibility," I'm using it
8  consistent with what Bradford Hill uses,
9  that's it's the idea that the evidence that
10  available makes -- the evidence that
11  available supports a pathway where you can go
12  to exposure to response.
13        So in other words, there's a --
14  the biological information is consistent with
15  how we know cancer can develop.  That's the
16  response we're looking at.  And the exposure
17  we're looking at is known to produce those
18  kind of biologic events.
19        So as a result, based upon
20  knowing that there's a consistency between
21  the data that we have on the -- on the
22  exposure and the data that we have on the way
23  cancer can occur, those things -- those
24  things align.  So that makes it biologically
25  plausible that that could occur.

Page 195

1    Q.    But you would agree that
2  biological plausibility suggests that it is a
3  plausible explanation, but it may not have
4  been established as the definitive pathway by
5  which a disease is caused, correct?
6        MS. PARFITT:  Objection.  Form.
7        THE WITNESS:  Well, I would
8    agree that in the discussion of
9    biologic plausibility in the Bradford
10    Hill paper that is true.  But if you
11    look at people's discussion of the use
12    of -- I want to say "biological
13    mechanism" rather than the word
14    "biologic plausibility," because
15    really as a toxicologist I'm trying to
16    understand whether there's a biologic
17    mechanism that makes sense.  Those are
18    words I like to use.  Does it make
19    sense that this exposure could lead to
20    this response.
21        And that involved looking at
22    the mechanistic data or the data on
23    the way toxic responses are produced
24    by talc, and whether or not they align
25    with the types of toxic insults that

Page 196

1    are known to be able to produce,
2    specifically, ovarian cancer.
3  QUESTIONS BY MS. BRANSCOME:
4    Q.    Is it your opinion that IARC,
5  for example, has concluded that the
6  biological mechanism by which talc may cause
7  ovarian cancer is chronic inflammation?
8        MS. PARFITT:  Objection.
9        THE WITNESS:  I don't know that
10    they have used -- they've described it
11    quite that way, but they do describe
12    what they believe is the biologically
13    plausible mechanism.  Because they do
14    organize and use within the
15    definitions of how they describe some
16    things that are consistent with what
17    Bradford Hill uses.
18  QUESTIONS BY MS. BRANSCOME:
19    Q.    Okay.  And obviously you're
20  familiar with the IARC evaluation of talc
21  with respect to the possibility of causing
22  ovarian cancer, correct?
23    A.    Yeah.  If you mean the recent
24  one, yes, the most recent assessment.
25    Q.    Yes.

Page 197

1        And that IARC has in fact
2  classified cosmetic talc not containing
3  asbestos as possibly carcinogenic to humans,
4  correct?
5    A.    It's a possible human
6  carcinogen 2B, that's correct.
7    Q.    Okay.  And if a product is
8  listed in the 2B category, does that
9  necessarily mean the product, in your view,
10  is carcinogenic?
11    A.    Not always, because that comes
12  down to an assessment of -- then you're
13  putting together a -- a risk assessment that
14  looks at -- looks at -- across the
15  information that you have available.  And
16  that may be that -- that the -- the possible
17  is all you can say, or it may be that you
18  believe that the information -- there's
19  enough information there to take it further.
20        Has a possibility -- that's
21  what I said, they do a hazard assessment.
22  They rank things on hazard based on -- on
23  unlikely -- not enough evidence, less -- the
24  possibility, the probability or it's known.
25    Q.    In your opinion, is your

50 (Pages 194 to 197)

Confidential - Pursuant to Protective Order

Page 198

1  characterization of the risk of Johnson's
2  baby powder or talcum powder products with
3  respect to ovarian cancer, are you in the MDL
4  characterizing that risk as a higher level of
5  risk than what IARC characterized it, or do
6  you agree with the 2B characterization of
7  possibly carcinogenic?
8      MS. PARFITT: Objection. Form.
9      THE WITNESS: So I'm not IARC,
10  so I don't try to second-guess there.
11  They have reached a conclusion, and I
12  use that as part of my weight of the
13  evidence. So I haven't formed the
14  opinion they're right or wrong.
15      But I have done a different
16  assessment. My assessment, first off,
17  includes more information than IARC
18  had, so as a result, I have formed the
19  conclusion that I believe that it's
20  more likely than not that exposure
21  to -- perineal exposure to talc body
22  powders increases the risk of ovarian
23  cancer in women who use that product.
24      And I will put the caveat this
25  has to be chronic use or repeated use,

Page 199

1  because I've gone -- I've said that
2  many times.
3      So that -- that is my opinion.
4  So that's a different statement and a
5  different assessment than what IARC
6  does.
7      But -- so I don't disagree with
8  their possible -- I weigh that, but I
9  believe the evidence for the risk
10  assessment shows me that it's more
11  likely than not that this -- this
12  exposure will increase the risk above
13  a background risk for women who are
14  using this product.
15  QUESTIONS BY MS. BRANSCOME:
16      Q.   And how do you define chronic
17  or repeated use?
18      A.   Well, that is variable within
19  the literature. For me, chronic is
20  exposure -- if as a toxicologist, I would
21  typically say chronic use is years of use.
22  It doesn't have to be daily, but it would be
23  years. That's the most common description
24  you see in toxicology, so I would say that's
25  fair. That's a fair assessment of my

Page 200

1  opinion.
2      Q.   Is there a threshold of the use
3  of Johnson & Johnson's talcum powder products
4  below which there is no increased risk, in
5  your opinion, of ovarian cancer?
6      A.   We have not identified that
7  threshold. That's what's missing within
8  the -- the literature that exists today. So
9  I can't tell you whether or not with only a
10  thousand applications over a lifetime that
11  is -- is not enough for every individual or
12  not, but certainly I do believe that the --
13  that the exposure has to be habit, routine,
14  chronic, something that is done maybe not on
15  a daily basis but on a routine basis in a
16  woman's life.
17      So that is consistent, I think,
18  with the literature.
19      MS. BRANSCOME: Okay. We can
20  go off the record.
21      VIDEOGRAPHER: We are going off
22  the record at 12:36 p.m.
23  (Off the record at 12:36 p.m.)
24      VIDEOGRAPHER: We are back on
25  the record at 1:35 p.m.

Page 201

1  QUESTIONS BY MS. BRANSCOME:
2      Q.   Good afternoon again,
3  Dr. Plunkett.
4      A.   Good afternoon.
5      Q.   I want to talk a little bit
6  about the Health Canada assessment.
7      We talked about this before,
8  but this is something that you reviewed after
9  you completed your report which has been
10  marked as Exhibit 4, correct?
11      A.   Yes, and I wanted to tell you,
12  I did not bring all those documents printed.
13  I apologize. So there is a separate Health
14  Canada draft risk assessment that I didn't
15  print.
16      Q.   Okay. So when you're referring
17  to the Health Canada analysis, what document
18  are you specifically referring to?
19      A.   So I'm referring to the -- the
20  combined documents, but there are times when
21  you've asked me questions that I've been
22  referring -- and I tried to say, I believe,
23  Taher.
24      But, yes, some of the questions
25  you asked me when I said Health Canada, I was

51 (Pages 198 to 201)

Confidential - Pursuant to Protective Order

Page 202

1  talking about the combined documents, which
2  would include their -- I guess it's called a
3  draft risk assessment document, yeah, which
4  refers to this document but is a separate --
5  is their own separate statement.
6        Q.   As you sit here today, what is
7  your understanding of the current position
8  that has been articulated in the collection
9  of documents that you refer to as Health
10  Canada with respect to any potential
11  relationship between cosmetic talc and
12  ovarian cancer?
13       A.   So that's why I did print out
14  the small one, because I think it summarized
15  it. So here, if you look at this Exhibit 6,
16  it makes specific conclusions or draws --
17  makes statements. And essentially it talks
18  about talc being a possible risk of ovarian
19  cancer, but then it gives women specific
20  advice about what to do in order to minimize
21  exposure to the products, and some of that
22  was relevant as well.
23       Just one reason I printed it
24  out, it has to do with either choosing an
25  alternative product or avoiding genital

Page 203

1  exposure to talc.
2        And let me see the exact words
3  that they use, but --
4        Q.   Before you do that, do you
5  agree with the characterization that cosmetic
6  talc presents a possible risk of ovarian
7  cancer?
8        A.   No, I don't think that's my
9  opinion. I think my opinion is stronger than
10  that.
11       But are you talking about my
12  causation analysis opinion or just my risk
13  assessment opinion?
14       Q.   I'm asking about any opinion
15  you intend to offer in the MDL.
16       A.   Okay. So I will not be giving
17  the causation analysis opinion, so that -- I
18  will take that off the table.
19       So I think my opinion is a
20  little stronger because I say that the
21  exposure to the perineal -- the talc by
22  perineal application in women increases the
23  risk. So I'm not saying it's a possible
24  risk. I'm actually -- I believe that it
25  increases the risk. And I do believe that

Page 204

1  there is a association between those two
2  things, the exposure and the response, which
3  is more than a possible association, if you
4  want to use those words.
5        But my assessment that I've
6  done is not exactly the same, for example, as
7  IARC does, which is more of just a hazard
8  assessment.
9        Q.   Right.
10       So I'm focusing my questions
11  now on your risk assessment as compared to
12  the documents that you've supplied us with
13  with respect to Health Canada. And if I
14  understand it correctly, are you stating that
15  your opinion with respect to the relationship
16  between cosmetic talc and ovarian cancer, you
17  believe that it is an association that is
18  stronger than a possible risk; is that
19  correct?
20       A.   Well, I don't say it's a
21  possible risk; I say there is an increased
22  risk. So I think it's a different statement,
23  yes, absolutely.
24       Of course, I'm not Health
25  Canada, so, you know, they have a framework

Page 205

1  upon which they make decisions, and I'm doing
2  an analysis based on what I have done. And
3  so it's not exactly the same, although some
4  of the same documents and information is
5  weighed within -- and then that's when you
6  have the issue of what Health Canada does
7  versus what they rely upon.
8        But this Taher risk assessment
9  is just one piece of information that Health
10  Canada has weighed in their assessment if you
11  read their -- their draft risk assessment.
12       Q.   So the question I have about
13  the Taher risk assessment, earlier you were
14  referring to the fact that you have only seen
15  a quantitative assessment of the weight of
16  particular components of scientific evidence
17  in evaluating epidemiological studies; is
18  that correct?
19       A.   So that's what I typically see,
20  yes. And I don't know that -- I've never
21  seen it. But the typical approach would be
22  to use it there as opposed to using it in the
23  context of a human health risk assessment
24  based on animal in vitro data.
25       Q.   All right. Are you familiar

52 (Pages 202 to 205)

Confidential - Pursuant to Protective Order

Page 206

1    with something called the Klimisch scoring
2    system?
3        A.    I don't know if I am now.
4    You'll need to show me what it is you're
5    referring to.  The name doesn't ring a bell,
6    no.
7        Q.    Okay.  So it's not something
8    that you've used in the past?
9        A.    No, not that I recall using.
10       Q.    All right.
11       A.    Unless it has another name, and
12   that's why I'm asking you.
13       Q.    All right.  So if you have
14   actually -- it's the document in front of you
15   that we've already marked as Deposition
16   Exhibit 5, I believe.
17       A.    Yes.
18       Q.    And that is the Taher study
19   that we were discussing and is cited by the
20   Health Canada risk assessment.
21           If you turn to page 5 -- well,
22   actually beginning on page 4, do you see
23   there is a section entitled "Literature
24   Search and Identification of Relevant
25   Nonhuman Studies"?

Page 207

1            Do you see that?
2        A.    Yes.
3        Q.    And this is related to an
4    analysis that these authors performed on
5    potentially relevant animal and in vitro
6    studies, correct?
7        A.    Yes, that is true.
8        Q.    All right.  And it states here
9    that "all retrieved studies were examined for
10   relevance, reliability and overall quality
11   using the Klimisch scoring system."
12           Do you see that?
13       A.    Yes, I do see that.  So I have
14   seen that before.  I just didn't -- I didn't
15   recall it.
16       Q.    Okay.  And so would you agree
17   that it is possible and in fact has been done
18   in a study that you rely on to apply a
19   quantitative scoring system to animal and in
20   vitro studies, particularly in the context of
21   looking at the relationship between talc and
22   ovarian cancer?
23       A.    Well, I didn't say it was
24   impossible.  I said I don't believe it's
25   routine based on my experience.

Page 208

1            So, yes, if they stated they've
2    done -- we'd have to pull the supplementary
3    materials out, but I recall them doing
4    scoring based on epi studies but not on
5    the -- all of the animal studies that they
6    talk about.  But we can pull it out and look.
7    I could be wrong.
8        Q.    Okay.  Did you review the
9    supplementary material 7, 8 and 9?
10       A.    Yes, I did, and we'd have to
11   pull them out because I don't recall the
12   details.
13       Q.    All right.  We may take a look
14   at those in a minute.
15           It talks about them classifying
16   the animal and in vitro studies into four
17   categories of reliability.
18           Do you see that?
19       A.    Yes.
20       Q.    So did you make any attempt,
21   when you were reviewing the various studies
22   in reaching your opinion about the potential
23   risk of talc in causing ovarian cancer, did
24   you make any attempt to separate out the
25   different pieces of evidence into categories

Page 209

1    of reliability like the authors of this paper
2    have done?
3        A.    I didn't do it exactly the way
4    they did it, but I certainly do do that as
5    part of my screening.
6            I told you one of the
7    characteristics or one of the assessments I
8    make is whether I believe the data is
9    reliable data that I can -- that I can use in
10   a weight of the evidence.  So I make a -- and
11   when I talk about reliability, I'm talking
12   then about things such as I mentioned, peer
13   review, whether or not there is statistical
14   analysis, whether or not the study is
15   designed in a way that's consistent with
16   general principles of toxicology, control
17   groups or not control groups.
18           Those kinds of things I do -- I
19   do consider when I am assessing the use of a
20   study or not.
21       Q.    Is it your testimony here today
22   that contained within your report that's
23   marked as Exhibit 4, I could find
24   categorization of reliability of each of the
25   pieces of scientific literature that you have

53 (Pages 206 to 209)

Confidential - Pursuant to Protective Order

Page 210

1  included in your weight of the evidence
2  analysis?  Is that your testimony today?
3      A.   No, that's not what I'm telling
4  you, no.
5      Q.   Okay.  So you would agree that
6  you did not -- first of all, did you develop
7  categories of reliability in which you
8  separated the particular scientific studies
9  into as part of your weight of the evidence
10  analysis?
11      A.   I do look at -- I do categorize
12  studies based upon my assessment of their
13  reliability and their ability to be used to
14  answer the question I'm asking, but I -- I
15  already told you, I didn't do it the way it's
16  set out here.  I didn't have these specific
17  five categories, no.  That's not what I did.
18      Q.   Okay.  Other than the CIR 2013
19  publication, which you have said that you do
20  not find reliable and you assign little
21  weight to it, can you point me to another
22  place in Exhibit 4 where you assign a
23  specific category of weight that you have
24  given to a particular study that you include
25  in your weight of the evidence analysis?

Page 211

1      A.   If what you're asking me is do
2  I make a specific statement next to each
3  study that I discuss about little weight or
4  great weight, no, I don't do that, if that's
5  what you're asking me.
6      Q.   Okay.  As part of the
7  collection of documents that relate to Health
8  Canada that was provided to us as part of
9  your new reliance list, did you review a
10  document entitled weight of the evidence --
11  or "Weight of evidence:  General principles
12  and current applications of Health Canada"?
13      A.   Yes, I've seen that.
14          (Plunkett Exhibit 8 marked for
15  identification.)
16  QUESTIONS BY MS. BRANSCOME:
17      Q.   All right.  We will mark this
18  as Plunkett Deposition Exhibit Number 8.
19          All right.  The document that I
20  just handed you that's marked as Plunkett
21  Deposition Exhibit Number 8, are you familiar
22  with that document, Dr. Plunkett?
23      A.   Yep, I've seen this before.
24      Q.   Is this listed among the new
25  materials that have been added to your

Page 212

1  reliance list?
2      A.   I believe it was, yes.
3      Q.   Okay.  And so for this one I
4  just want to direct your attention to the
5  conclusion section -- well, let me ask you
6  first:  How does this document relate to the
7  collection of documents with respect to
8  Health Canada that you identified as relevant
9  to your opinion?
10      A.   It was one of the materials
11  that they rely upon, yes, they cite.  That's the
12  reason I pulled it.  It was -- I pulled
13  documents that they provided on the website
14  that were cited.
15      Q.   Okay.  And if you could turn to
16  page 11 of that document, there's a
17  conclusion section.  The first sentence of
18  the third paragraph reads, "The given --
19  given the context-specific nature of each
20  risk assessment and the diversity of tools
21  and criteria applicable, transparent
22  documentation of the specific application of
23  the WOE approach is especially important."
24          Did I read that correctly?
25      A.   Yes, you did.

Page 213

1      Q.   And is your understanding of
2  WOE that it is weight of evidence?
3      A.   Yes, that's correct.
4      Q.   Do you agree with this
5  statement?
6      A.   In a regulatory context, I do
7  believe that that is true, because within the
8  regulatory context when they do the risk
9  assessment, there's a need to understand why
10  decisions are made.  So, absolutely, in a
11  regulatory context, I would agree that this
12  kind of transparency is even being adopted by
13  EPA.
14      Q.   And is it your opinion then
15  that a different level of transparency is
16  needed for expert testimony in court?
17      A.   No, that's not what I'm saying.
18  I'm saying that's a different process.  And
19  that's what part of this process is.  It's
20  understanding the ability to provide a dialog
21  about what was done.
22          So as a result, this is
23  something that is common to the work that
24  I've done in the past.  Even in a
25  nonlitigation context with my regulatory

54 (Pages 210 to 213)

Confidential - Pursuant to Protective Order

Page 214

1   clients, doing a risk assessment doesn't
2   necessarily involve the same level of detail
3   that a regulatory -- a regulator would apply
4   to the transparency of the assessment.  Not
5   to say that it couldn't be done, but it's
6   just -- I would say it's not necessarily
7   typical.
8       Q.    So this specifically refers to
9   transparent documentation.
10          Do you see that?
11      A.   Yes.
12      Q.   Would you agree that the report
13  that you have produced in the MDL does not
14  have documentation of the specific
15  application of the weight of evidence
16  approach?
17      MS. PARFITT:  Objection.
18  Excuse me, objection.  Form.
19      THE WITNESS:  I disagree to an
20  extent because I did attempt to
21  provide in my report a description of
22  the methods that I used and the
23  resources that I've relied upon for a
24  discussion of how those methods are
25  used.

Page 215

1       And then in addition to that,
2   I've attempted to lay out for you in
3   my report a discussion of the pieces
4   of evidence that I've relied upon,
5   including some -- for some of those --
6   that's one of the reasons I did attempt
7   so detailed in the section on migration
8   and providing you an analysis of each
9   of the papers that I relied upon and
10  what I thought was important within
11  them that led to my -- the formation
12  of my opinions.
13      So I disagree to some extent.
14  QUESTIONS BY MS. BRANSCOME:
15      Q.   Okay.  Turning back to what
16  Taher did in classifying different studies
17  into different categories of reliability.
18  Have you done that type of analysis in the
19  past where you have separated out different
20  studies into different categories of weight
21  or reliability as part of an overall
22  analysis?
23      A.   Well, I do that every time I do
24  a weight of the evidence when I separate into
25  categories first based upon the type of

Page 216

1   study.  In other words, as I discussed many
2   times in deposition, when you're talking
3   about doing a human health risk assessment,
4   there's certain types of data that are most
5   relevant.  I mean, when they use the word
6   "reliable" -- I don't know that many of these
7   studies have the same level of reliability as
8   far as peer review, but they're -- for
9   example, on the issue of migration, it's my
10  opinion that the data from the human studies
11  is a more reliable or relevant source of
12  information.  And I've laid out why, because
13  of differences in the anatomy, things like
14  that, with the data.
15      Q.   Are you familiar with the term
16  "binning exercise"?
17      A.   Yes, I am.  And that is
18  certainly something that I have used in other
19  aspects of work that I have done.
20      Q.   Did you do a binning exercise
21  in rendering your opinions and what you've
22  provided to us in the context of your
23  opinions in the MDL?
24      A.   Yes, that's the exercise I
25  start with.  I'm binning them into human,

Page 217

1   animal, mechanistic, in vitro data.  That's
2   the first bins.
3       In fact, in the copper work we
4   did, that's what we did.  We separated the
5   data into in vitro/only mechanistic
6   information, animal studies, did we have
7   human studies.
8       And we also looked at
9   studies -- we had a separate bin of exposures
10  like I do.  I have studies that just address
11  the issue of exposure potentially.
12      So, yes, it's -- it's
13  consistent with doing that.  It's --
14  essentially binning is just separating the
15  information into groups based on what
16  questions those -- those data can answer.
17      Q.   Okay.  Have you ever -- do you
18  ever separate them into bins based on the
19  level of weight that you would give a
20  particular study?
21      A.   I do that when I'm analyzing
22  each of the studies within that group or that
23  bin.  That's what I do.  I give them -- in my
24  weight -- in my analysis, I weigh those
25  studies based upon my judgment on the

55 (Pages 214 to 217)

Confidential - Pursuant to Protective Order

Page 218

1    relevance, the reliability, the power of the
2    study, the statistical analysis that's done,
3    the inclusion in animal studies, in
4    particular, of controls. Those are all parts
5    of that analysis that I do. So, yes, I do do
6    that.
7              And then in -- there have been
8    exercises that I've done in the past with
9    other individuals where we may have taken a
10   yellow sticky note and put down on top of it
11   animal data with exposure information, animal
12   data without exposure information. That's
13   the process that I'm doing when I am looking
14   across the data. I'm separating those pieces
15   of data into groups and what types of
16   questions they can answer.
17             So that is consistent with what
18   I do when I do a weight of analysis approach
19   in the work that I do in both nonlitigation
20   and litigation context.
21        Q.   Okay. But we have no specific
22   documentation of the different ratings that
23   you gave the various pieces of evidence that
24   you included in your weight of the evidence
25   analysis, aside from occasional references to

Page 219

1    giving something less or more weight,
2    correct?
3         A.   Well, I certainly -- I told you
4    I have not given numerical values that you're
5    asking me, but I've attempted to do that when
6    I have described them in groups, when I talk
7    about human versus animal versus in vitro.
8    Because I've already told you, I believe,
9    it's my opinion that certain types of
10   information are more informative than others.
11   And so the more informative it is, the more
12   weight you're giving it in -- obviously in
13   your analysis.
14             But it is a different exercise
15   than what is described here. And here I'm
16   pointing to Exhibit 8. And it's a different
17   exercise, obviously, than what a regulatory
18   body is required to do where they are trying
19   to come up with ways to increase the
20   transparency when no one can go and actually
21   talk to each of the regulators individually
22   to understand what their thinking was.
23        Q.   Okay. Returning to biological
24   mechanism for a minute, why doesn't
25   inflammation generally, including chronic

Page 220

1    inflammation, cause ovarian cancer?
2         A.   Because it doesn't change the
3    phenotype of the cell. It has to -- the --
4    and I discuss that. You have to -- you have
5    to set up a chronic inflammatory process that
6    leads to changes within the cellular
7    phenotype to go from a cell that is -- that
8    is -- is dividing normally to a cell that
9    isn't.
10             So it's -- it's the same issue
11   that you address in a study in animals.
12   Why do not all animals exposed to -- exposed
13   to a chemical develop tumors. It's the idea
14   that something has to be initiated beyond the
15   exposure or maybe beyond inflammation to lead
16   to the series of events.
17             And so, yes, it's recognized
18   that you can get inflammation, and
19   inflammation can go down the road in becoming
20   a carcinogenic process, or inflammation can
21   no longer -- can stay where it is. It
22   doesn't progress beyond just a chronic
23   inflammatory process.
24        Q.   And so if you had a study that
25   demonstrated that a particular agent causes

Page 221

1    inflammation, you would need more information
2    in order to make the conclusion that that
3    agent can in fact cause cancer, correct?
4         MR. MEADOWS: Objection.
5         THE WITNESS: You would look
6    for more informative information,
7    exactly, which is why, when I've
8    talked about the individual
9    constituents in the context of
10   consistency on mechanism for cancer,
11   I've pointed to documents where that
12   information has been discussed.
13             So like when I talk about
14   asbestos or cobalt or I point to
15   the -- for example, the IARC
16   assessment where they go through
17   that -- that discussion of the fact
18   that there's not just data showing
19   that a biologically plausible
20   mechanism may be inflammation, but
21   there's also data to show that that
22   can lead to tumor development as well.
23   QUESTIONS BY MS. BRANSCOME:
24        Q.   Okay. How does talc change the
25   phenotype of the ovarian cell?

56 (Pages 218 to 221)

Confidential - Pursuant to Protective Order

Page 222

1    A.    So this is one of the details
2  we don't know, other than generally it's
3  changing the phenotype to go from a normal
4  cell to a tumor cell.  That is being
5  observed.  When you find the presence of the
6  tumor, that is what you're observing.
7    Q.    Does pure talc with no other
8  constituent components, can it change the
9  phenotype of an ovarian cell?
10    MR. MEADOWS:  Objection.
11    THE WITNESS:  So that's a
12  difficult question to answer with
13  certainty because of the fact that I
14  don't believe that we have assurance
15  that any of the studies are done with
16  essentially pure talc.
17    However, in the studies that
18  claim to have been done with pure
19  talc -- for example, the NTP study
20  claims to have been done with pure
21  talc.  So if that is pure talc, truly
22  is, then that study is an example of
23  evidence for the chronic inflammatory
24  process leading to preneoplastic
25  lesions that are setting down the road

Page 223

1  mechanism towards cancer.
2    So there are data out there.
3  The problem you have, I believe, in
4  the literature is whether or not,
5  based on the discussion that is
6  becoming apparent now with sensitivity
7  and ability to take the natural
8  product and actually determine exactly
9  what's in it, that I don't think there
10  is the ability to assure that any --
11  any of these studies with the samples
12  of talc they're using is absolutely,
13  100 percent, only platy talc.  I think
14  there's -- there's some concern about
15  that.  But certainly you will take --
16  you have to take what is discussed
17  within the study as evidence from what
18  they're claiming.
19    So many of the studies say we
20  used asbestos-free talc or platy --
21  pure platy talc and we got a toxic
22  response.
23  QUESTIONS BY MS. BRANSCOME:
24    Q.    Would it be possible to design
25  an experiment -- and now I'm talking about an

Page 224

1  in vitro or an animal experiment -- by which
2  you would expose either cells or animal to
3  talc with different constituent products to
4  identify or separate out the individual
5  effects of the components?  Is that a study
6  that you could design as a toxicologist?
7    A.    I think that would be difficult
8  to do, but I'm not saying impossible to do.
9  And here's the -- there are some very
10  specific considerations you'd have to put
11  into that design.
12    I would argue that some of that
13  is already available, where we have studies
14  that have looked at the dose-response effects
15  for toxicity with cobalt, with chromium, with
16  asbestos.
17    When you get to asbestos and
18  talc, it's more problematic because then the
19  question is what is -- what is it?  What are
20  the specific characteristics in all the
21  different studies of exactly what the
22  asbestos was versus exactly what the talc
23  was.
24    But I think you could attempt
25  to do that, and then the question would be,

Page 225

1  being able to use that data not so much to --
2  not so much to identify a dose response for a
3  certain insult, but to look at the fact --
4  look at potency differences across the
5  compounds.  And then there's the issue of
6  then looking at additivity when you know you
7  have a complex mixture.
8    So that could be done, but,
9  again, it would be difficult to do based on
10  what we know about talc, being able to really
11  know that -- you would have to really be very
12  careful that what it is that you're looking
13  at is -- is not containing any of those
14  things that we unfortunately know co-occur
15  with constituents within the natural product.
16    But no one has done those
17  studies.  I point that out.  I haven't seen
18  that study that you're asking for.  I have
19  not seen somebody do that.
20    Q.    And a study like that would be
21  relevant in evaluating the potency of the
22  individual constituents and what might
23  actually be the driving factor for phenotypic
24  change, correct?
25    A.    Not necessarily.  I would argue

57 (Pages 222 to 225)

Confidential - Pursuant to Protective Order

Page 226

1    that we already have an answer to that by
2    looking at the data that's been collected on
3    the complex mixture itself. So the issue
4    would be why -- the question is what do you
5    gain by being able to say that we're only
6    pointing to this constituent or that
7    constituent. That isn't what is occurring.
8         What people are exposed to is
9    the complex mixture, not just each one of
10   those individual components. To me this is
11   not a case of asbestos-only exposure. This
12   is a case of exposure to consumer products
13   that are talc that may have within them at
14   any given time -- and data indicates that
15   there are substantial chance that asbestos
16   may be in -- is in certain of these products.
17        But my opinions are not
18   dependent on there being asbestos there at a
19   particular level or copper there -- or, I'm
20   sorry, cobalt there at a particular level
21   because my opinions are based on the
22   observations we have on the complex product
23   as it exists.
24        Q.   And you recognize that
25   different types of talc and different talc

Page 227

1    products have different constituent
2    components in different amounts, correct?
3         A.   Some can. I agree with that.
4    That is true.
5         So if you're being broad, as in
6    pharmaceutical-grade versus industrial-grade
7    or chemical-grade, yeah, because they'll have
8    a purity level assigned.
9         But as far as what the -- what
10   the components are, it isn't always defined
11   even specifically within that.
12        Q.   Okay. And does the presence of
13   oxidative stress in a tissue indicate that
14   cancer will develop in that tissue?
15        A.   Will definitively develop?
16   Not -- I don't think you could say
17   definitively develop, but it's certainly in
18   the biologically plausible mechanism that's
19   been understood to lead to chronic
20   inflammation and also has been linked to
21   cancer.
22        So that's the issue of not
23   necessarily saying it has to be there, but it
24   certainly is something that is observed
25   routinely in cases where carcinogenesis has

Page 228

1    been linked to an inflammatory response.
2    Oxidative stress is often a triggering
3    mechanism.
4         Q.   Does the body have protective
5    mechanisms that limit tissue damage from
6    oxidative stress?
7         A.   Yes, which is why not everybody
8    that's exposed to any particular chemical is
9    going to get cancer. Some people will
10   respond better. Some cells will respond
11   better. Some individuals in a population at
12   one time in their life may respond better.
13        Q.   You would agree that in vitro
14   studies do not account for the body's natural
15   defenses outside of what exists at the
16   cellular level, correct?
17        A.   Depends on the in vitro study
18   that's being done and whether or not there is
19   components added.
20        So I've seen studies done where
21   they take cells and then add extra levels of
22   glutathione to try to protect the cells from
23   certain stressors that could lead to damage,
24   but I agree with you that an isolated cell on
25   its own is a different microenvironment than

Page 229

1    an intact tissue, which is a different
2    environment than an intact animal, which is
3    even different than an intact human being.
4    Yes, they're all -- you look at those levels
5    of evidence or those types of evidence
6    differently, depending upon the end points
7    you're collecting.
8         Q.   And so you would give lower
9    weight to an in vitro study as compared to an
10   in vivo study, for example?
11        A.   Depends on the question you're
12   asking. I would give a lot of weight if the
13   question is what do I know -- if I want to
14   try to understand the biologically plausible
15   mechanism, some of those in vitro studies are
16   some of the most important, because it's the
17   only ones that allow us to answer a question.
18        If the question is higher level
19   about what is the evidence to show that
20   there's an increased risk overall for cancer
21   or a hazard for cancer, then certainly you
22   need to have more than an in vitro study.
23        So as -- so on -- if you want
24   to layer it up, obviously, if all you had was
25   in vitro data, you'd have much less

58 (Pages 226 to 229)

Confidential - Pursuant to Protective Order

Page 230

1  confidence in the conclusions you can draw
2  unless you had some in vivo data.  In vivo
3  data is going to allow you to interpret the
4  in vitro data.
5          So certainly there would be
6  more weight given in that assessment to the
7  fact that you had in vivo data.
8      Q.    And so when you made the
9  statement that, for instance, you always give
10  more weight to human data, is that true, or
11  does that also depend?
12      A.    Well, it depends on whether you
13  have human data.  So if I have human data and
14  I have a doubt, any doubts at all, about
15  whether or not the exposure-response
16  relationship would be affected by the way the
17  animal studies are designed, then, yes, I
18  would give more weight to the human studies.
19          In a case, however, such as
20  inhalation exposure assessments where
21  there -- it's much better, actually, to do an
22  animal study where we can do a dose response
23  across different sizes of particles and
24  actually observe lesions as they develop over
25  time, which is why I love -- I love the NTP

Page 231

1  93 study of interim sacrifices, looking at
2  that issue.  That data is very reliable in
3  order to understand the risk of lung damage
4  as compared to a human study where we don't
5  have those serial time points, doses that are
6  defined tightly.
7          So -- and the relevance between
8  those kinds of initial lung injury in certain
9  animals versus humans match fairly well.
10          That's my problem, though, in
11  the case with the perineal exposure.  I'm
12  saying to you, because of the route of
13  contact -- we need to be able to get it there
14  to the tissue -- the human data is extremely
15  important.
16      Q.    So is it fair to say that in
17  some circumstances animal data gets more
18  weight than human data and in other
19  circumstances human data gets more weight
20  than animal data?  It is circumstance
21  dependent?
22      A.    I would put it a different way.
23  I would say in some cases animal data is
24  weighted in a similar manner to human data.
25  I don't necessarily say it would get more

Page 232

1  weight, but it could if you only had one
2  crappy human study, one really badly designed
3  human study, and I had a GLP quality cancer
4  bioassay then, absolutely.  I mean, IARC does
5  this.  They look at that animal data and say,
6  "This one tells us -- answers the questions
7  we want to answer, and this very poorly
8  designed case series isn't going to allow us
9  to do that."
10          So you could, but I would say
11  it's more the other issue, that you look at
12  animal and human more on an equal basis if
13  the relevance and the extrapolation can be
14  done reliably.
15          And that's the question you
16  have to ask, can I extrapolate from animals
17  to humans in a reliable manner.
18      Q.    Okay.  Would you agree that the
19  response to cosmetic talc can vary depending
20  on tissue type in the body?
21      A.    Yes, I would say that that is
22  true, whether or not there's certain
23  protective barriers in place, for example,
24  yes.
25      Q.    And so in order to draw

Page 233

1  conclusions based on a study of one cell
2  type's reaction to cosmetic talc to another,
3  you would need to understand the differences
4  in similarities between those two cell types,
5  correct?
6          MS. PARFITT:  Objection.
7          THE WITNESS:  It's a different
8  question.  So you were asking me
9  about -- I didn't think you were just
10  asking about cells.  I thought you
11  were asking me about like routes of
12  exposure, dermal versus inhalation.
13  Those things differ.
14          Cell types may or may not.
15  That may or may not be true.  Because
16  if two cells -- two different cell
17  types in the body share similar
18  characteristics as far as the -- for
19  example, if they're both epithelial
20  cells or mesothelial cells, those type
21  of cells you would expect to respond
22  the same way.
23          But I would agree that, for
24  example, a neuronal cell versus a GI
25  cell versus a liver cell, there could

59 (Pages 230 to 233)

Confidential - Pursuant to Protective Order

Page 234

1     be differences in how they would
2     respond, yes, and so you would -- you
3     would look at those things
4     individually.
5     QUESTIONS BY MS. BRANSCOME:
6         Q.    And so it's important to
7     understand the differences and the
8     similarities between the different cell types
9     before drawing conclusions using studies from
10    different cell types?
11        MS. PARFITT:  Objection.
12        MR. MEADOWS:  Objection.
13        THE WITNESS:  I certainly think
14    you should consider the cell types
15    that are being used and whether or not
16    those cell types are ones that are
17    relevant to your risk assessment
18    question you're asking, yes.
19    QUESTIONS BY MS. BRANSCOME:
20        Q.    Okay.  You would agree as a
21    toxicologist, dose is an important part of a
22    toxicological analysis of an agent, correct?
23        A.    If you're doing risk, yes.  If
24    you're only doing hazard, it may not be as
25    important.  It depends upon the question

Page 235

1     you're asking about hazard.
2         Do you want me to explain?
3         Q.    I do want you to explain the
4     difference between a risk analysis and a
5     hazard analysis.
6         A.    Okay.  So in an initial hazard
7     analysis, if the question is, is there a
8     hazard associated with exposure, let's say,
9     by inhalation, it may not matter whether it
10    was a high dose or a low dose study.  Both of
11    those can identify hazard.
12        Then you ask the question:  Is
13    there a dose-response relationship?  That's
14    the next step beyond hazard.
15        So hazard is -- to me is
16    identifying the end points that you're going
17    to monitor for toxicity, sort of the target
18    organs, those things, and so whether or not
19    there's a dose-response study available, it
20    wouldn't be as important.
21        But certainly when you go to
22    that next step to assess risk, you'd like to
23    be able to see whether or not there is a
24    dose-response relationship in the effect that
25    you're assessing.

Page 236

1         Q.    Okay.  And in your -- in your
2     report, as part of your risk assessment that
3     you did in the MDL -- this is paragraph 12 on
4     page 8.
5         A.    Yes, I'm there.
6         Q.    Okay.  You state about
7     two-thirds of the way down the paragraph that
8     "weight of the evidence methods were critical
9     to defining the literature that identified
10    the hazards of talc exposure as well as
11    defining the dose-response relationship
12    between talc exposure and the risk of adverse
13    health effects."
14        Did I read that correctly?
15        A.    You did.  That's correct.
16        Q.    All right.  Is it your view
17    that in the case you have reached an opinion
18    that defines the dose-response relationship
19    between talc exposure and the risk of ovarian
20    cancer?
21        A.    It depends what you mean by
22    define.  I can tell you what I mean in this
23    sentence, and maybe that would help you.
24        Q.    Dr. Plunkett, it is your
25    report.  And so I am asking you, using your

Page 237

1     own definition of "define," have you rendered
2     an opinion that defines the dose-response
3     relationship between talc exposure and the
4     risk of ovarian cancer?
5         A.    I have formed opinions about
6     the dose-response relationship generally, but
7     unfortunately -- I answered that question for
8     you earlier when you asked me, I think, about
9     is there -- I don't know if you used the word
10    "threshold," but I did.
11        So the available information
12    doesn't allow us to identify an ultimate
13    threshold, for example, in the case of women
14    exposed to talc perineally and their -- and
15    their development of ovarian cancer.
16        Instead, in defining the dose
17    response, what we can do with the data -- and
18    that is what I attempted to do.  This is
19    where you look at defining the dose response
20    in the animal studies, which we can look at,
21    or defining dose response in cell studies,
22    showing that as the dose increases, the
23    hazard and the risk increase.  So risk
24    actually you quantify.  There's a certain
25    response at this dose and a different

60 (Pages 234 to 237)

Confidential - Pursuant to Protective Order

Page 238

1  response at the next dose, or have we
2  plateaued, that the responses are the same as
3  dose increases.
4          So that, I did do that as part
5  of my assessment, trying to define the dose
6  as far as how that linked to the responses in
7  each of the studies I looked at.
8      Q.   You would agree, though, that
9  some studies did not show a dose relationship
10  between talc and ovarian cancer or the
11  clinical signs that were indicative of the
12  potential for development into ovarian
13  cancer, correct?
14          MS. PARFITT:  Objection.
15          THE WITNESS:  If you're talking
16      about the human data; is that what
17      you're referring to?  Or are you
18      talking about all -- any of the data?
19  QUESTIONS BY MS. BRANSCOME:
20      Q.   Any of the data.
21      A.   So I would disagree on the
22  animal data.  I think on the animal data they
23  often -- most of the animal studies I've
24  relied upon have looked at more than one dose
25  or at least looked a no exposure versus a

Page 239

1  dose, and most of them have looked at more
2  than one dose.
3          In the case of the human
4  studies, unfortunately, some of those studies
5  were not designed to be able to define dose.
6  In other words, the questions weren't asked,
7  for example, of the individuals even in the
8  prospective studies.  Some of those
9  included -- did not include the information
10  collected on frequency and duration of use.
11          So if it's not collected,
12  obviously, I don't have it to look at.  And
13  that's one of the limitations of human
14  epidemiological investigations, is that it
15  often is not designed appropriately to look
16  at dose response.
17      Q.   Is it your opinion that there
18  are no studies looking at talc and the risk
19  of ovarian cancer in which the authors of the
20  study have concluded there was no clear
21  pattern of increased risk with dose?
22          MS. PARFITT:  Objection.
23          THE WITNESS:  No, that's not
24      what I've said.  No.  It's very
25      possible that an individual paper

Page 240

1      or -- that they may make a -- an
2      author may make a statement, but I'm
3      talking about looking -- this is
4      weight of the evidence.  I'm looking
5      across.  And I'm saying, across the
6      data, when I look at the human data
7      versus the animal data, for example,
8      versus in vitro studies, the in vitro
9      studies and the animal studies allow
10      you to look at dose response for talc
11      toxicity.
12          The -- even the animal studies
13      allow you to look at dose response for
14      development of precancerous lesions,
15      you're on the way to cancer, for
16      example, in the NTP studies.
17          And then in the human studies,
18      some of those studies are designed
19      such that the authors could draw
20      conclusions about dose response and
21      some are not.
22          Even in some of the studies
23      where they attempted to look at dose
24      response, some of the authors indicate
25      they don't see an effect.  So that is

Page 241

1      true.  And part of that may be driven
2      by the design of the study, the number
3      of individuals in the study, the way
4      that the questions were asked.
5      There's limitations on the way that
6      information is collected.
7          If you want to look at each
8      study, we can, but --
9  QUESTIONS BY MS. BRANSCOME:
10      Q.   So my question to you, whether
11  you agree or disagree with the author's
12  conclusion, is simply that if you look at the
13  overall animal and human studies that you
14  cite in your report or have considered on
15  your reliance list that look at a potential
16  dose-response relationship for talc toxicity,
17  do some of those studies conclude that there
18  is not a dose-response relationship?
19          MS. PARFITT:  Objection.
20          THE WITNESS:  I disagree for
21      talc toxicity, but I would say if
22      you're going to limit it to the issue
23      of the ovarian cancer response, I
24      would agree.  I have seen that in some
25      of the studies.

61 (Pages 238 to 241)

Confidential - Pursuant to Protective Order

Page 242

1    I think talc toxicity, I don't
2  know if anybody has made the
3  comment -- I would doubt it -- that
4  there is no dose response for toxic
5  effects of talc.
6  QUESTIONS BY MS. BRANSCOME:
7    Q.   Okay.  You discuss in your
8  report -- wait a moment.  It's in
9  paragraph 58 on page 38.  And I just want to
10  make sure I understood what you were citing
11  here.
12    In paragraph 58 you state that
13  "It is important to remember that
14  administration of even a single dose of talc
15  in animals has been shown to produce adverse
16  effects locally at the site of the exposure."
17    What are you referring to
18  there?
19    A.   Acute doses.  In other words,
20  in studies that have described installation
21  of a single dose of talc in some form into a
22  tissue, that they are observing adverse
23  responses.
24    An example of that may be
25  the -- I think it's Hamilton.  Is that the

Page 243

1  one where they stilled it into the ovaries
2  with a single dose?
3    Q.   So these are large-dose
4  exposures?
5    A.   Well, not all --
6    Q.   Or are they, I should say?
7    A.   I don't know that they all are,
8  no.  There are -- there are -- I don't think
9  I have attempted to quantify large in this
10  sentence.
11    What I'm stating here is not an
12  issue of large versus small.  It's an issue
13  of the fact that there are toxic effects with
14  single exposures.  And I'm just making the
15  comment -- this has to do with hazard, right?
16  It's the idea even a single dose -- or a
17  single exposure you can get irritant,
18  inflammatory reactions at the site of
19  exposure.  And that's all I'm trying to say.
20  That's why I'm citing as reviewed by EPA.  I
21  believe EPA even makes a very similar
22  statement.
23    Q.   Okay.  Do you take into
24  account -- there are some studies for
25  which -- at least my reading of your report

Page 244

1  is that you give them less weight because you
2  believe that the individuals who conducted
3  the study had been paid by either a company
4  or agencies that had some investment in the
5  outcome of the study; is that correct?
6    A.   Is that my opinion?
7    Q.   Yes.
8    A.   For any particular study,
9  you'll need to show me what you're pointing
10  to.  I do have opinions about some of the
11  work by Drs. Huncharek and Muscat, yes.  I
12  think I address that specifically, and that
13  has -- that's not so much to do with my
14  weight of the evidence; that has more to do
15  with transparency and what was being
16  disseminated to the public and disseminated
17  to the FDA as far as evaluations.
18    That's a different issue than
19  the weight of -- the weight of -- the weight
20  of the evidence assessment for risk.  I think
21  those were separate.
22    Q.   So then I'll ask you that.
23    In doing your weight of the
24  evidence analysis for risk, have you
25  discounted the weight that you've given to

Page 245

1  any particular piece of scientific evidence
2  based off of potential affiliations of the
3  authors?
4    A.   I certainly did with the CIR
5  review document.  I've already told you that.
6  And that's because I have evidence that shows
7  it's not just an affiliation issue, but it's
8  actually -- it's more -- it's more important
9  than that.
10    Q.   Are there any other examples?
11    A.   I think that's the only one
12  right now as I sit here that I can tell you
13  that I had identified as carrying little
14  weight because of an issue of either
15  authorship or input in the way it was
16  described.
17    There are certainly studies
18  within my weight of the evidence evaluation,
19  some of which were performed by industry.  I
20  certainly look at that issue, but unless I
21  have -- have a reason to believe that there's
22  an inherent bias based on something I know,
23  they go into the weight of the evidence
24  without making a correction for that.
25    In many cases that I work in

62 (Pages 242 to 245)

Confidential - Pursuant to Protective Order

Page 246

1    litigation, I will find situations like the
2    situation here with Huncharek and Muscat
3    where I have, for example -- I think this
4    came up in the Risperdal litigation for me.
5    It's the idea that there was a series of
6    papers put out by an individual investigator
7    where documents that I could get access to
8    show me that indeed their analysis was not
9    done by them but it was ghostwritten by
10   somebody else.  So that gives me pause,
11   although I would never have known that unless
12   I had access to internal documents.
13          So initial weight of the
14   evidence I did not discount it, but then I
15   went back and had to reevaluate the role
16   those studies played in my overall
17   assessment.
18       Q.   Do you take into account in any
19   way in evaluating the weight of a study if it
20   is conducted by someone who serves as an
21   expert on behalf of the plaintiffs in the
22   active litigation?
23       A.   It would be the same -- same
24   issue.  I certainly consider it as part of
25   what I look at, but just like if they were an

Page 247

1    expert for the defense versus an expert for
2    the plaintiff, you judge that information
3    based on what you know.  And if I don't have
4    information to discount it, I will not
5    discount it.
6          But absolutely, I understand.
7    Just as people we all -- look at some of the
8    things I've published where I have said my
9    work was sponsored by the American Chemistry
10   Council.  You know, people -- that's why you
11   disclose the conflicts.  You put it there so
12   people can weigh it if they want, but it
13   doesn't mean you discount the work
14   automatically.
15          And so I think for any paper,
16   plaintiff, defense, whoever it is that's
17   writing it, you need to consider it based on
18   the information you have.  And if you believe
19   that you have information to indicate that
20   there's some issue with the reliability of
21   the analysis, then absolutely you consider
22   that.
23       Q.   So, for example, when you rely
24   on Dr. Longo's characterization of the
25   constituent components in samples that he has

Page 248

1    tested, that he reports are Johnson's baby
2    powder, did you also consider the work that
3    was done by experts that have been retained
4    on behalf of the defendants to characterize
5    the components of Johnson's baby powder?  Do
6    you give them equal weight?
7        A.   So I haven't seen a variety of
8    the documents that you're talking about,
9    so -- because I have not worked in the
10   litigation cases that have involved asbestos
11   only.  So -- which I think is where those
12   documents are.
13          In the litigation I -- in the
14   litigation I worked in, I am aware of what
15   other experts on both sides have said.  I
16   don't believe I've seen an analysis from a
17   defense expert that is -- that is like
18   Dr. Longo's, at least in the litigation I've
19   worked in.  Certainly I would consider that
20   and look at that if it's available, and I
21   would consider it.
22          I would point out, Dr. Longo's
23   analysis is not the piece of evidence that
24   you start with, though.  You start with what
25   I discuss in the published literature first,

Page 249

1    because there are published documents out
2    there in the literature that describe exactly
3    what Dr. Longo is now describing.
4        Q.   What published documents are
5    those?
6        A.   Those are Dr. Blount's reports
7    in 1991, which is before the litigation came
8    about, is my understanding.
9          There's also -- there's five or
10   six.  I can tell you the paragraph.
11       Q.   For Johnson's baby powder, I
12   would be interested in that, yes.
13       A.   So I -- I'll have to look and
14   see if it's Johnson's baby powder only, but
15   certainly there is other evidence on the
16   issue of asbestos contamination and
17   specifically in talc.
18          So I -- you want me to find the
19   paragraph for you?
20       Q.   Please.  If you think there is
21   published literature documenting asbestos in
22   Johnson's baby powder, I would like to see
23   that.
24       A.   So this is my paragraph 32.
25   And I'd have to pull each of these articles

63 (Pages 246 to 249)

Confidential - Pursuant to Protective Order

Page 250

1    out because I don't recall what each of them
2    says. But I'm pointing to Paoletti, Blount,
3    Mattenklott, Moon, Gordon, Anderson, Rohl,
4    Pooley and Rowlands, Blejer and Arlon,
5    Craley, Millman.
6              And then I cite -- and then of
7    course the next piece of evidence is there
8    are actually documents from J&J and Imerys
9    that show detection of asbestos or
10   asbestos-like minerals in talc.
11       Q.   As you sit here today, can you
12   identify which of these published articles
13   that you list in paragraph 32 relate to
14   Johnson's baby powder?
15       A.   I would have to pull them to
16   answer that.
17       Q.   Okay.
18       A.   As I sit here, I'd have to pull
19   them. But I would refer you -- I know at
20   least some of them do based on the statement
21   I've made, but...
22       Q.   So you did not make an attempt
23   in this paper to identify which products were
24   being analyzed in these specific articles.
25   It's not indicated on the face of this

Page 251

1    paragraph, correct?
2        A.   I don't tell you on the face,
3    but you if read the sentence I said, "When
4    commercially available, talcum powder
5    products were analyzed, including powders
6    sold by Johnson & Johnson. The data has
7    shown that the powders contained varied
8    levels" -- and I'm saying "fibers," so it's
9    just asbestos -- "including fibers that
10   stated to be asbestos."
11             So to tell you which of those,
12   I'd have to pull them. And I apologize, I
13   didn't bring them all with me.
14       Q.   Have you been provided --
15   you're aware that Dr. Blount's paper does not
16   identify Johnson's baby powder in the face of
17   the article, correct?
18       A.   I believe that's true. You'd
19   have to go to her deposition, I believe,
20   where she's given -- where she discusses what
21   the source of that was, and maybe even a --
22   there may even be a separate document,
23   actually, not a deposition, that was -- that
24   was in the files of Johnson & Johnson that
25   goes along with that, but I'd have to go

Page 252

1    look.
2        Q.   Have you reviewed Dr. Blount's
3    deposition?
4        A.   I have reviewed a -- something
5    by Dr. Blount. Whether it was trial
6    testimony or deposition, I have seen
7    something, yes, that she has said regarding
8    this issue.
9        Q.   To the extent that there is
10   confusion about whether or not a sample
11   tested by Dr. Blount is in fact Johnson's
12   baby powder, would you reduce the weight that
13   you give that particular piece of evidence in
14   evaluating whether asbestos has been present
15   in Johnson's baby powder?
16             MS. PARFITT: Objection. Form.
17             MR. MEADOWS: Objection.
18             THE WITNESS: I don't know
19   reduce the weight because -- because
20   there's -- there are plenty of
21   documents here that talk about that.
22             I would consider it --
23   certainly it would -- it's not so much
24   weight. It's a different bin. We'll
25   call it a bin, a different bin of

Page 253

1    information. There's information on
2    talc powders generally, and then
3    there's some information that's
4    specific to certain body powders.
5              So certainly -- would I pay
6    attention if they identified it? Yes.
7              But in the statement I'm making
8    here, I'm not claiming that every one
9    of these is relating to just the
10   powder sold by Johnson & Johnson.
11   This is across the available
12   information that's public and then
13   also the information that's available
14   in the files of Johnson & Johnson.
15   QUESTIONS BY MS. BRANSCOME:
16       Q.   What is your definition of
17   asbestos?
18       A.   My definition of asbestos is
19   exactly what the different documents describe
20   it typically. It's a fibrous mineral,
21   typically. It occurs in a variety of
22   different forms. Most of the times they'll
23   say "asbestos." Sometimes they'll say
24   "chrysotile." Sometimes they'll say
25   "tremolite." Sometimes they'll say

64 (Pages 250 to 253)

Confidential - Pursuant to Protective Order

Page 254

1    "anthophyllite." Those are the three most
2    common ones I see.  But those are all mineral
3    forms of asbestos.
4           So just like IARC puts those
5    all within one bin, I'm putting those all in
6    one bin because they have a similar toxicity
7    profile.
8    Q.    Is it your view that each of
9    the different types of asbestos has the same
10   toxicity profile?
11   A.    They all have the same ability
12   to cause cancer, but they have different
13   potencies.  So they do have -- there will be
14   some differences in the dose response and the
15   potency of them, but certainly they've all
16   been linked as being carcinogens by IARC.
17          And I would agree, when you
18   look at their data, there is data and
19   evidence to indicate that.
20   Q.    Which type of asbestos is the
21   most potent?
22   A.    For which end point?  For lung
23   cancer?  I believe chrysotile is.  For other
24   end points, I'd have to go look.  I mean,
25   chrysotile is the sharp -- is the sharp --

Page 255

1    the sharded-type structure.
2           But there's data on fibrous --
3    the fiber -- the fibrous forms of asbestos
4    rather than the -- or the amphibole forms of
5    asbestos as opposed to chrysotile, which is
6    the serpentine form.
7    Q.    Do you consider yourself an
8    expert in asbestos?
9    A.    Not in --
10          MS. PARFITT:  Objection.
11          THE WITNESS:  Not the geology
12   of asbestos, no.
13          I have expertise in toxicology
14   as it relates to interpretation of the
15   data related to asbestos.  I have
16   never give -- given testimony in a
17   case on asbestos, but it's something
18   I've studied in the past in my work as
19   a toxicologist, not as a testifying
20   expert.
21   QUESTIONS BY MS. BRANSCOME:
22   Q.    What role does your analysis of
23   the possibility that there may be asbestos in
24   Johnson's talcum powder products play in your
25   risk assessment in the MDL?

Page 256

1    A.    Has to do with the fact that we
2    have a complex mixture that has multiple
3    carcinogenic substances.
4           And asbestos is important from
5    the aspect of the way that it has been
6    assessed even by regulatory bodies, the idea
7    that even very low levels of fibers pose a
8    cancer hazard and a cancer risk in
9    individuals have been shown to be
10   carcinogenic.
11          So that's what I'm saying about
12   potency of asbestos is different than potency
13   of some other carcinogens that you might look
14   at.  But the importance of it is it's a
15   complex mixture, talc, body powders, a
16   complex mixture that includes constituents
17   that are known human carcinogens as well as
18   some that are -- been ranked other ways by
19   regulatory bodies.
20   Q.    If Johnson's talcum powder
21   products do not contain asbestos, does that
22   change your opinion with respect to the risk
23   they pose with respect to ovarian cancer?
24   A.    No, and I think that was very
25   clear if you looked at my first report.  So

Page 257

1    even -- there's -- I don't think in any of my
2    reports I've opined that without looking at
3    the complex mixture that we wouldn't be here.
4           In other words, I have not
5    opined that if it doesn't have -- if it
6    doesn't have asbestos, it's not a risk.  I
7    have not opined that, and I don't believe
8    that, because I think there is independent
9    risk for the fact that we have a complex
10   mixture of talc that has been tested and
11   shown to be carcinogenic.
12          It's my opinion, I told you --
13   maybe it wasn't you.  I may have told this
14   yesterday, I'm sorry, to Mr. Smith that I
15   believe that there is evidence to show that
16   there is a significant exposure to asbestos
17   based on the data that's been collected.
18          But certainly, you know, in
19   some -- the data has shown that in the assays
20   that have been done or the analyses that have
21   been done that you can't say that talc is
22   asbestos-free.
23   Q.    Well, so --
24   A.    So --
25   Q.    -- the question I have

65 (Pages 254 to 257)

Confidential - Pursuant to Protective Order

Page 258

1    specifically relates to ovarian cancer.
2         Is it your view that through an
3    exposure route that is relevant for ovarian
4    cancer, that the use of Johnson's talcum
5    products involve a substantial exposure to
6    asbestos?
7         A.    I believe based on the use of
8    the products that -- where the data has been
9    collected that there would be a substantial
10   exposure to asbestos, regardless of how
11   you're exposed, perineal -- perineally or by
12   inhalation.
13        Q.    What is your basis for reaching
14   that conclusion?
15        A.    It's looking at the number of
16   fibers that have been detected in the
17   products, in looking at the -- the widespread
18   nature of the presence of asbestos fiber --
19   asbestos in the talcum powder products and
20   the fact that even though it's at a very low
21   level by their -- their level of detection,
22   again, can't be said to be asbestos-free.
23        So regardless of whether it's
24   talc that's being applied perineally or a
25   talc that you're inhaling while you're

Page 259

1    applying it perineally, the fibers are still
2    going to be present within that talc.
3         Q.    Have you or anyone done an
4    analysis of the dose of asbestos to which
5    someone might be exposed perineally?
6         A.    I haven't done a specific
7    calculation, no.
8         Q.    Has anyone done that
9    calculation?
10        MS. PARFITT: Objection. Form.
11   QUESTIONS BY MS. BRANSCOME:
12        Q.    That you have seen?
13        MS. PARFITT: Objection.
14        THE WITNESS: I'm trying to
15   remember whether I saw that done in
16   any of the documents related to
17   Dr. Longo.
18        I don't know. I'd have to go
19   look.
20   QUESTIONS BY MS. BRANSCOME:
21        Q.    Okay. So as you sit here
22   today, can you give an opinion to a
23   scientific degree of certainty, reasonable
24   degree of scientific certainty, that an
25   individual would be exposed to a dose of

Page 260

1    asbestos above background through the
2    perineal use of Johnson's talcum powder
3    products?
4         MR. MEADOWS: Objection.
5         MS. PARFITT: Objection.
6         THE WITNESS: I don't think
7    that's the opinion I have formed to
8    date, but certainly the opinion I have
9    formed is that the data I have seen
10   indicates that you can't separate out
11   talc without asbestos versus talc with
12   asbestos in the information that's
13   been collected. Because there's --
14   all -- the information that's been
15   collected has shown there's no
16   evidence that asbestos-free talc is
17   available.
18        If by asking that question
19   you're trying to say that it's the
20   asbestos alone that's causing the
21   cancer, that is not my opinion. So
22   that is when the dose issue would
23   become very important for asbestos.
24   QUESTIONS BY MS. BRANSCOME:
25        Q.    Okay.

Page 261

1         A.    So that's -- so that's a
2    different question I have not answered.
3         Q.    And in reaching your opinion
4    that there is no evidence that asbestos-free
5    talc exists, you have not been provided with
6    the reports by the defense experts, including
7    Dr. Matthew Sanchez, analyzing Johnson's
8    talcum powder products for the presence or
9    absence of asbestos, correct?
10        MS. PARFITT: Objection. Form.
11        I think you're aware that the
12   MDL expert reports have not yet been
13   provided to us.
14        MS. BRANSCOME: Yeah.
15        MS. PARFITT: I'm just making a
16   point.
17        THE WITNESS: I have not seen a
18   report by Dr. Sanchez. I assume I
19   will, because typically after -- later
20   in the litigation, once all experts
21   have been deposed or revealed, I'm
22   usually given defense expert reports
23   and their deposition testimony. So I
24   expect to see that; I just haven't
25   seen it yet.

66 (Pages 258 to 261)

Confidential - Pursuant to Protective Order

Page 262

1    QUESTIONS BY MS. BRANSCOME:
2        Q.    And you haven't seen it in any
3    of the cases in which you've rendered an
4    opinion, correct, not just the MDL?
5        A.    Well, none of the cases that I
6    have worked in have involved the issue of
7    looking for asbestos exposure.
8            The cases I have worked on have
9    been talking about talc exposure that may
10   include asbestos as a constituent, but it
11   wasn't focused on asbestos exposure.
12           So, no, none of the cases I
13   worked on have provided testimony in that
14   area.
15           You understand what I'm saying?
16       Q.    Let me just make it clear.  You
17   have not, in any of the cases in which you
18   have offered opinions with respect to the
19   contents of talc, been provided with an
20   expert report or testimony by Dr. Sanchez
21   about what he did or did not find in
22   Johnson's talcum powder products with respect
23   to asbestos?
24           MS. PARFITT: Objection.  Form.
25           THE WITNESS: So I can't tell

Page 263

1        you that I have not.  I don't recall
2        it.  That's all I can say.  I don't
3        recall that name.
4    QUESTIONS BY MS. BRANSCOME:
5        Q.    It's certainly not something
6    you discuss in your report, correct?
7        A.    No, I do not.  And I don't know
8    that it's in my reliance materials.  That's
9    why I'd ask you to look there, because if
10   it's in my reliance materials, then I've seen
11   it.
12       Q.    Okay.
13       A.    And I mean big reliance
14   material list, not my reference list.
15       Q.    All right.  With respect to the
16   other potential constituents of talc, have
17   you done any analysis to provide an answer as
18   to how much -- what dose of chromium, for
19   example, an individual might be exposed to
20   through the perineal use of Johnson's talcum
21   powder products over a lifetime?
22       A.    No, and I have -- well, I know
23   it's a separate deposition.  We discussed
24   this yesterday.  No, I have not done a -- a
25   calculation of a potential dose with perineal

Page 264

1    application for any of the heavy metals.  So
2    the three that I've mentioned, no, I have not
3    done that calculation.
4        Q.    You would agree, based on your
5    training and experience as a toxicologist,
6    that in order for an agent -- and we can talk
7    specifically about a metal -- to present a
8    risk of cancer it needs to be bioaccessible,
9    correct?
10       A.    If by bioaccessible you are not
11   limiting that definition to solubilized into
12   the blood and carried systematically, yes, I
13   would agree with that.  Bioaccessible meaning
14   it has to be in a form that can somehow
15   interact with the tissue, yes, I agree with
16   that.  But it could be as simple as tissue
17   contact versus needing to be solubilized.
18       Q.    Okay.  Is silica bioaccessible?
19       A.    It depends on the form of the
20   silica.  So silica particles can be
21   bioaccessible if inhaled and found on the
22   surface of the lung.  That can cause injury
23   at the site of the lung.  So that's an
24   accessibility to that particular tissue that
25   it contacts.

Page 265

1        Q.    We talked earlier -- it's
2    somewhat related to bioaccessibility, but we
3    talked about the way in which different
4    particles might move specifically through the
5    genital tract in women.
6            Do you recall that?
7        A.    Yes.  A general discussion.
8        Q.    Yes.
9            And when you testified that
10   starch and talc might not move at the same
11   rate, do you have an opinion as to which
12   might move more quickly through the tract?
13       A.    I haven't formed that opinion,
14   no.
15       Q.    Okay.  And do both talc and
16   starch particles remain in the body for the
17   same length of time?
18       A.    I haven't done an analysis to
19   see if the data tells us what the -- what the
20   differences might be.  I would expect there
21   to be differences, which is what I told you
22   earlier, because I would expect the starch to
23   be able to be solubilized, where I would not
24   necessarily expect the talc to act in that
25   same manner.

67 (Pages 262 to 265)

Confidential - Pursuant to Protective Order

Page 266

1      Q.   Is cornstarch capable of
2  causing an inflammatory process?
3      A.   It can.  It is -- but it is --
4  it's a different level of risk for
5  inflammatory responses than is talc, just by
6  its chemical nature.
7      Q.   Have you done an analysis in
8  your report that examines the differences
9  between the inflammatory response that can be
10  triggered by talc as opposed to cornstarch?
11      A.   I haven't analyzed inflammatory
12  response.  Instead, what I've done is done a
13  comparison of what the toxicity -- the
14  differences in the toxicity potential have
15  been described in medical literature, and I
16  cite -- I have a paragraph where I cite to
17  some sources that talk about the differences
18  in the toxicity potential or biocompatibility
19  of starch versus talc.
20      Q.   Now, I had a question about
21  your supplemental report that was marked as
22  Exhibit 3 to the deposition.
23          At paragraph 67...
24      A.   Okay.
25      Q.   You identify here six heavy

Page 267

1  metals - arsenic, chromium, lead, cobalt,
2  cadmium and nickel - that in your
3  supplemental report dated August 29, 2018,
4  you say have been reported across lots of
5  talc powders.
6          Do you see that?
7      A.   Are you in -- now you're in my
8  MDL report or here?
9      Q.   No.
10      A.   Oh, so where are you?  I'm
11  sorry.
12      Q.   Same report.  It's the sentence
13  that begins at the bottom of page 6.
14      A.   Okay.  Hold on.
15          About that they have varied at
16  the levels --
17      Q.   Yes.  So you identify six
18  different types of heavy metals.
19          Do you see that there?
20      A.   Yes, I do.
21      Q.   Okay.  And the question I had
22  for you was that in your report in the MDL,
23  if you look at paragraph 36 --
24      A.   Yes.
25      Q.   -- you identify -- you identify

Page 268

1  only three heavy metals:  chromium, cobalt
2  and nickel.
3          Do you see that?
4      A.   Yes.
5      Q.   Why did you remove three of the
6  heavy metals?
7      A.   It's not so much removing.
8  Those three heavy metals that I focused on in
9  my MDL report are ones that have been talked
10  about with a similar mechanism of action as
11  far as irritation and biologic -- biologic
12  plausibility mechanism being irritation and
13  inflammation.
14          So that's why I focus on those
15  three, which may not -- which is not
16  necessarily the case for some of the others,
17  even though they're also -- have a
18  carcinogenic hazard, pose a risk.
19      Q.   So in your -- as part of your
20  risk assessment that you performed in the
21  MDL, are you offering the opinion that to the
22  extent they exist in any of the Johnson
23  talcum powder products, that arsenic, lead --
24      A.   Cadmium.
25      Q.   -- and cadmium play any role in

Page 269

1  the risk of developing ovarian cancer?
2      A.   That is not an opinion that I
3  would be offering in the MDL.
4      Q.   Okay.  Now, you talk about
5  these heavy metals having been classified by
6  different agencies as either known probable
7  or possible human carcinogens, correct?
8      A.   You're in my MDL report again?
9      Q.   Oh, yes.
10      A.   Okay.  I'm sorry.  Okay.  Let
11  me get there.
12          Yeah, I do have that
13  discussion.  I'm just trying to find it.
14      Q.   Sure.
15      A.   Okay.  Yes, I'm there.
16      Q.   Is it your view, based on your
17  expertise, that because a compound can cause
18  one type of cancer, it can cause all types of
19  cancer?
20      A.   No, not necessarily.  It
21  depends on the -- well, it depends on a
22  couple of things.  It depends on what's been
23  studied.  Have all types of cancer even been
24  studied.  And then it also -- it also depends
25  upon, I believe, the route of exposure as

68 (Pages 266 to 269)

Confidential - Pursuant to Protective Order

Page 270

1    well.  So can it get to where it could cause
2    that, could it distribute there.  And then in
3    addition to that, what data has been
4    collected.  Is there enough data, for
5    example, to show that there's extrapolation
6    from animals to humans in the types of tumors
7    or is it -- or if we have good human data,
8    then we would focus on the types of cancers
9    that you're seeing in humans, for example.
10       Q.    Okay.  But you recognize even
11    where it is complete data some compounds
12    can cause one type of cancer and they are
13    incapable of causing another type, correct?
14       MS. PARFITT:  Objection.  Form.
15       THE WITNESS:  I don't know
16    about incapable, but I would agree
17    that you certainly would see -- you
18    could potentially see different
19    observations.
20       If you're talking about animals
21    versus humans, or are you talking
22    about --
23    QUESTIONS BY MS. BRANSCOME:
24       Q.    If humans.
25       A.    Based on what you had seen in

Page 271

1    the animals; is that what you're asking me?
2       Q.    Yes.
3       A.    Yes.  So, yes, there is not
4    always a one-to-one concordance.  So that's
5    why -- that's why I made the comment that
6    it's important to have some human data or
7    experience, so that you can put in context
8    the data you collected in animals.
9       I would say to you there are
10    certain kinds of tumors in animals, for
11    example, that are shown to be not relevant at
12    all to human risk assessment.  Like four
13    stomach tumors in rats is an example.  I've
14    dealt with that one a lot.
15       Q.    What types of cancer -- type or
16    types of cancer are the basis for the
17    classification of chromium as a known human
18    carcinogen by IARC?
19       A.    So I have to pull it out, but I
20    believe that there may be some GI cancers and
21    maybe some skin cancers, but I'm not sure.
22    I've got it pull it out.  It's been a while
23    since I've looked at it.
24       Q.    Okay.  Have you done an
25    analysis to evaluate whether or not the types

Page 272

1    you can extrapolate with scientific basis
2    from one type of cancer cause to ovarian
3    cancer with respect to the heavy metals
4    specifically?
5       A.    Well, I haven't attempted to
6    that, because I haven't attempted to define a
7    independent risk for each of those metals
8    individually.
9       The issue -- the issue I have
10    with those metals is -- there's a paragraph
11    here where I talk about pathogenesis of
12    carcinogenesis, where I talk about different
13    stages of cancer development and the fact
14    that inflammatory responses may be operating
15    at all those different stages.
16       So the issue is you have
17    potential -- you have compounds that are
18    known to produce cancer or have been shown to
19    have a potential risk of cancer.  They share
20    a similar mechanism to talc, so as a result
21    of that, they factor into your risk
22    assessment as far as there being an exposure
23    to a mixture.
24       But on the issue of ovarian
25    cancer, I'm looking at the data that's been

Page 273

1    collected on talc itself, which would be talc
2    with the constituents that could include the
3    metals.  But certainly I'm not saying that it
4    is -- without the presence of one or the
5    other of these there would be no risk of
6    ovarian cancer.  I'm not saying that either.
7       Q.    So my question is, though, can
8    you point me either to scientific literature
9    directly documenting that these heavy metals
10    can cause ovarian cancer or to scientific
11    literature that enables you to extrapolate
12    from the types of cancer that they are known
13    or believed to cause to ovarian cancer?
14       A.    So I -- on the issue of can I
15    point you to the data on ovarian cancer, I'd
16    have to go back.  I can't answer that without
17    looking at the assessments.
18       But on the other -- second
19    question you asked me, that's the question I
20    was just trying to answer before.  It's the
21    idea that regardless of where the cancer is
22    developing, the fact that these compounds
23    have the ability to stimulate similar toxic
24    responses in tissues could lead to a -- where --
25    setting up a situation where the -- where the

69 (Pages 270 to 273)

Confidential - Pursuant to Protective Order

Page 274

1    tissue is primed for cancer development.
2        Q.    And do you have --
3        A.    And so that --
4        Q.    Sorry.
5        A.    And that has to do with the
6    basic science of carcinogenesis when you look
7    at underlying mechanisms, especially with
8    tissue contact, direct tissue contact, with
9    irritants or inflammatory processes.
10            But I would -- I am not -- I
11   have not formed the opinion, again, that with
12   or without either one of these that I would
13   expect ovarian cancer to be the target.  I'm
14   saying that ovarian cancer risk is increased
15   based on exposure to talc, which includes a
16   variety of constituents.
17       Q.    Okay.  And do you cite anywhere
18   in your report to studies documenting -- I
19   know you said you'd need to go look at them,
20   but I'm asking if it's in your report
21   anywhere a discussion of any studies showing
22   that the particular heavy metals that you
23   cite as potential constituents of Johnson &
24   Johnson's products have been demonstrated to
25   increase a risk for ovarian cancer on their

Page 275

1    own?
2        A.    So, no, I haven't addressed
3    that in my report.  And again, I think that's
4    inconsistent with the way I'm using these
5    data.  But that's fine.  I mean, no, I
6    haven't done a specific assessment of ovarian
7    cancer risk with each of those metals
8    individually.
9        Q.    I would ask the same questions
10   for the different fragrance constituents that
11   you allege in your report are potential
12   carcinogens.
13            Have you done any analysis, and
14   can you point me to any scientific studies
15   that establish that those particular
16   compounds are capable of causing ovarian
17   cancer?
18       A.    No, I haven't done that
19   analysis, but, again, general principles of
20   toxicology and cancer risk assessment, when
21   you look at the presence of multiple --
22   excuse me, multiple carcinogens with similar
23   mechanisms of action, you would assume in
24   your risk assessment that those risks could
25   be additive.

Page 276

1        So, again, that's what I'm
2    pointing to and why I have cited the data.
3        Q.    Now, you talked about -- when
4    we were discussing mechanism, you said that
5    inflammation alone is not necessarily
6    sufficient to cause cancer, correct?
7        A.    Yes, I did.
8        Q.    All right.  Do you have
9    scientific studies that show that any of the
10   heavy metals or the fragrance constituents
11   that you identify as potential carcinogens
12   create -- generate phenotypic changes like
13   you discussed were next for the formation of
14   cancer?
15       A.    I believe that data is
16   available on nickel.  I need to go back and
17   look at chromium and cobalt, but I do believe
18   with nickel you'll find similar data on
19   tissue irritation and inflammatory processes.
20            Nickel is also a sensitizer, so
21   it has interaction with the immune system, so
22   I do believe that for nickel you can find
23   some of that data.
24       Q.    Okay.  But as you sit here
25   today, can you point me into any of that

Page 277

1    that's discussed in your report?
2        A.    No specific discussion other
3    than, again, all -- the IARC -- I'm citing to
4    the IARC assessments, and the IARC
5    assessments for each of those discuss
6    carcinogenesis and a biologically plausible
7    mechanism being linked to the ability of
8    these compounds to induce oxidative stress
9    and/or inflammatory processes.
10       Q.    Okay.  In your opinion, you
11   talk about the mixture of constituents that
12   are involved in talc.
13            Have you done any analysis to
14   look at how the different constituents
15   interact with each other?
16       A.    Well, yes, that's my issue at
17   looking at underlying mechanism.
18            But are you asking me -- I
19   certainly don't have a -- the only studies
20   that I have to rely upon on the interaction
21   of the mixture is the actual studies on the
22   powders themselves, where we know that the
23   powders contain constituents other than just
24   platy talc.
25       Q.    Okay.  And do the constituents

70 (Pages 274 to 277)

Confidential - Pursuant to Protective Order

Page 278

1  need to have the same underlying potential
2  carcinogenic mechanism for them to have an
3  additive effect?
4      A.   By general principles of
5  toxicology, yes, you look at mode -- mode of
6  action or mechanism of action before you
7  apply that additivity principle to the cancer
8  risk assessment.
9      Q.   And so as you sit here, you
10  believe there have been scientific
11  documentation that nickel might operate
12  through the same biological mechanism as you
13  purport talc to operate, but you're not sure
14  about the other heavy metals or the fragrance
15  constituents; is that correct?
16      MS. PARFITT:  Objection.
17      THE WITNESS:  For the fragrance
18      constituents, I'd definitely have to
19      pull because I haven't looked at that
20      individual assessment in a while.
21      For these three, what I do know
22      is that they do share the ability to
23      at least induce oxidative stress.
24      What I can't recall for
25      chromium and for cobalt is whether

Page 279

1      they're taking it the next step from
2      oxidative stress to inflammatory
3      process.  I believe that they do, but
4      I'd have to check, whereas I know
5      nickel has been shown to lead to an
6      inflammatory process after oxidative
7      stress has been induced.
8  QUESTIONS BY MS. BRANSCOME:
9      Q.   And you would agree, even more
10  than requiring an inflammatory process, you
11  would actually have to see that these
12  compounds can generate phenotypic changes,
13  correct?
14      MS. PARFITT:  Objection.
15      THE WITNESS:  Well, we know
16      they do because they've been shown to
17      be carcinogenic.  If you've been shown
18      to be carcinogenic, you've done a
19      phenotypic change in the cell from a
20      normal cell to a cancer cell.
21      So we know they have the
22      capability to induce tumors, or
23      cancer, all three of those, at least
24      in animals if not in humans as well,
25      because two of them are known human.

Page 280

1      So those two -- we'd have human data
2      to show that.
3      But on the issue of cobalt, it
4      may only be -- I need to go back and
5      look, but it may indeed just be animal
6      data.
7  QUESTIONS BY MS. BRANSCOME:
8      Q.   And so your basis for that
9  would be the IARC classification?
10      Is that where I would go to
11  look if I wanted to look at it after this
12  deposition?
13      A.   I'd go to the IARC reviews.
14  I'd go to those three which I believe I have
15  cited down here for you and given you where
16  to go to find them.
17      Q.   Okay.  You discuss in your
18  report -- and if you'd like to reference it,
19  it's paragraph 69 on page 47 -- the concept
20  of genotoxic and nongenotoxic carcinogens.
21      Do you recall that?
22      A.   Yes.
23      Q.   And as you sit here today, is
24  it your opinion that talc is more likely a
25  nongenotoxic carcinogen?

Page 281

1      A.   As the direct insult, yes.  And
2  I would like to -- I would like to point out
3  that in the literature -- the reason I have
4  this paragraph here is because in the
5  literature in the past, in the area of
6  chemicals, it's been -- toxicologists have
7  attempted to put two bins, direct genotoxic
8  insult versus nondirect genotoxic.  It
9  doesn't mean you can't get a genotoxic event
10  after the initiation.
11      So I want to make sure you
12  understand that.  I'm not saying that there
13  is no possibility of this chemical in its --
14  in its process of inducing cancer leading to
15  indirect genotoxicity, but I'm talking about
16  the direct mechanism at the site of the cell.
17      So talc, for example, has been
18  shown to not be genotoxic in cells.  And so
19  that's why I believe, then, when I look at
20  the rest of the data that fits, that it fits
21  the definition of a nongenotoxic carcinogen
22  by its initial mechanisms to induce cancer.
23      Q.   Okay.  And if talc is, in fact,
24  a nongenotoxic carcinogen, it would suggest
25  that there is likely a threshold dose below

71 (Pages 278 to 281)

Confidential - Pursuant to Protective Order

Page 282

1   which it does not have a carcinogenic effect,
2   correct?
3           MS. PARFITT: Objection.
4           THE WITNESS: It is possible,
5   and that's the problem. In order to
6   fully assess that, you would have to
7   have the data to prove it.
8           But that's the assumption. You
9   assume with nongenotoxic carcinogens
10  that you could identify a level where
11  you wouldn't turn on that indirect
12  mechanism. So that -- yes, that is
13  true.
14  QUESTIONS BY MS. BRANSCOME:
15      Q.   And you have not been able to
16  identify, nor can you point to, scientific
17  literature that identifies a threshold -- a
18  threshold dose for talc with respect to its
19  carcinogenic potential for ovarian cancer,
20  correct?
21      A.   Not a specific dose, but I
22  think that's why I mentioned to you -- and
23  I -- I think that's why Canada, when you look
24  at their document, they talk about
25  discouraging routine use generally. So it's

Page 283

1   the issue of what -- single use of a body
2   powder or an occasional use is a different
3   risk assessment than routine use.
4           So if you want to talk about
5   thresholds that way, that's very imprecise,
6   but you could do that. You can talk about
7   whether or not there -- I do believe there's
8   a different risk profile for one or two uses
9   of talc body powder versus a risk profile of
10  somebody who uses it routinely, because I
11  think that fits that threshold definition.
12  It's the idea that you have limited
13  availability for enough particles to migrate
14  to lead to the tissue toxicity that it cannot
15  be recovered from or repair.
16      Q.   You're familiar with the
17  concept of the precautionary principle,
18  correct?
19      A.   Yes.
20      Q.   All right. And you understand
21  that Health Canada may have made
22  recommendations with respect to product usage
23  that are purely precautionary, correct?
24          MS. PARFITT: Objection. Form.
25          THE WITNESS: I disagree that's

Page 284

1   what they've done, but is it possible
2   that they would do it? Any regulatory
3   agency, it's possible they could do
4   it, yes.
5   QUESTIONS BY MS. BRANSCOME:
6       Q.   Do you have any information
7   with respect to Health Canada's
8   decision-making, other than what you have
9   read on the face of the documents?
10      A.   That is all I have to look at
11  is what is provided on the website.
12      Q.   Okay. And so the statement
13  that you think Health Canada was suggesting a
14  dose threshold by their statement of
15  discouraging routine use, you're basing that
16  entirely on what you read on the piece of
17  paper, correct?
18          MS. PARFITT: Objection. Form.
19          THE WITNESS: Well, that's what
20  they state. So, yes, I'm -- I am
21  telling you what I see on their
22  website. If that's what you're asking
23  me, yes, that is true.
24  QUESTIONS BY MS. BRANSCOME:
25      Q.   Okay. Can you point me --

Page 285

1   well, do you discuss -- have you looked at,
2   as part of your opinion specifically in the
3   MDL, the studies exploring a potential link
4   between asbestos and ovarian cancer? Just
5   asbestos.
6       A.   Some of the studies, yes, but I
7   have not -- I have not done a separate risk
8   assessment just for asbestos by itself,
9   because I have not assumed that there is
10  asbestos-only exposure.
11          Does that make sense?
12          But I do cite -- for example, I
13  cite to some of the early literature on -- so
14  this -- I guess where this opinion comes in
15  is on hazard and warning. So in the warnings
16  I talk about when it was known that asbestos
17  was linked with cancer, because the warning
18  standard is not causation proven but the
19  identification of the potential. And so that
20  is in my report on warnings, but that is not
21  within my discussion of the weight of the
22  evidence for risk assessment of the talc
23  product.
24      Q.   Okay.
25      A.   Does that make sense?

Confidential - Pursuant to Protective Order

Page 286

1    Q.   Uh-huh.
2         For example, have you rendered
3  an opinion about what dose of asbestos
4  exposure would be necessary to cause ovarian
5  cancer in an individual?
6    A.   No, I have not formed that
7  opinion at this time.
8    Q.   Okay.  Do you have an opinion
9  about the background level of asbestos to
10 which individuals are exposed with no
11 increased risk of any type of cancer?
12   A.   No, I do not have an opinion.
13 I do believe others do, but I do not.
14   Q.   Okay.  You may have been asked
15 some of these questions before, but I will
16 keep them brief.
17        Have you ever published any
18 articles that state that talc causes ovarian
19 cancer?
20   A.   No, I have not.
21   Q.   Have you ever publicly
22 expressed the opinion that talc increases the
23 risk of ovarian cancer outside of literature?
24   A.   No.  My work has been in the --
25 in the courtroom.

Page 287

1         MS. BRANSCOME:  I think we can
2  take a break.
3         VIDEOGRAPHER:  We are going off
4  the record at 2:57 p.m.
5    (Off the record at 2:57 p.m.)
6         VIDEOGRAPHER:  We are back on
7  the record at 3:13 p.m.
8         MS. BRANSCOME:  Dr. Plunkett, I
9  have no more questions for you on
10 behalf of Johnson & Johnson, subject
11 to your counsel doing a direct of any
12 kind.
13        THE WITNESS:  Sure.  Thank you.
14        EXAMINATION
15 QUESTIONS BY MS. BOCKUS:
16   Q.   Good afternoon, Dr. Plunkett.
17 You and I have met before.  My name is Jane
18 Bockus, and as you know, I represent Imerys
19 in this case.
20   A.   Yes.
21   Q.   Correct?
22        I want to go back to just touch
23 briefly on a couple of issues that have
24 already been addressed.
25        Would you agree that IARC has

Page 288

1  not classified any of the heavy metals that
2  you've identified in your MDL report as
3  carcinogenic to the ovary?
4    A.   So the answer is I'd have to
5  look.  I don't recall that, but I'd have to
6  look to confirm.
7    Q.   Okay.
8    A.   That's the answer I believe I
9  gave a few minutes ago, yes.
10   Q.   So if I look at the IARC
11 website, then I can confirm whether or not
12 they have identified any of those as
13 carcinogenic to the ovary?
14   A.   Not so much the web -- well,
15 the website or the actual documents.  I think
16 I would actually point you to the actual
17 monograph --
18   Q.   To the monograph.
19   A.   -- because there may be
20 evidence in there of ovarian cancer as being
21 seen in studies.  And I'd have to go look.
22   Q.   Okay.  That was not part of
23 your consideration here, correct?
24   A.   So ovarian cancer is part of my
25 consideration, but I didn't -- in this part

Page 289

1  of my evaluation I'm trying to -- trying to
2  describe these metals.  And this is really
3  about mechanism of biologic plausibility and
4  the fact that these two things can go
5  together, and then the concept of additivity
6  is they're on hazard.  The idea if you have a
7  cancer hazard generally and you have similar
8  mode of action, regardless of the tissue, you
9  would be expected to have a potential
10 additive effect when you do a risk
11 assessment.
12        So that's my use of that data,
13 which is why I didn't do a separate ovarian
14 cancer assessment for each of the each
15 constituents but just on powder.
16   Q.   And you discuss that topic on
17 page 47, paragraph 68, of your report,
18 correct, the -- whether there's an additive
19 effect?
20        And you cite to Casarett and
21 Doull.  I don't know if I'm pronouncing those
22 names correctly.
23   A.   I'm sorry, on what page?
24   Q.   I'm on page 47, paragraph 68.
25   A.   Okay.  Sorry.  I should know

Confidential - Pursuant to Protective Order

Page 290

1   where it is, but...
2        Okay.  I'm there, yes.  Okay.
3        Yes, I do cite to a chapter in
4   Casarett and Doull, yes.
5        Q.   Okay.  And Casarett and Doull
6   is a resource that you cite to for a couple
7   of different toxicological principles that
8   you discuss in your -- in your report,
9   correct?
10       A.   Yes, because it's one of the
11   most well-recognized textbooks that used
12   across different either universities or
13   schools or even in regulatory agencies.
14       I would also say I cite EPA
15   2000 there.  I'm not citing just Casarett,
16   but I am citing Casarett as well as an EPA
17   guidance document.
18       Q.   In Casarett and Doull, do they
19   actually discuss talcum powder in Chapter 2,
20   or is it more just the concept of the
21   potential of the effects when you have two
22   different chemicals that you're exposed to at
23   once or three or four?
24       A.   It's the latter.  It's the --
25   because you'll notice the title is

Page 291

1   "Principles of Toxicology," so it's the
2   general chapter teaching principles for risk
3   assessment and toxicology as used in risk
4   assessment.
5        Q.   And whether there is an
6   additive effect of, say, talc and nickel,
7   that's something that an experiment could be
8   designed to study, correct?
9        MS. PARFITT:  Objection.
10       THE WITNESS:  If you're talking
11   generally for cancer and not worried
12   about the issue of ovarian cancer, if
13   you're talking about cancer, like
14   doing an inhalation experiment to look
15   what happens to the lung, that you
16   could do.
17       The problem with the animal
18   studies and ovarian cancer due to
19   perineal exposure is it's very
20   difficult to understand how you design
21   a study to expose the animals that way
22   reliably in the way that humans are
23   exposed.
24       But generally you could
25   study -- you might even be able to do

Page 292

1   a genetically susceptible mouse study
2   to hurry the process along to look at,
3   but you might not be able to do it
4   through perineal exposure.  You might
5   have to do it through another route
6   such as either inhalation or maybe
7   even you could -- you could look at it
8   through intraperitoneal injections,
9   for example.
10   QUESTIONS BY MS. BOCKUS:
11       Q.   Well, and what the textbook
12   talks about is the fact that you need to
13   study it to find out whether the effects are
14   additive, whether the effects are something
15   that multiply the risk, you know, so that the
16   two together are greater than either one
17   alone, or do the effects offset each other
18   and reduce the risk, correct?
19       A.   That is discussed there --
20       MS. PARFITT:  Objection.
21       THE WITNESS:  -- which is why
22   I've cited the EPA document.  Because
23   the EPA document addresses the issue
24   of mixtures, and this is the issue of
25   mode of action.  If you have chemicals

Page 293

1   that you're looking at on the issue of
2   additivity or no effect, you will --
3   you look at that issue of how they're
4   affecting the tissue and underlying
5   mechanism.
6        But the only way to look at the
7   magnitude absolutely of how the risk
8   would change is by doing an
9   experiment.  That is true.
10   QUESTIONS BY MS. BOCKUS:
11       Q.   And to your knowledge, that
12   experiment has never been done; is that
13   correct?
14       A.   I can't guarantee that it's
15   only been done for nickel and talc alone, but
16   I would -- I would state that based on --
17   there are studies out there that have been
18   done where they've used the body powder that
19   we know have metals -- a variety of things
20   within it that are not just platy talc, but
21   those experiments are that kind of data.
22       But as far as gathering
23   dose-response information or teasing out
24   individual components, that is not available.
25       Q.   Do you agree that dose response

74 (Pages 290 to 293)

Confidential - Pursuant to Protective Order

Page 294

1    is the fundamental principle of toxicology
2    that underpins the effects that chemicals can
3    have on living organisms?
4         A.    When you're talking general
5    toxicology, yes, I think it's talked about in
6    the textbook.
7         Q.    And you agree that it is the
8    dose of the chemical and the pattern of
9    exposure that determines whether a chemical
10   produces an adverse effect on an organism,
11   not simply the presence of the chemical?
12        A.    For a typical dose-response
13   relationship for non -- for nongenotoxic
14   events, absolutely, I would agree that is
15   probably true.  And I don't mean nongeno --
16   noncancer events.
17             In the issue of cancer biology,
18   some of those issues don't hold all the time.
19   In other words, there are certain chemicals
20   and certain ways of looking at cancer risk
21   assessment where you can't assume where the
22   threshold is or identify what a safe dose
23   would be.  But certainly I agree on the issue
24   of noncancer risk assessment generally, or
25   general end points of toxicity, that is true.

Page 295

1         Q.    And again, do you agree that in
2    general toxicology the effects that might be
3    reported at high doses will not occur at
4    lower doses if the concentration at the site
5    of action falls below the threshold for
6    toxicity?
7         A.    Yes, that could -- that could
8    be possible, yes.
9         Q.    And do you agree that
10   evidence-based toxicology and epidemiology
11   dictates that the dose of the chemical is the
12   critical factor when examining the risk posed
13   by a chemical, not just its presence even in
14   the human body?
15        A.    I would say that's generally
16   true, yes, which is why I have attempted to
17   look at the dose-response relationship as
18   well as the prevalence of the contact.
19        Q.    And with regard to the human
20   studies that you cite, would you agree that
21   none of the studies that you cite in your
22   report that have to do with migration of
23   particles within the genital tract of the
24   female involve applications to the perineum
25   or outside of the genital tract?

Page 296

1         A.    That is true with the exception
2    of Parmley and Woodruff, which addresses this
3    issue of --
4             MS. PARFITT:  Objection.
5             THE WITNESS:  Talks about the
6    issue of exposure from the outside to
7    the inside.
8             But the data that is collected
9    with the different studies they have
10   deposited at some point -- at some
11   position within the vagina, that is
12   true.
13   QUESTIONS BY MS. BOCKUS:
14        Q.    And that is not how talc is
15   deposited in women who use it regularly in
16   their daily routine, correct?
17             MS. PARFITT:  Objection.
18   Misstates the evidence.
19             THE WITNESS:  So I would say
20   that depends on what women are doing.
21   Perineal application, for example,
22   application on the underwear, can lead
23   to contact of the vaginal opening
24   depending on the woman.
25             For example, a woman who has

Page 297

1    a -- had many children has a tract
2    that is stretched.  There, indeed, you
3    can have more direct contact than you
4    can with a very tight -- so I would
5    say it depends on the woman and it
6    depends on the situation.
7             But I do think it's generally
8    accepted, based on my review of the
9    literature, that there is the
10   opportunity for exposure internally
11   from perineal application.
12   QUESTIONS BY MS. BOCKUS:
13        Q.    And if I understand what you
14   testified to earlier today and yesterday, you
15   don't have any data that would advise on --
16   out of the talc that is deposited in the
17   underwear, what percentage of it makes it
18   into the reproductive tract?
19        A.    That's the data that's missing,
20   that is true.  And unfortunately, no one has
21   done a study.  It would be -- if there was a
22   way to do that, it would be interesting to do
23   that.  I just don't see how you design that
24   study, especially knowing the hazard of talc
25   at this point.  I think that would be a

75 (Pages 294 to 297)

Confidential - Pursuant to Protective Order

Page 298

1 difficult study to get approval for.
2    Q.    And do you have an opinion as
3 to whether it is even correct that each day
4 that a woman uses talc in her underwear, that
5 some of the talc makes its way to the ovary?
6       MS. PARFITT: Objection. Form.
7       THE WITNESS: Have I -- can I
8    quantify that?
9       No, I haven't quantified it. I
10    think I got asked that earlier. I
11    can't quantify the amount that gets
12    there. Or, I'm sorry, I may have
13    misheard the start of your question.
14    I apologize.
15 QUESTIONS BY MS. BOCKUS:
16    Q.    Yeah, I'm really asking: Do
17 you have an opinion as to whether it happens
18 every single time a woman applies talc to her
19 perineal area? Does some of that talc make
20 it to her ovary?
21       MR. MEADOWS: Objection.
22       MS. PARFITT: Objection.
23       THE WITNESS: I don't think I
24    stated it quite that way, but
25    certainly I think the opportunity is

Page 299

1 there with every application. And of
2 course it would depend upon the amount
3 of time that the contact may be in
4 place. But the opportunity is there.
5       So, for example, if you applied
6    it to your underwear and 30 minutes
7    later you go to the bathroom, it's
8    very possible that you will have wiped
9    away, and so that that application may
10    have taken an opportunity away. But I
11    do believe that the opportunity is
12    there based on the literature I have
13    seen.
14       And so I haven't formed the
15    opinion, though, that it's absolutely
16    every time. My opinion, I think, is
17    based on the fact that I believe that
18    there is data to indicate that
19    exposure occurs, and that with
20    routine, continual habit, sort of a
21    habit exposure, that indeed that there
22    was some migration that occurs.
23 QUESTIONS BY MS. BOCKUS:
24    Q.    And is it fair to say that you
25 don't have an opinion as to whether that

Page 300

1 migration occurs every day, once a week, once
2 a month?
3       MS. PARFITT: Objection. Form.
4       THE WITNESS: I haven't
5    formulated my point -- my opinion
6    quite that way; however, I do believe
7    that it is something that is going to
8    happen routinely with exposure. I do
9    believe that migration is something
10    that is going on routinely with
11    application.
12       So with applications, I do
13    believe that that is, but I can't tell
14    you that this amount has migrated on
15    this particular day with this
16    particular application, no. That --
17    the data that we have collected is not
18    there to allow us to do that.
19 QUESTIONS BY MS. BOCKUS:
20    Q.    How do you define the word
21 "routinely" as you're using it in that
22 answer?
23    A.    So that would be the idea of
24 repeated exposures, you know, within a week,
25 within a month, within a year. So not --

Page 301

1 routine to me would not be -- would not be
2 applying it once a month one month, waiting
3 six months, doing it again, and then not
4 doing it until the next year.
5       Again, it's the idea -- some
6    people may -- routine may be during the hot
7    season of the year, they're routinely getting
8    daily exposures when it's warm, and during
9    the cold weather not applying. But then the
10    next year doing -- that's a routine for them
11    and their habits based on their pattern of
12    exposure.
13       Again, we know that talc, when
14    it -- when it migrates and gets into the
15    body, we have data to show that it is -- it
16    is able to persist in the body. The fact
17    that you may have not been exposed for three
18    months because it was cold doesn't mean that
19    you -- that that changes the fact that you're
20    still at risk with additional exposures the
21    next -- the next time that habit
22    becomes -- comes into place.
23       So I think there's multiple
24    exposure patterns that are possible, but when
25    I use routine, it's something that people are

76 (Pages 298 to 301)

Confidential - Pursuant to Protective Order

Page 302

1    doing throughout their -- a period of their
2    life.  And so it would be something that
3    happens either on a weekly basis for a good
4    part of the year.  I haven't defined it with
5    a particular number, though, no.
6        Q.    And my question had to do with
7    out of the number of times a given woman --
8    or an average woman uses talc, what
9    percentage of the time does talc make its way
10   into her reproductive tract?
11       A.    So I don't think that
12   anybody -- anybody can point to a piece of
13   data that tells you that, but, again, it's
14   based upon the anatomy, I would expect there
15   to be the potential each time it's applied.
16            And on your question on
17   routine, when I'm talking routine, I'm
18   looking at not just frequency but also
19   duration.  So when I'm talking about dose,
20   it's the fact that they do it on a repeated
21   basis for a number of -- a period of years as
22   well.
23            That's what the data shows in
24   the human studies.  It's not something,
25   again, that may have been done routinely for

Page 303

1    one year, but it does appear to be something
2    that's done more -- longer term than that.
3            But we can't give a number.  We
4    have no threshold.  We don't know exactly
5    what that minimum number is.
6        Q.    Do you think that the minimum
7    number is greater than a year?
8            MS. PARFITT:  Objection.  Form.
9            THE WITNESS:  I haven't formed
10   that opinion, no.
11   QUESTIONS BY MS. BOCKUS:
12       Q.    Do you think it's greater than
13   a month?
14            MR. MEADOWS:  Objection.
15            THE WITNESS:  Greater than a
16   month?
17   QUESTIONS BY MS. BOCKUS:
18       Q.    Yes.
19       A.    One month in their life?
20       Q.    One month in their life, where
21   they're using it every day for a month.
22       A.    So I haven't formed that
23   opinion at this point in time, but I'd say
24   it's more likely to occur when you do it more
25   than a month.  But I haven't formed an

Page 304

1    opinion on a set number, no.  I can't --
2    can't point you a specific number.
3            I'm not doing case-specific, so
4    I've not looked at any of those pieces of
5    information for any given plaintiff.
6        Q.    And I'm just trying to get the
7    threshold.
8        A.    Uh-huh.
9        Q.    As I understand it, that is
10   part of a toxicological evaluation, is the
11   threshold below which there's not an issue.
12            So I think you've said you
13   don't know if it's less than a year, but you
14   think it's more likely than not that it's
15   greater than one month.
16            MR. MEADOWS:  Objection.
17   QUESTIONS BY MS. BOCKUS:
18       Q.    Is that fair?
19       A.    No, that's not exactly what I'm
20   saying.  I'm saying we don't know the
21   threshold.  So as a result, I'm not of the
22   opinion that it absolutely can't -- it only
23   has to be this long.
24            What I'm saying to you is per
25   general principles of toxicology and based on

Page 305

1    the human data that we have, it indicates
2    that it's more frequent than just one month,
3    but I can't tell you that it's absolutely not
4    possible.
5            That's where -- I do think when
6    you're talking about those kinds of patterns,
7    that's a case-specific issue for individuals,
8    because I think that would have to be
9    considered for each individual.  But
10   certainly as a toxicologist, I'm using the
11   words "routine," "repeated," "longer
12   duration," "chronic exposure."  And when I
13   defined "chronic" earlier, I talked about
14   years of exposure versus just one month.
15            That would be consistent with
16   what I have said, yes, but I'm not -- I -- I
17   certainly don't want to rule out that there
18   couldn't be somebody out there that could
19   show something different, because it may very
20   well be that there are people that you can
21   identify with the presence of talc in their
22   ovaries and all of their other case-specific
23   things that could -- could make that pattern
24   a -- make someone be able to draw a
25   case-specific, reliable conclusion.

77 (Pages 302 to 305)

Confidential - Pursuant to Protective Order

Page 306

1     But that's not my role.  I
2  don't do case-specific.
3     Q.   And I am simply trying to get
4  the parameters of your opinions with regard
5  to the amount of talc use one would need to
6  have before you would feel comfortable --
7  well, that in your opinion would be
8  sufficient to create a toxic environment.
9          MR. MEADOWS:  Objection.
10         THE WITNESS:  Well, that's a
11      different question.  So toxic
12      environment could be with a much
13      shorter time exposure, okay?
14  QUESTIONS BY MS. BOCKUS:
15     Q.   Right.
16     A.   So but if you're talking
17  about -- the opinion that I have formed has
18  to do with an increased risk of ovarian
19  cancer.  So with that opinion, that's the
20  description, I believe, I was giving this
21  morning.  It's the idea that the data that
22  I've seen indicates that my opinion that
23  perineal use of talc body powder products
24  increases your risk for ovarian cancer above
25  that background level that you know exists.

Page 307

1     That opinion is based on data
2  that is -- is -- the supporting data would
3  indicate that it has to be a habit, routine,
4  a chronic exposure.  And so as a
5  toxicologist, I've tried to put that in
6  context.
7     I don't know what else to tell
8  you.  That's the opinions I have formed to
9  date.
10     Q.   A chronic -- a habit, routine,
11  a chronic exposure for years?
12     A.   Well, chronic --
13          MR. MEADOWS:  Objection.
14          THE WITNESS:  -- is defined as
15      years, typically, by a toxicologist,
16      and so that's what I -- that's what I
17      told you.
18  QUESTIONS BY MS. BOCKUS:
19     Q.   Shifting to your regulatory
20  opinions, you would agree that Imerys is a
21  raw material supplier to J&J; is that
22  correct?
23          MR. MEADOWS:  Objection.
24          THE WITNESS:  I would call them
25      an ingredient supplier, yes.

Page 308

1  QUESTIONS BY MS. BOCKUS:
2     Q.   Okay.  An ingredient supplier.
3     And you agree that Imerys does
4  not sell any products to the general public,
5  correct?
6          MR. MEADOWS:  Objection.
7          THE WITNESS:  I don't know
8      that's definitely true, but I'm not
9      aware that they do.
10  QUESTIONS BY MS. BOCKUS:
11     Q.   And what Imerys supplies to
12  Johnson & Johnson is not a finished cosmetic
13  that is ready to be sold on the market,
14  correct?
15          MR. MEADOWS:  Objection.
16          MS. PARFITT:  Objection.
17          THE WITNESS:  I don't know that
18      I can answer that except in the
19      context of Johnson & Johnson's baby
20      powder, SHOWER TO SHOWER® and Shimmer,
21      it's my understanding that Johnson &
22      Johnson mixes -- has some fragrance
23      added to the talc.
24          I don't believe Imerys does
25      that, but I don't know for sure.

Page 309

1     So based on what I know -- I'm
2  telling you what I know, and I would
3  call them, again, an ingredient
4  supplier, and I would call Johnson &
5  Johnson a cosmetic manufacturer.
6     Does that answer the question?
7  QUESTIONS BY MS. BOCKUS:
8     Q.   It does.
9     Would you agree that the
10  minerals that you have identified in your
11  report, that the documents that you have
12  seen, would classify their -- to the extent
13  that they are ever in the powder, that
14  they're trace ingredients?
15          MS. PARFITT:  Objection.
16          MR. MEADOWS:  Objection.
17          THE WITNESS:  So which
18      ingredients are you referring to?
19      So some of the metals, no, are
20      not trace ingredients.
21      Are you talking about the --
22      are you talking about the -- like the
23      presence of tremolite or the presence
24      of chrysotile --
25

Confidential - Pursuant to Protective Order

Page 310

1     QUESTIONS BY MS. BOCKUS:
2         Q.    No.  No, I'm sorry.  I'm
3     talking about the three metals that you
4     identify in your report.  Those are trace
5     elements that are -- that are sometimes
6     detected in the studies of the -- of the
7     talc.
8              MR. MEADOWS:  Objection.
9              THE WITNESS:  It's not how I
10    would say it.  I would say they're
11    heavy metal components that are
12    naturally occurring within the product
13    that are sometimes -- sometimes
14    detectable at levels that are reported
15    as trace based on the detection limit
16    within the analysis, but at other
17    times they're not listed as trace.
18    They're actually listed with a
19    specific amount.
20             So that's what -- how I would
21    define what I call trace.  Usually
22    that's how it will be reported in the
23    lab, trace, which means below the
24    limit of quantification, but it's
25    there.  You're detecting it.

Page 311

1              I would agree that -- that
2     there are other descriptions of heavy
3     metals in the heavy metal literature
4     that talk about trace amounts being
5     found in -- naturally occurring in
6     food, for example, and I agree that
7     that does occur.  But in the case of
8     this product, we actually have
9     often -- we actually have a -- a limit
10    that is set for acceptability in the
11    specification.
12             And so I would think it's more
13    proper to call it a level of the heavy
14    metal that is allowable by the purity
15    specifications set by the product.
16    And sometimes those levels may be
17    above, and most of the times those
18    levels are below, which is why it's
19    cleared.  Because I've seen some
20    analyses where different products may
21    have been, I guess, turned away or
22    considered not acceptable based on the
23    analysis of certain types of minerals
24    or metals.
25

Page 312

1     QUESTIONS BY MS. BOCKUS:
2         Q.    Have you seen any studies where
3     women's blood has reflected the presence of
4     nickel or cobalt or chromium?
5              MR. MEADOWS:  Objection.
6     QUESTIONS BY MS. BOCKUS:
7         Q.    Who are parts of these
8     studies -- these ovarian cancer studies?
9              MR. MEADOWS:  Objection.
10             THE WITNESS:  The
11    epidemiological literature you're
12    asking me?
13    QUESTIONS BY MS. BOCKUS:
14        Q.    Yes, ma'am.
15        A.    It's possible in the Nurses'
16    Health Study that we can go to that, because
17    I know they do collect some heavy metal
18    levels.  I've done that for other clients on
19    other issues.
20             Most of the others, I doubt
21    that we have heavy metal levels in blood.
22    But certainly there are levels of heavy metal
23    in blood, especially things like lead, for
24    example, that we have very limited capacity
25    to eliminate.

Page 313

1              So whether or not you carry
2     around a significant body burden of a heavy
3     metal in your blood is somewhat driven by the
4     exposure pattern you get.  It's something
5     that's commonly -- or can you excrete it
6     quickly or not.  So...
7         Q.    And are you familiar with any
8     studies that have suggested that the use of
9     body powders leads to a heavy burden of
10    nickel, chromium or cobalt in the blood?
11        A.    So I have not seen such
12    analysis done, no, I have not.
13        Q.    In paragraph 67 of your report,
14    which is on page 46 -- I'm sorry, on -- oh,
15    I'm sorry.  Paragraph 64, I apologize.
16        A.    No.  No, that's fine.
17        Q.    It's on page 44.
18             You cite to two abstracts --
19        A.    Yes.
20        Q.    -- one by Fletcher and one by
21    Fletcher and Saed.
22             Do you consider these abstracts
23    to be reliable sources of data?
24        A.    They're not as reliable at all
25    as a peer-reviewed article.  So there's a

Confidential - Pursuant to Protective Order

Page 314

1  difference in the weight you give an
2  abstract, absolutely.
3          However, knowing the papers
4  that Dr. Saed has actually published in the
5  peer-reviewed literature, I have -- I have
6  mentioned them in here because I do believe
7  that they are -- they are pieces of
8  information that are highly relevant to some
9  of the issues raised in other cellular
10  studies, and so that's why they're here.  But
11  certainly I do not give them the same weight
12  as in my assessment of overall risk.
13          And I would say that I had the
14  same opinions on risk before I had these
15  studies.  Because in my original reports,
16  obviously, I have gone further than risk and
17  talked about cause, and I didn't have the
18  Fletcher studies.
19          The Fletcher studies are more
20  on the issue of biologic plausibility and
21  mechanism versus being important
22  underpinnings, for example, for a hazard
23  assessment.
24      Q.    Is there any way that someone
25  reading your report could tell that you

Page 315

1  attribute less weight to the abstracts by
2  Saed and Fletcher just by reading your
3  report?
4          MR. MEADOWS:  Objection.
5          THE WITNESS:  I don't know if
6  they could or not.  Hopefully they
7  would based upon where they appear in
8  the report.  They're not cited a lot
9  of other places, but they certainly
10  are cited.
11          So that's why I'm here today,
12  though.  You're asking me these
13  questions; I'm telling you.  That's
14  how I look at these studies.  That's
15  all I can say.
16          I haven't -- I haven't,
17  certainly, as I've told you, given
18  things numerical weight throughout my
19  report.
20  QUESTIONS BY MS. BOCKUS:
21      Q.    Looking at paragraph 118...
22          Well, when you were preparing
23  your report, were you careful with the
24  language that you used in it to be precise
25  and accurate?

Page 316

1      A.    I attempted to do that.  I
2  can't tell you that there isn't something in
3  here I've missed.  But, yes, I read this
4  report six or seven times before I finalized
5  it, trying to make sure that the language I
6  was using was an accurate reflection of the
7  opinion I'm expressing.
8          But it's possible, if you want
9  to point to something that you want to ask me
10  about, I can tell you whether or not that was
11  something that I would change.
12      Q.    So on page 77, paragraph 118 in
13  the middle of it, you say, "Based on the body
14  knowledge available by the 1950s, talc body
15  powders manufactured and sold by Imerys and
16  Johnson & Johnson."
17          And that's the question that I
18  have for you.
19      A.    I see what you're saying.
20      Q.    Was Imerys selling anything to
21  Johnson & Johnson in the 1950s?
22          MR. MEADOWS:  Objection.
23          THE WITNESS:  I'm thinking.
24  It's possible they did not.  That may
25  be true.

Page 317

1  QUESTIONS BY MS. BOCKUS:
2      Q.    Well, and actually --
3      A.    You know what?  When I wrote
4  this sentence, I assumed that they did, but
5  if that is not true, then certainly this
6  sentence should be just Johnson & Johnson.
7      Q.    Well, earlier in your report,
8  in a footnote you indicate that Imerys began
9  supplying talc to Johnson & Johnson in 1989
10  or the late 1980s.
11          Do you remember making that
12  notation?
13      A.    So let me look.  So if that's
14  an inconsistency, then that should change.
15  Let me look.
16      Q.    And that's all I want to know,
17  if it's an inconsistency, should it change.
18      A.    If it is an inconsistency --
19  certainly if Imerys was not selling talc to
20  Johnson & Johnson in 19 -- the 1950s, then --
21  then certainly Johnson & Johnson's products
22  would not -- would not be affected by Imerys'
23  activity.
24          However, if Imerys is selling
25  talc to anyone that makes a consumer product

80 (Pages 314 to 317)

Confidential - Pursuant to Protective Order

Page 318

1  in the 1950s, then -- or a precursor company
2  to Imerys is making talc that's selling for
3  body powder to somebody other than Johnson &
4  Johnson, then that opinion would still hold.
5       So -- but I certainly agree, I
6  think I -- you're right, I think I have a
7  statement about the link between the two in
8  '89.  So in that case, then certainly the --
9  the link here would be related to Johnson &
10  Johnson's products.
11      Q.   Okay.  Yeah.
12      A.   Whether or not -- if they
13  weren't sourced from Imerys, then that's a
14  separate duty on a product, not this product.
15      Q.   If you look on the bottom of
16  page 7, I think you'll see the footnote I was
17  referencing.
18      And with regard to your last
19  answer, you don't have any information as to
20  whether Imerys existed and, if it did,
21  what -- who its customers were in 1950s,
22  correct?
23      A.   I don't believe I do, no.
24      MS. BOCKUS:  I think that's all
25  that I have.  Thank you.

Page 319

1       MR. LOCKE:  I've got a few
2  questions.
3       EXAMINATION
4  QUESTIONS BY MR. LOCKE:
5       Q.   Doctor, my name's Tom Locke.  I
6  represent the Personal Care Products Council.
7  We met a couple of times before, I think.
8       A.   I apologize, I don't recall
9  your name at least.  The face looked
10  familiar, though.  I apologize.
11      Q.   I try to maintain a low
12  profile.
13      I have relatively few
14  questions.  I wanted to ask you overall about
15  your opinion.
16      Would you agree that reasonable
17  scientists can disagree with your opinion
18  that talc increases the risk of ovarian
19  cancer?
20      A.   I'd say I wouldn't say it quite
21  that way.  I'd say that I agree that
22  scientists can disagree on conclusions they
23  draw, depending on the -- depending on the
24  way that they have assessed.
25      So certainly based on a

Page 320

1  complete assessment the way I did, then I
2  would agree that other people could come to a
3  different conclusion, absolutely.
4       So I think it depends what you
5  mean by "reasonable scientist."  But I would
6  agree that individuals can look at the same
7  body of data and, based on their judgment and
8  experience, based on looking at that same
9  body of data, could come to a different
10  conclusion, yes.  That's true.
11      Q.   You've been involved in this
12  talc litigation for at least a couple of
13  years, right?
14      A.   Yes.
15      Q.   And you know that various
16  defendants have offered experts who disagree
17  with your conclusions, right?
18      A.   Some of my conclusions, yes.  I
19  don't know that there is somebody that's in
20  the litigation does exactly what I do
21  across all the opinions I've expressed, but,
22  yes, certain parts of my opinions there are
23  other experts I'm aware of, yes.
24      Q.   Well, they -- you're aware that
25  there are defense experts who disagree with

Page 321

1  your opinion that talc increases the risk of
2  ovarian cancer; is that correct?
3       A.   Yes, I -- I am aware of that
4  fact.
5       Q.   And in your review of the
6  records that go back or the scientific
7  materials that go back 35 years or more,
8  you've seen that there's disagreement
9  regarding that issue; is that correct?
10      A.   So what documents are you
11  referring to?  Are you asking me about a
12  specific -- just the published medical
13  literature?  Are you asking about documents
14  like internal company documents, reviews by
15  others?  What are you asking me about?
16      Q.   Well, let's focus on the
17  published medical literature.
18      There are scientists who have
19  disagreed with your opinion; is that correct?
20      MS. PARFITT:  Objection.
21      THE WITNESS:  I'm not aware of
22  a paper in the published medical
23  literature that has done the exact
24  assessment I have done.
25      So I am aware of the fact,

81 (Pages 318 to 321)

Confidential - Pursuant to Protective Order

Page 322

1    however, that there are individual
2    papers by scientists that, for
3    example, have concluded that there is
4    no association between exposure to
5    talc perineally and ovarian cancer,
6    yes. Individual papers, I am aware of
7    that, but that's different than what I
8    have done.
9    QUESTIONS BY MR. LOCKE:
10       Q.   Let me just ask you about what
11   you were requested to do on behalf of
12   plaintiff's counsel.
13       Plaintiff's counsel asked you
14   to provide opinions related to the human
15   health hazards posed by exposure to talcum
16   powder products and how those hazards relate
17   to the regulatory requirements for marketing
18   cosmetic ingredients and cosmetic products in
19   the United States; is that correct?
20       MR. MEADOWS:  Objection.
21       THE WITNESS:  I didn't write
22   that, but that sounds like an accurate
23   reflection of what -- what we -- what
24   I have done at least in parts of my
25   report, yes.

Page 323

1    QUESTIONS BY MR. LOCKE:
2        Q.    Well, if you look at your
3    report, I think you go to part where you were
4    asked to provide -- and I just pulled it from
5    what you said.
6        A.    So I did write it, I apologize.
7    It didn't sound like me.
8        Q.    It started with "to provide
9    opinions related to the human health hazards"
10   and so forth, so I just wanted to make sure
11   we're clear on that.
12       A.    Sure.
13       Q.    So does that sound right in
14   terms of what you were asked to do?
15       A.    I said I -- certainly those are
16   the kinds of things that I was definitely
17   asked to do.  I was asked to do two basic --
18   two basic things, which was having to do with
19   toxicology and risk assessment, and then a
20   separate issue related to regulatory
21   concerns.
22       So, yes, those are the two
23   basic, I guess, buckets of information and
24   documents that I reviewed and opinions I've
25   expressed, and I think that's consistent with

Page 324

1    what I've been doing in the litigation.
2        Q.    Okay.  As to that second
3    bucket, the US regulatory requirements for
4    marketing cosmetic ingredients and products,
5    that's not relevant to the scientific
6    question whether talc may cause ovarian
7    cancer; am I right?
8        A.    No.  I disagree with that based
9    on the fact that a company that markets a
10   cosmetic product is required to do a safety
11   assessment.  And if in that safety assessment
12   issues relate to cancer or ovarian cancer and
13   the use of talc, then those two things are
14   related.
15       But I would agree that -- that
16   doing a risk assessment like I've done is a
17   separate issue from doing a safety assessment
18   for a product, because there's actually even
19   a lesser standard for an issue of looking at
20   a safety assessment for a product versus
21   actually forming the opinion that there is an
22   increased risk of cancer with exposure to
23   talc.
24       Q.    Now, did IARC in 2006, did it
25   look at the US regulatory process in

Page 325

1    considering whether talc may cause ovarian
2    cancer?
3        MR. MEADOWS:  Objection.
4        THE WITNESS:  I don't think I
5    understand what you mean.  It's not a
6    US regulatory process, no, if that's
7    what you're asking me.
8        They have a -- they have a
9    discussion of what the products are,
10   which is part of the way they're sold.
11   But I don't think they're discussing
12   the duty of a company under the
13   regulatory process, no, that's a
14   separate issue.
15   QUESTIONS BY MR. LOCKE:
16       Q.    So their analysis of whether
17   talc may cause ovarian cancer, that's
18   different than the analysis of whether a
19   company may have a duty, whatever that duty
20   may be?
21       MR. MEADOWS:  Objection.
22       THE WITNESS:  It's a different
23   process, absolutely.  IARC is a
24   separate, independent body that does
25   an assessment looking at the issue of

82 (Pages 322 to 325)

Confidential - Pursuant to Protective Order

Page 326

1    cancer hazard and looking at whether
2    or not there is sufficient evidence to
3    categorize that hazard, whereas a duty
4    of a company under the regulatory
5    situation is broader than just cancer
6    hazard; it's a whole different thing.
7    It's what you do internally before you
8    market a product.  Totally different.
9         And so certainly when I --
10   that's why I have separate sections in
11   my report, and that's why I even
12   have -- I've had discussions about the
13   difference between the regulatory
14   standard for warning versus the
15   assessment of risk that may be
16   required in order to start to produce
17   a -- identify an association or an
18   increased risk or even if you did a
19   causation analysis.  Totally different
20   type of exercise.
21   QUESTIONS BY MR. LOCKE:
22        Q.    Do you first, in that exercise,
23   look at the scientific issue of whether talc
24   may cause ovarian cancer?
25        A.    Are you asking me in either of

Page 327

1    these exercises?
2         Q.    Well, let's say when you're
3    getting to -- you mentioned the duty to warn.
4    So if you're looking at the duty to warn, do
5    you first have to look at does talc cause
6    ovarian cancer?
7         MR. MEADOWS:  Objection.
8         THE WITNESS:  That's not the
9    question you asked.  No.  I would
10   argue, based on the regulations, if
11   you look at the standard, the question
12   is, is there evidence to indicate that
13   there is a chance, there is a
14   potential -- not that it does, but is
15   there a potential for that type of
16   hazard to be posed to consumers who
17   use the product.
18        It's a possibility versus being
19   a -- I'm taking it beyond possibility
20   when I'm doing my assessment for
21   increased risk.  And I talked about
22   that this morning, and I can't
23   remember her last name.  The
24   Johnson -- I apologize.  But I -- with
25   Johnson & Johnson.  I talked about

Page 328

1    this is a different assessment and
2    different standard.  It's a much lower
3    standard on cosmetics for what needs
4    to be done as far as warning.
5         Now, when a company comes and
6    initiates a safety assessment on their
7    product, before they even think about
8    what am I going to warn, they should
9    be doing a comprehensive assessment of
10   safety based on what's available
11   publicly, knowing what others have
12   reported and then what data they've
13   collected.
14        If they don't have data at all
15   on the safety of the product, then the
16   product has to say that.  We don't
17   know.  We do not know if this product
18   is safe.  And that's one of the things
19   that is allowed under FDA -- under FDA
20   regulations as well.
21        But essentially some -- some
22   assessment must be done to understand
23   from the perspective of the company
24   that this product is safe for
25   consumers to use as -- under the

Page 329

1    directions of use.
2         So in the case of this, it
3    would be a body powder being used on
4    the body surface but also perineally
5    because -- because that was an
6    exposure pattern that was understood.
7    QUESTIONS BY MR. LOCKE:
8         Q.    Okay.  You described two
9    different buckets.  They're independent
10   assessments; is that correct?
11        MR. MEADOWS:  Objection.
12        THE WITNESS:  Initially that's
13   where I started, and now I'm talking
14   two different duties.  There's a duty
15   to warn, but there's first a duty to
16   collect information before you market
17   it.  It's your premarket safety
18   assessment.
19   QUESTIONS BY MR. LOCKE:
20        Q.    Okay.  I'm not actually talking
21   about the manufacturer's duty.  I wanted to
22   just first address your scientific analysis.
23        That's a separate question that
24   led you to your opinion on the -- your
25   opinion that talc increases the risk of

83 (Pages 326 to 329)

Confidential - Pursuant to Protective Order

Page 330

1    ovarian cancer, correct?
2         MR. MEADOWS:  Objection.
3         THE WITNESS:  Yes, that's what
4    I described.  And I thought you were
5    talking about duty of the company, and
6    so I apologize.  I didn't mean to go
7    off on a tangent.
8         If you want to focus just on
9    the risk assessment -- is that what
10   you want to do? -- that's what I'm
11   doing.
12   QUESTIONS BY MR. LOCKE:
13        Q.   No, I just want to understand,
14   those are two different things, though,
15   right?
16        A.   Those are two different --
17   those are two different tasks that I
18   undertook, yes.  I undertook a risk
19   assessment task to form opinions based on
20   what I can say about risk, and then I
21   separately -- and I had done this earlier on
22   the issue of warnings, looking at what do we
23   know about the product and whether or not --
24   and when did we know it, and what should
25   consumers have been warned about based on the

Page 331

1    safety information that was available over
2    time.
3         Q.   The risk assessment task,
4    that's what you mean by your analysis that
5    talc increases the risk of ovarian cancer?
6         A.   That's correct.
7         Q.   You could have stopped at that,
8    but then you performed an additional task; is
9    that right?
10        A.   Well, actually, no, because the
11   first task I actually started with was the
12   regulatory task.  When I first started
13   getting involved in the litigation very --
14   before I wrote my first report, one of the
15   first things I was looking at was the issue
16   of the duty of the manufacturer to provide
17   warnings.
18        And then after that, I expanded
19   that role to be an inclusion as well of a
20   causation analysis.
21        And then now I'm not doing a
22   full causation analysis in this litigation,
23   but I'm using essentially some of the same
24   information to provide you with a description
25   of a -- a health risk assessment, which was

Page 332

1    also sort of -- that's a piece along the way
2    to doing a causation analysis, but it's not
3    the same.
4         Q.   Your opinion regarding the
5    FDA's responsibilities and functions, that's
6    not related to your opinion that talc may
7    cause an increased risk in ovarian cancer; is
8    that correct?
9         MR. MEADOWS:  Objection.
10        THE WITNESS:  I don't think
11   that's true the way you're asking that
12   question, because I don't know how you
13   divorce the fact that as a -- in a
14   regulatory assessment, if I identify
15   cancer hazard, I have identified a
16   duty to warn.  That's certainly
17   something that should be warned about
18   when I understand that there's not
19   only the potential, but I believe
20   there's an increased risk.
21        But I would agree with you that
22   in my report, I'm laying out for you
23   even different bodies of information
24   that -- as I step through it.
25        Does that make sense to you?

Page 333

1    QUESTIONS BY MR. LOCKE:
2         Q.   Not really.
3         A.   I'm sorry.
4         Q.   I'm talking about your
5    scientific analysis here, not your regulatory
6    analysis.
7         To do your scientific analysis,
8    you looked at scientific materials, right?
9         A.   Yes, but I do the same thing
10   for my regulatory analysis.  That's why I'm
11   confused.  I -- to me they are connected.
12        But I would agree with you, I
13   had an analysis.  Let's just talk about that,
14   my analysis on risk assessment and my
15   opinions that I've expressed.  Those are laid
16   out in a separate section of my report,
17   absolutely.  So we could talk about that if
18   you'd like.
19        Q.   Well, I just want to
20   understand, and I think I do now, that's a
21   separate issue from your regulatory opinion?
22        A.   It's not a separate issue.
23   That's where I'm having trouble with your
24   language.
25        It's a separate task because,

84 (Pages 330 to 333)

Confidential - Pursuant to Protective Order

Page 334

1  for example, I may have only been asked, but
2  I wasn't, to just describe whether or not, as
3  a human risk assessor and toxicologist, there
4  is a hazard or a risk posed by the product,
5  and I could stop there.
6          But I was asked, based on --
7  based on my experience working in the area of
8  regulatory toxicology but also on regulatory
9  issues for clients where I give advice, I was
10  asked to look at how does that scientific
11  information impact what the company should be
12  doing.
13          And so that's -- that's why I'm
14  saying you can't divorce them, because the
15  warning issue I'm talking about is intimately
16  tied into the human health risk assessment
17  results.
18     Q.   So do you consider yourself
19  primarily here as a warning expert?
20          MR. MEADOWS: Objection.
21          THE WITNESS: I consider that
22  one of my roles, yes, absolutely.
23          It depends upon how individual
24  cases, individual attorneys, will --
25  will ask -- decide to use me.  For

Page 335

1  example, I have been used in one trial
2  to only talk about the toxicology.
3  Other trials, I've talked about
4  toxicology as well as regulatory
5  issues.  So I think it just depends on
6  the case.
7          In the MDL, I am prepared,
8  however, to come to talk at a trial on
9  the regulatory system that guides
10  cosmetics as well as provide opinions
11  that talk about what are the hazards
12  of talc, what is the toxicology of
13  talc, what do -- how can you be
14  exposed to talc, that migration issue,
15  and then my opinions about whether or
16  not I believe that there is an
17  increased risk of ovarian cancer.
18          So I would be -- be prepared to
19  talk about both of those things.
20  That's why I said I do think I'm a
21  little different than some of the
22  other experts that you may encounter,
23  for example, in the defense side,
24  where someone may just do regulatory
25  or somebody may just do toxicology.

Page 336

1          But I practice in both those areas in
2  my consulting practice and in my
3  experience.
4  QUESTIONS BY MR. LOCKE:
5     Q.   Let me ask you a few questions
6  about your cosmetic ingredient review
7  statements, CIR.
8          We can agree to call it that,
9  right?
10     A.   Yes, that's fine.
11     Q.   In parts of your report, you
12  cite the CIR as an authoritative source on
13  cosmetic ingredients; is that correct?
14     A.   So where are you looking at,
15  the background information on the CIR?
16          Yes, they certainly are a
17  source of information that FDA relies upon as
18  far as assessments, yes, that's true.
19     Q.   Well, and on page -- or
20  paragraph 35, page 23, you cite to the CIR
21  on, for example, chemicals purportedly in
22  cosmetics.  You have a footnote there.
23     A.   So --
24     Q.   I believe it's footnote 31.
25     A.   Yes, I have looked at -- looked

Page 337

1  at the CIR as a source of information because
2  many of the chemicals, many of the
3  ingredients within the fragrance of Johnson &
4  Johnson, the only available information may
5  be found within the CIR that's publicly
6  available.
7     Q.   And you rely on the report of
8  Dr. Cralley; is that correct?
9          MR. MEADOWS: Objection.
10          MS. PARFITT: Objection.
11  QUESTIONS BY MR. LOCKE:
12     Q.   You reference Appendix D to
13  your report.  I believe if you stay on the
14  same page you'll see that, the same
15  paragraph.
16     A.   I wouldn't say I rely on the
17  report of Dr. Cralley because I form my
18  opinions independent of Dr. Cralley, but
19  certainly his -- I believe if you go to his
20  reports, his report is supportive of my
21  opinions in this area.
22     Q.   Did you read his report?
23     A.   I have read it now, but I did
24  not read it before I -- before I formed my
25  opinions in this particular paragraph, yes.

85 (Pages 334 to 337)

Confidential - Pursuant to Protective Order

Page 338

1      Q.   I'm a little confused because
2  you're citing to his report.
3          You read it or you didn't read
4  it before you wrote this paragraph?
5      A.   I read it before I wrote the
6  paragraph.  I didn't read it before I had
7  formed the opinion.  Do you understand what
8  I'm saying?
9          I did my review of the irritant
10 chemicals independently before I looked at
11 Dr. Cralley's report.  So I had formed the
12 opinion that -- of the chemicals I had
13 searched for that this is what I identified.
14 And that's what this is talking about, right?
15         I'm saying here that of the
16 more than 100 chemicals included, over
17 70 percent are compounds linked with some
18 level of irritant hazard.  That was done on
19 my own.
20         Then, if you go to look at
21 Dr. Cralley's report, I cite it here because
22 it's consistent.  That is, his report
23 provides support additionally for the
24 statement I'm making.
25         So I'm not relying on his

Page 339

1  conclusions to make my opinion, but it's
2  certainly -- I am citing it here as it being
3  a piece of evidence that is consistent with
4  my opinions.
5      Q.   Sorry, I seem to have messed up
6  my microphone.  I'll try to hold it for a
7  little bit then.
8          Do you disagree with
9  Dr. Cralley's report?
10     A.   I have not formed an opinion
11 that I agree or disagree.  He -- with his --
12 I believe he has information that is
13 consistent with the opinion I'm expressing in
14 the sentence, however.
15     Q.   And do you know that
16 Dr. Cralley repeatedly cites to the CIR as an
17 authoritative source regarding cosmetic
18 ingredients?
19     A.   I don't know that he uses that
20 exact language, but he does cite to it, yes,
21 in his report.  Certainly he does.
22     Q.   More than 20 times, right?
23     A.   That, I have not counted.  I
24 can't tell you that.  But he does, just like
25 I do, as a source of information when there

Page 340

1  is no other source available.
2      Q.   Okay.  In your report you state
3  that the CIR process is administered
4  independent of the FDA.
5          But the FDA is on the CIR
6  steering committee; is that correct?
7      A.   That is correct.
8      Q.   You don't mention that in your
9  report, although you mention others who were
10 on the CIR steering committee, correct?
11     A.   Yes, there's a paragraph where
12 I talk about others, yes.
13     Q.   But you don't mention that the
14 FDA is on the steering committee?
15     A.   I believe I -- I believe I've
16 been asked that question before, and I said
17 yes, but certainly in this report I don't
18 believe I state that, that is true.
19     Q.   CIR solicits input from the
20 public; is that correct?
21         MS. PARFITT:  Objection.
22         THE WITNESS:  I would say they
23 solicit input from industry, yes.
24 QUESTIONS BY MR. LOCKE:
25     Q.   Well --

Page 341

1      A.   But they -- and they do have a
2  public comment period, which is mainly input
3  from industry.
4          But I agree that they do -- and
5  if what you're referring to is a public
6  comment period, yes, there is that for the
7  documents.
8      Q.   You can go on the website and
9  see what ingredients CIR is going to review,
10 right?
11     A.   Yes, you can.
12     Q.   Have you done that?
13     A.   Yes, I've done it many times
14 before.
15     Q.   Okay.  And did you submit
16 comments on talc in 2012?
17     A.   No, I did not.
18     Q.   Okay.  You could -- the public
19 can submit comments many times during the
20 process of an ingredient review; is that
21 correct?
22     A.   There are different --
23 different stages of the draft document.  Is
24 that what you're asking me?  Yes, that can be
25 done.

86 (Pages 338 to 341)

Confidential - Pursuant to Protective Order

Page 342

1      Q.    Well, even before it's a draft,
2   CIR is soliciting information about the
3   ingredient to include in the initial
4   materials provided to the expert panel; isn't
5   that correct?
6      A.    Technically I believe that is
7   true, but I would disagree that that is
8   something that happens routinely.  But I
9   would agree that -- I would say technically
10  you may be -- that is something that could
11  occur, yes, but that is not the situation,
12  for example, in the case of talc.
13     Q.    Why not?
14     A.    Based upon what I have seen
15  described as how the review was done, and
16  that has to do with the testimony of
17  different -- or different documents that I've
18  reviewed and the testimony of individuals
19  related to this document.
20     Q.    Well, Dr. Cramer could have
21  submitted comments to the CIR regarding talc,
22  couldn't he?
23          MR. MEADOWS:  Objection.
24          MS. PARFITT:  Objection.
25          THE WITNESS:  You'd have to ask

Page 343

1   Dr. Cramer if he was aware that they
2   were reviewing it.  I can't answer
3   that for Dr. Cramer.
4          But if he was aware of it,
5   certainly -- if you're aware of the
6   process going on and the timing of it,
7   certainly you can submit comments.
8   I'm not disagreeing with you on that.
9   That is true.
10  QUESTIONS BY MR. LOCKE:
11     Q.    CIR publishes in advance what
12  it's going to review; isn't that correct?
13     A.    What is coming up for review?
14     Q.    Yes.
15     A.    Yes, things that are proposed
16  for the next meeting, yes, that's true.
17     Q.    And you could submit comments
18  to the first draft of the CIR report; isn't
19  that correct?
20     A.    I would agree that that is
21  possible to happen, yes.
22     Q.    And you can submit comments
23  before the final report is drafted, correct?
24     A.    Yes, as long as it's still in
25  draft form, yes, those comments can be

Page 344

1   submitted.
2      Q.    And CIR meetings are open to
3   the public, right?
4      A.    That is true, they are open to
5   the public, but in my experience it -- they
6   are not meetings that are heavily attended by
7   the public but indeed are -- tend to be
8   meetings attended by industry stakeholders
9   within the ingredients that are being
10  reviewed.
11     Q.    You know Mr. Steinberg here.
12  He was a plaintiff's expert for a while?
13     A.    I don't know him personally,
14  but I know his name and I know he was a
15  plaintiff's expert, yes.
16     Q.    You know he attended the talc
17  meeting, right?
18     A.    Yes, I believe he was working
19  with indus -- he works with industry, so I
20  believe indeed he did attend that meeting.
21     Q.    You're not claiming he was
22  working with any industry member regarding
23  talc, are you?
24     A.    That's not what I stated.  I
25  know he's a consultant to the cosmetic

Page 345

1   industry, so it doesn't surprise me.  And I
2   believe he lives in the area, so it doesn't
3   surprise me that he attended.
4          I haven't spoken to him about
5   any of that, though, so I have no specific
6   details of that.
7      Q.    Transcripts of the meeting are
8   available to the public, right?
9      A.    You can download the
10  transcripts, yes.
11     Q.    They're on the website?
12     A.    That's what I said.  You can
13  download.  I'm sorry.
14     Q.    Okay.
15     A.    Yes, you can download them from
16  the website.
17     Q.    Did you submit comments to the
18  CIR regarding talc?
19     A.    No, I did not.
20     Q.    Why not?
21     A.    I wasn't aware of the process
22  that was going on in the draft form at the
23  time.
24     Q.    Why is that?
25     A.    I was not following the CIR for

87 (Pages 342 to 345)

Confidential - Pursuant to Protective Order

Page 346

1    talc at that particular time.  I have a lot
2    of other clients and a lot of other issues
3    that go on on a routine basis, and I -- I
4    literally would not have time to follow every
5    assessment they do, considering that they do
6    thousands of chemicals.
7        Q.    Did you know of the CIR prior
8    to your retention by plaintiff's counsel?
9        A.    Yes.  In fact, I -- one of the
10    journals that I receive, International
11    Journal of Toxicology, maybe, publishes many
12    of their safety assessments.  So I certainly
13    am, yes.
14            I was aware -- when I was at
15    Eviron, I was aware of the existence of CIR.
16        Q.    Have you ever provided prior to
17    this litigation -- and by "this litigation" I
18    mean any aspect of the talc litigation -- an
19    expert opinion on cosmetics' ingredients?
20        A.    You're asking me in any other
21    litigation on a cosmetic ingredient?
22            I'm thinking back to the cases
23    I've worked on.  Not as a -- not as a
24    testifying expert.
25            At Eviron, though, we worked on

Page 347

1    litigation involving cosmetic ingredients,
2    thought I was not the testifying expert.
3        Q.    In your report you talk about
4    the percentage of -- or the number of
5    ingredients that the CIR listed as unsafe.
6            Do you recall that?
7        A.    Yes.  I mean, if you want me to
8    verify the number, I need to go there.  But,
9    yes.
10        Q.    You don't mention that CIR has
11    put limitations on approximately 50 percent
12    of the ingredients that it has reviewed, do
13    you?
14        A.    I don't mention that, but they
15    do.  They have -- they have -- when they have
16    a statement about safety, they will -- they
17    will often talk about the limitations from
18    the safe use based on either concentration or
19    even maybe route of exposure, that is true.
20        Q.    Why don't you do that?  Why
21    didn't you include that in your report?
22        A.    No particular reason.  I mean,
23    the point I'm trying to make is really the
24    workload that's going on here and the
25    impossibility of the task of providing the

Page 348

1    same level of review of any of these
2    ingredients as can be provided -- as was
3    provided by the IARC.
4            And so, again, that's one of
5    the comparisons I'm doing.  I'm talking about
6    the difference in the time, the effort, the
7    difference in the independence of the
8    reviews.  And so that -- when I'm talking
9    about, those numbers, that's what I'm
10    focusing on.  I'm focusing on the fact that
11    you have so many reviews in a very short
12    period of time, with a one-expert panel, it's
13    impossible for that level of analysis and
14    review to be anywhere near what IARC panels
15    do, and also nowhere near the level of review
16    that I have done based on the number of
17    documents that I have analyzed and looked at.
18    So it's a different type of review.
19        Q.    Let me ask you a few questions
20    because you have criticized the panel.
21            You would agree with that,
22    correct?
23        A.    Yes.  Oh, absolutely.  This
24    particular analysis I have.  I have made some
25    general criticisms of the overall process,

Page 349

1    and then I made some specific criticisms of
2    this particular review.
3        Q.    And one of your criticisms is
4    that the CIR -- I think you said two CIR
5    expert panelists had conflicts of interest;
6    is that correct?
7        A.    Yes, that -- they did, that
8    were not -- that were not -- I believe not
9    understood even by Dr. Andersen at that time.
10    I think these are things brought up to him
11    that he was not aware of.
12        Q.    All right.  Now, you read his
13    testimony in one of the trials in California,
14    right?
15        A.    Yes, that's the -- in fact,
16    that's the source of the information where
17    I'm citing to those names of those
18    individuals.  I think I refer to that, his
19    trial testimony.
20        Q.    And didn't he, though, say,
21    well, he didn't view it as a conflict of
22    interest because the money wasn't going to
23    them personally, it was going to their
24    organizations?
25        A.    He did make that statement,

88 (Pages 346 to 349)

Confidential - Pursuant to Protective Order

Page 350

1    yes.
2        Q.   And you disagree with that
3    statement?
4        A.   I don't -- I mean, his
5    testimony is what it is.
6            Are you asking me do I disagree
7    that that's a conflict of interest?
8            I disagree that you shouldn't
9    disclose that as a potential conflict in the
10   documents that are produced, just like I do
11   when I write an article and I disclose that
12   I've had funding.  I don't say what the
13   funding specifically paid for, but I've had
14   funding or support from this industry
15   individual or that industry individual.
16   It's -- it's something that just is about
17   transparency.
18       Q.   So when you write articles, you
19   say that you've been paid a lot of money by
20   plaintiffs' lawyers?
21           MR. MEADOWS:  Objection.
22           MS. PARFITT:  Objection.
23           THE WITNESS:  Well, I haven't
24   written an article that overlaps with
25   an issue that I've addressed in

Page 351

1    plaintiffs' litigation, but I
2    certainly have given my conflict of
3    interest statements that relate to the
4    issue in the article.
5            I do that -- I've done that
6    with -- on my work -- several of my --
7    several of my assessments talking
8    about risks of pesticides.  I've done
9    it with the work that I've done that
10   that's been sort of, I guess,
11   policy-type work on behalf of the
12   American Chemistry Council.
13           So absolutely I do.
14   QUESTIONS BY MR. LOCKE:
15       Q.   Okay.  You don't think it's
16   relevant that you receive 50 percent of your
17   money solely from plaintiffs' products
18   liability lawyers?
19           MR. MEADOWS:  Objection.
20           MS. PARFITT:  Objection.  Form.
21           THE WITNESS:  If it has nothing
22   to do with the issue that I'm
23   addressing in the paper, no, I do not
24   think that.
25           But when you're accepting money

Page 352

1    from an industry or a company that has
2    to do with the issue you're looking
3    at, yes, a conflict -- a conflict of
4    interest absolutely needs to be
5    described.
6    QUESTIONS BY MR. LOCKE:
7        Q.   And that would -- well, let me
8    just ask you:  You're not an ethicist, are
9    you?
10       A.   No, I'm not trained as an
11   ethicist.
12       Q.   And you're not a lawyer, are
13   you?
14       A.   Well, no, but I have passed the
15   patent bar, but I'm not trained as a lawyer.
16       Q.   That doesn't make you an
17   ethicist, right?
18       A.   No, it does not.
19       Q.   Okay.  Let's talk about one of
20   the people you criticized, Dr. Wilma
21   Bergfeld.
22           Did you know she was the first
23   woman who was the president -- to be the
24   president of the American Academy of
25   Dermatology?

Page 353

1        A.   No, I don't know her
2    personally, so, no, I did not know that.
3        Q.   Did you investigate her at all
4    when you criticized her?
5        A.   I wasn't criticizing her, I was
6    criticizing the CIR process for failing to
7    disclose the conflicts of interest of
8    individuals that were involved in their
9    assessment.
10           I certainly am not giving
11   personal criticism to either of those
12   individuals.
13       Q.   You would agree that the
14   American Academy of Dermatology is a
15   reputable organization?
16       A.   I haven't formed an opinion one
17   way or the other; however, I'm aware of them,
18   and certainly I know individuals that are
19   members of it, yes.
20       Q.   Are those individuals reputable
21   people?
22           MS. PARFITT:  Objection.
23           THE WITNESS:  They are people
24   that practice medicine that certainly
25   I would go see.  I mean, you're asking

89 (Pages 350 to 353)

Confidential - Pursuant to Protective Order

Page 354

1    me if I formed a very specific opinion
2    about them as individuals, and I
3    haven't done that.
4    QUESTIONS BY MR. LOCKE:
5        Q.   Do you have any reason to
6    believe that the American Academy of
7    Dermatology is disreputable?
8        A.   No.  Again, I haven't formed an
9    opinion one way or the other.  I'm aware of
10   the organization, and it certainly is one
11   that is -- has within its members a number of
12   people that I know that practice in
13   dermatology.
14       Q.   Did you know that Dr. Bergfeld
15   was the first woman to be president of the
16   Cleveland Academy of Medicine?
17       A.   To the what?  What was the
18   first word?
19       Q.   Cleveland Academy of Medicine?
20       A.   No.  Again, I'm not aware of
21   her CV specifically, other than what may have
22   been discussed -- it's possible her -- I know
23   her affiliation will be listed in some of the
24   documents as to where she is today, but I do
25   not know her CV and her history.

Page 355

1        Q.   Are you aware that she was the
2    first president -- or she was a president of
3    the American Society of Dermatopathology?
4        A.   No.  Same thing.  If I'm not
5    aware of her CV, I wouldn't know that.
6        Q.   How about that she was the
7    former chair to the FDA's drug -- FDA's
8    Dermatology and Ophthalmology Advisory
9    Committee?
10       A.   Same answer.  I don't know her
11   CV, so I have no knowledge.
12       Q.   Is it your opinion that
13   Dr. Bergfeld was not qualified to chair the
14   CIR panel that considered talc?
15       A.   I don't think I formed that
16   specific opinion.  Instead, what I have --
17   the opinions I formed relate to the overall
18   makeup of the panel that failed to include
19   individuals with expertise that were -- that
20   are really key to assessing the safety of
21   talc.  And that had to do with the issues of,
22   as I discuss it, epidemiology -- oh, I'm
23   sorry, I think I need to put this back --
24   period -- sorry.  In the area of epidemiology
25   is one that I talked about it specifically,

Page 356

1    and also gynecological -- gynecological
2    sciences on the issue of migration.
3        Q.   You're not a epidemiologist,
4    are you?
5        A.   Not by training.  It's a tool I
6    use all the time, but I'm not an
7    epidemiologist by training.
8        Q.   And panel members on the CIR,
9    they might have used the same tool that
10   you're using to form your opinion about talc,
11   correct?
12           MR. MEADOWS:  Objection.
13           THE WITNESS:  Based on what
14       I've reviewed from the minutes and the
15       write-up, I would disagree that that
16       is -- they have done -- they've used
17       the tools in the same way I have.  I
18       disagree with that.
19   QUESTIONS BY MR. LOCKE:
20       Q.   No, but I'm saying their
21   epidemiology could be the same background
22   that you have.  You haven't reviewed who they
23   are, so you really don't really know.
24           MR. MEADOWS:  Objection.
25           THE WITNESS:  Well, I do

Page 357

1        know -- I do know Dr. Klaassen, who I
2        believe was on the panel as a
3        toxicologist.  He is not somebody
4        that -- he is not somebody that I
5        understand does a significant amount
6        of evaluation in risk assessment for
7        epidemiological studies.  He has done
8        some of that, yes, I agree, but it's
9        different training than mine.
10   QUESTIONS BY MR. LOCKE:
11       Q.   You're better qualified than he
12   is?
13       A.   No, that's not what I'm saying.
14   I'm saying it's different background.
15           The question that I heard you
16       ask me, I believe, was directed towards the
17       differences in my background versus somebody
18       else's.
19           And I'm saying that I'm not
20       aware that he has the same background I do,
21       but there is not -- there was not somebody on
22       the panel that had specific expertise and
23       analysis of epidemiological studies as an
24       epidemiologist.  And I think that's important
25       in this case where you're analyzing in a

90 (Pages 354 to 357)

Confidential - Pursuant to Protective Order

Page 358

1  causation analysis a wide variety of studies.
2  So I do think it's important.
3      Q.   You're not a gynecological
4  oncologist, are you?
5      A.   No, I'm not.  But again, that
6  would have been an important expertise to
7  have on the panel when --
8      Q.   And yet you formed your opinion
9  with --
10          MR. MEADOWS:  Hold on.
11          MR. LOCKE:  No.  No.  Go ahead.
12          You can ask follow-up questions
13  if you want.
14          MR. MEADOWS:  You're
15  interrupting her.
16          MR. LOCKE:  Well, I've got a
17  limited amount of time, and I've got
18  to keep moving.
19          MR. MEADOWS:  Well --
20          MR. LOCKE:  They're very long
21  answers to questions that I'm not
22  asking.  So I -- you follow up if you
23  would like with your questions, but I
24  got to keep moving.
25          MR. MEADOWS:  Well, I'm sorry,

Page 359

1  but you're not going to be allowed to
2  interrupt her.
3          MR. LOCKE:  Okay.  Then we'll
4  go longer.  If she's going to answer
5  questions I'm not asking, then I need
6  to go -- I need to be able to go
7  longer.
8          MR. MEADOWS:  You're not going
9  to be allowed to interrupt her.
10         That's just the bottom line.
11  QUESTIONS BY MR. LOCKE:
12     Q.   You're not a gynecological
13  oncologist, right?
14     A.   I'm not trained as a
15  gynecologic oncologist, that is true.
16     Q.   You're not a medical doctor,
17  correct?
18     A.   I am not a physician, that is
19  correct.
20     Q.   Let's talk about the citizens
21  petition.
22          The FDA frequently seeks
23  scientific information from cosmetic
24  manufacturers; is that correct?
25     A.   First part of the question?

Page 360

1  I'm sorry.
2      Q.   The FDA frequently seeks
3  information, scientific information, from
4  cosmetic manufacturers; is that correct?
5      A.   I don't understand what you
6  mean by "frequently seeks."  They rely on
7  cosmetic manufacturers to do their own safety
8  assessments.
9          Is that what you're referring
10 to?
11     Q.   Well, they ask PCPC to comment
12  on scientific issues, correct?
13     A.   Yes, I would agree that that
14  interaction has happened, but that's not
15  where the responsibility lies.  But I agree,
16  they have.
17     Q.   I'm not asking about
18  responsibility.  I'm asking:  Has the FDA
19  asked cosmetic manufacturers for scientific
20  information?
21     A.   Yes, they have in this case.  I
22  discuss some of that, yes.
23     Q.   And they do that frequently,
24  right?  Not just in this case, but generally?
25     A.   I can't answer that for all

Page 361

1  situations.  I have seen it happen before,
2  yes.
3      Q.   The FDA asked, for example, for
4  then CTFA to cosponsor the 1994 workshop on
5  talc, correct?
6      A.   Yes, they did.
7      Q.   The FDA knew that the report
8  prepared by Dr. Huncharek and Dr. Muscat was
9  based on PCPC's retention of those
10 consultants, correct?
11     A.   So what are you -- what time
12  period are you talking about?
13     Q.   Well, now, there was only one
14  time that Drs. Huncharek and Muscat submitted
15  a report to the FDA regarding talc, correct?
16     A.   So I need to look to confirm
17  that.  Which time period are you talking
18  about?
19     Q.   2009.  Citizens petition.
20     A.   Oh, that is true.  In the
21  citizens petition, that is true, yes.  But
22  I -- but...
23     Q.   I mean, it says in the letter,
24  "We're submitting a report written by Drs.
25  Huncharek and Muscat," correct?

91 (Pages 358 to 361)

Confidential - Pursuant to Protective Order

Page 362

1    A.   In the cover letter from the
2  CRE?
3    Q.   From -- not CRE, from PCPC.
4    A.   Okay.  So let -- I need to -- I
5  need to refresh my memory on the way the
6  submissions were made.  I apologize.
7        Do you remember which paragraph
8  that you're referring to?
9    Q.   Well, it's throughout your
10  report you're talking about the citizens
11  petition.
12    A.   So it's my recollection, based
13  upon the documents that I have seen, that it
14  was not a transparent process at all times
15  that Drs. Huncharek and Muscat were being
16  identified as independent consultants and
17  were not ones that were being actually paid
18  by the industry for some of the work that
19  they did.  And I think that's discussed in my
20  report.
21    Q.   Well, let's break that down.
22    A.   If you want me to confirm the
23  issue of the 2009 -- if you will point me to
24  where you say I discuss this, I will confirm
25  that or not.

Page 363

1    Q.   Well, let me break it down.
2        Citizens petition submitted in
3  2008, right?
4    A.   Well, there were two:  one in
5  1994 and another -- I'm sorry, 1992, and
6  another in 2008.
7    Q.   Well, there are actually
8  several more than that, but let's just focus
9  on the 2008.
10        In 2008, a citizens petition
11  was submitted?
12    A.   Yes, that is true.
13    Q.   And PCPC responded to that
14  citizens petition in 2009, correct?
15    A.   They submitted comments.  Is
16  that what you're asking me?  Yes, they did.
17    Q.   Yes.
18        And that was a cover letter,
19  correct?
20    A.   A cover letter -- that's all it
21  was was a cover letter?
22    Q.   Well, attached to the cover
23  letter was a report from Drs. Huncharek and
24  Muscat?
25    A.   Yes, that is true.

Page 364

1    Q.   And you're not aware of any
2  other document indicating that PCPC ever
3  hired Drs. Huncharek or Muscat?
4    A.   So that's where I'll need to go
5  back and look at the documents, because --
6  that I have discussed.  So I need to find
7  that on my paragraph.
8        If you want to go off the
9  record for a minute so I don't waste your
10  time, I will look.
11    Q.   Sure.
12    A.   It's up to you.  Or we can stay
13  on the record.
14        MR. LOCKE:  I'm fine going off.
15        VIDEOGRAPHER:  We are going off
16    the record at 4:23 p.m.
17        (Off the record at 4:23 p.m.)
18        VIDEOGRAPHER:  We are back on
19    the record at 4:25 p.m.
20  QUESTIONS BY MR. LOCKE:
21    Q.   The question I asked:  Are you
22  aware of any other document indicating that
23  PCPC ever hired Dr. Huncharek and Muscat
24  other than for the 2009 response or
25  submission to the citizens petition?

Page 365

1    A.   I would have to pull this
2  document, but in paragraph 90 I make a
3  statement:  A 2005 response written by
4  Dr. Muscat says -- this is not '09, this is
5  2005, and Dr. Huncharek critiqued the work of
6  Dr. Cramer, who also failed to disclose the
7  financial relation -- I'll start over.
8        Okay.  So I'm sorry to repeat
9  myself, but there was a little noise.
10        You asked 2009.  So the other
11  time period I have in my report in
12  paragraph 90 talks about 2005, but I'd have
13  to pull this document.
14        But I am citing to the
15  deposition of Dr. Loretz, who was a PCPC
16  employee, so I think I would need to pull
17  this in order to confirm.
18        But I see depositions of her
19  and Dr. Nicholson as talking about them
20  failing to disclose the financial
21  relationship between their work and industry.
22    Q.   So if Dr. Loretz did not
23  testify that PCPC had retained Drs. Huncharek
24  and Muscat in 2005, you'd have no other
25  evidence?

Confidential - Pursuant to Protective Order

Page 366

1    A.   I can't answer that
2  definitively, but this is what I would point
3  you to.  So I'd have to pull these documents
4  to confirm, but I have -- both paragraphs 89
5  and 90 address these general issues for you,
6  but I think that's the sentence and the
7  documents that I think would be relevant.
8  But I'd have to pull them to fully answer
9  your question.
10    Q.   The reason I ask the question
11  is because you frequently say "the cosmetics
12  industry" without identifying a party or a
13  person.  And -- well, I'll just leave it at
14  that.
15    A.   And I guess the reason I'm
16  saying I need to -- I'm questioning that it
17  doesn't have to do with PCPC is because I am
18  citing to a deposition of their employee.  So
19  I need to -- I would -- to affirm it, though,
20  I'd need to -- I don't want to say that
21  100 percent the answer to your question is
22  this is the evidence, but I believe that I
23  would need to go here to confirm one way or
24  the other.  But certainly I would -- this
25  raises suspicion about that for me.

Page 367

1    Q.   You have no evidence that PCPC
2  ever retained the Center for Regulatory
3  Effectiveness; is that correct?
4    A.   I believe my evidence is hiring
5  through Imerys, but let me look to make sure
6  that is true.
7    Q.   Why don't you look at page --
8  or I'm sorry, paragraph 95, page 63.
9    A.   That's where I am.  That's
10  where I am, so let me read what I have here
11  because it's been a while since I've read
12  this paragraph.
13          So the question is, do I have
14  in evidence this paragraph that PCPC directly
15  hired the CRE?
16          No, that is not provided by
17  this paragraph.
18    Q.   Okay.
19    A.   However, in this paragraph,
20  based on these documents that I'm seeing and
21  I'm -- my memory of what is discussed,
22  certainly I believe PCPC would have been
23  aware of the interaction of CRE at these time
24  points when I'm talking about this event --
25  these events.

Page 368

1    Q.   What evidence do you have of
2  that?
3    A.   Based upon the close
4  interaction between PCPC, Imerys and Johnson
5  & Johnson throughout these time periods when
6  different actions were being taken to comment
7  or to submit information on behalf of
8  industry.
9    Q.   Do you have a single document
10  you can point to or is that an assumption?
11    A.   That is something I seem to
12  remember based on my review of these
13  documents, but if you need a document, I
14  would have to -- have to go and look for it.
15    Q.   Sitting here today, you can't
16  recall?
17    A.   I can't give you a specific
18  document as I sit here today, no.
19          MR. LOCKE:  I have no further
20  questions.
21          MR. MEADOWS:  Yeah, short
22  break.  Maybe we're done, maybe we're
23  not.
24          VIDEOGRAPHER:  We are going off
25  the record at 4:30 p.m.

Page 369

1          (Off the record at 4:30 p.m.)
2          VIDEOGRAPHER:  We are back on
3  the record at 4:45 p.m.
4          CROSS-EXAMINATION
5  QUESTIONS BY MS. PARFITT:
6    Q.   All right.  Dr. Plunkett, good
7  afternoon.  I know it's been a long day.
8          Dr. Plunkett, you were asked
9  throughout the course of the day over
10  different constituents which are part of the
11  talcum powder products.
12          Do you recall those questions?
13    A.   Yes.
14    Q.   All right.  If -- without going
15  through each and every one of different
16  constituents that we've talked about that are
17  contained or could be contained in the talcum
18  powder products, if they are present, do
19  those various constituents present and
20  provide biologically plausible evidence that
21  talcum powder products can increase the risk
22  of ovarian cancer?
23          MS. BOCKUS:  Object to the
24  form.
25          THE WITNESS:  Yes, which is --

93 (Pages 366 to 369)

Confidential - Pursuant to Protective Order

Page 370

```
 1    I think I have a couple of paragraphs
 2  where I talk about that issue.  It has
 3  to do -- there's other information as
 4  well, but that is a key piece of that
 5  information.  And I focused on mode of
 6  action and additivity.  That's on
 7  mechanism, biologic plausibility.
 8       So the fact that you have a
 9  variety of constituents that have a
10  known cancer hazard that share a mode
11  of action, that increases your
12  confidence in the biologic
13  plausibility of that relationship
14  between ovarian cancer and exposure to
15  talc body powders, yes.
16       MS. PARFITT:  Thank you.  I
17  have no further questions.  Thank you
18  very much, Dr. Plunkett.  And a happy
19  holiday to you.
20       THE WITNESS:  Thank you.
21       MS. BRANSCOME:  I have no
22  questions.
23       MS. BOCKUS:  No questions.
24       VIDEOGRAPHER:  The time now is
25  4:47 p.m.  This concludes the
```

Page 371

```
 1    deposition, and we are going off the
 2  record.
 3    (Deposition concluded at 4:47 p.m.)
 4         - - - - - - -
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 372

```
 1           CERTIFICATE
 2
 3       I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Laura Plunkett, Ph.D.,
     DABT was duly sworn by me to testify to the
 6   truth, the whole truth and nothing but the
     truth.
 7
         I DO FURTHER CERTIFY that the
 8   foregoing is a verbatim transcript of the
     testimony as taken stenographically by and
 9   before me at the time, place and on the date
     hereinbefore set forth, to the best of my
10   ability.
11       I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
12   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
13   employee of such attorney or counsel, and
     that I am not financially interested in the
14   action.
15
16
17   _____
     CARRIE A. CAMPBELL,
18   NCRA Registered Diplomate Reporter
     Certified Realtime Reporter
19   California Certified Shorthand
     Reporter #13921
20   Missouri Certified Court Reporter #859
     Illinois Certified Shorthand Reporter
21   #084-004229
     Texas Certified Shorthand Reporter #9328
22   Kansas Certified Court Reporter #1715
     Notary Public
23
     Dated:  12/20/18
24
25
```

Page 373

```
 1      INSTRUCTIONS TO WITNESS
 2
 3       Please read your deposition over
 4   carefully and make any necessary corrections.
 5   You should state the reason in the
 6   appropriate space on the errata sheet for any
 7   corrections that are made.
 8       After doing so, please sign the
 9   errata sheet and date it.  You are signing
10   same subject to the changes you have noted on
11   the errata sheet, which will be attached to
12   your deposition.
13       It is imperative that you return
14   the original errata sheet to the deposing
15   attorney within thirty (30) days of receipt
16   of the deposition transcript by you.  If you
17   fail to do so, the deposition transcript may
18   be deemed to be accurate and may be used in
19   court.
20
21
22
23
24
25
```

Confidential - Pursuant to Protective Order

Page 374

```
1      ACKNOWLEDGMENT OF DEPONENT
2
3
4          I,_____, do
       hereby certify that I have read the foregoing
5      pages and that the same is a correct
       transcription of the answers given by me to
6      the questions therein propounded, except for
       the corrections or changes in form or
7      substance, if any, noted in the attached
       Errata Sheet.
8
9
10
11
12
       _____
       Laura Plunkett, Ph.D., DABT      DATE
13
14
15     Subscribed and sworn to before me this
16     _____ day of _____, 20 _____.
17     My commission expires: _____
18
19     Notary Public
20
21
22
23
24
25
```

Page 376

```
1           - - - - - - -
            LAWYER'S NOTES
2           - - - - - - -
3      PAGE  LINE
4      ____  ____  _____
5      ____  ____  _____
6      ____  ____  _____
7      ____  ____  _____
8      ____  ____  _____
9      ____  ____  _____
10     ____  ____  _____
11     ____  ____  _____
12     ____  ____  _____
13     ____  ____  _____
14     ____  ____  _____
15     ____  ____  _____
16     ____  ____  _____
17     ____  ____  _____
18     ____  ____  _____
19     ____  ____  _____
20     ____  ____  _____
21     ____  ____  _____
22     ____  ____  _____
23     ____  ____  _____
24     ____  ____  _____
25
```

Page 375

```
1           - - - - - - -
            ERRATA
2           - - - - - - -
3      PAGE  LINE  CHANGE/REASON
4      ____  ____  _____
5      ____  ____  _____
6      ____  ____  _____
7      ____  ____  _____
8      ____  ____  _____
9      ____  ____  _____
10     ____  ____  _____
11     ____  ____  _____
12     ____  ____  _____
13     ____  ____  _____
14     ____  ____  _____
15     ____  ____  _____
16     ____  ____  _____
17     ____  ____  _____
18     ____  ____  _____
19     ____  ____  _____
20     ____  ____  _____
21     ____  ____  _____
22     ____  ____  _____
23     ____  ____  _____
24     ____  ____  _____
25
```

95 (Pages 374 to 376)

Confidential - Pursuant to Protective Order

**A**

**a.m** 1:15 6:7
25:10,11,13
94:23,24 95:1
99:22,23,25
**abbreviation**
108:4
**ability** 46:12
64:23 70:5,10
72:10 185:5
210:13 213:20
223:7,10
254:11 273:23
277:7 278:22
372:10
**able** 39:8 42:15
51:17 61:3
70:22 92:23
123:19 125:6
158:23 172:18
172:22 196:1
225:1,10 226:5
231:13 235:23
239:5 265:23
282:15 291:25
292:3 301:16
305:24 359:6
**absence** 261:9
**absolutely** 60:18
72:6,24 171:9
204:23 213:10
223:12 232:4
247:6,21 293:7
294:14 299:15
304:22 305:3
314:2 320:3
325:23 333:17
334:22 348:23
351:13 352:4
**abstract** 314:2
**abstracts** 313:18
313:22 315:1
**Academy**
352:24 353:14
354:6,16,19
**acceptability**

311:10
**acceptable**
119:25 311:22
**accepted** 78:15
98:13 297:8
**accepting**
351:25
**access** 57:13
121:17 123:18
144:11 163:12
164:13 246:7
246:12
**accessibility**
264:24
**account** 95:17
100:5 131:12
131:19,22
228:14 243:24
246:18
**accumulated**
30:8
**accurate** 66:13
66:15 315:25
316:6 322:22
373:18
**acknowledge**
105:18
**ACKNOWLE...**
374:1
**ACOG** 192:3
**act** 265:24
**action** 268:10
275:23 278:6,6
289:8 292:25
295:5 370:6,11
372:12,14
**actions** 368:6
**active** 27:12
246:22
**activities** 31:6
**activity** 317:23
**actual** 26:1 66:2
103:13 108:23
121:18 166:22
170:15 277:21
288:15,16
**acute** 126:5

128:12,13,16
178:9 179:14
179:21 242:19
**add** 21:2 53:19
228:21
**added** 47:10
54:14 68:1
122:6 146:13
211:25 228:19
308:23
**addition** 53:15
123:14 215:1
270:3
**additional** 10:3
10:7 17:20
20:22 21:2,6
21:10,12,14,18
21:20 27:5
32:12 33:14
55:14 68:15,16
81:12 82:15
94:7 97:14
146:17 301:20
331:8
**additionally**
338:23
**additive** 275:25
278:3 289:10
289:18 291:6
292:14
**additivity**
146:14 167:3
225:6 278:7
289:5 293:2
370:6
**address** 29:5
30:20 73:23
78:5 134:17
179:2 182:24
217:10 220:11
244:12 329:22
366:5
**addressed** 97:10
275:2 287:24
350:25
**addresses**
103:17 105:4

108:7 292:23
296:2
**addressing**
130:25 193:14
351:23
**adds** 168:19
**adequate** 112:14
112:18
**administered**
340:3
**administration**
242:14
**admit** 134:24
**admitting**
134:24
**adopted** 213:12
**advance** 122:5
343:11
**adverse** 128:2
139:4 140:16
140:20 236:12
242:15,22
294:10
**advertising** 44:8
**advice** 44:13
45:10,12,25
46:2,5,8,13
202:20 334:9
**advise** 45:17
297:15
**advising** 45:13
**Advisory** 355:8
**affect** 72:10 99:3
125:25 128:1
150:7 168:18
**affiliated** 26:9
**affiliation** 245:7
354:23
**affiliations**
245:2
**affirm** 366:19
**afternoon** 19:5
201:2,4 287:16
369:7
**age** 7:21
**agencies** 244:4
269:6 290:13

**agency** 43:18,22
284:3
**agent** 38:15,17
39:20 220:25
221:3 234:22
264:6
**ago** 28:25 288:9
**agree** 45:21 59:5
73:13 78:9
81:25 91:20
106:20 135:24
142:24 152:2
154:13 157:2
159:2,8 173:15
175:2,8 179:7
179:13,15
180:2,4 181:3
195:1,8 198:6
203:5 207:16
210:5 213:4,11
214:12 227:3
228:13,24
232:18 233:23
234:20 238:8
241:11,24
254:17 264:4
264:13,15
270:16 279:9
287:25 293:25
294:7,14,23
295:1,9,20
307:20 308:3
309:9 311:1,6
318:5 319:16
319:21 320:2,6
324:15 332:21
333:12 336:8
339:11 341:4
342:9 343:20
348:21 353:13
357:8 360:13
360:15
**ahead** 13:5,13
13:15 358:11
**air** 177:14,16
**al** 4:20
**Alabama** 2:6

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 98 of 285 PageID: 42313
Confidential - Pursuant to Protective Order

Page 378

Alexandria 2:10
align 194:24
  195:24
allege 275:11
alleged 126:21
Allen 2:2 3:18
allow 82:18
  144:3 158:9
  172:6 182:13
  185:23 229:17
  230:3 232:8
  237:12 240:9
  240:13 300:18
allowable
  311:14
allowed 328:19
  359:1,9
allows 36:6 41:6
  176:17
alternative
  202:25
America 3:5
American 247:9
  351:12 352:24
  353:14 354:6
  355:3
amount 298:11
  299:2 300:14
  306:5 310:19
  357:5 358:17
amounts 129:11
  178:5,7,21
  227:2 311:4
amphibole
  255:4
analyses 257:20
  311:20
analysis 8:10
  31:24 34:7
  35:4,6,15,16
  36:22 38:4,12
  41:18 70:25
  71:9,14,21
  72:4 74:15,17
  74:19 75:2,10
  90:10 91:21
  93:14 95:5

96:4 113:17
114:12 116:25
117:25 119:15
124:5 131:12
131:16 137:4,7
139:12 143:1,4
143:9,10 144:3
144:8,14 161:5
161:24 162:4
162:22,23
163:8 164:16
165:20 176:9
176:10,20
177:1,1 185:16
201:17 203:12
203:17 205:2
207:4 209:14
210:2,10,25
215:8,18,22
217:24 218:2,5
218:18,25
219:13 234:22
235:4,5,7
244:24 246:8
247:21 248:16
248:23 255:22
259:4 263:17
265:18 266:7
271:25 275:13
275:19 277:13
310:16 311:23
313:12 325:16
325:18 326:19
329:22 331:4
331:20,22
332:2 333:5,6
333:7,10,13,14
348:13,24
357:23 358:1
analyze 36:23
analyzed 138:2
250:24 251:5
266:11 348:17
analyzing
141:14 154:16
217:21 261:7
357:25

anatomy 216:13
  302:14
and/or 128:2
  277:9
Andersen 349:9
Anderson 250:3
Angeles 2:23
animal 36:14
  37:15 68:5
  69:13 71:25
  88:4,14 101:10
  101:16,25
  104:5 115:4
  117:9 118:6,9
  142:6 156:16
  172:18 182:11
  205:24 207:5
  207:19 208:5
  208:16 217:1,6
  218:3,11,11
  219:7 224:1,2
  229:2 230:17
  230:22 231:17
  231:20,23
  232:5,12
  237:20 238:22
  238:22,23
  240:7,9,12
  241:13 280:5
  291:17
animals 101:12
  101:18 220:11
  220:12 231:9
  232:16 242:15
  270:6,20 271:1
  271:8,10
  279:24 291:21
answer 24:16,18
  24:22 25:1
  37:6 40:20
  42:16 50:21
  51:9 56:3 60:4
  68:13 78:6
  83:8 88:25
  92:23 93:20,23
  94:15,17 96:25
  112:3 136:5

139:19 140:5
141:4 146:23
159:22 192:10
193:24 210:14
217:16 218:16
222:12 226:1
229:17 232:7
250:16 263:17
273:16,20
288:4,8 300:22
308:18 309:6
318:19 343:2
355:10 359:4
360:25 366:1,8
366:21
answered 45:2
90:14 93:19
139:9 141:8
237:7 261:2
answering
134:18
answers 88:22
232:6 358:21
374:5
anthophyllite
254:1
anticipate
176:23
Antonio 3:4
anybody 45:15
84:12 160:25
242:2 302:12
302:12
apart 76:14
apologize 11:15
64:8 105:10
201:13 251:12
298:14 313:15
319:8,10 323:6
327:24 330:6
362:6
app 185:18
apparent 223:6
appear 28:5
68:3 303:1
315:7
APPEARAN...

4:3
appears 65:19
  172:10
appendix 63:22
  63:22 337:12
apples 120:8
applicable
  212:21
application
  36:17 37:3
  64:24 67:10,16
  175:13 177:17
  181:20 184:12
  184:20 185:19
  186:8 203:22
  212:22 214:15
  264:1 296:21
  296:22 297:11
  299:1,9 300:11
  300:16
applications 5:1
  200:10 211:12
  295:24 300:12
applied 92:21
  99:8 149:12
  173:16 183:3
  186:7 258:24
  299:5 302:15
applies 41:17
  91:10,13
  298:18
apply 38:25 40:1
  90:10 160:21
  207:18 214:3
  278:7
applying 259:1
  301:2,9
approach 79:11
  205:21 212:23
  214:16 218:18
appropriate
  30:11 45:18
  47:5,16,25
  48:20 49:9
  50:2,19 51:20
  52:19 373:6
appropriately

239:15
approval 186:4
298:1
approximately
347:11
approximation
69:4
area 30:14 35:12
54:24 59:21
61:16,16 62:4
131:1 262:14
281:5 298:19
334:7 337:21
345:2 355:24
areas 54:15
56:22,22 58:13
58:14,15 61:21
61:24 81:17
94:7 336:1
argue 182:5
224:12 225:25
327:10
argument
188:19
arising 181:1
Arlon 250:4
Arndt 3:20 6:3
arrived 12:10
arsenic 267:1
268:23
article 26:7
27:10 60:10
63:4 68:19
69:4,12 99:4
135:21 251:17
313:25 350:11
350:24 351:4
articles 25:23
26:1,4 27:6,22
59:12,15,24
60:20 61:6,18
62:16 63:11,18
64:2 68:15,16
71:23 83:9
87:13 98:11,11
100:14 103:21
121:20 122:19

122:21 124:4
133:9 137:4
184:2 249:25
250:12,24
286:18 350:18
articulated
202:8
asbestiform
147:1,2,15
148:24 149:17
151:6 161:12
161:22 162:13
asbestos 57:21
146:13 148:3,3
148:5,11,11
162:14 163:17
197:3 221:14
224:16,17,22
226:15,18
248:10 249:16
249:21 250:9
251:9,10
252:14 253:17
253:18,23
254:3,9,20
255:3,5,8,12
255:15,17,23
256:4,12,21
257:6,16 258:6
258:10,18,19
259:4 260:1,11
260:12,20,23
261:9 262:7,10
262:11,23
285:4,5,8,16
286:3,9
asbestos-free
223:20 257:22
258:22 260:16
261:4
asbestos-like
250:10
asbestos-only
226:11 285:10
ASHCRAFT
2:8
aside 11:20

23:24 161:13
180:3 218:25
asked 18:6 29:5
29:19 30:3,6
30:19 31:20
44:7 45:1
50:17 53:17
54:19 55:1,6
62:15,19 82:7
89:1,2 92:9,24
93:4,12 94:6
96:15 154:23
174:6 182:1
201:21,25
237:8 239:6
241:4 273:19
286:14 298:10
322:13 323:4
323:14,17,17
327:9 334:1,6
334:10 340:16
360:19 361:3
364:21 365:10
369:8
asking 23:16
25:17 28:8,11
28:15 39:25
40:2 41:16
48:25 49:3
50:6,7,15,24
71:6,8,11,12
102:9 110:1,3
113:23 134:5
144:2 145:4,5
168:2 176:15
203:14 206:12
210:14 211:1,5
219:5 225:18
229:12 233:8
233:10,11
234:18 235:1
236:25 260:18
271:1 274:20
277:18 284:22
298:16 312:12
315:12 321:11
321:13,15

325:7 326:25
332:11 341:24
346:20 350:6
353:25 358:22
359:5 360:17
360:18 363:16
aspect 256:5
346:18
aspects 34:2
216:19
asphyxiate
178:24
asphyxiation
178:18,20
assays 257:19
assess 52:25
140:2 185:23
235:22 282:6
assessed 256:6
319:24
assessing 35:21
115:4 153:16
209:19 235:25
355:20
assessment 4:22
16:12 17:8
31:5 34:20
35:11,13,24
36:12,14,18,20
36:21 38:3,11
39:3 40:24
49:21 74:11
75:21,22 76:1
76:25 77:1
78:11 79:3,5,6
81:5 82:9
85:22 87:6,22
89:6 99:13
107:3 114:20
115:8,13,17,24
117:19 120:10
120:11 122:1
122:23,25
123:2,5 126:12
127:4,12
135:16 136:6
138:7,19 141:6

141:22 149:10
150:7,22 153:9
153:12 154:24
154:24 155:2
157:16 159:23
165:21 169:23
170:21 171:8,9
171:10 173:7
191:25 193:2
196:24 197:12
197:13,21
198:16,16
199:5,10,25
201:6,14 202:3
203:13 204:5,8
204:11 205:8
205:10,11,13
205:15,23
206:20 210:12
212:20 213:9
214:1,4 216:3
221:16 230:6
234:17 236:2
238:5 244:20
246:17 255:25
268:20 271:12
272:22 275:6
275:20,24
278:8,20 283:3
285:8,22
289:11,14
291:3,4 294:21
294:24 314:12
314:23 320:1
321:24 323:19
324:11,11,16
324:17,20
325:25 326:15
327:20 328:1,6
328:9,22
329:18 330:9
330:19 331:3
331:25 332:14
333:14 334:16
346:5 353:9
357:6
assessment's

Confidential - Pursuant to Protective Order

Page 380

**assessments**
85:9 99:9
115:21 117:5
149:19 209:7
230:20 273:17
277:4,5 329:10
336:18 346:12
351:7 360:8
**assessor** 143:16
167:6 334:3
**assign** 78:12
82:21 95:24
97:3,6 105:19
106:10,17
210:20,22
**assigned** 79:7
89:3 96:5
134:12 227:8
**assisted** 25:18
25:21
**associated** 47:6
80:3 154:17
157:3 178:15
235:8
**association** 4:19
38:23 112:15
112:17,18,22
119:5 204:1,3
204:17 322:4
326:17
**assume** 89:9
148:10 261:18
275:23 282:9
294:21
**assumed** 285:9
317:4
**assumption**
282:8 368:10
**assurance**
222:14
**assure** 223:10
**attach** 180:14
**attached** 5:3
363:22 373:11
374:7
**attaching**
180:19

**attack** 180:21
**attempt** 88:25
132:9 160:6
161:10,19
171:1 172:12
182:2 187:13
208:20,24
214:20 224:24
250:22
**attempted**
165:13 215:2
219:5 237:18
240:23 243:9
272:5,6 281:7
295:16 316:1
**attempts** 130:15
**attend** 344:20
**attended** 344:6
344:8,16 345:3
**attending** 11:13
**attention** 84:17
212:4 253:6
**attorney** 24:8,14
54:5 372:11,13
373:15
**attorney's** 25:4
53:17
**attorney-client**
23:23
**attorney/client**
54:4
**attorneys** 12:8
12:10 18:13
22:14 23:17
25:16,16 53:24
54:19 116:8
334:24
**attribute** 315:1
**August** 4:15
14:16 20:3,9
267:3
**author** 27:5
105:7 240:2
**author's** 16:14
241:11
**authoritative**
336:12 339:17

**authorities**
66:19 81:22
**authority** 45:9
82:8
**authors** 105:21
105:21 117:19
135:1 207:4
209:1 239:19
240:19,24
245:3
**authorship**
245:15
**automatically**
247:14
**availability**
283:13
**available** 21:11
21:13,15 53:23
54:16 62:2
67:3 73:23
86:17 90:25
115:20 118:2
121:22 138:4
139:1 140:2
141:12 156:23
165:23 170:5
172:6,14
187:24 194:10
194:11 197:15
224:13 235:19
237:11 248:20
251:4 253:11
253:13 260:17
276:16 293:24
316:14 328:10
331:1 337:4,6
340:1 345:8
**average** 302:8
**avoid** 129:10
**avoiding** 202:25
**aware** 68:10
108:1,5,10,11
109:8 120:24
122:10 131:20
136:9 142:14
154:8 177:17
177:19 178:17

187:25 248:14
251:15 261:11
308:9 320:23
320:24 321:3
321:21,25
322:6 343:1,4
343:5 345:21
346:14,15
349:11 353:17
354:9,20 355:1
355:5 357:20
364:1,22
367:23

———————
**B**
———————
**baby** 8:11 10:25
19:9 34:12,18
37:2,2 40:12
41:3 80:4
117:2,24 124:7
126:14 133:21
141:1 143:3
144:7,19
150:25 151:4
153:23 155:17
157:4 160:23
161:13 167:19
169:10 170:8
173:20 176:4
176:23 180:5
188:11 198:2
248:1,5 249:11
249:14,22
250:14 251:16
252:12,15
308:19
**back** 15:2,16
17:14 25:12
29:23 32:7
51:11,25 52:3
61:8 63:18
68:20 69:6
74:11 94:25
99:24 118:12
136:14 137:15
137:17,20
146:7 188:6,23

200:24 215:15
246:15 273:16
276:16 280:4
287:6,22 321:6
321:7 346:22
355:23 364:5
364:18 369:2
**background**
157:13 160:4
171:21 172:11
199:13 260:1
286:9 306:25
336:15 356:21
357:14,17,20
**badly** 232:2
**bar** 352:15
**barriers** 232:23
**based** 18:3
20:24 22:10
28:23 29:11
30:22 32:19
36:8,14 39:5
39:11 40:21
41:23 44:18
48:6,11 49:14
50:22 71:15
82:15 83:21
85:8 86:6,19
87:14 92:10
94:18 98:24
105:15 116:5
117:13 118:3,6
121:5 125:6
126:12 140:1
144:7 146:23
150:14 154:1
156:24 169:23
172:16,22
173:16 174:2
182:7,19 185:6
187:22 191:10
194:19 197:22
205:2,24
207:25 208:4
210:12 215:25
217:15,18,25
223:5 225:9

Confidential - Pursuant to Protective Order

Page 381

226:21 233:1
245:2,22 247:3
247:17 250:20
257:17 258:7
264:4 269:16
270:25 274:15
293:16 297:8
299:12,17
301:11 302:14
304:25 307:1
309:1 310:15
311:22 315:7
316:13 319:25
320:7,8 324:8
327:10 328:10
330:19,25
334:6,7 342:14
347:18 348:16
356:13 361:9
362:12 367:20
368:3,12
**basic** 35:25
36:18 38:7
79:21 274:6
323:17,18,23
**basing** 49:25
284:15
**basis** 50:18,25
61:11 98:16
150:12 155:5
200:15,15
232:12 258:13
271:16 272:1
280:8 302:3,21
346:3
**Bates** 22:6 58:25
**bathroom** 299:7
**Baylen** 2:14
**bear** 47:4
**Beasley** 2:2 3:18
**Beattie** 2:4 6:22
6:22 18:17
**beauty** 145:7
**becoming**
220:19 223:6
**began** 23:7
31:24 317:8

**beginning**
206:22
**begins** 64:2
267:13
**behalf** 7:24 8:6
53:11 246:21
248:4 287:10
322:11 351:11
368:7
**belief** 31:25
71:22
**believe** 10:1
15:25 17:25
18:1 19:15,24
20:12 29:11
31:12 32:8
33:16 39:9
41:1 48:3 62:1
66:14,19 71:16
81:4,16 82:3
83:9 89:23
93:19 95:11
96:19 98:9,17
100:8 105:24
106:1,3 108:21
109:3,12,13
110:15 111:1
119:8 120:8,14
134:17 139:9
141:23 143:15
143:24 157:12
157:23 158:13
158:23 160:18
162:6,9 163:18
163:20 173:6
175:12 181:15
182:1,9,16,25
183:4 185:4
187:21 188:20
189:5,6,14
190:19 191:3
191:10,14,16
192:6,7,23
196:12 197:18
198:19 199:9
200:12 201:22
203:24,25

204:17 206:16
207:24 209:8
212:2 213:7
219:8 222:14
223:3 243:21
244:2 245:21
247:18 248:16
251:18,19
254:23 257:7
257:15 258:7
269:25 271:20
276:15,17,22
278:10 279:3
280:14 281:19
283:7 286:13
288:8 299:11
299:17 300:6,9
300:13 306:20
308:24 314:6
318:23 332:19
335:16 336:24
337:13,19
339:12 340:15
340:15,18
342:6 344:18
344:20 345:2
349:8 354:6
357:2,16
366:22 367:4
367:22
**believed** 122:14
273:13
**bell** 206:5
**beneficiation**
131:13 132:1
**Bergfeld** 352:21
354:14 355:13
**best** 110:20
159:21 372:9
**better** 110:18
228:10,11,12
230:21 357:11
**beyond** 220:14
220:15,22
235:14 327:19
**bias** 245:22
**big** 263:13

**biggest** 182:22
**bill** 10:20 11:24
12:1
**billed** 11:24
**billing** 10:3,7,15
17:18 19:23
20:14,15,17
62:22
**bin** 118:8,9,10
217:9,23
252:24,25,25
254:5,6
**binning** 216:12
216:20,25
217:14
**bins** 118:8 217:2
217:18 281:7
**bioaccessibility**
265:2
**bioaccessible**
264:8,10,13,18
264:21
**bioassay** 232:4
**biocompatibil...**
266:18
**biologic** 34:4
37:13 77:9
88:9 179:8
193:1 194:2,7
194:18 195:9
195:14,16
268:11,11
289:3 314:20
370:7,12
**biological** 106:2
124:14 179:9
188:10,25
189:16 192:14
194:14 195:2
195:12 196:6
219:23 278:12
**biologically**
42:10,11 189:8
191:22 194:2,6
194:24 196:12
221:19 227:18
229:14 277:6

369:20
**biology** 294:17
**biopsies** 186:2
**bit** 31:11 35:21
37:8 38:10
39:16 42:18
53:5 81:18
95:4 165:5
201:5 339:7
**Blejer** 250:4
**blood** 264:12
312:3,21,23
313:3,10
**Blount** 163:4,15
250:2 252:5,11
**Blount's** 162:9
249:6 251:15
252:2
**board** 105:14
**Bockus** 3:1 4:6
7:10,10 94:12
287:15,18
292:10 293:10
296:13 297:12
298:15 299:23
300:19 303:11
303:17 304:17
306:14 307:18
308:1,10 309:7
310:1 312:1,6
312:13 315:20
317:1 318:24
369:23 370:23
**bodies** 31:16
65:5 67:11
161:1 173:11
256:6,19
332:23
**body** 21:23,24
22:4 36:5
41:17,18,19
63:20 67:15
78:22 118:21
121:14 125:18
128:18,19
129:15 130:14
146:20 150:10

Confidential - Pursuant to Protective Order

154:11 161:20
162:25 164:8
170:3 173:9
175:21 192:21
198:21 219:18
228:4 232:20
233:17 253:4
256:15 265:16
283:1,9 293:18
295:14 301:15
301:16 306:23
313:2,9 316:14
318:3 320:7,9
325:24 329:3,4
370:15
**body's** 228:14
**bottle** 145:3
**bottom** 267:13
318:15 359:10
**Bouquet** 142:22
143:2,14 144:5
144:8,13
145:13 163:21
164:2,10
**Bradford** 74:14
74:17,18,21
75:2,9 114:20
159:14 194:8
195:9 196:17
**brand** 164:8
**brands** 162:24
**Branscome** 2:21
4:5 7:14,15 8:2
8:6,15 13:14
13:19 16:18
17:11 23:19
24:10,21 25:2
25:6,14 28:16
29:15 32:14
33:11 39:14
40:3 43:1 45:7
49:4,24 50:16
51:15 53:3
56:14 59:4
73:12 74:9
75:6 87:1
88:19 90:2

91:6 93:10,24
94:20 95:2
96:17 99:19
100:1 106:8
107:7,21 111:6
111:16,24
113:24 118:23
121:19 127:13
130:8 131:24
133:3 134:8
135:19 137:2
137:14 139:7
140:3 142:11
144:1,20
145:15 146:1
155:11 156:20
158:11 160:1
161:3 162:20
164:6,15 166:1
167:15 171:16
174:4,13 176:8
180:1 181:9
183:11 185:15
187:11 188:1,8
190:22 193:21
196:3,18
199:15 200:19
201:1 211:16
215:14 221:23
223:23 234:5
234:19 238:19
241:9 242:6
253:15 255:21
259:11,20
260:24 261:14
262:1 263:4
270:23 279:8
280:7 282:14
284:5,24 287:1
287:8 370:21
**break** 76:14
94:12,19
100:12,20
169:17 287:2
362:21 363:1
368:22
**breaking** 137:24

**brief** 286:16
**briefly** 17:16
287:23
**bring** 9:23 10:2
16:11 157:15
201:12 251:13
**bringing** 105:12
**brings** 77:22
155:1
**broad** 227:5
**broader** 29:14
134:6 326:5
**broke** 140:7
**broken** 100:18
**brought** 16:20
169:19 349:10
**bucket** 324:3
**buckets** 323:23
329:9
**bullet** 15:19,21
**bullets** 135:9
**burden** 313:2,9
**bursal** 101:19

## C

**C** 2:1
**cadmium** 267:2
268:24,25
**calculate** 36:15
**calculating**
88:14
**calculation**
259:7,9 263:25
264:3
**California** 1:18
2:23 349:13
372:19
**call** 30:14 35:14
54:3 64:6,7
77:1 92:6
118:7 124:16
252:25 307:24
309:3,4 310:21
311:13 336:8
**called** 20:16
26:9 35:11
53:17 63:18

107:23 108:2
151:2 202:2
206:1
**calling** 112:16
**calls** 24:16
**Campbell** 1:16
7:18 372:3,17
**Canada** 5:2
16:13 17:5
117:20 201:6
201:14,17,25
202:10 204:13
204:25 205:6
205:10 206:20
211:8,12 212:8
282:23 283:21
284:13
**Canada's** 4:21
284:7
**Canadian** 78:25
79:4 87:12
89:11 90:21
91:19,20 93:14
191:25
**canal** 180:9
**cancer** 4:20,23
4:25 34:13,19
34:19 36:13,15
37:4 40:14
41:4 57:1,1,2
57:21 61:17,18
61:20,20 62:9
80:5 86:22
88:15 107:9,12
107:17 108:6,8
109:18 110:5,7
110:13,24,25
111:2 112:6,8
112:24 113:10
119:6 124:6
125:10,12
127:21,23
149:19 151:21
156:11,15,18
157:6,9 158:3
160:4 165:10
169:4 171:23

173:21 176:3
179:10,23
180:25 181:12
188:13 189:1
189:18 190:2
190:12 191:1
191:12,23
192:5,17 193:4
193:5,18
194:15,23
196:2,7,22
198:3,23 200:5
202:12,19
203:7 204:16
207:22 208:23
220:1 221:3,10
223:1 227:14
227:21 228:9
229:20,21
232:3 236:20
237:4,15
238:10,13
239:19 240:15
241:23 254:12
254:23 256:8,8
256:23 258:1,4
260:21 264:8
269:1,18,19,23
270:12 271:15
271:16 272:2,3
272:13,18,19
272:25 273:6
273:10,12,13
273:15,21
274:1,13,14,25
275:7,17,20
276:6,14 278:7
279:20,23
281:14,22
282:19 285:4
285:17 286:5
286:11,19,23
288:20,24
289:7,14
291:11,12,13
291:18 294:17
294:20 306:19

Golkow Litigation Services - 877.370.DEPS

306:24 312:8
319:19 321:2
322:5 324:7,12
324:12,22
325:2,17 326:1
326:5,24 327:6
330:1 331:5
332:7,15
335:17 369:22
370:10,14
**cancers** 270:8
271:20,21
**capability**
140:19 279:22
**capable** 181:25
266:1 275:16
**capacity** 312:24
**carcinogen**
197:6 271:18
280:25 281:21
281:24
**carcinogenesis**
227:25 272:12
274:6 277:6
**carcinogenic**
88:10 148:7
197:3,10 198:7
220:20 256:3
256:10 257:11
268:18 278:2
279:17,18
282:1,19 288:3
288:13
**carcinogenicity**
151:9
**carcinogens**
254:16 256:13
256:17 269:7
275:12,22
276:11 280:20
282:9
**Care** 3:10 7:4
31:1 319:6
**careful** 225:12
315:23
**carefully** 373:4
**Caroline** 3:12

7:5
**caroline.tinsle...**
3:13
**Carrie** 1:16 7:17
372:3,17
**carried** 264:12
**carry** 170:23
313:1
**carrying** 245:13
**Casarett** 289:20
290:4,5,15,16
290:18
**case** 10:10,24
19:16,18 32:17
40:12,14 60:13
85:13 91:14
96:12,14 97:11
97:18 116:8
122:8 126:24
173:17 226:11
226:12 230:19
231:11 232:8
236:17 237:13
239:3 255:17
268:16 287:19
311:7 318:8
329:2 335:6
342:12 357:25
360:21,24
**case-by-case**
98:16 155:5
**case-control**
79:16 113:3
**case-specific**
304:3 305:7,22
305:25 306:2
**cases** 1:7 11:2,5
11:9,19 19:19
29:14 33:21,23
78:18,19 82:6
82:10 85:16
92:15 116:19
134:25 135:5
178:16 179:17
227:25 231:23
245:25 248:10
262:3,5,8,12

262:17 334:24
346:22
**Cashmere**
142:22 143:2
143:14 144:5,7
144:12 145:13
163:21 164:2
164:10
**categories** 31:20
56:19,21 138:8
208:17,25
210:7,17
215:17,20,25
**categorization**
209:24
**categorize**
141:13 210:11
326:3
**category** 151:6
197:8 210:23
**causation** 34:1,7
35:1,6,15,15
36:21 37:21
38:4,11 39:2
41:18 79:11
119:14 192:16
203:12,17
285:18 326:19
331:20,22
332:2 358:1
**cause** 34:3 37:3
75:14 110:15
110:16,22
128:9 189:1,18
190:11,25
196:6 220:1
221:3 254:12
264:22 269:17
269:18 270:1
270:12 272:2
273:10,13
276:6 286:4
314:17 324:6
325:1,17
326:24 327:5
332:7
**caused** 181:12

195:5
**causes** 34:13
38:15 110:25
220:25 286:18
**causing** 157:6
196:21 208:23
260:20 266:2
270:13 275:16
**caveat** 198:24
**cell** 220:3,7,8
221:25 222:4,4
222:9 228:24
233:1,4,14,16
233:24,25,25
234:8,10,14,16
237:21 279:19
279:20,20
281:16
**cells** 224:2
228:10,21,22
233:10,16,20
233:20,21
281:18
**cellular** 220:6
228:16 314:9
**Center** 367:2
**certain** 12:15
15:11 34:2
38:2 44:15
53:18 77:17
78:14,17,18
84:19 99:1
114:15 125:2
131:7 140:15
140:16 150:1
151:4 152:17
153:3,5 159:17
175:10 190:1
216:4 219:9
225:3 226:16
228:23 231:8
232:22 237:24
253:4 271:10
294:19,20
311:23 320:22
**certainly** 25:24
32:20 38:1,7

40:23 42:5,23
51:25 59:22
70:18 71:13
73:4,24 74:20
76:24 79:13,20
81:25 83:17,19
85:7 86:5
87:12 89:22,22
91:25 98:17
99:11 101:3
116:20 119:17
123:20 128:23
129:25 130:12
135:12 136:9
137:23 138:1
138:16 143:12
143:13 144:13
149:9 150:3,6
150:21 153:10
153:13 155:22
158:21,24
160:20 162:2,3
167:5,9 168:5
169:13 172:23
173:8 175:18
177:19,24
178:1 179:21
184:7 185:22
187:23 191:9
200:12 209:4
216:18 219:3
223:15 227:17
227:24 229:21
230:5 234:13
235:21 245:4
245:17,20
246:24 248:19
249:15 252:23
253:5 254:15
257:18 260:8
263:5 270:17
273:3 277:19
294:23 298:25
305:10,17
312:22 314:11
315:9,17 317:5
317:19,21

318:5,8 319:25
323:15 326:9
332:16 336:16
337:19 339:2
339:21 340:17
343:5,7 346:12
351:2 353:10
353:18,24
354:10 366:24
367:22
**certainty** 37:21
41:3 157:24
173:6,18 185:8
186:16 222:13
259:23,24
**CERTIFICA...**
372:1
**Certified** 1:17
1:19,20 372:3
372:4,18,19,20
372:20,21,22
**certify** 372:4,7
372:11 374:4
**cervical** 180:9
**cetera** 170:7
**CFR** 46:21 47:2
47:25
**chair** 355:7,13
**chance** 226:15
327:13
**change** 36:8
81:11,14,25
82:14 168:16
220:2 221:24
222:8 225:24
256:22 279:19
293:8 316:11
317:14,17
**CHANGE/RE...**
375:3
**changed** 109:21
110:10 164:18
164:21 165:9
**changes** 45:19
81:15 88:9
165:2 220:6
276:12 279:12

301:19 373:10
374:6
**changing** 53:5
55:12 222:3
**chapter** 76:9
290:3,19 291:2
**characteristic**
148:12
**characteristics**
70:4 71:25
92:11 131:7
132:10 134:20
147:25 148:1
148:19 149:6
209:7 224:20
233:18
**characterizati...**
198:1,6 203:5
247:24
**characterize**
37:18 70:14
75:18 119:16
188:10 248:4
**characterized**
198:5
**characterizing**
198:4
**chart** 89:16,21
**check** 279:4
**chemical** 220:13
228:8 266:6
281:13 294:8,9
294:11 295:11
295:13
**chemical-grade**
227:7
**chemicals** 166:5
166:10,25
167:8 281:6
290:22 292:25
294:2,19
336:21 337:2
338:10,12,16
346:6
**Chemistry**
247:9 351:12
**children** 178:6

178:22 297:1
**Chinese** 136:23
**choose** 20:18
119:25
**choosing** 130:24
202:24
**chose** 46:11
106:10 118:13
**chosen** 174:1
**Chris** 6:24
**CHRISTOPH...**
2:13
**chromium**
224:15 263:18
267:1 268:1
271:17 276:17
278:25 312:4
313:10
**chronic** 72:20
126:6 128:12
179:15,22,23
186:25 187:17
189:20 190:4
190:12 191:1
192:13 196:7
198:25 199:16
199:19,21
200:14 219:25
220:5,22
222:23 227:19
305:12,13
307:4,10,11,12
**chronological**
14:5
**chronologically**
62:10
**chrysotile**
253:24 254:23
254:25 255:5
309:24
**ciliary** 180:10
**CIR** 31:10 49:20
57:8,22 65:10
65:23 66:2,6
66:12,22 67:7
67:14 95:4,17
95:25 96:21

97:13 99:14
100:4 120:3,10
120:24 121:21
122:3,3 210:18
245:4 336:7,12
336:15,20
337:1,5 339:16
340:3,5,10,19
341:9 342:2,21
343:11,18
344:2 345:18
345:25 346:7
346:15 347:5
347:10 349:4,4
353:6 355:14
356:8
**circumstance**
98:18 231:20
**circumstances**
91:11 97:5
155:14 231:17
231:19
**citation** 27:16
66:13,15 67:21
99:1
**cite** 33:14 48:16
48:25 65:21
68:24 76:6,6
76:16,17 85:23
118:13 123:20
126:20 133:4
141:21 142:20
212:11 241:14
250:6 266:16
266:16 274:17
274:23 285:12
285:13 289:20
290:3,6,14
295:20,21
313:18 336:12
336:20 338:21
339:20
**cited** 12:14
15:19 16:1,9
17:3 20:23
21:23 22:2
33:15,18 54:22

63:11,18 64:8
64:13 66:12
68:16,17,19
77:19 82:25
90:19 118:18
120:18 121:18
176:19 177:11
206:19 212:14
276:2 280:15
292:22 315:8
315:10
**cites** 339:16
**citing** 66:19
69:12,16 73:1
139:14 141:23
242:10 243:20
277:3 290:15
290:16 338:2
339:2 349:17
365:14 366:18
**citizens** 359:20
361:19,21
362:10 363:2
363:10,14
364:25
**claim** 188:11
222:18
**claimed** 96:19
**claiming** 223:18
253:8 344:21
**claims** 222:20
**clarify** 63:24
**classification**
271:17 280:9
**classified** 197:2
269:5 288:1
**classify** 309:12
**classifying**
208:15 215:16
**clause** 47:15
50:1,9
**clear** 78:25 87:3
239:20 256:25
262:16 323:11
**cleared** 311:19
**Cleveland**
354:16,19

Confidential - Pursuant to Protective Order

Page 385

client 52:8
clients 44:6
  214:1 312:18
  334:9 346:2
clinical 238:11
clipboard 26:13
close 368:3
co-occur 225:14
coating 175:15
cobalt 221:14
  224:15 226:20
  267:1 268:1
  276:17 278:25
  280:3 312:4
  313:10
cohort 113:3
cold 301:9,18
collect 312:17
  329:16
collected 70:14
  77:9 226:2
  239:10,11
  241:6 257:17
  258:9 260:13
  260:15 270:4
  271:8 273:1
  296:8 300:17
  328:13
collecting 229:7
collection 202:8
  211:7 212:7
combination
  168:22
combine 65:20
combined
  201:20 202:1
come 17:14
  58:16 85:8
  98:19 99:10
  117:6 121:13
  146:15 193:12
  219:19 320:2,9
  335:8
comes 123:12
  197:11 285:14
  301:22 328:5
comfortable

306:6
coming 84:22
  179:6 343:13
commencement
  372:4
commencing
  1:15
comment 48:18
  242:3 243:15
  271:5 341:2,6
  360:11 368:6
comments 27:17
  341:16,19
  342:21 343:7
  343:17,22,25
  345:17 363:15
Commerce 2:5
commercially
  251:4
commission
  374:17
committee
  340:6,10,14
  355:9
common 48:2
  115:3 140:12
  199:23 213:23
  254:2
commonly
  313:5
communicatio...
  23:17
community
  98:14 106:23
  114:15 115:2
  182:9 183:1
  190:11,25
  192:15
companies 31:3
  31:22 32:1
  43:13 46:3
  51:5
company 30:9
  30:23 43:4,15
  44:1,16,19,23
  45:9,15,22,23
  46:4,9,11,12

50:8 56:18,25
  57:12,17 58:5
  59:8 123:3,8
  123:13 136:19
  144:11 158:8
  161:8 165:1
  166:21 167:25
  177:12 244:3
  318:1 321:14
  324:9 325:12
  325:19 326:4
  328:5,23 330:5
  334:11 352:1
compare 144:4
  156:18 176:21
compared 33:5
  164:4 204:11
  229:9 231:4
comparison
  161:25 176:11
  176:16,18
  177:13 266:13
comparisons
  348:5
compilation
  61:10
complete 28:14
  59:6 73:2
  170:12 270:11
  320:1
completed 91:22
  93:15 201:9
completely
  163:3 179:8
completing 23:8
complex 125:17
  146:12,17
  151:24 152:2
  153:7 167:8
  168:21 169:15
  225:7 226:3,9
  226:22 256:2
  256:15,16
  257:3,9
compliance 44:1
  44:24 46:11
complicated

129:3
component
  127:19 132:2
  149:21 169:12
  171:15
components
  132:2 146:17
  152:13 163:1
  164:17 166:4
  167:19 168:8
  169:6,18,25
  170:6 171:3
  174:19 190:1
  205:16 222:8
  224:5 226:10
  227:2,10
  228:19 247:25
  248:5 293:24
  310:11
compound
  39:13 269:17
compounds 34:6
  189:21 225:5
  270:11 272:17
  273:22 275:16
  277:8 279:12
  338:17
comprehensive
  328:9
computer 26:19
  56:9,13
concentration
  295:4 347:18
concept 280:19
  283:17 289:5
  290:20
concern 223:14
concerned 52:21
concerns 48:10
  323:21
conclude 241:17
concluded 196:5
  239:20 322:3
  371:3
concludes
  370:25
conclusion

24:17 40:25
  96:5 97:4,6
  98:20 170:2
  189:7 198:11
  198:19 212:5
  212:17 221:2
  241:12 258:14
  305:25 320:3
  320:10
conclusions 41:7
  85:8 95:25
  97:12,14 98:4
  98:21 99:11,15
  99:16 119:22
  138:12 140:1
  141:19 152:11
  168:17,18
  202:16 230:1
  233:1 234:9
  240:20 319:22
  320:17,18
  339:1
concordance
  271:4
conditions 39:12
conducted 58:5
  181:18 244:2
  246:20
confidence 40:7
  230:1 370:12
CONFIDENT...
  1:9
confirm 14:9,17
  14:24 74:13
  106:6 181:18
  288:6,11
  361:16 362:22
  362:24 365:17
  366:4,23
conflict 349:21
  350:7,9 351:2
  352:3,3
conflicts 247:11
  349:5 353:7
confused 333:11
  338:1
confusion 64:9

Confidential - Pursuant to Protective Order

252:10
**connected**
333:11
**connection**
10:17,23 108:8
**consensus**
181:11 190:10
190:24 191:10
191:17,19
192:16,25
193:7,15
**consider** 24:11
27:6 30:2 42:6
42:20 93:8
95:7 96:6 97:1
97:7,7,19
100:14 115:16
115:22 122:23
132:25 135:6
151:7 155:4
167:4 209:19
234:14 246:24
247:17,21
248:2,19,21
252:22 255:7
313:22 334:18
334:21
**consideration**
38:24 39:1
288:23,25
**considerations**
36:24 87:16
114:21 224:10
**considered**
35:18 87:5
89:5,17 96:20
107:11 120:17
120:25 167:12
177:2 241:14
305:9 311:22
355:14
**considering**
48:9 124:5
165:22 325:1
346:5
**consistency** 41:9
87:25 119:18

145:9 152:23
153:3 156:4
159:15 173:12
191:12 194:20
221:10
**consistent** 49:16
49:18,19 79:14
88:10 90:22
119:9 130:2
172:25 187:6
190:2 191:17
191:19,24
192:2,6,8,23
193:6 194:8,14
196:16 200:17
209:15 217:13
218:17 305:15
323:25 338:22
339:3,13
**consistently**
41:12
**constituent**
150:1 152:4,12
152:14 163:1
164:17 167:18
169:6 170:6
174:19 222:8
224:3 226:6,7
227:1 247:25
262:10
**constituents**
29:22,25
127:15 164:3
164:20 169:18
189:22 221:9
225:15,22
256:16 263:16
273:2 274:16
274:23 275:10
276:10 277:11
277:14,23,25
278:15,18
289:15 369:10
369:16,19
370:9
**consultant**
45:22 344:25

**consultants**
361:10 362:16
**consulting** 336:2
**consumer** 35:12
125:20 126:13
126:23 127:9
127:17 129:4
129:13,15
131:15 132:4
132:11,22
137:9 142:21
144:5 153:20
154:5,14
155:23 156:2
157:19 158:15
159:4 161:13
164:20 172:15
175:5,21
176:14,23
178:3,11 180:6
226:12 317:25
**consumers**
30:11 167:13
327:16 328:25
330:25
**contact** 187:16
231:13 264:17
274:8,8 295:18
296:23 297:3
299:3
**contacts** 264:25
**contain** 10:15
13:23 59:6
145:18,21
256:21 277:23
**contained** 9:15
10:13 33:7
66:10 75:17
122:18 209:22
251:7 369:17
369:17
**containing**
197:2 225:13
**contains** 74:25
93:13 166:10
**contamination**
249:16

**contend** 100:4
121:1 169:9
**content** 26:24
**contents** 262:19
**context** 93:22
115:19 205:23
207:20 213:6,8
213:11,25
216:22 218:20
221:9 271:7
307:6 308:19
**context-specific**
212:19
**continual**
299:20
**contribute**
104:3
**contributes**
104:8,12
**control** 209:16
209:17
**controls** 83:13
218:4
**conversation**
168:7
**convince** 82:3
**copies** 14:2 18:8
**copper** 117:11
117:11,14,16
117:25 217:3
226:19
**copy** 13:21
16:11,20 111:7
111:10
**cornstarch**
72:18 266:1,10
**correct** 10:11
14:19 15:1
19:16 20:5
22:16,22 23:10
34:14 35:1
43:5,22,23
46:13 47:12,20
47:21 51:22
59:9 60:23,24
63:6 67:22
69:19,22 73:16

74:15 75:3,12
78:13 79:8
80:11 84:2,6
84:10 85:24
86:5 87:7
91:23 93:16
95:6,13 96:1
96:21 105:22
107:9,13 108:3
108:9 109:10
113:18 118:15
118:25 119:6
121:23 124:7
124:15 126:14
126:24 133:12
134:7 136:2
142:13,17,18
142:22 144:23
152:5,15 159:6
161:5 164:10
164:12 166:8
170:9 171:4,19
173:21 174:8
175:6 178:18
179:11 180:15
180:24 192:17
195:5 196:22
197:4,6 201:10
204:19 205:18
207:6 213:3
219:2 221:3
225:24 227:2
228:16 233:5
234:22 236:15
238:13 244:5
251:1,17 261:9
262:4 263:6
264:9 269:7
270:13 276:6
278:15 279:13
282:2,20
283:18,23
284:17 287:21
288:23 289:18
290:9 291:8
292:18 293:13
296:16 298:3

Confidential - Pursuant to Protective Order

307:22 308:5
308:14 318:22
321:2,9,19
322:19 329:10
330:1 331:6
332:8 336:13
337:8 340:6,7
340:10,20
341:21 342:5
343:12,19,23
348:22 349:6
356:11 359:17
359:19,24
360:4,12 361:5
361:10,15,25
363:14,19
367:3 374:5
**correction**
245:24
**corrections**
373:4,7 374:6
**correctly** 63:3
112:25 113:1,5
204:14 212:24
236:14 289:22
**correspondence**
27:13
**cosmetic** 43:9,11
44:11 46:10
47:3 133:11
134:14 135:11
140:18,25
142:2,3,13,15
142:20 145:20
150:25 161:20
162:25 164:8
184:12,19
185:17 187:17
188:12,25
189:17 190:11
190:25 197:2
202:11 203:5
204:16 232:19
233:2 308:12
309:5 322:18
322:18 324:4
324:10 336:6

336:13 339:17
344:25 346:21
347:1 359:23
360:4,7,19
**cosmetic-grade**
135:14 138:17
**cosmetics** 30:7
43:12 44:2,25
46:17 161:16
328:3 335:10
336:22 366:11
**cosmetics'**
346:19
**cosponsor** 361:4
**Council** 3:10 7:4
31:2 247:10
319:6 351:12
**counsel** 2:19,24
3:5,10,15 6:16
122:10 287:11
322:12,13
346:8 372:12
372:13
**counted** 339:23
**couple** 100:9
269:22 287:23
290:6 319:7
320:12 370:1
**course** 204:24
250:7 299:2
369:9
**court** 1:1,20
6:12 7:17
39:19 137:20
213:16 372:20
372:22 373:19
**courtroom**
286:25
**cover** 31:11 70:2
362:1 363:18
363:20,21,22
**covered** 32:9
61:24,25 74:12
**covering** 59:21
**Cralley** 250:5
337:8,17,18
339:16

**Cralley's** 338:11
338:21 339:9
**Cramer** 342:20
343:1,3 365:6
**crappy** 232:2
**CRE** 362:2,3
367:15,23
**create** 276:12
306:8
**criteria** 212:21
**critical** 236:8
295:12
**criticism** 353:11
**criticisms**
348:25 349:1,3
**criticize** 88:7
**criticized** 84:1,9
348:20 352:20
353:4
**criticizing** 353:5
353:6
**critiqued** 365:5
**cross** 56:1
180:11
**CROSS-EXA...**
369:4
**crosses** 40:7
**CROW** 2:2
**CTFA** 31:2
361:4
**ctisi@levinla...**
2:13
**current** 5:1
202:7 211:12
**currently** 44:7
**customers**
318:21
**CV** 354:21,25
355:5,11

| D |
| --- |

**D** 3:19 337:12
**DABT** 1:13 4:13
4:15,17 7:20
372:5 374:12
**daily** 178:10
187:5 199:22

200:15 296:16
301:8
**damage** 178:21
228:5,23 231:3
**data** 36:4,5,12
36:14,22,23
37:8,16 38:25
41:6,10 61:17
70:19 76:14
77:5,8 84:19
88:2 92:21
101:9,10
104:16 106:24
107:24 114:2
114:19 115:21
118:9,10
119:17 120:12
124:9 138:5
140:9,11 145:7
145:7 151:1
153:19,19
157:16,17
158:7,13
163:12,13,14
170:5 171:3,7
172:6,8,8,13
172:16,23,23
173:10 174:3
177:3 182:16
182:17 187:24
194:21,22
195:22,22
205:24 209:8,9
216:4,10,14
217:1,5,16
218:11,12,14
218:15 221:18
221:21 223:2
225:1 226:2,14
229:25 230:2,3
230:4,7,10,13
230:13 231:2
231:14,17,18
231:19,20,23
231:24 232:5
237:17 238:16
238:18,20,22

238:22 240:6,6
240:7 251:6
254:18,18
255:2,15
257:17,19
258:8 260:9
265:19 270:3,4
270:7,11 271:6
271:8 272:25
273:15 275:5
276:2,15,18,23
280:1,6 281:20
282:7 289:12
293:21 296:8
297:15,19
299:18 300:17
301:15 302:13
302:23 305:1
306:21 307:1,2
313:23 320:7,9
328:12,14
**database** 53:16
53:25 55:24
56:2,5,10
57:13,18 58:23
79:19,23
117:11
**databases** 54:8
58:5
**date** 1:16 6:6
9:11 111:14,19
260:8 307:9
372:9 373:9
374:12
**dated** 9:10 14:8
14:15,21 19:14
267:3 372:23
**dates** 57:7,8
**Daubert** 8:10
**day** 80:10 298:3
300:1,15
303:21 369:7,9
374:16
**days** 122:5
373:15
**DC** 3:9
**deal** 52:11 69:21

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 108 of 285 PageID: 42323
Confidential - Pursuant to Protective Order

Page 388

125:3 155:23
**dealing** 49:15
51:5 61:17,19
131:10 156:1
**deals** 168:20
**dealt** 54:18
57:13 145:12
271:14
**deaths** 178:16
178:18
**December** 1:8
6:6 10:20 11:1
111:17
**decide** 26:20
42:4 334:25
**decided** 60:2
**decision** 45:5
56:15 67:20
**decision-maki...**
43:21,25 44:23
45:8 284:8
**decisions** 97:16
205:1 213:10
**deemed** 373:18
**Defendant** 2:24
3:5,10 7:24
**defendants**
248:4 320:16
**defense** 85:14
247:1,16
248:17 261:6
261:22 320:25
335:23
**defenses** 228:15
**define** 39:24
48:19 169:11
199:16 236:22
237:1 238:5
239:5 272:6
300:20 310:21
**defined** 227:10
231:6 302:4
305:13 307:14
**defines** 236:18
237:2
**defining** 236:9
236:11 237:16

237:19,21
**definitely** 85:10
95:15 153:12
278:18 308:8
323:16
**definition** 48:2,4
128:20 237:1
253:16,18
264:11 281:21
283:11
**definitions**
196:15
**definitive** 195:4
**definitively**
189:2,5 227:15
227:17 366:2
**degree** 41:2
157:23 173:18
185:8 186:15
259:23,24
**demonstrate**
183:14
**demonstrated**
69:14 220:25
274:24
**demonstrating**
73:14
**departure**
117:12
**depend** 96:14
230:11 299:2
**dependent**
155:8 226:18
231:21
**depending**
137:1 150:11
229:6 232:19
296:24 319:23
319:23
**depends** 96:11
96:12,13 97:9
128:11 152:16
154:22 168:5
170:16 175:7
228:17 229:11
230:12 234:25
236:21 264:19

269:21,21,22
269:24 296:20
297:5,6 320:4
334:23 335:5
**deponent** 6:14
374:1
**deposed** 261:21
**deposes** 7:23
**deposing** 373:14
**deposit** 184:22
**deposited**
184:13 185:20
296:10,15
297:16
**deposition** 1:12
4:11 5:3 6:8
8:9,17 9:8,10
9:16 10:4,8,9
10:14 11:4,6
11:13,15,21
12:2,3,5 13:1
14:6,11,14,25
15:6,6,9 16:22
17:13,17 19:24
20:4 22:18
35:10 111:9
112:5 122:5
206:15 211:18
211:21 216:2
251:19,23
252:3,6 261:23
263:23 266:22
280:12 365:15
366:18 371:1,3
373:3,12,16,17
**depositions** 18:8
92:15 94:2
108:19 136:18
365:18
**deps@golkow...**
1:22
**dermal** 233:12
**dermatology**
352:25 353:14
354:7,13 355:8
**Dermatopath...**
355:3

**describe** 28:12
28:13 29:16
37:24 43:11
47:23 77:14
86:9 91:16
101:16 102:7
103:2 104:14
105:10 112:15
117:5 135:1,21
144:17 148:6
148:18 149:5
185:3 189:19
196:11,15
249:2 253:19
289:2 334:2
**described** 21:24
31:15 45:10
48:8 49:17
51:13 56:25
58:16 79:3
103:23 104:6
104:11 130:12
143:11,12,14
145:3 148:5
152:19 164:25
196:10 219:6
219:15 242:20
245:16 266:15
329:8 330:4
342:15 352:5
**describes**
141:15
**describing**
49:19 83:22
87:22 119:23
120:13 133:17
142:3 184:4
249:3
**description** 4:10
74:25 135:4
199:23 214:21
306:20 331:24
**descriptions**
89:24 90:18
102:6 156:3
311:2
**design** 182:2,19

223:24 224:6
224:11 241:2
291:20 297:23
**designed** 42:15
209:15 230:17
232:2,8 239:5
239:15 240:18
291:8
**desirable** 132:11
**detail** 9:18 66:23
70:3 90:9
93:13 94:3
128:5 166:4
214:2
**detailed** 215:7
**details** 93:22
109:25 120:21
132:7 208:12
222:1 345:6
**detect** 42:19
**detectable**
310:14
**detected** 170:24
258:16 310:6
**detecting** 310:25
**detection** 151:1
151:3 250:9
258:21 310:15
**determine** 38:15
162:5 163:8
223:8
**determines**
294:9
**determining**
36:5 86:18
**develop** 176:2
179:10 194:15
210:6 220:13
227:14,15,17
230:24
**developed**
182:12
**developing**
269:1 273:22
**development**
24:24 221:22
237:15 238:12

240:14 272:13
274:1
**dialog** 213:20
**diapering**
177:15
**dictates** 295:11
**die** 178:23
**differ** 233:13
**difference** 67:2
72:17,21,24
146:9 168:17
235:4 314:1
326:13 348:6,7
**differences** 71:9
71:14 72:5
79:15 82:25
84:16 101:11
101:18 103:11
148:24 156:14
164:24 216:13
225:4 233:3
234:1,7 254:14
265:20,21
266:8,14,17
357:17
**different** 20:21
22:10 29:7,8,9
29:25 30:16,18
30:23 31:6,8
32:11 34:5,20
35:5,21,23
37:5,20 38:1,9
38:10 39:1
45:24 46:7
50:14 55:19
57:5,5 58:24
62:24 66:21,21
70:20 71:7
75:25 76:13,20
78:7 81:18
83:25 84:13,14
84:23 85:3,5,6
85:8,23 87:15
90:10,10 99:10
99:11 114:8
115:25 119:22
120:5,12 123:7

123:9 125:2,3
126:1 133:9
136:8,24,25
137:5,6 139:5
139:13,22,24
140:9,11
142:13,16
146:5 152:12
152:24 156:15
161:12,21
162:24 174:18
174:19 175:16
177:20 178:8
179:8,16
189:13 198:15
199:4,5 204:22
208:25 213:15
213:18 215:16
215:17,19,20
218:22 219:14
219:16 224:3
224:21 226:25
226:25 227:1,2
228:25 229:1,3
230:23 231:22
233:7,16 234:8
234:10 237:25
244:18 252:24
252:25 253:19
253:22 254:9
254:12 256:12
261:2 265:3
266:4 267:18
269:6 270:18
272:12,15
275:10 277:14
283:2,8 290:7
290:12,22
296:9 305:19
306:11 311:20
320:3,9 322:7
325:18,22
326:6,8,19
328:1,2 329:9
329:14 330:14
330:16,17
332:23 335:21

341:22,23
342:17,17
348:18 357:9
357:14 368:6
369:10,15
**differentiate**
165:13
**differently** 37:9
41:22 81:24
84:20 85:12
229:6
**difficult** 182:18
186:3 222:12
224:7 225:9
291:20 298:1
**dig** 67:3
**Diplomate** 1:17
372:3,18
**direct** 8:1 46:23
76:3 212:4
274:8 281:1,7
281:16 287:11
297:3
**directed** 53:10
54:10 74:6
162:4 163:8
357:16
**directions** 329:1
**directly** 43:17
59:20 76:8
273:9 367:14
**disagree** 73:25
85:16,17 120:2
127:2 143:22
199:7 214:19
215:13 238:21
241:11,20
283:25 319:17
319:22 320:16
320:25 324:8
339:8,11 342:7
350:2,6,8
356:15,18
**disagreed**
321:19
**disagreeing**
343:8

**disagreement**
321:8
**disclose** 247:11
350:9,11 353:7
365:6,20
**discount** 246:14
247:4,5,13
**discounted**
244:25
**discouraging**
282:25 284:15
**discovery** 21:12
54:18
**discuss** 67:15,18
83:17 98:6
100:6 102:22
103:1 104:25
113:9,13
118:14 119:13
121:21 124:13
126:4 132:23
133:8 140:22
146:10 178:14
187:9 189:12
191:20 192:1
211:3 220:4
242:7 248:25
263:6 277:5
280:17 285:1
289:16 290:8
290:19 355:22
360:22 362:24
**discussed** 17:19
22:9 35:9
42:17 54:8
65:4 67:10
77:10 91:4
108:18 138:20
148:10 149:20
152:25 154:2
171:17 176:19
181:15 216:1
221:12 223:16
263:23 276:13
277:1 292:19
354:22 362:19
364:6 367:21

**discusses** 123:17
146:4 193:5
251:20
**discussing** 54:24
57:1,20 62:14
100:22 104:2
105:8 116:17
120:4 132:15
206:19 276:4
325:11
**discussion** 66:20
77:25 90:20
102:11,13
103:14,19,22
138:24 147:13
148:16 162:11
180:24 195:8
195:11 214:24
215:3 221:17
223:5 265:7
269:13 274:21
277:2 285:21
325:9
**discussions**
26:23 89:25
154:9 326:12
**disease** 38:15
195:5
**disreputable**
354:7
**disseminated**
30:22 244:16
244:16
**dissemination**
123:4,8
**distinguish**
149:17
**distinguishing**
148:18
**distress** 126:7
129:12
**distribute** 270:2
**District** 1:1,1
6:12,12
**diversity** 212:20
**dividing** 220:8
**divorce** 332:13

Case 3:16-md-02738-MAS-RLS    Document 9739-14    Filed 05/07/19    Page 110 of 285 PageID: 42325
Confidential - Pursuant to Protective Order

Page 390

334:14
Doc 26:9
doctor 319:5
  359:16
document 1:6
  8:19,23 9:1,7
  16:20,25 17:2
  49:3 51:18,19
  53:20 54:22
  55:5 59:19
  64:4,5,7 66:17
  75:2 77:11,14
  79:1 80:16
  81:9 83:17
  90:22 91:19
  92:3,5 111:11
  113:14 170:17
  177:11 201:17
  202:3,4 206:14
  211:10,19,22
  212:6,16 245:5
  251:22 282:24
  290:17 292:22
  292:23 341:23
  342:19 364:2
  364:22 365:2
  365:13 368:9
  368:13,18
documentation
  10:6 48:18
  82:16 212:22
  214:9,14
  218:22 278:11
documenting
  249:21 273:9
  274:18
documents 9:23
  10:13 12:13,14
  15:11,19,22,25
  17:15,21 20:22
  21:3,6,10,18
  21:20 22:13
  27:4 29:1
  30:24 32:12,18
  33:15,17 51:12
  52:1 53:12,21
  53:22,25 54:7

54:15,21 55:14
55:21,25 56:18
56:20,24 58:3
58:3,17,21,22
59:1,8 76:17
76:21 77:18
83:3 86:8 91:5
108:24 109:6
118:13 123:16
129:19 130:1
130:10 144:11
148:9 154:10
161:6,8 164:25
165:1 201:12
201:20 202:1,9
204:12 205:4
211:7 212:7,13
221:11 246:7
246:12 248:8
248:12 249:1,4
250:8 252:21
253:19 259:16
284:9 288:15
309:11 321:10
321:13,14
323:24 341:7
342:17 348:17
350:10 354:24
362:13 364:5
366:3,7 367:20
368:13
doing 33:25 34:7
  38:4 53:15
  74:10 79:11
  94:8 115:5,24
  116:3,5 119:14
  123:3 130:13
  155:21 157:10
  169:14 171:24
  181:25 205:1
  208:3 214:1
  216:3 217:13
  218:13 234:23
  234:24 244:23
  287:11 291:14
  293:8 296:20
  301:3,4,10

302:1 304:3
324:1,16,17
327:20 328:9
330:11 331:21
332:2 334:12
348:5 373:8
dose 187:8,14
  225:2 230:22
  234:21 235:10
  235:10 237:16
  237:19,21,22
  237:25 238:1,3
  238:5,9,24
  239:1,2,5,16
  239:21 240:10
  240:13,20,23
  242:4,14,21
  243:2,16
  254:14 259:4
  259:25 260:22
  263:18,25
  281:25 282:18
  282:21 284:14
  286:3 293:25
  294:8,22
  295:11 302:19
dose-response
  224:14 235:13
  235:19,24
  236:11,18
  237:2,6 241:16
  241:18 293:23
  294:12 295:17
doses 231:5
  242:19 295:3,4
doubt 230:14
  242:3 312:20
doubts 230:14
Doull 289:21
  290:4,5,18
download
  123:19 345:9
  345:13,15
dozens 97:25
Dr 6:14 8:4
  12:23 13:20
  14:7,10,15,17

14:22 23:18,20
24:11 25:4,15
34:11,23 44:22
46:7 50:17
63:25 80:2
87:2 88:20
93:11 94:1
95:3 102:10
105:17 110:3
111:11 112:4
113:6 117:18
139:8 140:21
162:7,9 163:4
163:19 167:24
177:15 201:3
211:22 236:24
247:24 248:18
248:22 249:3,6
251:15 252:2,5
252:11 259:17
261:7,18
262:20 287:8
287:16 314:4
337:8,17,18
338:11,21
339:9,16
342:20 343:1,3
349:9 352:20
354:14 355:13
357:1 361:8,8
364:23 365:4,5
365:6,15,19,22
369:6,8 370:18
draft 20:19
  74:21 201:14
  202:3 205:11
  341:23 342:1
  343:18,25
  345:22
drafted 32:20
  46:16,18
  343:23
drafting 23:12
  24:2 26:1 66:1
  68:10 80:19
draw 41:6 140:1
  168:17 170:2

230:1 232:25
240:19 305:24
319:23
drawing 138:11
  141:20 152:11
  234:9
drawn 98:4
  168:19
draws 97:13
  202:16
Dreessen 135:21
drew 99:16
drilling 193:19
driven 116:15
  241:1 313:3
driving 225:23
Drs 244:11
  361:14,24
  362:15 363:23
  364:3 365:23
drug 355:7
drugs 189:22
Duces 4:12
due 128:17
  291:18
duly 7:21 372:5
duration 239:10
  302:19 305:12
dust 15:16
duties 329:14
duty 318:14
  325:12,19,19
  326:3 327:3,4
  329:14,15,21
  330:5 331:16
  332:16
DYKEMA 3:1

────────

E

E 2:1,1 3:1,19
  3:19
earlier 9:2 20:2
  62:13 63:3
  68:17 74:12
  104:18 205:13
  237:8 265:1,22
  297:14 298:10

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 111 of 285 PageID: 42326
Confidential - Pursuant to Protective Order

Page 391

305:13 317:7
330:21
**early** 20:12 23:3
80:20 179:6
285:13
**easily** 72:8
**East** 3:3
**easy** 62:7
**Eberl** 15:21
**Edelstam** 68:4
69:2 70:23
73:14,20
**editor** 27:9,13
27:17
**effect** 34:3
140:20 145:20
235:24 240:25
278:3 282:1
289:10,19
291:6 293:2
294:10
**Effectiveness**
367:3
**effects** 29:24
77:9 124:14
132:1 139:4
146:19 153:3
156:4 169:25
190:3 224:5,14
236:13 242:5
242:16 243:13
290:21 292:13
292:14,17
294:2 295:2
**effort** 348:6
**Egli** 16:6
**eight** 11:10,17
96:20 97:24
98:2,5 100:2,5
100:13,25
102:5 104:18
104:22 120:25
121:20 183:23
**either** 9:2 31:16
36:6 41:7
51:17 55:5
61:18 82:17

114:19 132:21
136:22 191:4
202:24 224:2
244:3 245:14
269:6 273:6,8
274:12 290:12
292:6,16 302:3
326:25 347:18
353:11
**elements** 152:4
152:15 310:5
**elicit** 23:22
**eliminate**
312:25
**ELLIS** 2:21
3:12
**else's** 357:18
**emphasis** 47:10
**emphasize**
47:19
**employed** 75:16
**employee** 45:21
365:16 366:18
372:11,13
**employees**
136:19
**enable** 26:6
**enables** 273:11
**encompassing**
108:22
**encounter**
335:22
**ended** 136:1,7
141:1
**ends** 31:15
80:21 131:14
132:3
**England** 27:10
**English** 48:2
**engulf** 150:18,18
**engulfed** 125:7
**ensure** 130:17
**entire** 43:10
105:2 171:14
171:19
**entirely** 179:16
284:16

**entirety** 57:25
**entitled** 206:23
211:10
**entity** 147:23
**environment**
103:15 229:2
306:8,12
**environmental**
105:5
**EPA** 65:10,22
213:13 243:20
243:21 290:14
290:16 292:22
292:23
**epi** 42:14,21
106:24 173:10
173:13 208:4
**epidemiological**
41:20 79:9
106:23 114:2,6
114:19 115:16
116:1 172:7,8
205:17 239:14
312:11 357:7
357:23
**epidemiologist**
41:16 84:20
85:1 356:3,7
357:24
**epidemiology**
37:11 38:25
81:17,18 89:11
106:4 115:2
295:10 355:22
355:24 356:21
**epithelial**
233:19
**equal** 232:12
248:6
**errata** 373:6,9
373:11,14
374:7 375:1
**escape** 180:12
**especially** 61:16
212:23 274:7
297:24 312:23
**essentially** 12:12

77:3,21 116:11
154:10 202:17
217:14 222:16
328:21 331:23
**establish** 185:17
275:15
**established**
189:3 195:4
**establishes** 71:1
**et** 4:20 170:7
**ethicality**
182:23
**ethicist** 352:8,11
352:17
**ethics** 73:22
187:22
**evaluate** 37:8
104:15 271:25
**evaluated** 32:17
37:8 66:5
**evaluating**
40:11 44:1,24
96:8 127:16
137:4 205:17
225:21 246:19
252:14
**evaluation** 27:2
65:25 105:7
169:22 174:2
192:12 196:20
245:18 289:1
304:10 357:6
**evaluations**
244:17
**evening** 12:9
**event** 184:5
281:9 367:24
**events** 128:2
194:18 220:16
294:14,16
367:25
**eventually** 80:22
81:9
**everybody**
228:7
**evidence** 5:1
21:14 37:11

38:8,14 39:5
42:5,24 67:2
70:9 73:21
75:24 76:10
77:13,17,20
78:3,10,13
80:6 81:6,13
83:7 84:13
85:23 86:10,23
87:4,6,14 88:5
88:18 89:4,6
89:16 90:5,11
90:19 96:7
97:2,19 98:24
103:5 104:3
105:11,16
107:2 112:15
112:17,21
113:16,17
114:12 115:16
116:1,10,15
117:8 120:19
135:7 139:23
139:25 143:19
155:2 159:11
172:9,21 173:2
173:9 174:16
176:16,17,20
177:2 192:22
194:9,10
197:23 198:13
199:9 205:16
208:25 209:10
210:1,9,25
211:10,11
213:2 214:15
215:4,24
218:23,24
222:23 223:17
229:5,5,19
236:8 240:4
244:14,20,24
245:1,6,18,23
246:14 248:23
249:15 250:7
252:13 254:19
257:15 260:16

261:4 285:22
288:20 296:18
326:2 327:12
339:3 365:25
366:22 367:1,4
367:14 368:1
369:20
**evidence-based**
295:10
**Eviron** 346:15
346:25
**evolved** 109:21
**exact** 65:18,19
110:16 167:17
193:12 203:2
321:23 339:20
**exactly** 47:13
67:24 69:24
73:10 82:5
89:14 134:18
168:11 178:25
190:16,20
204:6 205:3
209:3 221:7
223:8 224:21
224:22 249:2
253:19 303:4
304:19 320:20
**examination** 8:1
287:14 319:3
372:5
**EXAMINATI...**
4:4
**examine** 161:11
161:20
**examined** 207:9
**examines** 266:8
**examining**
295:12
**example** 27:3
36:16,19 37:9
38:16 40:16
51:21 56:23
58:19 59:18
60:13 61:16
62:12 70:24
72:7 76:22

78:12 79:5
80:10 82:2
83:24 86:20,24
87:11 88:3
89:16 97:23
101:8 102:20
114:10 117:3
123:16 125:5
133:5 134:14
135:5,8,20
142:22 143:2
148:5 149:16
151:8,18
155:15 163:15
163:21 165:4
167:20 173:19
175:8,12 177:3
192:24,25
196:5 204:6
216:9 221:15
222:19,22
229:10 232:23
233:19,24
237:13 239:7
240:7,16
242:24 246:3
247:23 263:19
270:5,9 271:11
271:13 281:17
285:12 286:2
292:9 296:21
296:25 299:5
311:6 312:24
314:22 322:3
334:1 335:1,23
336:21 342:12
361:3
**examples**
245:10
**exception** 81:16
172:7 178:4
296:1
**exclusively**
54:13 176:3
**excrete** 313:5
**excuse** 214:18
275:22

**exercise** 86:11
120:6 216:16
216:20,24
219:14,17
326:20,22
**exercises** 218:8
327:1
**exerted** 31:22
**exhibit** 8:13,18
9:8 14:6,11,14
14:18,20,25
15:7 16:16,22
17:9,14 19:23
20:4 22:21
23:9,13 24:13
25:19 26:25
28:5 29:2
46:24 53:6
64:3,19 65:14
66:11 75:3,12
75:18 76:5
90:8 93:16
95:11 111:4,9
111:13 112:5
113:12 155:14
201:10 202:15
206:16 209:23
210:22 211:14
211:18,21
219:16 266:22
**Exhibits** 4:9 5:3
13:17 28:1,4
33:7 57:24
**exist** 43:10
150:20 268:22
**existed** 318:20
**existence** 346:15
**exists** 151:12
169:20 200:8
226:23 228:15
261:5 306:25
**exit** 180:22
**expanded**
331:18
**expect** 72:8,20
73:7,10 178:1
233:21 261:24

265:20,22,24
274:13 302:14
**expected** 175:9
289:9
**experience**
37:18 39:6
44:4 46:10
48:7 49:14
50:3,23,25
51:5,22 77:23
84:23 105:13
115:11 116:5
207:25 264:5
271:7 320:8
334:7 336:3
344:5
**experiencing**
99:8
**experiment**
223:25 224:1
291:7,14 293:9
293:12
**experiments**
181:18 293:21
**expert** 4:11,13
4:14,16 12:25
13:5 14:7,15
14:21 15:5
20:19 23:8
24:24 130:22
137:3 139:11
148:23 213:16
246:21 247:1,1
248:17 255:8
255:20 261:12
261:22 262:20
334:19 342:4
344:12,15
346:19,24
347:2 349:5
**expertise** 255:13
269:17 355:19
357:22 358:6
**experts** 29:8
85:14 148:17
181:16 248:3
248:15 261:6

261:20 320:16
320:23,25
335:22
**expires** 374:17
**explain** 35:7,22
41:13 49:2
93:21 100:11
120:6 121:7
135:18 174:15
235:2,3
**explains** 133:22
**explanation**
59:7 195:3
**explore** 94:6
**exploring** 285:3
**expose** 224:2
291:21
**exposed** 156:10
176:24 187:15
220:12,12
226:8 228:8
237:14 258:11
259:5,25
263:19 286:10
290:22 291:23
301:17 335:14
**exposure** 16:4
36:8 37:2,16
39:11 41:3
52:23,24 76:14
77:6 78:7 81:1
112:12,21,23
117:15 132:23
133:16 160:19
174:20 175:3
175:11,20,23
175:25 176:12
176:21 177:14
177:16 178:3,5
178:10,11
179:21,22,24
194:12,16,22
195:19 198:20
198:21 199:12
199:20 200:13
202:21 203:1
203:21 204:2

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 113 of 285 PageID: 42328
Confidential - Pursuant to Protective Order

Page 393

217:11 218:11
218:12 220:15
226:11,12
230:20 231:11
233:12 235:8
236:10,12,19
237:3 238:25
242:16 243:17
243:19 257:16
258:3,5,10
262:7,9,11
269:25 272:22
274:15 285:10
286:4 291:19
292:4 294:9
296:6 297:10
299:19,21
300:8 301:12
301:24 305:12
305:14 306:13
307:4,11 313:4
322:4,15
324:22 329:6
347:19 370:14
**exposure-resp...**
230:15
**exposures** 217:9
243:4,14
300:24 301:8
301:20
**expressed**
109:23 286:22
320:21 323:25
333:15
**expressing**
166:19 316:7
339:13
**expression**
194:4
**extent** 55:20
183:8 214:20
215:13 252:9
268:22 309:12
**extra** 228:21
**extrapolate**
232:16 272:1
273:11

**extrapolation**
232:13 270:5
**extremely** 50:10
80:15 97:19
99:18 100:10
100:14 138:18
231:14

**F**

**F** 3:8
**face** 250:25
251:2,16 284:9
319:9
**fact** 12:24 15:3
32:1 34:17
62:14 66:24
67:15 75:7
79:1 88:6
91:18 100:18
108:2,6 125:17
128:17 129:2,3
134:23,25
136:10 150:23
151:24 167:25
168:20 177:20
179:3 197:1
205:14 207:17
217:3 221:3,17
222:13 225:3
230:7 243:13
252:11 256:1
257:9 258:20
272:13 273:22
281:23 289:4
292:12 299:17
301:16,19
302:20 321:4
321:25 324:9
332:13 346:9
348:10 349:15
370:8
**factor** 36:16
88:15 110:18
111:2 157:9
158:3 169:3
171:23 225:23
272:21 295:12

**factors** 112:14
156:15
**factory** 175:15
**fail** 373:17
**failed** 95:17
355:18 365:6
**failing** 97:7
353:6 365:20
**fails** 96:6
**failure** 97:1,18
**fair** 23:6 60:19
122:17 199:25
199:25 231:16
299:24 304:18
**fairly** 128:19
231:9
**fall** 23:3
**fallopian** 4:23
103:16 180:11
180:22 181:8
181:13 183:17
**falls** 295:5
**familiar** 107:8
107:22 118:24
123:21 130:19
131:25 132:7,8
147:4 166:7
196:20 205:25
211:21 216:15
283:16 313:7
319:10
**far** 11:10 39:6
66:20 77:5
84:21 88:14
92:22 107:5
117:7 128:1
130:23 145:3
146:19 149:9
165:2 167:7
170:13 171:11
192:4 193:15
216:8 227:9
233:18 238:6
244:17 268:11
272:22 293:22
328:4 336:18
**fax** 1:22

**FDA** 43:12 44:1
44:24 47:23
74:4 244:17
328:19,19
336:17 340:4,5
340:14 359:22
360:2,18 361:3
361:7,15
**FDA's** 332:5
355:7,7
**feel** 121:8
129:14 306:6
**feels** 94:16
**felt** 59:19
**female** 103:11
183:16 184:3
295:24
**fiber** 147:22
150:5,6 255:3
258:18
**fibers** 251:8,9
256:7 258:16
259:1
**fibrous** 124:23
124:24 126:1
146:9 147:14
148:24 149:14
150:14 151:2
151:19 161:11
161:22 253:20
255:2,3
**figure** 103:7
**figures** 103:9
**file** 80:17
**filed** 12:7 16:10
18:2 23:4
**files** 57:12,12
251:24 253:14
**filter** 129:8
**fimbriae** 180:12
**final** 37:1
138:11 153:11
172:14 174:11
343:23
**finalized** 316:4
**finally** 42:4
**financial** 365:7

365:20
**financially**
372:13
**find** 57:18 78:4
84:8 133:6
146:3,6 155:25
177:7 209:23
210:20 222:5
246:1 249:18
262:21 269:13
276:18,22
280:16 292:13
364:6
**finding** 41:8
42:10,13 55:25
**findings** 67:19
91:3 172:25
**fine** 14:3 275:5
313:16 336:10
364:14
**finer** 129:14
**fines** 130:20
131:3,5
**fingerprint**
145:5
**finish** 94:13
**finished** 44:18
127:6 308:12
**first** 7:21 11:5
15:19 16:14
19:13,18 28:24
28:25 32:5,17
32:17 33:16
36:1,2 48:1
52:2 53:9
54:11 56:17
61:8,11 65:21
87:21 112:19
137:12,18
147:11 198:16
210:6 212:6,17
215:25 217:2
248:25 256:25
326:22 327:5
329:15,22
331:11,12,14
331:15 343:18

Confidential - Pursuant to Protective Order

352:22 354:15
354:18 355:2
359:25
**fits** 41:11 281:20
281:20 283:11
**five** 210:17
249:9
**flags** 13:24
**Fletcher** 313:20
313:21 314:18
314:19 315:2
**Florida** 2:14
**fluids** 72:9
**FLW** 1:5
**focus** 58:12 94:5
151:20 153:14
155:22 268:14
270:8 321:16
330:8 363:8
**focused** 22:18
37:12 58:17
262:11 268:8
370:5
**focusing** 36:18
56:23 77:12
125:9 129:17
168:7 179:23
204:10 348:10
348:10
**folder** 26:17
**follow** 46:12
67:6 117:22
346:4 358:22
**follow-up**
358:12
**followed** 113:17
**following** 25:3
40:8 66:25
345:25
**follows** 7:25
46:4
**food** 311:6
**footnote** 317:8
318:16 336:22
336:24
**foregoing** 372:8
374:4

**foreign** 128:19
150:10
**forgot** 11:16
**form** 49:10
73:17 75:11
87:8 89:19
90:12 91:24
99:5 105:23
106:13 107:15
116:11,18
118:16 121:3
121:15 126:25
130:7 133:25
137:11 141:2
145:23 147:20
150:14,15
153:4 154:20
157:7 159:7
160:10 162:1
171:5 180:16
185:6 186:11
186:22 187:18
191:6 195:6
198:8 214:18
242:21 252:16
255:6 259:10
261:10 262:24
264:14,19
270:14 283:24
284:18 298:6
300:3 303:8
330:19 337:17
343:25 345:22
351:20 356:10
369:24 374:6
**formal** 113:17
**formation**
215:11 276:13
**formed** 32:19
66:15 125:14
145:24 146:2
151:22,24
166:17 167:10
176:6 181:14
184:15,17,21
184:25 186:24
190:17 191:3

198:13,18
237:5 260:7,9
265:13 274:11
286:6 299:14
303:9,22,25
306:17 307:8
337:24 338:7
338:11 339:10
353:16 354:1,8
355:15,17
358:8
**former** 355:7
**formerly** 31:2
**forming** 53:13
61:7 80:1
85:24 89:17
103:4 324:21
**forms** 73:20
130:17 148:4,4
253:22 254:3
255:3,4
**formulated**
300:5
**Forrest** 10:9,14
**forth** 75:1
323:10 372:9
**found** 41:8
91:18 100:10
264:21 311:5
337:5
**foundations**
161:17
**four** 1:13 172:5
208:16 271:12
290:23
**Fourth** 3:13
**fragrance** 166:4
167:22 168:6,8
169:7 275:10
276:10 278:14
278:17 308:22
337:3
**frame** 20:13
54:23
**framework**
204:25
**free** 26:15

**frequency**
184:18 185:19
186:10 239:10
302:18
**frequent** 305:2
**frequently**
359:22 360:2,6
360:23 366:11
**Friday** 9:4
**front** 13:21
206:14
**full** 34:7 35:15
57:25 119:14
163:12 331:22
**fully** 282:6
366:8
**functions** 332:5
**fundamental**
294:1
**funding** 350:12
350:13,14
**further** 65:24
67:4 93:21
141:16 197:19
314:16 368:19
370:17 372:7
372:11

**G**

**G** 3:19
**gain** 226:5
**game** 122:17
**Gardner** 68:4
**gather** 78:3,7
**gathering** 77:5
293:22
**general** 5:1
27:23 30:18
33:25 34:25
35:14 75:14
78:15 125:24
126:8 151:6
154:9 192:15
209:16 211:11
265:7 275:19
278:4 291:2
294:4,25 295:2

304:25 308:4
348:25 366:5
**generally** 29:20
57:2 61:20
64:23 70:10
72:25 77:20
81:23 98:13
101:12 126:9
127:22 130:21
139:15 219:25
222:2 237:6
253:2 282:25
289:7 291:11
291:24 294:24
295:15 297:7
360:24
**generate** 276:12
279:12
**generates** 27:4
**genetically**
292:1
**genital** 37:3 68:7
69:10,15 70:6
72:1 73:16
110:13 202:25
265:5 295:23
295:25
**genotoxic**
280:20 281:7,8
281:9,18
**genotoxicity**
281:15
**geologist** 149:8
**geology** 132:15
255:11
**GEREL** 2:8
**getting** 31:15
54:2 301:7
327:3 331:13
**ghostwritten**
246:9
**GI** 233:24
271:20
**give** 26:12 34:25
46:2,8 51:21
60:25 80:7
83:8 84:5 85:5

88:22 92:12
93:5 98:4,12
98:20 101:4,22
102:18 103:20
103:24 110:9
114:5,18 120:3
133:23 138:17
140:23 141:7
155:6,14
217:19,23
229:8,12 230:9
230:18 244:1
248:6 252:13
255:16 259:22
303:3 314:1,11
334:9 368:17
**given** 27:5 60:16
  89:23 94:1
  99:2 109:5
  121:14 127:14
  154:16 166:22
  174:10 210:24
  212:18,19
  219:4 226:14
  230:6 244:25
  251:20 255:16
  261:22 280:15
  302:7 304:5
  315:17 351:2
  374:5
**gives** 50:25
  99:15 202:19
  246:10
**giving** 8:9 46:1
  83:21 104:4,5
  105:6 107:5
  114:11 115:25
  120:9 141:5,6
  158:1 171:22
  171:23 203:16
  219:1,12
  306:20 353:10
**globally** 142:16
**GLP** 88:3 232:3
**glutathione**
  228:22
**go** 13:5,13,14

25:7 26:15
32:6 35:20
36:25 37:5
38:9 45:6
49:11 51:11,25
52:3 55:24
56:10 57:18
61:5 66:24
68:20 75:25
76:11 77:3,15
94:20 102:15
104:15 106:24
109:24 120:19
123:19 130:23
141:16 146:7
152:21 153:13
159:13 178:22
188:2 194:11
200:20 219:20
220:7,19
221:16 222:3
235:21 245:23
251:19,25
254:24 259:18
273:16 274:19
276:16 280:4
280:10,13,14
280:16 287:22
288:21 289:4
299:7 312:16
321:6,7 323:3
330:6 337:19
338:20 341:8
346:3 347:8
353:25 358:11
359:4,6,6
364:4,8 366:23
368:14
**goal** 36:23
**goes** 42:23 121:6
  192:3 251:25
**going** 13:7 24:18
  25:10 40:25
  55:12 80:15
  81:1,6 85:10
  94:15,22 99:21
  101:24 118:1

131:10 132:14
135:15 136:14
148:18 167:8
175:23 188:3
200:21 228:9
230:3 232:8
235:16 241:22
259:2 287:3
300:7,10 328:8
341:9 343:6,12
345:22 347:24
349:22,23
359:1,4,8
364:14,15
368:24 369:14
371:1
**Golkow** 1:21
  3:20 6:4
**Golomb** 2:16,17
  7:1,1 19:5
**Gonzales** 118:14
  120:1,14,16
**Gonzalez** 118:25
**good** 8:3 58:8
  100:17 168:10
  192:25 201:2,4
  270:7 287:16
  302:3 369:6
**Gordon** 250:3
**government**
  17:4
**grabbed** 121:25
**grade** 135:11
  140:15,18,18
  142:8
**great** 211:4
**greater** 38:14
  125:1 178:2
  292:16 303:7
  303:12,15
  304:15
**group** 122:2
  131:6 217:22
**grouped** 118:6
**groups** 209:17
  209:17 217:15
  218:15 219:6

**guarantee**
  293:14
**guess** 18:20
  30:13 56:22
  101:15,21
  143:22 147:24
  149:11 178:10
  193:9 202:2
  285:14 311:21
  323:23 351:10
  366:15
**guidance** 49:3
  49:13 51:12
  61:1 76:17
  290:17
**guidelines** 186:5
**guides** 335:9
**gynecologic**
  359:15
**gynecological**
  182:9,25 356:1
  356:1 358:3
  359:12

## H

**H** 3:19
**habit** 187:5
  200:13 299:20
  299:21 301:21
  307:3,10
**habits** 101:13
  301:11
**Hamilton**
  242:25
**hand** 53:1 83:16
**handed** 8:20 9:7
  111:12 211:20
**handing** 8:16
  111:10
**handled** 122:3
**handles** 122:3
**Hang** 23:14
**happen** 69:3
  97:4 181:6
  300:8 343:21
  361:1
**happened** 27:22

31:6 45:14
46:2 360:14
**happens** 27:10
  27:14 82:13
  85:9,18 291:15
  298:17 302:3
  342:8
**happy** 370:18
**hard** 193:24
**hazard** 36:1,2
  37:15 47:6
  48:14,14 77:1
  77:2 82:2,4
  143:19 153:9
  165:21 167:2
  168:12,14
  169:12,19
  170:23 171:8
  171:10 197:21
  197:22 204:7
  229:21 234:24
  235:1,5,6,8,11
  235:14,15
  237:23 243:15
  256:8 268:18
  285:15 289:6,7
  297:24 314:22
  326:1,3,6
  327:16 332:15
  334:4 338:18
  370:10
**hazards** 15:15
  178:14 236:10
  322:15,16
  323:9 335:11
**he'll** 26:15
**head** 52:4
**health** 4:21 5:2
  15:15 36:3,20
  47:6 48:13
  107:3 115:7
  166:11 178:14
  201:6,13,17,25
  202:9 204:13
  204:24 205:6,9
  205:23 206:20
  211:7,12 212:8

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 116 of 285 PageID: 42331
Confidential - Pursuant to Protective Order

Page 396

216:3 236:13
283:21 284:7
284:13 312:16
322:15 323:9
331:25 334:16
**heard** 357:15
**heavily** 344:6
**heavy** 146:13
169:9 170:7
264:1 266:25
267:18 268:1,6
268:8 269:5
272:3 273:9
274:22 276:10
278:14 288:1
310:11 311:2,3
311:13 312:17
312:21,22
313:2,9
**held** 1:13 6:8
**help** 25:23
236:23
**helpful** 13:4,12
84:9 94:3
112:1
**helping** 151:15
**helps** 111:20
**hereinbefore**
372:9
**high** 88:4,16
235:10 295:3
**higher** 175:4
198:4 229:18
**highlight** 80:14
80:17
**highlightings**
13:24 16:25
**highly** 314:8
**Hill** 36:24 38:24
74:15,17,18,21
75:2,9 114:20
159:14 194:8
195:10 196:17
**hired** 364:3,23
367:15
**hiring** 367:4
**historically**

29:23
**history** 354:25
**hold** 24:4 267:14
294:18 318:4
339:6 358:10
**holiday** 370:19
**honed** 79:24
**honestly** 61:24
**HONIK** 2:16
**Hope** 2:23
**hopefully** 34:8
315:6
**hospital** 178:22
**hot** 301:6
**Hotel** 1:14
**hour** 19:3
**hours** 11:10,18
18:20,21 19:4
88:21
**Houston** 26:8
**human** 15:15
36:3,20 37:18
71:25 96:20
100:7 101:9,24
104:4 107:3
115:7,20 118:6
118:9 119:8,17
142:2 153:19
153:19 157:16
157:17 158:13
160:7 172:23
172:23 182:16
186:5 187:22
197:5 205:23
216:3,10,25
217:7 219:7
229:3 230:10
230:13,13,18
231:4,14,18,19
231:24 232:2,3
232:12 238:16
239:3,13 240:6
240:17 241:13
256:17 269:7
270:7 271:6,12
271:17 279:25
280:1 295:14

295:19 302:24
305:1 322:14
323:9 334:3,16
**humans** 101:12
101:14,18
117:14 182:13
197:3 231:9
232:17 270:6,9
270:21,24
279:24 291:22
**Huncharek**
244:11 246:2
361:8,14,25
362:15 363:23
364:3,23 365:5
365:23
**hundred** 166:25
**hurry** 292:2
**husband** 25:23
26:4,23 62:15
62:19

———————
**I**
———————
**IARC** 31:12
65:10,22 76:25
148:6 149:16
151:8 191:20
192:24 196:4
196:20 197:1
198:5,9,17
199:5 204:7
221:15 232:4
254:4,16
271:18 277:3,4
277:4 280:9,13
287:25 288:10
324:24 325:23
348:3,14
**idea** 44:12 46:4
48:8 86:16
90:23 118:8,9
125:22 126:5,7
149:25 152:20
160:18 166:5
194:2,9 220:13
243:16 246:5
256:6 273:21

283:12 289:6
300:23 301:5
306:21
**identification**
8:14 9:13
13:18 16:17
17:10 111:5
206:24 211:15
285:19
**identified** 9:17
17:23 23:12
24:13 25:24
26:25 33:2
53:20 54:1
65:10 75:3
83:25 113:11
122:11 147:24
147:25 148:1
158:16 170:20
200:6 212:8
236:9 245:13
253:6 288:2,12
309:10 332:15
338:13 362:16
**identifies** 37:14
282:17
**identify** 6:16 9:6
13:2 15:7 27:5
55:15,24 59:8
68:15 77:1
95:10 96:19
100:3 133:10
139:22,23
144:15 154:3
156:14 160:6
168:14 224:4
225:2 235:11
237:12 250:12
250:23 251:16
266:25 267:17
267:25,25
276:11 282:10
282:16 294:22
305:21 310:4
326:17 332:14
**identifying**
53:12 61:6

117:12 141:14
156:7 235:16
366:12
**ignore** 46:13
**Illinois** 1:18
372:20
**imagine** 46:14
**Imerys** 3:5 7:9
7:11 30:25
58:22 144:16
250:8 287:18
307:20 308:3
308:11,24
316:15,20
317:8,19,24
318:2,13,20
367:5 368:4
**Imerys'** 317:22
**immediate**
178:20
**immediately**
178:24
**immune** 276:21
**impact** 334:11
**imperative**
373:13
**importance**
101:1 104:10
104:23 105:6
256:14
**important** 21:1
30:5 50:10
81:4 84:25
93:22 97:20
99:12,18
100:10,15,23
103:3,6 104:9
104:19 105:3
122:14 135:15
138:18 141:18
143:18 150:19
152:3,6,11,13
152:22 159:12
167:17 168:3
169:8,21
212:23 215:10
229:16 231:15

234:6,21,25
235:20 242:13
245:8 256:4
260:23 271:6
314:21 357:24
358:2,6
**impossibility**
347:25
**impossible**
186:4 207:24
224:8 348:13
**imprecise** 283:5
**in-depth** 71:14
71:21 72:4
**inaccurate**
67:13
**incapable**
270:13,16
**include** 11:12
60:14 87:13
120:1 150:22
202:2 210:24
239:9 262:10
273:2 342:3
347:21 355:18
**included** 122:1
210:1 218:24
239:9 338:16
**includes** 86:22
87:15 151:25
198:17 256:16
274:15
**including** 11:14
29:21 62:18
71:18 215:5
219:25 251:5,9
261:6
**inclusion** 218:3
331:19
**inconsistency**
317:14,17,18
**inconsistent**
113:4 275:4
**increase** 37:10
39:18 40:15,19
158:4 171:21
172:1 199:12

219:19 237:23
274:25 369:21
**increased** 36:11
37:10,23 39:11
39:17 112:23
146:16 156:8
157:12,22,25
158:14 159:17
160:3 172:2,4
172:10 173:1,3
173:5,12,19
174:7,8 200:4
204:21 229:20
239:21 274:14
286:11 306:18
324:22 326:18
327:21 332:7
332:20 335:17
**increases** 34:18
35:4 38:17
39:20 40:13
41:4 157:18
198:22 203:22
203:25 237:22
238:3 286:22
306:24 319:18
321:1 329:25
331:5 370:11
**increasing** 169:3
**independence**
348:7
**independent**
51:18 257:8
272:7 325:24
329:9 337:18
340:4 362:16
**independently**
338:10
**INDEX** 4:1
**indicate** 227:13
240:24 247:19
254:19 299:18
307:3 317:8
327:12
**indicated** 63:3
250:25
**indicates** 113:2

160:12 180:21
226:14 260:10
305:1 306:22
**indicating** 364:2
364:22
**indicative**
179:18 238:11
**indirect** 281:15
282:11
**individual** 29:21
120:12 127:9
127:15 152:14
169:17 171:15
173:8,9 183:22
189:23 200:11
221:8 224:4
225:22 226:10
239:25 246:6
259:25 263:19
278:20 286:5
293:24 305:9
322:1,6 334:23
334:24 350:15
350:15
**individual's**
180:7 185:21
**individually**
100:21 149:7
154:8 158:25
171:12 219:21
234:4 272:8
275:8
**individuals**
25:18 78:14
85:11 115:13
121:13 131:9
159:5 218:9
228:11 239:7
241:3 244:2
256:9 286:10
305:7 320:6
342:18 349:18
353:8,12,18,20
354:2 355:19
**induce** 277:8
278:23 279:22
281:22

**induced** 279:7
**inducing** 281:14
**indus** 344:19
**industrial**
133:12 134:13
135:11 140:18
142:8 155:16
**industrial-gra...**
145:18 227:6
**industry** 31:14
124:1 245:19
340:23 341:3
344:8,19,22
345:1 350:14
350:15 352:1
362:18 365:21
366:12 368:8
**inert** 183:15
184:10 185:4
**inflammation**
61:19 126:6
127:24 128:2,9
128:13 140:14
196:7 219:25
220:1,15,18,19
220:20 221:1
221:20 227:20
268:13 276:5
**inflammatory**
128:16 168:25
189:20 190:4
190:12 191:1
191:21 192:13
220:5,23
222:23 228:1
243:18 266:2,5
266:9,11
272:14 274:9
276:19 277:9
279:2,6,10
**influence** 31:4
31:22
**influenced** 32:1
**influences** 123:7
**information**
10:12 15:15
17:18,20 23:22

26:5 30:8,12
30:21 35:18,21
37:14 39:8,10
41:11 54:4
70:13 74:3
76:15 78:2,4,8
79:23 80:14
82:15 86:18
91:1 92:8,11
103:3,4,23
104:8 106:2
118:3 121:14
122:22 123:4,9
127:15 134:13
135:13,17
138:13,17,25
141:15,18
143:5 158:24
159:3 162:6
164:14 165:23
165:24 166:20
167:13 168:3
170:10,11
180:20 185:23
191:14 194:14
197:15,18,19
198:17 205:4,9
216:12 217:6
217:15 218:11
218:12 219:10
221:1,6,12
237:11 239:9
241:6 247:2,4
247:18,19
253:1,1,3,12
253:13 260:12
260:14 284:6
293:23 304:5
314:8 318:19
323:23 329:16
331:1,24
332:23 334:11
336:15,17
337:1,4 339:12
339:25 342:2
349:16 359:23
360:3,3,20

Case 3:16-md-02738-MAS-RLS Document 9739-14 Filed 05/07/19 Page 118 of 285 PageID: 42333
Confidential - Pursuant to Protective Order

Page 398

368:7 370:3,5
**informative**
84:10 100:23
101:6 219:10
219:11 221:6
**informed** 95:18
**ingredient** 52:21
125:21 132:21
307:25 308:2
309:3 336:6
341:20 342:3
346:21
**ingredients**
44:10,15,17
125:18 127:10
144:4 168:22
309:14,18,20
322:18 324:4
336:13 337:3
339:18 341:9
344:9 346:19
347:1,5,12
348:2
**inhalation** 175:4
175:20,24
176:4 177:5,14
177:25 178:2,6
180:3 230:20
233:12 235:9
258:12 291:14
292:6
**inhaled** 264:21
**inhaling** 178:7
258:25
**inherent** 245:22
**initial** 21:15,16
55:9,11 56:24
64:16 65:25
82:1 231:8
235:6 246:13
281:22 342:3
**initially** 54:11
55:2,3 329:12
**initiate** 128:16
**initiated** 88:11
220:14
**initiates** 328:6

**initiation** 281:10
**injections** 292:8
**injury** 178:19
231:8 264:22
**input** 44:8 45:5
45:11 245:15
340:19,23
341:2
**insertions**
101:14
**inside** 105:6
296:7
**installation**
242:20
**instance** 79:5
230:9
**instances** 53:10
62:15 84:4,8
184:22
**Institute** 4:25
107:9,17 108:6
110:6,24 112:6
113:10
**instruct** 24:18
**instructing**
24:22,25
**instructions**
25:4 373:1
**insult** 225:3
281:1,8
**insults** 195:25
**intact** 229:1,2,3
**intend** 203:15
**intended** 23:22
**intending** 33:24
34:11 43:3
**intention** 130:4
**interact** 264:15
277:15
**interaction**
276:21 277:20
360:14 367:23
368:4
**interactions**
31:3,13
**interchangeably**
75:23

**interest** 349:5
349:22 350:7
351:3 352:4
353:7
**interested** 88:22
94:8 249:12
372:13
**interesting**
121:25 140:10
178:13 297:22
**interim** 231:1
**internal** 30:23
144:11 246:12
321:14
**internally** 67:9
67:16 297:10
326:7
**International**
346:10
**interpret** 230:3
**interpretation**
49:7 50:1 51:1
255:14
**interpreted**
50:11
**interpreting**
50:18 51:19
**interrupt** 359:2
359:9
**interrupting**
358:15
**interruptions**
136:24
**interval** 40:7
**intimately**
334:15
**intraperitoneal**
292:8
**introduced** 8:4
**introductory**
124:17
**invented** 115:14
**investigate**
353:3
**investigations**
239:14
**investigator**

246:6
**investment**
244:4
**involve** 24:23
154:14 214:2
258:5 295:24
**involved** 11:3
23:11 24:1
25:16 44:16
66:1 140:12
195:21 248:10
262:6 277:12
320:11 331:13
353:8
**involving** 19:9
153:20 347:1
**irrelevant**
143:23
**irritant** 166:6,11
167:2 243:17
338:9,18
**irritants** 274:9
**irritation**
127:24 128:3
140:14 167:7
168:23,24
179:19 268:11
268:12 276:19
**isolated** 228:24
**ISRTP** 31:7
**issue** 37:10
42:19 49:22
52:10,17 53:1
57:21 64:12
65:4 67:18
69:17 73:4,5
73:23 74:8
78:17 81:18
83:6 86:15
87:18 92:16
95:19 96:7
97:15 99:7,13
103:17 105:4
107:23 109:23
123:2,6,11,23
124:8 126:23
132:25 142:1,1

146:15 150:16
154:9 163:17
165:17 167:3
180:18 182:3
182:17 186:25
187:8 191:18
193:14,23
205:6 216:9
217:11 220:10
225:5 226:3
227:22 231:2
232:11 241:22
243:12,12
244:18 245:7
245:14,20
246:24 247:20
249:16 252:8
260:22 262:6
272:9,9,16,24
273:14 277:16
280:3 283:1
291:12 292:23
292:24 293:1,3
294:17,23
296:3,6 304:11
305:7 314:20
321:9 323:20
324:17,19
325:14,25
326:23 330:22
331:15 333:21
333:22 334:15
335:14 350:25
351:4,22 352:2
356:2 362:23
370:2
**issued** 24:12
109:9 110:24
113:11
**issues** 30:20
67:1,5 72:18
97:17 117:13
123:10 182:22
182:22 192:1
287:23 294:18
312:19 314:9
324:12 334:9

335:5 346:2
355:21 360:12
366:5
**issuing** 56:17
**It'll** 69:6
**Italian** 136:22
**Iturrulde** 16:6

---

**J**

**J** 3:2
**J&J** 58:21 250:8
307:21
**Jacob** 3:20 6:3
**Jane** 3:1 7:10
287:17
**jbockus@dyk...**
3:2
**Jean** 164:9
**Jersey** 1:1 6:13
**Johnson** 1:3,3
2:24,25 6:9,10
7:13,13,15,15
7:24,24 8:6,7
10:18,18,24,25
11:19,20 21:9
21:10 30:24,24
30:25,25 34:17
129:18 130:3
132:4 137:9,10
139:16,16
144:16,16,18
144:18 148:9
154:6,6,15,15
154:18 158:18
158:19 160:5,5
160:9 161:23
161:23 164:4
164:19 165:8
180:6 189:17
200:3 251:6,6
251:24,24
253:10,10,14
253:14 268:22
274:23 287:10
287:10 308:12
308:12,19,21
308:22 309:4,5

316:16,16,21
316:21 317:6,6
317:9,9,20,20
317:21 318:3,4
318:9 327:24
327:25,25
337:3,4 368:4
368:5
**Johnson's** 8:11
19:9 34:12,18
40:12 80:4
117:2,24 124:7
126:13 129:18
129:20 130:3
132:4 133:21
136:1 141:1
143:3 144:6
148:9 153:23
154:11,18
155:17 157:4
160:9,23
161:13 163:20
164:4,18,19
165:8 167:19
169:10 170:8
173:20 176:4
176:23 180:5,6
188:11 189:18
198:1 200:3
248:1,5 249:11
249:14,22
250:14 251:16
252:11,15
255:24 256:20
258:4 260:2
261:7 262:22
263:20 274:24
308:19 317:21
318:10
**joined** 19:4
**Journal** 27:11
346:11
**journals** 27:12
346:10
**judge** 87:13
247:2
**judgment** 39:5

77:23 84:12,14
84:24,24 86:16
99:7 105:13
156:24 217:25
320:7
**judgments**
86:23,24 88:17
**June** 20:12
111:19

---

**K**

**Kansas** 1:20
372:22
**KATIE** 3:18
**keep** 18:9 55:4
80:5,24 81:8
286:16 358:18
358:24
**key** 56:21 57:2
97:16 169:2
355:20 370:4
**Kimberly** 2:21
7:14 8:5
**kimberly.bra...**
2:22
**kind** 30:13
76:13 81:8
82:9 83:10
114:16 160:17
160:21 194:18
213:12 287:12
293:21
**kinds** 36:16,22
43:16 57:8,14
58:15 92:25
98:15 101:20
175:15 185:24
187:20 209:18
231:8 271:10
305:6 323:16
**KIRKLAND**
2:21
**Klaassen** 357:1
**Klimisch** 206:1
207:11
**knew** 57:18,19
57:20 361:7

**know** 19:23 29:7
34:4 37:17,24
40:9 46:1 51:9
55:16 56:3,6
57:7,19 58:7
59:2 60:5
63:10,16,22
68:12 69:3
70:7 81:1
82:23 85:6,7
85:13 89:20
91:9 92:15
98:25 104:13
105:9 107:18
109:12 110:16
119:3,12
120:23 121:9
122:15,16
130:11 134:17
136:11,17
139:18 140:5,8
143:21 145:2
146:24 150:25
155:8 168:10
168:11 169:13
182:7 183:23
189:23,25
190:3,15 192:3
194:15 196:9
204:25 205:20
206:3 216:6
222:2 225:6,10
225:11,14
229:13 237:9
242:2 243:7
245:22 247:3
247:10 250:19
252:18 257:18
259:18 263:7
263:22 270:15
274:19 277:22
278:21 279:4
279:15,21
287:18 289:21
289:25 292:15
293:19 300:24
301:13 303:4

304:13,20
306:25 307:7
308:7,17,25
309:1,2 312:17
315:5 317:3,16
320:15,19
328:17,17
330:23,24
332:12 339:15
339:19 344:11
344:13,14,14
344:16,25
346:7 352:22
353:1,2,18
354:12,14,22
354:25 355:5
355:10 356:23
357:1,1 369:7
**knowing** 144:21
194:20 297:24
314:3 328:11
**knowledge** 34:5
293:11 316:14
355:11
**known** 29:24
31:2 56:25
128:1 170:23
178:15 184:5
185:4 194:17
196:1 197:24
246:11 256:17
269:6 271:17
272:18 273:12
279:25 285:16
370:10
**Krewski** 117:18
**Kunz** 68:19

---

**L**

**lab** 310:23
**label** 47:3
**labeled** 166:11
**labeling** 44:9
51:8 52:16
**laboratory**
181:22 182:20
**laid** 40:22 59:10

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 120 of 285 PageID: 42335
Confidential - Pursuant to Protective Order

Page 400

87:11 113:21
154:7 158:25
164:23 216:12
333:15
**landing** 181:12
**language** 28:4
45:18,19 46:21
47:2,20 48:2
48:16 49:7
50:18 52:10
110:16 315:24
316:5 333:24
339:20
**large** 44:19
53:22 61:23
128:17,21
129:11 130:4
178:5,7,21
243:9,12
**large-dose** 243:3
**larger** 21:25
22:7 68:23
125:8,25
128:13 129:1
**late** 9:3 317:10
**Laura** 1:12 4:13
4:14,16 6:14
7:20 14:15
372:5 374:12
**law** 39:19
**lawful** 7:21
**lawyer** 352:12
352:15
**LAWYER'S**
376:1
**lawyers** 350:20
351:18
**lay** 66:22 77:16
77:24 79:19
98:3 134:19
135:9 138:25
153:2 158:20
215:2
**layer** 229:24
**laying** 151:11
332:22
**lays** 76:12 92:5

**lead** 97:2 191:23
195:19 220:15
221:22 227:19
228:23 267:1
268:23 273:24
279:5 283:14
296:22 312:23
**leader** 107:12
**leading** 107:19
107:20 222:24
281:14
**leads** 129:12
220:6 313:9
**leave** 366:13
**led** 215:11
329:24
**legal** 24:16
**length** 265:17
**lesions** 222:25
230:24 240:14
**lesser** 324:19
**let's** 14:4 16:21
20:10 21:5
63:7,24 70:23
102:18 110:21
128:7 151:20
180:3 184:18
188:16 189:11
235:8 321:16
327:2 333:13
352:19 359:20
362:21 363:8
**letter** 27:13,17
361:23 362:1
363:18,20,21
363:23
**letters** 27:8
**level** 37:20
39:17 117:15
121:8 132:2
145:20,22
159:17 198:4
213:15 214:2
216:7 217:19
226:19,20
227:8 228:16
229:18 258:21

258:21 266:4
282:10 286:9
306:25 311:13
338:18 348:1
348:13,15
**levels** 161:11
166:22 168:15
175:11 176:12
176:21 228:21
229:4 251:8
256:7 267:16
310:14 311:16
311:18 312:18
312:21,22
**LEVIN** 2:12
**LHG** 1:5
**liabilities** 73:9
**liability** 1:5
351:18
**libraries** 26:12
**library** 26:10,11
62:22 63:1
**lies** 360:15
**life** 187:5 200:16
228:12 302:2
303:19,20
**lifetime** 185:17
185:20 187:17
200:10 263:21
**Lily** 164:9
**limit** 170:15
228:5 241:22
310:15,24
311:9
**limitations**
79:16 239:13
241:5 347:11
347:17
**limited** 169:7
283:12 312:24
358:17
**limiting** 264:11
**line** 359:10
375:3 376:3
**lingering** 183:9
**link** 61:19 99:17
109:17 110:12

110:12 285:3
318:7,9
**linked** 42:12
167:2 227:20
228:1 238:6
254:16 277:7
285:17 338:17
**linking** 57:4
58:20
**lipsticks** 161:17
**list** 22:1,6,8
55:10,13 59:13
59:25 60:1,15
60:20 61:2
63:6,12,13,17
63:21 64:1,2,7
64:11 68:23
83:3 108:16,21
108:22 109:2,4
118:19 120:15
122:6,7,9,18
211:9 212:1
241:15 250:13
263:14,14
**listed** 55:10
59:13 63:5
108:15,17
111:1 197:8
211:24 310:17
310:18 347:5
354:23
**listened** 32:21
**literally** 346:4
**literature** 25:22
57:16 61:14
62:3,18 68:24
71:15 77:25
78:11 79:2,7
79:10 82:25
85:5 90:24
97:8 103:10
121:23 125:2
126:21 128:22
128:24 132:18
132:20 133:1
133:15 134:20
134:22 135:6

139:3 147:13
148:3,8,14,22
149:12,14,15
150:22 151:13
151:16 152:18
152:21,23
153:8 154:2
170:3 180:25
182:8 187:14
199:19 200:8
200:18 206:23
209:25 223:4
236:9 248:25
249:2,21
266:15 273:8
273:11 281:3,5
282:17 285:13
286:23 297:9
299:12 311:3
312:11 314:5
321:13,17,23
**litigation** 1:5,21
3:20 6:4 10:17
12:7 19:9 29:4
131:9 218:20
246:1,4,22
248:10,13,14
248:18 249:7
261:20 320:12
320:20 324:1
331:13,22
346:17,17,18
346:21 347:1
351:1
**litigations** 29:9
**little** 31:11
38:10 39:16
42:18 44:19
45:23 53:5
61:1,25 67:4
81:18 84:5
95:4,24 96:6
97:3,6,20 99:2
120:3,9 121:2
193:24,24
201:5 203:20
210:20 211:3

Confidential - Pursuant to Protective Order

245:13 335:21
338:1 339:7
365:9
**liver** 233:25
**lives** 345:2
**living** 81:9 294:3
**LLC** 3:15,15 7:6
7:7
**LLP** 2:8,21 3:7
3:12
**Loansome** 26:9
**local** 26:10
**locally** 242:16
**Locke** 3:7 4:7
7:3,3 111:14
111:21 319:1,4
319:5 322:9
323:1 325:15
326:21 329:7
329:19 330:12
333:1 336:4
337:11 340:24
343:10 351:14
352:6 354:4
356:19 357:10
358:11,16,20
359:3,11
364:14,20
368:19
**long** 18:18 179:4
304:23 343:24
358:20 369:7
**long-term** 72:20
178:19
**longer** 95:6
220:21 303:2
305:11 359:4,7
**Longo** 163:19
177:15 249:3
259:17
**Longo's** 162:7
247:24 248:18
248:22
**look** 19:22 21:13
22:3 27:19
29:23 31:2
36:22 49:12

51:11 52:1,3
53:24 56:18
60:4,6 62:9,10
68:20,25 72:16
75:15 78:25
79:13 82:24
83:11 84:15
85:11 91:1
92:3,4,10,16
92:25 96:22
97:23 98:10
105:1,25 106:5
109:19 110:17
110:19 117:4
118:18 119:7
119:10 130:16
133:14 134:1
143:10 145:2
146:7 150:17
153:18 155:25
159:10,12,14
159:24 160:8
160:16 162:7
162:16 166:24
170:22 172:21
174:20 177:6
182:3,17
183:21 189:22
195:11 202:15
208:6,13
210:11 221:5
225:3,4 229:4
232:5,11 234:3
237:19,20
239:12,15
240:6,10,13,23
241:7,12,15
245:20 246:25
247:7 248:20
249:13 252:1
254:18,24
256:13 259:19
263:9 267:23
274:6,19
275:21 276:17
277:14 278:5
280:5,11,11

281:19 282:23
284:10 288:5,6
288:10,21
291:14 292:2,7
293:3,6 295:17
315:14 317:13
317:15 318:15
320:6 323:2
324:25 326:23
327:5,11
334:10 338:20
361:16 364:5
364:10 367:5,7
368:14
**looked** 15:4,8,18
15:20 16:5,6,9
17:3 52:15,16
69:25 70:19
73:3,5 98:1
109:11 123:21
142:9 159:20
161:1 163:11
163:16,22
165:17 173:11
175:13 179:20
185:22 187:8
192:21 217:8
224:14 238:7
238:24,25
239:1 256:25
271:23 278:19
285:1 304:4
319:9 333:8
336:25,25
338:10 348:17
**looking** 19:7
31:21 32:18
36:4 37:15
40:5,6 48:7
49:21 52:11,20
53:19,21 54:21
55:13 61:15,21
64:18 68:13
74:7 76:8 78:6
80:21 81:22
83:16 86:7,16
88:1,9 93:2

112:9,11
115:18 117:2
117:11 119:4
119:17 123:13
131:5 132:17
138:12 141:11
142:6 145:9
152:2 153:5
162:12 169:14
170:18 171:13
194:16,17
195:21 207:21
218:13 225:6
225:12 226:2
231:1 239:18
240:3,4 257:2
258:15,17
262:7 272:25
273:17 277:17
293:1 294:20
302:18 315:21
320:8 324:19
325:25 326:1
327:4 330:22
331:15 336:14
352:2
**looks** 41:17,18
41:19 197:14
197:14
**Loretz** 365:15
365:22
**Los** 2:23
**lot** 27:10 44:19
61:10 79:1
170:12 182:6
229:12 271:14
315:8 346:1,2
350:19
**lots** 62:9 267:4
**Louis** 1:15 3:14
6:9 19:19
20:21
**love** 230:25,25
**low** 145:22
235:10 256:7
258:20 319:11
**lower** 68:6 69:15

73:15 183:16
229:8 295:4
328:2
**lung** 125:5
178:20 179:19
231:3,8 254:22
264:22,23
291:15
**lungs** 178:19

**M**

**M** 3:12 4:13,15
4:16
**ma'am** 312:14
**macrophage**
125:7
**macrophages**
150:17
**magnitude**
293:7
**main** 97:12
**maintain** 319:11
**maintained**
59:25 62:16
**majority** 74:2
141:22 142:23
160:13 184:9
**makeup** 355:18
**making** 37:1
44:17 74:5
173:2 243:14
245:24 253:7
261:15 317:11
318:2 338:24
**male** 103:12
**manner** 231:24
232:17 265:25
**manual** 76:10
**manufactured**
137:9 139:15
154:5,15
158:18 160:5
164:19 165:9
316:15
**manufacturer**
309:5 331:16
**manufacturer's**

Confidential - Pursuant to Protective Order

329:21
**manufacturers**
  144:12 359:24
  360:4,7,19
**mark** 8:17 13:5
  13:13,15 14:1
  14:4,13,21
  16:22 17:12
  111:8 211:17
**marked** 8:13
  13:18 14:10,18
  14:24 16:16
  17:9 20:4
  22:21 23:9
  25:19 28:1
  53:6 90:8
  93:15 95:11
  111:4,12
  155:13 201:10
  206:15 209:23
  211:14,20
  266:21
**market** 2:18
  43:16 154:12
  160:17 161:4,9
  308:13 326:8
  329:16
**marketed** 43:14
**marketing** 1:4
  6:10 322:17
  324:4
**markets** 324:9
**marking** 14:6
**markings** 13:23
  16:24
**match** 231:9
**material** 61:10
  82:19 175:14
  208:9 263:14
  307:21
**materials** 9:17
  20:24 21:19
  45:6 57:25
  68:14,22 82:20
  83:23 108:18
  122:6,10,11
  175:15 208:3

211:25 212:10
  263:8,10 321:7
  333:8 342:4
**Mattenklott**
  250:3
**matter** 21:14
  60:8 186:1
  235:9
**Matthew** 261:7
**MDL** 1:4 8:10
  11:8,21 13:8
  14:23 22:19,20
  23:1,7 24:3,12
  29:4,10,17
  31:21 32:21
  33:4,10,20,24
  34:1,8,12 35:1
  58:1 61:7,9,15
  65:14 66:11
  74:14,21 75:1
  82:18 83:1
  85:15,24 87:6
  89:7,18 91:23
  113:11 115:17
  116:24 117:23
  118:15 139:12
  157:2 160:3
  188:15 198:3
  203:15 214:13
  216:23 236:3
  255:25 261:12
  262:4 267:8,22
  268:9,21 269:3
  269:8 285:3
  288:2 335:7
**Meadows** 2:3
  6:18,18 13:12
  18:16 23:14
  24:4,15,25
  28:21 32:3
  38:19 39:22
  40:17 51:2
  56:7 58:6 86:2
  93:17 94:10,13
  106:12 131:17
  132:5 134:15
  136:3 139:17

143:7 144:9,24
  154:21 155:18
  166:14 173:22
  174:9 179:12
  180:17 183:8
  192:18 221:4
  222:10 234:12
  252:17 260:4
  298:21 303:14
  304:16 306:9
  307:13,23
  308:6,15
  309:16 310:8
  312:5,9 315:4
  316:22 322:20
  325:3,21 327:7
  329:11 330:2
  332:9 334:20
  337:9 342:23
  350:21 351:19
  356:12,24
  358:10,14,19
  358:25 359:8
  368:21
**mean** 11:8 13:9
  21:19 28:7,12
  28:13 38:5,6
  39:24 41:13
  53:14 56:3
  58:11 70:17
  72:4 83:23
  85:10 89:21
  105:10 109:25
  116:2,12,22
  120:18 124:22
  127:7 131:19
  131:23 135:16
  137:17 152:17
  154:25 181:21
  183:18 189:4,5
  196:23 197:9
  216:5 232:4
  236:21,22
  247:13 254:24
  263:13 275:5
  281:9 294:15
  301:18 320:5

325:5 330:6
  331:4 346:18
  347:7,22 350:4
  353:25 360:6
  361:23
**meaning** 47:24
  189:9 264:13
**means** 50:19
  99:1 118:20
  127:3 310:23
**meant** 35:8
  140:6
**measurement**
  177:16
**meat** 30:2
**mechanism**
  88:11 140:12
  179:8,10
  188:11,25
  189:9,16,24
  191:19,22
  192:4,14 193:1
  193:5,16,19
  194:3,6 195:13
  195:17 196:6
  196:13 219:24
  221:10,20
  223:1 227:18
  228:3 229:15
  268:10,12
  272:20 276:4
  277:7,17 278:2
  278:6,12
  281:16 282:12
  289:3 293:5
  314:21 370:7
**mechanisms**
  146:20 189:13
  191:11,13
  228:5 274:7
  275:23 281:22
**mechanistic**
  195:22 217:1,5
**medical** 26:10
  27:12 62:2
  147:13 157:24
  266:15 321:12

321:17,22
  359:16
**medicine** 26:11
  27:11 353:24
  354:16,19
**meet** 114:23
**meeting** 12:8,9
  18:14,17,19,24
  19:1 343:16
  344:17,20
  345:7
**meetings** 31:7
  344:2,6,8
**member** 344:22
**members**
  353:19 354:11
  356:8
**memory** 12:16
  362:5 367:21
**mention** 90:3
  119:20,21
  147:5 168:9
  340:8,9,13
  347:10,14
**mentioned**
  18:12,23 31:19
  33:19 35:3
  118:21 121:21
  148:13 163:4,5
  209:12 264:2
  282:22 314:6
  327:3
**mesh** 129:7,7
  130:13
**mesothelial**
  233:20
**messed** 339:5
**met** 18:13
  287:17 319:7
**Meta-Analysis**
  4:19
**metal** 264:7
  310:11 311:3
  311:14 312:17
  312:21,22
  313:3
**metals** 146:14

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 123 of 285 PageID: 42338
Confidential - Pursuant to Protective Order

Page 403

264:1 267:1,18
268:1,6,8
269:5 272:3,7
272:10 273:3,9
274:22 275:7
276:10 278:14
288:1 289:2
293:19 309:19
310:3 311:3,24
**methodologic...**
155:12
**methodology**
75:16,19 76:4
90:21 114:24
116:23 117:1
117:22 173:16
**methods** 214:22
214:24 236:8
**METHVIN** 2:2
**Michelle** 2:8
6:20
**microenviron...**
228:25
**microns** 124:25
124:25 125:1
**microphone**
339:6
**middle** 316:13
**migrate** 64:24
68:6 69:14
70:5,22 72:11
73:15 182:10
185:5 283:13
**migrated** 300:14
**migrates** 181:19
183:5 186:16
301:14
**migrating**
185:11
**migration** 66:5
67:9,15 69:10
69:17,21,24,25
71:2,10,17
73:24 74:6
81:2 95:19
97:12,15 100:6
182:13 184:3

215:7 216:9
295:22 299:22
300:1,9 335:14
356:2
**migratory** 71:24
**MILES** 2:3
**miller** 178:1
**milling** 132:24
**million** 158:5,5
**millions** 53:22
53:22
**Millman** 250:5
**mind** 14:1 38:8
**mine** 130:24
136:22,23,23
142:8 145:6
357:9
**mined** 131:14
135:22 142:15
**miner** 175:8
178:1
**mineral** 253:20
254:2
**minerals** 250:10
309:10 311:23
**mines** 136:25
142:16 150:1
**minimize**
202:20
**minimum** 303:5
303:6
**mining** 132:24
135:11 175:16
**minute** 208:14
219:24 364:9
**minutes** 288:9
299:6 356:14
**misheard**
298:13
**missed** 137:19
316:3
**missing** 200:7
297:19
**Missouri** 1:15
1:19 3:14 6:9
372:20
**misstates** 86:1

163:3 186:12
296:18
**mistake** 69:8
**mistaken** 108:24
**MITCHELL**
2:12
**mixes** 308:22
**mixture** 125:18
146:12,17
151:25 152:2,5
152:8 153:7
167:9 168:21
169:15,16
225:7 226:3,9
256:2,15,16
257:3,10
272:23 277:11
277:21
**mixtures** 292:24
**mode** 278:5,5
289:8 292:25
370:5,10
**model** 182:12
**modified** 65:20
**molecular**
189:24
**moment** 12:19
74:13 99:20
242:8
**Monday** 9:4
12:8,11 18:13
18:15,17
**money** 349:22
350:19 351:17
351:25
**monitor** 235:17
**monkey** 182:23
**monkeys** 182:21
182:23
**monograph**
288:17,18
**monographs**
149:17
**Montgomery**
2:6
**month** 11:1,10
11:18 300:2,25

301:2,2 303:13
303:16,19,20
303:21,25
304:15 305:2
305:14
**months** 301:3,18
**Moon** 250:3
**morning** 8:3
306:21 327:22
**morphology**
147:24 149:6
**motion** 180:10
**mouse** 292:1
**move** 70:10
73:10 125:6
180:9 183:15
265:4,10,12
**moved** 112:14
**movement** 71:5
73:6 74:8
103:14 105:4
183:20,25
184:10
**moving** 358:18
358:24
**mparfitt@ash...**
2:9
**multiple** 27:4
169:24 256:2
275:21,22
301:23
**multiply** 292:15
**Muscat** 244:11
246:2 361:8,14
361:25 362:15
363:24 364:3
364:23 365:4
365:24

**N**

**N** 2:1
**N.W** 3:8
**name** 6:3 8:5
16:14 19:17
80:25 119:3
126:18 206:5
206:11 263:3

287:17 319:9
327:23 344:14
**name's** 319:5
**names** 149:12
289:22 349:17
**narrow** 11:6
28:18 33:20
57:7
**narrower** 61:25
**Nate** 164:9
**nation's** 107:12
**National** 4:24
26:11 107:9,16
108:6 110:5,24
112:6 113:9
**natural** 223:7
225:15 228:14
**naturally**
310:12 311:5
**nature** 48:19
55:22 133:12
212:19 258:18
266:6
**NCI** 110:4
113:16
**NCRA** 372:18
**near** 348:14,15
**necessarily**
21:22 116:18
197:9 214:2,6
225:25 227:23
231:25 265:24
268:16 269:20
276:5
**necessary** 47:5
47:16,25 48:19
49:8 50:2,19
51:19 52:19
286:4 373:4
**need** 9:12 39:18
39:23 45:17
52:17 62:3
105:25 110:19
119:10 146:6
151:12 206:4
213:9 221:1
229:22 231:13

233:3 244:9
247:17 274:19
276:16 278:1
280:4 292:12
306:5 347:8
355:23 359:5,6
361:16 362:4,5
364:4,6 365:16
366:16,19,20
366:23 368:13
**needed** 48:15
213:16
**needing** 264:17
**needs** 52:12
94:17 167:11
264:8 328:3
352:4
**negative** 42:3
**negatives** 79:18
**neither** 372:11
372:12
**neuronal** 233:24
**never** 43:21 52:8
58:8 205:20
246:11 255:16
293:12
**new** 1:1 6:13
27:10 33:5,10
54:15,15,18
55:16 61:15,23
62:4 78:23
135:23,25
140:24 211:9
211:24
**news** 122:19,21
123:11
**newspaper**
124:3
**Newton** 16:7
**nice** 101:16
168:10
**Nicholson**
365:19
**nickel** 267:2
268:2 276:16
276:18,20,22
278:11 279:5

291:6 293:15
312:4 313:10
**night** 16:7 18:24
**NIH** 26:11
**nine** 183:24
**noise** 365:9
**non** 294:13
**non-asbestifor...**
147:15 148:25
149:18 151:7
193:3
**noncancer**
294:16,24
**nondirect** 281:8
**nongeno** 294:15
**nongenotoxic**
280:20,25
281:21,24
282:9 294:13
**Nonhuman**
206:25
**nonlitigation**
213:25 218:19
**nontremolite**
149:23
**normal** 222:3
279:20
**normally** 220:8
**North** 1:14
**Notary** 372:22
374:19
**notation** 317:12
**notations** 16:25
**note** 82:24
218:10
**noted** 373:10
374:7
**notes** 80:16 81:8
376:1
**notice** 4:11 9:9
9:16 17:17
141:24 173:4
290:25
**November** 4:17
14:22 22:20
**NRC** 76:11
**NTP** 31:8 57:6

88:3,24 142:4
222:19 230:25
240:16
**number** 9:8 14:7
14:11,14,18,20
14:25 15:7
16:23 17:14
20:4 96:22
111:9 112:6
122:19 126:20
133:5,8 142:16
158:2 172:3
174:7,11
185:13 189:12
211:18,21
241:2 258:15
302:5,7,21
303:3,5,7
304:1,2 347:4
347:8 348:16
354:11
**numbers** 22:6
58:25 100:17
177:20,21
348:9
**numerical** 86:11
87:3,10 89:3
101:2 103:24
105:14,19
106:10 107:6
114:18 115:9
134:4 141:7
160:22 219:4
315:18
**Nurses'** 312:15

———————

**O**

**O** 3:19
**object** 28:9
183:10 369:23
**objection** 23:14
24:15 28:21
32:3 33:8
38:19 39:22
40:17 45:1
48:22 49:10
50:5 51:2,3,23

58:6 72:2
73:17 75:5
85:25 86:2
87:8 89:19
90:12 91:24
93:17 94:10,14
96:9 99:5
105:23 106:12
106:13 107:14
113:19 118:16
121:3 126:25
130:6 131:17
132:5 133:25
134:15 136:3
137:11 139:17
141:2 143:7,8
144:9,24,25
145:23 154:20
154:21 155:18
157:7 159:7
160:10 162:1
163:2 164:11
165:11 166:13
171:5 173:22
174:9 176:5
179:12 180:16
184:24 186:11
187:18 190:14
192:18 195:6
196:8 198:8
214:17,18
221:4 222:10
233:6 234:11
234:12 238:14
239:22 241:19
252:16,17
255:10 259:10
259:13 260:4,5
261:10 262:24
270:14 278:16
279:14 282:3
283:24 284:18
291:9 292:20
296:4,17 298:6
298:21,22
300:3 303:8,14
304:16 306:9

307:13,23
308:6,15,16
309:15,16
310:8 312:5,9
315:4 316:22
321:20 322:20
325:3,21 327:7
329:11 330:2
332:9 334:20
337:9,10
340:21 342:23
342:24 350:21
350:22 351:19
351:20 353:22
356:12,24
**objections** 18:2
**observations**
184:8 226:22
270:19
**observe** 230:24
**observed** 222:5
227:24
**observing** 222:6
242:22
**obviously** 28:24
41:21 57:16
83:4 93:6
122:15 135:13
153:17 196:19
219:12,17
229:24 239:12
314:16
**occasional**
218:25 283:2
**occupation**
175:7
**occupational**
174:21,25
175:2,10,19
176:13,22
177:22 178:11
**occupationally**
132:23
**occur** 71:10
175:25 179:1
184:5 194:23
194:25 295:3

303:24 311:7
342:11
**occurring** 226:7
310:12 311:5
**occurs** 131:13
186:10 253:21
299:19,22
300:1
**October** 4:13
14:8 19:14
21:4
**offer** 34:11 43:3
203:15
**offered** 33:6
34:24 60:12
262:18 320:16
**offering** 33:3
60:3 157:2
268:21 269:3
**office** 53:17
56:13
**official** 14:2
**offset** 292:17
**oh** 60:9 69:9
267:10 269:9
313:14 348:23
355:22 361:20
**okay** 8:22 9:5
10:5,22 11:9
12:19 14:1
18:12,23 19:7
20:18 22:12,17
23:6,11 25:9
26:3,22 27:20
27:24 29:16
32:15 33:12
39:15 43:2,7
44:4 46:16
53:4 55:4 56:7
60:19 61:5
62:13 63:2,14
64:15,18 65:13
66:9 68:9 69:2
69:20 74:23
75:15 76:2
77:12 78:21
80:1 84:4

85:19 89:13
91:12,17 94:9
95:10,16,23
96:18 100:2
107:22 109:1,8
110:22 113:15
114:25 115:10
115:15,15,23
116:23 118:12
119:4,24
121:20 122:4
124:3,11,13,19
126:11,19
127:14 128:4
131:11 133:4
133:18 137:22
140:4 142:25
145:16 146:2
146:25 147:11
147:19 151:14
152:1,10
153:25 156:21
158:12 161:10
162:21 164:7
165:7 166:2,14
170:4 173:15
174:14 175:1
180:2,17
181:10,17
182:4 186:6
187:12 188:1
189:11 190:23
192:11 193:22
194:1 196:19
197:7 200:19
201:16 203:16
206:7 207:16
208:8 210:5,18
211:6 212:3,15
215:15 217:17
218:21 219:23
221:24 227:12
232:18 234:20
235:6 236:1,6
242:7 243:23
250:17 259:21
260:25 263:12

264:18 265:15
266:24 267:14
267:21 269:4
269:10,10,15
270:10 271:24
274:17 276:24
277:10,25
280:17 281:23
284:12,25
285:24 286:8
286:14 288:7
288:22 289:25
290:2,2,5
306:13 308:2
318:11 324:2
329:8,20 340:2
341:15,18
345:14 351:15
352:19 359:3
362:4 365:8
367:18
**old** 18:8
**older** 15:17
111:2
**OLVEY** 2:21
**omission** 98:25
121:1
**omitted** 96:16
98:8,10,19
**once** 43:15 60:1
67:3 187:3
261:20 290:23
300:1,1 301:2
**oncologist** 358:4
359:13,15
**one-expert**
348:12
**one-to-one**
271:4
**ones** 16:2 26:21
53:25 70:13,18
76:19 81:3
101:5,6 119:23
122:12 123:21
138:19 148:6
170:24 229:17
234:16 254:2

268:9 362:17
**online** 26:12
**open** 344:2,4
**opening** 296:23
**operate** 278:11
278:13
**operating**
272:14
**Ophthalmology**
355:8
**opine** 31:20
33:24
**opined** 33:22
257:2,5,7
**opinion** 34:12
34:17 35:1
37:1,22,22
39:19 41:1
43:3 66:22
70:3 86:19
95:8,21 125:13
125:15 128:6
128:10 144:6
145:25 146:3
147:19 149:1
151:19,22,23
160:2 164:2
166:17,18
167:10 175:23
176:1,7 181:14
182:11 183:6
184:11,15,17
184:21 185:1,6
185:7 186:6,22
186:24 188:24
189:15 190:9
190:16 191:4,6
191:14,20
193:8,12 196:4
197:25 198:14
199:3 200:1,5
203:9,9,12,13
203:14,17,19
204:15 208:22
212:9 213:14
216:10 219:9
236:17 237:2

239:17 244:6
256:22 257:12
259:22 260:7,8
260:21 261:3
262:4 265:11
265:13 268:21
269:2 274:11
277:10 280:24
285:2,14 286:3
286:7,8,12,22
298:2,17
299:15,16,25
300:5 303:10
303:23 304:1
304:22 306:7
306:17,19,22
307:1 316:7
318:4 319:15
319:17 321:1
321:19 324:21
329:24,25
332:4,6 333:21
338:7,12 339:1
339:10,13
346:19 353:16
354:1,9 355:12
355:16 356:10
358:8
**opinions** 10:24
21:22 22:10
28:3 29:19
30:13 32:6,18
32:23 33:3,6
33:10 34:2
53:13 60:3,12
61:7 66:16
75:1,17 76:5
80:2 81:11,24
82:14 85:17,17
85:24 89:6,17
109:22 110:2
116:13 125:16
151:17 157:1
174:11 191:16
192:7,8 215:12
216:21,23
226:17,21

237:5 244:10
262:18 306:4
307:8,20
314:14 320:21
320:22 322:14
323:9,24
330:19 333:15
335:10,15
337:18,21,25
339:4 355:17
**opportunity**
297:10 298:25
299:4,10,11
**opposed** 54:10
134:13 140:24
205:22 255:5
266:10
**oral** 4:11 9:9
**oranges** 120:8
**order** 1:9 14:5
26:6 30:10
36:25 38:14
39:18 48:13
52:1 82:20,22
82:24 92:23
106:17 114:22
202:20 221:2
231:3 232:25
264:6 282:5
326:16 365:17
**ordered** 62:23
**ore** 130:24
**organism**
294:10
**organisms** 294:3
**organization**
353:15 354:10
**organizations**
349:24
**organize** 196:14
**organs** 117:13
146:19 235:18
**original** 20:23
21:2 22:4
29:12 32:7,9
54:22 68:14,18
68:23 74:19

83:1,2 314:15
373:14
**originally** 19:15
**outcome** 35:5,19
38:18 39:21
40:13 244:5
**outline** 80:22
90:9 188:14
**outlines** 126:8
**outside** 105:5
116:18 117:1
141:24 228:15
286:23 295:25
296:6
**ovarian** 4:20,23
34:13,19 37:4
40:14 57:1,21
61:18,20 80:4
108:8 109:18
110:7,13,25
111:2 112:8,24
119:6 124:6
125:10,12
127:21,23
151:21 156:11
157:6 160:4
165:10 169:3
173:21 176:2
179:10,23
180:25 181:11
188:13 189:1
189:18 190:12
191:1,23 192:5
192:17 193:4
193:17 196:2,7
196:22 198:3
198:22 200:5
202:12,18
203:6 204:16
207:22 208:23
220:1 221:25
222:9 236:19
237:4,15
238:10,12
239:19 241:23
256:23 258:1,3
269:1 272:2,24

273:6,10,13,15
274:13,14,25
275:6,16
282:19 285:4
286:4,18,23
288:20,24
289:13 291:12
291:18 306:18
306:24 312:8
319:18 321:2
322:5 324:6,12
325:1,17
326:24 327:6
330:1 331:5
332:7 335:17
369:22 370:14
**ovaries** 64:25
180:7,12,14
181:2,20
182:14 183:5
183:17 184:14
184:23 185:21
186:9,20
187:16 243:1
305:22
**ovary** 101:19
181:8 288:3,13
298:5,20
**overall** 54:6
71:17 73:21
81:4 85:9
120:10,15
123:2 125:20
126:12,23
127:12,16
141:19 143:18
150:7 159:11
168:17,18
169:21 173:2
187:14 207:10
215:21 229:20
241:13 246:16
314:12 319:14
348:25 355:17
**overdose** 178:9
**overlap** 28:13
28:14 33:17

35:18
**overlapped**
11:25
**overlaps** 350:24
**overview** 30:6
**overwhelming**
154:12
**overwritten**
80:21
**owns** 44:19
**oxidative** 227:13
228:2,6 277:8
278:23 279:2,6

---

**P**

**P** 2:1,1 3:19
**P.A** 2:12
**P.C** 2:3,16
**p.m** 188:4,5,7
200:22,23,25
287:4,5,7
364:16,17,19
368:25 369:1,3
370:25 371:3
**page** 4:2,10 53:8
53:9 64:3,20
65:15 100:3
112:10 147:9
183:12 206:21
206:22 212:16
236:4 242:9
267:13 280:19
289:17,23,24
313:14,17
316:12 318:16
336:19,20
337:14 367:7,8
375:3 376:3
**pages** 374:5
**paid** 244:3
350:13,19
362:17
**panel** 95:17 96:1
96:21 97:13
100:4 120:24
121:11,13
342:4 348:12

348:20 355:14
355:18 356:8
357:2,22 358:7
**panel's** 121:22
**panelists** 349:5
**panels** 348:14
**Paoletti** 250:2
**PAPANTONIO**
2:12
**paper** 15:20
71:4,16 72:15
73:1 81:3,3
93:12 103:16
105:3 117:10
138:3 162:10
195:10 209:1
239:25 247:15
250:23 251:15
284:17 321:22
351:23
**papers** 15:17
80:13,13 104:2
104:7 117:18
138:3,8 149:22
182:8 215:9
246:6 314:3
322:2,6
**paragraph**
15:13,24 16:1
46:24 53:7,9
54:8 64:16,19
65:15 66:10
68:1,17 75:7
76:18 77:19
78:23 80:25
90:20 92:4
95:12,16
100:17 102:19
103:2 124:12
124:14,17
126:4 133:6
134:21 147:8
147:12 150:16
166:3 168:7
177:5 183:12
188:18,20
190:7 212:18

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 127 of 285 PageID: 42342
Confidential - Pursuant to Protective Order

Page 407

236:3,7 242:9
242:12 249:10
249:19,24
250:13 251:1
266:16,23
267:23 272:10
280:19 281:4
289:17,24
313:13,15
315:21 316:12
336:20 337:15
337:25 338:4,6
340:11 362:7
364:7 365:2,12
367:8,12,14,17
367:19
**paragraphs**
  12:15,17,25
  13:3 15:4,7,10
  15:11 22:5
  75:8 90:7
  100:13 120:18
  366:4 370:1
**parameters**
  306:4
**parentheses**
  65:9 133:10
**parenthetical**
  66:12
**Parfitt** 2:8 6:20
  6:20 28:9 33:8
  45:1 48:22
  49:10 50:5
  51:3,23 72:2
  73:17 75:5
  85:25 87:8
  89:19 90:12
  91:24 96:9
  99:5 105:23
  107:14 113:19
  118:16 121:3
  126:25 130:6
  133:25 137:11
  141:2 143:8
  144:25 145:23
  154:20 157:7
  159:7 160:10

162:1 163:2
164:11 165:11
166:13 171:5
176:5 180:16
184:24 186:11
187:18 190:14
195:6 196:8
198:8 214:17
233:6 234:11
238:14 239:22
241:19 252:16
255:10 259:10
259:13 260:5
261:10,15
262:24 270:14
278:16 279:14
282:3 283:24
284:18 291:9
292:20 296:4
296:17 298:6
298:22 300:3
303:8 308:16
309:15 321:20
337:10 340:21
342:24 350:22
351:20 353:22
369:5 370:16
**Parmley** 16:5
  102:20,22
  105:2 296:2
**part** 26:18 30:5
  30:5 40:5 49:1
  52:2,9 66:5
  67:14 76:22
  78:2 87:5 89:5
  93:9 103:4
  107:2 108:20
  109:5 115:16
  116:14 122:24
  123:6,24 124:5
  137:3,12 141:6
  152:8 153:9
  159:23 170:21
  171:7,8,9
  173:1 177:1
  188:19,19
  193:2 198:12

209:5 210:9
211:6,8 213:19
215:21 234:21
236:2 238:4
241:1 246:24
268:19 285:2
288:22,24,25
302:4 304:10
323:3 325:10
359:25 369:10
**participate**
  25:25
**particle** 69:17
  69:18 70:12
  72:12 74:8
  93:4 124:24
  125:8,11,25
  126:1,2 128:8
  128:14 150:5
  150:15
**particles** 70:1,4
  70:9,16,18,21
  71:19 95:19
  125:24 126:9
  127:20,25
  128:13,23,24
  129:1,14,22
  130:5 183:15
  183:25 184:3
  184:10 185:5
  185:10 230:23
  264:20 265:4
  265:16 283:13
  295:23
**particular** 26:7
  35:5 38:17
  39:20 40:11
  47:11 50:9
  54:7 77:14
  78:13 79:7
  87:4 89:4 96:5
  97:3,18 98:23
  102:5,24
  103:20 104:22
  120:4 125:21
  128:8 132:20
  133:23 137:7

145:6 174:7
185:1 205:16
210:8,24
217:20 218:4
220:25 226:19
226:20 228:8
244:8 245:1
252:13 264:24
274:22 275:15
300:15,16
302:5 337:25
346:1 347:22
348:24 349:2
**particularly**
  20:22 101:6
  104:19 117:2
  175:3 207:20
**particulate**
  71:17
**parties** 372:12
**partly** 116:14
**parts** 59:17
  218:4 312:7
  320:22 322:24
  336:11
**party** 366:12
**pass** 180:7
**passage** 181:6
**passed** 352:14
**patent** 15:18,22
  352:15
**pathogenesis**
  272:11
**pathway** 175:20
  175:23 194:11
  195:4
**patients** 183:20
  183:24,24,25
  184:9
**pattern** 41:10
  52:23 71:2,10
  164:3 170:22
  239:21 294:8
  301:11 305:23
  313:4 329:6
**patterns** 301:24
  305:6

**pause** 99:19
  246:10
**pay** 62:25 84:17
  253:5
**PCPC** 31:1,23
  32:2 58:24
  360:11 362:3
  363:13 364:2
  364:23 365:15
  365:23 366:17
  367:1,14,22
  368:4
**PCPC's** 122:2
  361:9
**PDF** 80:17
**PDQ** 108:7
  109:9,17 110:4
  113:10,16
**PDQ)-Health**
  4:24
**PDQs** 108:2
  111:3
**Pecan** 3:3
**peer** 116:11
  209:12 216:8
**peer-reviewed**
  83:12 87:17
  90:25 92:17
  313:25 314:5
**pending** 11:3
**Pennsylvania**
  2:18
**Pensacola** 2:14
**people** 16:13
  18:7 73:3 85:7
  85:14,16 88:7
  160:8,22
  186:20 187:2,3
  193:11 226:8
  228:9 247:7,10
  247:12 301:6
  301:25 305:20
  320:2 352:20
  353:21,23
  354:12
**people's** 195:11
**percent** 40:16

40:20 121:5
145:19 167:1
172:10 173:1,5
173:14,19
174:7,8 223:13
338:17 347:11
351:16 366:21
**percentage** 54:6
161:21 297:17
302:9 347:4
**percentages**
166:22 167:18
168:1 169:5,8
170:6 183:19
**perform** 53:10
**performance**
129:15
**performed** 55:6
55:7 181:22
207:4 245:19
268:20 331:8
**performing**
122:23
**perineal** 4:19
67:10,16
112:12,20,23
119:5 175:24
177:16 183:3
184:12,19
185:18 186:8
193:3,4 198:21
203:21,22
231:11 258:11
260:2 263:20
263:25 291:19
292:4 296:21
297:11 298:19
306:23
**perineally**
185:12 186:21
187:5 237:14
258:11,24
259:1,5 322:5
329:4
**perineum** 180:8
181:20 182:14
295:24

**period** 21:9 82:9
179:4 302:1,21
341:2,6 348:12
355:24 361:12
361:17 365:11
**periods** 57:6
368:5
**peritoneal** 4:23
180:11,13
**peritoneum**
180:23
**persist** 301:16
**person** 84:18
366:13
**personal** 3:10
7:4 31:1 49:6
50:2,22,25
51:22 319:6
353:11
**personally**
181:17 344:13
349:23 353:2
**perspective**
328:23
**PERTAINS** 1:7
**pesticides** 351:8
**petition** 359:21
361:19,21
362:11 363:2
363:10,14
364:25
**ph** 1:22
**Ph.D** 1:13 4:13
4:15,17 7:20
372:5 374:12
**phagocytosis**
180:13
**pharmaceutic...**
227:6
**phenotype**
220:3,7 221:25
222:3,9
**phenotypic**
225:23 276:12
279:12,19
**Philadelphia**
2:18

**physical** 26:18
**physician**
107:23 359:18
**piece** 78:1 84:19
85:4 119:16
120:12 155:1
168:20 172:9
173:9 176:15
205:9 245:1
248:23 250:7
252:13 284:16
302:12 332:1
339:3 370:4
**pieces** 76:20
77:17 78:13
79:7 80:5
81:12 85:23
87:4 89:4 90:5
90:11 97:8
115:25 116:10
121:23 122:21
125:2 126:20
139:24 208:25
209:25 215:3
218:14,23
304:4 314:7
**place** 83:14
102:11,12
115:3 131:21
210:22 232:23
299:4 301:22
372:9
**places** 46:23
193:13 315:9
**plaintiff** 247:2
247:16 304:5
**plaintiff's**
322:12,13
344:12,15
346:8
**plaintiffs** 2:19
6:19,21,23,25
7:2 22:15
246:21
**plaintiffs'** 4:11
350:20 351:1
351:17

**plate** 129:22
**plateaued** 238:2
**platy** 124:24
130:4,16,18
146:9 150:5,15
223:13,20,21
277:24 293:20
**plausibility** 34:4
194:7 195:2,9
195:14 268:12
289:3 314:20
370:7,13
**plausible** 189:8
191:22 194:2,4
194:6,25 195:3
196:13 221:19
227:18 229:14
277:6 369:20
**play** 117:7
125:11 127:20
146:15 169:19
255:24 268:25
**played** 246:16
**please** 6:16 25:8
27:18 249:20
373:3,8
**plenty** 252:20
**pleurodesis**
126:5 128:15
129:9
**Plunkett** 1:13
4:13,15,17
6:15 7:20 8:4
8:13,17 9:8
12:23 13:17,20
14:6,7,10,15
14:17,22 16:16
16:22 17:9,13
23:18,20 24:11
25:4,15 34:11
34:23 44:22
46:7 50:17
63:25 80:2
87:2 88:20
93:11 94:1
95:3 102:10
105:17 110:3

111:4,9,11
112:4 113:6
139:8 140:21
167:24 201:3
211:14,18,20
211:22 236:24
287:8,16 369:6
369:8 370:18
372:5 374:12
**point** 24:17 25:6
49:5 50:3,12
52:5 56:16
59:20 66:17
67:23,24 71:1
71:21 84:2
90:7 100:16
102:3,10,21
134:21,23
138:14 139:10
140:22 146:21
162:22 163:23
165:14 176:7
176:10 177:4
181:7 192:22
210:21 221:14
225:17 248:22
254:22 261:16
273:8,15
275:14 276:25
281:2 282:16
284:25 288:16
296:10 297:25
300:5 302:12
303:23 304:2
316:9 347:23
362:23 366:2
368:10
**pointed** 109:4
221:11
**pointing** 86:9
91:5 152:19
190:7 219:16
226:6 244:9
250:2 276:2
**points** 31:9
86:13,14
117:12 165:16

Confidential - Pursuant to Protective Order

Page 409

229:6 231:5
235:16 254:24
294:25 367:24
policy-type
351:11
Pooley 250:4
pools 78:8
poorly 232:7
population
159:19 228:11
populations
157:19 158:14
portion 112:1
portions 47:11
PORTIS 2:3
pose 256:7,23
268:18
posed 143:20
295:12 322:15
327:16 334:4
position 28:2,7
43:21,25 44:23
66:4,7 109:16
110:2,5,10,10
110:23 112:5
117:21 120:22
145:17 166:9
202:7 296:11
positive 42:2
positives 79:18
possession 17:22
possibility
196:21 197:20
197:24 255:23
281:13 327:18
327:19
possible 56:4,11
62:21 68:21
98:18 109:17
155:5,7 186:7
197:5,16 199:8
202:18 203:6
203:23 204:3
204:18,21
207:17 223:24
239:25 269:7
282:4 284:1,3

295:8 299:8
301:24 305:4
312:15 316:8
316:24 343:21
354:22
possibly 61:1
197:3 198:7
potencies
254:13
potency 36:15
88:15 156:15
156:18 157:9
158:3 171:23
225:4,21
254:15 256:12
256:12
potent 254:21
potential 37:16
77:6 108:7
127:25 151:20
157:5 165:8,14
166:6 167:7
168:25 178:2
189:13 202:10
208:22 238:12
241:15 245:2
263:16,25
266:14,18
272:17,19
274:23 275:11
276:11 278:1
282:19 285:3
285:19 289:9
290:21 302:15
327:14,15
332:19 350:9
potentially
207:5 217:11
270:18
powder 1:3 4:22
8:11 10:25
19:10 29:21
34:13,18 37:2
37:2 40:13
41:3 80:4
117:3,24 124:7
125:19 126:14

133:21 141:1
143:3 144:7,19
151:4 153:23
155:17 157:4
160:24 161:14
162:11 167:19
169:10 170:8
173:20 175:22
176:4,24 178:7
180:5 184:12
188:12 198:2,2
200:3 248:2,5
249:11,14,22
250:14 251:4
251:16 252:12
252:15 253:10
255:24 256:20
258:19 260:2
261:8 262:22
263:21 268:23
283:2,9 289:15
290:19 293:18
306:23 308:20
309:13 318:3
322:16 329:3
369:11,18,21
powders 129:16
130:14 150:25
154:11 161:21
162:25 164:9
175:14 198:22
251:5,7 253:2
253:4 256:15
267:5 277:22
277:23 313:9
316:15 370:15
power 42:19
218:1
practice 115:8
116:4 336:1,2
353:24 354:12
practices 1:4
6:11 114:15
precancerous
240:14
precautionary
283:17,23

precise 74:23
315:24
precursor 318:1
predicate 31:25
predominant
175:21,22
premarket
329:17
preneoplastic
222:24
prep 11:25
preparation
11:25 13:1
15:5,8 20:16
prepare 12:4
prepared 335:7
335:18 361:8
preparing 25:18
315:22
presence 163:18
222:5 227:12
258:18 261:8
273:4 275:21
294:11 295:13
305:21 309:23
309:23 312:3
present 3:17
18:14,25
188:13 252:14
259:2 264:7
369:18,19
presentation
20:25
presents 145:19
203:6
president
352:23,24
354:15 355:2,2
Presumably
80:9
pretty 27:12
66:23
prevalence
295:18
prevent 47:5
48:13 114:11
115:23 116:2

Prevention 4:24
primarily 166:3
334:19
primary 4:23
136:10
primed 274:1
principal 136:21
principle 126:8
278:7 283:17
294:1
principles 5:1
36:1 125:24
209:16 211:11
275:19 278:4
290:7 291:1,2
304:25
print 201:15
202:13
printed 17:6
111:17 201:12
202:23
printout 4:21
17:4
prior 10:8 56:17
68:2,3,10 75:9
90:4 96:25
346:7,16 372:4
privilege 23:23
54:5
privileged 23:25
probability
197:24
probable 269:6
probably 9:11
11:10,23 18:20
19:2 23:5
54:17 60:25
294:15
problem 223:3
231:10 282:5
291:17
problematic
224:18
problems
146:11
process 27:23
30:7 31:4,8,10

Confidential - Pursuant to Protective Order

31:23 32:5
35:11,14,25
36:18 37:1
38:1 43:10
45:16 57:6,8
57:22 59:7
60:7 66:1
67:14 76:25
77:16,22 78:1
78:16 79:21
83:7 92:5,7,7
93:9 98:24
104:14 105:11
105:14 113:22
115:14 116:11
118:1,5,11
121:6 122:3
131:13 132:8
138:7 153:14
189:21 190:1,5
191:2,21
192:13 213:18
213:19 218:13
220:5,20,23
222:24 266:2
279:3,6,10
281:14 292:2
324:25 325:6
325:13,23
340:3 341:20
343:6 345:21
348:25 353:6
362:14
**processed** 131:6
**processes** 38:9
274:9 276:19
277:9
**processing**
130:22 131:10
132:16
**PROCTOR**
2:12
**produce** 44:11
140:19 168:25
190:4 194:17
196:1 242:15
272:18 326:16

**produced** 10:8
10:13 14:23
17:19,24 19:8
19:14,15 20:2
20:8 22:19,25
24:2 54:18
57:24 58:1
74:25 82:17
91:21 122:7
139:11 178:21
190:3 195:23
214:13 350:10
**produces** 294:10
**product** 1:5 24:8
24:14 29:22
30:12 36:9
37:16 43:15
47:4,7 48:9,12
48:12,21 49:9
50:20 52:12,22
54:5 56:2
125:20 126:13
126:18 127:6,9
129:4 132:10
132:12,22
137:9 138:4,14
144:4 145:8
153:15,20
154:5,15
155:24 156:2
157:20 158:15
158:18 162:12
163:9,10,10
165:4 166:10
169:22,24
171:14,15,19
172:15 175:6
178:4 179:4
197:7,9 198:23
199:14 202:25
223:8 225:15
226:22 283:22
285:23 310:12
311:8,15
317:25 318:14
318:14 324:10
324:18,20

326:8 327:17
328:7,15,16,17
328:24 330:23
334:4
**production** 66:2
**products** 1:4
3:10 6:10 7:4
29:21 31:1,18
35:12 44:9,12
44:18 49:15
51:6 52:16
126:23 127:17
128:15 129:10
129:13,18,21
130:5,14
131:15 132:4
133:19 136:2,7
139:15 142:21
143:11,17
154:11,19
160:5,9 161:13
161:23 164:19
164:20,24
165:9,22 180:6
187:1 188:12
189:18 198:2
200:3 202:21
224:3 226:12
226:16 227:1
250:23 251:5
255:24 256:21
258:5,8,17,19
260:3 261:8
262:22 263:21
268:23 274:24
306:23 308:4
311:20 317:21
318:10 319:6
322:16,18
324:4 325:9
351:17 369:11
369:18,21
**Professional**
4:24
**profile** 39:13
86:21 150:24
254:7,10 283:8

283:9 319:12
**profiles** 169:20
**progress** 220:22
**project** 82:1,7
82:11
**prominent**
99:14
**promoted** 44:11
**promotion** 44:8
**pronouncing**
16:15 289:21
**proper** 83:13
311:13
**properly** 42:16
**properties**
124:21 146:18
148:7 153:5
**proposed**
343:15
**proposing** 179:9
**proposition**
69:13
**propounded**
374:6
**prospective**
79:17 239:8
**protect** 228:22
**protected** 23:23
54:4
**protective** 1:9
228:4 232:23
**prove** 282:7
**proven** 285:18
**provide** 18:3
26:5 27:3
29:19 30:6,11
44:8 51:17
87:3,10 122:9
213:20 214:21
263:17 322:14
323:4,8 331:16
331:24 335:10
369:20
**provided** 9:1
10:3 21:10,11
50:21 55:20
85:21 89:15

121:14 122:16
167:25 177:2
211:8 212:13
216:22 251:14
261:5,13
262:13,19
284:11 342:4
346:16 348:2,3
367:16
**provides** 338:23
**providing** 34:2
44:12 45:10,12
167:13 215:8
347:25
**PTI** 3:15,15 7:6
7:6
**public** 116:18
123:3,8 132:19
244:16 253:12
308:4 340:20
341:2,5,18
344:3,5,7
345:8 372:22
374:19
**publication** 76:2
77:15 116:13
116:21 117:1
210:19
**publications**
107:23 117:5
**publicly** 30:22
57:15 62:2
90:25 118:2
121:22 286:21
328:11 337:5
**published** 17:7,8
62:2,11 78:11
91:21 92:1
93:14 103:9
108:7 117:10
117:17,18
147:12 152:18
162:10 163:14
163:16 247:8
248:25 249:1,4
249:21 250:12
286:17 314:4

Golkow Litigation Services - 877.370.DEPS

Case 3:16-md-02738-MAS-RLS Document 9739-14 Filed 05/07/19 Page 131 of 285 PageID: 42346
Confidential - Pursuant to Protective Order

Page 411

321:12,17,22
**publishes**
343:11 346:11
**pull** 20:15 60:10
61:2 62:15
76:19 93:3,5
110:8 119:2,10
172:19 183:22
208:2,6,11
249:25 250:15
250:18 251:12
271:19,22
278:19 365:1
365:13,16
366:3,8
**pulled** 15:24
59:20 63:4
212:12,12
323:4
**pulling** 27:9
104:8 129:25
**pure** 142:4
222:7,16,18,20
222:21 223:21
**purely** 283:23
**purities** 139:6
**purity** 135:4
227:8 311:14
**purport** 278:13
**purportedly**
336:21
**purpose** 8:10
22:18 133:13
**purposes** 9:5
16:21 17:13
**PURSUANT** 1:9
**put** 22:5 26:13
26:16 51:7,7
58:21 62:8
78:14 80:16,25
83:13 136:17
179:4 193:11
198:24 218:10
224:10 231:22
246:6 247:11
271:7 281:7
307:5 347:11

355:23
**puts** 254:4
**putting** 118:3
135:10 138:21
197:13 254:5
**puzzle** 168:20

**Q**

**qualified** 355:13
357:11
**qualitative**
89:15,21,23
114:5
**qualitatively**
36:7
**qualities** 139:5
**quality** 88:3,4
88:16 91:1
92:22 207:10
232:3
**quantification**
36:13 157:21
170:16 310:24
**quantified** 298:9
**quantify** 36:6
77:2 86:4
88:13 168:12
168:13,15
171:2 172:13
172:22 187:13
237:24 243:9
298:8,11
**quantifying**
156:6 157:3,11
157:25 171:11
171:12,18,20
171:25
**quantitative**
78:12 85:21
114:6,11
115:24 205:15
207:19
**queries** 107:24
**question** 15:3
24:6 25:1
28:10,18 37:6
42:16 44:21

46:6 48:24
52:2 55:18,21
58:8 67:7 68:1
71:17 78:5
83:15 88:25
89:2 90:4 92:9
92:24 93:1,3
93:11,20 94:6
94:16,17 96:15
102:2 103:18
104:17 112:4
113:8 120:8
126:19 127:18
134:3,9,18
136:8 137:13
137:21 139:9
154:23 155:3
174:6 178:14
182:24 183:9
205:12 210:14
222:12 224:19
224:25 226:4
229:11,13,17
229:18 232:15
233:8 234:18
234:25 235:7
235:12 237:7
241:10 257:25
260:18 261:2
266:20 267:21
273:7,19,19
298:13 302:6
302:16 306:11
309:6 316:17
324:6 327:9,11
329:23 332:12
340:16 357:15
359:25 364:21
366:9,10,21
367:13
**questioning**
366:16
**questions** 8:2,15
13:19 16:18
17:11 22:10
23:19,21 24:10
24:19,23 25:2

25:14,17 28:16
29:15 32:14
33:11 39:14
40:3 43:1 45:7
49:4,24 50:16
51:15 53:3
56:14 59:4
67:7 73:12
74:9 75:6 87:1
88:19 90:2
91:6 93:10,24
95:2 96:17
100:1 106:8
107:7,21 111:6
111:24 113:24
118:23 121:19
127:13 130:8
131:24 133:3
134:8 135:19
137:2 139:7
140:3 142:11
144:1,20
145:15 146:1
155:11 156:20
158:11 160:1
161:3 162:20
164:6,15 166:1
167:15 171:16
174:4,13 176:8
180:1 181:9
183:11 185:15
187:11 188:8
190:22 193:21
196:3,18
199:15 201:1
201:21,24
204:10 211:16
215:14 217:16
218:16 221:23
223:23 232:6
234:5,19
238:19 239:6
241:4,9 242:6
253:15 255:21
259:11,20
260:24 262:1
263:4 270:23

275:9 279:8
280:7 282:14
284:5,24
286:15 287:9
287:15 292:10
293:10 296:13
297:12 298:15
299:23 300:19
303:11,17
304:17 306:14
307:18 308:1
308:10 309:7
310:1 312:1,6
312:13 315:13
315:20 317:1
319:2,4,14
322:9 323:1
325:15 326:21
329:7,19
330:12 333:1
336:4,5 337:11
340:24 343:10
348:19 351:14
352:6 354:4
356:19 357:10
358:12,21,23
359:5,11
364:20 368:20
369:5,12
370:17,22,23
374:6
**quick** 106:5,7
177:6
**quickly** 177:7
265:12 313:6
**quite** 37:25 70:8
79:22 130:12
196:11 298:24
300:6 319:20
**quote** 95:24
**quote/unquote**
70:15 142:7
175:10

**R**

**R** 2:1 3:19,19
**rabbits** 69:11

Confidential - Pursuant to Protective Order

**RAFFERTY**
2:12
**raised** 314:9
**raises** 178:13
366:25
**range** 125:4
128:25 129:5
173:13
**ranges** 125:3
**rank** 100:25
101:2 197:22
**ranked** 256:18
**ranking** 101:22
103:24 113:18
114:2,22
**rankings** 107:6
114:18 115:9
134:4 141:8
**rate** 265:11
**ratings** 218:22
**rats** 271:13
**raw** 307:21
**reach** 76:4 180:7
186:8
**reached** 95:25
181:11 189:7
189:14 190:10
190:24 191:20
192:8,15
198:11 236:17
**reaches** 96:4
**reaching** 75:16
89:6 160:2
186:20 208:22
258:13 261:3
**reaction** 140:17
233:2
**reactions** 140:16
179:18 243:18
**reactive** 150:10
**read** 32:22 34:9
34:16 59:14,17
59:21 60:1,22
64:10,12 71:23
77:21 80:9,13
81:12 83:21
90:16,17

100:22 102:14
112:25 113:1,5
120:15 137:14
137:16,20
138:6 169:1
205:11 212:24
236:14 251:3
284:9,16 316:3
337:22,23,24
338:3,3,5,6
349:12 367:10
367:11 373:3
374:4
**reading** 52:18
59:18 60:2,11
81:2 183:7
243:25 314:25
315:2
**reads** 47:3
212:18
**ready** 13:10
308:13
**real** 54:15 62:7
106:5 177:6
**realize** 60:11
**really** 37:12
57:24 59:20
98:15 106:6
129:10 154:25
195:15 225:10
225:11 232:2
289:2 298:16
333:2 347:23
355:20 356:23
356:23
**realm** 24:9
**Realtime** 1:18
372:3,18
**reason** 73:1
97:10,13 98:1
202:23 212:12
245:21 281:3
347:22 354:5
366:10,15
373:5
**reasonable** 41:2
157:23 173:17

185:7 186:15
259:23 319:16
320:5
**reasons** 120:9
153:18 170:20
215:6
**recall** 9:3 50:12
51:14 120:21
162:17 174:22
206:9 207:15
208:3,11 250:1
263:1,3 265:6
278:24 280:21
288:5 319:8
347:6 368:16
369:12
**receipt** 373:15
**receive** 346:10
351:16
**received** 122:4
**recognize** 8:19
61:3 111:11
128:18 140:8
226:24 270:10
**recognized**
220:17
**recognizing**
138:2
**recollection**
362:12
**recommendat...**
283:22
**record** 6:2 9:6
10:15 16:21
17:13 19:23
25:7,10,11,13
55:8,9,20,22
56:12 94:21,23
94:24 95:1
99:22,23,25
111:8 188:2,4
188:5,7 200:20
200:22,23,25
287:4,5,7
364:9,13,16,17
364:19 368:25
369:1,3 371:2

**records** 14:2
55:4 62:16,22
62:25 136:14
321:6
**recovered**
283:15
**redo** 74:20
**reduce** 252:12
252:19 292:18
**reevaluate**
246:15
**refer** 13:7 16:13
21:21 22:13
35:13 131:8
161:22 202:9
250:19 349:18
**reference** 9:16
22:5 46:20,22
49:1 64:11
75:9 76:10
93:13 118:19
158:12 263:14
280:18 337:12
**referenced**
12:23 15:3
46:9 91:17
167:24
**references** 63:18
64:8 218:25
**referencing**
318:17
**referring** 13:6
15:12 22:14
43:8 64:1,2,22
89:10 116:8
148:11 161:15
201:16,18,19
201:22 205:14
206:5 238:17
242:17 309:18
321:11 341:5
360:9 362:8
**refers** 64:22
202:4 214:8
**refine** 81:24
82:4
**reflect** 20:14

**reflected** 312:3
**reflection** 316:6
322:23
**refresh** 12:15
362:5
**refreshed** 15:16
**refuse** 24:22
**regard** 84:16
123:3 295:19
306:4 318:18
**regarding** 252:7
321:9 332:4
339:17 342:21
344:22 345:18
361:15
**regardless** 71:20
140:14 145:8
153:4 159:18
181:6 258:10
258:23 273:21
289:8
**Registered** 1:17
372:3,18
**regularly**
296:15
**regulation** 43:12
46:10,18 48:17
49:1
**regulations**
30:10 43:5,7,9
44:2,14,24
46:17 48:4
327:10 328:20
**regulator** 214:3
**regulators** 31:16
32:2 219:21
**regulatory** 30:7
30:13 31:23
43:18,22 47:23
65:5 67:11
81:21 82:8
213:6,8,11,25
214:3 219:17
256:6,19 284:2
290:13 307:19
322:17 323:20
324:3,25 325:6

Confidential - Pursuant to Protective Order

325:13 326:4
326:13 331:12
332:14 333:5
333:10,21
334:8,8 335:4
335:9,24 367:2
**relate** 11:21
  19:11 28:20,22
  29:2,3 46:17
  52:25 76:20
  101:14 126:22
  127:3,3 129:19
  133:9 137:5,8
  139:15 140:23
  140:25 162:24
  178:17 211:7
  212:6 250:13
  322:16 324:12
  351:3 355:17
**related** 8:11
  10:6,25 29:19
  30:9,20 31:17
  50:20 68:5
  123:11 125:17
  134:12 135:21
  165:20 207:3
  255:15 259:16
  265:2 318:9
  322:14 323:9
  323:20 324:14
  332:6 342:19
**relates** 77:7
  127:11 132:18
  143:2 149:1
  155:9,15
  255:14 258:1
**relating** 253:9
**relation** 365:7
**relationship**
  27:25 34:3
  110:7 112:7
  193:17 202:11
  204:15 207:21
  230:16 235:13
  235:24 236:11
  236:18 237:3,6
  238:9 241:16

241:18 294:13
295:17 365:21
370:13
**relative** 146:4
  152:14 372:11
  372:12
**relatively**
  319:13
**relevance** 70:16
  84:22 92:8
  153:8,10
  207:10 218:1
  231:7 232:13
**relevancy** 118:4
**relevant** 36:3
  54:7 60:2,12
  69:17,23 71:16
  76:8 78:4
  80:16 83:10,15
  96:7 97:1,8
  101:24 123:1,1
  127:4,11,16
  131:15 135:17
  138:9 141:11
  150:24 153:12
  182:17 202:22
  206:24 207:5
  212:8 216:5,11
  225:21 234:17
  258:3 271:11
  314:8 324:5
  351:16 366:7
**reliability** 66:16
  67:19 83:11
  84:21 118:4
  207:10 208:17
  209:1,11,24
  210:7,13
  215:17,21
  216:7 218:1
  247:20
**reliable** 42:8
  66:20 83:9
  95:7 209:9
  210:20 216:6
  216:11 231:2
  232:17 305:25

313:23,24
**reliably** 42:9
  232:14 291:22
**reliance** 20:24
  21:18 22:1,8
  55:10,13 59:13
  59:25 60:1,15
  60:20 63:5,12
  63:13,21 64:1
  64:6 68:14,22
  83:2 108:16,21
  108:22 109:2,4
  120:15 122:7
  211:9 212:1
  241:15 263:8
  263:10,13
**relied** 70:19
  74:3 109:6
  130:1 162:23
  174:24 214:23
  215:4,9 238:24
**relies** 336:17
**rely** 41:5,5
  105:22 156:23
  160:8 205:7
  207:18 212:11
  247:23 277:20
  337:7,16 360:6
**relying** 45:4
  143:5 338:25
**remain** 265:16
**remember**
  242:13 259:15
  317:11 327:23
  362:7 368:12
**remove** 45:17
  65:23 67:21
  268:5
**removed** 109:13
**removing** 268:7
**render** 37:21,22
  39:19
**rendered** 144:6
  237:1 262:3
  286:2
**rendering**
  216:21

**repair** 283:15
**repeat** 12:20
  365:8
**repeated** 198:25
  199:17 300:24
  302:20 305:11
**repeatedly**
  339:16
**repetition** 87:24
**rephrase** 161:18
**replicate** 58:4
  58:10 98:23
**replicated** 47:2
  75:11
**report** 4:13,14
  4:16 12:15
  13:8 14:7,15
  14:21 15:5
  16:4,9,10 17:3
  19:13,21 20:2
  20:8,17,19,23
  21:2,16,24,25
  22:4,9,20,25
  23:4,7,8,12
  24:2,12,19,24
  25:19,21 26:2
  26:24 28:25
  29:12 30:17
  32:7,10,11,21
  32:24 34:8,9
  34:16 46:21
  53:6 54:23
  55:11 56:17,24
  59:6 61:9,15
  63:11,17,20
  64:14,16 65:14
  65:25 66:3,11
  66:22 67:8,24
  68:3,14,18,23
  74:18,22,24
  75:20 76:12
  80:20,23 81:10
  82:17 83:1,21
  84:1 86:3 90:8
  91:22 93:15
  95:11 99:14
  100:3,12 102:3

102:10,22
104:21 113:10
118:14,15,19
118:22 119:13
119:15 121:18
122:8,13
123:11,12,24
124:12 133:8
133:22 134:10
138:6 139:11
140:22 141:20
142:20 143:6
146:3 147:5,9
154:3,4 155:13
158:16,21
159:1 169:1
176:11 182:16
183:2,7 185:3
187:10 188:15
189:14 201:9
209:22 214:12
214:21 215:3
236:2,25
241:14 242:8
243:25 256:25
261:18 262:20
263:6 266:8,21
267:3,8,12,22
268:9 269:8
274:18,20
275:3,11 277:1
280:18 285:20
288:2 289:17
290:8 295:22
309:11 310:4
313:13 314:25
315:3,8,19,23
316:4 317:7
322:25 323:3
326:11 331:14
332:22 333:16
336:11 337:7
337:13,17,20
337:22 338:2
338:11,21,22
339:9,21 340:2
340:9,17

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 134 of 285 PageID: 42349
Confidential - Pursuant to Protective Order

Page 414

343:18,23
347:3,21 361:7
361:15,24
362:10,20
363:23 365:11
**reported** 42:7
87:20 117:23
160:16 170:14
177:22 178:16
183:20 267:4
295:3 310:14
310:22 328:12
**reporter** 1:17,18
1:19,20 7:17
137:20 372:3,4
372:4,18,18,19
372:20,20,21
372:22
**reports** 12:6,7
12:25 13:5,15
13:21 19:8,11
27:25 28:20
29:13 33:16
57:23 61:11,17
63:10 68:11
74:20 75:9
85:15 178:5
179:5 248:1
249:6 257:2
261:6,12,22
314:15 337:20
**represent**
287:18 319:6
**representative**
133:20
**representing**
22:15
**reproductive**
70:11 71:18
95:20 101:11
101:15 103:11
103:12 183:16
184:4 297:18
302:10
**reputable**
353:15,20
**request** 9:17,24

18:10 26:14
**requested**
322:11
**requests** 17:17
17:23
**required** 30:10
37:21 43:4
219:18 324:10
326:16
**requirement**
49:8 114:22
**requirements**
114:23 322:17
324:3
**requiring**
279:10
**research** 107:12
**resource** 290:6
**resources**
214:23
**respect** 17:20
28:3 31:7,8
43:3,25 44:2,5
44:25 48:20
53:12 62:17
69:2 70:5 80:4
106:1,3 109:17
110:6 112:7
117:23 125:12
127:21,23
128:7 129:21
144:6 151:17
151:21 157:5
162:25 165:10
170:7 171:2,18
172:14 173:20
179:11 192:16
196:21 198:3
202:10 204:13
204:15 212:7
256:22,23
262:18,22
263:15 272:3
282:18 283:22
284:7
**respectfully**
139:8

**respective** 80:7
**respiratory**
126:6 129:12
**respond** 228:10
228:10,12
233:21 234:2
**responded**
363:13
**response** 9:24
76:15 77:5,7
78:7 90:3
126:2 128:17
128:19 150:10
169:1 179:14
187:8 190:13
194:12,16
195:20 204:2
223:22 225:2
228:1 230:22
232:19 237:17
237:19,21,25
238:1 239:16
240:10,13,20
240:24 241:23
242:4 254:14
266:9,12
293:25 364:24
365:3
**responses** 72:21
195:23 238:2,6
242:23 266:5
272:14 273:24
**responsibilities**
332:5
**responsibility**
360:15,18
**responsive**
17:22
**rest** 281:20
**restate** 190:19
**result** 98:2
119:15 132:9
153:8 169:14
170:17,17
194:19 198:18
213:22 272:20
304:21

**results** 113:3
184:13 334:17
**retained** 248:3
365:23 367:2
**retention** 346:8
361:9
**retrieval** 25:24
63:1
**retrieve** 25:23
26:6,21 27:18
**retrieved** 26:4
60:17,17 207:9
**retrieves** 26:14
**Retrograde** 69:9
**return** 74:12
373:13
**returning** 17:16
96:24 118:12
219:23
**Reuters** 123:12
123:16
**revealed** 261:21
**review** 4:18 26:1
30:23 32:19
53:12 56:20
57:6 59:8 61:7
63:5 65:5
67:11 71:15
78:1 82:8,15
82:22,24 83:5
85:4 98:11
111:25 116:11
121:16 156:24
160:12 182:8
184:2 208:8
209:13 211:9
216:8 245:5
297:8 321:5
336:6 338:9
341:9,20
342:15 343:12
343:13 348:1
348:14,15,18
349:2 368:12
**reviewed** 9:21
12:6,24 21:3
32:13 67:5

79:24 80:6
82:20 90:6
108:13 110:4
116:9,16
120:20 122:13
129:17,19
151:8 163:24
177:12 183:14
201:8 243:20
252:2,4 323:24
342:18 344:10
347:12 356:14
356:22
**reviewing** 31:17
58:2 81:19
82:19 133:1
208:21 343:2
**reviews** 81:21
82:2 98:14
280:13 321:14
348:8,11
**revisit** 182:6
**rgolomb@gol...**
2:17
**Richard** 2:17
7:1
**right** 8:3,4,25
9:14 10:12
12:2,22 15:2
16:19 17:12
18:18 19:7,20
20:1 21:17
23:2,5 34:22
40:10 41:25
46:20 47:1,14
59:12 63:13
67:24,25 69:24
82:5 89:14
95:3 96:23,24
102:1 107:11
108:1,5 109:15
111:25 112:19
113:2 119:11
124:11 126:16
133:6 134:6
178:24,25
188:22 198:14

Confidential - Pursuant to Protective Order

204:9 205:25
206:10,13
207:8 208:13
211:17,19
236:16 243:15
245:12 263:15
276:8 283:20
306:15 318:6
320:13,17
323:13 324:7
330:15 331:9
333:8 336:9
338:14 339:22
341:10 344:3
344:17 345:8
349:12,14
352:17 359:13
360:24 363:3
369:6,14
**ring** 206:5
**risk** 4:20,21
16:12 17:8
34:18 35:5,11
35:24 36:6,8
36:11,12,13,17
36:20 37:10,15
37:19,23 38:2
38:3,10,17
39:3,10,17,20
40:13,23 41:4
74:11 75:21,25
76:9,24 77:2
80:3 85:1,2
88:13,18 107:3
110:18 111:2
112:23 115:7
115:13,17,21
117:5,13,13,19
122:23,24
123:5 124:6
125:12 127:12
138:7 141:21
143:16 146:16
149:19 150:7
153:11 154:24
155:2 156:7,10
157:3,12,13,15

157:19,25
158:4,14
159:17 160:3
165:8,14,21
167:5 168:13
169:3,23
170:21 171:2,8
171:13,13,18
172:2,10,13
173:1,3,5,7,12
173:19 174:8,8
188:13 191:25
197:13 198:1,4
198:5,22 199:9
199:12,13
200:4 201:14
202:3,18 203:6
203:12,23,24
203:25 204:11
204:18,21,22
205:8,11,13,23
206:20 208:23
212:20 213:8
214:1 216:3
229:20 231:3
234:17,23
235:4,22 236:2
236:12,19
237:4,23,23
239:18,21
244:20,24
255:25 256:8
256:22 257:6,9
264:8 266:4
268:18,20
269:1 271:12
272:7,19,21
273:5 274:14
274:25 275:7
275:20,24
278:8 283:3,8
283:9 285:7,22
286:11,23
289:10 291:2,3
292:15,18
293:7 294:20
294:24 295:12

301:20 306:18
306:24 314:12
314:14,16
319:18 321:1
323:19 324:16
324:22 326:15
326:18 327:21
329:25 330:9
330:18,20
331:3,5,25
332:7,20
333:14 334:3,4
334:16 335:17
357:6 369:21
**risks** 143:20
154:17 275:24
351:8
**Risperdal** 246:4
**road** 2:9 220:19
222:25
**robust** 128:19
**robustness** 88:2
**Rohl** 250:3
**role** 29:10,14,17
33:20,20 75:14
99:14 124:1
125:10 127:20
246:15 255:22
268:25 306:1
331:19
**roles** 334:22
**route** 52:24
231:12 258:3
269:25 292:5
347:19
**routes** 233:11
**routine** 115:8
178:3 184:7
200:13,15
207:25 282:25
283:3 284:15
296:16 299:20
301:1,6,10,25
302:17,17
305:11 307:3
307:10 346:3
**routinely** 106:21

106:22 114:17
183:5,15,18
187:4 227:25
283:10 300:8
300:10,21
301:7 302:25
342:8
**Rowlands** 250:4
**Royston** 3:15
7:6
**rsullivan@dy...**
3:3
**rule** 4:16 305:17
**rules** 106:17
**Ryan** 2:4 3:2
6:22 7:8
**Ryan.Beattie...**
2:5

---
## S

**S** 2:1
**sac** 101:19
**sacrifices** 231:1
**Saed** 313:21
314:4 315:2
**safe** 117:15
294:22 328:18
328:24 347:18
**safety** 30:12,21
31:5 35:13
36:21 49:21
53:1 75:22
97:17 99:17
324:10,11,17
324:20 328:6
328:10,15
329:17 331:1
346:12 347:16
355:20 360:7
**sake** 111:8
**Sales** 1:4 6:10
**sample** 129:4
131:5 170:12
252:10
**samples** 151:4
163:21 179:20
223:11 247:25

**sampling** 170:14
186:1
**San** 3:4
**Sanchez** 261:7
261:18 262:20
**sat** 74:21
**save** 80:12
**saved** 56:9
**saw** 179:18
259:15
**saying** 45:4
106:9 123:13
143:23 149:3,4
150:12 158:2
159:10 173:24
193:9 203:23
213:17,18
224:8 227:23
231:12 240:5
251:8 256:11
262:15 273:3,6
274:14 281:12
304:20,20,24
316:19 334:14
338:8,15
356:20 357:13
357:14,19
366:16
**says** 7:23 104:10
109:20 110:21
129:24 191:11
191:15 250:2
361:23 365:4
**scenarios**
179:24
**Schedule** 9:18
9:21,25 17:18
17:23
**schools** 290:13
**science** 31:14,15
31:17 105:16
191:11 192:9
274:6
**sciences** 356:2
**scientific** 41:2
62:18 65:5
67:11 76:10

80:6 81:12
96:7 97:2,8
98:13 99:4
121:23 122:22
124:9 134:22
173:18 182:8
183:1 185:8
186:16 190:10
190:24 192:15
205:16 209:25
210:8 245:1
259:23,24
272:1 273:8,10
275:14 276:9
278:10 282:16
321:6 324:5
326:23 329:22
333:5,7,8
334:10 359:23
360:3,12,19
**scientifically**
30:8
**scientist** 77:22
191:8 320:5
**scientists** 84:13
99:10 104:15
105:12 107:4
114:16,17,18
319:17,22
321:18 322:2
**scope** 117:8
**scoring** 206:1
207:11,19
208:4
**screen** 92:8
**screening** 209:5
**se** 124:10
**search** 26:12
27:4,19 53:18
59:10 62:4,7
90:24 121:11
206:24
**searched** 338:13
**searches** 25:22
26:20 53:11,16
54:6,12,17
55:5,23 57:5

58:4 61:14,23
62:17,19
**searching** 54:12
54:20
**season** 301:7
**Seasons** 1:14
**second** 23:15
24:5 52:6 69:7
188:2 273:18
324:2
**second-guess**
198:10
**section** 16:3
66:25 100:20
105:2 112:10
112:13,20
123:25 124:1,2
126:21 133:7
139:21 140:6
179:2 188:15
206:23 212:5
212:17 215:7
333:16
**sections** 30:15
30:17 326:10
**see** 9:11,19
16:19 18:11
20:10 30:16
34:8 39:18
47:1,8,17
51:12 64:21
65:1,7,11,18
66:20 79:2
87:10,24
102:18 110:21
115:3,3 123:22
134:2 136:6
147:17 149:24
151:3 154:2
156:5 159:16
163:14 166:25
177:7,10,21
188:16 199:24
203:2 205:19
206:22 207:1
207:12,13
208:18 214:10

235:23 240:25
249:14,22
254:2 261:24
265:19 267:6
267:19 268:3
270:17,18
279:11 284:21
297:23 316:19
318:16 337:14
341:9 353:25
365:18
**seeing** 63:19
170:24 270:9
367:20
**seeks** 359:22
360:2,6
**seen** 8:22 21:7
42:6 48:3
78:18 85:14
106:20,22
107:1 110:14
110:15 111:22
115:1 123:18
129:23 130:1,9
148:12,21
149:21 151:1
153:4 154:10
161:6 170:13
176:12,13
177:13 187:13
205:14,21
207:14 211:13
211:23 225:17
225:19 228:20
241:24 248:7
248:16 252:6
259:12 260:9
261:17,25
262:2 263:10
270:25 288:21
299:13 306:22
309:12 311:19
312:2 313:11
321:8 342:14
361:1 362:13
**segregate** 59:1
145:12

**select** 129:6,6
130:4
**selecting** 141:13
**selection** 130:13
**sell** 308:4
**selling** 316:20
317:19,24
318:2
**Seminary** 2:9
**sense** 40:19
182:6 195:17
195:19 285:11
285:25 332:25
**sensitivity** 223:6
**sensitizer**
276:20
**sent** 63:21
**sentence** 47:11
47:15 64:21
65:3,19 66:10
67:8 112:20
147:11 212:17
236:23 243:10
251:3 267:12
317:4,6 339:14
366:6
**sentences** 65:21
**separate** 30:4
48:4 63:12,21
64:4,5,7 124:8
139:5 177:1
201:13 202:4,5
208:24 215:24
217:9,18 224:4
244:21 251:22
260:10 263:23
285:7 289:13
318:14 323:20
324:17 325:14
325:24 326:10
329:23 333:16
333:21,22,25
**separated** 210:8
215:19 217:4
**separately** 12:1
13:11 330:21
**separating**

217:14 218:14
**serial** 231:5
**series** 220:16
232:8 246:5
**serpentine**
255:6
**served** 33:21
**serves** 246:20
**service** 26:8
**Services** 1:21
3:20 6:5
**set** 29:8,11
30:17 31:4,21
36:14 55:23
56:19 75:1
84:24 106:16
117:14 146:7
180:3 188:18
210:16 220:5
304:1 311:10
311:15 372:9
**setting** 11:20
23:24 35:25
148:20 174:21
175:2 176:13
176:22 222:25
273:25
**settle** 182:24
**settled** 182:25
**seven** 88:21
316:4
**SEYFARTH** 3:7
**shape** 127:25
**sharded-type**
255:1
**share** 146:18
154:12 160:17
161:5,9 233:17
272:19 278:22
370:10
**sharp** 254:25,25
**SHAW** 3:7
**sheet** 373:6,9,11
373:14 374:7
**Shifting** 307:19
**Shimmer**
126:17 157:5

Confidential - Pursuant to Protective Order

Page 417

short 12:9
  348:11 368:21
shorter 306:13
Shorthand 1:19
  372:4,19,20,21
shot 28:18
show 103:8
  150:4 159:16
  172:8 206:4
  221:21 229:19
  238:9 244:9
  246:8 250:9
  257:15 270:5
  276:9 280:2
  301:15 305:19
showed 177:2
  183:25
SHOWER
  126:14,14
  157:4,4 161:14
  161:14 308:20
  308:20
showing 42:7
  68:5 103:8
  157:17 172:24
  184:10 221:18
  237:22 274:21
shown 41:23
  70:22 153:6
  242:15 251:7
  256:9 257:11
  257:19 260:15
  271:11 272:18
  279:5,16,17
  281:18
shows 36:7
  41:10 70:9
  71:5 103:13
  145:7 151:1
  158:13 169:24
  199:10 245:6
  302:23
sick 178:23
side 335:23
sides 248:15
sign 373:8

signal 173:12
significance
  40:6 41:24
  42:14,23 92:20
significant
  33:17 41:8
  42:11,12 91:3
  133:5 157:18
  172:24 257:16
  313:2 357:5
signing 373:9
signs 238:11
silica 264:18,20
  264:20
similar 54:21
  70:4,12 71:2
  71:24 79:23
  117:7 118:11
  144:23 145:2
  153:15 169:25
  231:24 233:17
  243:21 254:6
  268:10 272:20
  273:23 275:22
  276:18 289:7
similarities
  233:4 234:8
simple 36:11
  264:16
simply 26:5
  38:16 67:8
  89:2 93:12
  106:9 110:3
  113:9 139:2
  144:2 241:12
  294:11 306:3
single 242:14,21
  243:2,14,16,17
  283:1 298:18
  368:9
sit 34:10,23
  51:16 60:21
  74:16 110:23
  119:11 120:22
  145:16 162:21
  176:1 188:9
  202:6 245:12

250:11,18
259:21 276:24
278:9 280:23
368:18
site 64:24
  180:21 242:16
  243:18 264:23
  281:16 295:4
sitting 18:16
  368:15
situation 96:11
  96:18 97:22
  246:2 273:25
  297:6 326:5
  342:11
situations 246:1
  361:1
six 18:20,21
  97:24 98:1,5
  172:5 249:10
  266:25 267:17
  301:3 316:4
size 92:23
  124:20 125:3,4
  125:7,10,15,23
  127:19,25
  128:7,8 129:6
  129:21 150:11
sizes 124:24
  128:14 129:5
  230:23
skin 271:21
slightly 46:6
  55:18 65:20
small 129:10
  202:14 243:12
smaller 125:4
  126:2 129:6,14
  177:21
Smith 2:22 7:12
  7:12 42:18
  257:14
Society 355:3
sold 48:13
  138:15 251:6
  253:10 308:13
  316:15 325:10

solely 351:17
solicit 340:23
soliciting 342:2
solicits 340:19
solubilized 72:8
  264:11,17
  265:23
soluble 72:12
somebody
  173:25 225:19
  246:10 283:10
  305:18 318:3
  320:19 335:25
  357:3,4,17,21
somewhat 265:2
  313:3
sorry 11:8 12:21
  19:6 137:13
  226:20 257:14
  267:11 269:10
  274:4 289:23
  289:25 298:12
  310:2 313:14
  313:15 333:3
  339:5 345:13
  355:23,24
  358:25 360:1
  363:5 365:8
  367:8
sort 15:14 30:1
  30:2 37:13
  85:21 178:9
  235:17 299:20
  332:1 351:10
sound 323:7,13
sounds 96:23
  322:22
source 133:11
  136:10,15
  216:11 251:21
  336:12,17
  337:1 339:17
  339:25 340:1
  349:16
sourced 318:13
sources 130:16
  136:21 137:6

139:13 144:17
162:18 167:7
266:17 313:23
sourcing 137:1
South 2:14,23
  3:13
space 180:11,13
  373:6
specialist 47:24
species 68:6
  182:20
specific 12:24
  15:4 22:20
  29:5 39:25
  50:4 51:1,21
  56:9 71:9
  76:22 82:21
  91:10 93:2
  103:17 105:4
  109:22 110:9
  116:10 123:10
  123:10 124:18
  125:15 129:18
  141:21 147:24
  148:15 159:4
  164:3 166:17
  168:1 172:3
  174:11 185:13
  189:16 202:16
  202:19 210:16
  210:23 211:2
  212:22 214:14
  218:21 224:10
  224:20 250:24
  253:4 259:6
  275:6 277:2
  282:21 304:2
  310:19 321:12
  345:5 349:1
  354:1 355:16
  357:22 368:17
specifically
  11:22 15:8
  21:23 22:8,19
  22:25 43:8
  46:22,23 50:13
  69:21 77:12

Confidential - Pursuant to Protective Order

91:13 97:10
100:6 102:2
113:13 118:21
119:23 125:9
135:2 151:20
153:22 154:4
154:18 158:17
160:7 163:9
189:12,17
196:2 201:18
214:8 227:11
244:12 249:17
258:1 264:7
265:4 272:4
285:2 350:13
354:21 355:25
**specification**
311:11
**specifications**
129:20 165:3
311:15
**speed** 73:11
**spent** 10:23
11:13,18,20
12:1
**spoken** 345:4
**sponsored** 247:9
**St** 1:14 3:14 6:9
19:19 20:21
**stages** 272:13,15
341:23
**stakeholders**
344:8
**standard** 49:20
116:4 185:10
186:17 285:18
324:19 326:14
327:11 328:2,3
**standards** 38:7
**starch** 69:10,25
70:1 71:2,6,10
71:23 72:6,7
72:13 73:7
93:4,7 265:10
265:16,22
266:19
**start** 8:16 31:25

57:10 60:11
62:10 80:19
81:21 82:1,11
90:23 93:19
127:24 128:7
189:11 216:25
248:24,24
298:13 326:16
365:7
**started** 8:5
19:25 32:5,17
32:23 54:12
59:18 60:2
74:17 95:4
163:7 323:8
329:13 331:11
331:12
**starting** 15:13
102:19 138:25
**starts** 35:25
**state** 53:8 70:8
84:5 95:17,23
135:4 147:12
164:1 173:6
183:2 190:20
236:6 242:12
284:20 286:18
293:16 340:2
340:18 373:5
**stated** 28:3
34:20 109:16
112:5 183:13
208:1 251:10
298:24 344:24
**statement** 36:10
42:9 47:4
48:15 52:18
110:9,25 173:3
192:3,5 199:4
202:5 204:22
211:2 213:5
230:9 240:2
243:22 250:20
253:7 284:12
284:14 318:7
338:24 347:16
349:25 350:3

365:3
**statements** 17:6
35:20 74:5
110:12 191:18
193:11,16
202:17 336:7
351:3
**states** 1:1 6:11
47:15 49:13
65:4 67:9
112:21 207:8
322:19
**stating** 134:25
204:14 243:11
**statistical** 40:1,5
41:8,24 42:13
42:22 92:19
209:13 218:2
**statistically** 91:2
92:19 157:18
158:14 172:24
**statistics** 92:20
**stay** 220:21
337:13 364:12
**steering** 340:6
340:10,14
**Steinberg**
344:11
**stenographica...**
372:8
**step** 36:2 139:21
139:25 188:23
189:23 235:14
235:22 279:1
332:24
**steps** 75:25
76:13 77:3,4
**sticky** 218:10
**stilled** 243:1
**stimulate**
273:23
**stomach** 271:13
**stop** 82:11 334:5
**stopped** 331:7
**stopping** 116:3
**story** 178:9
**strategy** 58:12

**streams** 27:8
**Street** 1:14 2:5
2:14,18,23 3:3
3:8,13
**strength** 38:13
38:22,23 39:4
**strengths**
102:15
**stress** 227:13
228:2,6 277:8
278:23 279:2,7
**stressors** 228:23
**stretched** 297:2
**stronger** 203:9
203:20 204:18
**structure** 59:11
124:20 125:11
125:16,23
127:19 255:1
**studied** 70:22
159:5 255:18
269:23,24
**studies** 41:20,21
41:22 68:2,5,9
69:13 73:22
74:6 81:19
83:12,25 84:6
87:25 91:2
95:18 96:20
97:24 98:6
99:1 100:2,5,9
100:25 101:4
101:24,25
102:5,7,16
104:5,18,22
105:19 106:4
106:19 113:4
114:8,22 115:5
115:5,9 117:10
119:18,21
120:4,25 127:8
133:24 138:16
140:23,24
141:21,23
142:3,4,5,6,19
143:13 145:12
152:17 154:4

154:14 155:1
155:10,23
156:1,25 158:8
158:9,17,22
159:3,9,16,18
160:7,7 163:16
172:25 173:13
174:23 175:10
175:16,19
177:18,22
178:4 183:14
183:22 184:9
185:24 187:7
187:20 205:17
206:25 207:6,9
207:20 208:4,5
208:16,21
210:8,12
215:16,20
216:7,10 217:6
217:7,9,10,22
217:25 218:3
222:15,17
223:11,19
224:13,21
225:17 228:14
228:20 229:15
230:17,18
234:9 237:20
237:21 238:7,9
238:23 239:4,4
239:8,18 240:8
240:9,9,12,16
240:17,18,22
241:13,17,25
242:20 243:24
245:17 246:16
274:18,21
275:14 276:9
277:19,21
285:3,6 288:21
291:18 293:17
295:20,21
296:9 302:24
310:6 312:2,8
312:8 313:8
314:10,15,18

Confidential - Pursuant to Protective Order

314:19 315:14
357:7,23 358:1
**study** 36:19
  42:14,15 69:3
  69:20 73:4,14
  73:20 79:17
  84:9 87:19
  88:4,8,8,14,16
  89:25 92:17,22
  96:4 99:2
  102:13,14,24
  104:4,10,11,25
  114:7,10
  118:15,25
  119:8 120:2
  134:12 145:10
  152:12 155:9
  155:15,16
  156:17 159:19
  160:12,23
  170:17 172:18
  175:13,17
  182:19 206:18
  207:18 209:14
  209:20 210:24
  211:3 216:1
  217:20 218:2
  220:11,24
  222:19,22
  223:17 224:5
  225:18,20
  228:17 229:9
  229:10,22
  230:22 231:1,4
  232:2,3 233:1
  235:10,19
  239:20 241:2,3
  241:8 244:3,5
  244:8 246:19
  291:8,21,25
  292:1,13
  297:21,24
  298:1 312:16
**studying** 73:25
**subject** 43:12
  287:10 373:10
**subjects** 100:7

**submission**
  364:25
**submissions**
  362:6
**submit** 341:15
  341:19 343:7
  343:17,22
  345:17 368:7
**submitted** 10:16
  10:20 116:13
  116:21,25
  342:21 344:1
  361:14 363:2
  363:11,15
**submitting**
  361:24
**Subscribed**
  374:15
**subsidiaries**
  44:20
**substance** 35:4
  40:12 103:14
  147:23 374:7
**substances**
  70:21 72:22
  105:5 256:3
**substantial**
  226:15 258:5,9
**substantive**
  26:24
**substituted**
  174:6
**successfully**
  182:12
**suffice** 43:20
**sufficient** 40:15
  276:6 306:8
  326:2
**suggest** 281:24
**suggested** 51:20
  313:8
**suggesting**
  114:7 284:13
**suggests** 195:2
**Suite** 2:9,14,18
  3:3,13
**Sullivan** 3:2 7:8

7:8
**summarized**
  202:14
**summary** 83:18
**summer** 20:11
  21:5
**supplemental**
  4:14 14:14
  20:2,8,17,19
  23:4,8 32:10
  266:21 267:3
**supplementary**
  208:2,9
**supplied** 204:12
**supplier** 307:21
  307:25 308:2
  309:4
**supplies** 308:11
**supplying** 317:9
**support** 21:21
  22:9 112:18,22
  139:14 338:23
  350:14
**supported** 184:8
**supporting**
  37:11 48:17
  307:2
**supportive**
  337:20
**supports** 194:11
**sure** 19:17 24:7
  27:21 56:4
  63:8 78:24
  109:12 120:23
  121:5 123:17
  177:9 242:10
  269:14 271:21
  278:13 281:11
  287:13 308:25
  316:5 323:10
  323:12 364:11
  367:5
**surety** 121:8
**surface** 180:14
  180:19 264:22
  329:4
**surprise** 345:1,3

**surprised** 79:22
**survey** 139:2
**susceptible**
  292:1
**suspended**
  177:14
**suspicion**
  366:25
**sustained**
  140:17
**swear** 7:18
**sworn** 7:21
  372:5 374:15
**system** 26:10
  87:15 90:4,9
  90:14 91:10,13
  91:18 92:16
  113:18 206:2
  207:11,19
  276:21 335:9
**Systematic** 4:18
**systematically**
  264:12

### T

**T** 3:7
**T-a-h-e-r** 16:14
**table** 79:19 86:4
  87:12 89:11
  203:18
**Taher** 4:20
  16:14 201:23
  205:8,13
  206:18 215:16
**take** 28:17 36:12
  70:23 94:19
  103:4 128:7
  131:22 160:15
  188:22 197:19
  203:18 208:13
  223:7,15,16
  228:21 243:23
  246:18 287:2
**taken** 110:6
  131:11 218:9
  299:10 368:6
  372:8

**takes** 26:13
  102:11,12
**talc** 3:5 4:19
  15:16 17:6
  29:25,25 30:21
  31:5 57:22
  62:8 64:23
  65:6 65:5 67:9
  67:12,16 68:6
  69:14,18,21,24
  70:12 71:3,11
  71:19,24 72:6
  72:11,19 73:8
  73:15,25 74:7
  77:10,10 86:21
  93:7 95:19
  97:17 100:6
  108:8 109:18
  110:7,13,25
  112:7,12,20,23
  119:5 124:14
  124:20 125:3
  125:11 126:22
  127:19 128:8
  129:4,13 130:4
  130:16,18,23
  131:14 132:3
  133:9,10
  134:13,14
  135:2,3,14,22
  135:25 136:11
  136:15 137:5,6
  137:8 138:10
  138:18 139:4
  139:13,14
  140:24,25
  142:2,3,4,7,13
  142:15,21
  143:1,3,20
  144:17,22
  145:18,20
  146:5 147:1,3
  147:14,14,15
  147:15,20
  148:13,24,25
  148:25 149:13
  149:14,16,18

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 140 of 285 PageID: 42355
Confidential - Pursuant to Protective Order

Page 420

| | | | | |
|---|---|---|---|---|
| 149:18,21,23 | 259:2 260:11 | 369:11,17,21 | 128:12 153:21 | **tell** 7:22 12:17 |
| 149:24 151:2 | 260:11,16 | **talk** 13:9,9 | 156:12 167:12 | 52:4 53:2 59:3 |
| 151:19 152:24 | 261:5 262:9,19 | 31:11 34:4,16 | 167:21,22 | 60:25 68:25 |
| 153:5 155:16 | 263:16 265:10 | 75:21 77:19 | 168:6 175:22 | 76:19 78:24 |
| 159:4 161:11 | 265:15,24 | 79:15,17 85:2 | 177:25 202:1 | 100:21 101:9 |
| 161:12,20,23 | 266:5,10,19 | 100:20 101:4 | 203:11 209:11 | 101:22 102:8 |
| 162:14,18,25 | 267:5 272:20 | 107:1 112:12 | 216:2 223:25 | 109:20 119:8 |
| 163:18 164:8 | 273:1,1 274:15 | 119:1 123:7 | 238:15,18 | 121:7 123:25 |
| 164:17 174:18 | 277:12,24 | 124:19 128:25 | 240:3 248:8 | 129:24 136:16 |
| 174:20 175:14 | 278:13 280:24 | 138:11 146:11 | 262:9 270:20 | 139:19 141:17 |
| 177:14,17 | 281:17,23 | 146:14,25 | 270:21 281:15 | 153:2 155:20 |
| 178:15 179:11 | 282:18 283:9 | 147:2 149:13 | 291:10,13 | 169:18 182:15 |
| 180:4,6 181:12 | 285:22 286:18 | 149:22 150:17 | 294:4 302:17 | 188:17 191:9 |
| 181:19 182:13 | 286:22 291:6 | 153:11 161:8 | 302:19 305:6 | 192:19,20 |
| 183:3 184:12 | 293:15,20 | 162:18 164:24 | 306:16 309:21 | 193:10 200:9 |
| 184:13,19,22 | 296:14 297:16 | 166:2,3,5 | 309:22 310:3 | 201:11 236:22 |
| 185:10,18,20 | 297:24 298:4,5 | 184:2 192:4 | 329:13,20 | 245:12 249:10 |
| 186:7,19 | 298:18,19 | 194:1 201:5 | 330:5 333:4 | 251:2,11 |
| 187:14,17 | 301:13 302:8,9 | 208:6 209:11 | 334:15 338:14 | 262:25 300:13 |
| 188:12,25 | 305:21 306:5 | 219:6,21 | 348:5,8 351:7 | 305:3 307:7 |
| 189:1,17 190:3 | 306:23 308:23 | 221:13 252:21 | 361:12,17 | 314:25 316:2 |
| 190:4,11,25 | 310:7 316:14 | 264:6 266:17 | 362:10 365:19 | 316:10 339:24 |
| 191:13 193:3 | 317:9,19,25 | 269:4 272:11 | 367:24 | **telling** 52:7,15 |
| 193:18 195:24 | 318:2 319:18 | 272:12 277:11 | **talks** 17:5 71:5 | 105:1 138:9 |
| 196:6,20 197:2 | 320:12 321:1 | 282:24 283:4,6 | 72:17 73:5 | 172:4 186:14 |
| 198:21 202:11 | 322:5 324:6,13 | 285:16 311:4 | 103:10,13 | 210:3 284:21 |
| 202:18 203:1,6 | 324:23 325:1 | 333:13,17 | 128:24 139:3 | 309:2 315:13 |
| 203:21 204:16 | 325:17 326:23 | 335:2,8,11,19 | 149:14,15 | **tells** 62:23 83:5 |
| 207:21 208:23 | 327:5 329:25 | 340:12 347:3 | 202:17 208:15 | 232:6 265:19 |
| 221:24 222:7 | 331:5 332:6 | 347:17 352:19 | 292:12 296:5 | 302:13 |
| 222:16,19,21 | 335:12,13,14 | 359:20 370:2 | 365:12 | **ten** 11:11,18 |
| 222:21 223:12 | 341:16 342:12 | **talked** 43:2 88:5 | **tangent** 330:7 | 183:23,24 |
| 223:13,20,21 | 342:21 344:16 | 95:14 138:21 | **target** 117:13 | 184:20,20 |
| 224:3,18,22 | 344:23 345:18 | 146:8 148:21 | 146:19 168:22 | **tend** 344:7 |
| 225:10 226:13 | 346:1,18 | 165:5 173:11 | 235:17 274:13 | **term** 130:19 |
| 226:25,25 | 355:14,21 | 174:17 186:23 | **task** 330:19 | 131:3,4 146:25 |
| 232:19 233:2 | 356:10 361:5 | 201:7 221:8 | 331:3,8,11,12 | 183:4 194:4 |
| 236:10,12,19 | 361:15 370:15 | 265:1,3 268:9 | 333:25 347:25 | 216:15 303:2 |
| 237:3,14 | **talc's** 86:21 | 276:3 294:5 | **tasks** 330:17 | **termed** 34:25 |
| 238:10 239:18 | **talcum** 1:3 4:22 | 305:13 314:17 | **teaching** 291:2 | **terms** 27:24 |
| 240:10 241:16 | 29:20 198:2 | 327:21,25 | **teasing** 293:23 | 74:10 75:23 |
| 241:21 242:1,5 | 200:3 251:4 | 335:3 355:25 | **technically** | 101:19 147:14 |
| 242:14,21 | 255:24 256:20 | 369:16 | 342:6,9 | 150:10 151:10 |
| 249:17 250:10 | 258:4,19 260:2 | **talking** 15:14 | **Tecum** 4:12 | 157:8 159:13 |
| 253:2 256:15 | 261:8 262:22 | 16:4 27:23 | **Ted** 2:3 6:18 | 171:21 187:15 |
| 257:10,21 | 263:20 268:23 | 63:8,13 84:25 | **Ted.Meadows...** | 323:14 |
| 258:24,25 | 290:19 322:15 | 86:8 95:4 | 2:4 | **test** 40:1 127:8 |

Confidential - Pursuant to Protective Order

160:8 181:22
**tested** 132:19
  139:24 248:1
  252:11 257:10
**testified** 265:9
  297:14
**testify** 365:23
  372:5
**testifying**
  255:19 346:24
  347:2
**testimony** 30:5
  32:22 86:1
  108:20,23
  109:5,7 136:18
  163:3 186:12
  209:21 210:2
  213:16 252:6
  255:16 261:23
  262:13,20
  342:16,18
  349:13,19
  350:5 372:8
**testing** 142:20
  170:5 182:13
  182:21 186:5
  187:23
**tests** 144:7
  181:18
**Texas** 1:19 3:4
  372:21
**textbook** 292:11
  294:6
**textbooks**
  290:11
**thank** 7:16
  111:21 287:13
  318:25 370:16
  370:17,20
**theory** 181:19
**thing** 10:1 16:8
  63:9 326:6
  333:9 355:4
**things** 18:3,5
  22:1,7 29:6
  30:5 36:16
  43:13,16 45:13

45:13 52:24
53:18 57:9,14
57:15,22 61:12
62:5 63:19
80:25 83:14
85:11 88:23
91:4 92:25
93:5 98:15,19
101:13,20
103:7 125:8
133:12 140:9
140:11 146:13
150:19 151:25
153:6 159:15
160:16,17
161:16 163:19
163:22,24
169:16 179:1
181:5,5 184:6
194:23,24
196:16 197:22
204:2 209:12
209:18 216:13
225:14 233:13
234:3 235:18
247:8 269:22
289:4 293:19
305:23 312:23
315:18 323:16
323:18 324:13
328:18 330:14
331:15 335:19
343:15 349:10
**think** 18:6 28:6
30:16 31:10
32:21 33:9,13
34:15 38:20
41:15 48:23
49:16 50:11
52:6 58:11,13
58:16 61:22
66:23 68:18
72:23 76:6
80:15 82:23
83:19 84:15,17
90:13 91:15
93:22 95:14

96:10,13,16
97:9 99:6
100:21 101:3,5
101:9,23,23
103:1 104:9
106:15 119:21
123:24 125:14
126:3,9,17
136:4 139:20
141:17 145:1
146:8,23
151:11 153:1
160:25 162:6
162:17 163:6
164:23 165:5
166:15,16,18
167:9,10 169:2
174:16 176:25
177:5 181:3,4
182:5,15
183:13 185:2
186:14,18
188:15,18
189:5,7 190:7
190:20 191:24
192:2 200:17
202:14 203:8,9
203:19 204:22
223:9,13 224:7
224:24 227:16
233:9 234:13
237:8 238:22
242:1,25 243:8
244:12,20
245:11 246:3
247:15 248:11
249:20 256:24
257:1,8 260:6
261:11 275:3
282:22,23
283:11 284:13
287:1 288:15
294:5 297:7,25
298:10,23,25
299:16 301:23
302:11 303:6
303:12 304:12

304:14 305:5,8
311:12 318:6,6
318:16,24
319:7 320:4
323:3,25 325:4
325:11 328:7
332:10 333:20
335:5,20 349:4
349:10,18
351:15,24
355:15,23
357:24 358:2
362:19 365:16
366:6,7 370:1
**thinking** 37:5
120:6 219:22
316:23 346:22
**third** 126:18
212:18
**third-party**
51:18
**thirty** 373:15
**THOMAS** 2:12
3:7
**thoroughly**
94:16
**thought** 21:1
38:21 58:9
77:25 92:2
100:23 108:19
108:20 215:10
233:10 330:4
347:2
**thousand** 158:6
200:10
**thousands** 346:6
**three** 12:7 13:5
13:6,15,21
19:8,11 27:25
254:1 264:2
268:1,5,8,15
278:21 279:23
280:14 290:23
301:17 310:3
**threshold** 39:17
39:24 200:2,7
237:10,13

281:25 282:17
282:18 283:11
284:14 294:22
295:5 303:4
304:7,11,21
**thresholds**
283:5
**throw** 143:13
**tie** 49:8
**tied** 334:16
**tight** 297:4
**tightly** 231:6
**time** 6:7 10:4,22
11:12,15,20,25
12:1 17:7
20:13,20 21:3
21:9 24:6
29:23 31:9
32:20,23 34:6
56:16 57:6,20
59:16 66:17
84:2 109:21,21
110:11 131:14
136:16,24
139:1 163:11
164:21 165:10
165:15,17,24
170:8,24,25
176:7 177:8
179:5 215:23
226:14 228:12
230:25 231:5
265:17 286:7
294:18 298:18
299:3,16
301:21 302:9
302:15 303:23
306:13 331:2
345:23 346:1,4
348:6,12 349:9
356:6 358:17
361:11,14,17
364:10 365:11
367:23 368:5
370:24 372:9
**timeline** 15:14
138:22

Confidential - Pursuant to Protective Order

**times** 62:24
  82:10 114:4
  172:5,5,5
  184:20,21
  199:2 201:20
  216:2 253:22
  302:7 310:17
  311:17 316:4
  319:7 339:22
  341:13,19
  362:14
**timing** 28:24
  343:6
**Tinsley** 3:12 7:5
  7:5
**Tisi** 2:13 6:24,24
  19:3,4
**tissue** 125:5
  126:1 128:1
  140:13 179:17
  227:13,14
  228:5 229:1
  231:14 232:20
  242:22 264:15
  264:16,24
  274:1,8,8
  276:19 283:14
  289:8 293:4
**tissues** 273:24
**title** 69:3 290:25
**tlocke@seyfar...**
  3:8
**today** 8:8 12:5
  23:21 34:10,23
  51:16,20 60:21
  88:21 109:10
  109:11,20
  110:23 119:12
  120:23 145:16
  149:2 162:22
  176:2 188:9
  200:8 202:6
  209:21 210:2
  250:11 259:22
  276:25 280:23
  297:14 315:11
  354:24 368:15

368:18
**today's** 6:6 13:1
  15:5 22:18
**told** 58:11
  103:24 171:22
  185:12 209:6
  210:15 219:3,8
  245:5 257:12
  257:13 265:21
  307:17 315:17
**Tom** 7:3 319:5
**tool** 75:24 77:13
  356:5,9
**tools** 81:7
  212:20 356:17
**top** 52:3 184:1
  218:10
**topic** 54:24
  58:13,14 64:23
  97:2 124:18
  289:16
**topics** 29:5
  30:18 33:2,5
  33:22 53:5
  58:15
**Totally** 326:8,19
**touch** 287:22
**toxic** 29:24
  125:4 145:20
  146:18 151:19
  153:3 195:23
  195:25 223:21
  242:4 243:13
  273:23 306:8
  306:11
**toxicities** 34:6
**toxicity** 39:13
  86:21 126:2,22
  127:17,20
  128:1 139:14
  140:13 146:5
  149:1,10,13
  150:4,24
  151:17 152:14
  169:20 224:15
  235:17 240:11
  241:16,21

242:1 254:6,10
  266:13,14,18
  283:14 294:25
  295:6
**toxicokinetics**
  65:6 67:12
**toxicological**
  114:10 167:3
  234:22 290:7
  304:10
**toxicologist** 72:5
  84:18,25
  126:10 143:16
  145:17 150:19
  152:3 166:23
  167:16 168:3
  170:1 181:24
  195:15 199:20
  224:6 234:21
  255:19 264:5
  305:10 307:5
  307:15 334:3
  357:3
**toxicologists**
  72:25 85:4
  115:4 281:6
**toxicology** 29:20
  76:9 77:10
  81:20,23
  125:25 182:21
  199:24 209:16
  255:13 275:20
  278:5 291:1,3
  294:1,5 295:2
  295:10 304:25
  323:19 334:8
  335:2,4,12,25
  346:11
**trace** 309:14,20
  310:4,15,17,21
  310:23 311:4
**track** 56:5,11
  80:5,24
**tract** 68:7 69:10
  69:15 70:6,11
  71:18 72:1
  73:16 95:20

101:15 103:12
  103:12 183:16
  184:4 265:5,12
  295:23,25
  297:1,18
  302:10
**tracts** 101:11
**trail** 55:16
**trained** 86:7
  115:12 352:10
  352:15 359:14
**training** 39:6
  77:3 84:23
  99:7 105:12
  115:12 264:5
  356:5,7 357:9
**transcript** 372:8
  373:16,17
**transcription**
  374:5
**transcripts**
  345:7,10
**transition**
  124:17
**transparency**
  213:12,15
  214:4 219:20
  244:15 350:17
**transparent**
  212:21 214:9
  362:14
**tremolite** 135:10
  145:19,21,21
  147:16,20,21
  147:22 148:10
  148:11,12,13
  148:25 149:20
  149:22 150:6,8
  151:3,21
  162:15 253:25
  309:23
**tremolite-cont...**
  149:23
**trial** 20:25 21:19
  21:21 22:7,11
  22:13 32:22
  109:23 138:20

165:6 186:23
  252:5 335:1,8
  349:19
**trials** 20:21
  335:3 349:13
**tried** 91:15
  92:12 141:3
  155:19 160:21
  174:15 185:2
  191:5,5 192:22
  201:22 307:5
**triggered**
  146:20 266:10
**triggering** 228:2
**trimellitic**
  135:22,25
**trouble** 333:23
**true** 59:11 67:17
  73:11 74:22
  75:4 79:10
  84:3,11 105:25
  106:1,3 107:20
  118:20 127:10
  136:11 157:9
  164:7 171:24
  174:5,12
  177:23 195:10
  207:7 213:7
  227:4 230:10
  232:22 233:15
  241:1 251:18
  282:13 284:23
  293:9 294:15
  294:25 295:16
  296:1,12
  297:20 308:8
  316:25 317:5
  320:10 332:11
  336:18 340:18
  342:7 343:9,16
  344:4 347:19
  359:15 361:20
  361:21 363:12
  363:25 367:6
**truly** 222:21
**truth** 7:22,22,23
  372:6,6,6

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 143 of 285 PageID: 42358
Confidential - Pursuant to Protective Order

Page 423

**try** 61:2 77:24
  93:20,21 98:23
  102:15 129:9
  141:17 145:11
  152:9 162:4
  163:8 198:10
  228:22 229:14
  319:11 339:6
**trying** 28:19
  53:2 57:11
  73:2 78:5
  106:15 117:14
  119:16 128:5
  130:15 133:6
  151:14,16
  153:14 155:22
  156:14 169:11
  195:15 219:18
  238:5 243:19
  259:14 260:19
  269:13 273:20
  289:1,1 304:6
  306:3 316:5
  347:23
**tube** 4:23 180:22
  181:8
**tubes** 103:16
  180:11 181:2
  181:13 183:17
**Tucker** 3:12,18
  18:16
**tumor** 221:22
  222:4,6
**tumors** 181:1
  220:13 270:6
  271:10,13
  279:22
**turn** 53:7 64:15
  65:14 124:12
  206:21 212:15
  282:11
**turned** 311:21
**Turning** 215:15
**two** 19:4 28:25
  33:16 35:19
  65:21 68:2
  72:22 85:3

172:4 204:1
233:4,16,16
279:25 280:1
281:7 283:8
289:4 290:21
292:16 313:18
318:7 323:17
323:18,22
324:13 329:8
329:14 330:14
330:16,17
349:4 363:4
**two-thirds**
  236:7
**type** 55:22 81:3
  84:19 116:25
  133:16 135:2
  138:3 140:13
  140:20 145:8
  147:22 159:4
  162:11 172:20
  215:18,25
  232:20 233:20
  254:20 269:18
  270:12,13
  271:15 272:2
  286:11 326:20
  327:15 348:18
**type's** 233:2
**types** 35:17
  43:13 51:6
  70:20 77:4
  106:18 114:8
  137:5,7 139:13
  139:22 140:16
  142:13 143:17
  146:5,19
  149:11 152:17
  152:24 156:4
  156:16 161:16
  169:25 174:18
  179:5 195:25
  216:4 218:15
  219:9 226:25
  229:5 233:4,14
  233:17 234:8
  234:10,14,16

254:9 267:18
269:18,23
270:6,8 271:15
271:16,25
273:12 311:23
**typical** 178:10
  182:20 205:21
  214:7 294:12
**typically** 36:25
  42:12 52:14
  63:11,17 80:12
  80:12 107:5
  114:14 122:22
  199:21 205:19
  253:20,21
  261:19 307:15

―――――――――
      **U**
―――――――――
**Uh-huh** 122:20
  286:1 304:8
**Uhl** 19:16
**ultimate** 127:17
  237:12
**ultimately** 132:3
  133:20 140:25
**underlying** 34:5
  37:13 191:11
  191:21 274:7
  277:17 278:1
  293:4
**underpinnings**
  314:22
**underpins** 294:2
**understand**
  23:25 28:6,19
  32:22 33:1,3
  48:24 57:11,17
  67:1 82:19
  83:20,20 88:20
  93:25 94:2
  102:4,23
  104:21 113:15
  114:3 117:15
  128:5 133:15
  134:11 142:12
  148:17 150:20
  151:12,15,15

151:16 152:4,7
152:13,22
155:13 167:17
169:2,8 170:4
175:1,19
195:16 204:14
213:9 219:22
229:14 231:3
233:3 234:7
247:6 262:15
281:12 283:20
291:20 297:13
304:9 325:5
328:22 330:13
332:18 333:20
338:7 357:5
360:5
**understanding**
  8:8,12 10:6,19
  19:10 21:8
  22:17 29:17,18
  34:24 35:2
  40:4 44:13
  47:22 55:19
  98:12 101:5
  108:25 109:16
  116:15 123:15
  125:23 130:3
  131:2,4 132:14
  133:18 136:20
  150:2 154:1
  169:5 194:3
  202:7 213:1,20
  249:8 308:21
**understands**
  45:15
**understood** 63:2
  182:10 227:19
  242:10 329:6
  349:9
**undertook**
  330:18,18
**underwear**
  296:22 297:17
  298:4 299:6
**unethical**
  185:25

**unfortunately**
  59:16 74:2
  166:21 170:11
  185:24 225:14
  237:7 239:4
  297:20
**Union** 3:15 7:6
**unique** 103:9
**United** 1:1 6:11
  322:19
**universities**
  290:12
**unsafe** 347:5
**up-to-date**
  10:15
**update** 62:8
**updated** 61:21
  111:19
**updating** 61:14
  62:5
**upper** 68:7
  69:15 73:15
**upright** 101:12
  101:13
**upwards** 95:20
**usage** 283:22
**use** 4:19 21:21
  26:8 27:23
  37:11 38:7
  44:11 48:2
  49:23 58:14
  75:22 76:13
  80:3,17 81:8,9
  88:16 90:18
  105:12 110:13
  110:18 113:22
  114:16,21,23
  115:12 117:14
  119:5 127:2
  153:20 160:4
  171:3 173:20
  175:5,22,24
  178:3,12
  179:11 183:4,4
  185:17 187:1,4
  187:17 193:4
  193:18 194:5

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 144 of 285 PageID: 42359
Confidential - Pursuant to Protective Order

Page 424

195:11,18
196:14 198:12
198:23,25,25
199:17,21,21
200:2 203:3
204:4 205:22
209:9,19 216:5
225:1 239:10
258:4,7 260:2
263:20 282:25
283:1,2,3
284:15 289:12
296:15 301:25
306:5,23 313:8
324:13 327:17
328:25 329:1
334:25 347:18
356:6
**uses** 78:16
184:19 194:8
196:17 283:8
283:10 298:4
302:8 339:19
**usually** 18:7,10
63:16 64:6
93:20 261:22
310:21
**uterus** 180:9

**V**

**V** 2:13 3:19
**VA** 2:10
**vagina** 103:15
180:8 296:11
**vaginal** 296:23
**Valley** 164:9
**valuable** 88:8
**value** 87:4,10
106:10 160:22
**values** 78:12
79:6 89:3
105:19 219:4
**variable** 199:18
**varied** 251:7
267:15
**varies** 128:22
134:22

**variety** 21:6
58:23 70:20
248:7 253:21
274:16 293:19
358:1 370:9
**various** 55:5
208:21 218:23
320:15 369:19
**vary** 232:19
**vast** 160:13
**venturing** 24:8
**verbatim** 372:8
**verify** 347:8
**Vermont** 136:22
**Version** 4:24
**versus** 38:11,11
67:4 72:18
76:14 79:16
83:1 85:1
101:12,13,16
101:25 118:6
120:10 125:7
126:6 140:18
146:9 150:15
151:6 163:9,10
165:1,2 170:15
175:21 178:10
179:14,22
181:2 205:7
219:7,7 224:22
227:6 231:9
233:12,24,25
238:25 240:7,8
243:12 247:1
260:11 264:17
266:19 270:21
281:8 283:9
305:14 314:21
324:20 326:14
327:18 357:17
**Vetner** 16:6
**videographer**
6:1,4 7:16 25:9
25:12 94:22,25
99:21,24 188:3
188:6 200:21
200:24 287:3,6

364:15,18
368:24 369:2
370:24
**videotaped** 1:12
4:11 9:10
**view** 33:5 38:13
49:6 84:18,20
96:3 97:20
127:14 165:7
181:10 189:1
197:9 236:16
254:8 258:2
269:16 349:21
**vitro** 115:5
117:9 118:10
142:5 205:24
207:5,20
208:16 217:1
219:7 224:1
228:13,17
229:9,15,22,25
230:4 240:8,8
**vitro/only** 217:5
**vivo** 229:10
230:2,2,7

**W**

**wait** 242:8
**waiting** 301:2
**walk** 13:16
**wander** 137:18
**want** 8:16 12:16
12:20 13:9
20:10,11 24:7
27:6 30:14
41:12 60:5
72:16 74:12
78:24 94:19
100:10 102:18
106:5 109:24
110:8 119:1
120:6 121:7
123:24 129:15
135:18 148:15
149:4,5 150:3
153:11 162:15
169:13 177:4,8

183:22 188:16
195:12 201:5
204:4 212:4
229:13,23
232:7 235:2,3
241:7 242:9
247:12 249:18
281:11 283:4
287:22 305:17
316:8,9 317:16
330:8,10,13
333:19 347:7
358:13 362:22
364:8 366:20
**wanted** 19:10
56:18,20 57:17
61:6 105:18
133:14 159:13
201:11 280:11
319:14 323:10
329:21
**warm** 301:8
**warn** 327:3,4
328:8 329:15
332:16
**warned** 165:18
330:25 332:17
**warning** 47:4
48:14,14 52:13
52:17 153:11
166:12 179:2,3
285:15,17
326:14 328:4
334:15,19
**warnings** 51:7
141:25 165:18
285:15,20
330:22 331:17
**Washington** 3:9
**wasn't** 15:10
21:14 59:20
62:3 119:14
123:19 171:22
257:13 262:11
334:2 345:21
349:22 353:5
**waste** 177:8

364:9
**water** 117:16
**way** 34:20 35:20
36:7 37:5,25
38:10,21 40:21
49:13 51:13
55:14 56:10
72:7 70:8
73:19 78:22
79:12 86:7
89:9 94:18
98:22 101:1,16
105:15 110:20
115:6 130:12
131:12 137:25
138:24 140:8
142:10 144:14
144:21,22
146:4,23 151:7
156:10 158:1
159:21 161:25
171:3 172:19
173:7 176:21
185:1 191:4
192:9,12
194:22 195:23
196:11 209:3
209:15 210:15
230:16 231:22
233:22 236:7
240:15 241:3,5
245:15 246:19
256:5 265:3
275:4 283:5
291:21,22
293:6 297:22
298:5,24 300:6
302:9 314:24
319:21,24
320:1 325:10
332:1,11
353:17 354:9
356:17 362:5
366:23
**ways** 58:24
78:10 80:24
219:19 256:18

Confidential - Pursuant to Protective Order

294:20
**we'll** 11:6 17:12
  39:15 70:2
  166:3 252:24
  359:3
**we're** 13:8 24:7
  63:8 64:18
  78:25 84:22
  94:22 194:16
  194:17 226:5
  323:11 361:24
  368:22,22
**we've** 22:21
  138:20,21
  174:17 206:15
  369:16
**weakened**
  110:11
**weaknesses**
  102:16
**weather** 301:9
**web** 288:14
**website** 17:5
  109:9 212:13
  284:11,22
  288:11,15
  341:8 345:11
  345:16
**websites** 26:16
  123:19
**WEDNESDAY**
  1:8
**week** 9:3,3
  300:1,24
**weekly** 302:3
**weigh** 38:8
  106:19 199:8
  217:24 247:12
**weighed** 135:12
  184:6 205:5,10
**weight** 5:1 41:21
  42:4,24 73:21
  75:24 77:13,20
  78:3,10 80:7
  82:21 83:7,21
  84:5,12 85:5,7
  85:22 86:10,23

87:6,14 88:5
88:17 89:5,24
90:10,18 93:6
95:25 96:6
97:3,6,21 98:4
98:7,9,21 99:2
101:8 102:4,23
103:5,20,22
104:3,5,12
105:11,15
107:2 112:17
112:21 113:16
114:6,12,12
115:25 117:8
120:4,10,11,19
121:2 133:23
134:11 135:7
140:23 141:4,5
143:18 154:16
155:6,16
172:21 173:2
198:12 205:15
209:10 210:1,9
210:21,23,25
211:3,4,10,11
213:2 214:15
215:20,24
217:19,24
218:18,24
219:1,12 229:9
229:12 230:6
230:10,18
231:18,19
232:1 236:8
240:4 244:1,14
244:19,19,19
244:23,25
245:14,18,23
246:13,19
248:6 252:12
252:19,24
285:21 314:1
314:11 315:1
315:18
**weighted** 77:17
231:24
**weighting** 41:22

90:5 98:23
99:3 116:9
**well-controlled**
  172:18
**well-recognized**
  290:11
**went** 12:12,13
  15:16 61:1,8
  61:12 77:4
  123:9 246:15
**weren't** 21:11
  21:22 22:1,8
  60:2 83:3
  163:19 239:6
  318:13
**wide** 358:1
**widespread**
  258:17
**William** 2:22
  7:12
**Wilma** 352:20
**wiped** 299:8
**witness** 7:19
  28:11,22 32:4
  33:9 38:20
  39:23 40:18
  45:3 48:23
  49:11 50:6
  51:4,24 56:8
  58:7 72:3
  73:18 86:3
  87:9 89:20
  90:13 91:25
  93:18 96:10
  99:6 105:24
  106:14 107:16
  111:18,22
  113:20 118:17
  121:4 127:1
  131:18 132:6
  134:1,16 136:4
  137:12,16,22
  139:18 141:3
  143:9 144:10
  145:1,24
  154:22 155:19
  157:8 159:8

160:11 162:2
163:6 164:12
165:12 166:15
171:6 173:23
174:10 176:6
179:13 180:18
184:25 186:13
187:19 190:15
192:19 195:7
196:9 198:9
214:19 221:5
222:11 233:7
234:13 238:15
239:23 241:20
252:18 255:11
259:14 260:6
261:17 262:25
270:15 278:17
279:15 282:4
283:25 284:19
287:13 291:10
292:21 296:5
296:19 298:7
298:23 300:4
303:9,15
306:10 307:14
307:24 308:7
308:17 309:17
310:9 312:10
315:5 316:23
321:21 322:21
325:4,22 327:8
329:12 330:3
332:10 334:21
340:22 342:25
350:23 351:21
353:23 356:13
356:25 369:25
370:20 373:1
**WOE** 212:23
213:2
**woman** 296:24
296:25 297:5
298:4,18 302:7
302:8 352:23
354:15
**woman's** 200:16

**women** 37:4
  41:4 70:11
  185:11 186:1
  198:23 199:13
  202:19 203:22
  237:13 265:5
  296:15,20
**women's** 312:3
**Woodruff** 16:5
  102:21,22
  105:3 296:2
**word** 57:2 59:22
  60:22 64:11,13
  110:18 127:3
  157:22 172:1
  187:4 194:5
  195:13 216:5
  237:9 300:20
  354:18
**words** 22:3
  34:15 45:14
  53:20 56:22
  58:20 126:3
  136:13 137:18
  146:16 149:11
  156:8 169:15
  183:21 187:2
  191:7 194:13
  195:18 203:2
  204:4 216:1
  239:6 242:19
  257:4 294:19
  305:11
**work** 10:16
  18:22 19:21
  20:7 22:24
  23:7 24:8,14
  26:2 29:9 44:7
  45:24 54:5
  56:2 69:5
  74:14 82:1,7
  121:22 162:8
  213:23 216:19
  217:3 218:19
  244:11 245:25
  247:9,13 248:2
  255:18 286:24

Case 3:16-md-02738-MAS-RLS   Document 9739-14   Filed 05/07/19   Page 146 of 285 PageID: 42361
Confidential - Pursuant to Protective Order

Page 426

351:6,9,11
362:18 365:5
365:21
**worked** 20:20
43:17 50:8
52:9 248:9,14
248:19 262:6,8
262:13 346:23
346:25
**working** 10:23
11:19 45:22
82:11 116:19
334:7 344:18
344:22
**workload**
347:24
**works** 344:19
**workshop** 361:4
**worried** 291:11
**wouldn't** 73:7,9
73:18 81:25
92:6 99:3
122:16 235:20
257:3 282:11
319:20 337:16
355:5
**write** 80:18 81:1
322:21 323:6
350:11,18
**write-up** 356:15
**writing** 25:21
32:24 74:17
247:17
**written** 90:15
91:9,12 104:21
121:15 350:24
361:24 365:3
**wrong** 16:15
198:14 208:7
**wrote** 21:15
317:3 331:14
338:4,5

———————
**X**
———————

———————
**Y**
———————
**yeah** 40:9

196:23 202:3
227:7 261:14
269:12 298:16
318:11 368:21
**year** 20:3 54:14
54:17,25 62:11
102:25 300:25
301:4,7,10
302:4 303:1,7
304:13
**years** 28:25 31:5
82:10 108:11
136:21 199:21
199:23 302:21
305:14 307:11
307:15 320:13
321:7
**yellow** 80:14,17
218:10
**Yep** 211:23
**yesterday** 10:9
10:14 11:21
12:2,9 13:10
17:19 19:5
35:9 42:18
186:24 257:14
263:24 297:14
**yesterday's**
11:15 19:24
**York** 135:23,25
140:24

———————
**Z**
———————

———————
**0**
———————
**01** 40:16,19
**084-004229**
372:21
**09** 365:4

———————
**1**
———————
**1** 4:11 8:13,18
9:8 29:2 40:7
158:5
**1:35** 200:25
**10** 53:7 54:8
64:20 124:25

129:11 158:5
174:7
**10:41** 94:23,24
**10:56** 95:1
**100** 3:13 223:13
338:16 366:21
**11** 212:16
**11:00** 99:22,23
**11:01** 99:25
**111** 4:23
**112** 3:3
**118** 315:21
316:12
**12** 112:10 236:3
**12/20/18** 372:23
**12:23** 188:4,5
**12:24** 188:7
**12:36** 200:22,23
**13** 4:13,14,16
76:18 77:19
78:23 90:20
92:4
**13921** 372:19
**14** 111:17
**16** 4:17,18 14:22
22:20
**16-2738** 1:4
**17** 4:21
**1715** 372:22
**18** 112:10
**1800** 3:3
**1835** 2:18
**1894** 136:14
**19** 1:8 6:6 147:9
317:20
**19103** 2:18
**1948** 15:21
**1950s** 316:14,21
317:20 318:1
318:21
**1980s** 317:10
**1981** 68:4
**1989** 317:9
**1991** 249:7
**1992** 65:10,22
363:5
**1994** 361:4

363:5
**1997** 68:4 69:3
70:23

———————
**2**
———————
**2** 4:3,13 13:17
14:7,11 28:1,4
29:2,2 33:7
57:24 64:19
290:19
**2:57** 287:4,5
**20** 174:8 339:22
374:16
**200** 129:7
130:13
**2000** 290:15
**20004** 3:9
**2005** 365:3,5,12
365:24
**2006** 324:24
**2008** 363:3,6,9
363:10
**2009** 361:19
362:23 363:14
364:24 365:10
**2010** 65:10,22
**2012** 341:16
**2013** 65:10,23
66:6,12 67:14
95:5 96:21
120:3,3 210:18
**2015** 19:25
**2016** 4:13 14:8
19:15 21:4,12
65:25 118:14
118:25 120:1
**2018** 1:8 4:15,17
6:7 14:16,22
20:3,9,13 21:5
22:21 23:3
111:17,19
267:3
**202** 3:9
**21** 46:21 47:2,25
64:16,19
**210** 3:4
**211** 5:1

**213** 2:24
**215** 2:19
**218** 2:5
**22** 46:24 111:19
**22311** 2:10
**23** 336:20
**25** 128:25
**26** 4:16
**269-2343** 2:6
**278-4449** 2:19
**28** 65:15
**287** 4:6
**29** 4:15 14:16
20:3 183:12
267:3
**2900** 2:18
**2B** 197:6,8
198:6
**2nd** 1:14

———————
**3**
———————
**3** 4:14 13:17
14:14,18 20:4
23:9 28:1,4
29:3 33:7
57:24 266:22
**3:13** 287:7
**30** 147:8,12
172:10 173:1,5
173:14,19
299:6 373:15
**31** 124:12
336:24
**314** 3:14
**316** 2:14
**319** 4:7
**32** 249:24
250:13
**32502** 2:14
**333** 2:23
**334** 2:6
**35** 166:3 321:7
336:20
**36** 267:23
**36104** 2:6
**37** 100:3 134:21
**38** 15:13 242:9

Confidential - Pursuant to Protective Order

Page 427

| | | |
|---|---|---|
| **39** 16:1 | **58** 242:9,12 | **9:12** 1:15 6:7 |
| | | **9:30** 25:10,11 |
| **4** | **6** | **9:32** 25:13 |
| **4** 4:16 13:17 | **6** 4:21 17:9,14 | **90** 365:2,12 |
| 14:20,25 15:7 | 86:14 202:15 | 366:5 |
| 22:21 23:13 | 267:13 | **90071** 2:23 |
| 24:13 25:19 | **600** 2:14 3:13 | **90s** 31:7 |
| 26:25 28:1,5 | **63** 367:8 | **917.591.5672** |
| 46:24 53:6 | **63102** 3:14 | 1:22 |
| 57:24 64:3 | **64** 313:15 | **93** 231:1 |
| 65:14 66:11 | **65** 188:18 190:7 | **931-5500** 2:10 |
| 75:3,12,18 | **650** 2:9 | **9328** 372:21 |
| 76:5 90:8 | **67** 188:21 190:8 | **95** 367:8 |
| 93:16 95:11 | 266:23 313:13 | **975** 3:8 |
| 113:12 155:14 | **68** 289:17,24 | **99.9** 121:5 |
| 201:10 206:22 | **680-8370** 2:24 | **999** 1:14 |
| 209:23 210:22 | **69** 280:19 | |
| **4:23** 364:16,17 | | |
| **4:25** 364:19 | **7** | |
| **4:30** 368:25 | **7** 4:23 53:8,9 | |
| 369:1 | 111:4,9,13 | |
| **4:45** 369:3 | 112:6 124:2 | |
| **4:47** 370:25 | 208:9 318:16 | |
| 371:3 | **70** 145:19 167:1 | |
| **40** 64:3 | 338:17 | |
| **400** 129:7 | **703** 2:10 | |
| **43** 65:15 66:10 | **70s** 165:1 | |
| 68:1,17 183:12 | **740.1** 46:21 47:3 | |
| **435-7000** 2:15 | 47:25 | |
| **44** 103:2 313:17 | **75** 125:1 128:25 | |
| **46** 313:14 | **77** 316:12 | |
| **463-2400** 3:9 | **78205** 3:4 | |
| **47** 280:19 | | |
| 289:17,24 | **8** | |
| **4900** 2:9 | **8** 4:5,11 5:1 | |
| | 208:9 211:14 | |
| **5** | 211:18,21 | |
| **5** 4:13,18 14:8 | 219:16 236:4 | |
| 16:3,16,23 | **80s** 165:2 | |
| 19:14 86:13 | **850** 2:15 | |
| 124:25 206:16 | **859** 372:20 | |
| 206:21 | **877.370.3377** | |
| **50** 347:11 | 1:22 | |
| 351:16 | **89** 318:8 366:4 | |
| **554-5500** 3:4 | | |
| **56** 95:12,16 | **9** | |
| **571-4965** 3:14 | **9** 208:9 | |

Exhibit V

**WORLD HEALTH ORGANIZATION**
**INTERNATIONAL AGENCY FOR RESEARCH ON CANCER**



*IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*

# VOLUME 93

## Carbon Black, Titanium Dioxide, and Talc



**LYON, FRANCE**
**2010**

Plaintiff' Exhibit No.

**P-468**

www.exhibit-ticker.com

**WORLD HEALTH ORGANIZATION**
**INTERNATIONAL AGENCY FOR RESEARCH ON CANCER**



# *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*

# VOLUME 93

# Carbon Black, Titanium Dioxide, and Talc

This publication represents the views and expert opinions
of an IARC Working Group on the
Evaluation of Carcinogenic Risks to Humans,
which met in Lyon,

7–14 February 2006

2010

## IARC MONOGRAPHS

In 1969, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic risk of chemicals to humans involving the production of critically evaluated monographs on individual chemicals. The programme was subsequently expanded to include evaluations of carcinogenic risks associated with exposures to complex mixtures, lifestyle factors and biological and physical agents, as well as those in specific occupations. The objective of the programme is to elaborate and publish in the form of monographs critical reviews of data on carcinogenicity for agents to which humans are known to be exposed and on specific exposure situations; to evaluate these data in terms of human risk with the help of international working groups of experts in chemical carcinogenesis and related fields; and to indicate where additional research efforts are needed. The lists of IARC evaluations are regularly updated and are available on the Internet at http://monographs.iarc.fr/.

This programme has been supported since 1982 by Cooperative Agreement U01 CA33193 with the United States National Cancer Institute, Department of Health and Human Services. Additional support has been provided since 1986 by the Health, Safety and Hygiene at Work Unit of the European Commission Directorate-General for Employment, Social Affairs and Equal Opportunities, and since 1992 by the United States National Institute of Environmental Health Sciences, Department of Health and Human Services. The contents of this volume are solely the responsibility of the Working Group and do not necessarily represent the official views of the U.S. National Cancer Institute, the U.S. National Institute of Environmental Health Sciences, the U.S. Department of Health and Human Services, or the European Commission Directorate-General for Employment, Social Affairs and Equal Opportunities.

This volume was made possible, in part, through Cooperative Agreement CR 834012 with the United States Environmental Protection Agency, Office of Research and Development. The contents of this volume do not necessarily reflect the views or policies of the U.S. Environmental Protection Agency.

Published by the International Agency for Research on Cancer,
150 cours Albert Thomas, 69372 Lyon Cedex 08, France

©International Agency for Research on Cancer, 2010

Distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
(tel.: +41 22 791 3264; fax: +41 22 791 4857; e-mail: bookorders@who.int).

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

The International Agency for Research on Cancer welcomes requests for permission to reproduce or translate its publications, in part or in full. Requests for permission to reproduce or translate IARC publications – whether for sale or for noncommercial distribution – should be addressed to WHO Press, at the above address (fax: +41 22 791 4806; email: permissions@who.int).

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city, or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

The IARC Monographs Working Group alone is responsible for the views expressed in this publication.

IARC Library Cataloguing in Publication Data

Carbon black, titanium dioxide, and talc / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2006: Lyon, France)

(IARC monographs on the evaluation of carcinogenic risks to humans; v. 93)

1. Carcinogens, Environmental 2. Inhalation Exposure – adverse effects 3. Lung Neoplasms – chemically induced 4. Soot – toxicity 5. Talc – toxicity 6. Titanium – toxicity

I. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans II. Series

ISBN 978 92 832 1293 5                                   (NLM Classification: W1)
ISSN 1017-1606

PRINTED IN FRANCE

doctoral theses and other material that are in their final form and publicly available may be reviewed.

Exposure data and other information on an agent under consideration are also reviewed. In the sections on chemical and physical properties, on analysis, on production and use and on occurrence, published and unpublished sources of information may be considered.

Inclusion of a study does not imply acceptance of the adequacy of the study design or of the analysis and interpretation of the results, and limitations are clearly outlined in square brackets at the end of each study description (see Part B). The reasons for not giving further consideration to an individual study also are indicated in the square brackets.

### 5. Meeting participants

Five categories of participant can be present at *Monograph* meetings.

(a) The Working Group is responsible for the critical reviews and evaluations that are developed during the meeting. The tasks of Working Group Members are: (i) to ascertain that all appropriate data have been collected; (ii) to select the data relevant for the evaluation on the basis of scientific merit; (iii) to prepare accurate summaries of the data to enable the reader to follow the reasoning of the Working Group; (iv) to evaluate the results of epidemiological and experimental studies on cancer; (v) to evaluate data relevant to the understanding of mechanisms of carcinogenesis; and (vi) to make an overall evaluation of the carcinogenicity of the exposure to humans. Working Group Members generally have published significant research related to the carcinogenicity of the agents being reviewed. and IARC uses literature searches to identify most experts. Working Group Members are selected on the basis of (a) knowledge and experience and (b) absence of real or apparent conflicts of interests. Consideration is also given to demographic diversity and balance of scientific findings and views.

(b) Invited Specialists are experts who also have critical knowledge and experience but have a real or apparent conflict of interests. These experts are invited when necessary to assist in the Working Group by contributing their unique knowledge and experience during subgroup and plenary discussions. They may also contribute text on non-influential issues in the section on exposure, such as a general description of data on production and use (see Part B, Section 1). Invited Specialists do not serve as meeting chair or subgroup chair, draft text that pertains to the description or interpretation of cancer data, or participate in the evaluations.

(c) Representatives of national and international health agencies often attend meetings because their agencies sponsor the programme or are interested in the subject of a meeting. Representatives do not serve as meeting chair or subgroup chair, draft any part of a *Monograph,* or participate in the evaluations.

(d) Observers with relevant scientific credentials may be admitted to a meeting by IARC in limited numbers. Attention will be given to achieving a balance of Observers

analyses. Irrespective of the source of data for the meta-analyses and pooled analyses, it is important that the same criteria for data quality be applied as those that would be applied to individual studies and to ensure also that sources of heterogeneity between studies be taken into account.

### (d)  Temporal effects

Detailed analyses of both relative and absolute risks in relation to temporal variables, such as age at first exposure, time since first exposure, duration of exposure, cumulative exposure, peak exposure (when appropriate) and time since cessation of exposure, are reviewed and summarized when available. Analyses of temporal relationships may be useful in making causal inferences. In addition, such analyses may suggest whether a carcinogen acts early or late in the process of carcinogenesis, although, at best, they allow only indirect inferences about mechanisms of carcinogenesis.

### (e)  Use of biomarkers in epidemiological studies

Biomarkers indicate molecular, cellular or other biological changes and are increasingly used in epidemiological studies for various purposes (IARC, 1991; Vainio et al., 1992; Toniolo et al., 1997; Vineis et al., 1999; Buffler et al., 2004). These may include evidence of exposure, of early effects, of cellular, tissue or organism responses, of individual susceptibility or host responses, and inference of a mechanism (see Part B, Section 4b). This is a rapidly evolving field that encompasses developments in genomics, epigenomics and other emerging technologies.

Molecular epidemiological data that identify associations between genetic polymorphisms and interindividual differences in susceptibility to the agent(s) being evaluated may contribute to the identification of carcinogenic hazards to humans. If the polymorphism has been demonstrated experimentally to modify the functional activity of the gene product in a manner that is consistent with increased susceptibility, these data may be useful in making causal inferences. Similarly, molecular epidemiological studies that measure cell functions, enzymes or metabolites that are thought to be the basis of susceptibility may provide evidence that reinforces biological plausibility. It should be noted, however, that when data on genetic susceptibility originate from multiple comparisons that arise from subgroup analyses, this can generate false-positive results and inconsistencies across studies, and such data therefore require careful evaluation. If the known phenotype of a genetic polymorphism can explain the carcinogenic mechanism of the agent being evaluated, data on this phenotype may be useful in making causal inferences.

### (f)  Criteria for causality

After the quality of individual epidemiological studies of cancer has been summarized and assessed, a judgement is made concerning the strength of evidence that the agent in question is carcinogenic to humans. In making its judgement, the Working Group

considers several criteria for causality (Hill, 1965). A strong association (e.g. a large relative risk) is more likely to indicate causality than a weak association, although it is recognized that estimates of effect of small magnitude do not imply lack of causality and may be important if the disease or exposure is common. Associations that are replicated in several studies of the same design or that use different epidemiological approaches or under different circumstances of exposure are more likely to represent a causal relationship than isolated observations from single studies. If there are inconsistent results among investigations, possible reasons are sought (such as differences in exposure), and results of studies that are judged to be of high quality are given more weight than those of studies that are judged to be methodologically less sound.

If the risk increases with the exposure, this is considered to be a strong indication of causality, although the absence of a graded response is not necessarily evidence against a causal relationship. The demonstration of a decline in risk after cessation of or reduction in exposure in individuals or in whole populations also supports a causal interpretation of the findings.

A number of scenarios may increase confidence in a causal relationship. On the one hand, an agent may be specific in causing tumours at one site or of one morphological type. On the other, carcinogenicity may be evident through the causation of multiple tumour types. Temporality, precision of estimates of effect, biological plausibility and coherence of the overall database are considered. Data on biomarkers may be employed in an assessment of the biological plausibility of epidemiological observations.

Although rarely available, results from randomized trials that show different rates of cancer among exposed and unexposed individuals provide particularly strong evidence for causality.

When several epidemiological studies show little or no indication of an association between an exposure and cancer, a judgement may be made that, in the aggregate, they show evidence of lack of carcinogenicity. Such a judgement requires firstly that the studies meet, to a sufficient degree, the standards of design and analysis described above. Specifically, the possibility that bias, confounding or misclassification of exposure or outcome could explain the observed results should be considered and excluded with reasonable certainty. In addition, all studies that are judged to be methodologically sound should (a) be consistent with an estimate of effect of unity for any observed level of exposure, (b) when considered together, provide a pooled estimate of relative risk that is at or near to unity, and (c) have a narrow confidence interval, due to sufficient population size. Moreover, no individual study nor the pooled results of all the studies should show any consistent tendency that the relative risk of cancer increases with increasing level of exposure. It is important to note that evidence of lack of carcinogenicity obtained from several epidemiological studies can apply only to the type(s) of cancer studied, to the dose levels reported, and to the intervals between first exposure and disease onset observed in these studies. Experience with human cancer indicates that the period from first exposure to the development of clinical cancer is sometimes longer than 20 years; latent periods substantially shorter than 30 years cannot provide evidence for lack of carcinogenicity.

PREAMBLE                                                      31

*(d)    Mechanistic and other relevant data*

Data relevant to the toxicokinetics (absorption, distribution, metabolism, elimination) and the possible mechanism(s) of carcinogenesis (e.g. genetic toxicity, epigenetic effects) are summarized. In addition, information on susceptible individuals, populations and life-stages is summarized. This section also reports on other toxic effects, including reproductive and developmental effects, as well as additional relevant data that are considered to be important.

## 6. Evaluation and rationale

Evaluations of the strength of the evidence for carcinogenicity arising from human and experimental animal data are made, using standard terms. The strength of the mechanistic evidence is also characterized.

It is recognized that the criteria for these evaluations, described below, cannot encompass all of the factors that may be relevant to an evaluation of carcinogenicity. In considering all of the relevant scientific data, the Working Group may assign the agent to a higher or lower category than a strict interpretation of these criteria would indicate.

These categories refer only to the strength of the evidence that an exposure is carcinogenic and not to the extent of its carcinogenic activity (potency). A classification may change as new information becomes available.

An evaluation of the degree of evidence is limited to the materials tested, as defined physically, chemically or biologically. When the agents evaluated are considered by the Working Group to be sufficiently closely related, they may be grouped together for the purpose of a single evaluation of the degree of evidence.

*(a)    Carcinogenicity in humans*

The evidence relevant to carcinogenicity from studies in humans is classified into one of the following categories:

*Sufficient evidence of carcinogenicity*: The Working Group considers that a causal relationship has been established between exposure to the agent and human cancer. That is, a positive relationship has been observed between the exposure and cancer in studies in which chance, bias and confounding could be ruled out with reasonable confidence. A statement that there is *sufficient evidence* is followed by a separate sentence that identifies the target organ(s) or tissue(s) where an increased risk of cancer was observed in humans. Identification of a specific target organ or tissue does not preclude the possibility that the agent may cause cancer at other sites.

*Limited evidence of carcinogenicity*: A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence.

***Inadequate evidence of carcinogenicity***: The available studies are of insufficient quality, consistency or statistical power to permit a conclusion regarding the presence or absence of a causal association between exposure and cancer, or no data on cancer in humans are available.

***Evidence suggesting lack of carcinogenicity***: There are several adequate studies covering the full range of levels of exposure that humans are known to encounter, which are mutually consistent in not showing a positive association between exposure to the agent and any studied cancer at any observed level of exposure. The results from these studies alone or combined should have narrow confidence intervals with an upper limit close to the null value (e.g. a relative risk of 1.0). Bias and confounding should be ruled out with reasonable confidence, and the studies should have an adequate length of follow-up. A conclusion of *evidence suggesting lack of carcinogenicity* is inevitably limited to the cancer sites, conditions and levels of exposure, and length of observation covered by the available studies. In addition, the possibility of a very small risk at the levels of exposure studied can never be excluded.

In some instances, the above categories may be used to classify the degree of evidence related to carcinogenicity in specific organs or tissues.

When the available epidemiological studies pertain to a mixture, process, occupation or industry, the Working Group seeks to identify the specific agent considered most likely to be responsible for any excess risk. The evaluation is focused as narrowly as the available data on exposure and other aspects permit.

### (b)    Carcinogenicity in experimental animals

Carcinogenicity in experimental animals can be evaluated using conventional bioassays, bioassays that employ genetically modified animals, and other in-vivo bioassays that focus on one or more of the critical stages of carcinogenesis. In the absence of data from conventional long-term bioassays or from assays with neoplasia as the endpoint, consistently positive results in several models that address several stages in the multistage process of carcinogenesis should be considered in evaluating the degree of evidence of carcinogenicity in experimental animals.

The evidence relevant to carcinogenicity in experimental animals is classified into one of the following categories:

***Sufficient evidence of carcinogenicity***: The Working Group considers that a causal relationship has been established between the agent and an increased incidence of malignant neoplasms or of an appropriate combination of benign and malignant neoplasms in (a) two or more species of animals or (b) two or more independent studies in one species carried out at different times or in different laboratories or under different protocols. An increased incidence of tumours in both sexes of a single

species in a well-conducted study, ideally conducted under Good Laboratory Practices, can also provide *sufficient evidence*.

A single study in one species and sex might be considered to provide *sufficient evidence of carcinogenicity* when malignant neoplasms occur to an unusual degree with regard to incidence, site, type of tumour or age at onset, or when there are strong findings of tumours at multiple sites.

*Limited evidence of carcinogenicity*: The data suggest a carcinogenic effect but are limited for making a definitive evaluation because, e.g. (a) the evidence of carcinogenicity is restricted to a single experiment; (b) there are unresolved questions regarding the adequacy of the design, conduct or interpretation of the studies; (c) the agent increases the incidence only of benign neoplasms or lesions of uncertain neoplastic potential; or (d) the evidence of carcinogenicity is restricted to studies that demonstrate only promoting activity in a narrow range of tissues or organs.

*Inadequate evidence of carcinogenicity*: The studies cannot be interpreted as showing either the presence or absence of a carcinogenic effect because of major qualitative or quantitative limitations, or no data on cancer in experimental animals are available.

*Evidence suggesting lack of carcinogenicity*: Adequate studies involving at least two species are available which show that, within the limits of the tests used, the agent is not carcinogenic. A conclusion of *evidence suggesting lack of carcinogenicity* is inevitably limited to the species, tumour sites, age at exposure, and conditions and levels of exposure studied.

### (c)    *Mechanistic and other relevant data*

Mechanistic and other evidence judged to be relevant to an evaluation of carcinogenicity and of sufficient importance to affect the overall evaluation is highlighted. This may include data on preneoplastic lesions, tumour pathology, genetic and related effects, structure–activity relationships, metabolism and toxicokinetics, physicochemical parameters and analogous biological agents.

The strength of the evidence that any carcinogenic effect observed is due to a particular mechanism is evaluated, using terms such as 'weak', 'moderate' or 'strong'. The Working Group then assesses whether that particular mechanism is likely to be operative in humans. The strongest indications that a particular mechanism operates in humans derive from data on humans or biological specimens obtained from exposed humans. The data may be considered to be especially relevant if they show that the agent in question has caused changes in exposed humans that are on the causal pathway to carcinogenesis. Such data may, however, never become available, because it is at least conceivable that certain compounds may be kept from human use solely on the basis of evidence of their toxicity and/or carcinogenicity in experimental systems.

The conclusion that a mechanism operates in experimental animals is strengthened by findings of consistent results in different experimental systems, by the demonstration of

biological plausibility and by coherence of the overall database. Strong support can be obtained from studies that challenge the hypothesized mechanism experimentally, by demonstrating that the suppression of key mechanistic processes leads to the suppression of tumour development. The Working Group considers whether multiple mechanisms might contribute to tumour development, whether different mechanisms might operate in different dose ranges, whether separate mechanisms might operate in humans and experimental animals and whether a unique mechanism might operate in a susceptible group. The possible contribution of alternative mechanisms must be considered before concluding that tumours observed in experimental animals are not relevant to humans. An uneven level of experimental support for different mechanisms may reflect that disproportionate resources have been focused on investigating a favoured mechanism.

For complex exposures, including occupational and industrial exposures, the chemical composition and the potential contribution of carcinogens known to be present are considered by the Working Group in its overall evaluation of human carcinogenicity. The Working Group also determines the extent to which the materials tested in experimental systems are related to those to which humans are exposed.

### (d)    Overall evaluation

Finally, the body of evidence is considered as a whole, in order to reach an overall evaluation of the carcinogenicity of the agent to humans.

An evaluation may be made for a group of agents that have been evaluated by the Working Group. In addition, when supporting data indicate that other related agents, for which there is no direct evidence of their capacity to induce cancer in humans or in animals, may also be carcinogenic, a statement describing the rationale for this conclusion is added to the evaluation narrative; an additional evaluation may be made for this broader group of agents if the strength of the evidence warrants it.

The agent is described according to the wording of one of the following categories, and the designated group is given. The categorization of an agent is a matter of scientific judgement that reflects the strength of the evidence derived from studies in humans and in experimental animals and from mechanistic and other relevant data.

**Group 1:**       The agent is *carcinogenic to humans*.

This category is used when there is *sufficient evidence of carcinogenicity* in humans. Exceptionally, an agent may be placed in this category when evidence of carcinogenicity in humans is less than *sufficient* but there is *sufficient evidence of carcinogenicity* in experimental animals and strong evidence in exposed humans that the agent acts through a relevant mechanism of carcinogenicity.

**Group 2.**

This category includes agents for which, at one extreme, the degree of evidence of carcinogenicity in humans is almost *sufficient*, as well as those for which, at the other extreme, there are no human data but for which there is evidence of

carcinogenicity in experimental animals. Agents are assigned to either Group 2A (*probably carcinogenic to humans*) or Group 2B (*possibly carcinogenic to humans*) on the basis of epidemiological and experimental evidence of carcinogenicity and mechanistic and other relevant data. The terms *probably carcinogenic* and *possibly carcinogenic* have no quantitative significance and are used simply as descriptors of different levels of evidence of human carcinogenicity, with *probably carcinogenic* signifying a higher level of evidence than *possibly carcinogenic*.

**Group 2A:** **The agent is *probably carcinogenic to humans*.**

This category is used when there is *limited evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals. In some cases, an agent may be classified in this category when there is *inadequate evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals and strong evidence that the carcinogenesis is mediated by a mechanism that also operates in humans. Exceptionally, an agent may be classified in this category solely on the basis of *limited evidence of carcinogenicity* in humans. An agent may be assigned to this category if it clearly belongs, based on mechanistic considerations, to a class of agents for which one or more members have been classified in Group 1 or Group 2A.

**Group 2B:** **The agent is *possibly carcinogenic to humans*.**

This category is used for agents for which there is *limited evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals. It may also be used when there is *inadequate evidence of carcinogenicity* in humans but there is *sufficient evidence of carcinogenicity* in experimental animals. In some instances, an agent for which there is *inadequate evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals together with supporting evidence from mechanistic and other relevant data may be placed in this group. An agent may be classified in this category solely on the basis of strong evidence from mechanistic and other relevant data.

**Group 3:** **The agent is *not classifiable as to its carcinogenicity to humans*.**

This category is used most commonly for agents for which the evidence of carcinogenicity is *inadequate* in humans and *inadequate* or *limited* in experimental animals.

Exceptionally, agents for which the evidence of carcinogenicity is *inadequate* in humans but *sufficient* in experimental animals may be placed in this category when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans.

Agents that do not fall into any other group are also placed in this category.

# 5. Summary of Data Reported

## 5.1    Exposure data

The term 'talc' refers to both mineral talc and industrial mineral products that contain mineral talc in proportions that range from about 35% to almost 100% and are marketed under the name talc. Mineral talc occurs naturally in many regions of the world where metamorphosed mafic and ultramafic rocks or magnesium carbonates occur. Mineral talc is usually platy but may also occur as asbestiform fibres. (Asbestiform refers to a habit (pattern) of mineral growth and not to the presence of other minerals. Asbestiform talc must not be confused with talc that contains asbestos.) Together with platy talc, asbestiform talc is found in the Gouverneur District of New York State, USA, and occasionally elsewhere; it may be associated with other minerals as observed by transmission electron microscopy.

Talc products vary in their particle size, associated minerals and talc content depending on their source and application. Minerals commonly found in talc products include chlorite and carbonate. Less commonly, talc products contain tremolite, anthophyllite and serpentine.

Mineral talc is valued for its softness, platyness, inertness and ability to absorb organic matter. It is used in agricultural products, ceramics, paint and other coatings, paper, plastics, roofing, rubber, cosmetics and pharmaceuticals and for waste treatment. Cosmetic talc, which contains more than 90% mineral talc, is present in many cosmetic products and is used for many purposes, including baby powders and feminine hygiene products. The type of talc that is currently used for cosmetic purposes in the USA does not contain detectable levels of amphibole, including asbestos. It is not known whether this is true in other countries.

Workers are exposed to talc during its mining and milling. Reported geometric mean exposure levels to respirable dust are typically in the range of 1–5 $mg/m^3$. Workers may also be exposed in user industries, primarily in the rubber, pulp and paper and ceramics industries. Due to the presence of other particulates, exposure levels may be difficult to measure accurately. Consumer exposure by inhalation could occur during the use of loose powders that contain talc.

Accurate estimates of prevalence are not available. However, in some series of controls from epidemiological studies of ovarian cancer, the prevalence of use for feminine hygiene of body powders, baby powders, talcum powders and deodorizing powders, most of which contain cosmetic talc in varying amounts, has been reported to be as high as 50% in some countries. Perineal use for such purposes seems to have been a common practice in Australia, Canada, the United Kingdom, the USA and other countries, including Pakistan. Use of cosmetic talc in the USA has declined steadily since the late 1970s.

## 5.2     Human carcinogenicity data

The carcinogenic effect of exposure to talc not contaminated by asbestos fibres has been investigated in five independent but relatively small cohort studies of talc miners and millers in Austria, France, Italy, Norway and the USA. The miners and to a lesser extent the millers in these cohorts were also exposed to quartz. In a case–control study nested in the combined cohorts of talc workers from Austria and France, there was no tendency of higher risks for lung cancer by increasing cumulative exposure of workers to talc dust. In four of five studies, it was explicitly stated that no case of mesothelioma was observed. In the two studies from Italy and Norway, which included an estimate of cumulative exposure of the cohort to talc dust, the risk for lung cancer in the highest category was found to be close to or below unity. In the subgroup of miners in the study in the USA, an excess risk for lung cancer was found, which may be have been due to exposure in the workplace to radon daughters and quartz. In all the other groups of workers studied, there was no increased risk for lung cancer.

Female workers in the Norwegian pulp and paper industry had an increased risk for ovarian cancer, which, however, was attributed to exposure to asbestos. A community-based case–control study did not find an increased risk for ovarian cancer associated with occupational exposure to talc, but the prevalence of exposure was low.

Body powder containing talc has been used by women on the perineum (or genital area), on sanitary napkins and on diaphragms. In total, data from one prospective cohort study and 19 case control studies were reviewed in the evaluation of the association of cosmetic talc use and the risk for ovarian cancer. The information collected on perineal talc use varied substantially by study (e.g. ever use versus regular use, and whether information on the mode of application, frequency or duration of use was available).

The cohort study was conducted among nurses in the USA and included 307 cases of ovarian cancer that occurred over 900 000 person years of observation and a maximum of 14 years of follow-up. Information was collected on the frequency but not duration of regular use. Perineal use of talc was not associated with a risk for ovarian cancer.

The 20 case control studies were conducted in Australia, Canada, China, Greece, Israel, Norway, the United Kingdom and the USA (nested case control study), and included between 77 and 824 cases and 46 and 1367 controls. Five were hospital-based designs and the others were population-based studies. The Working Group designated a subset of these studies as being more informative based on the following characteristics: the study was population-based, was of a reasonable size, had acceptable participation rates and included information to allow control for potentially important confounders.

Eight population-based case control studies from Australia, Canada (Ontario) and the USA (two non-overlapping studies in Boston, MA, and one each in California, Delaware Valley, eastern Massachusetts and New Hampshire and Washington State) were thereby identified as being more informative. The selected studies included at least 188 cases and had participation rates that generally ranged from 60 to 75%. Among these eight studies, the prevalence of use of body powder among controls ranged from 16 to 52%; however,

information on exposure was not collected in a comparable manner across studies. In addition, the frequency and duration of use or total lifetime applications were investigated in several studies as well as consideration of prior tubal ligation or simple hysterectomy. Only sparse data were available on whether women had used body powder before or after the mid-1970s.

The relative risks for ovarian cancer among users of body powder (versus non-users) were homogenous across this relatively diverse set of eight studies, each of which indicated a 30–60% increase in risk. Among the other 11 case–control studies, most also reported relative risks of this magnitude or higher. The subset of studies that assessed use of talc on a diaphragm were relatively uninformative due to their lack of precision.

Results on exposure–response relationships were presented in the cohort study and in seven of the more informative case–control studies. In the cohort study, no exposure–response trend was apparent. Positive exposure–response trends were apparent in the two Boston-based studies that presented the most comprehensive analysis. In the Canadian and Californian studies, a non-significant, weakly positive trend was observed for either duration or frequency of use, but not for both. In the other three case–control studies, no consistent trend was observed and the strongest associations tended to be seen among the shorter-term or less frequent talc users.

The cohort study and four of the eight more informative case–control studies presented results on histological type of ovarian cancer. When the analysis of the cohort study was restricted to the 160 serous invasive cases, a statistically significant increase in risk of about 40% was observed. The risk increased with increasing frequency of body powder use. Risks for serous ovarian cancer were somewhat greater than those for other histological types in two of the four case–control studies in which the contrast was reported. Results for other histological types were inconclusive.

The Working Group carefully weighed the various limitations and biases that could have influenced these findings. Non-differential misclassification of talc use, given the relatively crude definitions available, would have attenuated any true association. Although the available information on potential confounders varied by study, most investigators accounted for age, oral contraceptive use and parity. In most studies, only the adjusted relative risks were presented; however, in the three studies in which both age-adjusted and fully adjusted estimates were provided, relative risks did not differ materially, suggesting minimal residual confounding.

It is possible that confounding by unrecognized risk factors may have distorted the results. One or more such factors, if they are causes of ovarian cancer and also associated in the population with perineal use of talc, could induce the appearance of an association between the use of talc and ovarian cancer where there is none. In order for such an unrecognized risk factor to induce the consistent pattern of excess risks in all of the case–control studies, it would be necessary for the factor to be associated with perineal talc use across different countries and different decades. While the range of countries and decades covered by the more informative case–control studies is not very broad, it provides some

diversity of social and cultural context and thereby reduces the likelihood of a hidden confounder.

There was a distinct pattern of excess risk discernible in all of the case–control studies when users were compared with non-users; however, methodological factors needed to be considered. First, while chance cannot be ruled out as an explanation, it seemed very unlikely to be responsible for the consistent pattern of excess risks. A second possible explanation would be recall bias, to which case–control studies may be particularly susceptible. This may have been the case if there had been widespread publicity about the possible association between the use of body powder and cancer. In such circumstances, it is possible that women who had ovarian cancer could be more likely than women who did not to remember or over-report a habit, such as body powder use, if they thought that it may have played a role in their illness..There was a flurry of publicity in the USA in the mid-1970s concerning the possible risks for cancer posed by the use of talc-based body powders. Following an industry decision to market talc powders with no asbestos, it was the opinion of the Working Group that there had not been widespread public concern about this issue, at least until very recently. Therefore, the Working Group considered it unlikely that such a bias could explain the set of consistent findings that stretch over two decades. The Working Group believed that recall bias was a possibility inherent in the case–control studies and could not be ruled out. The Working Group also considered publication and selection biases and these were not judged to have substantially influenced the pattern of findings.

The Working Group searched for documentation on the presence of known hazardous minerals in talc-based body powders. There were strong indications that these products contained quartz in the mid-1970s and still do. There were also indications that occasional small concentrations of asbestos were present in these products before the mid-1970s, but the available information was sparse, sampling methods and detection limits were not described, and the range of locations where data were available was extremely limited. As a result, the Working Group found it difficult to identify a date before which talc-based body powders contained other hazardous minerals and after which they did not, or to have confidence that this would be applicable worldwide. In addition, the epidemiological studies generally do not provide information about the years during which the female subjects were exposed. Consequently, the Working Group could not identify studies in which an uncontaminated form of talc was the only one used by study subjects. Nevertheless, the Working Group noted that, even in the most recent studies in the USA, where exposure histories may have been much less affected by hazardous contaminants of talc, the risk estimates were not different from the early studies in which the possibility of such exposure was more likely.

To evaluate the evidence on whether perineal use of talc causes an increased risk for ovarian cancer, the Working Group noted the following:

• The eight more informative case–control studies, as well as most of the less informative ones, provided overall estimates of excess risk that were remarkably consistent; seven of these eight case–control studies examined exposure–response

relationships; two provided evidence supporting such a relationship, two provided mixed evidence and three did not support an association.
• The cohort study neither supports nor strongly refutes the evidence from the case–control studies.
• Case–control studies were susceptible to recall bias which could tend to inflate risk estimates but to an unknown degree.
• All of the studies were susceptible to other potential biases which could either increase or decrease the association.
• All of the studies involved some degree of non-differential misclassification of exposure that would tend to underestimate any true underlying association.

## 5.3     Animal carcinogenicity data

Talc of different grades was tested for carcinogenicity in mice by inhalation exposure, intrathoracic, intraperitoneal and subcutaneous injection, in rats by inhalation exposure, intrathoracic injection, intraperitoneal injection, oral administration and intrapleural and ovarian implantation, and in hamsters by inhalation exposure and intratracheal injection.

In male and female rats exposed by inhalation to a well-defined talc, the incidence of alveolar/bronchiolar carcinoma or adenoma and carcinoma (combined) was significantly increased in female rats. The incidence of adrenal medulla pheochromocytomas (benign, malignant or complex (combined)) showed a significant positive trend and the incidence in high-dose males and females was significantly greater than that in controls. The incidence of malignant pheochromocytomas was also increased in high-dose females. The Working Group did not consider it probable that the increased incidence of pheochromocytomas was causally related to talc but, based on the experimental data available, neither could talc-related effects be excluded.

Tumour incidence was not increased following the intrapleural or intrathoracic administration of a single dose of various talcs to rats. In two studies of intraperitoneal administration in rats, no increase in the incidence of mesotheliomas was observed. No increased incidence of tumours was produced in rats in two studies of talc administered in the diet or in another study of the implantation of talc on to the ovary.

Tumour incidence was not increased in mice following the inhalation of talc in one study, the intrathoracic administration of a single dose of various talcs in another study or the administration of talc by intraperitoneal injections in three studies. A single subcutaneous injection of talc into mice did not produce local tumours.

Tumour incidence was not increased following inhalation or intratracheal administration of talc to hamsters.

## 5.4     Mechanistic considerations and other relevant data

Different mechanisms are probably operative in the effects of talc on the lung and pleura, depending on the route of exposure.

In humans, deposition, retention and clearance of talc have been insufficiently studied, although talc particles have been found at autopsy in the lungs of talc workers.

In humans and experimental animals, the effects of talc are dependent on the route of exposure, and the dose and properties of the talc. Talc pneumoconiosis was somewhat more prevalent and severe among miners exposed to talc containing asbestiform minerals and/or asbestos than among those exposed to talc without such contaminants. However, the role of quartz and asbestos in the observed pneumoconiosis could not be ruled out. Among drug users, intravenous injection of talc present as a filler in the drugs resulted in microembolization in a variety of organs and alterations in pulmonary function.

In animal studies, talc has been shown to cause granulomas and mild inflammation when inhaled. Observations of the effects that occurred in the lungs of rats exposed by inhalation to talc suggested that the operative mechanisms may be similar to those identified for carbon black, and talc is known to cause the release of cytokines, chemokines and growth factors from pleural mesothelial cells.

In humans, intrapleural administration of talc as a therapeutic procedure results in pleural inflammation which leads to pleural fibrosis and symphysis. Pleural fibrosis is the intended effect of intrapleural administration of talc in patients with malignant pleural effusions or pneumothorax. Animal studies suggested that extrapulmonary transport of talc following pleurodesis increases with decreasing particle size and increasing administered dose. Talc has been shown to cause apoptosis of malignant cells *in vitro*.

Perineal exposure to cosmetic talc in women is of concern because of its possible association with ovarian cancer. Several studies have been conducted in women to assess potential retrograde movement of particles through the reproductive tract to the ovaries. These have been conducted in women who were about to undergo gynaecological surgery, most of whom had diseases or complications of the reproductive tract and organs that required surgery. The findings reported in these studies may be confounded by the various levels of dysfunction in clearance from the female reproductive tract due to underlying pathologies. In addition, most of the studies had little or no further information on the use of talc products for perineal hygiene or changes in habits that may have preceded surgery. On balance, the Working Group believed that the evidence for retrograde transport of talc to the ovaries in normal women is weak. In women with impaired clearance function, some evidence of retrograde transport was found. Studies in animals (rodents, langomorphs and non-human primates) showed no evidence of retrograde transport of talc to the ovaries.

In one study, predictors of the presence of antibodies to mucin protein were inversely related to the risk for ovarian cancer and exposure to powder containing talc.

No data were available on the genotoxic effects of exposure to talc in humans. The limited number of studies available on the genetic toxicology of talc *in vitro* gave negative results.

412                    IARC MONOGRAPHS VOLUME 93

## 6. Evaluation and Rationale

### Cancer in humans

There is *inadequate evidence* in humans for the carcinogenicity of inhaled talc not containing asbestos or asbestiform fibres.

There is *limited evidence* in humans for the carcinogenicity of perineal use of talc-based body powder.

### Cancer in experimental animals

There is *limited evidence* in experimental animals for the carcinogenicity of talc not containing asbestos or asbestiform fibres.

### Overall evaluation

Perineal use of talc-based body powder is *possibly carcinogenic to humans (Group 2B).*

Inhaled talc not containing asbestos or asbestiform fibres is *not classifiable as to its carcinogenicity (Group 3).*

### Rationale

In making this evaluation the Working Group considered the human and animal evidence as well as evidence regarding the potential mechanisms through which talc might cause cancer in humans.

The Working Group found little or inconsistent evidence of an increased risk for cancer in the studies of workers occupationally exposed to talc. The studies of talc miners and millers were considered to provide the best source of evidence, but no consistent pattern was seen. One study observed an excess risk for lung cancer among miners, but confounding from exposure to other carcinogens made it difficult to attribute this to talc and no excess risk was seen in millers. Other studies also found no increased cancer risk or no higher risk with increasing cumulative exposure. Overall, these results led the Working Group to conclude that there was *inadequate evidence* from epidemiological studies to assess whether inhaled talc not containing asbestos or asbestiform fibres causes cancer in humans.

For perineal use of talc-based body powder, many case–control studies of ovarian cancer found a modest, but unusually consistent, excess in risk, although the impact of bias and potential confounding could not be ruled out. In addition, the evidence regarding exposure–response was inconsistent and the one cohort study did not provide support for an association between talc use and ovarian cancer. Concern was also expressed that

exposure was defined in a variety of ways and that some substances called talc may have contained quartz and other potentially carcinogenic materials. A small number of Working Group members considered the evidence to be inadequate. Despite these reservations, the Working Group concluded that the epidemiological studies taken together provide *limited evidence* of an association between perineal use of talc-based body powder and an increased risk for ovarian cancer.

In one study of rats that inhaled talc, an excess incidence of malignant lung tumours was seen in females. The same study observed an excess incidence of pheochromocytomas in the adrenal medulla in both sexes, but the Working Group was divided as to whether these rare tumours could be attributed to exposure to talc. Other studies in rats and mice using different routes of administration did not find an excess of cancer, and two studies in rats were considered to be inadequate for evaluation. Based on the one positive study, the Working Group found that there was *limited evidence* of carcinogenicity of inhaled talc in experimental animals. There was no agreement within the Working Group as to whether the evidence on pheochromocytomas should be taken into account in the evaluation of animal data.



# Exhibit W

EXHIBIT

Tuttle #30

**Synergism** *see* Chemical Interactions

# Synthetic Vitreous Fibers

**P Nony, K Scribner, and T Hesterberg**, Center for Toxicology and Environmental Health, LLC, North Little Rock, AR, USA

© 2014 Elsevier Inc. All rights reserved.

- Name: Synthetic vitreous fibers
- Chemical Abstracts Service Registry Number: N/A
- Synonyms: Man-made vitreous fibers, Mineral wool, Glass fibers/wool, Refractory ceramic fibers (RCF)
- Molecular Formula: Varies
- Chemical Structure: Varies

## Background

Synthetic vitreous fibers (SVFs) are inorganic fibrous materials made from a broad variety of inorganic substances with an amorphous (vitreous, i.e., noncrystalline) molecular structure. SVFs are manufactured by multiple processes involving the cooling of high-temperature inorganic oxide streams. SVFs have been arbitrarily divided into three general categories based on their composition and application: fiberglass, mineral wools, and refractory ceramic fibers (RCF); however, the recent development of 'hybrid' SVFs has made these classifications obsolete for hazard classification. The fiberglass category includes continuous glass fibers (textile fibers) and glass wools. Fiberglass products are manufactured from powdered sand and consist of silicon and aluminum oxides. The mineral wool category includes rock and slag wools. Similar to fiberglass, mineral wools are primary aluminum and silicon oxides. Rock wool is manufactured from igneous rocks, while slag wool is manufactured from slag from blast furnace steel. Refractory ceramic fibers are specialized fibers that contain a significantly higher amount of alumina than other fibers. Although RCFs are amorphous at low temperatures, they partially crystallize at higher temperatures.

SVF materials can release airborne fibers, some respirable to the lower lung, during manufacturing and installation, and many people have been occupationally exposed since the first development of SVFs in the late nineteenth century. The discovery of potential respiratory health effects of chronic asbestos exposure in the early twentieth century led to concern regarding the potential adverse health effects of chronic inhalation of SVFs. Epidemiological evidence from the post–World War II era suggested that chronic inhalation of asbestos is associated with an elevated risk of thoracic cancers, especially in asbestos workers who smoked cigarettes. In North American asbestos workers, the incidence of death from lung cancer was 4.6 times greater than the incidence among American males. An association between mesothelioma (cancer of the membranes covering the lungs (pleura), other viscera, and lining body cavities) and occupational exposure to asbestos was suggested and eventually confirmed in asbestos miners in South Africa and in retired asbestos workers.

The asbestos saga taught two important lessons: the biological effects of chronic inhalation of any dust must be examined, and the adverse effects of chronic exposure to a dust may be greatly delayed and become apparent only after studying the pulmonary health of a large population of exposed individuals. Thus, much research since has been directed toward determining what types of particles are potentially toxic and why. In the last two decades, much has been learned about the inhalation effects of SVFs. Findings have impacted the development of occupational exposure regulations and carcinogenicity classification systems for SVFs throughout the world.

## Uses

SVFs have been used for thermal and acoustical insulation, liquid and gas filtration, industrial textiles, and reinforcement of other materials. Glass, rock, and slag wools are primarily used in insulating materials for homes, building, and appliances. Filament fibers have been used in plastics, cement, papers, roofing materials, and industrial fabrics, as well as for electrical purposes. Special-purpose fibers include glass fibers produced by flame attenuation for special applications such as fluid and air filtration. Electrical glass (E-glass) is a special-purpose fiberglass developed for electrical applications that has heat and water resistance. RCFs are used in insulation that requires very high temperature resistance, such as furnace insulation. The production and use of SVFs have increased over the years, as they are commonly used to replace asbestos.

## Environmental Fate and Behavior

SVFs are highly persistent in the environment. While SVFs dissolve readily in aqueous solutions at certain pHs, this is more relevant to biological systems. Transportation of SVFs in the environment is governed by fiber size, and the subsequent ability to remain suspended in ambient air for extended periods of time. As such, inhalation exposure to airborne SVF is the primary health concern for environmental and occupational exposure.

## Toxicokinetics

SVFs act through direct contact with lung tissue or by stimulating acute and/or chronic inflammatory responses in lung tissue. This can occur directly through generation of reactive

oxygen species (ROS), or indirectly through macrophage-mediated clearance. Important determinants of SVF toxicity are fiber size, biopersistence, and dose.

The aerodynamic diameter of an SVF determines whether it can be inhaled into the lower lung and where in the lung it will deposit. The actual diameter is much more important than length in determining the aerodynamic diameter, and relatively long fibers with very small diameters can travel with the inhaled air stream deep into the lung. Asbestos fibers as long as 200 μm have been observed in human and rat lung tissue and 40–80% of fibers with aerodynamic diameters <1 μm that are inhaled into the human lower lung travel back out with exhaled air. Lung deposition of SVFs in rats was greatest for fibers with an aerodynamic diameter of 2 μm and most efficient in rats and humans when fiber diameter was less than 3 μm. Inhaled particles with an aerodynamic diameter >3–4 μm tend to deposit in the upper airways and are quickly cleared to the throat by the mucociliary escalator.

While fiber diameter is a major determinant of respirability and lung deposition, fiber length affects the rate of clearance from the lower lung. In the healthy lung, if the exposure is not extreme, small non-fibrous particles and fibers shorter than 15–20 μm are presumably phagocytized and transported quickly by alveolar macrophages (AMs) to the mucociliary escalator and cleared to the throat (exceptions include lung overload, and chemically cytotoxic particles such as crystalline silica). However, fibers longer than 15–20 μm may be too long for AMs to phagocytize and transport, thus clearance of long fibers from the lower lung cannot occur until they dissolve or break transversely into fragments that are short enough to be removed. If fibers are thin, they will gain entry to the deep lung. If they are long and chemically durable, they will accumulate during chronic exposure and will remain in the lung for extended periods of time or, in the case of the very durable amphibole asbestos types (e.g., crocidolite and amosite), indefinitely. The more biopersistent the fiber, the greater its potential to exert biological effects on the lung. Biopersistent fibers may be more likely than bio-soluble fibers to be taken up by the lung epithelium and translocated into the interstitium and to the pleural space, where they would continue to cause inflammation. Thus, the more biopersistent fibers have the potential to impact a broader range of target tissues.

## Mechanisms of Toxicity

When large numbers of foreign particles of any composition deposit in the airways or bronchiole–alveolar region of the lung, the initial response is irritation followed by inflammation, in which AMs play a central role. The AMs migrate to sites of dust deposition and attempt to phagocytize the particles, destroy them, or translocate them to the mucociliary escalator. Simultaneously, the phagocytes release a complex series of chemical messengers that activate and attract inflammatory cells, stimulating mucus secretion, the generation of reactive oxygen species (ROS), and release of inflammatory mediators. The cascade continues as long as the irritant particles persist, subsiding only when and if the particles are cleared from the lung.

The mechanisms of fiber-induced biological effects are believed to include the following: long, thin fibers are inhaled into the deep lung; durable, long fibers resist lung clearance and degradation; fibers are translocated into the lung interstitium and pleura where they stimulate the cellular release of inflammatory mediators; chronic release of mediators causes tissue injury, followed by tissue repair and cell proliferation; chronic injury-repair results in fibrosis; and advancing fibrosis and chronic proliferation may contribute to carcinogenesis. Additionally, fibers may directly physically or chemically (e.g., by free radicals) induce neoplastic changes in the genetic material of the cell or act as cocarcinogens or promoters in concert with other substances such as tobacco smoke.

All of these factors are affected by the target-organ (lung) dose over time, which is determined by lung deposition (respirability) and retention of fibers. Deposition and retention are determined by fiber size and shape, and retention is additionally determined by physical and chemical durability. Fiber surface reactivity, especially in regard to the ability to generate ROS, may play a role in toxicity and genotoxicity. Impacting the potential pathogenesis are other factors that compromise pulmonary health, including previous or current disease and exposure to toxic cofactors such as cigarette smoke, dusts, vapors, or fumes.

## Acute and Short-Term Toxicity

Studies examining acute toxicity of SVF exposure are limited. Most studies examine the longer term effects (lung cancer, mesothelioma) of a single or occupational exposure to SVFs, indicating that acute toxic responses are not significant. Acute exposure in animal studies caused pulmonary and pleural inflammation directly related to fiber size and exposure dose. In general, SVF exposure induces eye and upper respiratory tract irritation as well as dermal irritation often classified as 'fiber-glass itch.' Respiratory tract irritation may present as sore throat, nasal congestion, laryngeal pain, and cough. These symptoms do not persist postexposure.

## Chronic Toxicity

### Mortality Studies: Fiberglass and Mineral Wool (Occupational Exposure)

Two major mortality studies have been conducted on fiberglass and mineral wool manufacturing workers in Europe and the United States, while a smaller study was conducted in Canada. The European study followed the mortality of 25 000 manufacturing workers in SVF factories through 1977, with a follow-up through 1982, and a final update through 1990 for most plants. The glass wool subcohort showed no elevation in mortality due to lung cancer when compared with local mortality rates, and the continuous glass filament subcohort did not show any significant elevations in mortality. The rock wool/slag wool subcohort showed an excess of lung cancer mortality (using both national and local mortality rates). However, the researchers concluded that the mesothelioma mortality incidence in the rock/slag wool subcohort (0.03%) 'may not

represent an excess.' Both the original study and the updated studies found no association between employment in fiberglass or mineral wool manufacturing and increased mortality from other cancers, or from nonmalignant respiratory diseases.

US researchers conducted a comprehensive review of 16 646 workers at fiberglass and mineral wool manufacturing plants, many of who had long-term occupational SVF exposure. The study indicated some small but statistically significant excesses in lung cancer mortality among the fiber workers. The respiratory cancer standard mortality ratio was higher among mineral wool workers than among glass wool and glass textile workers. However, the data were not consistent with a causal relationship, because there was no pattern of increased risk related to duration of employment or individual worker exposure. A recent update confirmed previous findings, and with additional information regarding employee smoking habits, established no significant association between fiber exposure and the earlier observed increase in respiratory disease. The study determined that the excess of lung cancer mortalities was due to smoking habits and not SVF exposure. A case–control study of mortality among employees in slag wool manufacturing plants also found no increased risk of lung cancer associated with exposure to slag wool, but did observe increased risk with increasing pack-years of cigarette smoking.

Another study examining 2557 male workers at a glass wool manufacturing plant reported a statistically significant excess in lung cancer mortality among the fiberglass workers. They concluded that the interpretation of this finding was difficult because there was no relationship between lung cancer and length of time since first exposure to the fiberglass production environment. Epidemiologists at Harvard University reviewed the various studies of fiberglass and mineral wool workers and made similar conclusions.

## Morbidity Studies: Fiberglass and Mineral Wool

A morbidity study on the respiratory health of 1089 workers employed at fiberglass and mineral wool plants found the employees to be generally healthy, with no respiratory symptoms or adverse lung functions related to fiber exposure. The study was later enlarged to include over 1435 workers and included over 300 local comparison workers (who had not worked with fibers). Looking at the follow-up study as a whole, the results showed no signs of health effects due to SVF exposure in the workers.

## Morbidity Studies: Refractory Ceramic Fiber

As a product manufactured for a specific niche, the estimated exposed population involved in the manufacture, distribution, installation, conversion, and end use of RCF is small. Studies showed that lung function among RCF workers was significantly reduced among males who were current or past cigarette smokers, but not among those who had never smoked. In contrast, female lung function was significantly reduced for nonsmokers but not smokers. However, the employment periods for the women were mostly quite short, and the numbers in the female subcohorts were small, especially when divided into smokers and never-smokers. A follow-up longitudinal study of a subgroup of the male

employees found no additional yearly loss in lung function among the RCF employees, probably due to lower RCF exposure in the manufacturing plants since the 1980s. Similar results were reported in a group of European RCF manufacturing workers, though the researchers concluded that cumulative exposure to RCFs may have caused airway obstruction by promoting the effects of cigarette smoke.

## Chronic Inhalation Studies in Animals

Several chronic, multi-dose studies have been performed in rodents, examining the carcinogenicity potential of various SVFs, especially in regard to lung cancer and mesothelioma. Early studies in rats exposed to two types of building insulation fiberglass: JM901 and CertainTeed, showed that they induced only transient lung inflammation that disappeared after a post-exposure recovery period. None of the exposed rats developed fibrosis, and lung tumor incidence was at background levels. Conversely, very high exposure to chrysotile asbestos and crocidolite asbestos induced lung fibrosis and pulmonary tumors. Tumor incidences were 20% for chrysotile (13 lung tumors and 1 mesothelioma) and 14% for crocidolite (15 lung tumors and 1 mesothelioma). Hamsters exposed to JM901 did not develop fibrosis or thoracic neoplasms.

Although very high exposures to chrysotile asbestos ($\sim$ 1 million f cm$^{-3}$) resulted in lung fibrosis, lung cancer, and a few mesotheliomas in rat inhalation studies, most studies indicate that chrysotile is very biosoluble, having half-times of clearance from the lung between 0.3 and 11.4 days (Table 1). Furthermore, a chrysotile exposure level of 536 f cm$^{-3}$ resulted in no lung fibrosis or any other pathological changes in rat

**Table 1**  Correlation of results from biopersistence and inhalation toxicity

| Fiber | Biopersistence Half-life (days) | Inhalation toxicity Fibrosis | Inhalation toxicity Tumors |
|---|---|---|---|
| Crocidolite asbestos | 817 | + | + |
| Amosite asbestos | 418 | + | + |
| E-glass – special-purpose fiberglass | 79 | + | + |
| RCF1 – refractory ceramic fiber | 55 | + | + |
| JM475 – special-purpose fiberglass | 49 | + | |
| Rock wool | 67 | + | |
| JM901 – insulation wool fiberglass | 37 | − | − |
| JM901.1 – insulation wool fiberglass | 14.5 | − | − |
| X607 | 9.8 | − | − |
| CertainTeed – insulation wool fiberglass | 9 | − | − |
| Slag wool | 9 | − | − |
| Stone wool | 6 | − | − |
| Chrysotile asbestos[a] | 0.3–11.4 | − | ND |

ND, not determined.
[a]While studies have shown that very high exposures to chrysotile asbestos can induce fibrosis and pulmonary tumors, a 90 day inhalation study in rats exposed to 536 f cm$^{-3}$ resulted in no fibrosis. Pulmonary tumors in lower exposures have not been determined.
Adapted from: Hesterberg, T.W., Chase, G., Axten, C., Miller, W.C., Musselman, R.P., Kamstrup, O., Hadley, J., Morscheidt, C., Bernstein, D.M., Thevenaz, P., 1998. Biopersistence of synthetic vitreous fibers and amosite asbestos in the rat lung following inhalation. Toxicol. Appl. Pharmacol. 151(2), 262–275.

lungs after 90 days of inhalation exposure. It has been well documented in the peer-reviewed literature that if fibrosis is not observed after 90 days of inhalation exposure to fibers, then no lung cancer or mesotheliomas will be observed after chronic inhalation to fibers for up to 3 years. Thus, one would predict that chrysotile exposures below 536 f cm$^{-3}$ would not result in lung cancer or mesotheliomas in a rat inhalation study.

In addition to JM901, the hamster chronic inhalation study also tested a relatively durable special application fiberglass, JM475, and amosite asbestos (Table 1). During the first 12 months of exposure, amosite asbestos fibers >20 μm accumulated in the lungs in quantities that suggested little or no clearance, whereas lung burdens of JM475 glass fiber (a durable special-purpose fiberglass) and JM901 glass fiber (an insulation wool fiberglass) plateaued at a level 10–37-fold less than that of amosite, suggesting greater clearance rates for these types of fiberglass. Although hamsters exposed to JM901 developed no permanent pulmonary or thoracic changes during the 18 month exposure and 5 week recovery periods, hamsters exposed to the more durable JM475 glass fibers developed minimal lung fibrosis and one mesothelioma (in 83 animals at risk; 1.2% tumor incidence) (Table 1). Hamsters exposed to amosite asbestos at a comparable aerosol concentration or a comparable lung dose also developed fibrosis, but earlier and more severe than that in the animals exposed to JM475. Hamsters exposed to amosite developed mesotheliomas at all doses.

In recent mineral wool studies, rats were exposed by nose-only inhalation to rock and slag wool in three concentrations for 6 h day$^{-1}$, 5 days week$^{-1}$, for 24 months. In agreement with the earlier inhalation studies of mineral wool, neither test fiber was tumorigenic. However, the rock wool-exposed rats developed minimal fibrosis. In a later chronic inhalation study also using rats, JJT stone wool, at a concentration similar to those of rock and slag wool, induced only transient lung irritation; no fibrosis was observed and the incidence of thoracic tumors was not elevated over that of air-breathing chamber controls. A fourth fiber that could be considered a hybrid between mineral wool and fiberglass, X607, was also found to be innocuous in a 2 year rat chronic inhalation study, and again demonstrated the relationship between biopersistence and pathogenicity. After chronic exposure, fibers/lung (especially long fibers) were much lower for X607 than for RCF1, demonstrating less biopersistence of X607. Chemical analysis of lung fibers confirmed the lower biopersistence of X607, in that these fibers showed rapid leaching, whereas RCF1 lung fibers did not.

Inhalation studies have also examined the carcinogenic potential of RCFs over chronic exposures. Rats and hamsters were exposed to RCF for 6 h day$^{-1}$ and 5 days week$^{-1}$, at a maximum dose of 30 mg m$^{-3}$ for either 24 months (rats) or 18 months (hamsters). Rats were exposed to one of four different types of RCF (RCF1 (kaolin), RCF2 (zirconium), RCF3 (high purity), and RCF4 (after service)), and hamsters were exposed only to kaolin-based RCF1. Rats exposed to any of the four RCFs developed lung fibrosis, and those exposed to RCF1, 2, or 3 had elevated incidences of lung tumors (9–19%) and mesotheliomas (2–3%). Rats exposed

to RCF4 did not develop increased lung tumors (3.4%) but did have one (1.4%) mesothelioma (Table 1). Compared with RCF1, 2, and 3, RCF4 was on average shorter and thicker and resulted in lower lung burdens of fibers >20 μm. Hamsters exposed to RCF1 also developed lung fibrosis, but they developed no lung tumors and a high (41%) incidence of mesotheliomas. These studies demonstrate a striking difference between rat and hamster responses to the same test fiber. After lifetime exposure to RCF1, the tumor incidences in rats vs hamsters were 13 vs 05 for lung cancer and 1.7 vs 41% for mesothelioma, respectively. Such a lack of agreement in response raises questions regarding species-related differences and which species, if either, is representative of humans.

In a subsequent study, rats were exposed to three lower doses of RCF1: 3, 9, and 16 mg m$^{-3}$ or to filtered air. The RCF1-exposed rats at each of these doses showed some minimal, dose-dependent lung fibrosis later in the study. RCF1 at these exposure levels did not significantly elevate lung tumor incidence. The lung tumor incidences in the fiber-exposed groups, while higher than that in the concurrent negative controls (0.8%), were well within the reported background rates of 0–8% for adenoma and 0–6% for carcinoma for F344 rats through 24 months. However, one thoracic mesothelioma was observed in the rats exposed to 9 mg m$^{-3}$. Considering the two rat studies of RCF1, which together included four dose groups (3, 9, 16, and 30 mg m$^{-3}$), the authors concluded that the fact that the RCF used in this study did not demonstrate lung carcinogenicity at 3, 9, or 16 mg m$^{-3}$ but did at 30 mg m$^{-3}$ is significant. The lack of carcinogenicity at lower doses implies the existence of a threshold delivered dose, below which tumors will not have time to develop within the animal's life span. However, one must not discount the occurrence of one (0.8%) mesothelioma in the 9 mg m$^{-3}$ group and lung fibrosis in all rats in the 9 and 16 mg m$^{-3}$ groups at 12 months and thereafter. One mesothelioma in the 16 mg m$^{-3}$ group may not be considered statistically significant, but due to its rarity as a spontaneous occurrence in rats, it is biologically significant. Although a cause and effect relationship between the development of fibrosis and the development of tumors has not been established, the two events are closely associated, with a lag time of 9–12 months for the appearance of tumors.

## Fiber Biopersistence Studies in Rodents

All of the rodent chronic inhalation studies of vitreous and asbestos fibers indicated a relationship between persistence of fibers in the lung and the severity of their biological effects. The term 'lung biopersistence' was coined to refer to the capacity of fibers to preserve their chemical and physical features over time in the lung. During lung residency, pathogenic fibers such as crocidolite or amosite asbestos demonstrated the following:

- Little or no change in chemical composition or surface morphology (suggesting no significant leaching).
- Little or no decrease in diameter or length (suggesting no significant dissolution or transverse fragmentation).

- More rapid clearance of shorter fibers than of longer fibers (suggesting preferential clearance of short fibers by AMs).

In contrast, nonpathogenic fibers, such as HT Stone wool and fiberglass building insulations, demonstrated the reverse of each of these behaviors over time in the lung:

- Compositions changed and surfaces often showed signs of erosion.
- Average fiber dimensions decreased.
- The number of long fibers/lung decreased more rapidly than the number of short fibers/lung (suggesting transverse fragmentation).

The biopersistence–pathogenicity relationship suggested that biopersistence is a key determinant of pathogenicity and might be used to assess the potential carcinogenicity of inorganic fibers. Changes in fiber numbers, chemistry, dimensions, or morphology during lung residency were more pronounced in the eight SVFs than in the two asbestos types. These changes were especially striking in the biosoluble SVFs that cleared more rapidly in the biopersistent studies and were nonpathogenic in the chronic studies (JM901, CertainTeed, slag wool, and stone wool; Table 1). Fiber toxicity was associated with fiber biopersistence in the lung and to a lesser extent with *in vitro* dissolution rate. These observations support the hypothesis that biopersistence of inorganic fibers in the lung is a strong indicator of potential toxicity and is determined in part by fiber dissolution rate.

A model of fiber degradation involving incongruent dissolution (leaching) and breakage could explain why, in the lung burdens of the less persistent fibers, long fibers tended to decline more rapidly than short fibers. In this model, transverse breakage adds to the number of short fibers while macrophage-mediated clearance subtracts from it. The chemical and morphological changes of the biosoluble SVFs observed in the lung fibers further support a model of leaching and breakage: as the more soluble constituents of the fibers leave the silica matrix, the surface becomes pitted or eroded, the depleted fiber matrix weakens and becomes increasingly susceptible to fragmentation. Thus, the biopersistence of lung fibers appears to be determined by the interactions of a number of parameters, including dissolution and leaching in biological fluids, fragmentation, and macrophage-mediated clearance.

## Immunotoxicity

There are currently no studies on the potential immunotoxic effects of SVFs. While studies in inhalation exposure have shown localized immune response induction, this induction ceased upon clearance from the lung, and systemic adverse effects have not been identified.

## Reproductive and Development Toxicity

There are currently no studies on the potential reproductive effects of SVFs. As the primary mechanism of exposure is inhalation, and SVFs are not readily absorbed into the body, there is no basis for the evaluation of reproductive toxicity.

## Genotoxicity

Several SVFs have been found to not be genotoxic in bacterial mutations assays. However, other *in vitro* experiments have implicated SVFs in chromosomal aberrations, morphological transformations, nuclei variation (micro and multinuclei), polyploidy, and DNA breaks and crosslinks. Several SVF types with certain bioreactivities have been shown to damage DNA through generation of ROS. However, SVFs are often less genotoxic than asbestos fibers, and their potency is mediated by their size. Currently, there are no *in vivo* studies to determine the genotoxicity of SVFs in animals.

## Carcinogenicity

Little evidence of adverse health effects has been found in several large, ongoing epidemiology studies of SVF manufacturing workers. There is no consistent evidence of an association between exposure to fiberglass and the development of respiratory disease or lung cancer. Some evidence of increased incidence of respiratory disease has been associated with exposure to mineral wools, which could be a carryover from an earlier time when dust controls were not as well developed as today. Studies of RCF workers found no pulmonary fibrosis or neoplastic disease, an elevated incidence (overall, ~3%) of pleural plaques, and some possible decrements in lung function among workers that smoke or have smoked tobacco products.

Based on the chronic and subchronic studies discussed earlier, RCF and certain special-purpose SVFs are the only SVFs to have shown carcinogenicity in animal studies. As such, the International Agency for Research on Cancer (IARC) has classified RCFs and certain special-purpose SVFs as a possible human carcinogens (Group 2B), while glass wool, stone wool, slag wool, and glass fibers are considered not classifiable as to human carcinogenicity (Group 3). Similarly, the EPA has classified RCFs as a Group B2, probable human carcinogen, but has not classified other SVFs in regards to their carcinogenicity. The American Conference of Governmental Industrial Hygienists (ACGIH) classifies RCF as a probable human carcinogen, with lower classifications (confirmed animal carcinogen and not classifiable) assigned to other types of SVFs.

## Clinical Management

No biomarkers of disease induced by SVFs are currently known. The chest X-ray is the most commonly used diagnostic technique for the detection of lung injuries such as neoplasms, pleural plaques, or other significant injury. However, this detection is possible only after significant injury, and is not specific to the detection of SVFs, but rather any lung injury (e.g., cigarette smoking, asbestos, and other lung-related toxicants).

## Ecotoxicology

No studies have documented toxicity to nonhuman species due to environmental exposure. Since toxic studies in rodents have established lung responses, it is likely that inhalation exposures to animals and wildlife may induce similar respiratory effects.

## Exposure Standards and Guidelines (Table 2)

**Table 2**    SVF regulatory guidelines

| | |
|---|---|
| **OSHA PEL – TWA** | |
| [a]Mineral fibers are currently only regulated as nuisance dust | |
| **General industry** | |
| Inert or nuisance dust | |
| Respirable fraction | 5 mg m$^{-3}$ |
| Total dust | 15 mg m$^{-3}$ |
| **Shipyard** | |
| Fibrous glass | |
| Respirable fraction | 5 mg m$^{-3}$ |
| Total dust | 15 mg m$^{-3}$ |
| **Shipyard** | |
| Mineral wool | |
| Respirable dust | 5 mg m$^{-3}$ |
| Total dust | 15 mg m$^{-3}$ |
| **ACGIH TLV – TWA** | |
| Synthetic vitreous fibers | |
| Continuous filament glass fibers[a] (A4) | 1 f cm$^{-3}$ |
| Continuous filament glass fibers[b] (A4) | 5 mg m$^{-3}$ |
| Glass wool fibers[a] (A3) | 1 f cm$^{-3}$ |
| Rock wool fibers[a] (A3) | 1 f cm$^{-3}$ |
| Slag wool fibers[a] (A3) | 1 f cm$^{-3}$ |
| Special-purpose glass fibers[a] (A3) | 1 f cm$^{-3}$ |
| Refractory ceramic fibers[a] (A2) | 0.2 f cm$^{-3}$ |
| **NIOSH REL – TWA** | |
| Fibrous glass dust (1977 proposal) | |
| Total dust | 5 mg m$^{-3}$ |
| Fibers with diameter equal or less than 3.5 μm, and length equal to or greater than 10 μm | 3 f cm$^{-3}$ |

[a]Fibers longer than 5 μm; diameter less than 3 μm; aspect ratio greater than 5:1.
[b]Inhalable fraction.
A2 – Suspected human carcinogen; A3 – Confirmed animal carcinogen with unknown relevance to humans; A4 – Not classifiable as a human carcinogen.

See also: Asbestos; Respiratory Tract Toxicology.

## Further Reading

Bernstein, D.M., 2007. Synthetic vitreous fibers: a review toxicology, epidemiology and regulations. Crit. Rev. Toxicol. 37, 839–886.

Cardinali, G., Kovacs, D., Maresca, V., et al., 2006. Differential in vitro cellular response induced by exposure to synthetic vitreous fibers (SVFs) and asbestos crocidolite fibers. Exp. Mol. Pathol. 81, 31–41.

Hesterberg, T.W., Anderson, R., Bernstein, D.M., et al., 2012. Product stewardship and science: safe manufacture and use of fiber glass. Regul. Toxicol. Pharmacol. 62, 257–277.

Hesterberg, T.W., Chase, G., Axten, C., et al., 1998a. Biopersistence of synthetic vitreous fibers and amosite asbestos in the rat lung following inhalation. Toxicol. Appl. Pharmacol. 151, 262–275.

Hesterberg, T.W., Hart, G.A., 2001. Synthetic vitreous fibers: a review of toxicology research and its impact on hazard classification. Crit. Rev. Toxicol. 31, 1–53.

Hesterberg, T.W., Hart, G.A., Chevalier, J., et al., 1998b. The importance of fiber biopersistence and lung dose in determining the chronic inhalation effects of X607, RCF1, and chrysotile asbestos in rats. Toxicol. Appl. Pharmacol. 153, 68–82.

Lockey, J.E., Roggli, V.L., Hilbert, T.J., et al., 2012. Biopersistence of refractory ceramic fiber in human lung tissue and a 20-year follow-up of radiographic pleural changes in workers. J. Occup. Environ. Med. 54, 781–788.

Marsh, G.M., Buchanich, J.M., Youk, A.O., 2011. Fiber glass exposure and human respiratory system cancer risk: lack of evidence persists since 2001 IARC re-evaluation. Regul. Toxicol. Pharmacol. 60, 84–92.

Marsh, G.M., Youk, A.O., Stone, R.A., et al., 2001. Historical cohort study of US man-made vitreous fiber production workers: I. 1992 fiberglass cohort follow-up: initial findings. J. Occup. Environ. Med. 43, 741–756.

Maxim, L.D., Hadley, J.G., Potter, R.M., Niebo, R., 2006. The role of fiber durability/biopersistence of silica-based synthetic vitreous fibers and their influence on toxicology. Regul. Toxicol. Pharmacol. 46, 42–62.

Rogers, R.A., Antonini, J.M., Brismar, H., et al., 1999. In situ microscopic analysis of asbestos and synthetic vitreous fibers retained in hamster lungs following inhalation. Environ. Health Perspect. 107, 367–375.

Utell, M.J., Maxim, L.D., 2010. Refractory ceramic fiber (RCF) toxicity and epidemiology: a review. Inhal. Toxicol. 22, 500–521.

## Relevant Websites

http://www.atsdr.cdc.gov – Agency for Toxic Substances and Disease Registry. Toxicological Profile for Synthetic Vitreous Fibers.

http://www.iarc.fr – Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man. Geneva: World Health Organization, International Agency for Research on Cancer, vol. 81 – Man Made Vitreous Fibers.

Exhibit X

# GHASSAN M. SAED, PH.D.

## Associate Professor with Tenure (Research)

**OFFICE ADDRESS:**  The C.S. Mott Center for Human Growth and Development
Department of Obstetrics and Gynecology
275 East Hancock Avenue
Detroit, MI   48201

**OFFICE TELEPHONE NUMBER:**  (313) 577-5433

**OFFICE FAX NUMBER:**  (313) 577-8554

**EMAIL ADDRESS:**  g.saed@wayne.edu

### EDUCATION:

| | |
|---|---|
| Ph.D. in Molecular Biology<br>University of Essex, Colchester, England, United Kingdom | 1983–1986 |
| B.S. in Biochemistry<br>King Saud University, Riyadh, Saudi Arabia | 1979–1982 |

### POSTGRADUATE TRAINING:

| | |
|---|---|
| Fellowship in Immunopathology, University of Michigan, Ann Arbor, MI | 1992–1993 |
| Fellowship in Molecular Biology, Henry Ford Hospital, Detroit, MI | 1988–1990 |

### FACULTY APPOINTMENTS:

| | |
|---|---|
| Adjunct Associate Professor, Department of Oncology, Karmanos Cancer Institute, Detroit Medical Center/Wayne State University School of Medicine, Detroit, MI | 2017–Present |
| Director, Ovarian Cancer Biology Research, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI | 2009–Present |
| Scientific Member, Karmanos Cancer Institute, Molecular Biology and Genetics Program, Wayne State University School of Medicine, Detroit, MI | 2008–Present |
| Member of Tumor Biology and Microenvironment Program, Karmanos Cancer Institute, Detroit, MI | 2007–Present |
| Associate Professor (secondary), Department of Physiology, Wayne State University School of Medicine, Detroit, MI | 2008–Present |
| Associate Professor (primary), Department of Obstetrics and Gynecology, | 2007–Present |

Wayne State University School of Medicine, Detroit, MI

| | |
|---|---|
| Tenure, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI | 2007–Present |
| Associate Status, Department of Anatomy/Cell Biology, Wayne State University School of Medicine, Detroit, MI | 2003–Present |
| Tenure Track, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI | 2001–2007 |
| Assistant Professor, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI | 1998–2007 |

**HOSPITAL OR OTHER PROFESSIONAL:**

| | |
|---|---|
| Senior Investigator, Center for Biomedical Research, Oakland University, Rochester, MI | 1997–1998 |
| Adjunct Associate Professor, Department of Chemistry, Oakland University, Rochester, MI | 1996–2004 |
| Bioscientific Staff Investigator, Dermatology Department, Henry Ford Hospital, Detroit, MI | 1995–1998 |
| Associate Staff Investigator, Department of Dermatology, Henry Ford Hospital, Detroit, MI | 1993–1994 |
| Special Lecturer, Department of Chemistry, Oakland University, Rochester, MI | 1991–1996 |
| Assistant Staff Investigator, Hypertension Research, Henry Ford Hospital, Detroit, MI | 1990–1992 |
| Technical Manager, Pharmaceutical Company, Riyadh, Saudi Arabia | 1987–1988 |
| Research Assistant, Biochemistry Department, King Saud University, Riyadh, Saudi Arabia | 1982–1983 |

**MAJOR PROFESSIONAL SOCIETIES**

| | |
|---|---|
| Associate Member, Society for Gynecologic Oncology | 2017–Present |
| Member, American Association of Cancer Research | 2008–Present |
| Member, American Federation of Clinical Research | 2009–Present |
| Member, American Society for Reproductive Medicine | 1998–Present |
| Member, Society for Reproductive Investigation | 1998–Present |
| Member, American Association of University Professors | 1996–Present |
| Member, American Chemical Society | 1991–2014 |
| National Research Council of the United Kingdom | 1985–1986 |
| Medical Research Council of the United Kingdom | 1984–1998 |

2

**HONORS/AWARDS:**

**Star Award**                                                                                      2017
73rd American Society for Reproductive Medicine (ASRM) Scientific
Congress & Expo
*This award recognizes members who have presented during at least nine*
*of the ASRM Annual Meetings from the years 2007-2016.  Presentations*
*may include Congress courses and/or seminars, Scientific Program*
*symposia, posters, and/or oral presentation of abstracts.   234 awardees*

**Award for Research**                                                                             2017

**Awarded to Nicole King, PhD, Postdoctoral Fellow in the laboratory**
**of Dr. Ghassan Saed**
73rd American Society for Reproductive Medicine (ASRM Scientific
Congress & Expo
*The purpose of this award is to recognize outstanding research conducted by*
*individuals in training under the "Reproductive Surgery" category.  He/she is*
*a presenting first author, and a medical student, resident, fellow, or under-*
*graduate, graduate, or postdoctoral student.  Three awardees*

**Star Award**                                                                                      2016
72nd American Society for Reproductive Medicine (ASRM) Scientific
Congress & Expo
*This award recognizes members who have presented during at least nine*
*of the ASRM Annual Meetings from the years 2007-2015.  Presentations*
*may include Congress courses and or seminars, Scientific Program*
*symposia, posters, and/or oral presentation of abstracts.  ~235 awardees*

**Excellence in Biomedical Research**                                                              2015
Global Medical Discovery Series
*Key Scientific Article for peer-reviewed publication entitled:  "Sox2 Gene*
*Amplification Significantly Impacts Overall Survival in Serous Epithelial*
*Ovarian Cancer."  Reproductive Sciences 22(1):38-46, 2015.  Epub*
*July 18, 2014.  One awardee*

**Star Award**                                                                                      2013
69th American Society for Reproductive Medicine Annual Meeting (ASRM)
*This award recognizes members who have presented during at least nine*
*of the ASRM Annual Meetings from the years 2007-2012.  Presentations*
*may include Congress courses and/or seminars, Scientific Program*
*symposia, posters, and/or oral presentation of abstracts.  ~235 awardees*

**Star Award**                                                                                      2011
67th American Society for Reproductive Medicine (ASRM) Annual Meeting
*This award recognizes members who have presented during at least nine*
*Of the ASRM Annual Meetings from the years 2007-2010.  Presentations*
*may include Congress courses and/or seminars, Scientific Program*
*symposia, posters, and/or oral presentation of abstracts.  ~235 awardees*

3

**President's Award for Excellence in Teaching**                    2009
Wayne State University School of Medicine
*This award is in recognition for outstanding faculty who have made
contributions to teaching at WSU to an exceptionally high degree,
demonstrate comprehensive knowledge of their subject, superior classroom
performance, and high educational standards; communicate their subject
matter accurately, clearly, and effectively; generate enthusiasm and
respect for learning; motivate their students to excel; and are accessible to
students; innovative instructional practices, impact on teaching at WSU,
and contributions to advancing teaching in their field.*

**Finalist Paper**                                                 2006
62nd American Society for Reproductive Medicine (ASRM) Annual Meeting
*One awardee*

**Prize Paper Candidate**                                          2005
Conjoint 61st American Society for Reproductive Medicine (ASRM) Annual
Meeting and 51st Canadian Fertility and Andrology Society Annual Meeting
*One awardee*

**Finalist Paper**                                                 2005
61st American Society for Reproductive Medicine (ASRM) Annual Meeting
*One awardee*

**Finalist Paper**                                                 2003
Society of Reproductive Endocrinology and Infertility (SREI) Annual Meeting
*One awardee*

**Finalist Paper, Basic Science**                                  2003
19th European Society of Human Reproduction and Embryology (ESHRE)
Annual Meeting
*One awardee*

**Award Paper**                                                    2000
58th Society of Reproductive Surgeons (SRS) Scientific Program

**Finalist Paper**                                                 2000
Society of Reproductive Endocrinology and Infertility (SREI) Annual Meeting
*One awardee*

**Award Paper**                                                    1998
52nd Society of Reproductive Surgeons (SRS) Scientific Program

**Outstanding Professor of the Year Award**                        1996–1997
Golden Key National Society, Oakland University Chapter, Rochester, MI
*One awardee*


**SERVICE:**

4

**Wayne State University**

**Departmental/Divisional**

| | |
|---|---|
| Chairperson, Organizing Committee, 2017 Joint Annual Reproductive Sciences Retreat, Departments of Obstetrics and Gynecology, Wayne State University School of Medicine and University of Toronto; and The Michigan Alliance for Reproductive Technologies and Sciences (MARTS) Annual Meeting at Wayne State University | 2017 |
| Faculty Mentor, NIH/NICHD Women's Reproductive Health Research (WRHR) Scholar Program, Department of Obstetrics and Gynecology | 2012–2016 |
| Faculty Associate, Fulbright Visiting Senior Scholar Award recipient Dr. Iyad Ali, Department of Obstetrics and Gynecology | 2012–2014 |
| Member, Selective Salary Committee, Department of Obstetrics and Gynecology | 2012–Present |
| Member, Promotion and Tenure Committee, Department of Obstetrics and Gynecology | 2012–Present |
| Chairperson, C.S. Mott Center Seminar Series Committee, Department of Obstetrics and Gynecology | 1998–Present |
| Chairperson, Basic Research Endocrine Fellows Training Committee, Department of Obstetrics and Gynecology | 1998–2014 |
| Member, Reproductive Endocrinology and Infertility Fellowship Selection Committee, Department of Obstetrics and Gynecology | 1998–Present |

**School of Medicine**

| | |
|---|---|
| Member, Strategic Research Initiative Grant Review (SRIG) Committee, Karmanos Cancer Institute | 2013–2014 |
| Member, PhD Committee for Batoul Abdullah, PhD Candidate, Center for Molecular Medicine and Genetics, Wayne State University | 2012–2016 |
| Member, PhD Committee for Jimmy Belotte, MD, PhD Candidate, Department of Physiology and Reproductive Sciences, Department of Obstetrics and Gynecology, Wayne State University | 2012–2016 |
| Faculty, Reproductive Sciences Graduate Program, Department of Physiology, Wayne State University | 2012–2016 |
| Member, Search Committee for a candidate selection for a joint appointment in Departments of Psychology and Obstetrics & Gynecology in the field of Psychopharmacology | 2003–2005 |

**Affiliate Medical Organizations**

5

| | |
|---|---|
| Member, Karmanos Cancer Institute, Molecular Biology and Genetics Program, Detroit, MI | 2008–Present |
| Member of Tumor Biology and Microenvironment Program, Karmanos Cancer Institute, Detroit, MI | 2007–Present |

**Professional**

| | |
|---|---|
| President, National Arab American Medical Association, Michigan Chapter, Troy, MI | 2017–Present |
| Judge, American Society for Reproductive Medicine (ASRM) Abstract Selection Committee, Birmingham, AL | 2015–Present |
| President, National Arab American Medical Association, Michigan Chapter, Troy, MI | 2014–2015 |
| Board Member, National Arab American Medical Association, Michigan Chapter, Troy, MI | 2009–Present |
| Judge, Poster Finals Prize Committee, 2002 Annual Meeting of the American Society for Reproductive Medicine (ASRM), Birmingham, AL | 2002–2003 |

**Community**

| | |
|---|---|
| Biohazard and Safety Committee, Henry Ford Hospital, Detroit, MI | 1996–1998 |
| Radioisotope Safety Committee, Henry Ford Hospital, Detroit, MI | 1996–1998 |
| Journal Club Committee, Department of Dermatology, Henry Ford Hospital, Detroit, MI | 1994–1998 |
| Basic Research Training Committee, Department of Dermatology, Henry Ford Hospital, Detroit, MI | 1994–1998 |
| Animal Care Committee, Henry Ford Hospital, Detroit, MI | 1993–1996 |

**Consulting**

| | |
|---|---|
| Consultant, Molecular Biologic Testing, DS Biotech, Detroit, MI | 2013–Present |
| Consultant, Application of Cyclooxgenase-2 in the Treatment of Ovarian Cancer, Pfizer Pharmaceuticals, Rochester, MI | 2002 |
| Consultant, Technical expertise in developing molecular probes and markers, Oxford Biomedical Research, Oxford, MI | 1991–1998 |

**Scholarly Service**

Grant Review Committees

6

Member, Scientific Review Committee, Ethel F. Donoghue Women's Health     2004
Investigator Program, Yale University, New Haven, CT

Service for Peer-Reviewed Journals Editorship

Editorial Board Membership:

Editor-in-Chief, Gynecology and Obstetrics Research-Open Journal     2015–Present

Review of Manuscripts and Chapters:

| | |
|---|---|
| Journal of Cellular and Molecular Medicine | 2015–Present |
| Systems Biology in Reproductive Medicine | 2013–Present |
| Journal of Assisted Reproduction and Genetics | 2013–Present |
| Journal of Reproductive Science | 2012–Present |
| European Journal of Obstetrics & Gynecology and Reproductive Biology | 2009 |
| Gastroenterology | 2007 |
| Houghton Mifflin Company, College Division | 2003 |
| American Gynecological and Obstetrical Society | 2003 |
| Oncogenes | 2003 |
| Fertility and Sterility | 2001–Present |
| Wound Repair and Regeneration | 2000–Present |
| Journal of Cytokine Research | 1998–2000 |

**TEACHING**

**Teaching at Wayne State University**

Undergraduate Students

Instructor.  Department of Biological Sciences – BIO 3990:  Undergraduate course primarily for biology majors who wish to continue in a field beyond that covered in regular courses under the direction of Biological Sciences faculty.

Instructor and Advisor.  Department of Physiology – PSL 5010:  Undergraduate course involving student participation in laboratory research in the physiological sciences under the supervision of a departmental faculty advisor.
This course involves an introduction to experimental protocol and current related scientific literature.

Advisor.  Department of Biological Sciences – BIO 6990:  Undergraduate course for honors students involving student participation in laboratory research in the physiological sciences under the supervision of a departmental faculty advisor.

Graduate Students

Instructor.  Interdisciplinary Biomedical Sciences – IBS 7060:  Biomedical Endocrine and Reproductive Systems Development.
This course is for graduate students within the Ph.D. Program in Anatomy and Cell Biology of which has the aim of providing a broad based knowledge of the important areas of biomedical research.

7

Instructor.  Department of Physiology with Concentration in the Reproductive Sciences Program (PhD) – RPS 7350:  Biomolecular Techniques:  From Genes to Protein

Instructor.  Department of Physiology with Concentration in the Reproductive Sciences Program (PhD), Principles of Reproductive Biology – PSL 7690:  Cancers in Reproductive Organs/ Journal Club.
This lecture explains the impact of cancer in women; to discuss the epidemiology, risk factors, screening modalities and preventative strategies of gynecologic cancers and the role of stem cells.

Instructor.  Current Research Topics in the Reproductive Sciences – PSL 7775:  Molecular Mechanisms of Postoperative Adhesions.
This course is for graduate students within the Ph.D. Program in Physiology with Concentration in the Reproductive Sciences of which covers current research topics in reproductive sciences. The Program itself incorporates the teaching, research and physical resources of both the Physiology and the Obstetrics and Gynecology Departments, offering interdisciplinary doctoral training in a clinical environment in the reproductive sciences.  The primary academic focus engages teaching and research training in reproduction and development, with an emphasis on the following:  developmental biology, perinatal biology, reproductive endocrinology, reproductive genetics, toxicology/teratology and molecular biology including genomics, proteomics, and bioinformatics. Dissertation research is under the mentorship of Obstetrics and Gynecology basic science graduate faculty.

Advisor and Mentor.  Current Research Topics in the Reproductive Sciences – PSL 7996: Arranged Research.
This course is for the graduate students within the "Ph.D. Program in Physiology with Concentration in the Reproductive Sciences" (as described in PSL 7775) which covers graduate level experiences in research techniques.  It is required that special research topics, within specified areas, be agreed upon between individual faculty members and students.

Advisor and Mentor.  Doctoral Candidate Status I-IV – PSL 9991, 9992, 9993, 9994: Thesis/Dissertation Research and Design.
This course is for the graduate students within the "Ph.D. Program in Physiology with Concentration in the Reproductive Sciences" (as described in PSL 7775).  Required in consecutive academic-year semesters following advancement to Ph.D. candidacy status I through IV.

Advisor and Mentor.  Doctoral Candidate Dissertation Research and Direction – PSL 9995: Candidate Maintenance Status.
This course is for the graduate students within the "Ph.D. Program in Physiology with Concentration in the Reproductive Sciences" as described above in PSL 7775.  Required after completion of 30 credits in PSL 9991-9994.

Director.  Summer Reproductive Technology Course.  The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2014-2015.
The course design is to allow for Reproductive Endocrinology and Infertility/Medical Genetics fellows, as well as graduate students to become familiar with laboratory techniques in the reproductive sciences.  The graduate students will acquire a thorough understanding of the

8

theory and special methodology utilized to perform techniques indicative of reproductive endocrinology and infertility.

Lecturer.  Laboratory Techniques.  Summer Reproductive Technology Course.  The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2014.
This lecture explains the various laboratory techniques, and their limitations, as applied to the reproductive sciences.

Lecturer.  Molecular Biological Procedures.  Summer Reproductive Technology Course.  The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2015.
This lecture explains the various laboratory techniques, and their limitations, as applied to the reproductive sciences.

<u>Residents and Fellows</u>

Director.  Summer Reproductive Technology Course.  The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2014-2015.
The course design is to allow for Reproductive Endocrinology and Infertility/Medical Genetics fellows, as well as graduate students to become familiar with laboratory techniques in the reproductive sciences.  The fellows will acquire a thorough understanding of the theory and special methodology utilized to perform techniques indicative of reproductive endocrinology and infertility.

Instructor.  PCR Technique:  Concept and Clinical Application Course.  The CS Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, 2012-Present.
This course is designed to allow departmental residents, fellows, Reproductive Endocrinology and Infertility/Medical Genetics fellows, and interested graduate students (within the C.S. Mott Center) to become familiar with the PCR technique and how to use it effectively within the laboratory.

**Teaching at Other Institutions**

<u>Undergraduate Students</u>

Adjunct Associate Professor.  Taught two undergraduate courses, CHM104 "Introduction to Chemical Principles" and CHM201 "Introduction to Organic and Biological Chemistry" for nursing and health sciences students at the Department of Chemistry, Oakland University, Rochester, MI, 1991-2004.

<u>Graduate Students</u>

Instructor.  Four-day workshop:  PCR Techniques, Concepts and Applications.  Howard Hughes Research Program, Oakland University, Rochester, MI, May 19-22, 1998.
This workshop was for graduate, postdoctoral, laboratory research personnel, and faculty within the field of science and research.

Instructor.  Taught a graduate course CHM554 "Molecular Biology and Biotechnology" at the Department of Chemistry, Oakland University, Rochester, MI, 1995-1998.

Instructor.  Biotechnology:  From Genes to Proteins.  Department of Dermatology, Oakland University, Rochester, MI, 1993-1998.
This course was part of the Research Training in Biotechnology Program postgraduate curriculum for residents and fellows to utilize state-of-the-art molecular technology techniques to answer questions related to molecular pathogenesis of skin diseases such as skin cancer, fibrosis and wound healing.

Teaching Assistant.  Introduction to Chemical Principals. Department of Chemistry, University of Essex, Colchester, England, United Kingdom, 1987-1988.

Residents and Fellows

Instructor and Laboratory Advisor.  Biotechnology Research Training.  Department of Dermatology, Oakland University, Rochester, MI, 1993-1998.
This program trained dermatology residents to utilize state-of-the-art molecular technology techniques to answer questions related to molecular pathogenesis of skin diseases such as skin cancer, fibrosis and wound healing.

**Mentorship**

Mentor on research projects related to endometriosis, postoperative adhesions, and ovarian cancer to the Department of Obstetrics and Gynecology past and present undergraduate and graduate students, residents, clinical and postgraduate fellows, scholars, faculty, and research technicians, assistants and associates.

Undergraduate Students:

Yousif Abbiss; Newaj Abdullah; Dana Abufarha, Shadi Abuolba Ahmad [awarded the 2007 Wayne State University School of Medicine Undergraduate Research Scholarship Award]; Ali Alarab; Radi Al-Dasouqi; Danna Al-Hadidi; Jeremy Berman; Chelsea Fortin; Ellory Greenberg; Waseem Imann; Shucni Jain; Marisa Karcz; Hadil Katato; Reem Khazaal; Yanamandra Krishnakant;, Wasfeh Musheinish; Bailey Neubauer; Osama Nusrat; Tessy Oommen; Norman Orabi; Alex Papadellis; Sonica Rehan; James Waleke [WSU School of Medicine 2004 graduate]; Rani Yaldo, Yousif Younan; Nabaa Zalzala; and Xuping (Sherry) Zhu.

Graduate:

Osama Nusrat, MD (Master/past):  Nusrat O, Belotte J, Fletcher NM, Memaj I, Saed MG, **Saed GM**.  The role of angiogenesis in the persistence of chemoresistance in epithelial ovarian cancer.  Reproductive Sciences 23(11):1484-1492, 2016.  PMID: 27122375

Batoul Abdullah, PhD:  Abdallah BY, Horne SD, Stevens JB, Liu G, Ying AY, Vanderhyden B, Krawetz SK, Gorelick R, Heng HH (2013). Single cell heterogeneity: Why unstable genomes are incompatible with average profiles. Cell Cycle 12:3640-3649, 2013.  PMID: 24091732   PMCID: PMC3903715

Jimmy Belotte, MD, PhD:  Belotte J, Fletcher NM, Saed MG, Abusamaan MS, Dyson G, Diamond MP, **Saed GM**.  A single nucleotide polymorphism in catalase is strongly associated

10

with ovarian cancer survival.  PLoS One 10(8):e0135739, 2015.  eCollection 2015.  PMID: 26301412   PMCID: PMC4547699

<u>Nicole Fletcher-King, PhD</u>:  Fletcher NM, Belotte J, Saed MG, Memaj I, Diamond MP, Morris RT, **Saed GM**.  Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer.  Free Radical Biology and Medicine 102:122-132, 2017.  PMID: 27890641

<u>Jennell White, PhD</u>:  White JC, Jiang ZL, Diamond MP, **Saed GM**.  Macrophages induce the adhesion phenotype in normal peritoneal fibroblasts.  Fertility and Sterility 96(3):758-763.e3, 2011.  Epub July 27, 2011.   PMID: 21794857

<u>Residents</u>

Drs. (MD) Zeynep Alpay, Dana Ambler, Tarek Dbouk, Eslam Elhammady, and Valerie Shavell.

<u>Clinical and Postgraduate Fellows</u>:

Drs. (MD) Mazen Abdallah, Awoniyi Awonuga [faculty], Jashoma Banerjee, Alan Bolnick, Jay Bolnick, Subodhsingh Chauhan, Laura Detti, Michael Freeman, April Gago, Roohi Jeelani, Sana Khan, Mohamed Mitwally, Valerie Shavell, Mili Thakur, Rahi Victory, and Terri Woodard; and Christopher Bryant, MD, Associate Professor, Division of Gynecologic Oncology (past faculty).

Of note, the aforementioned have participated in premier annual scientific meetings of the American Society for Reproductive Medicine, Society for Free Radical Biology and Medicine, Society for Reproductive Investigation, and American College of Obstetrics and Gynecology, just to name a few, as well as publishing their many scientific achievements (articles and abstracts) in preeminent peer-reviewed journals (see Publications section).
*Acknowledgement:*  Michael Freeman, MD [past fellow], was awarded a $20,000 research grant from the American Gynecologic and Obstetrical Society (AGOS) during his fellowship [1999-2002].  Alan Bolnick, MD and Sana Khan, MD [past fellows, 2013-2016] were each awarded from the Pacific Coast Reproductive Society, the 2015 Travel Award, as well as Roohi Jeelani, MD and Mili Thakur, MD [past fellows, 2015-2017 and 2014-2017, respectively] who were each awarded the 2016 Travel Award.  These AGOS travel awards paid for registration to the annual meeting, course fees, and all travel expenses incurred.

Lastly, Mili Thakur, MD [past fellow, 2014-2017] of the combined Reproductive Endocrinology and Infertility and Medical Genetics Fellowship program (the only one of its kind in the country), was the recipient of the 2016 Pfizer-SRI (Society for Reproductive Investigation), President's Presenter's Award. This award for given to Mili for her abstract entitled, "*Galactose and Its Metabolites Deteriorate Metaphase II Mouse Oocyte Quality through a Mechanism that Involves the Generation of Reactive Oxidative Species, Mitochondrial Dysfunction and Apoptosis.*"  The President's Presenter's Award is given in recognition of the 25 most meritorious abstracts (either poster or oral presentation) submitted by individuals still in training.  Dr. Thakur received this prestigious award at the 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, in March of 2016.
<u>Scholars</u>

<u>Iyad Ali, PhD</u>:  Assistant Professor of Biochemistry, Faculty of Medicine and Health Sciences, An-Najah National University, Nablus, Palestine; visiting Fulbright Arab Fund Fellowship Scholar in the laboratories of Drs. Husam Abu-Soud and Ghassan Saed, Division of Reproductive

Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine.

Awoniyi Awonuga, MD:  Associate Professor, Women's Reproductive Health Research (WRHR) Scholar, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine.  Citation:  Awonuga AO, Belotte J, Abuanzeh S, Fletcher NM, Diamond MP, **Saed GM**.  Advances in the pathogenesis of adhesion development:  the role of oxidative stress.  Reproductive Sciences 21(7):823-836, 2014.  Epub February 11, 2014.  Review.  PMID: 24520085  PMCID: PMC4107571

Jimmy Belotte, MD, PhD:   Assistant Professor, Women's Reproductive Health Research (WRHR) Scholar, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine.  Citation:  *Belotte J, *Fletcher NM, *Alexis M, Morris RT, Munkarah AR, Diamond MP, **Saed GM**.  Sox2 gene amplification significantly influences overall survival in serous epithelial ovarian cancer. Reproductive Sciences 22(1):38-46, 2015.  Epub July 18, 2014. PMID: 25038052    PMCID: PMC4275450

Lylia Fahmy, MD: Clinical Instructor, Women's Reproductive Health Research (WRHR) Scholar, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine. Thesis:  Effect of Ovarian Hormones on Adhesion Development.  2005.

Faculty

Mentor of current and past Obstetrics and Gynecology clinical faculty through collaborations on research projects and grant submissions.  Faculty members are as follows:  Awoniyi Awonuga, MD, Professor, Division of Reproductive Endocrinology and Infertility and Women's Reproductive Health Research (WRHR) Scholar (training completed December 2015); Jimmy Belotte, MD, Associate Professor, Division of Gynecology, Women's Reproductive Health Research (WRHR) Scholar, (training completed September 2016 with PhD); Lylia Fahmy, MD, past Clinical Instructor, Division of Reproductive Endocrinology and Infertility, Women's Reproductive Health Research (WRHR) Scholar, (training completed 2005); and Peter Baumann, MD, Associate Professor, Division of Gynecology (retired).

I have also been instrumental to key professional presentations at local, national, and international conferences by our past and present senior faculty members of the Obstetrics and Gynecology Department.  They are as follows:  Adnan Munkarah, MD, Professor and Director, Division of Gynecologic Oncology; Bernard Gonik, MD, Professor, Division of Maternal and Fetal Medicine; Jay Berman, MD, Associate Professor and Associate Chair, Department of Obstetrics and Gynecology and Director, Division of Gynecology; John Malone, Jr, MD, Professor and past Chair, Department of Obstetrics and Gynecology (deceased); Kamran Moghissi, MD, Professor Emeritus, past Chair Emeritus, Department of Obstetrics and Gynecology, past Director, Division of Reproductive Endocrinology and Infertility, and past Director, CS Mott Center for Human Growth and Development (retired); and Michael Diamond, MD, Professor, past Associate Chair, Department of Obstetrics and Gynecology, past Director, Division of Reproductive Endocrinology and Infertility, and past Assistant Dean of Clinical and Translational Research, Wayne State University School of Medicine (now at Georgia Regents University, Augusta, GA).

Research Associates/Assistants/Technicians

12

In the laboratory of Dr. Ghassan Saed:  Drs. (PhD) Boytcho Boytchev, Semira Galijasevic, Zhongliang (John) Jiang, MD, Hong Lu, Qui Lu, Gheorghe Proteasa, Natalie Rizk, Rona Wang, MD, and Ming Zhao, MD; Danielle Hall, BS, Nicole Fletcher-King, BS, MS, and Manal Omar, BS.

**Essays/Theses/Dissertations Directed**

| | |
|---|---|
| Name: | Osama Nusrat, MD (Master Degree/past), Department of Physiology and Reproductive Sciences (2015-2017), Wayne State University School of Medicine, Detroit, MI. |
| Dissertation Title: | The Role of Angiogenesis in the Persistence of Chemoresistance in Epithelial Ovarian Cancer |
| Date Awarded: | September 2017 |
| Current Status: | Resident, Department of Internal Medicine, University of Arizona College of Medicine, Tucson, AZ |
| Name: | Jimmy Belotte, MD, PhD, Department of Physiology in the Reproductive Sciences Concentration (2012-2016); and Women's Reproductive Health Research (WRHR)    Scholar, Department of Obstetrics and Gynecology, Wayne State University School of    Medicine, Detroit, MI |
| Dissertation Title: | The Role of Oxidative Stress in the Establishment of Resistance to Cisplatin  in   Epithelial Ovarian Cancer Cells |
| Date Awarded: | September 14, 2016 and WRHR training completed September 14, 2016 |
| Current Status: | Associate Professor, Division of Gynecology, Department of Obstetrics and  Gynecology, Wayne State University School of Medicine, Detroit, MI |
| Name: | Batoul Abdullah, PhD, Department of Physiology in the Center for Molecular Medicine and Genetics Concentration (2012-2016), Wayne State University School of Medicine, Detroit, MI |
| Dissertation Title: | Fuzzy Inheritance:   A Novel Form of Somatic Cell Inheritance that Regulates Cell Population Heterogeneity |
| Date Awarded: | 2016 |
| Current Status: | Postdoctoral Fellow in the laboratory of Henry (Hong-Qiang) Heng, PhD, Center for Molecular Medicine & Genetics and Pathology, Wayne State University School of Medicine, Detroit, MI |
| Name: | Awoniyi Awonuga, MD, Women's Reproductive Health Research (WRHR) Scholar, Department of Obstetrics and Gynecology, Wayne State University School of   Medicine, Detroit, MI |
| Thesis Title: | Oxidative Stress in the Pathogenesis of Post-Operative Adhesions |
| Training Completed: | December 2015 |

13

| | |
|---|---|
| Current Status: | Professor and Interim Director, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI |
| Name: | <u>Nicole Fletcher-King, PhD</u>, Department of Physiology in the Reproductive Sciences Concentration Program (2008-2013), Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI |
| Dissertation Title: | The Role of Oxidative Stress in the Pathogenesis of Epithelial Ovarian Cancer |
| Date Awarded: | September 2013 |
| Current Status: | Postdoctoral Fellow in the laboratory of Ghassan M Saed, PhD, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, CS Mott Center for Human Growth and Development, Wayne State University School of Medicine, Detroit, MI |
| Name: | <u>Jennell White, PhD</u>, Department of Physiology in the Reproductive Sciences Concentration Program (2000-2011), Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI |
| Dissertation Title: | The Potential Role of Innate Immunity in the Pathogenesis of Postoperative Adhesions |
| Date Awarded: | September 2011 |
| Current Status: | Postdoctoral Fellow, Department of Pediatrics, Wayne State University School of Medicine, Detroit, MI |
| Name: | <u>Lylia Fahmy, MD</u>, Women's Reproductive Health Research (WRHR) Scholar, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI |
| Thesis Title: | Effect of Ovarian Hormones on Adhesion Development |
| Date Completed: | September 2005 |
| Current Status: | Associate Professor, Department of Obstetrics and Gynecology, University of Nebraska Medical Center, Omaha, NB |

**Course or Curriculum Development**

<u>Originator and Director</u>.  Summer Reproductive Technology Course.          2014
This course design is to allow for Reproductive Endocrinology and
Infertility/Medical Genetics fellows, as well as graduate students, to become

familiar with all aspects of laboratory techniques within the field of reproductive sciences.  Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, The C.S. Mott Center for Human Growth and Development, Wayne State University School of Medicine, Detroit, MI.

<u>Course Director</u>.  Reproductive Sciences Concentration – RPS 7350:                2006
Biomolecular Techniques:  From Genes to Protein.
This course design is specifically for graduate students enrolled in
the PhD Program in Physiology with Concentration in the Reproductive
Sciences, as part of their curriculum.  This is an integrated PhD program
incorporating the teaching, research, and physical resources of two
departments -- Physiology and Obstetrics & Gynecology at Wayne State
University School of Medicine, Detroit, MI.

<u>Organizer</u>.  Four-day workshop (May 19-22):  PCR Techniques, Concepts,         1998
and Applications.
Workshop developed for undergraduates, graduates, postdoctoral,
laboratory personnel, and faculty studying and/or working within the field of
science and research.  Sponsored by the Howard Hughes Research
Program of Oakland University, Rochester, MI.

<u>Designer</u>.  Introduction to Molecular Cloning.                                 1996
Course designed to teach techniques for characterization and manipulation
of DNA and RNA from the basis of modern biomedical research.  Coursework
pertinent towards medical residents and fellows at the Henry Ford Hospital,
Detroit, MI, and graduate students at Oakland University, Rochester, MI.

<u>Designer</u>.  Research Training in Biotechnology.                               1993
This program trained Department of Dermatology residents and fellows to
utilize state-of-the-art molecular technology techniques to answer questions
related to molecular pathogenesis of skin diseases such as skin
cancer, fibrosis and wound healing at Henry Ford Hospital, Detroit. MI.
This training ended in 1998.

<u>Course Director</u>. I have participated in developing the course, Introduction to   1991–2004
Chemical Principles (CHM 104) to meet general education requirements.
CHM 104 satisfies the university general education requirement in natural
science and technology (NST).  The learning outcomes for NST courses state
that the student will demonstrate knowledge of major concepts from
natural science or technology, including developing and testing of
hypotheses, drawing conclusions, and reporting of findings through some
laboratory experience or an effective substitute.  This course taught at
Oakland University, Rochester, MI.

<u>Designer</u>. Laboratory course. I was actively involved in developing and       1991–2004
instructing two laboratory sections for CHM 104. Students learned how to
evaluate sources of information in science or technology.  Developed at
Oakland University, Rochester, MI

<u>Designer</u>. I developed and taught CHM 104 and CHM 201 to nursing students     2005–2010

15

on-line (a web-based instruction). I designed courses to satisfy the university general education requirement in natural science and technology (NST). For this, I utilized and implemented the virtual chemistry laboratory experience to be an integral part of this course.  Developed at Oakland University, Rochester, MI,

**GRANTS, CONTRACTS, AND OTHER FUNDING:**

**Active National/International Grants and Contracts**

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:   "Novel Biomarkers for Early Detection of Ovarian Cancer."  The project's design is to identify key markers of oxidative stress that have the potential to serve as screening tools for ovarian cancer and may play a role in the acquisition of chemoresistance.
Source:  Prevent Cancer Foundation, Postdoctoral Fellowship Grant
Date:  01/01/16 – 12/31/18
Total Direct Costs:  $80,000

Role:  Principal Investigator, Percent Effort:  5%
Title:  "Elucidation of Cellular Mechanisms of Evitar of Post-Operative Fibrosis."
Source:  Temple Therapeutics, 25S8P1
Date:  04/01/17 – 05/31/18
Total Direct Costs:  $100,000

**Pending National/International Grants and Contracts**

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Mechanism of Apoptosis in Chemoresistant Ovarian Cancer Cells."  To determine whether chenoresistance in ovarian cancer manifests decreased apoptosis through enhanced s-nitrosylation of caspase-3 mechanism which can, thereby, be reversed by DCA.
Source:  American Association for Cancer Research (AACR)
Date:  07/01/17 – 06/30/19
Total Direct Costs:  $100,000

Role:  Principal Investigator, Percent Effort:  30%
Title:   "Identification of a Novel Target with Intriguing Anti-Tumorigenic Effects in Ovarian Cancer."  To identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source:  NIH/NICHD R01, Proposal #17-0220
Date:  09/01/17 – 08/31/22
Total Direct Costs:  $1,919,600

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Marker of Survival in Ovarian Cancer Cells."  To test the anti-tumorigenic potential of integrin αV/β1 antibodies in sensitive and chemoresistant ovarian cancer.
Source:  U.S. Department of Defense (DOD)
Date:  01/01/18 – 12/31/19
Total Direct Costs:  $385,000

16

Role:  Principal Investigator, Percent Effort:  25%
Title:  "Cross-Talk Between MPO and iNOS Regulates Apoptosis in Chemoresistant Ovarian Cancer."  To determine whether chemoresistance in ovarian cancer manifests decreased apoptosis through enhanced s-nitrosylation of caspase-3 mechanism, which can be reversed by DCA.
Source: NIH/NICHD R21
Date:  09/01/17 – 08/31/19
Total Direct Costs:  $423,500

Role:  Principal Investigator, Percent Effort:  10%
Title:  "A Novel Target with Intriguing Anti-Tumorigenic Effects in Cancer."  To identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source:  NIH/DHHS Small Business Technology Transfer Grant (STTR), R41
Date:  07/01/17 – 6/30/18
Total Direct Costs:  $299,999

Role:  Principal Investigator, Percent Effort:  NA
Title:  "A Novel Target with Intriguing Anti-Tumorigenic Effects in Cancer."  To identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source:  The Honorable Tina Brozman Foundation, Inc. for Ovarian Cancer Research – Letter of Intent
Date:  2017
Total Direct Costs:  $100,000

Role:  Principal Investigator, Percent Effort:  5%; Co-Principal Investigator:  NM King, PhD
Title:  "Potential Anti-Tumorigenic Antigen for Cancer Therapy."  To identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source:  Elsa U. Pardee Foundation Grant Program, Proposal #17-0715
Date:  01/01/18 – 12/31/18
Total Direct Costs:  $187,958

Role:  Principal Investigator, Percent Effort:  NA
Title:  "A Novel Target with Intriguing Anti-Tumorigenic Effects in Cancer."  To identify and test a target that cross-reacts with the CD11b antibody and determines it efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source:  Ovarian Cancer Research Fund Alliance, Inc. (OCRFA)
Date:  01/01/18 – 12/31/20
Total Direct Costs:  $300,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Antitumor Effects of Targeting Integrin αV/β1 in Ovarian Cancer Cells."  To test the anti-tumorigenic potential of integrin αV/β1 antibodies in ovarian cancer patient samples.
Source:  Ovarian Cancer Research Fund Alliance, Inc., Ann Schreiber Mentored Investigator Award
Date:  01/01/18 – 12/31/18

17

Total Direct Costs:  $75,000

**Pending Other Grants and Contracts**

Role:  Principal Investigator
Title:   "Repurposing ABCIXIMAB, A Clinically Approved Anticoagulant for the Treatment of Ovarian Cancer."  To determine whether abciximab is an effective therapy against sensitive and resistant ovarian cancer.
Source:  Michigan Ovarian Cancer Alliance (MIOCA)
Date:  04/01/17 – 03/31/18
Total Direct Costs:  $50,000

Role:  Principal Investigator
Title:  "ReoPro and Ovarian Cancer."
Source:  Michigan Ovarian Cancer Alliance (MIOCA)
Date:  04/01/17 – 03/31/18
Total Direct Costs:  $50,000

Role:  Principal Investigator
Title:  "A Novel Target with Intriguing Anti-Tumorigenic Effects in Cancer."
Source:  DS Biotech, LLC, Proposal #17-0289
Date:  07/01/17– 06/30/18
Total Direct Costs:  $100,000

**Submitted National/International Grants and Contracts**

Role:  Principal Investigator
Title:  "A Novel Target with Intriguing Anti-Tumorigenic Effects in Ovarian Cancer."
Source:  Rivkin Center for Ovarian Cancer, Pilot Study Awards, 573569

**Previously Funded Grants and Contracts**

Role:  Co-Principal Investigator; Principal Investigators:  MP Diamond, MD, EN Kraiselburd, PhD
Title:  "WSU-UPR Research Partnership to Promote Diversity in the Reproductive Sciences"
Source:  NIH/NICHD, HD-09-008
Date:  08/2010 – 07/2015
Total Direct Costs:  $3,020,000

Role:  Co-Principal Investigator, Principal Investigator:  MP Diamond, MD
Title:  "WSU Clinical and Translational Science Award Planning Grant"
Source:  NIH/NICHD, 1P20 RR 023578
Date:  09/2006 – 09/2012
Total Direct Costs:  $2,225,750

Role:  Consultant; Principal Investigator:  MP Diamond, MD
Title:  "WSU Cooperative Reproductive Medicine Network Center"
Source:  NIH/NICHD, U10 HD-39005
Date:  08/2007 – 07/2012
Total Direct Costs:  $1,510,000
Role:  Principal Investigator, Percent Effort:  3.60%

Title:  "Postoperative Adhesion:  Roles of Hypoxia and Nitric Oxide"
Source:  NIH/NICHD, Division of Pharmacology, Physiology, and Biological Chemistry, 1R01 GM069941-01A3
Date:  10/01/06 – 09/30/12
Total Direct Costs:  $1,312,500

Role:  Mentor; Principal Investigator:  J White, MS, PhD Candidate (WSU)
Title:  "Post-Operative Adhesions:  Roles of Hypoxia in Nitric Oxide"
Source:  NIH/NICHD, Minority Research Supplemental Award, 3R01GM069941-02S1
Date:  01/01/08 – 08/31/10
Total Direct Costs:  $151,441

Role:  *Principal Investigator
Title:  "*CUAAH Subcontract – Specialty Laboratory Core"
Date:  06/01/08 – 05/31/10
Total Direct Costs:  $403,840

Principal Investigator:  JM Flack, MD
Title:  "Center for Urban African American Health (CUAAH)"
Source:  NIH/NIEHS
Date:  06/01/07 – 05/31/10
Total Direct Costs for Center:  $9,487,709

Role:  Principal Investigator
Title:  "Angiogenesis of Ovarian Cancer"
Source:  Frank Iacobell Endowed Chair, Department of Obstetrics and Gynecology, Wayne State University School of Medicine
Date:  01/01/08 – 12/31/09
Total Direct Costs:  $41,500

Role:  Co-Principal Investigator; Principal Investigator:  R Kannan, PhD
Title:  "Wayne State University, Department of Engineering – Subcontract"
Source:  President's Research Award, Technology and Transfer Office
Date:  01/01/08 – 12/31/09
Total Direct Costs:  $15,000

Role:  Consultant; Principal Investigator:  MP Diamond, MD U10 HD-39005
Title:  "WSU Cooperative Reproductive Medicine Network Center"
Source:  NIH/NICHD
Date:  04/01/00 – 03/31/07
Total Direct Costs:  $1,349,994

Role:  Principal Investigator; Co-Principal Investigator:  MP Diamond, MD
Title:  "Testing of Perfluorodecalin for Adhesion Prevention"
Source:  Novel Pharma, Inc.
Date:  11/01/01 – 06/30/02
Total Direct Costs:  $32,000

Role:  Principal Investigator; Co-Principal Investigator:  MP Diamond, MD
Title:  "Effect of Tissel on Human Peritoneal Fibroblasts"
Source:  Baxter Research Grant
Date:  09/30/01 – 12/31/02
Total Direct Costs:  $98,000

Role:  Co-Principal Investigator; Principal Investigator:  MP Diamond, MD
Title:  "Why Does Endometriosis Cause Adhesions?"
Source:  Endometriosis Association
Date:  01/01/01 – 12/31/01
Total Direct Costs:  $38,000

Role:  Co-Principal Investigator; Principal Investigator:  MP Diamond, MD
Title:  "Effect of Tissel on Human Mesothelial Cell Culture"
Source:  Baxter Research Grant
Date:  01/01/01 – 08/31/01
Total Direct Costs:  $60,000

Role:   Principal Investigator
Title: "The Effects of Hypoxia on the Levels of Peritoneal ECM Proteins"
Source:  Wayne State University Department of Obstetrics and Gynecology, Interdepartmental
            Research Grant
Date:  03/01/98 – 12/31/00
Total Direct Costs:  $19,000

Role:  Principal Investigator
Title:  "The Role of p53 in the Pathogenesis of Keloids"
Source:  Henry Ford Hospital Small Project Award
Date:  01/01/98 – 12/31/98
Total Direct Costs:  $20,000

Role:  Principal Investigator
Title:  "Patterns of Cytokine Expression in Cutaneous T-Cell Lymphoma"
Source:  Henry Ford Hospital Small Project Award
Date:  01/01/93 – 12/31/94
Total Direct Costs:  $20,000

**Previously Submitted, Not Funded Grants and Contracts**

Role:  Principal Investigator, Percent Effort:  20%
Title:  "Novel Mechanisms of Apoptosis in Chemoresistant Ovarian Cancer Cells."  To determine whether chenoresistance in ovarian cancer manifests decreased apoptosis through enchanged s-nitrosylation of caspase-3 mechanism, which can be reversed by DCA.

20

Source:  NIH/NICHD, R21
Date:  04/01/17 – 03/31/19
Total Direct Costs:  $423,500

Role:  Principal Investigator
Title:  "Novel Mechanisms of Apoptosis in Chemoresistant Ovarian Cancer Cells."  To determine whether chenoresistance in ovarian cancer manifests decreased apoptosis through enchanged s-nitrosylation of caspase-3 mechanism, which can be reversed by DCA.
Source:  Elsa U. Pardee Foundation Grant Program
Date:  01/01/17 – 12/31/17
Total Direct Costs:  $113,966

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Mechanisms of Apoptosis in Chemoresistant Ovarian Cancer Cells."  The project's design is to determine whether chemoresistance in ovarian cancer manifests decreased apoptosis through enhanced s-nitrosylation of caspase-3 mechanism, which can be reversed by DCA.
Source:  NIH/NICHD, R03
Date:  12/01/16 – 11/30/18
Total Direct Costs:  $50,000

Role:  Principal Investigator
Title:  "Innovative New Target for Ovarian Cancer Therapy."  The project was designed to identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source:  The Honorable Tina Brozman Foundation, Inc. for Ovarian Cancer Research
Date:  08/01/16 – 07/31/18
Total Direct Costs:  $200,000

Role:  Principal Investigator
Title:   "Redox Enzyme-Mediated Prosurvival of Chemoresistance in Ovarian Cancer."   To determine whether development of chenoresistance in ovarian cancer is attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  Ovarian Cancer Research Fund Alliance, Inc. (OCRFA)
Date:  2016 – 2019
Total Direct Costs:  $900,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Chemoresistant Ovarian Cancer Cells Manifest Lower Vascular Endothelial Growth Factor and Hypoxia Inducible Factor-1α:  A Potential Survival Mechanism."  The design of the project was to determine whether VEGF and HIF-1α contribute to the persistence of chemoresistance in ovarian cancer.
Source:  Ovarian Cancer Research Fund, Ann Schreiber Mentored Investigator Award
Date:  2016 – 2017
Total Direct Costs:  $75,000

Role:  Mentor, Percent Effort:  0%; PI:  NM King, PhD
Title:  "Novel Biomarkers for Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  NIH/NICHD, R03 – Resubmission of scored proposal

Date:  12/01/15–11/30/17
Total Direct Costs:  $153,583

Role:  Principal Investigator, Percent Effort:  30%
Title:  "Redox Enzyme-Mediated Prosurvival of Chemoresistance in Ovarian Cancers."  The design of the project was to determine whether development of chemoresistance in ovarian cancer is attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  NIH/NICHD, R01
Date:  12/01/15 – 11/30/20
Total Direct Costs:  $2,494,526

Role:  Mentor, Percent Effort:  0%;  PI:  NM King, PhD
Title:  "Novel Biomarkers for Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  NIH/NICHD, R03
Date:  11/01/14 – 10/31/16
Total Direct Costs:  $152,000

Role:  Principal Investigator, Percent Effort:  30%
Title:  "Chemoresistance Induces a Genotype Switch in Redox Enzymes in Ovarian Cancer."  The design of the project was to determine whether development of chemoresistance in ovarian cancer is attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  NIH/NICHD, R01
Date:  04/ 01/15 – 03/31/20
Total Direct Costs:  $3,124,495

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Biomarkers for Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  Sandy Rollman Ovarian Cancer Foundation (SROCF) Fellowship
Date:  06/01/14 – 05/31/15
Total Direct Costs:  $50,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  Ladies Auxiliary to the Veterans of Foreign Wars, Postdoctoral Cancer Research
           Fellowship
Date:  06/01/14 – 05/31/16
Total Direct Costs:  $50,000

Role:  Mentor, Percent Effort:  0%; PI:  NM King, PhD
Title:  "Novel Biomarkers for Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  Kaleidoscope of Hope Foundation, Young Investigator Award

Date:  04/01/14 – 03/31/15
Total Direct Costs:  $50,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron could be utilized as biomarkers for the early detection of ovarian cancer.
Source:  Damon Runyon Cancer Research Foundation
Date:  07/01/14 – 06/30/17
Total Direct Costs:  $158,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Chemoresistance Induces a Genotype Switch in Epithelial Ovarian Cancer Cells."  The project was designed to determine whether development of chemoresistance in ovarian is attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  American Cancer Society Postdoctoral Fellowship
Date:  01/01/15 – 12/31/18
Total Direct Costs:  $163,500

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for the Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron can be utilized as biomarkers for the early detection of ovarian cancer.
Source:  American Association for Cancer Research
Date:  2015 – 2016
Total Direct Costs:  $50,000

Role:  Principal Investigator, Percent Effort:  30%
Title:  "Postoperative Adhesion Development is Controlled by Mechanisms that Emanate from a Hypoxia-Induced Genotype Switch in Key Enzymes of Oxidative Stress."   Identification of markers that are strongly associated with adhesions and in patients will contribute to both the delineation of mechanisms of adhesion development and serve as potential targets for therapy and intervention.
Source:  NIH/NICHD, R01
Date:  07/01/15 – 06/30/20
Total Direct Costs:  $1,921,633

Role:  Principal Investigator, Percent Effort:  25%
Title:  "Combination of Antioxidants Effectively Reduces Adhesion Development."  The design of the project was to determine the effects of antioxidants on the prevention of postoperative adhesion development.
Source:  NIH/NICHD, R03
Date:  07/01/15 – 06/30/17
Total Direct Costs:  $153,314

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:   "New Insights into the Pathogenesis of Ovarian Cancer."  To identify keymarkers of oxidative stress that have the potential to serve as screening tools for ovarian cancer and may play a role in the acquisition of chemoresistance.
Source:  Prevent Cancer Foundation

Date:  04/01/14 – 01/31/16
Total Direct Costs:  $80,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  AO Awonuga, MD
Title:  "Effects of Dietary Lycopene on Incidence and Severity of Postoperative Adhesions."  The design of the project was to determine the effects of antioxidants on the prevention of postoperative adhesion development.
Source:  NIH/NICHD, R03
Date:  09/01/14 – 08/31/16
Total Direct Costs:  $152,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for Detection of Early Ovarian Cancer."  The design of the project was to determine whether MPO and free iron can be utilized as biomarkers for the early detection of ovarian cancer.
Source:   Marsha Rivkin Center for Ovarian Cancer Research, Scientific Scholar Award – Postdoctoral Fellowship
Date: 04/01/14 – 03/31/15
Total Direct Costs:  $60,000

Role:  Mentor; Percent Effort:  0%; Principal Investigator:  J Belotte, MD
Title:  "Catalase SNP as a Genetic Predictor for Epithelial Ovarian Cancer."  The design of the project was to determine whether a SNP in the catalase gene can be utilized as a predictive marker for epithelial ovarian cancer.
Source:   Marsha Rivkin Center for Ovarian Cancer Research, Scientific Scholar Award – Postdoctoral Fellowship
Date:  04/01/14 – 03/31/15
Total Direct Costs:  $60,000

Role:  Mentor, Percent Effort:  0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for the Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron can be utilized as biomarkers for the early detection of ovarian cancer.
Source:  Hope Funds Cancer Research Postdoctoral Fellowship
Date:  2014 – 2016
Total Direct Costs:  $100,000

Role:  Principal Investigator
Title:  "Chemoresistance in Ovarian Cancer Manifests a Genotype Switch in Oxidant Enzymes."  The design of the project was designed to determine whether a genotype switch in key oxidant enzymes is induced in chemotherapy treated ovarian cancer cells and the subsequent effect of the enzymatic activity.
Source:  Marsha Rivkin Center for Ovarian Cancer Research; Pilot Study
Date:  04/01/14 – 03/31/15
Total Direct Costs:  $75,000

Role:   Principal Investigator, Percent Effort:  30%; Co-Investigators:   MP Diamond, MD, S Ghamande, PhD
Title:   "Chemoresistance Induces a Genotype Switch in Redox Enzymes in Ovarian Cancer."  The design of the project was to determine whether development of chemoresistance in ovarian

24

cancer were attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  NIH/NICHD, R01
Date:  07/01/14 – 06/30/19
Total Direct Costs:  $2,932,687

Role:  Principal Investigator, Percent Effort:  25%
Title:  "Chemoresistance in Ovarian Cancer is Attributed to Enhanced Oxidative Stress."  The design of the project was to determine whether development of chemoresistance in ovarian cancer were attributed to enhanced oxidative stress.
Source:  NIH/NICHD, R03
Date:  07/01/14 – 06/30/16
Total Direct Costs:  $152,000

Role:  Principal Investigator, Percent Effort:  25%
Title:  "Chemoresistance in Ovarian Cancer Manifests a Genotype Switch in Oxidant Enzymes."  The design of the project was to determine whether development of chemoresistance in ovarian cancer were attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  NIH/NICHD, R03
Date:  07/01/14 – 06/30/16
Total Direct Costs:  $152,000

Role:   Mentor, Percent Effort:  0%; Principal Investigator:  J Belotte, MD
Title:  "Characterization of Epithelial Ovarian Cancer Stem Cells."  The design of the project was to determine the role of pluripotency markers in epithelial ovarian cancer and the association with survival.
Source:  NIH/NICHD, R03
Date:  09/30/14 – 06/30/16
Total Direct Costs:  $152,000

Role:   Mentor, Percent Effort:  0%; PI:  J Belotte, MD
Title:  "Catalase SNP as a Genetic Predictor for Epithelial Ovarian Cancer."  The design of the project was to determine whether a SNP in the catalase gene can be utilized as a predictive marker for epithelial ovarian cancer.
Source:  NIH/NICHD, R03
Date:  09/30/14 – 08/31/16
Total Direct Costs:  $152,000

Role:  Principal Investigator, Percent Effort:  20%
Title:  "Innovative New Target for Ovarian Cancer Therapy."  The project was designed to identify and test a target that cross-reacts with the CD11b antibody and determines its efficacy in killing both sensitive and chemoresistant ovarian cancer cells.
Source:  NIH/NICHD, R21
Date:  12/31/16 – 11/30/18
Total Direct Costs:   $275,000

Role:  Principal Investigator
Title:   "Redox Enzyme-Mediated Prosurvival of Chemoresistance in Ovarian Cancer."   The design of the project was to determine whether development of chemoresistance in ovarian

cancer were attributed to enhanced oxidative stress leading to a genotype switch in key oxidant and antioxidant enzymes.
Source:  Ovarian Cancer Research Fund, Program Project Development Grant
Date:  201 6 – 2019
Total Direct Costs:  $900,000

Role:  Principal Investigator, Percent Effort:  20%
Title:  "Novel Mechanisms of Apoptosis in Chemoresistant Ovarian Cancer Cells."  The design of the project was to determine whether chemoresistance in ovarian cancer manifests decreased apoptosis through enhanced s-nitrosylation of caspase-3 mechanism, which can be reversed by DCA.
Source:  NIH/NICHD, R21
Date:  12/01/16 – 11/30/18
Total Direct Costs:  $275,000

Role:  Mentor, Percent Effort 0%; Principal Investigator:  NM King, PhD
Title:  "Novel Biomarkers for Early Detection of Ovarian Cancer."  The design of the project was to determine whether MPO and free iron can be utilized as biomarkers for the early detection of ovarian cancer.
Source:  L'Oreal USA for Women in Science Fellowship
Date:  2016 – 2017
Total Direct Costs:  $60,000

**PATENTS:**

Status:      Provisional Submission
Date:        2016
Number:      WSU
Title:       Compositions and Methods Targeting CD11b/CD18, Myeloperoxidase and/or Integrin Alpha and Beta 1 to Treat Solid Tumors
Role:        Inventor

Status:      Pending
Date:        2015
Number:      WSU
Title:       Novel Approach to Selectively Kill Cancer Cells
Role:        Inventor

Status:      Pending
Date:        2008
Number:      WSU
Title:       Anticancer Vaccine
Role:        Inventor

26

Status:      Pending
Date:        WSU
Number:      WSU 00-492
Title:       Prevention of Adhesions
Role:        Inventor

Status:      Pending
Date:        March 18, 2004
Number:      WSU
Title:       Regulation of Peritoneal Healing and Adhesion Development
Role:        Inventor

Status:      Pending
Date:        June 25, 2002
Number:      WSU
Title:       Modification of Healing and Adhesion Development
Role:        Inventor

## PUBLICATIONS

## <u>Peer-Reviewed Publications</u>

*Indicates student, trainee, or postdoctoral*

### Reports of Original Work

1.  **Saed GM**, *Fletcher NM, Diamond MP, Morris RT, Gomez-Lopez N, *Memaj I.  Novel expression of CD11b in epithelial ovarian cancer:   potential therapeutic target.  Gynecologic Oncology 2018 Mar;148(3):567-575. [Epub 2018 Jan 10]  PMID: 29329880.  *Role:  Writer and Mentor*

2.  Detti L, *Fletcher NM, **Saed GM**, Peregrin-Alvarez I, Uhlmann RA.   Anti-Műllerian Hormone (AMH) may stall ovarian cortex function through modulation of hormone receptors   other   than   the   AMH   receptor.   Reproductive   Sciences   January 1:19337119117737850, 2017.   [Epub ahead of print]  PMID: 29141508. *Role:  Mentor and collaborator*

3.  *Fletcher NM, *Abusamaan MS, *Memaj I, *Saed MG, Al-Hendy A, Diamond MP, **Saed GM**.  Oxidative stress: a key regulator of leiomyoma cell survival.  Fertility and Sterility 107(6):1387-1394.e1 , 2017.  Epub May 5, 2017.  PMID:  28483502. *Role: Writer and Mentor*

4.  **Saed GM**, Diamond MP, Fletcher NM. Updates of the role of oxidative stress in the pathogenesis of ovarian cancer. Gynecologic Oncology 2017 Jun;145(3):595-602. Epub 2017 Feb 23. Review. PMID:28237618. *Role:  Writer and Mentor*

5.  *Fletcher NM, *Belotte J, *Saed MG, *Memaj I, Diamond MP, Morris RT, **Saed GM**.  Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer.  Free Radical Biology and Medicine 102:122-132, 2017.  Epub November 25, 2016.  PMID: 27890641. *Role:  Mentor and Writer*

27

6.      *Nusrat O, *Belotte J, *Fletcher NM, *Memaj I, *Saed MG, Diamond MP, **Saed GM**.  The role of angiogenesis in the persistence of chemoresistance in epithelial ovarian cancer. Reproductive Sciences 23(11):1484-1492, 2016.  Epub April 26, 2016.  PMID: 27122375
        *Role:  Mentor and Writer*

7.      *Shaeib F, *Khan SN, *Thakur M, Kohan-Ghadr HR, Drewlo S, **Saed GM**, Pennathur S, Abu-Soud HM.   The impact of myeloperoxidase and activated macrophages on metaphase II mouse oocyte quality. PLoS One 11(3):e0151160, 2016.  eCollection 2016. PMID:  26982351
        *Role:  Mentor and collaborator*

8.      Ahmed RS, Liu G, Renzetti A, Farshi P, Yang H, Soave C, **Saed G**, El-Ghoneimy AA, El-Banna HA, Foldes R, Chan TH, Dou QP. Biological and Mechanistic Characterization of Novel Prodrugs of Green Tea Polyphenol Epigallocatechin Gallate Analogs in Human Leiomyoma Cell Lines.  J  Cell  Biochem.  2016  Oct;117(10):2357-69.doi: 10.1002/jcb.25533. Epub 2016 Mar 28. PMID:26950525. *Role: Collaborator*

9.      *Fletcher NM, Awonuga AO, *Abusamaan MS, *Saed MG, Diamond MP, **Saed GM**. Adhesion phenotype manifests an altered metabolic profile favoring glycolysis.  Fertility and Sterility 105(6):1628-1637, 2016.  Epub February 23, 2016.  PMID: 26920255. *Role: Mentor and Writer.*

10.     **Saed GM**, *Fletcher NM, Diamond MP.  The creation of a model for ex vivo development of postoperative adhesions.   Reproductive Sciences 23(5):610-622, 2016.   Epub September 25, 2015.  PMID: 26408397. *Role: Mentor.*

11.     *Belotte J, *Fletcher NM, *Saed MG, *Abusamaan MS, *Dyson G, Diamond MP, **Saed GM**.  A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival.  PLoS One 10(8):e0135739, 2015.  eCollection 2015.  PMID: 26301412 PMCID: PMC4547699. *Role:  Mentor and Writer*

12.     *Fletcher NM, Awonuga AO, *Neubauer BR, *Abusamaan MS, *Saed MG, Diamond MP, **Saed GM**.   Shifting anaerobic to aerobic metabolism stimulates apoptosis through modulation of redox balance:  potential intervention in the pathogenesis of postoperative adhesions.  Fertility and Sterility 104(4):1022-1029, 2015.  Epub July 26, 2015.  PMID: 26215756. *Role:  Mentor and Writer*

13.     *Khan SN, *Shaeib F, *Najafi T, *Kavdia M, Gonik B, **Saed GM**, Goud PT, Abu-Soud HM. Diffused intra-oocyte hydrogen peroxide activates myeloperoxidase and   deteriorates oocyte quality.  PLoS One 10(7):e0132388, 2015. eCollection 2015.        PMID: 26197395  PMCID: PMC4511228 *Role:  Mentor, collaborator, assisted with experimental format*

14.     *Fortin CN, **Saed GM**, Diamond MP. Predisposing factors to post-operative adhesion development.  Hum  Reprod  Update.  2015  Jul-Aug;21(4):536-51.doi: 10.1093/humupd/dmv021. Epub 2015 May 1. Review. PMID:25935859. *Role: Mentor and Writer*

28

15.   *Shaeib F, *Khan SN, *Ali I, *Najafi T, *Maitra D, *Abdulhamid I, **Saed GM**, Pennathur S, Abu-Soud HM. Melatonin prevents myeloperoxidase heme destruction and the generation of free iron mediated by self-generated hypochlorous acid.  PLoS One 10(3):e0120737, 2015. eCollection 2015. PMID: 25835505  PMCID:      PMC4383586  *Role:  Mentor, collaborator, assisted with writing of article*

16.   *Maitra D, *Ali I, *Abdulridha RM, *Shaeib F, *Khan SN, **Saed GM**, Pennathur S, Abu-Soud HM.  Kinetic studies on the reaction between dicyanocobinamide and hypochlorous acid.  PLoS One 9(11):e110595, 2014.PMID: 25375773. PMCID:  PMC4222763.     *Role: Mentor, collaborator, assisted with manuscript writing*

17.    Abu-Soud HM, *Maitra D, *Shaeib F, *Khan SN, *Byun J, *Abdulhamid I, *Yang Z, **Saed GM**, Diamond MP, Andreana PR, Pennathur S.  Disruption of heme-peptide covalent cross-linking in mammalian peroxidases by hypochlorous acid.   Journal of Inorganic Biochemistry 140:245-254, 2014.  Epub July 8, 2014.  PMID: 25193127  PMCID: PMC4449957. *Role:  Mentor and collaborator.*

18.   *Belotte J, *Fletcher NM, *Alexis M, Morris RT, Munkarah AR, Diamond MP, **Saed GM**. Sox2 gene amplification significantly impacts overall survival in serous epithelial ovarian cancer. Reproductive Sciences 22(1):38-46, 2015.    Epub July 18, 2014. PMID: 25038052. PMCID: PMC4275450. *Role:  Mentor and Writer*

19.   Goud PT, Goud AP, *Najafi T, Gonik B, Diamond MP, **Saed GM**, Zhang X, Abu-Soud HM.  Direct real-time measurement of intra-oocyte nitric oxide concentration in vivo.  PLoS One 9(6):e98720, 2014.  PMID: 24887331     PMCID: PMC4041775  *Role: Collaborator and assisted with manuscript writing.*

20.   *Awonuga AO, *Belotte J, *Abuanzeh S, *Fletcher NM, Diamond MP, **Saed GM**.  Advances in the Pathogenesis of Adhesion Development: The Role of Oxidative Stress.  Reprod Sci. 2014 Jul;21(7):823-836. Epub 2014 Feb 11. Review. PMID:24520085. Role: Mentor and Writer.

21.   *Fletcher NM, *Saed MG, *Abuanzeh S, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**.  Nicotinamide adenine dinucleotide phosphate oxidase is differentially regulated in normal myometrium versus leiomyoma.  Reproductive Sciences 21(9):1145-1152, 2014.  Epub February 11, 2014. PMID: 24520084 *Role: Mentor and Writer.*

22.   *Fletcher NM, *Abuanzeh S, *Saed MG, Diamond MP, Abu-Soud HM, **Saed GM**. Nicotinamide adenine dinucleotide phosphate oxidase expression is differently regulated to favor a pro-oxidant state that contributes to postoperative adhesion development. Reproductive Sciences 21(8):1050-1059, 2014.  Epub February 10, 2014.  PMID: 24516041. *Role: Mentor and Writer*

23.   *Detti L, *Uhlmann RA, *Zhang J, Diamond MP, **Saed GM**, *Fletcher NM, Lu M, Williams LJ. Goserelin fosters bone elongation, but does not prevent ovarian damage in cyclophosphamide-treated prepubertal mice.  Fertility and Sterility 101(4):1157-1164.e.1, 2014.  Epub January 23, 2014.  PMID: 24462062. *Role:  Collaborator and mentor*

29

24.  *Fletcher NM, Awonuga AO, *Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**. Lycopene, a powerful antioxidant, significantly reduces the development of the adhesion phenotype.  Systems Biology in Reproductive Medicine 60(1):14-20, 2014. Epub November 12, 2013.  PMID: 24219141. *Role: Mentor and Writer*

25.  *†Belotte J, *†Fletcher NM, Awonuga AO, *Alexis M, Abu-Soud HM, Saed MG, Diamond MP, **Saed GM**. The role of oxidative stress in the development of Cisplatin resistance in epithelial ovarian cancer. †Denotes co-authorship. Reproductive Sciences 21(4):503-508, 2014.  Epub September 27, 2013.  PMID: 24077440   PMCID: PMC3960837

26.  Detti L,* Uhlmann RA, Lu M, Diamond MP, **Saed GM**, *Fletcher NM, Zhang J, Williams LJ. Serum markers of ovarian reserve and ovarian histology in adult mice treated with cyclophosphamide in pre-pubertal age.  Journal of Assisted Reproduction and Genetics 30(11):1421-1429, 2013.   Epub September 24, 2013.   PMID: 24057193, PMCID: PMC3879939. *Role:  Collaborator and mentor, assisted with experimental design.*

27.  Detti L, Uhlmann RA, *Fletcher NM, Diamond MP, **Saed GM**.  Endometrial signaling pathways during ovarian stimulation for assisted reproduction technology.  Fertility and Sterility 100(3): 889-894, 2013.  Epub June 24, 2013.  PMID: 23806847   PMCID: PMC3880797.

28.  *Banerjee J, *Shaeib F, *Maitra D, **Saed GM**, Dai J, Diamond MP, Abu-Soud HM. Peroxynitrite affects the cumulus cell defense of metaphase II mouse oocytes leading to disruption of the spindle structure in vitro.  Fertility and Sterility 100(2):578-584.e1, 2013. Epub May 28, 2013.  PMID: 23721714. *Role:  Mentor and collaborator*

29.  *Maitra D, *Shaeib F, *Abdulhamid I, *Abdulridha RM, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM.  Myeloperoxidase acts as a source of free iron during steady-state catalysis by a feedback inhibitory pathway.  Free Radical and Biological Medicine 63:90-98, 2013. Epub April 25, 2013. PMID: 23624305 PMCID:PMC3863623. *Role:  Mentor and collaborator*

30.  *Ambler DR, *Fletcher NM, Diamond MP, Saed GM.   Effects of hypoxia on the expression of inflammatory markers IL-6 and TNF-α in human normal peritoneal and adhesion fibroblasts.  Systems Biology and Reproductive Medicine 58(6):324-329, 2012. Epub October 8, 2012.  PMID: 2304632

31.  *Maitra D, *Abdeulhamid I, Diamond MP, **Saed GM**, Abu-Soud HM. Melatonin attenuates hypochlorous acid-mediated heme destruction, free iron release, and protein aggregation in hemoglobin. Journal of Pineal Research 53(2):198-205, 2012.  Epub March 30, 2012. PMID: 22462755. *Role:  Mentor and collaborator*

32.  *Ambler DR, *Golden AM, *Gell JS, **Saed GM**, Carey DJ, Diamond MP.  Microarray expression profiling in adhesion and normal peritoneal tissues.  Fertility and Sterility 97(5):1158-1164.e1-4, 2012. Epub February 22, 2012.  PMID: 22365381. *Role:  Mentor, collaborator, assisted with writing of article*

33.  *Shavell VI,*Fletcher NM, *Jiang ZL, **Saed GM**, Diamond MP .Uncoupling oxidative phosphorylation with 2,4-dinitrophenol promotes development of the adhesion phenotype. Fertility and Sterility 97(3):729-733, 2012.  Epub December 24, 2011. PMID: 22200174. *Role:  Mentor and Writer.*

34.  Abu-Soud HM, *Maitra D, *Byun J, *Souza CE, *Banerjee J, Saed GM, Diamond MP, Andreana PR, Pennathur S. The reaction of HOCl and cyanocobalamin: corrin destruction and the liberation of cyanogen chloride. Free Radical and Biological Medicine 52(3):616-625, 2012. Epub November 10, 2011. PMID: 22138102 PMCID:PMC3786219. Role:  Mentor and collaborator.

35.  *Souza CE, *Maitra D, **Saed GM**, Diamond MP, Moura AA, Pennathur S, Abu-Soud HM.Hypochlorous acid-induced heme degradation from lactoperoxidase as a novel mechanism of free iron release and tissue injury in inflammatory diseases.  PLoS One 6(11):e27641, 2011. Epub November 22, 2011.  PMID: 22132121  PMCID:PMC3222650. *Role:  Mentor and collaborator*

36.  *White JC, *Jiang ZL, Diamond MP, **Saed GM**.  Macrophages induce the adhesion phenotype in normal peritoneal fibroblasts.  Fertility and Sterility 96(3):758-763.e3, 2011. Epub July 27, 2011.  PMID: 21794857. *Role:  Writer and Mentor*

37.  Awonuga AO, Fletcher NM, **Saed GM**., Diamond MP. Postoperative adhesion development following cesarean and open intra-abdominal gynecological operations: a review. 18(12): 1166-85. Epub July 20, 2011. PMID: 21775773.

38.  **Saed GM**, *Fletcher NM, **Jiang ZL, Abu-Soud HM, Diamond MP.  Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through a mechanism involving modulation of oxidative stress.  Reproductive Sciences 18(12):1253-1261, 2011.  Epub June 23, 2011.  PMID: 21701041. *Role:  Writer and Mentor*

39.  *Jiang Z, *Fletcher NM, *Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR, **Saed GM**.  Modulation of redox signaling promotes apoptosis in epithelial ovarian cancer cells. Gynecologic Oncology 122(2):418-423, 2011. Epub May 26, 2011.  PMID: 21620448 PMCID: PMC4237166. *Role:  Writer and Mentor*

40.  *Meng Q, *Sun W, *Jiang J, *Fletcher NM, Diamond MP, **Saed GM**.  Identification of common mechanisms between endometriosis and ovarian cancer.  Journal of Assisted Reproduction and Genetics 28(10):917-923, 2011.  Epub May 26, 2011.  PMID: 21614520  PMCID: PMC3220443. *Role:  Writer and Mentor*

41.  *Maitra D, *Byun J, *Andreana PR, Abdulhamid I, Diamond MP, **Saed GM**, Pennathur S, Abu-Soud HM. Reaction of hemoglobin with HOCl:  mechanism of heme destruction and free iron release.  Free Radical Biology and Medicine 51(2):374-386, 2011.  Epub April 3, 2011.  PMID: 21549834. PMCID: PMC3863628. *Role:  Mentor and collaborator*

42.  *Maitra D, Byun J, *Andreana PR, Abdulhamid I, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM.  Mechanism of hypochlorous acid-mediated heme destruction and free iron release. Free Radical Biology and Medicine 51(2):364-373, 2011. Epub April 3, 2011. PMID: 21466849. PMCID: PMC3378337. *Role:  Mentor and collaborator*

43.  Detti L, **Saed GM**, *Fletcher NM, Kruger ML, Brossoit M, Diamond MP.  Endometrial morphology and modulation of hormone receptors during ovarian stimulation for assisted reproductive technology cycles. Fertility and Sterility 95(3):1037-1041, 2011.  Epub January 12, 2011.  PMID: 21227412  PMCID: PMC3769103. *Role:  Collaborator and mentor; assisted with experimental design*

44.    *Fletcher NM, *Jiang Z, *Ali-Fehmi R, *Levin NK, *Belotte J, Tainsky MA, Diamond MP, Abu-Soud HM, **Saed GM**.  Myeloperoxidase and free iron levels:  potential biomarkers for early detection and prognosis of ovarian cancer.   Cancer Biomarkers 10(6):267-275, 2011-2012.  PMID: 22820082. *Role:  Writer and Mentor*

45.    Pennathur S, *Maitra D, *Byun J, *Sliskovic I, *Abdulhamid I, **Saed GM**, Diamond MP, Abu-Soud HM. Potent antioxidative activity of lycopene: a potential role in scavenging hypochlorous acid.  Free Radical Biology and Medicine 49(2):205-213, 2010.  Epub April 11, 2010.  PMID: 20388538   PMCID: PMC3416054. *Role:  Collaborator and mentor*

46.    Bryant CS, Munkarah AR, Kumar S, Batchu RB, Shah JP, Berman J, Morris RT, *Jiang ZL, **Saed GM**.  Reduction of hypoxia-induced angiogenesis in ovarian cancer cells by inhibition of HIF-1 alpha gene expression.   Archives of Gynecology and Obstetrics 282(6):677-683, 2010.  Epub February 7, 2010.  PMID: 20140681. *Role:  Collaborator, mentor and assisted with research protocol*

47.    **Saed GM**, *Jiang ZL, *Fletcher NM, *Al Arab A, Diamond MP, Abu-Soud HM.  Exposure to polychlorinated biphenyls enhances lipid peroxidation in human normal peritoneal and adhesion fibroblasts:  a potential role for myeloperoxidase.  Free Radical Biology and Medicine 48(6):845-850, 2010.  Epub January 11, 2010.  PMID: 20067832   PMCID: PMC2834263. *Role:  Mentor and Writer*

48.    **Saed GM**, *Ali-Fehmi R, *Jiang ZL, *Fletcher NM, Diamond MP, Abu-Soud HM, Munkarah AR.  Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer.  Gynecologic Oncology 116(2):276-281, 2010.Epub December 3, 2009.  PMID: 19962178   PMCID: PMC2834266. *Role:  Mentor and Writer*

49.    **Saed GM**, *Jiang Z, Diamond MP, Abu-Soud HM.  The role of myeloperoxidase in the pathogenesis of postoperative adhesions.  Wound Repair and Regeneration 17(4):531-539, 2009.  PMID: 19614918. *Role:  Mentor and Writer*

50.    *Jiang ZL, *Fletcher NM, Diamond MP, Abu-Soud HM, **Saed GM**.  S-nitrosylation of caspase-3 in the mechanism by which adhesion fibroblasts manifest lower apoptosis.  Wound Repair and Regeneration 17(2):224-229, 2009.   PMID: 19320891:PMC4529118. *Role:  Mentor and Writer*

51.    *Shavell VI, **Saed GM**, Diamond MP. Review: cellular metabolism: contribution to postoperative adhesion development. 16(7):627-34, 2009. Epub March 16, 2009. PMID: 19293132 *Role: Mentor and Writer*

52.    **Saed GM**.  Immunohistochemical staining of cyclooxygenases with monoclonal antibodies.  Methods in Molecular Biology 477:219-228, 2008.  PMID: 19082950

53.    *Alpay Z, Saed GM, Diamond MP Postoperative adhesions:from formation to prevention. 26(4):313-21, 2008. Epub July, 2008. PMID: 18756408

54.    *Detti L, **Saed GM**, Jiang ZL, Kruger ML, Diamond MP.  The effect of estradiol on the expression     of estrogen, progesterone, androgen, and prolactin receptors in human peritoneal fibroblasts.  Journal of Assisted Reproduction and Genetics 25(6):245- 250, 2008. Epub June 13, 2008.  PMID: 18551363     PMCID: PMC2582083. *Role: Mentor and collaborator, assisted with research protocol and writing of article*

55.    *Fletcher NM, *Jiang ZL, Diamond MP, Abu-Soud HM, **Saed GM**. Hypoxia-generated superoxide induces the development of the adhesion phenotype.  Free Radical Biology and Medicine 45(4):530-536, 2008.  Epub May 15, 2008.  PMID: 18538674  PMCID: PMC2574925

56.    *Jiang ZL, Zhu X, Diamond MP, Abu-Soud HM, **Saed GM**.  Nitric oxide synthase isoforms expression in fibroblasts isolated from human normal peritoneum and adhesion tissues.  Fertility and Sterility 90(3):769-764, 2008.   Epub April 26, 2008.   PMID:18440510  PMCID:PMC2574925

57.    *Jiang ZL, *Fletcher NM, Diamond MP, Abu-Soud HM, **Saed GM**.  Hypoxia regulates iNOS expression in human normal peritoneal and adhesion fibroblasts through nuclear factor kappa B activation mechanism.  Fertility and Sterility 91(2):616-621, 2009.  Epub February 20, 2008.  PMID: 18281043  PMCID: PMC2812021. *Role:  Mentor and Writer*

58.    **Saed GM**, *Jiang Z, *Fletcher NM, Diamond MP.  Modulation of the BCL-2/BAX ratio by interferon-gamma and hypoxia in human peritoneal and adhesion fibroblasts.  Fertility and Sterility 90(5):1925-1930, 2008.  Epub October 1, 2007.  PMID: 17905238. *Role: Mentor and Writer*

59.    Diamond MP, Wirth JJ, **Saed GM**.  PCBs enhance collagen I expression from human peritoneal fibroblasts.  Fertility and Sterility 90(4 Suppl):1372-1375, 2008.   Epub September 20, 2007.  PMID: 17888429   PMCID: PMC2603182

60.    Munkarah AR, Ali-Fehmi R, *Jiang JZ, Elhammady E, Malone JM Jr, **Saed GM**.  The effects of combining docetaxel and cyclooxygenase-2 inhibitors on proliferation and apoptosis in epithelial ovarian cancer. Anticancer Drugs 18(8):889-896, 2007.    PMID: 17667594

61.    **Saed GM**, Al-Hendy A, Salama SA, Diamond MP.  Adenovirus-mediated expression of cyclooxygenase-2 antisense reverses abnormal genetic profile of human adhesion fibroblasts.  Fertility and Sterility 89(5 Suppl):1455-1460, 2008.  Epub July 10, 2007.  PMID: 17624339

62.    *Victory R, **Saed GM**, Diamond MP.  Antiadhesion effects of docosahexaenoic acid on normal human peritoneal and adhesion fibroblasts.  Fertility and Sterility 88(6):1657-1662, 2007. Epub May 4, 2007.  PMID: 17482172. *Role:  Mentor and collaborator*

63.    Diamond MP, **Saed G**.  Modulation of the expression of peroxisome proliferators-activated receptors in human fibroblasts.  Fertility and Sterility 87(3):706-709, 2007.  Epub December 6, 2006.  PMID: 17156782

33

64.    *Alpay Z, *Ozgönenel M, *Savasan S, *Buck S, **Saed GM**, Diamond MP.  Altered in vitro immune response to hypoxia-treated normal peritoneal fibroblasts.  Fertility and Sterility 87(2):426-429, 2007.  Epub November 15, 2006.  PMID: 17113091. *Role:  Mentor, collaborator*

65.    Pansare V, Munkarah AR, *Schimp V, Haitham Arabi M, **Saed GM**, Morris RT, Ali-Fehmi R.  Increased expression of hypoxia-inducible factor 1-alpha in type I and type II endometrial carcinomas.  Modern Pathology 20(1):35-43, 2007.  Epub November 10, 2006.  PMID: 17099695. Role:  Collaborator

66.    *Gago, LA, **Saed G**, Elhammady E, Diamond MP.  Effect of oxidized regenerated cellulose (Interceed®) on the expression of tissue plasminogen activator and plasminogen activator inhibitor-1 in human peritoneal fibroblasts and mesothelial cells.  Fertility and Sterility 86(4 Suppl):1223-1227, 2006.  PMID: 17008148. *Role: Mentor and collaborator, assisted with experimental design*

67.    *Rizk NN, **Saed GM**, Diamond MP.  Effects of hyperglycemia on the differential expression of insulin and insulin-like growth factor-I receptors in human normal peritoneal and adhesion fibroblasts.  Fertility and Sterility 86(4 Suppl):1217-1222, 2006.  Epub September 7, 2006.  PMID: 16962112. *Role:  Mentor and collaborator, assisted with manuscript writing and experimental design*

68.    **Saed GM**, Diamond MP.  Effects of interferon-gamma reverse hypoxia-stimulated extracellular matrix expression in human peritoneal and adhesion fibroblasts.  Fertility and Sterility 85 Suppl 1:1300-1305, 2006.  PMID: 16616105

69.    *Galijasevic S, **Saed GM**, Hazen SL, Abu-Soud HM. Myeloperoxidase metabolizes thiocyanate in a reaction driven by nitric oxide.  Biochemistry 45(4):1255-1262, 2006.  PMID: 16430221 *Role:  Mentor and collaborator*

70.    **Saed GM**, Galijasevic S, Diamond MP, Abu-Soud HM.  Measurement of oxygen and nitric oxide levels in vitro and in vivo: relationship to postoperative adhesions.  Fertility and Sterility 84(1):235-238, 2005.  PMID: 16009192

71.    **Saed GM**, Munkarah AR, Abu-Soud HM, Diamond MP.  Hypoxia upregulates cyclooxygenase-2 and prostaglandin E(2) levels in human peritoneal fibroblasts.  Fertility and Sterility 83 Supplement 1:1216-1219, 2005.  PMID: 15831295

72.    Diamond MP, El-Hammady E, Munkarah A, Bieber EJ, Saed GM. Modulation of the expression of vascular endothelial growth factor in human fibrosis. Fertility and Sterility Supplement 83(2):405-9, 2005. PMID: 15705382

73.    Rout UK, **Saed GM**, Diamond MP.  Expression pattern and regulation of genes differ between fibroblasts of adhesion and normal human peritoneum. Reproductive Biology and Endocrinology 3:1, 2005.  Epub January 10, 2005.  PMID: 15642115  PMCID: PMC548295 *Role:  Collaborator*

74.    **Saed GM**, Diamond MP.  Molecular characterization of postoperative adhesions: the adhesion phenotype.  Journal of the American Association for Gynecologic Laparoscopists 11(3):307-314, 2004.  Review.  PMID: 15559339

34

75.   Buhimschi IA, Jabr M, Buhimschi CS, Petkova AP, Weiner CP, **Saed GM**.  The novel antimicrobial peptide beta3-defensin is produced by the amnion: a possible role of the fetal membranes in innate immunity of the amniotic cavity.  American Journal of Obstetrics and Gynecology 191(5):1678-1687, 2004.  PMID: 15547542

76.   **Saed GM**, Abu-Soud HM, Diamond MP.  Role of nitric oxide in apoptosis of human peritoneal and adhesion fibroblasts after hypoxia. Fertility and Sterility 82 Suppl 3:1198-1205, 2004.  PMID: 15474096

77.   **Saed GM**, Diamond MP.  Differential expression of alpha smooth muscle cell actin in human fibroblasts isolated from intraperitoneal adhesions and normal peritoneal  tissues. Fertility and Sterility 82 Suppl 3:1188-1192, 2004.  PMID: 15474094

78.   **Saed GM**, Kruger M, Diamond MP.  Expression of transforming growth factor beta and extracellular matrix by human peritoneal mesothelial cells and by fibroblasts from normal peritoneum and adhesions: effect of Tisseel. Wound Repair and Regeneration 12(5):557-564, 2004.  PMID: 15453838

79.   *Zhu G, **Saed GM**, Deppe G, Diamond MP, Munkarah AR.  Hypoxia up-regulates the effects of prostaglandin E2 on tumor angiogenesis in ovarian cancer cells.  Gynecologic Oncology 94(2):422-426, 2004.  PMID: 15297183. *Role:  Mentor, collaborator, assisted with experimentation and writing of manuscript*

80.   *Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  High dissociation rate constant of ferrous-dioxy complex linked to the catalase-like activity in lactoperoxidase. Journal of Biological Chemistry 279(38):39465-39470, 2004.  Epub July 17, 2004.  PMID: 15258136. *Role:  Mentor and collaborator*

81.   Diamond MP, Kruger M, **Saed GM**.  Effect of Tisseel on expression of tissue plasminogen activator and plasminogen activator inhibitor-1.  Fertility and Sterility 81(6):1657-1664, 2004.  PMID: 15193491

82.   Diamond MP, El-Hammady E, Wang R, Kruger M, **Saed G**.  Regulation of expression of tissue  plasminogen activator and plasminogen activator inhibitor-1 by dichloroacetic acid in human  fibroblasts from normal peritoneum and adhesions.  American Journal of Obstetrics and Gynecology 190(4):926-934, 2004.  PMID: 15118614

83.   Diamond MP, Elhammady E, Wang R, **Saed G**.  Regulation of matrix metalloproteinase-1 and  tissue inhibitor of matrix metalloproteinase-1 by dichloroacetic acid in human fibroblasts from normal peritoneum and adhesions.  Fertility and Sterility 81(1):185-190, 2004.  PMID: 14711564

84.   *Gago LA, **Saed GM**, Wang RX, Kruger M, Diamond MP.  Effects of oxidized regenerated cellulose on the expression of extracellular matrix and transforming        growth factor-beta1 in human peritoneal fibroblasts and mesothelial cells. American      Journal    of Obstetrics and Gynecology 189(6):1620-1625; discussion 1625-1626, 2003.      PMID: 14710085. *Role:   Mentor and collaborator, assisted with experimental design and manuscript writing*

35

85. *Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM. Myeloperoxidase up-regulates the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback inhibition. Proceedings of the National Academy of Sciences 100(25):14766-14771, 2003. Epub December 1, 2003. PMID: 14657339   PMCID: PMC299800. *Role: Mentor and collaborator*

86. *Freeman ML, **Saed GM**, Elhammady EF, Diamond MP. Expression of transforming growth factor beta isoform mRNA in injured peritoneum that healed with adhesions and without adhesions and in uninjured peritoneum. Fertility and Sterility 80 Suppl 2:708-713, 2003. PMID: 14505743. *Role: Mentor, collaborator, assisted with experimental design and writing of article*

87. *Gago LA, **Saed GM**, *Chauhan S, Elhammady EF, Diamond MP. Seprafilm (modified hyaluronic acid and carboxymethylcellulose) acts as a physical barrier. Fertility and Sterility 80(3):612-616, 2003. PMID: 12969707 *Role: Mentor and collaborator; assisted with experimental design and manuscript writing*

88. **Saed GM**, Munkarah AR, Diamond MP. Cyclooxygenase-2 is expressed in human fibroblasts isolated from intraperitoneal adhesions but not from normal peritoneal tissues. Fertility and Sterility 79(6):1404-1408, 2003. PMID: 12798889

89. Diamond MP, Elhammady E, Wang R, **Saed GM**. Regulation of transforming growth factor-beta, type III collagen, and fibronectin by dichloroacetic acid in human fibroblasts from normal peritoneum and adhesions. Fertility and Sterility 79(5):1161- 1167, 2003. PMID: 12738512

90. **Saed GM**, Collins KL, Diamond MP. Transforming growth factors beta1, beta2, and beta3 and their receptors are differentially expressed in human peritoneal fibroblasts in response to hypoxia. American Journal of Reproductive Immunology 48(6):387-393, 2002. PMID: 12607775

91. **Saed GM**, Diamond MP. Modulation of the expression of tissue plasminogen activator and its inhibitor by hypoxia in human peritoneal and adhesion fibroblasts. Fertility and Sterility 79(1):164-168, 2003. PMID: 12524082

92. **Saed GM**, Diamond MP. Effect of glucose on the expression of type I collagen and transforming growth factor-beta1 in cultured human peritoneal fibroblasts. Fertility and Sterility 79(1):158-163, 2003. PMID: 12524081

93. Diamond MP, Elhammady E, Wang R, **Saed G**. Metabolic regulation of collagen I in fibroblasts isolated from normal peritoneum and adhesions by dichloroacetic acid. American Journal of Obstetrics and Gynecology 187(6):1456-1460; discussion 1460-1461, 2002. PMID: 12501046

94. *Freeman ML, **Saed GM**, Diamond MP. Hormone-independent ovarian influence on adhesion development. Fertility and Sterility 78(2):340-346, 2002. PMID: 12137872 *Role: Mentor and collaborator, assisted with experimental design*

95. Rout UK, **Saed GM**, Diamond MP. Transforming growth factor-beta1 modulates expression of adhesion and cytoskeletal proteins in human peritoneal fibroblasts. Fertility and Sterility 78(1):154-161, 2002. PMID: 12095506. *Role: Collaborator*

96.  **Saed GM**, Diamond MP.  Hypoxia-induced irreversible up-regulation of type I collagen and transforming growth factor-beta1 in human peritoneal fibroblasts.  Fertility andSterility 78(1):144-147, 2002.  PMID: 12095504

97.  **Saed GM**, Diamond MP.  Apoptosis and proliferation of human peritoneal fibroblasts in response to hypoxia.  Fertility and Sterility 78(1):137-143, 2002.  PMID: 12095503

98.  Nair S, **Saed GM**, Atta HM, Rajaratnam V, Diamond MP, Curiel DT, Al-Hendy A.  Towards gene therapy of postoperative adhesions:  fiber and transcriptional modifications enhance adenovirus targeting towards human adhesion cells.  Gynecologic and Obstetric Investigation 76(2):119-124, 2013.  Epub August 6, 2013. PMID: 23920223.  *Role: Collaborator*

99.  *Fletcher NM, Saed MG, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**.  Uterine fibroids are characterized by an impaired antioxidant cellular system:  potential role of hypoxia in the pathophysiology of uterine fibroids.  Journal of Assisted Reproductive Genetics 30(7):969-974, 2013.  Epub June 30, 2013.  PMID: 23812845.

100.  **Saed GM**, Morris RT and *Fletcher NM. New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. Book Chapter: Ovarian cancer. INTECH. In press 2018. *Role: Writer and Mentor*

101.  *Ali-Fehmi R, *Semaan A, *Sethi S, *Arabi H, *Bandyopadhyay S, *Hussein R, Diamond MP, **Saed GM**, Morris RT, Munkarah AR.  Molecular typing of epithelial ovarian carcinomas using inflammatory markers.  Cancer 117(2):301-309, 2011.  Epub September 3, 2010.  PMID: 20818651. *Role:  Collaborator, mentor and assisted with research protocol*

102.  **Saed GM**, Zhao M, Diamond MP, Abu-Soud HM.  Regulation of inducible nitric oxide synthase   in post-operative adhesions.   Human Reproduction 21(6):1605-1611, 2006.  Epub February 16, 2006.  PMID: 16484312

103.  *Alpay Z,* Ozgönenel MS, *Savasan S, *Buck S, **Saed GM**, Diamond MP.  Possible role of natural immune response against altered fibroblasts in the development of post-operative adhesions.  American Journal of Reproductive Immunology 55(6):420-427, 2006.  PMID: 16674599. *Role:  Mentor, collaborator, assisted with experimental design*

104.  Malone JM, **Saed GM**, Diamond MP, Sokol RJ, Munkarah AR.  The effects of the inhibition   of inducible nitric oxide synthase on angiogenesis of epithelial ovarian cancer. American Journal of Obstetrics and Gynecology 194(4):1110-1116; discussion   1116-1118, 2006.  PMID: 16580304. *Role: Collaborator and assisted with experimental design*

105.  **Saed GM**, Kruger ML, Diamond MP. Enhanced matrix metalloproteinase expression by Tisseel in mesothelial cells, normal peritoneal fibroblasts, and adhesion fibroblasts. European Journal of Plastic Surgery 28(7):472-479, 2006.

106.  **Saed GM**, Diamond MP.  Effect of glucose on the expression of type I collagen and transforming growth factor-beta1 in cultured human peritoneal fibroblasts.  Fertility and Sterility 79(1):158-163, 2003.  PMID: 2524081

107.   Munkarah AR, Genhai Z, Morris R, Baker VV, Deppe G, Diamond MP, **Saed GM**. Inhibition of paclitaxel-induced apoptosis by the specific COX-2 inhibitor, NS398, in epithelial ovarian cancer cells.   Gynecologic Oncology 88(3):429-433, 2003.   PMID: 12648598

108.   Chegini N, *Zhao Y, Kotseos K, Ma C, Bennett B, Diamond MP, Holmdahl L, Skinner K, **Saed  GM**; Peritoneal Healing and Adhesion Multi University Study Group.   Differential expression of  matrix metalloproteinase and tissue inhibitor of MMP in tissue of serosal intraperitoneal organs and adhesions.   British Journal of Obstetrics and Gynecology 109(9):1041-1049, 2002.  PMID: 12269680. *Role:  Collaborator*

109.   Munkarah AR, Morris RT, Baumann P, Deppe G, Malone JM Jr, Diamond MP, **Saed GM**. Effects of prostaglandin E(2) on proliferation and apoptosis of epithelial    ovarian  cancer cells.  Journal of the Society for Gynecologic Investigation  9(3):168-173,  2002.     PMID: 12009392

110.   Chegini N, Kotseos K, Zhao Y, Bennett B, McLean FW, Diamond MP, Holmdahl L, Burns J, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group. Differential expression of TGF-beta1 and TGF-beta3 in serosal tissues of  human intraperitoneal organs  and  peritoneal  adhesions.  Journal of Molecular Human Reproduction 16(6):1291-1300, 2001.  PMID: 11387308. *Role:  Collaborator*

111.   Svinarich DM, Zaher FM, Holmdahl L, Chegini N, Gonik B, Diamond MP, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.   Adhesion development and the expression of endothelial nitric oxide synthase. Infectious Diseases in Obstetrics and Gynecology 9(2):113-116, 2001.  PMID: 11495551. *Role:  Collaborator*

112.   Chegini N, Kotseos K, Zhao Y, Ma C, McLean F, Diamond MP, Holmdahl L, Burns J, **Saed  GM**;    Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group. Expression of matrix metalloproteinase (MMP-1) and tissue inhibitor of    MMP   in serosal tissue of intraperitoneal organs and adhesions.  Fertility and Sterility 76(6):1212-1219, 2001.  PMID: 11730753. *Role:  Collaborator*

113.   Chegini N, Kotseos K, Bennett B, Diamond MP, Holmdahl L, Burns J, **Saed GM**; Peritoneal Healing and Adhesion Multi University Study Group. Matrix metalloproteinase (MMP-1) and tissue inhibitor of MMP in peritoneal fluids and sera  and   correlation   with peritoneal adhesions.            Fertility and Sterility 76(6):1207-1211, 2001.          PMID: 11730752. *Role:  Collaborator*

114.   Chegini N, Kotseos K, Ma C, Williams RS, Diamond MP, Holmdahl L, Skinner K, **Saed GM**; Peritoneal Healing and Adhesion Multi University Study Group. Differential expression of integrin alpha and beta3 in serosal tissues of human intraperitoneal organs and adhesion.   Fertility and Sterility 75(4):791-796, 2001.   PMID: 11287036. *Role: Collaborator*

115.   **Saed GM**, Zhang W, Diamond MP.  Molecular characterization of fibroblasts isolated from human peritoneum and adhesions.   Fertility and Sterility 75(4):763-768, 2001. PMID: 11287032

116. **Saed GM**, Zhang W, Diamond MP.  Effect of hypoxia on the stimulatory effect of TGF-beta 1 on MMP-2 and MMP-9 activities in mouse fibroblasts.  Journal of the Society of Gynecologic Investigation 7(6):348-354, 2000.  PMID:11111070

117. **Saed GM**, Zhang W, Chegini N, Holmdahl L, Diamond MP.  Transforming growth factor beta isoforms production by human peritoneal mesothelial cells after exposure to hypoxia.  American Journal of Reproductive Immunology 43(5):285-291, 2000.  PMID: 10872608

118. Wittenberg GP, Fabian BG, Bogomilsky JL, Schultz LR, Runder EJ, Chaffins ML, **Saed GM**, Burns RL, Fivenson DP.  Prospective, single blind, randomized, controlled study to assess the efficacy of the 585-nm flash lamp-pumped pulsed-dye laser and silicone gel sheeting in hypertrophic scar treatment.  Archives of Dermatology 135(9):1049-1055, 1999.  PMID:10490109. *Role:  Collaborator*

119. **Saed GM**, Zhang W, Chegini N, Holmdhal L, Diamond MP.  Alteration of type I and III collagen expression in human peritoneal mesothelial cells in response to hypoxia and transforming growth factor-beta1.  Wound Repair and Regeneration 7(6):504-510, 1999. PMID: 10633010

120. **Saed G**, Ladin D, Olsen J, Han X, Hou Z, Fivenson D.  Analysis of p53 gene mutations in keloids using polymerase chain reaction-based single-strand conformational polymorphism and DNA sequencing.  Archives of Dermatology 134(8):963-967, 1998. PMID: 9722726

121. Ladin DA, Hou Z, Patel D, McPhail M, Olson JC, **Saed GM**, Fivenson DP.  p53 and apoptosis alterations in keloids and keloid fibroblasts.  Wound Repair and Regeneration 6(1):28-37, 1998.  PMID: 9776848. *Role:  Collaborator*

122. Stein L, **Saed GM**, Fivenson DP.  T-cell cytokine network in cutaneous lupus erythematosus. Journal of the American Academy of Dermatology 36 (2 Pt 1):191-196, 1997.  PMID: 9039167. *Role:  Collaborator, assisted with experimental design*

123. Ricketts CH, Martin L, Faria DT, **Saed GM**, Fivenson DP.  Cytokine mRNA changes during the treatment of hypertrophic scars with silicone and non-silicone gel dressings. Dermatology Surgery 22(11):955-964, 1996.  PMID: 9063511. *Role:  Collaborator*

124. Fivenson DP, Schaffer J, **Saed GM**, Beck ER, Wood GS.  Absence of human T-cell lymphotropic virus genomic determinants in canine mycosis fungoides.  Archives of Dermatology 132(1):841-842, 1996.  PMID: 8678587 *Role:  Collaborator*

125. Dillon WI, **Saed GM**, Fivenson DP.  Borrellia burgdorferi DNA is undetectable by polymerase chain reaction in skin lesions of morphea, scleroderma and lichen sclerosus et atrophicus of patients from North America. Journal of the American Academy of Dermatology 33(4):617-620, 1995.  PMID: 7673495. *Role:  Collaborator, assisted with experimental design*

126. **Saed GM**, Fivenson DP.  Quantitation of interferon-gamma mRNA levels in psoralen/UVA-treated HUT-78 cells by competitive PCR. Biochemical and Biophysical Research Communication 203(2):935-942, 1994.  PMID: 8093077

127.  **Saed GM**, Fivenson DP, Nickoloff BJ. Mycosis fungoides exhibits a Th1 type cell-mediated cytokine profile whereas Sezary syndrome expresses a Th2 type profile. Journal of Investigative Dermatology 103(1):29-33, 1994.  PMID: 8027577

128.  Fivenson DR, **Saed GM**, Beck ER, Dunstan RW, Moore PF.  T-cell receptor gene rearrangement in canine mycosis fungoides: Further support for a canine model of cutaneous T-cell lymphoma.  Journal of Investigative Dermatology 102(2):227-230, 1994. PMID: 7906287, *Role:  Collaborator, assisted with experimental design and manuscript writing*

129.  Joseph R, Tsang W, Han E, **Saed GM**.  Neuoronal beta-amyloid precursor protein gene expression: Regulation by aurintricarboxylic acid.  Brain Research 625(2):244-255, 1993. PMID: 8275306

130.  Nolly H, **Saed GM**, Scicli AG, Carretero OA, Scicli AG.  The Kallikrein-Kinin system in cardiac tissue.  Agents and Actions Supplement 38(Pt 3):62-72, 1992.  PMID: 1462885 *Role:  Collaborator; assisted with experimental design and manuscript writing*

131.  **Saed GM**, Beierwaltes WH, Carretero OA, Scicli AG.   Submandibular enzymatic vasoconstrictor messenger RNA in rat kidney.  Hypertension 19 (Suppl. 2):11262-11267, 1992.  PMID: 1735590

132.  **Saed GM**, Carretero OA, MacDonald R, Scicli AG.   Kallikrein messenger RNA in rat arteries and veins. Circulation Research 67(2):510-516, 1990.  PMID: 1695871

133.  el-Thaher TS, **Saed GM**, Bailey GS.  A simple and rapid purification of kallikrein from rat submandibular gland.  Biochemical and Biophsical Acta 1034(2):157-161, 1990.  PMID: 1693859. *Role:   Collaborator, assisted with experimental design and writing of manuscript*

134.  el-Thaher TS, **Saed GM**, Bailey GS.  Characterization of kallikrein isolated from rat submandibular glands by a simple and rapid purification procedure.  Agents and Action Supplement 38(Pt 1):98-105, 1992.  PMID: 1466309. *Role: Collaborator, assisted with experimental design and writing of article*

135.  Nolly H, **Saed G**, Carretero O, Scicli AG.  Adrenal kallikrein.  Hypertension 21(Pt 6):911-915, 1993.  PMID: 8505100. *Role:  Collaborator, assisted with experimental design and manuscript writing/editing*

136.  Valdés G, Corthorn J, Scicli AG, Gaete V, Soto J, Ortiz ME, Foradori A, **Saed GM**. Uterine kallikrein in the early pregnant rat.  Biology of Reproduction 49(4):802-808, 1993. PMID: 8218645

**Review Articles**

1. **Saed GM**, Diamond MP, *Fletcher NM.  Updates of the role of oxidative stress in the pathogenesis of ovarian cancer.  Gynecologic Oncology 145(3):595-602, 2017.  Epub February 23, 2017.  Review.  PMID: 28237618. Role; Mentor and Writer

2. *Fortin CN, **Saed GM**, Diamond MP.  Predisposing factors to post-operative adhesion development.  Human Reproduction Update 21(4):536-551, 2015. Epub May 1, 2015.  Review.  PMID: 25935859
   *Role:  Mentor, Writer, Collaborator*

3. *Awonuga AO, *Belotte J, *Abuanzeh S, *Fletcher NM, Diamond MP, **Saed GM**.  Advances in the pathogenesis of adhesion development:  the role of oxidative stress.  Reproductive  Sciences 21(7):823-836, 2014.  Epub February 11, 2014.  Review.  PMID: 24520085  PMCID:   PMC4107571. Role; Mentor and Writer

4. *Awonuga AO, *Fletcher NM, **Saed GM**, Diamond MP.  Postoperative adhesion development  following cesarean and open intra-abdominal gynecological operations: a review.  Reproductive Sciences 18(12):1166-1185, 2011.  Epub July 20, 2011.   Review.  PMID:  21775773  PMCID: PMC3343100
   *Role:  Mentor and Writer*

5. *Awongua A, Diamond M, **Saed G**.  Laparoscopy in gynecologic surgery: adhesion development, prevention and use of adjunctive therapies.  Clinical Obstetrics and Gynecology 52(3):412-422, 2009.  Review.  PMID: 19661757. Role: Mentor and Writer

6. *Shavell VI, **Saed GM**, Diamond MP.  Cellular metabolism: contribution to postoperative adhesion development.  Reproductive Sciences 16(7):627-634, 2009. Epub March 16, 2009.  Review.  PMID: 19293132
   *Role:  Mentor and Writer*

7. *Imudia AN, *Kumar S, **Saed GM**, Diamond MP.  Pathogenesis of intra-abdominal and pelvic adhesion development.  Seminars in Reproductive Medicine 26(4):289-297, 2008.  Review.  PMID: 18756406
   *Role:  Mentor and Writer*

8. *Alpay Z, **Saed GM**, Diamond MP.  Postoperative adhesions:  from formation to prevention.  Seminars in Reproductive Medicine 26(4):313-321, 2008.  Review.  PMID: 18756408
   *Role:  Mentor, and Writer*

9. *Alpay Z, **Saed GM**, Diamond MP.  Female infertility and free radicals:  Potential role in adhesions and endometriosis.  Journal for the Society for Gynecologic Investigation 13(6):390- 398, 2006. Epub July 26, 2006.  Review.  PMID: 16872846
   *Role:  Mentor and Writer*

**Book Authorships, Editorships, and Chapters**

1. **Saed GM**, Morris RT and *Fletcher NM. New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress. Book Chapter: Ovarian cancer. INTECH. In press 2018.

2. **Saed GM**.  Myeloperoxidase serves as a redox switch that regulates apoptosis in epithelial ovarian cancer.  In:  Ovarian Cancer:  New Insights for the Healthcare Professional:  2011 Edition.  A ScholarlyEdition$^{TM}$ eBook.  Atlanta, GA: ScholarlyEditions$^{TM}$, 2012.

3. **Saed GM**.  Immunohistochemical staining of cyclooxygenases with monoclonal antibodies.  In:  Methods in Molecular Biology:  Advanced Protocols for Oxidative Stress. Totowa, NJ: Humana Press, 2008.

4. Diamond MP, **Saed GM**, Shade G, Bieber E.  Laparoscopic adhesiolysis.  In:  Jain, N (Ed.).  State-of-the Art Atlas of Endoscopic Surgery in Infertility and Gynecology,  Chapter 7.  New Delhi, India: Jaypee Brothers Medical Publishers (P) Ltd., pp. 95-99,  2004.

5. Diamond MP, **Saed GM**.  Endometriosis adhesions:  Clinical implications of basic research.  In:  Proceedings of the VIII International Endometriosis Association Meeting, San Diego, CA, February 2002.

6. Diamond MP, **Saed GM**, Leach RE.  Animal adhesion models.  In: References en Gynecologie Obstetrique (RGO), Volume 8(1).  France: Springer-Verlag, France, pp. 71-72, 2001.

**PUBLISHED ABSTRACTS:**

1. **Saed GM**.  New insights into the pathogenesis of ovarian cancer:  Oxidative stress.  2nd International Congress on Contemporary Issues in Women Cancers & Gynecologic Oncology, London, United Kingdom, August 2017.   Gynecology and Obstetrics (Sunnyvale) 2017, 7:9 (Suppl).  doi: 10.4172/2161-0932-C1-019.  Open access.

2. Fletcher NM, Awonuga AO, Memaj I, Diamond MP, **Saed GM**.  Interruption of MPO binding to CD11B selectively kills fibroblasts from adhesion tissues but not normal peritoneum.  73rd American Society for Reproductive Medicine Scientific Congress & Expo, San Antonio, TX, October-November 2017.  Proceedings P-264, 216, 2017.  **SRS In-Training Award for Research to NM Fletcher, PhD**

3. Fletcher NM, Memaj I, Diamond MP, Morris RT, **Saed GM**.  Novel target for ovarian cancer immunotherapy.  48th Annual Meeting of the Society of Gynecologic Oncology's Women's Cancer, National Harbor, MD, March 2017.

4. **Saed GM**, Fletcher NM, Memaj I, Saed MG, Diamond MP, Morris RT.  Targeting integrin αV/β1 receptor manifests intriguing anti-tumor effects in sensitive and chemoresistant ovarian cancer cells:  potential therapeutic target.  64th Annual Scientific Meeting of the Society for Reproductive Investigation, Orlando, FL, March 2017.  Reproductive Sciences 24(1) Supplement:  O-105, 87A, 2017.

5. Fletcher NM, Memaj I, Abusamaan MS, Al-Hendy A, Diamond MP, **Saed GM**.  Oxidative stress:  a key regulator of leiomyoma cell survival.  64th Annual Scientific Meeting for the Society for Reproductive Investigation, Orlando, FL, March 2017.  Reproductive Sciences 24(1) Supplement: F-124, 208A, 2017.

6. Fletcher NM, Juhani A, Abusamaan MS, Diamond MP, **Saed GM**.  Human adhesion fibroblasts are characterized by reduction in the level of pluripotency markers as compared to normal peritoneal fibroblasts.  72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016.  Fertility and Sterility 106(3) Supplement: O-31, e13, 2016.

7. Detti L, Fletcher NM, **Saed GM**, Uhlmann RA, Tobiasz AM, Williams LJ.  Anti-Mullerian Hormone (AMH) for prevention of tissue activation after vitrified/thawed ovarian cortex xenotransplantation.  72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016.  Fertility and Sterility 106(3) Supplement: O-168, e67, 2016.

8. Detti L, Fletcher NM, **Saed GM**, Uhlmann RA, Christiansen ME, Williams LJ.  Anti-Mullerian Hormone (AMH) regulates BRCA1 and BRCA2 gene expression in an ovarian cortex transplantation model.  72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016.  Fertility and Sterility 106(3) Supplement: P-037, e120, 2016.

9.   Abusamaan MS, Fletcher NM, Saed MG, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**.  Dichloroacetate induces apoptosis of uterine leiomyoma cells through a mechanism involving modulation of oxidative stress. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 2016.     Reproductive Sciences 23(1) Supplement: O-114, 88A, 2016.

10.  Fletcher NM, Belotte J, Saed MG, Abusamaan MS, Diamond MP, **Saed GM**. Chemotherapy induces a genotype switch in key antioxidant enzymes: a potential mechanism of chemoresistance in epithelial ovarian cancer cells. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 2016. Reproductive Sciences 23(1) Supplement: F-248, 262-263A, 2016.

11.  Detti L, Fletcher NM, Uhlmann RA, Belotte J, Williams LJ, **Saed GM**.  Exposure to recombinant Anti-Mullerian Hormone (AMH) downregulates ovarian follicle cells' stemness potential in fresh and vitrified/thaw ovarian cortex. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 16-19, 2016. Reproductive Sciences 23(1) Supplement: T-257, 180A, 2016.

12.  Nusrat O, Belotte J, Fletcher NM, Saed MG, Diamond MP, **Saed GM**. Chemoresistant ovarian cancer cells manifest lower vascular endothelial growth factor and hypoxia inducible factor-1α:  a potential survival mechanism. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 16-19, 2016. Reproductive Sciences 23(1) Supplement: T-250, 178A, 2016.

13.  Fletcher NM, Neubauer BR, Saed MG, Abu-Soud HM, **Saed GM**.  Chemoresistance in epithelial ovarian cancer cells is controlled by mechanisms emanating from chemotherapy-induced genotype switch in glutathione peroxidase, through the up-regulation of cytidine deminase.  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015. Reproductive Sciences 22(1) Supplement: O-063, 77A, 2015.

14.  Fletcher NM, Neubauer BR, Saed MG, Abu-Soud HM, **Saed GM**.   2,4-dinitrophenol induced cell death of ovarian cancer stem cells.  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015.   Reproductive Sciences 22(1) Supplement: S-003, 299A, 2015.

15.  Fletcher NM, Neubauer BR, Saed MG, Diamond MP, Abu-Soud HM, **Saed GM**. Postoperative adhesion development is controlled by mechanisms emanating from a hypoxia-induced genotype switch in nicotinamide adenine dinucleotide phosphate oxidase through the up-regulation of cytidine deaminase.  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015.   Reproductive Sciences 22(1) Supplement: F-042, 218A, 2015.

16.  Detti L, Williams LJ, Osborne SE, Fletcher NM, **Saed GM**.  Elevated serum Anti-Müllerian Hormone (AMH) stalls ovarian follicle development by downregulating FSH- and LH-receptors and inhibin-B production.  Proceedings of the 71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015. Fertility and Sterility 104(3) Supplement: O-13, e6, 2015.

17.     Detti L, Williams LJ, Fletcher NM, **Saed GM**.  Anti-Müllerian Hormone (AMH) may inhibit oocyte maturation and follicular vascularization in human ovarian cortex.  Proceedings of the 71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P91, e136, 2015.

18.     Fletcher NM, Saed MG, Neubauer BR, Abusamaan MS, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**.  Uterine fibroids are characterized by an altered redox balance, favoring a pro-oxidant state.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-115, e145, 2015.

19.     Fletcher NM, Saed MG, Neubauer BR, Abu-Soud HM, Awonuga A, Diamond MP, **Saed GM**.  Shifting anaerobic to aerobic metabolism stimulates apoptosis in adhesion fibroblasts through the modulation of the cellular redox homeostasis.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-215, e179, 2015.

20.     Abusamaan MS, Fletcher NM, Saed MG, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**.  Myeloperoxidase serves as a redox switch that regulates apoptosis in human leiomyomas.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-113, e145, 2015.

21.     Jeelani R, Sliskovic I, **Saed G**, Pennathur S, Abu-Soud HM.  Hypochlorous acid reversibly inhibits caspase-3: a potential regulator of apoptosis.  Joint Meeting of the 22nd Society for Redox Biology and Medicine (SFRBM) and 17th Society for Free Radical Research International (SFRRI), Boston, MA, November 2015.  Free Radical Biology and Medicine: Abstract #275, 2015.

22.     Fletcher NM, Detti L, Neubauer BR, Saed MG, Diamond MP, Abuzeid MI, **Saed GM**.  Altered redox state in the endometrium of patients undergoing ovarian stimulation for assisted reproduction technology.  Proceedings of the 70th Annual Meeting of the American Society for Reproductive Medicine, Honolulu, HI, October 2014.  Fertility and Sterility 102(35) Supplement: P-426, e279, 2014.

23.     Awonuga, AO, Fletcher NM, Nusrat O, Saed MG, Abusamaan MS, Belotte J, Diamond, MP, **Saed GM**.  The in-vivo effects of superoxide dismutase on the incidence and severity of post-operative adhesion development.  70th Annual Meeting of the American Society for Reproductive Medicine, Honolulu, HI, October 2014.  Fertility and Sterility 102(35) Supplement: O-213, e73, 2014.

24.     Belotte J, Nusrat O, Fletcher NM, Saed MG, Neubauer BN, Abu-Soud HM, **Saed GM**.  Superoxide dismutase significantly delayed the development of cisplatin resistance in epithelial ovarian cancer cells.  American Association for Cancer Research's Precision Medicine Series: Drug Sensitivity and Resistance.  Improving Cancer Therapy Special Conference, Orlando, FL, June 2014.

25.   Nusrat O, Fletcher NM, Belotte J, Saed MG, Neubauer BR, **Saed GM**.  Chemoresistant ovarian cancer cells manifest lower vascular endothelial growth factor and hypoxia induced factor-1α:  a potential survival mechanism.  American Association for Cancer Research's Precision Medicine Series:  Drug Sensitivity and Resistance.  Improving Cancer Therapy Special Conference, Orlando, FL, June 2014.

26.   Belotte J, Fletcher NM, Diamond MP, **Saed GM**.   Sox2 gene amplification impacts survival in serous epithelial ovarian cancer.  61st Annual Meeting of the Society for Investigation, Florence, Italy, March 2014.  Reproductive Sciences 21(3) Supplement: T-219, 204A,  2014.

27.   Fletcher NM, Belotte J, Saed MG, Saed HM, Abu-Soud HM, Diamond MP, **Saed GM**.  Dicholoroacetate increases sensitivity to chemotherapy by modulation of antioxidants in epithelial ovarian cancer.  61st Annual Meeting of the Society for Gynecologic Investigation, Florence, Italy, March 2014.  Reproductive Sciences 21(3) Supplement: T-228, 207A, 2014.

28.   **Saed GM**, Fletcher NM, Belotte J, Levin NK, Simon MS, Abu-Soud HM, Tainsky MA, Diamond MP.  SNPs in key oxidants and antioxidants are associated with increased risk and serve as potential targets for ovarian cancer.  61st Annual Meeting of the Society for Gynecologic Investigation, Florence, Italy, March 2014.  Reproductive Sciences 21(3) Supplement: T-249, 213A, 2014.

29.   †Belotte J, †Fletcher NM, Levin NK, Simon MS, Abu-Soud HM, Diamond MP, Tainsky MA, **Saed GM**. Catalase and NADPH oxidase single nucleotide polymorphisms are associated with increased risk and serve as potential targets for breast and ovarian cancers.   104th Annual Meeting of the American Association for   Cancer       Research, Washington, DC, April 2013.  Cancer Research 73(8) Suppl 1: LB-356, 2013. †Denotes co-authors

30.   Belotte J, Fletcher NM, Awonuga AO, Alexis M, Abu-Soud HM, Diamond MP, Saed MG, **Saed GM**.  The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian cancer.  Poster session B.  Advances in Ovarian Cancer Research: From Concept to Clinic. American Association for Cancer Research, Miami, FL, September 2013.  Proceedings 2013.

31.   Diamond MP, Fletcher NM, Saed MG, Abu-Soud HM, Al-Hendy A, **Saed GM**.  Fibroids manifest oxidative stress as compared to normal myometrium.  42nd Annual AAGL Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2013. The Journal of Minimally Invasive Gynecology 20(6) Suppl: S19, 2013.

32.   Diamond MP, Fletcher NM, Abuanzeh S, Saed MG, **Saed GM**.   Creation and persistence of the adhesion phenotype:  the role of NOXs in creating oxidative stress. 42nd Annual AAGL Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2013.  The Journal of Minimally Invasive Gynecology 20(6) Suppl: S18, 2013.

33.  Fletcher NM, Saed MG, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**.  Distinct oxidative stress profile in uterine fibroids versus adjacent myometrium.  Conjoint Meeting of the International Federation of Fertility Societies and the 69th American Society for Reproductive Medicine, Boston, MA, October 2013.  Fertility and Sterility 100(3) Suppl:  S34, 2013.

34.  Fletcher NM, Abuanzeh S, Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**.  Postoperative adhesion is characterized by a unique oxidative stress profile which is responsible for creation and persistence of the adhesion phenotype.  Conjoint Meeting of the International Federation of Fertility Societies and the 69th American Society for Reproductive Medicine, Boston, MA, October 2013.  Fertility and Sterility 100(3) Suppl: S31, 2013.

35.  Belotte J, Fletcher NM, Levin NK, Simon MS, Abu-Soud HM, Diamond MP, Tainsky MA, **Saed GM**.  Catalase and NADPH oxidase single nucleotide polymorphisms are associated with increased risk and serve as potential targets for breast and ovarian cancers.   104th Annual Meeting of the American Association for Cancer Research, Washington, DC, April 2013.

36.  Thakur M, Imudia AN, Shavell VI, Singh M, Diamond MP, Awonuga AO, **Saed GM**.  Should body mass index influence the dose of hCG for ovulation induction after superovulation in IVF/ICSI cycles?  68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.  Fertility and Sterility 98(3) Suppl: P-542, S271, 2012.

37.  Fletcher NM, Al-Hendy A, Diamond M, **Saed GM**.  Uterine fibroids are characterized by an impaired antioxidant cellular system:  potential role of hypoxia in the pathophysiology of fibroids.  68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.  Fertility and Sterility 98(3) Suppl: P-403, S231, 2012.

38.  Detti L, Uhlmann RA, Fletcher NM, Diamond MP, **Saed GM**.  Endometrial thyroid and vitamin D signaling pathways during ovarian stimulation for assisted reproductive technology (ART).  68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.  Fertility and Sterility 98(3) Suppl: P-384, S225, 2012.

39.  Detti L, Uhlmann RA, Fletcher NM, Diamond MP, **Saed GM**.   Endometrial insulin pathway during ovarian stimulation for assisted reproductive technology (ART).  68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.  Fertility and Sterility 98(3) Suppl: O-368, S109, 2012.

40.  Fletcher NM, Belotte J, Diamond MP, **Saed GM**.  Dichloroacetate increases sensitivity to chemotherapy treatment of epithelial ovarian cancer cells.  59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: S-065, 354A, 2012.

41.  Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM.  Melatonin prevents hypochlorous acid induced alteration of the metaphase-II mouse oocyte microtubule and chromosomal structure.  59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012.  Reproductive Sciences 19(3) Suppl: F-212, 289A, 2012.

42. **Saed GM**, Fletcher NM, Awonuga A, Saed MG, Jiang Z, Abu-Soud HM, Diamond MP. NADPH oxidase p22-phox gene polymorphism in women is associated with the development of postoperative adhesions. 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: F-005, 228A, 2012.

43. **Saed GM**, Fletcher NM, Ruden DM, Abu-Soud HM, Diamond MP. Epigenetics: new insights into postoperative adhesion development. 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: T-156, 167A, 2012.

44. Nair S, **Saed GM**, Atta HM, Diamond M, Al-Hendy A. Gene therapy of abdominal/pelvic post-operative adhesions: targeting adenovirus towards human peritoneal adhesion cells. 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: T-066, 141A, 2012.

45. Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud H. Role of melatonin in preventing hypochlorous acid induced alterations in microtubule and chromosomal structure in metaphase-II mouse oocytes in vitro. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-450, 2011.

46. Abu-Farsakh SM, Abu-Farsakh HM, Fletcher NM, **Saed GM**, Diamond MP. Histopathologic analysis in testicular azoospermia. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-183, 2011.

47. Shavell VI, Fletcher NM, Jiang ZL, **Saed GM**, Diamond MP. Uncoupling oxidative phosphorylation with 2,4-dinitrophenol promotes development of the adhesion phenotype. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-131, 2011.

48. Nair S, **Saed G**, Nwaobasi N, Atta H, Al-Hendy A. Towards gene therapy of pelvic post-operative adhesions: targeting adenovirus towards human adhesion cells. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-111, 2011.

49. **Saed GM**, Fletcher NM, Jiang ZL, Awonuga A, Abu-Soud HM, Diamond MP. Metabolism and oxidative stress: integral role in regulation of the adhesion phenotype. 58th Annual Meeting of the Society for Gynecologic Investigation, Miami Beach, FL, March 2011. Journal of the Society for Gynecologic Investigation (Suppl): O-130, 2011.

50. Byun J, Maitra D, **Saed GM**, Abu-Soud HM, Pennathur S. Mass spectrometric identification of HOCl-mediated heme degradation products of hemoglobin. 59th ASMS Conference on Mass Spectrometry, Denver, CO, 2011. Proceedings 2016.

51. **Saed GM**, Jiang ZL, Fletcher NM, Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR. Inhibition of NADPH oxidative reductase promotes apoptosis in epithelial ovarian cancer cells. 39th Annual Meeting of the Global Congress of Minimally Invasive Gynecology AAGL, Las Vegas, NV, November 2010.

52. Maitra D, Abdulhamid I, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM.  Reaction of hemoglobin and red blood cells with hypochlorous acid and mechanism of heme destruction and free iron release.  17th Annual Meeting of the Society for Free Radical Biology and Medicine, Orlando, FL, November 2010.  Free Radical Biology and Medicine, 49(Suppl 1): S169, 2010.

53. Detti L, **Saed GM**, Fletcher NM, Kruger ML, Brossoit B, Diamond MP.  Endometrial morphology and modulation of hormone receptors during ovarian stimulation for assisted reproductive technology cycles.  66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010.  Fertility and Sterility 94(4) Suppl 1: S213-S214, 2010.

54. Fletcher NM, Jiang ZL, Almahmoud H, Diamond MP, **Saed GM**.  Human adhesion fibroblasts are under constant intrinsic oxidative stress as characterized by higher baseline NADPH oxidase and hypoxia inducible factor-1α and lower baseline superoxide dismutase. 66th Annual Meeting of the American Society for   Reproductive Medicine, Denver, CO, October 2010.  Fertility and Sterility 94(4)  Suppl 1: S208, 2010.

55. White J, Jiang Z, Diamond M, **Saed G**.  The role of macrophages in the development of the adhesion phenotype.  Proceedings of the 66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010.  Fertility and Sterility 94(4) Suppl 1: S202, 2010.

56. Byun J, Maitra D, Sliskovic I, Abdulhamid I, **Saed GM**, Diamond MP, Abu-Soud HM, Pennathur S.  Liquid chromatography atmospheric pressure ionization tandem:  mass spectrometry identifies novel hypochlorous acid reaction products of lycopene.  58th Annual Meeting of the American Society of Mass Spectrometry, Salt Lake City, UT, May 2010.  Proceedings 2010.

57. Huang K, **Saed GM**, Crispino J, Song J, Choi SD, Diamond M, Naftolin F.  Membrane-actin cytoskeleton linking protein expression by human post-operative adhesions and fibroblasts.  57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010.  Reproductive Sciences 17(3) Suppl: P655, 253A, 2010.

58. **Saed GM**, Jiang ZL, Fletcher NM, Al Arab A, Abu-Soud HM, Munkarah AM, Diamond MP.  Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through the inhibition of oxidative stress enzymes.  Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010. Reproductive Sciences 17(3) Suppl: P171, 113A, 2010.

59. Saed **GM**, Jiang ZL, Fletcher NM, Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR.  Inhibition of NADPH oxidative reductase promotes apoptosis in epithelial ovarian cancer cells.  Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010.  Reproductive Sciences 17(3) Suppl: P170, 113A,  March 2010.

60. Meng Q, Sun W, Jiang ZL, Fletcher NM, **Saed GM**, Diamond MP.  Endometriotic implants resemble ovarian cancer in their inflammatory cytokines and hormone receptors expression: potential transformation into ovarian cancer.  Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010.  Reproductive Sciences 17(3) Suppl: P97, 93A, 2010.

49

61.   Diamond MP, Jiang ZL, Fletcher NM, **Saed GM**, Abu-Soud HM.  Role of polychlorinated biphenyls enhancement of lipid peroxidation in human normal peritoneal and adhesion fibroblasts.  38th Annual Meeting of Global Congress of Minimally Invasive Gynecology AAGL, Orlando, FL, November 2009.  Proceedings 2009.

62.   Diamond MP, Fletcher NM, Jiang ZL, Abu-Soud HM, **Saed GM**.  Hydrogen peroxide bioavailability determines the sensitivity of human normal peritoneal and adhesion fibroblasts to hypoxia-induced lipid peroxidation.   38th Annual Meeting of Global Congress of Minimally Invasive Gynecology AAGL, Orlando, FL, November 2009. Proceedings 2009.

63.   **Saed GM**, Jiang ZL, Fletcher NM, Abu-Soud HM, Diamond MP.   Polychlorinated biphenyl congeners induce the adhesion phenotype by reducing superoxide dismutase levels.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009. Fertility and Sterility 90(Suppl. 1): P179,    October 2009.

64.   **Saed GM**, Hall DT, Omar MW, Shavell VI, Fletcher NM, Diamond MP.  Regulation of metabolic activity of peritoneal fibroblasts by dichloroacetate provides a potential target for interventions to reduce postoperative adhesions.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl. 1): P127, October 2009.

65.   White J, Jiang Z, Diamond M, **Saed G**.  Hypoxia induces transforming growth factor beta 1 (TGFβ1) in human macrophages through a hypoxia inducible factor 1α (HIF-1α) – dependent mechanism.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl. 1): P126, October 2009.

66.   **Saed GM**, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP.  Sensitivity of human normal peritoneal and adhesion fibroblasts to hypoxia-induced lipid peroxidation depends on the bioavailability of hydrogen peroxide.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009.  Reproductive Sciences 16(3) Suppl: P1004, 359A, 2009.

67.   Abu-Soud HM, Jiang ZL, Fletcher NM, Diamond MP, **Saed GM**.   Exposure to polychlorinated biphenyls enhances lipid peroxidation in human normal peritoneal and adhesion fibroblasts: a potential role for MPO.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009. Reproductive Sciences 16(3) Suppl: P985, 354A, 2009.

68.   Jiang ZL, Fletcher NM, Malone JM Jr, Ali R, Munkarah AR, Diamond MP, Abu-Soud HM, **Saed GM**.  NADPH oxidase inhibition attenuates oxidative stress in epithelial ovarian cancer.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009.  Reproductive Sciences 16(3) Suppl: P291, 153A, 2009.

69. Detti L, **Saed GM**, Jiang Z, Fletcher NM, Diamond MP.  Impact of high serum estradiol on endometrial estrogen and progesterone receptor expression during ovarian stimulation for IVF/ICSI cycles.   64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008.   Fertility and Sterility 90(Suppl. 1): P157, S162, 2008.

70. **Saed GM**, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP.  The induction of fibrosis by organochlorines through a nitric oxide synthase dependent mechanism.  64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November af2008.  Fertility and Sterility 90(Suppl. 1): P-123, S151, 2008.

71. Dbouk T, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP, **Saed GM**.  Lycopene a powerful antioxidant with remarkable antiadhesion effects.  64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008.  Fertility and Sterility 90(Suppl. 1): P-122, S150, 2008.

72. **Saed GM**, Jiang ZL, Fletcher NM, Abu-Soud HM, Diamond MP.  Hypoxia induces the adhesion phenotype by reducing superoxide dismutase levels.  55th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2008. Reproductive Sciences 15(2) Suppl.: P900, 313A, 2008.

73. Alpay Z, Savasan S, Buck S, Jiang ZL, Ravindranath Y, Diamond MP, **Saed GM**.  Role of natural killer lymphocyte NKG2D receptor pathway in adhesion development. 55th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2008.  Reproductive Sciences 15(2) Suppl.: P317, 150A, 2008.

74. Diamond MP, Abu-Soud HM, **Saed GM**.  S-nitrosylation of caspase-3 is the mechanism by which adhesion fibroblasts manifest lower apoptosis.  36th Annual Meeting of the American Association of Gynecologic Laparoscopists, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.  Journal of Minimally     Invasive Gynecology 14(6) Suppl. 1: S33, 2007.

75. Diamond MP, Abu-Soud, HM, **Saed GM**.  Generation of superoxide by inducible nitric oxide synthase in L-arginine deficient fibroblasts established from human adhesion tissues.  36th AAGL Annual Meeting, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.  Proceedings 2007.

76. Diamond MP, Collins KL, **Saed GM**.  Hypoxia stimulation of expression of type I collagen and fibronectin in human peritoneal and adhesion fibroblasts:  blockage by interferon gamma. 36th AAGL Annual Meeting, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.  Proceedings 2007.

77. **Saed GM**, Jiang ZL, Fletcher NM, Galijasevic S, Abu-Soud HM, Diamond MP. Superoxide induces the adhesion phenotype:  role of hypoxia in the pathogenesis of the adhesion development. Global Congress of Minimally Invasive Gynecology, 36th  Annual Meeting of the American Association of Gynecologic Laparoscopists, Washington, DC, November 2007.

78.  Elhammady E, Freeman ML, **Saed GM**, Diamond MP.  In vivo expression of type I and III collagens in injured peritoneum that healed with adhesions and without adhesions. 63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 2007. Fertility and Sterility 88(Suppl. 1): P-252, S192, 2007.

79.  **Saed GM**, Jiang ZL, Fletcher NM, Galijasevic S, Abu-Soud HM, Diamond MP. Superoxide induces the adhesion phenotype:  role of hypoxia in the pathogenesis of the adhesion development.  63rd Annual Meeting of the American Society for  Reproductive Medicine, Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): O-285; S107, 2007.

80.  Jiang ZL, Fletcher NM, Diamond MP, Abu-Soud HM, **Saed GM**.  Nitric oxide synthase isoforms are differentially expressed in fibroblasts isolated from human normal peritoneum and adhesion tissues.  63rd Annual Meeting of the American Society for Reproductive  Medicine, Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): O-157, S59, 2007.

81.  **Saed GM**, Jiang ZL, Fletcher NM, Galijasevic S, Diamond MP, Abu-Soud HM.  S-nitrosylation of Caspase-3 is the mechanism by which adhesion fibroblasts manifest lower apoptosis.  63rd Annual Meeting of the American Society for Reproductive Medicine,  Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): P-302, S209, 2007.

82.  **Saed GM**, Jiang ZL, Diamond MP, Abu-Soud HM.  Role of superoxide and nitric oxide in the development of postoperative adhesions.  54th Annual Meeting of the Society for Gynecologic Investigation, Reno, NV, March 2007.  Reproductive Sciences 14(Suppl. 1): P781, 277A, 2007.

83.  **Saed GM**, Jiang ZL, Diamond MP, Abu-Soud HM.  Peroxynitrite plays a critical role in caspase-3 mediated apoptosis of normal peritoneal fibroblasts.  54th Annual Meeting of the Society for Gynecologic Investigation, Reno, NV, March 2007.   Reproductive Sciences 14(Suppl. 1): P483, 193A, 2007.

84.  **Saed GM**, Wirth JJ, Diamond MP.  Polychlorinated biphenyl congeners enhancement of type I collagen expression.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.   Fertility and Sterility 86(Suppl. 2): P-401, S284, 2006.

85.  Detti L, **Saed G**, Jiang Z, Kruger M, Diamond MP.  Differential expression of estrogen, progesterone, androgen, and prolactin receptors in *in vitro* human fibroblasts isolated from normal peritoneum and adhesions.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.   Fertility and Sterility 86(Suppl. 2):  P-377, S275, 2006.

86.  **Saed GM**, Abu-Soud HM, Jiang ZL, Diamond MP.  Regulation of the expression of INOS, COX-2, and VEGF in postoperative adhesions.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): O-234, S100, 2006.

87.    Victory R, **Saed GM**, Diamond MP.  Omega-3 fatty acid prevents and mitigates the adhesion phenotype in normal human peritoneal and adhesion fibroblasts.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): O-193, S82, 2006.

88.    Ambler DR, Rizk NN, Jiang ZL, **Saed GM**, Diamond MP.  IL6 expression in human normal peritoneal and adhesion fibroblasts: regulation by hypoxia. 62nd Annual  Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006. Fertility and Sterility 86(Suppl. 2): O-101, S43, 2006.

89.    **Saed GM**, Lu Q, Jiang ZL, Diamond MP, Abu-Soud HM.  The cross-talk between myeloperoxidase and inducible nitric oxide synthase in post operative adhesions.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): O-19, S9, 2006.

90.    Ambler DR, Rizk NN, Jiang ZL, **Saed GM**, Diamond MP.  TNF-alpha expression in human normal peritoneal and adhesion fibroblasts:  regulation by hypoxia.  62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): O-18, S8, 2006.

91.    Rizk NN, **Saed GM**, Diamond MP.  The effects of hyperglycemia on the differential expression of insulin and insulin-like growth factor-1 (IGF-1) receptors in human normal peritoneal and adhesion fibroblasts. 53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006. Journal of the Society for Gynecologic Investigation 13(2) Suppl.:786, 324A, 2006.

92.    **Saed GM**, Worth J, Diamond MP.  The induction of fibrosis by organochlorines.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.   Journal of the Society for Gynecologic Investigation 13(2) Suppl.:633, 273A, 2006.

93.    **Saed GM**, Diamond MP, Abu-Soud HM.  L-arginine deficiency in fibroblasts established from human adhesion tissues leads to the generation of superoxide by inducible nitric oxide synthase.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.   Journal of the Society for Gynecologic Investigation 13(2) Suppl.:632, 272A, 2006.

94.    Fahmy LM, Mitwally MF, **Saed GM**, Diamond MP.  Differential expression of aromatase in human fibroblasts isolated from normal peritoneum and adhesions.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada,  March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:627, 271A, 2006.

95.    Victory, R, **Saed GM**, Diamond MP.  Omega 3 fatty acids markedly reduce expression of adhesion markers in human peritoneal fibroblasts.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:626, 270A, 2006.

96.     **Saed GM**, Jiang ZL, Malone JM, Diamond MP, Munkarah AR.   Regulation of the expression of iNOS, COX-2 and VEGF in epithelial ovarian cancer cell lines.   53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.   Journal of the Society for Gynecologic Investigation 13(2) Suppl.:324, 169A, 2006.

97.     Diamond MP, **Saed GM**, Zhao M, Abu-Soud HM.   Regulation of inducible nitric oxide synthase in post-operative adhesions. 34th Annual Meeting of the American Association of Gynecologic Laparoscopists, Chicago, IL, November 2005.  Proceedings 2005.

98.     Diamond MP, Jiang ZL, **Saed GM**.   Cyclooxygenase-2 inhibitors enhance apoptosis of adhesion fibroblasts.   34th Annual Meeting of the American Association of Gynecologic Laparoscopists, Chicago, IL, November 2005.  Proceedings 2005.

99.     **Saed GM**, Detti L, Lu H, Jiang Z, Aboulba S, Diamond MP.  Differential expression of estrogen, progesterone, androgen, and prolactin receptors in human fibroblasts isolated from normal peritoneum and adhesions.  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. Fertility and Sterility 84(Suppl. 1): P-849, S464, 2005.

100.    **Saed GM**, Lu H, Jiang Z, Aboulba S, Abu-Soud HM, Diamond MP.  Cross-talk between inducible nitric oxide synthase (iNOS) and myeloperoxidase (MPO) in fibroblasts isolated from normal peritoneal and adhesion tissues.  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian  Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. Fertility and Sterility 84(Suppl. 1): P-848, S463, 2005.

101.    Alpay Z, Ozgonenel MS, Savasan S, Buck S, **Saed GM**, Diamond MP.  Can hypoxia impact lymphocyte-mediated elimination of peritoneal fibroblasts leading to development of adhesion phenotype?  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): P-846, S463, 2005.

102.    Detti L, **Saed GM**, Lu H, Jiang Z, Aboulba S, Diamond MP.  The effects of estradiol on the expression of estrogen, progesterone, androgen, and prolactin receptors in human peritoneal fibroblasts.  61st Annual Meeting of the American Society for Reproductive Medicine and the 1st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): O-304, 124, 2005.

103.    Alpay Z, Ozgonenel MS, Savasan S, **Saed, GM**, Diamond, MP.  Possible role of natural immune response against fibroblasts in the development of post-operative adhesions. 61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): O-274, S113, 2005.

104.   **Saed GM**, Jiang ZL, Diamond MP.   Knockout of inducible nitric oxide expression significantly reduces the expression of type I collagen and transforming growth factor-β1 in human peritoneal and adhesion fibroblasts.   61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. Fertility and Sterility 84(Suppl. 1): O-1, S1, 2005.  **Prize paper candidate**

105.   Malone J, **Saed G**, Diamond M, Sokol R, Munkarah A.  The effects of the inhibition of inducible nitric oxide synthase on angiogenesis of epithelial ovarian cancer.   Annual Meeting of the American Gynecological and Obstetrical Society, Victoria, British Columbia, Canada, September 2005.  Program and Abstracts: p. 18, 2005.

106.   **Saed GM**, Jiang ZL, Tahboub YR, Alpay ZA, Abu-Soud HM, Diamond MP.  Tyrosine nitration plays a significant role in the mechanisms responsible for the creation and persistence of the adhesion phenotype.   52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 206A, 377, 2005.

107.   **Saed GM**, Zhao M, Diamond MP, Abu-Soud HM.  Regulation of inducible nitric oxide synthase in post-operative adhesions.   52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 204A, 368, 2005.

108.   **Saed GM**, Jiang ZL, Munkarah AR, Diamond MP.  Modulation of apoptosis of adhesion fibroblasts: the role of cyclooxygenase-2 inhibitors. 52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 189A, 326, 2005.

109.   **Saed GM**, Al-Hendy A, Salama SA, Jiang ZL, Alpay ZA, Diamond MP.  Utilization of cycloosygenase-2 gene therapy for the prevention of the adhesion phenotype development.  52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 318, 186A, 2005.

110.   Diamond MP, **Saed GM**.  Modulation of nuclear transcription factor kappa-β fibroblasts of human adhesion tissues by dichloroacetate. 33rd Annual Meeting of The American Association of Gynecologic Laparoscopists, San Francisco, CA, November 2004. Proceedings 2004.

111.   Diamond MP, **Saed GM**.  Interferon-gamma block the hypoxia effect on type I collagen expression in human normal peritoneal and adhesion fibroblasts. 33rd Annual Meeting of The American Association of Gynecologic Laparoscopists, San Francisco, CA, November 2004.  Proceedings 2004.

112.   **Saed GM**, Zhao M, Diamond MP, Abu-Soud HM.  Regulation of inducible nitric oxide synthase in postoperative adhesions.  11th Annual Meeting of the Society for Free Radical Biology and Medicine, St. Thomas, Virgin Islands, November 2004.  Free Radical Biology and Medicine 37(Suppl.1): S78, 205, 2004.

113. **Saed GM**, Diamond MP, Abu-Soud HM.   Differential expression of myeloperoxidase (MPO) in fibroblasts isolated from normal peritoneal and adhesion tissues.   4th International Peroxidase Meeting Joint with the 10th Myeloperoxidase Meeting, Shimokyo-Ku, Kyoto City, Japan, October 2004. Free Radical Biology and Medicine 37(Suppl. 1): S48, 104, 2004.

114. Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  Myeloperoxidase up-regulated the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback inhibition. 4th International Peroxidase Meeting Joint with the 10th Myeloperoxidase Meeting, Shimokyo-Ku, Kyoto City, Japan, October 2004.   Free Radical Biology and Medicine 37(Suppl.1): S78, 205, 2004.

115. **Saed GM**, Waleke JP, Diamond MP.  Angiogenesis caused by hypoxia treatment of normal peritoneal and adhesion fibroblasts in human umbilical vein endothelial cells in significantly reduced by NS-398, a selective COX-2 inhibitor.  60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.  Fertility and Sterility 82(Suppl. 2): P573, S338, 2004.

116. **Saed GM**, Diamond MP, Abu-Soud HM.  Fibroblasts isolated from normal peritoneal and adhesion tissues differentially express myeloperoxidase (MPO).  60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004. Fertility and Sterility 82(Suppl. 2): O-270, S108-109, 2004.

117. **Saed GM**, Abu-Soud HM, Munkarah AR, Diamond MP.   Hypoxia up-regulates cyclooxygenase-2 and prostaglandin $E_2$ levels in human peritoneal fibroblasts.  60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.  Fertility and Sterility 82(Suppl. 2): O-150, S60-61, 2004.

118. Waleke JP, Diamond MP, **Saed GM**.  Dichloroacetate inhibition of angiogenesis caused by hypoxia treatment of normal peritoneal and adhesion fibroblasts in human umbilical vein endothelial cells.  60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.  Fertility and Sterility 82(Suppl. 2): O-44, S17, 2004.

119. **Saed GM**, Elhammady E, Diamond MP.  Dichloroacetate significantly increase the expression of the transcription nuclear factor kappa-β in fibroblasts of human adhesion tissues.  51st Annual Scientific Meeting of the Society for Gynecologic Investigation, Houston, TX, March 2004.  Journal of the Society for Gynecologic Investigation 10(2) Suppl.: 598, 288A, 2004.

120. **Saed GM**, Diamond MP.  Effects of interferon-γ on human peritoneal and adhesion fibroblasts in the presence of hypoxia: Reversal of hypoxia-stimulated type I collagen expression.  51st Annual Scientific Meeting of the Society for Gynecologic Investigation, Houston, TX, March 2004.  Journal of the Society for Gynecologic Investigation 10(2) Suppl.: 716, 316A, 2004.

121. Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  Myeloperoxidase up-regulates the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback inhibition.  10th Annual Meeting of the Society for Free Radical Biology and Medicine, Seattle, WA, November 2003.

122.    Diamond MP, Elhammady EF, Wang RX, Collins KL, **Saed GM**.  Suppression of expression of vascular endothelial growth factor by dichloroacetate in fibroblasts of human adhesion.  32nd Annual Meeting of The American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 2003.   The Journal of the American Association of Gynecologic Laparoscopists 10(3) Suppl.: S25, 79, 2003.

123.    Diamond MP, Munkarah AR, Elhammady EF, Wang RX, Collins KL, **Saed GM**.  Stimulation of expression of vascular endothelial growth factor by hypoxia from fibroblasts isolated from normal peritoneum and adhesion tissues.  32nd Annual Meeting of The American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 2003.  The Journal of the American Association of Gynecologic Laparoscopists 10(3) Suppl.: S25, 80, 2003.

124.    Diamond MP, **Saed GM**.  Regulation of expression of tissue plasminogen activator and plasminogen activator inhibitor-1 by dichloroacetic acid in human fibroblasts from normal peritoneum and adhesions.   22nd Annual Scientific Meeting of the American Gynecological and Obstetrical Society, Napa Valley, CA, September 2003. Program and Abstracts: #2, p20-21, 2003.

125.    **Saed GM**, Abu-Soud HM, Diamond MP.  Inhibition of nitric oxide production by N-nitro-L-arginine methyl ester increased the expression of type I collagen in human peritoneal fibroblasts.  59th Annual Meeting of American Society for Reproductive Medicine, San Antonio, TX, October 2003.  Fertility and Sterility 80(Suppl. 3): S90, O-237, 2003.

126.    **Saed GM**, Abu-Soud HM, Diamond MP.  Apoptosis of human peritoneal and adhesion fibroblasts after hypoxia:  role of inducible nitric oxide synthase.  59th Annual Meeting of American Society for Reproductive Medicine, San Antonio, TX, October 2003.  Fertility and Sterility 80(Suppl. 3): S38, O-99, 2003.

127.    Munkarah AR, Zhu G, Ali-Fehmi R, Morris R, Malone Jr JM, Diamond MP, **Saed GM**.  Short-term treatment of epithelial ovarian cancer cells with the COS-2 inhibitor, NS398, results in down regulation of expression of vascular endothelial growth factor (VEGF).  94th Annual Meeting of the American Association for Cancer Research, Washington, DC, July 2003. Program and Abstracts: #4, p 93, 2003.

128.    **Saed GM**, Munkarah AR, Elhammady EF, Wang R, Beiber E, Diamond MP.  Inhibition of cyclooxygenase-2 in fibroblasts isolated from normal peritoneum and adhesion tissues decreases the expression of hypoxia inducible factor-1 alpha.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003. Journal of the Society for Gynecologic Investigation 10(2): 900, 390A, 2003.

129.    Rout UK, **Saed GM**, Diamond MP.  Expression levels and regulations of genes differ in the fibroblasts of adhesion and normal human peritoneum.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.      Journal of the Society for Gynecologic Investigation 10(2): 899, 389A, 2003.

130.    **Saed GM**, Diamond MP.  Tissue plasminogen activator/plasminogen activator inhibitor-1 (tPA/PAI-1) modulation by Tisseel.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.   Journal of the Society for Gynecologic Investigation 10(2): 898, 389A, 2003.

131.   **Saed GM**, Elhammady EF, Wang R, Bieber E, Diamond MP.  Hypoxia increases the expression of vascular endothelial growth factor in fibroblasts isolated from human normal peritoneum and adhesion tissues.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 744, 337A, 2003.

132.   Buhimschi IA, Jabor M, Petkova A, **Saed GM**, Diamond MP, Romero R.  A role for the amnion epithelium in innate immunity:  microbial products induce the expression of β3-defensin by amnion epithelial cells.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 670, 312A, 2003.

133.   **Saed GM**, Elhammady EF, Wang R, Collins KL, Diamond MP.  Dichloroacetate significantly reduces the expression of vascular endothelial growth factor in fibroblasts of human adhesion tissues.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 598, 288A, 2003.

134.   Gago AL, **Saed GM**, Elhammady EF, Wang RX, Diamond MP.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003. Journal of the Society for Gynecologic Investigation 10(2): 595, 287A, 2003.

135.   **Saed GM**, Diamond MP.  Transforming growth factor-beta 1 (TGF-β1) and extracellular matrix production by human peritoneal mesothelial cells:  effect of Tisseel[®] (fibrin sealant).  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 594, 287A, 2003.

136.   Buhimschi CS, **Saed GM**, Elhammady EF, Berman S, Buhimschi IA, Weiner CP, Diamond MP.  Effect of labor on expression of factors involved in myometrial healing after cesarean section.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 498, 255A, 2003.

137.   Buhimschi CS, Diamond MP, Avasiloaiei M, **Saed GM**, Buhimschi IA, Weiner CP. Regionalization of viscoelastic properties of the rat uterus and cervix during pregnancy. 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, 2003.  Journal of the Society for Gynecologic Investigation 10(2):117, 196A, 2003.

138.   Gago AL, **Saed GM**, Elhammady E, Wang RX, Diamond MP.  Effect of Interceed[®] on the expression of tissue inhibitor metalloproteinase-1 and matrix metalloproteinase-1 in human peritoneal fibroblasts and mesothelial cells.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 12, 196A, 2003.

139.   **Saed GM**, Munkarah AR, Elhammady EF, Wang R, Bieber E, Diamond MP. Cyclooxygenase-2 inhibition decreases the expression of vascular endothelial growth factor from fibroblasts isolated from normal peritoneum and adhesion tissues.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 11, 94A, 2003.

140.    Gago LA, **Saed GM**, Wang RX, Jaber M, Diamond MP.   Effect of Interceed on extracellular matrix and TGF-β1 expression in human peritoneal fibroblasts and mesothelial cells.   29th Annual Meeting of the Society for Gynecologic Surgeons, Anaheim, CA, March 2003.   Journal of Pelvic Medicine and Surgery 9(Suppl. 1): p 59, 2003.

141.    Buhimschi C, Petkova A, **Saed G**, Diamond MP, Weiner C, Buhimschi I.  Myometrial and cervical adaptation during pregnancy.  Annual Meeting of the Society for Maternal-Fetal Medicine, San Francisco, CA, February 2003.   American Journal of Obstetrics and Gynecology Program and Abstract Supplement, 2003.

142.    Munkarah A, Morris R, Zhu G, Deppe G, Malone J, Jr, **Saed G**.  Sequential combination of Docetaxel and COX-2 inhibitor:  A marked effect on epithelial ovarian cancer cell kills.  34th Annual Meeting of the Society of Gynecologic Oncologists, New Orleans, LA, February 2003. Program and Abstracts: 211, 2003.

143.    Freeman M, **Saed GM**, Diamond MP.  Elevation of type I collagen mRNA in peritoneal adhesions.  31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.  Proceedings 2002.

144.    Diamond MP, Elhammady EF, Collins KL, Munkarah AR, **Saed GM**.  Cyclooxygenase-2 expression in human fibroblasts isolated from adhesions but not from normal peritoneal tissues.     31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.  Proceedings 2002.

145.    Diamond MP, Elhammady EF, Collins KL, **Saed GM**.  Existence of p53 expression in human fibroblasts isolated from adhesions, but not from normal peritoneal tissues.  31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.  Proceedings 2002.

146.    Freeman M, **Saed GM**, Diamond MP.   TGF-β1/β2 mRNA ratio in normally healed peritoneum is the same as in uninjured tissue.  58th Annual Meeting of the American Society for Reproductive Medicine, Seattle, WA, October 2002.  Fertility and Sterility Program and Abstract Supplement, 2002.

147.    **Saed GM**, Diamond MP.  Matrix metalloproteinase (MMP-1, MMP-2), and tissue inhibitor for metalloproteinase (TIMP-1) expression by human peritoneal mesothelial cells:  effect of fibrin sealant.  58th Annual Meeting of the American Society for Reproductive Medicine, Seattle, WA, October 2002.  Fertility and Sterility Program and Abstract Supplement, 2002.

148.    **Saed GM**, Diamond MP.  Dichloroacetate (DCA) significantly increases the expression of inducible nitric oxide synthase (INOS) in human fibroblasts of adhesion tissues, but not in normal peritoneum.  58th Annual Meeting of the Society for Reproductive Medicine, Seattle, WA, October 2002.  Fertility and Sterility Program and Abstract Supplement, 2002.

149.    Rout UK, Collins KL, **Saed GM**, Diamond MP.  Adhesion to laminin upregulated β1 integrin subunit expression in PC12 cells.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 495, 226A, 2002.

150. Freeman ML, **Saed GM**, Elhammady EF, Diamond MP. Elevation of Type I collagen mRNA in peritoneal adhesions. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 822, 331A, 2002.

151. Gago LA, **Saed G**, Wang R, Elhammady EF, Diamond MP. Seprafilm (modified hyaluronic acid carboxymethylcellulose) acts as a mechanical barrier. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 788, 321A, 2002.

152. Chauhan S, **Saed GM**, Johns DA, Duvall V, Collins K, Diamond MP. Increased IL-10 gene expression in endometriotic tissues. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 286, 156A, 2002.

153. Rout UK, Collins K, **Saed GM**, Diamond MP. Gene profiling of human fibroblasts from adhesions and normal peritoneum. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 821, 331A, 2002.

154. **Saed GM**, Elhammady EF, Boytchev BG, Wang RX, Munkarah AR, Diamond MP. Inhibition of cyclooxygenase-2 in human adhesion fibroblasts reduces the expression of MMP-1 and TIMP-1. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 824, 332A, 2002.

155. **Saed GM**, Elhammady EF, Munkarah AR, Boytchev BG, Wang RX, Diamond MP. Inhibition of cyclooxygenase-2 in human adhesion fibroblasts reduces the expression of transforming growth factor beta-1. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 509, 230A, 2002.

156. **Saed GM**, Elhammady EF, Collins KL, Boytchev BG, Munkarah AR, Diamond MP. Adhesion phenotype: Cyclooxygenase-2 is expressed in fibroblasts isolated from adhesions, but not from normal peritoneal tissues. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 275, 153A, 2002.

157. **Saed GM**, Elhammady EF, Collins KL, Kowalczyk CL, Leach RE, Diamond MP. Adhesion phenotype: profiling of fibroblasts isolated from human normal peritoneal and adhesion tissues using apoptosis gene arrays. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 274, 153A, 2002.

158. **Saed GM**, Elhammady EF, Boytchev BG, Wang RX, Collins KL, Diamond MP. Reduction of the expression of Type I and III collagens in human adhesion fibroblasts, but not in normal peritoneal fibroblasts by the inhibition of cyclooxygenase-2. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 570, 250A, 2002.

159.    **Saed GM**, Elhammady EF, Bieber E, Wang RX, Kowalczyk CL, Diamond MP. Dichloroacetate significantly reduces the expression of cyclooxygenase-2 in human fibroblasts of adhesion tissues. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 823, 331A, 2002.

160.    **Saed GM**, Elhammady ES, Collins, KL, Wang RX, Rout UK, Diamond MP. Adhesion phenotype: p53 is expressed in fibroblasts isolated from adhesions but not from normal peritoneal tissues. 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002. Journal of the Society for Gynecologic Investigation 9(1): 789, 322A, 2002.

161.    Diamond MP, Elhammady E, Wang R, **Saed GM**. Metabolic regulation of collagen I in fibroblasts isolated from normal peritoneum and adhesions by dichloroacetic acid (DCA). 28th Scientific Meeting of Gynecologic Surgeons, Dallas, TX, March 2002. Proceedings 2002.

162.    Diamond MP, Freeman ML, Leach RE, Collins K, **Saed GM**. An adhesion promoting phenotype: Implications for postoperative adhesion development. 30th Annual Meeting American Association of Gynecologic Laparoscopists, Global Congress of Gynecologic Endoscopy, San Francisco, CA, November 2001. Proceedings 2001.

163.    **Saed GM**, Boytchev B, Collins K, Diamond MP. Differences in the rate of apoptosis following hypoxia in human peritoneal and adhesion fibroblasts. 30th Annual Meeting American Association of Gynecologic Laparoscopists, Global Congress of Gynecologic Endoscopy, San Francisco, CA, November 2001. Proceedings 2001.

164.    Rout UK, Collins KL, **Saed GM**, Diamond MP. Gene profiling of human fibroblasts from adhesions and normal peritoneum. 57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001. Fertility and Sterility Program Supplement, 2001.

165.    Freeman ML, **Saed GM**, Elhammady EF, Diamond MP. Elevation of Type I collagen mRNA in peritoneal adhesions. 57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001. Fertility and Sterility Program Supplement, 2001.

166.    **Saed GM**, Diamond MP. Modulation of the BCL-2/BAX ratio by IFN-GAMMA and hypoxia in human peritoneal and adhesion fibroblasts. 57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001. Fertility and Sterility Program Supplement, 2001.

167.    **Saed GM**, Boytchev B, Collins K, Diamond MP. Significance of the effect of hypoxia on the rate of apoptosis of human peritoneal and adhesion fibroblasts for postoperative adhesion development. 57th Annual Meeting of the American Society for  Reproductive Medicine, Orlando, FL, October 2001. Fertility and Sterility Program Supplement, 2001.

168.   **Saed GM**, Diamond MP.  Modulation of the expression of tissue plasminogen activator and its inhibitor by hypoxia in human peritoneal and adhesion fibroblasts.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.  Fertility and Sterility Program Supplement, 2001.

169.   Munkarah AR, Morris RT, Baumann P, Malone Jr. JM, Deppe G, Diamond MP, **Saed GM**.  Prostaglandin $E_2$ stimulates proliferation and reduces apoptosis in epithelial ovarian cancer cell lines.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 505, 194A, 2001.

170.   Rout UK, Boytchev BG, **Saed GM**, Diamond MP.  Transforming growth factor-β1 and expression of cytoskeletal proteins in human peritoneal fibroblasts.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 600, 222A, 2001.

171.   **Saed GM**, Diamond MP. Increasing glucose concentrations results in an increase in Type I collagen expression via TGF-β1 dependent mechanism in human peritoneal fibroblasts.  48[th]Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 617, 227A, 2001.

172.   **Saed GM**, Munkarah AR, Morris R, Collins K, Diamond MP.  Differential modulation of BCL-2/BAX ratio by hypoxia in peritoneal and adhesion fibroblasts cultured from the same patient. 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 503, 194A, 2001.

173.   **Saed GM**, Collins K, Diamond MP.  Interferon gamma blocks the stimulating effect of hypoxia on the expression of type I collagen and fibronectin in human peritoneal and adhesion fibroblasts.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 469, 184A, 2001.

174.   **Saed GM**, Freeman ML, Leach RE, Collins K, Diamond MP.  The effect of interferon gamma and hypoxia on the expression of TGF-β isoforms in human peritoneal and adhesion fibroblasts.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 468, 184A, 2001.

175.   **Saed GM**, Boytchev B, Collins K, Diamond MP.  Significance of the effect of hypoxia on the rate of apoptosis of human peritoneal and adhesion fibroblasts in postoperative adhesion development.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1), 2001.

176. **Saed GM**, Freeman ML, Leach RE, Collins K, Diamond MP.  The effect of normoxia after hypoxia treatment of the expression of Type I collagen and TGF-β1 in human peritoneal fibroblasts:  implications for postoperative adhesion development.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 620, 228A, 2001.

177. Freeman ML, **Saed GM**, Diamond MP.  Increased TGF-β1/β3 ratio following surgically induced peritoneal injury.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 624, 229A, 2001.

178. Freeman ML, **Saed GM**, Diamond MP.  Ovaries influence postoperative adhesion formation independent of the estrogenic milieu.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 380, 159A, 2001.

179. Diamond MP, Munkarah AR, Morris RT, **Saed GM**.  Modulation of the BCL-2/BAX ratio by IFN-$\gamma$ and hypoxia in human peritoneal and adhesion fibroblasts.  32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.  Proceedings 2001.

180. Munkarah AR, Morris RT, Baumann P, Malone JM Jr, Deppe G, Diamond MP, **Saed GM**.  Prostaglandin in induced COX-2 expression and reduced apopotosis in epithelial ovarian cancer cells.  32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.  Proceedings 2001.

181. Baumann P, Munkarah AR, Morris RT, Diamond MP, Deppe G, Malone J, **Saed GM**.  The effect of hypoxia on the expression of HIF-1β, BAX, and BCL-2 in the epithelial ovarian cancer cell line MADH2774.  32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.  Proceedings 2001.

182. **Saed GM**, Zhang WW, Diamond MP.  Effective glucose on the expression of Type I collagen and transforming growth factor (TGF-β1) in human peritoneal.  ASRM 56th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2000.  Fertility and Sterility Program and Abstract Supplement, 2000.

183. Munkarah AR, Baumann P, Morris RT, Diamond MP, **Saed GM**, Deppe G.  Induction of cyclooxygenase-2 by prostaglandin $E_2$ in human ovarian cancer cell lines.  53rd Congress of the DGGG, German Society of Gynecology and Obstetrics eV, Munich, Germany, June 2000.  Proceedings 2000.

184. Baumann P, Zhang WW, Munkarah AR, Morris RT, Diamond MP, **Saed GM**, Deppe G.  The effect of hypoxia on the expression of HIF-1α, BAX, and BCL2 in the human SKOV ovarian cancer cell line.  53rd Congress of the DGGG, Munich, Germany, June 2000.  Proceedings 2000.

185.   Munkarah AR, Zhang WW, Morris RT, Baumann P, **Saed GM**, Diamond MP.  Induction of Cyclooxygenase-2 MRNA by prostaglandin $E_2$ in human ovarian cancer cells.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

186.   Rout UK, Zhang, WW, Yelian FD, **Saed GM**, Diamond MP.  Modulation of integrin expression by transforming growth factor-β1 and hypoxia in the human peritoneal fibroblasts.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

187.   **Saed GM**, Zhang WW, Diamond MP.  Type I collagen production by human peritoneal fibroblasts in response to hypoxia and/or transforming growth factor-beta 1 (TGF-β1) treatments.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000. Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

188.   **Saed GM**, Zhang WW, Diamond MP.  The effect of hypoxia on TGF-β1 on the expression of cellular fibronectin in human peritoneal fibroblast cells in culture.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

189.   **Saed GM**, Zhang WW, Holmdahl L, Chegini N, Diamond MP.  The effect of hypoxia on TGF-β1 on the expression of cellular fibronectin in human peritoneal mesothelial cells in culture.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

190.   **Saed GM**, Zhang WW, Diamond MP.  The expression of transforming growth factor beta 1 (TGF-β1) and its receptor by the human peritoneal fibroblasts in response to hypoxia. 47th Annual Meeting of the Society for Gynecologic Investigation, SGI  2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

191.   **Saed GM**, Zhang WW, Leach RE, Diamond MP.  Type I collagen expression in adhesion and normal peritoneal tissues.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation   Program and Abstracts 2000.

192.    Diamond MP, Yelian FD, Zhang W, Chigini N, Holmdahl L, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study Group.  Vascular endothelial growth factor (VEGF) levels are elevated in adhesion tissue in humans.  Annual Meeting of the American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 1999. Proceedings   1999.

193.    **Saed GM**.  Basics of cutaneous wound repair.   4th International Conference on Postoperative Healing and Adhesions, Fort Lauderdale, FL, October 1999.  Proceedings 1999.

194.    **Saed GM**.  The role of extracellular matrix in the formation of postoperative adhesion. 4th International Conference on Postoperative Healing and Adhesions, Fort Lauderdale, FL, October 1999.  Proceedings 1999.

195.    **Saed GM**, Zhang WW, Falk P, Holmdahl L, Diamond MP.  The effect of hypoxia and TGF-   β1 on the expression of tissue inhibitors of metalloproteinases (TIMP-1) in human peritoneal mesothelial cells.  Joint meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, Toronto, Ontario, Canada, September 1999.  Fertility and Sterility Program and Abstracts 1999.

196.    Yelian FD, Zhang WW, Zhuang LZ, Wei KA, **Saed GM**, Seufer DB, Diamond MP. Expression of activin-A and matrix metalloproteinases (MMP) in human cytotrophoblasts.  Joint Meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, Toronto, Ontario, Canada, September 1999.  Fertility and Sterility Program and Abstracts 1999.

197.    Zhang WW, Yelian FD, Wei KA, **Saed GM**, Seifer DB, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.  Hypoxia regulated activin-α expression in fibroblasts.  Joint meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, September 1999.  Fertility and Sterility Program and  Abstracts 1999.

198.    Chegini N, Kosteos K, Zhao Y, Patel A, Bennett B, Diamond MP, Holmdahl L, Nickerson C, Skinner K, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study Group. The expression of matrix metalloproteinases (MMPs) and tissue inhibitor of MMPs (TIMPs) in various intraperitoneal tissues and their relation to adhesion development. Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March    1999. Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/ February 1999.

199.    **Saed GM**, Zhang W, Chegini N, Holmdahl L, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study Group.  Collagen I and III production by human peritoneal mesothelial cells in response to hypoxia and/or TGF-β1 treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.   Journal of the Society of Gynecologic Investigation, Volume 6(1) Supplement, January/ February 1999.

200.    **Saed GM**, Zhang W, Holmdahl L, Chegini N, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study Group.  The transforming growth factor beta isoforms (TGF-βs) production by human peritoneal mesothelial cells in response to hypoxia treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.   Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

201.    Diamond MP, **Saed GM**, Yelian FD, Zhang W, Chegini N, Holmdahl L; Peritoneal Healing and Adhesion Multi-University Study Group.  Vascular endothelial growth factor (VEGF) levels are elevated in adhesion tissue in humans.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Journal of the   Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

202.    **Saed GM**, Zhang W, Chegini N, Holmdhal L, Diamond MP; Peritoneal Healing and Adhesion Multi University Study (PHAMUS) Group.  The transforming growth factor beta isoforms production by human peritoneal mesothelial cells in response to hypoxia treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.   Journal of the Society for Gynecologic Investigation Volume 6(1) Supplement, January/February 1999.

203.    **Saed GM**, Zhang W, Chegini N, Holmdhal L, Diamond MP;  Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.  Collagen type I and type III production by human mesothelial cells in response to hypoxia and/or TGF-β1 treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.   Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

204.    Leach RE, **Saed GM**, Zhang W, Holmdhal L, Chegini N, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.  Human mesothelial cell hypoxia induces  hypoxia inducible factor-1α expression.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Journal of the   Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

205.    Zhang W, **Saed GM**, Yelian F, Diamond MP.  Hypoxia suppresses the stimulatory effect of  TGF-α1 on MMP-9 activity.   Annual Meeting of the Society for Gynecologic Investigation,  Atlanta, GA, March 1999.  Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

206.    Chegini N, Zhao Y, Kosteos K, Bennett B, McLean F, Diamond MP, Holmdahl L, Nickerson C, Burns J; Peritoneal  Healing and Adhesion Multi-University Study (PHAMUS) Group (**Saed GM**).   Comparative analysis of matrix metalloproteanase (MMP-1), tissue inhibitor of   MMP (TIMP-1) and MMP-1/TIMP-1 complex expression in intraperitoneal environment and their relation to adhesion development. Annual  Meeting of the American Society of Reproductive Medicine, San Francisco, CA, October 1998. Fertility and Sterility Program and Abstracts 1998.

207.  Holmdahl L, Falk P, Ivarsson M-L, Palmgran I, Hendgren M, Chegini N, Diamond MP, Skinner K; Peritoneal Healing and Adhesion Multi-University Study Group (**Saed GM**). Plasminogen activator and inhibitor in abdominal wall and peritoneal cavity.  Annual Meeting of the European Tissue Repair Society, Copenhagen, Denmark, August 1998. Proceedings and Abstracts1998.

208.  Choucair M, Ladin D, Olson J, Han X, **Saed GM**, Fivenson D.  Anti-α1 integrin treatment selectively induces apoptosis in keloid fibroblasts.  Wound Repair and Regeneration Annual Meeting, 1998.  Wound Repair and Regeneration 6:250, 1998.

209.  Ladin D, **Saed GM**, Olson J, Han X, Hou Z, Fivenson D.  Keloids, p53, apoptosis and repair:  a new theory of keloidogenesis.  Wound Repair and Regeneration Annual Meeting, 1998.  Wound Repair and Regeneration 6: 258, 1998.

210.  **Saed GM**, Ladin D, Fivenson D.  The role of apoptosis and p53 in the pathogenesis of keloids.  Journal of Investigative Dermatology 110: 597, 1998.

211.  Fivenson D, Max J, Kalaaji A, Olson J, Han X, **Saed GM**.  Cytokine modulation in the response to PUVA: A CTCL organ culture model.  Journal of Investigative Dermatology 110: 654, 1998

212.  Fivenson D, **Saed GM**.  Apoptosis and T-cell cytokine effects of in vitro PUVA in CTCL.  Photomedicine and Photobiology, 1998.

213.  **Saed GM**, Max J, Pomaranski M, Olson J, Han X, Fivenson D.  Apoptosis modulation in the response of CTCL to PUVA.  Journal of Investigative Dermatology 110: 698,  1998.

214.  Choucair M, Ladin D, Olson J, Han X, **Saed GM**, Fivenson D.  Anti-α1 integrin treatment selectively induces apoptosis in keloid fibroblasts.  Journal of Investigative Dermatology 110:598, 1998.

215.  **Saed GM**, Ladin D, Olson J, Han X, Fivenson D.  Apoptosis dysregulation in keloid fibroblasts.  Journal of Investigative Dermatology 110:653, 1998.

216.  **Saed GM**, Ladin D, Olson J, Han X, Fivenson D.  P53 and apoptosis in the pathogenesis of keloids.  Journal of Investigative Dermatology 108:580, 1997.

217.  **Saed GM**, Olson J, Han X, Fivenson D.  Apoptosis regulation in the pathogenesis of cutaneous T cell lymphoma (CTCL).  Journal of Investigative Dermatology 108:610, 1997.

218.  **Saed GM**, Fivenson D.  The effect of PUVA treatment on HUT78 cell differential gene expression.  Journal of Investigative Dermatology 106:906, 1996.

219.  Hou Z, **Saed GM**, Fivenson D, Ladin D.  Hypoxia does not alter cytokine production by keloid fibroblasts.  Journal of Investigative Dermatology 104:669, 1995.

220.  Ladin D, Hou Z, **Saed GM**, Fivenson D.  Hypoxia upregulates TGF-β1 and its receptor expression by monocytes but its effects are blocked by chronic wound fluid.  Journal of Investigative Dermatology 104: 590, 1995.

221.  Fivenson D, Elkheimi M, **Saed GM**, Nickoloff B.  Modulation of IL-10 expression in HUT78 cells: Insights into the pathobiology and treatment of CTCL.  Journal of Investigative Dermatology 104: 648, 1995.

222.  Fivenson DP, **Saed GM**.  Augmentation of Th1 cytokines during phototherapy of CTCL II:  a key role for IL-12.  Journal of Investigative Dermatology 104: 648, 1995.

223.  **Saed GM**, Labelle D, Fivenson D.  Detection of differentially displayed cDNA fragments in normal vs Sezary syndrome leukocytes.  Journal of Investigative Dermatology 104: 673, 1995.

224.  **Saed GM**, Fivenson DP, Nickoloff BJ.  Quantitative PCR analysis of Th-1 cytokines in HUT78 cells after exposure to PUVA in vitro.  Journal of Investigative Dermatology 102: 585, 1994.

225.  Fivenson DP, **Saed GM**.  Augmentation of Th-1 cytokines in the peripheral blood of Sezary syndrome patients after treatment with ECCP.  Journal of Investigative Dermatology 102: 586, 1994.

226.  Fivenson DP, **Saed GM**, Nickoloff BJ.  Modulation of IL-10 expression in HUT78 cells: insights into the pathobiology and treatment of CTCL.  Clinical Research 42: 232, 1994.

227.  Fivenson DP, **Saed GM**.  Expression of VEGF gene products:  rapid demonstration of clonality in cutaneous T cell lymphoma.  Journal of Cutaneous Pathology 20: 540, 1994.

228.  **Saed GM**, Fivenson DP.  Augmentation of Th-1 cytokines in the peripheral blood of SZ patients upon treatment with extracorporeal photopheresis.  Clinical Research 41: 664, 1993.

229.  Fivenson DP, **Saed GM**, Nickoloff BJ.  Cytokine mRNA profile in CTCL:  mycosis fungoides is Th1, and Sezary syndrome is Th2.  Journal of Investigative Dermatology 100: 556 1993.

230.  **Saed GM**, Fivenson DP.  Detection of T-cell clonality in mycosis fungoides by PCR-metaphore agarose analysis of T-cell receptor-$\gamma$.  Clinical Research 41: 459, 1993.

231.  Stein L, **Saed GM**, Fivenson D.  T-cell cytokines in lupus erythematosus:  Aberrant IL-2, IL-5 and IFN$\gamma$ mRNA levels in skin lesions.  Clinical Research 41: 467, 1993.

232.  Dillon M, **Saed G**, Fivenson D.  PCR analysis of Borrelia burgdorferi in skin lesions of morphea, Scleroderma, and Lichen Sclerosus et Atrophicans.  Clinical Research 41: 427, 1993.

233.  **Saed GM**, Fivenson D, Naidu Y, Nickoloff B.  Mycosis fungoides and psoriasis exhibit a Th1 type cell mediated response while Sezary Syndrome expresses A Th2 type r esponse.  Clinical Research 40: 730, 1992.

234.  **Saed GM**, Fivenson DP, Beck ER, Dunstan RW, Moore PF.  T-cell receptor gene conservation and rearranged clones in canine mycosis fungoides.  Clinical Research 40: 505, 1992.

**Non Peer-Reviewed Publications**

**Other (On-Line Publications) * Indicates student, trainee, or postdoctoral**

1. *Nusrat O, *Belotte J, *Fletcher NM, *Memaj I, *Saed MG, Diamond MP, **Saed GM**.  The role of angiogenesis in the persistence of chemoresistance in epithelial ovarian cancer. www.OncToday.com, Beyond the Abstract, June 21, 2016.

2. *Belotte J, *Fletcher NM, *Alexis M, Morris RT, Munkarah AR, Diamond MP, **Saed GM**. Sox2 gene amplification significantly impacts overall survival in serous epithelial ovarian cancer. Global Medical Discovery Series (*Key Scientific Article Contributing to Excellence in Biomedical Research*), summer issue 2015.

3. *Fletcher NM, *Saed MG, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**.  Uterine fibroids are characterized by an impaired antioxidant cellular system:  potential role of hypoxia in the pathophysiology of uterine fibroids.  Featured article.  MDLinx.com/ obstetrics-gynecology/ news-article, November 2013.

# PRESENTATIONS

**Podium Presentations (Referred)**

1. *Novel Target for Ovarian Cancer Immunotherapy.*  48th Annual Meeting of the Society of Gynecologic Oncology's Women's Cancer, National Harbor, MD, March 2017.

2. *Targeting Integrin αV/β1 Receptor Manifests Intriguing Anti-Tumor Effects in Sensitive and Chemoresistant Ovarian Cancer Cells:  Potential Therapeutic Target.*  64th Annual Scientific Meeting of the Society for Reproductive Investigation, Orlando, FL, March 2017.

3. *Human Adhesion Fibroblasts are Characterized by Reduction in the level* of *Pluripotency Markers as Compared to Normal Peritoneal Fibroblasts.*  72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016.

4. *Anti-Mullerian Hormone (AMH) for Prevention of Tissue Activation after Vitrified/Thawed Ovarian Cortex Xenotransplantation.*  72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016.

5. *Dichloroacetate Induces Apoptosis of Uterine Leiomyoma Cells Through A Mechanism Involving Modulation of Oxidative Stress.*  63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 2016.

6. *Chemoresistance in Epithelial Ovarian Cancer Cells is Controlled by Mechanisms Emanating from Chemotherapy-Induced Genotype Switch in Glutathione Peroxidase, Through the Up-Regulation of Cytidine Deminase.*  62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015.

69

7.   *Elevated Serum Anti-Müllerian Hormone (AMH) Stalls Ovarian Follicle Development by Downregulating FSH- and LH-Receptors and Inhibin-B Production.* Proceedings of the 71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.

8.   *Hypochlorous Acid Reversibly Inhibits Caspase-3: A Potential Regulator of Apoptosis.* Joint Meeting of the 22nd Society for Redox Biology and Medicine (SFRBM) and 17th Society for Free Radical Research International (SFRRI), Boston, MA, November 2015.

9.   *The In-Vivo Effects of Superoxide Dismutase on the Incidence and Severity of Post-Operative Adhesion Development.* 70th Annual Meeting of the American Society for Reproductive Medicine, Honolulu, HI, October 2014.

10.   *Superoxide Dismutase Significantly Delayed the Development of Cisplatin Resistance in Epithelial Ovarian Cancer Cells.* American Association for Cancer Research's Precision Medicine Series: Drug Sensitivity and Resistance. Improving Cancer Therapy Special Conference, Orlando, FL, June 2014.

11.   *Chemoresistant Ovarian Cancer Cells Manifest Lower Vascular Endothelial Growth Factor and Hypoxia Induced Factor-1α: A Potential Survival Mechanism.* American Association for Cancer Research's Precision Medicine Series: Drug Sensitivity and Resistance. Improving Cancer Therapy Special Conference, Orlando, FL, June 2014.

12.   *Dicholoroacetate Increases Sensitivity to Chemotherapy by Modulation of Antioxidants in Epithelial Ovarian Cancer.* 61st Annual Meeting of the Society for Gynecologic Investigation, Florence, Italy, March 2014.

13.   *Catalase and NADPH Oxidase Single Nucleotide Polymorphisms Are Associated with Increased Risk and Serve As Potential Targets for Breast and Ovarian Cancers.* 104th Annual Meeting of the American Association for Cancer Research, Washington, DC, April 2013.

14.   *The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer.* Poster session B. Advances in Ovarian Cancer Research: From Concept to Clinic. American Association for Cancer Research, Miami, FL, September 2013.

15.   *Catalase and NADPH Oxidase Single Nucleotide Polymorphisms Are Associated with Increased Risk and Serve As Potential Targets for Breast and Ovarian Cancers.* 104th Annual Meeting of the American Association for Cancer Research, Washington, DC, April 2013.

16.   *Endometrial Insulin Pathway during Ovarian Stimulation for Assisted Reproductive Technology (ART).* 68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012.

17.   *NADPH Oxidase p22-Phox Gene Polymorphism in Women is Associated with the Development of Postoperative Adhesions.* 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012.

18. *Metabolism and Oxidative Stress:  Integral Role in Regulation of the Adhesion Phenotype.*  58th Annual Meeting of the Society for Gynecologic Investigation, Miami Beach, FL, March 2011.

19. *Mass Spectrometric Identification of HOCl-Mediated Heme Degradation Products of Hemoglobin.*  59th ASMS Conference on Mass Spectrometry, Denver, CO, 2011.

20. *Inhibition of NADPH Oxidative Reductase Promotes Apoptosis in Epithelial Ovarian Cancer Cells.*  39th Annual Meeting of the Global Congress of Minimally Invasive Gynecology AAGL, Las Vegas, NV, November 2010.

21. *Reaction of Hemoglobin and Red Blood Cells with Hypochlorous Acid and Mechanism of Heme Destruction and Free Iron Release.*  17th Annual Meeting of the Society for Free Radical Biology and Medicine, Orlando, FL, November 2010.

22. *Liquid Chromatography Atmospheric Pressure Ionization Tandem:  Mass Spectrometry Identifies Novel Hypochlorous Acid Reaction Products of Lycopene.*  58th Annual Meeting of the American Society of Mass Spectrometry, Salt Lake City, UT, May 2010.

23. *Role of Polychlorinated Biphenyls Enhancement of Lipid Peroxidation in Human Normal Peritoneal and Adhesion Fibroblasts.*  38th Annual Meeting of Global Congress of Minimally Invasive Gynecology AAGL, Orlando, FL, November 2009.

24. *Hydrogen Peroxide Bioavailability Determines the Sensitivity of Human Normal Peritoneal and Adhesion Fibroblasts to Hypoxia-Induced Lipid Peroxidation.*  38th Annual Meeting of Global Congress of Minimally Invasive Gynecology AAGL, Orlando, FL, November 2009.

25. *S-Nitrosylation of Caspase-3 Is the Mechanism by Which Adhesion Fibroblasts Manifest Lower Apoptosis.*  36th Annual Meeting of the American Association of Gynecologic Laparoscopists, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.

26. *Generation of Superoxide by Inducible Nitric Oxide Synthase in L-Arginine Deficient Fibroblasts Established From Human Adhesion Tissues.*  36th AAGL Annual Meeting, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.

27. *Hypoxia Stimulation of Expression of Type I Collagen and Fibronectin in Human Peritoneal and Adhesion Fibroblasts:  Blockage by Interferon Gamma.*  36th AAGL Annual Meeting, Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2007.

28. *Superoxide Induces the Adhesion Phenotype:  Role of Hypoxia in the Pathogenesis of the Adhesion Development.* Global Congress of Minimally Invasive Gynecology, 36th Annual Meeting of the American Association of Gynecologic Laparoscopists, Washington, DC, November 2007.

29. *Nitric Oxide Synthase Isoforms are Differentially Expressed in Fibroblasts Isolated from Human Normal Peritoneum and Adhesion Tissues.*  63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 2007.

30. *Regulation of the Expression of INOS, COX-2, and VEGF in Postoperative Adhesions.* 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

31. *Omega-3 Fatty Acid Prevents and Mitigates the Adhesion Phenotype in Normal Human Peritoneal and Adhesion Fibroblasts.* 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

32. *IL6 Expression in Human Normal Peritoneal and Adhesion Fibroblasts: Regulation by Hypoxia.* 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

33. *The Cross-Talk between Myeloperoxidase and Inducible Nitric Oxide Synthase in Post-operative Adhesions.* 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

34. *TNF-Alpha Expression in Human Normal Peritoneal and Adhesion Fibroblasts: Regulation by Hypoxia.* 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.

35. *L-Arginine Deficiency in Fibroblasts Established from Human Adhesion Tissues Leads to the Generation of Superoxide by Inducible Nitric Oxide Synthase.* 53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.

36. *Regulation of Inducible Nitric Oxide Synthase in Post-Operative Adhesions.* 34th Annual Meeting of the American Association of Gynecologic Laparoscopists, Chicago, IL, November 2005.

37. *Cyclooxygenase-2 Inhibitors Enhance Apoptosis of Adhesion Fibroblasts.* 34th Annual Meeting of the American Association of Gynecologic Laparoscopists, Chicago, IL, November 2005.

38. *The Effects of Estradiol on the Expression of Estrogen, Progesterone, Androgen, and Prolactin Receptors in Human Peritoneal Fibroblasts.* 61st Annual Meeting of the American Society for Reproductive Medicine and the 1st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.

39. *Possible Role of Natural Immune Response against Fibroblasts in the Development of Post-Operative Adhesions.* 61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.

40. *Knockout of Inducible Nitric Oxide Expression Significantly Reduces the Expression of Type I Collagen and Transforming Growth Factor-β1 in Human Peritoneal and Adhesion Fibroblasts.* 61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. **Prize Paper Candidate**

72

41.   *Regulation of Inducible Nitric Oxide Synthase in Post-Operative Adhesions.* 52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.

42.   *Differential Expression of Myeloperoxidase (MPO) in Fibroblasts Isolated from Normal Peritoneal and Adhesion Tissues.* 4th International Peroxidase Meeting Joint with the 10th Myeloperoxidase Meeting, Shimokyo-Ku, Kyoto City, Japan, October 2004.

43.   *Fibroblasts Isolated from Normal Peritoneal and Adhesion Tissues Differentially Express Myeloperoxidase (MPO).* 60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.

44.   *Hypoxia Up-Regulates Cyclooxygenase-2 and Prostaglandin $E_2$ Levels in Human Peritoneal Fibroblasts.* 60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.

45.   *Dichloroacetate Inhibition of Angiogenesis Caused by Hypoxia Treatment of Normal Peritoneal and Adhesion Fibroblasts in Human Umbilical Vein Endothelial Cells.* 60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.

46.   *Dichloroacetate Significantly Increase the Expression of the Transcription Nuclear Factor Kappa-β in Fibroblasts of Human Adhesion Tissues.* 51st Annual Scientific Meeting of the Society for Gynecologic Investigation, Houston, TX, March 2004.

47.   *Stimulation of Expression of Vascular Endothelial Growth Factor by Hypoxia from Fibroblasts Isolated from Normal Peritoneum and Adhesion Tissues.* 32nd Annual Meeting of The American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 2003.

48.   *Inhibition of Nitric Oxide Production by N-Nitro-L-Arginine Methyl Ester Increased the Expression of Type I Collagen in Human Peritonal Fibroblasts.* 59th Annual Meeting of American Society for Reproductive Medicine, San Antonio, TX, October 2003.

49.   *Apoptosis of Human Peritoneal and Adhesion Fibroblasts After Hypoxia:   Role of Inducible Nitric Oxide Synthase.* 59th Annual Meeting of American Society for Reproductive Medicine, San Antonio, TX, October 2003.

50.   *Inhibition of Cyclooxygenase-2 in Fibroblasts Isolated from Normal Peritoneum and Adhesion Tissues Decreases the Expression of Hypoxia Inducible Factor-1 Alpha.* 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

51.   *Tissue Plasminogen Activator/Plasminogen Activator Inhibitor-1 (tPA/PAI-1) Modulation by Tisseel.* 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

52.   *Hypoxia Increases the Expression of Vascular Endothelial Growth Factor in Fibroblasts Isolated From Human Normal Peritoneum and Adhesion Tissues.* 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

53.  *Dichloroacetate Significantly Reduces the Expression of Vascular Endothelial Growth Factor in Fibroblasts of Human Adhesion Tissues.* 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

54.  *Transforming Growth Factor-Beta 1 (TGF-β1) and Extracellular Matrix Production by Human Peritoneal Mesothelial Cells:  Effect of Tisseel® Fibrin Sealant).* 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

55.  *Cyclooxygenase-2 Inhibition Decreases the Expression of Vascular Endothelial Growth Factor from Fibroblasts Isolated from Normal Peritoneum and Adhesion Tissues.* 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.

56.  *Elevation of Type I Collagen mRNA in Peritoneal Adhesions.* 31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.

57.  *Cyclooxygenase-2 Expression in Human Fibroblasts Isolated from Adhesions But Not from Normal Peritoneal Tissues.* 31st Annual Meeting of the American Association of Gynecologic  Laparoscopists, Miami, FL, November 2002.

58.  *Existence of p53 Expression in Human Fibroblasts Isolated from Adhesions, But Not from Normal Peritoneal Tissues.* 31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.

59.  *Matrix Metalloproteinase (MMP-1, MMP-2), and Tissue Inhibitor for Metalloproteinase (TIMP-1) Expression by Human Peritoneal Mesothelial Cells:  Effect of Fibrin Sealant.* 58th Annual Meeting of the American Society for Reproductive Medicine, Seattle, WA, October 2002.

60.  *Dichloroacetate (DCA) Significantly Increases the Expression of Inducible Nitric Oxide Synthase (INOS) in Human Fibroblasts of Adhesion Tissues, But Not In Normal Peritoneum.* 58th Annual Meeting of the Society for Reproductive Medicine, Seattle, WA, October 2002.

61.  *Seprafilm (Modified Hyaluronic Acid Carboxymethylcellulose) Acts as a Mechanical Barrier.* 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

62.  *Inhibition of Cyclooxygenase-2 in Human Adhesion Fibroblasts Reduces the Expression of MMP-1 and TIMP-1.* 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

63.  *Inhibition of Cyclooxygenase-2 in Human Adhesion Fibroblasts Reduces the Expression of Transforming Growth Factor Beta-1.* 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

64.  *Adhesion Phenotype:  Cyclooxygenase-2 is Expressed in Fibroblasts Isolated From Adhesions, But Not From Normal Peritoneal Tissues.* 49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

65.   *Reduction of the Expression of Type I and III Collagens in Human Adhesion Fibroblasts, But Not in Normal Peritoneal Fibroblasts by the Inhibition of Cyclooxygenase-2*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

66.   *Dichloroacetate Significantly Reduces the Expression of Cyclooxygenase-2 in Human Fibroblasts of Adhesion Tissues*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

67.   *Adhesion Phenotype: p53 is Expressed in Fibroblasts Isolated From Adhesions But Not From Normal Peritoneal Tissues*.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.

68.   *Metabolic Regulation of Collagen I in Fibroblasts Isolated from Normal Peritoneum and Adhesions by Dichloroacetic Acid (DCA)*.   28th Scientific Meeting of Gynecologic Surgeons, Dallas, TX, March 2002.

69.   *An Adhesion Promoting Phenotype: Implications for Postoperative Adhesion Development*.  30th Annual Meeting American Association of Gynecologic Laparoscopists, Global Congress of Gynecologic Endoscopy, San Francisco, CA, November 2001.

70.   *Differences in the Rate of Apoptosis Following Hypoxia in Human Peritoneal and Adhesion Fibroblasts*.   30th Annual Meeting American Association of Gynecologic Laparoscopists, Global Congress of Gynecologic Endoscopy, San Francisco, CA, November 2001.

71.   *Modulation of the BCL-2/BAX Ratio by IFN-GAMMA and Hypoxia in Human Peritoneal and Adhesion Fibroblasts*.   57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.

72.   *Significance of the Effect of Hypoxia on the Rate of Apoptosis of Human Peritoneal and Adhesion Fibroblasts for Postoperative Adhesion Development*.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.

73.   *Prostaglandin $E_2$ Stimulates Proliferation and Reduces Apoptosis in Epithelial Ovarian Cancer Cell Lines*.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

74.   *Differential Modulation of BCL-2/BAX Ratio by Hypoxia in Peritoneal and Adhesion Fibroblasts Cultured from the Same Patient*.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

75.   *Interferon Gamma Blocks the Stimulating Effect of Hypoxia on the Expression of Type I Collagen and Fibronectin in Human Peritoneal and Adhesion Fibroblasts*.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

76.   *The Effect of Interferon Gamma and Hypoxia on the Expression of TGF-β Isoforms in Human Peritoneal and Adhesion Fibroblasts*.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

77.  *The Effect of Normoxia after Hypoxia Treatment of the Expression of Type I Collagen and TGF-β1 in Human Peritoneal Fibroblasts:  Implications for Postoperative Adhesion Development.* 48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.

78.  *Modulation of the BCL-2/BAX Ratio by  IFN-γ and Hypoxia in Human Peritoneal and Adhesion Fibroblasts.* 32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.

79.  *Prostaglandin in Induced COX-2 Expression and Reduced Apopotosis in Epithelial Ovarian Cancer Cells.* 32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.

80.  *The Effect of Hypoxia on the Expression of HIF-1β, BAX, and BCL-2 in the Epithelial Ovarian Cancer Cell Line MADH2774.*  32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, February 2001.

81.  *Induction of Cyclooxygenase-2 by Prostaglandin $E_2$ in Human Ovarian Cancer Cell Lines.*  53rd Congress of the DGGG, German Society of Gynecology and Obstetrics eV, Munich, Germany, June 2000.

82.  *Type I Collagen Production by Human Peritoneal Fibroblasts in Response to Hypoxia and/or Transforming Growth Factor-Beta 1 (TGF-β1) Treatments.* 47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.

83.  *The Effect of Hypoxia on TGF-β1 on the Expression of Cellular Fibronectin in Human Peritoneal Fibroblast Cells in Culture.*  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000.

84.  *Type I Collagen Expression in Adhesion and Normal Peritoneal Tissues.*  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences: Celebrating the Promise, Chicago, IL, March 2000.

85.  *Vascular Endothelial Growth Factor (VEGF) Levels Are Elevated in Adhesion Tissue in Humans.*  Annual Meeting of the American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 1999.

86.  *Basics of Cutaneous Wound Repair.*  4th International Conference on Postoperative Healing and Adhesions, Fort Lauderdale, FL, October 1999.

87.  *The Role of Extracellular Matrix in the Formation of Postoperative Adhesion.*  4th International Conference on Postoperative Healing and Adhesions, Fort Lauderdale, FL, October 1999.

88.  *The Effect of Hypoxia and TGF-β1 on the Expression of Tissue Inhibitors of Metalloproteinases (TIMP-1) in Human Peritoneal Mesothelial Cells.*  Joint meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, Toronto, Ontario, Canada, September 1999.

76

89. *Collagen Type I and Type III Production by Human Mesothelial Cells in Response to Hypoxia and/or TGF-β1 Treatments.*  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.

90. *The Role of Apoptosis and p53 in the Pathogenesis of Keloids.*  Journal of Investigative Dermatology 110: 597, 1998.

91. *Apoptosis Modulation in the Response of CTCL to PUVA.*  Journal of Investigative Dermatology 110: 698, 1998.

92. *Apoptosis Dysregulation in Keloid Fibroblasts.*  Journal of Investigative Dermatology 110:653, 1998.

93. *Apoptosis Regulation in the Pathogenesis of Cutaneous T-Cell Lymphoma (CTCL).*  Journal of Investigative Dermatology 108:610, 1997.

94. *The Effect of PUVA Treatment on HUT78 Cell Differential Gene Expression.*  Journal of Investigative Dermatology 106:906, 1996.

95. *Detection of Differentially Displayed cDNA Fragments in Normal vs Sezary Syndrome Leukocytes.*  Journal of Investigative Dermatology 104: 673, 1995.

96. *Quantitative PCR Analysis of Th-1 Cytokines in HUT78 Cells after Exposure to PUVA In Vitro.*  Journal of Investigative Dermatology 102: 585, 1994.

97. *Augmentation of Th-1 Cytokines in the Peripheral Blood of Sezary Syndrome Patients after Treatment with ECCP.*  Journal of Investigative Dermatology 102:586, 1994.

98. *Augmentation of Th-1 Cytokines in the Peripheral Blood of SZ Patients Upon Treatment with Extracorporeal Photopheresis.*  Clinical Research 41:664, 1993.

99. *Detection of T-Cell Clonality in Mycosis Fungoides by PCR-Metaphore Agarose Analysis of T-Cell Receptor-γ.*  Clinical Research 41:459, 1993.

100. *Mycosis Fungoides and Psoriasis Exhibit a Th1 Type Cell Mediated Response While Sezary Syndrome Expresses A Th2 Type Response.*  Clinical Research 40:730, 1992.

101. *T-Cell Receptor Gene Conservation and Rearranged Clones in Canine Mycosis Fungoides.*  Clinical Research 40:505, 1992.

**Poster Presentations (Referred)**

1. Fletcher NM, Awonuga AO, Memaj I, Diamond MP, **Saed GM**.  Interruption of MPO Binding to CD11B Selectively Kills Fibroblasts from Adhesion Tissues but not Normal Peritoneum.  73rd American Society for Reproductive Medicine Scientific Congress & Expo, San Antonio, TX, October-November 2017.  Proceedings: P-264, 216, 2017.  **SRS In-Training Award for Research to NM Fletcher, PhD**

2.   Fletcher NM, Memaj I,  Abusamaan MS, Juhani A, Al-Hendy A, Diamond MP, **Saed GM**.  Oxidative Stress:  A Key Regulator of Leiomyoma Cell Survival.  64th Annual Scientific Meeting for the Society for Reproductive Investigation, Orlando, FL, March 2017.  Fertility and Sterility 24(1) Supplement: F-124, 208A, 2017.

3.   Detti L, Fletcher NM, **Saed GM**, Uhlmann RA, Christiansen ME, Williams LJ.  Anti-Mullerian Hormone (AMH) Regulates BRCA1 and BRCA2 Gene Expression in an Ovarian Cortex Transplantation Model.  72nd Annual Meeting of the American Society for Reproductive Medicine, Salt Lake City, UT, October 2016.  Fertility and Sterility 106(3) Supplement: P-037, e120, 2016.

4.   Fletcher NM, Belotte J, Saed MG, Abusamaan MS, Diamond MP, **Saed GM**.  Chemotherapy Induces a Genotype Switch in Key Antioxidant Enzymes:  A Potential Mechanism of Chemoresistance in Epithelial Ovarian Cancer Cells. 63rd Annual  Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March    2016.  Reproductive Sciences 23(1) Supplement: F-248, 262-263A, 2016.

5.   Detti L, Fletcher NM, Uhlmann RA, Belotte J, Williams LJ, **Saed GM**.  Exposure to Recombinant Anti-Mullerian Hormone (AMH) Downregulates Ovarian Follicle Cells' Stemness Potential in Fresh and Vitrified/Thaw Ovarian Cortex. 63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 16-19, 2016.  Reproductive Sciences 23(1) Supplement: T-257, 180A, 2016.

6.   Nusrat O, Belotte J, Fletcher NM, Saed MG, Diamond MP, **Saed GM**.  Chemoresistant Ovarian Cancer Cells Manifest Lower Vascular Endothelial Growth Factor and Hypoxia Inducible Factor-1α:  A Potential Survival Mechanism.  63rd Annual Meeting of the Society for Reproductive Investigation, Montreal, Quebec, Canada, March 16-19, 2016.  Reproductive Sciences 23(1) Supplement: T-250, 178A, 2016.

7.   Fletcher NM, Neubauer BR, Saed MG, Abu-Soud HM, **Saed GM**.  2,4-Dinitrophenol Induced Cell Death of Ovarian Cancer Stem Cells. 62nd Annual Meeting of the  Society for Reproductive Investigation, San Francisco, CA, March 2015.    Reproductive Sciences 22(1) Supplement: S-003, 299A, 2015.

8.   Fletcher NM, Neubauer BR, Saed MG, Diamond MP, Abu-Soud HM, **Saed GM**.  Postoperative Adhesion Development is Controlled by Mechanisms Emanating from a Hypoxia-Induced Genotype Switch in Nicotinamide Adenine Dinucleotide Phosphate Oxidase Through the Up-Regulation of Cytidine Deaminase. 62nd Annual Meeting of the Society for Reproductive Investigation, San Francisco, CA, March 2015.  Reproductive Sciences 22(1) Supplement: F-042, 218A, 2015.

9.   Detti L, Williams LJ, Fletcher NM, **Saed GM**.  Anti-Müllerian Hormone (AMH) May Inhibit Oocyte Maturation and Follicular Vascularization in Human Ovarian Cortex. Proceedings of the 71st Annual Meeting of the  American  Society  for  Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P91, e136, 2015.

10.   Fletcher NM, Saed MG, Neubauer BR, Abusamaan MS, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**.   Uterine Fibroids Are Characterized by An Altered Redox Balance, Favoring A Pro-Oxidant State. 71st Annual Meeting of the American    Society for Reproductive Medicine, Baltimore, MD, October 2015. Fertility and    Sterility 104(3) Supplement: P-115, e145, 2015.

11.   Fletcher NM, Saed MG, Neubauer BR, Abu-Soud HM, Awonuga A, Diamond MP, **Saed GM**.   Shifting Anaerobic to Aerobic Metabolism Stimulates Apoptosis in Adhesion Fibroblasts Through the Modulation of the Cellular Redox Homeostasis.  71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-215, e179, 2015.

12.   Abusamaan MS, Fletcher NM, Saed MG, Al-Hendy A, Diamond MP, Berman JM, **Saed GM**.  Myeloperoxidase Serves As A Redox Switch That Regulates Apoptosis In Human Leiomyomas. 71st Annual Meeting of the American Society for Reproductive Medicine, Baltimore, MD, October 2015.  Fertility and Sterility 104(3) Supplement: P-113, e145, 2015.

13.   Fletcher NM, Detti L, Neubauer BR, Saed MG, Diamond MP, Abuzeid MI, **Saed GM**. Altered Redox State in the Endometrium of Patients Undergoing Ovarian Stimulation for Assisted Reproduction Technology.  Proceedings of the 70th Annual Meeting of the American Society for Reproductive Medicine, Honolulu, HI, October 2014.  Fertility and Sterility 102(35) Supplement: P-426, e279, 2014.

14.   Belotte J, Fletcher NM, Diamond MP, **Saed GM**.  Sox2 Gene Amplification Impacts Survival in Serous Epithelial Ovarian Cancer. 61st Annual Meeting of the Society for Investigation, Florence, Italy, March 2014.  Reproductive Sciences 21(3) Supplement: T-219, 204A, 2014.

15.   **Saed GM**, Fletcher NM, Belotte J, Levin NK, Simon MS, Abu-Soud HM, Tainsky MA, Diamond.  SNPs in Key Oxidants and Antioxidants Are Associated with Increased Risk and   Serve as Potential Targets for Ovarian Cancer.  61st Annual Meeting of the Society for Gynecologic Investigation, Florence, Italy, March 2014.   Reproductive Sciences 21(3) Supplement: T-249, 213A, 2014.

16.   Diamond MP, Fletcher NM, Saed MG, Abu-Soud HM, Al-Hendy A, **Saed GM**.  Fibroids Manifest Oxidative Stress As Compared to Normal Myometrium.  42nd Annual AAGL Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2013. The Journal of Minimally Invasive Gynecology 20(6) Suppl: S19, 2013.

17.   Diamond MP, Fletcher NM, Abuanzeh S, Saed MG, **Saed GM**.   Creation and Persistence of the Adhesion Phenotype: The Role of NOXs in Creating Oxidative Stress.   42nd Annual AAGL Global Congress of Minimally Invasive Gynecology, Washington, DC, November 2013.

18.   Fletcher NM, Saed MG, Abu-Soud HM, Al-Hendy A, Diamond MP, **Saed GM**.  Distinct Oxidative Stress Profile in Uterine Fibroids Versus Adjacent Myometrium.  Conjoint Meeting of the International Federation of Fertility Societies and the 69th American Society for Reproductive Medicine, Boston, MA, October 2013.  Fertility and Sterility 100(3) Suppl: S34, 2013.

19. Fletcher NM, Abuanzeh S, Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**. Postoperative Adhesion is Characterized by a Unique Oxidative Stress Profile Which is Responsible for Creation and Persistence of the Adhesion Phenotype. Conjoint Meeting of the International Federation of Fertility Societies and the 69th American Society for Reproductive Medicine, Boston, MA, October 2013. Fertility and Sterility 100(3) Suppl: S31, 2013.

20. Thakur M, Imudia AN, Shavell VI, Singh M, Diamond MP, Awonuga AO, **Saed GM**. Should Body Mass Index Influence the Dose of hCG for Ovulation Induction After Superovulation in IVF/ICSI cycles? 68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012. Fertility and Sterility 98(3) Suppl: P-542, S271, 2012.

21. Fletcher NM, Al-Hendy A, Diamond M, **Saed GM**. Uterine Fibroids Are Characterized by an Impaired Antioxidant Cellular System: Potential Role of Hypoxia in the Pathophysiology of Fibroids. 68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012. Fertility and Sterility 98(3) Suppl: P-403, S231, 2012.

22. Detti L, Uhlmann RA, Fletcher NM, Diamond MP, **Saed GM**. Endometrial Thyroid and Vitamin D Signaling Pathways during Ovarian Stimulation for Assisted Reproductive Technology (ART). 68th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2012. Fertility and Sterility 98(3) Suppl: P-384, S225, 2012.

23. Fletcher NM, Belotte J, Diamond MP, **Saed GM**. Dichloroacetate Increases Sensitivity to Chemotherapy Treatment of Epithelial Ovarian Cancer Cells. 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: S-065, 354A, 2012.

24. Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM. Melatonin Prevents Hypochlorous Acid Induced Alteration of the Metaphase-II Mouse Oocyte Microtubule and Chromosomal Structure. 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: E-212, 289A, 2012.

25. **Saed GM**, Fletcher NM, Ruden DM, Abu-Soud HM, Diamond MP. Epigenetics: New Insights into Postoperative Adhesion Development. 59th Annual Meeting of the  Society for Gynecologic Investigation, San Diego, CA, March 2012.

26. Nair S, **Saed GM**, Atta HM, Diamond M, Al-Hendy A. Gene Therapy of Abdominal/Pelvic    Post-Operative Adhesions: Targeting Adenovirus towards Human Peritoneal Adhesion Cells. 59th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2012. Reproductive Sciences 19(3) Suppl: T-066, 141A, 2012

27. Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud H. Role of Melatonin in Preventing Hypochlorous Acid Induced Alterations in Microtubule and Chromosomal Structure in Metaphase-II Mouse Oocytes *In Vitro*. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-450, 2011.

28. Abu-Farsakh SM, Abu-Farsakh HM, Fletcher NM, **Saed GM**, Diamond MP. Histopathologic Analysis in Testicular Azoospermia. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-183, 2011.

29. Shavell VI, Fletcher NM, Jiang ZL, **Saed GM**, Diamond MP. Uncoupling Oxidative Phosphorylation with 2,4-Dinitrophenol Promotes Development of the Adhesion Phenotype. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterility (Suppl 1): P-131, 2011.

30. Nair S, **Saed G**, Nwaobasi N, Atta H, Al-Hendy A. Towards Gene Therapy of Pelvic Post-Operative Adhesions: Targeting Adenovirus Towards Human Adhesion Cells. 67th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2011. Fertility and Sterlity (Suppl 1): P-111, 2011.

31. Detti L, **Saed GM**, Fletcher NM, Kruger ML, Brossoit B, Diamond MP. Endometrial Morphology and Modulation of Hormone Receptors during Ovarian Stimulation for Assisted Reproductive Technology Cycles. 66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010. Fertility and Sterility 94(4) Suppl 1: S213-S214, 2010.

32. Fletcher NM, Jiang Zl, Almahmoud H, Diamond MP, **Saed GM**. Human Adhesion Fibroblasts Are Under Constant intrinsic oxidative stress as characterized by higher baseline NADPH oxidase and hypoxia inducible factor- 1α and lower baseline superoxide dismutase. 66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010. Fertility and Sterility 94(4) Suppl 1: S208, 2010.

33. White J, Jiang Z, Diamond M, **Saed G**. The role of macrophages in the development of the adhesion phenotype. Proceedings of the 66th Annual Meeting of the American Society for Reproductive Medicine, Denver, CO, October 2010. Fertility and Sterility 94(4) Suppl 1: S202, 2010.

34. Huang K, **Saed GM**, Crispino J, Song J, Choi SD, Diamond M, Naftolin F. Membrane-actin cytoskeleton linking protein expression by human post-operative adhesions and fibroblasts. 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010. Reproductive Sciences 17(3) Suppl: P655, 253A, 2010.

35. **Saed GM**, Jiang ZL, Fletcher NM, Al Arab A, Abu-Soud HM, Munkarah AM, Diamond MP. Dichloroacetate induces apoptosis of epithelial ovarian cancer cells through the inhibition of oxidative stress enzymes. Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010. Reproductive Sciences 17(3) Suppl: P171, 113A, 2010.

36. **Saed GM**, Jiang ZL, Fletcher NM, Ali-Fehmi R, Diamond MP, Abu-Soud HM, Munkarah AR. Inhibition of NADPH oxidative reductase promotes apoptosis in epithelial ovarian cancer cells. Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010. Reproductive Sciences 17(3) Suppl: P170, 113A, March 2010.

37. Meng Q, Sun W, Jiang ZL, Fletcher NM, **Saed GM**, Diamond MP.  Endometriotic implants resemble ovarian cancer in their inflammatory cytokines and hormone receptors expression: potential transformation into ovarian cancer.  Proceedings of the 57th Annual Meeting of the Society for Gynecologic Investigation, Orlando, FL, March 2010.  Reproductive Sciences 17(3) Suppl: P97, 93A, 2010.

38. **Saed GM**, Jiang ZL, Fletcher NM, Abu-Soud HM, Diamond MP.  Polychlorinated biphenyl congeners induce the adhesion phenotype by reducing superoxide dismutase levels. 65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl.1): P179, October 2009.

39. **Saed GM**, Hall DT, Omar MW, Shavell VI, Fletcher NM, Diamond MP.  Regulation of metabolic activity of peritoneal fibroblasts by dichloroacetate provides a potential target for interventions to reduce postoperative adhesions.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl. 1): P127, October 2009.

40. White J, Jiang Z, Diamond M, **Saed G**.  Hypoxia induces transforming growth factor beta 1 (TGFβ1) in human macrophages through a hypoxia inducible factor 1α (HIF-1α) – dependent mechanism.  65th Annual Meeting of the American Society for Reproductive Medicine, Atlanta, GA, October 2009.  Fertility and Sterility 90(Suppl. 1): P126, October 2009.

41. **Saed GM**, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP.  Sensitivity of human normal peritoneal and adhesion fibroblasts to hypoxia-induced lipid peroxidation depends on the bioavailability of hydrogen peroxide. 56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009.  Reproductive Sciences 16(3) Suppl: P1004, 359A, 2009.

42. Abu-Soud HM, Jiang ZL, Fletcher NM, Diamond MP, **Saed GM**.  Exposure to polychlorinated biphenyls enhances lipid peroxidation in human normal peritoneal and adhesion fibroblasts: a potential role for MPO.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009.  Reproductive Sciences 16(3) Suppl: P985, 354A, 2009.

43. Jiang ZL, Fletcher NM, Malone JM Jr, Ali R, Munkarah AR, Diamond MP, Abu-Soud HM, **Saed GM**.  NADPH oxidase inhibition attenuates oxidative stress in epithelial ovarian cancer.  56th Annual Scientific Meeting of the Society for Gynecologic Investigation, Glasgow, Scotland, United Kingdom, March 2009. Reproductive Sciences 16(3) Suppl: P291, 153A, 2009.

44. Detti L, **Saed GM**, Jiang Z, Fletcher NM, Diamond MP.  Impact of high serum estradiol on endometrial estrogen and progesterone receptor       expression       during       ovarian stimulation for IVF/ICSI cycles. 64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008.  Fertility and Sterility 90(Suppl. 1): P157, S162, 2008.

45. **Saed GM**, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP.  The induction of fibrosis by organochlorines through a nitric oxide synthase dependent mechanism.  64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008.

46.    Dbouk T, Fletcher NM, Jiang ZL, Abu-Soud HM, Diamond MP, **Saed GM**.  Lycopene a powerful antioxidant with remarkable anti-adhesion effects.  64th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, November 2008. Fertility and Sterility 90(Suppl. 1): P-122, S150, 2008.

47.    **Saed GM**, Jiang ZL, Fletcher NM, Abu-Soud HM, Diamond MP.  Hypoxia induces the adhesion phenotype by reducing superoxide dismutase levels.  55th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2008.  Reproductive Sciences 15(2) Suppl.: P900, 313A, 2008.

48.    Alpay Z, Savasan S, Buck S, Kiang ZL, Ravindranath Y, Diamond MP, **Saed GM**.  Role of natural killer lymphocyte NKG2D receptor pathway in adhesion development.  55th Annual Meeting of the Society for Gynecologic Investigation, San Diego, CA, March 2008.  Reproductive Sciences 15(2) Suppl.: P317, 150A, 2008.

49.    Elhammady E, Freeman ML, **Saed GM**, Diamond MP.  In vivo expression of type I and III collagens in injured peritoneum that healed with adhesions and without adhesions. 63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): P-252, S192, 2007.

50.    **Saed GM**, Jiang ZL, Fletcher NM, Galijasevic S, Diamond MP, Abu-Soud HM.  S-nitrosylation of Caspase-3 is the mechanism by which adhesion fibroblasts manifest lower apoptosis.   63rd Annual Meeting of the American Society for Reproductive Medicine, Washington, DC, October 2007.  Fertility and Sterility 88(Suppl. 1): P-302, S209, 2007.

51.    **Saed GM**, Jiang ZL, Diamond MP, Abu-Soud HM.  Role of superoxide and nitric oxide in the development of postoperative adhesions.  54th Annual Meeting of the Society for Gynecologic Investigation, Reno, NV, March 2007.  Reproductive Sciences 14(Suppl. 1): P781, 277A, 2007.

52.    **Saed GM**, Jiang ZL, Diamond MP, Abu-Soud HM.  Peroxynitrite plays a critical role in caspase-3 mediated apoptosis of normal peritoneal fibroblasts.  54th Annual Meeting of the Society for Gynecologic Investigation, Reno, NV, March 2007.   Reproductive Sciences 14(Suppl. 1): P483, 193A, 2007.

53.    **Saed GM**, Wirth JJ, Diamond MP.  Polychlorinated biphenyl congeners enhancement of type I collagen expression.   62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.  Fertility and Sterility 86(Suppl. 2): P-401, S284, 2006.

54.    Detti L, **Saed G**, Jiang Z, Kruger M, Diamond MP.  Differential expression of estrogen, progesterone, androgen, and prolactin receptors in *in vitro* human fibroblasts isolated from normal peritoneum and adhesions. 62nd Annual Meeting of the American Society for Reproductive Medicine, New Orleans, LA, October 2006.   Fertility and Sterility 86(Suppl. 2):  P-377, S275, 2006.

55.  Rizk NN, **Saed GM**, Diamond MP.  The effects of hyperglycemia on the differential expression of insulin and insulin-like growth factor-1 (IGF-1) receptors in human normal peritoneal and adhesion fibroblasts.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006. Journal of the Society for Gynecologic Investigation 13(2) Suppl.:786, 324A, 2006.

56.  **Saed GM**, Wirth J, Diamond MP.  The induction of fibrosis by organochlorines.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:633, 273A, 2006.

57.  Fahmy LM, Mitwally MF, **Saed GM**, Diamond MP.  Differential expression of aromatase in human fibroblasts isolated from normal peritoneum and adhesions.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada,  March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:627, 271A, 2006.

58.  Victory, R, **Saed GM**, Diamond MP.  Omega 3 fatty acids markedly reduce expression of adhesion markers in human peritoneal fibroblasts.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:626, 270A, 2006.

59.  **Saed GM**, Jiang ZL, Malone JM, Diamond MP, Munkarah AR.  Regulation of the expression of iNOS, COX-2 and VEGF in epithelial ovarian cancer cell lines.  53rd Annual Meeting of the Society for Gynecologic Investigation, Toronto, Ontario, Canada, March 2006.  Journal of the Society for Gynecologic Investigation 13(2) Suppl.:324, 169A, 2006.

60.  **Saed GM**, Detti L, Lu H, Jiang Z, Aboulba S, Diamond MP.  Differential expression of estrogen, progesterone, androgen, and prolactin receptors in human fibroblasts isolated from normal peritoneum and adhesions.  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. Fertility and Sterility 84(Suppl. 1): P-849, S464, 2005.

61.  **Saed GM**, Lu H, Jiang Z, Aboulba S, Abu-Soud HM, Diamond MP.  Cross-talk between inducible nitric oxide synthase (iNOS) and myeloperoxidase (MPO) in fibroblasts isolated from normal peritoneal and adhesion tissues.  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian  Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005. Fertility and Sterility 84(Suppl. 1): P-848, S463, 2005.

62.  Alpay Z, Ozgonenel MS, Savasan S, Buck S, **Saed GM**, Diamond MP.  Can hypoxia impact lymphocyte-mediated elimination of peritoneal fibroblasts leading to development of adhesion phenotype?  61st Annual Meeting of the American Society for Reproductive Medicine and the 51st Annual Meeting of the Canadian Fertility and Andrology Society, Palais des Congres, Montreal, Quebec, Canada, October 2005.  Fertility and Sterility 84(Suppl. 1): P-846, S463, 2005.

63. Malone J, **Saed G**, Diamond M, Sokol R, Munkarah A.  The effects of the inhibition of inducible nitric oxide synthase on angiogenesis of epithelial ovarian cancer.  Annual Meeting of the American Gynecological and Obstetrical Society, Victoria, British Columbia, Canada, September 2005.  Program and Abstracts: p. 18, 2005.

64. **Saed GM**, Jiang ZL, Tahboub YR, Alpay ZA, Abu-Soud HM, Diamond MP.  Tyrosine nitration plays a significant role in the mechanisms responsible for the creation and persistence of the adhesion phenotype.  52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 206A, 377, 2005.

65. **Saed GM**, Jiang ZL, Munkarah AR, Diamond MP.  Modulation of apoptosis of adhesion fibroblasts: the role of cyclooxygenase-2 inhibitors. 52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 189A, 326, 2005.

66. **Saed GM**, Al-Hendy A, Salama SA, Jiang ZL, Alpay ZA, Diamond MP.  Utilization of cycloosygenase-2 gene therapy for the prevention of the adhesion phenotype development.  52nd Annual Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2005.  Journal of the Society for Gynecologic Investigation 12(2) Suppl.: 318, 186A, 2005.

67. Diamond MP, **Saed GM**.  Modulation of nuclear transcription factor kappa-β fibroblasts of human adhesion tissues by dichloroacetate.  33rd Annual Meeting of The American Association of Gynecologic Laparoscopists, San Francisco, CA, November 2004.  Proceedings 2004.

68. Diamond MP, **Saed GM**.  Interferon-gamma block the hypoxia effect on type I collagen expression in human normal peritoneal and adhesion fibroblasts.  33rd Annual Meeting of The American Association of Gynecologic Laparoscopists, San Francisco, CA, November 2004.  Proceedings 2004.

69. Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  Myeloperoxidase up-regulated the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback inhibition.  4th International Peroxidase Meeting Joint with the 10th Myeloperoxidase Meeting, Shimokyo-Ku, Kyoto City, Japan, October 2004.  Free Radical Biology and Medicine 37(Suppl.1): S78, 205, 2004.

70. **Saed GM**, Waleke JP, Diamond MP.  Angiogenesis caused by hypoxia treatment of normal peritoneal and adhesion fibroblasts in human umbilical vein endothelial cells in significantly reduced by NS-398, a selective COX-2 inhibitor.  60th Annual Meeting of the American Society for Reproductive Medicine, Philadelphia, PA, October 2004.  Fertility and Sterility 82(Suppl. 2): P573, S338, 2004.

71. **Saed GM**, Diamond MP.  Effects of interferon-γ on human peritoneal and adhesion fibroblasts in the presence of hypoxia: Reversal of hypoxia-stimulated type I collagen expression.  51st Annual Scientific Meeting of the Society for Gynecologic Investigation, Houston, TX, March 2004.  Journal of the Society for Gynecologic Investigation 10(2) Suppl.: 716, 316A, 2004.

72.   Galijasevic S, **Saed GM**, Diamond MP, Abu-Soud HM.  Myeloperoxidase up-regulates the catalytic activity of inducible nitric oxide synthase by preventing the nitric oxide feedback inhibition.  10th Annual Meeting of the Society for Free Radical Biology and Medicine, Seattle, WA, November 2003.

73.   Diamond MP, Elhammady EF, Wang RX, Collins KL, **Saed GM**.  Suppression of expression of vascular endothelial growth factor by dichloroacetate in fibroblasts of human adhesion.  32nd Annual Meeting of The American Association of Gynecologic Laparoscopists, Las Vegas, NV, November 2003.  The Journal of the American Association of Gynecologic Laparoscopists 10(3) Suppl.: S25, 79, 2003.

74.   Diamond MP, **Saed GM**.  Regulation of expression of tissue plasminogen activator and plasminogen activator inhibitor-1 by dichloroacetic acid in human fibroblasts from normal peritoneum and adhesions.  22nd Annual Scientific Meeting of the American Gynecological and Obstetrical Society, Napa Valley, CA, September 2003.  Program and Abstracts: #2, p20-21, 2003.

75.   Munkarah AR, Zhu G, Ali-Fehmi R, Morris R, Malone Jr JM, Diamond MP, **Saed GM**.  Short-term treatment of epithelial ovarian cancer cells with the COS-2 inhibitor, NS398, results in down regulation of expression of vascular endothelial growth factor (VEGF).  94th Annual Meeting of the American Association for Cancer Research, Washington, DC, July 2003. Program and Abstracts: #4, p 93, 2003.

76.   Rout UK, **Saed GM**, Diamond MP.  Expression levels and regulations of genes differ in the fibroblasts of adhesion and normal human peritoneum.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 899, 389A, 2003.

77.   Buhimschi IA, Jabor M, Petkova A, **Saed GM**, Diamond MP, Romero R.  A role for the amnion epithelium in innate immunity:  microbial products induce the expression of β3-defensin by amnion epithelial cells.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 670, 312A, 2003.

78.   Gago AL, **Saed GM**, Elhammady EF, Wang RX, Diamond MP.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003. Journal of the Society for Gynecologic Investigation 10(2): 595, 287A, 2003.

79.   Buhimschi CS, **Saed GM**, Elhammady EF, Berman S, Buhimschi IA, Weiner CP, Diamond MP.  Effect of labor on expression of factors involved in myometrial healing after cesarean section.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 498, 255A, 2003.

80.   Buhimschi CS, Diamond MP, Avasiloaiei M, **Saed GM**, Buhimschi IA, Weiner CP. Regionalization of viscoelastic properties of the rat uterus and cervix during pregnancy. 50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, 2003.  Journal of the Society for Gynecologic Investigation 10(2):117, 196A, 2003.

81. Gago AL, **Saed GM**, Elhammady E, Wang RX, Diamond MP.  Effect of Interceed® on the expression of tissue inhibitor metalloproteinase-1 and matrix metalloproteinase-1 in human peritoneal fibroblasts and mesothelial cells.  50th Annual Scientific Meeting of the Society for Gynecologic Investigation, Washington, DC, March 2003.  Journal of the Society for Gynecologic Investigation 10(2): 12, 196A, 2003.

82. Gago LA, **Saed GM**, Wang RX, Jaber M, Diamond MP.  Effect of Interceed on extracellular matrix and TGF-β1 expression in human peritoneal fibroblasts and mesothelial cells.  29th Annual Meeting of the Society for Gynecologic Surgeons, Anaheim, CA, March 2003.  Journal of Pelvic Medicine and Surgery 9(Suppl. 1): p 59, 2003.

83. Buhimschi C, Petkova A, **Saed G**, Diamond MP, Weiner C, Buhimschi I.  Myometrial and cervical adaptation during pregnancy.  Annual Meeting of the Society for Maternal-Fetal Medicine, San Francisco, CA, February 2003.  American Journal of Obstetrics and Gynecology Program and Abstract Supplement, 2003.

84. Munkarah A, Morris R, Zhu G, Deppe G, Malone J, Jr, **Saed G**.  Sequential combination of Docetaxel and COX-2 inhibitor:  A marked effect on epithelial ovarian cancer cell kills.  34th Annual Meeting of the Society of Gynecologic Oncologists, New Orleans, LA, February 2003. Program and Abstracts: 211, 2003.

85. Diamond MP, Elhammady EF, Collins KL, Munkarah AR, **Saed GM**.  Cyclooxygenase-2 expression in human fibroblasts isolated from adhesions but not from normal peritoneal tissues.  31st Annual Meeting of the American Association of Gynecologic Laparoscopists, Miami, FL, November 2002.  Proceedings 2002.

86. Freeman M, **Saed GM**, Diamond MP.  TGF-β1/β2 mRNA ratio in normally healed peritoneum is the same as in uninjured tissue.  58th Annual Meeting of the American Society for Reproductive Medicine, Seattle, WA, October 2002.  Fertility and Sterility Program and Abstract Supplement, 2002.

87. Rout UK, Collins KL, **Saed GM**, Diamond MP.  Adhesion to laminin upregulated β1 integrin subunit expression in PC12 cells.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 495, 226A, 2002.

88. Freeman ML, **Saed GM**, Elhammady EF, Diamond MP.  Elevation of Type I collagen mRNA in peritoneal adhesions.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 822, 331A, 2002.

89. Chauhan S, **Saed GM**, Johns DA, Duvall V, Collins K, Diamond MP.  Increased IL-10 gene expression in endometriotic tissues.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 286, 156A, 2002.

90. Rout UK, Collins K, **Saed GM**, Diamond MP.  Gene profiling of human fibroblasts from adhesions and normal peritoneum.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 821, 331A, 2002.

91. **Saed GM**, Elhammady EF, Collins KL, Kowalczyk CL, Leach RE, Diamond MP.  Adhesion phenotype:  profiling of fibroblasts isolated from human normal peritoneal and adhesion tissues using apoptosis gene arrays.  49th Scientific Meeting of the Society for Gynecologic Investigation, Los Angeles, CA, March 2002.  Journal of the Society for Gynecologic Investigation 9(1): 274, 153A, 2002.

92. Rout UK, Collins KL, **Saed GM**, Diamond MP.  Gene profiling of human fibroblasts from adhesions and normal peritoneum.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.  Fertility and Sterility Program Supplement, 2001.

93. Freeman ML, **Saed GM**, Elhammady EF, Diamond MP.  Elevation of Type I collagen mRNA in peritoneal adhesions.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.  Fertility and Sterility Program Supplement, 2001.

94. **Saed GM**, Diamond MP.  Modulation of the expression of tissue plasminogen activator and its inhibitor by hypoxia in human peritoneal and adhesion fibroblasts.  57th Annual Meeting of the American Society for Reproductive Medicine, Orlando, FL, October 2001.  Fertility and Sterility Program Supplement, 2001.

95. Rout UK, Boytchev BG, **Saed GM**, Diamond MP.  Transforming growth factor-β1 and expression of cytoskeletal proteins in human peritoneal fibroblasts.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 600, 222A, 2001.

96. **Saed GM**, Diamond MP. Increasing glucose concentrations results in an increase in Type I collagen expression via TGF-β1 dependent mechanism in human peritoneal fibroblasts.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 617, 227A, 2001.

97. **Saed GM**, Boytchev B, Collins K, Diamond MP.  Significance of the effect of hypoxia on the rate of apoptosis of human peritoneal and adhesion fibroblasts in postoperative adhesion development.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1), 2001.

98. Freeman ML, **Saed GM**, Diamond MP.  Increased TGF-β1/β3 ratio following surgically induced peritoneal injury.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 624, 229A, 2001.

99.   Freeman ML, **Saed GM**, Diamond MP.  Ovaries influence postoperative adhesion formation independent of the estrogenic milieu.  48th Annual Meeting of the Society for Gynecologic Investigation, Toronto, Canada, March 2001.  Journal of the Society for Gynecologic Investigation 8(1): 380, 159A, 2001.

100.  **Saed GM**, Zhang WW, Diamond MP.  Effective glucose on the expression of Type I collagen and transforming growth factor (TGF-β1) in human peritoneal.  ASRM 56th Annual Meeting of the American Society for Reproductive Medicine, San Diego, CA, October 2000.  Fertility and Sterility Program and Abstract Supplement, 2000.

101.  Baumann P, Zhang WW, Munkarah AR, Morris RT, Diamond MP, **Saed GM**, Deppe G.  The effect of hypoxia on the expression of HIF-1α, BAX, and BCL2 in the human SKOV ovarian cancer cell line.  53rd Congress of the DGGG, Munich, Germany, June 2000.  Proceedings 2000.

102.  Munkarah AR, Zhang WW, Morris RT, Baumann P, **Saed GM**, Diamond MP.  Induction of Cyclooxygenase-2 MRNA by prostaglandin $E_2$ in human ovarian cancer cells.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

103.  Rout UK, Zhang, WW, Yelian FD, **Saed GM**, Diamond MP.  Modulation of integrin expression by transforming growth factor-β1 and hypoxia in the human peritoneal fibroblasts.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

104.  **Saed GM**, Zhang WW, Holmdahl L, Chegini N, Diamond MP.  The effect of hypoxia on TGF-β1 on the expression of cellular fibronectin in human peritoneal mesothelial cells in culture.  47th Annual Meeting of the Society for Gynecologic Investigation, SGI 2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

105.  **Saed GM**, Zhang WW, Diamond MP.  The expression of transforming growth factor beta 1 (TGF-β1) and its receptor by the human peritoneal fibroblasts in response to hypoxia.  47th  Annual Meeting of the Society for Gynecologic Investigation, SGI  2000-A Millennial Milestone in Reproductive Sciences:  Celebrating the Promise, Chicago, IL, March 2000.  Journal of the Society for Gynecologic Investigation Program and Abstracts 2000.

106.  Yelian FD, Zhang WW, Zhuang LZ, Wei KA, **Saed GM**, Seufer DB, Diamond MP.  Expression of activin-A and matrix metalloproteinases (MMP) in human cytotrophoblasts.  Joint Meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, Toronto, Ontario, Canada, September 1999.  Fertility and Sterility Program and Abstracts 1999.

107.  Zhang WW, Yelian FD, Wei KA, **Saed GM**, Seifer DB, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.  Hypoxia regulated activin-α expression in fibroblasts.  Joint meeting of the Canadian Fertility Society and the American Society for Reproductive Medicine, September 1999.  Fertility and Sterility Program and  Abstracts 1999.

108.  Chegini N, Kosteos K, Zhao Y, Patel A, Bennett B, Diamond MP, Holmdahl L, Nickerson C, Skinner K, **Saed GM**; Peritoneal Healing and Adhesion Multi-University Study Group. The expression of matrix metalloproteinases (MMPs) and tissue inhibitor of MMPs (TIMPs) in various intraperitoneal tissues and their relation to adhesion development. Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March   1999. Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/ February 1999.

109.  **Saed GM**, Zhang W, Chegini N, Holmdahl L, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study Group.  Collagen I and III production by human peritoneal mesothelial cells in response to hypoxia and/or TGF-β1 treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March  1999.  Journal of the Society of Gynecologic Investigation, Volume 6(1) Supplement, January/ February 1999.

110.  **Saed GM**, Zhang W, Holmdahl L, Chegini N, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study Group.  The transforming growth factor beta isoforms (TGF-βs) production by human peritoneal mesothelial cells in response to hypoxia treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.   Journal of the Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

111.  Diamond MP, **Saed GM**, Yelian FD, Zhang W, Chegini N, Holmdahl L; Peritoneal Healing and Adhesion Multi-University Study Group.  Vascular endothelial growth factor (VEGF) levels are elevated in adhesion tissue in humans.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999. Journal of the   Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

112.  **Saed GM**, Zhang W, Chegini N, Holmdhal L, Diamond MP; Peritoneal Healing and Adhesion Multi University Study (PHAMUS) Group.  The transforming growth factor beta isoforms production by human peritoneal mesothelial cells in response to hypoxia treatments.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.   Journal of the Society for Gynecologic Investigation Volume 6(1) Supplement, January/February 1999.

113.  Leach RE, **Saed GM**, Zhang W, Holmdhal L, Chegini N, Diamond MP; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group.  Human mesothelial cell hypoxia induces  hypoxia inducible factor-1α expression.  Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Journal of the   Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

114.    Zhang W, **Saed GM**, Yelian F, Diamond MP.  Hypoxia suppresses the stimulatory effect of TGF-α1 on MMP-9 activity.   Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 1999.  Society for Gynecologic Investigation, Volume 6(1) Supplement, January/February 1999.

115.    Chegini N, Zhao Y, Kosteos K, Bennett B, McLean F, Diamond MP, Holmdahl L, Nickerson C, Burns J; Peritoneal Healing and Adhesion Multi-University Study (PHAMUS) Group (**Saed GM**).   Comparative analysis of matrix metalloproteanase (MMP-1), tissue inhibitor of   MMP (TIMP-1) and MMP-1/TIMP-1 complex expression in intraperitoneal environment and their relation to adhesion development.  Annual  Meeting of the American Society of Reproductive Medicine, San Francisco, CA, October 1998.  Fertility and Sterility Program and Abstracts 1998.

116.    Holmdahl L, Falk P, Ivarsson M-L, Palmgran I, Hendgren M, Chegini N, Diamond MP, Skinner K; Peritoneal Healing and Adhesion Multi-University Study Group (**Saed GM**).  Plasminogen activator and inhibitor in abdominal wall and peritoneal cavity.  Annual Meeting of the European Tissue Repair Society, Copenhagen, Denmark, August 1998.  Proceedings and Abstracts1998.

117.    Choucair M, Ladin D, Olson J, Han X, **Saed GM**, Fivenson D.  Anti-α1 integrin treatment selectively induces apoptosis in keloid fibroblasts.  Wound Repair and Regeneration Annual Meeting, 1998.  Wound Repair and Regeneration 6:250, 1998.

118.    Ladin D, **Saed GM**, Olson J, Han X, Hou Z, Fivenson D.  Keloids, p53, apoptosis and repair:  a new theory of keloidogenesis.  Wound Repair and Regeneration Annual Meeting, 1998.  Wound Repair and Regeneration 6: 258, 1998.

119.    Fivenson D, Max J, Kalaaji A, Olson J, Han X, **Saed GM**.  Cytokine modulation in the response to PUVA: A CTCL organ culture model.  Journal of Investigative Dermatology 110: 654, 1998

120.    Fivenson D, **Saed GM**.  Apoptosis and T-cell cytokine effects of in vitro PUVA in CTCL.  Photomedicine and Photobiology, 1998.

121.    Choucair M, Ladin D, Olson J, Han X, **Saed GM**, Fivenson D.  Anti-α1 integrin treatment selectively induces apoptosis in keloid fibroblasts.  Journal of Investigative Dermatology 110:598, 1998.

122.    **Saed GM**, Ladin D, Olson J, Han X, Fivenson D.  P53 and apoptosis in the pathogenesis of keloids.  Journal of Investigative Dermatology 108:580, 1997.

123.    Hou Z, **Saed GM**, Fivenson D, Ladin D.  Hypoxia does not alter cytokine production by keloid fibroblasts.  Journal of Investigative Dermatology 104:669, 1995.

124.    Ladin D, Hou Z, **Saed GM**, Fivenson D.  Hypoxia upregulates TGF-β1 and its receptor expression by monocytes but its effects are blocked by chronic wound fluid.  Journal of Investigative Dermatology 104: 590, 1995.

125.   Fivenson D, Elkheimi M, **Saed GM**, Nickoloff B.  Modulation of IL-10 expression in HUT78 cells: Insights into the pathobiology and treatment of CTCL.   Journal of Investigative Dermatology 104: 648, 1995.

126.   Fivenson DP, **Saed GM**.  Augmentation of Th1 cytokines during phototherapy of CTCL II:  a key role for IL-12.  Journal of Investigative Dermatology 104: 648, 1995.

127.   Fivenson DP, **Saed GM**, Nickoloff BJ.  Modulation of IL-10 expression in HUT78 cells: insights into the pathobiology and treatment of CTCL.  Clinical Research 42: 232, 1994.

128.   Fivenson DP, **Saed GM**.  Expression of VEGF gene products:  rapid demonstration of clonality in cutaneous T cell lymphoma.  Journal of Cutaneous Pathology 20: 540, 1994.

129.   Fivenson DP, **Saed GM**, Nickoloff BJ.  Cytokine mRNA profile in CTCL:  mycosis fungoides is Th1, and Sezary syndrome is Th2.  Journal of Investigative Dermatology 100: 556 1993.

130.   Stein L, **Saed GM**, Fivenson D.  T-cell cytokines in lupus erythematosus:  Aberrant IL-2, IL-5 and IFN$\gamma$ mRNA levels in skin lesions.  Clinical Research 41: 467, 1993.

131.   Dillon M, **Saed G**, Fivenson D.  PCR analysis of Borrelia burgdorferi in skin lesions of morphea, Scleroderma, and Lichen Sclerosus et Atrophicans.   Clinical Research 41: 427, 1993.

**Other**

1.   **Saed GM**, Fletcher NM, Memaj I. Abciximab manifests striking anti-tumor effects in sensitive and chemoresistant ovarian cancer cells. Joint Annual Reproductive Sciences Retreat, Departments of Obstetrics and Gynecology, Wayne State University School of Medicine and The University of Toronto; and Annual Michigan Alliance for Reproductive Technologies and Sciences Meeting at Wayne State University, Detroit, MI, October 2017.  Proceedings: A-02, pg. 2, 2017.

2.   Nusrat O, Fletcher NM, Belotte J, Saed MG, Neubauer BR, **Saed GM**.  Chemoresistant ovarian cancer cells manifest lower vascular endothelial growth factor and hypoxia inducible factor-1α: a potential survival mechanism.  Integrative Global Approaches in Reproductive Sciences.  6th Annual C.S. Mott Center for Human Growth and Development & Lunenfeld-Tanenbaum Research Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of Toronto, Detroit, MI, April 2015.  Proceedings: A-48, pg. 49, 2015.

3.   Fletcher NM, Neubauer BR, Saed MG, Abu-Soud HM, **Saed GM**.  Chemoresistance in epithelial ovarian cancer cells is controlled by mechanisms emanating from chemotherapy-induced genotype switch in oxidant and antioxidant enzymes, through the upregulation of cytidine deaminase. Integrative Global Approaches in Reproductive Sciences.  6th Annual C.S. Mott Center for Human Growth and Development & Lunenfeld-Tanenbaum Research  Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of Toronto, Detroit, MI, April 2015. Proceedings and Abstracts: A-47, pg. 48, 2015.

4.   Khan SN, Shaeib FN, Najafi T, **Saed G**, Abu-Soud HM.  Diffused intra-oocyte hydrogen peroxide activates myeloperoxidase and deteriorates oocyte quality.  6th Annual C.S. Mott  Center for Human Growth and Development & Lunenfeld-Tanenbaum Research Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of  Toronto, Detroit, MI, April 2015.  Proceedings and Abstracts: A-13, pg. 14, 2015.

5.   Shaeib F, Khan SN, **Saed G**, Abu-Soud HM.  Macrophages activation deteriorates metaphase II mouse oocyte through myeloperoxidase action.  Integrative Global Approaches in Reproductive Sciences.  6th Annual C.S. Mott Center for Human Growth and   Development & Lunenfeld-Tanenbaum Research Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of Toronto, Detroit, MI, April 2015.  Proceedings and Abstracts: A-18, pg. 19, 2015.

6.   Jeelani R, Sliskovic I, **Saed G**, Pennathur S, Abu-Soud HM.  Hypochlorous acid reversibly inhibits caspase-3: a potential regulator of apoptosis.  Integrative Global Approaches in Reproductive Sciences.  6th Annual C.S. Mott Center for Human Growth and Development & Lunenfeld-Tanenbaum Research Institute Joint Scientific Retreat, Wayne State University School of Medicine and University of Toronto, Detroit, MI, April 2015.  Proceedings and Abstracts: A-16, pg. 17, 2015.

7.   Shaeib F, Khan SN, Ali I, Dai J, Drewlo S, **Saed GM**, Abu-Soud HM.  The impact of myeloperoxidase on metaphase II mouse oocyte quality.  Proceedings of the Graduate Research Day, Wayne Day 2014 Program, Current Concepts in Gynecologic Oncology for the Obstetrician and Gynecologist, Kamran S. Moghissi, M.D.  Lecture, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, December 2014.

8.   Fletcher NM, Belotte J, Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**. Dicholoroacetate increases sensitivity to chemotherapy by modulation of antioxidants in epithelial ovarian cancer.  Proceedings of the Graduate Research Day, Wayne Day 2014 Program, Current Concepts in Gynecologic Oncology for the Obstetrician and Gynecologist, Kamran S. Moghissi, M.D. Lecture, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, December 2014.

9.   Shaeib F, Khan SN, Banerjee J, Thakur M, Dai J, Awonuga AO, **Saed GM**, Abu-Soud HM.  Role of cumulus cells in defense against reactive oxygen species insult in metaphase II mouse oocytes. 4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #P-26, pg. 39, 2014.

10.  Nusrat O, Fletcher NM, Belotte J, Saed MG, Neubauer BR, **Saed GM**.  Chemoresistant ovarian cancer cells manifest lower vascular endothelial growth factor and hypoxia induced factor-1α:  a potential survival mechanism.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014. Program and Abstracts: #P-23, pg. 36, 2014.

11.    Najafi T, Goud PT, Goud AP, Gonik B, **Saed GM**, Zhang X, Abu-Soud HM.  Direct real-time measurement of intra-oocyte nitric oxide concentration *in vivo*.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014; Program and Abstracts: #P-22, pg. 35, 2014.

12.    Fletcher NM, Belotte J, Saed MG, Abu-Soud HM, Diamond MP, **Saed GM**.  Dichloroacetate increases sensitivity to chemotherapy by modulation of antioxidants in epithelial ovarian cancer.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #P-07, pg. 20, 2014.

13.    Belotte J, Fletcher NM, Saed MG, Neubauer BR, **Saed GM**.  RAD21 gene amplification impacts survival in serous epithelial ovarian cancer.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #P-04, pg. 17, 2014.

14.    Belotte J, Fletcher NM, Nusrat O, Saed MG, Neubauer BR, Abu-Soud HM, **Saed GM**.  Superoxide dismutase significantly delayed the development of cisplatin resistance in epithelial ovarian cancer cells.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #P-03, pg. 16, 2014.

15.    Awonuga AO, Fletcher NM, Belotte J, Diamond MP, **Saed GM**.  The in-vivo effects of superoxide dismutase on the incidence and severity of postoperative adhesion development.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #P-02, pg. 15, 2014.

16.    **Saed GM**.  The role of oxidative stress in the pathogenesis of pro-fibrotic gynecologic disorders.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #O-13, pg. 13, 2014.

17.    Najafi T, Goud AP, Goud PT, **Saed GM**, Gonik B, Abu-Soud HM.  Release of substrates, cofactors, and products of nitric oxide synthase are altered during oocyte aging. 4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #O-12, pg. 12, 2014.

18.    Shaeib F, Khan SN, Ali I, Dai J, Drewlo S, **Saed GM**, Abu-Soud HM.  The impact of myeloperoxidase on metaphase II mouse oocyte quality.  4th Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.  Program and Abstracts: #O-11, pg. 11, 2014.

19.   Fletcher NM, **Saed GM**.   Differential expression of glutathione peroxidase and glutathione reductase in chemoresistant epithelial ovarian cancer cells.   4th Annual Research Symposium of the Michigan Alliance for Reproductive Technologies and Science (MARTS), University of Michigan, Ann Arbor, MI, May 2013.

20.   Shaeib F, Banerjee J, Thakur M, Saed MG, Diamond MP, **Saed GM**, Abu-Soud HM. Confocal 3-dimensional reconstruction can serve as a useful tool to quantify oxidative stress induced oocyte spindle damage.   3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 15, 2013.   Program and Abstracts: #35, 2013.

21.   Fletcher NM, **Saed GM**.   Differential expression of glutathione peroxidase and glutathione reductase in chemoresistant epithelial ovarian cancer cells.   3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2013: Program      and Abstracts:  #26, 2013.

22.   **Saed GM**.   Investigation of the role of oxidative stress in the pathophysiology of gynecologic fibrotic disorders including postoperative adhesions, fibroids, and endometriosis as well as ovarian cancer.   3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2013.   Program and Abstracts: #20, 2013.

23.   Belotte J, Mitchell A, Belotte J, **Saed GM**.   Sox2 gene copy number alteration (CAN) significantly impact overall survival (OS) in serous epithelial ovarian cancer.   3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2013.  Program and Abstracts: #6, 2013.

24.   Belotte J, Fletcher NM, Abuanzeh S, Levin NK, Simon NS, Diamond MP, Abu-Soud HM, Tainsky MA, **Saed GM**.   A novel association between a catalase single nucleotide polymorphism and increased risk of ovarian cancer.   3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2013. Program and Abstracts: #4, 2013.

25.   Awonuga AO, King NM, Belotte J, Abuanzeh S, Diamond MP, **Saed GM**.  The in vitro effects of superoxide dismutase on the incidence and severity of post-operative adhesion development after cecal abrasion.   3rd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State  University School of Medicine, Detroit, MI, May 2013. Program and Abstracts: #3, 2013.

26.   Shavell VI, Fletcher NM, Abu-Soud HM, Diamond MP, **Saed GM**, Detti L.  Superoxide dismutase levels are elevated in the peri-implantation endometrium in women undergoing ovarian stimulation.   3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012.  Proceedings and Abstracts: #15, 2012.

27.  Maitra D, Abdulhamid I, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM. Fluorescent heme degradation products in Sickle cell disease: role of hypochlorous acid in hemoglobin destruction. 3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012. Proceedings and Abstracts: #12, 2012.

28.  Maitra D, Abdulridha RM, Byun J, Souza CEA, Banerjee J, Andreana PR, Diamond MP, **Saed GM**, Pennathur S, Abu-Soud. The reaction of HOCl and cyanocobalamin: corrin destruction and the liberation of cyanogens chloride. 3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #11, 2012.

29.  Fletcher NM, Belotte J, Diamond MP, **Saed GM**. Dichoroacetate increases sensitivity to chemotherapy treatment of epithelial ovarian cancer cells. 3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #8, 2012.

30.  Belotte J, Fletcher NM, Diamond MP, **Saed GM**. The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian cancer. 3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #6, 2012.

31.  Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM. Melatonin prevents hypochlorous acid induced alteration of the metaphase-II mouse oocyte microtubule and chromosomal structure. 3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #5, 2012.

32.  Maitra D, Shaeib F, Abdulridha RM, Souza CEA, **Saed GM**, Abu-Soud HM. Modulation of myeloperoxidase activity by self-generated hypochlorous acid. 3rd Annual Michigan Alliance for Reproductive Technologies and Science Research Symposium, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #1, 2012.

33.  Maitra D, Shaeib F, Abdulridha RM, Souza CEA, **Saed GM**, Abu-Soud HM. Modulation of myeloperoxidase activity by self-generated hypochlorous acid. 2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #32, 2012.

34.  Fletcher NM, Belotte J, Diamond MP, **Saed GM**. Dichoroacetate increases sensitivity to chemotherapy treatment of epithelial ovarian cancer cells. 2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #31, 2012.

35.   Belotte J, Fletcher NM, Diamond MP, **Saed GM**.  The role of oxidative stress in the development of cisplatin resistance in epithelial ovarian cancer.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #29, 2012.

36.   Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM.  Melatonin prevents hypochlorous acid induced alteration of the metaphase-II mouse oocyte microtubule and chromosomal structure.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012.  Program and Abstracts: #25, 2012.

37.   Maitra D, Abdulridha RM, Byun J, Souza CEA, Banerjee J, Andreana PR, Diamond MP, **Saed GM**, Pennathur S, Abu-Soud HM.  The reaction of HoCl and cyanocobalamin: corrin destruction and the liberation of cyanogens chloride.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012. Program and Abstracts: #23, 2012.

38.   Shavell VI, Fletcher NM, Abu-Soud HM, Diamond MP, **Saed GM**, Detti LL.  Superoxide dismutase levels are elevated in the peri-implantation endometrium in women undergoing ovarian stimulation.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012.  Programs and Abstracts: #17, 2012.

39.   Maitra D, Abdulhamid I, **Saed GM**, Diamond MP, Pennathur S, Abu-Soud HM.  Fluorescent heme degradation products in sickle cell disease: role of hypochlorous acid in hemoglobin destruction.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012.  Programs and Abstracts: #16, 2012.

40.   **Saed GM**.  Investigation of the role of oxidative stress in the pathophysiology of gynecologic fibrotic disorders including postoperative adhesions, fibroids, and endometriosis as well as ovarian cancer.  2nd Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2012.  Program and Abstracts: #9, 2012.

41.   Shavell VI, Fletcher NM, Jiang ZL, **Saed GM**, Diamond MP.  Coupling oxidative phosphorylation with 2,4-dinitrophenol promotes development of the adhesion phenotype.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #26, 2011.

42.   **Saed GM**.  The role of oxidative stress in the pathophysiology of gynecologic fibrotic disorders including postoperative adhesions, fibroids, and endometriosis, as well as ovarian cancer.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #24, 2011.

43.   Maitra D, Shaeib F, Diamond MP, **Saed GM**, Abu-Soud HM.  Melatonin can attenuate HOCl mediated hemolysis, free iron release and heme degradation from hemoglobin.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #19, 2011.

44.   Maitra D, Byun J, Andreana PR, Abdulhamid I, Diamond MP, **Saed GM**, Pennathur S, Abu-Soud HM.  Reaction of hemoglobin with HOCl:  possible link between free iron accumulation and oxidative stress.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #18, 2011.

45.   Fletcher NM, Jiang ZL, Levin NK, Abu-Soud HM, Munkarah AR, Tainsky MA, Diamond MP, **Saed GM**.  Positive correlation between serum myeloperoxidase and free iron levels with stage of ovarian cancer:  potential biomarkers for early detection and prognosis of ovarian cancer.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and  Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #13, 2011.

46.   Banerjee J, Maitra D, Shaeib F, **Saed GM**, Diamond MP, Abu-Soud HM.  Role of melatonin in preventing hypochlorous acid induced alterations in microtubule and chromosomal structure in metaphase-II mouse oocytes *in vitro*.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.  Program and Abstracts: #7, 2011.

47.   Diamond MP, **Saed GM**.  Reduction of postoperative adhesions.  Catalyzing Collaboration between Industry and Academic in the Life Sciences – Women's Health Medicine:  Part I, Therapeutic Strategies Meeting, Illinois Science and Technology Park, Skokie, IL, June 2007.  Proceedings 2007.

**Invited Lectures/Presentations**

International/National

1. *Targeting Integrin αV/β1 Receptor Manifests Intriguing Anti-Tumor Effects in Sensitive and Chemoresistant Ovarian Cancer Cells: Potential Therapeutic Target.* 64th Annual Scientific Meeting of the Society for Reproductive Investigation, Orlando, FL, March 2017.

2. *The Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer.* University of Jordan, Amman, Jordan, July 2017.

3. *Novel Innovative Targets for Ovarian Cancer Therapy.* King Hussein Cancer Center, Amman, Jordan, July 2017.

4. *The Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer.* King Hussein Cancer Center, Amman, Jordan, November 2016.

5. *The Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer.* University of Jordan, Amman, Jordan, November 2016.

6. *New Insights for Ovarian Cancer Screening.* 4th International Conference of the Jordanian Society of Pathology and Laboratory Medicine. In collaboration with the Arabic Division of the International Academy of Pathology, Amman, Jordan, April 2011.

7. *Updates in Oxidative Stress and Ovarian Cancer.* Modern Technology Application in Pathology Conference, Amman, Jordan, July 22 – August 1, 2010.

8. *The Role of p53 in the Pathogenesis of Keloids.* International Meeting on Mechanisms Involved in Tissue Repair and Fibrosis: Role of the Microfibroblast (Differentiation and Apoptosis), Lyon, France, December 1997.

Local/Regional

1. *The Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer.* Joint Annual Reproductive Sciences Retreat, Departments of Obstetrics and Gynecology, Wayne State University School of Medicine and The University of Toronto; and Annual Michigan Alliance for Reproductive Technologies and Sciences (MARTS) Meeting at Wayne State University, Detroit, MI, October 2017. Retreat

2. *Invited Guest Speaker.* Tumor Microenvironment Section, Karmanos Cancer Center, Detroit Medical Center/Wayne State University School of Medicine, Detroit, MI, June 2016.

3. *Molecular Biological Procedures.* C.S. Mott Center for Human Growth and Development, Division of Reproductive Endocrinology and Infertility Laboratory Techniques Summer Course, Wayne State University School of Medicine, Detroit, MI, September 2015.

4.   *New Insights into Pathogenesis of Ovarian Cancer*.  The C.S. Mott Center Summer Reproductive Sciences Technology Course, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, July 2014.

5.   *The Role of Oxidative Stress in the Pathogenesis of Pro-Fibrotic Gynecologic Disorders*. 4th Annual Scientific Retreat, The C.S Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.

6.   *Release of Substrates, Cofactors, and Products of Nitric Oxide Synthase Are Altered during Oocyte Aging*.  4th Annual Scientific Retreat, The C.S Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014.

7.   *The Impact of Myeloperoxidase on Metaphase II Mouse Oocyte Quality*.  4th Annual Scientific Retreat, The C.S Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, May 2014. **First Prize Award**

8.   *Differential Expression of Glutathione Peroxidase and Glutathione Reductase in Chemoresistant Epithelial Ovarian Cancer Cells*. The Michigan Alliance for Reproductive Technologies and Science (MARTS), Fourth Annual Research Symposium, University of Michigan, Ann Arbor, MI, May 2013.

9.   *The Role of Oxidative Stress in the Pathophysiology of Gynecologic Fibrotic Disorders: Postoperative Adhesions, Fibroids, Endometriosis, and Ovarian Cancer*.  1st Annual Scientific Retreat of The C.S. Mott Center for Human Growth and Development, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Southfield, MI, May 2011.

10.  *New Insights in Ovarian Cancer Screening*.  Department of Obstetrics and Gynecology Wayne Day:  New Frontiers in the Treatment of Gynecologic Cancer, Wayne State University School of Medicine, Detroit, MI, December 2010.

11.  *Molecular Characterization of Adhesion and Peritoneal Fibroblasts*.  Adhesion Mini Symposium, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, March 2001.

12.  *Multiplex RT/PCR Technique, Concept and Application*.  Center for Biomedical Research, College of Art and Sciences, Oakland University, Rochester, MI, May 1999.

13.  *Techniques for Characterizing and Manipulating DNA from the Basis of Much of Modern Biomedical Research*.  Department of Chemistry, Oakland University, Rochester, MI, January 1999.

14.  *Bcl-2/Bax Ratio as a Measure of the Rate of Apoptosis in Keloid Fibroblasts*. Oxford Biomedical Research Inc., Oxford, MI, January 1998.

15.  *PCR Techniques, Concepts and Applications*.  Howard Hughes Research Program, Oakland University, Rochester, MI, May 1998.

16. *Multiplex RT/PCR Technique, Concept and Application.* Center for Biomedical Research, College of Art and Sciences, Oakland University, Rochester, MI, May 1997.

17. *Application of RT/PCR.* Department of Chemistry, Oakland University, Rochester, MI, June 1994.

Invited Seminars and Grand Rounds

1. *New Insights into the Pathogenesis of Post-Operative Adhesions Development.* Department of Obstetrics and Gynecology Grand Rounds, Georgia Regents University, Augusta, GA, January 2017.

2. *Novel Innovative Targets for Ovarian Cancer Therapy.* Cancer Center Seminar, Georgia Regents University, Augusta, GA, January 2017.

3. *The Role of Oxidative Stress in the Pathogenesis of Pro-Fibrotic Gynecologic Disorders.* Augusta Research Day, Department of Obstetrics and Gynecology Grand Rounds, Georgia Regents University, Augusta, GA, June 2013.

4. *Dichloroacetate Induces Apoptosis of Epithelial Ovarian Cancer Cells Through the Inhibition of Oxidative Stress Enzymes.* SGI-SMFM Scientific Meetings Abstract Presentations, Department of Obstetrics and Gynecology Grand Rounds, Wayne State University School of Medicine, Detroit, MI, February 2010.

5. *PCR Techniques Concepts and Clinical Applications.* Clinical Fellows Seminar, Division of Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Wayne State University School of Medicine, Detroit, MI, March 2000.

6. *The Role of p53 and Apoptosis in the Pathogenesis of Keloids.* Department of Obstetrics and Gynecology Grand Rounds, Wayne State University School of Medicine, Detroit, MI, July 1998.

# Exhibit Y

**VITAE**

**William Edward Longo, Ph.D**
**MAS, LLC**
**3945 Lakefield Court**
**Suwanee, Georgia  30024**
**Work Telephone:  (770) 866-3200**

### EDUCATION

| | |
|---|---|
| October 1980 to December 1983 | Received Doctor of Philosophy in Materials Science and Engineering, University of Florida |
| June 1979 to May 1982 | Received Master of Science in Materials Science and Engineering, University of Florida. |
| September 1972 to June 1977 | Received Bachelor of Science degree; Major in Microbiology, Minor in Chemistry, University of Florida. |

### PROFESSIONAL WORK HISTORY

| | |
|---|---|
| September 1987 to Present | President of MAS, LLC (previously Materials Analytical Services, Inc.) Suwanee, Georgia. |
| August 1987 to February 1988 | President and Founder of Longo Microanalytical Services, Inc., Gainesville, Florida. |
| October 1983 to August 1987 | President and Founder of Micro Analytical Laboratories, Inc., Gainesville, Florida. |
| March 1985 to December 1987 | Visiting Assistant Professor; University of Florida, Department of Materials Science and Engineering. |
| August 1983 to March 1985 | Post Doctoral Associate; University of Florida, Department of Materials Science and Engineering. |



Defendant's Exhibit
Atlanta Reporters 866-344-0459
2-5-19
# 1    Longo

William E. Longo, Ph.D
Page 2

## PATENTS

U. S. Patent Serial No. 4671954 June 9, 1987.  Goldberg, E.P., Iwata, H., and Longo, W.E., "Microspheres for Incorporation of Therapeutic Substances and Methods of Preparation Thereof."

U. S. Patent Serial No. 4871716, October 3, 1989.  Goldberg, E.P., Longo, W.E., and McCluskey, R.A., "Magnetically Responsive, Hydrophilic Microspheres for Incorporation of Therapeutic Substances and Methods of Preparation Thereof."

## PUBLICATIONS AND PRESENTATIONS

Egilman, D., Longo, W.E., "Egilman's Assessment Regarding Exposures of Auto Mechanics to "Amphiboles is Correct" *Inhalation Toxicology*, 2012: 24(9); 614-618.

Rigler, M.W., Longo, W.E. & Sauerhoff, M.W.: "Exposure to Fluropolymers and VOCs during Spray Sealant Product Use" Inhalation Toxicology, 23 (11):  641-657, 2011.

Ewing, W.M., Hays, S.M., Hatfield, R., Longo, W.E. & Millette, J.R. "Zonolite Attic Insulation Exposure Studies" *Int. J. Occup. Environ. Health*, Vol. 16(3), Jul/Sep, 2010.

Rigler, M.W., Longo, W.E. Emission of Diacetyl (2.3 Butanedione) from Natural Butter, Microwave Popcorn Butter Flavor Powder, Paste, and Liquid Products", *Int. J. Occup. Environ. Health,* 16:291-302, 2010.

Rigler, M.W., Longo, W.E., "Qualitative Sulfur Gas Emission as a Specific Marker for Problematic Reactive Drywall, Proceedings of the Technical Symposium on Imported Corrosive Drywall, November 5-6, 2009, the University of Florida, Gainesville, FL.

Longo, W.E., Rigler, M.W., Russell, P.E., Vitarelli, J.P., Hoffman, E.M. & Johnson, H.M. Health Effects of Welding, "The Characterization of Welding Fume Particulates and Mn Bioavailability Studies for SMAW and FCAW Consumables" NIOSH, West Virginia, July 2005.

Harris M.D., Ewing, W.M., Longo, W.E., DePasquale, C., Mount, M.D., Hatfield, R.L. & Stapleton, R. "Manganese Exposure During Shielded Metal Arc Welding (SMAW) in an Enclosed Space" *J. Occup. & Environ. Hyg*. 2(8) 375-382, 2005.

Longo, W.E., Egeland, W.B., Hatfield, R.L., Stapleton, R., and Hubbard J., "Tremolite Analysis of Chrysotile Containing Friction and Gasket / Packing Products", ASTM Johnson Conference, Johnson Vermont, July, 2002.

William E. Longo, Ph.D
Page 3

Longo, W.E., Egeland, W.B., Hatfield, R.L., and Newton, L.R., "Fiber Release During the Removal of Asbestos-Containing Gaskets:  A Work Practice Simulation" *Appl. Occup. Environ. Hyg*. 17(1) 55-62, 2002.

Hatfield, R.L., Krewer, J.A., and Longo, W.E., "A Study of the Reproducibility of the Micro-Vac Technique as a Tool for the Assessment of Surface Contamination in Buildings with Asbestos Containing Materials" (M.E. Beard and H.L. Rook) in *Advances in Environmental Measurement Methods for Asbestos*, ASTM #STP 1342,301, January, 2000.

Rigler, M.W., Freeman, G.B., Longo, W.E., Kyono, M. and Cai, M. "A New Rapid Method for Analyzing Single Particles", Proceedings of the Engineeri9ng Solutions to Indoor Air Quality Symposium for the United States Environmental Protection Agency (USEPA), July 21-26, 1997, Research Triangle Park, NC.

Longo, W.E., and Rigler, M.W., "Rapid Identification of Inorganic and Organic Particulate for Routine IAQ Assessment" Indoor Environment Meeting, April, 1996.

Longo, W.E., "Malignant Mesothelioma in Kent Cigarettes Smokers:  Analysis of Asbestos Content in Filters, Cigarette Smoke and Lung Tissue" Society for Ultrastructural Pathology, March, 1996.

Longo, W.E., "The Identification of Asbestos Containing Surface Treatment Products using Standard Analytical Techniques" Florida Environmental and Asbestos Council Meeting, January, 1996.

Longo, W.E., Rigler, M.W. and Slade, J., "Crocidolite Asbestos Fibers in Smoke from Original Kent Cigarettes" Cancer Research 55 11, 2232, 1995.

Longo, W.E., "Occupational Exposure From In-Place Asbestos Containing Fireproofing" Environmental Information Association, April, 1995.

Keyes, D. L., Ewing, W. M., Hays, S. M., Longo, W. E. and Millette, J.R., "Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities" Appl. Occup. Environ. Hyg. 9(11) Nov, 1994.

Goldberg, E.P., Quigg, J., Sitren, H., Hoffmann, E., Jayakrishnan, A., Longo, W. and Cantrell, J., "Microsphere Drug Carriers for Targeted Chemo Immunotherapy and for Intracellular Infections" 20th Annual Meeting of the Society for Biomaterials, 1994.

Millette, J.R., Longo, W.E. and Hubbard, J.L., "Demonstration of the Capability of Asbestos Analysis by Transmission Electron Microscopy in the 1960's" Microscope, 41 15, 1993.

William E. Longo, Ph.D
Page 4

Ewing, W. M., Chesson, J., Dawson, T. A., Ewing, E. M., Hatfield, R. L., Hays, S. M., Keyes, D. L., Longo, W. E., Millette, J. R., and Spain, W. H. "Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing" Environmental Choices Technical Supplement, Volume I, (2), 1993.

Longo, W. E., "Sampling and Analysis of Asbestos in Dust: An Update" Environmental Information Association, April, 1993. Nashville, Tennessee.

Keyes, D. L., Chessan, J., Hayes, S. M., Hatfield, R. L., Ewing, W. M., Longo, W. E. and Millette, J. R. "Re-Entrainment of Asbestos from Dust in a Building with Acoustical Plaster" Environmental Choice, Technical Support, Volume I, (6), 1992.

Longo, W. E. "A Standard Method for the Analysis of Asbestos in Settled Dust by TEM" Asbestos Measurement Risk Assessment and Laboratory Accreditation, ASTM Conference, July 1992.  Johnson, Vermont.

Longo, W. E. and Roggli, V. L., "Mineral Fiber Content of Lung Tissue in Patients with Environmental Exposures:  Household Contacts vs. Building Occupants" (B. Boland and J. Cullian EDS) in The Third Wave of Asbestos Exposure to Asbestos in Place. *Annals of The New York Academy of Sciences*, Volume 63, 1991.

Keyes, D. L., Chessan, J., Ewing, W. M., Faas, J. C., Hatfield, R. L., Hayes, S. M., Longo, W. E. and Millette, J. R. "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above and Suspended Ceiling" *Am. Ind. Hyg. Assoc. J.* (52) Nov. 1991

Longo, W. E. "Sampling and Analysis of Asbestos in Settled Dust"  EPA/A&WMA Symposium on "Measurement of Toxic and Related Air Pollutants", May 1991.  Durham, North Carolina.

Longo, W. E. "Asbestos Wipe Sampling"  Industrial Hygiene Association, October, 1990. West Palm Beach, Florida.

Longo, W. E. "Standard Test Method for Asbestos Concentrations in Dust Samples" American Society of Testing Materials Subcommittee D22.05.07, manuscript in progress.

Goldberg, E. P., Yalon, M., and Longo, W. E. "Low Voltage SEM for Unique Surface Analysis of Prosthetic Devices" Materials Research Society Symposium Proceedings 110, *Biomedical Materials and Devices,* 1989.

Longo, W. E. "Field Emission Scanning Electron Microscopy:  An Alternative Technique for the Analysis of Asbestos Air Filter Samples" National Asbestos Council, September 1988.  Boston, Massachusetts.

William E. Longo, Ph.D
Page 5

Goldberg, E. P., Yalon, M., and Longo, W. E. "Low Voltage Scanning Electron Microscopy for Improved Surface Characterization of Ocular Implants and Other Prosthetic Devices" American Chemical Society Symposium, September 1988.   Los Angeles, California.

Longo, W. E. "Rinse Technique for Recovery of Air Samples for TEM Analysis" Asbestos Measurement Research and Laboratory Accreditation, ASTM Conference, July 1988. Johnson, Vermont.

Longo, W. E. "The Presence of Inorganic Fibers in Commercial Brands of Cigarettes" American Industrial Hygiene Conference, May 1988.  San Francisco, California.

Longo, W. E. "Analysis of Asbestos by Transmission Electron Microscopy" Alabama Electron Microscopy Society 7th Annual Meeting, March 1988.  Birmingham, Alabama.

Longo, W. E. "Asbestos Fiber Loss from Air Sampling Cassettes:  A Study by Transmission Electron Microscopy" EPA/APCA Symposium on Measurement of Toxic and Related Air Pollutants, May 1987.  Research Triangle Park, North Carolina.

Longo, W. E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, May 1987. Montreal, Canada.

Longo, W. E., Jenkins, E. J., Greene, R., and Baxter, D. "Water Refiltration: An Alternative Sample Preparation Method for the Analysis of Airborne Asbestos by TEM" National Asbestos Council, January, 1987, Chicago, Illinois.

Longo, W. E., and Goldberg, E. P. in "Drug and Enzyme Targeting" (K. Widder and R. Green Eds) Methods of Enzymology, 112, 18, 1985.

Goldberg, E. P., Iwata, H., and Longo, W. E. "Hydrophilic Albumin and Dextran Ion-Exchange Microspheres for Localized Chemotherapy" (S. Davis, L. Illium, J. McVie, and E. Tomlinson Eds) in Microspheres and Drug Therapy.  Pharmaceutical Immunological and Medical Aspects, 10, 309, 1984.

Hoffmann, E. M., Longo, W. E., and Goldberg, E. P. "Macrophage Uptake of Albumin Microsphere Drug Carriers" Proceedings of the 11th International Symposium on Controlled Release of Bioactive Materials, 11, 27, 1984.

Longo, W.E., "Albumin Microspheres for the Controlled Release of Therapeutic Agents" Doctor of Philosophy Dissertation, University of Florida, 1983.

William E. Longo, Ph.D
Page 6

Longo, W. E., and Goldberg, E. P. "Novel Albumin-Polypeptide-Drug Microspheres: Synthesis and Ion Exchange Drug Release Properties" Proceedings of the 10th International Symposium on Controlled Release of Bioactive Materials, 10, 245, 1983.

Longo, W. E., Iwata, H., Lindheimer, T., and Goldberg, E. P. "Preparation and Drug Release Properties of Albumin-Polyglutamic Acid-Adriamycin Microspheres" American Chemical Society, 24, 56, 1983.

Longo, W. E., Iwata, H., Lindheimer, T., and Goldberg, E. P. "Preparation of Hydrophilic Albumin Microspheres Using Polymeric Dispersing Agents" J. Pharm. Sci., 71, 1323, 1982.

Goldberg, E. P., Iwata, H., Terry, R. W., Longo, W. E., Levy, M., and Cantrell, J. L. in "Affinity Chromatography and Related Techniques" (Visser, Visser and Nivard Eds), Elsevier, Amsterdam, 375, 1982.

Longo, W. E., Iwata, H., and Goldberg, E. P. "Hydrophilic Albumin-Polyglutamic Acid-Adriamycin Microspheres for Localized Chemotherapy" 8th Annual Meeting of the Society of Biomaterials, 10, 60, 1982.

### ACTIVITIES AND ORGANIZATIONS

* Member of Environmental Protection Agency Workshop on Sampling and Analysis of Asbestos in Settled Dusts, July 1989.

* Member of Environmental Protection Agency Peer Review Group for the Asbestos Engineering Program, 1987 to present.

* Vice-Chairman of the National Asbestos Council Analytical Subcommittee on Transmission Electron Microscopy 1987-1988.

* Chairman of National Asbestos Council Analytical Subcommittee on Transmission Electron Microscopy 1988-1989.

* Member of ASTM D-22-05 Subcommittee for Indoor Air Pollution.

William E. Longo, Ph.D
Page 7

### LECTURES AND COURSES INSTRUCTED

Longo, W.E. "Electron Microscopy for Industrial Hygiene Applications" American Industrial Hygiene Conference Professional Development Course, Atlanta GA, May 2004.

Longo, W. E. "Settled Dust: Asbestos and Other Particulates" Georgia Institute of Technology Seminar, August 1991.

Longo, W. E. "The Role of the Laboratory Manager, Quality Assurance Officer and the Analyst for NIST Accreditation" Georgia Institute of Technology, Transmission Electron Microscopy Asbestos Accreditation Seminar, August 1989.

Longo, W. E. 24th Annual Meeting of the Microbeam Analysis Society, "Asbestos Analysis Session" Ashville, North Carolina, July 1989 (Session Co-Chairman).

Longo, W. E. "Fundamentals of Asbestos Analysis by TEM" Institute in Materials Science State University of New York. New Paltz, New York, October 1988 (Course Director).

Longo, W. E. "TEM Imaging/Photography" Georgia Institute of Technology, Transmission Electron Microscopy Asbestos Analysis Course, June 1988.

Longo, W. E. "Laboratory Preparation of Polycarbonate Filters for TEM Analysis" Georgia Institute of Technology, Advanced Transmission Electron Microscopy Asbestos Analysis Course, February 1988.

Longo, W. E. "Transmission Electron Microscopy Laboratory Set-Up" Georgia Institute of Technology, Advanced Transmission Electron Microscopy Asbestos Analysis Course, February 1988.

Longo, W. E. "Laboratory Analysis of Asbestos" Hall-Kimbrell Seminar in Asbestos Abatement in the State of Florida, January 1988.

Longo, W. E. "Air Sample Preparation and Analysis by TEM" Georgia Institute of Technology, Clearance Testing for Asbestos: AHERA Regulations, October 1987.

Longo, W. E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, Montreal, Canada, May 1987.

Longo, W.E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, Dallas, TX May 1986.

William E. Longo, Ph.D
Page 8

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| American Industrial Hygiene Association | 1985 to Present |
| American Society for the Testing of Materials | 1987 to Present |
| American Society of Materials | 1994 to Present |
| National Asbestos Council | 1984 to 1993 |
| Environmental Information Association | 1993 to Present |
| Materials Research Society | 1988 to Present |
| Electron Microscopy Society Association | 1988 to Present |
| Microbeam Analysis Society | 1988 to Present |
| New York Academy of Science | 1985 to 1987<br>1989 to 1994 |
| Air Pollution Control Association | 1985 to 1987 |
| National Institute of Building Sciences | 1991 to Present |
| The Society for Ultrastructural Pathology | 1996 to Present |
| American Society of Heating, Refrigerating and Air-Conditioning Engineers | 1996 to Present |
| The American College of Forensic Examiners – Fellow of Forensic Engineering Technology (IN. 17825) | 1999 to Present |
| American Conference of Governmental Industrial Hygienist (ACGIH) Associate Member | 2006 to Present |

Updated:  11/22/17

8