# EXHIBIT C5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

**RULE 26 EXPERT REPORT OF**
**ALAN CAMPION, PHD**

Date:   November 16, 2018

*Alan Campion*
Alan Campion, PhD

## Qualifications

I have been a member of the faculty of the University of Texas at Austin since 1979, where I hold the titles Dow Chemical Company Endowed Professor in Chemistry and University Distinguished Teaching Professor.  I received my Ph.D. in chemical physics from UCLA in 1977 working in a number of areas of molecular spectroscopy, the most relevant of which for the present purpose was the development and application of Raman spectroscopy to study biological processes.  I held an IBM Graduate Fellowship for two years during my graduate education.  This early experience piqued my interest in Raman spectroscopy, which has been a central theme of my research throughout my entire career, with applications to problems in analytical chemistry, solid state physics, and materials science and engineering.  I was a postdoctoral fellow at UC Berkeley, during which time my interests shifted to ultrahigh vacuum surface physics.  I was awarded a competitive and prestigious NSF National Needs Postdoctoral Fellowship that allowed me to combine my interest and expertise in Raman scattering with that in ultrahigh vacuum surface science. That combined expertise enabled me to launch my career as an independent investigator studying a problem of widespread interest at the time, the mechanism of surface-enhanced Raman scattering, for which I was later recognized as among the world's experts.

I joined the faculty of the Department of Chemistry and Biochemistry (now the Department of Chemistry) in the fall of 1979 and rose through the ranks to become Full Professor in 1988.  I served as Chairman of the Department from 1991–1995 and was appointed to the Dow Professorship in 1993.  I received a number of important honors for junior faculty that included the Alfred P. Sloan Research Fellowship, the Camille and Henry Dreyfus Teacher Scholar Award, as well as a number of University-wide awards for teaching excellence.

My work in Raman spectroscopy was recognized in 1988 by my being named to the U.S. delegation to celebrate the centenary of Raman's birth in Calcutta.  I maintained an active research program for many years working on a diverse range of topics that included surface-enhanced Raman scattering, photochemistry, photophysics and chemistry on single crystal solids surfaces, Raman spectroscopy of high temperature superconductors, and, most recently, the application of Raman microscopy to study strain in strained silicon structures and devices, during which time I became an expert in Raman microscopy.  Although I used Raman spectroscopy and microscopy to investigate a number of different kinds of problems in science and engineering, an important theme in my work has always been developing novel experimental methods to extract very weak signals in the presence of significant background interference, expertise that proved essential for the current project.

During my career, I supervised 16 Ph.D. students, 5 M.A. students, and 4 postdoctoral fellows, wrote and managed grants totaling in excess of $5,000,000 and have published more than 130 scientific papers.  I was awarded a John Simon Guggenheim Memorial Fellowship in 2001. I have served on many University, College and national committees and boards, perhaps the most significant of which included a stint as a member of the Board of Governors of the Council for Chemical Research, which represents the entire chemical research enterprise in Washington, D. C. (1995 – 1997), and seven years as a member of the National Institutes of Science and Technology Board of Assessment, one of only two national labs subject to annual assessment by the National

Research Council at that time. I chaired the Chemical Sciences and Technology Lab group for two years and wrote that part of the report that went to the Department of Commerce and, ultimately, to Congress. My CV is attached as Exhibit A.

**Raman Microscopy**

Raman spectroscopy is an inelastic light scattering technique that measures the vibrational frequencies of chemical bonds in molecules and solids, providing definitive evidence for their identities and structures.  It is a well-established technique with applications in chemistry, biology, and materials science and engineering, as documented in several recent books[1-3].   Raman microscopy provides the additional advantage of high spatial resolution, which enables chemical imaging and physical characterization of materials on the submicron length scale.

A very recent review[4] discusses the principles and instrumentation required to apply confocal Raman spectroscopy to a wide variety of problems and applications in areas as diverse as solid-state physics, mineralogy and petrography, archaeology, life sciences and pharmaceuticals, polymers, and medical diagnostics, for example.  Advantages of Raman microscopy over other materials characterization techniques such as infrared spectroscopy or electron microscopy include: no special sample preparation; analysis in ambient environments; its nondestructive nature; and its high spatial and spectral resolution.

Biological areas lend themselves to Raman analysis because of the ability to study materials *in situ.* Raman microscopy is also used extensively in the pharmaceutical industry because of its ease of use, minimal sample handling and the ability to easily distinguish tablet excipients and active agents. An example of the detailed structural information available from Raman spectra is shown in the figure (courtesy Renishaw Inc.).



Raman shifts are characteristic of a particular kind of bond; higher frequencies correspond to stiffer bonds and/or lighter atoms.  The top figure shows the Raman spectrum and structure of diamond; the spectrum consists of a single band, which arises from C-C bonds stretching. The bottom spectrum and structure belong to polystyrene, a much more complicated material.  The bands near 1000 cm$^{-1}$ correspond to C-C bond stretching, motions similar to those in diamond, and the bands near 3000 cm$^{-1}$ are due to C-H bond stretching.

**Relevant Literature Review**

There are dozens, if not hundreds, of papers written that demonstrate the application of Raman microscopy to a wide variety of problems in biology and medicine. It is a well-established technique in these fields.  The literature describing the use of Raman microscopy to identify inorganic particles in tissues is more limited. I have selected relevant literature in this review: an article that demonstrates the general acceptance of Raman microscopy for clinical applications, several articles that demonstrate the ability of Raman spectroscopy to identify inorganic particles in tissue, and one article that demonstrates the ability of the technique to uniquely identify the various phyllosilicates, of which talc and asbestos bodies are of particular significance for the present purpose.

1.  "Clinical Instrumentation and Applications of Raman Spectroscopy" Pence, I,; Mahadevan-Jansen, A. *Chem. Soc. Rev.* 2016, *45*, 1958-1979.

This article describes recent advances in clinical applications of Raman microscopy, focusing on cancer detection. Inhaled particles (including talc, rutile, alpha-quartz, calcite, and related compounds) were identified in human tissue sections using Raman microscopy. The authors concluded that the Raman technique could be used for nondestructive identification of inclusions in human lung and lymph node tissue and that this technique can be extended to other tissues.

2.  Toporski, J.; Dieing, T.; Hollricher, Eds.; *Confocal Raman Microscopy 2nd Edition*; Springer International Publishing AG, Cham, 2018.

This new book describes recent developments and a myriad of applications of Raman microscopy, including clinical applications.

3.  "Raman Microspectroscopy in Human Pathology", De Mul, F. F. F.; Buiteveld, H.; Lankester, J.; Mud, J.; Greve, J. *Hum. Pathol.* 1984, *15*, 1062 -1068.

This is the first application of Raman microscopy in human pathology of which I am aware.  The authors identified particles that included talc, rutile, quartz, and related compounds in lung and lymph node tissue. The authors concluded that the Raman technique could be used for nondestructive identification of inclusions in human lung and lymph node tissue and that this technique can be extended to other tissues.

3

4.  "Study of Inorganic Particles, Fibers, and Asbestos Bodies by Variable Pressure Scanning Electron Microscopy with Annexed Energy Dispersive Spectroscopy and Micro-Raman Spectroscopy in Thin Sections of Lung and Pleural Plaque", Rinaudo, C.;Croce, A.; Musa, M.;Fornero, E.; Allegrina, M.; Trivero, P.; Bellis, D.; Sferch, D.;Toffalorio, F.; Veronsei, G. *Appl. Spectrosc.* 2010, *64*, 571-577.

This paper is probably the most relevant to the present study.  The authors identified asbestos bodies and talc in lung and pleural plaque tissues. They describe the technique for study of inorganic particles/fibers incorporated in the biological system directly within the histological sections, without digestion of the tissue. Using established methodology, the authors looked at histology from a pleural plaque in a patient with mesothelioma who had previously been treated with talc pleurodesis. The tissue contained numerous particles/fibers. In their analysis, the Raman spectra of the two minerals of interest – chrysotile and talc – showed bands at different wavenumbers, "allowing a rapid and certain identification of the mineral phase."

5.  "The Use Of Raman Spectroscopy To Identify Inorganic Phases In Iatrogenic Pathological Lesions Of Patients With Malignant Pleural Mesothelioma", Musa, M.; Croce, A. ; Allegrina, M.; Rinaudo, C.; Belluso, E.; Bellis, D.; Toffalorio, F.; Versonsi, G. *Vib. Spectrosc* 2012, *61*, 66-71.

This paper represents an extension of the previous paper in which the authors identify talc, cliniochore and crocidolite in lung and pleural tissue of patients who underwent pleurodesis. The authors demonstrated that Raman microscopy can be applied directly to histological sections prepared for medical diagnosis. Pleura and/or lung tissue samples were obtained from patients with malignant mesothelioma who had undergone pleurodesis. The researchers identified the particles from their Raman spectra and the identification was confirmed by scanning electron microscopy/energy dispersive X-ray chemical analysis.

6.  "Understanding the Raman Spectral Features of Phyllosilicates", Wang, M.; Freeman, J.J.; Joliff, B.L. *J. Raman Spectrosc.* 2015, *46*, 829–845.

This article demonstrates the exquisite selectivity of Raman microscopy to distinguish among a series of structurally similar minerals, including talc and asbestos.

**Identification of Talc Particles in Human Tissues using Raman Microscopy**

My collaborators and I recently published the results of a study that demonstrated our ability to obtain high quality Raman spectra of talc particles embedded in real tissue samples (pleural tissue following pleurodesis and ovarian tissue following long-term perineal talc exposure)[10].  These experiments use Raman microscopy to identify talc in ovarian tissue.  Our methodology is discussed at length in the paper attached to this report as an Exhibit B. The key to our success was the elimination of the staining step in standard histologic preparations.  It is different from the

4

protocols described in the previous work cited above in that we used standard coverslips and mounting media, minimizing any deviations from standard histology protocols.

The birefringent properties of talc particles are well-described and make them easy to detect using a polarizing light microscope. An experienced pathologist can identify particles of interest and provide their locations on a calibrated grid, allowing the particles to be identified using a Raman microscope. Talc has a well-defined Raman spectrum that is included in a number of Raman databases cited in our paper. We prepared a model system in which talc particles were doped into a suspension of macrophages from a standard ATCC cell line that were spun onto standard microscope slides, mounted and coverslipped in the usual way. We prepared both stained and unstained samples and the polarized photomicrographs of each sample are shown below.



**Figure 1.** Photomicrographs of RAW 264.7 macrophage cells in cytocentrifuge preparations. The left image is that of a standard H&E stained preparation examined under partially polarized light. The right image is that of an unstained sample examined under partially polarized light. The talc particles appear as bright spots in these images. These slides were coverslipped using Aquamount, and then analyzed by Raman spectroscopy. Original magnifications for both panels 400X; Bar on both panels = 20 μm.

We compared the Raman spectrum of a single talc particle from an unstained sample (top) with that of talc obtained from a database of mineral Raman spectra (bottom) in the figure shown below.



The frequencies and relative intensities are essentially identical, confirming the identity of talc in a biological matrix using Raman microscopy.

5

We then obtained the Raman spectrum of a talc particle embedded in one of the lung pleurodesis samples; the spectrum, taken at higher resolution is shown below and, again, the frequencies and relative intensities conclusively identify the particle as talc.  Photomicrographs for these samples are included in our recent publication.



Finally, for the ovarian tissue sample, we were able to identify multiple talc particles in tissue adjacent to the serous cancer tumor tissue; the Raman spectrum of one particle is shown below. Photomicrographs for these samples are also included in our recent publication.



In summary, we demonstrated the ability to unambiguously identify talc particles using Raman microscopy in a model system and in real tissue samples, prepared using standard surgical pathology laboratory protocols.

In my opinion, Raman spectroscopy is a reliable and unambiguous method for identifying talc and asbestos bodies in human tissue as well as in inorganic materials.  I base this opinion on my extensive experience, my published research identifying talc in human tissue prepared using routine histology protocols, and my review of the relevant scientific literature.  The opinions in this report are given to a reasonable degree of scientific certainty.

I reserve the right to amend or supplement this report if new information becomes available.

I am being paid $ 600 per hour for my work in this matter.  I have not testified in other cases in the previous four years.  The materials and data I considered is attached as Exhibit C.

Exhibit A

Campion CV                                                                                                    11/15/18

# ALAN CAMPION
# CURRICULUM VITAE

## EDUCATION

New College, Sarasota, Florida - B.A. (Chemistry), 1972.
University of California, Los Angeles - C. Phil, 1976; Ph.D. (Chemistry), 1977.
University of California, Berkeley - Research Scientist, 1978; NSF National Needs Postdoctoral Fellow, 1979.

## RESEARCH AND PROFESSIONAL EXPERIENCE

Research interests: Surface physics and chemistry, laser spectroscopy.

The University of Texas at Austin, Assistant, Associate and Professor of Chemistry, 1979-present.

Dow Chemical Company Professor of Chemistry, 1993-present.

Chairman, Department of Chemistry and Biochemistry, 1991-1995

Director, Center for Condensed Matter Spectroscopy,1989-1996

Postdoctoral research:  University of California, Berkeley, 1978-1979.  Charles Harris, research director: surface physics.

Graduate research:  University of California, Los Angeles, 1972-1977. Mostafa El-Sayed, research director: laser spectroscopy, energy transfer in condensed phases.

Undergraduate research:  University of Tennessee, 1970-1972. Ffrancon Williams, research director: radiation chemistry.

## HONORS AND AWARDS

John Simon Guggenheim Memorial Fellow, 2001
Director of Research, CNRS, LURE, University of Paris 11, Orsay 2001-2002
Academy of Distinguished Teachers, The University of Texas at Austin, 1999
Texas Excellence Teaching Award (Ex Students' Association) 1999
College of Natural Sciences Foundation Teaching Excellence Award (Runner-Up) 1992
Jean Holloway Award for Teaching Excellence, University of Texas at Austin, 1989
College of Natural Sciences Foundation Teaching Excellence Award, 1988
Coblentz Memorial Prize in Molecular Spectroscopy, 1987
Alfred P. Sloan Research Fellow, 1983
Camille and Henry Dreyfus Teacher-Scholar, 1982
NSF National Needs Postdoctoral Fellow, 1979
Sigma Xi, 1976
IBM Predoctoral Fellow, 1975,1976
Florida Regents' Scholar, 1968-1972

Campion CV                                                           11/15/18

## PROFESSIONAL SOCIETIES

American Chemical Society
American Physical Society
American Vacuum Society
American Association for the Advancement of Science

## OTHER PROFESSIONAL ACTIVITIES

Participant NSF/NIH Workshop on Excellence Empowered by a Diverse Academic Workforce 2009
Participant ACS Workshop "Increasing Participation of Hispanic Undergraduates in Chemistry" November 2008
Scientific Advisory Board, Cerium Laboratories, 2006 - present
Vice Chair, Chair, NRC Board of Assessment of NIST Programs, Chemical Sciences and Technology Laboratory 2002-2005
Member, NRC Board of Assessment of NIST Programs, Chemical Sciences and Technology Laboratory 1999-2001
Consultant, Advanced Micro Devices (AMD) 1996-2001
Vice Chair Council for Chemical Research Vision 2020 Committee, 1996-1999
Board of Governors, Council for Chemical Research 1995-1997
Editorial Advisory Board Spectrochimica Acta A, 1991-1995
Editorial Advisory Board Journal of Physical Chemistry, 1991-1994
Chairman 1994 Gordon Conference on Vibrational Spectroscopy
Organizer, Kendall Award Symposium, American Chemical National Meeting, Boston, Massachusetts, April 1989
Organizing Committee Sixth International Conference on Vibrations at Surfaces, Long Island, New York, September 1990

## UNIVERSITY SERVICE

UGS Core Curriculum Member, Departmental Curriculum Reform Committee 2013 – 2014
Peer Teaching Evaluations for Tenure and Promotion and for non-tenure track faculty.
Chair, Physical Chemistry Lab Coordinator Search Committee 2016
Physical Chemistry Lab Coordinator Search Committee 2015
Chair, Department Course and Curriculum Committee effective mid-2015
Department Study Abroad Coordinator, 2015 – present
Member, UGS Ethics and Leadership Flag Committee, 2015 - present
Member, Joe Lagowski Memorial Committee 2016
Chair, Ray Davis Memorial Committee 2015
CNS Undergraduate Scholarship Committee 2014 – present
Truman Scholarship Committee Member 2013-2014
Member, ad hoc committee on Academic Integrity 2013
Chair, Department of Chemistry and Biochemistry Development Committee 2008- present
Chair, Department of Chemistry and Biochemistry Diversity Committee 2008 – present
Member, Faculty Advisory (to the President) Budget Committee, 1998-1999
Chair, College of Natural Sciences Enrollment Management Committee 1998
Plan II Advisory Committee, 1995-present
Internal Review Committee, Department of Astronomy, 1993

Campion CV                                                                                    11/15/18

Chairman, Technology Task Force, University Strategic Plan, 1993
Member, Committee on the Undergraduate Experience, 1991
Member, Committee on Parking and Traffic, 1989-1991
Member, Committee on Educational Policy, 1985-1987

## PUBLICATIONS and PATENTS

More than 130 publications in refereed journals, one textbook, one patent

## INVITED LECTURES

More than 100 at universities, industrial and government laboratories and professional
conferences both domestically and abroad.

## Graduate Students and Postdoctoral Fellows Supervised

| Name | Degree | Last known position |
|---|---|---|
| Vickie Marie Hallmark | Ph.D. 1984 | IBM Almaden, now retired |
| David Roy Mullins | Ph.D. 1984 | Oak Ridge National Laboratories |
| Yuangfang Dai | Ph.D. 1988 | unknown |
| Xudong Jian | Ph.D. 1988 | unknown |
| Curtis Guy Shannon | Ph.D. 1988 | Professor of Chemistry, Auburn University |
| Kristi Ann Allen | Ph.D. 1990 | BASF, Houston |
| Steven Randall Hatch | Ph.D. 1990 | VP, Ecolab, Chicago area |
| Scott Sims Perry | Ph.D. 1991 | Professor of Materials Science, Univ. Florida |
| William David Darlington | Ph.D. 1994 | Process engineer, Freescale, Austin |
| Mark Richard Tesauro | Ph.D. 1995 | Senior Yield Engineer, Quoro, Portland |
| Michelle Christine Foster | Ph.D. 1996 | Associate Professor of Chemistry UMass Boston |
| Craig Michael Child | Ph.D. 1996 | Intel, Portland |
| Grant Meaders Underwood | Ph.D. 1997 | Intel, Portland |
| Patanjali Kambhampati | Ph.D. 1998 | Professor of Chemistry, McGill University |
| Robert Jason Scharff | Ph.D. 2005 | Los Alamos National Laboratory |
| Greyhm Furst-Pikus | PhD   2010 | High school biology teacher AISD |
| Donivan Robert Porterfield | M.A. 1990 | Los Alamos National Laboratory |
| Holly Jean Muir | M.A. 1992 | unknown |
| Lynette K. Ballast | M.A. 1992 | Operations Manager, Cerium Labs, Austin |
| Michelle Chaumont | M.A. 2005 | process engineer KBR, Houston |
| Wenqian Wang | M.A. 2008 | Intel until 2011, MBA 2013 Liberty Mutual |
| Carol Korzeniewski | PD 1987-8 | Professor of Chemistry, Texas Tech |
| Joe Ivanecky | PD 1994-95 | Process Engineer Seagate, Minneapolis area |
| OK-Keun Song | PD 1998-99 | Director, LG Chem, Korea |
| Eldar Khaliullin | PD 2007-08 | Director of Engineering D2S, San Jose, CA |

Campion CV                                                                                          11/15/18

## PUBLICATIONS

**Alan Campion**

1.  Alan Campion and Ffrancon Williams, "Effect of Crystalline Phase on Thermal Recovery of the Photobleachable Electron-Excess Center in Gamma Irradiated Succinonitrile", J. Chem. Phys. **54**, 4510 (1971).

2.  Alan Campion and Ffrancon Williams, "Hydrogen Atom Abstraction by Methyl Radicals in Methanol Glasses at 67-77□K", J. Amer. Chem. Soc. **94**, 7633 (1972).

3.  Alan Campion, John A. Ghormley and Ffrancon Williams, "Pulse Radiolysis Study of Succinonitrile in the Rotator Phase", J. Amer. Chem. Soc. **94**, 6301 (1972).

4.  Alan Campion and M.A. El-Sayed, "The Mechanism of the $S_1$-$T_1$ Non-Radiative Process in Duraldehyde", J. Phys. Chem. **80**, 2201 (1976).

5.  Alan Campion and M.A. El-Sayed, "Spin Labels and the Mechanism of the $S_1$-$T_1$ Nonradiative Process in Duraldehyde: Possible Manifestations of Pseudo-Jahn-Teller Forces on Nonradiative Processes", Proceedings of the 12th Informal Conference on Photochemistry, NBS Special Publication **256**, 271 (1976).

6.  Phaedon Avouris, Alan Campion and M.A. El-Sayed, "Luminescence and Intersystem Crossing Processes in Camphorquinone Crystals", Chem. Phys. **19**, 147 (1977).

7.  Alan Campion, James Terner and M.A. El-Sayed, "Time-Resolved Resonance Raman Spectroscopy of Bacteriorhodopsin", Nature **265**, 659 (1977).

8.  James Terner, Alan Campion and M.A. El-Sayed, "Time-Resolved Resonance Raman Spectroscopy of Bacteriorhodopsin on the Millisecond Timescale", Proc. Nat'l. Acad. Sci. USA, **74**, 5212 (1977).

9.  Phaedon Avouris, Alan Campion and M.A. El-Sayed, "Phonon Assisted Site-to-Site Electronic Energy Transfer Between $Eu^{3+}$ Ions in an Amorphous Solid", Chem. Phys. Lett. **50**, 9 (1977).

10. Phaedon Avouris, Alan Campion and M.A. El-Sayed, "Variations in Homogeneous Fluorescence Linewidths and Electron-Phonon Coupling Within an Inhomogeneous Spectral Profile", J. Chem. Phys. **67**, 3397 (1977).

11. James Terner, Alan Campion and M.A. El-Sayed, "Resonance Raman Kinetic Spectroscopy of Bacteriorhodopsin on the Microsecond Timescale", Biophys. J. **20**, 369 (1977).

12. Phaedon Avouris, Alan Campion and M.A. El-Sayed, "Laser Studies of Electron-Phonon Interactions in Amorphous Solids: Homogeneous Fluorescence Line-Broadening and Spectral Diffusion", Proc. Soc. Photo.-Opt. Instrum. Eng. **113**, 57 (1977).

Campion CV                                                              11/15/18

13. Alan Campion, James Terner and M.A. El-Sayed, "Time-Resolved Resonance Raman Spectroscopy: Application to the Photosynthetic Cycle of Bacteriorhodopsin" Proc. Soc. Photo.-Opt. Instrum. Eng. **113**, 128 (1977).

14. M.A. El-Sayed, Alan Campion and Phaedon Avouris, "Temperature, Temporal and Concentration Dependence of the Laser-Narrowed $^5D_o$-$^7F_o$ Fluorescence Lineshape of $Eu^{3+}$ in Glasses", J. Mol. Struct. **46**, 355 (1978).

15. Anne-Marie Merle, Alan Campion and M.A. El-Sayed, "The Two-Photon Excitation Spectrum of Triphenylene in n-Heptane Single Crystals", Chem. Phys. Lett. **57**, 496 (1978).

16. A. Campion, A.R. Gallo, C.B. Harris, H.J. Robota and P.M. Whitmore, "Electronic Energy Transfer to Metal Surfaces: A Test of Classical Image Dipole Theory at Short Distances", Chem. Phys. Lett. **73**, 447 (1980).

17. Alan Campion, J. Keenan Brown and V.M. Grizzle, "Surface Raman Spectroscopy Without Surface Enhancement", J. Vac. Sci. Tech. **20**, 893 (1982).

18. Alan Campion, J. Keenan Brown and V.M. Grizzle, "Surface Raman Spectroscopy Without Enhancement Nitrobenzene on Ni (111)", Surface Sci. **115**, L153 (1982).

19. Alan Campion, "Surface Raman Spectroscopy Without Enhancement: Pyridine on Ag (111)", J. Electron Spectrosc. Relat. Phenom. **29**, 397 (1983).

20. Alan Campion and David R. Mullins, "Normal Raman Scattering From Pyridine Adsorbed on the Low-Index Faces of Silver", Chem. Phys. Lett. **94**, 576 (1983).

21. Alan Campion and David R. Mullins, "Normal (Unenhanced) Raman Scattering From Pyridine Adsorbed on the Low-Index Faces of Silver", in Surface Studies with Lasers, Springer Series on Chemical Physics, F.R. Aussenegg, A. Leitner and M.E. Lippitsch, eds., Springer-Verlag, Berlin (1983).

22. Alan Campion, Vickie M. Grizzle, David R. Mullins and J. Keenan Brown, "Raman Spectroscopy of Molecules Adsorbed on Single Crystal Metal Surfaces Without Enhancement", J. Physique **C10**, 341 (1983).

23. Alan Campion, "Surface Enhanced Raman Scattering", Comments on Solid State Physics **11**, 107 (1984).  (Invited Review).

24. Alan Campion and David R. Mullins, "Angle-Resolved Surface Raman Spectroscopy", J. Phys. Chem. **88**, 8 (1984).

25. A.-W. Mau, N. Kakuta, C.B. Huang, M. Krishnan, A.J. Bard, A. Campion, M.A. Fox, S.E. Webber and J.M. White, "$H_2$ Photoproduction by Nafion/CdS/Pt Films in $H_2O/S^{-2}$ Solutions", J. Amer. Chem. Soc. **106**, 6537 (1984).

26. Vickie M. Hallmark and Alan Campion, "Unenhanced Raman Spectroscopy of Benzene Adsorbed on Single Crystal Silver Surfaces: Evidence for Surface Selection Rules", Chem. Phys. Lett. **110**, 561 (1984).

Campion CV                                                                                      11/15/18

27. David R. Mullins and Alan Campion, "Unenhanced Raman Scattering From Pyridine Chemisorbed on a Stepped Silver Surface: Implications for Proposed SERS Mechanisms", Chem. Phys. Lett. **110**, 565 (1984).

28. N. Kakuta, M. Finlayson, A.J. Bard, A. Campion, M.A. Fox, S.E. Webber and J.M. White, "Surface Analysis of Semiconductor-Incorporated Polymer Systems I. Nafion and CdS-Nafion", J. Phys. Chem. **89**, 48 (1985).

29. N. Kakuta, K.H. Park, M.F. Finlayson, A. Ueno, A.J. Bard, A. Campion, M.A. Fox, S.E. Webber and J.M. White, "Photoassisted Hydrogen Production Using Visible Light and Coprecipitated ZnS.CdS Without a Noble Metal", J. Phys. Chem. **89**, 732 (1985).

30. Alan Campion and David R. Mullins, "Unenhanced Raman Scattering From Pyridine Adsorbed on Stepped and Kinked Silver Surfaces Under Ultrahigh Vacuum", Surface Sci. **158**, 263 (1985).

31. Alan Campion, "Normal (Unenhanced) Raman Spectroscopy of Molecules Adsorbed on Surfaces", J. Vac. Sci. Technol. **B3**, 1404 (1985).

32. N. Kakuta, J.M. White, A. Campion, A.J. Bard, M.A. Fox, S.E. Webber and M.F. Finlayson, "Surface Spectroscopy of Pt/CdS/Nafion Systems", in The New Surface Science in Catalysis, A.C.S. Symposium Series, **288**, 566 (1985).

33. M.F. Finlayson, K.H. Park, N. Kakuta, A. Ueno, A.J. Bard, A. Campion, M.A. Fox, S.E. Webber and J.M. White, "Silica-Supported ZnS.CdS Mixed Semiconductor Catalysts for Photogeneration of Hydrogen", J. Phys. Chem. **89**, 3828 (1985).

34. Alan Campion, "Raman Spectroscopy of Molecules Adsorbed on Solid Surfaces", in Annual Review of Physical Chemistry, Volume 36, Annual Reviews, Inc. Palo Alto, p.549 (1985).

35. N. Kakuta, A.J. Bard, A. Campion, M.A. Fox, S.E. Webber and J.M. White, "Surface Analysis of Semiconductor Incorporated Polymer Systems. 2. Pt-Nafion and Pt-CdS-Nafion", Surf. and Interface Analysis. Vol. 7, No. 6, (1985).

36. N. Kakuta, K.H. Park, M.F. Finlayson, A.J. Bard, A. Campion, M.A. Fox, S.E. Webber and J.M. White, "Surface Analysis of Polymer Systems. 3. ZNS-CdS-Nafion", J. Phys. Chem. **89**, 5028 (1985).

37. Alan Campion, "Raman Spectroscopy of Adsorbed Molecules", in Chemistry and Physics of Solid Surfaces, Springer Series in Surface Sciences 5, Volume 6, Springer-Verlag, p.261 (1986).

38. Vickie M. Hallmark and Alan Campion, "A Modification of Image Dipole Selection Rules as Applied to Surface Raman Scattering", J. Chem. Phys. **84**, 2942 (1986).

39. Vickie M. Hallmark and Alan Campion, "Selection Rules for Surface Raman Spectroscopy: Experimental Results", J. Chem. Phys. **84**, 2933 (1986).

40. M.F. Finlayson, B.L. Wheeler, N. Kakuta, K.H. Park, A.J. Bard, A. Campion M.A. Fox, S.E. Webber and J.M. White, "Determination of Flatband Position of CdS Crystals, Films and Powders by Photocurrent Impedence Techniques - Photoredox Reaction Mediated by Intra Band States", J. Phys. Chem. **89**, 5676 (1985).

41. D.M. Harradine and Alan Campion, "Surface Raman Spectroscopy of Pyridine Adsorbed on Ni (111) and Ni (100) Surfaces", J. Vac. Sci. Technol. **3**, 1467 (1986).

42. R. Dabestani, X. Wang, A.J. Bard, A. Campion, M.A. Fox, S.E. Webber and J.M. White, "Photoinduced Oxidation of Bromide to Bromine on Irradiated Platinized $TiO_2$ Powders and Platinized $TiO_2$ Particles Supported in Nafion Films", J. Phys. Chem. **90**, 2729 (1986).

43. E. Smotkin, A.J. Bard, A. Campion, M.A. Fox, T. Mallouk, S.E. Webber and J.M. White, "Bipolar $TiO_2$/Pt Semiconductor Photoelectrodes and Multielectrode Arrays for Unassisted Photolytic Water Splitting", J. Phys. Chem. **90**, 4604 (1986).

44. L.Porter Powell and Alan Campion, "Rapid Headspace Analysis in Sealed Drug Vials by Multichannel Raman Spectrometry", Anal. Chem. **58**, 2350 (1986).

45. D. Harradine and Alan Campion, "Surface Raman Spectroscopy Without Enhancement: Pyridine Adsorbed on Ni (111) and Ni (100)", Chem. Phys. Lett. **135**, 501 (1987).

46. A. Sobczynski, A.J. Bard, A. Campion, M.A. Fox, T.E. Mallouk, S.E. Webber and J.M. White, "Photoassisted Hydrogen Generation: Pt and CdS Supported on Separate Particles", J. Phys. Chem. **91**, 3316 (1987).

47. Y. Dai, J.S. Swinnea, H. Steinfink, J.B. Goodenough and A. Campion, "Raman Spectroscopy of the High $T_c$ Superconductor $YBa_2Cu_3O_7$ and the Semiconductor $YBa_2Cu_3O_6$", J. Amer. Chem. Soc. **109**, 5291 (1987).

48. X. Jiang and A. Campion, "Chemical Effects in Surface-Enhanced Raman Scattering: Pyridine Chemisorbed on Silver Adatoms on Rh (100)", Chem. Phys. Lett. **Vol. 140**, **No. 1**, 95 (1987).

49. Alan Campion, "Raman Spectroscopy", in Vibrational Spectroscopy of Molecules on Surfaces, J.T. Yates and T.E. Madey, eds., Volume 1, Plenum Press, New York, p. 345 (1987).

50. L. Persaud, A.J. Bard, A. Campion, M.A. Fox, T.E. Mallouk, S.E. Webber and J.M. White, "A New Method for Depositing Platinum Exclusively on the Internal Surface of Zeolite L.", Inorg. Chem. **26**, 3825 (1987).

51. Alan Campion and W.H. Woodruff, "Multichannel Raman Spectroscopy", Anal. Chem. **59**, 1299A (1987).

52. L. Persaud, A.J. Bard, A. Campion, M.A. Fox, T.E. Mallouk, S.E. Webber and J.M. White, "Photochemical Hydrogen Evolution via Singlet State Electron Transfer Quenching of Zinc tetra(N-methyl-4-pyridyl) porphyrin Cations in a Zeolite-L Based System", J. Amer. Chem. Soc. **109**, 7309 (1987).

Campion CV                                                                                    11/15/18

53. D.R. Porterfield and A. Campion, "Fluorescence-Free Scanning Raman Spectroscopy", J. Amer. Chem. Soc. **110**, 408 (1988).

54. M.F. Finlayson, K.H. Park, N. Kakuta, A.J. Bard, A. Campion, M.A. Fox, S.E. Webber and J.M. White, "Luminescence of Mixed ZnS.CdS Semiconductor Catalysts in Nafion Polymer Films", J. Luminescence **39**, 205 (1988).

55. S. Cervera-March, E.S. Smotkin, A.J. Bard, A. Campion, M.A. Fox, T. Mallouk, S.E. Webber and J.M. White, "Modeling of Bipolar Semiconductor Photoelectrode Arrays for Electrolytic Processes", J. Electrochemical Society **Vol. 135**, **No. 3**, 567 (1988).

56. C. Shannon and A. Campion, "Unenhanced Raman Scattering as an In-Situ Probe of the Electrode-Electrolyte Interface: 4-Cyanopyridine Adsorbed on a Rhodium Electrode",J. Phys. Chem. **92**, 1385 (1988).

57. E.S. Smotkin, S. Cervera-March, A.J. Bard, A. Campion, M.A. Fox, T. Mallouk, S.E. Webber and J.M. White, "Bipolar CdSe/CoS Semiconductor Photoelectrode Arrays for Unassisted Photolytic Water Splitting", J. Phys. Chem. **91**, 6 (1987).

58. R. Dabestani, A.J. Bard, A. Campion, M.A. Fox, T.E. Mallouk, S.E. Webber and J.M. White, "Sensitization of Titanium Dioxide and Strontium Titanate Electrodes by Ruthenium(II)tris(2,2'-bipyridine-4,4'-dicarboxylic acid) and Zinc Tetrakis(4-carboxyphenyl) Porphyrin" "An Evaluation of Sensitization Efficiency for Component Photoelectrodes in a Multipanel Device", J. Phys. Chem. **92**,1872 (1988).

59. A. Sobczynski, A. Yildiz, A.J. Bard, A. Campion, M.A. Fox, T.E. Mallouk, S.E. Webber and J.M. White, "Tungsten Disulfide:  A Novel Hydrogen Evolution Catalyst for Water Decomposition", J. Phys. Chem. **92**, 2311 (1988).

60. Y. Dai, A. Manthiram, A. Campion and J.B. Goodenough, "XPS Evidence for Peroxide in 123 Copper Oxides Containing Disordered or Excess Oxygen", Phys. Rev. B. Vol. **38**, No. 7, 5091 (1988).

61. X. Jiang, K. Lloyd and A. Campion, "Chemical Effects in Surface-Enhanced Raman Scattering", Proc. from 19th Solvay Conference on Surface Science (in press).

62. E.S. Smotkin, Chongmok Lee, A.J. Bard, A. Campion, M.A. Fox, T. Mallouk, S.E. Webber and J.M. White, "Size Quantization Effects in Cadmium Sulfide Layers Formed by a Langmuir-Blodgett Technique", Chem. Phys. Letters **152**, 265 (1988).

63. Attila Yildiz, Andrzej Sobczynski, A.J. Bard, A. Campion, M.A. Fox, T.E. Mallouk S.E. Webber and J.M. White, "Sensitized Polypyrrole-coated Semiconducting Powders as Materials in Photosystems for Hydrogen Generation", Langmuir **5**, 148 (1989).

64. S. Akhter, K. Allan, D. Buchanan, J.A. Cook, A. Campion and J.M. White, "XPS and IR Study of X-Ray Induced Degradation of PVA Polymer Film", Applied Surface Science **35**, 241 (1988).

Campion CV                                                                      11/15/18

65. Andrzej Sobczynski, A.J. Bard, A. Campion, M.A. Fox, T.E. Mallouk, S.E. Webber and J.M. White, "Catalytic Hydrogen Evolution Properties of Nickel-Doped Tungsten Disulfide", J. Phys. Chem. **93**, 401 (1989).

66. K.G. Lloyd, B. Roop, A. Campion and J.M. White, "Surface Photochemistry: V. Preparation of Ethyl Fragments on Pt (111)", Surface Sci. **214**, 227 (1989).

67. J.B. Goodenough, A. Manthiram, Y. Dai and A. Campion, "Oxygen Clustering in 123 Copper Oxides Having Disordered or Excess (>7.0) Oxygen", Supercond. Sci. Tech. **1**, 187 (1988).

68. K.G. Lloyd, A. Campion and J.M. White, "Surface Photochemistry: 7. Synthesis on Pt(111) of Surface Ethyl Groups and their Rearrangement to Ethylidyne", Catalysis Letters **2**, 105 (1989).

69. B. Roop, K.G. Lloyd, S.A. Costello, A. Campion and J.M. White, "Surface Photochemistry: 8. $CH_3Cl$ and Coadsorbed $CD_3Br$-$CH_3Cl$", J. Chem. Phys. **91 (8)**, 5103 (1989).

70. B. Roop, Y. Zhou, Z.-M. Liu, M.A. Henderson, K.G. Lloyd, A. Campion and J.M. White, "Surface Photochemistry: 9. Photochemistry of Small Molecules on Metal Surfaces", J. Vac. Sci. & Tech. **A7 (3)**, 2121 (1989).

71. X-Y. Zhu, S.R. Hatch, A. Campion and J.M. White, "Surface Photochemistry: II. Wavelength Dependences of Photo-Induced Dissociation, Desorption and Rearrangement of $O_2$ on Pt(111)", J. Chem. Phys. **91 (8)**, 5011 (1989).

72. Scott S. Perry, Curtis Shannon and Alan Campion, "Raman Spectroscopy of Molecules Adsorbed on Solid Surfaces", Proc. of SPIE Lasers and Optics Symposium. 1-7 (1989).

73. S.K. Doorn, J.T. Hupp, D.R. Porterfield, A. Campion and D.B. Chase, "Resonance Enhanced Raman Scattering in the Near Infrared. Preliminary Studies of Charge Transfer in the Symmetric Dimers $(2,2'bpy)_2ClRu$-$4,4'bpy$-$RuCl(2,2'bpy)_2^{4+/3+/2+}(H_3N)_5Ru$-$4,4'bpy$-$Ru(NH_3)_5^{6+/5+/4+}$, and $(NC)_5Fe$-$4,4'bpy$-$Fe(CN)_5^{4-/5-/6-}$", J. Amer. Chem. Soc. **112 (13)**, 4999 (1990).

74. E.S. Smotkin, L.K. Rabenberg, K. Salomon, A.J. Bard, A. Campion, M.A. Fox, T.E. Mallouk, S.E. Webber and J.M. White, "Ultrasmall Particles of CdSe and CdS Formed in Nafion by an Ion-dilution Technique", J. Phys. Chem. **94**, 7543 (1990).

75. K. Allan, A. Campion, J. Zhou, and J.B. Goodenough, "An XPS Study of $LaCuO_3$", Physical Review B **41 (16)**, 11 572 (1990).

76. Curtis Shannon and Alan Campion, "Raman Spectroscopic Investigation of the Adsorption of Acetonitrile and Methanol on Si(100)-2x1", Surface Science **227**, 219-223 (1990).

77. S.R. Hatch, X.-Y. Zhu, A. Campion and J.M. White, "Surface Photochemistry XII: Quenching of Surface Photochemistry by a Spacer Layer", J. Phys. Chem. (submitted).

Campion CV                                                                11/15/18

78. S.R. Hatch, X.-Y. Zhu, J.M. White and Alan Campion, "Surface Photochemistry XV:  On the Role of Substrate Excitation", J. Chem. Phys. **92 (4)**, 2681 (1990).

79. Akihiko Kudo, M. Steinberg, A.J. Bard, Alan Campion, M.A. Fox, T.E. Mallouk, S.E. Webber, and J.M. White, "Reduction at 300 K of NO by CO over Supported Platinum Catalysts", J. Catal. **124**, 565 (1990).

80. Akihiko Kudo, Menachem Steinberg, Allen J. Bard, Alan Campion, Marye Anne Fox, Thomas E. Mallouk, Stephen E. Webber, and John M. White, "Photoactivity of Ternary Lead - Group IVB Oxides for Hydrogen and Oxygen Evolution", Catal. Letters **5**, 61 (1990).

81. Akihiko Kudo, Menachem Steinberg, Allen J. Bard, Alan Campion, Marye Anne Fox, Thomas E. Mallouk, Stephen E. Webber, and John M. White, "Photoelectro-chemical Properties of Titanium Dioxide Electrodes Prepared from a Titanium-Aluminum Alloy", J. Electrochem. Soc. **137 (12)**, 3846 (1990).

82. A. Sobczynski, J.M. White, A.J. Bard, A. Campion, M.A. Fox, T.E. Mallouk, and S.E. Webber "Photochemical Properties of Ultrathin $TiO_2$ Films prepared by Chemical Vapor Deposition", J. Photochem. Photobiol. **50**, 283 (1989).

83. Scott S. Perry and Alan Campion "A Raman Spectroscopic Study of the Polyimide/Ag (110) Interface", Surface Science Letters **234**, L275 (1990).

84. Bradley R. Arnold, Juliusz G. Radziszewski, Alan Campion, Scott S. Perry, and Josef Michl "The Raman Spectrum of the Matrix-Isolated Cyclobutadiene.  Evidence for Environmental Hindrance to Heavy-Atom Tunneling?", J. Am. Chem. Soc. **113**, 692 (1991).

85. Alan Campion and Scott S. Perry "Charge Coupled Devices Shine for Raman Spectroscopy", Laser Focus World, **26**, 113-114, 116, 118, 120, 122, 124 (1990).

86. S.R. Hatch, X.-Y. Zhu, J.M. White and Alan Campion, "Photoinduced Pathways to Dissociation and Description of Dioxygen on Ag(110) and Pt(111)", J. Phys Chem **95**, 1759 (1991).

87. J.M. White, S. Hatch, X.-Y. Zhu and Alan Campion, "Surface Photochemistry.  13.  UV-photochemistry of Adsorbed O2 on Pt(111)", Vacuum **41**, 282 (1990).

88. S.R. Hatch and Alan Campion, "Surface Photochemistry:  Evidence for Hot Electron Induced Dissociation in a Strongly Bound System", J. Elec. Spectr. & Rel. Phen **54/55**, 509 (1990).

89. Scott S. Perry and Alan Campion, "Polyimide Interfaces Studied by Surface Raman Spectroscopy," J. Elec. Spectr. & Rel. Phen. **54/55**, 933 (1990).

90. Alan Campion, "Raman Spectroscopy of Molecules Adsorbed on Surfaces: Progress, Issues and Prospects," J. Elec. Spectr. & Rel. Phen. **54/55**, 877 (1990).

91. Scott S. Perry and Alan Campion, "A Raman Spectroscopic Study of Polyimide Precursors Adsorbed on Silicon (100) and Silicon Oxide," Surface Science **259**, 207 (1991).

Campion CV                                                          11/15/18

92. S.R. Hatch and Alan Campion, "Photoinduced Pathways to Dissociation and Desorption of Dioxygen on Ag(110) and Pt(111)," in <u>Surface Science of Catalysis; In-Situ Probes and Reaction Kinetics</u>, ACS Symposium Series, **482**, 21 (1992).

93. S.R. Hatch and Alan Campion, "The Role of Substrate Excitation in the Photochemistry of Dioxygen on Ag(110)," J. Vac. Sci. Tech. A, **10**, 4 (1992).

94. Carolyn F. Hoener, Kristi Allan, Allen J. Bard, Alan Campion, Marye Anne Fox, Thomas E. Mallouk, Stephen E. Webber and J. Michael White, "Demonstration of a Shell-Core Structure in Layered CdSe-ZnSe Small Particles by X-ray Photoelectron and Auger Spectroscopies", J. Phy Chem **96**, 3812 (1992).

95. A. Mahajan, B.K. Kellerman, N.M. Russell, S. Banerjee, A. Campion, J.G. Ekerdt, A. Tasch, J.M. White, and D.J. Bonser, "Surface Chemistry of Diethylsilane and Diethylgermane on Si(100):  An Atomic Layer Epitaxy Approach", J. Vac. Sci. Technol. A **12**(4), 2265-2270 (1994).

96. B. Darlington, M. Foster, A. Campion, "Adsorption and Reactions of Diethylsilane on Si(100)", Surface Science Letters **304** (1994) L407-L412.

97. M. Foster, B. Darlington, J. Scharff, A. Campion, "Adsorption and Reactions of Ethylsilane on Si(100)", Surface Science **315** (1994) L947-L952.

98. M.R. Tesauro, S. Banerjee, A. Campion, "Removal of Hydrogen from 1x1 Dihydride Passivated Si(100) by Low Energy Rare Gas Ions:  Implications for    RPCVD",    Surface Science Letters **318** (1994) L1171-L1174.

99. N. Hackerman, A. Campion,"Almost 50 Years of Physical Chemistry at the University of Texas", Ann. Rev. Phys. Chem. **44** 1-12 (1993).

100. B.K. Kellerman, A. Mahajan, N.M. Russell, J.G. Ekerdt, S.K. Banerjee, A.F. Tasch, A. Campion, J.M. White, and D.J. Bonser, "Adsorption and Decomposition of Diethylsilane and diethylgermane on Si(100):  Surface Reactions for an ALE Approach to Column IV Epitaxy",  J. Vac. Sci. Tech. A **13**(4) (1995) 1819-1825.

101. D. Melamed, B. Darlington, D. J. R. Brook, H. L. Pan, A. Campion and M. A. Fox, "Structural Characterization of Solid Self-Ordered Thin Films of Zinc (II) and Palladium (II) Octakis (☐decoxyethyl) Porphyrin", J. Phys. Chem. **98**(36), 8971- 8976 (1994).

102. M. Foster, B. Darlington, J. Scharff and A. Campion, "Surface Chemistry of Alkylsilanes Si(100) 2x1", Surface Science **375** (1997) 35-44.

103. M.R. Tesauro, Grant Underwood, Bruce K. Kellerman, A. Campion, "Temperature Programmed Evolution of Low-Energy, Rare-Gas Ions Implanted in Si (100)", Surface Science Letters **330** (1995) L633-L638.

Campion CV                                                                                              11/15/18

104. A. Campion, J.E. Ivanecky III, C.M. Child, M. Foster, "On the Mechanism of Chemical Enhancement in Surface-Enhanced Raman Scattering", Journal of the American Chemical Society Vol. **117** No. 47 (1995) 11807-11808.

105. C.M. Child, Jeffrey E. Fieberg and Alan Campion, "Surface Chemistry of Polyimide Formation on Cu(111)", Surface Science Letters **372**(1-3) (1997) L254-L260.

106. C.M. Child, M. Foster, J.E. Ivanecky III, Scott S. Perry, and Alan Campion, "Surface Raman Spectroscopy as a Probe of Surface Chemistry", Proc. SPIE-Int. Soc Opt. Eng., **2547**, 2-11 (1995).

107. S.S. Perry, S.R. Hatch and A. Campion, "On the Role of Electromagnetic Field Gradients in Surface Raman Scattering by Molecules Adsorbed on Single Crystal Metal Surfaces", J. Chem. Phys. **104** (17) 6856-6859 (1996).

108. J. E. Ivanecky III, C. M. Child, A. Campion, "Surface Chemistry of Polyimide Precursors on Cu(111)", Surface Science Letters **325** (1995) L428-L434.

109. Mark R. Tesauro, Grant Underwood, John Lowell, and Alan Campion, "Removal of Hydrogen From 2H::Si(100) by Sputtering and Recoil Implantation", 1997 IEEE 591-594.

110. Grant Underwood, Mark R. Tesauro, B.K. Kellerman and Alan Campion, "The Implantation and Diffusion of 100-500eV He and Ar in Si(100)", (in preparation).

111. Patanjali Kambhampati, C.M. Child and Alan Campion, "On the Role of Charge-Transfer Resonances in the Chemical Mechanism of Surface-Enhanced Raman Scattering", J. Chem. Soc., Faraday Trans., 1996, **92**(23), 4775-4780.

112. C.M. Child, Jeffrey E. Fieberg and Alan Campion, "Unenhanced Surface Raman Spectroscopic Study of the Chemistry of Polyimide Formation on Cu(111)", Workshop Proceeding, Second International Conference, Namur, Belgium 12-16 August 1996.

113. Patanjali Kambhampati, C.M. Child, Michelle C. Foster and Alan Campion, "On the Chemical Mechanism of Surface Enhanced Raman Scattering: Experiment and Theory", J. Chem. Phys., Vol. **108**, No. 12, 22 March 1998.

114. Mark R. Tesauro, Grant Underwood, Sanjay Banerjee, and Alan Campion, "Removal of hydrogen from 2H::Si(100) by Sputtering and Recoil Implantation: Investigation of an RPCVD Growth Mechanism", Surface Science **415** (1998) 37-47.

115. Alan Campion and Patanjali Kambhampati, "Surfaced-Enhanced Raman Scattering", Chemical Society Reviews, 1998, volume 27, 241-250.

116. Patanjali Kambhampati, Michelle C. Foster and Alan Campion, "Two Dimensional Localization of Adsorbate/Substrate Charge-Transfer Excited States of Molecules Adsorbed on Metal Surfaces", J. Chem. Phys., Vol. **110**, No. 1, 551-558 January 1999

Campion CV                                                                11/15/18

117. Patanjali Kambhampati and Alan Campion, "Chemical Enhancement in Surface Enhanced Raman Scattering", Conference Proceeding, International Conference on Raman Spectroscopy, Cape Town, South Africa September 6-11, 1998.

118. Patanjali Kambhampati and Alan Campion, "Surface Enhanced Raman Scattering as a Probe of Adsorbate-Substrate Charge-Transfer Excitations", Surface Sci. **427-428** (1999) 115-125.

119.  Patanjali Kambhampati, Ok-Keun Song and Alan Campion, "Probing Photoinduced Charge Transfer at Atomically Smooth Metal Surfaces using Surface Enhanced Raman Scattering", Phys. Stat. Sol. **175** (1999) 233-239.

120. Lynette K. Ballast, Tim Z. Hossain and Alan Campion, "Raman spectroscopy: a multifunctional analysis tool for microelectronics manufacturing."  Proc. SPIE-Int. Soc. Opt. Eng.  (2000), 4182(Process Control and Diagnostics),  221-230.

121. Alan Campion; Charles E. May and Tim Z. Hossain "Apparatus and method for determining depth profile characteristics of a dopant material in a semiconductor device."   U.S. Patent 6.151,119 (2000)

122 "Carrier confinement in almost pure Ge channels grown on Si substrates by rapidly graded Si1-xGex growth", S. Joshi, S. Dey, K. Jones, M.Chaumont, A. Campion, D. Kelly, J Donnelly and S.K. Banerjee, presented, Electronic Materials Conference, July 2005.

123. "Ge channel MOSFETs fabricated using thin Ge on strained SiGe epitaxial layers using bulk Si substrates, HfO2 gate dielectric and TaN metal gate electrode" Sachin Joshi, S. Dey, D. Garcia-Gutierrez, M.Chaumont, M. Yacaman, A.Campion, D Kelly, J. Donnelly and S.K. Banerjee, Semiconductor Research Corporation, Techcon, October 2005

124. "Carrier confinement in almost pure Ge channels grown on Si substrates by rapidly graded Si1-xGex growth", Sachin Joshi, S. Dey, K. Jones, M. Chaumont, A. Campion, D. Q. Kelly, J Donnelly and S.K. Banerjee, ElectronicMaterials Conference, Santa Barbara, 2005

125. "Pure Ge epitaxial growth on thin strained SiGe graded layers on bulk Si substrate for high channel mobility MOSFET", S. Dey, S. Joshi, D. Garcia-Gutierrez, M.Chaumont, M. Jose-Yacaman, A.Campion and S.K. Banerjee, J. Elec Mat. Vol. 35, No. 8, pp 1607 -1612, 2006

126. "Strained-Si MOSFETs on ultra-thin relaxed dislocation blocking Si1-xGex buffer layer with high-k dielectric and metal gate", S. Dey, S. Joshi, M. Chaumont, A. Campion, S.K. Banerjee, submitted Elec. Dev. Lett., 2006

127. "Ultra-thin Si(1-x)Ge(x) dislocation blocking layers for Ge /strained Si CMOS devices" Sachin Joshi, Sagnik Dey, Michelle Chaumont, Alan Campion and Sanjay K.Banerjee, International Symposium on Advanced Gate Stack Technology, September 2006

128. Sachin Joshi, Sagnik Dey, Michelle Chaumont, Alan Campion and Sanjay K. Banerjee, "Ultra-Thin $Si_{1-x}Ge_x$ Dislocation Blocking Layers For Ge/Strained Si CMOS Devices", Journal of Electronic Materials **36** (2007) 641-647.

Campion CV                                                                                          11/15/18

129. Jinggang Lu, George Rozgonyi, Mike Seachrist, Michelle Chaumont and Alan Campion, "Effect of Strained – Si Layer thickness on Dislocation Distribution and SiGe Relaxation in Strained Si/SiGe Heterostructures" J. Appl. Phys. **104** 07904 (2008).

130. Grant Underwood, Lynette Ballast and Alan Campion, "Reactions of Disilane with the Deuterium Terminated Ge(100) 2 x 1 Surface", Surf. Sci. **602**, 2009 – 2016 (2008).

131. Grant Underwood, Lynette Ballast and Alan Campion, "On the Existence of a Stable, Room Temperature Dihydride-Terminated Ge(100) Surface in Ultrahigh Vacuum", Surf. Sci. **602** 2055 – 2060 (2008)

132. P. Kohli, R. Wise, G. Braithwaite, M. T. Currie, A. Lochtefeld, MK. Rodder, J. Bennett, M. Gotowski, B. Nguyen, R. Cleavelin, S. Yu, M. Pas, S. McCoy, A. Campion and M. Chaumont, "Ultrashallow Junction Formation in Strained Si/Si$_{1-x}$Ge$_x$ Using Flash Assist RTA" Electrochemical Society Proceedings **2004 – 2007** 1113 - 1114. (2004) [Not previously reported.]

133. Costner, E. A.; Long, B.K.; Navar, C.; Jokusch, S.,; Lei, X,; Zimmerman, P.; Campion, A.;Turro, N.J.; Willson, C.G. "Fundamental Optical Properties of Linear and Cyclic Alkanes: VUV Absorbance and Index of Refraction", *J. Phys. Chem. A*, **2009**, *133*(33), pp 9337-9347

134. "Identification of Foreign Particles in Human Tissues using Raman Microscopy" Campion, A.; Smith, K. J.; Fedulov, A. V.; Gregory, D. J.; Fan, Y.; Godleski, J.J. *Anal. Chem.* 2018, *90*, 8362-8369.

# Exhibit B





Subscriber access provided by University of Texas Libraries

## Article

# Identification of Foreign Particles in Human Tissues using Raman Microscopy

Alan Campion, Kenneth J. Smith, Alexey V. Fedulov, David Gregory, Yuwei Fan, and John J. Godleski

*Anal. Chem.*, **Just Accepted Manuscript** • DOI: 10.1021/acs.analchem.8b00271 • Publication Date (Web): 12 Jun 2018

Downloaded from http://pubs.acs.org on July 1, 2018

### Just Accepted

"Just Accepted" manuscripts have been peer-reviewed and accepted for publication. They are posted online prior to technical editing, formatting for publication and author proofing. The American Chemical Society provides "Just Accepted" as a service to the research community to expedite the dissemination of scientific material as soon as possible after acceptance. "Just Accepted" manuscripts appear in full in PDF format accompanied by an HTML abstract. "Just Accepted" manuscripts have been fully peer reviewed, but should not be considered the official version of record. They are citable by the Digital Object Identifier (DOI®). "Just Accepted" is an optional service offered to authors. Therefore, the "Just Accepted" Web site may not include all articles that will be published in the journal. After a manuscript is technically edited and formatted, it will be removed from the "Just Accepted" Web site and published as an ASAP article. Note that technical editing may introduce minor changes to the manuscript text and/or graphics which could affect content, and all legal disclaimers and ethical guidelines that apply to the journal pertain. ACS cannot be held responsible for errors or consequences arising from the use of information contained in these "Just Accepted" manuscripts.



is published by the American Chemical Society. 1155 Sixteenth Street N.W., Washington, DC 20036

Published by American Chemical Society. Copyright © American Chemical Society. However, no copyright claim is made to original U.S. Government works, or works produced by employees of any Commonwealth realm Crown government in the course of their duties.

# Identification of Foreign Particles in Human Tissues using Raman Microscopy

Alan Campion*[1], Kenneth J. Smith[‡], Alexey V. Fedulov[3], David Gregory[4], Yuwei Fan[5], and John J. Godleski[6†]

1.  Campion Consulting, LLC, 1887 Westlake Drive, Austin, TX 78746

2.  Renishaw Inc. 1001 Wesemann Drive West Dundee IL 60118

3.  Warren Alpert Medical School of Brown University, Department of Surgery, Rhode Island Hospital, Providence, RI 02903

4.  Pediatric Infectious Disease, Massachusetts General Hospital, Charlestown, MA, 02129

5.  Electron Microscopy Facilities, Harvard TH Chan School of Public Health, Boston, MA 02115, and Boston University School of Dental Medicine, Boston, MA 02118

6.  Department of Pathology, Brigham and Women's Hospital, Department of Environmental Health, Harvard T.H. Chan School of Public Health, Boston, MA 02115, and John J Godleski, MD, PLLC 304 Central Ave. Milton, MA 02186

**ABSTRACT:** The goal of this study was to precisely and unambiguously identify foreign particles in human tissues using a combination of polarized light microscopy and Raman microscopy, which provides chemical composition and microstructural characterization of complex materials with submicron spatial resolution. This identification for patient care and research has been traditionally studied using polarized light microscopy, electron microscopy with X-ray analysis, and electron diffraction, all with some limitations. We designed a model system of stained and unstained cells that contained birefringent talc particles, and systematically investigated the influence of slide and coverslip materials, laser wavelengths, and mounting media on the Raman spectra obtained. Hematoxylin and eosin stained slides did not produce useful results because of fluorescence interference from the stains. Unstained cell samples prepared with standard slides and coverslips produce high quality Raman spectra when excited at 532 nm; the spectra are uniquely assigned to talc. We also obtain high quality Raman spectra specific for talc in unstained tissue samples (pleural tissue following talc pleurodesis and ovarian tissue following long-term perineal talc exposure). Raman microscopy is sufficiently sensitive and compositionally selective to identify particles as small as one micron in diameter. Raman spectra have been catalogued for thousands of substances, which suggests that this approach is likely to be successful in identifying other particles of interest in tissues, potentially making Raman microscopy a powerful new tool in pathology.

The identification of foreign particulate material in tissue by pathologists for patient care and research is important because it can define unrecognized harmful exposures. Such exposures may lead to chronic diseases including cancer. Identifying foreign particulates in tissues has been approached using a number of techniques including descriptions of the appearance of the particulate material using light microscopy, the tissue response (e.g. the iron coating of asbestos fibers), the use of historical exposure information to suggest a likely identification, and the routine use of polarized light microscopy looking for distinctive features like birefringence and color as a means to help with identification[1,2]. The most detailed approach used over the last forty years involves tissue digestion, isolation of the particles or fibers, and the use of elemental X-ray spectral analysis and electron diffraction to specifically identify the materials[2,3]. The last approach has been used most widely and successfully to identify asbestos fiber types in lung tissue[3]. However, it requires a material for identification which cannot be complicated by surface contamination of specimens in the pathology laboratory. An advance to this approach used sections of paraffin embedded tissues mounted on carbon disks or paraffin blocks studied using scanning electron microscopy and energy dispersive X-ray spectroscopy[4,10]. This approach has been used when unknown particulates were observed in tissue by light microscopy (and/or polarized light microscopy) with a pathological

response and a need to identify the particulate for optimal patient care[5,6] or research[7-10]. These methods require both the specialized expertise to operate and the availability of expensive electron microscopy equipment.

The ultimate goal of this study was to unambiguously identify particles in tissues using a combination of polarized light microscopy and Raman microscopy. Particles of interest can be identified in the pathology laboratory using polarized light microscopy and the slides transferred to a Raman microscope for chemical and structural analysis. Raman microscopy and Raman spectral analysis have been used for many years in materials science and engineering to provide chemical composition and microstructural characterization of complex materials with submicron spatial resolution[1,2]. It has also been used to characterize structural features and materials in samples of biological interest, including those of clinical interest[13-15].

Talc is a common substance that may be found in human tissue because of inhalation, injection, inadvertent contamination of operative sites, and surface use[2,8]. Talc has a well-defined Raman spectrum[14] and is used in this study to develop this methodology for use by pathology services.

Our initial attempts to obtain Raman spectra from foreign particles including talc in human tissues that had been prepared using hematoxylin and eosin (H&E) stained slides failed. In the study reported here, we designed a model system that would have many of the characteristics of typical pathology tissue samples in order to explore systematically all parameters that might cause interference that would result in failure to produce acceptable Raman spectra. We examine stained and unstained samples, prepared on microscope slides and coverslips typically used in pathology as well as those made from, "white glass" and crystalline $CaF_2$, using several different laser wavelengths, and different mounting media. We have determined that the dominant source of interference is fluorescence from the H&E stains and demonstrate that we can obtain high quality Raman spectra from talc in our model system using standard pathology sample preparation protocols, with standard slides and cover slips, by simply eliminating the staining step. We also demonstrate our ability to obtain high quality Raman spectra from real tissue samples (pleural tissue following pleurodesis and ovarian tissue following long-term perineal talc exposure) prepared using our newly developed protocol.

## EXPERIMENTAL SECTION

### Cells and Tissues

*Model system* - To simplify this study, a model system of *in vitro* exposure of phagocytic cells to talc was used in order to have cells and particles of known composition on a slide

Cells The RAW 264.7 macrophage cell line was obtained through the ATCC. This cell line shares many properties with normal mouse macrophages and displays macrophage-specific antigens. RAW 264.7 cells have phagocytic and cytolytic properties, and can lyse tumor targets in-vitro. For maintenance, cells were cultured in

100-mm Petri dishes in DMEM with stable L-glutamine (Corning 10-017-CV) complemented with 10% fetal bovine serum, penicillin (100 units/ml), streptomycin (100 µg/ml) and 1% HEPES buffer.

Particles 10 µm and smaller sized particle grade talc ($Mg_3Si_4O_{10}(OH)_2$), CAS Registry Number: 14807-96-6, was obtained from Sigma Aldrich (Pcode 1001945014, Lot# MKBS250TV). The particles are suspended in PBS and sonicated on ice using 5 repeats of 30 second on-off cycles on maximum via the Misonix XL-2000 sonicator (Qsonica, LLC) to break up clumps.

Assay RAW264.7 cells were detached from the dish using cold PBS with 0.5% BSA, and transferred to a flat bottom non-adherent 96-well plate. Cells were exposed to talc at 10 µg/mL in 100 µL volume of PBS with 0.5% BSA and co-incubated for 2 hrs at 37 °C with 5% $CO_2$. The suspensions were mixed by pipetting every 30 minutes. The suspensions were then spun onto slides using a Cytospin 2 cytocentrifuge with the standard setting of 800 rpm for 5 minutes. The slides were allowed to air-dry, then fixed in 70% methanol. Three types of slides were tested including standard histology slides of normal borosilicate glass, a special "white glass" that had been purified to reduce iron content, a possible source of fluorescence, and "Raman grade" $CaF_2$ (calcium fluoride) that has exceptionally weak Raman scattering and which has been highly purified to eliminate fluorescence from impurities. Slides of each type were kept either unstained or stained using the standard Diff-Quick red and blue kit. Slides from each group were then either coverslipped or not using standard borosilicate glass or $CaF_2$ coverslips. The mounting media for coverslipping was Aqua-Mount (Lerner Laboratories).

*Particles in tissues* – Histology slides of a patient with known exposure to talc from a talc pleurodesis procedure from Brigham and Women's hospital and from patients with exposure by way of perineal use of talc from several other hospitals were assessed by polarized light microscopy. In cases having substantial numbers of birefringent particles, several 5 µm thick sections were cut and discarded because of possible surface talc from laboratory contamination. Subsequent sections were then mounted on slides and deparaffinized with xylene. Several different mounting media were tested for coverslipping including Permount, Cytoseal, and Aquamount. Slides without mounting media or coverslips were also studied.

The tissue blocks from these cases were also studied by scanning electron microscopy and energy dispersive X-ray spectroscopy (SEM/EDS) to determine the elemental composition of the particles using the method of Abraham and Thackral[10] for assessment of particulate materials in paraffin embedded tissue. The paraffin blocks were handled to assure no contamination of the blocks in our laboratory with talc, including handling the blocks with particle-free gloves on pre-cleaned surfaces. With a fresh surface exposed, the surface was washed in deionized water for 2 minutes to remove soluble surface materials such as sodium phosphates used in fixing and processing for histology. After air drying, the blocks were kept in a

particle-free environment until mounted for SEM examination. Block surfaces were studied with a Hitachi SU6600 field emission SEM with an Oxford EDS system, running Aztec 3.1b software. The EDS detector was an Azec X-Max 50. The backscatter mode of the microscope highlights mineral particles within the tissues. Images and spectra were acquired using 15kV accelerating voltage, 10 mm working distance, small beam spot, and objective aperture #1. Both the pleurodesis sample and the ovarian sample had magnesium silicate particles with elemental ratios consistent with talc.

Raman Microscopy

The samples were analyzed using a Renishaw inVia Raman microscope with a Peltier-cooled Centrus CCD detector and MS20 encoded stage with 100 nm step resolution. (Renishaw, Wotton-under-Edge, UK). The microscope was equipped with a 50 mW 532 nm laser; typical power at the sample using the 10% setting was 3 mW. We conducted a few preliminary experiments using other lasers but we do not report them here as they offered no significant advantages over 532 nm. Calibration of the instrument was performed with an internal neon source and checked periodically by measuring the frequency of the 520 cm$^{-1}$ line of a Si(100) wafer. Dispersion was 2.75 cm$^{-1}$ per pixel for the 1200 lines/mm grating and 1.19 cm$^{-1}$ per pixel for the 2400 lines/mm grating. Acquisition times for individual particle analysis varied from 10 to 120 seconds and the number of accumulations added together varied from one to five. Spectra were collected using a 50X magnification objective (NA 0.75). Renishaw WiRE software was used for data acquisition and analysis.

RESULTS AND DISCUSSION

Model System Results – Unstained Samples

Figure 1 shows photomicrographs of the stained and unstained samples of the RAW264.7 cell macrophage preparations. The left panel shows macrophages with small (~5 µm and smaller) birefringent particles in a hematoxylin and eosin stained slide highlighted with partially polarized light. Note the presence of small particles within and on the surface of macrophages as well as that of free particles. The right panel shows the polarized light image of an unstained cytocentrifuge preparation from the same experiment, showing small birefringent particles. The outlines of cells can be seen by direct microscopy and are also visible in the photomicrograph of the unstained sample. Importantly, the birefringent particles are clearly observed to be in the same size range with similar size distributions in both preparations. Identification of particles by size, shape, and cell association are important features when performing Raman spectroscopy on unstained sections. Figure 2 shows the Raman spectrum of a single talc particle from the unstained sample, along with that of talc obtained from a database of mineral Raman spectra.[14]



**Figure 1.** Photomicrographs of RAW 264.7 macrophage cells in cytocentrifuge preparations. The left image is that of a standard H&E stained preparation examined under partially polarized light. The right image is that of an unstained sample examined under partially polarized light. These slides were coverslipped using Aquamount, and then analyzed by Raman spectroscopy. Original magnifications for both panels 400X; Bar on both panels = 20 µm.



**Figure 2.** The Raman spectrum of a single talc particle from the unstained sample (top) along with the Raman spectrum of talc taken from a reference library (bottom).[16] The top spectrum was taken using the lower resolution 1200 lines/mm grating and the spectral range was chosen to match that of the reference spectrum.

The Raman spectrum from the unstained sample was obtained by subtracting the background Raman scattering and fluorescence of the glass slide, cover slip, and mounting medium from the raw data; a baseline correction was also applied. The spectrum, which was obtained in about 10 minutes, has a very high signal-to-noise ratio due to the lack of interference from background fluorescence. We chose this particular reference spectrum because this talc sample appeared to be remarkably free of impurities, as judged by comparison with previous work and theoretical calculations[17-19], and by comparison with samples from other databases.[20,21]

Not surprisingly, the frequencies and relative intensities observed are nearly identical in the two spectra because we prepared our model system to include reagent grade talc particles. The frequencies match the reference frequencies to better than ± 1 cm$^{-1}$ (see Table 1) and the relative intensity patterns are essentially identical. We have not included the OH stretch, which appears at 3667

cm$^{-1}$, both in our spectrum and that of the reference, not only to make the table readable but also because we don't consider it further; it seems not to contribute any significant information to the analysis not carried by the lower frequency region.

**Table 1.** Comparison of Raman shifts from a talc particle in the unstained sample (AF – 3-13), along with that from a database of mineral Raman spectra, and mode assignment to be discussed later. The most intense bands are identified in bold type.

| Sample | Raman Shifts (cm$^{-1}$) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AF 3-13 | 109 | **192** | 291 | **361** | 431 | 467 | **676** | 787 | 790 |
| Ref.[16] | 109 | **193** | 288 | **361** | 431 | 467 | **676** | 785 | 792 |
| Mode[19] | 6 | 10 | 14 | 22 | 30 | 36 | 42 | 49 | 51 |

### Talc Structure and Raman Spectrum

Talc is a trioctahedral sheet silicate (a member of a class of phyllosilicates) with chemical composition $Mg_3Si_4O_{10}(OH)_2$ and its Raman spectrum[17-19], along with those of other silicates, including phyllosilicates is well understood[20]. The trioctahedral (TOT) structure consists of a positively charged octahedral layer sandwiched between two negatively charged tetrahedral silicate layers. The octahedral layer is often referred to as the "brucite" layer by analogy to the mineral brucite with the molecular formula $Mg(OH)_2$. The talc sheets are weakly bonded to one another by van der Waals forces, allowing them to glide past each other quite easily, like the planes in graphite, which accounts for the softness of talc. It is, in fact, the softest known mineral and has been assigned the value 1 on the Mohs hardness scale. Figure 3 shows a portion of the structure of one of the talc sheets, viewed along the c axis. Some of the silicate groups have been omitted for clarity.



**Figure 3.** The structure of talc, viewed along the c axis. The octahedral coordination of $Mg^{2+}$ (green) is clearly shown in this view, as is the tetrahedral coordination of $Si^{4+}$ (grey). Bridging oxygen atoms are red and hydrogen atoms are white.

Table 1 shows the Raman shifts and mode assignments made using first principles DFT calculations[19]. The motions described here were informed by animations of the simulations kindly provided by the authors of Ref. 19 and are used to identify the atomic displacements involved. One or more modes may have approximately the same frequency (degeneracy) but we have chosen to identify them by a single frequency because the motions involved are so similar.

We describe the vibrational modes of talc with reference to its molecular structure shown in Figure 3. These modes have been assigned as follows[19]: Modes 6 (and 7), appearing as an unresolved band centered around 109 cm$^{-1}$, are shearing motions in which the covalently bonded tetrahedral silicate layers can be thought of as sliding laterally back and forth, out of phase with one another, with respect to the "brucite" layer. Mode 10, the strong mode that appears at 193 cm$^{-1}$, can be thought of as a stretching or breathing motion of the TOT structure, in which the tetrahedral layers move up and down (perpendicular to) the brucite layer. As far as we have been able to determine, this mode is unique to talc. Mode 14, at 288 cm$^{-1}$, is assigned as a Si-O-Si bending motion, analogous to a similar motion in silica, $SiO_2$. Mode 22, at 361 cm$^{-1}$ is attributed to the stretching of Mg-OH bonds perpendicular to the plane of the brucite layer. It can be thought of as a symmetrical stretch involving an OH group bonded to three $Mg^{2+}$ ions. Modes 30 (at 431 cm$^{-1}$) and 36 (at 467 cm$^{-1}$) are Mg-OH and Mg-O stretching motions, respectively. Mode 42 (676 cm$^{-1}$) is the symmetric silicate stretching mode. Modes 49 (785) and 51 (792) are assigned as Si-Si modes that involve bending and stretching of the Si-O-Si bonds parallel to the plane of the "brucite" layer. Mode 62, the O-H stretch, appears at 3667 cm$^{-1}$. These assignments are summarized in Table 2.

**Table 2** Talc mode assignments from DFT calculations

| Mode | Assignment |
|---|---|
| 6 | TOT layers lateral shearing |
| 10 | TOT layers vertical breathing |
| 14 | Si-O-Si bend |
| 22 | "brucite" Mg-OH stretch |
| 30 | Mg-OH stretch |
| 36 | Mg-O stretch |
| 42 | Symmetric silicate stretch |
| 49 | Si-Si combination bend and stretch |
| 51 | Si-Si combination bend and stretch |
| 62 | O-H stretch (not shown) |

### Model System Results – Stained vs. Unstained Samples

Figure 4A shows that the signal from a particle in an (H&E) stained sample is dominated by intense fluorescence from the colored dyes; there are no observable

4

peaks in the spectrum that can be assigned to the Raman spectrum of talc. Raman scattering cross sections are about ten orders of magnitude weaker than fluorescence cross sections so the Raman signal must be equal to or larger than the noise in the fluorescence signal in order to be detected.  Figure 4B illustrates the difficulty involved. We have superimposed the 675 cm⁻¹ peak from the Raman spectrum of a particle in the unstained sample on an expanded view of the spectrum from taken from a particle in the stained sample.  (These particles are "typical" and not necessarily the same as those from which the spectra in Figures 2 and 4A were obtained.) We chose to focus on the region near the 675 cm⁻¹ band to minimize difficulties with background subtraction and scaling. Differences in laser power and signal integration times were taken into account to make the vertical scales the same.  In addition, we applied an offset to the stained spectrum so that the range would be the same as that for the unstained spectrum. The zero shown on the y-axis is arbitrary; only the range is significant.  Figure 4B shows that the signal from one of the strongest bands in the Raman spectrum of a talc particle in the unstained sample would be buried in the noise from the fluorescence background in the stained sample and would therefore be undetectable.

It is not possible to make a general estimate of signal-to-noise ratios to be expected in these experiments involving stained samples because: 1) The Raman signal intensity depends upon the size and orientation of a talc particle; and 2) the background fluorescence intensity depends upon the concentration of the stain surrounding that particle, which is by no means uniform throughout a particular sample.  An order of magnitude estimate, however, using our data, illustrates the difficulty posed by competing fluorescence. The signal-to-noise ratio (SNR) for the present problem can be estimated by identifying all noise sources and making the usual assumption that noise adds in quadrature. The SNR is then calculated using the formula $SNR = S/N = S/\sqrt{S+B+D}$, in which $S$ represents the signal intensity, $B$ the intensity of the background fluorescence, and $D$ any noise associated with the detector.  The 675 cm⁻¹ peak intensity in the Raman spectrum from talc particles in unstained samples we have examined is of the order of $10^4$ counts whereas the fluorescence intensity from talc particles in stained samples is of the order of $10^{10}$ counts, at comparable laser power and signal integration times.  We can ignore contributions to the noise from the signal itself and the detector because they are smaller than the background intensity by orders of magnitude.  $B >> S+D$ so $SNR \approx S/\sqrt{B} = 10^{-1}$, which is about what we see in Figure 4B. We emphasize that this example is "typical" in the sense that we have tried to obtain Raman spectra from a number of talc particles in a number of matrices that have been stained with standard H&E dyes without success.  While the background fluorescence varied from sample to sample by a factor of ten or so, it was still many orders of magnitude stronger than the Raman spectrum of talc, which explains why we have been unable to obtain Raman spectra of talc from stained samples.

Having demonstrated that we can obtain high quality Raman spectra of talc in a biological matrix it becomes important to establish the reproducibility of our measurements and to demonstrate that the assignment of these spectra to talc is unequivocal. We have chosen to focus only on the three most intense bands for the present purpose.  We have measured the Raman shifts of these bands in five particles from this sample and find that the reproducibility of the frequencies from particle to particle is remarkable.  Means and standard deviations are: 191.0 ± 0.55 cm⁻¹, 359.2 ± 0.45 cm⁻¹, and 673.8 ± 0.45 cm⁻¹.  Applying Student's t-distribution to the 359.2 cm⁻¹ data shows that the 99% confidence interval is achieved for an uncertainty of ± 1 cm⁻¹.  We found this degree of reproducibility to be surprising at first but can rationalize it as follows. These talc particles are relatively large, of the order of 1 – 10 μm in diameter, which has two important consequences: 1) They are likely to be single crystals, as shown by their birefringence, with very little dispersion in their phonon frequencies and 2) The surface area to volume ratio is small, making interactions with the surrounding matrices unimportant.

The assignment of these spectra to talc is unequivocal. Searching multiple databases[16,21,22] for minerals with a peak near (± 2 cm⁻¹) 191 cm⁻¹ returns only one hit, talc. There are four minerals with a peak near 359 cm⁻¹, one of which is talc, and there are three minerals with a peak near 675 cm⁻¹, one of which is talc. We can make a conservative estimate of our confidence level in an alternative way; we can simply assume that we are only 95% confident in each of the peak assignments, despite the higher confidence demonstrated above. Treating the probabilities of finding these three peak frequencies as independent of one another we estimate the odds of these particles not being talc is no greater than $(0.05)^3 \approx 10^{-4}$.

5





**Figure 4A.** The Raman spectrum taken from a talc particle in the stained sample, which is dominated by fluorescence from the biological stains. **4B.** Raman spectra of a talc particle in the unstained sample (darker line) compared with that of a talc particle in the stained sample (lighter line). The spectra have been scaled with respect to laser power and integration times and offset for clarity.

Particles in Tissues

Our model system facilitated the controlled assessment of multiple parameters that might influence the ability of Raman spectroscopy to identify particles associated with cells. Questions remained as to whether or not more complex tissues might in some way affect the Raman signal, especially tissues with birefringent type 1 collagen or other features such as red blood cells or tissue products with iron containing proteins. In addition, we sought to assess the utility of the technique in identifying talc particles of different sizes. Two different kinds of tissues prepared from paraffin tissue blocks were tested in order to address these questions: 1) A talc pleurodesis sample with red cells, hemosiderin, foreign body granulomas, giant cells, dense collagenous tissues and large talc particles, all greater than 10 μm; and 2) Ovarian stromal tissue with adjacent high grade serous ovarian cancer tissue from a woman with long-term perineal talc use and small particles within the stroma and tissue macrophages. Although a variety of particle sizes were examined in the model system, we sought to assess our ability to obtain Raman spectra from both larger (> 10 μm) and smaller (< 10 μm) particles in these more complex biological matrices. Talc

particles in ovarian tissue samples that result from perineal talc use, in particular, are known to fall in to the lower size range.

We made an interesting and important discovery when we examined these samples. Several sections were mounted using Permount, because of its widespread use in pathology labs, and others were prepared using Cytoseal and Aquamount, for comparison purposes. We were unable to obtain any acceptable spectra from samples mounted using Permount, due to the presence of both broad fluorescence and some structured peaks, presumably due to Raman scattering from the Permount itself. Permount is a slightly yellow liquid that absorbs in the blue-green region of the spectrum and emits fluorescence over our spectral region of interest. Samples mounted using Cytoseal gave acceptable results as shown below, but required background subtraction. We initially preferred Aquamount as the mounting medium of choice for these applications because it has the least interference and because coverslips can be sealed with clear nail polish. Re-examining some of these slides after a few months showed that bubbles had developed, presumably due to evaporation, and we are currently re-evaluating Cytoseal as our medium of choice.

Figure 5 shows polarized light images of sections of pleural tissue, following talc pleurodesis with large particles, in a (H&E) stained section as well as an unstained section. Multinucleate giant cells, red blood cells, and a fibrotic tissue response were present along with the large birefringent talc particles; all of these characteristics were also observed in the unstained section. The left panel illustrates multinucleate giant cell tissue response and presence of birefringent particles in a routine (H&E) stained slide highlighted with partially polarized light. The right panel illustrates the polarized light examination of an unstained deeper section from the same block showing large (~20 μm in greatest dimension) birefringent particles. This slide was dipped in xylene to remove paraffin, coverslipped using Cytoseal, and then analyzed by Raman spectroscopy.



**Figure 5.** Photomicrograph of pleural tissue following talc pleurodesis with large particles. The left image is that of a standard H&E stained preparation examined under partially polarized light. The right image is that of an unstained sample examined under partially polarized light. Original magnifications for both panels 200X; Bar on both panels = 20 μm.

6

Figure 6 shows the Raman spectrum of a talc particle embedded in one of our lung pleurodesis samples. The frequencies as well as the relative intensities observed (see Figure 2) clearly identify this particle as talc. We sampled five particles in two different samples and found that the frequencies were nearly identical. Means and standard deviations for the five particles' frequencies were: 191.4 ± 0.9 cm⁻¹, 359.4 ± 0.55 cm⁻¹, and 673.4 ± 0.45 cm⁻¹. In addition to establishing our ability to obtain Raman spectra from talc in a "real world" sample, these data show how remarkably insensitive the spectral shifts are to the nature of the biological matrix when large particles, greater than 10 μm, are assessed. Not only are these pleural tissue samples significantly different from those of our model system, the data shows excellent reproducibility among spectra from several different particles in two different slides.



**Figure 6.** Raman spectrum of a talc particle in an unstained sample of pleural tissue following talc pleurodesis. This spectrum was taken with the 2400 lines/mm high-resolution grating, which produces sharper lines but over a more restricted spectral range than the spectra of talc particles in our model system

Although many pathologists have little experience in studying unstained slides with polarized light microscopy, most slides with foreign particles have distinctive geographic features which are also highlighted by polarized light and can be used for orientation on the slide. Examples of unstained features visible with polarized light include fibrous tissue, blood vessels, granulomas, and giant cells[1]. In most cases, the birefringent foreign particles of interest are considerably brighter than the visible structural features of the tissues. Experience in interpreting these unstained preparations is quickly and easily acquired. One of the few artifacts of these preparations is the incomplete removal of paraffin which can leave behind birefringent artefactual structures, so complete removal of paraffin with xylene is important. Although this protocol does not permit the analysis of the specific particles seen on the stained slide, pathologically significant particles are very likely to be found on additional sections of the same block which has been the longstanding concept as the basis of many pathological analyses[2,3,4].

Figure 7 shows sections of ovarian tissue from a woman with a history of perineal talc use, with many ~5 μm and smaller birefringent particles in macrophages in a focus of fibrous tissue in ovarian stroma with hematoxylin and eosin stain. The left panel illustrates macrophages in a focus of fibrous tissue with many small (~5 μm and smaller) birefringent particles in a routine H&E stained slide highlighted with partially polarized light. Note the lack of giant cells and the presence of these small particles within macrophages and fibrous tissue. The right panel illustrates the polarized light examination of an unstained deeper section from the same block showing small birefringent particles. This slide was dipped in xylene to remove paraffin, coverslipped using Cytoseal, and then analyzed by Raman microscopy. Ovarian tissues with high grade serous ovarian cancer are not shown in the figure, but are located adjacent to the field illustrated. Both the ovarian and cancer tissue are different in structure from that in Figure 5, yet it was possible to find the birefringent particles with polarized light examination of an unstained deeper section from the same block and carry out Raman microscopy.



Figure 7. Photomicrograph of ovarian tissue from a woman with a history of perineal talc use showing many small particles. The left image is that of a standard H&E stained preparation examined under partially polarized light. The right image is that of an unstained sample examined under partially polarized light. Original magnifications for both panels 400X; Bar on both panels = 20 μm.

The Raman spectrum of a talc particle in this section is shown in Figure 8. We were not able to take a calibrated photomicrograph of this particular particle under polarized light using the Raman microscope but under white light it appeared to be roughly cylindrical in shape with dimensions ca. 2 μm x 5 μm, which is representative of the particle observed in the ovarian tissue samples. Several peaks not assignable to talc (521 cm⁻¹ and 814 cm⁻¹ for example) are present in the broad background taken from a location adjacent to the particle and are due to Raman scattering from the Cytoseal; their presence in the subtracted spectrum reflects compromises we chose in scaling to get the best overall result. The broad background also contributes to the higher level of noise observed in this spectrum relative to others. We looked at six particles and found identical frequencies, 194 cm⁻¹, 362 cm⁻¹, and 676 cm⁻¹.

ACS Paragon Plus Environment



**Figure 8.** Raman spectrum of a talc particle in an unstained sample of ovarian tissue from a woman with a history of perineal talc use. This spectrum was taken with the 2400 lines/mm high-resolution grating, which produces sharper lines but over a more restricted spectral range than the spectra of talc particles in our model system.

To put this advance into clinical practice, particles can be identified in deparaffinized, unstained, and coverslipped tissue on slides by any experienced pathologist using polarized light microscopy and further analyzed by Raman microscopy either in their laboratory or in a specialized Raman microscopy lab. If a specialized lab is used, the referring pathologist can send both stained and unstained slides or use a slide with a calibrated grid[23] as a means to be sure the correct particles are analyzed. The coordinates of the particles of interest, determined using a calibrated grid, can be transferred along with the sample slide to the Raman microscopy lab so that the particles of interest can easily be identified for further study. We have no reason to believe that our protocol would not be successful in identifying other particles of interest although we will have to test this hypothesis by studying other foreign materials in human tissues to determine if the protocol we have developed here will be generally applicable. Because Raman spectroscopy is already in use for clinical applications on living tissues *in situ* via endoscopy and on the skin surface to differentiate normal and malignant tissues as recently reviewed[13], our findings have the potential to expand this area of inquiry to tissues removed at surgery and thereby extend use of Raman spectroscopy not only for characterizing tissues, but also to relating unique Raman patterns to outcome and prognosis which could be another important clinical advance.

## CONCLUSION

We have demonstrated our ability to unambiguously identify talc particles in a model system and in tissues using Raman microscopy. The key to success was the elimination of the staining step in the standard pathology sample preparation protocol. This study provides a protocol for tissue analysis of foreign particulates important in the development of the disease process for which the tissue was removed. Detailed testing of materials used in histological preparation of tissue slides and identification of specific choices among acceptable materials and those to avoid is particularly valuable for the practical adapta-

tion of this advance. We also offer suggestions for optimal collaboration between hospital pathologists and Raman microscopy reference laboratories. Our findings suggest that Raman microscopy could become a powerful new tool in pathology.

## AUTHOR INFORMATION

### Corresponding Author

*Alan Campion, Campion Consulting, LLC, 1887 Westlake Drive, Austin, TX 78746 campion@mail.utexas.edu

### Present Addresses

†Dr. Godleski is retired from his hospital and Harvard positions.

‡Dr. Smith is now affiliated with Microtrace LLC, 790 Fletcher Drive, Suite 106, Elgin IL, 60123.

### Author Contributions

The manuscript was written through contributions of all authors. All authors have given approval to the final version of the manuscript.

### Notes

Declaration of Potential Conflicts of Interest: Alan Campion and John J. Godleski have served as consultants and provided expert testimony in talc and other environmental litigation. Campion Consulting, LLC and John J. Godleski M.D., PLLC are sole proprietorship companies, each with no full-time employees, and less than 5 part-time employees. Kenneth J. Smith is an Employee of Renishaw, Inc. Other co-authors have no potential conflicts to declare.

## ACKNOWLEDGEMENTS

This study was supported in part by a pilot project grant (Dr. Fedulov, PI) and the Particles Research Core (Dr. Godleski) of the Harvard Center for Environmental Health supported by NIEHS ES-000002. The authors are grateful for the instrument time generously provided by Renishaw Inc. and for the assistance of Dr. Tim Prusnick and Dr. Richard Bormett in facilitating this collaboration and contributing their scientific expertise to the project. They are also grateful to Dr. Vincent Lynch of The University of Texas at Austin for generating the image shown in Figure 3 and to Dr. Merlin Méheut of GET, Paul-Sabatier University, Toulouse for providing animations of the DFT calculations.

## REFERENCES

1. Wolman, M. *J. Histochem. Cytochem.* 1975, 23(1), 21-50.
2. Godleski, J.J. The pneumoconiosis: Silicosis and silicatosis due to inhalation of non-asbestos silicates. In: *Pathology of Pulmonary Disease*; Saldana, M.J., Ed.; J.B. Lippincott Co: 1994; pp 387-393.
3. Abraham, J.L. Analysis of fibrous and non-fibrous particles. In: *Environmental and Occupational Medicine 4th edition*; Rom, W.N.; Markowitz, S.B., Eds.; Lippincott Williams & Wilkins: Philadelphia, 2006; pp 277-297.
4. Shelburne, J.D.; Estrada H.; Hale M.; Ingram, P.; Tucker, J.A. Correlative microscopy and microprobe analysis in pathology. In: *Proceedings of the 47th Annual Meeting of the Electron Microscopy Society of America.* San

Francisco, 1989; Bailey, G.W., ED.; San Francisco: San Francisco Press, 1989:900.

5. Stearns, R.C.; Guttmann, C.R.G.; Bakshi, R.; DeGirolami, U.; Due, B.; Godleski, J.J.;*Microsc. Microanal.* 2004,10, 1342-1343.

6. Faergemann, J.; Godleski, J.; Laufen, H.;Liss, R.H.; *Acta Derm. Venereol* 1995, 75, 361-363.

7. Brain, J.D.; Godleski, J.J.; Kreyling, W.G. *Environ Health Perspect.* 1994,102(S5), 119-125.

8. Cramer, D.W.; Welch, W.R.; Berkowitz, R.S.; Godleski, J.J. *Obstet Gynecol.* 2007, 110, 498-501.

9. Saieg, M.T.A.; Cury, P.M.; Godleski, J.J.; Stearns, R.; Duarte, L.G.;D'Agostino, L.; Pinto, E.M.;Kahn, H.; Pinot, E.M.;Mauad, T.; Saldiva, P.H.;Bernardi, F.D. *Inhal Toxicol.* 2011, 23, 459-467.

10. Abraham, J.L.; Thackral, C. *Microscopy.* 2007, 56, 181-187.

11. Larkin, P. Infrared and Raman Spectroscopy: Principles and Spectral Interpretation; Elsevier, Amsterdam, 2011

12. Ferraro, J.R.; Nakamoto, K.; Brown, C. W. *Introductory Raman Spectroscopy 2nd Edition*; Academic Press, Elsevier Science: Amsterdam, 2002.

13. Pence, I,; Mahadevan-Jansen, A. *Chem. Soc. Rev.* 2016, 45, 1958-1979.

14. Rinaudo, C.;Croce, A.; Musa, M.;Fornero, E.; Allegrina, M.; Trivero, P.; Bellis, D.; Sferch, D.;Toffalorio, F.; Veronsei, G. *Appl. Spectrosc.* 2010, 64, 571-577.

15. Musa, M.; Croce, A. ; Allegrina, M.; Rinaudo, C.; Belluso, E.; Bellis, D.; Toffalorio, F.; Versonsi, G. *Vib. Spectrosc* 2012, 61, 66-71.

16. Handbook of Minerals Raman Spectra, Laboratoire de géologie de Lyon, CNRS, ENS de Lyon. http://www.geologie-lyon.fr/Raman/. (Accessed August 2, 2017).

17. Ishii, M.; Shimanouchi, T.; Nakahira, M. *Inorg. Chim. Acta.* 1967, 1, 387–392.

18. Rosasco, G.J.; Blaha, J.J.,*Appl. Spectrosc.* 1980, 34, 140–144.

19. Méheut, M.; Schauble, E.A. *Geochim. Cosmochim. Acta* 2014, 134, 137-154.

20. Wang, M.; Freeman, J.J.; Joliff, B.L. *J. Raman Spectrosc.* 2015, 46, 829–845.

21. Lafuente, B.; Downs, R.T. Yang, H.; Stone The power of databases: the RRUFF project. In: *Highlights in Mineralogical Crystallography*; Armbruster, T.; Danisi, R.M., Eds.; W. De Gruyter: Berlin 2005; 1-30

22. William, K.P.J.; Nelson. J.; Dyer, S. *The Renishaw Raman database of gemological and mineralogical materials*; Renishaw Transducers System, Gloucestershire, England, 1997.

23. Lovins Micro-Slide Field Finder, Electron Microscopy Sciences, Hatfield, PA 19440

Insert Table of Contents artwork here

9



# Exhibit C

## MATERIALS CONSIDERED

1. Ferraro, J.R.; Nakamoto, K.; Brown, C. W. *Introductory Raman Spectroscopy 2nd Edition*; Academic Press, Elsevier Science: Amsterdam, 2002.

2. Smith, E.; Dent, G.; *Modern Raman Spectroscopy – A Practical Approach*; John Wiley & Sons: West Sussex, 2005.

3. Larkin, P. *Infrared and Raman Spectroscopy: Principles and Spectral Interpretation*; Elsevier, Amsterdam, 2011.

4. "Clinical Instrumentation and Applications of Raman Spectroscopy" Pence, I,; Mahadevan-Jansen, A. *Chem. Soc. Rev.* 2016, *45*, 1958-1979.

5. Toporski, J.; Dieing, T.; Hollricher, Eds.; *Confocal Raman Microscopy 2nd Edition*; Springer International Publishing AG, Cham, 2018.

6. "Raman Microspectroscopy in Human Pathology", De Mul, F. F. F.; Buiteveld, H.; Lankester, J.; Mud, J.; Greve, J. *Hum. Pathol.* 1984, *15*, 1062 -1068.

7. "Study of Inorganic Particles, Fibers, and Asbestos Bodies by Variable Pressure Scanning Electron Microscopy with Annexed Energy Dispersive Spectroscopy and Micro-Raman Spectroscopy in Thin Sections of Lung and Pleural Plaque", Rinaudo, C.;Croce, A.; Musa, M.;Fornero, E.; Allegrina, M.; Trivero, P.; Bellis, D.; Sferch, D.;Toffalorio, F.; Veronsei, G. *Appl. Spectrosc.* 2010, *64*, 571-577.

8. "The Use Of Raman Spectroscopy To Identify Inorganic Phases In Iatrogenic Pathological Lesions Of Patients With Malignant Pleural Mesothelioma", Musa, M.; Croce, A. ; Allegrina, M.; Rinaudo, C.; Belluso, E.; Bellis, D.; Toffalorio, F.; Versonsi, G. *Vib. Spectrosc* 2012, *61*, 66-71.

9. "Understanding the Raman Spectral Features of Phyllosilicates", Wang, M.; Freeman, J.J.; Joliff, B.L. *J. Raman Spectrosc.* 2015, *46*, 829–845.

10. "Identification of Foreign Particles in Human Tissues using Raman Microscopy" Campion, A.; Smith, K. J.; Fedulov, A. V.; Gregory, D. J.; Fan, Y.; Godleski, J.J. *Anal. Chem.* 2018, *90*.

11. Expert Report of John J. Godleski, M.D.  Brower, et al. v. Johnson & Johnson, et al., *State Court of Georgia, Fulton County*, Case No. 16EV005534 (June 23, 2018).