# EXHIBIT C10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO ALL CASES*** | **MDL NO. 16-2738 (FLW) (LHG)** |

**EXPERT REPORT OF BENJAMIN G. NEEL, MD, PHD**
**FOR GENERAL CAUSATION *DAUBERT* HEARING**

Date: February 25, 2019

_____
Benjamin G. Neel, M.D., Ph.D.

## I.   BACKGROUND AND QUALIFICATIONS

I am the Laura and Isaac Perlmutter Director and Professor of Medicine (with tenure) at NYU School of Medicine. In that capacity, I am responsible for all cancer care and research across NYU Langone Health.

In my role at NYU, I oversee my own 13-person research laboratory, which has been continuously funded by NCI/NIH since 1988. My major expertise is in the area of cancer cell signaling, most notably involving protein-tyrosine phosphatases (PTPs). I am generally recognized as a co-founder of the PTP field, and have authored or co-authored multiple major reviews and co-edited a book in this area.

I received my Ph.D. in Viral Oncology at The Rockefeller University in 1982 in the laboratory of Lasker Awardee Hidesaburo Hanafusa, Ph.D., working directly under William S. Hayward, Ph.D. My thesis work established that slowly transforming RNA tumor viruses caused cancer by inserting themselves next to, and activating, the cellular proto-oncogene c-*Myc*. This finding served as the paradigm for oncogenesis by all such viruses and anticipated the subsequent discovery that many chromosomal translocations (rearrangements) cause cancer in humans by a similar "promoter/enhancer" mechanism. Dr. Hayward was the co-recipient of the Bristol-Myers Squibb award for this discovery.

I received my M.D. from Cornell University Medical School (now Weill-Cornell) in 1983, and completed medical internship and residency training at the former Beth Israel Hospital (now Beth Israel Deaconess Medical Center (BIDMC)) from 1983-85. I am a Diplomate of the American Board of Internal Medicine (board-certification). From 1985-1988, I pursued post-doctoral studies as a Leukemia Society Special Fellow with Lasker Awardee Raymond L. Erikson, Ph.D., in the Department of Cell and Developmental Biology at Harvard University.

In 1988, I was appointed Assistant Professor of Medicine at Harvard Medical School (HMS), and started my own research laboratory at Beth Israel Hospital. I rose through the ranks at HMS, becoming Professor of Medicine in 1999, and also serving as Director of the Cancer Biology Program, from 1994, and Deputy Director for Basic Research, Hematology-Oncology at BIDMC, beginning in 2003. In 2006, I was appointed to the William B. Castle Chair of Medicine at HMS. Under my leadership, Hematology-Oncology rose from the least-funded to the top-funded (in NIH/NCI grants) division in the Department of Medicine at BIDMC. I also recruited three new junior faculty, two of whom are now Professors of Medicine at HMS.

In 2007, I became Director of Research at Princess Margaret Cancer Center (PMCC) in Toronto, Canada, and Senior Scientist and Canada Research Chair, Tier 1, in the Departments of Medical Biophysics and Biochemistry at the University of Toronto. In that capacity, I recruited more than 20 new investigators, and established new programs in Clinical Cancer Genomics, Epigenetics, Computational Biology and Tumor Immunology/Immune Therapy. During my tenure, PMCC ranked 3rd or 4th year over year in percentage of high-impact publications among North American cancer centers, and grant and philanthropic funding each increased by more than 50% on a yearly basis.

During my time at PMCC, my group also developed a significant interest in ovarian cancer pathogenesis and functional genomics. I have authored several papers in this area, chaired the Current Topics in Ovarian Cancer session at the American Association for Cancer Research (AACR) annual meeting in 2014 and co-chaired the AACR Ovarian Cancer Conference in 2015. Overall, I have published 234 peer-reviewed primary manuscripts and 33 invited reviews, which together have attracted more than 45,000 citations. I have an h-index of 107 and an i10 of 236.

Since assuming my position at NYU Langone in January 2015, I have recruited 38 new investigators from external institutions, restructured our entire leadership team and successfully renewed our NCI Cancer Center Support Grant with a score of "Outstanding" and "Comprehensive Cancer Center" designation.

In addition to my institutional experiences, I have had a number of national and international leadership roles. I have chaired or co-chaired numerous important scientific meetings, including Gordon Conferences, FASEB meetings, and Cold Spring Harbor (CSH) meetings, all of which are major meetings in the fields of cancer biology and signal transduction. I am currently co-chair of the CSH Meeting on Cancer, through 2021. Chairing/co-chairing such conferences is generally recognized as indicative of world leadership in the field. In 2012, I was the Program Chair for the AACR annual meeting, which attracts nearly 20,000 cancer researchers from around the world. As Program Chair, I was responsible for selecting leaders for all of the sessions, and ultimately responsible for the entire meeting program and its execution. From 2012-2015, I served as an elected member of the AACR Board of Directors. I have been a member on several AACR award selection committees, and just completed service as Chair of the committee to select the AACR Lifetime Achievement Award. I also have served as a full member on two NIH study sections, and as an external reviewer of the intramural program at NCI-Frederick, program project grants, and Cancer Center grants. I am a member of the external advisory boards of 3 NCI-designated Comprehensive Cancer Centers (Columbia, Northwestern, Rutgers-CINJ). I also was an Editor of the journal *Molecular and Cellular Biology* from 1991 to 2000, and currently serve on the editorial boards of multiple major cancer and cellular/molecular biology journals, including the two most highly rated specialized journals for Cancer Biology, *Cancer Cell* and *Cancer Discovery*.

I have also been fortunate to receive several awards in recognition of my research. I was the first recipient of the Gertrude Elion Award from the AACR. I have been elected to the American Association of Physicians, received the Premier of Ontario's Summit Award (the highest scientific award in Ontario), and held an NIH MERIT award from 2003-2013.

Overall, my own research and multiple leadership experiences have given me broad expertise in cancer biology and medicine, as well as detailed, specific expertise in signal transduction and ovarian cancer pathobiology.

A complete curriculum vitae is attached as an appendix to this report.

I am being compensated at a rate of $750 per hour for my expert work in this litigation. All of the opinions in this report are stated to a reasonable degree of scientific certainty.

## II.   WHAT IS CANCER?

**A brief overview of normal cellular regulation:** Our cells are complex machines, and thus are subject to multiple – and intricate – levels of regulation. The cellular "control center" is the nucleus, which houses 46 chromosomes (23 pairs), composed of "chromatin." Chromatin comprises DNA wrapped around specific proteins, called histones. "Genes" are units of DNA of variable length that encode the instructions for making proteins, the ultimate workhorses of cells. These instructions are transmitted from the nucleus by messenger RNA (mRNA) to protein synthesis machines, called ribosomes, in the cytosol. The genetic content of an organism is termed its "genome," and to maintain genomic integrity, when a cell divides, it must replicate its DNA perfectly and reassemble it properly into chromosomes.

Although all cells contain the same genes, different types of cells express different mRNAs, and consequently, distinct proteins. For example, blood cells, skin cells and heart cells express different mRNAs and proteins. Such "differential gene expression" is achieved in multiple ways. Much of the genome comprises DNA ("regulatory regions") that binds proteins called "transcription factors," which instruct genes to turn on or turn off. Transcription factors bind specific sequences in the DNA, known as "enhancers" and "promoters," respectively. Another, more recently described level of gene regulation, often termed "epigenetic," is mediated at the level of histones or DNA. Histones undergo chemical modifications, such as acetylation, methylation, and phosphorylation, and/or have other proteins (ubiquitin, SUMO) attached to, or removed from, them. This "histone code" regulates the accessibility of different parts of the DNA to transcription factors. Large regions of the genome can be "looped" together to render them susceptible to the same histone modifications, and thereby control blocks of genes together. Looping is mediated by the binding of two proteins, called CTCF and cohesin, which also bind to specific regions (CTCF/cohesin binding sites). Looping and histone movements require "chromatin remodeling," carried out by so-called "SWI/SNF chromatin remodeling complexes." Long non-coding RNAs (lncRNAs) also may play important roles in controlling opening and closing of specific regions of chromatin.

These multiple levels of control leave some regions of the genome "open," and others closed or "compacted." For a gene to be expressed, it must lie in open chromatin, and its key transcription factors must be expressed and bound to its enhancer/promoter regions. Genes that lie in closed or compacted chromatin can only be expressed if the chromatin is opened by altered epigenetic regulation. DNA, which consists of adenines, guanines, thymine and cytosine residues, can be methylated on specific cytosines. DNA methylation also helps control its packaging into open or closed chromatin, and thereby its access to transcription factors. In general, high levels of methylation (hypermethylation) are associated with closed, inactive chromatin, whereas hypomethylation correlates with open, active gene regions.

Gene expression is also regulated by RNA splicing and microRNAs (miRNAs). Nearly all protein-coding genes are divided into "exons" and "introns." When a gene is expressed, all of its exons and introns are made into an initial "pre-mRNA," which is then "spliced" by a multi-protein complex called the "spliceosome." Splicing stitches exons together, while removing introns. Although most exons ("coding exons") contain the coding information for proteins, others are "non-coding." Some non-coding exons bind miRNAs, which inhibit translation of that mRNA by the ribosome, and ultimately cause the mRNA to be degraded. Some genes undergo

4

"alternative splicing," whereby specific exons are shuffled in or out in different physiological states or cell contexts. These "alternative splice products" can result in the expression of different proteins from the same gene. Thus, while there are only about 20,000 human genes, these likely encode around 60-80,000 human proteins. Alternative splicing also can leave a miRNA-binding exon in or out of an mRNA, thereby affecting the level of its cognate protein.

Once synthesized, proteins perform all major functions in cells. These include the generation and utilization of energy ("metabolism"), specialized cell functions such as cell movement, antibody production, defense against parasites and other microorganisms, digestion, pumping of blood and food, and reproduction, among others. Specific proteins also enable cells to respond correctly to signals in the external environment. For example, cells receive specific signals known as "growth factors and cytokines," to begin the process of cell growth and division. They also receive other "growth inhibitory" signals. These analog signals are integrated, via a process termed "signal transduction," into digital cellular decisions: should the cell divide, move, contract, etc.? Most of these signals are transmitted from specific proteins on the cell membrane termed "receptors" through downstream signaling molecules, to the cell nucleus. Ultimately, signal transduction results in modifications of transcription factors or epigenetic regulators, and changes in gene expression.

Hence, while cellular information flow follows the "Central Dogma" of molecular biology, DNA->RNA->protein, there are many devils in the dogma's details. For a given protein to be expressed, its gene must reside within open chromatin, and transcription factors that activate its cognate gene must be present and active. The level of that protein is determined by how strongly the particular transcription factor engages the mRNA synthesis machinery, and whether or not miRNAs that control its mRNA are present. There also are additional levels of control of protein synthesis and degradation ("translational" and "post-translational" control, respectively). Proteins, in turn, perform all of the key functions of the cell, including the transmission of signals back to the cellular control center in the nucleus. Remarkably, these processes usually function seamlessly and continuously throughout human life. When they malfunction, however, disease, including cancer, ensues.

**Cancer is a disease of the genome:** Many diseases result from external pathogens (e.g., bacteria, viruses, parasites) that disrupt normal body functions. Cancer, however, is a disease of the genome, caused by "mutations" that affect the intricate control mechanisms described above. Mutations are structural changes in DNA that occur in multiple varieties. "Point mutations" affect single DNA residues, and depending upon their precise location, can have distinct effects. If they affect coding regions of genes, point mutations can increase ("gain-of-function") or decrease ("loss-of-function") a protein's normal activity. Alternatively, point mutations can affect key regulatory regions. For example, mutations that alter CTCF binding sites have been reported; these can lead to altered chromatin structure and aberrant gene expression, as can mutations that affect chromatin remodeling complexes and mutations in CTCF itself. "Structural variants" also contribute to cancer. Chromosomes can break and rejoin incorrectly, resulting in part of one chromosome becoming attached to another, an aberration known as a "translocation." Some translocations place a gene under the regulatory control of another gene, resulting in inappropriate expression. Others result in "fusion proteins," in which a piece of one protein is grafted onto another. Fusion proteins typically drive a highly regulated protein into a

5

constitutively "on" state. Other times, chromosomes –or regions within chromosomes – undergo "amplification" or "deletion." Amplifications result in an increase in the "copy number" of a specific gene or genes – and thus are gain-of-function mutations. Deletions result in decrease or absence of a specific gene product. Collectively, deletions and amplifications are termed "copy number abnormalities" (CNAs).

Cancer-causing mutations (point mutations, translocations, CNAs) affect specific genes, known as "oncogenes" and "tumor-suppressor" genes. Oncogenes undergo gain-of-function mutations, and encode proteins that tell cells to grow, divide, send out signals to promote new blood formation ("angiogenesis"), and/or escape the immune system. Some oncogenes inhibit a process called "programmed cell death," which directs cells to commit suicide if they have suffered too much damage. Representative oncogenes include the BCR/ABL fusion protein, the product of the so-called "Philadelphia chromosome" in chronic myelogenous leukemia, which encodes a constitutively active "kinase" and is the target of the drugs Imatinib and Dasatanib, and HER2, which is amplified in ~20% of breast cancer cases (and at a lower rate in some other cancers) and is the target of the drug Herceptin. Tumor suppressor genes undergo loss-of-function mutations, and come in two general categories. Some, such as the so-called "retinoblastoma gene product" (RB), and the *PTEN* gene product, encode proteins that tell cells to stop growing. Others direct DNA repair; these are sometimes termed "caretaker genes." For example, *BRCA1* and *BRCA2* are tumor suppressor genes whose products control a specific type of DNA repair called "homologous recombination." Other tumor suppressor genes control "mismatch repair." The *TP53* tumor suppressor gene is one of the most frequently altered genes in human cancer, and is mutated in virtually all high grade serous ovarian carcinomas. The *TP53* gene product (TP53) tells cells to stop growing, activates the DNA repair machinery, and directs cell death if the DNA damage is not repaired. Because of its multiple, critical functions in maintaining genome integrity, TP53 has been termed the "guardian of the genome" [1-4].

Large-scale sequencing efforts have identified nearly 600 genes whose mutation clearly contributes to human cancer, and many others that might contribute (https://cancer.sanger.ac.uk/cosmic). Established cancer-causing mutations affect all of the major cellular regulatory processes described above, including alterations of histone modifications, DNA methylation, chromatin remodeling proteins, CTCF binding, transcription factor binding and/or expression, miRNA and lncRNA expression splicing, and the expression and/or activity of signal transduction proteins [4].

Fortunately, like any complex machine, cells engage multiple "back-up" systems whenever they incur a mutation in an oncogene or tumor suppressor gene. Consequently, 6-8 independent genetic changes must occur before a cell's multiple failsafe mechanisms are breached and malignancy develops [5]. Typically, these include mutations in some combination of oncogenes and tumor suppressor genes. They also can include combinations of point mutations and structural variants, although most tumors are driven mainly by one or the other of these mutational processes. In some (but not all) types of cancer, "pre-malignant" lesions can be visualized under the microscope (histologically); DNA sequencing shows that such lesions have subsets of the mutations seen in full-blown cancers.

6

**Cancer is a genetic disease, but most cancer is not inherited:** All cancers are "genetic" (i.e., caused by mutations in (multiple) genes), but only a minority are "inherited" (i.e., caused by mutations that occur in a patient's parents and are transmitted through the "germ cells" (sperm or eggs)) [6, 7]. Two general types of inherited variants contribute to increased cancer risk. Strong cancer risk often shows "autosomal dominant" inheritance, which means that inheriting one copy of the defective gene increases risk. Classic examples include: mutations of *BRCA1* or *BRCA2*, which increase susceptibility to breast and ovarian cancer, but also several other malignancies (pancreas, prostate, melanoma, etc.), *TP53* mutations, which cause "Li-Fraumeni syndrome," and mutations in one of several genes involved in mismatch repair, which cause "Lynch syndrome." Each of these can increase the risk of developing different types of ovarian cancer. Although germ line mutations typically show autosomal dominant inheritance, both copies of the gene usually must be inactivated for cancer to occur. Loss of the second copy ("allele") can occur in multiple ways, including loss of all or part of the chromosome containing the normal copy, mutation, a process known as "gene conversion," or epigenetic silencing of the chromatin containing the normal gene. Although *BRCA1* and *BRCA2* mutations show autosomal dominant inheritance, only some patients inheriting such mutations develop breast or ovarian cancer; hence, even these strong risk genes show "incomplete penetrance."

Beyond strong cancer susceptibility genes, multiple single nucleotide polymorphisms (SNPs) each confer slightly increased risk of specific (or multiple) cancers [8]. SNPs, as their name implies, are variations in DNA sequence that occur between individuals. Most of these are normal variants that reflect the wide diversity of the human population; on average, any two unrelated individuals have a sequence difference approximately every 300 nucleotides (the total size of the human genome is 6 billion nucleotide pairs). Most SNPs are in non-coding regions, but protein-coding SNPs occur about every 900-1000 nucleotides. Although they are quite frequent, the overwhelming majority of SNPs have no pathological significance. Others, though, especially in combination, contribute to familial predisposition to cancer. Most risk-conferring SNPs have been identified by genome-wide association studies (GWAS), which simultaneously correlate large batteries of SNPs against different disease states. The most recent GWAS compendium lists ~100 SNPs that affect the risk of high grade serous ovarian cancer (https://www.ebi.ac.uk/gwas/). Notably, to be sure that SNPs are associated with a trait, one must correct statistics for multiple comparisons; i.e., the chance that if one measures enough parameters, some will seem to be associated by chance. Consequently, only SNPs that attain "genome-wide significance" are assured of association with cancer; genome-wide significance means a "P-value" of $<10^{-8}$.

Only 5-10% of cancers have a strong inherited predisposition (i.e., are due to inheritance of autosomal dominant risk alleles). Nevertheless, comparison of cancer incidence in identical and fraternal twins suggests that up to a third of all cancers have some familial component, with some cancers having even higher familial contributions. A recent large study of Nordic twins suggests that as much as 39% of ovarian cancer might have a familial component, although the error in this estimate is large (23-55%), and the study did not differentiate between different types of ovarian cancer [8].

Most cancer-causing mutations are "somatic," meaning mutations occurring in non-germ (somatic) cells after birth. These result from DNA damage or errors in replication that exceed the

7

cellular repair capacity, occur sporadically, and accumulate over time. For this reason, the greatest contributor to cancer risk is age. Strong environmental "carcinogens," such as cigarette smoke, X-rays and ultraviolet light, increase the rate of DNA damage, making it more likely that the damage will go unrepaired and result in a cancer-causing mutation. Agents that directly detect DNA damage can be detected by surrogate "genotoxicity" assays [9], such as the "Ames test." Notably, however, even genotoxic compounds typically demonstrate a dose-response in their ability to cause cancer, for the simple reason that powerful cellular repair pathways are always attempting to reverse the damage that these agents cause. Because cells have this remarkable capacity to repair DNA, DNA damage is cumulative, and multiple genes must be mutated to generate a malignancy, the more exposure that one has to a genotoxic substance, the more likely one is to develop cancer. For example, the risk of lung cancer in cigarette smokers is related to "pack-years" (the number of packs smoked per day X number of years of smoking), and substantially increased risk is seen above 20 pack-years [10].

More recently, "mutational signatures" of several carcinogens have been discerned by DNA sequence analysis of tumors, which can reveal specific patterns of damage caused by these agents [11]. Agents or conditions that lead to increased inflammation can result in the production of "reactive oxygen species" (ROS), which can damage DNA and lead to mutations under certain conditions. Conditions like obesity, which is now the major risk factor for cancer in the United States, probably contribute to cancer at least in part by promoting inflammation and excess ROS generation. Nevertheless, the majority of cellular ROS are generated as part of normal physiological processes, particularly mitochondrial respiration [12]. Consequently, there is no reason to infer that a person who develops cancer has been exposed to a cancer-causing chemical or physical agent in the environment. Rather, most cancer-causing somatic mutations probably occur as a consequence of unrepaired errors in DNA replication, and are thus mere bad luck. Put another way, the cancer-causing environment is our own body – and the enemy lies within [13-16].

**Cancer disrupts normal cellular regulation**: When a cell has suffered a sufficient number of cancer-causing mutations, its normal function is disrupted in multiple ways, which differ for different types of cancer. In general, however, malignant cells share several "hallmarks" of cancer [5].

- Normal cells typically need external growth signals to proliferate. Cancer cells generate their own growth signals or become autonomous of external growth signals in other ways.

- Normal cells respond to external growth-inhibitory signals. Cancer cells ignore such signals.

- Normal cells self-destruct when they suffer DNA damage that is unrepairable. Cancer cells disable the self-destruct mechanism.

- Most normal cells divide only a limited number of times. Cancer cells can have markedly extended or even unlimited proliferative capacity.

- Normal cells replicate their genomes with high fidelity. Genomic integrity is compromised in cancer cells, and this lack of genome stability can result in ongoing genetic change and escape from therapy.

- Normal cells do not usually send signals to surrounding blood vessel cells to make new blood vessels. Tumors typically send multiple such signals, via a process known as tumor angiogenesis (the formation of new blood vessels). Angiogenesis enables tumors to create their own blood supply as they expand beyond their normal size and location.

- Normal cells typically are located within a defined area. For example, "epithelial cells" (the cells that line body tubes and cavities) usually rest on top of a "basement" membrane that separates them from underlying connective tissue and blood vessels. Cancer cells can invade through this basement membrane, and also can spread to, and establish residence in, other organs, a process known as "metastasis."

- When normal cells express abnormal proteins – e.g., when they are infected with a virus or other pathogen – they display these proteins to the immune system, which can eliminate the cells. Cancer cells develop multiple strategies to evade the immune system.

- Normal cells typically have defining characteristics that make them look unique. For example, different cell types within the lung or gut have a distinct appearance under the microscope, because they have different functions. Cancer cells, to different extents, lose such "differentiated" features.

- Cancer cells often use fuels differently than normal cells, enabling them to survive in abnormal, and often hostile, milieus.

**Cancer is not a single disease – or even a single type of disease:** "Cancer" is not one disease, but probably hundreds. Pathologists sub-divide cancer in multiple ways. The simplest criterion is based on the type of cell from which the malignancy originates. Epithelia are the cells that line our body tubes and glands. Skin and the lining of our mouth, throat, lung, gastrointestinal tract, urinary tract, and reproductive organs, are composed of epithelial cells. "Carcinomas" are tumors that originate in epithelial tissues, and are then specified further by the (presumed) cell-of-origin ("breast" cancer, "lung" cancer, "bladder" cancer, etc.). "Sarcomas" initiate in connective tissue (mesenchymal) cells, such as bone (osteosarcoma), cartilage (chondrosarcoma), or striated or smooth muscle (rhabdomyosarcoma, leiomyosarcoma). Leukemias and lymphomas involve blood-forming cells. Pathologists also refer to "tumor grade," which, as mentioned above, reflects the extent to which the tumor cell has lost the "differentiated features" of the cell-of-origin. High grade tumors resemble the normal tissue less than low grade tumors. A tumor's "stage" typically reflects its size and the extent to which it has spread beyond its initial tissue boundary. Each tumor type has its own staging system, which usually goes from Stage I to IV. Staging, in turn, is based on the "**T**umor, **N**odes, **M**etastasis" criteria. For example, a Stage I ovarian cancer is confined to the ovary or fallopian tube, and has not spread to the lymph nodes, whereas a Stage IV tumor has spread beyond the pelvic cavity to other organs.

Although microscopic examination, grading and staging remain essential components of cancer diagnosis and therapy recommendations, with the advent of the molecular era, we realize that (microscopic) appearance isn't everything – in fact, it is relatively little. Instead, tumors from different organs can have similar molecular defects, whereas those from the same organ can be quite different. For example, high grade serous ovarian cancer is genetically – and functionally – more similar to triple negative breast cancer than to other types of ovarian cancer [17, 18]. These differences in the genetic architecture of different tumors also imply distinct underlying mutational processes. Stated simply, it is highly unlikely that tumors that have different genomic defects/mutational signatures are caused by the same mutational agent(s).

**Ovarian cancer is not a single disease – and in most cases, it is not even "ovarian":** Even at the microscopic level, it is clear that ovarian cancer is more than one disease [19]. "Ovarian" tumors were initially thought to originate from one of the three cell types found within gonadal tissue: sex cord-stromal cells, germ cells and ovarian surface-epithelial cells. As described below, most "ovarian" tumors are now believed to originate from other tissues that implant on the ovarian surface early in their development as neoplasms. Nevertheless, the old histology-based nomenclature persists.

The vast majority (90%) of tumors of the ovary are "Epithelial ovarian carcinomas" (EOC) [19]. These, in turn can be sub-divided into high grade serous (~70%), mucinous (~3%), endometrioid (~10%), clear cell (10%) and low grade serous (<5%) carcinomas. The most common EOC, high grade serous ovarian carcinoma (HGSOC), is, unfortunately, also the most lethal gynecologic malignancy and the 5th-most-common cause of cancer death in women in the United States. The EOC subtypes differ in likely cell-of-origin, genomic abnormalities, metastatic potential, treatment response and therefore, prognosis. This disparity in their characteristics, and particularly, their distinct mutational profiles (see below), makes it almost certain that they differ in pathogenesis.

The remaining 10% of ovarian cancers comprise the germ cell and sex cord-stromal tumors, respectively. Germ cell tumors (~1-2% of all ovarian cancers) originate from defective germ cells or their derivatives (trophoblast, embryonal carcinomas). Sex cord-stromal tumors (~8-9% of ovarian cancer) arise from the tissues that surround and support the germ cells (granulosa cells, theca cells, fibocytes). Plaintiffs do not allege that talc causes this class of tumors, so I will not discuss them further.

**Epithelial ovarian cancers fall into two general classes:** Recent re-evaluation of EOC pathobiology suggest that these tumors should be re-classified into two large groups [20-22]. "Type I" tumors, which include low grade serous ovarian cancer (LGSOC), mucinous carcinoma (MC), endometrioid carcinoma (EC), and clear cell carcinoma (CCC), develop more slowly and through defined intermediate stages of differing malignant potential, are generally more genetically stable and less aggressive, and are usually detected at an early stage (Stage I). Increasing evidence also suggests that these tumors arise from different locations and cell types [22-26]. EC and CCC are thought to derive from endometriotic lesions from the uterus that implant on the ovarian surface and undergo further malignant transformation. LGSOC probably arises from fingertip-like projections ("fimbria") at the ends of the fallopian tube (FT), although an ovarian surface epithelium (OSE) origin has not been excluded, and MC might arise from the

10

junction of the fallopian tube and the peritoneum (tubal-mesothelial junction) or from ectopic sites like the GI tract. Type II tumors comprise HGSOC, undifferentiated carcinomas and rare carcinosarcomas (the latter two are probably variants of HGSOC). At least 60% of these originate in the FT fimbria, and it is possible that they all do. HGSOC are highly aggressive, genetically unstable, and unlike Type I tumors, often appear without an obvious precursor lesion. However, close inspection of the fimbria can often (at least 60% of the time) reveal such a precursor, which is termed serous tubal intraepithelial carcinoma (STICs); indeed, it was the discovery of STIC lesions in *BRCA1/2*-mutant patients undergoing prophylactic removal of their fallopian tubes and ovaries that led to the FT "cell-of origin" concept [27-32].

Subsequent, detailed DNA sequencing studies of STICs and full-blown ovarian cancers have shown that in most cases, STICs contain only some of the genetic abnormalities seen in the bulk tumor [33, 34]. Scientists interpret such results as indicating that the STIC gave rise to the bulk tumor, arguing in favor of an FT origin for HGSOC. However, in other cases, tumors in the FT show more genomic changes than the ovarian mass, which suggests that the tumor-initiating event took place in (on) the ovary or elsewhere and then metastasized to the FT [35], Furthermore, in the remaining 40% of HGSOC, no precursor lesion can be identified, leaving open the possibility that the tumor originated within the tumor mass(es) seen in the ovary. Comparison of gene expression in human normal ovarian surface epithelial cells, normal human fallopian tube epithelium ("FTE"), and a large panel of HGSOC indicates that a significant fraction (15-30%) of HGSOC appears more similar to OSE than to FTE [26]. Also, a recent study from our laboratory, which is under review (http://biorxiv.org/cgi/content/short/481200v1), shows unambiguously that either OSE or FTE can be transformed to generate HGSOC in mice. Thus, it is conceivable that not only do individual HGSOC cases have different combinations of mutations, but some might originate from the FTE, whereas others originate from OSE.

Finally, HGSOC, because it is often quite undifferentiated, or shows mesenchymal differentiation, can be difficult to discern from peritoneal mesothelioma under the microscope. Special immunohistochemical stains (e.g., for the marker PAX8) have made this differential diagnosis far more facile in modern pathology laboratories [36]. Nevertheless, mesothelioma originates from a distinct cell type (mesothelium), has distinct genomic abnormalities and likely has distinct causes. Whereas asbestos clearly causes pleural (chest wall) and peritoneal mesothelioma, this does not imply that it causes *bona fide* ovarian cancer.

**The different types of EOC are caused by distinct mutations and mutational types:** Type I tumors typically feature mutations in components of signal transduction pathways [20, 25]. For example, LGSOC and MC frequently have gain-of-function point mutations in *BRAF* or *KRAS*. KRAS and BRAF participate in the same signaling pathway downstream of most growth factor receptors, with KRAS functioning to activate BRAF. KRAS acts as a type of molecular "switch," oscillating between an "on" KRAS-GTP state and an "off" KRAS-GDP state. When growth factors are present, KRAS is switched on, but then decays to the off state. Gain-of-function mutations cause KRAS to "lock" into the "on" state, so that the cell thinks that it is always getting a growth factor signal. KRAS-GTP binds to, and activates, BRAF. The gain-of-function mutations in *BRAF*-mutant Type I ovarian tumors render BRAF active in the absence of an upstream growth factor/KRAS signal. EC and CC often have loss-of-function mutations in *ARID1A*, which encodes a chromatin remodeling protein, activating mutations in β-catenin, a

11

transcription factor that mediates signals from WNT growth factors, and/or gain of function mutations in *PIK3CA* or loss-of-function mutations in *PTEN*. PIK3CA produces a signaling lipid, phosphatidylinositol-3-phosphate (PI3P), that is also evoked by growth factor signals, whereas PTEN encodes a protein (enzyme) that inactivates PI3P. EC can also be associated with Lynch syndrome, whereas the other Type I tumors show no such association. MC can have gain-of-function mutations in *KRAS* or *BRAF* or amplification of *HER2/ERBB2*, a growth factor receptor also amplified in 20% of breast cancer cases. *TP53* mutations are rare in Type I tumors, and they have relatively stable and "quiet" genomes, with few CNAs or rearrangements.

Type II tumors, by contrast, uniformly have *TP53* mutations or deletions [37], and reflecting TP53's "guardian of the genome" role [38, 39], these tumors look as if a bomb has been dropped in their genomes [40]. There are multiple CNAs, including amplifications, deletions, translocations and fusions. HGSOC cells are highly aneuploid (i.e., have the wrong number of chromosomes) and also have multiple epigenetic changes from normal FT cells. As noted above, up to 10% of HGSOC patients have germline *BRCA*1 or *BRCA2* mutation, but *BRCA1/2* are somatically mutated or epigenetically silenced in up to 20% of HGSOC. Other frequent mutations include *PTEN* deletions, *PIK3CA* or *KRAS* amplifications (although point mutations in these genes are rare, unlike in Type I tumors), *NOTCH3* (a type of receptor) or *CYCLIN E* (and cell cycle regulator) amplification and FOXM1 (a key transcription factor) deletions.

The high degree of genomic abnormality and instability in HGSOC reflects the mutations that are found in this disease. TP53, as mentioned before, is often termed the guardian of the genome because of its critical role in maintaining genomic integrity [38, 39]. When *TP53* is defective, multiple genomic abnormalities can accumulate without the cell receiving a "self-destruct" signal. BRCA1/2 play critical, direct roles in a specific type of DNA repair, termed homologous recombination repair (HRR) [41]. When cells are defective in HRR, they resort to back up, mutation-causing pathways [42].

Taken together, these findings clearly show that different types of ovarian cancer originate in different cell types that suffer different types of mutations, which are unlikely to be caused by the same environmental agent. *Studies, including epidemiological reports, that treat "ovarian cancer" as a single entity, should, in my opinion, be viewed with skepticism.*

**Multiple factors, rather than a single cause, likely contribute to ovarian cancer generation:** It is difficult to attribute a specific case of cancer to a single cause. Even in smokers, lung cancer is not inevitable, as we know from individuals who have smoked for many years and yet have not developed cancer. Rather, for any cancer, it is only meaningful to speak in terms of exposures that increase risk. It is also important to quantify such risks if it is possible to do so in a scientific way. Risk factors can generally be grouped into genetic and environmental factors. Not surprisingly, both types of risk factors differ for different types of tumors. Moreover, given the multiple lines of evidence, discussed above, that ovarian cancer arises in different cell types as a consequence of distinct mutational events, it should be equally unsurprising that different subtypes of the disease are associated with different risk factors.

12

It is also important to distinguish *association* between a risk factor and a disease, and a demonstrated causal association. The former means that two events occur more frequently than expected by chance, whereas the latter means that one event causes the other. Two events can occur in common and not be causally related, if one event occurs in association with an undefined causal association. For example, one might find an association between a baby drinking juice and the incidence of a certain disease, and jump to the conclusion that the juice is causing the disease. However, it could be that the juice is almost always imbibed from a plastic bottle and, by virtue of its acidic character, causes other disease-evoking agents to leak from the plastic. To truly demonstrate a causal association requires a plausible, demonstrable biological mechanism of disease. In other words, one must avoid attributing guilt by association to fellow travelers.

There are several clearly established risk factors for all ovarian cancer, and others for specific types (reviewed in [43]). As for almost all cancers, age is a major risk factor: the older a woman is, the more likely she is to accumulate the mutations that lead to ovarian cancer. Genetic risk factors for ovarian cancer were described above and will only be reiterated briefly here. Strong risk is conferred by mutations in *BRCA1* (44% lifetime risk, compared with 1.3% overall), *BRCA2* (27% risk), or other genes involved in HRR (e.g., *BRIP1*, *RAD51C*, *RAD51D*; 5-12% lifetime risk each). These mutations predominantly increase the risk of HGSOC. Lynch syndrome mutations are associated with EC and CCC. Risk SNPs also contribute, but even including these, based on the aforementioned twin studies, less than half of the familial risk can be assigned at present. Nevertheless, in predicting any individual's risk of developing ovarian cancer, these genetic contributions must be considered.

Endometriosis is a risk factor, but only for CC and EC, reflective of the currently accepted pathogenic mechanisms for these diseases (reviewed in [43]). Parity (giving birth) is among the best accepted protective factors. Two major hypotheses have been proposed to explain these observations: incessant ovulation and the gonadotrophin hypothesis. With every ovulation event, there is damage to the OSE that must be repaired; the incessant ovulation hypothesis holds that mistakes can be made during this repair process, leading to mutations. Ovulation is also proposed to damage the FTE fimbria, accommodating the more recent evidence that FT is the site of origin for HGSOC and LGSOC. The gonadotrophin hypothesis argues that luteinizing hormone (LH) and/or follicle stimulating hormone (FSH), rather than ovulation *per se*, can stimulate the relevant target cells to undergo transformation. Early menarche, nulliparity and late menopause, all of which lead to longer periods of unopposed menstrual cycling, are often said to associated with increased risk of ovarian cancer (reviewed in [43]). However, there are conflicting studies on this issue, and overall, the effect is likely to be small. Infertility might also increase risk, although "infertility" has multiple causes, only some of which might be relevant. Also, it can be difficult to distinguish the effects of infertility from the effects of drugs used to treat this condition. Conversely, the use of oral contraceptives reduces risk. Because LH and FSH direct the normal menstrual cycle, it is difficult to distinguish between these models, as increased exposure to LH and FSH occur together with ovulation in women who have early menarche, late menopause or nulliparity. Regardless, it should be noted that neither of these proposed mechanisms requires any external agent to promote cancer development.

Certain gynecologic procedures or therapies also affect the risk of ovarian cancer. Some studies indicate hysterectomy may reduce risk and bilateral tubal ligation reduces risk by approximately 20-30%, although risk reduction is greatest for EC and CCC, consistent with their proposed pathogenesis (reviewed in [43]). Bilateral oophorectomy markedly lowers risk, which might seem tautological at first, but need not be if the cell-of-origin for different types of OC is not the OSE. Rather, these findings suggest that some factor in the ovaries or the ovarian environment itself is necessary for cancer to develop. Conversely, post-menopausal hormone therapy, especially with estrogen alone, increases risk, with the increase in risk possibly greater for EC and CCC. Whether combined estrogen/progestin also increases risk is less clear, and in any event, the magnitude of the increase is likely to be less.

Finally, lifestyle factors can affect the risk of some subtypes of ovarian cancer. Obesity increases the risk for non-HGSOC, and smoking increases the risk of MC, but has no apparent effect on other subtypes. All of these factors are relevant to individual risk, and it is difficult to control them all when comparing two patient populations. This difficulty, in turn, makes it hard to interpret apparent small increases in risk in epidemiologic studies, particularly when the results of such studies are inconsistent.

## III.    TALC AND OVARIAN CANCER

**Opinion:** **Talc is not genotoxic, does not cause mutations, does not cause inflammation in the female genitourinary tract and has not been shown to cause ovarian cancer.**

**Talc is chemically inert and non-genotoxic:** Talc is a plate-like magnesium silicate that is chemically inert. It does not score as positive (i.e., cause mutations) in standard genotoxicity assays [44]. Talc is present ubiquitously in foods, such as chewing gum, candies, cured meat, olive oil, ceramics, papers, inks, soaps, plastics, cosmetics and other products [44]. The FDA regulates talc and rejected proposals to add ovarian cancer warnings as recently as 2014 (Letter from Food & Drug Admin., Dep't of Health & Human Servs., to Samuel S. Epstein, M.D., Cancer Prevention Coalition, University of Illinois - Chicago School of Public Health (Apr. 1, 2014). The IARC reviewed the literature on talc in 2010 and classified it as "possibly carcinogenic (class 2B)," which, according to its definition, means that "there is limited evidence of carcinogenicity in humans *and* less than sufficient evidence of carcinogenicity in experimental animals." (Int'l Agency For Research On Cancer, World Health Org., *93 Monographs on the Evaluation of Carcinogenic Risks to Humans: Carbon Black, Titanium Dioxide, and Talc* at 35 (2010).) Very recently, Health Canada again reviewed the literature surrounding talc and ovarian cancer, stating in a draft screening assessment that talc was "possibly carcinogenic" [45]. I carefully reviewed the Taher et al. manuscript that was funded by Health Canada, which is under review for publication but has been released to the public. It focuses primarily on a meta-analysis of the numerous epidemiological studies on the topic of talc and ovarian cancer, noting that 63% show a positive association, while 37%, including the strongest cohort studies, show no association. In my opinion, the studies cited by this report are weak and unconvincing (see below).

**There is no compelling evidence that talc causes ovarian cancer:** Multiple lines of evidence are needed to convincingly show that a given agent is carcinogenic. These have been

14

standardized into specific criteria, known as the Bradford Hill criteria [46].

1. ***Strength of association:*** Multiple epidemiologic studies have investigated a possible relationship between talc and *any* type of ovarian cancer. As discussed above, it is not biologically meaningful to lump together all ovarian cancer subtypes, as they arise from different cells-of-origin, distinct genetic events and therefore, different types of DNA damage/repair problems. Even so, the epidemiological studies have been inconsistent, and the purported effects, even when present, are small. A recent "meta-analysis" (aggregate analysis) included 24 case-control and three cohort studies, and found an association between "any perineal use" of talc (including use on diaphragms and sanitary napkins) and ovarian cancer with an odds ratio (OR) of 1.31 [47]. When the entire meta-analysis was considered, risk was only increased for HGSOC and EC. Based on their distinct pathogenesis, however, it is not clear why only these two subtypes showed increased risk. In particular, as discussed above, CCC and EC arise in endometrial cells and have similar mutational spectra. It is unclear why one, but not the other, would show an increase, if women were exposed to the same pro-cancer agent. Similar conclusions were reached in meta-analyses by Berge *et al.* [48], and by the aforementioned Health Canada review [45].

   Notably, cohort studies fail to find an increased risk of ovarian cancer overall with "any use" of talc. In their meta-analysis, Berge *et al.* [48] note that, based on the combined number of cases and controls in the cohort studies, the statistical power to detect an association in these studies, when pooled, should have been 99%. The pooled cohort studies do report a small increase in HGSOC for ever use of talc (OR 1.25). This increase is quite small, though; by comparison, smoking causes a 25-fold increase in risk of lung cancer. (*See* Smoking and Cancer, https://www.cdc.gov/tobacco/data_statistics/sgr/50thanniversary/pdfs/fs_smoking_cancer_508.pdf.) When an effect is so small, it is difficult to rule out other potential contributors to ovarian cancer, or HGSOC, risk. For example, a major weakness of all of these studies is that the talc exposures are self-reported, and therefore accurate quantification of exposure is difficult. Also, exposures occurred via different routes, and the various studies did not find that routes of exposure were equivalent. Alternatively, some other practice or exposure that is not routinely queried might be more common in talc users. Furthermore, none of these studies restricted themselves to the products at issue in this litigation (Johnson's Baby Powder and Shower to Shower), and therefore any conclusion about the products at issue is inherently confounded.

2. ***Consistency of Relationship***: As noted above, the individual epidemiologic studies do not show a consistent relationship between talc and ovarian cancer, and the meta-analyses show differences between the population-based case-control studies and the cohort studies. The case-control design attempts, as best as possible, to match cases to individuals who share the same characteristics except the disease under study. However, because a patient knows she has the disease, case-control studies can be confounded by "recall bias." For example, if news reports indicate a possible connection between talc exposure and ovarian cancer, recollections can be different. The finding of a higher relative risk in more recent case-control studies, compared with earlier ones [49, 50], is consistent with this potential problem, as noted by Berge *et al.* [48]. In the latter study, for example, an association with "ever use" was only seen for patients interviewed after 2014, when there was already substantial

15

publicity about a potential talc/ovarian cancer connection. The authors of the study explicitly acknowledge the possible influence of litigation, but nevertheless, such influence seriously confounds any conclusion that talc caused the ovarian cancers seen in these women. Also unclear is why hospital-based case-control studies fail to detect an association whereas population-based reports do detect one, again suggesting that these studies might not be capturing all relevant variables [45, 48, 51]. The case-control studies also are inconsistent regarding exposure route. Some see an increase in ovarian cancer incidence in women exposed by "any route" [50, 52]. Notably, exposure via talc on condoms or diaphragms, which one might expect to introduce particles to the upper genitourinary (GU) tract (i.e., the area of the body encompassing the reproductive organs) more proximately than perineal dusting, did not show increased risk when queried [45, 47, 48]. Also, different studies are heterogeneous regarding the source of talc, the inclusion or exclusion of other powders, other queries about other potential confounding factors (e.g., douching [53]) and the extent of genetic risk data collected [45].

3. ***Biological Plausibility*:** For an agent to be adjudged the cause of cancer, there must be a demonstration of a plausible biochemical mechanism. In my opinion, there simply are no compelling data to this effect. As noted above, talc is universally acknowledged to be non-genotoxic in standard mutagenesis assays. The plaintiffs' experts cite several alternative mechanisms by which talc could be cancer-promoting, but the evidence supporting each of these mechanisms is quite weak, as detailed below:

**Route of access:** The plaintiffs' experts argue that talc can be transported from the vagina through the cervix to the uterus and into the fallopian tube, ovary and peritoneum. No data are available relating perineal exposure to exposure in the relevant target tissue. It simply is not clear whether talc can regularly get from the perineal area to the region of the fallopian tube or the ovarian surface epithelium, and even if it can, the relationship between the amount of talc applied to underwear or sanitary napkins and the amount that reaches the relevant cells is completely unclear. The plaintiffs' experts do not identify any convincing, direct evidence on this point. Instead, they cite to earlier papers to support this hypothetical possibility. For example, Egli and Newton [54] placed inert dextran particles via a speculum into the posterior fornices of the vagina of three women undergoing elective hysterectomy (and thus under general anesthesia). They then administered 10U of oxytocin, rapidly placed the patient in the supine, flat position, retrieved the fallopian tubes, and found particles in 2/3 within 28-34 min. It should be obvious that the design of this study bears little resemblance to the standard ways that women use talc in the perineal area. Furthermore, the above study is seriously compromised by its small size, use of anesthesia and oxytocin (which causes uterine contractions), and lack of information regarding the relative dose of these particles compared to what might be reasonably expected to be a dose of talc from perineal dusting. These authors argue for the physiological relevance of the oxytocin administration, as oxytocin is released during intercourse. In that case, one might expect that talc on diaphragms or on condoms would show the largest association with risk in the epidemiological studies. However, as mentioned above, the epidemiological studies find exactly the opposite. Venter and Iturralde [55] deposited radioactively labelled albumin microspheres into the posterior fornices of 24 patients one day before different operations. Only 21 cases could be examined (in the other, the particles streamed out of the vagina), and

16

16 showed radioactivity reaching the uterus or higher. This study is also compromised by a lack of clear relevance between depositing large numbers of particles in the posterior fornix versus perineal dusting of talc.

By contrast, Heller *et al.* [56] examined the ovaries of 24 women undergoing incidental oophorectomy, and collected data on talc use. Twelve women reported frequent perineal talc application; the other 12 reported no use. Blocks of ovarian tissue were digested and examined by polarized light microscopy and electron microscopy. Talc was detected in all 24 patients, regardless of exposure. Although these data show that talc can be found at high frequency within ovarian tissue, they argue strongly that perineal talc use does not accurately reflect potential exposure. Similarly, Henderson [57] found talc in 10/13 ovarian tumors, 12/21 cervical tumors, and 5/12 normal ovaries. There was no correlation between particle count and patient-reported talc exposure. Together, these findings, which would appear to be directly on-point, vividly illustrate the unreliability of conclusions based solely on epidemiological studies that rely entirely on self-reporting of talc exposure. Furthermore, no evidence of inflammation, fibrosis or other forms of damage to the ovaries or FT was reported by either Heller *et al.* or Henderson.

**Purported carcinogenic mechanism:** Talc is not genotoxic in standard mutagenicity assays in lower organisms, has never been shown to induce mutations in any cancer-causing gene (oncogene or TS gene) in human cells, and has not been shown to cause CNAs in any setting. Plaintiffs' expert, Dr. Saed, argues that talc promotes cancer by inducing oxidative stress, which in turn could be mutagenic. He provides several potential mechanisms by which this could occur, much of it based on his own work. In my opinion, these studies are technically and conceptually flawed, and do not withstand critical scrutiny. I will discuss each of these claims below:

a) "*[O]varian cancer patients manifest significantly decreased levels of antioxidants and higher levels of oxidants*" *(p. 5).* Regardless of whether this statement is true, it is a *non-sequitur* insofar as ovarian cancer pathogenesis is concerned. By the time a patient has developed obvious ovarian cancer, one cannot determine whether the above phenomena are cause or effect. Dr. Saed provides no evidence on the oxidation state of *pre-malignant* lesions, which is when a carcinogen that promotes inflammation would be expected to act.

b) "*MPO . . . and iNOS . . . are highly expressed and co-localized . . . in EOC cells*" *(p. 5).* Again, even if this statement were true, it too is a *non-sequitur,* for the reasons discussed above. Indeed, the claim that *MPO* is not expressed in normal ovarian epithelium, if anything, argues against any purported involvement in talc-mediated ovarian carcinogenesis. I have reviewed the paper that Dr. Saed quotes (from his own laboratory) to support this claim, and find it seriously flawed at multiple levels. First, he uses one cell line (SKOV3) that is not representative of HGSOC [58] and another of uncertain provenance. Since the focus of many of plaintiffs' experts is on the potential association between talc and HGSOC, which is also the most common form of ovarian cancer, these cell lines are irrelevant. Second, he uses immunostaining methods to identify MPO, but fails to provide key controls for his reagents. This shortcoming is no trivial matter, given

17



**Figure 1**: RNA-sequencing counts for *MPO*, compared with known ovarian cancer TS genes, showing virtually undetectable expression of the former in 374 HGSOC. Raw data available at: www.portal.gdc.cancer.gov.

that MPO is only known to be expressed in myeloid cells, and inspection of the Cancer Cell Line Encyclopedia (CCLE) database (https://portals.broadinstitute.org/ccle) reveals no significant *MPO* mRNA expression in cell lines other than those of myeloid origin. Likewise, inspection of The Human Cancer Genome Atlas data on HGSOC shows that MPO RNA is virtually undetectable; notably, its levels are lower than those of standard ovarian cancer TS genes (Figure 1). Most likely, the low residual counts reflect *MPO* expression in infiltrating myeloid cells rather than, as claimed by Dr. Saed, tumor cell expression. Third, his functional experiments, involving a technique known as RNA interference (RNAi), lack standard controls. In RNAi experiments, scientists introduce short double stranded sequences (siRNAs) into cells. These siRNAs can direct the degradation of mRNAs that contain this sequence, but the technique is not absolutely specific. Instead, a given siRNA can gratuitously degrade other mRNAs, a phenomenon we term "off-target" effects. All high-quality journals require that such controls be performed; yet, they were not done in Dr. Saed's paper.

c) "*Common SNPs in the redox enzymes are known to be strongly associated with altered enzymatic activity . . . that has been linked to . . . ovarian cancer*" *(p. 7-8).* It is true that a SNP in *GPX6*, which encodes a redox enzyme, is associated with HGSOC risk, although notably, Dr. Saed does not mention this SNP. The ones that he does discuss either do not reach genome-wide significance (and thus are not conclusively associated with ovarian cancer risk) or are associated with other biological processes. **See Appendix A.** For example, the only SNPs in the catalase gene (*CAT*) that reach genome-wide significance affect blood catalase levels, whereas MPO SNPs are associated with blood levels of this enzyme or with white blood cell levels (https://www.ebi.ac.uk/gwas/genes/MPO). **See Table 1 (adapted from https://www.ebi.ac.uk/gwas/search?query=mpo).**

### Table 1 – GWAS Associations For MPO That Reach Genome-Wide Significance (Note Lack of Ovarian Carcinomas)

| Disease/Trait | Region | Reported Gene | Mapped Gene | Source |
|---|---|---|---|---|
| Circulating myeloperoxidase levels (plasma) | 17q22 | MPO, RNF43, PPM1E | MPO - BZRAP1 | Reiner AP. Genome-wide and gene-centric analyses of circulating myeloperoxidase levels in the charge and care consortia. Hum Mol Genet. 2013 Aug 15;22(16):3381-93. |

18

| Disease/Trait | Region | Reported Gene | Mapped Gene | Source |
|---|---|---|---|---|
| Blood protein levels | 17q22 | NR | MPO | Sun BB. Genomic atlas of the human plasma proteome. Nature. 2018 Jun;558(7708):73-79. |
| Blood protein levels | 17q22 | NR | MPO | Sun BB. Genomic atlas of the human plasma proteome. Nature. 2018 Jun;558(7708):73-79. |
| Blood protein levels | 17q22 | MPO | MPO - BZRAP1 | Sun BB. Genomic atlas of the human plasma proteome. Nature. 2018 Jun;558(7708):73-79. |
| Post bronchodilator FEV1/FVC ratio in COPD | 17q22 | MPO | MPO | Lutz SM. A genome-wide association study identifies risk loci for spirometric measures among smokers of European and African ancestry. BMC Genetics 2015 16:138. |
| Monocyte count | 17q22 | MPO | MPO - BZRAP1 | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Monocyte percentage of white cells | 17q22 | MPO | MPO - BZRAP1 | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Granulocyte percentage of myeloid white cells | 17q22 | MPO | MPO - BZRAP1 | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Neutrophil percentage of white cells | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Myeloid white cell count | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Granulocyte | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of |

19

| Disease/Trait | Region | Reported Gene | Mapped Gene | Source |
|---|---|---|---|---|
| count | | | | Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Sum neutrophil eosinophil counts | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Sum basophil neutrophil counts | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Neutrophil count | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| White blood cell count | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |

Furthermore, the fact that alterations in redox state might contribute to ovarian cancer risk implies nothing about whether talc is oncogenic; nor does it imply that talc is in any way associated with redox state in the fallopian tube or ovarian surface epithelium.

d) "*Chemoresistance is Associated with Point Mutations in Key Redox Enzymes in EOC cells*" *(p. 9).* Again, this entire line of reasoning is not germane to the issue of talc and ovarian cancer. Also, HGSOC is a disease of CNAs, not point mutations (see above).

e) "*[T]alc . . . initiates a[n] . . . inflammatory response*" *(p. 10/11).* There simply is no compelling evidence that talc induces an inflammatory response in the female genital tract. Notably, no evidence of inflammation was reported in studies that documented talc in surgical tissue from women undergoing oophorectomy (see above). In other words, when the putatively offending substance has been found in the site in which ovarian cancer develops, there have been no evident pro-inflammatory *effects*!

f) "*Studies that exposed lab animals (rats, mice, hamsters) to asbestos-free talcum powder in various ways have had mixed results*" *(pp. 10-11).* Here, it is unclear to what Dr. Saed is referring, as he cites two epidemiology papers, not biology experiments. **In fact, no**

20

*animal studies have shown that ovarian cancer develops following talc injection.*

- Hamilton *et al.* [59] injected talc directly into the rat ovarian bursa (the junction of the FT and the ovary). *They specifically noted that no malignancies were observed*. They also did not report evidence of STIC, the well-accepted precursor lesion for HGSOC, as discussed above. Focal papillary changes were seen in the OSE, but the authors noted that these changes could be due to high concentrations of hormones that accumulated in the intrabursal space due to the amount of talc injected. They also specifically noted *no evidence of inflammation*, although foreign body granulomas were seen. Importantly, granulomas are *not* observed during human ovarian cancer development (e.g., in patients with STICs). Moreover, the doses that were injected were massive (100 ul of 100 mg/ml talc suspension). The authors concluded that their results were "preliminary," and notably, they never published on this topic again. Nevertheless, the fact that these massive amounts of talc failed to show any evidence of pro-oncogenic effects is strong evidence against plaintiffs' experts' arguments.

- Keskin *et al.* [60] delivered talc to rats intravaginally or via their perineum. They also observed foreign body reactions (granulomas), as well as infections, in both groups exposed to talc, but *no neoplastic changes*. They concluded that talc causes foreign body reaction and infection, but not cancer.

g) "*Migration/transport of particles through the genital tract is universally accepted*" (p. 11). Again, as discussed above, the evidence supporting this notion is far from "universally accepted"; to the contrary, it is actually quite limited. Furthermore, this mechanism fails to explain the frequent finding of talc particles in normal ovaries of women with no self-reported talc exposure. In its report evaluating the potential carcinogenicity of talc, IARC specifically noted that the evidence for transport was weak [44], whereas the recent Health Canada study maintained that data on talc migration were "inconsistent [45]."

h) "*[T]he inflammatory nature of talcum powder [is] consistently demonstrated*" (p. 11). Notwithstanding this strong statement, the evidence simply fails to support this claim. As noted above, injection of large amounts of talc into the relevant organs in experimental animals does NOT cause inflammation other than granulomas, much less neoplasia. Similarly, there is no evidence of any type of inflammation – including granulomas – in women with documented talc particles in their ovaries (see above). Dr. Saed cites a paper by Shukla *et al. [61]* in which human mesothelial cells were exposed to talc for eight and 24 hours, respectively, and some changes in *gene expression* were noted. This study examines a cell type (immortalized pleural mesothelial cells) that is not directly relevant to ovarian cancer pathogenesis, and even then, reports quite minor changes in gene expression. The same study included limited studies on immortalized OSE cells, but found almost no significant changes in gene expression. As discussed above, OSE also is likely not to be the target cell for most HGSOC, and even if it were, there is no evidence that talc causes anything other than granulomas, which are not typically associated with

21

human ovarian cancer and are seen in animals only at exceedingly high doses of talc instillation.

i)   "*Findings from recent research from [the Saed] laboratory*" *(p. 13)*. Dr. Saed provides a manuscript in press and several abstracts purporting to show changes in the levels of certain redox enzymes in response to talc exposure, including exposure to Johnson's Baby Powder. Even if one were to accept these data at face value, the mere finding of differences in the levels of certain redox enzymes does not alone provide evidence of an altered redox state within cells, much less a pro-oncogenic effect of talc. Notably, Dr. Saed fails to carry out standard measurements to assess intracellular ROS and/or their effects, such as DCF fluorescence (to measure $H_2O_2$ levels), BODIPY staining (to assess lipid peroxidation) or measurement of 8-oxo-dG in DNA (measurement of oxidative DNA damage). Also, these short-term assays in no way model what he claims throughout his report to be "chronic inflammation" induced by talc. It bears repeating that experimental animals and, most importantly, women, with documented talc exposure show no neoplastic changes, nor is there any evidence that talc evokes changes in redox state *in vivo*. Furthermore, it should be noted that careful examination of Dr. Saed's laboratory notebooks reveals inconsistencies with the data in his abstract and manuscript, whited out sections, removal of some data points as "outliers" for unclear reasons, and the use of single biological replicates for each of the talc doses tested.

j)   In his manuscript, Dr. Saed also makes the truly extraordinary claim that "talc treatment was associated with a genotype switch" for SNPs in redox enzymes (Manuscript p. 7, 11; Report p. 19). What this means is that a specific base in DNA ("letter" in the DNA code) is somehow specifically changed in nearly 100% of the cells treated with talc, an agent that he acknowledges is not directly genotoxic! Even if talc were mutagenic (i.e., capable of inducing changes in the DNA code) – for example, by generating DNA-damaging ROS – such damage would be random, not affecting a specific base that just happened to be part of a SNP. It would be totally unprecedented for any agent to cause a switch in genotype at a specific locus, and Dr. Saed not only provides no mechanism to explain this claim, he does not appear to recognize just how extraordinary such a claim would be. Of note, I inspected the printouts for the SNP analysis in Dr. Saed's lab notebooks, and several are technically flawed, making it difficult to be confident of the allele ("letter") assignment. He could have easily confirmed these assignments by direct Sanger sequencing of the DNA, but did not do so. Simply stated, the reference to "talc treatment-induced gene point mutations" is not credible.

Dr. Saed's in-press manuscript was previously rejected at the (higher quality) journal *Gynecologic Oncology*. Reviewer 1 of the initial manuscript noted that the paper's claim that "'oxidative stress is a key mechanism to the initiation and progression of ovarian cancer' is not supported by this investigation." I share that view. Similarly, Reviewer 2 noted that, "their data do not show, despite the authors' claim, any evidence that these cells are transformed (i.e., malignant).... Consequently, neither tumor initiation nor progression is documented in this study, as opposed to the statement in Highlight #1 (in the text) and elsewhere. While changes in redox potential play an important role in tumor biology in general, the present data are insufficient to back up the claim that talcum (sic)

is central to the development of ovarian cancer." I also share Reviewer 2's view.

k) Dr. Saed's deposition testimony contains several statements that call into question his knowledge of basic cancer cell biology, genetics and biochemistry. For example, he states that p53 is an oncogene, whereas it is a paradigmatic tumor *suppressor* gene (p. 230). He states that cells are grown at normal oxygen and glucose levels (pp. 252-257), whereas in fact, they are typically grown at ~3X normal oxygen levels and 4X normal glucose concentrations. He does not appear to know that GWAS aggregates all published work on SNPs associated with disease risks and traits (pp. 205-206). His comments on SNPs in the catalase gene (p. 206-207) call into question his understanding of linkage disequilibrium, the concept that blocks of SNPs located close together in the genome are typically co-inherited. He does not appear to understand that the BCA assay is a colorimetric assay, rather than a direct measurement of absorbance (pp. 119-120). He does not seem to be aware of recent evidence that full-blown cancers are often more sensitive to oxidative stress [12]; indeed, one therapeutic approach under investigation in several laboratories is to promote increased oxidative stress in cancer cells. He states that CA125 is a marker of inflammation (p. 248), but this statement too is speculative. He states that normal cells have a higher apoptotic rate than cancer cells. Healthy normal cells do not have a higher apoptotic rate than cancer cells, although unhealthy or damaged normal cells are more likely to undergo apoptosis than cancer cells. Perhaps most importantly, none of Dr. Saed's contentions or conclusions is based on animal studies, much less on human data.

l) *Relationship between MUC1 antibodies and ovarian cancer pathogenesis (Zelikoff report, p. 19).* Plaintiffs' expert Dr. Judith Zelikoff cites work showing that talcum powder users have lower plasma levels of MUC1 antibodies than non-users [62], and proposes that decreased immunity to MUC1 could be a mechanism by which talc increases ovarian cancer risk. Anti-tumor immunity is primarily mediated by anti-tumor T lymphocytes and possibly NK cells [63]. Because there is no evidence that anti-MUC1 antibodies (which are produced by B-lymphocytes) play any role in immune surveillance of ovarian or other types of cancer, this opinion should be viewed as pure speculation.

m) "*Recent clinical and prospective data suggest that C-reactive protein (CRP), a marker of global inflammation, is associated with increased ovarian cancer risk*" (Zelikoff, p. 20). Dr. Zelikoff cites work by Poole [64], who measured the association of various inflammatory markers and ovarian cancer development in the Nurse's Health Studies 1 and 2 and the Women's Health Study (WHS). This study showed a 53% increase in risk for ovarian cancer for women with the highest (4th) quartile, compared with the lowest (1st) quartile, CRP levels in the blood. Notably, there was no association with IL6 (a cytokine marker of inflammation) or secreted TNFαR2 levels (another inflammatory marker). This study, as well as work by Trabert *et al. [65]*, shows that some degree of systemic inflammation may be present during the development of ovarian cancer. However, a recent analysis of 26 STIC and early serous carcinomas saw no evidence of inflammation [66]. Moreover, NHS-1 and the WHS collected talc exposure data – indeed, these are among the major cohort studies of the talc/ovarian cancer association. Yet, while they could have addressed this key question, neither Poole *et al.* nor Trabert *et al.*

23

analyzed the relationship between perineal talc exposure and inflammation. Hence, there simply is no evidence in these papers that links perineal talc exposure to inflammation, whereas, as mentioned above, direct experiments argue against any such link. It also remains possible that increased CRP is a sign of inflammation that results from, rather than causes, ovarian cancer, a possibility acknowledged by Poole *et al.* Notably, a subsequent meta-analysis of this issue concluded that "Further studies are needed to definitively identify the role of CRP in the etiology of ovarian cancer [67]."

n) *Effect of talc on macrophages and relevance to ovarian cancer.* In her report, Dr. Zelikoff (pp. 22-24) raises the possibility that talc ingestion, either directly or on lipid particles, might have pro-inflammatory effects on macrophages. In fact, the picture that emerges from the papers she cites is complex, confusing and in some cases contradictory. In no way does the evidence cited by Dr. Zelikoff rise to the level of scientifically conclusive.

- **Bogatu and Contag** [68] argue that talc binds to high-density lipoprotein particles, which are then ingested into macrophages. Dr. Zelikoff notes that this could trigger a fibrogenic reaction (scar formation). However, there is no evidence for the involvement of scarring/fibrosis in ovarian carcinogenesis. Furthermore, there was no evidence of scarring in ovaries in which talc particles were detected. Indeed, Bogatu and Contag's focus was on mechanisms underlying silicosis, not ovarian cancer.

- **Ghio *et al.*** [69] report that mineral talc sequesters iron (Fe) from cells, resulting in increased Fe uptake, oxidative stress and ROS production. This study involved immortalized bronchial epithelial and primary pleural mesothelial cells, which are not obviously relevant to ovarian cancer. Furthermore, there is no evidence that injecting talc into the pleural space causes lung cancer or mesothelioma.

- **Akhtar *et al.*** [70, 71] measured the effects of talc on A549 cells, and found ROS production, oxidation of cellular lipids and DNA damage. The relevance of this work to ovarian carcinogenesis also is extremely questionable. Because A549 are lung cancer cells, they are from an irrelevant cell-of-origin and are already malignant. In addition, it is not clear how the doses seen here relate to the small number of particles in the female reproductive tract.

- **Davies *et al.*** [72] studied the effects of seven specimens of respirable talc dust on mouse peritoneal macrophages, and observed mild, but consistent, cytotoxicity and suggested that talc could be fibrogenic. Again, there is no evidence that fibrosis plays a role in ovarian cancer pathogenesis.

- **Hamilton *et al.*** [73], on the other hand, found that talc caused a small *increase* in the proliferation of mouse bone marrow-derived macrophages (the opposite of the effects seen by Davies *et al.* on peritoneal macrophages). At higher doses, toxicity was observed, however. Based on these data, they argue that talc could cause granulomas. Indeed, granulomas were seen in the talc injection studies noted

24

above, but granulomas are not seen in women who have talc particles in their ovaries or as part of ovarian carcinogenesis.

o) *Effect of talc on ovarian surface epithelial cells.* Several of plaintiffs' experts (including Dr. Zelikoff) cite work by Buz'Zard and Lau [74] as evidence that talc is pro-oxidative and causes transformation of ovarian cells. This paper examined the effects of talc on immortalized human ovarian granulosa (GC1a) cells, immortalized human ovarian surface epithelial (OSE2a) cells and primary human polymorphonuclear leukocytes (PMNs; PMNs, also known as neutrophils, are the major white blood cell in human peripheral blood). The authors claimed that talc increased cell viability (cell number) of OSE2a and GC1a cells at low doses, but decreased it at higher doses (>200 ug/ml). They also claim that it increased the growth of these cell lines in soft agar at 5ug/ml and 20 ug/ml. At low doses, talc decreased ROS generation in OSE2a and increased ROS in GC1a cells, while decreasing ROS at higher talc concentrations in OSE2a cells. Finally, they find that talc causes increased ROS generation in PMNs across a broad dose range. In my opinion, this study, and its interpretation by plaintiffs' experts, is seriously flawed, for multiple reasons:

- The talc was obtained from a standard chemical reagent company, Sigma, and its quality, mineral and/or fibrous content and composition were not assessed.

- Granulosa cells are totally irrelevant to the study of epithelial ovarian carcinoma, meaning that the experiments with GC1a cells are not germane to the plaintiffs' case.

- OSE2a cells are a single, immortalized cell line, produced by transformation of normal OSE from a single woman of reproductive age with large T antigen of SV40. The use of these cells as a model for the early events of ovarian carcinogenesis is problematic on multiple levels. First, normal OSE is not the cell-of-origin for most ovarian cancer. Second, large T antigen is a viral gene product that evokes changes equivalent to at least two of the transformation events needed for ovarian carcinogenesis. Third, large T-transformed cells are genetically unstable, and no two cells transformed in this way are the same. Hence, this choice of cell system is inapt for studying mechanisms of ovarian carcinogenesis.

- Notwithstanding the choice of experimental system, the effects on proliferation are very small, quite dose-sensitive, and not likely to be biologically relevant.

- Of note, the purported pro-oncogenic effects on proliferation and ROS occur at two different doses of talc. As noted several times above, it is difficult to know what would be an appropriate dose to model the supposed level of talc in the GU tract of women exposed to perineal dusting powder.

- Growth in soft agar does not mean tumorigenicity – at least not with human cells, and as with the growth effects, at higher concentration, soft agar colony formation

is eliminated by talc treatment.

- The relevance of the PMN experiments is not clear. No role for neutrophils in ovarian carcinogenesis has been suggested by plaintiffs' experts, much less demonstrated experimentally.

p) *Effect of talc on CA125 levels.* (p. 25) Dr. Zelikoff cites work by plaintiffs' expert Dr. Saed (discussed above) that talc induces the expression of the cancer antigen CA125 in normal ovarian cells and ovarian cancer cells. Even if these observations are true, there is no obvious relevance to ovarian cancer pathogenesis. As Dr. Zelikoff notes, CA125 is a "biomarker" for ovarian cancer detection, but it has no known role in ovarian cancer *causation*. Whether or not talc induces CA-125 expression says nothing about talc having any carcinogenic effect. Notably, in her deposition (p. 352), Zelikoff states that CA125 is MUC1. CA125 is, however, MUC16, raising the possibility that she is confusing these two proteins.

q) *Effect of talc on expression of redox enzymes.* Dr. Zelikoff also cites "[e]merging science" (p. 25) from the Saed laboratory claiming that talc treatment of ovarian cancer cell lines and normal ovarian cells causes changes in the levels of mRNA for multiple pro-oxidant and anti-oxidant genes. The multiple problems with this work have been detailed above. Also, in her deposition (p. 236), Dr. Zelikoff states that talc leads to changes in gene expression, which "can be inferred as a mutation." This statement is categorically incorrect – changing the media on cells can cause changes in gene expression. Changing temperature can change gene expression. In no way can one "infer" a mutation merely because gene expression is altered.

r) *Women with certain genetic variants have increased risk of ovarian cancer with talc use.* Dr. Zelikoff (p. 26) points to epidemiological data from Gates *et al.* [75] who carried out a case-control study genotyping SNPs in *GSTM1*, *GSTT1* and *NAT2* in participants from the New England based Case-Control and Nurses Health studies. The authors found that these SNPs were not themselves associated with risk, but the association of ovarian cancer with talc use was stronger in women with the GST-null genotype, and further enhanced in women with the *GST1-null* and *GSTM1*-present. The study concludes that "women with certain genetic variants may have a higher risk of ovarian cancer associated with talc use." However, the authors also specifically stated that "…additional research is needed to confirm these findings and to explore potential mechanisms for these interactions…." There appears to have been no subsequent follow up/confirmation of these data. Given that positive results are nearly always published, whereas negative results often are not (a phenomenon termed "publication bias"), it seems likely that these observations are not reproducible (or the authors would have published a subsequent paper verifying the association). Also, it should be noted that no biological/biochemical mechanism is available to explain why a higher level of GSTM1 and a lower level of GST1 increase interaction with talc, as these enzymes both catalyze the same biochemical reaction

Several additional lines of evidence argue against the "talc-induced inflammation model" of ovarian carcinogenesis proposed by the authors, most which have been cited above. First and foremost, whereas the evidence cited by plaintiffs' experts is indirect, involves irrelevant cell lines, and/or is not definitive, the most direct evidence available contradicts their argument. As noted, injection of talc directly into the ovarian bursa of animals does NOT evoke inflammation, much less cancer. Similarly, women with talc particles in their ovaries do not show evidence of inflammation. Nor am I aware of any publications that have reported finding STICs, the only known pre-neoplastic lesion in HGSOC, in women or animals with talc in their genitourinary tracts. Conversely, a recent study found "no significant correlation . . . between serous carcinoma and histological signs of inflammation or chronic tubal injury" [66]. Inflammatory diseases, such as rheumatoid arthritis, systemic lupus erythematosus, psoriatic arthritis, etc., are not known risk factors for ovarian cancer [43]. And finally, there is no consistent evidence that NSAIDs mitigate ovarian cancer risk [52, 76-83].

4. ***Consideration of Alternative Explanations:*** As with any weak epidemiologic association, the use of talc could be associated with other conditions that promote ovarian cancer. For example, women who use talc might be more likely to have a sub-clinical infection. Also, since the publication of these epidemiology studies, numerous additional strong risk genes for ovarian cancer have been identified, as have multiple weaker risk alleles. These were not tested in the patient populations used in these studies, and thus might not have been distributed equally in the talc and non-talc groups. In the case-control studies, recall bias is a major, demonstrable concern that has not been adequately eliminated. One of the major meta-analyses [48] found significant evidence of heterogeneity, complicating the conclusions that could be drawn. Heterogeneity means that the designs of the studies have so many differences that it might not be valid to combine them.

5. ***Dose-Response:*** An agent that has *bona fide* pro-oncogenic effects is expected to show increasing effect with increasing dose of the agent. Yet the epidemiologic data fail to show a compelling dose-response relationship.

- None of the cohort studies reveals a dose-response relationship [53, 84-86].

- Multiple case-control studies also fail to show evidence of a dose-response:

  1) Mills *et al.* [87] found essentially no difference in the odds ratio for the lowest and highest quartiles of cumulative exposure ((1.03 (0.59-1.80)) and (1.06 (0.62-1.83)), respectively) and concluded that "no dose response association was found."

  2) Cook *et al.* [88] looked for an association across various strata of "cumulative lifetime days," and saw no statistically significant elevated risk for any of the four categories.

  3) Meta-analyses and pooled studies have concluded that no clear, consistent dose-response relationship can be demonstrated; e.g., [45, 47, 48, 89, 90].

4)  The National Cancer Institute and the FDA have concluded that a dose-response relationship has not been found. (Nat'l Cancer Inst., Ovarian, Fallopian Tube, and Primary Peritoneal Cancer Prevention (PDQ®)–Health Professional Version, https://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq (last updated June 22, 2018); Letter from Food & Drug Admin., Dep't of Health & Human Servs., to Samuel S. Epstein, M.D., Cancer Prevention Coalition, University of Illinois - Chicago School of Public Health (Apr. 1, 2014).) The recent Health Canada analysis noted that "concerns that the actual exposure experienced by these women over the past 40-50 years is not well understood [45]."

5)  Some observational studies have argued for a dose-response relationship (e.g., [49, 50, 91], but these studies and their conclusions have significant issues. It is particularly difficult to retroactively quantify exposure. Also, exposure via diaphragms or condoms is not consistently associated with risk, even though such routes might be expected to provide the highest, and certainly the most direct, exposure. As noted above, proponents of talc transit have suggested that sexual activity facilitates exposure. In that case, one would expect talc on condoms or diaphragms to be particularly dangerous.

**6.  *Coherence:*** A theory that an agent causes disease should be internally coherent and also fit with existing, accepted science. But plaintiffs' experts' theories do not satisfy this requirement. In particular, humans given high doses of talc in other body cavities (e.g., via pleurodesis) or exposed occupationally do not have increased cancer risk. Yet most of the pro-oncogenic mechanisms proposed by plaintiffs' experts would be expected to operate in multiple body sites. Nor does it make logical sense that talc use would cause multiple subtypes of ovarian cancer, which have different cells of origin, different types of mutations and mutational effects, and therefore likely different oncogenic mechanisms.

## IV.   CONCLUSIONS AND SUMMARY OF OPINIONS

Scientific support for the theory that talc use can cause ovarian cancer is lacking. The plaintiffs' experts' causation theories do not comport with what we know about carcinogenesis generally or the development of ovarian cancer specifically; nor do they have sufficient support from epidemiological research. In particular, Dr. Saed's work is rife with errors and overstated claims that betray a lack of understanding of cancer genetics – perhaps most notably his claim that talc induces specific point mutations in certain SNPs. Moreover, Dr. Saed's work, even if the significant errors, gaps and irregularities in his lab work are ignored, rests on a series of totally unsubstantiated assumptions, including the role (if any) of inflammation or oxidant states in ovarian cancer pathogenesis, the relevance (if any) of certain SNPs to ovarian cancer, and the significance (if any) of elevated CA-125 levels to ovarian carcinogenesis. More generally, the plaintiffs' experts' theories of biological mechanism lack support in the literature – indeed, if anything, existing literature tends to negate, rather than support, their proposed mechanism. Finally, evidence from the epidemiological literature shows only weak or nonexistent associations between talcum powder use and ovarian cancer and has failed to demonstrate any strong evidence of dose-response.

28

## References

1.  Garraway, L.A. and E.S. Lander, *Lessons from the cancer genome.* Cell, 2013. **153**(1): p. 17-37.
2.  Vogelstein, B., et al., *Cancer genome landscapes.* Science, 2013. **339**(6127): p. 1546-58.
3.  Mardis, E.R., *Insights from large-scale cancer genome sequencing.* Ann Rev Cancer Biology, 2018. **2**: p. 429-444.
4.  Sanchez-Vega, F., et al., *Oncogenic Signaling Pathways in The Cancer Genome Atlas.* Cell, 2018. **173**(2): p. 321-337.e10.
5.  Hanahan, D. and R.A. Weinberg, *Hallmarks of cancer: the next generation.* Cell, 2011. **144**(5): p. 646-74.
6.  Rahman, N., *Realizing the promise of cancer predisposition genes.* Nature, 2014. **505**(7483): p. 302-8.
7.  Huang, K.L., et al., *Pathogenic Germline Variants in 10,389 Adult Cancers.* Cell, 2018. **173**(2): p. 355-370.e14.
8.  Sud, A., B. Kinnersley, and R.S. Houlston, *Genome-wide association studies of cancer: current insights and future perspectives.* Nat Rev Cancer, 2017. **17**(11): p. 692-704.
9.  Turkez, H., M.E. Arslan, and O. Ozdemir, *Genotoxicity testing: progress and prospects for the next decade.* Expert Opin Drug Metab Toxicol, 2017. **13**(10): p. 1089-1098.
10. Pesch, B., et al., *Cigarette smoking and lung cancer--relative risk estimates for the major histological types from a pooled analysis of case-control studies.* Int J Cancer, 2012. **131**(5): p. 1210-9.
11. Helleday, T., S. Eshtad, and S. Nik-Zainal, *Mechanisms underlying mutational signatures in human cancers.* Nat Rev Genet, 2014. **15**(9): p. 585-98.
12. Reczak, C.R. and N.S. Chandel, *The two faces of reactive oxygen species in cancer.* Ann Rev Cancer Biology, 2017. **1**: p. 79-98.
13. Tomasetti, C., L. Li, and B. Vogelstein, *Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention.* Science, 2017. **355**(6331): p. 1330-1334.
14. Tomasetti, C. and B. Vogelstein, *Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions.* Science, 2015. **347**(6217): p. 78-81.
15. Tomasetti, C. and B. Vogelstein, *Cancer risk: role of environment-response.* Science, 2015. **347**(6223): p. 729-31.
16. Tomasetti, C. and B. Vogelstein, *On the slope of the regression between stem cell divisions and cancer risk, and the lack of correlation between stem cell divisions and environmental factors-associated cancer risk.* PLoS One, 2017. **12**(5): p. e0175535.
17. Marcotte, R., et al., *Essential gene profiles in breast, pancreatic, and ovarian cancer cells.* Cancer Discov, 2012. **2**(2): p. 172-89.
18. Marcotte, R., et al., *Functional Genomic Landscape of Human Breast Cancer Drivers, Vulnerabilities, and Resistance.* Cell, 2016. **164**(1-2): p. 293-309.
19. Kobel, M., et al., *Differences in tumor type in low-stage versus high-stage ovarian carcinomas.* Int J Gynecol Pathol, 2010. **29**(3): p. 203-11.
20. Kurman, R.J. and M. Shih Ie, *The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded.* Am J Pathol, 2016. **186**(4): p. 733-47.
21. Kurman, R.J. and M. Shih Ie, *Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm.* Hum Pathol, 2011. **42**(7): p. 918-31.

22.    Kurman, R.J. and M. Shih Ie, *The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory.* Americn Journal of Surgical Pathology, 2010. **34**: p. 433-443.

23.    Salvador, S., et al., *The fallopian tube: primary site of most pelvic high-grade serous carcinomas.* Int J Gynecol Cancer, 2009. **19**(1): p. 58-64.

24.    Klotz, D.M. and P. Wimberger, *Cells of origin of ovarian cancer: ovarian surface epithelium or fallopian tube?* Arch Gynecol Obstet, 2017. **296**(6): p. 1055-1062.

25.    Karnezis, A.N., et al., *The disparate origins of ovarian cancers: pathogenesis and prevention strategies.* Nat Rev Cancer, 2017. **17**(1): p. 65-74.

26.    Ducie, J., et al., *Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma.* Nat Commun, 2017. **8**(1): p. 990.

27.    Scully, R.E., *Pathology of ovarian cancer precursors.* J Cell Biochem Suppl, 1995. **23**: p. 208-18.

28.    Bell, D.A. and R.E. Scully, *Early de novo ovarian carcinoma. A study of fourteen cases.* Cancer, 1994. **73**(7): p. 1859-64.

29.    Pothuri, B., et al., *Genetic analysis of the early natural history of epithelial ovarian carcinoma.* PLoS One, 2010. **5**(4): p. e10358.

30.    Zweemer, R.P., et al., *Molecular evidence linking primary cancer of the fallopian tube to BRCA1 germline mutations.* Gynecol Oncol, 2000. **76**(1): p. 45-50.

31.    Colgan, T.J., et al., *Occult carcinoma in prophylactic oophorectomy specimens: prevalence and association with BRCA germline mutation status.* Am J Surg Pathol, 2001. **25**(10): p. 1283-9.

32.    Mehra, K., et al., *STICS, SCOUTs and p53 signatures; a new language for pelvic serous carcinogenesis.* Front Biosci (Elite Ed), 2011. **3**: p. 625-34.

33.    Labidi-Galy, S.I., et al., *High grade serous ovarian carcinomas originate in the fallopian tube.* Nat Commun, 2017. **8**(1): p. 1093.

34.    Bashashati, A., et al., *Distinct evolutionary trajectories of primary high-grade serous ovarian cancers revealed through spatial mutational profiling.* J Pathol, 2013. **231**(1): p. 21-34.

35.    Eckert, M.A., et al., *Genomics of Ovarian Cancer Progression Reveals Diverse Metastatic Trajectories Including Intraepithelial Metastasis to the Fallopian Tube.* Cancer Discov, 2016. **6**(12): p. 1342-1351.

36.    Laury, A.R., et al., *PAX8 reliably distinguishes ovarian serous tumors from malignant mesothelioma.* Am J Surg Pathol, 2010. **34**(5): p. 627-35.

37.    Vang, R., et al., *Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study.* Int J Gynecol Pathol, 2016. **35**(1): p. 48-55.

38.    Kastenhuber, E.R. and S.W. Lowe, *Putting p53 in Context.* Cell, 2017. **170**(6): p. 1062-1078.

39.    Zilfou, J.T. and S.W. Lowe, *Tumor suppressive functions of p53.* Cold Spring Harb Perspect Biol, 2009. **1**(5): p. a001883.

40.    Cancer Genome Atlas Research, N., *Integrated genomic analyses of ovarian carcinoma.* Nature, 2011. **474**(7353): p. 609-15.

41.    Jasin, M. and R. Rothstein, *Repair of strand breaks by homologous recombination.* Cold Spring Harb Perspect Biol, 2013. **5**(11): p. a012740.

42. Iliakis, G., T. Murmann, and A. Soni, *Alternative end-joining repair pathways are the ultimate backup for abrogated classical non-homologous end-joining and homologous recombination repair: Implications for the formation of chromosome translocations.* Mutat Res Genet Toxicol Environ Mutagen, 2015. **793**: p. 166-75.

43. Reid, B.M., J.B. Permuth, and T.A. Sellers, *Epidemiology of ovarian cancer: a review.* Cancer Biol Med, 2017. **14**(1): p. 9-32.

44. Monograph, I.W.H.O., *Carbon Black, Titanium Dioxide and Talc.* 2010. **93**.

45. Taher, M.K., et al., *Systematic review and meta-analysis of the association between perineal use of talc and risk of ovarian cancer.* 2018: p. Submitted.

46. Hill, A.B., *The environment and disease: association or causation? 1965.* J R Soc Med, 2015. **108**(1): p. 32-7.

47. Penninkilampi, R. and G.D. Eslick, *Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis.* Epidemiology, 2018. **29**(1): p. 41-49.

48. Berge, W., et al., *Genital use of talc and risk of ovarian cancer: a meta-analysis.* Eur J Cancer Prev, 2018. **27**(3): p. 248-257.

49. Cramer, D.W., et al., *The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States.* Epidemiology, 2016. **27**(3): p. 334-46.

50. Schildkraut, J.M., et al., *Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES).* Cancer Epidemiol Biomarkers Prev, 2016. **25**(10): p. 1411-1417.

51. Huncharek, M., J.F. Geschwind, and B. Kupelnick, *Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies.* Anticancer Res, 2003. **23**(2c): p. 1955-60.

52. Wu, A.H., et al., *Markers of inflammation and risk of ovarian cancer in Los Angeles County.* Int J Cancer, 2009. **124**(6): p. 1409-15.

53. Gonzalez, N.L., et al., *Douching, Talc Use, and Risk of Ovarian Cancer.* Epidemiology, 2016. **27**(6): p. 797-802.

54. Egli, G.E. and M. Newton, *The transport of carbon particles in the human female reproductive tract.* Fertil Steril, 1961. **12**: p. 151-5.

55. Venter, P.F. and M. Iturralde, *Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries.* S Afr Med J, 1979. **55**(23): p. 917-9.

56. Heller, D.S., et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden.* Am J Obstet Gynecol, 1996. **174**(5): p. 1507-10.

57. Henderson, W.J., et al., *Talc and carcinoma of the ovary and cervix.* J Obstet Gynaecol Br Commonw, 1971. **78**(3): p. 266-72.

58. Domcke, S., et al., *Evaluating cell lines as tumour models by comparison of genomic profiles.* Nat Commun, 2013. **4**(2126).

59. Hamilton, T.C., et al., *Effects of talc on the rat ovary.* Br J Exp Pathol, 1984. **65**(1): p. 101-6.

60. Keskin, N., et al., *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study.* Arch Gynecol Obstet, 2009. **280**(6): p. 925-31.

61. Shukla, A., et al., *Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity.* Am J Respir Cell Mol Biol, 2009. **41**(1): p. 114-23.

62. Cramer, D.W., et al., *Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer.* Cancer Epidemiol Biomarkers Prev, 2005. **14**(5): p. 1125-31.

63. Chen, D.S. and I. Mellman, *Elements of cancer immunity and the cancer-immune set point.* Nature, 2017. **541**(7637): p. 321-330.

64. Poole, E.M., et al., *A prospective study of circulating C-reactive protein, interleukin-6, and tumor necrosis factor alpha receptor 2 levels and risk of ovarian cancer.* Am J Epidemiol, 2013. **178**(8): p. 1256-64.

65. Trabert, B., et al., *Prediagnostic circulating inflammation markers and endometrial cancer risk in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial.* Int J Cancer, 2017. **140**(3): p. 600-610.

66. Malmberg, K., et al., *Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development.* Virchows Arch, 2016. **468**(6): p. 707-13.

67. Li, J., et al., *C-reactive protein and risk of ovarian cancer: A systematic review and meta-analysis.* Medicine (Baltimore), 2017. **96**(34): p. e7822.

68. Bogatu, B. and B. Contag, *Adsorption of lipoproteins onto mineral dust surfaces: a possible factor in the pathogenesis of particle-induced pulmonary fibrosis?* Z Naturforsch C, 2005. **60**(9-10): p. 792-8.

69. Ghio, A.J., et al., *Disruption of iron homeostasis in mesothelial cells after talc pleurodesis.* Am J Respir Cell Mol Biol, 2012. **46**(1): p. 80-6.

70. Akhtar, M.J., et al., *The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid.* Toxicol In Vitro, 2010. **24**(4): p. 1139-47.

71. Akhtar, M.J., et al., *Cytotoxicity and apoptosis induction by nanoscale talc particles from two different geographical regions in human lung epithelial cells.* Environ Toxicol, 2014. **29**(4): p. 394-406.

72. Davies, R., et al., *Cytotoxicity of talc for macrophages in vitro.* Food Chem Toxicol, 1983. **21**(2): p. 201-7.

73. Hamilton, J.A., G. McCarthy, and G. Whitty, *Inflammatory microcrystals induce murine macrophage survival and DNA synthesis.* Arthritis Res, 2001. **3**(4): p. 242-6.

74. Buz'Zard, A.R. and B.H. Lau, *Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures.* Phytother Res, 2007. **21**(6): p. 579-86.

75. Gates, M.A., et al., *Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer.* Cancer Epidemiol Biomarkers Prev, 2008. **17**(9): p. 2436-44.

76. Merritt, M.A., et al., *Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer.* Int J Cancer, 2008. **122**(1): p. 170-6.

77. Baandrup, L., et al., *Nonsteroidal anti-inflammatory drugs and risk of ovarian cancer: systematic review and meta-analysis of observational studies.* Acta Obstet Gynecol Scand, 2013. **92**(3): p. 245-55.

78. Baandrup, L., et al., *Low-dose aspirin use and the risk of ovarian cancer in Denmark.* Ann Oncol, 2015. **26**(4): p. 787-92.

79. Barnard, M.E., et al., *Association of Analgesic Use With Risk of Ovarian Cancer in the Nurses' Health Studies.* JAMA Oncol, 2018. **4**(12): p. 1675-1682.

80.     Nagle, C.M., et al., *Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, acetaminophen and ovarian cancer survival.* Cancer Epidemiol, 2015. **39**(2): p. 196-9.

81.     Ni, X., et al., *Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer.* Br J Clin Pharmacol, 2013. **75**(1): p. 26-35.

82.     Tsoref, D., T. Panzarella, and A. Oza, *Aspirin in prevention of ovarian cancer: are we at the tipping point?* J Natl Cancer Inst, 2014. **106**(2): p. djt453.

83.     Bonovas, S., K. Filioussi, and N.M. Sitaras, *Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis.* Br J Clin Pharmacol, 2005. **60**(2): p. 194-203.

84.     Houghton, S.C., et al., *Perineal powder use and risk of ovarian cancer.* J Natl Cancer Inst, 2014. **106**(9).

85.     Gates, M.A., et al., *Risk factors for epithelial ovarian cancer by histologic subtype.* Am J Epidemiol, 2010. **171**(1): p. 45-53.

86.     Gertig, D.M., et al., *Prospective Study of Talc Use and Ovarian Cancer.* Journal of the National Cancer Institute, 2000. **92**(3): p. 249-252.

87.     Mills, P.K., et al., *Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California.* Int J Cancer, 2004. **112**(3): p. 458-64.

88.     Cook, L.S., M.L. Kamb, and N.S. Weiss, *Perineal powder exposure and the risk of ovarian cancer.* Am J Epidemiol, 1997. **145**(5): p. 459-65.

89.     Terry, K.L., et al., *Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls.* Cancer Prev Res (Phila), 2013. **6**(8): p. 811-21.

90.     Langseth, H., et al., *Perineal use of talc and risk of ovarian cancer.* J Epidemiol Community Health, 2008. **62**(4): p. 358-60.

91.     Harlow, B.L., et al., *Perineal exposure to talc and ovarian cancer risk.* Obstet Gynecol, 1992. **80**(1): p. 19-26.

## Materials Considered

*Expert Reports*
- 2018.11.12 - Expert Report of Michael M. Crowley, PhD
- 2018.11.14 - Expert Report of William E. Longo, PhD & Mark W. Rigler, PhD
- 2018.11.15 - Expert Report of Sarah Kane, MD
- 2018.11.16 - Expert Report of Alan Campion, PhD
- 2018.11.16 - Expert Report of Anne McTiernan, MD PhD
- 2018.11.16 - Expert Report of April Zambelli-Weiner, PhD, MPH
- 2018.11.16 - Expert Report of Arch Carson, MD, PhD
- 2018.11.16 - Expert Report of Daniel L. Clarke-Pearson, MD
- 2018.11.16 - Expert Report of David Kessler, MD
- 2018.11.16 - Expert Report of Ellen Blair Smith, MD
- 2018.11.16 - Expert Report of Ghassan Saed, PhD
- 2018.11.16 - Expert Report of Jack Siemiatycki, MSc, PhD
- 2018.11.16 - Expert Report of Judith Wolf, MD
- 2018.11.16 - Expert Report of Judith Zelikoff, PhD
- 2018.11.16 - Expert Report of Laura Plunkett, PhD, DABT
- 2018.11.16 - Expert Report of Mark Krekeler, PhD
- 2018.11.16 - Expert Report of Patricia Moorman, MSPH, PhD
- 2018.11.16 - Expert Report of Rebecca Smith-Bindman, MD
- 2018.11.16 - Expert Report of Robert B. Cook, PhD
- 2018.11.16 - Expert Report of Shawn Levy, PhD
- 2018.11.16 - Expert Report of Sonal Singh, MD, MPH
- 2019.01.15 - Supp. Expert Report of William E. Longo, PhD & Mark W. Rigler, PhD
- 2019.01.17 - Addendum to the Expert Report of Mark Krekeler, PhD
- 2019.01.22 - Amended Expert Report of Robert B. Cook, PhD

*Deposition Transcripts*
- 2019.01.21 - Zelikoff, Judith Deposition Transcript
- 2019.01.23 - Saed, Ghassan Deposition Transcript
- 2019.02.14 - Saed, Ghassan Deposition Transcript

*Internet Resources*
- https://cancer.sanger.ac.uk/cosmic
- https://www.ebi.ac.uk/gwas/
- http://biorxiv.org/cgi/content/short/481200v1
- https://www.cdc.gov/tobacco/data_statistics/sgr/50th-anniversary/pdfs/fs_smoking_cancer_508.pdf
- https://portals.broadinstitute.org/ccle
- https://www.ebi.ac.uk/gwas/genes/MPO
- https://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq
- https://ntp.niehs.nih.gov/ntp/roc/content/listed_substances_508.pdf

*Literature*

- Akhtar, M.J., et al., *Cytotoxicity and apoptosis induction by nanoscale talc particles from two different geographical regions in human lung epithelial cells.* Environ Toxicol, 2014. **29**(4): p. 394-406.

- Akhtar, M.J., et al., *The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid.* Toxicol In Vitro, 2010. **24**(4): p. 1139-47.

- Baandrup, L., et al., *Low-dose aspirin use and the risk of ovarian cancer in Denmark.* Ann Oncol, 2015. **26**(4): p. 787-92.

- Baandrup, L., et al., *Nonsteroidal anti-inflammatory drugs and risk of ovarian cancer: systematic review and meta-analysis of observational studies.* Acta Obstet Gynecol Scand, 2013. **92**(3): p. 245-55.

- Barnard, M.E., et al., *Association of Analgesic Use With Risk of Ovarian Cancer in the Nurses' Health Studies.* JAMA Oncol, 2018. **4**(12): p. 1675-1682.

- Bashashati, A., et al., *Distinct evolutionary trajectories of primary high-grade serous ovarian cancers revealed through spatial mutational profiling.* J Pathol, 2013. **231**(1): p. 21-34.

- Bell, D.A. and R.E. Scully, *Early de novo ovarian carcinoma. A study of fourteen cases.* Cancer, 1994. **73**(7): p. 1859-64.

- Berge, W., et al., *Genital use of talc and risk of ovarian cancer: a meta-analysis.* Eur J Cancer Prev, 2018. **27**(3): p. 248-257.

- Bogatu, B. and B. Contag, *Adsorption of lipoproteins onto mineral dust surfaces: a possible factor in the pathogenesis of particle-induced pulmonary fibrosis?* Z Naturforsch C, 2005. **60**(9-10): p. 792-8.

- Bonovas, S., K. Filioussi, and N.M. Sitaras, *Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis.* Br J Clin Pharmacol, 2005. **60**(2): p. 194-203.

- Buz'Zard, A.R. and B.H. Lau, *Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures.* Phytother Res, 2007. **21**(6): p. 579-86.

- Camargo, M.C., et al., *Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-analysis.* Environ Health Perspect, 2011. **119**(9): 1211–1217.

- Cancer Genome Atlas Research, N., *Integrated genomic analyses of ovarian carcinoma.* Nature, 2011. **474**(7353): p. 609-15.

- Chen, D.S. and I. Mellman, *Elements of cancer immunity and the cancer-immune set point.* Nature, 2017. **541**(7637): p. 321-330.

- Colgan, T.J., et al., *Occult carcinoma in prophylactic oophorectomy specimens: prevalence and association with BRCA germline mutation status.* Am J Surg Pathol, 2001. **25**(10): p. 1283-9.

- Cook, L.S., M.L. Kamb, and N.S. Weiss, *Perineal powder exposure and the risk of ovarian cancer.* Am J Epidemiol, 1997. **145**(5): p. 459-65.

- Cramer, D.W., et al., *Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer.* Cancer Epidemiol Biomarkers Prev, 2005. **14**(5): p. 1125-31.

- Cramer, D.W., et al., *The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States.* Epidemiology, 2016. **27**(3): p. 334-46.
- Davies, R., et al., *Cytotoxicity of talc for macrophages in vitro.* Food Chem Toxicol, 1983. **21**(2): p. 201-7.
- Domcke, S., et al., *Evaluating cell lines as tumour models by comparison of genomic profiles.* Nat Commun, 2013. **4**(2126).
- Ducie, J., et al., *Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma.* Nat Commun, 2017. **8**(1): p. 990.
- Eckert, M.A., et al., *Genomics of Ovarian Cancer Progression Reveals Diverse Metastatic Trajectories Including Intraepithelial Metastasis to the Fallopian Tube.* Cancer Discov, 2016. **6**(12): p. 1342-1351.
- Egli, G.E. and M. Newton, *The transport of carbon particles in the human female reproductive tract.* Fertil Steril, 1961. **12**: p. 151-5.
- Gao, F.F. and Oury, T.D., "Other Neoplasia" in Oury, T.D., et al., eds., *Pathology of Asbestos-Associated Diseases*, 3rd ed., Springer, 2014, pp 177-92.
- Garraway, L.A. and E.S. Lander, *Lessons from the cancer genome.* Cell, 2013. **153**(1): p. 17-37.
- Gates, M.A., et al., *Risk factors for epithelial ovarian cancer by histologic subtype.* Am J Epidemiol, 2010. **171**(1): p. 45-53.
- Gates, M.A., et al., *Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer.* Cancer Epidemiol Biomarkers Prev, 2008. **17**(9): p. 2436-44.
- Gertig, D.M., et al., *Prospective Study of Talc Use and Ovarian Cancer.* Journal of the National Cancer Institute, 2000. **92**(3): p. 249-252.
- Ghio, A.J., et al., *Disruption of iron homeostasis in mesothelial cells after talc pleurodesis.* Am J Respir Cell Mol Biol, 2012. **46**(1): p. 80-6.
- Gonzalez, N.L., et al., *Douching, Talc Use, and Risk of Ovarian Cancer.* Epidemiology, 2016. **27**(6): p. 797-802.
- Hamilton, J.A., G. McCarthy, and G. Whitty, *Inflammatory microcrystals induce murine macrophage survival and DNA synthesis.* Arthritis Res, 2001. **3**(4): p. 242-6.
- Hamilton, T.C., et al., *Effects of talc on the rat ovary.* Br J Exp Pathol, 1984. **65**(1): p. 101-6.
- Hanahan, D. and R.A. Weinberg, *Hallmarks of cancer: the next generation.* Cell, 2011. **144**(5): p. 646-74.
- Harlow, B.L., et al., *Perineal exposure to talc and ovarian cancer risk.* Obstet Gynecol, 1992. **80**(1): p. 19-26.
- Helleday, T., S. Eshtad, and S. Nik-Zainal, *Mechanisms underlying mutational signatures in human cancers.* Nat Rev Genet, 2014. **15**(9): p. 585-98.
- Heller, D.S., et al., *Asbestos exposure and ovarian fiber burden*. Am J Ind Med, 1996. **29**(5):435-9.
- Heller, D.S., et al., *Correlation of asbestos fiber burdens in fallopian tubes and ovarian tissue*. Am J Obstet Gynecol, 1999. **181**(2):346-7.

- Heller, D.S., et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden.* Am J Obstet Gynecol, 1996. **174**(5): p. 1507-10.
- Henderson, W.J., et al., *Talc and carcinoma of the ovary and cervix.* J Obstet Gynaecol Br Commonw, 1971. **78**(3): p. 266-72.
- Henderson, W.J., et al., *Talc in normal and malignant ovarian tissue*. Lancet, 1979. **1**(8114):499.
- Hill, A.B., *The environment and disease: association or causation? 1965.* J R Soc Med, 2015. **108**(1): p. 32-7.
- Houghton, S.C., et al., *Perineal powder use and risk of ovarian cancer.* J Natl Cancer Inst, 2014. **106**(9).
- Huang, K.L., et al., *Pathogenic Germline Variants in 10,389 Adult Cancers.* Cell, 2018. **173**(2): p. 355-370.e14.
- Huncharek, M., J.F. Geschwind, and B. Kupelnick, *Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies.* Anticancer Res, 2003. **23**(2c): p. 1955-60.
- Iliakis, G., T. Murmann, and A. Soni, *Alternative end-joining repair pathways are the ultimate backup for abrogated classical non-homologous end-joining and homologous recombination repair: Implications for the formation of chromosome translocations.* Mutat Res Genet Toxicol Environ Mutagen, 2015. **793**: p. 166-75.
- Jasin, M. and R. Rothstein, *Repair of strand breaks by homologous recombination.* Cold Spring Harb Perspect Biol, 2013. **5**(11): p. a012740.
- Karnezis, A.N., et al., *The disparate origins of ovarian cancers: pathogenesis and prevention strategies.* Nat Rev Cancer, 2017. **17**(1): p. 65-74.
- Kastenhuber, E.R. and S.W. Lowe, *Putting p53 in Context.* Cell, 2017. **170**(6): p. 1062-1078.
- Keskin, N., et al., *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study.* Arch Gynecol Obstet, 2009. **280**(6): p. 925-31.
- Klotz, D.M. and P. Wimberger, *Cells of origin of ovarian cancer: ovarian surface epithelium or fallopian tube?* Arch Gynecol Obstet, 2017. **296**(6): p. 1055-1062.
- Kobel, M., et al., *Differences in tumor type in low-stage versus high-stage ovarian carcinomas.* Int J Gynecol Pathol, 2010. **29**(3): p. 203-11.
- Kurman, R.J. and M. Shih Ie, *Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm.* Hum Pathol, 2011. **42**(7): p. 918-31.
- Kurman, R.J. and M. Shih Ie, *The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded.* Am J Pathol, 2016. **186**(4): p. 733-47.
- Kurman, R.J. and M. Shih Ie, *The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory.* Americn Journal of Surgical Pathology, 2010. **34**: p. 433-443.
- Labidi-Galy, S.I., et al., *High grade serous ovarian carcinomas originate in the fallopian tube.* Nat Commun, 2017. **8**(1): p. 1093.
- Langseth, H., et al., *Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers*. Int J Gynecol Cancer, 2007. **17**(1):44-9.
- Langseth, H., et al., *Perineal use of talc and risk of ovarian cancer.* J Epidemiol Community Health, 2008. **62**(4): p. 358-60.

- Laury, A.R., et al., *PAX8 reliably distinguishes ovarian serous tumors from malignant mesothelioma.* Am J Surg Pathol, 2010. **34**(5): p. 627-35.
- Li, J., et al., *C-reactive protein and risk of ovarian cancer: A systematic review and meta-analysis.* Medicine (Baltimore), 2017. **96**(34): p. e7822.
- Malmberg, K., et al., *Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development.* Virchows Arch, 2016. **468**(6): p. 707-13.
- Marcotte, R., et al., *Essential gene profiles in breast, pancreatic, and ovarian cancer cells.* Cancer Discov, 2012. **2**(2): p. 172-89.
- Marcotte, R., et al., *Functional Genomic Landscape of Human Breast Cancer Drivers, Vulnerabilities, and Resistance.* Cell, 2016. **164**(1-2): p. 293-309.
- Mardis, E.R., *Insights from large-scale cancer genome sequencing.* Ann Rev Cancer Biology, 2018. **2**: p. 429-444.
- Mehra, K., et al., *STICS, SCOUTs and p53 signatures; a new language for pelvic serous carcinogenesis.* Front Biosci (Elite Ed), 2011. **3**: p. 625-34.
- Merritt, M.A., et al., *Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer.* Int J Cancer, 2008. **122**(1): p. 170-6.
- Mills, P.K., et al., *Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California.* Int J Cancer, 2004. **112**(3): p. 458-64.
- Monograph, I.W.H.O., *Carbon Black, Titanium Dioxide and Talc.* 2010. **93**.
- Nagle, C.M., et al., *Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, acetaminophen and ovarian cancer survival.* Cancer Epidemiol, 2015. **39**(2): p. 196-9.
- Ni, X., et al., *Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer.* Br J Clin Pharmacol, 2013. **75**(1): p. 26-35.
- Penninkilampi, R. and G.D. Eslick, *Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis.* Epidemiology, 2018. **29**(1): p. 41-49.
- Pesch, B., et al., *Cigarette smoking and lung cancer--relative risk estimates for the major histological types from a pooled analysis of case-control studies.* Int J Cancer, 2012. **131**(5): p. 1210-9.
- Pira, E., et al., *Mortality of Talc Miners and Millers From Val Chisone, Northern Italy: An Updated Cohort Study.* J Occup Environ Med, 2017. **59**(7):659-664.
- Poole, E.M., et al., *A prospective study of circulating C-reactive protein, interleukin-6, and tumor necrosis factor alpha receptor 2 levels and risk of ovarian cancer.* Am J Epidemiol, 2013. **178**(8): p. 1256-64.
- Pothuri, B., et al., *Genetic analysis of the early natural history of epithelial ovarian carcinoma.* PLoS One, 2010. **5**(4): p. e10358.
- Rahman, N., *Realizing the promise of cancer predisposition genes.* Nature, 2014. **505**(7483): p. 302-8.
- Reczak, C.R. and N.S. Chandel, *The two faces of reactive oxygen species in cancer.* Ann Rev Cancer Biology, 2017. **1**: p. 79-98.
- Reid, A., et al., *Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis.* Cancer Epidemiol Biomarkers Prev, 2011. **20**(7):1287-95.
- Reid, B.M., J.B. Permuth, and T.A. Sellers, *Epidemiology of ovarian cancer: a review.* Cancer Biol Med, 2017. **14**(1): p. 9-32.
- Salvador, S., et al., *The fallopian tube: primary site of most pelvic high-grade serous carcinomas.* Int J Gynecol Cancer, 2009. **19**(1): p. 58-64.

- Sanchez-Vega, F., et al., *Oncogenic Signaling Pathways in The Cancer Genome Atlas.* Cell, 2018. **173**(2): p. 321-337.e10.
- Schildkraut, J.M., et al., *Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES).* Cancer Epidemiol Biomarkers Prev, 2016. **25**(10): p. 1411-1417.
- Scully, R.E., *Pathology of ovarian cancer precursors.* J Cell Biochem Suppl, 1995. **23**: p. 208-18.
- Shukla, A., et al., *Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity.* Am J Respir Cell Mol Biol, 2009. **41**(1): p. 114-23.
- Sud, A., B. Kinnersley, and R.S. Houlston, *Genome-wide association studies of cancer: current insights and future perspectives.* Nat Rev Cancer, 2017. **17**(11): p. 692-704.
- Taher, M.K., et al., *Systematic review and meta-analysis of the association between perineal use of talc and risk of ovarian cancer.* 2018: p. Submitted.
- Terry, K.L., et al., *Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls.* Cancer Prev Res (Phila), 2013. **6**(8): p. 811-21.
- Tomasetti, C. and B. Vogelstein, *Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions.* Science, 2015. **347**(6217): p. 78-81.
- Tomasetti, C. and B. Vogelstein, *Cancer risk: role of environment-response.* Science, 2015. **347**(6223): p. 729-31.
- Tomasetti, C. and B. Vogelstein, *On the slope of the regression between stem cell divisions and cancer risk, and the lack of correlation between stem cell divisions and environmental factors-associated cancer risk.* PLoS One, 2017. **12**(5): p. e0175535.
- Tomasetti, C., L. Li, and B. Vogelstein, *Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention.* Science, 2017. **355**(6331): p. 1330-1334.
- Trabert, B., et al., *Prediagnostic circulating inflammation markers and endometrial cancer risk in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial.* Int J Cancer, 2017. **140**(3): p. 600-610.
- Tsoref, D., T. Panzarella, and A. Oza, *Aspirin in prevention of ovarian cancer: are we at the tipping point?* J Natl Cancer Inst, 2014. **106**(2): p. djt453.
- Turkez, H., M.E. Arslan, and O. Ozdemir, *Genotoxicity testing: progress and prospects for the next decade.* Expert Opin Drug Metab Toxicol, 2017. **13**(10): p. 1089-1098.
- Vang, R., et al., *Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study.* Int J Gynecol Pathol, 2016. **35**(1): p. 48-55.
- Venter, P.F. and M. Iturralde, *Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries.* S Afr Med J, 1979. **55**(23): p. 917-9.
- Vogelstein, B., et al., *Cancer genome landscapes.* Science, 2013. **339**(6127): p. 1546-58.
- Wu, A.H., et al., *Markers of inflammation and risk of ovarian cancer in Los Angeles County.* Int J Cancer, 2009. **124**(6): p. 1409-15.
- Zilfou, J.T. and S.W. Lowe, *Tumor suppressive functions of p53.* Cold Spring Harb Perspect Biol, 2009. **1**(5): p. a001883.
- Zweemer, R.P., et al., *Molecular evidence linking primary cancer of the fallopian tube to BRCA1 germline mutations.* Gynecol Oncol, 2000. **76**(1): p. 45-50.

*Other*
- Documents produced by Ghassan Saed
- Int'l Agency For Research On Cancer, World Health Org., *93 Monographs on the Evaluation of Carcinogenic Risks to Humans: Carbon Black, Titanium Dioxide, and Talc* (2010)
- Int'l Agency for Research on Cancer, World Health Org., *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 100C: Arsenic, Metals, Fibres, and Dusts* (2012)
- Letter from Food & Drug Admin., Dep't of Health & Human Servs., to Samuel S. Epstein, M.D., Cancer Prevention Coalition, University of Illinois - Chicago School of Public Health (Apr. 1, 2014)
  The Human Cancer Genome Atlas

# APPENDIX A

APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
### (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 9p22.2 | NR | BNC2 - LOC105 375983 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 3q25.31 | NR | METTL 15P1 - LINC00 886 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 3q25.31 | NR | METTL 15P1 - LINC00 886 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 3q25.31 | NR | METTL 15P1 - LINC00 886 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 3q25.31 | NR | METTL 15P1 - LINC00 886 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 10q26.13 | FGFR2 | FGFR2 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 3q25.31 | NR | TIPARP | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |

APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
### (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 9p22.2 | NR | BNC2 - LOC105 375983 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 3q25.31 | NR | TIPARP | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 17q12 | HNF1B | HNF1B | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 19p13.1 1 | NR | BABA M1 - ANKLE 1 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00 824 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00 824 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 19p13.1 1 | NR | BABA M1 - ANKLE 1 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00 824 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 5p15.33 | NR | TERT | Low-grade serous and serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 17q21.31 | NR | PLEKHM1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 19p13.11 | NR | BABAM1 - ANKLE1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | BNC2, LOC648570, CNTLN | BNC2 - LOC105375983 | Ovarian cancer | Song H. A genome-wide association study identifies a new ovarian cancer susceptibility locus on 9p22.2. Nat Genet. 2009 Sep;41(9):996-1000. |
| 5p15.33 | NR | TERT | Serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 19p13.11 | NR | BABAM1 - ANKLE1 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.32 | NR | SKAP1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Low-grade serous and serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 12q13.13 | KRT8 | KRT8 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |

3

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 2q31.1 | NR | HAGLR OS, HAGLR | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HOXD3 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.32 | NR | SKAP1 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | Ovarian cancer in BRCA1 mutation carriers | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HAGLR OS, HAGLR | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 19p13.11 | NR | BABA M1 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 2q31.1 | NR | HOXD3 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 11q13.3 | Intergenic | LOC105 369366 - LOC105 369367 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 2q31.1 | NR | HOXD3 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HAGLR OS, HAGLR | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

4

# APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
## (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 2q31.1 | HOXD1, HOXD3 | HAGLR | Ovarian cancer | Goode EL. A genome-wide association study identifies susceptibility loci for ovarian cancer at 2q31 and 8q24. Nat Genet. 2010 Oct;42(10):874-9. |
| 17q21.32 | NR | SKAP1 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.31 | NR | PLEKHM1 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.31 | NR | PLEKHM1 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HAGLROS, HAGLR | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q23.2 | BRIP1 | BRIP1 | Ovarian cancer | Rafnar T. Mutations in BRIP1 confer high risk of ovarian cancer. Nat Genet. 2011 Oct 2;43(11):1104-7. |
| 2q31.1 | NR | HOXD3 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.32 | NR | SKAP1 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 5p15.33 | NR | TERT | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | MYC | LINC00824 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|--------|---------------|-------------|----------------|--------|
| 17q21.31 | NR | PLEKHM1 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 5q11.2 | Intergenic | LOC101928448 - LOC105378979 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 5p15.33 | NR | TERT | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| * | NR | * | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 13q13.1 | BRCA2 | BRCA2 | Cancer | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| * | NR | * | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 10p12.31 | NR | MLLT10 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HAGLR | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 9p22.2 | cHMP4C, FABP5, PMP2, FABP12, IMPA1, SLC10A5, ZFAND1, SNX16, FABP4 | BNC2 - LOC105375983 | Ovarian cancer in BRCA1 mutation carriers | Couch FJ. Genome-wide association study in BRCA1 mutation carriers identifies novel loci associated with breast and ovarian cancer risk. PLoS Genet. 2013;9(3):e1003212. |

6

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| * | NR | * | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | Ovarian cancer in BRCA2 mutation carriers | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 4q24 | Intergenic | LOC100 288146 - TET2 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 5p15.33 | TERT | TERT | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 17q12 | NR | HNF1B | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q12 | NR | HNF1B | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 14q24.1 | RAD51B | RAD51 B | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 2q31.1 | NR | HAGLR | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 17q21.3 2 | NR | SKAP1 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |

7

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| * | NR | * | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 1p36.33 | Intergenic | DVL1 - MXRA8 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 13q13.1 | BRCA2 | BRCA2 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 12q24.31 | NR | RPL12P33 - HNF1A-AS1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 5p15.33 | NR | TERT | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q21.13 | CHMP4C, FABP5, PMP2, FABP12, IMPA1, SLC10A5, ZFAND1, SNX16, FABP4 | CHMP4C | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 5p15.33 | NR | TERT | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 17q12 | HNF1B, ACACA, C17orf78, TADA2A, DUSP14, SYNRG, DDX52, TBC1D3F, TBC1D3, MRPL45, GPR179, SOCS7, ARHGAP23 | HNF1B | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| * | NR | * | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 10p12.31 | NR | MLLT10 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| * | NR | * | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q12 | HNF1B | HNF1B | Cancer | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 5p15.33 | NR | TERT | Low-grade serous and serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 1p34.3 | NR | RSPO1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

9

# APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
## (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 3p24.1 | NEK10 | NEK10 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 19p13.11 | BABAM1 | BABAM1 - ANKLE1 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| * | NR | * | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q21.13 | NR | LINC01111 | Low-grade serous and serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | PVT1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 20q11.22 | Intergenic | RPS2P1 - ASIP | Cancer | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 8q24.21 | MYC, THEM75 | LINC00824 | Ovarian cancer | Goode EL. A genome-wide association study identifies susceptibility loci for ovarian cancer at 2q31 and 8q24. Nat Genet. 2010 Oct;42(10):874-9. |
| 17q12 | NR | HNF1B | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 13q13.1 | FRY | FRY | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |

# APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
## (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 5p15.33 | NR | TERT | Serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 22q12.1 | NR | TTC28, LOC101 929594 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.32 | NR | SKAP1 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 8q21.13 | CHMP4C, FABP5, PMP2, FABP12, IMPA1, SLC10A5, ZFAND1, SNX16, FABP4 | CHMP4C | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 17q12 | NR | HNF1B | Ovarian clear cell cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 10p12.31 | NR | MLLT10 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q12 | NR | HNF1B | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.31 | intergenic | PLEKHM1 | Ovarian cancer in BRCA1 mutation carriers | Couch FJ. Genome-wide association study in BRCA1 mutation carriers identifies novel loci associated with breast and ovarian cancer risk. PLoS Genet. 2013;9(3):e1003212. |
| 17q21.31 | NR | PLEKHM1 | Ovarian cancer in BRCA1 mutation carriers | Couch FJ. Genome-wide association study in BRCA1 mutation carriers identifies novel loci associated with breast and ovarian cancer risk. PLoS Genet. 2013;9(3):e1003212. |

11

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 17q12 | NR | HNF1B | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 22q12.1 | NR | TTC28, LOC101 929594 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

* In some instances, no region or mapped gene is identified for a given SNP.  Most likely, these are in regulatory regions that undergo looping to the gene of interest, but the looping has not been defined yet.

# APPENDIX B

**22 February 2019**

**CURRICULUM VITAE**

**Name:**            Benjamin G. Neel

**Office Address:**   Laura and Isaac Perlmutter Cancer Center
                     522 First Avenue
                     Smilow Building 12th Floor, Suite 1201
                     New York, NY 10016
                     Tel: 212.263.3019, Fax: 212.263.9190
                     benjamin.neel@nyulangone.org

**Education:**

| | | |
|---|---|---|
| 05/1977 | A.B. | Cornell University College of Arts and Sciences, Ithaca, NY |
| 06/1982 | Ph.D. | Rockefeller University, New York, NY |
| 06/1983 | M.D. | Cornell University Medical College, New York, NY |

**Postdoctoral Training:**
   **Internship and Residencies:**
   1983-1985   Medical Resident, Beth Israel Hospital, Boston, MA
   1985-1987   Special Resident, Beth Israel Hospital, Boston, MA
   **Research Fellowships:**
   1985-1989   Special Fellow, Leukemia Society of America (Molecular Biology), Harvard
               University Department of Cell and Developmental Biology, Cambridge, MA
   1987-1988   Postdoctoral Fellow, Harvard University Department of Cell and
               Developmental Biology, Cambridge, MA

**Academic Appointment:**
   1988-1993   Assistant Professor of Medicine, Harvard Medical School, Boston, MA
   1993-1999   Associate Professor of Medicine, Harvard Medical School, Boston, MA
   1999-2007   Professor of Medicine, Harvard Medical School, Boston, MA
   2006 -2007  William B. Castle Professor of Medicine, Harvard Medical School, Boston, MA
   2007 -2015  Professor of Medical Biophysics, University of Toronto, Toronto, ON
   2007 - 2015 Canada Research Chair, Tier 1
   2015-       Professor of Medicine, NYU Langone Health, School of Medicine, New York,
               NY

**Hospital Appointment:**
   1994-2007   Director, Cancer Biology Program, Beth Israel Deaconess Medical Center
   2003-2007   Deputy Director, Basic Research, Hematology/Oncology Division, Beth Israel
               Deaconess Medical Center, Boston, MA
   2007- 2014  Director, Research, Princess Margaret Hospital Cancer Center, Toronto, ON
   2008- 2014  Founding Director, The Campbell Family Institute for Cancer Research
   2015-       Laura and Isaac Perlmutter Cancer Center Director, NYU Langone Health,
               School of Medicine, New York, NY

**Others:**
   2015-       SiriusXM, Co-Host, Doctor Radio Oncology Special

**Licensure and Certification:**

| | |
|---|---|
| 1987 | Diplomat, American Board of Internal Medicine |
| 1984 | Massachusetts License (inactive) |

**Awards and Honors:**

| | |
|---|---|
| 1976 | Phi Beta Kappa |
| 1977 | Phi Kappa Phi |
| 1983 | Associated Medical Schools of New York, Award for Biomedical Research |
| 1985 | Special Fellowship, Leukemia Society of America |
| 1990 | Harvard University Nominee for Pew Scholars Program |
| 1992 | Harvard University/Hoffman-LaRoche Institute for Chemistry and Medicine Grant Recipient |
| 1992 | American Cancer Society, Junior Faculty Research Award |
| 1992 | American Association for Cancer Research, Gertrude Elion Award |
| 2003, 2008 | NIH MERIT Award (Renewed) |
| 2007- | Canada Research Chair, Tier 1 |
| 2009- | Premier of Ontario Summit Award |
| 2012- 2015 | AACR Board of Directors, Elected |
| 2015- | Association of American Physicians, Elected Member |

**Selected Invited Talks:**

| | |
|---|---|
| 1996 | EMBO Workshop on Protein Dephosphorylation, Switzerland |
| 1996 | British Society of Cell Biology Joint Spring Meeting, U.K. |
| 1996 | Hanson Symposium on Molecular Mechanisms of Oncogenesis, Adelaide, Australia |
| 1997 | Keystone Meeting on Cell Signaling, Colorodo |
| 1997 | FASEB Summer Research Conference on Hematopoietic Neoplasms, Vermont |
| 1997 | EMBO-FEBS Workshop on Protein Phosphatases and Protein Dephosphorylation, Oxford, England |
| 1997 | Tokyo International Symposium, Tokyo, Japan |
| 1998 | Keystone Meeting on JAK/STAT Signalling, Colorado |
| 1998 | Gordon Research Conference on Second Messengers and Protein Phosphorylation, New Hampshire |
| 1998 | FASEB Summer Research Conference on Protein Phosphatases, Copper Mountain, Colorado |
| 1998 | International Hematology Congress, Amsterdam |
| 1998 | University of Toronto Department of Immunology Eaton Lectureship |
| 1999 | First Harvard/Munich AML Workshop, Munich, Germany |
| 1999 | FASEB Meeting on Biology of ImmunoReceptors, Saxtons River, Vermont |
| 2000 | Lorne Cancer Conference, Lorne, Australia |
| 2000 | FASEB Meeting on Signal Transduction in the Immune System, Saxtons River, Vermont |
| 2000 | The Second International Conference on Signal Transduction, Dubrovnik, Croatia |
| 2001 | FASEB Meeting on Receptors and Signal Transduction, Cooper Mountain, Colorado |
| 2001 | American Heart Association Annual Meeting, Washington, DC |
| 2002 | Experimental Biology 2002, New Orleans, Louisiana |

Page | 2

| | |
|---|---|
| 2002 | Keystone Symposium on Molecular and Cellular Biology of Leukocyte Receptors, Lake Tahoe, California |
| 2002 | Fifth International Conference on Phosphatases and Cellular Regulation, Okazaki, Japan |
| 2003 | Europhosphatases 2003, Barcelona, Spain |
| 2003 | Gordon Conference on Cell Proliferation, New London, New Hampshire |
| 2003 | FASEB  Summer Research Conference on Signal Transduction in the Immune System, Snowmass Village, Colorado |
| 2004 | 12th International Conference on Second Messengers and Phosphoproteins, Montreal, Quebec, Canada |
| 2004 | FASEB  Summer Research Conference on Protein Phosphatases, Snowmass Village, Colorado |
| 2005 | AACR  Annual Meeting, Anaheim, California, Meet the Experts |
| 2005 | Keynote Speaker, National Neurofibromatosis International Consortium for the Molecular Biology of NF1 and NF2, Aspen, Colorado |
| 2005 | 17th Pezcoller Symposium on Molecular Understanding of Solid Tumors, Trento, Italy |
| 2005 | Europhosphatases 2005, Cambridge, England |
| 2005 | FASEB Summer Research Conference on Hematological Malignancies, Saxton's River, Vermont |
| 2005 | FASEB Summer Research Conference on Growth Factor Receptor Tyrosine Kinases in Mitogenesis, Morphogenesis and Tumorigenesis Tucson, Arizona |
| 2005 | Salk/EMBL Oncogenes and Growth Control Meeting, La Jolla, California |
| 2006 | International Symposium of Kobe University on Signal Transduction, Kobe, Japan |
| 2007 | USA-Japan Cooperative Cancer Workshop on Animal Models of Hematological Malignancies, Kauai, Hawaii |
| 2007 | 5th International Aachen Symposium on Cytokine Signaling, Aachen, Germany |
| 2007 | AACR Annual Meeting, Los Angeles, California, Meet the Expert |
| 2007 | Signaling and Metabolic Pathways in Cancer Workshop, Madrid, Spain |
| 2007 | FASEB Summer Research Conference on Growth Factor Receptor Tyrosine Kinases in Mitogenesis, Morphogenesis and Tumorigenesis, Tucson, Arizona |
| 2008 | 20th Lorne Cancer Conference, Lorne, Australia |
| 2008 | FASEB Summer Research Conference on Protein Phosphatase Snowmass Village, Colorado |
| 2008 | Gordon Research Conference on Growth Factors and Signalling, Oxford, United Kingdom |
| 2011 | AACR Annual Meeting, Forum on Cancer Stem Cells, Moderator and Speaker |
| 2011 | Avery Steelman Lecture, University of North Carolina, Department of Pharmacology. |
| 2012 | Satellite Conference on Protein Phosphatases, Melbourne, Australia |
| 2012 | Lorne Proteomics Conference, Lorne, Australia |
| 2012 | Lorne Cancer Conference, Lorne, Australia |
| 2012 | Pathways Symposium, Koch Institute, MIT, Cambridge, MA |
| 2012 | Keynote speaker 2013 Japanese Phosphatase Meeting, Tokyo Japan |
| 2013 | Invited Speaker, AACR Conference on Synthetic Lethality, Seattle, WA |

Page | 3

| 2013 | Arnold S. Greenberg Lecture, U. Winnepeg |
| 2014 | Invited Speaker, Europhosphatase Meeting, Rehovot, Israel |
| 2013 | Keynote Speaker, International Conference on Systems Biology, Copenhagen, Denmark |
| 2014 | Session Chair and Invited Speaker, Current Topics in Ovarian Cancer, AACR Annual Meeting, San Diego, CA. |
| 2014 | Christie Gordon Lecture, University of Birmingham, Birmingham UK |
| 2014 | Invited Speaker, FASEB phosphatases Meeting, Nassau, Bahamas |
| 2014 | Invited Speaker, Salk Meeting on Cell Signaling, La Jolla, CA |
| 2014 | Invited Speaker, Max Planck Institute Student Symposium, Dortmund, Germany |
| 2014 | Invited Speaker, Japanese Phosphatase Society Meeting |
| 2015 | Keystone Speaker, the Biological Code of Cell Signaling - A Tribute to Tony Pawson, Steamboat Springs, Colorado |
| 2015 | Invited Speaker, Department of Oncological Sciences at Mount Sinai, New York, New York |
| 2015 | Invited Speaker, Current Topics in Cancer Therapy, AACR Annual Meeting, Philadelphia, PA |
| 2015 | Invited Speaker, Cell Signalling and its Therapeutic Implications (CSTI) Symposium, Melbourne, Australia |
| 2015 | Invited Speaker, Monash University, Melbourne, Australia |
| 2015 | Invited Speaker, Uppsala University, Uppsala, Sweden |
| 2015 | Invited Speaker, EMBO Conference Europhosphatase Meeting, Turku, Finland |
| 2015 | Invited Speaker, FASEB Protein Kinases and Protein Phosphorylation Meeting, Itasca, Illinois |
| 2015 | Oncology Grand Rounds Speaker, Georgetown-Lombardi Comprehensive Cancer Center, Washington, District of Columbia |
| 2016 | Pharmacology Seminar Course Speaker, Precision Medicine and Pharmacology at UCSD University of California, San Diego, La Jolla, California |
| 2016 | Regulatory Networks in Health and Disease Seminar Series Speaker, Department  of Pharmacology and Cancer Biology at Duke Cancer Institute at Duke University School of Medicine, Durham, North Carolina |
| 2016 | Invited Speaker, 213th Interurban Clinical Club, New York, New York |
| 2016 | Invited Speaker, Hinterzartner Kreis on Cancer Research, Lake Como, Italy |
| 2016 | Guest Speaker, 81st Cold Spring Harbor Laboratory Symposium on Quantitative Biology, Cold Spring Harbor, NY |
| 2016 | Invited Speaker, FASEB Science Research Conference on Cell Signaling in Cancer: From Mechanisms to Therapy, Snowmass, Colorado |
| 2016 | Invited Speaker, Lurie Comprehensive Cancer Center of Northwestern University, Hematology/Oncology, Grand Rounds, Chicago, Illinois |
| 2016 | Invited Speaker, Biochemical Society meeting on Phosphatases and Signalling in Health and Disease, University of Bath, Claverton Down, Bath |
| 2016 | Invited Speaker, FASEB Science Research Conference on Protein Phosphatases, Steamboat Springs, Colorado |
| 2016 | Invited Speaker, Post-Translational Regulation of Cell Signaling Meeting, Salk Institute, La Jolla, California |
| 2016 | Invited Speaker, Oncology Seminar Series, Lilly NY Research, New York, New York |

| | |
|---|---|
| 2016 | Invited Speaker,  Animal models for hematopoietic malignancies, Nice, France |
| 2016 | Guest Speaker, 12th International Conference on Protein Phosphates, Kinki University, Osaka, Japan |
| 2016 | Seminar Speaker, Cold Spring Harbor Laboratory Seminar Series, Cold Spring Harbor, NY |
| 2016 | Visiting Lecturer, Frontiers in Oncology Lecture, Icahn School of Medicine at Mount Sinai Hospital, New York, New York |
| 2016 | Invited Speaker, Tisch Cancer Institute Grand Rounds Lecture, Icahn School of Medicine at Mount Sinai Hospital, New York, NY |
| 2017 | Dana-Farber Cancer Institute, Louise & Herbert Shivek, Oncology Lecture Series, Boston, MA |
| 2017 | UCSF Helen Diller Family Comprehensive Cancer Center, Seminar Series, San Francisco, CA |
| 2017 | Invited Speaker, University of Turku, Frontiers of Science Seminars, Turku, Finland |
| 2017 | Invited Speaker, Charite University Medical Center, Sharing Radically Novel Visions in Cancer Conference, Berlin Germany |
| 2017 | Invited Speaker, Meyer Cancer Center at Weill Cornell Medicine, Seminar Series,  New York, NY |
| 2017 | Invited Speaker, EMBO Europhosphatase, Paris, France |
| 2017 | Invited Speaker, FASEB - Protein Kinases and Protein Phosphorylation, Cambridge, UK. |
| 2017 | Invited Speaker, New York Genome Center, New York, NY |
| 2017 | Invited Speaker, Cold Spring Harbor Asia Conference on Cell Signaling & Metabolism in Metabolism in Development & Disease, Suzhou, China. |
| 2018 | Invited Speaker, World Congress on Cancer, Jaipur, India. |
| 2018 | Invited Speaker, University of Texas MD Anderson Cancer Center, Blaffer Lecture Series, Houston, TX. |
| 2018 | Invited Speaker, European Association for Cancer Research, LIF AS WE KNOW IT Conference, Barcelona, Spain. |
| 2018 | Invited Speaker, FASEB -Cell Signaling in Cancer: from Mechanisms to Therapy, Steamboat Springs, Colorado |
| 2018 | Distinguished Lectureship, Albert Einstein Cancer Center, New York, NY. |
| 2018 | Invited Speaker, Salk Post-translational Regulation of Cell Signaling, La Jolla, CA. |
| 2018 | Distinguished Lectureship, University of Cincinnati College of Medicine, Cincinnati, OH. |
| 2018 | Invite Speaker, International Phosphatase Conference, Tokyo, Japan |
| 2018 | Invited Speaker, Science China Life Science Conferences on Cell Signaling, Hangzhou and Wuhan, China |
| 2018 | Invited Speaker, Rhode Island Hospital's Department of Hematology and Oncology Research, Scientific Meeting. |

**Meetings Organized:**

| | |
|---|---|
| 1995, 1997 | Co-Organizer, Cold Spring Harbor Laboratory Meeting on Tyrosine |
| 1999, 2001 | Phosphorylation and Cell Signaling, New York |
| 2003, 2005 | |
| 2007, 2009 | |
| 1999 | Vice-Chair (elected), Gordon Conference on Cell Proliferation |
| 2000 | Vice-Chair (elected), FASEB Phosphatase Meeting |
| 2001 | Chair (elected), Gordon Conference on Cell Proliferation |
| 2002 | Chair (elected), FASEB Phosphatase Meeting |
| 2011 | Chair, 2012 AACR Annual Meeting Program Committee |
| 2014 | Co-organizer, Cold Spring Harbor Laboratory Meeting on Mechanisms and Models of Cancer |
| 2015 | Co-Chair, AACR Ovarian Cancer Conference, Orlando, Florida |
| 2015 | Co-Chair, WIN Symposium 2016, Paris, France |

**Editorial Boards:**

| | |
|---|---|
| 1993- | Editorial Board Member, Virology |
| 1995-2000 | Editorial Board Member, Journal of Biological Chemistry |
| 1997- | Editorial Board Member, Cell Growth and Differentiation |
| 1997-2000 | Editorial Board Member, Genes and Development |
| 1996-2000 | Editorial Board Member, Molecular and Cellular Biology |
| 2000-2010 | Editor, Molecular and Cellular Biology |
| 2002- | Editorial Board Member, Cancer Cell |
| 2009- | Editorial Board Member, Current Opinion in Genetics and Development |
| 2010- | Editorial Board Member, Journal of Experimental Medicine |
| 2010- | 2014  Board of Reviewing Editors, Science Signaling |
| 2011- | Editorial Board Member, AACR, Cancer Discovery |
| 2013- | Editorial Board Member, Journal of Clinical Investigation |
| 2014- | Editorial Board Member, Molecular Cell |

**Board Members:**

| | |
|---|---|
| 2015- 2016 | Centre for Commercialization of Antibodies and Biologics (CCAB), Board and Chair |
| 2010-2016 | Kolltan, Scientific Advisory Board |
| 2014-2018 | Northern Biologics, Member, Board of Directors |
| 2014- | Northern Biologics, Co-founder andScientific Advisory Board |
| 2014- | Gerstner School, Memorial Sloan Kettering, External Advisory Committee |
| 2015- | Ronald McDonald House of New York, Board of Directors |
| 2016- | Lurie Comprehensive Cancer Center of Northwestern University, External Advisor Board |
| 2016- | AACR Regional Advisory Subcommittee on Canada |
| 2017- | Rutgers Cancer Institute of New Jersey, External Advisory Board |
| 2017- | Co-Founder and Chair, Scientific Advisory Board, Navire Pharmaceuticals |
| 2017- | Quantigic Genomics LLC, Scientific Advisory Board |
| 2017- | Herbert Irving Comprehensive Cancer Center, at Columbia University Medical, External Scientific Advisory Board |
| 2018- | AACI Board of Directors |

2018-        Max F. Perutz Laboratories, Scientific Advisory Board

**Memberships and Professional Societies:**

American Society for Microbiology (ASM)
American Association for Cancer Research (AACR)
American Association of Arts and Sciences (AAAS)
American Society of Hematology (ASH)
Affiliate Member of the New York Genome Center

**Study Sections:**

| | |
|---|---|
| 1992 | Ad Hoc Reviewer for NIH DSR IRG Study Section |
| 1993, 1994 | Study Section member, California State Tobacco Related Diseases Program |
| 1995 | Ad Hoc Reviewer, Veterans Administration |
| 1995 | Ad Hoc Reviewer, Israeli National Science Foundation |
| 1996 | Reviewer for NCI-Frederick Intramural Program |
| 1995-1998 | Member, NIH Biology II Study Section |
| 1997-2001 | Study Section member, American Cancer Society, Mass. Division |
| 1998-2000 | Member, NIH Molecular Biology Study Section (CDF-1) |
| 1997-2007 | Study Section member, The Medical Foundation, Boston, MA |
| 2004 | Member, Hematology Study Section |
| 2004 | Reviewer, California State Breast Cancer Research Program |
| 2007-2010 | Reviewer, STARR Cancer Consortium |
| 2008-2011 | Study Section Member, Molecular and Integrative Signal Transduction (MIST) |
| 2010-2015 | Member, Gairdner Award Medical Advisory Board (Selection Committee) |
| 2016 | Ad Hoc Reviewer, Winship Cancer Center of Emory University |
| 2016 | Reviewer, Howard Hughes Medical Institute, Investigator Review |
| 2016-2018 | Member, AACR Award for Lifetime Achievement in Cancer Research Selection Committee |
| 2018 | Chairperson, AACR Award for Lifetime Achievement in Cancer Research Selection Committee |

**Major Research Interests:**

Tyrosine phosphatases, scaffolding adapters, signal transduction, mouse models of signaling abnormalities and human disease, breast carcinogenesis, leukemogenesis, functional genomic screening, ovarian cancer.

**Teaching Experience:**

| | |
|---|---|
| 1990-1993 | Co-director, Cellular and Developmental Biology 200B: core cell biology course in Cell Biology, Division of Medical Sciences, Harvard University |
| 1993 | Lecturer, Immunology 212 and Genetics 205 |
| 1994 | Lecturer, Core Cell Biology Course (CDB200B) |
| 1995-2006 | Section Leader, Core Cell Biology Course (CDB200B) |
| 2004-2006 | Co-Director, Cell Biology and Biochemistry core course, Harvard Medical School |
| 2004-2006 | Co-Director, CB201 (Core graduate student Cell Biology Course) |
| 2013-2014 | Lecturer, Signaling in Biochemistry - (BCH426) - Phosphatases |
| 2013-2014 | Lecturer, Medical Biophysics Lecture – (MBP1007) - RTK signaling |

**Patents:**

Methods for identifying a tyrosine phosphatase abnormality associated with neoplastic disease.
Inventors: Freeman, Jr.; Robert M. (Boston, MA); Plutzky; Jorge (Boston, MA); Neel; Benjamin G. (Wayland, MA); Rosenberg; Robert D. (Brookline, MA)   5,536,636 - July 16th, 1996

Peptide which binds SH.sub.2 domains of protein tyrosine phosphatase SH-PTP1.
Inventors: Klingmuller; Ursula (Arlington, MA); Michnick; Stephen      (Westmount, CA); Neel; Benjamin G. (Wayland, MA); Lorenz; Ulrike (Boston, MA); Lodish; Harvey F. (Brookline, MA)   5,659,012 - August 9th, 1997

Activated mutants of SH2-domain-containing protein tyrosine phosphatases and methods of use thereof.
Inventors:  Neel, Benjamin G (Wayland, MA).; O'Reilly, Alana M. (Watertown, MA); Shoelson, Steven (Natick, MA); Pluskey, Scott (Allston, MA)  6,156,551 - Dec. 5th, 2000

Gab2(p97) gene and methods of use thereof .
Inventors:  Gu, Haihua, Neel Benjamin G, Kinet, Jean-Pierre. US 2004/0086893 A1 - May 6th, 2004

Combination of mtor inhibitor and a tyrosine kinase inhibitor for the treatment of neoplasms.
Inventors:  Neel, Benjamin G. and Mohi, Golam.  US 2006/0094674 A1 – May 4th, 2006

Diagnosis and Treatment of Noonan Syndrome and Neoplastic Disorders.
Inventors: Neel, Benjamin G, Roberts, Amy, Kucherlapati, Raju, Araki, Toshiyuki, Swanson, KD. US 2010/0227778 A1 - September 9th, 2010

Hedgehog Pathway Inhibition for Cartilage Tumor and Metachondromatosis Treatment.
Inventors:   Wentian Yang; Benjamin G. Neel. US 9,833,446 B2 – December 5, 2017


**Bibliography:**
1.    Anderson SM, Hayward WS, **Neel BG**, Hanafusa H.  Avian erythroblastosis virus produces two messenger RNAs.  **J. Virol.**, 1980; 36:676-683. PMCID:PMC353695

2.    Hayward WS, **Neel BG**, Astrin SM.  Induction of lymphoid leukosis by avian leukosis virus: activation of a cellular onc gene by promoter insertion.  J. Supramol. **Struct. Cell. Biochem.** (suppl. 5), 1981; 0:101.

3.    Hayward WS, **Neel BG**, Fang J, Robinson HL, Astrin SM.  Avian lymphoid leukosis is correlated with the appearance of discrete new RNAs containing viral and cellular genetic information.  **Hematol Blood Transfus**. 1981;26:439-44.

4.    **Neel BG**, Hayward WS, Robinson HS, Fang J, Astrin SM.  Avian leukosis virus-induced tumors have common proviral integration sites and synthesize discrete new RNAs: oncogenesis by promoter insertion.  **Cell** 1981 Feb;23(2):323-34. PMID 6258798

5.   Hayward WS, **Neel BG**, Astrin SM.  Activation of a cellular onc gene by promoter insertion in avian leukosis virus-induced lymphoid leukosis.  **Nature** 1981 Apr 9;290(5806):475-80. PMID 6261142

6.   **Neel BG**, Wang LH, Mathey-Prevot B, Hanafusa T, Hanafusa H, Hayward WS.  Isolation of 16L virus: a rapidly transforming sarcoma virus from an avian leukosis virus induced sarcoma.  **Proc. Natl. Acad. Sci. USA,** 1982 Aug;79(16)5088-92. PMCID:PMC346833

7.   **Neel BG**, Gasic GP, Rogler CE, Skalka AM, Ju G, Hisinuma F, Pappas T, Astrin SM, Hayward WS.  Molecular analysis of the c-myc locus in normal tissue and in avian leukosis virus-induced lymphomas.  **J. Virol.**, 1982; 44:158-166. PMCID:PMC256249

8.   **Neel BG**, Jhanwar SC, Chaganti RS, Hayward WS. Two human c-onc genes are located on the long arm of chromosome 8. **Proc Natl Acad Sci USA** 1982 Dec;79(24):7842-6 PMCID:PMC347445

9.   Hayward WS, **Neel BG,** Shin CK, Jhanwar Sc, Chaganti, RS. The role of host c-onc genes in viral and non-viral neoplasia. **Prog Clin Biol Res.** 1983;119:119-32

10.   Jhanwar SC, **Neel BG**, Hayward WS, Chaganti RSK.  Localization of c-ras oncogene family on human germ-line chromosomes.  **Proc. Natl. Acad. Sci. USA,** 1983 Aug;80(15):4794-7. PMCID:PMC384131

11.   Jhanwar SC, **Neel BG**, Hayward WS, Chaganti RSK.  Localization of the cellular oncogenes ABL, SIS and FES on human germ-like chromosomes.   **Cytogenet. Cell Genet**., 1984;38:73-5.

12.   Chernoff J, Schievella AR, Jost CA, Erickson RL, **Neel BG**.  Cloning of a cDNA for a major human protein-tyrosine-phosphatase.  **Proc. Natl. Acad. Sci. USA,** 1990 Apr;87(7):2735-9. PMCID:PMC53765

13.   Gebert JF, Moghal N, Frangioni JV, Sugarbaker DJ, **Neel BG**.  High frequency of retinoic acid receptor abnormalities in human lung cancer.  **Oncogene** 1991 Oct;6(10):1859-68

14.   Plutzky J, **Neel BG**, Rosenberg, RD.  Isolation of a src homology 2-containing tyrosine phosphatase.  Proc Natl Acad Sci U.S.A.  1992 Feb;89(3):1123-7. PMCID: PMC48398

15.   Frangioni JV, Beahm PH, Shifrin V, Jost CA, **Neel BG**.  The non-transmembrane tyrosine phosphatase PTP-1B localizes to the endoplasmic reticulum via its 35 amino acid C-terminal sequence. **Cell,** 1992 Feb 7;68(3):545-60. PMID 1739967

16.   Plutzky J, **Neel BG**, Rosenberg RD, Eddy RL, Shows TB.  Chromosomal localization of an SH-2 containing tyrosine phosphatase.  **Genomics**. 1992 Jul;13(3):869-72.

17.   Shou C, Farnsworth CL, **Neel BG**, Feig LA.  Molecular cloning of cDNAs encoding a guanine-nucleotide-releasing factor for RAS p21.  **Nature**. 1992 Jul 23;358(6384):351-4.

18.   Simmons DL, **Neel BG**, Stevens R, Evett G, Erikson RL.  Identification of an early-growth-response gene encoding a novel putative protein kinase.  **Mol. Cell. Biol**. 1992 Sep;12(9):4164-9. PMCID:PMC360319

19.    Freeman RM, Plutzky J, **Neel BG**.  Identification of a human src homology 2-containing protein-tyrosine-phosphatase:  a putative homolog of Drosophila corkscrew.  **Proc. Natl. Acad. Sci. USA**. 1992 Dec 1;89(23):11239-43. PMCID:PMC50525

20.    Pei D, **Neel BG**, Walsh CT.  Overexpression, purification, and characterization of SHPTP1, a Src homology 2-containing protein-tyrosine-phosphatase.  **Proc. Natl. Acad. Sci. USA**. 1993 Feb 1;90(3):1092-6. PMCID:PMC45817

21.    Frangioni JV**, Neel BG.**  Solubilization and purification of enzymatically active glutathione S-transferase (pGEX) fusion proteins.  **Anal. Biochem**., 1993 Apr;210(1):179-87.

22.    Frangioni JV,  **Neel BG**.  Use of a general purpose mammalian expression vector for studying intracellular protein targeting: Identification of critical residues in the nuclear lamin A/C nuclear localization signal.  **J. Cell Science,** 1993 Jun;105(pt 2):481-8.

23.    Lechleider RJ, Freeman RM, **Neel BG.**  Tyrosyl phosphorylation and growth factor receptor association of the human corkscrew homolog, SH-PTP2.  **J. Biol. Chem**. 1993 Jun 25;268(18):13434-38. PMID: 8514779

24.    Lechleider RJ, Sugimoto S, Bennett AM, Kashishian AS, Cooper JA, Shoelson S, Walsh CT, **Neel BG.**  Activation of the SH2-containing phosphotyrosine phosphatase SH-PTP2 by its binding site, Phosphotyrosine 1009, on the human PDGF receptor.  **J. Biol. Chem**. 1993 Oct 15;268(29):21478-81. PMID: 7691811

25.    Sugimoto S, Lechleider RL, Shoelson SE, **Neel BG,** Walsh CT.  Expression, purification, and characterization of SH2-containing protein tyrosine phosphatase, SH-PTP2.  **J. Biol. Chem.** 1993 Oct 25;268(30):22771-76.

26.    Frangioni JV, Oda A, Smith M, Salzman EW, **Neel BG**.  Calpain-catalyzed cleavage and subcellular relocation of protein tyrosine phosphatase 1B (PTP-1B) in human platelets.  **EMBO** J. 1993 Dec;12(12):4843-56. PMCID:PMC413938

27.    Shifrin VI, **Neel BG**.  Growth factor-inducible alternative splicing of nontransmembrane phosphotyrosine phosphatase PTP-1B pre-mRNA.  **J Biol Chem** 1993 Dec 5;268(34):25376-84.

28.    Lorenz U, Ravichandran KS, Pei D, Walsh CT, Burakoff SJ, **Neel BG**.  Lck-dependent tyrosyl phosphorylation of the phosphotyrosine phosphatase SH-PTP1 in murine T cells. **Mol. Cell. Biol.** 1994 Mar;14(3):1824-34. PMCID:PMC358540

29.    Frangioni JV, Moghal N, Stuart-Tilley A, **Neel BG**, Alper SL.  The DNA binding domain of retinoid acid receptor beta is required for ligand-dependent suppression of proliferation. Application of general purpose of mammalian coexpression vectors.  **J. Cell Science,** 1994: Apr;107(pt 4):827-38.

30.    Case RD, Piccione E, Wolf G, Bennett AM, Lechleider RJ, Chauduri M, **Neel BG**, Shoelson SE. SH-PTP2/Syp SH2 domain binding specificity is defined by direct interactions with platelet-derived growth factor receptor, and insulin receptor substrate-1-derived phosphopeptides.  **J. Biol. Chem**. 1994 Apr 8;269(14):10467-74.

31.    Sugimoto S, Wandless TJ, Shoelson SE, **Neel BG**, Walsh CT.  Activation of the SH2-containing protein tyrosine phosphatase, SH-PTP2, by phosphotyrosine containing peptides derived from insulin receptor substrate-1.  **J. Biol. Chem.** 1994 May 6;269(18):13614-22.

32.    Bennett AM, Tang T, Sugimoto S, Walsh CT, **Neel BG**.   Protein-tyrosine-phosphatase SHPTP2 couples platelet-derived growth factor receptor beta to Ras.   **Proc. Natl. Acad. Sci**. USA 1994 Jul 19;91(15):7335-9. PMCID:PMC44394

33.    Pei D, Lorenz U, Klingmuller U., **Neel BG**, Walsh CT. Intramolecular regulation of protein tyrosine phosphatase SH-PTP1: a new function for Src homology 2 domains. **Biochem** 1994 Dec 27;33(51):15483-93.

34.    Tang TL, Freeman RM, O'Reilly AM, **Neel BG\***, Sokol SY\*.  The SH2-containing protein-tyrosine phosphatase SH-PTP2 is required upstream of MAP kinase for early Xenopus development.  **Cell** 1995 Feb 10;80(3): 473-83.  PMID 7859288  **\*co-corresponding**

35.    Klingmuller U, Lorenz U, Cantley LC, **Neel BG\***, Lodish HF.  Specific recruitment of the SH-PTP1 to the erythropoietin receptor causes inactivation of JAK2 and termination of proliferative signals. **Cell** 1995 Mar 10;80(5):729-38. **\*co-corresponding**

36.    Hausdorff SF, Bennett AM, **Neel BG\***, Birnbaum MJ. Different signaling roles of SHPTP2 in insulin-induced GLUT1expression and GLUT4 translocation.   **J. Biol. Chem.** 1995 Jun 2;270(22):12965-68. **\*co-corresponding**

37.    Moghal N., **Neel BG.** Evidence for impaired retinoic acid receptor-thyroid hormone receptor AF-2 cofactor activity in human lung cancer.  **Mol. Cell. Biol.** 1995 Jul;15(7):3945-59. PMCID:PMC230634

38.    David M, Chen HE**,** Ling L, Goelz S, Larner AC, **Neel BG**.  Differential regulation of the IFN-stimulated Jak/Stat pathway by the SH2-domain containing tyrosine phosphatase SHPTP1. **Mol. Cell. Biol.** 1995 Dec;15(12):7050-8. PMCID:PMC230960

39.    Itoh K., Tang TL., **Neel BG**, Sokol SY. Specific modulation of ectodermal cell fates in Xenopus embryos by glycogen synthase kinase. **Development,** 1995 Dec;121(12):3979-88.

40.    Maestrini E, Tamagnone L, Longati P, Cremona O, Gulisano M, Bione S, Tamanini F, **Neel BG**, Toniolo D, Comoglio PM.  A family of transmembrane proteins with homology to the MET-hepatocyte growth factor receptor.   **Proc. Natl. Acad. Sci. USA**, 1996 Jan 23;93(2):674-78. PMCID:PMC40111

41.    Bennett AM, Hausdorff SF, O'Reilly AM, Freeman RM, **Neel BG.**  Multiple requirements for SHPTP2 in epidermal growth factor-mediated cell cycle progression.  **Mol. Cell. Biol.,** 1996 Mar;16(3):1189-202. PMCID:PMC231101

42.    Chen HE, Chang S, Trub T, **Neel BG**.  Regulation of colony-stimulating factor 1 receptor signaling by the SH2 domain-containing tyrosine phosphatase SHPTP1. **Mol Cell Biol.** 1996 Jul;16(7):3685-97. PMCID:PMC231364

43.    Lorenz U, Bergemann AD, Steinberg HN, Flanagan JG, Li X, Galli SJ, **Neel BG.** Genetic analysis reveals cell-type specific regulation of receptor tyrosine kinase c-Kit by the protein tyrosine phosphatase SHP1.    **J. Exp. Med.** 1996 Sep 1;184(3):1111-26.    PMCID: PMC2192792

44.    Lorenz U, Ravichandran KS, Burakoff SJ, **Neel BG.** Lack of SHPTP1 results in src-family kinase hyper-activation and thymocyte hyper-responsiveness.    **Proc. Natl. Acad. Sci.,** 1996 Sep 3;93918):9624-29. PMCID:PMC38478

45.    Shifrin VI, Davis RJ, **Neel BG**. Phosphorylation of protein-tyrosine phosphatase PTP1-B on identical sites suggests activation of a common signaling pathway during mitosis and stress response in mammalian cells. **J. Biol. Chem**. 1997 Jan 31;272(5):2957-62.

46.    Gu H, Griffin JD, **Neel BG**. Characterization of two SHP-2-associated binding proteins and potential substrates in hematopoietic cells. **J. Biol. Chem.** 1997 Jun 9;272(26):16421-30.

47.    Nadler MJ, Chen B, Anderson JS, Wortis HH, **Neel BG**. Protein tyrosine phosphatase SHP-1 is dispensable for Fcgamma RIIB-mediated inhibition of B cell antigen receptor activation. **J. Biol. Chem**. 1997 Aug 8;272(32):20038-43.

48.    Nadler MJ, McLean PA, **Neel BG**, Wortis HH. B cell antigen receptor-evoked calcium influx is enhanced in CD22-deficient B cell lines. **J. Immunol.** 1997 Nov 1;159(9):4233-43.

49.    O'Reilly AM, **Neel BG**. Structural determinants of SHP-2 function and specificity in Xenopus mesoderm induction. **Mol. Cell. Biol.** 1998 Jan;18(1):161-77. PMCID:PMC121471

50.    Platanias LC, Domanski P, Yi T, Uddin S, Fish E, **Neel BG**, Colamonici OR. Identification of a domain in the subunit of the type I interferon (IFN) receptor that exhibits a negative regulatory effect in the growth inhibitory action of type I IFNS. **J. Biol. Chem.** 1998 Mar 6;273(10):5577-81.

51.    Timms JF, Carlberg K, Gu H, Chen H, Kamatkar S, Nadler MJS, Rohrschneider LR, **Neel BG**. Identification of major binding proteins and substrates for the SH2-containing protein tyrosine phosphatase SHP-1 in macrophages. **Mol. Cell. Biol.** 1998 Jul;18(7):3838-50. PMCID:PMC108968

52.    Wu Y, Nadler MJ, Brennan LA, Gish GD, Timms JF, Fusaki N, Jongstra-Bilen J, Tada N, Pawson T, Wither J, **Neel BG**\*, Hozumi N. The B-cell transmembrane protein CD72 binds to and is an in vivo substrate of the protein tyrosine phosphatase SHP-1. **Curr. Biol.** 1998 Sep 10;8(18):1009-17. \*co-corresponding

53.    Moghal N, **Neel BG**. Integration of growth factor, substratum and retinoid signals during bronchial epithelial cell differentiation. **Mol. Cell. Biol.** 1998 Nov;18(11):6666-78. PMCID:PMC109251

54.    Gu H, Pratt JC, Burakoff SJ, **Neel BG**. Cloning of p97/Gab2, the major SHP2-binding protein in hematopoietic cells, reveals a novel pathway for cytokine-induced gene activation. **Mol Cell** 1998 Dec;2(6):729-40. PMID 9885561

55.    Oh ES, Gu H, Saxton TM, Timms JF, Hausdorff S, Frevert EU, Kahn BB, Pawson T, **Neel BG**\*, Thomas SM.  Regulation of early events in integrin signaling by the protein-tyrosine phosphatase SHP-2.   **Mol. Cell. Biol.,** 1999 Apr;19(4): 3205-15. **\*co-corresponding** PMID:PMC84114

56.    Bianchi C, Sellke FW, Del Vecchio RL, Tonks NK, **Neel BG**.  Receptor-type protein-tyrosine phosphatase mu is expressed in specific vascular endothelial beds in vivo.  **Exp Cell Res** 1999 Apr 10;248(1):329-38.

57.    Xia K, Lee RS, Narsimhan RP, Mukhopadhyay NK, **Neel BG,** Roberts TM.  Tyrosine phosphorylation of the proto-oncoprotein Raf-1 is regulated by Raf-1 itself and the phosphatase Cdc25A.  **Mol Cell Biol**. 1999 Jul;19(7):4819-24. PMCID:PMC84280

58.    Miller BA, Barber DL, Bell LL, Beattie BK, Zhang M-Y, **Neel BG**, Yoakim M, Rothblum LI, Cheung JY.   Identification of the erythropoietin receptor domain required for calcium channel activation**. J. Biol. Chem.,** 1999 Jul 16;274(29):20465-72.

59.    Timms JF, Swanson KD, Marie-Cardine A, Raab M, Rudd CE, Schraven B, **Neel BG**.  SHPS-1 is a scaffold for assembling distinct adhesion-regulated multi-protein complexes in macrophages.  **Curr. Biol.,** 1999 Aug 26;9(16):927-30.

60.    Carter JD, **Neel BG**\*, Lorenz U.  The tyrosine phosphatase SHP-1 influences thymocyte selection by setting T cell receptor signaling thresholds.    **Intl. Immunol.** 1999 Dec;11(12):1999-2014. **\*co-corresponding**

61.    O'Reilly AM, Pluskey S, Shoelson SE, **Neel BG**.  Activated mutants of SHP-2  preferentially induce elongation of Xenopus animal caps.  **Mol. Cell. Biol.** 2000 Jan;20(1):299-311. PMCID: PMC85085

62.    Lachyankar MB, Sultana N, Schonhoff CM, Mitra P, Poluha W, Lambert S, Quesenberry PJ, Litofsky NS, Recht LD, Nabi R, Miller SJ, Ohta S, **Neel BG** and Ross AH.  A role for nuclear PTEN in neuronal differentiation.  **J. Neurosci.** 2000 Feb 15;20(4):1404-13.

63.    Chen B, Bronson RT, Klaman LD, Hampton TG, Wang, JF, Green PJ, Magnuson T, Douglas PS, Morgan JP and **Neel BG**.  Mice mutant for Egfr and Shp2 have defective cardiac semilunar valvulogenesis.  **Nature Genet.** 2000 Mar;24(3):296-99. PMID10700187

64.    Venable CL, Frevert EU, Kim Y-B, Fischer BM, Kamatkar S, **Neel BG**\* and Kahn BB.  Overexpression of protein tyrosine phosphatase-1B in adipocytes inhibits insulin-stimulated phosphoinositide 3-kinase activity with altering glucose transport or Akt/PKB activation.  **J. Biol. Chem**. 2000 Jun 16;275(24):18318-26. \*co-corresponding

65.    Gadina M, Sudarshan C, Visconti R, Ahou YJ, Gu H, **Neel BG**, O'Shea JJ. The docking molecule Gab2 is induced by lymphocyte activation and is involved in signaling by interleukin-2 and interleukin-15 but not other common gamma chain-using cytokines.  **J. Biol. Chem**, 2000 Sep 1;275(35):26959-66.

66.    Klaman LD, Boss O, Peroni OD, Kim JK, Martino JL, Zabolotny JM, Moghal N, Lubkin M, Kim Y-B, Sharpe AH, Stricker-Krongard A, Shulman GI, **Neel BG**\* and Kahn BB.  Increased energy expenditure, decreased adiposity and tissue-specific insulin sensitivity in protein-

tyrosine phosphatase 1B-deficient mice.   **Mol. Cell. Biol.** 2000 Aug;20(15):5479-89.   **\*co-corresponding** PMCID: PMC85999

67.   Gu H, Maeda H, Moon JJ, Lord JD, Yoakim M, Nelson BH and **Neel BG**.  A new role for Shc in activation of the PI-3K/Akt pathway.   **Mol. Cell. Biol.**, 2000; Oct 20(19):7109-20. PMCID:PMC86258

68.   Pratt JC, Igras VE, Maeda H, Baksh S, Gelfand EW, Burakoff SJ, **Neel BG\*** and Gu H. Cutting edge: Gab2 mediates an inhibitory phosphatidylinositol 3'-kinase pathway in T cell antigen receptor signaling.   **J. Immunol.** 2000 Oct 15;165(8):4158-63.   **\*co-corresponding**

69.   Bjorbaek C, Buchholz RM, Davis SM, Bates SH, Pierroz DD, Gu H, **Neel BG,** Myers MG Jr, Flier JS. The role of SHP-2 in ERK activation by leptin receptors. **J Biol Chem.** 2001; Feb 16;276(7):4747-55.

70.   Barber DL, Beattie BK, Yoakim M, **Neel BG**, D'Andrea AD and Frank DA.  A common epitope is shared by activated signal transducer and activator of transcription-5 (STAT5) and the phosphorylated erythropoietin receptor:implications for the docking model of STAT activation.   **Blood.** 2001 Apr 15;97(8) :2230-7.

71.   Zabolotny JM, Kim YB, Peroni OD, Kim JK, Pani MA, Boss O, Klaman LD, Kamatkar S,Shulman GI, Kahn BB and **Neel BG**.   Overexpression of the LAR (leukocyte antigen-related) protein tyrosine phosphatase in muscle causes insulin resistance.   **Proc. Natl. Acad. Sci.** 2001 Apr 24;98(9):5187-92. PMCID:PMC33185

72.   Gu H, Saito K, Klaman LD, Shen J, Fleming T, Wang Y, Pratt JC, Lin G, Lim B, Kinet JP, **Neel BG.**   Essential role for Gab2 in the allergic response.   **Nature.** 2001 Jul 12;412(6843):186-190.   PMID 11449275

73.   Bruecher-Enke B, Griffin JD, **Neel BG\*** and Lorenz U.  Role of the tyrosine phosphatase SHP-1 in K562 cell differentiation.   **Leukemia.** 2001 Sep;15(9):1424-32**.  \*co-corresponding**

74.   Haj FG, Verveer PJ, Squire A, **Neel BG\*** and Bastiaens PIH\*.  Imaging sites of receptor dephosphorylation by PTP1B on the surface of the endoplasmic reticulum. **Science.** 2002 Mar 1;295(5560):1708-11.  PMID 11872838  **\*co-corresponding**

75.   Zabolotny JM, Bence-Hanulec KK, Stricker-Krongard A, Haj F, Wang YP, Minokoshi Y, Kim Y-B, Elmquist JK, Tartaglia LA, Kahn BB, **Neel BG**.  PTP1B regulates leptin signal transduction in vivo.  **Dev. Cell.** 2002 Apr;2(4):489-95. PMID  11970898

76.   Jin L, McLean PA, **Neel BG** and Wortis HH.  Sialic acid binding domains of CD22 are required for negative regulation of B cells.   **J. Exp. Med.** 2002 May 6;195(9):1199-205 PMCID:PMC2193702

77.   Zhang SQ, Tsiaras WG, Araki T, Wen G, Minichiello L, Klein R, **Neel BG**.  Receptor-specific regulation of PI-3K activation by the protein-tyrosine phosphatase Shp2.  **Mol. Cell. Biol.** 2002 Jun;22(12):4062-72. PMCID:PMC133866

78.   Heinrich R, **Neel BG**, Rapoport TA.   Mathematical models of protein kinase signal transduction.  **Molecular Cell** 2002 May;9(5):957-70.

79.   Sattler M, Mohi MG, Pride YB, Quinnan LR, Malouf NA, Podar K, Gesbert F, Iwasaki H, Li S, Van Etten RA, Gu H, Griffin JD, **Neel BG**.  Critical role for Gab2 in transformation by BCR/ABL.  **Cancer Cell** 2002 Jun;1(5):479-92.  PMID  12124177

80.   Daly RJ, Gu H, Parmar J, Malaney S, Lyons RJ, Kairouz R, Head DR, Henshall SM, **Neel BG**, Sutherland RL.  The docking protein Gab2 is overexpressed and estrogen regulated in breast cancer.  **Oncogene.** 2002 Aug 1;21(33): 5175-81.

81.   Miller SJ, Lou DY, Seldin DC, Lane WS, **Neel BG**. Direct Identification of PTEN phosphorylation sites.  **FEBS Lett**. 2002 Sep 25;528(1-3):145-153.

82.   Lehmann U, Schmitz J, Weissenbach M, sobota RM, Hortner M, Friederichs K, Behrmann I, Tsiaras W, Sasaki A, Schneider-Mergener J, Yoshimura A, **Neel BG**, Heinrich PC,Schaper F.  SHP2 and SOCS contribute to Tyr-759-dependent attenuation of Interleukin-6 signaling through gp130.  **J. Biol. Chem.** 2003 Jan 3;278(1):661-71.

83.   Haj FG, Markova B, Klaman LD, Bohmer FD, **Neel BG**. Regulation of receptor tyrosine kinase signaling by protein tyrosine phosphatase-1B (PTP1B**). J. Biol. Chem**. 2003 Jan 10;27892):739-44.

84.   Habib AA, Chun SJ, **Neel BG,** Vartanian T. Increased expression of epidermal growth factor receptor induces sequestration of extracellular signal-related kinases and selective attenuation of specific epidermal growth factor-mediated signal transduction pathways.  **Mol Cancer Res**. 2003 Jan;1(3):219-33.

85.   Bates SH, Stearns WH, Dundoin TA, Schubert M, Tso AW, Wang Y, Banks AS, Lavery HJ, Haq AK, Maratos-Flier E, **Neel BG** and Myers MG, Jr.   STAT3 signalling is required for leptin regulation of energy balance but not reproduction.  **Nature**.  2003 Feb20;421(6925):856-9.

86.   Gu H**,** Botelho RJ, Yu M, Grinstein S and **Neel BG**. Critical role for scaffolding adapter Gab2 in Fc{gamma}R-mediated phagocytosis.   **J. Cell Biol**.  2003 Jun 23;161(6):1151-61.  PMCID:PMC2172986

87.   Araki T, Nawa H and **Neel BG**.  Tyrosyl phosphorylation of Shp2 is required for normal ERK activation in response to some, but not all growth factors. **J. Biol Chem**. 2003, Oct 24;278(43):41677-84.

88.   Marsh HN, Dubreuil CI, Quevedo C, Lee A, Majdan M, Walsh G, Hausdorff, SF**,** Said FA, Zoueva O, Kozlowski M, Siminovitch K, **Neel BG**, Miller FD and Kaplan DR. SHP-1 negatively regulates neuronal survival by functioning as a TrkA phosphatase. **J Cell Biol.** 2003 Dec 8;163(5):999-1010. PMCID:PMC2173621

89.   Kushner JA, Haj FG, Klaman LD, Dow MA, Kahn BB, **Neel BG** and White MF.  Islet-sparing effects of protein tyrosine phosphatase-1b deficiency delays onset of diabetes in IRS2 knockout mice.  **Diabetes**. 2004 Jan;53(1):61-6.

90.  Persson C, Savenhed C, Bourdeau A, Tremblay ML, Markova B, Bohmer FD, Haj FG, **Neel BG**, Elson A, Heldin CH, Ronnstrand L, Ostman A, Hellberg C.  Site-selective regulation of platelet-derived growth factor beta receptor tyrosine phosphorylation by T-cell protein tyrosine phosphatase. **Mol Cell Biol.** 2004 Mar;24(5):2190-201. PMCID:PMC350555

91.  Zhang  SQ, Yang W, Kontaridis MI, Bivona TG, Wen G, Araki T, Thompson JA, Schraven BL, Philips MR and **Neel BG**.  Shp2 Regulates Src Family Kinase Activity and Ras/Erk Activation by Controlling Csk Recruitment via PAG/Cbp. **Mol Cell**. 2004 Feb 13;13(3):341-55.

92.  Mohi MG, Boulton C, Gu T-L, Sternberg DW, Neuberg D, Griffin JD, Gilliland DG and **Neel BG**.  Combination of rapamycin and PTK inhibitors for the treatment of leukemias caused by oncogenic PTKs. **Proc.Natl. Acad. Sci**. 2004 Mar 2;101(9):3130-5. PMCID:PMC365755

93.  Zabolotny  JM, Haj FG, Kim JK, Kim Y-B, Shulman GI, Kahn BB and **Neel BG**. Transgenic overexpression of PTP1B in muscle causes insulin resistance but overepxression with LAR does not additively impair insulin action. **J Biol Chem**. 2004 Jun 4;279923):24844-51.

94.  Shi Z-D, Wei C-Q, Lee K, Liu H, Zhang M, Araki T, Roberts LR, Worthy KM, Fisher RJ, **Neel BG**, Kelley JA, Yang D and Burke TR, Jr. Macrocyclization in the design of non phosphorous-containing Grb2 SH2 domain-binding ligands. **J Med Chem**. 2004 Apr 8;47(8):2166-9.

95.  Chen J, McLean PA, **Neel BG**, Okunade G, Shull GE, Wortis HH.  CD22 attenuates $Ca^{2+}$ signaling by potentiating  plasma-membrane $Ca^{2+}$ -ATPase activity. **Nat Immunol.** 2004 Jun 5(6):651-7.

96.  Araki T, Mohi MG, Ismat FA, Bronson RT, Williams IR, Kutok JL, Pao LI, Gilliland DG, Epstein JA and **Neel BG**. Mouse model of Noonan Syndrome reveals cell type- and gene dosage-dependent effects of *PTPN11* mutation. **Nat Med**. 2004 Aug;10(8):849-57. PMID 15273746.

97.  Sathish JG, Walters J, Luo JC, Johnson KG, LeRoy FG, Brennan P, Kim KP, Gygi SP, **Neel BG**, Matthews RJ.  CD22 is a functional ligand for SH2 domain-containing protein-tyrosine phosphatase-1 in primary T cells. .  **J. Biol. Chem**. 2004 Nov 12;279(46): 47783-91.

98.  Bentires-Alj M, Paez JG, David FS, Keilhack H, Halmos B, Naoki K, Maris JM, Richardson A, Bardelli A, Sugarbaker DJ, Richards WG, Du J, Girard L, Minna JD, Loh ML, Fisher DE, Velculescu VE, Vogelstein B, Meyerson M, Sellers WR and **Neel BG**.  Activating mutations of the Noonan Syndrome-associated SHP2/PTPN11 gene in human solid tumors and adult acute myelogenous leukemia.  **Cancer Res**. 2004 Dec 15;64924):8816-20.

99.  Galic S, Hauser C, Kahn BB, Haj FG, **Neel BG**, Tonks NK and Tiganis T.  Coordinated regulation of insulin signaling by the protein tyrosine phosphatases PTP1B and TCPTP. **Mol. Cell. Biol**. 2005 Jan;25(2):819-29. PMCID:PMC543412

100.  Rusanescu G, Yang W, Bai A, **Neel BG** and Feig LA.  Tyrosine phosphatase SHP-2 is a mediator of activity-dependent neuronal excitotoxicity. **EMBO J**. 2005 Jan 26;24(2):305-14. PMCID:PMC545812

101. Haj FG, Zabolotny JM, Kim YB, Kahn BB, **Neel BG**.  Liver-specific re-expression of protein tyrosine phosphatase 1B (PTP1B) reverses insulin hyper-sensitivity in PTP1B knockout mice.  **J. Biol. Chem**. 2005 Apr 15;280 (15):15038-46.

102. Mohi MG, Williams IR, Dearolf CR, Chan G, Kutok JL, Cohen S, Morgan K, Boulton C, Shigematsu H, Keilhack H, Akashi K, Gilliland DG and **Neel BG**.  Prognostic, therapeutic and mechanistic implications of mouse model of leukemia evoked by Shp2 (*PTPN11*) mutations.  **Cancer Cell**. 2005 Feb;792):179-91.  PMID:15710330

103. Haider UG, Roos TU, Kontaridis MI, **Neel BG**, Sorescu D, Griendling KK, Vollmar AM, Dirsch VM.  Resveratrol inhibits angiotensin II- and EGF-mediated Akt activation-role of Gab1 and Shp2. **Mol Pharmacol**. 2005 Jul;68(1):41-8

104. Baksh S, Tommasi S, Fenton S, Yu VC, Martins LM, Pfeifer GP, Latif F, Downward J, **Neel BG**. The tumor suppressor RASSF1A and MAP-1 link death receptor signaling to Bax conformational change and cell death.  **Mol Cell**. 2005 Jun 10;18(6):637-50.

105. Keilhack H, David FS, McGregor M, Cantley LC, **Neel BG**.  Diverse biochemical properties of Shp2 mutants: implications for disease phenotypes. **J Biol Chem**. 2005 Sep 2;280(35):30984-93.  PMID: 15987685

106. Du Z, Shen Y, Yang W, Mecklenbrauker I, **Neel BG**, Ivashkiv LB.  Inhibition of IFN-{alpha} signaling by a PKC- and protein tyrosine phosphatase SHP-2-dependent pathway. **Proc Natl Acad Sci U S A**. 2005 Jul 19;102(29):10267-72. PMCID:PMC1177356

107. Luo J, Sobkiw CL, Logsdon NM, Watt JM, Signoretti S, O'connell F, Shin E, Shim Y, Pao L, **Neel BG**, Depinho RA, Loda M, Cantley LC. Modulation of epithelial neoplasia and lymphoid hyperplasia in PTEN+/- mice by the p85 regulatory subunits of phosphoinositide 3-kinase.  **Proc Natl Acad Sci U S A**. 2005 Jul 19;102(29):10238-43.   Epub Jul 8 2005 PMCID:PMC1174323

108. Ren SY, Bolton E, Mohi GM**,** Morrione A, **Neel BG**, Skorski T.  Phosphatidylinositol 3-kinase p85 subunit-dependent interaction with BCR/ABL-related fusion tyrosinse kinases: molecular mechanisms and biological consequences. **Mol. Cell. Biol**. 2005 Sep 25(18):8001-8. PMCID:PMC1234343

109. Arias-Salgado EG, Haj F, Dubois C, Moran B, Kasirer-Friede A, Furie BC, Furie B, **Neel BG**, Shattil SJ.  PTP-1B is an essential positive regulator of platelet integrin signaling. **J Cell Biol**. 2005 Aug 29;170(5):837-45.  PMCID:PMC2171339

110. Togni M, Swanson KD, Reimann S, Kliche S, Pearce AC, Simeoni L, Reinhold D, Wienands J, **Neel BG**, Schraven B, Gerber  A.  Regulation of in vitro and in vivo immune functions by the cytosolic adaptor protein SKAP-HOM.  **Mol.  Cell Biol**. 2005 Sep 25 (18):8052-63. PMCID:PMC1234325

111. Zhang Z, Lin SY, **Neel BG**, Haimovich B. Phosphorylated alpha-actinin and PTP1B coregulate the disassembly of the FAK/Src complex and promote cell migration. **J Biol Chem**. 2006 Jan 20;281(3):1746-54.  Epub Nov 15 2005

112. Van den Berg TK, van Beek EM, Buhring HJ, Colonna M, Hamaguchi M, Howard CJ, Kasuga M, Liu Y, Matozaki T, **Neel BG**, Parkos CA, Sano S, Vignery A, Vivier E, Wright M, Zawatzky R, Barclay AN.  A nomenclature for signal regulatory protein family members. J **Immunol**. 2005 Dec 15;175(12):7788-9.

113. Bentires-Alj M, Gil SG, Chan R, Wang ZC, Imanaka N, Harris L, Richardson A, **Neel BG\***, Gu H.  A role for scaffolding adapter Gab2 in breast cancer. **Nat Med**. 2006; 12(1):114-21. **\*co-corresponding**, PMID 16369543

114. Kontaridis MI, Swanson KD, David FS, Barford D, **Neel BG**.  *PTPN11* (SHP2) mutations in LEOPARD syndrome have dominant negative, not activating, effects. **J Biol Chem**. 2006; Mar 19;281(10):6785-92.  PMID:16377799

115. Yu M, Lowell CA, **Neel BG**, Gu H. Scaffolding adapter Grb2-associated binder 2 requires Syk to transmit signals from FcepsilonRI. **J Immunol**. 2006 Feb15;176(4):2421-9.

116. Yang W, Klaman L, Chen B, Araki T, Harada H, Thomas SM, George EL, **Neel BG**.  An Shp2/SFK/Ras/Erk signaling pathway controls trophoblast stem cell survival.  **Dev. Cell**. 2006; 10:317-27. PMID 16516835.

117. Bence KK, Delibegovic M, Xue B, **Neel BG\***, Kahn BB\*.  Neuronal PTP-1B regulates body mass and glucose homeostasis and is required for the development of leptin resistance. **Nature Med**. 2006; 12:917-924. PMID  16845389  **\*co-corresponding**

118. Yu M, Luo J, Yang W, Wang Y, Mizuki M, Kanakura Y, Besmer P, **Neel BG**, Gu H. The scaffolding adapter Gab2, via SHP-2, regulates kit-evoked mast cell proliferation by activating the Rac/JNK pathway. **J Biol Chem**. 2006 Sep 29;281(39):28615-26. PMID: 16873377

119. Fornaro M, Burch PM, Yang W, Zhang L, Hamilton CE, Kim JH, **Neel BG**, Bennett AM. SHP-2 activates signaling of the nuclear factor of activated T cells to promote skeletal muscle growth. **J Cell Biol**. 2006 Oct 9;175(1):87-97. PMCID:PMC2064501

120. Nagaishi T, Pao L, Lin SH, Iijima H, Kaser A, Qiao SW, Chen Z, Glickman J, Najjar SM, Nakajima A, **Neel BG**, Blumberg RS. SHP1 phosphatase-dependent T cell inhibition by CEACAM1 adhesion molecule isoforms. **Immunity**. 2006 Nov;25(5):769-81.

121. Dadke S, Cotteret S, Yip S-C, Jaffer ZM, Haj F, Ivanov A, Rauscher F, Shuai K, Ng T, **Neel BG**, Chernoff J.  Regulation of protein tyrosine phosphatase (PTP) 1B by sumolyation. **Nat Cell Biol**. 2007 Jan;9(1):80-5.

122. Roberts AE, Araki T, Swanson KD, Montgomery KT, Schiripo TA, Joshi VA, Li L, Yassin Y, Tamburino AM, **Neel BG\***, Kucherlapati RS.  Germline gain-of-function mutations in SOS1 cause Noonan syndrome. **Nat Genet**. 2007 Jan;39(1):70-4. **\*co-corresponding**.

123. Kasirer-Friede A, Moran PB, Nagrampa-Orje J, Swanson K, Ruggeri ZM, Schraven B,  **Neel BG**, Koretzky GA, Shattil SJ. ADAP is required for normal {alpha}IIb{beta}3 activation by VWF/GP  Ib-IX-V  and  other  agonists.  **Blood**.  2007  Feb  1;109(3):1018-25. PMCID:PMC1785130

124. Yudushkin IA, Schleifenbaum A, Kinkhabwala A, **Neel BG**, Schultz C, Bastiaens PI. Live-cell imaging of enzyme-substrate interaction reveals spatial regulation of PTP1B. **Science**. 2007 Jan 5;315(5808):115-9.

125. Masiello D, Mohi MG, McKnight NC, Smith B, **Neel BG**, Balk SP, Bubley GJ.  Combining an mTOR Antagonist and receptor tyrosine kinase inhibitors for the treatment of prostate cancer. **Cancer Biol Ther**. 2007 Feb 7;6(2)195-201

126. Park-Min KH, Serbina NV, Yang W, Ma X, Krystal G, **Neel BG**, Nutt SL, Hu X, Ivashkiv LB. FcgammaRIII-dependent inhibition of interferon-gamma responses mediates suppressive effects of intravenous immune globulin. **Immunity**. 2007; 26:67-78. PMID: 17239631

127. Bentires-Alj M**, Neel BG**. Protein-Tyrosine Phosphatase 1B Is required for HER2/Neu-induced breast cancer. **Cancer Res**. 2007 Mar 15;67(6):2420-4 PMID:17347513

128. Gauthier AS, Furstoss O, Araki T, Chan R, **Neel BG**, Kaplan DR, Miller FD. Control of CNS cell-fate decisions by SHP-2 and its dysregulation in Noonan syndrome.  **Neuron**. Apr 19 2007  54(2):245-62. PMCID:PMC1900070

129. Pao LI, Lam K-P, Henderson J, Kutok J, Alimzhanov M, Nitschke L, Thomas ML, **Neel BG\***, Rajewsky K.  B cell-specific Shp1 deletion promotes B-1a cell development and causes systemic autoimmunity. **Immunity**. Jul 2007 27:35-48 PMID: 17600736 *\*co-corresponding*

130. Xue B, Kim YB, Lee A, Toschi E, Bonner-Weir S, Kahn CR, **Neel BG\***, Kahn BB.  Protein tyrosine phosphatase 1B (PTB1B) deficiency reduces insulin resistance and the diabetic phenotype in mice with polygenic insulin resistance. **J Biol Chem**. 2007 Aug 17;282(33):23829-40  PMID:1754516 *\*co-corresponding*

131. Delibegovic M, Bence KK**,** Mody N, hong EG, Ko HJ, Kim JK, Kahn BB, **Neel BG**. Improved glucose homeostasis in mice with muscle-specific deletion of protein-tyrosine phosphatase. 1B (PTP1B). **Mol Cell Biol**. 2007 Nov; 27(21):7727-34 PMCID: PMC2169063

132. Swanson KD, Winter JM, Reis M, Bentires-Alj M, Greulich H, Grewal R, Hruban, RH, Yeo CJ, Yassin Y, Iartchouk O, Montgomery K, Whitman SP, Caligiuri MA, Loh ML, Gilliland DG, Look AT, Kucherlapati R, Kern SE, Meyerson M, **Neel BG**.  SOS1 Mutations are rare in human malignancies: implications for Noonan Syndrome patients. **Genes Chromosomes Cancer**. 2008 Mar;47(3):253-9. PMID:18064648

133. Zabolotny JM, Kim YB, Welsh LA, Kershaw EE, **Neel BG\***, Kahn BB.  Protein-tyrosine phosphatase 1B expression is induced by inflammation in vivo. **J Biol Chem** 2008 May 23;283(21):14230-41. PMCID: PMC2386946 *\*co-corresponding*

134. Kontaridis MI, Yang W, Bence KK, Cullen D, Wang B, Bodyak N, Ke Q, Hinek A, Kang PM, Liao R, **Neel BG**. Deletion of Ptpn11 (Shp2) in cardiomyocytes causes dilated cardiomyopathy via effects on the extracellular signal-regulated kinase/mitogen-activated protein kinase and RhoA signaling pathways. **Circulation**. 2008 Mar 18;117(11):1423-35. PMCID: PMC2394674

135. Wang S, Yu WM, Zhang W, McCrae KR, **Neel BG**, Qu CK. Noonan syndrome/leukemia-associated gain-of-function mutations in SHP-2 phosphatase (PTPN11) enhance cell migration and angiogenesis. **J Biol Chem**. 2009 Jan 9;284(2):913-20. PMCID: PMC2613626

136. Zucchi I, Astigiano S, Bertalot G, Sanzone S, Cocola C, Pelucchi P, Bertoli G, Stehling M, Barbieri O, Albertini A, Schöler HR, **Neel BG**, Reinbold RA, Dulbecco R. Distinct populations of tumor-initiating cells derived from a tumor generated by rat mammary cancer stem cells. **Proc Natl Acad Sci** U S A. 2008 Nov 4;105(44):16940-5. PMCID: PMC2575224

137. Kalaitzidis D, **Neel BG**. Flow-cytometric phosphoprotein analysis reveals agonist and temporal differences in responses of murine hematopoietic stem/progenitor cells. **PLoS One**. 2008;3(11):e3776. PMCID:PMC2582484

138. Swanson, KD, Tang Y, Ceccarelli DF, Py F, Sliwa JP, **Neel BG***, Eck MJ. The Skap-hom dimerization and PH domains comprise a novel 3'-phosphoinositide-gated molecular switch. **Mol Cell** 2008 Nov 21;32(4) 564–575. PMCID: PMC2628593 *co-corresponding

139. Delibegovic M, Zimmer D, Kauffman C, Rak K, Hong EG, Cho YR, Kim JK, Kahn BB, **Neel BG***, Bence KK. Liver-specific deletion of Protein-Tyrosine Phosphatase 1B (PTP1B) improves metabolic syndrome and attenuates diet-induced ER stress. **Diabetes**. Mar 2009; 58(3): 590-599. PMCID: PMC2646057 *co-corresponding

140. Chan G, Kalaitzidis D, Usenko T, Kutok JL, Yang W, Mohi MG, **Neel BG.** Leukemogenic Ptpn 11 causes fatal myeloproliferative disorder via cell-autonomous effects on multiple stages of hematopoiesis. **Blood**. Apr 30 2009; 113(18): 4414-4424. PMCID: PMC2676094

141. Araki T, Chan G, Newbigging S, Morikawa L, Bronson RT, **Neel BG.** Noonan Syndrome cardiac defects are due to PTPN11 acting in endocardium to enhance endocardial-mesenchymal transformation. **Proc Natl Acad Sci.** Mar 24 2009; 106(12):4736-41. PMCID: PMC2649209

142. Xue B, Pulinilkunnil T, Murano I, Bence KK, He H, Minokoshi Y, Asakura K, Lee A, Haj F, Furukawa N, Catalano KJ, Delibegovic M, Balschi JA, Cinti S, **Neel BG***, Kahn BB. Neuronal protein tyrosine phosphatase 1B deficiency results in inhibition of hypothalamic AMPK and isoform-specific activation of AMPK in peripheral tissues. **Mol Cell Biol**. 2009 Aug; 29(16):4563-73. PMCID: PMC2725736 *co-corresponding

143. Mazhab-Jafari, M.T., Marshall, C.B., Smith, M., Gasmi-Seabrook, GMC., Stambolic,V., Rottapel, R., **Neel, BG**., Ikura, M. Real-time NMR study of three small GTPases reveals that fluorescent manttagged nucleotides alter hydrolysis and exchange kinetics. **J Biol Chem.** Feb 19 2010 285(8);5132-6. PMCID: PMC2820739

144. Rajala, R.V.S., Tanito, M., **Neel, BG**., Rajala, A. Enhanced retinal insulin receptor activated neuroprotective survival signal in mice lacking the Protein Tyrosine Phosphatase-1B Gene. **J Biol Chem**. Mar 19 2010 285(12);8894-904. PMCID: PMC2838311

145. Lee I, Pecinova A, Pecina P, **Neel BG**, Araki T, Kucherlapati R, Roberts A, Huttemann M. A Suggested role for mitochondria in Noonan Syndrome. **BBA-MOL BASIS DIS**. February 2010, 1802,(2): 275-283. PMCID:PMC2878584

146. Lazzara MJ, Lane K, Chan R, Jasper PJ, Yaffe MB, Sorger PK, Jacks T, **Neel BG**, and Lauffenburger DA. Impaired SHP2-mediated extracellular signal-regulated kinase activation contributes to Gefitinib sensitivity of lung cancer cells with Epidermal Growth Factor Receptor–activating mutations. **Cancer Research.** May 1, 2010 70(9);3843-50. PMCID:PMC2862125

147. Stewart R.A., Sanda T., Widlund H.R., Zhu S., Swanson K.D., Hurley A.D., Bentires-Alj M., Fisher D.E., Kontaridis A., Look T., **Neel BG**. Phosphatase-dependent and independent functions of Shp2 in neural crest cells underlie LEOPARD Syndrome Pathogenesis. **Developmental Cell**. May 18, 2010 18(5)pp.750-762. PMCID: PMC3035154

148. Xu D, Wang S, Yu WM, Chan G, Araki T, Bunting KD, **Neel BG**, Qu CK., A germline gain-of-function mutation in Ptpn11 (Shp-2) phosphatase induces myeloproliferative disease by aberrant activation of hematopoietic stem cells. **Blood.** Nov 4 2010;116(18):3611-21. PMCID: PMC2981480

149. David FS, Cullen-McEwen L, S, Zins SR, Lin J, Bertram JF, **Neel BG**., Regulation of kidney development by Shp2: an unbiased stereological analysis. **Anat Rec (Hoboken).** Dec 2010 ;293(12):2147-53. PMCID: PMC2992585

150. Ishizawa K, Rasheed ZA, Karisch R, Wang Q, Kowalski J, Susky E, Pereira K, Karamboulas C, Moghal N, Rajeshkumar NV, Hidalgo M, Tsao M, Ailles L, Waddell TK, Maitra A, **Neel BG**, Matsui W., Tumor-initiating cells are rare in many human tumors. **Cell Stem Cell**. Sep 3 2010;7(3):279-82. PMCID: PMC2945729

151. Matsuo K, Delibegovic M, Matsuo I, Nagata N, Liu S, Bettaieb A, Xi Y, Araki K, **Yang W,** Kahn BB, **Neel BG\*,** Haj FG., Altered glucose homeostasis in mice with liver-specific deletion of Src homology phosphatase 2. **J Biol Chem**. Dec 17 2010;285(51):39750-8. PMCID: PMC3000956 **\*co-corresponding**

152. Chen PC, Wakimoto H, Conner D, Araki T, Yuan T, Roberts A, Seidman CE, Bronson R, **Neel BG**, Seidman JG, Kucherlapati R. Activation of multiple signaling pathways causes developmental defects in mice with a Noonan syndrome-associated Sos1 mutation. **J Clin Invest.,** Dec 1 2010;120(12):4353-4365. PMID: 21041952

153. Nievergall E, Stegmayer C, Haj FG, Janes PW, **Neel BG,** Bastiaens PI, Lackmann M. PTP1B regulates Eph receptor function and trafficking. **J Cell Bio.,** 2010 Dec 13;191(6):1189-203. PMCID: PMC3002030

154. Wu, X, Simpson, J, Hong, JH, Kim, KH, Thavarajah NK, Backx PB, **Neel BG\*** Araki T. MEK-ERK pathway ameliorates disease phenotypes in a mouse model of Noonan syndrome-associated Raf1 mutation. **J Clin Invest**., Mar 1 2011;121(3):1009-25. PMCID: PMC3049402 **\*co-corresponding**

155. Marin TM, Keith K, Davies B, Conner DA, Guha P, Kalaitzidis D, Wu X, Lauriol J, Wang B, Bauer M, Bronso, R, Franchini KG, **Neel BG\*,** Kontaridis MI. Rapamycin reverses hypertrophic cardiomyopathy in a mouse model of LEOPARD Syndrome-associated PTPN11 mutation. **J Clin Invest**, Mar 1 2011; 121 (3): 1026-43. PMCID: PMC3049377 **\*co-corresponding**

156.   Ren L, Chen X, Luechapanichkul R, Selner N, Meyer T,  Wavreille AS, Chan R, Iorio C, Zhou X, **Neel BG,** Pei D. Substrate specificity of protein tyrosine phosphatases 1B, RPTPα, SHP-1, and SHP-2. **Biochemistry**, Mar 29 2011;50(12):2339-56 PMCID: PMC3074353

157.   Chan G, Cheung LS, Yang W, Milyavsky M, Sanders AD, Gu S, Hong WX, Liu AX, Wang X, Barbara M, Sharma T, Gavin J, Kutok JL, Iscove NI, Shannon KM, Dick JE, **Neel BG\*,** Braun BS. Essential role for *Ptpn11* in survival of hematopoietic stem and progenitor cells. **Blood,** Apr 21 2011; 117(16): 4253-61. PMCID: PMC3087477 **\*co-corresponding**

158.   Stewart, JM, Shaw PA, Gedye C, Bernardini MQ, **Neel BG\*,** Ailles LE. Phenotypic heterogeneity and instability of human ovarian tumor-initiating cells. **Proc Natl Acad Sci USA**, Apr 19 2011;108(16):6468-73. PMCID: PMC3081039 **\*co-corresponding**

159.   Futami M, Zhu, QSJ, Whichard ZL, Xia, L, Ke,Y, **Neel, BG,** Feng, GS, Corey, SJ, G-CSF Receptor activation of the Src kinase Lyn is mediated by Gab2 recruitment of the Shp2 phosphatase. **Blood** 2011 Jul 28;118(4):1077-86. PMCID: PMC3148159

160.   Takahashi A, Tsutsumi R, Kikuchi I, Obuse C, Saito Y, Seidi A, Karisch R, Fernandez M, Cho T, Ohnishi T, Rozenblatt-Rosen O, Meyerson M, **Neel BG,**  Hatakeyama M. SHP2 tyrosine phosphatase converts parafibromin/Cdc73 from a tumor suppressor to an oncogenic driver. **Mol Cell,** July 8, 2011 Vol 43, Iss 1, pg. 45-56. PMID: 21726809

161.   Karisch R, Fernandez M, Taylor P, Virtanen C, St-Germain JR, Jin LL, Harris IS, Mori J, Mak TW, Senis YA, Östman A, Moran MF, **Neel BG**. Global proteomic assessment of the classical protein-tyrosine phosphatome and "redoxome". **Cell,** Vol 146, (5):826-840, 2 September 2011.  PMCID:PMC3176638

162.   Balavenkatraman KK, Aceto N, Britschgi A, Mueller U, Bence KK, **Neel BG,** Bentires-Alj M**,** Epithelial Protein-Tyrosine Phosphatase 1B (PTP1B) contributes to the induction of mammary tumors by HER2/Neu but is not essential for tumor maintenance. **Mol Cancer Res**., 2011 Oct;9(10):1377-84. PMCID: PMC3580839

163.   Kant S, Swat W, Zhang S, Zhang Z-Y, **Neel BG**, Flavell R A, Davis RJ. TNF-stimulated MAP kinase activation mediated by a Rho family GTPase signaling pathway **Genes Dev.,** 2011 Oct 1; 25 (19) :2069-78. PMCID: PMC3197205

164.   Loh K, Fukushima A, Zhang X, Galic S, Briggs D, Enriori PJ, Simonds S, Wiede F, Reichenbach A, Hauser C, Sims NA, Bence KK, Zhang S, Zhang ZY, Kahn BB, **Neel BG**, Andrews ZB. Cowley MA, Tiganis T.  Elevated hypothalamic TCPTP in obesity contributes to cellular leptin resistance. **Cell Metab**., 2011 Nov 2;14(5):684-99. PMCID:PMC3263335

165.   Palande K, Roovers O, Gits J, Verwijmeren C, Iuchi Y, Fujii J, **Neel BG,** Karisch R**,** Tavernier J, Touw, IP. Peroxiredoxin-controlled G-CSF signalling at the endoplasmic reticulum-early endosome interface.  **J Cell Sci.** Nov 1,2011; 124 (21):3695-705. PMCID: PMC32115578

166.   Loh K, Merry TL, Galic S, Wu BJ, Watt MJ, Zhang S, Zhang ZY, **Neel BG**, Tiganis T.  T cell protein tyrosine phosphatase (TCPTP) deficiency in muscle does not alter insulin signalling

and glucose homeostasis in mice.  **Diabetologia.** 2012 Feb;55(2):468-78.PMCID: PMC326335

167.    Marcotte R, Brown KR, Suarez F, Sayad A, Karamboulas K, Krzyzanowski  PM, Sircoulomb F, Medrano  M., Fedyshyn Y, Koh  JLY, van Dyk D, Fedyshyn B, Luhova M, Brito GC, Vizeacoumar  FJ, Vizeacoumar FS, Datti  A, Kasimer D, Buzina  A, Mero  P, Misquitta C, Normand J, Haider M, Ketela M, Wrana JL, Rottapel R, **Neel BG\*,** Moffat J, Essential gene profiles in breast, pancreas and ovarian cancer cells**. Cancer Discovery,** February 2012 2:172-189. PMID: 22585861 **\*co-corresponding**

168.    Tran B, Dancey JE, Kamel-Reid S, McPherson JD, Bedard PL, Brown AMK, Zhang T, Shaw P, Onetto N, Stein L, Hudson TJ, **Neel BG,** Siu LL. Cancer genomics: technology, discovery, and translation **JCO**, 2012 Feb 20;30(6):647-60.  PMID: 22271477

169.    Owen C, Czopek A, Agouni A, Grant L, Judson R, Lees EK, Mcilroy GD, Göransson O, Welch A, Bence KK, Kahn BB, **Neel BG**, Mody N, Delibegović M**.** Adipocyte-specific protein tyrosine phosphatase 1B deletion increases lipogenesis, adipocyte cell size and is a minor regulator of glucose homeostasis  **PLoS One**. 2012;7(2):e32700. PMCID: PMC3289674

170.    De Rocca Serra-Nédélec A, Edouard T, Tréguer K, Tajan M, Araki T, Dance M, Mus M, Montagner A, Tauber M, Salles JP, Valet P, **Neel BG**, Raynal P, Yart A.  Noonan syndrome-causing SHP2 mutants inhibit insulin-like growth factor 1 release via growth hormone-induced ERK hyperactivation, which contributes to short stature.  **Proc Natl Acad Sci U S A**, 2012 Mar 13;109(11):4257-62. PMCID: PMC3306697

171.    Haj FG, Sabet O, Kinkhabwala A, Wimmer-Kleikamp S, Roukos V, Han HM, Grabenbauer M, Bierbaum M, Antony C, **Neel BG**\*, Bastiaens P\*. Regulation of signaling at regions of cell-cell contact by endoplasmic reticulum-bound protein-tyrosine phosphatase 1B. **PLoS One**, May 24 2012; 7(5): e36633. PMCID: PMC3360045 **\*co-corresponding**

172.    Yang Z, Xue B, Umitsu M, Ikura M, Muthuswamy S, **Neel BG** The signaling adapter Gab1 regulates cell polarity by acting as a PAR protein scaffold. **Mol Cell,** 2012 Aug 10;47(3):469-83.  PMCID: PMC3462001

173.    Wu X, Yin J, Simpson J, Kim KH, Gu S, Hong JH, Bayliss P, Backx PH, **Neel BG\*,** Araki, T. Increased BRAF heterodimerization is the common pathogenic mechanism for Noonan Syndrome-Associated RAF1 Mutants. **Mol Cell Biol**. 2012 Oct;32(19):3872-90 PMCID: PMC3457534 **\*co-corresponding**

174.    Xu E, Charbonneau A, Rolland Y, Bellmann K, Pao L, Siminovitch KA, **Neel BG,** Beauchemin N, Marette A. Hepatocyte-specific Ptpn6 deletion protects from obesity-linked hepatic insulin resistance. **Diabetes**. 2012 Aug;61(8):1949-58. PMCID:PMC3402325

175.    Alenghat, FJ., Baca QJ, Rubin  NT, Pao LI, Lowell CA, Golan DE, **Neel BG,** Swanson KD.  Macrophages Require Skap2 and Sirp [alpha] for integrin-stimulated cytoskeletal rearrangement. **J Cell Sci,** 2012 Nov 15;125(Pt 22):5535-4. PMCID: PMC3561861

176.    Mak AB, Nixon AML, Kittanokom S, Stewart JM**,** Chen GI, Curak J, Gingras AC, Mazitschek R, **Neel BG**, Stagljar I, Moffat J. Regulation of CD133 by HDAC6 promotes b-catenin

signaling to suppress cancer cell differentiation **Cell Rep,** Oct 25 2012; 2(4) 951-963. PMCID:23084749

177. Tran B, Brown AMK, Bedard PL, Winquist E, Goss GD, Hotte, SJ, Welch SA, Hirte HW, Zhang T, Stein, LD, Ferretti V, Watt S, Jiao W, Ng K, Ghai S, Shaw P, Petrocelli T, Hudson TJ, **Neel BG,** Onetto N, Siu LL, McPherson JD, Kamel-Reid S, Dancey, JE. Feasibility of real time next generation sequencing of cancer genes linked to drug response: results from a clinical trial. **Int. J. Cancer**, 2013 Apr 1;132(7):1547-55. PMID: 22948899

178. Mori J, Wang YJ, Ellison S, Heising S, **Neel BG,** Tremblay ML, Watson SP, Senis YA. Dominant role of the Protein-Tyrosine Phosphatase CD148 in regulating platelet activation relative to Protein-Tyrosine Phosphatase-1B, **Arterioscler Thromb Vasc Biol**. 2012 Dec;32(12):2956-65. PMID:23065825

179. Chan G, Gu S, **Neel BG.** Erk1 and Erk2 are required for maintenance of hematopoietic stem cells and adult hematopoiesis. **Blood**. 2013 May 2;121(18):3594-8. doi: 10.1182/blood-2012-12-476200. Epub 2013 Feb 26.  PMCID: PMC3643760

180. Mazharian A, Mori J, Wang YJ, Heising S, **Neel BG**, Watson SP, Senis YA. Megakaryocyte-specific deletion of the protein tyrosine phosphatases Shp1 and Shp2 causes abnormal megakaryocyte development, platelet production and function. **Blood,** 2013 May 16;121(20):4205-20. PMCID:  PMC3656453

181. Smith, MJ, **Neel, BG**, Ikura M, NMR-based functional profiling of RASopathies and oncogenic RAS mutations. **PNAS USA,** March 19 2013; 110(12) 4574-9. PMCID: 23487764

182. Abram CL, Roberge GL, Pao LI**, Neel BG\***, Lowell CA. Distinct roles for neutrophils and dendritic cells in inflammation and autoimmunity in motheaten mice. **Immunity.** 2013 Mar 21;38(3):489-501. PMCID: PMC3613338 *co-corresponding

183. Liu TW, Stewart JM, MacDonald TD, Chen J, Clarke B, Shi J, Wilson BC, **Neel BG**, Zheng G. Biologically-targeted detection of primary and micro-metastatic ovarian cancer **Theranostics,** May 25 2013, 3(6):420-427. PMCID: PMC3677412

184. Wiley SE, Andreyev AY, Divakaruni AS, Karisch R, Perkinds G, Wall EA, vander Geer P, Chen YF, Tsai TF, Simon, MI, **Neel BG,** Dixon JE, and Murphy, AN. Wolfram Syndrome protein, Miner1, regulates sulfhydryl redox status, the unfolded protein response and Ca$^{2+}$ homeostasis. **EMBO Mol Med.,** June 6, 2013, Vol 5 pg 904-18. PMCID: PMC3779451

185. Sun J, Lu S, Ouyang M, Lin LJ, Zhuo Y, Liu B, Chien S, **Neel BG**, Wang Y. Antagonism between binding site affinity and conformational dynamics tunes alternative cis-interactions within Shp2. **Nat Comm.** June 24, 2013 Vol 4, pg 2037. PMID: 23792876

186. Johnson DJ, Pao LI, Dhanji S, Murakami K, Ohashi PS, **Neel BG**. Shp1 regulates T cell homeostasis by limiting IL-4 signals. **JExp Med.,** June 24, 2013 vol. 210 no. 7 1419-1431. PMCID: PMC3698519

187. Miraldi ER, Sharfi H, Friedline RH, Johnson H, Zhang T, Lau KS, Ko HJ, Curran TG, Haigis KM, Yaffe MB, Bonneau R, Lauffenburger DA, Kahn BB, Kim JK, **Neel BG**, Saghatelian A,

White FM. Molecular network analysis of phosphotyrosine and lipid metabolism in hepatic PTP1b deletion mice. **Integr Biol (Camb).** 2013 Jul 24;5(7):940-63. PMCID: PMC3759823

188. Kaanta AS, Virtanen C,  Selfors L, Brugge JS, **Neel BG**, Evidence for a multipotent mammary progenitor with pregnancy-specific activity. **Breast Cancer Research,** Aug 15 2013;15(4):R65. PMCID: PMC3979108

189. Bassi C,  Ho J, Srikumar T, Dowling RJO, Gorrini C, Miller SJ, Mak TW, **Neel BG,** Raught B, Stambolic V, Nuclear PTEN controls DNA repair and sensitivity to genotoxic stress. **Science,** July 26 2013; 341 (6144): 395-99. PMID  23888040

190. Yang W, Wang J, Moore D, Dooner M, Wu Q, Terek R, Chen Q, Ehrlich MG, Quesenberry PJ, **Neel BG**. Ptpn11 Deletion in a novel stem/progenitor cell causes metachondromatosis by activating hedgehog signaling. **Nature,** 2013 Jul 25;499(7459):491-5. PMCID:PMC4148013

191. Selner NG, Luechapanichkul R, Chen X, **Neel BG**, Zhang ZY, Knapp S, Bell CE, Pei D. Diverse levels of sequence selectivity and catalytic efficiency of protein-tyrosine phosphatases. **Biochemistry**. 2014 Jan 21;53(2):397-412.  PMCID: PMC3954597

192. Cullis J, Meiri D, Sandi MJ, Radulovich N, Kent OA, Medrano M, Mokady D, Normand J, Larose J, Marcotte R, Marshall CB, Ikura M, Ketela T, Moffat J, **Neel BG**, Gingras AC, Tsao MS, Rottapel R The RhoGEF GEF-H1 is required for oncogenic RAS signaling via KSR-1. **Cancer Cell.** 2014 Feb 10;25(2):181-9. PMID: 24237879

193. Qiu W, Wang X, Romanov V, Hutchinson A, Lin A, Ruzanov MP, Battaile KP, Pai EF, **Neel BG**, Chirgadze N. Structural insights into Noonan/ LEOPARD Syndrome-related mutants of Protein-Tyrosine Phosphatase SHP2 (PTPN11) **BMC Struct Biol**, 2014 Mar 14; 14(1):10. PMCID: PMC4007598

194. Xu E, Forest MP, Schwab M, Avramoglu RK, St-Amand E, Caron AZ, Bellmann K, Shum M, Voisin G, Paquet M, Montoudis A, Lévy E, Siminovitch KA, **Neel BG**, Beauchemin N, Marette A. Hepatocyte-specific Ptpn6 deletion promotes hepatic lipid accretion, but reduces NAFLD in diet-induced obesity: potential role of PPARγ. **Hepatology**. 2014 May;59(5):1803-15. PMID: 24327268

195. Goodwin CB, Li XJ, Mali RS, Chan G, Kang M, Liu Z, Vanhaesebroeck B, **Neel BG**, Loh ML, Lannutti BJ, Kapur R, Chan RJ. PI3K p110δ uniquely promotes gain-of-function Shp2-induced GM-CSF hypersensitivity in a model of JMML. **Blood,** 2014 May 1;123(18):2838-42. PMCID: PMC4007610

196. Gurzov E, Tran M, Fernandez-Rojo M, Merry T, Zhang X, Xu Y, Fukushima A, Waters M, Watt M, Andrikopoulos S, **Neel BG**, Tiganis T. Hepatic oxidative stress promotes insulin-STAT-5 signaling and obesity by inactivating inactivating protein tyrosine phosphatase N2. **Cell Metab.**, 2014 Jul 1;20(1):85-102. PMCID: PMC4335267

197. Chen PC, Yin J, Yu HW, Yuan T, Fernandez M, Yung CK, Trinh QM, Peltekova VD, Reid JG, Tworog-Dube E, Morgan MB, Muzny DM, Stein L, McPherson JD, Roberts AE, Gibbs RA, **Neel  BG**\*, Kucherlapati R\*. Next-generation sequencing identifies rare variants

associated with Noonan syndrome. **Proc Natl Acad Sci U S A,** 2014 Aug 5;111(31):11473-8. PMCID: PMC4128129  **\*co-corresponding.**

198.  Gedye CA, Hussain A, Paterson J, Smrke A, Saini H, Sirskyj D, Pereira K, Lobo N, Stewart J, Go C, Ho J, Medrano M, Hyatt E, Yuan J, Lauriault S, Kondratyev M, van den Beucken T, Jewett M, Dirks P, Guidos CJ, Danska J, Wang J, Wouters B, **Neel B**, Rottapel R, Ailles LE. Cell surface profiling using high-throughput flow cytometry: a platform for biomarker discovery and analysis of cellular heterogeneity. **PLoS One**. 2014 Aug 29;9(8):e105602. doi: 10.1371/journal.pone.0105602. eCollection 2014. PMID: 25170899

199.  Chiappini F, Catalano KJ, Lee J, Peroni OD, Lynch J, Dhaneshwar AS, Wellenstein K, Sontheimer A, **Neel BG**,\* Kahn BB. Ventromedial hypothalamus-specific Ptpn1 deletion exacerbates diet-induced obesity in female mice. **J Clin Invest.,** 2014 Sep 2;124(9):3781-92. doi: 10.1172/JCI68585. Epub 2014 Aug 1.PMCID: PMC4151212 **\*co-corresponding**

200.  Usenko T, Chan G, Torlakovic E, Klingmuller U, **Neel BG.** Leukemogenic Ptpn11 allele causes defective erythropoiesis in mice. **PLoS One**. 2014 Oct 7;9(10):e109682. doi: 10.1371/journal.pone.0109682. eCollection 2014. PMCID: PMC4188809.

201.  Lee YS, Ehninger D, Zhou M, Oh JY, Kang M, Kwak C, Ryu HH, Butz D, Araki T, Cai Y, Balaji J, Sano Y, Nam CI, Kim HK, Kaang BK, Burger C, **Neel BG**, Silva AJ. Mechanism and treatment for learning and memory deficits in mouse models of Noonan syndrome. **Nat Neurosci;** 2014 Dec;17(12):1736-43. doi: 10.1038/nn.3863. Epub 2014 Nov 10. PMCID: PMC4716736.

202.  St-Germain JR, Taylor P, Zhang W, Li Z, Ketela T, Moffat J, **Neel BG**, Trudel S, Moran MF, Differential regulation of FGFR3 by PTPN1 and PTPN2. **Proteomics;** 015 Jan;15(2-3):419-33. doi: 10.1002/pmic.201400259. Epub 2014 Dec 17. PMID: 25311528.

203.  Dodd GT, Decherf S, Loh K, Simonds SE, Wiede F, Balland E, Merry TL, Münzberg H, Zhang ZY, Kahn BB, **Neel BG**, Bence KK, Andrews ZB, Cowley MA, Tiganis T. Leptin and insulin act on POMC neurons to promote the browning of white fat. **Cell;** 2015 Jan 15;160(1-2):88-104. doi: 10.1016/j.cell.2014.12.022. PMCID:PMC4453004

204.  Mazhab-Jafari MT, Marshall CB, Smith MJ, Gasmi-Seabrook GM, Stathopulos PB, Inagaki F, Kay LE, **Neel BG**, Ikura M. Oncogenic and RASopathy-associated K-RAS mutations relieve membrane-dependent occlusion of the effector-binding site. **Proc Natl Acad Sci U S ;** 2015 May 4. pii: 201419895. [Epub ahead of print]. PMCID: PMC4450377.

205.  Stewart EL, Mascaux C, Pham NA, Sakashita S, Sykes J, Kim L, Yanagawa N, Allo G, Ishizawa K, Wang D, Zhu CQ, Li M, Ng C, Liu N, Pintilie M, Martin P, John T, Jurisica I, Leighl NB, **Neel BG**, Waddell TK, Shepherd FA, Liu G, Tsao MS. Clinical utility of patient-derived xenografts to determine biomarkers of prognosis and map resistance pathways in EGFR-Mutant lung adenocarcinoma**. J Clin Oncol.;** 2015 Aug 1;33(22):2472-80. doi: 10.1200/JCO.2014.60.1492. Epub 2015 Jun 29. PMID: 26124487.

206.  Cordeddu V, Yin JC, Gunnarsson C, Virtanen C, Drunat S, Lepri F, De Luca A, Rossi C, Ciolfi A, Pugh TJ, Bruselles A, Priest JR, Pennacchio LA, Lu Z, Danesh A, Quevedo R, Hamid A, Martinelli S, Pantaleoni F, Gnazzo M, Daniele P, Lissewski C, Bocchinfuso G,

Stella L, Odent S, Philip N, Faivre L, Vlckova M, Seemanova E, Digilio C, Zenker M, Zampino G, Verloes A, Dallapiccola B, Roberts AE, Cavé H, Gelb BD, **Neel BG\***, Tartaglia M. Activating mutations affecting the Dbl homology domain of SOS2 cause Noonan syndrome. **Hum Mutat;** 2015 Nov;36(11):1080-7. doi: 10.1002/humu.22834. Epub 2015 Aug 3. PMCID: PMC4604019. **\*co-corresponding**

207. Hsu TY, Simon LM, Neill NJ, Marcotte R, Sayad A, Bland CS, Echeverria GV, Sun T, Kurley SJ, Tyagi S, Karlin KL, Dominguez-Vidaña R, Hartman JD, Renwick A, Scorsone K, Bernardi RJ, Skinner SO, Jain A, Orellana M, Lagisetti C, Golding I, Jung SY, Neilson JR, Zhang XH, Cooper TA, Webb TR, **Neel BG**, Shaw CA, Westbrook TF. The spliceosome is a therapeutic vulnerability in MYC-driven cancer. **Nature;** 2015 Sep 17;525(7569):384-8. doi: 10.1038/nature14985. Epub 2015 Sep 2. PMCID:PMC4831063

208. Hatlen MA, Arora K, Vacic V, Grabowska EA, Liao W, Riley-Gillis B, Oschwald DM, Wang L, Joergens JE, Shih AH, Rapaport F, Gu S, Voza F, Asai T, **Neel BG**, Kharas MG, Gonen M, Levine RL, Nimer SD. Integrative genetic analysis of mouse and human AML identifies cooperating disease alleles. **J Exp Med**. J Exp Med. 2016 Jan 11;213(1):25-34. doi: 10.1084/jem.20150524. Epub 2015 Dec 14. PMCID: PMC4710200

209. Liu X, Zheng H, Li X, Wang S, Meyerson HJ, Yang W, **Neel BG**, Qu CK. Gain-of-function mutations of Ptpn11 (Shp2) cause aberrant mitosis and increase susceptibility to DNA damage-induced malignancies. **Proc Natl Acad Sci U S A**. 2016 Jan 26;113(4):984-9. doi: 10.1073/pnas.1508535113. Epub 2016 Jan 11. PMCID: PMC4743778

210. Marcotte R, Sayad A, Brown KR, Sanchez-Garcia F, Reimand J, Haider M, Virtanen C, Bradner JE,  Bader GD, Mills GB, Pe'er D, Moffat J, **Neel BG**. Functional genomic landscape of human breast cancer drivers,vulnerabilities, and resistance. **Cell.** 2016 Jan 14; 164 (1-2): 293-309. PMCID: PMC4724865

211. Gu S, Chan WW, Mohi G, Rosenbaum J, Sayad A, Lu Z, Virtanen C, Li S, **Neel BG\***, Van Etten RA. Distinct GAB2 signaling pathways are essential for myeloid and lymphoid transformation and leukemogenesis by BCR-ABL1. **Blood**. 2016 Apr 7. pii: blood-2015-06-653006. [Epub ahead of print]. PMCID: PMC4825414 **\*co-corresponding**

212. Fang Z, Marshall CB, Yin JC, Mazhab-Jafari MT, Gasmi-Seabrook GMC, Smith MJ, Nishikawa T, Xu Y, **Neel BG**, Ikura M. Biochemical classification of disease-associated mutants of RAS-Like protein expressed in many tissues (RIT1). **J. Biol. Chem**. 2016 May 18. pii: jbc.M116.714196. [Epub ahead of print]. PMID:27226556

213. Banh RS, Iorio C, Marcotte R, Xu Y, Cojocari D, Rahman AA, Pawling J, Zhang W, Sinha A, Rose CM, Isasa M, Zhang S, Wu R, Vitrtanen C, Hitomi T, Habu T, Sidhu SS, Koizumi A, Wilkins SE, Kislinger T, Gygi SP, Schofield CJ, Dennis J W, Wouters BG, **Neel BG**. PTP1B controls non-mitochondrial oxygen consumption by regulating RNF213 to promote tumour survival during hypoxia. **Nature Cell Biology.** 2016 Jul;18(7):803-13. doi: 10.1038/ncb3376. Epub 2016 Jun 20. PMCID:PMC4936519

214. Yao Z, Darowski K, St-Denis N, Wong V, Offensperger F, Villedieu A, Amin S, Malty R, Aoki H, Guo H, Xu Y, Iorio C, Kotlyar M, Emili A, Jurisica I, **Neel BG**, Babu M, Gingras A-C, Stagljar I. A Global Analysis of the Receptor Tyrosine Kinase-Protein Phosphatase

Interactome. **Molecular Cell.** 2017 Jan 19;65(2):347-360. doi: 10.1016/j.molcel.2016.12.004. Epub 2017 Jan 5. PMID:28065597

215. Tiburcy M, Hudson JE, Balfanz P, Schlick SF, Meyer T, Chang Liao ML, Levent E, Raad F, Zeidler S, Wingender E, Riegler J, Wang M, Gold JD, Kehat I, Wettwer E, Ravens U, Dierickx P, van Laake L, Goumans MJ, Khadjeh S, Toischer K, Hasenfuss G, Couture LA, Unger A, Linke WA, Araki T, **Neel B**, Keller G, Gepstein L, Wu JC, Zimmermann WH. Defined Engineered Human Myocardium with Advanced Maturation for Applications in Heart Failure Modelling and Repair.**Circulation.** 2017 Feb 6. pii: CIRCULATIONAHA.116.024145. doi: 10.1161/CIRCULATIONAHA.116.024145. [Epub ahead of print] PMID:28167635

216. Tong J, Helmy M, Cavalli FM, Jin L, St-Germain J, Karisch R, Taylor P, Minden MD, Taylor MD, **Neel BG**, Bader GD, Moran MF. Integrated analysis of proteome, phosphotyrosine-proteome, tyrosine-kinome and tyrosine-phosphatome in acute myeloid leukemia. **Proteomics**.  2017 Mar;17(6). doi: 10.1002/pmic.201600361.PMID: 28176486

217. Medrano M, Communal L, Brown KR, Iwanicki M, Normand J, Paterson J, Sircoulomb F, Krzyzanowski P, Novak M, Doodnauth SA, Saiz FS, Cullis J, Al-Awar R, **Neel BG**, McPherson J, Drapkin R, Ailles L, Mes-Massons AM, Rottapel R. Interrogation of Functional Cell-Surface Markers Identifies CD151 Dependency in High-Grade Serous Ovarian Cancer. **Cell Rep**. 2017 Mar 7;18(10):2343-2358. doi: 10.1016/j.celrep.2017.02.028. PMID:2827345

218. Zhang X, Dong Z, Zhang C, Ung CY, He S, Tao T, Oliveira AM, Meves A, Ji B, Look AT, Li H, **Neel BG**, Zhu S. Critical Role for GAB2 in Neuroblastoma Pathogenesis through the Promotion of SHP2/MYCN Cooperation. **Cell Rep**. 2017 Mar 21;18(12):2932-2942. doi: 10.1016/j.celrep.2017.02.065. PMCID:PMC5393048

219. Yin JC, Platt MJ, Tian X, Wu X, Backx PH, Simpson JA, Araki T, **Neel BG**. Cellular interplay via cytokine hierarchy causes pathological cardiac hypertrophy in RAF1-mutant Noonan syndrome. **Nat Commun**. 2017 May 26;8:15518. doi:10.1038/ncomms15518. PMID: 28548091; PMCID: PMC5458545

220. Brana I, Pham NA, Kim L, Sakashita S, Li M, Ng C, Wang Y, Loparco P, Sierra R, Wang L, Clarke BA, **Neel BG**, Siu LL, Tsao MS. Novel combinations of PI3K-mTOR inhibitors with dacomitinib or chemotherapy in PTEN-deficient patient-derived tumor xenografts. **Oncotarget**. 2017 Jul 8;8(49):84659-84670. doi: 10.18632/oncotarget.19109. eCollection 2017 Oct 17.PMCID:PMC5689564

221. Tsutsumi R, Harizanova J, Stockert R, Schröder K, Bastiaens PIH, **Neel BG**. Assay to visualize specific protein oxidation reveals spatio-temporal regulation of SHP2. **Nat Commun**. 2017 Sep 6;8(1):466. doi: 10.1038/s41467-017-00503-w. PMID:28878211; PMCID: PMC5587708

222. Cimmino L, Dolgalev I, Wang Y, Yoshimi A, Martin GH, Wang J, Ng V, Xia B, Witkowski MT, Mitchell-Flack M, Grillo I, Bakogianni S, Ndiaye-Lobry D, Martín MT, Guillamot M, Banh RS, Xu M, Figueroa ME, Dickins RA, Abdel-Wahab O, Park CY, Tsirigos A, **Neel BG**, Aifantis I. Restoration of TET2 Function Blocks Aberrant Self-Renewal and Leukemia Progression. **Cell**. 2017 Sep 7;170(6):1079-1095.e20.doi: 10.1016/j.cell.2017.07.032. Epub 2017 Aug 17. PMCID:PMC5755977

**2018**

223. Gu S*, Sayad A, Chan G, Yang W, Lu Z, Virtanen C, Van Etten RA, **Neel BG***. SHP2 is required for BCR-ABL1-induced hematologic neoplasia. **Leukemia**. 2018 Jan;32(1):203-213. doi: 10.1038/leu.2017.250. Epub 2017 Aug 14.PMID: 28804122. *****co-corresponding**

224. Le Sommer S, Morrice N, Pesaresi M, Thompson D, Vickers MA, Murray GI, Mody N, **Neel BG**, Bence KK, Wilson HM, Delibegovic M. Deficiency in protein tyrosine phosphatase PTP1B shortens lifespan and leads to development of acute leukemia. **Cancer Res**. 2018 Jan 1;78(1):75-87. doi: 10.1158/0008-5472.CAN-17-0946. Epub 2017 Nov 9.PMCID:PMC5756472

225. Peled M, Tocheva AS, **Neel BG**, Sandigursky S, Nayak S, Philips EA, Nichols KE, Strazza M, Azulay-Alfaguter I, Askenazi M, Pelzek A, Ueberheide B, Mor A. Affinity purification mass spectrometry analysis of PD-1 uncovers SAP as a new checkpoint inhibitor. **Proc Natl Acad Sci U S A.** 2018 Jan 16;115(3):E468-E477. doi: 10.1073/pnas.1710437115. Epub 2017 Dec 27. PMCID:PMC5776966

226. Wang L, Iorio C, Yan K, Yang H, Takeshita S, Chen J, **Neel BG***, Yang W. An ERK/RSK-Mediated Negative Feedback Loop Regulates M-CSF-Evoked PI-3 Kinase/AKT Activation in Macrophages. **FASEB J**. 2018 Feb;32(2):875-887. doi: 10.1096/fj.201700672RR. Epub 2018 Jan 4. PMCID:PMC5888401 *****co-corresponding**

227. Zheng H, Yu WM, Waclaw RR, Kontaridis MI, **Neel BG**, Qu CK. Gain-of-function mutations in the gene encoding the tyrosine phosphatase SHP2 induce hydrocephalus in a catalytically dependent manner. **Sci Signal**. 2018 Mar 20;11(522). pii: eaao1591. doi: 10.1126/scisignal.aao1591. PMCID:PMC5915342

228. Zuo C, Wang L, Kamalesh RM, Bowen ME, Moore DC, Dooner MS, Reginato AM, Wu Q, Schorl C, Song Y, Warman ML, **Neel BG**, Ehrlich MG, Yang W. SHP2 regulates skeletal cell fate by modifying SOX9 expression and transcriptional activity. **Bone Res**. 2018 Apr 6;6:12. doi: 10.1038/s41413-018-0013-z. eCollection 2018. PMCID:PMC5886981

229. Cybulska P, Stewart JM, Sayad A, Virtanen C, Shaw PA, Clarke B, Stickle N, Bernardini MQ, **Neel BG**. A Genomically Characterized Collection of High-Grade Serous Ovarian Cancer Xenografts for Preclinical Testing. **Am J Pathol**. 2018 May;188(5):1120-1131. doi: 10.1016/j.ajpath.2018.01.019. Epub 2018 Feb 16. PMID: 29458007

230. Tajan M, Pernin-Grandjean J, Beton N, Gennero I, Capilla F, **Neel BG**, Araki T, Valet P, Tauber M, Salles JP, Yart A, Edouard T. Noonan syndrome-causing SHP2 mutants impair ERK-dependent chondrocyte differentiation during endochondral bone growth. **Hum Mol Genet**. 2018 Jul 1;27(13):2276-2289. doi: 10.1093/hmg/ddy133. PMID:29659837.

231. Fedele C, Ran H, Diskin B, Wei W, Jen J, Geer MJ, Araki K, Ozerdem U, Simeone DM, Miller G, **Neel BG***, Tang KH. SHP2 Inhibition Prevents Adaptive Resistance to MEK Inhibitors in Multiple Cancer Models. **Cancer Discov**. 2018 Jul 25. pii: CD-18-0444. doi: 10.1158/2159-8290.CD-18-0444. [Epub ahead of print]. PMID:30045908. *****co-corresponding**

232.  Tsutsumi R, Ran H, **Neel BG**. Off-target inhibition by active site-targeting SHP2 inhibitors. **FEBS Open Bio**. 2018 Aug 1;8(9):1405-1411. doi: 10.1002/2211-5463.12493. eCollection 2018 Sep. PMCID:PMC6120237.

233.  Xu Y, Taylor P, Andrade J, Ueberheide B, Shuch B, Glazer PM, Bindra RS, Moran MF, Linehan WM, **Neel BG**. Pathological Oxidation of PTPN12 Underlies ABL1 Phosphorylation in Hereditary Leiomyomatosis and Renal Cell Carcinoma. **Cancer Research**. 2018 Oct 8. doi: 10.1158/0008-5472.CAN-18-0901. [Epub ahead of print]. PMID:30297534.

234.  Nagy Z, Vögtle T, Geer MJ, Mori J, Heising S, Di Nunzio G, Gareus R, Tarakhovsky A, Weiss A, **Neel BG**, Desanti GE, Mazharian A, Senis YA. The *Gp1ba-Cre* transgenic mouse: a new model to delineate platelet and leukocyte functions. **Blood**. 2018 Nov 14. pii: blood-2018-09-877787. doi: 10.1182/blood-2018-09-877787. [Epub ahead of print]. PMID:30429161

**Reviews:**

1.  Hayward WS, **Neel BG**. Retroviral gene expression. In: Henle W, et al. eds. Current Topics Microbiology Immunology, vol 91. New York: **Springer-Verlag;** 1981: pp. 217-276.

2.  Hayward WS, **Neel BG**, Astrin SM. Avian leukosis viruses: activation of cellular onc genes. In: Klein G, ed. Advances in Viral Research and Therapy. New York: **Raven Press;** 1982: pp. 207-233.

3.  Hayward WS, **Neel BG**, Astrin SM. Oncogene activation by avian leukosis virus. **J. Cell. Biochem;** Suppl., 1982; 0:199.

4.  **Neel BG**. Tumor Suppressor Genes. In: Kumar R, Neel BG, eds. Molecular Basis of Human Cancer, Mount Kisco, NY, 1993: pp. 17-143.

5.  **Neel BG**. Structure and function of SH2 domain-containing tyrosine phosphatases. **Seminars in Cell Biology;** 1993 Dec;4(6):419-32. PMID: 8305681.

6.  Tonks NK, **Neel BG**. From form to function: signaling by protein tyrosine phosphatases. **Cell;** 1996; 87:365-368. PMID: 8898190.

7.  **Neel BG,** Tonks NK. Protein tyrosine phosphatases in signal transduction. Curr. Op. Cell Biol.; 1997 Apr;9(2):193-204. PMID: 9069265.

8.  **Neel BG**. Role of phosphatases in lymphocyte activation. **Curr. Op. Immunol**.; 1997 Jun;9(3):405-20. PMID: 9203149.

9.  Van Vactor D, O'Reilly AM, **Neel BG**. Genetic analysis of protein tyrosine phosphatases. **Curr. Op. Genet. Develop;** 1998 Feb;8(1):112-26. PMID: 9529614.

10.  Barford D, **Neel BG**. Revealing mechanisms for SH2 domain-mediated regulation of the protein tyrosine phosphatase SHP-2. **Structure**; 1998 Mar 15;6(3):249-54. PMID: 9551546.

11.  Siminovitch KA, **Neel BG**. Regulation of B cell signal transduction by SH2-containing protein-tyrosine phosphatases. **Seminars in Immunolog**y; 1998 Aug;10(4):329-47. PMID: 9695189.

12.  Cantley LC, **Neel BG**. New insights into tumor suppression: PTEN suppresses tumor formation by restraining the phosphoinositides 3-kinase/AKT pathway. **Proc. Natl. Acad. Sci. USA;** 1999; 96:4240-4245. PMCID: PMC33561.

13.  **Neel BG**. Dedication. **Semin Immunol;** 2000 Aug;12(4):345-6. PMID: 10995580.

14.  **Neel BG**. Introduction: phosphatases in the immune system. **Semin Immunol;** 2000 Aug;12(4):347-8. PMID: 10995581.

15.  Tonks NK, **Neel BG**. Combinatorial control of the specificity of protein tyrosine phosphatases. **Curr Opin Cell Biol;** 2001;13:182-95. PMID: 11248552.

16.  Gu H, **Neel BG**. The "Gab" in signal transduction. **Trends Cell Biol;** 2003;13:122-30. PMID: 12628344.

17.  **Neel BG**, Gu H, Pao L. The "Shp"ing news: Sh2 domain-containing tyrosine phosphatases in cell signaling. **Trends Biochem Sci;** 2003; 28:284-93. PMID: 12826400.

18.  **Neel BG**, Gu H, Pao L. SH2 domain-containing Protein-Tyrosine Phosphatases. **Handbook of Cell Signaling 2003;** Chapter 118:707-728.

19.  Epstein JA, **Neel BG**. Signal transduction: an eye on organ development. **Nature;** 2003;426:238-9. PMID: 14628032.

20.  Bentires-Alj M, Kontaridis MI, **Neel BG**. Stops along the RAS pathway in human genetic disease. **Nat. Med;** 2006;12:283-285. PMID: 16520774.

21.  Courtneidge SA, **Neel BG**. Genetic and cellular mechanisms of oncogenesis. **Curr Opin Genet Dev;** 2007 Feb;17(1):23-30. Epub 2007 Jan 16. PMID: 17227708.

22.  Mohi MG, **Neel BG**. The role of Shp2 (PTPN11) in cancer. Curr Opin Genet Dev. 2007; 17(1):23-30. Epub 2007 Jan 16. Review.

23.  Pao LI, Badour K, Siminovitch KA, **Neel BG**. Non-receptor Protein-Tyrosine Phosphatases in immune cell signaling. **Annu Rev Immunol;** 2007 Jan 2;25:473-523. PMID: 17291189.

24.  Chan G, Kalaitzidis D**, Neel BG**. The Tyrosine phosphatase Shp2 (PTPN11) in cancer. **Cancer Metastasis Rev;** 2008 Jun; 27(2):179-92. Review. PMID:18286234.

25.  Araki T, **Neel BG**. Animal models for NS and related disorders. **Monographs in Human Genetics;** Karger Pub, Vol. 17, pg 138 - 150, 2009.

26.  **Neel BG,** Chan G, Dhanji S. Shp2 domain-containing protein-tyrosine phosphatases. **Handbook of Cell Signalling**; Vol. 2 (eds Bradshaw, R. A.& Dennis, E. A.) Ch. **98**, 771– 809 (2009).

27. Karisch R, **Neel, BG.** Methods to monitor classical protein-tyrosine phosphatase oxidation, **FEBS Journal;** Epub 2012 May 12, 2013 Jan;280(2):459-75.  PMID: 22577968.

28. Yang W, **Neel BG.** From an orphan disease to a generalized molecular mechanism: PTPN11 loss-of-function mutations in the pathogenesis of metachondromatosis. **Rare Diseases;** Oct 2 2013 Landes Bioscience 1, e26657 PMID: 25003010

29. Xu Y, **Neel BG**. Redox regulation of PTPs in metabolism: Focus on Assays in Protein Tyrosine Phosphatase Control of Metabolism, **(ed. Bence, K);** Ch. **1**, Springer Vol XI:1-26, 2013.

30. Ran H, Tsutsumi R, Araki T, **Neel BG**. Sticking It to Cancer with Molecular Glue for SHP2. **Cancer Cell.** 2016 Aug 8;30(2):194-6. doi: 10.1016/j.ccell.2016.07.010. PMID:27505669

31. Chan G, **Neel BG.** Role of PTPN11 (SHP2) in Cancer.  In: Neel BG, Tonks NK, eds. Protein Tyrosine Phosphatases in Cancer. New York: **Springer**, 2016. pp.115-143.

32. Chan G, **Neel BG**. Bad neighbors cause bad blood. **Nature**;  2016  Nov 10;539 (7628):173-175, doi: 10.1038/nature19479, PMID: 27783594

33. Cimmino L, **Neel BG***, Aifantis I. Vitamin C in Stem Cell Reprogramming and Cancer. **Trends Cell Biol.** 2018 Sep;28(9):698-708. doi: 10.1016/j.tcb.2018.04.001. Epub 2018 Apr 30. Review. PMCID:PMC6102081. **\*co-corresponding**


**Meeting Reports**

1. **Neel BG**.  Anti-Receptor Signaling Strategies in Human Neoplasia - First International Symposium, Chicago, IL;  IDdb Meeting Report  2002, September 19-21.

2. Rauen KA, Schoyer L, McCormick F, Lin AE, Allanson JE, Stevenson DA, Gripp KW, Neri G, Carey JC, Legius E, Tartaglia M, Schubbert S, Roberts AE, Gelb BD, Shannon K, Gutmann DH, McMahon M, Guerra C, Fagin JA, Yu B, Aoki Y, **Neel BG**, Balmain A, Drake RR, Nolan GP, Zenker M, Bollag G, Sebolt-Leopold J, Gibbs JB, Silva AJ, Patton EE, Viskochil DH, Kieran MW, Korf BR, Hagerman RJ, Packer RJ, Melese T. Proceedings from the 2009 genetic syndromes of the Ras/MAPK pathway: From bedside to bench and back. **Am J Med Genet A.** 2010 Jan; 152A(1):4-24.

3. Korf B, Ahmadian R, Allanson J, Aoki Y, Bakker A, Wright EB, Denger B, Elgersma Y, Gelb BD, Gripp KW, Kerr B, Kontaridis M, Lazaro C, Linardic C, Lozano R, MacRae CA, Messiaen L, Mulero-Navarro S, **Neel B**, Plotkin S, Rauen KA, Roberts A, Silva AJ, Sittampalam SG, Zhang C, Schoyer L.The Third International Meeting on Genetic Disorders in the RAS/MAPK Pathway: Towards a Therapeutic Approach. **Am J Med Genet A**. 2015 Apr 21. doi: 10.1002/ajmg.a.37089. [Epub ahead of print] PMID: 25900621

**Books**

1.  **Neel BG**, Kumar R, eds.  Molecular Basis of Human Cancer. New York: **Mount Kisco**, 1993. Print.

2.  **Neel BG**, Tonks NK, eds. Protein Tyrosine Phosphatases in Cancer. New York: **Springer**, 2016. eBook and Print.

# APPENDIX C

# Previous Four Years of Expert Testimony for Benjamin Neel, M.D., Ph.D.

Dr. Benjamin Neel has not testified as an expert at trial or by deposition during the previous four years.