# EXHIBIT C20

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                          MDL NO. 16-2738 (FLW) (LHG)

*THIS DOCUMENT RELATES TO ALL CASES*

**EXPERT REPORT OF IE-MING SHIH, MD, PHD**
**FOR GENERAL CAUSATION *DAUBERT* HEARING**

Date: February 25, 2019

_____
Ie-Ming Shih, MD, PhD

**EXPERT REPORT ON THE ALLEGED CAUSAL ROLE OF TALC IN OVARIAN CANCER**

Ie-Ming Shih, MD, PhD

Richard W. TeLinde Distinguished Professor of Gynecologic Pathology
Director of the inter-departmental TeLinde Gynecologic Pathology Research Program
Co-Director of the Breast and Ovarian Cancer program, Sidney Kimmel Comprehensive Cancer Center
Johns Hopkins University School of Medicine
Baltimore, Maryland

## INTRODUCTION, SCOPE OF REPORT, AND SUMMARY OF OPINIONS

I understand that plaintiffs' experts – in particular, Dr. Ghassan Saed and Dr. Sarah Kane – have offered opinions for litigation regarding the biological mechanisms by which perineal talc might cause or worsen the prognosis of ovarian cancer. I was asked to review these litigation opinions and to assess their scientific validity and the reliability of the methods employed to formulate them. Based on my experience and expertise as a pathologist who focuses on gynecological pathology and carcinogenesis, I have formed the following opinions, which I detail in this report:

1. Dr. Saed's and Dr. Kane's opinions related to the biological plausibility of the theory that talc powder use can cause ovarian cancer or increase the risk of ovarian cancer are not the product of reliable methods and are contrary to established scientific knowledge.

2. Dr. Saed's experimental results, including those published (in press), are fraught with research design flaws, and the results fail to support or negate his hypothesis – they are simply irrelevant. He has not developed any evidence that supports the theory that talc powder has a carcinogenic role in ovarian cancer development.

3. Based on the recent research findings as published, I did not find any evidence – molecular, biological, pathological or epidemiological in nature – that supports the conclusion that talc can cause or increase the risk of ovarian cancer.

4. Dr. Saed failed to provide an adequate disclosure of a significant conflict of interest in his manuscript, and his failure to do so calls all of his work and conclusions into question.

## SUMMARY OF RELEVANT EXPERIENCE AND QUALIFICATIONS

I am a pathologist with expertise in gynecologic pathology, especially in the carcinogenesis and etiology of ovarian cancer (i.e., how ovarian cancer develops in women). I am certified in Anatomic Pathology by the American Board of Pathology. I received my medical degree from the Taipei Medical University in 1988, as well as a Ph.D. in Biomedical Graduate Study (Pathology) from the University of Pennsylvania in 1993. Thereafter, I completed a residency in Anatomic Pathology and a clinical fellowship in Gynecologic Pathology at the Johns Hopkins Hospital, and a research fellowship in Cancer Genetics at Johns Hopkins Oncology Center.

I currently hold an appointment as the Richard W. TeLinde Distinguished Professor of Gynecologic Pathology in the Department of Gynecology and Obstetrics at Johns Hopkins Medical Institutions (see the link below), where I also hold secondary appointments in the Departments of Oncology and Pathology. I additionally serve as the Director of the Johns Hopkins Inter-departmental TeLinde Gynecologic Pathology Research Program (www.gynecologycancer.org) and as a Co-director of the Breast and Ovarian Cancer Program at the Sidney Kimmel Comprehensive Cancer Center at the Johns Hopkins University School of Medicine. Of note, the Richard W. TeLinde distinguished (endowed) professorship is considered the most prestigious position of gynecologic pathology in the country. https://professorships.jhu.edu/professorship/richard-w-telinde-distinguished-professorship-in-gynecological-pathology/.

My research focuses on exploring carcinogenesis, genomic landscapes and pathogenesis of ovarian and endometrial cancers, developing new target-based therapy and applying innovative technology for early detection of gynecologic cancer. My research team has proposed the new model in classifying ovarian cancer, which has become widely used, helped elucidate the origin of ovarian cancer and develops new technology to detect ovarian cancer. My research group also pioneered elucidating the molecular landscapes in different types of ovarian cancer and identifying novel genes and pathways involved in cancer initiation, chromatin remodeling, chromosomal instability, cytokinesis and tumor invasion in ovarian cancer, providing new insight into how ovarian cancer occurs.

I have received many research awards from US government agencies, including the National Institutes of Health ("NIH") and National Cancer Institute ("NCI") and the Department of Defense (DoD), to study ovarian cancer-related topics. Pursuant to these awards, my research team, in collaboration with medical and gynecologic oncologists, is initiating new clinical trials that capitalize on our new molecular research findings. For example, I am the Principal Investigator in the recent NIH/NCI awarded SPORE (Specialized Program of Research Excellence) for Ovarian Cancer ($12.5 million for 5 years, 2018-2023), and I am leading the multi-institutional team for translational ovarian cancer research, including the development of early detection and novel therapies by further understanding ovarian cancer initiation and progression and by better understanding ovarian cancer biology. I have also been the Principal Investigator or key project leader in several research projects supported by NIH/NCI, DoD and several private foundation awards. Under my leadership, the TeLinde Gynecologic Pathology Research Program has generated more than $6.6 million of research funds each year, making my research program the most successful gynecologic pathology research group in the country.

I have published more than 350 original articles and book chapters in prestigious medical and science journals such as *New England Journal of Medicine*, *Cancer Cell*, *Journal of National Cancer Institute*, *PNAS*, *Science, Lancet Oncology, Nature* and *Nature Medicine*, etc., which have been cited more than 32,000 times in the literature, making me one of the most cited gynecologic pathologists in the world. My 2017 paper published in *New England Journal of Medicine* (related to molecular changes in the very beginning of a specific type of ovarian cancer) received the Most Influential Paper Prize in Gynecology field in 2017 from the Columbia Hospital for Women Research Foundation. I am also one of the contributors to book chapters in gynecology textbooks and the WHO Classification of Tumors of Female Reproductive Organs

2

published by the IARC 2014 in defining different types of ovarian cancer. I have been invited to give more than 110 lectures worldwide, many of which related to ovarian cancer. In particular, I have given 36 invited lectures on the carcinogenesis of ovarian (high-grade) cancer. These lectures reflect my academic status and international reputation on the subject of how ovarian cancer develops. I have been on several advisory boards, such as the NCI Ovarian Task Force of Gynecologic Cancer Steering Committee and Ovarian Cancer Research Alliance, and served as an editorial board member of *Cancer Research*, *Journal of Pathology*, *American Journal of Pathology* and several others.

I am serving as an expert on ovarian cancer carcinogenesis in this litigation. In particular, I was asked to review the expert report and related work of Dr. Ghassan Saed. My reimbursement rate is commensurate to my experience and academic status mentioned above: $800/hr for preparing reports, $1400/hr for deposition, $1200/case for reviewing tissue materials and generating pathology reports.

## OPINIONS

The following opinions are based on my expertise, experience, training, my previous and ongoing research, as well as knowledge from reading the relevant scientific literature. Based on an assessment of the totality of the evidence, and following the methodology set forth below, I hold the opinions offered in this report to a reasonable degree of scientific and medical certainty. I reserve the right to amend or supplement this report as new information becomes available.

This report is divided into four sections. I begin with a brief overview (section A). I then express my opinions in two parts. Section B sets forth the serious problems with Dr. Saed's research findings provided in his expert report and the in-press article. I conclude that Dr. Saed's research does not support the conclusions he offers in his expert report or his article. Section C addresses my understanding of whether talc powder is a cause of ovarian cancer, including the lack of scientific evidence to support the conclusion that talc could cause ovarian cancer. And Section D discusses the problematic implications of Dr. Saed's failure to disclose in his manuscript that the funding he received was from a law firm with a vested interest in the results of his study.

## A. Overview

Very few true ovarian cancer risks have been established. They include the BRCA1/2 inherited mutations and the increased accumulated times of ovulation in a woman's lifetime (affected by oral contraceptive use, oocyte induction, child bearing, breast feeding, etc.). Approximately 1.3% of women in the general population will develop ovarian cancer sometime during their lives (Howlader et al., 2017). But in women who carry the germline mutations, the chance dramatically increases by the age of 80 to ~ 44% of women who inherit a harmful BRCA1 mutation and ~ 17% of women who inherit a harmful BRCA2 mutation (Kuchenbaecker et al., 2017). Ovarian cancer precursor lesions are also enriched in BRCA1/2 mutation carriers (Visvanathan et al., 2018). Similarly, more ovulations increase the risk of ovarian cancer, the so-called "incessant ovulation theory" of ovarian cancer (Fathalla, 2013; Havrilesky et al., 2013; Lurie et al., 2008). The above conclusions are reproducible and unequivocal and have become generally accepted in the field of ovarian cancer carcinogenesis.

Several studies have reported an association between ovarian cancer and the use of talcum powder on the perineal area. In 2010, the International Agency for Research on Cancer ("IARC") classified perineal use of talc as a possible carcinogen. As compared to the published reports confirming scientifically accepted ovarian cancer risks, the studies focusing on delineating the alleged ovarian cancer-promoting roles of talc are fraught with several issues, including study design, incorrect interpretation of the study results, and premature conclusions. Therefore, credible support for the theory that talc can cause ovarian cancer is lacking. In Section C of this report, I will carefully examine the published evidence (especially after 2010) that is related to the alleged role of talc in the development of ovarian cancer.

## B. Dr. Saed's And Dr. Kane's Conclusions

In this part, I identify problems related to the interpretations and conclusions made by Dr. Saed, who conducted experiments on talc powder and argues that talc could cause ovarian cancer development, as well as the opinions of Dr. Kane, who puts forth a number of the same points raised by Dr. Saed but also offers a few additional opinions of her own. I first address Dr. Saed's opinions (B.1) and in-press article (B.2). I then address the additional opinions offered by Dr. Kane (B.3).

### 1. Dr. Saed's statements in his expert report

Dr. Saed purports to have conducted laboratory research that supports the theory that talc use can cause ovarian cancer. According to Dr. Saed:

*"1. Johnson's Baby Powder elicits an inflammatory response in normal ovarian and tubal cells and in ovarian cancer cells that can result in the development and progression of ovarian cancer."* (*See, e.g.*, Saed Rep. at 20; *see also id.* at 10.)
*"2. This pro-carcinogenic process involves oxidative stress, alteration of the redox environment by increasing oxidant enzymes and decreasing anti-oxidant enzymes, promotion of cell proliferation, inhibition of apoptosis, and induction of specific genetic mutations."* (*See, e.g.*, Saed Rep. at 20; *see also id.* at 16-17.)
*"3. Johnson's Baby Powder exposure results in elevation of CA-125, a clinically relevant biomarker for ovarian cancer, in normal and ovarian cancer cells."* (*See, e.g.*, Saed Rep. at 20; *see also id.* at 18.)
*"4. The molecular effects resulting from Johnson's Baby Powder exposure exhibit a clear dose-response pattern."* (*See, e.g.*, Saed Rep. at 20; *see also id.* at 17.)

Dr. Saed concludes that "Johnson's Baby Powder exposure can cause ovarian cancer." (*See, e.g.*, Saed Rep. at 20.)

Dr. Saed's research is unreliable and his conclusions reveal a fundamental misunderstanding of ovarian cancer, for several reasons.

**Excessive Talc Concentration.** The talc concentrations used in Dr. Saed's experiments (from 20-100 mg/ml) are higher than would be encountered in real-world (i.e., physiological) conditions. If use of such a high concentration was deemed appropriate by the researcher, he

needed to show a similar talc concentration range in human gynecologic tissues from those who had prior exposures. Otherwise, his data cannot be extrapolated to patients in real life. But no such showing was made here. Therefore, the observations made in Dr. Saed's report concerning cell growth, inhibition of cell death (apoptosis) and CAT expression and enzymatic activity in epithelial ovarian cancer cell lines and other cell lines (which are not relevant to ovarian cancer initiation) – are most likely the results of abnormally high concentrations of talc, which is not relevant to human biology.

**Use of Cancer Cell Lines.** Dr. Saed's study is also problematic because, although he was attempting to support the hypothesis that talc powder can cause ovarian cancer, Dr. Saed's study relies extensively on claimed effects of talc powder (under a non-physiological concentration) on cancer cell lines. Cancer cell lines were originally derived from cancer tissues and they are already cancer cells, meaning not normal cells anymore. If one wishes to show that the chemical of interest is potentially carcinogenic, one should show its biological effects on normal non-transformed cells – in this case, the normal fallopian tube epithelial cells. But this was not reported in Dr. Saed's study. (Dr. Saed did include immortalized cancer-free cells as well, but these are not normal cells.) Therefore, the research team missed the point regarding whether talc particles can cause ovarian cancer. Another problem with the study design is that the researchers mistakenly used an A2780 cell line as an ovarian high-grade serous cancer cell line. But in fact, A2780 is unlikely an ovarian high-grade serous cancer line and should not have been relevant in this study, reflecting the limited knowledge of the research group in studying ovarian cancer (Anglesio et al., 2013; Domcke et al., 2013).

Another related concern is the experiment related to oxidative stress. According to Dr. Saed, there is "*substantial evidence demonstrating that altered oxidative stress may play a role in maintaining the oncogenic phenotype of [epithelial ovarian cancer] cells.*" (*See, e.g.*, Saed Rep. at 17-18 (emphasis added).) But again, Dr. Saed's research does not show whether this is true in normal fallopian tube epithelial cells that give rise to ovarian cancer. In fact, what Dr. Saed really showed is the effect on cancer cells, which are characterized by a very different molecular and biological landscape from normal counterparts. If one wishes to demonstrate whether the chemical can induce malignant changes, one should focus on studying the effects of the chemical on normal fallopian tube epithelial cells.

**Irrelevance of CA-125 Finding.** Dr. Saed misstates the relevance of his findings with respect to CA-125. CA-125 is an FDA-approved ovarian cancer biomarker for monitoring disease status after treatment. It is definitely not a cancer-specific biomarker, as many normal tissues express CA-125 in the absence of cancer or its precursor. Therefore, CA-125 should not be considered as indicating the onset or heightened risk of the development of ovarian cancer. Thus, Dr. Saed's statement in the conclusion of his report that CA-125 is a "clinically relevant biomarker for ovarian cancer" (*see, e.g.*, Saed Rep. at 20) is misleading, and the data from CA-125 are not relevant to support the researcher's conclusion.

**Extrapolation From In Vivo Experiment.** Dr. Saed claims in his summary paragraph that "*This study has shown a dose-dependent significant increase in key pro-oxidants . . . and a concomitant decrease in key antioxidant enzymes . . . in all talc treated cells (both normal and ovarian cancer) compared to their controls.*" (*See, e.g.*, Saed Rep. at 19.) But the significance of

this finding is unclear. Although a dose-dependent phenomenon is relevant to assessing causal effect in biological studies, a broader conclusion on causation would depend on demonstration of a similar dose-dependent effect in women – i.e., that women who apply talc perineally have a higher risk when they are exposed to a higher dosage of talc powder (more frequent use and/or longer period of time, for example). Dr. Saed's experiment obviously does not answer this question. Moreover, all the data as presented in Dr. Saed's report were based on *in vitro* (in petri dishes or test tubes) experiments, and their significance *in vivo* (in real animal or human tissues) is essentially unknown. Therefore, Dr. Saed's leap to a causal conclusion in his "Summary of Opinions" is not supported from the perspective of careful scientific investigation.

**Studies Not Conducted.** Dr. Saed acknowledged that there are other studies that he could have conducted – and even proposed conducting – but chose not to conduct due to claimed limitations on time and money. For example, he testified that animal experiments would be necessary to confirm that his *in vitro* experiments actually modeled chronic inflammation (Saed Dep. vol. 2, 542:16-25), but he did not conduct animal studies because he did not "have the time to do it and the money" (Saed Dep. vol. 1, 50:10-13). Dr. Saed similarly explained that he ultimately decided not to conduct other tests he had initially proposed, including one that he deemed essential to establishing a "cause and effect" relationship between talc exposure and ovarian cancer, because such testing would have taken more time and money. (Saed Dep. vol. 2, 498:6-17, 501:14-502:5, 503:10-505:20, 509:23-510:9, 513:9-14.) But science is a purely evidence-based and evidence-driven discipline, and limitations of money and time (or other matters mentioned in Dr. Saed's deposition, including reagents and assays) cannot excuse a lack of scientific rigor.

## 2. Dr. Saed's "In-Press" Paper in *Reproductive Science*

There are several problems with Dr. Saed's article as well, most of which are similar to the problems I have already identified with respect to his expert report.

**Cell Lines.** Three "ovarian cancer" cell lines were used in Dr. Saed's research. SKOV3 and A2780 in this new publication are not true ovarian high-grade serous cancer cells (Anglesio et al., 2013; Domcke et al., 2013). The third cell line employed, TOV112D, is a known ovarian endometrioid carcinoma cell line (Anglesio et al., 2013). This is concerning because none of the three "ovarian" cancer cell lines used were derived from high-grade serous carcinoma, which is the most common histological subtype of ovarian cancer and the disease focus of several of plaintiffs' epidemiology experts in this litigation.

**Concentration.** The talcum powder in this study was dissolved in DMSO at a concentration of 500 mg in 10 ml. (Manuscript at 5.) It is certainly unknown whether this concentration is relevant to ovarian tissue exposure to perineal use of talcum powder in women. Therefore, the significance of the results – including the expression levels of antioxidant enzymes, SOD, CAT, GPX and GSR as well as pro-oxidants, INOS, $NO_2$-/$NO_3$- and MPO in normal and ovarian cancer cells – is unclear.

**Purported Mutations.** The Saed paper states that, "*[r]emarkably, talc exposure induced specific point mutations that are known to alter the activity in some of these key enzymes.*" (Manuscript at 2.) The gene variants that were reported by Saed were not listed as cancer driver genes

(Tamborero, 2013), and therefore their biological significance in initiating human ovarian cancer is totally unknown. There is no evidence demonstrating these variants occur significantly in human ovarian cancer either. In addition, this statement has no solid support from the data provided (Table 2). Single nucleotide polymorphisms (SNPs) – a type of genetic variation – did occur in certain enzymes in some cell lines, but the reported mutant allele frequency (MAF) was low in general. This discrepancy is significant. A fundamental tenet of cancer genetics is that the mutations that drive tumor development, such as *TP53*, *KRAS* and many others, should be much higher (> 50% in cancer cell lines and > 10% in cancer tissues because of contamination from normal tumor stromal cells). As an example, *KRAS* mutation is an established cancer driver event, and it usually mutates in one of a pair of alleles (inherited from one either mother or father) but not in the other, so the MAF is 50%. Thus, the reported findings suggest that mutations likely occur as a random event. In fact, the authors also said in the Result section that, "*[i]ntriguingly, talc treatment reversed this SNP genotype to the normal genotype (Table 2).*" (Manuscript at 8.) Based on my expertise in biology and cancer genetics, I can attest that this result of genotyping is of unknown significance and in any event is not related to the risk of talcum powder in promoting ovarian cancer. This is because these changes will not significantly affect any functions of the enzyme (meaning that the mutations do not have carcinogenic potential) unless the biochemistry can provide further evidence to support a different finding. In short, showing SNP changes does not prove or even suggest that an exposure is carcinogenic. The investigator would need to show a malignant or pre-cancerous change in tissue – and Dr. Saed has not done this.

**CA-125.** The authors state that talc treatment increased CA-125 levels in normal and ovarian cancer cells. (Manuscript at 8.) But for the reasons explained above, this is of no biological significance at all. CA-125 (also known as mucin 16) is a "biomarker" to monitor ovarian cancer during treatment. It has nothing to do with the disease biology (development of ovarian cancer). Nor, in any event, is CA-125 specific to ovarian cancer or, indeed, cancer generally. In gynecologic pathology, women who have several benign diseases (not cancers) have an increased CA-125 level in serum. Gynecologic tissues such as normal fallopian tube epithelium express CA-125. The best interpretation is that the increased CA-125 levels reflect a cell response to environmental stress (talc powder) – and not that this response has anything to do with ovarian cancer.



Figure 1. A representative photomicrograph showing the cell death (apoptosis) of epithelial cells in response to inflammation. There are many cells undergoing apoptosis (a kind of cell death) (arrows). These cells are characterized by pyknotic nuclei and eosinophilic condensed cytoplasm. Surrounding the epithelial nest are abundant lymphocytes and some leukocytes.

7

**Cell Proliferation.** The final conclusion provided in this paper is that the talc treatment increased cellular proliferation and decreased apoptosis (cell death). (Manuscript at 8.) But cell proliferation is not specific to cancer, as normal cells also proliferate all the time (like bone marrow blood cells and uterine epithelial cells) to replace normally aging cells. Thus, increased cellular proliferation itself does not suggest carcinogenicity. In other words, cellular proliferation is required but not sufficient to induce cancer. Rather, conceptually, if talc were a carcinogen, it would damage cell DNA first (mutagenic), causing either (1) growth arrest in non-transformed "normal" epithelial cells that repair DNA damage; or (2) cell death when the DNA damage is extensive and beyond the repair capacity of cells (**Figure 1**). But the result published is just the opposite (i.e., increased cell growth), and thus does not support the conclusion that talc is a mutagen or carcinogen. There are also numerous flaws associated with this experiment. For example, a time dependent cellular proliferation and apoptosis should be shown, different talc concentrations should be tested, more rigorous cell growth assays should be used, and more "normal" tubal epithelial and ovarian surface epithelial cells including the freshly prepared (non-transformed) ones should be used.

The assay for apoptosis suffered a similar pitfall in that other apoptotic markers should be employed. Moreover, reduced apoptosis itself is not a marker for tumorigenesis. In fact, apoptosis is more frequently seen in ovarian cancer precursor lesions and ovarian cancer than in normal counterparts (fallopian tube epithelium). And in any event, whether this talc-induced increased proliferation and decreased apoptosis can be observed in vivo is not known. Therefore, these *in vitro* results and conclusions cannot be extrapolated to support the hypothesis that talc use can cause ovarian cancer.

### 3. Dr. Kane's Opinions

Dr. Kane has also expressed an opinion on the alleged causal role of talc in ovarian cancer development. Dr. Kane's opinions are mostly similar to those described by Dr. Saed, and these opinions are covered by the points I have set forth above (in B.1 and B.2). But Dr. Kane also offers two additional opinions: (1) that "*[t]here is also evidence that these [talcum powder] products can be transported through the lymphatic system (Cramer 2007)" or by "inhalation leading to lymphatic transport to the ovaries (Suzuki 1991, Marchiori 2010, Frank 2011)*"; and (2) that "*[t]here are chemical similarities between asbestos and talc and there are striking pathological similarities between invasive serous ovarian cancer and mesothelioma.*" (*See, e.g.*, Kane Rep. at 4-5.) I explain the invalidity of these arguments as support for the hypothesis that talc powder is causally related to ovarian cancer risk in this section.

**"Lymphatic transport**." Although the lymphatic transportation of inhaled topically applied talc powder could occur in rare cases, this is not relevant to the central argument that talc is carcinogenic in the ovary. If talc particles can travel through the lymphatic channel to the ovaries, they should be able to reach other human body parts and tissues as well because the lymphatic system runs throughout the body. There are no reports showing that talc is associated with other types of female (or male) cancer like colon cancer, liver cancer, stomach cancer, prostate cancer and pancreatic cancer (where lymphatic circulation is active), just to name a few. In addition, notwithstanding Dr. Kane's suggestion that talc powder may be inhaled into the lungs as a pathway to the lymphatic system, the American Cancer Society has stated that no

increased risk of lung cancer has been reported with the use of cosmetic talcum powder, which can be inhaled during topical use in women. (*See* American Cancer Society official site: https://www.cancer.org/cancer/cancer-causes/talcum-powder-and-cancer.html.) Finally, even if talc may be present in lymphatics and lymph nodes either through skin and mucosa or by inhalation, the evidence that this mechanism can cause ovarian cancer is entirely lacking because no experimental results have demonstrated that the talc in the lymphatic vessels in fallopian tubes is present close to the ovarian cancer precursors in the fallopian tube, the origin of high-grade serous ovarian cancer. In addition, if they are carcinogenic, their presence in the lymph nodes (where the lymphatic drainage occurs) should lead to cancer in the lymph nodes (i.e., lymphoma), and there is no evidence of such a relationship.

**"Chemical similarities between asbestos and talc**" This is incorrect. First, talc is not asbestos. Structural similarity of chemical compounds does not mean they have the same functions or effects. For example, benzene is a well-known carcinogen that induces leukemia when a person is repeatedly over-exposed. As a result, benzene is being replaced by its many related chemical derivative compounds, like phenol and aniline. These benzene derivatives are structurally similar to benzene but they, unlike benzene, are not classified as carcinogens. Another example is estradiol, which is the most active estrogen and a known carcinogen for reproductive organ cancers in women. By contrast, both estrone and estriol are closely related to estrogen and bear structural resemblance to estradiol, but by themselves are not considered to be carcinogens. Therefore, although both talc and asbestos have structural similarity to some degree, talc is not asbestos. Second, morphological features of ovarian high-grade serous carcinoma and mesothelioma are strikingly different from the view of a board-certified pathologist, and their distinct histological features serve as the foundation for pathologists to distinguish both diseases and render correct diagnoses in the pathology reports without difficulty (although historically, prior to more advanced pathological understanding, advanced peritoneal mesothelioma may have been misdiagnosed as ovarian cancer). I have encountered numerous ovarian serous carcinomas and can attest that they bear no similarity to mesotheliomas in histopathology. Moreover, both diseases have different etiology and molecular features in their development. Therefore, Dr. Kane's statement is totally irrelevant and reveals a misunderstanding of gynecological pathology.

## C. The lack of sufficient evidence to support talc as a cause of ovarian cancer

In this part, I set forth my expert opinion on whether there is any cogent evidence showing that talc powder can cause ovarian cancer. As I explain, such evidence is lacking.

According to Merriam-Webster's dictionary and the dictionary of NCI, a carcinogen is a substance that causes cancer. As an example, coal ash deposits have heavy concentrations of hexavalent chromium, which is a carcinogen. Carcinogens cause cancer due to their ability to damage the genome and induce cancer-driver (but not passenger) mutations that promote cancer development (Martincorena, 2017). Thus, in order to prove that any substance is carcinogenic, it is not sufficient to demonstrate exposure. One must also demonstrate that the exposure can cause biological effects and tissue/cellular changes (like precursor lesions).

As I noted above, perineal use of cosmetic talcum powder has been classified as "possibly carcinogenic to humans" by IARC (Group 2b). It should be emphasized that the term "possibly" implies uncertainty at the time when the statement was originally made by the IARC in 2010.

9

And further analyses of the data (including publications after 2010) have further called into question the possible carcinogenicity of talc.

The debate over whether talcum particles can cause ovarian cancer is longstanding. But despite several decades of research, the science does not support such a conclusion. Moreover, data from several studies are not correctly interpreted because of "confirmation bias" – i.e., a preference for data or conclusions that confirm rather than negate the hypothesis that talc and ovarian cancer are related. Dr. Saed's experimental result is an example of this phenomenon.

When an unbiased review is exercised on the data that have been published in this topic, one quickly realizes that there is essentially no cogent evidence to support the suggestion that talc acts as a carcinogen in the female genital tract, including the ovary. Proof of the carcinogenic role of any agent (either biological, physical or chemical) is not a trivial undertaking; indeed, it requires robust study designs and ample samples with overwhelming consensus from the researchers in that particular field.

One example of such a robust undertaking to prove carcinogenicity involves cervical cancer, which is caused by human papilloma virus (HPV). In this case, cervical cancers and their precursors contain HPV in the epithelial cells, can be prevented by avoiding exposure to HPV or by effective immunization (HPV vaccine), are molecularly characterized by oncogenic activation by HPV particles, and can be induced by HPV oncoproteins in animal models (Roden and Wu, 2006; Roden and Stern, 2018; Sasagawa et al., 1992). This finding that HPV causes cervical cancer was awarded with the 2008 Nobel Prize of Physiology and Medicine www.nobelprize.org/prizes/medicine/2008/press-release/). By contrast, the evidence to support the causal role of talc in ovarian cancer is conflicting, ambiguous and completely lacking from the perspective of rigorous scientific approaches. The differences in these lines of evidence are briefly summarized in **Table 1** and elaborated below.

Table 1. Comparison of HPV and perineal talc use as carcinogens in women.

| Features | HPV causes cervical cancer | Talc causes ovarian cancer |
|---|---|---|
| Relative risk association | Almost all are HPV associated | Equivocal; some show ~ 1.3 |
| Present in cancer precursor lesions | Yes | No evidence of tissue reaction |
| Animal model(s) to support | Well established | No evidence |
| Molecular mechanisms | Well characterized | Not credible; with concerns |

1. The new paradigm of ovarian cancer genesis – that ovarian serous carcinomas originate not in ovarian tissues, but rather in the precursor lesions in the fallopian tubes – has been widely accepted (Kurman and Shih Ie, 2011, 2016; Kurman and Shih, 2010; Wu et al., 2018) (**Figure 2**). To claim that talc can cause ovarian cancer, one needs to not only demonstrate that talc has been deposited in the fallopian tissues,[1] but also that talc powder depositions are associated with tissue reaction, such as foreign body giant cell reaction, granulation tissues and chronic inflammation – and that those reactions then cause cancer. Talc may be inert to fallopian tube tissues, and its

---

[1]     To confirm the presence of talc, birefringent materials would need to be identified in tissue, and those materials would need to be confirmed as talc using biochemistry or biophysical approaches.

presence should not be construed as biologically significant or related to the induction of any inflammatory response unless proven otherwise.

2. It has been established that mutations of TP53, a tumor suppressor gene, are the first molecular genetic alteration in initiating ovarian serous carcinoma in humans and such mutations are present in almost all ovarian high-grade serous carcinomas (Kuhn et al., 2012; Vang et al., 2016; Vang et al., 2013; Wu et al., 2018). TP53 mutation is also required to develop ovarian cancer in mouse models. In several published research papers, including our own (Kobayashi et al., 2015; Perets et al., 2013), inactivation of TP53 or p53 abnormality can cause ovarian cancer in mouse models. If one would like to establish the causal relationship between talc exposure and the risk of ovarian cancer, it is essential to demonstrate that talc exposures leads to TP53 mutations or inactivation. However, there is no evidence that talc exposure is associated with TP53 mutations or p53 abnormality in normal fallopian tube epithelium where ovarian cancer precursors arise. Without this direct molecular pathology evidence, a causal relationship of talc and ovarian cancer cannot be established (see below).



Figure 2. Schematic representation of the current paradigm of ovarian carcinogenesis. Fallopian tube is the source of ovarian (high-grade) serous carcinoma precursors, including p53 signature, serous tubal intraepithelial carcinoma (STIC). Ovarian cancer (but not its precursors) is usually accompanied by abundant inflammatory cells (blue cells in the inset).

3. Recent advancements in genetic sequencing technology have made it possible to observe the specific changes to DNA caused by identified mutagens – and even to "tease apart the superimposed effects of several mutational exposures and processes to determine which ones occurred during the development of individual tumors" (Poon et al., 2014). Therefore, the mutation signature serves as cogent evidence that a potential carcinogen causes a certain type of human cancer. But there is a lack of such evidence showing that talc-induced/caused ovarian serous carcinomas are characterized by mutation signatures unique to those associated with talc exposures.

4. A number of epidemiological studies clearly fail to show an association between talc exposure and women who develop ovarian cancer, including prospective cohort studies (Houghton et al., 2014; Gertig et al., 2000; Gates et al. 2010; Gonzalez et al. 2016). The association between talc use in the perineal region and ovarian cancer was investigated in the Nurses' Health Study, published by Gertig (Gertig et al., 2000) and in a follow-up study by Gates (Gates et al. 2010). "In this cohort study, arguably the strongest type of study because of its partly prospective

ascertainment of exposure, there was no association between cosmetic talc use and risk of all subtypes of ovarian cancer combined" (Langseth et al., 2007).

In another, more recent, prospective cohort study by Gonzalez et al., the authors reported that there was little association between baseline perineal talc use and subsequent ovarian cancer (HR: 0.73, CI: 0.44, 1.2). In this report, douching was more common among talc users (odds ratio: 2.1, CI: 2.0, 2.3), and douching at baseline was associated with increased subsequent risk of ovarian cancer (HR: 1.8, CI: 1.2, 2.8). The authors concluded that douching but not talc use was associated with increased risk of ovarian cancer in this study, known as the Sister Study (Gonzalez et al., 2016). In another important study reported by Nicole Urban et al., based on 74,786 Women's Health Initiative (WHI) Observational Study (OS) participants, the authors concluded that "CA125 and HE4 contributed significantly to a risk prediction classifier combining serum markers with epidemiologic risk factors. The hybrid risk classifier may be useful to identify post-menopausal women who would benefit from timely surgical intervention to prevent ovarian cancer" (Urban et al., 2015). However, talc use is not a risk factor in both univariate and multivariate analyses (*Id.*).

In some population-based case-control studies, investigators reported a weak association between reported perineal talc exposure and ovarian cancer. The "risk association" reported in those studies should not be construed as proof of causation. A positive association is not equal to a causal relationship. Moreover, the hospital-based case-control studies did not show a statistically significant increased risk of ovarian cancer from reported perineal talcum powder use.

As an example, people who carry a lighter have a higher risk of developing lung cancer because there is an association between those who carry a lighter and the incidence of lung cancer. But it becomes apparent that it is not the lighter itself that causes lung cancer, but rather cigarette smoking (with which carrying a lighter is correlated) that is the cause. There are numerous such examples in public health topics and medical practice. The key point is that all scientists and physicians must try to establish the true cause of a disease by excluding the many confounding factors associated with ovarian cancer.

One meta-analysis (cited by Dr. Saed) is Huncharek et al., 2003. Although there appears to be a 33% increased risk of ovarian cancer in women who reportedly used perineal talc powder after meta-analysis of a total of 11,933 study subjects, the authors from this study stated (in the conclusion of the article) that "*[t]he available observational data do not support the existence of a causal relationship between perineal talc exposure and an increased risk of epithelial ovarian cancer. Selection bias and uncontrolled confounding may account for the positive associations seen in prior epidemiological studies*" (Huncharek et al., 2003).

Articles like these reflect the understanding by researchers that many confounding factors may exist in assessing the association between talc powder and ovarian cancer that have not yet been definitively identified.

A related problem is that the results of case control studies are prone to recall bias. This was shown in the Schildkraut study (Schildkraut et al., 2016), but could well have affected studies

before 2014 as well. Thus, even those authors who published studies finding a positive (but very modest) association between talc and ovarian cancer also cautiously mentioned the limitation of their own studies. As an example, in one very recent published paper, the authors concluded that the "*fact that the association between genital talc use and risk of ovarian cancer is present in case-control, but not in cohort studies, can be attributed to bias in the former type of studies*" (Berge et al., 2018).

In light of the limitations in the research, scientists remain skeptical of a causal connection between talc use and ovarian cancer, even if they take a precautionary approach in their own practice. A recent article relied on by plaintiffs' experts noted that : "*[t]here is a substantial need for further research on a potential mechanism by which ovarian cancer may be caused by talc, as this will allow a causal relationship to be established or rejected with more certainty*" (Penninkilampi and Eslick, 2018). Dr. Saed's research does not fill this void because it neither establishes nor rejects the hypothesis of a causal link between talc use and ovarian cancer.

5. Another issue concerning epidemiologic studies is that almost all reports apparently lumped all types of ovarian cancer together in their analyses. It has been well established that ovarian cancer is a highly heterogeneous group of diseases that can be broadly classified as Type I and Type II diseases (Kurman and Shih Ie, 2016; Shih and Kurman, 2004). In other words, various types of ovarian cancer are characterized by distinct clinicopathological and molecular features. Moreover, their origins and risk factors are all different.

Briefly, Type I ovarian cancers include clear cell carcinoma, endometrioid carcinoma, mucinous carcinoma and low-grade serous carcinoma. In addition to their unique histologic appearances, they are characterized by somatic mutations in PTEN, ARID1A, KRAS, PIK3CA. Both clear cell carcinoma and endometrioid carcinoma are mostly derived from previous endometriotic cysts of the ovary (or ovarian endometrioma), and the presence of ovarian endometriotic cysts carries the risk of developing both types of Type I ovarian cancer.

By contrast, Type II ovarian cancer includes high-grade serous carcinomas, the most common and aggressive type of ovarian epithelial neoplasms. Type II ovarian cancer is generally referred to as "ovarian cancer" in public because it is the most common and lethal type. In contrast to Type I ovarian cancers, high-grade serous carcinomas demonstrate a high level of proliferative activities and genomic instability, as reflected by abnormal mitoses and micronuclei. They almost all harbor TP53 mutations, but not the same type of mutations found in Type I ovarian cancers.

The risk factors of Type II ovarian cancer include the lifelong accumulated number of ovulations (so, child-bearing, oral contraceptive use and breast-feeding reduce the risk (Langseth et al., 2007)) and the germ-line mutation of BRCA1 and BRCA2 genes, which are not the same as the risks in Type I diseases. As compared to Type I ovarian cancers, the majority of Type II ovarian cancers are diagnosed late and therefore the clinical outcome of women suffering from Type II ovarian cancers can be dismal, requiring surgery and chemotherapy, and often resulting in death. Although more recently, the PARP inhibitor has been approved by the FDA to treat BRCA-mutated ovarian high-grade serous carcinomas and has been established as a

13

maintenance therapy in newly diagnosed advanced ovarian cancer (Moore et al., 2018), a cure for this devastating disease is still not within reach.

From this perspective, the question of whether perineal use of talc powder is related to ovarian cancer should be re-phrased more specifically as whether the talc use is associated with Type I or Type II diseases. Without specifying the tumor types in these cases, it would be difficult to start looking into this question in a scientific way. It is possible that, even if talc users have a higher than average risk in developing certain subtypes of ovarian cancer, the risk might not be the same for all types, or there is no association with some subtypes at all. If different subtypes of ovarian cancer are included as one group, it would be highly challenging to determine if talc is a carcinogen and cause of ovarian cancer or not because there are different diseases under the rubric of "ovarian cancer."

6. The claim that talc powders can cause chronic inflammation, which can lead to the development of ovarian cancer (as proposed by Dr. Saed) is significantly flawed for at least two reasons. One is the lack of cogent evidence that talc depositions in humans are associated with chronic inflammation in normal fallopian tubes and ovaries. In a study of human ovarian tissues, researchers found no evidence of response to talc, such as foreign body giant cell reaction and/or fibrosis, and in addition found no correlation between clinical talc exposures and actual tissue talc deposition levels (Heller et al., 1996).

In experiments involving rats, applying talc powder induced genital infection (likely due to the non-sterile nature of the talc or control saline used and experimental procedure) (Keskin et al., 2009). According to the authors, no peritoneal change was observed. Thus, the forced application of talc powder into the murine genital tract artificially induced bacterial infection, which was not seen in humans, as there are no data reporting perineal talc powder use induces genital infection.

Moreover, as compared to the murine genital tract, the human fallopian tube and ovary are "far" away from the perineum. The talc powder applied to the perineal area technically needs to travel remotely to reach the fallopian tube and ovary through the vagina, cervix, and endometrial cavity. Importantly, young women who use talc powder usually have an enclosed cervix (the function of which is to prevent foreign bodies and microorganisms from coming into the uterine cavity, which is normally sterile). And even if talc powders can really arrive at the endometrial surface, the menstruation that sheds endometrial tissue off outside the body will clear these powders.

The second flaw in the inflammation theory is that if talc deposition is indeed a cause of chronic inflammation, such inflammatory background is not sufficient to cause cancer. A recent study shows that pelvic inflammatory disease (PID) was associated with an increased risk of borderline ovarian tumors, but not ovarian cancer in general. Although the results of this study suggest a histotype-specific association with PID, the association of PID with ovarian cancer risk is still somewhat uncertain and requires further investigation (Rasmussen et al., 2017). Also, in the literature, salpingitis or inflammation in the pelvis was not associated with ovarian cancer risk (Parazzini et al., 1996). Based on my own study and observation, I did not detect significant increase in chronic salpingitis in fallopian tubes containing the precursor ovarian cancer lesions. It would be critically important to the inflammation theory to associate chronic inflammation and

14

the occurrence of ovarian cancer precursors in the fallopian tubes – and to rule out the possibility that ovarian cancer itself induces chronic inflammation in normal tissues.

In reality, chronic inflammation observed in ovarian cancer is most likely a result of cancer, not the cause. My recent study, which is included in full at the end of this report, offers significant support for this conclusion. I reviewed samples of fallopian tissue taken from women with pre-cancerous lesions that had not yet developed into ovarian cancer, as well as from healthy women (to serve as negative controls) and from women with ovarian cancer (to serve as positive controls). My results showed that ovarian cancer precursor lesions, prior to the development of cancer, are not associated with inflammation, while ovarian cancer cases are associated with inflammation, strongly indicating that inflammation follows, but does not cause, ovarian cancer. There are several reasons why invasive carcinoma like ovarian cancer is associated with inflammatory background within cancer tissue and nearby tissue, and they include new antigens produced by the cancer cells (due to mutations) and cancer cell-induced inflammation related molecules. Because there is no evidence of this association between chronic inflammation and occurrence of tubal precursors, and, indeed, evidence to the contrary, the claim that talc deposition causes chronic inflammation, which subsequently causes ovarian cancer, is unsustainable.[2]

7. In any event, even assuming some role for inflammation in the development of ovarian cancer, it is important to distinguish between what is necessary and what is sufficient to cause cancer. In several human cancers, chronic inflammation is associated with the initiation of malignant changes in the tissues because of the oxidative stress that may damage DNA and cause mutations (such as TP53). Therefore, in those cancer types (such as prostate cancer and certain types of gastric cancer), chronic inflammation is required to induce tumor formation but itself is not sufficient to induce cancer development. This argument is supported by numerous reports showing that even chronic inflammation is related to cancer development; the chance to develop cancer in the chronic inflammatory background is still uncommon and most importantly, the risk is tissue type dependent. In other words, there are many endogenous and exogenous factors that can promote chronic inflammation, including aging, chronic infection and even mental stress, among others. Thus, even if there is a chronic inflammation near the ovarian precursor lesions in fallopian tubes (and in fact there is no such evidence), it still remains unclear whether this inflammation is related to talc deposition or results from other factors such as infection, aging, etc.

8. Another frequently cited study by Cibula et al. reported that tubal ligation was associated with a reduced risk for ovarian cancer (Cibula et al., 2011). The results from this study have been used by advocates who believe talc is a carcinogen to explain the blockage of talc deposition to the ovary through the fallopian tubes as a possible mechanism for the observed decrease in ovarian cancer. However, as previously mentioned, perineal use of talc powder is, at most, equivocally

---

[2]    In a published report entitled "Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study," the authors concluded that "Talc has unfavorable effects on the female genital system. However, this effect is in the form of foreign body reaction and infection, rather than being neoplastic" Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y., and Saygili, H. (2009). *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study.* Arch Gynecol Obstet 280, 925-931.

(and inconsistently) associated with ovarian cancer risk in some retrospective case-control studies. A prospective population-based study (study of 121,700 registered nurses in the USA who were aged 30-55 years at enrollment in 1976) in the Nurses' Health Study does not identify any significant association between perineal talc use and ovarian cancer risk overall (Gertig et al., 2000). There are two alternative mechanisms accounting for the protective effect of tubal ligation. First, assuming it is true that migration of non-motile particles up the fallopian tubes is feasible, some of the ovarian cancers might be imported from the uterine cavity, where the primary tumors arise in the endometrium, and not in the fallopian tube or ovary. The tumor cells arising from the endometrium (both endometrioid and serous types) can readily travel through the fallopian tubes to reach the ovaries, which provide a suitable microenvironment for tumor cells to grow as an "ovarian" cancer. Therefore, tubal ligation can effectively block the passage of uterine cancer to the ovary. In fact, the authors on Cibula's paper also concluded in the end that the results of this meta-analysis should provide an impulse for further research on the etiology of ovarian epithelial cancers, focusing particularly on the importance of retrograde transport of endometrial cells. The other explanation is due to the surgery-induced anatomic alteration of the tubal fimbriated ends, which are no longer intimately associated with the ovulation sites of the ovary (Roy et al., 2005). Thus, the follicular fluid that is proposed to be carcinogenic (Huang et al., 2015) would not directly splash onto fallopian tube fimbrial ends, reducing the carcinogenic events of fallopian tube epithelium and preventing the occurrence of ovarian cancer precursor lesions on the fallopian tubes.

In summary, there is no relevant and cogent evidence based on the published literature, Dr. Saed's research and my own research to prove that cosmetic talc use can cause ovarian cancer. Among the steps that remain unproven are migration to the ovaries, the induction of chronic inflammation or oxidative stress, and evidence that these events are carcinogenic or precursors to ovarian cancer.

## D.    Undisclosed conflicts of interest affecting Dr. Saed's work

Dr. Saed testified at his deposition that he billed the time he spent preparing his manuscript to lawyers for Beasley Allen. (Saed Dep. vol. 1, 33:22-24.) The precise nature of the arrangement is unclear; he claims that his university paid for some of the lab work that was the basis for the manuscript (Saed Dep. vol. 1, 34:2-39:9), but his hours in total spent on preparing his opinion and in writing the paper are not compatible with what he was paid in sum. It is also uncertain whether Dr. Saed also disclosed his relationship with Beasley Allen to his coauthors and institution.

Regardless of the details of the arrangement, the important point is that Dr. Saed failed to adequately disclose the resulting conflict of interest. Normally, experiments and the time spent in writing research articles are part of an author's academic responsibility and are supported by research grant(s) or institutional support. To charge the time spent in preparing an article is unusual and could potentially introduce a bias into the research results. Relatedly, conflicts of interest can compromise objectivity. This can occur not only in performing the experiments but also in writing the research paper in a manner that slants toward the authors' favored conclusions.

There are indications that objectivity was compromised here. For example, it is unclear to what extent Beasley Allen influenced the design or conduct of the experiments. In his deposition, Dr. Saed was asked, "*[w]ith regard to the tests that were part of the manuscript, those tests were done in connection with your communications with Beasley Allen, correct?*" (Saed Dep. vol. 1, 63:9-11.) He acknowledged that he had communicated the details of his experiment to the firm, though he also insisted that the design of it was his alone. ("*A. I actually designed this whole thing. So when they approached me and I got -- you know, I told them this is what I'm going to do, this is what I have in mind, we have all this setup in my lab and I want to do it, and I did it*" Saed Dep. vol. 1, 67:17-21.) This insistence provides little comfort. Based on my experience in academia for 30 years, it is unusual for any scientist to communicate with a non-academic party in any form during experiments because there is no such need; thus, Dr. Saed's departure from that norm necessarily raises questions about his motivations for sharing the details of his experiment with his financiers. It also raises a question about why the firm paid Dr. Saed for his writing of the paper since it would normally be incumbent upon Dr. Saed within the scope of his academic obligations to finish the writing and publish it himself.

One other significant indicator that Dr. Saed's objectivity may have been compromised is the language used in the manuscript. There are a number of ways an author can write up the same results, and the choice of language can profoundly affect the general reception of the readers based on the conclusions the author chooses to emphasize and those he or she chooses to downplay or ignore. It is obvious to me, from my perspective as an author who has contributed significantly to the literature and as a frequent journal reviewer, member of several editorial boards and the prior editor-in-chief of a medical journal (*Current Obstetrics and Gynecology Report*, 2012-2015), that Dr. Saed's paper has intentionally underscored the supposedly contributing role of talc to ovarian carcinogenesis, despite the fact that the claim is not supported by his data at all. In addition, Dr. Saed, unlike other authors, did not discuss the limitations in interpreting his results at all in the paper, which is a very unusual practice in scientific reports.

As a result, it was especially important for Dr. Saed's conflict-of-interest statement to completely disclose the nature and purpose of his financing. Based on his deposition, I think it is clear that he did not follow best practices in scientific reporting because he failed to disclose the relationship with a law firm involved in litigation concerning the same subject matter as the manuscript, either in the conflict-of-interest statement or in his communications with the journal that has accepted his manuscript for publication.

## E. References Cited

Anglesio, M.S., Wiegand, K.C., Melnyk, N., Chow, C., Salamanca, C., Prentice, L.M., Senz, J., Yang, W., Spillman, M.A., Cochrane, D.R., *et al.* (2013). Type-specific cell line models for type-specific ovarian cancer research. PloS one *8*, e72162.

Berge, W., Mundt, K., Luu, H., and Boffetta, P. (2018). Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev *27*, 248-257.

Cibula, D., Widschwendter, M., Majek, O., and Dusek, L. (2011). Tubal ligation and the risk of ovarian cancer: review and meta-analysis. Hum Reprod Update *17*, 55-67.

Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738).

Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738).

Domcke, S., Sinha, R., Levine, D.A., Sander, C., and Schultz, N. (2013). Evaluating cell lines as tumour models by comparison of genomic profiles. Nature communications *4*, 2126.

Expert Report of Ghassan Saed, Nov. 16, 2018 (MDL No. 2738).

Expert Report of Sarah Kane, Nov. 15, 2018 (MDL No. 2738).

Gates, M.A., Rosner, B.A., Hecht, J.L., Tworoger, S.S. (2010). Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol 171(1):45-53.

Fletcher NM et al., Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer (2019) (unpublished manuscript) (Ex. 7 & 8 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

Fathalla, M.F. (2013). Incessant ovulation and ovarian cancer - a hypothesis re-visited. Facts Views Vis Obgyn *5*, 292-297.Gertig, D.M., Hunter, D.J., Cramer, D.W., Colditz, G.A., Speizer, F.E., Willett, W.C., and Hankinson, S.E. (2000). Prospective study of talc use and ovarian cancer. Journal of the National Cancer Institute *92*, 249-252.

Gonzalez, N.L., O'Brien, K.M., D'Aloisio, A.A., Sandler, D.P., and Weinberg, C.R. (2016). Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology *27*, 797-802.

Havrilesky, L.J., Moorman, P.G., Lowery, W.J., Gierisch, J.M., Coeytaux, R.R., Urrutia, R.P., Dinan, M., McBroom, A.J., Hasselblad, V., Sanders, G.D.*, et al.* (2013). Oral contraceptive pills as primary prevention for ovarian cancer: a systematic review and meta-analysis. Obstetrics and gynecology *122*, 139-147.

Heller, D.S., Gordon, R.E., Westhoff, C., Gerber, S. (1996). Asbestos exposure and ovarian fiber burden. Am. J. Ind. Med. 29, 435-9.

Houghton, S.C., Reeves, K.W., Hankinson, S.E., Crawford, L., Lane, D., Wactawski-Wende, J., Thomson, C.A., Ockene, J.K., and Sturgeon, S.R. (2014). Perineal powder use and risk of ovarian cancer. Journal of the National Cancer Institute *106*.

Howlader N., Noone A.M., and M., K. (2017). SEER Cancer Statistics Review, 1975-2014 (National Cancer Institute. Bethesda, MD).

Huang, H.S., Chu, S.C., Hsu, C.F., Chen, P.C., Ding, D.C., Chang, M.Y., and Chu, T.Y. (2015). Mutagenic, surviving and tumorigenic effects of follicular fluid in the context of p53 loss: initiation of fimbria carcinogenesis. Carcinogenesis *36*, 1419-1428.

Huncharek M., Geschwind J.F., and Kupelnick B (2003). Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies. Anticancer Research *23*, 1955-1960.

Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y., and Saygili, H. (2009). Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Arch Gynecol Obstet *280*, 925-931.

Kobayashi, Y., Kashima, H., Wu, R.C., Jung, J.G., Kuan, J.C., Gu, J., Xuan, J., Sokoll, L., Visvanathan, K., Shih, I.M.*, et al.* (2015). Mevalonate Pathway Antagonist Inhibits Proliferation of Serous Tubal Intraepithelial Carcinoma and Ovarian Carcinoma in Mouse Models. Clinical cancer research : an official journal of the American Association for Cancer Research *21*, 4625-4662.

Kuchenbaecker, K.B., Hopper, J.L., Barnes, D.R., Phillips, K.A., Mooij, T.M., Roos-Blom, M.J., Jervis, S., van Leeuwen, F.E., Milne, R.L., Andrieu, N.*, et al.* (2017). Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA : the journal of the American Medical Association *317*, 2402-2416.

Kuhn, E., Kurman, R.J., Vang, R., Sehdev, A.S., Han, G., Soslow, R., Wang, T.L., and Shih, I.M. (2012). TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic

high-grade serous carcinoma- evidence supporting the clonal relationship of the two lesions. The Journal of pathology *226*, 421-426.

Kurman, R.J., and Shih Ie, M. (2011). Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. Human pathology *42*, 918-931.

Kurman, R.J., and Shih Ie, M. (2016). The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded. The American journal of pathology *186*, 733-747.

Kurman, R.J., and Shih, I.M. (2010). The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory. The American journal of surgical pathology *34*, 433-443.

Lurie, G., Wilkens, L.R., Thompson, P.J., McDuffie, K.E., Carney, M.E., Terada, K.Y., and Goodman, M.T. (2008). Combined oral contraceptive use and epithelial ovarian cancer risk: time-related effects. Epidemiology *19*, 237-243.

Martincorena I, Raine KM, Gerstung M, Dawson KJ, Haase K, VAn Loo P, Davies H, Stratton M, Campbell PJ (2017). Universal patterns of selection in cancer and somatic tissues. Cell, 171:1029.

Moore, K., Colombo, N., Scambia, G., Kim, B.G., Oaknin, A., Friedlander, M., Lisyanskaya, A., Floquet, A., Leary, A., Sonke, G.S.*, et al.* (2018). Maintenance Olaparib in Patients with Newly Diagnosed Advanced Ovarian Cancer. The New England journal of medicine *379*, 2495-2505.

Parazzini, F., La Vecchia, C., Negri, E., Moroni, S., dal Pino, D., and Fedele, L. (1996). Pelvic inflammatory disease and risk of ovarian cancer. Cancer epidemiology, biomarkers & prevention: a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology *5*, 667-669.

Penninkilampi, R., and Eslick, G.D. (2018). Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology *29*, 41-49.

Perets, R., Wyant, G.A., Muto, K.W., Bijron, J.G., Poole, B.B., Chin, K.T., Chen, J.Y., Ohman, A.W., Stepule, C.D., Kwak, S.*, et al.* (2013). Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. Cancer cell *24*, 751-765.

Poon, S.L., McPherson, J.R., Tan, P., Teh, B.T., and Rozen, S.G. (2014). Mutation signatures of carcinogen exposure: genome-wide detection and new opportunities for cancer prevention. Genome Med *6*, 24.

Rasmussen, C.B., Kjaer, S.K., Albieri, V., Bandera, E.V., Doherty, J.A., Hogdall, E., Webb, P.M., Jordan, S.J., Rossing, M.A., Wicklund, K.G.*, et al.* (2017). Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol *185*, 8-20.

Roden, R., and Wu, T.C. (2006). How will HPV vaccines affect cervical cancer? Nature reviews Cancer *6*, 753-763.

Roden, R.B.S., and Stern, P.L. (2018). Opportunities and challenges for human papillomavirus vaccination in cancer. Nature reviews Cancer *18*, 240-254.

Roy, K.K., Hegde, P., Banerjee, K., Malhotra, N., Nayyar, B., Deka, D., and Kumar, S. (2005). Fimbrio-ovarian relationship in unexplained infertility. Gynecologic and obstetric investigation *60*, 128-132.

Sasagawa, T., Inoue, M., Inoue, H., Yutsudo, M., Tanizawa, O., and Hakura, A. (1992). Induction of uterine cervical neoplasias in mice by human papillomavirus type 16 E6/E7 genes. Cancer research *52*, 4420-4426.

Schildkraut, J.M., Abbott, S.E., Alberg, A.J., Bandera, E.V., Barnholtz-Sloan, J.S., Bondy, M.L., Cote, M.L., Funkhouser, E., Peres, L.C., Peters, E.S.*, et al.* (2016). Association between Body

Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES), Cancer epidemiol biomarkers prev 25, 1411-1417.

Shih, I.-M., and Kurman, R.J. (2004). Ovarian tumorigenesis- a proposed model based on morphological and molecular genetic analysis. The American journal of pathology *164*, 1511-1518.

Tamborero D, Gonzalez-Perez A, et al. (2013). Comprehensive identification of mutational cancer driver genes across 12 tumor types. Sci Reports, 3:2650.

Urban, N., Hawley, S., Janes, H., Karlan, B.Y., Berg, C.D., Drescher, C.W., Manson, J.E., Palomares, M.R., Daly, M.B., Wactawski-Wende, J., *et al.* (2015). Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. Gynecologic oncology *139*, 253-260.

Vang, R., Levine, D.A., Soslow, R.A., Zaloudek, C., Shih Ie, M., and Kurman, R.J. (2016). Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study. International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists *35*, 48-55.

Vang, R., Shih Ie, M., and Kurman, R.J. (2013). Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology *62*, 44-58.

Visvanathan, K., Shaw, P., May, B.J., Bahadirli-Talbott, A., Kaushiva, A., Risch, H., Narod, S., Wang, T.L., Parkash, V., Vang, R., *et al.* (2018). Fallopian Tube Lesions in Women at High Risk for Ovarian Cancer: A Multicenter Study. Cancer prevention research *11*, 697-706.

Wu, R.C., Wang, P., Lin, S.F., Zhang, M., Song, Q., Chu, T., Wang, B.G., Kurman, R.J., Vang, R., Kinzler, K., *et al.* (2018). Genomic landscape and evolutionary trajectories of ovarian cancer early precursor lesions. The Journal of pathology.

## F. Materials Relied Upon

1. Anglesio, M.S., Wiegand, K.C., Melnyk, N., Chow, C., Salamanca, C., Prentice, L.M., Senz, J., Yang, W., Spillman, M.A., Cochrane, D.R., et al. (2013). Type-specific cell line models for type-specific ovarian cancer research. PloS one 8, e72162.
2. Berge, W., Mundt, K., Luu, H., and Boffetta, P. (2018). Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev 27, 248-257.
3. Cibula, D., Widschwendter, M., Majek, O., and Dusek, L. (2011). Tubal ligation and the risk of ovarian cancer: review and meta-analysis. Hum Reprod Update 17, 55-67.
4. Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738).
5. Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)
6. Domcke, S., Sinha, R., Levine, D.A., Sander, C., and Schultz, N. (2013). Evaluating cell lines as tumour models by comparison of genomic profiles. Nature communications 4, 2126.
7. Fathalla, M.F. (2013). Incessant ovulation and ovarian cancer - a hypothesis re-visited. Facts Views Vis Obgyn 5, 292-297.
8. Fletcher NM et al., Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer (2019) (unpublished manuscript) (Ex. 7 & 8 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).
9. Expert Report of April Zambelli-Weiner, Ph.D., M.P.H., Nov. 16, 2018 (MDL No. 2738).
10. Expert Report of Ghassan Saed, Nov. 16, 2018 (MDL No. 2738).
11. Expert Report of Rebecca Smith-Bindman, M.D., Nov. 15, 2018 (MDL No. 2738).
12. Expert Report of Sarah Kane, Nov. 15, 2018 (MDL No. 2738).

20

13. Gates, M.A., Rosner, B.A., Hecht, J.L., Tworoger, S.S. (2010). Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol 171(1):45-53.

14. Gertig, D.M., Hunter, D.J., Cramer, D.W., Colditz, G.A., Speizer, F.E., Willett, W.C., and Hankinson, S.E. (2000). Prospective study of talc use and ovarian cancer. Journal of the National Cancer Institute 92, 249-252.

15. Gonzalez, N.L., O'Brien, K.M., D'Aloisio, A.A., Sandler, D.P., and Weinberg, C.R. (2016). Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology 27, 797-802.

16. Havrilesky, L.J., Moorman, P.G., Lowery, W.J., Gierisch, J.M., Coeytaux, R.R., Urrutia, R.P., Dinan, M., McBroom, A.J., Hasselblad, V., Sanders, G.D., et al. (2013). Oral contraceptive pills as primary prevention for ovarian cancer: a systematic review and meta-analysis. Obstetrics and gynecology 122, 139-147.

17. Heller, D.S., Gordon, R.E., Westhoff, C., Gerber, S. (1996). Asbestos exposure and ovarian fiber burden. Am. J. Ind. Med. 29, 435-9.

18. Houghton, S.C., Reeves, K.W., Hankinson, S.E., Crawford, L., Lane, D., Wactawski-Wende, J., Thomson, C.A., Ockene, J.K., and Sturgeon, S.R. (2014). Perineal powder use and risk of ovarian cancer. Journal of the National Cancer Institute 106.

19. Howlader N., Noone A.M., and M., K. (2017). SEER Cancer Statistics Review, 1975-2014 (National Cancer Institute. Bethesda, MD).

20. Huang, H.S., Chu, S.C., Hsu, C.F., Chen, P.C., Ding, D.C., Chang, M.Y., and Chu, T.Y. (2015). Mutagenic, surviving and tumorigenic effects of follicular fluid in the context of p53 loss: initiation of fimbria carcinogenesis. Carcinogenesis 36, 1419-1428.

21. Huncharek M., Geschwind J.F., and Kupelnick B. (2003). Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies. Anticancer Research 23, 1955-1960.

22. Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y., and Saygili, H. (2009). Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Arch Gynecol Obstet 280, 925-931.

23. Kobayashi, Y., Kashima, H., Wu, R.C., Jung, J.G., Kuan, J.C., Gu, J., Xuan, J., Sokoll, L., Visvanathan, K., Shih, I.M., et al. (2015). Mevalonate Pathway Antagonist Inhibits Proliferation of Serous Tubal Intraepithelial Carcinoma and Ovarian Carcinoma in Mouse Models. Clinical cancer research : an official journal of the American Association for Cancer Research 21, 4625-4662.

24. Kuchenbaecker, K.B., Hopper, J.L., Barnes, D.R., Phillips, K.A., Mooij, T.M., Roos-Blom, M.J., Jervis, S., van Leeuwen, F.E., Milne, R.L., Andrieu, N., et al. (2017). Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA : the journal of the American Medical Association 317, 2402-2416.

25. Kuhn, E., Kurman, R.J., Vang, R., Sehdev, A.S., Han, G., Soslow, R., Wang, T.L., and Shih, I.M. (2012). TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic high-grade serous carcinoma- evidence supporting the clonal relationship of the two lesions. The Journal of pathology 226, 421-426.

26. Kurman, R.J., and Shih Ie, M. (2011). Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. Human pathology 42, 918-931.

27. Kurman, R.J., and Shih Ie, M. (2016). The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded. The American journal of pathology 186, 733-747.

28. Kurman, R.J., and Shih, I.M. (2010). The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory. The American journal of surgical pathology 34, 433-443.

29. Langseth, H., Hankinson, S., Siemiatycki, J., & Weiderpass, E. (2008). Perineal use of talc and risk of ovarian cancer. Journal of Epidemiology and Community Health (1979-), 62(4), 358-360. Retrieved from http://www.jstor.org/stable/40665540.

30. Lurie, G., Wilkens, L.R., Thompson, P.J., McDuffie, K.E., Carney, M.E., Terada, K.Y., and Goodman, M.T. (2008). Combined oral contraceptive use and epithelial ovarian cancer risk: time-related effects. Epidemiology 19, 237-243.

31. Martincorena I, Raine KM, Gerstung M, Dawson KJ, Haase K, VAn Loo P, Davies H, Stratton M, Campbell PJ (2017). Universal patterns of selection in cancer and somatic tissues. Cell, 171:1029.

32. Moore, K., Colombo, N., Scambia, G., Kim, B.G., Oaknin, A., Friedlander, M., Lisyanskaya, A., Floquet, A., Leary, A., Sonke, G.S., et al. (2018). Maintenance Olaparib in Patients with Newly Diagnosed Advanced Ovarian Cancer. The New England journal of medicine 379, 2495-2505.

33. Parazzini, F., La Vecchia, C., Negri, E., Moroni, S., dal Pino, D., and Fedele, L. (1996). Pelvic inflammatory disease and risk of ovarian cancer. Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology 5, 667-669.

34. Penninkilampi, R., and Eslick, G.D. (2018). Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology 29, 41-49.

35. Perets, R., Wyant, G.A., Muto, K.W., Bijron, J.G., Poole, B.B., Chin, K.T., Chen, J.Y., Ohman, A.W., Stepule, C.D., Kwak, S., et al. (2013). Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. Cancer cell 24, 751-765.

36. Poon, S.L., McPherson, J.R., Tan, P., Teh, B.T., and Rozen, S.G. (2014). Mutation signatures of carcinogen exposure: genome-wide detection and new opportunities for cancer prevention. Genome Med 6, 24.

37. Rasmussen, C.B., Kjaer, S.K., Albieri, V., Bandera, E.V., Doherty, J.A., Hogdall, E., Webb, P.M., Jordan, S.J., Rossing, M.A., Wicklund, K.G., et al. (2017). Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol 185, 8-20.

38. Roden, R., and Wu, T.C. (2006). How will HPV vaccines affect cervical cancer? Nature reviews Cancer 6, 753-763.

39. Roden, R.B.S., and Stern, P.L. (2018). Opportunities and challenges for human papillomavirus vaccination in cancer. Nature reviews Cancer 18, 240-254.

40. Roy, K.K., Hegde, P., Banerjee, K., Malhotra, N., Nayyar, B., Deka, D., and Kumar, S. (2005). Fimbrio-ovarian relationship in unexplained infertility. Gynecologic and obstetric investigation 60, 128-132.

41. Sasagawa, T., Inoue, M., Inoue, H., Yutsudo, M., Tanizawa, O., and Hakura, A. (1992). Induction of uterine cervical neoplasias in mice by human papillomavirus type 16 E6/E7 genes. Cancer research 52, 4420-4426.

42. Schildkraut, J.M., Abbott, S.E., Alberg, A.J., Bandera, E.V., Barnholtz-Sloan, J.S., Bondy, M.L., Cote, M.L., Funkhouser, E., Peres, L.C., Peters, E.S., et al. (2016). Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES), Cancer epidemiol biomarkers prev 25, 1411-1417.

43. Shih, I.-M., and Kurman, R.J. (2004). Ovarian tumorigenesis- a proposed model based on morphological and molecular genetic analysis. The American journal of pathology 164, 1511-1518.

44. Tamborero D, Gonzalez-Perez A, et al. (2013). Comprehensive identification of mutational cancer driver genes across 12 tumor types. Sci Reports, 3:2650.

45. Urban, N., Hawley, S., Janes, H., Karlan, B.Y., Berg, C.D., Drescher, C.W., Manson, J.E., Palomares, M.R., Daly, M.B., Wactawski-Wende, J., et al. (2015). Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. Gynecologic oncology 139, 253-260.

46. Vang, R., Levine, D.A., Soslow, R.A., Zaloudek, C., Shih Ie, M., and Kurman, R.J. (2016). Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study. International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists 35, 48-55.

47. Vang, R., Shih Ie, M., and Kurman, R.J. (2013). Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology 62, 44-58.

48. Visvanathan, K., Shaw, P., May, B.J., Bahadirli-Talbott, A., Kaushiva, A., Risch, H., Narod, S., Wang, T.L., Parkash, V., Vang, R., et al. (2018). Fallopian Tube Lesions in Women at High Risk for Ovarian Cancer: A Multicenter Study. Cancer prevention research 11, 697-706.

49. Wu, R.C., Wang, P., Lin, S.F., Zhang, M., Song, Q., Chu, T., Wang, B.G., Kurman, R.J., Vang, R., Kinzler, K., et al. (2018). Genomic landscape and evolutionary trajectories of ovarian cancer early precursor lesions. The Journal of pathology.

# Study Report to Determine Whether Chronic Inflammation Causes Ovarian Cancer

**Investigator:** Ie-Ming Shih, MD, PhD

**Study location:** 1550 Orleans Street, CRB-II, Rm 305, Baltimore, Maryland 21231

**Time frame:** 1/1/2019 to 2/11/2019

**Hypothesis:** Chronic inflammation has been thought to be carcinogenic in several types of human cancer including those arising from esophagus, colon, pancreas, prostate and liver. On the other hand, many cancer types are thought not to be related to chronic inflammation, including those developing from brain, connective tissue, etc. There is no evidence that ovarian cancer development is indeed caused by chronic inflammation. We hypothesize that if ovarian cancer development is caused by chronic inflammation from various etiologies, one should observe at the human tissue level that the very early lesions of ovarian cancer, i.e., ovarian cancer precursors (before ovarian cancer arises), should be accompanied by chronic inflammation in close geographical proximity to the precursor lesions.

**Question to ask:** To determine whether ovarian cancer precursors, especially those without concurrent ovarian cancer, are associated with chronic inflammation.

The early molecular events of ovarian carcinogenesis remain poorly understood, resulting in a lack of effective prevention and early detection strategies (Skates et al., 2017; Trabert et al., 2017). Unlike cancers arising in organs such as the colon, where the early events of carcinogenesis can be studied because their precursor lesions are well-recognized, the precursors of ovarian high-grade serous carcinoma (HGSC), the most common and lethal type of ovarian cancer, have eluded detection until recently. Accumulating evidence suggests that serous tubal intraepithelial carcinoma (STIC) or its precursor lesions, including p53 signature and serous tubal intraepithelial lesion (STIL), located at fallopian tubes or cortical inclusion cysts of the ovary, are the precursors of ovarian HGSC (Ducie et al., 2017; Kindelberger et al., 2007; Kuhn et al., 2012a; Kuhn et al., 2012b; Kuhn et al., 2012c; Kuhn et al., 2012d; Kuhn et al., 2010; Kuhn et al., 2016; Kuhn et al., 2012e; Lee et al., 2006; Lee et al., 2007; Medeiros et al., 2006; Piek et al., 2001a; Piek et al., 2001b; Sehdev et al., 2010; Vang et al., 2012b; Visvanathan et al., 2017). The reported incidence of tubal lesions varied in the literature, but when a rigorous sampling was performed in a large cohort of fallopian tubes from a high-risk population, the incidence of p53 signature and STIC/STIL can be as high as 27% and 12%, respectively (Visvanathan et al., 2018).

Microscopically, STICs exhibit significant nuclear atypia and architectural alterations, *TP53* mutations and high proliferative/apoptotic activity. STIC cells are often loosely arranged and can readily disseminate outside the fallopian tube. The p53 signature is identified as a stretch of 12-30 normal-appearing epithelial cells having a p53 immunoreactivity pattern compatible with a missense *TP53* mutation and displaying low proliferative activity, similar to adjacent normal tubal epithelium. The term STIL has been used to describe, among other lesions, a group of tubal precursors characterized by lower levels of nuclear atypia than STIC, p53 staining patterns

24

compatible with either missense or deleterious TP53 mutations, and a level of proliferative activity similar to adjacent normal epithelium (Vang et al., 2012a; Visvanathan et al., 2011). "Dormant STICs" in this study were deemed morphologically compatible with STILs by a panel of gynecologic pathologists. Although molecular relationships between STICs and concurrent ovarian HGSCs have been reported (Eckert et al., 2016; Kuhn et al., 2012b; McDaniel et al., 2015; Rabban et al., 2015; Singh and Cho, 2017; Visvanathan et al., 2017), few of these studies analyzed p53 signatures or STILs, largely because of technical challenges. More importantly, since all of these studies analyzed patients with tubal lesions co-existing with advanced ovarian HGSCs, it is likely that some of these lesions were disseminated tumor cell clones from the adjacent, concurrent ovarian tumors, therefore obscuring the evolutionary histories. This issue is aggravated in ovarian HGSCs, which are often diagnosed late, at which time the vast late-stage tumor mass overwhelms or effaces the precursor lesions located at either the fallopian tube or the small cortical inclusion cysts of the ovary, leaving little trace of the molecular landscape existing before the advent of invasive cancer. Indeed, a recent article cautioned against clonal evolution studies performed on advanced tumors with high genetic heterogeneity and the possibility of constituent clones arising from multiple cell lineages (Alves et al., 2017). Consequently, distinguishing between true precursor lesions and HGSC implants is problematic (Rabban et al., 2015; Singh and Cho, 2017). Nevertheless, powerful techniques for analysis of clonal evolution are useful for assessing clonal relationships between primary tumor and distant metastases and when true precursor lesions are available, the same tools can provide similarly powerful means to delineate tumor evolution (Wu et al., 2018).

**Study design and case selection:** The cases were retrieved from the archival files from the ovarian cancer precursor registry supported by the US Department of Defense (USAMRMC), Directed Medical Research Programs (CDMRP), grant title: "Prevention of Ovarian High-Grade Serous Carcinoma by Elucidating Its Early Changes," grant number: W81XWH-11-2-0230. The purpose of this completed study is to determine the origin and pathogenesis in the development of ovarian high-grade serous carcinomas by employing cancer genetics, cell biology, animal models and epidemiologic studies through a multi-institutional research effort. The consortium includes five research projects and three cores. Tissue collection started as early as 2013. This archival file contained 48 cases of ovarian cancer precursors, carcinoma and normal fallopian tubes, and their diagnoses were made after a prior pathology review by a panel of gynecologic pathologists. Many research projects have utilized this and its related resources (please see the attached information), resulting in peer-reviewed publications. This indicates that this tissue source is useful and reliable to study projects related to ovarian cancer pathogenesis.

In particular, I identified the cases showing ovarian cancer precursor lesions without concurrent ovarian cancer. I also selected a few cases of ovarian cancer as the controls. I excluded those cases showing active bleeding (the presence of inflammatory cells due to hemorrhage can confound the interpretation). Once identified, I retrieved the slides, including H&E, and accompanied immunostaining slides. All cases are anonymous, without patients' personal identifiers (but labeled with experimental ID). I re-reviewed and recorded results and took representative photomicrographs using a Nikon Eclipse Ci light microscopy and Nikon digital camera. Images were taken at either 20X or 40X when appropriate. A total of 59 lesions and areas of interest from 48 individuals were included in this study. The review of the slides took place in the Cancer Research Bldg,- II, Room 305 at the Johns Hopkins Medical Institution,

Baltimore, Maryland, from February 2 to February 18, 2019.

**Diagnosis criteria:** I used the criteria to diagnose ovarian cancer precursor lesions as summarized in the research papers of which I am one of the coauthors (Vang et al., 2012a; Visvanathan et al., 2011). To determine if the precursor lesions are associated with chronic inflammation, I use lymphocyte infiltration in the stroma and or within the epithelium of the lesion on either H&E stained or immunohistochemically stained slides. To better demonstrate chronic inflammation in tissues, I also used positive control slides showing increased lymphocytic infiltrate as the references. To conclude that there is a chronic inflammation, I must observe a significant increase in lymphocyte density within the lesion or in its immediate stromal tissue as compared to the background normal-appearing fallopian tube epithelium without precursor lesions or carcinomas. Alternatively, fused plicae of the fallopian tube papillae can also be considered as evidence of prior salpingitis (chronic inflammation in fallopian tube) in appropriate cases. To compare the lymphocyte density between lesion and normal epithelial areas is important, as there is a normal immune surveillance in normal fallopian tube mucosa containing the resident immune cells, including lymphocytes (Ardighieri et al., 2014). I diagnose chronic inflammation based on my training as a pathologist and experience practicing gynecologic pathology for 20 years. The criteria used here is no different from those in my clinical practice.

**Research findings:** After identifying those qualified cases, I organized them into individual slide holders (one case in one folder). First, I used the low-power lens (4X) to look for the regions of interest, followed by higher-power lenses, including 10X, 20X and 40X on H&E slides. For p53 signature cases, I used p53 antibody stained slides since the H&E stain will not allow one to identify p53 signatures. I recorded the diagnosis and evaluated the density of chronic inflammatory cells, i.e., lymphocytes on the slides on H&E and/or immunostained slides. I compared the lymphocyte density between the lesion and the background normal-appearing fallopian tube mucosa. I then took photomicrographs on the lesions or regions of interest (usually at 20X) and saved the image files as .jpg files in my desktop computer in a folder. I labeled the file names of each image using the original experimental ID to avoid confusion.

My study result was summarized in the following **Table 2**. A total of 59 areas of interest were analyzed, and they included 18 p53 signature lesions, 25 STICs, eight normal fallopian tubes and eight ovarian (high-grade) serous carcinomas. Based on intraepithelial and intra-stromal lymphocyte density, as well as the architecture of tubal plicae, I did detect chronic inflammation in carcinoma tissues (the positive controls). When I applied the same criteria, I did not observe chronic inflammation in the p53 signatures and STIC lesions as compared to their background normal-appearing fallopian tube mucosa in any of the cases examined. **The photomicrographs are attached as an appendix**, and one can see that there are two types of images presented. One is conventional H&E slides to show the STICs and the other is immunohistochemistry (mostly p53 staining) to demonstrate p53 signatures, because without p53 staining, p53 signature lesions could not be identified by H&E staining. Immunohistochemistry using immune cell markers was not performed because it is not required to do so in routine diagnostic pathology, although chronic inflammation can be validated by immunostaining to highlight immune cells. Although not required, every board-certified anatomic pathologist now learns how to perform this procedure as part of his or her training. I also focused on comparing the lymphocyte density

between a lesion and its immediately adjacent normal region whenever the junctions were available for study. As a result, I did not see the difference between the lesion and the adjacent normal areas in terms of increased level of lymphocytic infiltration. Besides, there is a heterogeneity of lymphocyte density within normal fallopian tube mucosa with unknown significance; therefore, I used the average of lymphocyte density from normal fallopian tube mucosa to compare to those in fallopian tube precursor lesions.

In this study, I also ask whether there is any difference in lymphocyte density in mucosae (the connective tissue layer beneath the tubal epithelium) between normal fallopian tubes and those fallopian tubes harboring ovarian cancer precursor lesions (but without ovarian cancer). For the former, I selected eight new cases (10028, 10031, 10039, 10052, 20001, 20001, 20003, 20004), together with 10 previously reported cases (Ardighieri et al., 2014) (for a total of 18 normal-appearing fallopian tubes). As a result, there is no evidence that either group has an apparent increase in lymphocytes in mucosae. Like the fallopian tubes harboring precursor lesions, normal fallopian tubes do not have chronic inflammation.

**Interpretation and Discussion:** Based on the data presented, I attest that ovarian cancer precursor lesions, including STIC and p53 signatures (before cancer develops), are not associated with increased lymphocyte infiltration, and thus there is no evidence of chronic inflammation. This new result refutes the hypothesis that chronic inflammation can cause the malignant transformation of fallopian tube epithelium into cancer precursor lesions. If the precursor lesions are not the result of chronic inflammation, ovarian cancer is not caused by chronic inflammation because ovarian cancer (the invasive cancer) must derive from its precursor (i.e., p53 signatures and STICs), just like all other human cancers. Similarly, a recent study published by Malmberg et al. did not find evidence that chronic inflammation or tubal injury is involved in the carcinogenesis of ovarian cancer (Malmberg 2016).

Unlike cancers arising in organs such as the colon, where the early events of carcinogenesis can be studied because their precursor lesions are well-recognized, the precursors of ovarian high-grade serous carcinoma (HGSC), the most common and lethal type of ovarian cancer, have eluded detection until recently. Accumulating evidence suggests that serous tubal intraepithelial carcinoma (STIC) or its precursor lesions, including p53 signature and serous tubal intraepithelial lesion (STIL), located at fallopian tubes or cortical inclusion cysts of the ovary are the precursors of ovarian HGSC (Kurman and Shih Ie, 2016; Kurman and Shih, 2010) (Wu et al., 2018). The reported incidence of tubal lesions varied in the literature, but when a rigorous sampling was performed in a large cohort of fallopian tubes from a high-risk population, the incidence of p53 signature and STIC/STIL can be as high as 27% and 12%, respectively (Visvanathan, 2018).

One may ask why this study focuses on determining the chronic inflammation in precursor lesions rather than in ovarian cancer. This is because if the study analyzed patients with tubal lesions co-existing with advanced ovarian high-grade serous carcinomas, it is likely that some of these lesions were indeed the disseminated tumor cell clones from the adjacent, concurrent ovarian tumors, therefore obscuring the evolutionary histories. This issue is aggravated in ovarian HGSCs, which are often diagnosed late, at which time the vast late-stage tumor mass overwhelms or effaces the precursor lesions located at either the fallopian tube or the small

cortical inclusion cysts of the ovary, leaving little trace of the molecular landscape existing before the advent of invasive cancer. More importantly, cancer often induces chronic inflammation due to the neo-antigens (due to many missense mutations that produce new epitopes of proteins) that trigger immune responses in tissues. In this case, it is unknown if the chronic inflammation associated with cancer is the cause of the cancer or the result of it. All things considered, the best experimental approach is to directly observe the precursor lesions and detect if chronic inflammation is present. If yes, the development of ovarian cancer can be causally induced by chronic inflammation. Otherwise, the chronic inflammation that always occurs in ovarian cancer is not the cause of carcinogenesis of ovarian carcinoma. So, the final answer from this study is that ovarian cancer precursor lesions are not associated with chronic inflammation, thus refuting the hypothesis that chronic inflammation is the cause of ovarian cancer.

In conclusion, the most plausible cause of ovarian (high-grade) serous carcinoma is related to the incessant ovulation theory, which posits that the accumulated numbers of ovulations increase the risk. This risk is substantially further enhanced by genetic predisposition, including BRCA1/2 germline mutations. Temporary cessation of ovulation, such as during pregnancy or while taking birth control, is known to have a significant protective effect with respect to ovarian cancer (Bera, 2008), and the mechanism of this effect is revealed by recent advances in this study field. Previous studies have examined the link between ovulation and cancer development by examining fallopian tube follicular fluid (FF), which bathes fallopian tubes after each ovulation and is a required process during ovulation (Bahar, 2014) (Hsu, 2015). Scientists found that FF in high concentrations could cause significant DNA damage, double-stranded breaks, and TP53 nuclear accumulation that created an immunostaining pattern similar to that seen in p53 signature. Reactive oxygen species (ROS) and the IGF2 have been implicated in this mutagenesis (Hsu, 2015) (Hsu, 2019).

| Lesion | case ID | diagnosis | with concurrent cancer | inflammation* |
|---|---|---|---|---|
| 1 | S80001 | p53 sig | no | no |
| 2 | S80002 | p53 sig | no | no |
| 3 | S80003 | STIC | no | no |
| 4 | S80004 | p53 sig | no | no |
| 5 | S80005 | p53 sig | no | no |
| 6 | S80006 | p53 sig | no | no |
| 7 | S80007 | STIC | no | no |
| 8 | 10150 | STIC | no | no |
| 9 | 10149 | p53 sig-1 | no | no |
| 10 | 10149 | p53 sig-2 | no | no |
| 11 | 10148 | p53 sig | no | no |
| 12 | 10147 | STIC | no | no |
| 13 | 10146 | STIC | yes | no |
| 14 | 10146 | ovarian cancer | yes | yes |
| 15 | 10145 | p53 sig | no | no |
| 16 | 10144 | STIC | no | no |
| 17 | 10142 | p53 sig | yes | no |
| 18 | 10142 | ovarian cancer | yes | yes |
| 19 | 10141 | STIC | yes | no |
| 20 | 10141 | ovarian cancer | yes | yes |
| 21 | 10137 | STIC-1 | no | no |
| 22 | 10137 | STIC-2 | no | no |
| 23 | 10136 | STIC | no | no |
| 24 | 10135 | STIC | no | no |
| 25 | 10133 | STIC | no | no |
| 26 | 10060 | STIC | no | no |
| 27 | 10059 | STIC | no | no |
| 28 | 10058 | ovarian cancer | yes | yes |
| 29 | 10058 | STIC | yes | no |
| 30 | 10057 | ovarian cancer | yes | yes |
| 31 | 10056 | STIC | no | no |
| 32 | 10055 | ovarian cancer | yes | yes |
| 33 | 10053 | STIC | yes | no |
| 34 | 10013 | STIC-1 | no | no |
| 35 | 10013 | STIC-2 | no | no |
| 36 | 10013 | STIC-3 | no | no |
| 37 | 10013 | p53 sig | no | no |
| 38 | 30032 | STIC | no | no |
| 39 | 20073 | STIC | no | no |
| 40 | 10046 | p53 sig | no | no |
| 41 | 20055 | ovarian cancer | yes | yes |
| 42 | 20055 | STIC | yes | no |
| 43 | 10022 | p53 sig | no | no |
| 44 | 10020 | p53 sig | no | no |
| 45 | 10043 | p53 sig | no | no |
| 46 | 10018 | p53 sig | no | no |
| 47 | 10026 | p53 sig | no | no |
| 48 | 10013 | p53 sig | no | no |
| 49 | 20114 | STIC | yes | no |
| 50 | 20114 | ovarian cancer | yes | yes |
| 51 | 10011 | STIC | no | no |
| 52 | 10028 | NFT | no | no |
| 53 | 10031 | NFT | no | no |
| 54 | 10039 | NFT | no | no |
| 55 | 10052 | NFT | no | no |
| 56 | 20001 NFT | NFT | no | no |
| 57 | 20002 NFT | NFT | no | no |
| 58 | 20003 NFT | NFT | no | no |
| 59 | 20004 NFT | NFT | no | no |

Table 2. The summary of the results.

*Inflammation is defined by increased lymphocytic infiltrate associated with the lesions as compred to the background normal tissues or mucosa.

**Appendix**

**Publications supported by DoD Ovarian Cancer Consortium (OCPR: W81XWH-11-2-0230)**

Title: Prevention of Ovarian High-Grade Serous Carcinoma by Elucidating Its Early Change

2011-Current (all investigators in this consortium)

6.1. Journal publications (with acknowledgement of federal support)

1.  George SH, Greenaway J, Milea A, Clary V, Shaw S, Sharma M, Virtanen C, Shaw PA: Identification of abrogated pathways in fallopian tube epithelium from BRCA1 mutation carriers. J Pathol 2011, 225:106-17 PMID: 21744340.

2.  Kurman RJ, Shih Ie M: Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. Hum Pathol 2011, 42:918-31 PMCID: PMC3148026

3.  Kurman RJ, Vang R, Junge J, Hannibal CG, Kjaer SK, Shih Ie M: Papillary tubal hyperplasia: the putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. Am J Surg Pathol 2011, 35:1605-14 PMCID: PMC3193599

4.  Visvanathan K, Vang R, Shaw P, Gross A, Soslow R, Parkash V, Shih Ie M, Kurman RJ: Diagnosis of serous tubal intraepithelial carcinoma based on morphologic and immunohistochemical features: a reproducibility study. Am J Surg Pathol 2011, 35:1766-75. PMCID: PMC4612640

5.  Kuhn E, Kurman RJ, Sehdev AS, Shih IM: Ki-67 labeling index as an adjunct in the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol 2012, 31:416-22. PMCID: PMC3715095

6.  Kuhn E, Kurman RJ, Shih IM: Ovarian Cancer Is an Imported Disease: Fact or Fiction? Curr Obstet Gynecol Rep 2012, 1:1-9. PMCID: PMC3322388

7.  Kuhn E, Kurman RJ, Soslow RA, Han G, Sehdev AS, Morin PJ, Wang TL, Shih IM: The diagnostic and biological implications of laminin expression in serous tubal intraepithelial carcinoma. Am J Surg Pathol 2012, 36:1826-34. PMCID: PMC3500426

8.  Kuhn E, Kurman RJ, Vang R, Sehdev AS, Han G, Soslow R, Wang TL, Shih IM: TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic high-grade serous carcinoma- evidence supporting the clonal relationship of the two lesions. J Pathol 2012, 226:421-6. PMCID: PMC4782784

9.  Vang R, Visvanathan K, Gross A, Maambo E, Gupta M, Kuhn E, Li RF, Ronnett BM, Seidman JD, Yemelyanova A, Shih Ie M, Shaw PA, Soslow RA, Kurman RJ: Validation of an algorithm for the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol 2012, 31:243-53. PMCID: PMC3366037

10. Tone AA, Virtanen C, Shaw P, Brown TJ: Prolonged postovulatory proinflammatory signaling in the fallopian tube epithelium may be mediated through a BRCA1/DAB2 axis. Clin Cancer Res 2012, 18:4334-44. PMID: 22753593

11. George SH, Milea A, Shaw P: Proliferation in the normal FTE is a hallmark of the follicular phase not BRCA mutation status. Clin Cancer Res 2012, 18:6199-207. PMID: 22967960

12. Tian Y, Chen L, Zhang B, Zhang Z, Yu G, Clarke R, Xuan J, Shih IM, Wang Y: Genomic and network analysis to study the origin of ovarian cancer. Systems biomedicine 2013, 1:55-64.

13. Kuhn E, Ayhan A, Shih Ie M, Seidman JD, Kurman RJ: Ovarian Brenner tumour: a morphologic and immunohistochemical analysis suggesting an origin from fallopian tube epithelium. Eur J Cancer 2013, 49:3839-49. PMID: 24012099

14. Vang R, Shih Ie M, Kurman RJ: Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology 2013, 62:44-58. PMID: 23240669

15. Rodic N. Sharma R, Sharma R, Zampella J, Dai L, Taylor MS, Hruban RH, Iacobuzio-Donahue CA, Maitra A, Torbenson MS, Goggins M, Shih IM, Duffield AS, Montgomery EA, Gabrielson E, Netto GJ, Lotan TL, De Marzo AM, Westra W, Binder ZA, Orr BA, Gallia GL, Eberhart CG, Boeke JD, Harris CR, Burns KH. Long interspersed element-1 protein expression is a hallmark of many human cancers. Am J Pathol, 184:1280-1286, 2014. PMID:24607009

16. Nik NN, Vang R, Shih Ie M, Kurman RJ: Origin and pathogenesis of pelvic (ovarian, tubal, and primary peritoneal) serous carcinoma. Ann Rev Pathol 2014, 9:27-45.

17. Ardighieri L, Lonardi S, Moratto D, Facchetti F, Shih IM, Vermi W, Kurman RJ: Characterization of the immune cell repertoire in the normal fallopian tube. Int J Gyn Pathol 2014, 33:581-91. PMCID: PMC4617751.

18. Bettegowda C, Sausen M, Leary RJ, Kinde I, Wang Y, Agrawal N, Bartlett BR, Wang H, Luber B, Alani RM, Antonarakis ES, Azad NS, Bardelli A, Brem H, Cameron JL, Lee CC, Fecher LA, Gallia GL, Gibbs P, Le D, Giuntoli RL, Goggins M, Hogarty MD, Holdhoff M, Hong SM, Jiao Y, Juhl HH, Kim JJ, Siravegna G, Laheru DA, Lauricella C, Lim M, Lipson EJ, Marie SK, Netto GJ, Oliner KS, Olivi A, Olsson L, Riggins GJ, Sartore-Bianchi A, Schmidt K, Shih l M, Oba-Shinjo SM, Siena S, Theodorescu D, Tie J, Harkins TT, Veronese S, Wang TL, Weingart JD, Wolfgang CL, Wood LD, Xing D, Hruban RH, Wu J, Allen PJ, Schmidt CM, Choti MA, Velculescu VE, Kinzler KW, Vogelstein B, Papadopoulos N, Diaz LA, Jr.: Detection of circulating tumor DNA in early- and late-stage human malignancies. Sci Transl Med 2014, 6:224ra24. PMID:24553385

19. Sherman-Baust CA, Kuhn E, Valle BL, Shih Ie M, Kurman RJ, Wang TL, Amano T, Ko MS, Miyoshi I, Araki Y, Lehrmann E, Zhang Y, Becker KG, Morin PJ: A genetically engineered ovarian cancer mouse model based on fallopian tube transformation mimics human high-grade serous carcinoma development. J Pathol 2014, 233:228-37. PMCID: PMC4149901.

20. George SH, Shaw P: BRCA and Early Events in the Development of Serous Ovarian Cancer. Frontiers Onc 2014, 4:5. PMCID: PMC3901362.

21. Zeppernick F, Meinhold-Heerlein I, Shih Ie M: Precursors of ovarian cancer in the fallopian tube: serous tubal intraepithelial carcinoma--an update. J Ob Gyn Res 2015, 41:6-11. PMCID: PMC4352308.

22. Chui MH, Wang Y, Wu RC, Seidman J, Kurman RJ, Wang TL, Shih IM: Loss of ALDH1A1 expression is an early event in the pathogenesis of ovarian high-grade serous carcinoma. Mod Pathol 2015, 28:437-45. PMCID: PMC4344882

23. Morrison JC, Blanco LZ Jr, Vang R, Ronnett BM: Incidental serous tubal intraepithelial carcinoma and early invasive serous carcinoma in the nonprophylactic setting: analysis of a case series. Am J Surg Pathol 2015, 39:442-53. PMID: 25517955.

24. Cobb LP, Gaillard S, Wang YH, Shih IM, Secord AA. Adenocarcinoma of Mullerian origin: review of pathogenesis, molecular biology, and emerging treatment paradigms. Gyn Oncol Res Pract, 2:1, 2015.

25. Kobayashi Y, Kashima H, Wu RC, Jung JG, Kuan JC, Gu J, Xuan J, Sokoll L, Visvanathan K, Shih IM, Wang TL: Mevalonate Pathway Antagonist Inhibits Proliferation of Serous Tubal Intraepithelial Carcinoma and Ovarian Carcinoma in Mouse Models. Clin Cancer Res, 2015, 21:4625-62. PMCID: PMC4609247.

26. Lheureux S, Shaw PA, Karakasis K, Oza AM: Cancer precursor lesions in the BRCA population at the time of prophylactic salpingo-oophorectomy: Accuracy of assessment and potential surrogate marker for prevention. Gyn Oncol, 2015, 138:235-7. PMID: 26072440.

27. George SH, Milea A, Sowamber R, Chehade R, Tone A, Shaw PA: Loss of LKB1 and p53 synergizes to alter fallopian tube epithelial phenotype and high-grade serous tumorigenesis. Oncogene. 2016 Jan 7;35(1):59-68. PMID: 25798842

28. Kurman RJ, Shih IM: The dualistic model of ovarian carcinogenesis- revisited, revised and expanded. Am J Pathol. 2016 186:733-47. PMID: 27012190

29. Kito M, Maeda D, Kudo-Asabe Y, Sato N, Shih IM, Wang TL, Tanaka M, Terada Y. Goto A. Expression of cell competition markers at the interface between p53 signature and normal epithelium in the human fallopian tube. PLoS One, 11(6):e0156069, 2016. PMID: 27258067

30. Kuhn E, Wang TL, Doberstein K, Bahadirli-Talbott A, Ayhan A, Sehdev S, Drapkin R, Kurman RJ, Shih IM. CCNE1 amplification and centrosome number abnormality in serous tubal intraepithelial carcinoma- further evidence supporting its role as a precursor of ovarian high-grade serous carcinoma. Mod Pathol, 29:1254-1261, 2016.

31. Gerry E, Shih IM. Will shorter time interval to diagnose ovarian cancer improve early detection? A perspective from the dualistic model. Br J Ob Gyn, 123:1021, 2016. PMID: 26138012

32. Angeleso M, Papdopoulos N, Ayhan A, Wang TL, Nazeran TM, Horlings HM, Noe M, Lum A, Jones S, Senz J, Seckin T, Ho J, Wu RC, Lac V, Ogawa H, Tessier-Cloutier B, Alhassan R, Wang A, Wang Y, Cohen, J, Wong F, Hasanovic A, Orr, Wang M, Popoli M, McMahon W, Wood L, Mattox A, Allaire C, Segars J, Williams C, Tomasetti C, Boyd N, Kinzler KW, Gilks B, Diza L, Wang TL, Vogelstein B, Yong PJ, Huntsman DG, Shih IM. Cancer associated mutations in endometriosis without cancer. N Engl J Med, 376:1835-1848, 2017. PMID: 28489996

33. Ducie J, Dao F, Considine M, Olvera N, Shaw PA, Kurman RJ, Shih IM, Soslow RA, Cope L, Levine DA. Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma. Nat Commun, 2017 Oct 17;8(1):990. doi: 10.1038/s41467-017-01217-9. PubMed PMID: 29042553; PubMed Central PMCID: PMC5645359.

34. Labidi-Galy I, Papp E, Hallberg D, Niknafs N, Adleff V, Now M, Bhattacharya R, Novak M, Jones S, Phallen J, Hurban CA, Hirsch MS, Lin DI, Schwartz L, Maire CL, Tille JC, Bowden M, Ahyan A, Wood LD, Scharpf RB, Kurman RJ, Wang TL, Shih IM, Karchin R, Drapkin R, Velculescu VE. High grade serous ovarian carcinomas originate in the fallopian tube. Nat Comm, 8:1093, 2017. PMID: 29061967

35. Lin SF, Gerry E, Shih IM. Tubal origin of ovarian cancer- the double-edged sword of haemaglobin. J Pathol, 242:3-6, 2017. PMID: 28054715

36. Visvanathan K, Wang TL, Shih IM. Pre-cancerous lesions of ovarian cancer- a US perspective. J Natl Can Inst, 110:djx269, 2018. PMID: 29281080

37. Wang Y, Li L, Douville C, Cohen JD, Yen TT, Kinde I, Sundfelt K, Kjaer SK, Hruban RH, Shih IM, Wang TL, Kurman RJ, Springer S, Ptak J, Popli M, Schaefer J, Silliman N, Dobbyn L, Tanner EJ, Angarita A, Lycke M, Jochumsen K, Afsari B, Danilova L, Levine DA, Jardon K, Zeng X, Arsenau J, Fu L, Diaz LA, Karchin R, Tomasetti C, Kinzler KW, Vogelstein B, Fader AN, Papadopoulos N. Evaluation of liquid from the Papnicolaou test and other liquid biopsies for the detection of endometrial and ovarian cancers. Sci Tral Med, 10(433). pii: eaap8793. doi: 10.1126/scitranslmed.aap8793, 2018. PMID: 29563323

38. Ojalvo LS, Thompson ED, Wang TL, Meeker AK, Shih IM, Fader AN, Cimino-Mathews AM, Emens LA. Tumor-associated macrophages and the tumor immune microenvironment of primary and recurrent epithelial ovarian cancer. Hum Pathol, 74:135-147, 2018. PMID: 29288043.

39. Pisanic TR, Lin SF, Yen TT, Athamanolap P, Nakayama K, Cope LM, Wang TH, Shih IM, Wang TL. Methylomic analysis of ovarian cancers identifies tumor-specific alterations readily detectable in early precursor lesions. Clin Cancer Res, in press.

40. Visvanathan K, Shaw PA, May BJ, Bahdirli-Talbot A, Kaushiva A, Risch HA, Narod SA, Wang T-L, Parkash V, Vang R, Levine DA, Soslow RA, Kurman RJ, and Shih Ie-Ming. Fallopian tube lesions in women at high risk for ovarian cancer: A multicenter study. Resubmission under review with Cancer Prevention Research.

41. Lin SF, Wang P, Zhang M, Wu RC, Chu T, Wang BG, Kurman RJ, Vang R, Kinzler K, Tomasetti C, Wang TL, Shih IM. Early genomic landscape in the evolution of ovarian cancer. Submission under review with J Pathol.

42. Sophia HL George, Anca Milea, Ramlogan Sowamber, Alicia Tone, Rania Chehade and Patricia Shaw. Loss of LKB1 Protein Expression is Frequent in Serous Carcinoma. Oncogene, 35:58, 2016.

43. Sophia HL George and Patricia Shaw. BRCA and the fallopian tube epithelium. Frontiers in Oncology, 4:5, 2014

44. Sophia H.L. George, Anca Milea and Patricia A. Shaw. Proliferation in the Normal FTE Is a Hallmark of the Follicular Phase, Not BRCA Mutation Status. Clin Can Res, 22:6199-6207; 2012.

45. George, S. H., Greenaway, J. ,Milea, A. , Clary, V. , Shaw, S. , Sharma, M. , Virtanen, C. and Shaw, P. A. Identification of abrogated pathways in fallopian tube epithelium from BRCA1 mutation carriers. J. Pathol, 225:106-117, 2011.

46. Han C, Bellone S, Siegel ER, Altwerger G, Menderes G, Bonazzoli E, Egawa-Takata T, Pettinella F, Bianchi A, Riccio F, Zammataro L, Yadav G, MartoJA, Penet MF, Levine DA, Drapkin R, Patel A, Litkouhi B, Ratner E, Silasi DA,Huang GS, Azodi M, Schwartz PE, Santin AD. A novel multiple biomarker panel for the early detection of high-grade serous ovarian carcinoma. Gynecol Oncol. 2018Jun;149(3):585-591. doi: 10.1016/j.ygyno.2018.03.050. Epub 2018 Mar 21. PubMedPMID: 29572027; PubMed Central PMCID: PMC5986604.

47. Hussein YR, Ducie JA, Arnold AG, Kauff ND, Vargas-Alvarez HA, Sala E, LevineDA, Soslow RA. Invasion Patterns of Metastatic Extrauterine High-grade Serous Carcinoma With BRCA Germline Mutation and Correlation With Clinical Outcomes. Am J Surg Pathol. 2016 Mar;40(3):404-9. doi: 10.1097/PAS.0000000000000556. PubMedPMID: 26574845; PubMed Central PMCID: PMC4970426.

## References cited in this study

Alves, J.M., Prieto, T., and Posada, D. (2017). Multiregional Tumor Trees Are Not Phylogenies. Trends Cancer *3*, 546-550.

Ardighieri, L., Lonardi, S., Moratto, D., Facchetti, F., Shih Ie, M., Vermi, W., and Kurman, R.J. (2014). Characterization of the immune cell repertoire in the normal fallopian tube. International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists *33*, 581-591.

Bahar-Shany K, Brand H, Sapoznik S, Jacob-Hirsch J, Yung Y, Korach J, et al. Exposure of fallopian tube epithelium to follicular fluid mimics carcinogenic changes in precursor lesions of serous papillary carcinoma. Gynecologic Oncology. 2014;132(2):322-7.

Beral V, Doll R, Hermon C, Peto R, Reeves G. Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. The Lancet. 2008;371(9609):303-14.

Ducie, J., Dao, F., Considine, M., Olvera, N., Shaw, P.A., Kurman, R.J., Shih, I.M., Soslow, R.A., Cope, L., and Levine, D.A. (2017). Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma. Nature communications *8*, 990.

Eckert, M.A., Pan, S., Hernandez, K.M., Loth, R.M., Andrade, J., Volchenboum, S.L., Faber, P., Montag, A., Lastra, R., Peter, M.E., *et al.* (2016). Genomics of Ovarian Cancer Progression Reveals Diverse Metastatic Trajectories Including Intraepithelial Metastasis to the Fallopian Tube. Cancer discovery *6*, 1342-1351.

Hsu C-F, Huang H-S, Chu T-Y, Chu S-C, Ding D-C, Chen P-C, et al. Mutagenic, surviving and tumorigenic effects of follicular fluid in the context of p53 loss: initiation of fimbria carcinogenesis. Carcinogenesis. 2015;36(11):1419-28.

Hsu C-F, Huang H-S, Chen P-C, Ding D-C, Chu T-Y. IGF-axis confers transformation and regeneration of fallopian tube fimbria epithelium upon ovulation. EBioMedicine. 2019.

Kindelberger, D.W., Lee, Y., Miron, A., Hirsch, M.S., Feltmate, C., Medeiros, F., Callahan, M.J., Garner, E.O., Gordon, R.W., Birch, C., *et al.* (2007). Intraepithelial carcinoma of the fimbria and pelvic serous carcinoma: Evidence for a causal relationship. The American journal of surgical pathology *31*, 161-169.

Kuhn, E., Kurman, R.J., Sehdev, A.S., and Shih, I.M. (2012a). Ki-67 labeling index as an adjunct in the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol *in press*.

Kuhn, E., Kurman, R.J., and Shih, I.M. (2012b). Ovarian cancer is an imprted disease: fact or fiction? Curr Obstet Gynecol Rep *1*, 1-9.

Kuhn, E., Kurman, R.J., Soslow, R.A., Han, G., Sehdev, A.S., Morin, P.J., Wang, T.L., and Shih Ie, M. (2012c). The diagnostic and biological implications of laminin expression in serous tubal intraepithelial carcinoma. The American journal of surgical pathology *36*, 1826-1834.

Kuhn, E., Kurman, R.J., Vang, R., Sehdev, A.S., Han, G., Soslow, R., Wang, T.L., and Shih, I.M. (2012d). TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic high-grade serous carcinoma- evidence supporting the clonal relationship of the two lesions. The Journal of pathology *226*, 421-426.

Kuhn, E., Meeker, A., Wang, T.L., Sehdev, A.S., Kurman, R.J., and Shih Ie, M. (2010). Shortened telomeres in serous tubal intraepithelial carcinoma: an early event in ovarian high-grade serous carcinogenesis. The American journal of surgical pathology *34*, 829-836.

Kuhn, E., Wang, T.L., Doberstein, K., Bahadirli-Talbott, A., Ayhan, A., Sehdev, A.S., Drapkin, R., Kurman, R.J., and Shih Ie, M. (2016). CCNE1 amplification and centrosome number abnormality in serous tubal intraepithelial carcinoma: further evidence supporting its role as a precursor of ovarian high-grade serous carcinoma. Modern pathology : an official journal of the United States and Canadian Academy of Pathology, Inc *29*, 1254-1261.

Kuhn, E., Wu, R.C., Guan, B., Wu, G., Zhang, J., Wang, Y., Song, L., Yuan, X., Wei, L., Roden, R.B.*, et al.* (2012e). Identification of Molecular Pathway Aberrations in Uterine Serous Carcinoma by Genome-wide Analyses. Journal of the National Cancer Institute *104*, 1503-1513.

Kurman, R.J., and Shih Ie, M. (2016). The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded. The American journal of pathology *186*, 733-747.

Kurman, R.J., and Shih, I.M. (2010). The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory. The American journal of surgical pathology *34*, 433-443.

Lee, Y., Medeiros, F., Kindelberger, D., Callahan, M.J., Muto, M.G., and Crum, C.P. (2006). Advances in the recognition of tubal intraepithelial carcinoma: applications to cancer screening and the pathogenesis of ovarian cancer. Adv Anat Pathol *13*, 1-7.

Lee, Y., Miron, A., Drapkin, R., Nucci, M.R., Medeiros, F., Saleemuddin, A., Garber, J., Birch, C., Mou, H., Gordon, R.W.*, et al.* (2007). A candidate precursor to serous carcinoma that originates in the distal fallopian tube. The Journal of pathology *211*, 26-35.

Malmberg K, Klynning C et al. Serous tubal intraepitehlial carcinoma, chronic fallopian tube injury, and serous carcinoma development. Virchows Arch, 2016.

McDaniel, A.S., Stall, J.N., Hovelson, D.H., Cani, A.K., Liu, C.J., Tomlins, S.A., and Cho, K.R. (2015). Next-Generation Sequencing of Tubal Intraepithelial Carcinomas. JAMA oncology *1*, 1128-1132.

Medeiros, F., Muto, M.G., Lee, Y., Elvin, J.A., Callahan, M.J., Feltmate, C., Garber, J.E., Cramer, D.W., and Crum, C.P. (2006). The tubal fimbria is a preferred site for early adenocarcinoma in women with familial ovarian cancer syndrome. The American journal of surgical pathology *30*, 230-236.

Piek, J.M., van Diest, P.J., Zweemer, R.P., Jansen, J.W., Poort-Keesom, R.J., Menko, F.H., Gille, J.J., Jongsma, A.P., Pals, G., Kenemans, P.*, et al.* (2001a). Dysplastic changes in prophylactically removed Fallopian tubes of women predisposed to developing ovarian cancer. The Journal of pathology *195*, 451-456.

Piek, J.M., van Diest, P.J., Zweemer, R.P., Kenemans, P., and Verheijen, R.H. (2001b). Tubal ligation and risk of ovarian cancer. Lancet *358*, 844.

Rabban, J.T., Vohra, P., and Zaloudek, C.J. (2015). Nongynecologic metastases to fallopian tube mucosa: a potential mimic of tubal high-grade serous carcinoma and benign tubal mucinous metaplasia or nonmucinous hyperplasia. The American journal of surgical pathology *39*, 35-51.

Sehdev, A.S., Kurman, R.J., Kuhn, E., and Shih Ie, M. (2010). Serous tubal intraepithelial carcinoma upregulates markers associated with high-grade serous carcinomas including Rsf-1 (HBXAP), cyclin E and fatty acid synthase. Modern pathology : an official journal of the United States and Canadian Academy of Pathology, Inc *23*, 844-855.

Singh, R., and Cho, K.R. (2017). Serous Tubal Intraepithelial Carcinoma or Not? Metastases to Fallopian Tube Mucosa Can Masquerade as In Situ Lesions. Archives of pathology & laboratory medicine *141*, 1313-1315.

Skates, S.J., Greene, M.H., Buys, S.S., Mai, P.L., Brown, P., Piedmonte, M., Rodriguez, G., Schorge, J.O., Sherman, M., Daly, M.B.*, et al.* (2017). Early Detection of Ovarian Cancer using the Risk of Ovarian Cancer Algorithm with Frequent CA125 Testing in Women at Increased Familial Risk - Combined Results from Two Screening Trials. Clinical cancer research : an official journal of the American Association for Cancer Research *23*, 3628-3637.

Trabert, B., Coburn, S.B., Mariani, A., Yang, H.P., Rosenberg, P.S., Gierach, G.L., Wentzensen, N., Cronin, K.A., and Sherman, M.E. (2017). Reported Incidence and Survival of Fallopian Tube Carcinomas: A Population-Based Analysis From the North American Association of Central Cancer Registries. Journal of the National Cancer Institute.

Vang, R., Gupta, M., Wu, L.S., Yemelyanova, A.V., Kurman, R.J., Murphy, K.M., Descipio, C., and Ronnett, B.M. (2012a). Diagnostic reproducibility of hydatidiform moles: ancillary techniques (p57 immunohistochemistry and molecular genotyping) improve morphologic diagnosis. The American journal of surgical pathology *36*, 443-453.

Vang, R., Visvanathan, K., Gross, A., Maambo, E., Gupta, M., Kuhn, E., Li, R.F., Ronnett, B.M., Seidman, J.D., Yemelyanova, A.*, et al.* (2012b). Validation of an algorithm for the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol *31*, 243-253.

Visvanathan, K., Shaw, P., May, B.J., Bahadirli-Talbott, A., Kaushiva, A., Risch, H., Narod, S., Wang, T.L., Parkash, V., Vang, R.*, et al.* (2018). Fallopian Tube Lesions in Women at High Risk for Ovarian Cancer: A Multicenter Study. Cancer prevention research *11*, 697-706.

Visvanathan, K., Vang, R., Shaw, P., Gross, A., Soslow, R., Parkash, V., Shih Ie, M., and Kurman, R.J. (2011). Diagnosis of serous tubal intraepithelial carcinoma based on morphologic and immunohistochemical features: a reproducibility study. The American journal of surgical pathology *35*, 1766-1775.

Visvanathan, K., Wang, T.L., and Shih, I.M. (2017). Precancerous Lesions of Ovarian Cancer-A US Perspective. Journal of the National Cancer Institute.

Visvanathan, K., Shaw, P., May, B.J., Bahadirli-Talbott, A., Kaushiva, A., Risch, H., Narod, S., Wang, T.L., Parkash, V., Vang, R.*, et al.* (2018). Fallopian Tube Lesions in Women at High Risk for Ovarian Cancer: A Multicenter Study. Cancer prevention research *11*, 697-706.

Wu, R.C., Wang, P., Lin, S.F., Zhang, M., Song, Q., Chu, T., Wang, B.G., Kurman, R.J., Vang, R., Kinzler, K.*, et al.* (2018). Genomic landscape and evolutionary trajectories of ovarian cancer early precursor lesions. The Journal of pathology.

# Appendix: Photomicrographs













20055









10011 STIC

10011 STIC

10011 STIC





# EXHIBIT A

# CURRICULUM VITAE

The Johns Hopkins University School of Medicine

Ie-Ming Shih                                    Version: February 8, 2019

Dr. Ie-Ming Shih is the *Richard W. TeLinde* Distinguished Professor (Endowed Chair) of Gynecologic Pathology (1) and directs this inter-departmental research program at the Johns Hopkins Medical Institutions (2, 3). This endowed professorship with this size is the only one to recognize the academic excellence and authority in the gynecologic pathology field.  He also co-directs the *Breast and Ovarian Cancer Program* at the *Sidney Kimmel Comprehensive Cancer Center* at Johns Hopkins. Dr. Shih graduated from the *Taipei Medical University* in 1988 and obtained his Ph.D. from *University of Pennsylvania* in 1993. He is a gynecologic pathologist, trained and board-certified in anatomic pathology, having completed a clinical fellowship in gynecologic pathology followed by a cancer molecular genetics fellowship with Dr. Bert Vogelstein at Hopkins. Since 2000, Dr. Shih has become a faculty member and his research focuses on exploring genomic landscapes and pathogenesis of ovarian and endometrial cancers, developing new target-based therapy and applying innovative technology for early detection of gynecologic cancer. His research team has proposed the new model in classifying ovarian cancer which has become widely used nowadays, helped elucidating the origin of ovarian cancer and develops new technology to detect ovarian cancer. They have also pioneered in elucidating the molecular landscapes in different types of ovarian cancer and identify novel genes and pathways involved in chromatin remodeling, chromosomal instability, cytokinesis and tumor invasion in ovarian cancer. In collaboration with medical and gynecologic oncologists, the research team is initiating new clinical trials that capitalize their new molecular research findings. As an example, they are determining if adding a new kinase inhibitor in the paclitaxel regimen will sensitize chemotherapy in recurrent ovarian cancer. His research is supported by NIH/NCI, DoD and several private foundation awards. Recently, in addition to NIH RO1 and UO1, Dr. Shih has received the NIH award- SPORE (Specialized Program of Research Excellence) of Ovarian Cancer (12.5 million USD for 5 years) as the overall Principal Investigator and led the multi-institutional team for translational ovarian cancer research including the development of early detection and novel therapies. The inter-departmental TeLinde Gynecologic Pathology Research program he is leading has generated more than 6.6 million USD/yr in research funding in 2018.  Dr. Shih has published more than 350 original articles and book chapters in prestigious journals such as *New England Journal of Medicine*, *Cancer Cell*, *Journal of National Cancer Institute*, *PNAS*, *Science, Lancet Oncology, Nature* and *Nature Medicine*, etc. which have been cited over 33,000 times. He has been invited to give more than 110 lectures worldwide. Dr. Shih is also a devoted teacher who has helped career development of many young scientists and physicians to pursue academic career and excellence. He sits on several advisory boards such as NCI Ovarian Task Force of Gynecologic Cancer Steering Committee and Ovarian Cancer Research Foundation, etc. and serves as an editorial board member in Cancer Research, Journal of Pathology, American Journal of Pathology and several others.  Besides his clinical, research, and teaching obligations, he is also a passionate photographer (4).

Ie-Ming Shih

1. https://professorships.jhu.edu/professorship/richard-w-telinde-distinguished-professorship-in-gynecological-pathology/
2. www.hopkinsmedicine.org/gynecology_obstetrics/research/areas/telinde_lab.html
3. www.gynecologycancer.org
4. www.shih-photography.com

## DEMOGRAPHIC AND PERSONAL INFORMATION

### Current Appointments

**Richard W. TeLinde Distinguished Professor**, Department of Gynecology and Obstetrics with secondary appointment in the Departments of Oncology and Pathology, Johns Hopkins Medical Institutions

**Co-Director, the Breast and Ovarian Cancer Program,** Sidney Kimmel Comprehensive Cancer Center, Johns Hopkins Medical Institutions

### Personal Data

Country of birth place: Dai-Chia Township, Tai-Chuan City, Taiwan
Nationality/citizenship: 1) United States of America; 2) Taiwan
Contact information:
Address: 1550 Orleans Street, CRB-2, RM 305, Baltimore, Maryland 21231
Office phone: 410-502-7774
Fax: 410-502-7943
E-mail: ishih@jhmi.edu, shihie@yahoo.com

## EDUCATION AND TRAINING

| Year | Degree | Institution | Discipline |
|---|---|---|---|
| 1981-1988 | M.D. | Taipei Medical University | Medicine |
| 1989- 1993 | Ph.D. | University of Pennsylvania | Biomedical Science (pathology) |
| 1993-1994 | Postdoctoral Fellow | The Wistar Institute | Cancer Biology |
| 1994-1997 | Resident | Johns Hopkins Hospital | Pathology |
| 1997-1998 | Clinical Fellow | Johns Hopkins Hospital | Gynecologic Pathology |
| 1998-2000 | Research Fellow | Johns Hopkins Oncology Ctr. (w/ Dr. Bert Vogelstein) | Cancer Genetics |

## PROFESSIONAL EXPERIENCE

2000-2001 **Instructor**, Department of Pathology
Johns Hopkins Medical Institutions, Baltimore, MD

2001-2003 **Assistant Professor**, Department of Pathology
Johns Hopkins Medical Institutions, Baltimore, MD

2003-2008 **Associate Professor**, Departments of Pathology, Oncology and Gynecology and Obstetrics

2

Ie-Ming Shih

Johns Hopkins Medical Institutions, Baltimore, MD

2008-  **Professor**, Departments of Pathology, Oncology and Gynecology/Obstetrics
Johns Hopkins Medical Institutions, Baltimore, MD

2014-  **Richard W. TeLinde Distinguished Professor (endowed Chair)**
http://webapps.jhu.edu/namedprofessorships/professorshipdetail.cfm?professorshipID=220
Department of Gynecology and Obstetrics
Johns Hopkins University School of Medicine

**Director of Johns Hopkins TeLinde Gynecologic Pathology Research Program**
http://www.hopkinsmedicine.org/gynecology_obstetrics/research/areas/telinde_lab.htm
Department of Gynecology and Obstetrics
Johns Hopkins University School of Medicine

**Co-director of the Breast and Ovarian Cancer Program**,
Sidney Kimmel Comprehensive Cancer Center, Johns Hopkins Medical Institutions, Baltimore, MD

## RESEARCH ACTIVITIES        research website: www.gynecologycancer.org

**Peer-Reviewed Research Articles**

Dr. Shih's publications can be found in NCBI *My Bibliography* at:
https://www.ncbi.nlm.nih.gov/myncbi/collections/bibliography/47955017/

1.   **Shih IM,** Chiang HS, Yang LL, Wang TL. Antimotility effects of Chinese herbal medicines on human sperm. J Formos Med Assoc, 89:466-9, 1990. PMID: 1977862

2.   Valyi-Nagy I, **Shih IM**, Gyorfi T, Greenstein D, Elder DE, Herlyn M. Spontaneous and induced differentiation of cultured human melanoma cells.  Int J Cancer, 54:159-165, 1993. PMID: 8478142

3.   Valyi-Nagy I, Hirka G, Jensen PJ, **Shih IM**, Juhasz I, Herlyn M. Undifferentiated keratinocytes control growth, morphology, and antigen expression of normal melanocytes through cell-cell contact.  Lab Invest, 69:152-159, 1993. PMID: 8350597

4.   Juhasz I, Lazaurs GS, Murphy GF, **Shih IM**, Herlyn M. Development of pemphigus vulgaris-like lesions in severe combined immunodeficient (SCID) mice reconstituted with lymphocytes from patients.  J Clin Invest, 92:2401-2407, 1993. PMID: 8227357

5.   Mancianti ML, Gyorfi T, **Shih IM**, Valyi-Nagy I, Levengood G, Menssen HD, Halpern A, Elder DE, Herlyn M. Growth regulation of cultured human nevus cells.  J Invest Dermatol, 100:281S-287S, 1993. PMID: 8440904

6.   **Shih IM**, Herlyn M. The role of growth factors and their receptors in the development and progression of melanoma.  J Invest Dermatol, 100:196S-203S, 1993. PMID: 8381840

3

Ie-Ming Shih

7.    **Shih IM**, Herlyn M. Autocrine and paracrine roles of growth factors in human melanoma. In Vivo, 8:113-124, 1994. PMID: 7519892

8.    Herlyn M, **Shih IM**. Interactions of melanocytes and melanoma cells with the microenvironment. Pigment Cell Res, 7:81-88, 1994. PMID: 8066024

9.    **Shih IM**, Elder DE, Speicher D, Johnson JP, Herlyn M. Isolation and functional characterization of the A32 melanoma-associated antigens. Cancer Res, 54:2514-2520, 1994. PMID: 8162602

10.   **Shih IM**, Elder DE, Herlyn M. Regulation of Mel-CAM/MUC18 expression on melanocytes of different stages of tumor progression by normal keratinocytes. Am J Pathol, 145:837-845, 1994. PMID: 7943174

11.   **Shih IM**, Wang TL, Westra WH. Diagnostic and biologic implications of Mel-CAM expression in spindle cell neoplasms. Clin Cancer Res, 2:569-575, 1996. PMID: 9816205

12.   **Shih IM**, Kurman RJ. Expression of melanoma cell adhesion molecule in intermediate trophoblast. Lab Invest, 75: 377-388, 1996. (with cover illustration) PMID: 8804361

13.   **Shih IM**, Speicher D, Hsu MY, Levine E, Herlyn M. Melanoma cell-cell interactions are mediated through heterophilic Mel-CAM/ligand adhesion. Cancer Res, 57: 3835-3840, 1997. PMID: 9288796

14.   **Shih IM**, Hsu MY, Palazzo JP, Herlyn M. The cell-cell adhesion receptor Mel-CAM acts as a tumor suppressor in breast carcinoma. Am J Pathol, 151:745-751, 1997. PMID: 9284823

15.   **Shih IM**, Kurman RJ. New concepts in trophoblastic growth and differentiation with practical application for the diagnosis of gestational trophoblastic disease. Verh Dtsch Ges Path, 81: 266-272, 1997. PMID: 9474880

16.   **Shih IM**, Schnarr RL, Gearhart JD, Kurman RJ. Distribution of cells bearing the HNK-1 epitope in the human placenta. Placenta, 18:667-674, 1997. PMID: 9364602

17.   Hu PJ, **Shih IM**, Hutchins GM, Hellmann DB. Polyarteritis nodosa of the pericardium: antemortem diagnosis in a pericardiectomy specimen. J Rheumatol, 24:2042-2044, 1997. PMID: 9330952

18.   **Shih IM**, Kurman RJ. Ki-67 labeling index in the differential diagnosis of exaggerated placental site, placental site trophoblastic tumor, and choriocarcinoma: a double immunohistochemical staining technique using Ki-67 and Mel-CAM antibodies. Human Pathol, 29:27-33, 1998. (with cover illustration) PMID: 9445130

19.   **Shih IM**, Nesbit M, Herlyn M, Kurman RJ. A new Mel-CAM (CD146) specific monoclonal antibody, MN-4, on paraffin embedded tissue. Mod Pathol, 11:1098-1106, 1998. PMID: 9831208

20.   **Shih IM**, Kurman RJ. Epithelioid trophoblastic tumor --- a neoplasm distinct from choriocarcinoma and placental site trophoblastic tumor simulating carcinoma.  Am J Surg Pathol, 22:1393-1403, 1998. PMID: 9808132

Ie-Ming Shih

21.  **Shih IM**, Wang T-L, Wu T-C, Kurman RJ, Gearhart JD. Expression of Mel-CAM in implantation site intermediate trophoblastic cell line, IST-1, limits its migration on uterine smooth muscle cells. J Cell Sci, 111: 2655-2664, 1998. PMID: 9701564

22.  **Shih IM**, Kurman RJ. Immunohistochemical localization of inhibin-alpha in the human placenta and gestational trophoblastic lesions. Int J Gynecol Pathol, 18:144-150, 1999. PMID: 10202672

23.  Huang C-C, Kashima ML, Chen H, **Shih IM**, Kurman RJ, Wu T-C. HPV in situ hybridization with catalyzed signal amplification and polymerase chain reaction in establishing cerebellar metastasis of a cervical carcinoma.  Human Pathol, 30:587-591, 1999.

24.  **Shih IM.** The role of CD146 (Mel-CAM) in biology and pathology. J Pathol, 189:4-11,1999. PMID: 10451481

25.  Suzuki N, Nakayama J, **Shih IM**, Daisuke Aoki, Nozawa S, Fukuda MN. Expression of trophinin, tastin and bystin by trophoblasts and endometrial cells in human placenta. Biol Reprod, 60: 621-627, 1999. PMID: 10026108

26.  **Shih IM**, Seidman JD, Kurman RJ. Placental site nodule and characterization of distinctive types of intermediate trophoblast. Hum Pathol, 30:687-694, 1999. (with cover illustration) PMID: 10374778

27.  **Shih IM**, Yu J, He TC, Vogelstein B, Kinzler KW. The beta-catenin binding domain of APC gene is sufficient for tumor suppression. Cancer Res, 60:1671-1676, 2000. PMID: 10822298

28.  Wang TL, Ling M, **Shih IM,** Pham T, Pai SI, Lu Z, Kurman RJ, Pardoll DM, Wu TC. Intramuscular administration of E7-transfected dendritic cells generates the most potent E7-specific anti-tumor immunity. Gene Therapy, 7:726-733, 2000.

29.  **Shih IM**, Torrance C, Sokoll L, Chan DW, Kinzler KW, Vogelstein B. Assessing tumors in living animals through measurement of urinary beta-human chorionic gonadotropin. Nature Med, 6:711-714, 2000. PMID: 10835692

30.  Koch MB, **Shih IM**, Weiss SW, Folpe AL. Microphthalmia transcription factor and melanoma cell adhesion molecule expression distinguish desmoplastic/spindle cell melanoma from morphologic mimics. Am J Surg Pathol, 25:58-64, 2001. PMID: 11145252

31.  **Shih IM**, Kurman RJ. Editorial: Placental site trophoblastic tumor- past as prologue. Gynecol Oncol, 82:413-414, 2001. PMID: 11520133

32.  **Shih IM**, Zhou W, Goodman S, Kinzler KW, Vogelstein B. Evidence that genetic instability occurs at an early stage of colorectal tumorigenesis. Cancer Res, 61:818-822, 2001. PMID: 11221861

33.  **Shih IM**, Wang TL, Traverso G, Romans K, Hamilton SR, Kinzler KW, Vogelstein B. Top-down morphogenesis of colorectal tumors. Proc Natl Acad Sci USA, 98:2640-2645, 2001. PMID: 11226292

34.    **Shih IM**, Yan H, Speyrer D, Shmookler BM, Sugarbaker PH, Ronnett BM. Molecular genetic analysis of appendiceal mucinous adenomas in identical twins, including one with pseudomyxoma peritonei. Am J Surg Pathol, 25:1095-1099, 2001. PMID: 11474297

35.    **Shih IM**, Kurman RJ. The pathology of intermediate trophoblastic tumors and tumor-like lesions. Int J Gynecol Pathol, 20:31-47, 2001. PMID: 11192071

36.    **Shih IM**, Kurman RJ. Molecular basis of gestational trophoblastic diseases. Curr Mol Medicine, 2:1-12, 2002. PMID: 11898845

37.    Singer G, Kurman RJ, Chang H-W, Cho SKR, **Shih IM**. Diverse tumorigenic pathways in ovarian serous carcinoma. Am J Pathol, 160:1223-1228, 2002. PMID: 11943707

38.    Gerstein AV, Almeida TA, Ahao G, Chess E, **Shih IM**, Buhler K, Pienta K, Rubin MA, Vellella R, Papadopoulos N. APC/CTNNB1 (beta-catenin) pathway alterations in human prostate cancers. Genes, Chromosomes & Cancer, 34:9-16, 2002. PMID: 11921277

39.    Singer G, Kurman RJ, McMaster MT, **Shih IM**. HLA-G immunoreactivity is specific for intermediate trophoblast in gestational trophoblastic disease and can serve as a useful marker in differential diagnosis. Am J Surg Pathol, 26:914-920, 2002. PMID: 12131159

40.    Oldt R J, Kurman RJ, **Shih IM**. Molecular genetic analysis of placental site trophoblastic tumors and epithelioid trophoblastic tumors confirms their trophoblastic origin. Am J Pathol, 161:1033-1038, 2002. PMID: 12213732

41.    Hickman TN, **Shih IM**, Zacur HA, Kurman RJ, Diener-West M, Gearhart JD. Decreased progesterone receptor expression in the intermediate trophoblastic cells of spontaneous abortions. Fertil Steril, 77:1001-1005, 2002. PMID: 12009358

42.    Chang H-W, Ali SZ, Cho SR, Kurman RJ, **Shih IM**. Detection of allelic imbalance in ascitic supernatant by digital SNP analysis. Clin Cancer Res, 8:2580-2585, 2002. PMID: 12171887

43.    Chang H-W, Yen C-Y, Liu S-Y, Singer G, **Shih IM**. Genotype analysis using human hair shaft. Cancer Epidemiol Biomark Prev, 11:925-929, 2002. PMID: 12223440

44.    Chang H-W, Singer G, Cho SR, Sokoll L, Montz F, Roden R, Zhang Z, Chan DW, Kurman RJ, **Shih IM**. Assessment of plasma DNA levels, allelic imbalance and CA 125 as diagnostic tests for cancer. J Natl Can Inst, 94:1697-1703, 2002. PMID: 12441325

45.    Nowak MA, Komarova NL, Sengupta A, Jallepalli PV, **Shih IM,** Vogelstein B, Lengauer C. The role of chromosomal instability in tumor initiation. Proc Natl Acad Sci USA, 99:16226-16231, 2002. PMID: 12446840

46.    **Shih IM**, Hsu M-Y, Oldt RJ III, Herlyn M, Gearhart JD, Kurman RJ. The role of E-cadherin in the motility and invasion of implantation site intermediate trophoblast. Placenta, 23:706-715, 2002. PMID: 12398810

47.    Rai AJ, Zhang Z, Rosenzweig J, **Shih IM**, Pham T, Fung ET, Sokoll LJ, Chan DW. Proteomic approaches to tumor marker discovery- identification of biomarkers for ovarian cancer. Arch Pathol Lab Med, 126:1518-1526, 2002. PMID: 12456215

Ie-Ming Shih

48.   Fregnani ER, Pires FR, Quezada RD, **Shih IM**, Vargas PA, de Almeida OP. Calcifying odontogenic cyst: clinicopatholgoical features and immunohistochemical profile of 10 cases. J Oral Pathol Med, 32:163-170, 2003. PMID: 12581386

49.   Singer G, **Shih IM**, Truskinovsky A, Umudum H, Kurman RJ. Mutational analysis of K-ras segregates ovarian serous carcinomas into two types: Invasive MPSC (a low-grade tumor) and conventional serous carcinoma (a high-grade tumor). Int J Gynecol Pathol, 22:37-41, 2003. PMID: 12496696

50.   Singer G, Oldt 3rd R, Cohen Y, Wang B, Sidransky D, Kurman RJ, **Shih IM**. Mutations in BRAF and KRAS characterize the development of low-grade ovarian serous carcinoma.  J Natl Can Inst, 95:484-486, 2003. PMID: 12644542

51.   Pires FR, **Shih IM**, Perez DE, Almeida OP, Kowalski LP. Mel-CAM (CD146) expression in parotid mucoepidermoid carcinoma. Oral Oncol 39:277-281, 2003. PMID: 12618200

52.   Buckhaults P, Zhang Z, Chen Y-C, Wang T-L, St. Croix B, Saha S, Bardelli A, Morin PJ, Polyak K, Hruban RH, Velculescu VE, **Shih IM**. Identifying tumor origin using a gene expression based classification map. Cancer Res, 63:4144-4149, 2003 (with cover illustration). PMID: 12874019

53.   Wang BG, Huang H-Y, Chen Y-C, Bristow RE, Kassauei K, Cheng C-C, Roden R, Sokoll LJ, Chan DW, **Shih IM**. Increased plasma DNA integrity in cancer patients. Cancer Res, 63:3966-3968, 2003. PMID: 12873992

54.   Singer G, Rebmann V, Chen Y-C, Liu H-T, Ali SZ, Reinsberg J, McMaster MT, Pfeiffer K, Chan DW, Wardelmann E, Grosse-Wilde H, Cheng CC, Kurman RJ, **Shih IM**. HLA-G is a potential tumor marker in malignant effusion. Clin Cancer Res, 9: 4460-4466, 2003. PMID: 14555519

55.   Wang TL, Diaz L, Roman K. Bardelli A, Saha S, Parmigiani G, Choti M, **Shih IM**, Iacobuzio-Donahue C, Kinzler KW, Vogelstein B, Lengauer C, Velculescu V. Digital karyotyping identifies thymidylate synthase amplification as a mechanism of resistance to 5-FU in metastatic colorectal cancer patients. Proc Natl Acad Sci USA, 101:3089-3094, 2004. PMID: 14970324

56.   Berman DM, **Shih IM**, Burke L-A, Veenstra TD, Zhao Y, Contrads TP, Kwon SW, Hoang V, Yu L-R, Zhou M, Kurman RJ, Petricoin EF, Liotta LA. Profiling the activity of G proteins in patient-derived tissues by rapid affinity-capture of signal transduction protein (GRASP). Proteomics, 4:812-818, 2004. PMID: 14997501

57.   **Shih IM** and Kurman RJ. p63 expression is useful in the distinction of epithelioid trophoblastic tumors and placental site trophoblastic tumor by profiling trophoblastic subpopulations. Am J Surg Pathol, 28:1177-1183, 2004. PMID: 15316317

58.   Cheng EJ, Kurman RJ, Wang M, Oldt III R, Wang BG, Berman DM, **Shih IM**.  Molecular genetic analysis of ovarian serous cystadenoma. Lab Invest, 84:778-784, 2004.  PMID: 15077125

59.   Pohl G and **Shih IM.** Principle and applications of digital PCR. Expert Rev Mol Diagn, 4:89-95, 2004. PMID: 14711348

60.   **Shih IM** and Kurman RJ. Ovarian tumorigenesis - a proposed model based on morphological and molecular genetic analysis. Am J Pathol, 164: 1511-1518, 2004. PMID: 15111296

Ie-Ming Shih

61.   Hsu C-Y, Bristow R, Cha MS, Wang BG, Ho C-L, Kurman RJ, Wang TL, **Shih IM**. Characterization of Active Mitogen-activated Protein Kinase in Ovarian Serous Carcinomas. Clin Cancer Res, 10:6432-6436, 2004. PMID: 15475429

62.   Ho C-L, Kurman RJ, Dehari R, Wang T-L, **Shih IM**. Mutations of BRAF and KRAS precede the development of ovarian serous borderline tumors. Cancer Res, 64:6915-6918, 2004. PMID: 15466181

63.   Garg R, Russell JJ, **Shih, IM**, Bristow RE. Have you ruled out a placental site nodule? Contempory Ob/Gyn, 49:18-20, 2004.

64.   Davidson B, Elstrand MV, McMaster MT, Berner A, Kurman RJ, Risberg B, Trope CG, **Shih IM**. HLA-G expression in effusions is a possible marker of tumor susceptibility to chemotherapy in ovarian carcinoma. Gyn Oncol, 96:42-47, 2005. PMID: 15589578

65.   Singer G, Stohr R, Cope L, Dehari R, Hartmann A, Cao D-F, Wang TL, Kurman RJ, **Shih IM**. Patterns of p53 mutations separate ovarian serous borderline tumors, low and high-grade carcinomas and provide support for a new model of ovarian carcinogenesis. Am J Surg Pathol, 29:218-224, 2005. PMID: 15644779

66.   Chang HW, **Shih IM**. Digital single-nucleotide polymorphism analysis for allelic imbalance. Methods Mol Med, 103: 137-141, 2005. PMID: 15542903

67.   Chen Y-C, Pohl G, Wang TL, Morin PJ, Risberg B, Christesen GB, Yu A, Davidson B, **Shih IM**. Apolipoprotein E is required for cell proliferation and survival in ovarian cancer. Cancer Res, 65:331-337, 2005. PMID: 15665311

68.   Hansel DE, Rahman A, Wilentz RE, **Shih IM**, McMaster MT, Yeo CJ, Maitra A. HLA-G upregulation in pre-malignant and malignant lesions of the gastrointestinal tract. Int J Gastrointestinal Cancer, 35:15-24, 2005. PMID: 15722570

69.   Pohl G, Ho C-L, Kurman RJ, Bristow R, Wang T-L, **Shih IM**. Inactivation of the MAPK pathway as a potential target-based therapy in ovarian serous tumors with KRAS or BRAF mutations. Cancer Res, 65:1994-2000, 2005. PMID: 15753399

70.   Lai TH, **Shih IM**, Vlahos N, Ho CL, Wallach E, Zhao Y. Differential expression of L-selectin ligand in the endometrium during the menstrual cycle. Fertility and Sterility, 83/4S: 1297-1302, 2005. PMID: 15831305

71.   Köbel M, Pohl G, Schmitt WD., Hauptmann S, Wang T-L, **Shih IM**. Activation of mitogen activated protein kinase is required for migration and invasion of placental site trophoblastic tumor. Am J Pathol, 167:879-885, 2005. PMID: 16127165

72.   **Shih IM** and Wang TL. Apply innovative technologies to explore cancer genome. Curr Opin Oncol, 17:33-38, 2005. PMID: 15608510

73.   **Shih IM** and Kurman RJ. Molecular pathogenesis of ovarian borderline tumors- new insights and old challenges. Clin Cancer Res, 11:7273-7279, 2005. PMID: 16243797

Ie-Ming Shih

74. Chen YC, Davidson B, Cheng CC, Maitra A, Giuntoli RL 2nd, Hruban RH, Wang T-L, **Shih IM**. Identification and characterization of membralin, a novel tumor-associated gene, in ovarian carcinoma. Biochem Biophys Acta, 1730:96-102, 2005.  PMID: 16084606

75. Hsu C-Y, Kurman RJ, Vang R, Wang T-L, Baak J, **Shih IM**. Nuclear size distinguishes low-grade from high-grade ovarian serous carcinoma and predicts outcome. Human Pathol, 36:1049-1054, 2005. PMID: 16226103

76. Cooper T.K. **Shih IM,** Gabrielson KL. Uterine epithelioid trophoblastic tumor in a red-tailed Guenon (*Cercopithecus ascanius*). J Comp Path, 133:218-222, 2005. PMID: 16026797

77. Kurman RJ, Seidman JD, **Shih IM**. Expert Opinion: Serous borderline tumors of the ovary, classifications, concepts and conundrums. Histopathol, 47:310-318, 2005. PMID: 16115232

78. **Shih IM**, Sheu J, Yu CH, Santillan A, Yen MJ, Nakayama K, Bristow RE, Vang R, Parmigiani G, Kurman RJ, Trope CG, Davidson B and Wang T-L.  Amplification of a chromatin remodeling gene, Rsf-1/HBXAP, in ovarian carcinoma. Proc Natl Acad Sci USA, 102:14004-14009, 2005. PMID: 16172393

79. Yen JM, Hsu C-Y, Mao T-L, Wu, TC, Roden R, Wang T-L, **Shih IM**. Diffuse mesothelin expression correlates with prolonged patient survival in ovarian serous carcinoma. Clin Cancer Res, 12:827-831, 2006. PMID: 16467095

80. Song J, Yang W, **Shih IM**, Zhang Z, Bai J. Identification of BCOX1, a novel gene overexpressed in breast cancer. Biochem Biophys Acta, 1760:62-69, 2006. PMID: 16289875

81. Lai T-H, Zhao Y, **Shih IM**, Ho C-L, Bankowski B, Vlahos N. Expression of L-selectin ligands in human endometrium during the implantation window after controlled ovarian stimulation for oocyte donation. Fertil Steril, 85:761-763, 2006. PMID: 16500358

82. Kleinberg L, Flørenes V, Skrede M, Dong, Hiep Phuc, Nielsen, Søren, McMaster M, Nesland, J, **Shih IM**, Davidson B.  Expression of HLA-G in malignant mesothelioma and clinically aggressive breast carcinoma.  Virchows Archiv, 449:31-39, 2006. PMID: 16541284

83. Mao T-L, Seidman JD, Kurman RJ, **Shih IM**. Cyclin E and p16 immunoreactivity in epithelioid trophoblastic tumor-an aid in differential diagnosis. Am J Surg Pathol, 30:1105-1110, 2006. PMID: 16931955

84. Bazzaro M, Lee MK, Zoso A, Stirling WLH, Santillan A, **Shih IM**, Roden RBS. Ubiquitin-proteosome system stress sensitizes ovarian cancer to proteasome inhibitor-induced apoptosis. Cancer Res, 66:3754-3763, 2006. PMID: 16585202

85. Yeh H-C, Ho Y-P, **Shih IM**, Wang TH. Homogeneous point mutation detection by quantum dot-mediated tow-color fluorescence coincidence analysis. Nuclei Acid Res, 34:e35, 2006. PMID: 16517937

86. Nakayama K, Nakayama N. Kurman RJ, Cope L, Pohl G, Samuels Y, Velculescu VE, Wang TL, **Shih IM**. Sequence mutations and amplification of PIK3CA and AKT2 genes in purified ovarian serous neoplasms. Cancer Biol Therapy, 5:779-785, 2006. PMID: 16721043

9

87.	Nakayama K, Nakayama N, Davidson B, Katabuchi H, Kurman RJ, Velculescu VE, **Shih IM**, Wang TL. Homozygous deletion of MKK4 in ovarian serous carcinoma. Cancer Biol Therapy, 6:630-634, 2006. PMID: 16627982

88.	Park, JT, Li M, Nakayama K, Mao T-L, Davidson B, Zheng Z, Kurman RJ, Eberhart CG, **Shih IM**, Wang TL. Notch-3 gene amplification in ovarian cancer. Cancer Res, 66:6312-6318, 2006. PMID: 16778208

89.	Mao T-L, Hsu C-Y, Yen MJ, Gilks B, Sheu JC, Gabrielson E, Vang R, Cope L, Kurman RJ, Wang TL, **Shih IM**. Expression of Rsf-1, a chromatin-remodeling gene, in ovarian and breast carcinoma. Human Pathol, 37:1169-1175, 2006. PMID: 16938522

90.	Davidson B, Trope G, Wang T-L, **Shih IM**.  Expression of the chromatin remodeling factor, Rsf-1, in effusions is a novel predictor of poor survival in ovarian carcinoma. Gyn Oncol, 103:814-819, 2006. PMID: 16844205

91.	Staebler A, Karberg B, Behm J, Kuhlmann P, Neubert U, Schmidt H, Korsching E, Burger H, Lelle R, Kiesel L, Bocker W, **Shih  IM**, Buchweitz O. Chromosomal losses of regions on 5q and lack of high-level amplification at 8q24 are associated with favorable prognosis for ovarian serous carcinoma. Gene Chromosome and Cancer, 45:905-917, 2006. PMID: 16845658

92.	Vlahos NF, Lipari CW, Bankowski B, Lai TH, King JA, **Shih IM**, Fragakis K, Zhao Y. Effect of luteal-phase support on endometrial L-selectin ligand expression following recombinant follicle-stimulating hormone and ganirelix acetate for in vitro fertilization. J Clin Endocrinol Metab 91:4043-4049, 2006 PMID: 20132413

93.	Davidson B, Kleinberg L, Forences VA, Zhang Z, Wang TL, **Shih IM**. Gene expression signatures differentiate ovarian/peritoneal serous carcinoma from diffuse peritoneal malignant mesothelioma. Clin Cancer Res, 12:5944-5950, 2006.

94.	Nakayama K, Nakayama N, Davidson B, Sheu J, Natini Jinawath, Santillan A, Salani R, Bristow RE, Morin PJ, Kurman RJ, Wang TL, **Shih IM**. A BTB/POZ protein, NAC-1, is related to tumor recurrence and is essential for tumor growth and survival. Proc Natl Acad Sci USA, 103:18739-18744, 2006. PMID: 17509990

95.	Klleinberg L, Holth A, Fridman E, Schwartz I, **Shih IM**, Davidson B. The diagnostic role of claudins in serous effusions. Am J Clin Pathol, 127:928-937, 2007

96.	Salani R, Neuberger I, Kurman RJ, Bristow R, Chang HW, Wang TL, **Shih IM**. Expression of extracellular matrix proteins in ovarian serous tumors. Int J Gynecol Pathol, 26:141-146, 2007. PMID: 17413980

97.	Lai TH, King JA, **Shih IM**, Vlahos NF, Zhao Y. Immunological localization of syndecan-1 in human endometrium throughout the menstrual cycle. Fertil Steril, 87:121-126, 2007.  PMID: 17113089

98.	Reiko D, Kurman RJ, Logani S, **Shih IM**. The development of high-grade serous carcinoma from atypical proliferative (borderline) serous tumors and low-grade micropapillary serous carcinoma- a morphologic and molecular genetic analysis. Am J Surg Pathol, 31:1007-1012, 2007. PMID: 17592266

Ie-Ming Shih

99.  Chu D, **Shih IM**, Knechevich M, Sheth S. Uterine epithelioid trophoblastic tumor in an African green monkey (Chlorocebus aethiops sabaeus). J Am Assoc Lab Animal sci. 46:92-96, 2007. PMID: 17343360

100.  **Shih IM**, Wang TL. Notch signaling, gamma secretase inhibitors and cancer therapy. Cancer Res, 67:1879-1882, 2007. PMID: 17332312

101.  **Shih IM**. Applications of HLA-G expression in the diagnosis of human cancer. Hum Immunol, 68:272-276, 2007. PMID: 17400063

102.  **Shih IM**. Trophogram, an immunohistochemistry-based algorithmic approach, in the differential diagnosis of trophoblastic tumors and tumor-like lesions. Ann Diag Pathol, 11:228-234, 2007. PMID: 17498600

103.  **Shih IM**. Gestational trophoblastic neoplasia- pathogenesis and potential therapeutic targets. Lancet Oncology, 8:642-650, 2007. PMID: 17613426

104.  Sheu J, **Shih IM**. The clinical and biological significance of HLA-G expression in ovarian cancer. Seminar Cancer Biology, 17:436-443, 2007. PMID: 17681474

105.  Santillan A, Kim YW, Zahurak ML, Gardner GJ, Giuntoli II RL, **Shih IM**, Bristow RE. Differences of chemoresistance assay between invasive micropapillary/low-grade serous ovarian carcinoma and high-grade serous ovarian carcinoma. Int J Gyn Cancer, 17:601-606, 2007. PMID: 17504374

106.  **Shih IM**, Salani R, Fiegl M, Wang TL, Soosaipillai A, Marth C, Muller-Holzner E, Gastl G, Zhang A, Diamandis EP. Ovarian cancer specific kallikrein profile in effusions. Gyn Oncol, 105:501-507, 2007. (PMID: 17303231)

107.  Nakayama K, Nakayama N, Jinawath N, Salani R, Kurman RJ, **Shih IM**, Wang TL. Amplicon profiles in ovarian serous carcinomas. Int J Cancer, 120: 2613-2617, 2007. PMID: 17351921

108.  Davidson B, Berner A, Trope CG, Wang TL, **Shih IM**. Expression and clinical role of the BTB/POZ protein NAC-1 in ovarian carcinoma effusions. Hum Pathol, 38:1030-1036, 2007. PMID: 17413980

109.  Cheng WF, Hung CF, Chai CY, Chen CA, Lee CN, Su YN, Tseng WY, Hsieh CY, **Shih IM**, Wang TL, Wu. Generation and characterization of an ascitogenic mesothelin-expressing tumor model. Cancer, 110: 420-431, 2007. PMID: 17559144

110.  Nakayama K, Nakayama N, Wang TL, **Shih IM**. NAC-1 controls cell growth and survival by repressing transcription of Gadd45GIP1, a candidate tumor suppressor. Cancer Res, 67: 8058-8064, 2007. PMID: 17804717

111.  Davidson B, Skrede M, Silins I, **Shih IM**, Trope CG, Flørenes VA.  Low molecular weight cyclin E forms differentiate ovarian carcinoma from cells of mesothelial origin and are associated with poor survival in ovarian carcinoma. Cancer, 110:1264-1271, 2007. PMID: 17647260

112.  Salani R, Davidson B, Fiegl M, Huang HY, Marth C, Muller-Holzner E, Gastl G, Hsiao JC, Lin HS, Wang TL, Lin BL, **Shih IM**. Measurement of cyclin E genomic copy number and strand

Ie-Ming Shih

length in cell-free DNA distinguishes malignant versus benign effusions. Clin Cancer Res, 13:5805-5809, 2007. PMID: 17908972

113. Song J, **Shih IM**, Salani R, Chan DW, Zhang Z. Annexin XI is associated with cisplatin resistance and related to tumor recurrence in ovarian cancer patients. Clin Cancer Res, 13:6842-6849, 2007. PMID: 17982121

114. Davidson B, Baekelandt M, **Shih IM**. Mucin4 is upregulated in ovarian carcinoma effusions and differentiates carcinoma cells from mesothelial cells. Diagn Cytopathol, 35:756-760, 2007. PMID: 18008338

115. Mao TL, Kurman RJ, Huang CC, Lin MC, **Shih IM**. Immunohistochemistry of choriocarcinoma: an aid in differential diagnosis and in elucidating pathogenesis. Am J Surg Pathol, 31:1726-1732, 2007. PMID: 18059230

116. Bazzaro M, Santillan A, Lin Z, Tang T, Lee MK, Bristow RE, **Shih IM**, Roden RB. Myosin II co-chaperone general cell UNC-45 overexpression is associated with ovarian cancer, rapid proliferation, and motility. Am J Pathol, 171:1640-1649, 2007. PMID: 17872978

117. Mao TL, Kurman RJ, Jeng YM, Huang W, **Shih IM**. HSD3B1 as a novel trophoblast-associated marker that assists in the differential diagnosis of trophoblastic tumors and tumor-like lesions. Am J Surg Pathol, 32:236-242, 2008. PMID: 18223326

118. Salani, R, Kurman RJ, Giuntoli R, Gardner G, Bristow R, Wang TL, **Shih IM**. Assessment of TP53 mutation using purified tissue samples of ovarian serous carcinomas reveals a much higher mutation rate than previously reported and does not correlate with drug resistance. Int J Gyn Cancer, 18:487-491, 2008. (PMID: 17692090)

119. Davidson B, Wang TL, **Shih IM**, Berner A. Expression of the chromatin remodeling factor Rsf-1 is down-regulated in breast carcinoma effusions. Hum Pathol, 39:616-622, 2008. PMID: 18289639

120. Brown L, Kalloger SE, Miller MA, **Shih IM**, McKinney SE, Santos JL, Swenerton K, Spellman PT, Gray J, Gilks CB, Huntsman DG. Amplification of 11q13 in ovarian carcinoma. Genes, Chromosome and Cancer, 47:481-489, 2008. PMID: 18314909

121. Kurman RJ and **Shih IM**. Pathogenesis of ovarian cancer- Lessons from morphology and molecular biology and their clinical implications. Int J Gyn Pathol, 27:151-160, 2008. PMID: 18317228

122. Kurman RJ, Visvanathan K, Roden R, Wu TC, **Shih IM**. Early detection and treatment of ovarian cancer: shifting from early stage to minimal volume of disease based on a new model of carcinogenesis. Am J Obst Gyn, 198:351-356, 2008. (PMID: 18395030)

123. Davidson B, **Shih IM**, Wang TL. Different clinical roles for p21-activated kinase-1 in primary and recurrent ovarian carcinoma. Hum Pathol, 39:1630-1636, 2008. PMID: 18656238

124. Sheu J, Choi JH, Lin A, Yyldyz I, Tsai F-J, Shaul Y, Wang TL, **Shih IM**. The roles of human sucrose nonfermenting protein 2 homologue in the tumor-promoting functions of Rsf-1. Cancer Res, 68:4050-4057, 2008.  PMID: 18519663

Ie-Ming Shih

125.   Dahiya N, Sherman-Baust CA, Wang T-L, Davidson B, **Shih IM**, Zhang Y, Wood W III, Becker KG, Morin PJ. MicroRNA expression and identification of putative miRNA targets in ovarian cancer. PLoS ONE, 3:e2436, 2008. PMID: 18560586

126.   **Shih IM**, Kuo KT. The power of the every youth- Nanog expression in gestational choriocarcinoma. Am J Pathol, 173:911-914, 2008. PMID: 18755845

127.   Vang R, **Shih IM**, Salani R, Sugar E, Ayhan A, Kurman RJ. Subdividing ovarian and peritoneal serous carcinoma into moderately- and poorly-differentiated does not have biologic validity based on molecular genetic and *in vitro* drug resistance data. Am J Surg Pathol, 32:1667-1674, 2008. PMID: 18769340

128.   Choi J-H, Park JT, Davidson B, Morin PJ, **Shih IM**, Wang TL. Jagged-1 and Notch3 juxtacrine loop regulates ovarian tumor growth and adhesion. Cancer Res, 68:5716-5723, 2008. PMID: 18632624

129.   Chen L, Xuan J, Wang C, **Shih IM**, Wang TL, Zhang Z, Clarke R, Hoffman E, Wang Y. Biomarker identification by knowledge-driven multi-level ICA and motif analysis. Intl J. Data Mining and Bioinformatics, 3(4):365-81 2009. PMID: 20052902.

130.   Tsai HW, Lin CP, Chou CY, Li CF, Chow NH, **Shih IM**, Ho CL. Placental site nodule transformed into a malignant epithelioid trophoblastic tumor with pelvic lymph node and lung metastasis. Histopathol, 53:601-604, 2008 PMID: 18983471

131.   Yemelyanova A, Mao TL, Nakayama N, **Shih IM**, Kurman RJ.  Macropapillary serous carcinoma of the ovary. A distinctive type of low-grade serous carcinoma. Am J Surg Pathol, 32:1800-1806, 2008. PMID: 18779727

132.   Park J. **Shih IM**, Wang TL.  Identification of Pbx1, a potential oncogene, as a Notch3 target gene in ovarian cancer. Cancer Res, 68:8852-60, 2008. PMID: 18974129

133.   Chen LL, Xuan J, Wang C, **Shih IM**, Wang Y, Zhang Z, Hoffman E, and Clarke R. Knowledge-guided multi-scale independent component analysis for biomarker identification. BMC Bioinformatics, 9:416, 2008. PMID: 18837990

134.   Sturgeon CM, Duffy MJ, Stenman UH, Lilja H, Brunner N, Chan DW, Babaian R, Bast Jr R, Dowell B, Esteva FJ, Haglund C, Harbeck N, Hayes DF, Holten-Andersen M, Klee GG, Lamerz R, Looijenga LH, Molina R, Nielsen HJ, Rittenhouse H, Semjonow A, **Shih IM**, Sibley P, Soletormos G, Stephan C, Sokoll L, Hoffman BR, Diamandis EP. National academy of clinical biochemistry laboratory medicine practice guideline for use of tumor markers in testicular, prostate, colorectal, breast and ovarian cancers. Clin Chem, 54:12 e11-e79, 2008. PMID: 19042984

135.   Cho K, **Shih IM**. Ovarian cancer. Annual Review Pathol, 4:287-313, 2009. PMID: 18842102

136.   Choi JH, Sheu J, Guan B, Jinawath N, Markowski P, Wang TL, **Shih IM**. Functional analysis of 11q13.5 amplicon identifies Rsf-1 (HBXAP) as a gene involved in paclitaxel resistance in ovarian cancer. Cancer Res, 69:1407-1415, 2009. PMID: 19190325

Ie-Ming Shih

137. Sheu J, Hua CH, Wan L, Lin YJ, Lai MT, Tseng HC, Jinawath N, Tsai MH, Chang NW, Lin CF, Lin CC, Hsieh LJ, Wang TL, **Shih IM**, Tsai FJ. Functional genomic analysis identified EGFR activation as the most common genetic event in oral squamous cell carcinoma. Cancer Res, 69:2568-2576, 2009. PMID: 19276369

138. Veras E, Mao TL, Ayhan A, Ueda S, Lai H, **Shih IM**, Kurman RJ. Cystic and adenofibromatous clear cell carcinomas of the ovary, distinctive tumors that differ in their pathogenesis and behavior: A clinicopathologic analysis of 122 cases. Am J Surg Pathol, 33:844-853, 2009. PMID: 19342944

139. Kobel M, Xu H, Bourne PA, Spaulding BO, **Shih IM**, Mao TL, Soslow R, Ewanowich C, Kalloger SE, Mehl E, Lee CH, Huntsman D, Gilks CB. IGF2BP3 (IMP3) expression is a marker of unfavorable prognosis in ovarian carcinoma of clear cell subtype. Modern Pathol, 22:469-475, 2009. PMID: 19136932

140. Kuo KT, Mao TL, Jones S, Veras E, Ayhan A, Wang TL, Glas R, Slamon D, Velculescu VE, Kurman RJ, **Shih IM**. Frequent activating mutations of PIK3CA in ovarian clear cell carcinoma. Am J Pathol, 174:1597-1601, 2009. PMID: 19342944

141. Ayhan A, Kurman RJ, Vang R, Logani S, Seidman J, **Shih IM**. Defining the cut-point between low- and high-grade ovarian serous carcinomas: A clinicopathologic and molecular genetic analysis. Am J Surg Pathol, 33:1220, 2009. PMID: 19461510

142. Kuo KT, Guan B, Feng Y, Mao TL, Chen X, Jinawath N, Wang Y, Kurman RJ, **Shih IM**, and Wang TL. Analysis of DNA copy number alterations in ovarian serous tumors identifies new molecular genetic changes in low-grade and high-grade carcinomas. Cancer Res, 69:4036-4042, 2009. PMID: 19383911

143. Jinawath N. Nakayama K, Yap K, Thiaville M, Wang TL, **Shih IM**. NAC-1, a potential stem cell pluripotency factor, contributes to paclitaxel resistance in ovarian cancer through inactivating Gadd45 pathway. Oncogene, 28: 1941-1948, 2009. PMID: 19305429

144. Lotan TL, Ye H, Melamed J, Wu XR, **Shih IM**, Epstein JI. Immunohistochemical panel to identify the primary site of invasive micropapillary Carcinoma. Am J Surg Pathol, 33:1037-1041, 2009. (PMID: 19238079)

145. Song J**, Shih IM**, Chan DW, Zhang Z. Suppression of annexin A11 in ovarian cancer: implications in chemoresistance, Neoplasia, 11:605-614, 2009. PMID: 19484149

146. Mao TL, **Shih IM**. Advances in the diagnosis of gestational trophoblastic tumor and tumor-like lesions (review). Expert Opin Med Diagn, 3:371-380, 2009.

147. Yuan Y, Nymoen DA, Dong HP, Bjorang O, **Shih IM**, Low PS, Trope CG, Davidson B. Expression of the folate receptor genes FOLR1 and FOLR3 differentiates ovarian carcinoma from breast carcinoma and malignant mesothelioma in serous effusions. Hum Pathol, 40:1453-1460, 2009. PMID: 19454358

148. Tsai-Turton M, Santillan A, Lu D, Bristow RE, Chan KC, **Shih IM**, Roden RB. p53 autoantibodies, cytokine levels and ovarian carcinogenesis. Gynecol Oncol, 114:12-17, 2009. PMID: 19398128

Ie-Ming Shih

149. Vang R, **Shih IM**, Kurman RJ. Ovarian low-grade and high-grade serous carcinoma: pathogenesis, clinicopathologic and molecular biologic features, and diagnostic problems. Adv Anatomic Pathol, 16:267-282, 2009. PMID: 19700937

150. Yemelyanova A, Ji H, **Shih IM**, Wang TL, Wu LS, Ronnett BM. Utility of p16 expression for distinction of uterine serous carcinomas from endometrial endometrioid and endocervical adenocarcinomas: immunohistochemical analysis of 201 cases. Am J Surg Pathol, 33:1504-1514, 2009 PMID: 19623034

151. Tian Y, Tan A-C, Sun X, Olso MT, Xie Z, Jinawath N, Chan DW, **Shih IM**, Zhang Z, and Zhang H. Quantitative proteomic analysis of ovarian cancer cells identified mitochondrial proteins associated with paclitaxel resistance. Proteomics Clin Appli, 3:1288-1295, 2009.

152. Allan RW, Algood CB, **Shih IM**. Metastatic epithelioid trophoblastic tumor in a male patient with mixed germ cell tumor of the testis. Am J Surg Pathol, 33:19021905, 2009. PMID: 19898219

153. Ueda S, Mao TL, Kuhajda F, Giuntoli RL 2nd, Bristow R, Kurman RJ, **Shih IM**. Gestational trophoblastic neoplasms express fatty acid synthase which may be a therapeutic target using its inhibitor, C93. Am J Pathol, 175:2618-2624, 2009. PMID: 19893031

154. **Shih IM** and Davidson B. Pathogenesis of ovarian cancer- clues from selected overexpressed genes. Future Oncol, 5:1641-1657, 2009. PMID: 20001801

155. Chen L, Xuan J, Wang C, Wang Y, **Shih IM**, Wang TL, Zhang Z, Clarke R, Hoffman EP. Biomarker identification by knowledge-driven multilevel ICA and motif analysis. Int J Data Min Bioinform, 3:365-81, 2009. PMID: 20052902

156. Feng Y, Yu G, Wang TL, **Shih IM**, Wang Y. Analyzing DNA copy number changes using fused margin regression. Int J Functional Informatics and Personalised Medicine, 3:3-15, 2010.

157. Kurman RJ, **Shih IM**. The origin and pathogenesis of epithelial ovarian cancer- a proposed unifying theory. Am J Surg Pathol, 34:433-443, 2010. PMID: 20154587

158. Sheu J, **Shih IM**. HLA-G and immune evasion in cancer cells. J Formos Med Assoc, 109:248-257, 2010. PMID: 20434034

159. Yap KL, Hafez MJ, Mao T-L, Kurman RJ, Murphy KM, **Shih IM**. Lack of a Y-chromosomal complement in the majority of gestational trophoblastic neoplasms. J Oncol, 2010:364508, 2010. PMID: 20182630

160. Gross A, Kurman RJ, Vang R, **Shih IM**, Visvanathan K. Precursor lesions of high-grade serous ovarian carcinoma: Morphological and molecular characteristics. J Oncol, 2010:126295, 2010. PMID: 20445756.

161. Sehdev AS, Kurman RJ, Kuhn E, **Shih IM**. Serous tubal intraepithelial carcinoma upregulates markers associated with high-grade serous carcinomas including Rsf-1 (HBXAP), cyclin E and fatty acid synthase. Mod Pathol, 23:844-855, 2010. PMID: 20228782

162. Ueda SM, Yap KL, Davidson B, Tian Y, Murthy V, Wang, TL, Visvanathan K, Kuhajda FP, Bristow RE, Zhang H, **Shih IM**. Expression of fatty acid synthase depends on NAC1 and is associated with recurrent ovarian serous carcinomas. J Oncol, 2010:285191, 2010. PMID:

Ie-Ming Shih

20508725

163. **Shih IM**. Ovarian serous low-malignant-potential (borderline) tumor- does "micropapillary" matter? (Editorial). Gyn Oncol, 117:1-3, 2010. PMID: 20298906

164. Kuo KT, Mao TL, Chen X, Feng Y, Nakayama K, Wang Y, Glas R, Ma J, Kurman RJ, **Shih IM**, Wang TL.  DNA copy number profiles in affinity-purified ovarian clear cell carcinoma. Clin Cancer Res, 16:1997-2008, 2010.  PMID: 20233889

165. Kuhn E, Meeker A, Wang TL, Sehdev AS, Kurman RJ, **Shih IM**. Shortened telomeres in serous tubal intraepithelial carcinoma: an early event in ovarian high-grade serous carcinogenesis. Am J Surg Pathol, 34:829-836, 2010. PMID: 20431479

166. Sun L, Kong B, Sheng X, Sheu JC, **Shih IM**. Dendritic cells transduced with Rsf-1/HBXAP gene generate specific cytotoxic T lymphocytes against ovarian cancer in vitro. Biochem Biophys Res Commun., 394:633-638, 2010. PMID: 20226169

167. Jinawath N, Vasoontara C, Jinawath A, Fang X, Zhao K, Yap, KL, Guo T, Lee CS, Wang W, Balgley BM, Davidson B, Wang, TL, **Shih IM**. Oncoproteomic analysis reveals co-upregulation of RELA and STAT5 in carboplatin resistant ovarian carcinoma.  PLoS ONE, 5:e11198, 2010. PMID: 20585448

168. Liu K, Brock M, **Shih IM**, Wang TH, Decoding circulating nucleic acids in human serum using microfluidic single molecule spectroscopy. J Am Chem Soc, 132:5793-5798, 2010. PMID: 20364832

169. Yu G, Miller DJ, Xuan J, Hoffman EP, Clarke R, Davidson B, **Shih IM**, Wang Y. Matched gene selection and committee classifier for molecular classification of heterogeneous diseases. J Machine Learning Res, 11: 2141-2167, 2010.

170. Przybycin C, Kurman RJ, Ronnett BM, **Shih IM**, Vang R. Are all pelvic (non-uterine) serous carcinomas of tubal origin? Am J Surg Pathol, 34:1407-1416, 2010. PMID: 20861711

171. Park J, Xu C, Trope CG, Davidson B, **Shih IM**, Wang TL. Notch3 overexpression is related to the recurrence of ovarian cancer and confers resistance to carboplatin. Am J Pathol, 177:1087-1094, 2010. PMID: 20671266

172. **Shih IM**, Chen L, Wang CC, Gu J, Davidson B, Cope L, Kurman RJ, Xuan J, Wang TL. Distinct DNA methylation profiles in ovarian serous neoplasms and their implications in ovarian carcinogenesis. Am J Ob Gyn, 2010 203:584, e1-e22. PMID: 20965493

173. Davidson B, Reich R, Trope CG, Wang, TL, **Shih IM**. New determinates of disease progression and outcome in metastatic ovarian carcinoma. Histology and Histopapthology, 25:1591-1609, 2010. PMID:20886439

174. Chen X, Stoeck A, Lee SJ, **Shih IM**, Wang MM, Wang TL. Jagged1 expression regulated by Notch3 and Wnt/β-catenin signaling pathways in ovarian cancer. Oncotarget, 1:210-218, 2010. PMID: 20953350

175. Wiegand KC, Shah SP, Al-Agha OM, Zhao Y, Tse K, Zeng T, Senz J, McConechy M, Anglesio MS, Kalloger SE, Yang W, Heravi-Moussavi A, Giuliany R, Chow C, Fee J, Zayed A, Melnyk N,

16

Ie-Ming Shih

Turashvili G, Delaney A, Madore J, Yip S, McPherson AW, Ha G, Bell L, Fereday S, Tam A, Galletta L, Tonin PN, Provencher D, Miller D, Jones S, Moore RA, Morin GB, Oloumi A, Boyd N, Aparicio SA, **Shih IM**, Mes-Masson A, Bowtell D, Hirst M,  Gilks B, Marra MA, Huntsman DG. ARID1A gene mutations in endometriosis associated ovarian carcinomas. New Engl J Med, 363:1532-1543, 2010. PMID: 20942669.

176.    Jones S, Wang TL, **Shih IM**, Mao TL, Nakayama K, Roden R, Glas R, Slamon D, Diaz L, Vogelstein B, Kinzler KW, Velculescu VE,  Papadopoulos N. Exomic sequences of ovarian clear cell carcinomas. Science, 330:228-231, 2010. PMID: 20826764

177.    Sheu JJ, Guan B, Choi JH, Lin A, Lee CH, Hsiao YI, Wang TL, Tsai FJ. **Shih IM**. Rsf-1, a chromatin remodeling protein, induces DNA damage and promotes genomic instability. J Biol Chem, 285:38260-38269, 2010. PMID: 20923775

178.    Maeda D, Mao TL, Fukayama M, Yano T, Taketani Y, Nakagawa S, **Shih IM**. Clinicopathological significance of loss of ARID1A immunoreactivity in ovarian clear cell carcinoma. Int J Mol Sci, 11:5120-5128, 2010.

179.    Yu G, Li H, Xuan J, Ha S, **Shih IM**, Clarke R, Hoffman EP, Madhavan S, Xuan J, Wang Y. PUGSVM: a caBIGTM analytical tool for multiclass gene selection and predictive classification. Bioinformatics, 27:736-738, 2010. PMID: 21186245

180.    Davidson B, Stavnes HT, Holth A, Chen X, Yang Y, **Shih IM**, Wang TL. Gene expression signatures differentiate ovarian/peritoneal serous carcinoma from breast carcinoma in effusions. J Cell Mol Med, 15:535-544, 2011. PMID: 20132413

181.    Maeda D, Xu C, Wang TL, **Shih IM**. Rsf-1 (HBXAP) expression is associated with advanced stage and lymph node metastasis in ovarian clear cell carcinoma. Int J Gyn Pathol, 30:30-35, 2011. PMID: 21131837

182.    Olson M, Gocke C, Giuntoli R, **Shih IM**. Evolution of a trophoblastic tumor from an endometrioid carcinoma- a morphological and molecular analysis. Int J Gyn Pathol, 30:117-120, 2011. PMID:21293290

183.    Davidson B, Holth A, Moripen L, Trope CG, Wang TL, **Shih IM**. Osteopontin expression in ovarian carcinoma effusions is related to improved clinical outcome. Hum Pathol, 42:991-997, 2011. PMID:21315424

184.    **Shih IM.** Trophoblastic vasculogenic mimicry in gestational choriocarcinoma. Mod Pathol, 24:646-652, 2011. PMID: 21217646

185.    Wu PH, Hung SH, Ren C, **Shih IM**, Tseng Y. Cell cycle dependent alteration in NAC1 nuclear body dynamics and morphology. Phys Biol, 8:015005, 2011. PMID:21301057

186.    **Shih IM**, Nakayama K, Wu G, Nakayama N, Zhang J, Wang TL. Amplification of the ch19p13.2 NACC1 locus in ovarian high-grade serous carcinoma. Mod Pathol, 24:638-645, 2011. PMID: 21240255

187.    **Shih IM**, Panuganti PK, Kuo KT, Mao TL, Kuhn E, Jones J, Velculescu VE, Kurman R, Wang TL. Somatic mutations of PPP2R1A in ovarian and uterine carcinomas. Am J Pathol, 178: 1442-1447, 2011. PMID: 21435433

17

Ie-Ming Shih

188. Kuhn, E, Meeker A, Visvanathan K, Gross AL, Wang TL, Kurman RJ, **Shih IM**. Telomere length in different histologic types of epithelial ovarian cancer with emphasis on clear cell carcinoma. Mod Pathol, 24:1139-1145, 2011. PMID: 21499239

189. Guan B, Mao TL, Panuganti PK, Kuhn E, Kurman RJ, Maeda D, Chen E., Jeng YM, Wang TL, **Shih IM**. Mutation and loss of expression of ARID1A in uterine low-grade endometrioid carcinoma. Am J Surg Pathol, 35:625-632, 2011. PMID: 21412130

190. Fang FM, Li CF, Huang HY, Lai MT, Chen CM, Chiu IW, Wang TL, Tsai FJ, **Shih IM**, Sheu JJ. Overexpression of a chromatin remodeling factor, Rsf-1/HBXAP, correlates with aggressive oral squamous cell carcinoma. Am J Pathol, 178:2407-2415, 2011. PMID: 21514451 (corresponding author)

191. **Shih IM**, Wang TL. Commentary: Mutation in PPP2R1A- a new clue in unveiling the pathogenesis of uterine serous carcinoma. J Pathol, 223:567-573, 2011. PMID: 21432855

192. Zhang B, Tian Y, Jin L, Li H, **Shih IM**, Madhavan S, Clarke R, Hoffman EP, Xuan J, Hilakivi-Clarke L, Wang Y. DDN: A caBIG(R) analytical tool for differential network analysis. Bioinformatics, 27:1036-1038, 2011. PMID:21296752

193. Kurman RJ, **Shih IM**. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer: Shifting the paradigm. Hum Pathol, 42:918-931, 2011. PMID: 21683865

194. Yemelyanova A, Vang R, Morgan MA, Kshirsagar M, Lu D, **Shih IM**, Kurman RJ. Immunohistochemical staining patterns of p53 can serve as a surrogate marker for TP53 mutations in ovarian carcinoma. An immunohistochemical and nucleotide sequencing analysis. Mod Pathol, 24:1248-1253, 2011. PMID: 21552211

195. Yu G, Zhang B, Bova SG, Xu J, **Shih IM**, Wang Y. BACOM: In silico detection of genomic deletion types and correlation of normal cell contamination in copy number data. Bioinormatics, 27:1473-1480, 2011. PMID: 21498400

196. Lu D, Kuhn E, Bristow RE, Giuntoli RL 2nd, Kjaer SK, **Shih IM**, Roden RB. Comparison of candidate serologic markers for thye I and type II ovarian cancer. Gyn Oncol, 122:560-566, 2011. PMID: 21704359

197. Guan B, Wang TL, **Shih IM**. The tumor suppressor role of ARID1A in gynecological cancer. Cancer Res, 71:6718-6727, 2011. PMID: 21900401

198. Kurman RJ, Vang R, Jung J, Hannibal CG, Kjaer SK, **Shih IM**. Papillary tubal hyperplasia: the putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. Am J Surg Pathol, 35:1605-1614, 2011. PMID: 21997682

199. Visvanathan K, Vang R, Shaw P, Gross A, Soslow R, Parkash V, **Shih IM**, Kurman RJ. Diagnosis of serous tubal intraepithelial carcinoma (STIC) based on morphologic and immunohistochemical features- a reproducibility study. Am J Surg Pathol, 35:1766-1775, 2011. PMID:21989347

Ie-Ming Shih

200. Davidson B, Stavnes HT, Nesland JM, Wohlschlager J, Yang Y, **Shih IM**, Wang TL. Gene expression signatures differentiate adenocarcinoma of lung and breast origin in effusions. Human Pathol, 43:684-694, 2012. PMID:21937081

201. Kshirsagar M, Jiang W, **Shih IM**. DNA damage response is prominent in ovarian high-grade serous carcinomas, especially those with Rsf-1 (HBXAP) overexpression. J Oncol, 2012:621685, 2012. PMID:22028712

202. Heaphy CM, Subhawong AP, Jong SM, Goggins MG, Montgomery EA, Gabrielson E, Netto GJ, Epstein JI, Lotan TL, Westra WH, **Shih IM**, Iacobuzio-Donahue CA, MaitraA, Li QK, Eberhart CG, Taube JM, Rakheja D, Kurman RJ, Wu, TC, Roden R, Argani, P, De Marzo AM, Terracciano L, Torbenson, M, Meeker AK. Prevalence of the alternative lengthening of telomeres telomere maintenance mechanism in human cancer subtypes. Am J Pathol, 179:1608-1615, 2011. PMID:21888887

203. Jones S*, Wang TL*, Kurman RJ, Nakayama K, Velculescu VE, Vogelstein B, Kinzler KW, Papadopoulos N, **Shih IM**. Low-grade serous carcinomas of the ovary contain very few point mutations. J Pathol, 226:413-420, 2012. PMID:22102435 (with cover illustration)

204. Kuhn E, Kurman RJ, Vang R, Sehdev AS, Han G, Soslow R, Wang TL, **Shih IM**. TP53 mutations in serous tubal intraepithelial carcinoma (STIC) and concurrent pelvic high-grade serous carcinoma- evidence supporting their clonal relationship. J Pathol, 226:421-426, 2012. PMID:21990067

205. Zhang Y, Cheng Y, Ren X, Zhang L, Yap KL, Wu H, Patel R, Liu D, Qin ZH, **Shih IM**, Yang JM. NAC1 modulates sensitivity of ovarian cancer cells to cisplatin via altering the HMGB1-mediated autophagic response. Oncogene, 31:1055-1064, 2012. (co-corresponding author) PMID:21743489

206. Wu CH, Mao TL, Vang R, Ayhan A, Wang TL, Kurman RJ, **Shih IM**. Endocervical-type mucinous borderline tumors are related to endometrioid tumors based on mutation and koss of expression of ARID1A. Int J Gyn Pathol, 31:297-303, 2012. PMID: 22653341

207. Vang R, Visvanathan K, Gross A, Maambo E, Gupta M, Kuhn E, Fanghong L, Ronnett BM, Seidman JD, Yemelyanova a, **Shih IM**, Shaw PA, Soslow RA, Kurman RJ. Validation of an algorithm for the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol, 31:243-253, 2012. PMID:22498942

208. Sheu JJC, Guan b, Tsai FJ, Hsia YT, Chen CM, Wang TL, **Shih IM**. Mutant BRAF induces DNA strand breaks, activates DNA damage response pathway and upregulates glucose transporter-1 in non-transformed epithelial cells. Am J Pathol, 180:1179-1188, 2012. PMID: 22227015

209. Kuhn E, Kurman RJ, Sehdev AS, **Shih IM**. Ki-67 Labeling Index as an Adjunct in the Diagnosis of Serous Tubal Intraepithelial Carcinoma. Int J Gyn Pathol, 31:416-422, 2012. PMID:22833080

210. Kuhn E, Kurman RJ, **Shih IM**. Ovarian cancer is an imported disease- fact or fiction? Current Ob Gyn Report, 1:1-9, 2012. PMID: 22506137

211. Zhang Y, Liu K, Wang TL, **Shih IM**, Wang TH. Mapping DNA quality into electrophoretic mobility through quantum dot nanotethers for high resolution genetic and epigenetic analysis. ACS Nano, 6:858-864, 2012. PMID: 221366000

Ie-Ming Shih

212. Rahman MT, Nakayama K, Rahman M, Nakayama N, Ishikawa M, Katagiri A, Lida K, Nakayama S, Otsuki Y, **Shih IM**, Miyazaki K. Prognostic and therapeutic impact of the chromosome 20q13.2 ZNF217 locus amplification in ovarian clear cell carcinoma. Cancer, 118:2846-2857, 2012. PMID:22139760

213. Chen X, Gao M, Xuan J, Chen L, Thiaville M, Stoeck A, **Shih IM**, Wang TL. Definition of NOTCH3 target genes in ovarian cancers. Cancer Res, 2012; 72 2294-2303. PMID: 22396495

214. Thiaville, M, Stoeck A, Chen L, Wu RC, Magnani L, Oidtman J, **Shih IM**, Lupien M, Wang TL. Identification of PBX1 target genes in cancer cells by global mapping of PBX1 binding sites. PLoS ONE, e36054, 2012. PMID:22567123

215. Yap KL, Fraley SI, Thiaville MM, Jinawath N, Nakayama K, Wang J, Wang TL, Wirtz D, **Shih IM**. NAC1 is an actin-binding protein that is essential for effective cytokinesis in cancer cells. Cancer Res, 72:4085-4096, 2012. PMID:22761335

216. Zhang Y, Cheng Y, Ren X, Hori T, Huber-Keener K, Zhang L, Yap KL, Liu D, Shantz LM, Qin ZH, Zhang S, Wang J, Wang HG, **Shih IM**, Yang JM. Dysfunction of nucleus accumbens-1 (NAC1) activates cellular senescence and inhibits tumor cell proliferation and oncogenesis. Cancer Res, 72:4265-4275, 2012. PMID:22665267

217. Kuhn E, Wu RC, Wu G, Guan B, Zhang J, Wang Y, Song L, Yuan X, Wei L, Roden RBS, Kuo KT, Nakayama K, Clarke B, Shaw P, Olvera N, Levine DA, Kurman RJ, Wang TL, **Shih IM**. Genome-wide analyses of uterine serous carcinoma identify pathway aberrations involving cyclin E-Fbxw7, PI3K and p53. J Natl Cancer Inst, 104:1503-1513, 2012. PMID:22923510

218. Kuhn E, Kurman RJ, Soslow R, Sehdev AS, Morin PJ, Wang TL, **Shih IM**. The diagnostic and biological implications of laminin expression in serous tubal intraepithelial carcinoma. Am J Surg Pathol, 36:1826-1834, 2012. PMID:22892598

219. Wang C, Xuan J, **Shih IM**, Clarke R, Wang Y. Regulatory component analysis: a semi-blind extraction approach to infer gene regulatory networks with imperfect biological knowledge. Signal Processing, 92:1902-1915, 2012. PMID:22685363

220. Rahman M, Nakayama K, Rahman MT, Nakayama N, Ishikawa M, Katagiri A, Iida K, Nakayama S, Otsuki Y, **Shih IM**, Miyazaki K. Clinicopathological and biological analysis of PIK3CA mutation in ovarian clear cell carcinoma. Hum Pathol, 43:2197-2206, 2012. PMID: 22705003

221. Yeh HC, Sharma J, **Shih IM**, Vu D, Martinez J, Werner J. A flouresence ligh-up Ag nanocluster probe that discriminates single-nucleotide variants by emission color. J Am Chem Society. 134:11550-11558, 2012. PMID: 22775452

222. Ayhan A, Mao TL, Seckin T, Wu CH, Guan B, Ogawa H, Futagami M, Mizukami H, Yokoyama Y, Kurman RJ, **Shih IM**. Loss of ARID1A expression is an early molecular event in tumor progression from ovarian endometriotic cyst to clear cell and endometrioid carcinoma. Int J Gyn Cancer. 22:1310-1315, 2012. PMID:22976498

223. Yuan x, Yu G, Hou X, **Shih IM**, Clarke R, Zhang J, Hoffman EP, Wang RR, Zhang Z, Wang Y. Genome-wide identification of significant aberrations in cancer genome. BMC Genomics, 13:342, 2012. PMID:22839576

Ie-Ming Shih

224.  Yap KL, **Shih IM**. NACC1 (nucleus accumbens associated 1, BEN and BTB (POZ) domain containing). Atlas Genet Cytogenet Oncol Haematol, 16:723-726, 2012.

225.  **Shih IM**, Ho CM, Nakayama K, Salani R. Pathogenesis and new therapeutic targets of ovarian cancer. J Oncol, 2012:867512, 2012. PMID:22969800

226.  Guan B, Gao M, Wu CS, Wang TL, **Shih IM**. Functional analysis of in-frame indel ARID1A mutations reveals new regulatory mechanisms of its tumor suppressor functions. Neoplasia, 14:986-993, 2012. PMID:23097632

227.  Yang YI, Lee KT, Park HJ, Kim TJ, Choi YS, **Shih IM**, Choi JH. Tectorigenin sensitize paclitaxel-resistant human ovarian cancer cells through downregulation of the Akt and NFκB pathway. Carcinogenesis, 33:2488-2498, 2012. PMID:23027625.

228.  Gao M, **Shih IM**, Wang TL. The role of Forkhead Box Q1 transcription factor in ovarian epithelial carcinomas. Int J Mol Sci, 13:13881-13893, 2012. PMID:23203039

229.  Sheu J, Choi JH, Guan B, Tsai FJ, Hua CH, Lai MT, Wang TL, **Shih IM**. Rsf-1, a chromatin remodeling protein, interacts with cyclin E1 and promotes tumor development. J Pathol, 229:559-568, 2013. PMID:23378270

230.  Davidson B, Abeler VM, Hellesylt E, Hoth A, **Shih IM**, Skele-Jensen, Chen L, Yang Y, Wang TL. Gene expression signatures differentiate uterine endometrial stromal sarcoma from leiomyosarcoma. Gyn Oncol, 128:349-355, 2013. PMID:23181618

231.  Cope L, Wu, RC, **Shih IM**, Wang TL. High level of chromosomal aberration in ovarian cancer genome correlates with poor clinical outcome. Gyn Oncol, 128:500-505, 2013. PMID:23200914

232.  Maeda D, **Shih IM**. Pathogenesis and the role of ARID1A mutation in endometriosis-related ovarian neoplasms. Adv Anatomic Pathol, 20:45-52, 2013. PMID:23232571

233.  Marzinke MA, Choi CH, Chen L, **Shih IM**, Chan DW, Zhang H. Proteomic analysis of temporally stimulated ovarian cancer cells for biomarker discovery. Mol Cell Proteom, 12:356-368, 2013. PMID:23172893

234.  Hromatka BS, Drake PM, Kapidzic m, Stolp H, Goldfien GA, **Shih IM**, Fisher SJ. Polysialic acid enhances the migration and invastion of human cytotrophoblast. Glycobiology, 23:593-602, 2013. PMID:23208007

235.  Vang R, **Shih IM**, Kurman RJ. Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology, 62:44-58, 2013. PMID:23240669

236.  Kinde I, Bettegowda C, Wang Y, Wu J, Agrawal N, **Shih IM**, Kurman RJ, Dao F, Levine DA, Giuntoli R, Roden R, Eshleman FR, Carvalho JP, Marie SKN, Papadopoulos N, Kinzler KW, Vogelstein B, Diaz LA. Evaluation of DNA from the Papanicolaou test to detect ovarian and endometrial cancers. Sci Transl Med, 5:167ra4, 2013. PMID:23303603

237.  Yang G, Mercado-Uribe I, Multani A, Sen S, **Shih IM**, Wong KK, Gershenson D, Liu J. RAS promotes tumorigenesis through genomic instability induced by imbalanced expression of Aruora-A and BRCA2. Int J Cancer, in press. PMID:23319376

Ie-Ming Shih

238. Mao TL, Ardighieri L, Ayhan A, Kuo KT, Wang TL, **Shih IM**. Loss of ARID1A expression correlates with stages of tumor progression in uterine endometrioid carcinoma. Am J Surg Pathol, 37:1342-1348, 2013. PMID:24076775

239. Zheng G, Martignoni G, Antonescu C, Montgomery E, Eberhart C, Netto G, Taube J, Westra W, Epstein J, Lotan T, Maitra A, Gabrielson E, Torbeson M, Iacobuzio-Donahue, Dermazo A, **Shih IM**, Ellei P, Wu TC, Argani P. A broad survey of cathepsin K immunoreactivity in human neoplasms. Am J Clin Pathol, 139:151-9, 2013. PMID:23355199

240. Wu E, **Shih IM**, Diaz-Montes TP. Dedifferentiated endometrioid adenocarcinoma: an under-recognized but aggressive tumor? Gynecol Oncol Case Rep, 5:25-27, 2013. PMID: 24371688

241. Kushnir CL, Gerardi M, Banet N, **Shih IM**, Diaz-Montes T. Extrauterine inflammatory myofibroblastic tumor: A case report. Gynecol Oncol Case Rep, 6:39-41, 2013. PMID: 24371717

242. Killela PJ, Ritman ZJ, Jiao Y, Bettegowda C, Agrawal N, Diaz LA, Friedman A, Gallia G, Giovanella BC, Grollman AP, He TC, He Y, Hruban RH, Jallo GI, Meeker AK, Mertens F, Netto G, Rasheed A, Rosenquist T, Schiffman M, **Shih IM**, Theodorescu D, Torbenson MS, Velculescu VE, Wang TL, Wentzensen N, Wood LD, Zhang M, McLendon RE, Bigner DD, Papadopoulos N, Kinzer KW, Vogelstein B, Yan H. TERT promoter mutations occur frequently in gliomas and in a subset of tumors derived from cells with low rates of self-renewal. Proc Natl Acad Sci USA, 110:6021-6026, 2013. PMID:23530248

243. Kurman RJ, Visvanathan K, **Shih IM**. Bokhman's dualistic model of endometrial carcinoma-revisited. Gyn Oncol, 129:271-272, 2013. PMID:23582581

244. Yap KL, Shah PS, Bolon B, Wu RC, Gao M, Wang F, Faiola F, Huso D, Wang TL, Wang JL, **Shih IM**. Loss of NAC1 expression is associated with defective cell fate specification and bony patterning in the murine vertebral axis. PLoS one, 8:e69099, 2013. PMID:23922682

245. Guan B, Mogami T, Wang TL, **Shih IM**. Establishing isogenic inducible cell lines using founder reporter lines and recombinase-mediated cassette exchange. Biotechniques, 55:233-242, 2013. PMID:24215638

246. Kuhn E, Ayhan A, **Shih IM**, Seidman JD, Kurman RJ. The pathogenesis of atypical proliferative Brenner tumor: an immunohistochemical and molecular genetic analysis. Mod Pathol, 2013, PMID: 23887305

247. Mao TL, **Shih IM**. The roles of ARID1A in gynecological cancer. J Gyn Oncol, 24:376-381, 2013. PMID:24167674

248. Kuhn E, Seidman J, Ayhan A, **Shih IM**, Kurman RJ. Ovarian Brenner tumor: a morphologic and immunohistochemical analysis suggesting an origin from fallopian tube epithelium. Eur J Cancer, 49:3839-3849, 2013. PMID:24012099

249. Allo G, Bernardini MQ, Wu RC, **Shih IM**, Kalloger S, Pollett A, Gilks CB, Clarke BA. ARID1A loss correlates with mismatch repair deficiency and intact p53 expression in high-grade endometrial carcinomas. Mod Pathol, 27: 255-261, 2014. PMID:23887303

Ie-Ming Shih

250. Nik NN, Vang R, **Shih IM**, Kurman RJ. Origin and pathogenesis of pelvic (ovarian, tubal and primary peritoneal) serous carcinoma. Ann Rev Pathol, 9:27-45, 2014. PMID:23937438

251. Gao M, Uw RC, Herlinger AL, Yap K, Kim JW, Wang TL, **Shih IM**. Identification of NAC1-regulated genes in ovarian cancer. Am J Pathol, 184:133-140, 2014. PMID:24200849

252. Ardighieri L, Lonardi S, Moratto D, Facchetti F, **Shih IM**, Vermi W, Kurman RJ. Characterization of the immune cell repertoire in the normal fallopian tube- implications for understanding ovarian carcinogenesis. Int J Gyn Cancer, 33:581-591, 2014. PMID: 25172297

253. Kuhn E, Bahadirli A, **Shih IM**. Frequent CCNE1 amplification in endometrial intraepithelial carcinoma and uterine serous carcinoma. Mod Pathol, 27:1014-1019, 2014. PMID:24309323.

254. Ardighieri L, Zeppernick F, Hannibal CG, Vang R, Cope L, Junge J, Kjaer SK, Kurman RJ, **Shih IM**. Mutational analysis of BRAF and KRAS in ovarian atypical proliferative serous (borderline) tumors and associated peritoneal implants. J Pathol, 232:16-22, 2014.  PMID:24307542

255. Wu RC, Syhan A, Maeda D, Kim KR, Clarke BA, Shaw P, Chiu MH, Rosen B, **Shih IM**, Wang TL. Frequent somatic mutations of the telomerase reverse transcriptase promoter in ovarian clear cell carcinoma but not in other major types of gynecologic malignancies. J Pathol, 232:473-481, 2014. PMID:24338723. (corresponding author)

256. Kuhn E, Ayhan A, Bahadirli-Talbott, Zhao Chengquan, **Shih IM**. Molecular characterization of undifferentiated carcinoma associated with endometrioid carcinoma. Am J Surg Pathol, 38:660-665, 2014. PMID:24451280

257. Maniar KP, Wang YH, Visvanathan K, **Shih IM**, Kurman RJ. Evaluation of microinvastion and lymph node involvement in ovarian borderline/atypical proliferative serous tumors. A morphologic and immunohistochemical analysis of 37 cases. Am J Surg Pathol, 38:743-755, 2014. PMID:24441661

258. Zhang B, Hou X, Yuan X, **Shih IM**, Zhang Z, Clarke R, Wang RR, Fu Y, Madhavan S, Wang Y, Yu G. AISAIC, a software suite for accurate identification of significant aberrations in cancers. Bioinformatics, 30:431-433, 2014. PMID:24292941

259. Davidson B, Abeler VM, Forsund M, Holth A, Yang Y, Kobayshi Y, Chen L, Kristensin GB, **Shih IM**, Wang TL. Gene expression signatures of primary and metastatic uterine leiomyosarcoma. Hum Pathol, 45:691-700, 2014. PMID:24485798

260. Yang YI, Ahn JH, Lee KT, **Shih IM**, Choi JH. RSF-1 is a positive regulator of NFκB-induced gene expression required for ovarian cancer chemoresistance. Cancer Res, 74:2258-2269, 2014. PMID:24566868

261. Rodic N. Sharma R, Sharma R, Zampella J, Dai L, Taylor MS, Hruban RH, Iacobuzio-Donahue CA, Maitra A, Torbenson MS, Goggins M, **Shih IM**, Duffield AS, Montgomery EA, Gabrielson E, Netto GJ, Lotan TL, De Marzo AM, Westra W, Binder ZA, Orr BA, Gallia GL, Eberhart CG, Boeke JD, Harris CR, Burns KH. Long interspersed element-1 protein expression is a hallmark of many human cancers. Am J Pathol, 184:1280-1286, 2014. PMID:24607009

262. Bettegowda C, Sausen M, Leary RJ, Kinde I, Wang Y, Agrawal N, Bartlett BR, Wang H, Luber B, Alani RM, Antonarakis ES, Azad NS, Bardelli A, Brem H, Cameron JL, Lee CC, Fecher LA,

23

Gallia GL, Gibbs P, Le D, Giuntoli RL, Goggins M, Hogarty MD, Holdhoff M, Hong SM, Jiao Y, Juhl HH, Kim JJ, Siravegna G, Laheru DA, Lauricella C, Lim M, Lipson EJ, Marie SK, Netto GJ, Oliner KS, Olivi A, Olsson L, Riggins GJ, Sartore-Bianchi A, Schmidt K, **Shih I M**, Oba-Shinjo SM, Siena S, Theodorescu D, Tie J, Harkins TT, Veronese S, Wang TL, Weingart JD, Wolfgang CL, Wood LD, Xing D, Hruban RH, Wu J, Allen PJ, Schmidt CM, Choti MA, Velculescu VE, Kinzler KW, Vogelstein B, Papadopoulos N, Diaz LA, Jr.: Detection of circulating tumor DNA in early- and late-stage human malignancies. Sci Transl Med 2014, 6:224ra24. PMID:24553385

263. Wu RC, Wang TL, **Shih IM**. The emerging roles of ARID1A in tumor suppression. Cancer Biol Ther, 15:655-664, 2014. PMID:24618703

264. Kurman RJ, **Shih IM**. Discovery of a cell: reflections on the checkered history of intermediate trophoblast and update on its nature and pathologic manifestations. Int J Gyn Pathol, 33:339-347, 2014. PMID:24901393

265. Tian Y, Wang SS, Zhang Z, Rodriguez OC, Petricoin E 3rd, **Shih IM**, Chan D, Avantaggiati M, Yu G, Ye S, Clarke R, Wang C, Zhang B, Wang Y, Albanese C. Integration of network biology and imaging to study cancer phenotypes and responses. IEEE/ACM Trans Comput Biol Bioinform, 11:1009-1019, 2014.

266. Sherman-Baust C, Kuhn E, Valle BL, **Shih IM**, Kurman RJ, Wang TL, Amano T, Ko MSH, Miyoshi I, Araki Y, Lehrmann E, Zhang Y, Becker DG, Morin PJ. A genetically engineered ovarian cancer mouse model based on fallopian tube transformation mimics human high-grade serous carcinoma development. J Pathol, 233:228-237, 2014. PMID: 24652535

267. Guan B, Rahmanto YS, Wu RC, Wang Y, Wang Z, Wang TL, **Shih IM**. The roles of deletion of Arid1a, a tumor suppressor, in mouse ovarian tumorigenesis. J Natl Cancer Inst, June 4; 106(7). doi: 10.1093/jnci/dju146 (July issue). 2014. PMID:24899687

268. Zeppernick F. Ardigheri L, Hannibal CG, Vang R, Junge J, Kjaer SK, Zhang R, Kurman RJ, **Shih IM**. BRAF mutation is associated with a specific cell-type with features suggestive of senescence in ovarian serous borderline (atypical proliferative) tumors. Am J Surg Pathol, 38:1603-1611, 2014. PMID: 25188864

269. Faraj SF, Chaux A, Gonzale-Roibon N, Munari E, Ellis C, Driscoll T, Schoenberg MP, Bivalacqua TJ, **Shih IM**, Netto GJ. ARID1A immunohistochemistry improves outcome prediction in invasive urothelial carcinoma of urinary bladder. Hum Pathol, 45:2233-2239, 2014. PMID:25175170

270. Jung J, Stoeck A, Guan B, Wu RC, Zhu H, Blackshaw S, **Shih IM**, Wang TL. Notch3 interactome analysis identified WWP2 as a negative regulator of Notch3 signaling in ovarian cancer. PLoS Genetics, 10:e1004751, 2014. PMID:25356737

271. Tian Y, Zhang B, Hoffman EP, Clarke R, Zhang Z, **Shih IM**, Xuan J, Herrington DM, Wang Y. KDDN: An open-souce cytoscape app for constructing differential dependency networks with significant rewiring. Bioinformatics, 31:287-289, 2015, PMID: 25273109

272. Zhang B, Wang J, Wang X, Zhu J, Liu Q, Shi Z, Chambers MC, Zimmerman LJ, Shaddox KF, Kim S, Davies SR, Wang S, Wang P, Kinsinger CR, Rivers RC, Rodriguez H, Townsend RR, Ellis MJ, Carr SA, Tabb DL, Coffey RJ, Slebos RJ, Liebler DC, and **NCI CTPAC**: Proteogenomic characterization of human colon and rectal cancer. Nature 2014.

273. Tian Y, Zhang B, Hoffman E, Clarke R, Zhang Z, **Shih IM**, Xuan J, Herrington D, Wang Y. Knowledge-fused differential dependency network models for detecting significant rewiring in biological networks. BMC Syst Biol, 8:87, doi: 10.1186/s12918-014-0087-1, 2014.

274. Banet N. Gown AM, **Shih IM**, Kay LQ, Roden RB, Nucci MR, Cheng L, Przybycin CG, Nasseri-Nik N, Wu LS, Netto GJ, Ronnett BM, Vang R. GATA-3 epxression in trophoblastic tissues: an immunohistochemical study of 445 cases, including diagnostic utility.  Am J Surg Pathol, 39:101-108, 2015. PMID: 25188865

275. Zeppernick F, Meinhold-Heerlein I, **Shih IM**. Precursors of ovarian cancer in the tube- STIC an update. J Obstet Gynaecol Res, 41:6-11, 2015. PMID: 25330822

276. Wang N, Gong T, Clarke R, Chen L, **Shih IM**, Zhang Z, Levine DA, Xuan J, Wang Y. UNDO: a Bioconductor R package for unsupervised deconvolution of mixed gene expressions in tumor samples. Bioinformatics, 31:137-139, 2015. PMID: 25212756

277. Chui MH, Wang Y, Wu RC, Seidman J, Kurman RJ, Wang TL, **Shih IM**. Loss of ALDH1A1 expression is an early event in the pathogenesis of ovarian high-grade serous carcinoma. Mod Pathol, 28:437-445, 2015. PMID: 25216223

278. Lai TH, Vlahos N, **Shih I**, Zhao Y. Expression of VEGF and Flk-1 in human endometrium at the various phases of the normal menstrual cycle. J Reprod Infertil, 16: 3-9, 2015. PMID: 25717429

279. Bitler BG, Aird KM, Garipov A, Li H, Amatangelo M, Kossenkov AV, Schultz DC, Liu Q, **Shih IM**, Conefo-Garcia JR, Speicher DW, Zhang R. Synthetic lethality by targeting EZH2 methyltransferase activity in ARID1A-mutated cancers. Nat Med, 21:231-238, 2015. PMID:25686104

280. Faraj SF, Chaux A, Gonzalez-Roibon N, Munari E, Cubilla AL, **Shih IM**, Netto GJ. Immunohistochemical expression of ARID1A in penile squamous cell carcinomas: a tissue microarray study of 112 cases. Hum Pathol, 46:761-766, 2015. PMID: 25776029

281. Ayhan A, Mao TL, Rahmanto YS, Ogawa H, Wu RC, Wang TL, **Shih IM**. Increased proliferation in atypical hyperplasia/endometrioid intraepithelial neoplasia of endometrium with concurrent inactivation of ARID1A and PTEN tumor suppressors. J Pathol Clin Res, 1:186-193, 2015. PMID: 27499903

282. Ju J, Kapoor P, Shen X, **Shih IM**,  Peng G. ARID1A deficiency impairs the DNA damage checkpoint and sensitizes cells to PARP inhibitors. Cancer Discovery, 5:752-767, 2015. PMID: 26096845

283. Yu Y, Gaillard S, Jude MP, Huang TC, Pinto SM, Tessarollo NG, Zhang Z, Pandey A, Wirtz D, Ayhan A, Davidson B, Wang TL, **Shih IM**.  Inhibition of Spleen Tyrosine Kinase Potentiates Paclitaxel-Induced Cytotoxicity in Ovarian Cancer Cells by Stabilizing Microtubules. Cancer Cell, 28:82-96, 2015. PMID: 26096845

284. Kobayashi Y, Kashima H, Wu RC, Jung J, Kuan JC, Gu J, Xuan J, Visvanathan K, **Shih IM**, Wang TL. Mevalonate pathway antagonist inhibits proliferation of serous tubal intraepithelial carcinoma and ovarian carcinoma in mouse models. Clin Cancer Res, 21:4652-62, 2015. PMID: 26109099

Ie-Ming Shih

285. Wang YH, Wu RC, Shwartz LE, Haley L, Lin MT, **Shih IM**, Kurman RJ. Clonality analysis of combined Brenner and mucinous tumours of the ovary reveals their monoclonal origin. J Pathol, 237:146-151, 2015. PMID: 26095692

286. Wang YH, Anderson D, Haley L, Lin MT, **Shih IM**, Kurman RJ. Molecular analysis of ovarian mucinous carcinoma reveals different cell of origins. Oncotarget, 6:22949-58, 2015. PMID: 26355245

287. Cobb LP, Gaillard S, Wang YH, **Shih IM**, Secord AA. Adenocarcinoma of Mullerian origin: review of pathogenesis, molecular biology, and emerging treatment paradigms. Gyn Oncol Res Pract, 2:1, 2015.

288. Fu Y, Yu G, Levine D, Wang N, **Shih IM**, Zhang Z, Clarke R, Wang Y. BACOM2.0 facilitates absolute normalization and quantification of somatic copy number alterations in heterogeneous tumor. Scientific Reports, 5:13955, 2015. PMID:26350498

289. Kashima H, Wu RC, Wang Y, Sinno A, Miyamoto T, Shiozawa T, Wang TL, Fader AN, **Shih IM**. Laminin C1 expression by uterine carcinoma cells is associated with tumor progression. Gyn Oncol, 139:338-344, 2015. PMID: 26343160

290. Gerry E, **Shih IM**. Will shorter time interval to diagnose ovarian cancer improve early detection? A perspective from the dualistic model. Br J Ob Gyn, 123:1021, 2016. PMID: 26138012

291. Vang R, Levine DA, Soslow RA, Zaloudek C, **Shih IM**, Kurman RJ. Molecular alterations of TP53 are a defining feature of ovarian high-grade serous carcinoma: A re-review of cases lacking TP53 mutations in The Cancer Genome Atlas Ovarian study. Int J Gynecol Pathol, 35:48-55, 2016. PMID:26166714

292. Kurman RJ, **Shih IM**. Seromucinous Tumors of the Ovary. What's in a Name? Int J Gyn Pathol, 35:78-81, 2016. PMID: 26598986

293. Kurman RJ, **Shih IM**. The Dualistic Model of Ovarian Carcinogenesis. Revisited, Revised and Expanded.  Am J Pathol, 186:733-747, 2016. PMID: 27012190

294. Chen X. Jung JG, Shajahan-Haq AN, Clarke R, **Shih IM**, Wang Y, Magnani L, Wang TL, Xuan J. ChIP-BIT Bayesian inferences of target genes using a novel joint probabilistic model of ChIP-seq profiles. Nucleic Acids Res, 44:e65, 2016. PMID:  26704972

295. Rahmanto YS, Jung JG, Wu RC, Kobayashi Y, Heaphy CM, Meeker AK, Wang TL, **Shih IM.** Inactivating ARID1A tumor suppressor enhances hTERT transcription and maintains telomere length in cancer cells. J Biol Chem, 291:9690-9699, 2016. PMID: 26953344

296. Kito M, Maeda D, Kudo-Asabe Y, Sato N, **Shih IM**, Wang TL, Tanaka M, Terada Y. Goto A. Expression of cell competition markers at the interface between p53 signature and normal epithelium in the human fallopian tube. PLoS One, 11(6):e0156069, 2016. PMID: 27258067

297. Kuhn E, Wang TL, Doberstein K, Bahadirli-Talbott A, Ayhan A, Sehdev S, Drapkin R, Kurman RJ, **Shih IM**. CCNE1 amplification and centrosome number abnormality in serous tubal

26

Ie-Ming Shih

intraepithelial carcinoma- further evidence supporting its role as a precursor of ovarian high-grade serous carcinoma. Mod Pathol, 29:1254-1261, 2016.  PMID:27443516

298. Sherman ME, Drapkin RI, Horowitz NS, Crum CP, Friedman S, Kwon J, Levine DA, **Shih IM**, Shoupe D, Swisher EM, Walker J, Trabert B, Greene MH, Samimi G, Temkin SM, Minasian LM. Rationale for developing a specimen bank to study the pathogenesis of high-grade serous carcinoma: a review of evidence. Can Prev Res, 9:713-720, 2016. PMID: 27221539

299. Wang Y, Sundfeldt K, Mateoiu C, **Shih IM**, Kurman RJ, Schaeffer J, Silliman A, Kinde I, Springer S, Foote M, Kristjansfottir B, James N, Kinzler KW, Papadopoulos N, Diaz LA, Vogelstein B. Diagnostic potential of tumor DNA from ovarian cyst fluid. Elife, doi: 10.7554/eLife.15175, 2016. PMID: 27421040

300. Zhang, H, Liu T, Zhang Z, Payne SH, Zhang B, McDermott JE, Zhou JY, Petyuk VA, Chen L, Ray D, Sun S, Yang F, Chen L, Wang J, Shah P, Cha SW, Aiyetan P, Woo S, Tian Y, Gritsenko MA, Nie S, Uw C, Moore RJ, Yu KH, Tabb DL, Genyo D, Bafna V, Wang Y, Rodriguez H, Boja E, Hiltke T, Rivers RC, Sololl L, Zhu H, **Shih IM**, Cope L, Pandey A, Zhang B, Snyder, MP, Levine DA, Smith R, Chan DW, Rodland KD and CPTAC investigators. Integrated proteogenomic characterization of human high grade serous ovarian cancer. Cell, 166:755-765, 2016. PMID: 27372738

301. Youssef I, Clarke R, **Shih IM**, Wang Y, Yu G. Biologically inspired survival analysis based on integrating gene expression as mediator with genomic variants. Comput Bio Med, 77:231-239, 2016. PMID: 27619193

302. Jung JG, **Shih IM**, Park JT, Gerry E, Kim TH, Ayhan A, Handshuh K, Davidson B, Fader AN, Selleri L, Wang TL. The expression of PBX1, a stem cell reprogramming factor, in ovarian cancer chemoresistance. Cancer Res, 76:6351-6361, 2016. PMID: 27590741

303. Veras E, Kurman RJ, Wang TL, **Shih IM**. PDL-1 expression in human placentas and gestational trophoblastic diseases. Int J Gyn Pathol, 36:146-153, 2017. PMID: 27362903

304. Ayhan A, Kuhn E, Wu RC, Ogawa H, Talbott AB, Mao TL, Sugimura H, **Shih IM**, Wang TL. CCNE1 copy number gain and overexpression identifies ovarian clear cell carcinoma with a poor prognosis. Mod Path, 30:297-303, 2017. PMID: 27767100

305. Lin SF, Gerry E, **Shih IM**. Tubal origin of ovarian cancer- the double-edged sword of haemaglobin. J Pathol, 242:3-6, 2017. PMID: 28054715

306. Tang Z, Steranka JP, Ma S, Grivainis M, Rodic N, Huang CR, **Shih IM**, Wang TL, Boeke JD, Fenyo D, Burns KH. Human transposone insertion profiling: Analysis, visualization and identification of somatic LINE-1 insertions in ovarian cancer. Proc Natl Acad Sci USA, 114:E733-E740, 2017. PMID: 28096347

307. Wilbur MA, **Shih IM**, Segars JH, Fader AN. Cancer implications for patients with endometriosis. Sem Reprod Med, 35:110-116, 2017. PMID: 28049216

Ie-Ming Shih

308. Angeleso M, Papdopoulos N, Ayhan A, Wang TL, Nazeran TM, Horlings HM, Noe M, Lum A, Jones S, Senz J, Seckin T, Ho J, Wu RC, Lac V, Ogawa H, Tessier-Cloutier B, Alhassan R, Wang A, Wang Y, Cohen, J, Wong F, Hasanovic A, Orr, Wang M, Popoli M, McMahon W, Wood L, Mattox A, Allaire C, Segars J, Williams C, Tomasetti C, Boyd N, Kinzler KW, Gilks B, Diza L, Wang TL, Vogelstein B, Yong PJ, Huntsman DG, **Shih IM**. Cancer associated mutations in endometriosis without cancer. N Engl J Med, 376:1835-1848, 2017. PMID: 28489996

309. Bergstrom J, Jernigan A, Tanner EJ, Roche KL, Stone RL, Ricci S, Levinson K, Wethington, S, **Shih IM**, Wang TL, Yang B, Armstrong DK, Zhang G, Gaillard S, Michener C, DeBernardo R, Rose PG, Fader A. Primary cytoreductive surgery and adjuvant hormonal monotherapy in women with advanced low-grade serous ovarian carcinoma: reducing overtreatment without compromising survival? Gyn Oncol, 147:85-91, 2017. PMID:28768570

310. Stone ML, Chiappinelli KB, Li H, Murphy LM, Travers ME, Topper M, Mathios D, Lim M, **Shih IM**, Wang TL, Hung CF, Bhargava V, Wiehagen KR, Cowley GS, Bachman KE, Strick R, Strissel PL, Gaylin SB, Zahnow CA. Combination epigenetic therapy regulates tumor cells and the immune microenvironment to sensitize ovarian cancer to immune checkpoint therapy. Proc Natl Acad Sci, 114: E10981-10990, 2017. PMID: 29203668

311. Ducie J, Dao F, Considine M, Olvera N, Shaw P, Kurman RJ, **Shih IM**, Soslow RA, Cope L, Levine DA. Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma. Nat Comm, 8:990, 2017. PMID: 29042553

312. Labidi-Galy I, Papp E, Hallberg D, Niknafs N, Adleff V, Now M, Bhattacharya R, Novak M, Jones S, Phallen J, Hurban CA, Hirsch MS, Lin DI, Schwartz L, Maire CL, Tille JC, Bowden M, Ahyan A, Wood LD, Scharpf RB, Kurman RJ, Wang TL, **Shih IM**, Karchin R, Drapkin R, Velculescu VE. High grade serous ovarian carcinomas originate in the fallopian tube. Nat Comm, 8:1093, 2017. PMID: 29061967

313. Wu RC, Veras E, Lin J, Gerry E, Bahadirli-Talbott A, **Shih IM**, Wang TL. Elucidating the pathogenesis of synchronous and metachronous tumors in a woman with endometrioid carcinoma using a whole-exome sequencing approach. Cold Spring Harbor Mol Case Studies. 3:E001693, 2017. PMID: 29162652

314. Xing D, Suryo Rahmanto, Zeppernick F, Hannibal, CG, Kjaer S, Vang, R, **Shih IM**, Wang TL. Mutation of NRAS is a rare genetic event in ovarian low-grade serous carcinoma. Hum Pathol, 687-91, 2017. PMID: 28873354

315. Chui MH, Wang TL, **Shih IM**. Endometriosis: benign, malignant, or something in between? Oncotarget, 8:78263-78264, 2017. PMID: 29108226

316. Fan Q, Cai Q, Li P, Wang W, Wang J, Gerry E, Wang TL, **Shih IM**, Nephew KP, Xu Y. The novel ZIP4 regulation and its role in ovarian cancer. Oncotarget, 8:90090-90107, 2017. PMID: 29163813

317. Song L, Bhuvaneshwark K, Wang Y, Feng Y, **Shih IM**, Madhavan S, Gusey Y. CINdex: a Bioconductor package for analysis of chromosome instability in DNA copy number data. Cancer Inform, 16: 1176935117746637, 2017. PMID:29343938

Ie-Ming Shih

318. Visvanathan K, Wang TL, **Shih IM**. Pre-cancerous lesions of ovarian cancer- a US perspective. J Natl Can Inst, 110:692-693, 2018. PMID: 29281080

319. Ojalvo LS, Thompson ED, Wang TL, Meeker AK, **Shih IM**, Fader AN, Cimino-Mathews AM, Emens LA. Tumor-associated macrophages and the tumor immune microenvironment of primary and recurrent epithelial ovarian cancer. Hum Pathol, 74:135-147, 2018. PMID: 29288043.

320. Noe M, Ayhan A, Wang TL, **Shih IM**. Independent development of endometrial epithelium and stroma within the same endometriosis. J Pathol, 245:265-269, 2018. PMID: 29604057

321. Yu Y, Rahmanto YS, Lee MH, Wu PH, Phillip JM, Huang CH, Vitolo MI, Gaillard S, Martin SS, Wirtz D, **Shih IM**, Wang TL. Inhibition of ovarian tumor cell invasiveness by targeting SYK in tyrosine kinase pathway. Oncogene, 37:3778-3789, 2018. (co-corresponding) PMID:29643476

322. Cho KR, Cooper k, Croce S, Djordevic B, Herrington S, Howitt B, Hui P, Ip P, Koebel M, Lax S, Quade BJ, Shaw P, Vidal A, Yemelyanova A, Clarke B, Ellenson H, Longacre TA, **Shih IM**, McCluggage WG, Malpica A, Oliva, E, Parkash V, Matias-Guiu X. International society of gynecological pathologists (ISGyP) endometrial cancer project: guidelines from the special techniques and ancillary studies group. Int J Gynecol Pathol, 38: S114-S122, 2019, PMID: 29521846

323. Wang Y, Li L, Douville C, Cohen JD, Yen TT, Kinde I, Sundfelt K, Kjaer SK, Hruban RH, **Shih IM**, Wang TL, Kurman RJ, Springer S, Ptak J, Popli M, Schaefer J, Silliman N, Dobbyn L, Tanner EJ, Angarita A, Lycke M, Jochumsen K, Afsari B, Danilova L, Levine DA, Jardon K, Zeng X, Arsenau J, Fu L, Diaz LA, Karchin R, Tomasetti C, Kinzler KW, Vogelstein B, Fader AN, Papadopoulos N. Evaluation of liquid from the Papnicolaou test and other liquid biopsies for the detection of endometrial and ovarian cancers. Sci Tral Med, 10(433). pii: eaap8793. doi: 10.1126/scitranslmed.aap8793, 2018. PMID: 29563323

324. Fukumoto T, Park PH, Wu S, Fatkhutdinov N, Karakashev S, Nacarelli T, Lossenkov AV, Speicher DW, Jean S, Zhang L, Wang TL, **Shih IM**, Conejo-Garcia JR, Bitler BG, Zhang R. Repurposing pan-HDAC inhibitors for ARID1A-mutated ovarian cancer. Cell Rep, 22:3393-3400, 2018. PMID:29590609

325. Pisanic TR, Lin SF, Yen TT, Athamanolap P, Nakayama K, Cope LM, Wang TH, **Shih IM**, Wang TL. Methylomic analysis of ovarian cancers identifies tumor-specific alterations readily detectable in early precursor lesions. Clin Cancer Res, 24:6536-6547, 2018. PMID: 30108103

326. Yen TT, Miyamoto T, Asaka S, Chui MH, Wang Y, Lin SF, Sonte RL, Fader AN, Asaka R, Kashima H, Shiozawa T, Wang TL, **Shih IM**, Tanner III EJ. Loss of ARID1A expression in endometrial samplings is associated with the risk of endometrial carcinoma. Gyn Oncol, 150:426-431, 2018. (corresponding author) PMID: 30126589

327. Visvanathan K, Shaw PA, May BJ, Bahadirli-Talbot A, Kaushiva A, Risch HA, Narod SA, Wang TL, Parkash V, Vang R, Levine DA, Soslow RA, Kurman RJ, **Shih IM**. Fallopian tube lesions in women at high risk for ovarian cancer: a multicenter study. Can Prev Res, 11:697-706, 2018. PMID: 30232083

328. Asaka S, Yen TT, Wang TL, **Shih IM**, Gaillard S. T cell-inflamed phenotype and increased Foxp3 expression in infiltrating T-cells of mismatch-repair deficient endometrial cancers. Mod Pathol, in press. PMID: 30401949

29

329. Wu RC, Wang P, Lin SF, Zhang M, Song Q, Chu T, Wang BG, Kurman RJ, Vang R, Kinzler K, Tomasetti C, Jian Y, **Shih IM**, Wang TL. Genomic landscape and evolutionary trajectories of ovarian cancer early precursor lesions. J Pathol, 2019. PMID: 30560554

330. Pisanic TR, Asaka S, Lin SF, Yen TT, Sun H, Bahadirli-Talbott A, Wang TH, Burns KH, Wang TL, **Shih IM**. Line-1 retrotransposons become deregulated during the development of ovarian cancer precursor lesions. Am J Pathol, in press, 2018. PMID: 30553834

331. Song G, Chen L, Zhang B, Song Q, Yu Y, Moore C, Wang TL, **Shih IM**, Zhang H, Chan D, Zhang Z, Zhu H. Proteome-wide tyrosine phosphorylation analysis reveals dysregulated signaling pathways in ovarian tumors. Mol Cell Proteomics, in press, 2018. PMID: 30523211

332. Yen TT, Wang TL, Fader AN, **Shih IM**, Gaillard S. Molecular classification and emerging targeted therapy in endometrial cancer. Int J Gyn Pathol, 2019 in press. PMID: 30741844

333. Bast RC, Matulonis UA, Sook AK, Ahmed AA, Amobi A, Balkwill FR, Wielgos-Bonvallet M, Bowtell DD, Brenton JD, Brugge JS, Coleman RL, Draetta GF, Doberstein K, Drapkin RI, Eckert MA, Edwards RP, Elias K, Ennis D, Futreal A, Greshenson DM, Greenbergt RA, Huntsman DG, Ji XY, Kohn EC, Lavarone c, Lengyel ER, Levine DA, Lord CJ, Lu Z, Mills GB, Modugno F, Nelson BH, Odunsi K, Pilsworth JA, Tottapel RK, Powell DJ, Shen L, **Shih IM**, Spriggs DR, Walton J, Zhang K, Zhang R, Zou L. Clinical questions in ovarian cancer research and treatment: report of an AACR special conference. Cancer, 2019 in press.

334. Chui H, Vang R, Wang TL, **Shih IM**, VandenBussche C. Cytomorphologic and molecular analyses of fallopian tube fimbrial brushings for diagnosis of serous tubal intraepithelial carcinoma. Cancer Cytopathology, 2019. in press.

335. Whelan S, Ophir E, Kotturi MF, Levy O, Ganguly S, Leung L, Vaknin I, Kurmar S, Dassa L, Hansen K, Bernados D, Murter B, Soni A, Taube JM, Fader AN, Wang TL, **Shih IM**, White M, Pardoll DM, Liang SC. PVRIG and PVRL2 are induced in cancer and inhibit CD8+ T-cell function. Cancer Immunol Res, in press, 2019. PMID: 30659054

336. Hu Z, Zhou J, Jiang J, Yuan J, Zhang Y, Wei X, Loo N. Wang Y, Pan Y, Zhang T, Zhong X, Long M, Montone KT, Tanyl JL, Fan Y, Wang TL, **Shih IM**, Zhang L. Genomic characterization of genes encoding histone acetylation modulator proteins identifies therapeutic targets for cancer treatment. Nat Comm, 2019. PMID 30760718

337. Chiu T, **Shih IM**. Follicular fluid has more to offer: Insulin-like growth factor axis on ovarian carcinogenesis. EBIOM, in press. 2019

### Book Chapters

1. **Shih IM**, Mazur MT, Kurman RJ. Chapter 49: Gestational trophoblastic disease. In Sternberg's Diagnostic Surgical Pathology. Edited by Stacey E. Mills. pp 2049-2070, Sixth edition. Lippincott Williams & Wilkins Publishers, New York, 2014.

2. **Shih IM**, Mazur MT, Kurman RJ. Chapter 20: Gestational trophoblastic disease. In Blaustein's Pathology of Female Genital Tract. Edited by Robert J. Kurman. Sixth edition. Springer-Verlag, New York, pp1075-1135, 2011.

3. **Shih IM**, Sokoll L, Chan DW. Tumor markers of ovarian cancer. In "Tumor markers- physiology, pathobiology and clinical applications" Edited by E.P. Diamandis et al. American Association for Clinical Chemistry Press. Washington DC, First edition, pp239-252, 2002.

4. Chang H-W, **Shih IM**. Digital Single-Nucleotide polymorphism analysis for allelic imbalance. In Methods in Molecular Medicine: Pancreatic Cancer (volume: 103). Edited by G. H. Su, Humana Press, Totowa, NJ, USA, pp 137-142, 2004.

5. Yen, JM, **Shih IM**, Velculescu VE, Wang TL. Amplification in DNA copy numbers as a mechanism of acquired drug reisistance. In Cancer drug resistance. Edited by Teicher BA, Human press, Totowa, New Jersey. pp 531-540, 2006.

6. **Shih IM**, Kurman RJ. Ovarian serous carcinogenesis- a proposed model. In Molecular Pathology of Gynecological Cancer.  Edited by Giordano A, Bovicelli A, and Kurman RJ, Humana press, Totowa, New Jersey. pp 17-28, 2006.

7. **Shih IM**, Kurman RJ. Pathogenesis of gestational trophoblastic lesions. In Molecular Pathology of Gynecological Cancer.  Edited by Giordano A, Bovicelli A, and Kurman RJ, Humana press, Totowa, New Jersey. pp 157-166, 2006.

8. Sturgeon CM, Duffy MJ, Hofmann BR, Stenman U-H, Lilja H, Brünner N, Chan DW, Sokoll L, Babaian R, Bast RC, Bosl GJ, Dowell B, Esteva FJ, Haglund C, Harbeck N, Hayes DF, Holten-Andersen M, Klee GG, Lamerz R, Looijenga LH, Molina R, Nielsen HJ, Rittenhouse H, Semjonow A, **Shih IM**, Sibley P, Sölétormos G, Stephan C and Diamandis EP. National Academy of Clinical Biochemistry Laboratory Medicine Practice Guidelines for Use of Tumor Markers in Testicular, Prostate, Colorectal, Breast and Ovarian Cancers. American Association for Clinical Chemistry press.

9. Jinawath N. **Shih IM**. Biology and Pathology of Ovarian Cancer. In Early Diagnosis of Cancer Series: Ovarian Cancer. Edited by Bristow R. and Armstrong D. (series editor: Yang, SC). Elsevier, Amsterdam, Netherlands, pp17-32, 2009.

10. Guan B, Wang TL, **Shih IM**.  Recent advances in cancer genomics and cancer-associated genes discovery. In: An Omics Perspective of Cancer. WCS Cho (ed.), p11-29, Springer-Verlag, New York, 2010.

11. **Shih IM**. Gestational trophoblastic lesions. In Gynecologic Pathology, a volume in the series of Foundations in Diagnostic Pathology. Edited by Nucci MR, Oliva E. (Series editor: Goldblum JR), pp645-655. Elsevier Churchill Linvingstone, 2009.

12. Park J. **Shih IM**, Wang TL. Targeting the Notch signaling pathway in cancer stem cells. In: Cancer Stem Cells. Edited by William Farrar. pp128-137, Cambridge University Press (CUUS668), 2009.

13. Sfakianos G P, Secord AA, **Shih IM**. Chapter 13: Epithelial ovarian cancers: low malignant potential and non-serous ovarian histologies. In: Gynecologic oncology: clinical practice and surgical atlas. pp 237-256. McGraw-Hill Professional, New York, NY, 2012.

14. Kurman RJ, Bagby C. **Shih IM**. Chapter 37: Molecular diagnostics of gynecologic neoplasms. In: Principles of Molecular Diagnostics and Personalized Cancer Therapy. Ed by Tan D. Lippincott Williams & Wilkins.

15. Chen L, Tian Y, Yu G, Miller DJ, **Shih IM**, and Wang Y.  Discriminant and network analysis to study origin of cancer. In: Statistical Diagnostics of Cancer: Analyzing High Dimensional Genetics and Genomics Data. Edited by Frank Emmert-Streib and Matthias Dehmer, Wiley-Blackwell, 2012.

16. WHO classification of tumors of female reproductive organs. Ed by Kurman, Carcangiu, Herrington, Young. 4th edition, WHO (IARC) press, Lyon, France, 2014.

17. Yen TT, Fader AN, Gerry E, **Shih IM**. The molecular landscape of different ovarian cancer subtypes and new prospects. SM Group Open Access eBooks, Dover Delaware, 2016

18. Bergstrom J, **Shih IM**, Fader AN. Updates on rare epithelial ovarian carcinoma. In Translational Advances in Gynecologic Cancers. Ed by Birrer MJ and Ceppi L. pp 181-195, Academic Press, Elsevier, 2017

### Others

1. **Shih IM**. Placental site trophoblastic tumor. In Encyclopedia of Cancer, 3rd edition, Springer-Verlag, Editor: Manfred Schwab, Berlin and Heidelberg, GmbH & Co, 2016. http://www.springerreference.com/docs/featured/978-3-540-47648-1_5715.html

2. Chen L, Xuan J, Gu J, Wang Y, Zhang Z, Wang TL, **Shih IM**. Integrative network analysis to identify aberrant pathway networks in ovarian cancer. Pac Symp Biocomput, 31-42, 2012.

3. Kurman RJ**, Shih IM**. Ovarian cancer- silent and deadly. In Atlas of Science. http://atlasofscience.org/ovarian-cancer-silent-and-deadly/#more-13913

### Inventions, Patents, Copyrights

- US patent #6419896: Non-invasive approach for assessing tumor in living animals. Inventors: Vogelstein B, Kinzler WK and Shih I-M

- US patent #20110171741: DNA integrity assay (DIA) for cancer diagnostics, using confocal fluorescence spectroscopy. Inventors: Tza-Hui Wang, Kelvin J. Liu, Ie-Ming Shih

- US patent in process (11/604,183): Application of Rsf-1 expression to predict clinical outcome in cancer patients. Inventors: Shih I-M and Wang T-L

- International patent in progress (PCT/US2008/011948): Detection of cancer by measuring genomic DNA copy number and strand length in cell-free DNA. Inventors: Shih I-M

Ie-Ming Shih

**Extramural Funding**

**Current awarded Grants**

| | |
|---|---|
| 04/01/17 - 03/30/22 | Experimental Therapeutics by targeting Spleen Tyrosine Kinase<br>RO1 CA215483<br>NCI/NIH<br>Role: PI<br>Purpose: The goal is to elucidate the molecular mechanism how SYK enhances paclitaxel resistance through modulating microtubule dynamics and identify the potential biomarker for outcome prediction |
| 4/1/2016 – 3/31/2021 | Early Detection Research Network (EDRN)<br>UO1 CA200469<br>Development of in vitro diagnostic multivariate index assay using liquid-based cervical cytology specimen and/or serum/plasma biomarkers for the detection of early stage or low-volume ovarian cancer<br>NCI/NIH<br>Role: Principal Investigator (multiple PIs: Shih & Zhang)<br>Purpose: To identify protein biomarkers and develop immunoassays for ovarian cancer detection in liquid-based cervical cytologic samples and blood. |
| 07/01/2018-6/30/2023 | SPORE (Specialized Programs of Research Excellence) in Ovarian Cancer<br>P50 CA228991-01<br>NIH/NCI<br>Role: Principal Investigator (overall)<br>Purpose: The program consists of four research projects, three cores and two programs to promote translational research including early phase clinical trials in ovarian cancer. |
| 01/01/2017-12/31/2020 | Development of Targeted Therapies for Recurrent Ovarian Cancer<br>Collaborative Research Development Grant # 458972<br>Ovarian Cancer Research Foundation Alliance (OCRFA)<br>Role: PI<br>Purpose: Development of a research program which focuses on identifying and characterizing promising new anti-tumor molecules and develop/apply inhibitors for targeted therapy in ovarian cancer |
| 01/15/2017 – 01/14/2020 | Development of early detection molecular platform for ovarian cancer in high-risk women<br>Grant contract (PIs: I-M Shih and A Fader)<br>Gray Foundation<br>Role: co-PI<br>Purpose: This study focuses on applying sequencing technology to detect ovarian cancer associated mutations in liquid-based cytology specimens in women with increased risk of ovarian cancer. |

Ie-Ming Shih

| | |
|---|---|
| 01/03/2017 – 2/28/2020 | Molecular study on endometriosis<br>Endometriosis Foundation of America<br>Role: PI<br>Purpose: Applying next-generation sequencing to elucidate the somatic mutations in deeply infiltrative endometriosis |
| 01/01/2018- 12/31/2021 | Integration of advanced genomic and bioengineering approaches for early detection and prevention of ovarian cancer.<br>Tina Brozman Foundation Consortium Grant<br>Role: co-PI<br>Purpose: Identify and characterize molecular biomarkers of fallopian tube lesions which are the precursors of high-grade ovarian serous carcinoma |
| 11/01/2016- 10/31/2020 | PapDREAMing for early detection of ovarian cancer.<br>Tina Brozman Foundation Consortium Grant<br>Role: PI<br>Purpose: Identify a panel of methylation biomarkers and develop a methylation-based assay to detect ovarian cancer using liquid cervical cytology specimens |

**Recent Completed Research Grants**

| | |
|---|---|
| 10/01/2011 – 06/30/2018 | Prevention of Ovarian High-Grade Serous Carcinoma by  Elucidating Its Early Changes, W81XWH-11-2-0230<br>OC100517 (Director: RJ Kurman; co-Director: I-M Shih)<br>Consortium Award, US Department of Defense (USAMRMC), Directed Medical Research Programs (CDMRP)<br>Role: Co-director and co-investigator; 3.0 calendar months<br>Purpose: To determine the origin and pathogenesis in the development of ovarian high-grade serous carcinomas by employing cancer genetics, cell biology, animal models and epidemiologic studies through multi-institutional research effort. The consortium includes five research projects and three cores. |
| 09/01/2011 - 08/30/2016 | Proteome characterization center: a genoproteomics pipeline for cancer biomarker. Clinical Proteomic Technologies for Cancer Initiative.<br>U24CA160036 (PI: D Chan)<br>NCI/NIH<br>Role: co-investigator; 1.0 calendar months<br>Purpose: To identify, verify and characterize biomarkers for ovarian cancer by combining genomics and proteomic approaches. To establish the clinical proteomic technology center and to validate, verify and characterized of ovarian cancer biomarkers using genoproteomic approaches. |
| 4/1/2011 – 3/31/2017 | Notch3 signaling in ovarian cancer |

RO1 CA148826 (PI: TL Wang)
NCI/NIH
Role: co-investigator; 0.5 calendar months
Purpose: To investigate the molecular mechanism of Notch3 signaling in the pathogenesis of ovarian high-grade serous carcinoma.

12/01/2004 - 11/30/2012    Molecular Diagnostics for Malignant Effusion
2R01 CA103937 (PI: I-M Shih)
NCI/NIH
Role: principal investigator; 1.0 calendar months
Purpose: To study the functional role of NAC-1 in the    development of ovarian carcinoma.

4/01/2008 - 1/31/2013    The Roles of HBXAP Gene in Ovarian Cancer
1R01 CA129080 (PI: I-M Shih)
NCI/NIH
Role: principal investigator; 1.0 calendar months
Purpose: To study the molecular mechanism of HBXAP gene product in the progression of ovarian carcinoma.

07/01/2011 - 06/30/2016    Multiplexed Detection of Cell Free DNA Biomarkers for Cancer
RO1 CA155305 (PI: TZ Wang)
NCI/NIH
Role: co-investigator; 1.0 calendar months
Purpose: To analyze the potential application of multiplexed detection of cell free DNA as biomarkers for cancer detection.

04/01/2007 - 01/31/2012    Pathogenesis of Ovarian Serous Borderline Tumors
RO1 CA116184 (PI: R.J. Kurman)
NCI/NIH
Role: co-Director, project 1 leader; 0.5 calendar months
Purpose: To study the molecular genetic profiles of implants that is associated with ovarian serous borderline tumors.  To develop biomarkers to better diagnose the implant and correlate the molecular genetic profiles and biomarker expression with clinical behavior in patients.

07/01/2002- 06/30/2007    Development of a New Technology in Analyzing Allelic Imbalance in Plasma DNA as a Tool for Early Cancer Detection
R21/R33 CA97527 (PI: Shih)
NCI/NIH
Role: principal investigator; 4.0 calendar months
Purpose: To develop an innovative molecular method to better diagnose human cancer using cell-free circulating DNA in patients.

09/30/2014-09/29/2016    Targeting the Mevalonate Pathway to Reduce Mortality from  Ovarian Cancer
DoD W81XWH-14-10021
DoD, OCRP
Role: co-investigator

Ie-Ming Shih

Purpose: To determine if targeting the mevalonate pathway in ovarian cancer has biological and pre-clinical utility in delaying tumor progression in ovarian high-grade serous carcinoma. Several cell biology and molecular biologic approaches together with animal ovarian tumor models will be applied.

07/01/2008 - 06/30/2012    Notch3 Signaling Pathway in the Ovarian Carcinoma
GMC-113937 (PI: TL Wang)
American Cancer Society
Role: co-investigator; 1.0 calendar month
Purpose: This project is to characterize the role of Notch3 signaling pathway in ovarian tumorigenesis and identify Notch3 down-stream target genes in ovarian cancer.

06/01/2009 – 05/31/2012    High-throughput intracellular microrheology: a new tool for cancer research
1R21CA137686 (PI: D Wirtz/IM Shih)
NCI/NIH
Role: Co-PI
Purpose: To apply a high-throughput intracellular microrheology in studying ovarian cancer

12/01/2011 - 11/30/2014    Tumor suppressor role of ARID1A
R21 CA165807 (PI: IM Shih)
NCI/NIH
Role: principal investigator; 1.0 calendar months
Purpose: To determine the tumor suppressor roles of ARID1A and its molecular mechanisms in developing gynecological cancer.

07/01/2002- 06/30/2006    Diverse Pathways in the Development of Ovarian Serous Tumors
OC010017 (PI: RJ Kurman)
US Department of Defense (USAMRMC), Directed Medical Research Programs (CDMRP)
Role: Project #1 leader; 3.0 calendar months
Purpose: To study the molecular pathways that is involved in the development of different types of ovarian serous carcinoma by using several new technologies including SAGE.

09/01/2003- 08/30/2004    Molecular genetic changes in the development of cervical cancer
P50CA098252- SPORE (PI: TC Wu)
NIH/NCI
Role: co-investigator; 1.0 calendar month
Purpose: The development project/pilot study in this
SPORE of cervical cancer is to investigate the DNA copy number changes involved in the development of cervical cancer.

12/28/2005- 12/27/2006    Marker Discovery for Ovarian Cancer
Research agreement
Developmental Center of Biotechnology, Taiwan
(PI: Shih)
Role: principal investigator; 1.0 calendar month

Ie-Ming Shih

Purpose: To identify biomarkers for potential use in ovarian cancer diagnosis and therapy.

10/01/2006 - 09/30/2007     Characterization of Rsf-1 in human cancer
China Medical University, Taiwan
Research agreement
(PI: Shih)
Role: principal investigator; no salary requested
Purpose: To study the molecular etiology of Rsf-1 expression in oral cancer in Taiwanese patients.

1/1/2008 - 12/31/2009     Notch3 signaling in the pathogenesis of ovarian cancer
Ovarian Cancer Research Foundation (OCRF, New York)
Individual Investigator Award (PI: T.L. Wang)
Role: co-investigator; 0.6 calendar month
Purpose: To characterize the Notch3 signaling pathway in the tumor progression of ovarian cancer. Specifically, the proposal is to determine how the Notch3 pathway goes awry in normal ovaries and the molecular mechanisms in which Notch3 pathway aberration contributes to ovarian cancer.

01/01/2009 – 12/31/2010     Screening of Chinese herbal medicine extracts in cancer therapy
Research Agreement (PI: IM Shih)
China Medical University, Taichung city, Taiwan
Role: Principal; investigator
Purpose: To screen candidate Chinese herbal extracts to inhibit specific cancer-associated targets for potential molecularly targeted therapy.

12/11/2006 - 12/31/2007     Molecular Markers for Clinical Outcome Prediction
Oncotech, Inc.
Research Agreement (PI: Shih)
Role: principal investigator; 0.60 calendar month
Purpose: To assess the clinical potential of Rsf-1 and NAC-1 immunohistochemistry in predicting clinical outcome in ovarian cancer patients.

04/01/2008 - 03/31/2010     Nanobiosensing Method for Point Mutation Detection of Cancer
1R21CA120742 (PI: TZ Wang)
NCI/NIH
Role: co-investigator; 0.60 calendar month
Purpose: To develop a nanobiosensing technical platform to detect point sequence mutation of Kras and Braf genes using a relatively small amount of DNA samples without PCR.

07/01/2007 - 06/31/2009     Characterization of Chromatin Remodeling Gene, Rsf-1, in Pathogenesis of Ovarian Cancer
Johns Hopkins-Weizmann Inst. (PI: Shih)
Role: principal investigator; 0.60 calendar month
Purpose: To study the biological function of Rsf-1 gene in the development of ovarian cancer.

Ie-Ming Shih

01/01/2005 -12/31/2008    Identification and Characterization of Genomic Amplifications in Ovarian Serous Carcinoma
OC04-0060 (PI: T.L. Wang)
US Department of Defense (USAMRMC), Directed Medical Research Programs (CDMRP), New Investigator Research award
Role: co-investigator; 1.0 calendar month
Purpose: To identify and characterize ovarian cancer genome using digital karyotyping and SNP array.

07/01/2009 – 06/30/2011    Elucidation of molecular alterations in precursor lesions of ovarian serous carcinoma
OC080469 (Director: RJ  Kurman; Co-director: IM Shih)
Role: Co-director
Purpose: To establish ovarian cancer research consortiums to facilitate identify and characterize early lesions of ovarian cancer through multiple institution collaborations

## EDUCATIONAL ACTIVITIES

**Classroom Instruction** (Johns Hopkins University School of Medicine)

- Gynecological Pathology and laboratory/small group, Pathology course for medical students, 1994-
- Graduate course in Pathobiology and Disease Mechanisms, Section of Ovarian Tumors, 2002-
- Graduate course in Functional Anatomy ("Female Reproductive Organ"), for graduate students, Johns Hopkins University, 2006-
- Graduate course in Pathobiology ("Gynecological Pathology") for graduate students, Johns Hopkins University, 2005-

**Clinical Instruction** (the Johns Hopkins Hospital)

- Microscopic and gross teachings for medical students, residents and fellows rotating to gynecologic pathology, 1999-
- Didactic course on Gynecologic Pathology for residents and fellows, 2002-

**CME course speaker**

- "Molecular pathways of ovarian cancer". At the Current Concepts in the Multidisciplinary Management of Ovarian Cancer, the Sidney Kimmel Cancer Center and the office of Continuing Medical Education, Johns Hopkins University, Baltimore, September, 2004.
- "Molecular genetics and target-based therapy for low-grade serous cancers of the ovary". At the Current Concepts in the Multidisciplinary Management of Ovarian Cancer, the office of Continuing Medical Education, Johns Hopkins University, Baltimore, September, 2005.
- "Gynecologic neoplasms- trophoblastic tumors and ovarian epithelial neoplasms". Symposium of the Taiwanese Association of Pathology, August 2006.
- "Update in gestational trophoblastic disease". Surgical Pathology Update, Leipzig, Germany, June, 2007.

38

## Mentoring

### Research Fellows

- 2000-2002, Hsueh-Wei Chang, PhD, currently Chairman and Professor of the Department of Biological Science and Environmental Biology, Kaohsiung Medical University, Taiwan
- 2001-2003, Gad Singer, M.D., Professor at the Institute of Pathology, Baden, Switzerland
- 2002-2004, Brant G. Wang, MD, PhD, research fellow; currently an attending pathologist at the Washington Medical Center, Washington DC
- 2003-2004, Gudrun Pohl, MD, assistant professor at the University of Vienna, Austria
- 2003-2004, Chung-Liang Ho, MD, PhD, Associate Professor, National Chenug-Kung University School of Medicine, Tainan, Taiwan
- 2003, Ariane Aigelsreiter, MD, visiting research fellow, Austria
- 2003-2004, Reiko Dehari, MD, Visiting research fellow, Japan
- 2003-2004, Chih-Yi Hsu, MD, Visiting research fellow, currently a faculty t the National Yang-Ming University School of Medicine/VGH -Taipei, Taiwan
- 2004-2005, Tsung-Hsuan Lai, MD, Director of Reproductive Endocrinology and Infertility division, Department of Ob and Gyn, Taipei Cathay General Hospital, Taipei, Taiwan
- 2004-2006, Kentaro Nakayma, MD, PhD, Associate Professor, Shimane National University School of Medicine, Japan
- 2005-2007, Jim Sheu, PhD, Professor at the Institute of Biomedical Sciences, National Sun Yat-Sen University, Taiwan
- 2005-2006, Ritu Salani, MD, Assoicate Professor and attending physician at the Ohio State University Health System, division of Gynecologic Oncology
- 2007 – current (visiting scholar), Ayse Ayhan, MD, PhD, attending/consulting pathologist at the Seirei Mikatahara General Hospital, Hamamatsu, Japan
- 2005-2007, Tsui-Lien Mao, MD, research fellow, currently an Associate Professor at the National Taiwan University College of Medicine, Taipei, Taiwan
- 2007, Artit Jinawath, MD, PhD, research fellow/visiting resident, Thailand
- 2006-2008, Natini, Jinawath, MD, PhD, research fellow, currently an Assistant Professor at Mahidol University, Thailand
- 2006-2008, Jung Hye Choi, PhD, Associate Professor at Life and Nanopharmaceutical Science, College of Pharmacy, Kyung Hee University, Seoul, South Korea
- 2006-2008, Kuan-Ting Kuo, MD, Associate Professor at the National Taiwan University Hospital, Taipei, Taiwan
- 2007-2008, Stefanie Ueda, MD, Assistant Profession, Department of Obstetrics and Gynecology, University of California at San Francisco, CA
- 2008-2010, Michelle Thiaville, PhD, Assistant Professor, Department of Biological Science, Nicholls State University, Louisiana
- 2008-2010, Pradeep K. panuganti, MD, currently a resident in Texas Tech University of Health Sciences
- 2010, Daichi Maeda, MD, PhD, Assistant Professor, Department of Pathology, University of Tokyo, Japan
- 2010-2012, Stephanie Gaillard, Assistant Professor, Johns Hopkins University School of Medicine
- 2009-2012, Alex Stoeck, PhD, Research Scientist Leader, Merck Co.
- 2011-2012, Chen-Hsuan Wu, MD, Assistant Professor, Kaohsiung Chang Gung Memorial Hospital, and Chang Gung University college of medicine, Kaohsiung, Taiwan
- 2012-2013, Laura Ardighieri, MD, a fellow at the Anatomia Patologicaat Spedali Civili Brescia, Italy

Ie-Ming Shih

- 2009-2013, Elisabetta Kuhn, MD, staff scientist, International Agency for Research on Cancer (IARC), Lyon, France
- 2007-2013, Bin Guan, PhD, NIDDK, NIH
- 2012-2014, Tae Mogami, MD, PhD, Department of Gynecology, Yokolohoma City University Medical Center, Japan
- 2013-2017, Yu Yu, PhD, Assistant Professor, University of Perth, Australia

**Graduate and Undergraduate Students (Johns Hopkins University except Ms. Mahle)**
- 2011-2015, Ren-Chin Wu, pathobiology graduate student (thesis student), currently an Associate Professor at the Chang-Gung University School of Medicine, Taiwan.
- 2008-2012, KaiLee Yap, pathobiology graduate student (thesis student), currently a postdoc fellow at the University of Chicago.
- 2010-2012, Min Gao, exchange/visiting graduate student from Shandong University/Zilu hospital, China.
- 2008-2010, Chen Xu, exchange/visiting graduate student from China Scholarship council, currently attending physician in the Department of Urology, the first affiliated hospital, Sun Yat Sen University, China
- 2005- 2009, Joon Park, pathobiology graduate student (thesis student), currently a Senior Scientist, Samsung Advanced Institution for Technology, Seoul, South Korea.
- 2009-2010, Elizabeth Chen, currently medical student in Uniformed Services University of Health Sciences, Bethesda, Maryland.
- 2007-2008, Vivek Murthy, currently a medical student at NYU.
- 2003-2005, Robert J. Oldt III, currently a medical student at UMDNJ, NY.
- 2005, Jim M. Yen, MD, currently a medical resident at the Medical Center of the University of South California, CA.
- 2005, Eric Cheng, currently a medical student at UMDNJ, NY.
- 2005, Ilena Neuberger, currently a medical student at UMDNJ, NY.
- 2007, Rebecca Bush, currently a medical student in Washington University School of Medicine, MO.
- 2007, David Chu, currently a medical student in University of Pittsburg, PA.
- 2007, Mandy Mahle, Queens University of Charlotte, NC, currently, a Gynecology Resident at the Johns Hopkins Hospital
- 2007-2009, Kevin Lee, currently a medical student in Albany Medical College, NY.
- 2007-2009, Paul Markowiski, previously lab assistant, currently a medical student in Robert Wood Johnson Medical School, NJ.
- Marilina Mascaró, visiting PhD student, Facultad de Farmacia Bioquimica, Catedra de Immunologia, Buenos Aires, Argentina
- 2010-2015, Ren-Chin Wu, PhD student, Pathobiology Graduate Program, Johns Hopkins University, Assistant Professor, Chang-Gung University, Taiwan

**Ph.D. Student Qualification Committee**:
- MD/PhD candidates in Cellular & Molecular Medicine Graduate Program: Saurubh Saha, Harith Rajagopalan, Chetan Bettego, Jordan Cummins
- PhD candidates in Cellular & Molecular Medicine Graduate Program: Ian Cheong, Carlo Rago and Jihye Yun
- Pharmacology Graduate Program: Xin Huang, Meng Li, Kibem Kim
- Pathobiology Graduate Program: Yin Yeh, Shaaretha Pelly, Sophie Lin Zhirong; Kah Suan Lim; Byung-Hak Kang, Shu- Han Yu

Ie-Ming Shih

- Graduate Board Exam, Department of Chemical and Molecular Engineering, Johns Hopkins University:
  Serving as the Chair of the Exam committee for Melissa Thompson, CK Wang.

**Ph.D. Student Thesis Committee:**
- Melissa Thompson, PhD candidate, Department of Chemical and Molecular Engineering, Johns Hopkins University (Homewood campus), 2007- current
- Melissa Landek, PhD candidate, Pathobiology Graduate Program, Johns Hopkins Medical Institutions, 2008
- Hsin Chih Yeh, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2008
- Christopher Puleo, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2009
- Vasudev Bailey, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2010
- Kelvin Liu, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2011
- Yi Zhang, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2013
- Chong-Guiy Wang, PhD candidate, Department of Health Policy, School of Public Health and Hygiene, 2015
- Young Yang, PhD candidate, Department of Health Policy, School of Public Health and Hygiene, 2018
- Kelly Kyker-Snowman, PhD candidate, Cell and Molecular Medicine Graduate Program, Johns Hopkins University, 2018

**Participation in mentoring Gynecologic Pathology Fellows (*Johns Hopkins Hospital*):**

- 2003 – 2005, Monica Srodon, M.D.
  Staff pathologist
  Greensboro Pathology Associates
  Greensboro, NC
- 2004 – 2006, Saeid Movahedi-Lankarani, M.D.
  Staff pathologist
  Hospital Pathology Associates
  St. Paul, MN
- 2006 – 2007, Dengfeng Cao, M.D., Ph.D.
  Assistant Professor
  Department of Pathology & Immunology
  Washington University School of Medicine
  St. Louis, MO
- 2006 – 2007, Kara Judson, M.D.
  Attending pathologist
  Lenox Hill Hospital
  New York, NY
- 2005 – Current, Anna Yemelyanova, M.D.
  (Current Fellow)
- 2007 – Current, Thomas McConnell, M.D.
  (Current Fellow)
- 2007 – 2008, Emanuela Veras, M.D.
  Memorial Sloan-Kettering Cancer Center

Ie-Ming Shih

**Awards Received by Dr. Shih's Trainees**

- **JHU Pathology Young Investigator Day Research Award**, 2017, Yohan Suryo Rahmanto, PhD, research fellow
- **JHU Pathology Young Investigator Day Research Award**, 2017, Youngran Park, graduate student
- **1st place for basic science research for undergraduates,** 2016, University of Maryland at Baltimore County Dominique Munson, undergraduate student
- **Young Investigator Award in Basic Science, Department of Pathology, JHU,** 2016, Youngran Park, graduate student
- **HERA Research Award,** 2015**,** Yohan Suryo Rahmanto, PhD, research fellow
- **Collen's Dream Foundation for ovarian cancer research award,** 2014, Hiroyasu Kashima, MD, research fellow
- **Keio University School of Medicine Young Investigator Award, Japan,** 2014, Yusuke Kobayashi, research fellow
- **Young Investigator Award in Basic Science, Department of Pathology, JHU,** 2014, Fun Yuyu, postdoctoral fellow
- **Ovarian Cancer Research Foundation (OCRF) award, 2013,** Fun Yuyu, postdoctoral fellow
- **Oppo's Foundation for Ovarian Cancer Young Investigator Award,** 2013, Felix Zeppernick, research fellow
- **Scholar-in-Training Award, American Association for Cancer Research,** 2013**,** Ren-Chin Wu, graduate student
- **HERA Research Award,** 2013**,** Fnu Yuyu, PhD, research fellow
- **Collen's Dream Foundation for ovarian cancer research award,** 2013, Felix Zeppernick, MD, research fellow
- **YW Loke Award,** 2012, Yusuke Kobayashi, MD, PhD, research fellow, award from International Federation of Placenta Associations
- **HERA Research Award,** 2012**,** Elizabeth Kuhn, MD, research fellow
- **Scholar-in-Training Award, American Association for Cancer Research**, 2011, Kai-Lee Yap, graduate student
- **Ovarian Cancer Research Foundation (OCRF) Award**, 2011, Bin Guan, PhD, postdoctoral fellow
- **American Society of Clinical Oncology Young Investigator Research Grant,** 2011, Stephanie Gaillard, MD, PhD, research fellow
- **Scholar-in-Training Award by Aflac, Inc.,** 2011, Kai-Lee Yap, PhD graduate student
- **HERA Research Award,** 2011**,** Alex Stoeck, PhD, research fellow
- **Pathology Young Investigator Award,** 2011, Kai-Lee Yap, PhD graduate student
- **Pathology Young Investigator Award,** 2011, Elisabetta Kuhn, MD research fellow
- **Pathology Young Investigator Award,** 2011, Alex Stoeck, PhD research fellow
- **International Society of Gynecologic Pathology Fellowship Award,** 2011, Laura Ardigheri, research fellow, 2011
- **HERA Research Award,** 2010**,** Bin Guan, PhD, research fellow
- **UICC, ICRETT award**. 2010, Marilina Mascaró, visiting PhD student, Argentina
- **Pathology Young Investigator Award,** 2010, Kai-Lee Yap, PhD graduate student
- **HERA Research Award,** 2008**,** Stefanie Ueda, MD, research fellow
- **Pathology Department Young Investigator First Price Award in Basic Science,** 2008, Joon Park, Johns Hopkins Medical Institutions
- **HERA Research Award,** 2007**,** Natini Jinawath, MD, PhD, research fellow

Ie-Ming Shih

- **Provost's undergraduate research award,** 2007, Chanont Vasoontara, Johns Hopkins University
- **Ovarian Cancer Research Fund (OCRF)**, 2006, Ritu Salani, MD, research fellow
- **Best Abstract Award,** 2006, Ritu Salani, MD, research fellow, International Gynecologic Cancer Society biannual meeting, Santa Monica
- **Provost's undergraduate research award**, 2006, Rebecca Busch, JHU undergraduate student
- **HERA Research Award,** 2005**,** Kentaro Nakayama, MD, PhD, research fellow
- **First Place Award for Research Fellow in Basic Research, Johns Hopkins Oncology,** 2005, Jim Sheu, PhD, research fellow
- **International Union Against Cancer Technology Transfer Fellowship,** 2004, Gudrum Pohl, MD, research fellow
- **HERA Research Award,** 2003**,** Brant Wang, MD, PhD, research fellow
- **Yong Investigator Award of the International Society of Gynecologic Pathologists**, 2004, Gad Singer, MD, research fellow
- **Howard Hughes Undergraduate Research Award**, 2003, Robert J. Oldt III, JHU undergraduate student
- **Provost's undergraduate research award**, 2002, Robert J. Oldt III, JHU undergraduate student

## CLINICAL ACTIVITIES

**Certification**
- The American Board of Pathology --- Anatomic Pathology, 1997
- Medical Licensure: Maryland, 1997

**Clinical Service Responsibilities (**20% of total effort) at the Johns Hopkins Hospital

- **Attending Physician**- diagnostic pathology in routine gynecologic specimens
- **Consultant Pathologist**- gynecologic pathology, specifically gestational trophoblastic diseases (nationally and internationally)

## ADMINISTRATIVE AND ORGANIZATIONAL ACTIVITIES

**Administrative Appointments**
- Co-director, the Breast and Ovarian Cancer Program, Sidney Kimmel Comprehensive Cancer Center, Johns Hopkins Medical Institutions, 2014- current. Mainly involved in program development, research planning and educational activities.
- Planning Committee, the 7th Biennial Meeting of Asia-Pacific International Academy of Pathology, 2009-2011
- Johns Hopkins Oncology Center Tissue Core oversight committee, 2013-
- Johns Hopkins Professor Promotion Committee, 2013-
- Symposium organizer, Johns Hopkins Annual Ovarian Cancer Symposium, 2009- current.
- President of International Association of Chinese Pathologists, 2006-2007; received the *Excellent Service Award*, March 2, 2008
- President of North American Taiwanese Medical Association-Baltimore chapter, 2006-2008
- Faculty promotion committee, Department of Pathology, Johns Hopkins Medical Institutions, 2004

Ie-Ming Shih

- PhD student qualification/thesis committees, 2002-current
- Pathology residency advisory committee, 2009-current

**Editorial Board Appointments**
- The American Journal of Pathology (2016-2019)
- Editor-in-Chief, Current Obstetrics and Gynecology Report (2012-2015)
- Cancer Research (2013-2015)
- The Journal of Pathology (2012-)
- Guest Editor, Journal of Oncology special issue in ovarian cancer targeted therapy, 2011
- International Journal of Gynecologic Pathology
- ISRN Pathology
- International Journal of Molecular Sciences (Molecular Pathology section)
- Journal of the Formosan Medical Association
- Frontiers in Women's Cancer

**Journal Peer Review Activities**
- Proceedings of National Academy of Science
- Cancer Research
- Clinical Cancer Research
- Oncogene
- Journal of Clinical Investigation
- Journal of Biological Chemistry
- International Journal of Cancer
- Gynecologic Oncology
- Cancer Letters
- Modern Pathology
- Placenta
- The American Journal of Pathology
- Laboratory Investigation
- Human Pathology
- The Journal of Obstetrics and Gynecology Research
- British Journal of Cancer
- International Journal of Gynecologic Pathology
- Gastroenterology
- Annals of Oncology
- American Journal of Obstetrics and Gynecology
- International Journal of Gynecologic Cancer

**Professional Societies Membership**
- American Association for Cancer Research, 2004-present
- American Society for Investigative Pathology, 2002-present
- International Association of Gynecologic Pathologists, 1998-present
- United States and Canadian Academy of Pathology, 1998-present
- International Society for the Study of Trophoblastic Disease, 2000-present
- Society for the Study of Reproduction, 2000-present
- American Medical Association, 1998
- International Federation of Placental Associations, 1996-present

Ie-Ming Shih

**Panelist in Study Sections and Grant Review Committees**

- National Institute of Health, National Cancer Institute, member of Omnibus- Cancer Biology 1 study section, 2013
- National Institute of Health, National Cancer Institute, member of P50 SPORE study section, 2012-
- National Institute of Health, National Cancer Institute, , Ad Hoc member of Provocative Question study section, 2012
- National Institute of Health, National Cancer Institute, member of Cancer Molecular Pathobiology Study section (CAMP), 2006-2011 (*Recipient of "Brain Award" and "Humanitarian Award")
- National Institute of Health, National Cancer Institute, Ad Hoc member of R15 Academic Research Enhancement Award Study Section, 2011.
- National Institute of Health, National Cancer Institute, site visit adviser, EDRN Early Detection Network, Cancer Biomarkers Research Group, July 15, 2008
- National Institute of Health, National Cancer Institute, member of ZRG1 Onc-L (12)B Cancer Diagnostic & Treatment Study Section, March 2005, October 2005, March 2006, June 2006, February 2007 (member)
- The Wellcome Trust, London, United Kingdom, Research proposal reviewer, 1998 (Ad Hoc)
- National Institute of Health, National Cancer Institute, study section of IMAT, R21: "new innovative technology in cancer", 2002 (Ad Hoc)
- Israel Science Foundation (ISF), Research proposal reviewer, 2004 (Ad Hoc)
- US Department of Defense (USAMRMC/CDMRP) ovarian cancer research program, member of the review committee, April, 2005 (Ad Hoc)
- Cancer Research UK, April 2005, July 2008 (Ad Hoc)
- Netherlands Organization for Health Research and Development (ZonMw), Netherland, grant proposal reviewer for 80-007029-98-07041, March 2006 (Ad Hoc)
- Research Grants Council of Hong Kong, panel member and external reviewer, March 2006, December 2007
- US Department of Defense ovarian cancer research program-concept awards, member of the review committee, April, 2006 (Ad Hoc)
- Cancer Research UK, requested by the Translational Research in Clinical Trials Committee, July 2006 (Ad Hoc)
- U.S. Civilian Research Development Foundation, Arlington, Virginia, October 2006 (Ad Hoc)
- Swiss Nationals Science Foundation, Berne, Switzerland, January, 2007 (Ad Hoc)
- Kansas Masonic Foundation, Kansas Masonic Cancer Research Institute, 2007 (Ad Hoc)
- Invited reviewer requested by the Ministry of Science & Technology, Life Sciences Division, Israel, for Taiwanese Israeli scientific and technological cooperation, 2007
- Invited reviewer requested by the Sheffield Hospital Charitable Trust Medical Research Committee, UK, 2008
- Maryland Industrial Partnerships (MIPS) Program, University of Maryland College Park, 2008
- US Department of Defense (USAMRMC/CDMRP) ovarian cancer research program, member of the review committee, April, 2009 (Ad Hoc)
- American Institute of Biological Sciences (AIBS), May, 2010 (Ad Hoc)
- Calgary Laboratory Services Health Services Research Funding Competition, June, 2010 (Ad Hoc)
- National Medical Research Council, Singapore, January 2011.

Ie-Ming Shih

**Organizer, chair and moderator in conference organizations**

- *Chair Moderator*, Poster Section In 4th Conference of the International Federation of Placenta Associations. Tokyo, Japan, 1998.
- *Symposium section chair,* Gestational trophoblastic disease. In XXVI International Congress of the International Academy of Pathology, Montreal, Canada, September 2006.
- *Moderator*, Pathobiology platform section, annual (the 97th) meeting of the United States and Canadian Academy of Pathology (USCAP), Denver, Colorado, March 2008.
- *Symposium organizer,* Ovarian Cancer Symposium- Elucidating Early Ovarian Carcinogenesis: Implications for Early Detection and Treatment. Sponsored by Department of Defense. Baltimore, Maryland, May 28-29, 2009.
- *Moderator,* Gynecologic Pathology platform section, annual (the 99th) meeting of the United States and Canadian Academy of Pathology (USCAP), Washington DC, March 2010.
- *Moderator,* Gynecologic Pathology platform section, annual (the 100th) meeting of the United States and Canadian Academy of Pathology (USCAP), San Antonio, TX, March 2011.
- *Section convener,* gynecologic pathology section, in the (scheduled) 7th Asia-Pacific International Academy of Pathology, Taipei, Taiwan, May 20-24, 2011.
- Chair of the Plenary Session 5: Prevention and Early Detection. In AACR Special Conference: Addressing critical questions in ovarian cancer research and treatment. Pittsburgh, Pennsylvania, October 3, 2017.

**Advisory boards, committees and consultation groups**

- **Scientific Advisory Committee,** Ovarian Cancer Research Foundation (OCRF), New York, 2013-
- **Oncology Tumor Specimen Core Oversight Committee**, Johns Hopkins Sidney Kimmel Cancer Center, 2013-
- **NCI Ovarian Task Force of Gynecologic Cancer Steering Committee,** 2012-2015
- **International Society of Gynecologic Pathology/World Health Organization (WHO) Nomenclature Committee for gynecological neoplasm**, 2012
- **External advisory board**, Ovarian Cancer SPORE at Fox Chase Cancer Center, 2013
- **International Society of Gynecologic Pathology Nomenclature Committee:** Gestational trophoblastic disease subcommittee, 2011-
- **Panelist** of an NIH sponsored consensus meeting for ovarian borderline tumor, Bethesda, 2003
- **Committee member** in the *National Academy for Clinical Biochemistry*-ovarian cancer marker Laboratory Medicine Practice Guidelines (tumor markers). 2003

**Ad Hoc member in Award/Fellowship Committee**

- Wittgenstein Award, funded by the Austrian Science Fund (FWF), 2007
- Moldovan Young Scientist Scholarship Program, United States Civilian Research & Development Foundation, 2007

Ie-Ming Shih

## RECOGNITION

**Awards and Honors**

- *The Best Intern Award,* McKay Memorial Hospital, Taiwan, 1988
- *TeLinde Research Award,* Division of Gynecologic Pathology, Department of Pathology, the Johns Hopkins Hospital, 1996-1998
- *Young Investigator Award,* The 13th Rochester Trophoblast Conference, Banff, Canada, 1996
- *Junior Achievement Award,* NIH/FDA Chinese American Association and Washington DC Chapter of Society of Chinese Bioscientists in America, 1998
- *Young Investigator Award,* International Society of Gynecological Pathologists, 2000.
- *Clinician Scientist Award,* Johns Hopkins University School of Medicine, 2002.
- *Election to hold the Endowed Chair* position as the 2nd Richard W. TeLinde Distinguished Professor, Johns Hopkins University School of Medicine, 2014.

**Invited Talks and Panels**

- *Invited Speaker*, "Pathology of benign and malignant lesions of intermediate trophoblast". In 4th Conference of the International Federation of Placental Associations. Tokyo, Japan, 1998.
- *Invited Speaker* "Molecular surrogates of tumor progression in body fluids". Bowling Green State University, Ohio, 2001.
- *Invited Speaker,* "Molecular Landscape of Ovarian cancer and its implication for early diagnosis". Chang-Gung Memorial Hospital, Taiwan, 2002.
- *Invited Speaker,* "Gestational trophoblastic diseases", Taipei Medical University, Taiwan, 2002.
- *Invited Speaker,* "Molecular Landscape of Ovarian cancer". National Cancer Institute/NIH, 2002.
- *Invited Lecturer,* "Gestational trophoblastic diseases", Pathology Laboratory, National Cancer Institute/NIH, 2002.
- *Invited Speaker,* "Circulating tumor-released DNA as the marker for early detection of cancer". Pathology Grand Round, MD Anderson Cancer Center, January 2003.
- *Invited Lecturer,* "Pathology of gestational trophoblastic diseases", MD Anderson Cancer Center, January 2003.
- *Invited Speaker,* "Digital PCR and clinical applications". At the 11th annual meeting of "Nuclei acid-based technologies" Baltimore, June 2003.
- *Invited Speaker,* "New technologies in exploring disorders of human implantation and trophoblast". Perinatology research branch, NICHD, Detroit, May, 2003.
- *Invited Speaker,* "Pathology of intermediate trophoblastic lesions". NICHD, Detroit, May, 2003.
- *Invited Speaker,* "Allelic imbalance in detecting ovarian and other types of cancer". At the 4th Principal Investigator Meeting of "Innovative Molecular Analysis Technologies (IMAT) Program" sponsored by NIH. San Diego, June 2003.
- *Invited Speaker,* "Molecular Genetic Markers for Cancer Detection in Blood". At the Cambridge Healthtech Institute's 11th Annual Molecular Medicine Tri-Conference, San Francisco, March 2004.
- *Invited Speaker,* "Molecular pathways of ovarian cancer-translational cancer research by analyzing cancer genome". Division of epidemiology and genetics, NCI/NIH, Rockville, Maryland, September 16, 2004.

Ie-Ming Shih

- *Invited Speaker,* "DNA preparation for cancer genomic study-the pathologist's views". Lecture in the G.O.T. (Getting Optimal Targets) summit series, Genomic and Proteomic Sample Preparation, Boston, May 3-4, 2005.
- *Invited Speaker,* "Identification of novel genes for cancer therapy and diagnosis by exploring cancer genome". 10th Annual Meeting of Chinese Biopharmaceutical Association, Rockville, Maryland, June 18, 2005.
- *Guest Speaker,* "Exploring ovarian cancer genome- new insights and old challenges". Fox Chase Cancer Center, Philadelphia, Pennsylvania, August 9, 2005.
- *Invited Speaker,* "Relationship of serous borderline tumor and carcinoma". The annual companion meeting of the International Association for Gynecologic Pathologists. Atlanta, Georgia, Feb. 12, 2006.
- *Invited Speaker,* "Identification of novel molecular targets for ovarian cancer therapy". University of Oslo. Olso, Norway, Feb. 27, 2006.
- *Invited Speaker,* "Translating Ovarian Cancer Genome- New Genes for Prognostic Prediction and Targeted Therapy". Pathology Grand Round, University of British Columbia, Vancouver, Canada, March 13, 2006.
- *Invited Speaker,* "Trophoblastic tumors and tumor-like lesions". Department of Pathology, Vancouver Hospital, Canada, March 13, 2006.
- *Invited Speaker, "Gestational trophoblastic tumor-an intellectual Odyssey".*  Second Investigative Pathology Conference, Cleveland Clinics, Cleveland, Ohio, June 3, 2006
- *Invited Speaker,* "Applications of HLA-G expression in the diagnosis of human neoplastic diseases". Forth International conference on HLA-G, Paris, France, July 12, 2006.
- *Invited Speaker,* "Trophoblastic tumors- molecular classification and pathogenesis". Biennial Meeting of International Gynecological Cancer Society, Santa Monica, October 17, 2006.
- *Invited Speaker,* "Analyzing ovarian cancer genome- from gene discovery to therapeutic targets". Sloan Kettering Memorial Hospital, New York, December 11, 2006.
- *Distinguished Visiting Professor*, "Ovarian cancer- molecular pathways, diagnostic markers and therapeutic targets". Pathology Grand Round, Emory University, March 9, 2007.
- *Distinguished Visiting Professor*, "New concept in ovarian cancer- the dualistic pathway and its implications". Pathology Grand Round, Yale University School of Medicine, April 19, 2007.
- *Invited Speaker,* "Translational Research and New Diagnosis in Ovarian Cancer". The 12th Taiwan Joint Cancer Conference (Gynecologic Oncology section), Taipei, Taiwan, May 5, 2007.
- *Invited Speaker,* "Genomic analysis of ovarian cancer from marker discovery to translational applications". Taipei Medical University, Taipei, Taiwan, May 3, 2007.
- *Invited Speaker,* "Analyzing Ovarian Cancer Genome for Marker Discovery". International Symposium on Biomarkers Discovery in Human Cancers, Tainan, Taiwan, May 7, 2007.
- *Invited Speaker,* "Analyzing ovarian cancer genome for therapeutic target discovery". 12th annual meeting of SCBA, University of Maryland Shady Groove Conference Center, MD, June 2, 2007.
- *Invited Speaker,* "Update in gestational trophoblastic disease". Surgical Pathology Update, Leipzig, Germany, June 15, 2007.
- *Invited Speaker,* "The roles of NAC-1 in chemoresistance in ovarian carcinoma". The Montebello Conference, Norway, June 18, 2007.
- *Invited Speaker,* "Exploring ovarian cancer genome- from marker discovery to therapeutic targeting". Symposium of Toronto Ovarian Cancer Research Network/University of Toronto Health Network, Toronto, Canada, November 2, 2007.
- *Invited Speaker,* "Biological and clinical significance of Rsf-1 gene amplification in ovarian cancer". Grand Round at the Cancer Institute of New Jersey, April 2, 2008.

Ie-Ming Shih

- *Invited Speaker,* "Analyzing cancer genome to identify new cancer-associated genes in ovarian cancer". In the series of Molecular Pathology seminar, University of Maryland at Baltimore, Baltimore, April 11, 2008.
- *Invited Speaker,* "Molecular etiology of drug resistance in ovarian cancer". Symposium on Ovarian Cancer Research, Medical University of South Carolina, Charleston, South Carolina, May 2, 2008.
- *Invited Speaker,* "Identifying new cancer genes through analyzing cancer genomics- Rsf-1 amplification in ovarian cancer". National Health Research Institution, Taiwan, August 5, 2008.
- *Invited Speaker,* "Early detection and treatment of ovarian cancer: shifting from early stage to minimal volume of disease based on a new model of carcinogenesis". 7th Biennial Ovarian Cancer Symposium, Marsha Rivkin Center for Ovarian Cancer Research, Charleston, Seattle, Washington, September 4-5, 2008
- *Invited Speaker,* "Functional genomic analysis of ovarian cancer", in honor of Dr. Meenhard Herlyn's achievement in cancer research, The Wistar Institute, Philadelphia, PA, August 10, 2009
- *Invited Speaker,* "Notch3 signaling in ovarian cancer", Institute of Genomic Medicine, China Medical University, Taiwan, August 21, 2009
- *Invited Speaker,* "Targeted therapy in ovarian cancer", Ovarian Cancer SPORE meeting, Fox Chase Cancer Center, Philadelphia, PA, September 26, 2009
- *Invited Speaker,* 7th International Seminar at Lake Hamana- Surgical and Molecular Pathology of the Endometrium, Placenta, and Ovary. "Pathology of gestational trophoblastic diseases", and "Molecular pathogenesis of ovarian cancer", Hamamatsu, Shizuoka, Japan, November 7, 8, 2009
- *Invited Speaker,* "Gestational trophoblastic diseases", Grand Round in the Department of Pathology, Memorial Sloan-Kettering Cancer Center, New York, NY, December 7, 2009
- *Invited Speaker,* "The origin and pathogenesis of epithelial ovarian cancer- a proposed unifying theory", Grand Round, Department of Gynecologic Oncology, MD Anderson Cancer Center, Houston, TX, February 1, 2010
- *Invited Speaker,* "Definition and characterization of low-grade and high-grade ovarian serous carcinomas", 2nd Annual European Gynecologic Oncology Congress, Athens, Greece, February 12-13, 2010
- *Invited Speaker,* "Clear cell carcinoma of the ovary", Gynecologic Pathology Specialty Conference, United States & Canadian Academy of Pathology, 99th annual meeting. Washington DC, March 20-26, 2010
- *Invited Speaker,* "Molecular pathology of ovarian clear cell carcinoma", University of British Columbia, Vancouver, Canada, June 24, 2010
- *Invited Speaker,* "The origin and pathogenesis of epithelial ovarian cancer- a proposed unifying theory", Fox Chase Cancer Center, Philadelphia, July 15, 2010
- *Invited Speaker,* "The origin and pathogenesis of epithelial ovarian cancer- a proposed unifying theory", Department of Pathology, Chang-Gang Memorial Hospital at Kaohsiung, Taiwan, August 12, 2010
- *Invited Speaker,* "The biological roles of NAC1 in cancer pathogenesis", Department of Developmental Biology and Regeneration Medicine, Mount Sinai School of Medicine, New York City, New York, September 2, 2010
- *Invited Speaker,* "Chromatin remodeling in ovarian cancer", Department of Molecular and Cellular Biology, Rutgers University, New Jersey, January 11, 2011
- *Invited Speaker,* "Genomic analysis of gynecological cancer", National Cancer Research Center, Tokyo, Japan, June 30, 2011

Ie-Ming Shih

- *Invited Keynote Speaker*, "Ovarian cancer is an imported disease- fiction or fact", The 10th annual meeting of targeted therapy in gynecologic oncology, Izumo, Shimane, Japan, July 2, 2011
- *Invited Keynote Speaker*, "Pathogenesis of ovarian clear cell carcinoma", The 10th annual meeting of targeted therapy in gynecologic oncology, Izumo, Shimane, Japan, July 2, 2011
- *Invited Speaker*, "Diagnosis of biological implication of serous tubal intraepithelial carcinoma", Chang-Kung Memorial Hospital, Kaohsiung, Taiwan, July 6, 2011
- *Invited Speaker*, "Ovarian cancer genetics- latest insight", The Boehringer Ingelheim Conversations in Oncology, Vienna, Austria, October 28-29, 2011
- *Invited Speaker*, "Integrated molecular analysis of ovarian cancer", Virginia Polytechnic Institute and State University, Arlington, Virginia, February 22, 2012.
- *Invited Speaker,* "Intertumoral heterogeneity- how many types of cancers do my patients have?" In the symposium of "Intratumoral and intertumoral heterogeneity in ovarian cancer", American Association for Cancer Research (AACR) annual meeting, Chicago, April 2, 2012
- *Invited Speaker*, "Genomic landscape in gynecologic cancer and its biological and translation implications", Department of Pathology and Laboratory Medicine, University of California at Irvine, April 16, 2012.
- *Lecture,* "Molecular analysis of serous tubal intraepithelial carcinoma", the 3rd Johns Hopkins Ovarian Cancer Symposium, Baltimore, Maryland, May 18, 2012.
- *Invited Keynote Speaker*, "Endometriosis-related ovarian cancer", The 16th Korea-Japan, the 2nd Korea-Taiwan-Japan Joint Conference for Gynecological Pathology, Kumamoto University, Kumamoto City, Japan, May 26, 2012.
- *Invited Speaker*, "Genomic landscape in gynecologic cancer- a road map to new therapeutics", Bristol-Myers Squibb Lectureship, Kumamoto City, Japan, May 27, 2012.
- *Invited Speaker*, "Genomic landscape in gynecologic cancer- a road map to new therapeutics", Kyoto University, Kyoto, Japan, May 29, 2012.
- *Invited Keynote Speaker*, "Genomic analysis of gynecological cancer and their clinical implications", In annual meeting of Korean Division of International Association of Pathologists, Seoul, South Korea, October 18, 2012.
- *Invited Speaker*, "The tumor suppressor role of ARID1A in human cancer", Kyung Hee University, Seoul, South Korea, October 18, 2012.
- *Invited Speaker*, "The tumor suppressor role of ARID1A in human cancer", Korean National Cancer Center, Seoul, South Korea, October 19, 2012.
- *Invited Speaker*, "The origin of ovarian cancer- clear cell carcinoma", International Society of Gynecologic Pathologists companion meeting of United States and Canadian Association of Pathology annual meeting, Baltimore, Maryland, March 3, 2013.
- *Invited Speaker*, "Genomic landscape of ovarian cancer and its translational implications", The Wistar Institute, Philadelphia, April 15, 2013.
- *Invited Speaker*, "Molecular alterations in serous tubal intraepithelial carcinoma", 4th Ovarian Cancer Symposium, the Memorial Sloan Kettering Cancer Center, New York, May 15, 2013.
- *Invited Speaker,* "Emerging therapeutics in gynecologic cancer", China Medical University, Taichung, Taiwan, July 7, 2013
- *Invited Speaker,* "Bokhman's dualistic model of endometrial carcinoma- revisited", Chang-Kung Memorial Hospital, Kaohsiung, Taiwan, July 8, 2013
- *Invited Speaker*, "Genomic analysis and pathogenesis of uterine carcinoma", Taipei Veterans General Hospital, Taipei, Taiwan, July 11, 2013.
- *Invited Speaker*, "The Genomic landscape and origin of ovarian cancer", The 18th Taiwan Joint Cancer conference, Taipei, Taiwan, July 13, 2013.

Ie-Ming Shih

- *Invited Lecturer*, "The origin and pathogenesis of ovarian cancer", The 2013 International Diagnostic Pathology Course, Tokyo, Japan, July 14, 2013.
- *Invited Speaker,* "Ovarian cancer is an imported disease- fiction or fact?" Charite Hospital (Mitt campus), Berlin, Germany, September 11, 2013
- *Invited Lecturer,* "Various topics in gynecologic pathology and oncology", Nederland Master Class in ovarian cancer. Berlin, Germany, September 12, 2013
- *Invited Lecturer,* "Understanding the molecular mechanisms in the development of chemoresistance in cancer", Rush University Medical Center, Chicago, October 30, 2013
- *Invited Speaker*, "Ovarian cancer is an imported disease – translational implication and beyond", Ovarian Cancer SPORE meeting, MD Anderson Cancer Center, Houston, TX, May 28, 2014
- *Invited Speaker,* "The cell of origin of ovarian high-grade serous carcinoma". Tzu-Chi Hospital, Hui-Lien, Taiwan, June 20, 2014
- *Invited Speaker,* "Molecular pathogenesis of high-grade serous carcinoma". Symposium of the semiannual National Gynecologic Oncology Group (GOG, now NGR) meeting. Symposium title: "New paradigms in the pathogenesis of high-grade serous carcinoma: translating biological advances into prevention". Chicago, IL. July 9, 2014
- *Invited Speaker: "ARID1A, a new tumor suppressor, in Type I ovarian cancer"* In 2014 5th Ovarian Cancer Symposium, Toronto, Canada. September 22, 2014.
- *Invited Speaker, "*The origin and molecular biology of ovarian cancer: the role of fallopian tube". In 2014 Gynecologic Cancer Survivors Course, Baltimore, MD, September 27, 2014.
- *Grand Round Speaker, "*Chromatin remodeling and tumor suppression- a cross talk of genetics and epigenetics" Pathology Grand Round, Johns Hopkins Medical Institutions, October 20, 2014.
- *Invited Special Lecturer, "*New paradigm in the origin of ovarian carcinoma- from molecular to clinical implications". The 128th Meeting of the Kanto Society of Obstetrics and Gynecology, Matsumoto City, Nagano, Japan, October 25-26, 2014.
- *Invited Special Lecturer, "*The biology of ARID1A, a chromatin remodeling gene, in tumor suppression". National Sun Yat Sen University, Kaohsiung City, Taiwan. October 28, 2014.
- *Invited Speaker,* Talk-1 "Molecular prognostic factors: Will it affect treatment decision?" Talk-2 "Genetic innovations in screening for ovarian cancer" Talk-3 "Pathology evaluation of gestational trophoblastic neoplasia", Turkish GOG Congress, Antalya, Turkey. November 20-22, 2014.
- *Invited Speaker, "*Molecular etiology and pathogenesis of ovarian cancer". In 2014 Ella T. Grasso Memorial Conference New Haven, CT, December 3, 2014.
- *Invited Speaker, "*Molecular innovations for early detection of gynecologic cancer using cervical cytology specimens". 2015 Conference of Chinese Society of Colposcopy and Cervical Pathology. Beijing, China, May 22-24, 2015.
- *Invited Speaker*, "Molecular Classification of Ovarian Cancer". Qilu Hospital of Shandong University. China, May 26, 2015.
- Invited Speaker, "Translational Implications of Genomic Analysis in Gynecologic Cancer". CGMH-Kaoushiang, Taiwan, May 16, 2015.
- Invited Speaker, topic 1: "Intermediate trophoblastic tumors and tumor-like lesions" topic 2: "The dualistic model of ovarian carcinogenesis, revisited, revised and expanded" In Professor TY Chen Memorial Symposium, Taipei Medical University, Taipei, Taiwan, June 27, 2015.
- Invited Seminar Speaker, "Targeting SYK as a new strategy to sensitize paclitaxel in ovarian cancer". Massachusetts General Hospital (Center for Cancer Research) and Harvard Medical School, Boston, Massachusetts. September 2, 2015.

Ie-Ming Shih

- Invited Speaker, AACR special meeting- "Endometriosis-associated Ovarian Cancer". Advances in Ovarian Cancer Research: Exploiting Vulnerabilities. Orland, Florida. October 19, 2015.
- Grand Round Speaker, "The cell of origin of ovarian cancer- a paradigm shift and clinical implications" Karmanos Cancer Institute, Detroit, MI, March 24, 2016
- Invited Speaker, "Personalized medicine in gynecologic cancer- the challenges and promise" In Taiwan Join Cancer Conference, May 15, 2016.
- Invited Speaker, "The promise of translational gynecologic research at the post-genomic era" Veteran General Hospital- Taipei, Taiwan, May 16, 2016
- Invited Speaker, "Molecular Genetic Landscape of Endometriosis- a time to re-define what is cancer?", in Asia-Pacific Society of Molecular Immunohistology, December 11, 2016, Taipei, Taiwan.
- Invited Speaker, "Molecular Genetic Landscape of Endometriosis" First Congress of Taiwan Endometriosis Society, December 17, 2016.
- Invited Distinguished Grand Round Speaker, "Molecular Genetic Landscape of Endometriosis" Thomas Jefferson University, Philadelphia, January 4, 2017.
- Invited Speaker, "Early detection of ovarian cancer in BRCA1/2 carriers", the annual Basser Symposium for BRCA research. Philadelphia, May 4, 2017.
- Invited Speaker and Visiting Lecturer, "Various topics of Gynecologic Pathology", Mongolian National University Medical School, Ulaanbaatar, Mongolia, June 19- 22, 2017.
- Invited Speaker, "The Pathology of Human Suffering", in Professor Huang Memorial Lecture of Pathology, Taipei Medical University, Taipei, Taiwan, June 28, 2017.
- Invited Speaker, "Molecular etiology in ovarian clear cell and low-grade serous carcinomas", NRG Oncology Semi-Annual Meeting, Philadelphia, Pennsylvania, July 13, 2017.
- Invited Speaker, "Molecular diagnostics of ovarian cancer using cervical-vaginal fluid", in NIH/NCI EDRN meeting. Seattle, Washington, September 12, 2017.
- Invited Speaker, "PapGene and PapDREAMing for early detection of ovarian cancer", AACR Special Conference: Addressing critical questions in ovarian cancer research and treatment. Pittsburgh, Pennsylvania, October 3, 2017.
- Invited Speaker, "Somatic mutations in ovarian cancer precursors including STIC in the absence of carcinoma." At 6th US Department of Defense Ovarian Cancer Research Program Ovarian Cancer Consortium Mini-symposium, New York University Medical Center, New York City, October 27, 2017.
- Invited Speaker, "Cancer Implications for Patients with Endometriosis", in the symposium of "Breast, Ovary & Endometriosis: Investigating the role of sex hormones in the etiology and treatment". New York City, October 28, 2017.
- SKCCC Translational Cancer Seminar, "Translational implications of analyzing mutation landscape in gynecologic cancer precursors", Department of Oncology, Johns Hopkins Medical Institutions, November 9, 2017
- Grand Round Speaker, "Endometriosis- New Biology and Questions", Department of Gynecology, Greater Baltimore Medical Center, Baltimore, Maryland, November 17, 2017
- Invited Speaker, "Cancer-driver mutations in endometriosis". American Association of Gynecologic Laparoscopists (AAGL)-Beijing meeting, Beijing, China, December 9, 2017.
- Invited Speaker, "The Origin of Endometriosis- new insights into an old question", Taiwan Endometriosis Society (TES) 2017 Annual Meeting, December 10, 2017.
- Grand Round Speaker, "Endometriosis-related ovarian neoplasms" Memorial Sloan Kettering Comprehensive Cancer Center Gynecologic Oncology, New York City, February 8, 2018.

Ie-Ming Shih

- Emerging Frontiers in Biomedical Research Seminar Series, "Molecular landscape in endometriosis". RWJMS Basic Science Departments, Rutgers University/Robert Wood Johnson Medical School, Piscataway, New Jersey, March 20, 2018.
- Translational Medicine Institute, "Translational medicine- the time is now". Taipei Medical University, April 17, 2018.
- The Tina Brozman Ovarian Cancer Research Consortium Symposium, "Integration of advanced genomic and bioengineering approaches for early detection and prevention of ovarian cancer" and "Applying DREAMing to detect epigenetic markers in ovarian cancer". New York City, May 7, 2018.
- AAGL International Conference. "Clonal origin of adenomyosis and endometriosis" Beijing, China, September 12-16, 2018.
- Invited Speaker, "The stem cell theory of endometriosis", Taiwan Endometriosis Society (TES) 2018 Annual Meeting, Taipei, Taiwan, November 10, 2018.
- "The origin of ovarian cancer precursor species", at Tzu Chi University, Hualien, Taiwan, January 24, 2019.
- Invited Speaker, "Pathology and pathogenesis of ovarian low-grade serous carcinoma" Low-grade ovarian cancer symposium, Miami, Jan 31, 2019
- Invited Speaker, "Inflammation in endometriosis- what we can learn from cancer biology?" Annual meeting of Endometriosis Foundation USA, New York City, New York, March 8, 2019.
- Invited Speaker, Mini-symposium on endometriosis of SRI meeting. "Somatic mutations and evolution of endometriosis species." Paris, France. March 15, 2019.

**OTHER NONPROFESSIONAL ACTIVITIES**

Photography website: http://www.shih-photography.com



# EXHIBIT B

**Fed. R. Civ. P. 26(a)(2)(B)(v) Disclosure for Dr. Ie-Ming Shih, M.D.**

**Deposition Date: July 11, 2017**

*Richardson, et al. v. C.R. Bard, Inc.*, No. 2:13-ev-20036 (S.D. W. Va.)

*Barker, et al. v. C.R. Bard, Inc.*, No. 2:13-ev-33690 (S.D. W. Va.)

*Cuffee, et al. v. C.R. Bard, Inc.*, No. 2:14-ev-02528 (S.D. W. Va.)

*Cooley, et al. v. C.R. Bard, Inc.*, No. 2:14-ev-07543 (S.D. W. Va.)

**Deposition Date: May 10, 2018**

*Rhonda Meredith vs. Larry Mapow* (N.J. Super. Ct.)

**Deposition Date: October 4, 2018**

*Jacobsen v. Ethicon, Inc.*, No. 2:13-cv-24530 (S.D. W. Va.)

*Kmiec  v. Ethicon, Inc.*, No. 2:13-cv-24531 (S.D. W. Va.)

*Murray  v. Ethicon, Inc.*, No. 2:13-cv-24573 (S.D. W. Va.)

*Rapacki  v. Ethicon, Inc.*, No. 2:13-cv-19758 (S.D. W. Va.)

**Deposition Date: October 5, 2018**

*Repka v. Ethicon, Inc.*, No. 2:13-cv-26198 (S.D. W. Va.)

*Siegrist v. Ethicon, Inc.*, No. 2:14-cv-17889 (S.D. W. Va.)

*Hudspeth v. Ethicon, Inc.*, No. 2:15-cv-04163 (S.D. W. Va.)

*Townson v. Ethicon, Inc.*, No. 2:13-cv-12954 (S.D. W. Va.)