# EXHIBIT C24

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** |
| ***THIS DOCUMENT RELATES TO ALL CASES*** | |

## RULE 26 EXPERT REPORT OF
## JUDITH ZELIKOFF, PHD

Date:   November 16, 2018

_____

Judith Zelikoff, PhD

## I.      BACKGROUND AND QUALIFICATIONS

I received my Ph.D in Experimental Pathology and Immunology at Rutgers: NJ Medical School (formerly known as University of Medicine and Dentistry of NJ) in 1982, after receiving a Master's degree from Fairleigh Dickinson University in Microbiology. My post-doctoral training was in toxicology at the NYU School of Medicine, Department of Environmental Medicine as a National Heart Lung Blood Institute (NHLBI) fellow.

I am currently a tenured-professor in Toxicology at NYU. As part of the NYU NIEHS (National Institute of Environmental Health Science) Center of Excellence, I serve as Director of the Community Engagement Core. In this capacity, I engage with environmentally-impacted underserved communities throughout New Jersey and New York to better engage the community to achieve long-term and sustainable outcomes, processes, relationships, discourse, decision-making, and implementation regarding environmental health. These goals are carried out through town hall meetings, focus groups, listening sessions, forums on relevant environmental concerns, surveys, as well as outdoor and indoor measurements of toxic metals such as lead, cadmium, mercury, and arsenic in water, air, and soil. I also provide service to the NYU School of Medicine as a member of the Grievance Committee, Institutional Animal and Use Committee (IACUC) and as an NYU Senator representing the School of Medcine.

I have served in numerous leadership positions in the field of toxicology, including NIH Study Sections, United Nations Environmental Programme, NASA boards, and National Academy of Science Panels (i.e., Institute of Medicine, National Research Council and Engineering, and Medicine's Board on Earth Sciences and Resources), as well as Environmental Protection Agency study sections and advisory boards concerning the toxic effects of air pollution, metals, and alternative tobacco products. Furthermore, I served for two years (2010-2012) as a member of the National Toxicology Program (NTP) Board of Scientific Advisors. In this capacity, I reviewed documents and provided input and guidance on the toxicity of various chemicals that were nominated for review and sent to the NTP for study and/or discussion. In some cases, we also decided on the carcinogenicity of specific compounds.  I was not part of the NTP 10 ROC or 12 ROC, both of which deferred the decision on talc.

In addition, I presented about 150 international/national papers in the areas of toxicology and environmental and public health.  I have organized several international toxicology meetings, served as editor for several toxicology/environmental public health books and authored numerous book chapters in the same areas. I have over 125 publications and book chapters in the area of immunotoxicology (for which I received a Lifetime Achievement Award from the Society of Toxicology), air pollution toxicology, metal toxicology, immunotoxicology, and developmental and reproductive toxicology associated with inhaled metals, mixtures, nanomaterials, dusts (i.e., World Trade Center Dust), and tobacco/nicotine toxicology.

I have held numerous executive positions in the Society of Toxicology (SOT) which includes three years as Secretary on the SOT Executive Council and one year as Chair of the Education Committee and Committee for Diversity Initiatives Committees. I have also provided leadership for four individual SOT Specialty Sections (SS). I have served as President of the Immunotoxicology, Metals and Ethical, Legal, Forensic and Societal Issues Specialty Section and currently serve as Senior Councilor of the Inhalation and Respiratory Specialty Section. I have received three major SOT awards including the Mentorship Award from "Women in Toxicology", Global Host award and in 2018, Education award for meritorious teaching skills in toxicology. As a teaching scholar, I have taught and continue to teach toxicology on a global level in such countries as Thailand, Nigeria, South Africa, Tasmania and New Zealand.

My education, training and publications are further set out in my Curriculum Vitae, which is attached to this report as an **Exhibit A**.

## II.    MANDATE AND METHODOLOGY

<u>Mandate</u>:  I was asked to review the scientific literature and assess whether there is a biologically plausible explanation for the increased risk of ovarian cancer with the perineal use of talcum powder products.

The notion of biological plausibility is multi-factoral. As a part of my analysis, while considering the totality of the evidence, I evaluated the genital use of talcum powder products, the routes of exposure by which talcum powder could reach the ovaries, the composition of the talcum powder products, the biological and toxicological effects of talcum powder, and the potential mechanisms of carciogenisis. Biological plausibility does not mean proof of mechanism, but rather whether what is known about the products is consistent with a cause and effect relationship.

I performed an independent, comprehensive literature review using research databases and search enginges including PubMed, ToxLit and  Google to identify relevant literature. The keywords/phrases used initially for searching, included: talc, talcum powder, talc  and cancer, talc and toxicity, talc and toxicology, ovarian cancer, oxidative stress, talc and ovarian cancer, animal models and talc, talc powder and the immune response and talc chemical structure. Keywords and phrases expanded upon those terms in later searches.

More than 300 publications (research papers, reviews, abstracts, reports, documents) and book chapters from the 1960s to the present were identified as having some relevancy for the talc-ovarian cancer topic. Following closer scrutiny of these publications, between 200-250 research papers, scholarly reviews, abstracts, documents, reports were found critical for informing my opinion. Toxicological studies, including *in vivo, in vitro* and *ex vivo* investigations, were the topics most appropriate for my area of expertise.  In addition, I have reviewed depositions and numerous documents, internal memorandum

and published and unpublished studies and testing results that I have found in my own searches, documents provided by attorneys, and documents that I requested.  A list of materials and data considered for this report are attached as **Exhitit B**.

My opinions below are based upon my experience as a toxicologist and research scientist and have been reached through employing the same scientific methodology and rigor that I employ in my academic research and professional duties.  To my knowledge, I considered and evaluated the majority of all available relevant studies in the process of evaluating the literature, including those that reported an elevated risk of ovarian cancer with exposure to talc and those where other chemicals were reported within talc-based body powders, including those that did not find an increased risk. The same approach was used in evaluating the animal data and the mechanistic data.

## III.    TALC

Primary talc deposits are found on almost every continent around the world[1].  Talc is commonly formed by the hydrothermal alteration of magnesium- and iron-rich rocks (ultramafic rocks) and by low-grade thermal metamorphism of siliceous dolomites. Talc is the softest mineral on earth, mined around the world for use in a wide variety of products personal, cosmetic or industrial in nature. The word "talc" can refer to two things. The first is a mineral and the second is a commercially available product that can be used both industrially and in pharmaceuticals and cosmetics. For this report, when talking about the former, I use the term "mineral talc," and when talking about the latter, I use the term "talcum powder products."  Johnson & Johnson talcum powder products are classified as cosmetic talc.  Dermal contact (including perineal application of talcum powder products) is a primary route of human exposure, while inhalation also represents a route of  exposure for talc/talcum powder products.

As a mineral, talc corresponds to the chemical structure of hydrous magnesium silicate with a formula of $Mg_3Si_4O_{10}(OH)_2$ and a theoretical chemical composition, expressed as oxides, of 31.7% by weight magnesium oxide (MgO), 63.5% silicon dioxide ($SiO_2$) and 4.8% water ($H_2O$). Talc belongs to the silicate subclass phyllosilicates and is known as a sheet silicate. It is the softest mineral on Mohs' hardness scale, and it's structure and chemical bond arrangement is such that it is easily broken into thin sheets.  The structure consists of three sheets that are octahedrally coordinated magnesium hydroxide groups (brucite layer) layered between 2 layers of tetrahedrally linked silica layers. The apical oxygen atom positions of the tetrahedral layers are shared with one of the oxygen atom positions of the octahedral layer. The composite sheets repeat every 9.4 angstroms and the triple-sheet crystalline units are held together by van der Waals forces. Talc particles are normally plate-like in shape, but may form mineral fibers, as discussed below.

---

[1] https://minerals.usgs.gov/minerals/pubs/commodity/talc/mcs-2017-talc.pdf

Small amounts of aluminum and ferric (III) iron can substitute for silicon in talc tetrahedral sites. Trace amounts of nickel and small to moderate amounts of ferrous (II) and ferric (III) iron, aluminum and/or manganese can substitute for magnesium in talc octahedral sites. Additionally, talc deposits may contain varying amounts of quartz, nickel, chromium and cobalt, as well as asbestos or asbestos-forming minerals including amphibole (tremolite, actinolite, antigorite and anthophyllite) and serpentine (chrysotile) (Cralley, 1968; Lockey, 1981; McCarthy 2006; Rohl, 1976). The pH of cosmetic talcs are usually alkaline (8.0-9.5) and are insoluble in water, cold acids or in alkalis.

Talc powder particle size depends on the process used to make the powder. Johnson and Johnson's analysis of particle size in talcum powder shows particles range on average from 0.8 μm to over 50 μm, with a median particle size of 11.39 μm, where approximately 43.9% of particles are less than 10 μm (JNJTALC00878141).

A.    **Fibrous Talc**

As a mineral, talc is most commonly found in plate-like form, but may also form as true mineral fibers that are asbestiform (IARC 2010, IARC 2012). Asbestiform talc (also known as fibrous talc) is different from talc containing asbestos. Fibrous talc fibers are very long and thin and occur in parallel bundles that are easily separated from each other by hand pressure (IARC Monographs, 2010). The 2010 IARC clearly states that the term 'asbestiform fiber' means any mineral, including talc, when it grows into an asbestiform habit. In its fibrous form, talc has been classified as a Group I, known carcinogen (IARC 1987 Supp 7; IARC 2010; IARC 2012). OSHA considered fibrous talc exposure limits to be equivalent to those of asbestos (OSHA, 1972). In 2010, IARC expanded the Group 1 designation ("known carcinogen") from "talc containing asbestiform fibers" to "talc containing asbestos or other asbestiform fibres." (IARC, 2010). Additionally, the American Conference of Governmental Industrial Hygienists (ACGIH) clarifies that "talc may also take the form of long thin fibers (fibrous talc) and can occur in bundles that are easily separated (asbestiform talc). Asbestiform talc should not be confused with talc containing asbestos…" (ACGIH, 2010).

Asbestiform talc fibers have been reported by Johnson & Johnson and Imerys to be found in: mines from which ore for Johnson & Johnson talcum powder products were sourced; in talcum powder used in Johnson & Johnson talcum powder products; and in the Johnson & Johnson talcum powder final product.[2]

Recent TEM testing on historic samples of Johnson's Baby Powder from 1978 showed the presence of fibrous talc in the product (Longo & Rigler, Feb 2018 MAS Report). Additional TEM testing of 30 samples of J & J baby powder and Shower to Shower dating from a span of many years resulted in a finding of fibrous talc in 15 samples (Longo & Rigler, Aug 2017 Expert Report).

---

[2] See also:  IMERYS477879 (fibrous talc in Grade 66 Q1 composite); JNJ 000269848 (talc needles found in medicated powder 1971, see with TEM results in JNJ 000281921); JNJ 000245002 (Fibrous talc in Hammondsville mine 1970)) .

4

## IV.    ASBESTOS

Asbestos, like talc, is a naturally occurring silicate mineral, but with a different crystal structure (Mossman & Churg, 1998).  Asbestos is a generic name referring to a group of naturally occurring mineral silicate fibers. It is recognized as a known human carcinogen by the U.S. Occupational Safety and Health Administration (OSHA), the U.S. Environmental Protection Agency (USEPA) and the National Toxicology Program (NTP)(OSHA, 2014; USEPA, 1995; NTP, 2016).   The National Institute for Occupational Health (NIOSH) has stated there is no safe level of asbestos and the American Conference of Governmental Industrial Hygienists (ACGIH) characterizes it as a "confirmed human carcinogen" (NIOSH, 1980; ACGIH, 2017).   All forms of asbestos are Group 1 carcinogens (carcinogenic to humans)(IARC, 2012).

The U.S. EPA defines asbestos by limiting the term to 6 specific fibrous minerals from two distinct groups: chrysotile (from the Serpentine group); and amosite, crocidolite, tremolite, actinolite and anthophyllite (from the Amphibole group). "Asbestiform" describes the pattern of growth of a mineral that is referred to as a "habit" (IARC, 2010).  Minerals with a "non-asbestiform" habit have crystals that grow in two or three dimensions, and "cleave into fragments, rather than breaking into fibrils" (*Id.*). Chrysotile occurs in the asbestiform habit, whereas, of the amphiboles, amosite and crocidolite occur only in the asbestiform habit, and tremolite, anthophyllite and actinolyte can occur in asbestiform or non-asbestiform habits.  OSHA defines an asbestos fiber as having a length > 5mm and a length:width aspect ratio of 3:1, whereas the USEPA definitition incorporates the aspect ratio of > 5:1 (OSHA, 1992; USEPA, 1987).

While amphibole and serpentine asbestos may have fibrous habits, they have very different forms. The amphiboles are double-chain silicates also called inosilicates. The basic structural unit is $(Si_4O_{11})^{-6}$ with side groups that are responsible for the overall amphibole structure. Amphiboles are distinguished from one another by the amount and positioning of metal atoms including: sodium, calcium, manganese, magnesium, iron(II), iron(III) and aluminum.  Traces of these types of asbestos are extracted when other minerals are being mined and, due to inefficient or non-existant separation techniques, are ultimately incorporated into the final product. Even incidental contamination by amphibole forms of asbestos is hazardous enough to cause asbestos-related illnesses (Rohl & Langer, 1976).

The serpentine group of minerals has the formula $Mg_3Si_2O_5(OH)_4$ and the structure resembles a bending sheet.  Chrysotile is the only one in which the sheets are bent to form continuous tubes, which gives the mineral the fibrous habit related to asbestos. Chrysotile is very flexible and less likely to be "friable" than the amphiboles. Friability of asbestos is generally defined as the ability to easily be turned into a dust with finger pressure. It is this friability that can release asbestos fibers and potentially result in health problems.

### A.    Asbestos in Talc

5

Associated minerals found in commercial talc products vary from deposit to deposit depending on the formation conditions. The most common minerals associated with talc include chlorite, magnetite, dolomite, calcite, mica, quartz and fluoapatite (Fiume et al., 2015). In its natural form, some talc also contains asbestos, classified as a Group I, "known carcinogen" by IARC (IARC Monographs, 1973, 1977, 1987, 2012). Amphiboles and serpentine fibers have been associated with many talc deposits (Van Gosen, 2004; Marconi and Verdel, 1990; Lockey, 1981; Rohl and Langer, 1974; Gamble et al., 1979; Kleinfeld et al., 1973, 1974; Pooley, 1972 (JNJ000319762); Chidester, 1968). The close proximity of asbestos and talc in mineral deposits makes extraction of either material alone difficult, if not impossible. (Rohl and Langer, 1974; IARC, 2010; Dion et al. 2010 [3]).

Cralley (1968) analyzed twenty-two commercially available cosmetic talcum products (manufacturers not reported). Authors reported the fiber content ranged from 8% - 30% (by count) with an average of 19% and that the fibrous material was predominantly fibrous talc. Pooley and Rowlands (1975) analyzed twenty-seven talc powders (cosmetic and industrial) and detected tremolite fibers in three samples.

Because asbestos is a known carcinogen, its presence in cosmetic talc is unacceptable (FDA, 2012; FDA 2015). The former Director of National Institute for Occupational Safety and Health (NIOSH) and former President of Industrial Minerals Association – North America (IMA-NA) stated in a recent deposition that if there were a fiber of asbestos in talcum-based products it would "certainly" provide a biologically plausible mechanism for increased lung disease, and that he suspected it would also have a "similar mechanism of disease in other tissues and organs" (Deposition of Robert Glenn, October 18, 2018, 341:15-342:3).

In 1976, specifications were developed for cosmetic talc requiring that no detectable fibrous, asbestos mineral be present (CTFA, 1990; Fiume, 2015). The talc industry, and specifically Defendants, developed a "zero tolerance" standard for asbestos in talc (IMERYS 170006; JNJ 000383662; JNJ 000001918). Despite this standard, the presence of asbestos in cosmetic talc has been reported in the literature, and Johnsom and Johnson indicated in a letter in 1973 that "asbestos-form particles cannot be removed from talc" and that the "Johnson & Johnson process for beneficiating Vermont talc…will not guarantee a zero tolerance for elongated particles" (JNJ 000233691). In 1976, Rohl et al. tested 20 different talcs and powders including 20 body powders, baby powders, facial talcums, and also one pharmaceutical talc to determine their mineralogical and chemical composition. Where known, all were formulated prior to 1973. Of the 20 products, 9 contained detectable amounts of tremolite and anthophyllite, principally asbestiform, while some also contained fragmented forms of these minerals. The amounts ranged from tenths of a percent to over 14% by weight; two contained detectable amounts of chrysotile asbestos fiber. Eight samples contained quartz, seven ranging from 2 to 5%, with one as high as 35%. Analyses showed that the consumer products examined were rarely the pure mineral talc, but rather were mixtures of various minerals.

---

[3] Available online at: http://www.irsst.qc.ca/media/documents/PubIRSST/R-755.pdf

In 1984, Paoletti et al. performed studies by electron microscopy to assess asbestos contamination in industrial and cosmetic talcs from the Italian market and the European Pharmacopoeia (Paoletti, 1984). Nine of the 25 pharmaceutical and cosmetic grade talcs contained tremolite fibers, with total percent asbestos concentrations ranging from 0.4% - 22%. About half of the talc powders revealed the presence of asbestos: in five samples chrysotile (a serpentine asbestos) was present, the others contained tremolite and anthophyllite (an amphibole asbestos).

Cosmetic and pharmaceutical talc products from deposits in Vermont, Montana, North Carolina and Alabama were examined and tested positive for asbestos (Blount, 1991). The investigator of that study recently affirmed the samples included Johnson & Johnson baby powder, purchased off the shelf (Deposition of Alice Blount, PhD, April 13, 2018). The early analytical methods used to measure asbestos fibers before 1990 were not very sensitive and thus it appears that extrapolation of the levels of asbestos from counts measured before this date could have been conservative (Blount, 1991).

In a study that examined the amphibole asbestos content of commercial talc deposits in the USA, Van Gosen et al. (2004) found that the talc-forming environment directly influenced the amphibole and amphibole-asbestos content of the talc deposit. Specifically, the study found that contact metamorphic talcs showed a strong tendency to contain amphiboles, and regional metamorphic talc bodies consistently contained amphiboles, which display a variety of compositions and habits (including asbestiform). In a German study (Mattenklott, 2007), the author examined the presence of asbestos in talc powder and found that in one-quarter of the 57 talc powder samples tested, asbestos could be detected. Two samples contained quantities exceeding 0.1 weight percent which could reach a value of 10,000 fibers/m$^3$. This weight percent is, in some cases, half that reported by Johnson & Johnson in their internal documents, as seen in the corporate depositions reported below.

Defendants have claimed that asbestos has been "eliminated" from cosmetic talc products.[4] However, there is substantial evidence that talcum powder products still contain asbestos, recognized as a Group 1 carcinogen. During the recent deposition of John Hopkins (Johnson and Johnson corporate representative), Mr. Hopkins affirmed testing results showing the presence of asbestos in mines from which talc ore was taken for use in Johnson & Johnson baby powder products, processed talc used in Johnson & Johnson baby powder products, and in complete Johnson & Johnson baby powder products. Those results may be found at Exhibit 28[5] of Dr. Hopkins' deposition. Additional examples of testing performed by and commissioned by Johnson and Johnson and Imerys may be found at Exhibit 47 to the deposition of Julie Pier, corporate representative of Imerys.[6]

In 1975, McCrone Associates also confirmed the presence of amphibole particles, alone and in bundles as seen in Defendants' internal documents (JNJMX68_000012745). In 2004, a television station reported that Johnson's Baby Powder had been analyzed and found anthophyllite asbestos at 0.2% (JNJ 000089413). A 1972 Johnson & Johnson document demonstrates the presence of up to 5% chrysotile in

---

[4] PCPC Submission to FDA, July 2009 – "Since the early 1970's, the relevant industries voluntarily eliminated asbestos contamination from talc products."
[5] Ex. 28, John Hopkins Dep. (Aug. 16 & 17, 2018; Oct. 17, 2018; and Nov. 5, 2018).
[6] Ex. 47, Julie Pier Dep. (Sept. 12 & 13, 2018).

Johnson's Baby Powder and Shower to Shower samples (JNJ 000232996).    These data clearly demonstrate the possibility for women who used talcum powder during these dates to have had exposure to this ovarian carcinogen.

Recent TEM testing on historic samples of Johnson & Johnson baby powder from 1978 showed the presence of fibrous anthophyllite in the product.   (Longo and Rigler, 2018; Ex. 47, Pier Dep.). Additional TEM testing of 30 samples of Johnson & Johnson baby powder and Shower to Shower ranging in production date over a span of many years resulted in a finding of amphibole asbestos (tremolite, anthophyllite, richterite and actinolite) in 17 samples.  (Longo and Rigler, 2017).   Additionally, I have reviewed a recent report prepared by Dr. William Longo and Dr. Mark Rigler that reports that talcum powder products manufactured by Johnson & Johnson's Baby Powder and Shower to Shower have contained and continue to contain asbestos and talc containing asbestiform fibers (e.g. talc occurring in a fibrous habit).[7]  These results were obtained from testing talcum powder product samples manufactured during the period of the 1960s through the 1990s.  Results showed 37 of 56 samples tested contained tremolite and/or anthophyllite asbestos, and 41 of 42 samples tested contained fibrous talc.

*The substantial evidence of the presence of asbestos and fibrous talc in talcum powder products provides a biologically plausible explanation for the increased risk of ovarian cancer associated with the perineal use of talcum powder products.*

## V.    HEAVY METALS

### A.    Properties of Heavy Metals

**_Nickel_** is classified by IARC as a human carcinogen (Group 1) (IARC, 1973, 1976, 1979, 1982, 1987, 1990).  The exact mechanisms of nickel-induced carcinogenesis are not known, but likely involve genetic and epigenetic routes. Nickel (II)-induced genotoxicity may be aggravated through the generation of DNA-damaging reactive oxygen species (ROS) and the inhibition of DNA repair by this metal. Nickel exposure also causes a broad spectrum of epigenetic effects.  Contact with nickel compounds can cause a variety of adverse effects on human health (Zambelli and Ciurli, 2013).

Nickel ions have been shown to cause single-strand DNA breaks and DNA-protein crosslinks (Patierno, 1985).  In a study by Patierno (1985), Chinese hamster ovary cells were exposed to $NiCl_2$, and nickel-induced DA-protein crosslinking appeared in late S phase of the cell cycle (*Id.*).  Authors associate these alterations as an early event in the process of nickel transformation (*Id.*).

Contact with nickel compounds can cause a variety of adverse effects on human health, such as nickel allergy in the form of contact dermatitis, lung fibrosis, cardiovascular and kidney diseases and

---

[7] Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (Nov. 14, 2018).

cancer of the respiratory tract. Chronic non-cancer health effects may result from long-term exposure to relatively low concentrations of pollutants (Duda-Chodak and Blaszcyk, 2008).   Although the accumulation of nickel in the body through chronic exposure can lead to a number of diseases, the most serious concerns relate to nickel's carcinogenic activity. Increased risks of malignant tumors, such as nasal and sinusoidal cancers, and cancers of the lung and larynx have been noted (IARC, 1987). The marked differences in the carcinogenic activities of various nickel compounds most likely reflect the differences in their uptake, transport, distribution and retention, and ultimately—the capacity to deliver nickel (II) ions to specific cells and target molecules.

In experimental animals, nickel compounds induce tumors at virtually all sites of application (Denkhaus, 2002; IARC, 1987; Zabmelli, 2013).  The routes of administration that were shown to produce tumors include inhalation, intramuscular, intrarenal, intraperitoneal, intraocular, subcutaneous and the intra-articular space (*Id.*).

***Chromium*** is a naturally occurring element found in rocks, animals, plants, soil, and volcanic dust and gases. It comes in several different forms, including trivalent chromium (chromium (III)) and hexavalent chromium (chromium (VI)).  In contrast, chromium (VI) compounds cause cancer in humans and in experimental animals and exert genetic toxicity in bacteria and in mammalian cells  *in vitro* (Fang, 2014; IARC, 2009).  Adverse health effects, other than cancer, associated with chromium (VI) exposure include occupational asthma, eye irritation and damage, perforated eardrums, respiratory irritation, kidney damage, liver damage, pulmonary congestion and edema, upper abdominal pain, nose irritation and damage, respiratory cancer, skin irritation, and erosion and discoloration of the teeth. Some people with extensive dermal exposure can also develop an allergic skin reaction, called allergic contact dermatitis (Bruynzeel et al., 1988).  Primary irritant dermatitis is related to the direct cytotoxic properties of chromium, while allergic contact dermatitis is an inflammatory response mediated by the immune system. During reduction to the trivalent form, chromium may interact with cellular macromolecules, including DNA (Wiegand et al., 1985), or may be slowly released from the cell. Complexes of chromium (III) that are bound to lower molecular weight ligands are most likely to be able to traverse cell membranes.

Chromium  (III) has weak cell membrane permeability, allowing it to cross the cell membrane, where it can bind to DNA and cause lesions, resulting in genetic damage such as strand breaks and DNA-protein crosslinks (Nickens, 2010).  This damage leads to genomic instability.  Another study has shown that chromium (III) causes DNA damage in cells by interfering with base pair stacking in the cell's replication cycle, and chromium (VI) intercalates DNA – both directly cause genotoxicity in vivo (Fang, 2014).

Hexavalent chromium compounds are classified by IARC as carcinogenic to humans (Group 1)(IARC, 2009). Mechanistically, they have been shown to cause direct DNA damage after intracellular reduction to Cr(III), mutation, genomic inistability, aneuploidy, and cell transformation (*Id.*).  Chromium (VI) can cause damage leading to dysfunctional DNA replication, aberrant cell cycle, DNA strand breaks, dysfunctional DNA repair and DNA-protein crosslinks and directly causing genotoxicity (Nickens, 2010).

Besides direct genotoxic effects of chromium (VI), chromium compounds such as chromate can activate transcription factors involved in inflammation and tumor growth (IARC, 1990). Major factors

9

governing the toxicity of chromium compounds are oxidation state and solubility. These compounds, which are powerful oxidizing agents and thus tend to be irritating and corrosive, appear to be much more toxic systemically than chromium (III) compounds, given similar amounts and solubilities. Chromium (VI) enters many types of cells and, under physiological conditions, can be reduced by hydrogen peroxide ($H_2O_2$), glutathione (GSH) reductase and ascorbic acid to produce reactive intermediates, including chromium (V), chromium (IV), thiyl radicals, hydroxyl radicals, and ultimately, chromium (III). Any of these species could attack DNA, proteins and membrane lipids, thereby disrupting cellular integrity and functions (De Mattia, Bravi *et al.* 2004). Besides cancer, chromium is one of the most common skin sensitizers. It also causes toxicity of the kidney, liver, gastrointestinal tract, and cardiovascular, hematological and  reproductive systems along with causing developmental effects.[8] High doses of chromium (VI) compounds have been reported to cause developmental toxicity in mice and shown to potentiate the effects of other toxicants, including the nephrotoxins, mercuric chloride, citrinin, hexachlorobutadiene, and maleic acid.

***Cobalt***   IARC declared that cobalt metal with tungsten carbide is *probably carcinogenic to humans (Group 2A)*, while cobalt metal without tungsten carbide is *possibly carcinogenic to humans (Group 2B)*. Two different mechanisms of genotoxicity, (1) DNA breakage induced by cobalt metal and especially hard metal particles, and (2) inhibition of DNA repair by cobalt (II) ions contribute to the carcinogenic potential of cobalt compounds (Lison et al., 2001; IARC, 2006). Cobalt can also contribute to allergic reactions. In humans, gastrointestinal absorption of cobalt has been reported to vary between 5 and 45% and it has been suggested that absorption is higher in women than in men. Cobalt can be absorbed through intact human skin (IARC, 2006). Soluble cobalt salts interfere adversely with cell division, bind irreversibly to nucleic acids in the cell nucleus, induce chromosome aberrations in plants, and are weakly mutagenic in some *in vitro* tests. Injections or implantation of cobalt metal, alloys and compounds induced local and sometimes metastasizing sarcomas in rats, rabbits, and mice (*Id.*).  Data indicating possible carcinogenic effects of cobalt alloys or compounds in human populations has arisen from medical use, use in hard-metal industries, and from cobalt production sites.

### B.    Metals in Talcum Powder Products

In an early paper by Cralley et al., (1968), 22 cosmetic talcum products purchased off the shelf were analyzed for fibrous content, selected metals and quartz. In these studies, 19 samples contained cobalt under 25 parts per million (ppm) by weight, chromium under 22 ppm, nickel below 29 ppm and manganese under 78 ppm. Certain samples had a nickel content of 1270 ppm, chromium 340 ppm and 1210 ppm nickel; qualitative tests demonstrated that some of the chromium was hexavalent (carcinogenic form). All of these talcs had a considerable fiber content (suggesting the presence of asbestos) (*Id.*). Studies here suggest that women who used talcum powder in the 1960s could have been exposed to considerable amounts of toxic heavy metals depending on the type of talc used and frequency of use (*Id.*).

---

[8] Accessible online at:  https://www.atsdr.cdc.gov/csem/csem.asp?csem=10&po=10

In a 2013 study by Rehman, toxic and carcinogenic heavy metals were found to be present in small amounts in all 30 brands of cosmetic talcum powder tested; the concentrations of heavy metals differed dramatically depending upon the brand of talcum powder (Rehman, 2013). Heavy metals measured (and found in samples) included cadmium, chromium, copper, cobalt and lead. Authors found all levels to be within safe limits. However, authors caution that excess use of talcum powder affects the health of the consumer (*Id.*).

In a paper by Gondal et al. (2012), published in Applied Optics, lead and chromium were measured in talcum powder using laser-breakdown spectroscopy. Using this system, the authors were able to detect 15-20 parts per million (ppm) of lead and 20-30 ppm of total chromium in the talcum powder sample. This study, like that by Rehman, demonstrates the presence of toxic heavy metals associated with talcum powder. However, the levels of heavy metals in this study were significantly higher. The method used for measuring metals in this study was far more precise than that used by Rehman et al. (2013). This study supports the presence of toxic and potentially carcinogenic metals in some talcum powders.

According to Johnson & Johnson's corporate representative, the maximum amount of allowable nickel in the company's talcum powder products was 5 ppm (Deposition of John Hopkins, August 16, 2018, Ex. 3). Written specifications state that the maximum allowable nickel content is 10 ppm (JNJ 000629320; JNJ000488188; JNJMX68_000022920). Despite these limits, nickel in concentrations exceeding 2000 ppm were reported in Vermont talc used in talcum powder products for decades, greatly in excess of the product specification limit of 10 ppm (JNJ 000629320; JNJ 000488188; JNJMX68_000022920). Examples of testing results for heavy metals in Defendants' talcum powder products can be found in **Exhibit C**, attached to this report.

Over the years from 1972 to 2004, talc mined in Vermont had consistent, excessive levels of nickel, routinely exceeding 94 to 250 times the upper limit provided in J&J's specifications (Exhibit C). This is troubling considering nickel is a known carcinogen (IARC 2012).

Cobalt was found in Vermont talc ores in amounts ranging from 8 – 89 ppm from 1972 through 2004. Like nickel it, too, appears to occur routinely in talc products in amounts exceeding the 10 ppm upper limit for heavy metals in the talc product specifications (Exhibit C).

Internal documents outline Johnson & Johnson's concern regarding the potential carcinogenic nature of chromium (VI), a Group I carcinogen (JNJ 000131758; JNJ 000131754; JNJ 000378044; JNJ 000378046). A 2010 J&J memo written discusses raising the upper limit acceptable for total Cr to 7 ppm (JNJ 000131758). An accompanying memo also discusses the relationship between chromium (III) and chromium (VI) (JNJ 000131754), and a discussion of the inhalation of hexavalent chromium is contained in this document. Regardless of valence, Grade 66 analyses consistently show total chromium contents far in excess of 5-, 7-, or 10 ppm. During the period from 1972 thru 2004, the chromium content varied from 25 ppm to 569 ppm (Ex. 47, Pier Dep.), with typical levels around 200 ppm.

Interestingly, there is a significant difference between the reported chromium content of Grade 66 talc when the sample has been prepared by Johnson & Johnson (internal) method BPT 148 versus the

11

United States Pharmacopeia (USP) method which uses a total digestion technique (IMERYS-A_0015621). The levels reported using the USP method were much higher than the Johnson & Johnson method (*Id.*).

### C.     Fragrances

There are more than 150 different chemicals added to Johnson's Baby Powder and Shower to Shower products. I reviewed the expert report from Dr. Michael Crowley that concludes that some of these chemicals may contribute to the inflammatory response, toxicity, and potential carcinogenicity of Johnson & Johnson's talcum powder products.[9] I concur with his opinion.

*There is substantial evidence that talcum powder products contain excess levels of nickel, chromium, and cobalt, all known carcinogens and/or inflammatory agents. Moreover, a significant number of the fragrance chemicals added to talc elicit an inflammatory response. Each of these elements individually and together can contribute to an inflammatory response caused by the product. As will be explained in more detail below, inflammation is a known mediator of ovarian cancer. The presence of these inflammatory agents provides additional biologic evidence explaining the causal relationship between genital use of talc and ovarian cancer.*

## VI.     EXPOSURE – TALC PARTICLE ACCESS TO THE BODY

### A.     Exposure Routes

Based on the tenets of toxicology, there are four basic routes of human exposure including: inhalation, ingestion, dermal and injection.

A common exposure route for cosmetic talc is via the dermal route, including vaginally after perineal application. Talc body powders are often applied to the perineum for hygienic purposes. It has been shown that glove powder and other materials can migrate upwards through the female reproductive tract (Venter & Iturralde, 1979; Iturre and Venter, 1981; Sjosten et al., 2004; Heller et al., 1995) and the data are supported by animal investigations (Wright et al., 1996; Edelstam et al., 1997; De Boer, 1972; Henderson et al., 1986), also reflective of a dermal exposure route.

Inhalation is the route of exposure that has been most commonly studied to assess talc toxicity. In one inhalation study, after talc exposure of hamsters, there was a consistent elevation in cytotoxic enzyme levels, and macrophage phagocytosis was persistently depressed (Beck et al., 1987). These results also indicated that, when a similar mass of talc and granite dust (12% quartz) was deposited in the lungs,

---

[9] Expert Report of Michael Crowley, PhD (Nov. 12, 2018).

talc caused more lung injury than did granite (*Id.*).  Based on its physical properties talc, in a powder form, can be inhaled while being applied (EPA, 1992; IARC, 2010).  Additional evidence that application of talc body powder products results in inhalation exposure of talcum powder is provided in a 2017 study by Longo, et. al., and other studies (Longo, September 2017, "*Below the Waist Application of Johnson & Johnson Baby Powder*"; Wells, 1979; van Huisstede, 2010; Frank and Jorge, 2011; Jasuja, 2017).

### 1.      Dermal - Migration Through the Upper Genital Tract

*Animal models*:      Though animal studies have limitations due to the differences in anatomy, they provide evidence that talc can migrate through the reproductive system.  Rats were exposed vaginally or via the perineum to either talc or no treatment for 3-mo on a daily basis (Keskin et al., 2009). In this study, there was evidence of foreign body reaction and genital infection, along with an increase in inflammatory cells in all the genital tissues. While no neoplastic changes were observed, the number of ovarian follicles in the talc groups were increased. No peritoneal changes were observed. The investigators concluded that talc by perineum exposure has adverse effects on the genital system in the form of foreign body reactions and infection (*Id.*).

In a series of two experiments, Henderson et al. (1986) demonstrated the presence of talc in the ovaries of two groups of animals following vaginal and intrauterine talc applications, whereas none was present in the ovaries of control animals. Particles were also seen in animals that had received intravaginal talc that were sacrificed after 4 days.  (*Id.*)

Studies by Wright et al. (1995) also demonstrated the potential toxicity of retrograde uterine passage of particulate matter. Despite the aforementioned studies which demonstrate the plausibility of talc translocation, a study by Wehner et al. (1996) failed to demonstrate the same outcomes in a small sample of monkeys, which may have been due to the small sample size.

*Human studies*:     A number of human studies over many years have observed migration of particles following vaginal administration: these studies began as early as 1961 when Egli and Newton studied the translocation of carbon particles following vagina application. In 1972, De Boer deposited colloidal carbon black (CB) suspension in the uterus, cervical canal or vagina in over 100 patients prior to surgery (De Boer, 1972). Subsequent observation revealed rapid translocation of CB to the oviducts and beyond. Some CB deposited in the cervical canal also translocated to the uterine passage, albeit in a lower percentage of patients (*Id.*).  An early study by the National Institute of Occupational Safety and Health (NIOSH) in 1972 showed commercially available talc body powder samples contained fibers, and that exposure to fibers occurred during diapering (JNJ 000231304).

A study by Venter and Itteralde (1979) administered radiolabeled human albumin microspheres (no size provided) in the vagina of patients, followed by surgical removal of uterus, oviducts and ovaries. Results demonstrated that 9 out of 14 patients had radioactivity in their oviducts and ovaries. Recent studies have demonstrated the presence of talc particles in ovarian tumors (to be discussed in a later section). Another clinical study examined a total of 24 women undergoing oopherectormy (Heller et al.,

13

1995). In this case, women were questioned as to their use of perineal talc applications. Ovarian tissue was removed from each group and analyzed and quantitated for talc by polarized light and electron microscopy. These data support the ability of talc to migrate from the perineal region upward and reach the upper genital tract (*Id.*).

Further evidence for migration of particles to the upper genital areas comes from a document from the FDA to Dr. Epstein (Cancer Prevention Coalition, University of Illinois, Chicago) concerning Citizen Petitions dated 1994 and 2008 and requesting a cancer warning on cosmetic talc products. In this document, the FDA stated that "the potential for particulates to migrate from the perineum and vagina to the peritoneal cavity is indisputable" (JNJ 000488318).

In addition, a 2004 document from Luzenac America to Dr. Al Wehner (IMERYS 137677) recalls a 2004 published paper by Sjosten et al. (2004). Luzenac states that the paper "offers some compelling evidence **in support** of the 'migration' hypothesis." The paper concluded that starch particles migrate from the vagina through the Fallopian tubes up to four days after examination with powdered gloves (*Id.*). The author of the Luzenac document goes on to state that combining this evidence with the theory that talc inititates epithelial inflammation and you have a "potential formula" for the NTP classification of talc as a carcinogen.

The most recent systematic review of the association between genital use of talcum powder products and ovarian cancer (Penninkilampi, 2018) reported an increased risk of ovarian cancer with increased perineal talcum powder use, with a slightly higher risk in women who report greater usage. Data was collected as "lifetime" usage – frequency of use over time. Any use was associated with increased risk of ovarian cancer as compared to no use, and women with long-term (> 10 years) talcum powder use had an increased risk. The authors concluded perineal talcum powder use and ovarian cancer were consistently associated, with a slightly higher risk in women who report greater usage.

Pathways that allow for the migration of particles to the lymph nodes are also available for that complex portion of the lymphatic system surrounding the ovaries. Importantly, studies by Chan et al. (2007) have demonstrated a positive association between lymphadenectomy and survival in stage 1 ovarian cancer patients. In support of this finding, Cramer et al. (2007) described the presence of talc particles in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc.

*Animal and human studies demonstrate that talcum powder products can migrate from the perineal region to the ovaries.*

## 2. Inhalation

Effects of size on particle translocation and toxicity have been studied most extensively with inhaled particulate air pollutants and nanomaterials. These studies will be discussed to provide a scientific

14

premise for movement of particles of a certain size throughout the body. Small-sized particles can enter the bloodstream – translocation of particles and often toxicity are related to their size; perhaps because of the larger mass concentration of smaller vs. larger particles (Driscoll et al., 1997).

J&J's analysis of particle size in talcum powder products shows particles range on average from 0.8 µm to over 50 µm, with a median particle size of 11.39 µm, where approximately 43.9% of particles are less than 10 µm (JNJTALC00878141).

Ultrafine particles (UFPs; < 0.1 µm) can directly affect the cardiovascular system by migration from the respiratory system to the systemic circulation (Nakane, 2012; Elder et al., 2006; Kreyling et al., 2006). Inhaled UFPs deposited in the lung can pass through the epithelial barrier because of their very small size; some particles may move into lung capillaries and then into the systemic circulation. Numerous studies and reviews have been written concerning the migration of these particles. In a systematic literature review (Nakane, 2012), particle size was shown to be a strong factor for migration. Particles that were translocated to various sites were observed to have the following sizes: ≤0.05 µm for remote organs, ≤1 µm for blood, and ≤10 µm for lung tissues. In order to be detected in the blood, particles that have passed through the epithelial barrier of the lungs must migrate into the capillaries. The largest chance for migration to the brain was observed at a 0.05-µm cutoff size. However, $MnO_2$ particles as large as 1.3 µm have also been detected in the cerebral cortex (Nakane, 2012). A categorical regression analysis based on currently available inhalation data showed that all of the effects of particle size, particle material, animal species, and exposure route were statistically significant (*Id.*). The effects were large for particle size and particle material, and small for exposure route and animal species.  These results suggest that, in an experiment to evaluate the migration of solid particles, the characteristics of the particles (i.e., size and material) should be considered carefully.

Evidence from an internal document (1971) demonstrates  rolled talc fibers between 0.1 - 3µm in a Johnson and Johnson's commercial product (JNJAZ55_000005957). Other documents from Defendants have demonstrated that while median particle size is ~10.5 µm, sizes can  be as small as 0.3 µm (IMERYS030347; IMERYS031791). V66 non-shear talc was approved for use in JNJ Shower to Showder products and the size of some of the particles had a diameter as small as 0.1 µm (JNJTALC000878141). While the median particle size was ~12 µm, the standard deviation was very high (~9µm) demonstrating a large range of particle sizes. Fine-size particles such as those found in talc, can also translocate readily throughout the body (Peters et al., 2006), providing a strong basis for the ability of fine-size talc particles (<2.5 µm to migrate throughout the body).

Ultrafine and fine particles can penetrate through the different tissue compartments of the lungs and eventually reach the capillaries and circulating cells. These particles are then translocated by the circulation to other organs including the liver, the spleen, the kidneys, the heart and the brain, and the ovaries where they may be deposited. It remains to be shown by which mechanism(s) ultrafine particles penetrate through tissue and enter capillaries. Lymph capillaries remove the large protein molecules and other particulate matter from the tissue spaces of the lung. Thus, cellular debris and foreign particles inhaled into the lungs can be conveyed to the regional lymph nodes.

15

Talc particle size analyses for many inhalation studies demonstrated that most talc particles were between 1 and 8 µm; 1 µm is considered ultrafine in size and thus particles could easily migrate from the lungs and throughout the body.  Genofre et al., (2009) examined the effect of talc particle size on induced pleurodesis following intrapleural injection of rabbits with two different sizes of talc. One group contained mixed sizes of talc (mean size = 25.4 µm) and the other group small size talc only (mean size = 4.2 µm with 50% <6.4 µm) (*Id.*). Particles of both sizes migrated to the spleen, liver and kidney; more small talc particles (compared to mixed talc) was seen in the liver and kidneys. Both size particles produced an acute systemic inflammatory response, with small particle talc producing a more pronounced pleural and systemic response and resulting in greater particle deposition in the organs than the mixed talc (*Id.*). In addition, serum levels of the pro-inflammatory cytokine, IL-8 and VEGF were more markedly increased in the small talc group (*Id.*). Particles found in all systemic organs were <5µm. A number of other studies have shown migration of talc particles from the pleural cavity to the systemic circulation (Ferrer, 2002; Rossi, 2010). It appears that small particles may be more easily taken up by the lymphatics than larger particles. The inflammatory effects observed showed a strong correlation with the small particle group. This study shows that size of talc particles matter and the smaller the size the greater the ability to translocate and increase the extent of the inflammatory response.  As Defendants' internal documents demonstrate their talc particle size to cover a wide size range (100 µm to ~0.3 µm) [10], there is extensive evidence that particles can be inhaled and transported through the blood and lymph to the ovaries.

In 1993, the National Toxicology Program (NTP) issued a report from a study concluding that there was "some evidence of carcinogenic activity" in male rats, "clear evidence of carcinogenic activity" in female rats, and no evidence of carcinogenic activity in male or female mice exposed to aersols of talc reported as nonasbestiform cosmetic-grade (National Toxicology Program, 1993).  Authors of that study speculated these effects could be due to cytokines released from macrophages or a nonspecific effect of the stress of inflammation (*Id.*).

In another study, rabbits were injected with normal size talc (Dmax = 8.36 µm) or larger particles talc (Dmax = 12 µm) (Ferrer  et al., 2002).  Pleural inflammation was greater with normal talc than large talc, and animals receiving normal talc had talc particles in the liver, supporting the premise that talc particles instilled into the pleural cavity can escape and migrate to extrapleural organs.  Talc dissemination can be significant, and granulomas have been seen to develop in the interstitium  after particles migrate from the lungs, with resultant pulmonary interstitial fibrosis (Hollinger, 1990).  In another study illustrating talc dissemination (Werebe, 1999), talc was administered into the pleural space of rats.  At both 24- and 48-hours, talc crystals were found in every organ of all animals, with the amount of talc being statistically different between the organs.  Authors concluded there was a rapid absorption of talc through the pleural surface and a progressive systemic distribution of particles (*Id.*).

In addition to migration of ultrafine particles through tissue and movement to the lymhph nodes, fine and coarse particles may be phagocytized by macrophages and dendritic cells which may carry the particles to lymph nodes in the lung or to those closely associated with the lungs (IARC, 2010).  The uptake of fine particles (0.1–2.5 µm in diameter) by macrophages is a specific ligand-receptor mediated

---

[10] IMERYS346016; IMERYS030347; IMERYS031791; JNJAZ55_000005957.

actin-based process (phagocytosis), whereas the uptake of ultrafine particles (<0.1 µm in diameter) apparently occurs by other, non-specific mechanisms (Peters, 2006). These mechanisms are termed "adhesive interactions," and include electrostatic, van der Waals and steric inter-actions (*Id.*). Particles with a diameter of 0.2 µm and smaller appear to enter cells passively, that is by a mechanism which is different from phagocytosis. Larger particles are much more avidly taken up by macrophages, but by the specific receptor mediated, actin-dependent mechanism. Below the particle size of 0.2 µm, particles increasingly enter the macrophages by the non-specific "adhesive interaction" mechanisms mentioned above (*Id.*).

*There is substantial evidence in the scientific and medical literature that support a conclusion that talc powder particles can reach the ovaries through inhalation.*

## VII.    MECHANISM OF CANCER

### A.    Cancer - General

Tumorigenesis, the formation and growth of tumors, is a complex and multifactorial progressive process of transformation of normal cells into malignant ones (Pogribny and Rusyn, 2014). It is characterized by the accumulation of multiple cancer-specific heritable phenotypes, including persistent proliferative signaling, resistance to cell death, evasion of growth suppression, replicative immortality, inflammatory response, deregulation of energy metabolism, genomic instability, induction of angiogenesis, and activation of invasion ultimately resulting in metastases. It encompasses genetic, behavioral, and environmental factors that can all contribute to its development.

Mutations can occur as a result of the processes inside the cell, or alternatively, can be caused by external factors, such as chemicals. In addition, some people can inherit faults in particular genes that make them more likely to develop cancer. While normal cells obey signals indicating they have reached their growth limit, in cancer cells, the normal signaling system is disrupted. Mutations in particular genes may result in over- or under- production of proteins, or the production of abnormally formed proteins, all of which can lead to a lack of cellular regulation.

In general, cancer is an uncontrolled growth of abnormal cells in the body, which occurs when the body's normal control mechanisms are disrupted. Excessive cellular division leads to a growth called a tumor. Mutations can happen by chance when a cell is dividing. Some mutations act by inhibiting normal controls over cell growth, leading to uncontrolled cell division. DNA may be damaged during routine cellular processes, and cells have mechanisms to repair that damage. However, over time, the damage may accumulate. Once cells exhibit increased cell growth, they are more likely to pick up additional mutations and are less likely to be able to repair the damaged genes.

If the DNA damage cannot be repaired, the cell can self-destruct, a process called apoptosis. In cancer cells, molecules in the repair pathway are faulty. For example, a protein called p53 normally determines whether genes can be repaired or if the cell should undergo apoptosis. Many cancers have a defective version of p53, and don't repair themselves properly. Thus, cancer cells can override self-destruct signals and don't undergo apoptosis when they should.

### B.  Genetic Mutations

*Inherited mutations* are passed down from parent to child and are present throughout a person's life in virtually every cell in the body. These mutations are also called germline mutations because they are present in the parent's egg or sperm (germ) cells.  When an egg and a sperm cell unite, the resulting fertilized egg cell receives DNA from both parents. If this DNA has a mutation, the child that grows from the fertilized egg will have the mutation in each of his or her cells.

A genetic predisposition (sometimes also called genetic susceptibility) is an increased likelihood of developing a particular disease based on a person's genetic makeup. A genetic predisposition results from specific genetic variations that are often inherited from a parent. These genetic changes contribute to the development of a disease, but do not directly cause it. For example, mutations in the *BRCA* gene result in an increased risk for ovarian cancer.  Some people with a predisposing genetic variation will never get the disease while others will, even within the same family. Genetic variations can have large or small effects on the likelihood of developing a particular disease. Although each of these variations only slightly increases a person's risk, having changes in several different genes may combine to increase disease risk significantly. Changes in many genes, each with a small effect, may underlie susceptibility to many common diseases, including cancer.

In people with a genetic predisposition, the risk of disease can depend on multiple factors in addition to an identified genetic change. These include other genetic factors (sometimes called modifiers) as well as lifestyle and environmental factors. Diseases that are caused by a combination of factors are described as multifactorial.  Most disease-causing gene mutations are uncommon in the general population. However, other genetic changes occur more frequently. Genetic alterations that occur in more than 1 percent of the population are called polymorphisms.

*Acquired (or somatic) mutations* occur at some time during a person's life and are present only in certain cells, not in every cell in the body. These changes can be caused by environmental factors such as ultraviolet radiation from the sun, chemical exposure, or can occur if an error is made as DNA copies itself during cell division. Acquired mutations in somatic cells (other than sperm and egg cells) cannot be passed to the next generation.

Environmental and occupational exposures to natural substances, as well as man-made chemical and physical agents, play a causative role in human cancer. Acquisition of cancer-specific alterations may be triggered by the mutational and/or non-mutational (i.e., epigenetic) events in the genome which, in turn, affect gene expression and downstream phenotypes including persistent proliferative signaling, resistance to cell death, evasion of growth suppression, replicative immortality, inflammatory response,

18

deregulation of energy metabolism, genomic instability, induction of angiogenesis, and activation of invasion ultimately resulting in metastases.

Genotoxic carcinogens are agents that interact directly or after metabolic activation with DNA, causing mutations and leading to tumor formation. Non-genotoxic carcinogens are a diverse group of chemical compounds that are known to cause tumors by mechanisms other than direct damage to DNA. In a broad sense, carcinogenesis may be induced through either genotoxic or non-genotoxic mechanisms. However, both genotoxic and non-genotoxic carcinogens also cause prominent epigenetic changes (Pogribny and Rusyn, 2013).  Disruption of epigenetic processes can lead to altered gene function and malignant cell transformation. Global changes in the epigenetic landscape are a hallmark of cancer.

The presence of talc particles in the ovaries (deep in the tumor) of some ovarian cancer patients and presence of talc in pelvic lymph nodes provides indirect evidence for talc carcinogenicity (Heller et al., 1996).  Changes in signal transduction pathways that lead to increased and chronic inflammation are also associated with cancer, as are changes in cancer stem cells which have the ability to generate tumors through the processes of self-renewal and differentiation into multiple cell types. Cancer stem cells are thought to play a major role in tumor escape, chemoresistance/recurrence of ovarian cancer. Users of talcum powder have lower plasma levels of anti-MUC1 antibodies than non-users (Karageorgi et al., 2010). MUC1 is a protein highly expressed by ovarian, breast, and endometrial tumors, and low levels of anti-MUC1 antibodies are associated with poorer prognosis.  Reducing immunity to MUC-1 could be one mechanism by which talc increases endometrial and/or ovarian cancer risk (Karageorgi et al. 2010).

## C.    Ovarian Cancer

There are two major categories of ovarian carcinogenesis based on the idea that tumors are heterogeneous: high-grade malignancies that tend to be fast growing and chemo-sensitive, and low-grade neoplasms which typically grow slowly, but are less sensitive to chemotherapy.  The low-grade pathway is associated with a stepwise mutation process, whereas the high-grade develops through genetic instability (Lengyel, 2010).  Ovarian cancer comprises at least five distinct histological subtypes, the most common and well-studied being high-grade serous ovarian cancer. The majority of these tumors arise from the distal end of the fallopian tube and evolve from premalignant lesions called tubal intraepithelial carcinoma (Saad, 2010).  Several risk factors have been associated with increased risk of ovarian cancer and include: low parity, infertility, early age of menarche and late age of menopause.

Multiple mechanisms can explain the progression of ovarian cancer  (Fleming et al., 2006; Fathalla, 2013; Saad, 2010; Smith and Xu, 2008). These mechanisms include: incessant ovulation- whereby repeated damage and trauma to the ovarian epithelium during ovulation increases the risk for genetic mutation and ovarian neoplasm during epithelium repair; pituitary gonadotropin changes- high levels of gonadotropins increase estrogen stimulation which can cause ovarian epithelial cells to become entrapped in inclusion cysts that undergo malignant changes; androgen/progesterone alterations- androgens stimulate ovarian cancer formation and progestins are protective; inflammation- factors that predispose to inflammation, such as endometriosis, PID, perineal talc use and hyperthyroidism could stimulate ovarian cancer. The molecular pathway in the inflammatory process involves intracellular

19

effectors implicated in malignant transformation such as VEGF, NF-κB, nitric oxide synthase, and cyclooxygenase (Williams et al., 1999).

Genetic mutations also play a role in the development of ovarian cancer.  For example, certain mutations in the *BRCA1* or *BRCA2* genes increase a person's risk of developing ovarian cancer.  Both inherited and acquired gene mutations work together to cause cancer.  Even if one has inherited a genetic mutation that predisposes one to cancer, that doesn't mean he or she is certain to get cancer.  Rather, one or more additional gene mutations may be needed to cause cancer. The inherited gene mutation could instead make one more likely to develop cancer when exposed to certain cancer-causing substances.

### D.      Roles of the Immune System

It is well established that inflammation has paradoxical roles during tumor development (Coussens and Werb, 2002). While acute inflammation can be protective against tumors, chronic inflammation provides an environment for the tumor to thrive. The net outcome of tumor-associated inflammation depends on the dominance of either tumor-promoting or tumor-suppressive actions. Inflammation normally functions to maintain tissue homeostasis in response to tissue stressors such as infection or tissue damage. However, studies also suggest a close association between inflammation and tumorigenesis (Rakoff-Nahoum, 2006).

Two stages of inflammation exist, acute and chronic inflammation (Ingersoll, 2011). Acute inflammation is an initial stage of inflammation (innate immunity), which is mediated through the activation of the immune system. This type of inflammation persists only for a short time and is usually beneficial for the host. Acute inflammation (e.g., involving innate immunity, macrophages, natural killer cells, neutrophils) frequently precedes the development of protective adaptive immune responses to pathogens and cancer.

Chronic inflammation, by contrast, has been shown to contribute to tumorigenesis at all stages (Crusz and Balkwill, 2015). It contributes to cancer promotion by inducing cellular proliferation; and to cancer progression by enhancing angiogenesis and tissue invasion. Over time, chronic inflammation can cause DNA damage and lead to cancer.  Inflammation initiated by genital application of talc is likely to be sustained, since studies indicate that women start using talcum powder at an early age and continue using it for decades.

### E.      Ovarian Cancer and Inflammation

Inflammation plays an important role in the progression of ovarian cancer, and it is a biologically plausible mechanism that mediates ovarian cancer.  Recent clinical and prospective data suggest that C-reactive protein (CRP), a marker of global inflammation, is associated with increased ovarian cancer risk (Li, 2017; Poole, 2013; Jing, 2017). Other inflammatory markers may be important in ovarian carcinogenesis. In premenopausal women, ovarian epithelial cells secrete cytokines as part of ovarian function and some of these cytokines are also produced by ovarian cancer cells (Jammal, 2016). Epithelial

20

cells in proximity to ovulating follicles are likely exposed to these inflammatory mediators that may signal oxidative stress, and enhance the risk of mutagenesis. Importantly, cytokines involved in ovarian function, follicle rupture, and repair (physiologic processes before menopause) are suggested to remain activated in postmenopausal women and may play an etiologic role in ovarian carcinogenesis; these cytokines include: interleukin (IL)-1α, IL-1β, IL-2, IL-6, IL-8, IL-10, tumor necrosis factor alpha (TNF-α), interferon gamma (IFN-γ), granulocyte colony- stimulating factor (G-CSF), and granulocyte macrophage colony-stimulating factor (GMCSF). Many inflammatory mediators, including prostaglandins, leukotrienes, and cytokines, are locally elevated during ovulation. Epithelial cells in proximity to ovulating follicles are likely exposed to these inflammatory mediators that may signal oxidative stress, and enhance the risk of mutagenesis. Moreover, IL-8, an important angiogenesis factor, is elevated in ovarian cancer patients and is believed to be a key factor for cancer growth and new vessel formation (Lane, 2011). Additionally, Saed et al. (2017) has reported that oxidative stress can play an important role in the pathogeneis, neoangiogenesis and dissemination of local or distant ovarian cancer.

Endometriosis is a pelvic disorder associated with inflammation and scarring. Studies also link endometriosis with the increased risk of epithelial ovarian carcinoma through pathways related to oxidative stress and inflammation (Melin, 2006; Worley, 2013). Studies indicate that women with endometriosis differ in the expression of inflammatory mediators, and changes in the cytokine network indicating immune dysregulation, which could contribut to the development of endometriosis (Pizzo, 2002). Wu et al. (2009) performed a study to determine the role of talc in the development of ovarian cancer, considering the history of endometriosis. Results demonstrated an increased risk of ovarian cancer with increasing frequency and duration of talc use; compared to never users, risk was highest among long duration, frequent talc users. A history of physician-diagnosed endometriosis was significantly associated with ovarian cancer in risks, and women who were talc users and had a history of endometriosis showed a 3-fold increased risk, and authors concluded risk of ovarian cancer is significantly associated with talc use and a history of endometriosis.

## VIII.   MECHANISM OF INFLAMMATION

Inflammation has long been associated with the development of cancer (reviewed by Heidland, 2006; Balkwill, Mantovani, 2001; Rakoff-Nahoum, 2006; Todoric, 2016). An inflammatory process begins when chemical mediators are released by the damaged tissue. The inflammatory response orchestrates host defenses and mediates tissue repair and regeneration in response to damage from chemical toxicants, foreign organisms or carcinogens. Epidemiological evidence points to a connection between inflammation and a predisposition for the development of cancer, i.e., long-term inflammation leads to the development of dysplasia (abnormal cell growth preceding cancer).

Inflammation is a well-established risk factor for all stages of carcinogenesis and tumor progression (Chow, 2012), including ovarian cancer (Maccio and Madeddu, 2012). Inflammation is a factor in a number of mechanisms regarding the etiology of epithelial ovarian cancer and a contributor to

21

ovarian tumor development and tumor progression (reviewed in Ness, 1999). Inhibition of inflammatory cytokines in the tumor milieu acts on inflammatory-induced angiogenesis and apoptosis and improves prognosis.      In a review paper by Ness and Cottreau (1999), talc and asbestos are discussed as risk factors for ovarian cancer, along with endometriosis and pelvic inflammatory disease which are all associated with induction of local cancer.

### A.      Cytokine Networks

The cytokine networks are very active in producing pro-inflammatory cytokines, growth factors, and chemokines, all of which are molecules active in immune system signalling. There is evidence that inflammatory cytokines and chemokines, which are produced by tumor cells and/or tumor-associated leukocytes, may contribute directly to malignancy. Tumor necrosis factor (TNF)-alpha, a major mediator of inflammation, has actions directed towards both tissue destruction and recovery. TNF can be detected in malignant and/or stromal cells in human ovarian, breast, prostrate, bladder and colorectal cancer, lymphomas and leukemias and often is associated with IL- 1 and -6 and macrophage colony stimulating factor. TNF-α is also implicated in the induction of a chemokine called MCP-1 which can regulate the macrophage and lymphocyte infiltrate and of MMP-9 in the ovarian tumor microenvironment. There is also evidence for pro-cancer actions of TNF-α in animal models. The molecular basis is thought to involve induction of ROS in the form of NO synthase. NO can directly oxidize DNA, resulting in mutagenic changes, and may damage some DNA repair proteins. Inducible NO synthase has been detected in gynegological cancers, including ovarian cancer.

### B.      Macrophages

The neoplastic process which consists of proliferation, survival and migration is linked with the tumor microenvironment and synchronized with the influx of inflammatory cells, including neutrophils and macrophages which are a main source of exogenous reactive oxygen species (ROS) (Forman and Torres, 2002). Macrophages and the innate immune system can be responsible for tissue injury, when in excess or continuous.

This can also indicate macrophage activation leading to excess production of other macrophage-generated mediators, including cytokines. Macrophages can engulf talc particles and play a critical role in disease. Moreover, macrophages are the major constituents in granulomas.  Talc can promote murine macrophage survival and DNA synthesis *in vitro* (Hamilton, 2001). Such enhancement of macrophage survival by talc, if it occurred *in vivo,* could lengthen the cells' tenure in a lesion with the result that more cells would be present to produce inflammatory mediators, such as cytokines, proteinases, and eicosanoids, perhaps potentiated by additional stimuli. This could be another mechanism as to how macrophage cell numbers increase in talc-induced granulomas and inflammatory reactions.

In a 2005 *in vitro* study (Bogatu and Contag, 2005), talc (as a fibrogenic dust) was shown to adsorb high density lipoprotein (HDL). The authors concluded that the adsorption of HDL could have a "causal relationship" with triggering of a fibrotic reaction. The adsorption on the surface of fibrogenic dust particles, including talc provides an opportunity for the intake of HDL by macrophages which then

release an increased amount of fibrogenic mediators. Coating of talc by HDL allows for more rapid uptake by the macrophage as it can use multiple receptors as points of entry into the cell. In general, surfaces of all fibrogenic particles, such as talc, have a specific property which is lacking in non-fibogenic (inert) particles or is at least significantly less effective. However, even upon overloading, non-fibrogenic dusts cannot produce fibrosis.

In another study (Ghio et al., 2012), both mesothelial and airway epithelial cells exposed to talc significantly increased iron importation and concentration of the iron storage protein, ferritin. The production of pro-inflammatory cytokines was also induced by *in vitro* talc exposure relative to control lung tissue, and a time-dependent and concentration-dependent release of oxidents was observed in both cell types. Talc toxicity was also observed in an *in vitro* study comparing effects of micro-scale talc particles with those of smaller nanotalc particles on lung cells (Akhtar, 2010). Cell viability was decreased for all talc exposures, and decreased as a function of talc concentration, origin and particle size. Nanotalc particles differentially induced lipid peroxidation, reactive oxygen species and depletion of the anti-oxidant, glutathione.  Further, data suggests that talc toxicity was mediated through oxidative stress.

A study by Khan et al. (2011) demonstrated that nanoscale talc, as opposed to larger talc particles enhanced its cytotoxicity. In this study, macrophages exposed to nanotalc increased the manufacture (transcription) of three macrophage-released pro-inflammatory cytokines and the phosphorylation of two signal transduction pathways.  The authors indicated that the inflammatory potential of nano talc particles might be (at least partially) a potential mechanism in talc-mediated pathogenicity.

An early study (Davies et al., 1983) in which the cytotoxicity of seven talcs was evaluated using rat peritoneal macrophage demonstrated modest, but consistent macrophage cytotoxicity visualzed by an increase in macrophage production of two enzymatic cell injury markers including lactate dehydrogenase (LDH) and B-glucuronidase (compared to *in vitro* treatment with a non-fibrogenic dust. This study points to the potential of talc to "activate" macrophage leading to increased production of macrophage-released mediators including pro-inflammatory cytokines. Some investigators have suggested such *in vitro* macrophage changes could predict fibrogenicity *in vivo*. Based on talc chemical analyses, the authors concluded that effects on macrophages were not due to contaminating minerals.

In a molecular cell study by Shukla et al. (2009), non-fibrous-containing talc at low concentrations caused increased expression of the gene Activating Transcription Factor (ATF genes modulates production of pro-inflammatory cytokines and growth factors in human lung cells) in cultured mesothelial cells at 8 hr and no changes at 24 hr, whereas expression levels of 30 genes were elevated at 8 hr at high talc concentrations.

Tumor necrosis factor (TNF)-α is a cell signaling protein produced by macrophages, primarily involved in the regulation of immune cells.  Pre-diagnostic serum levels of 46-inflammation –related biomarkers were measured in 149 incident ovarian cancer cases and matched controls. As his been discussed in several aforementioned sections of this Report, C-reactive protein (CRP), IL-1-α and TNF-α proved to all be significantly elevated and associated with increased cancer risk. In analyses restricted to serous ovarian cancer (n=83), the associations with CRP and IL-8 remained or strengthened. Thus, IL-8

23

can also be considered an inflammatory biomarker of ovarian cancer (Trabert et al., 2014), again demonstrating talc's action as an inflammatory agent.  Iron and its homeostasis are intimately tied to the inflammatory response (Wessling-Resnik, 2010).  Talc has been shown to modulate TNF- α and IL-6 production by its binding to iron (Ghio, 2011). TNF-α, like CRP, is a marker of various inflammation processes. TNF-α has been shown to play a role in later steps of carcinogenesis. For example, NF-κB activation by TNF- α is involved in neoplastic transformation, proliferation, and tumor survival. In addition, in ovarian cancer cells, TNF-α enhances cell migration and metastasis through the action of NF-κB. TNF-α was positively associated with ovarian cancer in case-control studies using serum samples collected at diagnosis.

### C.    Role of Oxidants in Ovarian Cancer

The chronic inflammatory states associated with infection and irritation may lead to environments that foster genomic lesions and tumor initiation. One effector mechanism by which the host system responds to insult is production of free radicals such as reactive oxygen species (ROS), hydroxyl radical (OH•) and superoxide (O$_2$-•) and reactive nitrogen species (RNS), nitric oxide (NO•) and peroxynitrite (ONOO). Primarily thought to be anti-microbial, these molecules form due to the activities of host enzymes such as myeloperoxidase, NADPH oxidase, and nitric oxide, which are regulated by inflammatory signaling pathways. Importantly, ROS and RNS lead to oxidative damage and nitration of DNA bases which increase the risk of DNA mutations.

During inflammation, macrophages, mast cells and neutrophils are recruited to the site of damage, which leads to a 'respiratory burst' due to an increased uptake of oxygen, and thus, an increased release and accumulation of ROS at the site of damage. A sustained inflammatory/oxidative environment leads to a vicious circle, which can damage healthy neighboring epithelial and stromal cells and over a long period of time may lead to carcinogenesis. Oxidative stress can also activate a variety of transcription factors. Activation of these transcription factors can lead to the expression of over 500 different genes, including those for growth factors, inflammatory cytokines, chemokines, cell cycle regulatory molecules, and anti-inflammatory molecules that can also be linked to cancer. Under a sustained environmental stress, ROS are produced over a long time, and thus significant damage may occur to cell structure and functions that could induce neoplastic transformation. In general, the longer the inflammation persists, the higher the risk of cancer.

Following an inflammatory stimulus, initiation of carcinogenesis mediated by ROS may be direct (oxidation, nitration, halogenation of nuclear DNA, RNA, and lipids), or mediated by the signaling pathways activated by ROS (Reuter, 2010; Saed, 2011; Saed, 2017). Hydrogen peroxide plays an important role in carcinogenesis because it is capable of diffusing through cell membranes and producing many types of cell injury. NO is another free radical implicated in carcinogenesis (Saed, 2017). iNOS, calcium-independent isoform, produces large amounts of NO and is only expressed during inflammation. ROS can specifically activate certain signaling pathways and thus contribute to tumor development through the regulation of cellular proliferation, angiogenesis, and metastasis.

24

## 1.        Talc-Induced Inflammation and Oxidative Stress

Even a single dose of a carcinogen can produce effects that are adverse to cells and tissue at the site of exposure. *In vitro* studies provide a safe and effective vehicle by which to measure those effects in a controlled environment.

Carcinogenic potential of any compound can be determined by performing a well-established methodology called a neoplastic cell transformation assay. In a 2007 study by Buz'Zard, two human ovarian cell culture lines were treated in vitro with talc from 24 to 120 hr (Buz'Zard, 2007). Another group of talc-treated cells were also treated with a specific anti-inflammatory inhibitor to determine whether talc produced transformation through the production of inflammation.  Following talc treatment of both ovarian cell types, the cells' ability to grow in suspension, a key characteristic of neoplastically transformed cells, was measured - non-neoplastically-transformed normal cells cannot grow in suspension.  Results showed that treatment with talc can transform ovarian cells which further demonstrates the carcinogenic potential of talc. As anti-inflammatory treatment reduced formation of ROS and number of transformed colonies, a relationship between cell transformation and inflammation was demonstrated.  Interestingly, exposure of ovarian cells to talc also increased ROS generation in this study in a time and dose-dependent manner. These effects could be linked with neoplastic changes as chronic inflammation is associated with cancer induction and ROS are often seen as a component of the tumor microenvironment. Human neutrophils exposed to talc in this study also increased ROS generation significantly compared to control phagocytes.

In a study carried out by Keskin in 2009, rats exposed to talc produced an increase in ovarian follicles which could be related to the " ovulation theory" associated with ovarian cancer, thus demonstrating a plausible mechanism for talcum powder-induced ovarian cancer.

Recent data demonstrates the importance of oxidative stress in ovarian cancer.  The effects of talcum powder exposure on oxidative stress levels in normal ovarian epithelial cells, ovarian epithelial cells and cancerous ovarian epithelial cells were measured (Saed, 2017; Fletcher, 2018 (abstract)).  Studies indicate that epithelial ovarian cancer manifests a persistent pro-oxidant state through alteration of the redox balance by the up-regulation of several oxidant enzymes in epithelial ovarian caner tissues (Saed, 2018).  Advancing similar work, i n a recently accepted abstract, Harper and Saed report a mechanism by which talc enhances the pro-oxidant state in normal (ovarian and tubal) and ovarian cancer cells, through induction of gene point mutations (corresponding to known  specific single nucleotide polymorphisms - SNPs)  in key oxidant enzymes, altering their activities (Harper and Saed, 2018).

Emerging science by Fletcher (2018) demonstrated that talc-treated ovarian cancer cell lines and normal ovarian epithelial cells showed a marked increase in mRNA levels of pro-oxidant enzymes, including iNOS and MPO. This shift to a pro-oxidant environment indicates oxidative stress as early as 24 hours after exposure.  These recent facts provide strong support for the ability of talc to produce an oxidant state that leads to inflammation and in turn epithelial ovarian cancer.  This latter study shows that talcum powder enhances the redox state as part of the inflammatory cascade in both normal ovarian

25

epithelial cells and in ovarian cancer cells, revealing a plausible mechanistic underpinning for talc-induced ovarian cancer.

Another study by the same authors showed that talcum powder exposure increased levels of the cancer antigen, CA-125, in both normal ovarian cells and ovarian cancer cells.  (Fletcher and Saed, 2018). CA-125 is an antigen that is elevated in some patients with specific types of cancers, and is used as a biomarker for ovarian cancer detection, providing further information about talcum powder's carcinogenic properties.

In a study by Shim et al. (2015), inhalation of talc revealed infiltration of macrophages and the increased expression of the antioxidant, superoxide dismutase indicating oxidative stress in rats. Moreover, in the same study inhalation of talc demonstrated macrophage aggregations and oxidative damage in the lungs. Intrapleural injection of talc particles produced an acute serum inflammatory response, more pronounced with smaller particles (Genofre et al., 2009). In addition, talc exposure induced vasoconstriction in the brain via the action of superoxide anions (Mori et al., 1995). Non-fibrous talc at low *in vitro* exposure concentrations caused increased expression of transcription factors associated with the inflammatory process in a time and dose-dependent manner (Shukla et al., 2009). Nano-talc exposure enhanced the production of pro-inflammatory cytokines by macrophages *in vitro* (Khan et al., 2011). Also, pre-treatment of macrophage (prior to talc exposure) with inflammatory signal transduction inhibitors reduced TNF mRNA stability demonstrating their role in TNF mRNA stabilization and expression (Khan et al., 2011).

In an epidemiological study, talc exposure was significantly associated with ovarian cancer in women who lacked a specific anti-oxidant genotype (glutathione-S transferase M1/T1) (Gates et al., 2008). Finally, talc exposure increases COX2, an enzyme that plays a critical role in inflammation (Pace et al., 2006).

At high concentrations or chronic exposure, ROS can damage cellular macromolecules and contribute to neoplastic transformation and/or tumor growth.  Other likely manifestations of talc-induced inflammation include reduced fibrinolysis, activation of neutrophils and macrophages and increased production of cytokines and growth factors, and these have been suggested to occur in the peritoneum in response to contamination by surgical glove powder (Merritt et al., 2008).

*In sum, inflammation is a primary mediator of ovarian cancer.  As the scientific studies outlined above demonstrate, talcum powder products cause inflammation that can result in an elevation of biomarkers; changes in cell signaling; activation of chemokines and cytokines; changes in the oxidative environment; gene alterations and/or mutations; inhibition of apoptosis and induces neoplastic transformation and prolifearation (i.e., cancer). This talcum powder-induced inflammatory cascade provides significant biologic and toxicologic support for a conclusion that talcum powder products can cause ovarian cancer.*

### D.        Iron-Facilitated Inflammation

Talc particles can bind iron and iron facilitates inflammation and ROS production; surfaces of silicates including talc has a net negative charge on the surface which generates a capacity for the adsorption and exchange of cations like iron which has a high affinity for oxygen-donor ligands. According to J&J documents from Luzenac America Technical Center, heavy metal analyses on Grade 66 Non-Shear Disk Test Run samples demonstrated very high levels of iron (15,200 – 21,500 mg/kg) that could cause oxidative stress and an inflammatory response. Multiple studies have demonstrated that exposure to talc disrupts iron homeostasis, oxidative stress, and causes a fibro-inflammatory response (Akhtar et al., 2010; Ghio et al., 1992; Ghio et al., 2012). Talc exposure significantly increases iron importation and concentrations of ferritin (iron storage protein). The accumulation of iron, the accompanying oxidative stress, and inflammatory events after exposure to talc are comparable to those with other forms of particulate matter. The capacity of talc particles to support the *in vitro* generation of oxidants in an acellular environment was significantly affected by the concentration of associated iron, with talc-Fe producing a significantly greater signal for lipid peroxidation relative to talc alone (Akhtar, 2010). This relationship is supported by inhibition of the effect by addition of a metal chelator and a hydroxyl radical scavenger. The disruption of cell iron homeostasis is frequently associated with oxidative stress and inflammation.

### IX.      SUMMARY OF OPINIONS

I hold the following opinions to a reasonable degree of scientific certainty:

1. Based on the scientific literature and the testing results that I have seen by Defendants and Drs. Longo and Rigler, it is my opinion that talcum powder products, including Johnson's Baby Powder and Shower to Shower, may contain known carcinogens, including asbestos, fibrous talc, and heavy metals. In addition, these products contain fragrance chemicals, many of which are inflammatory agents, toxicants, or potential carcinogens.

2. Talcum powder can reach the ovaries through two routes with anticipated use: 1) perineal application (dermal) with migration/transport through the genital tract via the vagina, uterous, and fallopian tubes; and, 2) inhalation of talcum powder particles. Through either route, talcum powder and its constituents could reach the lymphatic system and bloodstream.

3. Exposure to talcum powder products causes an inflammatory tissue reaction which may result in the following:
   a. Elevation of increased inflammatory markers;
   b. Changes in cell signaling;
   c. Activation and/or release of chemokines and cytokines;
   d. Changes in the oxidative environment;
   e. Gene alterations and/or mutations; and
   f. Inhibition of apoptosis; and

27

g.   Neoplastic transformation and proliferation

4.   Based on knowledge of the carcinogenic components of talcum powder products, the potential of the powder, with its components, to reach the ovaries and the resultant inflammatory tissue response, it is biologically plausible for talcum powder products to cause ovarian cancer.

I reserve the right to amend or modify this report as new information becomes available.  I have not testified in litigation over the previous 4 years.  I am charging $ 350 per hour for my work on this matter.

# Exhibit A

**JUDITH TERRY ZELIKOFF, Ph.D.**
**Tenured Professor**

229 Mulberry Road
Ramsey, NJ 07446
H: (201)-934-6777
W: (845)-731-3528
Email: Judith.zelikoff@nyumc.org

## EDUCATION

**1973:**    Bachelor of Science (**Biology**)
           Upsala College
           East Orange, NJ

**1976:**    Master of Science (**Microbiology**)
           Farleigh Dickinson University
           Department of Biology
           Teaneck, NJ,
           in conjunction with,
           UMDNJ-New Jersey Medical School
           Department of Neuroscience
           Newark, NJ
           **Thesis Dissertation:**  Herpes Simplex Virus-IgM Specific Antibodies in
           Guillian-Barre Syndrome

**1982:**    Doctor of Philosophy (**Experimental Pathology**)
           UMDNJ-New Jersey Medical School
           Department of Pathology
           Newark, NJ
           **Thesis Dissertation**:  Cytoskeletal Modifications of Human Fibroblasts
           that Occur During a Complement-Dependent Cytotoxic Antibody
           Response

## PROFESSIONAL EXPERIENCE

**1982-Present:**    *NEW YORK UNIVERSITY SCHOOL OF MEDICINE*
           Institute of Environmental Medicine
           Tuxedo, NY

    **2005- Present: <u>Tenured Professor</u>**
        *Laboratory of Pulmonary & Systemic Toxicology*

        <u>Developmental Immunotoxicology</u>: Effects of fetal insults on later life
        immune-related diseases in the offspring.

        <u>Pulmonary Immunotoxicology:</u> Characterization of inhaled metal, gaseous,
        and airborne pollutant mixtures including woodsmoke and tobacco smoke,
        on pulmonary immune defense mechanisms and host resistance against
        infectious disease and asthma.

Environmental Toxicology/Ecoimmunotoxicology: Effects of aquatic pollutants on the immune responses of fish; development of immune biomarkers.  Alternate animal models for immunotoxicological studies.

**1995-2005: <u>Associate Professor </u> (Tenured in 1997)**
*Laboratory of Systemic Toxicology*

**1989-1995: <u>Assistant Professor</u>**
**1986-1989:  <u>Research Assistant Professor</u>**
*Laboratory of Pulmonary Biology*
*Laboratory of Environmental Toxicology*

Environmental Toxicology: Characterization of aquatic pollutants and immune defense mechanisms of fish. Studies concerning drug bioaccumulation and metabolism in different fish species.

Inhalation/Pulmonary Toxicology: Effects of ambient pollutants on macrophage metabolism and immune function.

**1984-1986: <u>Associate Research Scientist</u>**
*Laboratory of Environmental Toxicology*

Genetic Toxicology: Clastogenic/mutagenic effects of complex environmental mixtures.

Cell Biology: Establishment of primary cultures for assessing the toxicity of environmental contaminants *in vitro.*

**1982-1984: <u>NIH (NHLBI) Post-Doctoral Fellow</u>**
*Laboratory of Environmental Toxicology*

Genetic Toxicology: Development of short-term *in vitro* bioassays to detect                carcinogens, promoters and co-carcinogens in complex environmental                        mixtures.

**1977-1978: *PFIZER PHARMACEUTICAL***
*Laboratory of Chemical Carcinogenesis*
Maywood, NJ

**<u>Assistant Research Scientist</u>**
Laboratory studies using animal models and *in vitro* mammalian cell systems to investigate chemical- and viral-induced carcinogenesis.

**1974-1975:** *VA HOSPITAL /UMDNJ-NEW JERSEY MEDICAL SCHOOL*
Department of Neuroimmunology
East Orange, NJ

**<u>Associate Research Scientist</u>**
Laboratory studies investigating the etiology of viral-induced neuropathologies

## TEACHING EXPERIENCE - NATIONAL

**1990-Present:**      *NEW YORK UNIVERSITY SCHOOL OF MEDICINE*
Department of Environmental Medicine
Tuxedo, NY
**Graduate Courses**
- o  Global toxicology & community health (NYU Global College of Public Health: Organizer/Director, Fall, 2018; offered every year)
- o  Environmental Immunotoxicology (Organizer/Director, 1993-present)
- o  Organ System Toxicology (Director, 2001-present)
- o  Toxicology (Biology-cross linked: Director, 2010 – present)
- o  Communication Skills (Lecturer; 2010-present)
- o  Principles of Toxicology (Lecturer; 1992-present)
- o  Environmental Physiology of the Respiratory Tract (Lecturer; 1992– 1994)

**1979-1994:**   *WILLIAM PATERSON COLLEGE*
Department of Biology
Wayne, NJ

Adjunct Professor
**Undergraduate Courses**
- o  Microbiology lecture and laboratory (1979 - 1984)
- o  Human biology lecture and laboratory (1979 - 1994)

**1991-1994:**      *ROCKLAND COMMUNITY COLLEGE*
Department of Biology
Suffern, NY

Adjunct Professor
**Undergraduate Courses**
- o  Microbiology lecture and laboratory

**1979-1982:**   *SETON HALL UNIVERSITY*
Department of Biology
South Orange, NJ

Research Scientist/Graduate Assistant
-Laboratory studies in immunopathology, virology, viral immunology, and microbiology

- **Undergraduate and Graduate Courses**
- o  Bacteriology lecture and laboratory
- o  Advanced Microbiology
- o  Cell biology/Virology techniques

**1976-1979:**   *FAIRLEIGH DICKINSON UNIVERSITY*
Department of Biology
Teaneck, NJ

Adjunct Professor
**Undergraduate and Graduate Courses**
- o  General biology lecture and laboratory

- o  Human genetics
- o  Immunology

## TEACHING EXPERIENCE - INTERNATIONAL

**2013-present**   *UNIVERSITY OF PORT HARCOURT (Port Harcourt, Nigeria)*
Dept. of Toxicology
Lecturer in graduate toxicology course

**2002-present:** *CHULABHORN RESEARCH & GRADUATE  INSTITUTE (Professor, Course Director)*
Department of Toxicology
Bangkok, Thailand
**Graduate Course (3 weeks- given every even year)**
- o  Environmental Immunotoxicology and Reprotoxicology

**1999**       **1999-2000:**    *UNIVERSITY OF TASMANIA (Adjunct Professor)*
Department of Environmental Toxicology
Tasmania, Australia
**Graduate Course (2 weeks)**
- o  Fish Immunology & Immunotoxicology (Organizer/Director; Lecture and Lab)

**1999-2000***:*   *LINCOLN UNIVERSITY*
Department of Environmental Health Sciences
Christ Church, New Zealand
**Graduate Course (2 weeks)**
- o  Fish Immunology & Immunotoxicology (Organizer/Director; Lecture and Lab)

## HONORS AND AWARDS
- 2018 – Society of Toxicology (SOT), Education Award
- 2015 – SOT, Women in Toxicology Mentorship Award
- 2013 – West African SOT (WASOT), Distinguished Recognition
- 2012 - 2014, SOT, Distinguished Service as SOT Secretary
- 2012 - SOT, Global Senior Scholar Host Award
- 2012 – SOT, Career Achievement Award in Immunotoxicology
- 2008 – Mid-Atlantic Chapter Society of Toxicology, President

## PUBLICATIONS
*Peer-reviewed Journals (In ascending order)*

1. Ende, N., E.V. Orsi, F. Buechel, N.Z. Baturay and **J.T. Zelikoff.**  Antibodies to synovial derived cells in patients undergoing artificial prosthesis transplants. *J. Orthopedic Res.* 3: 78-83 (1985).

2. **Zelikoff, J.T**., J.M. Daisey, K. Traul and T.J. Kneip. Balb/c 3T3 cell transformation response to organic extracts of airborne particulate matter as seen by their survival in aggregate form. *Mutat. Res.* 144: 107-116 (1985).

3. **Zelikoff, J.T**., N. Atkins, T.G. Rossman and J.M. Daisey. Cytotoxicity of fine particles with and without absorbed polycyclic aromatic hydrocarbons using Chinese hamster lung cells (V79). *Environ. Internat.* 11: 331-339 (1985).

4.    **Zelikoff, J.T**., N. Atkins and S. Belman. Stimulation of cell growth and proliferation in NIH-3T3 cells using onion and garlic oil. *Cell Biol. Toxicol.* 2: 369-378 (1986).

5.    Ende, J., J. Grizzanti, E.V. Orsi, P.P. Lubanski, R.C. Amarusso, L.B. Reichman and **J.T. Zelikoff.** Sarcoid and cytotoxic lung antibodies. *Life Sciences* 39: 2435-2440 (1986).

6.    Rossman, T.G., **J.T. Zelikoff,** S. Agarwal and T.J. Kneip. Genetic toxicology of metal compounds: An examination of appropriate cellular models. *Toxicol. Environ. Chem.* 14: 251-262 (1987).

7.    Squibb, K.S., C.M.F. Michel, **J.T. Zelikoff** and J.M. O'Connor. Kinetics and metabolism in the channel catfish *Ictalurus punctatus. Veterinary Human Toxicol.* 34: 620 (1988).

8.    **Zelikoff, J.T**., J.H. Li, A. Hartwig and T.G. Rossman. Genetic toxicology of lead compounds. *Carcinogenesis* 9: 1727-1732 (1988).

9.    Schlesinger, R.B., A.F. Gunnison and **J.T. Zelikoff.** Modulation of pulmonary eicosanoid biosynthesis following exposure to sulfuric acid. *Fundam. Appl. Toxicol.* 15: 151-162 (1990).

10.   Schlesinger, R.B., K.E. Driscoll, A.F. Gunnison and **J.T. Zelikoff.** Pulmonary arachadonic acid metabolism following acute exposures to ozone and nitrogen dioxide. *J. Toxicol. Environ. Health* 31: 275-290 (1990).

11.   Schlesinger, R.B., L.C. Chen and **J.T. Zelikoff.** Comparative potency of inhaled acidic sulfate aerosols: The influence of specific components and the role of H$^+$ ions. *Environ. Res.* 52: 210-224 (1990).

12.   Schlesinger, R.B., P.A. Weideman and **J.T. Zelikoff.** Effects of repeated exposure to ozone on respiratory tract prostanoids. *Inhal. Toxicol.* 3: 27-36 (1991).

13.   **Zelikoff, J.T.**, N.A. Enane, D. Bowser, K.S. Squibb and K. Frenkel. Development of fish peritoneal macrophages as a model for higher vertebrates in immunotoxicological studies.  I. Characterization of trout macrophage morphological, functional and biochemical properties. *Fundam. Appl. Toxicol.* 16: 576-589 (1991).

14.   **Zelikoff, J.T**., G.L. Kreamer, M.C. Vogel and R.B. Schlesinger. Immunomodulating effects of ozone on macrophage functions important for tumor surveillance and host defense of the lung. *J. Toxicol. Environ. Health* 34: 449-467 (1991).

15.   Costa, M., N.T. Christie, O. Cantoni, **J.T. Zelikoff**, X.W. Wang and T.G. Rossman. DNA damage by mercury compounds:  An overview. Proc. of Advances for Mercury Toxicology. In *Advances in Mercury Toxicology* (T. Suzuki, Ed.), Plenum Press, NY.  pp. 255-273 (1991).

16.    Schlesinger, R.B., **J.T. Zelikoff,** L.C. Chen and P.L. Kinney. Assessment of toxicologic interactions resulting from acute inhalation exposure to sulfuric acid and ozone mixtures. *Toxicol. Appl. Pharmacol.* 115(2): 183-190 (1992).

17.    **Zelikoff, J.T**. and R.B. Schlesinger. Immunomodulation by sulfuric acid aerosol: Effects on pulmonary macrophage-derived tumor necrosis factor and superoxide production. *Toxicology* 76: 271-281 (1992).

18.    Cohen, M.D., E. Parsons, R.B. Schlesinger and **J.T. Zelikoff.** Immunotoxicity of *in vitro* vanadium exposure:  Effects on interleukin-1, tumor necrosis factor, and prostaglandin E2 production by macrophages. *Int. J. Immunopharmacol. Immunotoxicol.*  15: 437-446 (1993).

19.    **Zelikoff, J.T**. Metal pollution-induced immunomodulation in fish. *Ann. Rev. Fish Dis.* 2: 305-325 (1993).

20.    **Zelikoff, J.T.**, E. Parsons and R.B. Schlesinger. Immunomodulating activity of inhaled particulate lead oxide disrupts pulmonary macrophage-mediated functions important for host defense and tumor surveillance in the lung. *Environ. Res.*  62: 207-222 (1993).

21.    Enane, N.A., K. Frenkel, J.M. O'Connor, K.S. Squibb and **J.T. Zelikoff.** Fish macrophages as an alternative model for mammalian phagocytes. *Immunol.*, 80: 68-72 (1993).

22.    **Zelikoff,** J.T., R. Smialowicz, P.E. Bigazzi, R.A. Goyer, D.A. Lawrence, H.I. Maibach and D. Gardner.  Immunomodulation by metals. *Fund. Appl. Toxicol.* 22: 1-8 (1994).

23.    Bowser, D., K. Frenkel and **J.T. Zelikoff**. Effects of *in vitro* nickel exposure on macrophage-mediated immunity in rainbow trout. *Bull Environ. Cont. Toxicol.* 52: 367-373 (1994).

24.    Schlesinger, R.B., H. El-Fawal, **J.T. Zelikoff,** J.E. Gorczynski, T. McGovern, C.E. Nadziejko, and L.C. Chen. Pulmonary effects of repeated episodic exposures to nitric acid vapor alone and in combination with ozone. *Inhal. Toxicol.*  6: 21-41 (1994).

25.    Cohen, M.D., Z. Yang and **J.T. Zelikoff**. Immunotoxicity of particulate lead: *In vitro* exposure alters pulmonary macrophage tumor necrosis factor production and activity. *J. Toxicol. Environ. Health*  42: 377-392 (1994).

26.    **Zelikoff, J.T**., M. Sisco, Z. Yang, M.D. Cohen and R.B. Schlesinger. Immunotoxicity of sulfuric acid aerosol: Effects on pulmonary macrophage effector and functional activities critical for maintaining host resistance against infectious diseases. *Toxicology*  92: 269-286 (1994).

27.    **Zelikoff, J.T.**, J.E. Bertin, R.K. Miller, S. Tabacova, E.S. Hunter, E.K. Silbergeld, T.M. Burbacher, and J. Rogers. Health risks associated with prenatal metal exposure. *Fund. Appl. Toxicol.* 25: 161-170 (1995).

28.    **Zelikoff, J.T.**, K. Squibb, D. Bowser and K. Frenkel. Immunotoxicity of low level cadmium exposure in fish: Alternative animal models for immunotoxicological studies. *J. Toxicol. Environ Health*  45:235-248 (1995).

29. Cohen, M.D., T.P. McManus, Z. Yang, Q. Qu, R.B. Schlesinger, and **J.T. Zelikoff**. Vanadium alters macrophage interferon-gamma interactions and interferon-inducible responses. *Toxicol. Appl. Pharmacol.* 138: 110-120 (1996).

30. Cohen, M.D., **J.T. Zelikoff,** T.P. McManus, Q. Qu, and R.B. Schlesinger. Effects of ozone upon macrophage-interferon-gamma interactions. *Toxicology* , 114: 243-252 (1996).

31. Cohen, M.D., Z. Yang, **J.T. Zelikoff**, and R.B. Schlesinger. Pulmonary immunotoxicity of inhaled ammonium metavanadate in Fisher-344 rats. *Fund. Appl Toxicol.* 33: 254-263 (1996).

32. Cohen, M.D., S. Becker, R. Devlin, R.B. Schlesinger, and **J.T. Zelikoff.** Effects of vanadium upon polyI:C-induced responses in rat lung and alveolar macrophage. *J. Toxicol. Environ. Health* 51: 591-608 (1997).

33. **Zelikoff, J.T**., M. Sisco, M.D. Cohen, Y. Tsai, P.E. Morrow, M.W. Frampton, M.J. Utell, and R.B. Schlesinger. Effects of inhaled sulfuric acid aerosols on pulmonary immunocompetence: A comparative study in humans and animals. *Inhal. Toxicol.* 9: 731-752 (1997).

34. Rodgers, K., P. Klykken, J. Jacobs, C. Frondoza, V. Tomazic, and **J.T. Zelikoff.** Immunotoxicity of medical devices. *Fund. Appl. Toxicol.* 36:1-14 (1997).

35. Luebke, R.W., P.V. Hodson, M. Faisal, P.S. Ross, K.A. Grasman, and **J.T. Zelikoff.** Aquatic pollution-induced immunotoxicity in wildlife species. *Fund. Appl. Toxicol.* 37:1-15 (1997).

36. Anderson, M.J., M.G. Barron, S.A. Diamond, J. Lipton, and **J.T. Zelikoff**. Biomarker selection for restoration monitoring of fishery resources. ASTM STP 1317 (F. J. Dwyer, T.R. Doane, M.L. Hinman, Eds.), American Society for Testing and Materials. pp. 333 - 359 (1997).

37. Cohen, M.D., J.T. **Zelikoff,** L.C. Chen, and R.B. Schlesinger. Pulmonary retention and distribution of inhaled chromium: Effects of particle solubility and co-exposure to ozone. *Inhal. Toxicol.* 9:843-865 (1997).

38. **Zelikoff, J.T**. Biomarkers of immunotoxicity in fish and other non-mammalian sentinel species: Predictive value for mammals. *Toxicology* 129:63-71 (1998).

39. Cohen, M.D., **J.T. Zelikoff,** L.C. Chen, and R.B. Schlesinger. Immunological effects of inhaled chromium alone and in combination with ozone. *Toxicol. Appl. Pharmacol.* 152:30-40 (1998).

40. Beaman, J.R., R. Finch, H. Gardner, F. Hoffman, A. Rosencrance, and **J.T. Zelikoff.** Mammalian immunoassays for predicting the toxicity of malathion in a laboratory fish model. *J. Toxicol. Environ. Health* 56:523-542 (1999).

41. **Zelikoff, J.T**., A. Raymond, E. Carlson, Y. Li, J.R. Beaman, and M. Anderson. Biomarkers of immunotoxicity in fish: From the lab to the ocean. *Toxicol. Lett.* 112-113:325-331 (2000).

42.    Barron, M.G., M. Anderson, D. Beltman, T. Podrabsky, W. Walsh, D. Cacela, J. Lipton, S.T. Teh, D. Hinton, **J.T. Zelikoff,** A.L. Dikkeboom, B.A. Lasee, S.K. Woolley, D.E. Tillitt, M. Holey, P. Bouchard, and N. Denslow. Association between PCBs, liver lesions, and biomarker responses in adult walleye (*Stizostedium vitreum vitreum*) collected from Green Bay, Wisconsin. *J. Great Lakes Res.* 3:156-170 (2000).

43.    Cohen, M.D., M. Sisco, Y. Li, and **J.T. Zelikoff,** and R.B. Schlesinger. Immunomodulatory effects of ozone upon *in situ* cell-mediated responses in the lungs. *Toxicol. Appl. Pharmacol.* 171:71-84 (2001).

44.    Sweet, L.I., and **J.T. Zelikoff.** The toxicology and immunotoxicology of mercury: A comparative review in fish and humans. *J. Toxicol. Environ. Health*-B 4:161-205 (2001).

45.    Palchaudhuri, S., A. Raymond, E. Carlson, Y. Li, and **J.T. Zelikoff.** Cytotoxic and cytoprotective effects of selenium on bluegill sunfish (*Lepomis macrochirus*) phagocytic cells *in vitro*. *Bull. Environ. Contam. Toxicol.* 67:672-679 (2001).

46.    **Zelikoff, J.T.**, E. Carlson, Y. Li, A. Raymond, and J. Duffy. Immunotoxicity biomarkers in fish: Development, validation, and application for field studies and risk assessment. *Human and Ecotoxicol. Risk Assess.* 8:253:263 (2002).

47.    Carlson, E., Y. Li, and **J.T. Zelikoff.** Exposure of Japanese medaka (*Oryziaslatipes*) to benzo(a)pyrene suppresses immune function and host resistance against bacterial challenge. *Aquat. Toxicol.* 56:289-301 (2002).

48.    Schlesinger, R.B., M.D. Cohen, T. Gordon, C. Nadziejko, J.T. Z**elikoff,** M. Sisco, J.F. Regal, and M. Ménache. Ozone differentially modulates airway responsiveness in atopic vs nonatopic guinea pigs. *Inhal. Toxicol.* 14:431-457 (2002).

49.    **Zelikoff, J.T.,** M.D. Cohen, L.C. Chen, and R.B. Schlesinger. Toxicology of Woodsmoke. *J. Toxicol. Environ. Health - Part B.* 5 (3):269-282 (2002).

50.    Cohen, M.D., M. Sisco, K. Baker,Y. Li, D. Lawrence, H. van Loveren, **J.T. Zelikoff,** and R.B. Schlesinger. Effect of inhaled ozone on pulmonary immune cells critical to antibacterial responses *in situ*. *Inhal. Toxicol.* 14:599-619 (2002).

51     Carlson, E., Y. Li, and **J.T. Zelikoff.** The Japanese medaka (*Oryziaslatipes*) model: Applicability for investigating the immunosuppressive effects of the aquatic pollutant benzo(a)pyrene. *Mar. Environ. Res.*   54:5 - 9 (2002).

52.    Duffy, J.E., E. Carlson, Y. Li, C. Prophete, and **J.T. Zelikoff.** Impact of polychlorinated biphenyls (PCBs) on the immune function of fish: Age as a variable in determining adverse outcome. *Mar. Environ. Res.* 54:1-5 (2002).

53.    **Zelikoff, J.T.**, K.R. Schermerhorn, K. Fang, M.D. Cohen, and Schlesinger, R.B. A role for associated transition metals in the immunotoxicity of inhaled ambient particulate matter (PM). *Environ. Health Perspect.* 110:871-875 (2002).

54.    **Zelikoff, J.T**., L.C. Chen, M.D. Cohen, K. Fang, T. Gordon, Y. Li, C. Nadziejko, and R.B. Schlesinger. Effects of inhaled ambient particulate matter (PM) on pulmonary anti-microbial immune defense. *Inhal. Toxicol.* 15:101-120 (2003).

55.   Duffy, J., E. Carlson, Y. Li, C. Prophete, and **J.T. Zelikoff.** Exposure to a coplanar PCB congener differentially alters the immune responsiveness of juvenile and aged fish. *Ecotoxicol.* 12:251-259 (2003).

56.   Lippmann, M., Frampton, M., Schwartz, J., Dockery, D., Schlesinger, R., Koutrakis, P., Froines, J., Nel, A., Finkelstein, J., Godleski, J., Kaufman, J., Koenig, J., Larson, T., Luchtel, D., Liu L.J., Oberdorster, G., Peters, A., Sarnat, J., Sioutas C., Suh, H., Sullivan, J., Utell, M., Wichmann, E., and **Zelikoff, J.T**. The U.S. Environmental Protection Agency particulate matter health effects Research Centers Program: A midcourse report of status, progress, and plans. *Environ. Health Perspect.* 111:1073-1092 (2003).

57.   Adams, S.M., M.S. Greeley, D.G. Fitzgerald, J.M. Law, E.J. Noga, and **J.T. Zelikoff.** Effects of flooding from three sequential hurricanes on the health and condition of fish in Pamlico Sound, NC. *Estuaries* 112:221-230 (2003).

58.   Anderson, J.S., D. Cacela, D. Beltman, S.J. Teh, M.S. Okihiro, D.E. Hinton, N. Denslow, and **J.T. Zelikoff.** Biochemical indicators and toxicopathologic lesions assessed in smallmouth bass recovered from a polychlorinated biphenyl (PCB) contaminated river. *Biomarkers* 8:371-393 (2003).

59.   Carlson, E., Y. Li, and **J.T. Zelikoff.** Suppressive effects of benzo[a]pyrene upon fish immune function: Evolutionarily conserved cellular mechanisms of immunotoxicity. *Mar. Environ. Res.* 151:131-138 (2004).

60.   Carlson, E.A., Y. Li, **J.T. Zelikoff.** Benzo(a)pyrene-induced immunotoxicity in Japanese medaka (*Oryzias latipes*): Relationship between lymphoid CYP1A activity and humoral immune suppression. *Toxicol. Appl. Pharmacol.* 201:40-52 (2004).

61.   Duffy, J.E., Y. Li, and **J.T. Zelikoff.** CYP1A induction in PCB 126-induced immunotoxicity in a feral fish model. *Bull. Environ Contam Toxicol.* 74:107-113 (2005).

62.   Ng, S.P., A.E., Silverstone, Z-W. Lai, and **J.T. Zelikoff**. Effects of prenatal exposure to cigarette smoke on offspring tumor susceptibility and associated immune mechanisms. *Toxicol. Sci.* 89(1):135-144 (2006).

63.   Duffy, J.E., and **J.T. Zelikoff**. Use of a fish model to examine the relationship between PCB-induced immunotoxicity and hepatic CYP1A induction. *J. Immunotoxicol* 3:39-47 (2006*).*

64.   Prophete, C., E.A. Carlson, Y. Li, J. Duffy, B. Steinetz, S. Lasano, and **J.T. Zelikoff**. Effects of elevated temperature and nickel pollution on the immune status of Japanese medaka. *Fish & Shellfish Immunol.* 21:325-334 (2006).

65.   Steinetz, B.G., T. Gordon, S. Lasano, T. L. Horton, S.P., Ng, **J.T. Zelikoff**, A. Nadas, and M.C Bosland. The parity-related protection against breast cancer is compromised by cigarette smoke during rat pregnancy: Observations on tumorigenesis and immunological defenses of the neonate. *Carcinogenesis* 27:1146-1152 (2006).

66.   Cohen, M.D., C. Prophete, M. Sisco, L.C. Chen, **J.T. Zelikoff**, J. Smee, M. Holder, G. Crans. Pulmonary immunotoxic potential of metals are governed by select physiochemical properties: Chromium agents. J. Immunotoxicol. 3:69-81 (2006).

67.   Ng, S.P., B.G. Steinetz, S.G., Lasano and **J.T. Zelikoff**. Hormonal changes accompanying cigarette smoke- induced pre-term births in a mouse model. *Exp. Biol. & Med.* 231:1403-1409. (2006).

68.   Iba, M.M., J. Fung, Chung, L., J Zhao, B. Winnik, B. Buckley, L.C. Chen, **J.T. Zelikoff,** Y. Kou. Differential inducibility of rat pulmonary CYP1A1 by cigarette smoke and wood smoke. *Mutat. Res.* 606:1-11 (2006).

69.   Ng, S.P. and **J.T. Zelikoff**. Smoking during pregnancy: Subsequent effects on offspring immune competence and disease vulnerability in later life. *Repro. Toxicol.* 23(3): 428-437 (2007).

70.   Naher, L.P., K.R. Smith, M. Brauer, C. Simpson, J,Q, Koenig, M. Lipsett, **J.T. Zelikoff**. Woodsmoke Health Effects: A Review. *Inhal. Toxicol.* 19:67-106 (2007).

71.   Cohen, M.D., C. Prophete, M. Sisco, L.C. Chen, **J.T. Zelikoff**, J. Smee, M. Holder, G. Crans, A. J. Ghio, J.D. Stonehuerner. Pulmonary immunotoxic potential of metals are governed by select physiochemical properties: Vanadium agents. *J. Immunotoxicol.* 4:49-60 (2007).

72.   Doherty, S.P., C. Prophete, P. Maciejczyk, K. Salnikow, T. Gould, T. Larson, J. Koenig, P. Jaques, C. Sioutas,  **J.T. Zelikoff**, M. Lippmann and M.D. Cohen. Use of iron response protein binding activity analysis to detect changes in iron homeostasis inducible by PM2.5 components. *Inhal. Toxicol.* 19:553-562 (2007).

73.   Duffy-Whritenour, J.E., and **J.T. Zelikoff.** Relationship between the immune and serotonergic systems in a teleost model. *Brain, Behavior and Immunity.* 22:257-264 (2008).

74.   Ng, S, and **J.T. Zelikoff**. Effects of prenatal cigarette smoke exposure on offspring immune parameters later in life. *J. Toxicol. Environ. Health 71:445-453* (2008).

75.   Dietert, R.R. and J.T. Zelikoff. Early-life environment, developmental Immunotoxicology, and the risk of pediatric allergic disease including asthma. *Birth Defects Research Part B – Developmental and Reproductive Toxicology* 44:231-240 (2008).

76.   Dietert, R.R. and **J.T. Zelikoff**. Pediatric immune dysfunction and health risks following early-life immune insult. . *Curr. Pediatr. Rev.* 5:36-51. (2009).

77.   Vancza, E., S,P, Ng, and **J.T. Zelikoff**. The role of parity status in cigarette smoke-induced modulation of immune tumor surveillance mechanisms: A mouse model. *J. Immunotoxicol.* 6(2):94-104. (2009).

78.    Ng, S.P., D. Conklin, A. Bhatnagar, Bolanowski, D.D., Lyon, J., and **J.T. Zelikoff**. Prenatal exposure to cigarette smoke induces diet- and sex-dependent dyslipidemia and weight gain in adult murine offspring. *Environ. Health Perspect*. 117(7):1042-1049. (2009).

79.    Doherty-Lyons, S.P., J. Grabowski, C. Hoffman, and **J.T. Zelikoff**. Early life insult from cigarette smoke may be predictive of chronic diseases later in life. *Biomarkers* 114:102-106 (2009).

80.    Tangjarukij, C., P. Navasumrit,  D. Settachan, **J.T. Zelikoff,** M. Ruchirawat. The effects of pyridoxine  deficiency and supplementation on hematological profiles, lymphocyte function, and hepatic cytochrome P450 in B6C3F1 mice. *J. of Immunotoxicol*. 6(3):147-160 (2009).

81.    Cohen, M.D., Sisco, M., Prophete, C., Yoshida, K., Chen, L-C., **Zelikoff, J.T.**, Smee, J., Holder, A.A., Stonehuerner, J., Crans, D.C. and A.J. Ghio. Effects of metal compounds with distinct physicochemical properties on iron homeostasis and anti-bacterial activity in the lungs: Cr and V. *Inhal. Toxicol.* 22:169-178 (2010).

82.    Dietert, R.R., and **J.T. Zelikoff.** Identifying patterns of immune-related disease: Use in disease prevention and management. *World Journal of Pediatric*s (Open Journal), 2010.

83.    Dietert, R.R., DeWitt, J., Germolec, D.R., and **J.T. Zelikoff**. Breaking patterns of environmentally-influenced disease for health risk reduction: Immune perspectives. *Environ. Health Perspect*. Doi: 10.1289/ehp.1001971 ( http://dx.doi.org/) .

84.    Duffy-Whritenour, J.E., R.Z. Kurtzman, S. Kennedy, and **J.T. Zelikoff.** Non-coplanar polychlorinated biphenyl (PCB)-induced immunotoxicity is coincident with alterations in the serotonergic system. *J. Immunotoxicol.* 120:45-51 (2011).

85.    Allina, J., Grabowski, J., Doherty-Lyons, S., Fiel, M.I., Jackson, C.E., *Zelikoff, J.T., and ˚Joseph A.   Odin (co-corresponding Authors). Maternal exposure to environmental stressors during pregnancy increased hepatic fibrosis and immune modulation in adult male offspring in a mouse model. *J. Immunotoxicol.* 8:258 (2011).

86.    Blum, J., Hoffman, C., and **J.T. Zelikoff**. Inhaled cadmium oxide nanoparticles alters reproductive outcomes and fetal growth. Toxicol. Sci. 126 (2): 478-486 (2012).

87.    Willis, D., Popovich, M.A., Gany, F., and **J.T. Zelikoff**. Toxicology of smokeless tobacco: implications for immune, reproductive, and cardiovascular systems. *J. Toxicol. Environ. Health* B. Critical Reviews. 15(5):317-331 (2012).

88.    Rajamani, K., Doherty-Lyons, D., Bolden, C., Willis, D., Hoffman, C., **Zelikoff, J.T.,** Chen, L.C., and Gu, H., Prenatal and Early-Life Exposure to High-Level Diesel Exhaust Particles Leads to Increased Locomotor Activity and Repetitive

Behaviors in Mice. *Autism Res.* 6(4): 248-257 (2013).

89.   Ng, S.P., Silverstone, A.E., Lai, Z.W., Harkema, J.R., and **J.T. Zelikoff**. Prenatal exposure to cigarette smoke suppresses anti-tumor cytotoxic T-lymphocyte (CTL) activity via changes in T-regulatory cells. *J. Toxicol. Environ. Health.* 76(19):1096-1100 (2013).

90.   Amrock, S.M., Gordon, T., Zelikoff, J.T., and Weitzman, M. Hookah use among adolescents in the United States: Results of a national survey. *Nicotine Tobacco Res.* 16(2):231-237 (2014).

91.   Vaughan J., Garrett B., Prophete C., Horton L., Sisco M., Soukup J.M., Zelikoff J. Ghio A., Peltier R., Chen L.C., and Cohen M.D. A Novel System to Generate WTC Dust Particles for Inhalation Exposures. *J. of Exp. Sci. and Environ. Epidemiol. 24(1):105-112  (2014).*

92.   Blum J.L., Rosenblum L.K., Grunig G., Beasley M.B., Xiong J.Q., and **J.T. Zelikoff**. Short-term inhalation of cadmium oxide nanoparticles alters pulmonary dynamics associated with lung injury, inflammation, and repair in a mouse model *Inhal. Toxicol. 26(1):48-58* (2014).

93.   Willis D.N., Popovech M.A., Gany F., Hoffman C., Blum J.L. and **J.T. Zelikoff**. Toxicity of gutkha, a smokeless tobacco product, gone global: Is there more to the toxicity than nicotine? *Int. J. Environ. Res. Public Health.* 11(1):919-933. (2014).

94.   Yochum C., Doherty-Lyon S., Hoffman C., Hossain, M.M., **Zelikoff J.T.** and J.R. Richardson. Prenatal cigarette smoke exposure causes hyperactivity and hyper-aggressive behaviors: relevance to maternal smoking and ADHD. (Zelikoff and Richardson are co-senior authors). *Exper. Neurol.* 254:145-152 (2014).

95.   Orisakwe O.E., Blum J.L., Sujak S., and **Zelikoff, J.T**.Metal Pollution in Nigeria: A biomonitoring update. *J. Health & Pollution.* 4:40-52 (2014).

96.   Zhou S, Rosenthal DG, Sherman S, **Zelikoff J.T.,** Gordon T, Weitzman M. Physical, behavioral, and cognitive effects of prenatal tobacco and postnatal secondhand smoke exposure. *Curr Probl Pediatr Adolesc Health Care.* 2014; 44(8):219-241.

97.   Amrock SM, Gordon T, **Zelikoff JT**, Weitzman M. Hookah use among adolescents in the United States: results of a national survey. *Nicotine Tob Res.* 2014. 16(2):231-237.

98.   Lauterstein D., Hoshino R, Watkins BX, Weitzman M, Zelikoff J.T. The changing face of tobacco use among US youth. Curr Drug Abuse Rev. 7(1):29-43 (2014) PMID 25323124.

99.   Cohen, MD, Vaughan, JM; Garrett, B, Prophete, C, Horton, L, Sisco M, Kodavanti UP, Ward, WO, Peltier RE; **Zelikoff, JT**, Chen LC. Acute high-level exposure to WTC particles alters expression of genes associated with oxidative stress and immune function in the lung. *J Immunotoxicol.* 12(2):140-153 (2015).

100.   Blum JL, Edwards JR, Prozialeck WC, Xiong JQ, **Zelikoff JT.** Inhalation of cadmium oxide nanoparticles during pregnancy produces nephrotoxicity in both mother and offspring. *J. Toxicol. Env. Health.* Pt. A. 2015:78(12):711-724.DOI: 10.1080/15287394.2015.1026622 (2015).

101.   O'Neill BO, Dauerstein[a], D, Patel JC, **Zelikoff JT\*,** Rice ME. Striatal dopamine release regulation by the cholinergic properties of the smokeless tobacco, gutkha. *ACS chemical neuroscience.* 2015:6(6):832-837.DOI: 10.1021/cn500283b \*Co-corresponding author. (2015).

102.   Cohen, Mitchell D; Vaughan, Joshua M; Garrett, Brittany; Prophete, Colette; Horton, L.; Sisco, Maureen; Ghio, Andrew; **Zelikoff, Judith;** Lung-Chi, Chen. Impact of acute exposure to WTC dust on ciliated and goblet cells in lungs of rats. *Inhal. Toxicol.* 27(7):354-361.DOI: 10.3109/08958378.2015.1054531 (2015).

103.   Yao Y., Chen T., Shen SS., Niu Y., DesMarais TL., Saunders E., Fan Z., Lioy P., KluzT., Chen LC., Wu Z., Costa M., **Zelikoff J.** Malignant human cell transformation of Marcellus Shale gas drilling for flow back water. *Toxicol. Appl. Pharmacol.* 1;296:85. (2015)

104.   Lauterstein, De., Tijerina PB., Corbett K., Oksuz A., Shen SS., Gordon T., Klein C., **Zelikoff JT.** Frontal cortex transcriptome analysis of mice exposed to electronic cigarettes during early life stages. *Int. J. Envron. Res. Public Health.* (2016) pii: E417. doi: 10.3390/ijerph13040417. PMID: 27077873.

105.   Gany F., Bari S., Prasad L., Leng J., Lee T., Thurston G.D., Gordon T., Acharya S., Rexford B., **J.T. Zelikoff.**   Perception and reality of particulate matter (PM) exposure on New York City taxi drivers. J. Expos. Sci. Environ. Epidemiol. (In press, 2016, *Epub ahead of print; doi: 10.1038/jes.2016.23.).*

106.   Kumar S., Smith-Norowitz TA., Kohlhoff S., Apfalter P., Roblin P., Kutlin A., Harkema J., Ng SP., Doherty-Lyons S., **Zelikoff JT (co-corresponding author),** Hammerschlag MR\*. Exposure to cigarette smoke and *Chlamydia penumoniae* infection in mide: Effect on infectious burden, systemic dissemination and cytokine responses: A pilot study. *J. Immunotoxicol.* 13(1):77-83 (2016).

107.   Iain P., Sexton K., Prytherch Z., Blum J., **Zelikoff J.T\*.** (co-corresponding author), BeruBe K.A\*., An *in vitro* versus in vivo toxicogenomics investigation of pre-natal exposures to tobacco smoke. Appl. *In Vitro Toxicol.* (In press, 2017).

108.   Blum J.L., Chen L-C., **Zelikoff J.T**\* (corresponding author). Exposure to ambient particulate matter during specific gestational periods produces adverse obstetric consequences in mice. Environ. Health Perspect. *Environ Health Perspect*; DOI:10.1289/EHP1029.

109.   Gany F., Mukherjea A., Surani Z., Modayll M., Aghi M., Ulpe R., **Zelikoff J.,** Leng J., Parascandola M., Gupta P., South Asian alternative tobacco products: culture, epidemiology and policy. *J. Immigrant Minority Health.* (Jan. 2017).

110.   Klocke C., Allen JL., Sobolewski M., Mayer-Proschel M., Blum JL., Lauterstein D., Zelikoff JT., Cory-Slechta. Neuropathological consequences of gestational exposure to concentrated ambient fine and ultrafine particles in the mouse. *Toxicol. Sci. Apr 1:556(2):492-508.(2017)*

111.   Zelikoff, Judith T., Parmalee N., Corbett K., Gordon T., Klein C B., Aschner m. Microglia Activation and Gene Expression Alteration of Neurotrophins in the Hippocampus Following Early Life Exposure to E-cigarette Aerosols in a Murine Model. <u>Toxicol Sci.</u> 2017 Nov 17. doi: 10.1093/toxsci/kfx257. [Epub ahead of print]

112.   Church JS,  Tijerina PB,  Emerson FJ,  Coburn MA,  Blum, JL,  Zelikoff  JT,  Schwartzer  JJ. *Perinatal exposure to concentrated ambient particulates results in autism-like behavioral deficits in adult mice. Neurotoxicology.* Nov 13. pii: S0161-813X(17)30211-5. doi: 10.1016/j.neuro.2017.10.007. [Epub ahead of print].

113.   Duffy-Whritenour, J.E., S. Kennedy, and **J.T. Zelikoff**. Involvement of the neuroimmune axis in noncoplanar polychlorinated biphenyl-induced immunotoxicity. (In preparation). (*J. Immunotoxicol).*

114.   Blum, J.L., Doherty-Lyon, D., Hoffman, C., Conklin, D., Young, D. and **J.T. Zelikoff**. High fat diet exacerbates the dyslipidemic effects of prenatal exposure to cadmium nanoparticles in the adult offspring. In preparation. (*Toxicol. Sci.).*

### ***Commentaries/Letters to the Editor/Profiles:***
1.   **Zelikoff, J.T.**, S. Garte and S. Belman. Response to publication "Differential phosphorylation events associated with phorbol ester effects on acceleration versus inhibition of cell growth." *Cancer Res.* 47: 389-390 (1987).
2.   **Zelikoff, J.T.** Commentary on "Ecotoxicity Testing."  *Toxicology and Ecotoxicology News* 1: 123-124 (1995).
3.   Penn, A. and **J.T. Zelikoff.**  "Profile of the Department of Environmental Medicine, New York University Medical Center."  *Toxicology and Ecotoxicology News* 3: 114:116 (1996).
4.   Bayne, C. and **J.T. Zelikoff,.** Meeting review on "Modulators of Immune Responses-A PhylogeneticeApproach." *Immunology Today* 20: 12-18 (1996).
5.   **Zelikoff, J.T**.  "Fish immunotoxicology: A new scientific discipline". *Toxicology and Ecotoxicology News.*  5: 130-132 (1996).

### ***Book Chapters & Reports (1988 – Present, in ascending order):***
**1.**   Rossman, T.G., **J.T. Zelikoff**, S. Agarwal and T.J. Kneip. 1988. Genetic toxicology of metal compounds: An examination of appropriate cellular models. In: *Carcinogenic and Mutagenic Metal Compounds* 2. (E. Merian, et al., Eds), Gordon and Breach Science Publishers, NY. pp. 195-206.
**2.**   **Zelikoff, J.T.** and Enane, N. 1991. Assays used to assess the activation state of rainbow trout peritoneal macrophages. In: *Techniques in Fish Immunology-2* (J.S. Stolen, et al., Eds.), SOS Publications, NJ. pp. 107-124.
**3.**   **Zelikoff, J.T**. 1993. Immunological alterations as indicators of environmental metal exposure. In: *Modulators of Fish Immune Response: Models for Environmental Toxicology/Biomarkers, Immunostimulators*-Vol. 1 (J.S. Stolen, T. Fletcher, **J.T. Zelikoff**, S.L. Kaattari,  D.P. Anderson, and L.E. Twerdok, Eds.), SOS Publications, NJ. pp. 101-110.

4.      **Zelikoff, J.T**. and D. Bowser. 1994. Care and short-term laboratory maintenance of rainbow trout in laboratories with limited aquatic facilities. In: *Techniques in Fish Immunology*-3 (J.S. Stolen, et al. Eds.), SOS Publications, NJ. pp. 13-14.

5.      **Zelikoff, J.T**. 1994. Fish immunotoxicology. In: *Immunotoxicology and Immunopharmacology* (J. Dean, M. Luster, A. Munson, I. Kimber Eds), Raven Press, NY. pp. 386-403.

6.      **Zelikoff, J. T**. and M. D. Cohen 1995. Immunotoxicity of inorganic metal compounds. In: *Immunotoxicology*. (R. Smialowicz, and M. Holsapple, Eds.), CRC Press, Boca Raton, FL. pp. 125-146.

7.      **Zelikoff, J.T.**, W. Wang, N. Islam, L.E., Twerdok, M. Curry, J. Beaman, and E. Flescher. 1996. Assays of reactive oxygen intermediates and antioxidant enzymes in medaka *(Oryzias latipes)*: Potential biomarkers for predicting the effects of environmental pollution.  In: *Techniques in Aquatic Toxicology*.  (G. Ostrander Ed.), CRC Press, FL.  pp. 178-206.

8.      **Zelikoff, J.T**. W. Wang, N. Islam, E. Flescher, and L.E. Twerdok. 1996. Heavy metal-induced changes in antioxidant enzymes and oxyradical production by fish phagocytes: Application as biomarkers for predicting the immunotoxic effects of metal-polluted aquatic environments. In: *Modulators of Immune Responses-A Phylogenetic Approach* - Vol. 2 (J. Stolen, **J.T. Zelikoff**, L.E. Twerdok, D. Anderson, C. Bayne, C. Secombes, T. Fletcher, Eds.), SOS Publications, NJ.  pp. 135-148.

9.      Twerdok, L.E., J.R. Beaman, M.W. Curry, and **J.T. Zelikoff**.  1996. Health status determination and monitoring in an aquatic model *(Oryzias latipes)* used in immunotoxicological testing. In: *Modulators of Immune Responses - A Phylogenetic Approach*-Vol. 2  (J. Stolen, **J.T. Zelikoff**, L.E. Twerdok, D. Anderson, C. Bayne, C. Secombes, T. Fletcher, Eds.), SOS Publications, NJ. pp. 210-215.

10.     Benson, J. and **J.T. Zelikoff**. 1996. Respiratory toxicology of metals. In: *Toxicology of Metals*. (L.W. Chang, Ed.), CRC Press, FL. pp. 929-938.

11.     **Zelikoff, J.T**. and R. 1996. Smialowicz. Metal-induced alterations in innate immunity. In: *Toxicology of Metals*.  (L.W. Chang, Ed.), CRC Press, FL. pp. 811-826.

12.     **Zelikoff, J.T**., W. Wang, N. Islam and L.E. Twerdok. 1997. Immune responses of fish as biomarkers to predict the health effects of aquatic pollution: Application of laboratory assays for field studies. In: *Ecotoxicology: Responses, Biomarkers and Risk Assessment* (J.T. Zelikoff, J. Schepers, J. Lynch, Eds.), SOS Publications, Fair Haven, NJ. pp. 218-235.

13.     **Zelikoff, J.T**.  and M.D. Cohen.  1997. Metal Immunotoxicology. In: *Handbook of Human Toxicology*, (E.J. Massaro, Ed.), CRC Press, Boca Raton, FL. pp. 811-852.

14.     Thomas, P.T. and **J.T. Zelikoff.** 1999. Air pollutants: Modulators of pulmonary host resistance against infection. In: *Air Pollutants and Effects on Health*. (S.L. Hogate, H.S. Koren, J.M. Samet, R.L. Maynard, Eds.), Academic Press, London. pp. 420-450.

15.     **Zelikoff, J.T**., C. Nadziejko, K. Fang, T. Gordon, C. Premdass, and M.D. Cohen. 1999. Short-term, low-dose inhalation of ambient particulate matter exacerbates ongoing pneumococcal infections in *Streptococcus pneumoniae*-infected rats. *Proceedings of Third Colloquium on Particulate Air Pollution and Human Health*. 8-94-8-104.

16.     **Zelikoff, J.T**. Woodsmoke, kerosene emissions, and diesel exhaust emissions. In: *Pulmonary Immunotoxicology* (M.D. Cohen, **J.T. Zelikoff**, R.B. Schlesinger, Eds.), Klewar Publ., MA. pp. 369-387 (2000).

17.     Schlesinger, R.B., LC. Chen, and **J.T. Zelikoff.** 2000. Sulfur and nitrogen oxides. In: *Pulmonary Immunotoxicology* (M.D. Cohen, **J.T. Zelikoff**, R.B. Schlesinger, Eds.), Klewar Publ., MA. pp. 337-353.

18.     **Zelikoff, J.T**., E. Carlson, E., Y. Li, A. Raymond, and J.R. Beaman. 2002. Immune system biomarkers in fish for predicting the effects of environmental pollution. In: *Proceedings of the Fourth Princess Chulabhorn International Science Congress*.

*Chemicals in the 21st Century/Chemicals for Sustainable Development.* (Chulabhorn Research Institute, Ed.), Trinity Publishing Co., Ltd., Bangkok, THAILAND, pp. 34-56.

**19.** Duffy, J., and J.T. **Zelikoff.** 2005. Approaches and models for the assessment of chemical-induced immunotoxicity in fish. In: *Investigative Immunotoxicology.* (H. Tryphonas, M. Fournier, B.R. Blakley, J.E. Smits, P. Brousseau, Eds.),Taylor and Francis, NY. pp. 49-63.

**20. Zelikoff, J.T.** 2005. Trace metals and the immune system. In: *Encyclopedic Reference of Immunotoxicology.* (H.W. Vorh). Springer-Verlag, Germany pp. 340-345.

**21.** Carlson, E. and **J.T. Zelikoff.** 2008. Fish immunology.  In: *Toxicology of Fishes* (D. Hinton and R. Di Giulio, Eds.), CRC Press. pp. 340-352.

**22.** Ramanathan VM., Agrawal M., Akimoto H., Aufhammer S., (and 34 others), Zelikoff JT. UNEP: Atmospheric Brown Cloud: A Regional Assessment Report with Focus on Asia. Published in Bangkok by United Nations Environmental Program (2008).

**23**. Ng, SP., K. Yoshido, and **J.T. Zelikoff**. *2010.* Host resistance tumor challenge assays. In: *Techniques in Immunotoxicology (R. Dietert, Ed.) Informa Press.*

**24**. **Zelikoff, J.T**. 2010. Other environmental health issues: Inhaled woodsmoke. In: *Encyclopedia of Environmental Health.* J. Nriagu (Ed.). Elsevier, UK. Pages 310-330.

**25.** Mudipalli, A. and **Zelikoff, J.T.** (Eds). Essential and non-essential metals: carcinogenesis, prevention and therapeutics. Springer, UK. 2018.

**26.** Ng, S.P**., Zelikoff J.T.** Tumor challenges in immunotoxicity testing. Vol. 599. Humana Press, Springer Science.  Immunotoxicity Testing: Methods and Protocols, Methods in Molecular Biology. (2018)

**27.** **Zelikoff, J.T.**, and M.D. Cohen. Pulmonary Immunology. In: *Comprehensive Toxicology.* (C. McQueen, Ed.). Elsevier, UK. 2018.

**INVITED NATIONAL AND INTERNATIONAL LECTURES/PRESENTATIONS (Present – 2000,** *in descending order***):**

**August 2018: International Society of Exposure Science (ISES); International Society for Environmental Exposure (ISEE).** *Contamination of the Ramapough Nation: A toxic legacy.* **Environmental contamination and Indigenous populations symposia.** Ontario, Canada.

**February 2018: Louisiana State University.** Electronic cigarettes and pregnancy: Lessons learned from mice. Baton Rouge, LA

**January 2018: Mt. Holyoke College.** What's safer for the unborn child: electronic cigarettes or air pollution? MA.

**December 2017: Texas A & M.** Prenatal exposure to ambient particulate matter impacts cardiovascular development. TX.

**December 2017: International Conference on Environmental Impacts.** Air pollution and pregnancy. Deradun, India

**November 2017: International Conference on "Impact of Environment on Women's Health**: **Amity University Uttar Pradesh**. Maternal exposure to particulate air pollution during pregnancy and Impacts on fetal health: What are we learning from animal studies? Lucknow, India.

**November 2017**: **American Public Health Assoc. (APHA) Annual Meeting**. Identifying Environmental concerns, environmental exposures and health concerns in the Ramapough Lenape Tribe. Atlanta, GA.

**October 2017: International Society of Exposure Science.** A community in toxic crisis: Ramapough Native Americans. Durham, NC.

**April 2017: Queensborough College.** Neurocognitive effects of E-cigarettes. Queens, NY.

**July 2016: NIOSH seminar.** Reproductive implications of Nanomaterials. WV

**July 2016: EPA seminar.** Ambient particulate matter and cardiotoxicity. Chapel Hill, NC.

**June 2016: Workshop on Nanomaterials and the fetal-placental unit.** Prenatal Nephrotoxicity and Maternal Nanomaterial Inhalation. Boston, MA.

**May 2016:  NIH Tobacco Research.** Toxicological assessment of smokeless tobacco products: A systematic ranking system. Bethesda, MD

**April 2016: AHA, ATrac Meeting.** Toxicity ranking of alternative tobacco products. Louisville, KY.

**March 2016: Society of Toxicology: Course in Medical Education.** Effects of fracking on reproductive and developmental health. New Orleans, LA

**March 2016: Society of Toxicology: Symposia on Fracking and Health.** Effects of fracking on reproductive and developmental health. New Orleans, LA

**February 2016: American Association for Advancement of Science: Symposia on Alternative Tobacco Products and Health.** Early life exposure to alternative tobacco products as a major risk factor of later life chronic disease. Washington, DC

**October 2015: 7th International Symposia on Nanotechnology and Occupational and Environmental Health.** Reproductive and developmental toxicity of gold nanoparticles in a mouse model of pulmonary exposure. Limpopo Province, South Africa.

**May 2015: Amer. Assoc. Immunol.** Maternal inhalation of ambient particulate matter causes alterations in immune profiles and anti-tumor mechanisms in juvenile murine offspring. New Orleans, LA.

**April 2015: Wayne State University,** *CURES Seminar Series at Wayne State University's Institute of Environmental Health Sciences*. Maternal exposure to particulate air pollution during pregnancy impacts fetal development and neonatal growth in a mouse model.

**March 2015**: **Society of Toxicology**. Symposia on: New and Emerging Tobacco Products—Biomarkers of Exposure and Injury (Chair). Reproductive/Developmental effects of exposure to new and emerging tobacco products and to nicotine delivery devices in a mouse model. San Diego, CA.

**Dec. 2014: University of Illinois –** Maternal exposure to ambient particulate matter during particular gestational windows produce developmental and reproductive consequences in a mouse model. Urbane, IL.

**July 2014: Oregon State University –** Early life nanoparticle exposure brings early and later life health consequences.  Corvallis, OR.

**March 2014: Society of Toxicology –** Tobacco products and prenatal exposures. Phoenix, Arizona.

**February 2014:** *West African Society of Toxicology* – Air pollution in developing nations. Lagos, Nigeria.

**January 2014:** *Ernst Strungmann (ES) Forum, (Rapporteur)- Heavy metals and infectious disease.* Frankfurt Germany.

**November 2013: American Chemical Council.** Risk Assessment and Communication, Working Group. Washington, DC.

**October 2013**: *First International Conference on Waterpipe Tobacco Research*. Working Discussion Group Leader: Abu Dhabi.

**October 2013:** *NIH-sponsored Workshop in South Asian Diversity Populations and Health Effects.* Sloan Kettering Cancer Center. Working Group member on smokeless tobacco. NY, NY.

**June 2013**: *FDA, Center for Tobacco Control*. Public health impacts of fetal exposures to tobacco & environmental toxicants: From early life to adult disease and policy needs. MD

**March 2013**: *Society of Toxicology, Committee on Diversity Initiatives* – Exposure to smoked and smokeless tobacco *in utero*: Fetal injury and life long consequences. San Antonio, TX

**February 2013**: *Nigeria University* – Smokeless tobacco: A global look at the problem, Port Harcourt, NIGERIA

**February 2013**: *FDA: Center for Medical Devices* – Fetal basis of adult disease: early life exposure to environmental and occupational toxicants. Silver Spring, MD.

<u>**October 2012**</u>: *Memorial Sloan Kettering* – Arsenic contamination in Bangledesh. New York, NY

<u>**May 2012**</u>: *Memorial Sloan Kettering* – Toxicology of Smokeless tobacco. NY, NY.

**April 2012**: *University of Connecticut* – Tobacco products *in utero* are associated with later life disease outcomes. Storrs, CT.

**March 2012**: *Biomass Symposium* – Toxicological implications for domestic burning. Feb. 2012: **NYU Medical Center, Dept. of Psychiatry** - Chemical stressors *in utero* and later life disease outcomes. New York, NY.

**Jan 2012: *British American Tobacco* –** *In vitro* translational studies and the toxicology of smoking. Southampton, UK.

**Dec. 2011**: FDA – ***The reproductive effects of cadmium nanoparticles***. Reston, VA.

**Dec. 2011**: **NYU Dept. of Bioethics** – Cigarette smoking & smokeless tobacco: Is there really a good choice? New York

**Oct. 2011**: NorCal SOT **– Fetal basis of adult disease – the role of maternal smoking**. Menlo Park, CA.

**Sept. 2011**: *European Aerosol Conference – Plenary Lecture*: The toxicology of biomass combustion emissions. Satellite Workshop on Biomass Combustion, Manchester, England.

**March 2011**: *NYU Ethics Forum* - Exposure to Cigarette Smoke *in Utero*: Fetal injury and Life Long Consequences**.** New York

**March 2011: *NYU Medical Center, Dept. of Obstetrics and Gynecology Grand Rounds* –** Early life insult by tobacco smoke and later life disease susceptibilities. March 15, 2011

**March 2011: *Society of Toxicology, Committee for Diversity Interests* –** Cigarette exposure *in utero*: You are what you breathe. Washington, DC. March, 2011.

**Nov. 2010: *Texas A & M University* –** Early life exposure to cigarette smoke suppresses anti-tumor immune defenses of the prenatally exposed offspring in a mouse model" College Station, TX.

**May 2010**: *Workshop on Emissions and Health Impacts of Biomass Fuels* – Health effects of woodsmoke: A toxicological model for mechanisms and policy needs. Penn State, State College, PA.

**March 2010**: *Environmental and Occupational Health Sciences Institute, Rutgers University* - Fetal exposure to cigarette smoke mediates anti-tumor immune mechanisms in adult murine offspring. New Brunswick, NJ. March, 2010.

**March 2010: *Society of Toxicology, Committee for Diversity Interests* –** Exposure to cigarette smoke in utero: Fetal injury and life-long consequences. Salt Lake City, UT.

**Nov. 2009: *United Nations Environmental Programme* –** Toxicological assessment of the atmospheric brown cloud. Incheon, Korea.

**Sept. 2009: 7th *Congress of Toxicology in Developing Countries* –** Fetal insult and later onset diseases. Sun City, South Africa.

**August 2009:** *Japanese Society of Immunotoxicology* – Prenatal exposure to cigarette smoke increases tumor susceptibility of juvenile mice via changes in anti-tumor immune mechanisms. Asahikawa, Japan.

**May 2009:** *Asia-Pacific Forum on Andrology*, Hormonal changes accompanying cigarette smoke induced preterm births in a mouse model. Nanjing China.

**Dec. 2008:** *St. Johns University* – Mechanistic insights into offspring cancer risk associated with maternal smoking. Queens, NY.

**August 2008:** *U.S. EPA, National Center for Environmental Assessment* - Gender-related effects on offspring tumor risk and response to prenatal cigarette smoke exposure may be related to testosterone: a toxicological model. Washington, DC.

**June 2008:** *Institute for Science and Health (IFSH)* **–** Early exposure to cigarette smoke may serve as an indicator of chronic diseases in the offspring later in life. Cardiff, Wales.

**March 2008:** *Society of Toxicology* –Prenatal exposure to tobacco smoke induces asthma-related responses  in non-sensitized female offspring later in life. Seattle, Washington.

**March 2008:** *Society of Toxicology* – Prenatal exposure to cigarette smoke: Are our children paying the price? Seattle, Washington. March 2008.

**August 2007:** *United Nations Environmental Program (UNEP)* – Toxicology of the Atmospheric Brown Cloud (ABC). Seoul, Korea.

**March 2007:** *University of Louisville (KY)* – Increased cancer risk: A possible birth defect associated with maternal smoking. Louisville, KY.

**March 2007:** *Institute for Science and Health (IFSH)* – Prenatal cigarette smoke exposure and offspring asthma. Louisville, KY.

**Feb. 2007:** *International Conference on Environment: Survival and Sustainability* - Sustaining a healthy fetal environment: A little told threat of increased cancer and asthma risk for the juvenile offspring exposed prenatally to cigarette Smoke. Near East University, Nicosia-Northern Cyprus.

**Feb. 2007:** *International Conference on Environment: Survival and Sustainability* - Contamination of aquatic environments with polychlorinated biphenyls (PCBs) or benzo(a)pyrene (B[a]P) can adversely impact the immune health and sustainability of inhabiting Fish.  Near East University, Nicosia-Northern Cyprus.

**Dec. 2006:** *Philip Morris External Review Symposia* **–** Effects of prenatal exposure to cigarette smoke on tumor development and immune surveillance mechanisms in the developing offspring: A toxicological model. Landsdowne, VA. Dec. 2006.

**May 2006:** *MidAtlantic Chapter of Society of Toxicology (MASOT)* – Increased cancer risk in the offspring: A birth defect associated with maternal smoking. Scotch Plains, NJ.

**April 2006:** *University of Guelph* – Maternal smoking and cancer: Are the unborn children paying the price? Kempville, Ontario Canada.

**March 2006:** *Institute for Science and Health* **–** Prenatal exposure to mainstream cigarette smoke alters susceptibility of the offspring to asthma. Vienna, Austria.

**March 2006:** *Society of Toxicology* **–** Maternal smoking and cancer: Are the unborn children paying the price? San Diego, CA.

**October 2005:** *Chulabhorn Research Institute* – *Immunotoxicology: A new focus for Thai science.* Scientific Research Institute of Thailand. Bangkok, Thailand.

**May 2005:** *American Thorasic Society* **-** Immunotoxicological mechanisms of prenatally-exposed respiratory contaminants. Symposia on "Impact of prenatal and early infancy environmental exposures on neonatal and infant health". San Diego, CA..

**May 2005:** *California Society of Environmental Toxicology and Chemistry* – Mechanisms of Fish Immunotoxicity. Berkley, CA.

**April 2005:** *Life Science Research Organization (LSRO)* – Prenatal exposure to cigarette smoke increases tumor susceptibility in the offspring: A toxicological model. St. Louis, MO.

**March 2005 -** *Society of Toxicology* – Immunotoxicity of prenatal mainstream cigarette smoke exposure. Symposia on "Mechanisms Linking the Lung and Immune System". New Orleans, LA.

**Feb. 2005:** *Institute for Science and Health (IFSH)* – Effects of in utero cigarette smoke exposure on asthma development in the offspring. Washington, DC.

**Feb. 2005:** *Canadian Lung Association* – Health Effects of Woodburning. New Brunswick, Canada.

**Nov. 2004:** *Environmental Mercury Research Forum.* Metal toxicity in aquatic organisms. Energy & Environmental Research Center (U. of North Dakota). Grand Forks, ND.

**Oct. 2004:** *VIIth Annual Conference of Soil, Sediments and Water.* Immunological Alterations as Bioindicators of Environmental Health. Amherst, MA.

**Sept. 2004:** *Slovenian Society of Toxicology* – Immunological biomarkers. Lublijana, Slovenia.

**March 2004:** *Society of Toxicology* – Inhalation of concentrated ambient particulate matter and associated metals increases host susceptibility to pulmonary pneumonia. Baltimore, MD.

**Jan. 2004:** *University of Arizona* – Toxicological impact of inhaled wood smoke on pulmonary antimicrobial defense. Tucson, AZ.

**Jan. 2004:** *College of Staten Island* – Toxic insult and human health effects: Lessons learned from an aquatic species. Staten Island, NY.

**Dec. 2003: Sixth National Environmental Public Health Conference (Center for Disease Control)** Woodsmoke: A closer look at public health concerns and mechanisms of toxicity. Atlanta, GA.

**Nov. 2003:** *Society of Environmental Toxicology and Chemistry* - Immunotoxicology and Risk Assessment. Austin, TX.

**Oct. 2003:** *Chulabhorn Research Institute* – Immunotoxicology Course Series (10d). Bangkok, Thailand.

**June 2003:** *International Symposium on Pharmaceutical Sciences* - Health Effects of Inhaled Particulates. University of Pharmaceutical Sciences. Ankara, Turkey.

**June 2003: United States Army Center for Environmental Health Research -** Immune Assays for Hazard Assessment and Species Extrapolation. Fort Detrick, MD.

**May 2003 -** *Pollutant Responses of Marine Organisms (PRIMO)* - Immunotoxicology in Fish. Tampa, FL.

**March 2003:** *Society of Toxicology* - Woodsmoke: Cozy Atmosphere or Public Menace? Salt Lake City, UT.

**Nov. 2002:** *Society of Toxicology and Chemistry* - Immune Biomarkers for Use in Ecological Risk Assessment. Salt Lake City, UT.

**Oct. 2002:** *Padova University* - Lessons Learned About Human Health From Aquatic Species. Padova, Italy.

**Oct. 2002 -** *Slovenia Society of Toxicology* - Biomarkers for Ecotoxicology. Ljubljana, Slovinia.

**Sept. 2002:** *University of Florida* - Effects and Mechanisms of Benzo(a)pyrene-induced Immunosuppression in Fish. Gainsville, FL.

**June 2002**: *Yale University, Dept. of Occupational and Environmental Medicine -* Lessons on Human Health and Toxic Impact Learned from our Aquatic Counterparts.

**Sept. 2001:** *Third International Meeting on Molecular Mechanisms of Metal Toxicity and Carcinogenicity* - Immunodysfunction: An underlying Mechanism of Metal Toxicity in Aquatic Organisms. Sardinia, Italy.

**July 2001**: *Pollutant Responses in Marine Organisms -* Immunotoxicology in fish - Applications and Mechanisms of Response. Plymouth, England.

**Oct. 2000:** *Conference on Women in Science* - Aging: Good or Bad News for the Immune Response. Rutgers University. New Brunswick, NJ.

**Oct. 2000:** *International Conference on Environmental and Occupational Lung Disease* - Woodsmoke Impairs Host Resistance Against Pulmonary Infections in an Animal Model. Lucknow, India.

**May 2000:** *EPA-Duluth* - Fish Immune Status: A Sensitive System for Assessing Toxicological Impact of Aquatic Environments. Duluth, MN.

**May 2000:** *University of Minnesota-Duluth -* Processes and Mechanisms of Woodsmoke-induced Immunosuppression. Duluth, MN.

**March 2000**: International Symposia on Medaka - Japanese Medaka: A Sensitive Teleost Model for Assessing the Immunotoxic Effects of Potential Endocrine-Disrupting Chemicals. Osako, Japan.

**Nov. 2000:** *The Fourth Princess Chulabhorn Science Congress-* Immune System Biomarkers for Predicting the Effects of Environmental Pollution. Bangkok, Thailand.


**EDITOR/EDITORIAL BOARD APPOINTMENTS**
**Editor and Co-Editor:**

Metal Toxicology, Co-Editor  (Springer Publ.) – (2016)
Pulmonary Immunotoxicology (Klewar Publ.) - (2000)
Immunotoxicology of Occupational and Environmental Metals. (Taylor and Francis) - (1998)
Ecotoxicology: Responses, Biomarkers and Risk Assessment. (SOS Publications) - (1997)
Modulators of Immune Responses: A Phylogenetic Approach  - Vol. 2 (SOS Publications)-(1996)
Modulators of Immune Responses  - Vol. 1 (SOS Publications) - (1994)
Toxicology and Ecotoxicology News (Taylor & Francis) - (1995-1998)
Book series on: Ecotoxicology (John Wiley & Sons) - (1995-1997)


**Associate Editor-**

*Open Journal of Immunology (2015-2018)*
*Journal of Developmental Origins of Health & Disease (2012-2013; Themed Editor)*
*Journal of Toxicology and Applied Pharmacology –* (2005-2014)
*Journal of Toxicology and Environmental Health -* Part A - (2001 - Present)
*Biomarkers: Exposure, Effects and Susceptibility -* (1995 – 2007)


**Editorial Advisory Board-**
*Envronmental Health Perspectives (2017-2020)*
*Open Journal of Toxicology (2015-present)*
*Inhalation Toxicology (2015-present)*
*Open Journal on Immunology* (2009-present)
*Journal of Immunotoxicology*  (2004 - 2016)

*Toxicol. Sci.* (2007-2016)
*Toxicology* (1997- 2016)
Environmental Health Perspectives (2009 – 2013; named a top reviewer for 2011)
*Environmental Bioindicators (2005- 2011)*
*Inhalation Toxicology* (2004 – 2008; 2013-2016)
*Fish and Shellfish Immunology* (1997 - 2008)
      *Toxicology Applied Pharmacology* (1996 - 2005)
      *Diseases of Aquatic Organisms* (1995 - 2006)
      *Aquatic Toxicology* (1998 - 2006)
      *Journal of Toxicology and Environmental Health* (1996 - 2001)
      *Fish Immunology Technical Communications- Vols. 2-5* (1994 - 1997)

## CHAIRED SESSIONS/MEETING ORGANIZER (1997 – present, descending order)
<u>Outside University</u>
o     Organizer/Instructor of International Student & Faculty Workshop on "Fish Immunology" (Tasmania, Australia; February 1997)
o     Organizer/Instructor of Student & Faculty Mini-workshop on "Fish Immunology" (Christ Church, New Zealand; February 1997)
o     Chairperson at International Meeting on "Developmental and Comparative Immunology" (Williamsburg VA; July 1997)
o     Organizer of Student & Faculty International Workshop on "Fish Immunotoxicology Techniques" (American College, Madurai India; February 1999).
o     Organizer of Continuing Education Course on "Exposure Assessment: Methods and Applications" at Aquatic Toxicity Workshop Meeting (Edmonton, Canada; October 1999).
o     Chairperson of Symposium on "Profiling Immunotoxicology" at Aquatic Toxicity Workshop Meeting (Edmonton, Canada; October 1999).
o     International Conference on Environmental and Occupational Lung Disease (Lucknow, India; October, 2000)
o     Symposium Coordinator/Chairperson at Society of Toxicology (1993, 1994, 1996-1999; 2005-2009)
o     Continuing Education Coordinator/Chairperson at Society of Toxicology (1994, 1995, 2000, 2001)
o     Slovenian Society of Toxicology (Nova Gorcia, Slovenia; September 2004, 2005)
o     Aerosol Dynamics and Health: Strategies to Reduce Exposure & Harm. (Chairperson, Public Health Issues Involving Environmental & Tobacco Aerosols; Cardiff, Wales 2008)
o     SOT - Co-Chair, Symposia and Continuing Education Course, 2009, 2010, 2011, 2015, 2016, 2018, 2019
o     ISEE/ISES – co-Chair, Symposia on Environmental Contamination and Indigenous populations. (Ontario, Canada, 2018)

## <u>FEDERAL & STATE ADVISORY BOARDS/PANELS/REGULATORY AGENCIES (Contributions to Regulatory Guidelines)</u>

**2018-2019: New York City Housing Authority, Advisory Board member for "Healthy Homes".**

**2017-2018: National Academy of Science, Engineering, Medicine –**
    **-Board on Earth Sciences & Resources; Board on Environmental Studies & Toxicology; Board on Health Sciences Policy:** Potential Human Health Effects of Surface Coal Mining Operations in Central Appalachia. 2017-2019.

**2015: European Respiratory Society and Environment and Health Committee for American Thoracic Society**. Position paper participant on "What constitutes an adverse health of air pollution?" Brussels, BE, March 2015.

**2013: American Chemistry Council's Center for Advancing Risk Assessment Science and Policy (ARASP) Workshop** - Informing Risk Assessment: Understanding and Communicating Uncertainty in Hazard Assessment. (2013)

**2011: Department of Defense**
- Gulf War Illness Peer Review Panel (2011)

**2013: FDA, Tobacco Control Division, Advisory Consultant (**2013)

**2013-2006: NASA**
- Lunar Dust Exposure Standard Review Panel (2013)
- Lunar Science Institute, Moon Science Grant Review Panel (2008)
- Lunar Dust Non-Advocate Review Panel (<u>Chair</u>, 2006-2008)

**2002-2012: National Academy of Science**
- National Research Council (NRC): Committee on Low Level Lead in Ammunition (2011 – 2012)
- National Research Council (NRC): Peer Review of NRC Report on Acute Exposure Guideline
   Levels (2010)
- Institute of Medicine (IOM): Peer Review of IOM Report on Depleted Uranium final document
   (2008)
- National Research Council (NRC) - Committee on Toxicology/Subcommittee on Spacecraft Water
  Exposure Guidelines (2001 - 2008)
- Institute of Medicine (IOM): Committee on Gulf War and Health - Part 3 (2002 – 2004)
- Institute of Medicine (IOM):  Reviewer for Agent Orange final document (2003)

**2012-2010: National Toxicology Program, Science Advisory Board (2010-2012)**

**1996-2017: National Institute of Health (NIH) & National Institute of Environmental Health Science (NIEHS)**

*NIEHS, Member reviewer for Core Centers (2018)*

*-NIEHS, Study Section member (2015-2017)*

-NIEHS KO1, K99, R23 reviewer (2014, 2015)
-NIEHS K01, K99 Awards member (2013)
**-**NIEHS Immunotoxicology Center Program (2012, 2013)
-NIEHS Oceans Centers (2012)
**-**     NIEHS Just-in-time Grants (**Chair,** 2012)
**-**     NIH College of Scientific Reviewers  (2010 – 2013)
**-**     NIH Integrative  & Comparative Endocrinology (2011)

-          NIEHS Time Sensitive Grant (**Chair;** 2010)
-NIEHS P30 (NIEHS Centers of Excellence), (2008, 2009)
- NIEHS Challenge Grants, (2009)
- NIEHS K01 grant applications, (2008)
- NIH Innate Immunity and Inflammation (III) Study Section Full Member, (2005 – 2007)
- NIEHS Program Project grants, *(2006)*
- NIEHS ALTX – 4 (Alcohol and Toxicology) Study Section Full Member, (1996 – 2000)

**2005: National Institute of Environmental Health Sciences (NIEHS) & U.S.EPA & NASA**
- Expert Panel on "Global Earth Observations: Application to Air Quality and Human Health" (2005)

**2005: National Institute of Allergy & Infectious Disease (NIAID) & Department of Defense (DOD)**
     - Expert Panel Workshop on Pulmonary Threat Agents (2005)

**2013-210: New Jersey Department of Environmental Protection**
-          Human health Committee (2010 – 2013)
-          Soil Standards Sub-committee (2010 – 2011)
-          Aerosol Sub-committee (2011 – 2012)


**2011-2011: United Nations Environmental Program (UNEP) Steering Committee** (2006 – 2011)
-          Atmospheric Brown Cloud Human Health Panel

**2004-2005: U.S. EPA Science Advisory Board & Review Panel**
- Metals Risk Assessment Framework Review Panel, (**Co-Chair** of Human Health Breakout Group, 2004 – 2005)
-              Nanoparticle Review Panel (2005)

**APPOINTMENTS/ELECTED OFFICES**
**Society of Toxicology (SOT)**

*Nominating Committee (2018-2020)*
*Committee for Diversity Initiatives* (2014-2015, member; 2015-2016, Co-chair; 2015-2016; Chair, 2016--2017)
*Board of Councilors* (2011 – 2014**; Secretary-elect**, 2011-2012; **Secretary**, 2012-2014)
Nominating Committee (2007 - 2009)
Congressional Representative (2004 – 2005)
Education Committee (2002 – 2005; **Chair**, 2004 – 2005)
          Education Sub-Committee for Minority Initiatives (2001 - 2004; **Chair**, 2003-2004)
          Continuing Education Committee (1998 - 2001; **Chair,** 1999 - 2000)
          Program Committee (1995-1998)

**Inhalation & Respiratory Specialty Section**
          Councilor (2017-2019)

**Ethical and Legal Specialty Section          **

President (2017-2018)
VP-elect (2016)

### Immunotoxicology Specialty Section
President (1999-2000)
Vice-President (1998-1999)
Secretary/Treasurer (1995-1997)
Program Committee (1993-1999)
Awards Committee (1993, 1998, 2000)
Education Committee (Chair, 1992-1996; 2004-2009)
Nominating Committee (1998 - 2001, Chair, 1999-2000)
Councilor (2000-2001)

### Metals Specialty Section
President (2003-2004)
Vice President (2002-2003)
Awards Committee (**Chair,** 2001 - 2004)
Program Committee (**Chair**, 2001 - 2004)
Nominating Committee (2001 – 2004, **Chair**, 2001-2003)

### MidAtlantic (Chapter) Society of Toxicology (MASOT)
Nominating Committee (2009 [**Chair**], 2010, 2011)
Past president, Councilor (2009-2010)
President (2008-2009)
Vice President (2007-2008)
Vice President-elect (2006-2007)
Councilor (2001 - 2004)
Program Committee (2000 – Present; Chair 2006-2007)

### NYU Langone School of Medicine
**Faculty Council Representative** (2010-2019; Vice President 2011-2012, 2014-2015);
Benefits and Tenure Sub-committee (2015-2016)
Academic Affairs Sub-committee (Chair, 2012-Present)
Basic Science Sub-committee (co-Chair, 2017-2019)
**IACUC Review Board (2009-2011; 2017-2019)**
**Grievance Committee (2017-2020)**
**NYU Senate (alternate; 2018-2021)**

**Department of Environmental Medicine**
Promotion & Tenure Committee (2008-2014; **Chair**, 2010-2012)
Search Committee (2010-2013)
Biological Safety Committee- (**Chair**, 1990-1999)
Graduate Steering Committee (1999- 2014; Interim **Co-chair** 2001-2002)
Toxicology Masters' Program (Director, 2002 – 2008; **Co-director**, 2008-2011)

**GRANT REVIEWER *Ad hoc* (Federal [Non-NIH]/State/Private):**
*Federal*
Scandanavian Research Program (2013, 2016)
NASA, Moon dust program (2008)
Canadian Centers for Research (2000 – 2004)
DOD  (*Ad hoc,* 1999 - present)

EPA (*Ad hoc,* 2002 - present)
Natural Sciences and Engineering Research Council of Canada (*Ad hoc,* 2002 – present)

*State/Private*
Center for Indoor Air Research
Environmental and Occupational Science Health Inst. (Rutgers U.)
IFS Research Grants for Developing Nations
Johns Hopkins Pilot Projects
Michigan Sea Grant
New Jersey Sea Grant
New York Sea Grant
Philip Morris Foundation

**ADJUNCT APPOINTMENTS, CONSULTING, ADVISORY BOARDS**
o      **Weill Cornell Medical School** (NY, NY) – External Advisory Board for NIH Diversity Grant (2013-2015)
o      **Chulabhorn Research Institute & University** (Bangkok, Thailand) **-** Adjunct Professor (2003-present)
o      **Cornell University, Inst. for Comparative and Environmental Toxicology** (Ithaca, NY) - Adjunct Professor (1996-2005)
o      **American Lung Association** - Criteria Document on Woodsmoke (2001)
o      **Fish and Wildlife Services** - Status of the Hudson River (2000)
o      **International Life Sciences Institute** - Research strategy on age-related differences in susceptibility (1998)
o      **Stratus Consulting Inc. -** Assessment of PCB-contaminated sites (1997 - 2000)
**U.S. EPA** - Criteria document on the immunotoxicity of endocrine disruptors (1997)

**MENTORING ON A GLOBAL LEVEL** (6)
•      Juliet Igbo (Doctoral student co-mentor – U. of Lagos, Nigeria – 2015-2019)
•      Anishka Lewis (Masters student- Jamaica – 2014)
•      LeighAnn Koekemoer (Masters student – South Africa-2014)
•      Dr. Orish Orisakwe – University of Port Harcourt, Nigeria – 2013-present)
•      Dr. Hari Jott Dosih (Nepal Health Research Council – Kathmandu, Nepal- 2014-present)
•      Dr. Chanthana Tangjarukij (Chulabhorn Research Institute – Bangkok, Thailand-2012-present)

**STUDENT & JUNIOR FACULTY MENTORING**
**Research Advisor:**
***College and High School** (15)*
•      Aaron Asiedu-Wiafe (2017-2018; Monroe-Woodbury High School, Monroe, NY)
•      Aastha Parikh (2016-2017; Monroe-Woodbury High School, Monroe, NY)
•      Daniel Smith (2013-2014; Fairlawn High School, Fairlawn, NJ)
•      Alejandro Jorge (2012; Ramapo College, NJ)
•      Eric Bloom (2011-2012; Highland Mills High School [Highland Mills, NY])
•      Sujay Avencar (2009-2011; Suffern High School [Suffern, NY])
•      Sam Openheim (2009-2011; Suffern High School [Suffern, NY])
•      Monica Feldman (2007-2009; Spring Valley High School [Spring Valley, NY])

- George Markt (2005-2009; Ramapo High School [Ramapo, NY])
- Payal Roy (2006 – 2007; New York University [NY, NY])
- Rebecca Kurtzman (2005 – 2007; Spring Valley High School [Spring Valley, NY])
- Erica Stone (2006, Ramapo College [Mahwah, NJ])
- Elizabeth Nadziejko (2000; Washingtonville High School [Washingtonville, NY[)
- Kevin Hazard (1999 – 2000; Spring Valley High School [Spring Valley, NY])
- Songeeta Pachachuria (1997-2000; Spring Valley High School, [Spring Valley, NY])
- 

**Post-Baccalaureate (2)**
- *Parnavi Desai* (2015-present; NYU, Biology)
- *Tomas Dunne* (2014-2015; Penn State)

***Masters* (30)**
- Arianna Schwartzer (2017-2019; NYU Environ. Health Sci)
- Kathryn Fetce (2016-2018; NYU Environmental Health Sciences)
- Nicholas Lawrence (2016-2018; NYU Environmental Health Sciences)
- Alexander Lucca (2017-2018; NYU Biology)
- Annie J.Thaikkatil (2016-2017; NYU Biology)
- Leena Babiker (2017-2018; NYU Biology)
- Patricia Costa (2014-2016; NYU Environ. Health Sci
- Maria Putilina (2013-2014-NYU, Biology)
- Kirtan Kaur (2013-2015)
- Sarah Attreed (2013-2015)
- Sabina Sutjec (2013-2014-NYU, Biology)
- Kaitlyn Koenig (2012-2014)
- Heather Larkin (2012-2013-NYU, Biology))
- Dana Lauterstein (2011-2013) – 2 SOT student awards (2013)
- Yi-Chuh Chen (2010-2011 Incomplete-NYU Biology)
- Ya-Chien Yu (2010-2011-IncompleteNYU Biology)
- Yuan-Chun Hsiao (2010-2011-Incomplete NYU Biology)
- Lauren Rosenblum (2009-2011-NYU Biology)
- Sandra Perella (2008-2010)
- Kotaro Hoshido (2007-2009-NYU Biology)
- Jacqueline Grabowski (2006-2008)
- Elizabeth Vanza (2004 – 2006) – *SOT student award (2006)*
- Elizabeth Berg (2003 - 2005)
- Shannon Doherty (2002 - 2005)
- Colette Prophete (1998 - 2001)
- Jessica Duffy (1999 - 2001)
- Migali Jorge (1998 - 2000)
- Cheryl Premdass (1998 - 2000)
- Andrea Raymond (1997 - 2000) – *1 SOT award*
- Thomas McManus (1994 – 1996, Co-advisor)

### Doctorate (9)
- Pamela Tijerna (2013-present) – *SOT CDI award (2014); SOT (1st place Hispanic Organization of Toxicology, 2015); SOT(Mary Amdur Inhalation Fellowship, 2015)*
- Dana Lauterstein (2013-present)- SOT (Safety Assessment Specialty Section, 2015)
- Juliett Igbo (2015-2016), Co-Advisor (U. of Lagos, Nigeria)
- Sheung Pui Ng (2004 - 2010) – *9 SOT student awards including Novartis Achievement Award (2008-2010)*
- Jessica Duffy (2001 – 2007) – *2 SOT awards (2004); 3 SETAC awards (2004, 2005, 2006)*
- Chanthana Settachan (Co-Advisor; 2003 – 2009; Chulabhorn Research Institute, Bangkok Thailand)
- Erik Carlson (1999- 2003) – *1 SOT award (2000)*
- Ninah Enane (Co-Advisor, 1995 - 1999)
- Peter Atkins (Co-Advisor, 1992 - 1996)

### Post-doctoral Trainees (2) & Mentoring Committees
- Jason Blum (2009 – 2012) – *1 SOT post-doc award*
- Daniel Willis (2011 – 2013)- NSF/FDA post-doctoral fellowship (Zelikoff, PI)-2013

### Junior Faculty Mentoring Committee (2)
- Jason Blum (2012 – Present)
- Kevin Cromar (2012-Present)

### Doctoral Thesis Committee (12):
- Kirtan Kaur (2016-2018, Chair)
- Carolyn Klocke (2015-2017) – University of Rochester (External Examiner)
- Mary Francis (2015-2016) - Rutgers University (External Examiner)
- Eric Saunders (2012-2015)
- Joshua Vaughn (2012 – 2015)
- AJ Cuevas (2007 – 2012)
- Jessica Lyon (2007 - 2012)
- Judy Blatt Nichols (Chair, 2007 – 2011)
- Patricia Gillespie (2006 - 2010)
- Elizabeth Vanza (Chair, 2004 – 2009)
- Ann Zulkosky (2005 – 2007; SUNY Stony Brook)
- Samantha DeLeon (Chair, 1999 – 2003)

### COMMUNITY OUTREACH, EDUCATION & ENGAGEMENT INITIATIVES:
- *Director, Community Outreach & Education Program, NYU, Dept. of Environ. Med.* (2005- present)
- *Director, NIEHS Center of Excellence, Community Outreach & Engagement Program, NYU, Dept. of Env. Med. (2005 – present)*
- *Director, NIEHS Superfund Community Outreach and Education Core, NYU, Dept. of Environ. Med.* (2005- 2010)

- **Co-director**, NIEHS Superfund Translation Core, *NYU, Dept. of Environ. Med.* (2005- 2011)
  - **Community Partners:**
    - *Ironbound Community Corporation (ICC): Newark, NJ (2015-present)*
    - *Ramapough Lenape Tribal Nation: Ringwood, NJ/Mahwah, NJ/Hillburn, NY (2013-present)*
    - *City of Garfield, NJ (2012-present)*
    - *Susquehanna, PA: Fracking communities (2015-2016)*
    - Flint, Michigan via Water Defense

**Translation/Communication of toxicology to non-toxicologists & underserved minorities**

- Community groups in PA and NY: Environmental and Health Implications of Hydraulic Fracturing (2013-2014).
- Ramapo Indians: Living on a Superfund Site (2014-present)
- NY Presbyterian Lang Program for Underserved Youth (2010 - Present)
- *Harlem Children Society Mentoring Program - Bronx, NY* (2010-Present)
- Y-2 Kids (NY State 4th – 12th grade, Career day representative, 2008 - Present)
- *Center for Talented Youth, New York University Department of Environmental Medicine & Johns Hopkins Center for Talented Youth (2005 – Present)*
- *Environmental Commission of Ramsey (2001 – 2007; Vice-Chair; 2004-2006)* - Ramsey, New Jersey. Woodburning: A Cozy Atmosphere or a Public Menace? (2003)
- *Senior Citizen Advisory Board of Ramsey* (2003 - 2005)
- *Ramsey High School (Presenter on toxicology and the environment 2005-2006)*
- *Youth Guidance Commission of Ramsey* (1999 - 2001)
- *Rotary Club*, Goshen, New York. Woodburning: A Cozy Atmosphere or a Public Menace? (2003)
- *Upper Saddle River Community Center*, Upper Saddle River, New Jersey. The Hazards of Woodburning (1997)

**Non-Academic Related Outreach Committees:**

- 2011- 2014 – *Board of Ethics*, Community Hospice of Bergen County (NJ)
- 2009- 2014 – *Fundraising Committee*, Community Hospice of Bergen County (NJ)
- 2006-2013 – President, Condominium Association
- 2013-2016 – Vice-President, Condominium Association
- 2018 – South Bronx Asthma Coalition

Exhibit B

## MATERIALS AND DATA CONSIDERED

### Literature

Abraham, J.L., and D.D. McEuen. "Inorganic Particulates Associated with Pulmonary Alveolar Proteinosis:  SEM and X-Ray Microanalysis Results." *Appl. Pathol.* 4 (1986): 138-146.

Abubaker, Kalid, Rodney B. Luwor, et al. "Inhibition of the JAK2/STAT3 pathway in ovariancancer results in the loss of cancer stem cell-like characteristics and a reduced tumor burden." *BMC Cancer* No. 14 (2014): 317.

Abubaker, Kalid, Rodney B. Luwor, et al. "Targeted disruption of the JAK2/STAT3 pathwayin combination with systemic administration of paclitaxel inhibits the priming of ovarian cancer stem cells leading to a reduced tumor burden." *Frontiers in Oncology* No. 4(75) (2014).

Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine*, No. 39 (1982): 344–48.

Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.

Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.

Akhtar, Mohd Javed, Sudhir Kumar, et al. "The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid." *Toxicology in Vitro* No. 24 (2010): 1139–1147

Allaire, Guy S., Zachary D. Goodman, Kamal G. Ishak and Lionel Rabin. "Talc in Liver Tissue of Intravenous Drug Abusers with Chronic Hepatitis." *Am J Clin Pathol* 92 (1989): 583-588.

American Thoracic Society. "Health Effects of Tremolite." *Medical Section of the American Lung Association* (1991).

Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.

"ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018. https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=30&tid=4.

Aust, Ann, James C. Ball, Autumn A. Hu, JoAnn S. Lighty, Kevin R. Smith, et al. "Particle Characteristics Responsible for Effects on Human Lung Epithelial Cells." *HEI* 110 (December 2002).

Aust, Ann E., Philip M. Cook, and Ronald F. Dodson. "Morphological and Chemical Mechanisms of Elongated Mineral Particle Toxicities." *Journal of Toxicology and Environmental Health, Part B* 14, (2011): 40-75.

Baan, Robert, Kurt Straif, Yann Grosse, Béatrice Secretan, Fatiha El Ghissassi, and Vincent Cogliano. "Carcinogenicity of Carbon Black, Titanium Dioxide, and Talc." *The Lancet Oncology* 7, No. 4 (April 2006): 295–96.

Baandrup, Louise, Mette T. Faber, Jane Christensen, Allan Jensen, Klaus K. Andersen, Søren Friis, and Susanne K. Kjaer. "Nonsteroidal Anti-Inflammatory Drugs and Risk of Ovarian Cancer: Systematic Review and Meta-Analysis of Observational Studies." *Acta Obstet Gynecol Scand* 92, No. 3 (March 2013): 245–55.

Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" *The Lancet* 357, No. 9255 (February 2001): 539–45.

Basuli, D., L. Tesfay, Z. Deng, B. Paul, Y. Yamamoto, G. Ning, W. Xian, F. McKeon, M. Lynch, C.P. Crum, et al. "Iron Addiction: A Novel Therapeutic Target in Ovarian Cancer." *Oncogene* 36, (2017): 4089-99.

Beck, Barbara D., Henry A. Feldman, Joseph D. Brain et al. "The Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology*, 87 (1987): 222-234.

Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, No. 5 (May 2018): 620.

Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, 2017, 1.

Berry, G., M.L. Newhouse and J.C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occup Environ Med* 57, No. 11 (November 1, 2000): 782–85.

Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

Blejer, Hector P., and Robert Arlon. Talc: A Possible Occupational and Environmental Carcinogen." *Journal of Occupational Medicine* 15, No. 2 (February 1973): 92-97.

Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

Bluemel, Piza, and Zischka-Konorsa, W. "Animal experimental investigations of tissue reactions to starch and talcum powder after intraperitoneal application." *Wiener klinische Wochenschrift* 74, no. 1 (January 1962).

Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

Bogatu, Bettina, Bodo Contag, et al. "Adsorption of Lipoproteins onto Mineral Dust Surfaces: A Possible Factor in the Pathogenesis of Particle-induced Pulmonary Fibrosis?" *Z. Naturforsch* 60c, (2005): 792-798.

Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21,

no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

Booth, M, V Beral, and P Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, No. 4 (October 1989): 592–98. https://doi.org/10.1038/bjc.1989.320.

British Thoratic Association "A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88. https://doi.org/10.1016/0007-0971(79)90054-8.

Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health, Part B* 14, No. 1–4 (May 2, 2011): 122–52.

Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol® Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytother. Res.* 21, No. 6 (June 2007): 579–86.

Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environ Health Perspect* 119, No. 9 (September 2011): 1211–17.

Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

Chan, J.K., Munro, E.G., Cheung, M.K., Husain, A., Teng, N.N., Berek, J.S., Osann, K. Association of lymphadenectomy and survival in stage I ovarian cancer patients. Obstet Gynecol.   2007.   Jan; 109(1):12-9.

Chan, J.K., Munro, E.G., Cheung, M.K., Husain, A., Teng, N.N., Berek, J.S., Osann, K. Association of lymphadenectomy and survival in stage I ovarian cancer patients.   Obstet Gynecol.   2007.   Jan; 109(1):12-9.

Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." *Canadian Respiratory Journal* 2017 (2017): 1–12.

Chang, Stella, and Harvey A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, No. 12 (June 15, 1997): 2396–2401.

Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018. https://www.uptodate.com/contents/epithelial-carcinoma-of-the-ovary-fallopian-tube-and -peritoneum-epidemiology-and-risk-factors?search=Epithelial%20carcinoma%20of%20t he%20ovary,%20fallopian%20tube,%20and%20peritoneum:%20Epidemiology%20and %20risk%20factors&source=search_result&selectedTitle=1~150&usage_type=default&d isplay_rank=1.

Chen, Yong, Pao-Chen Wu, Jing-He Lang, Wen-Jun Ge, Patricia Hartge and Louise A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, No. 1 (1992): 23-29.

Chow, M.T., Moller, A., Smyth, M.J.   Inflammation and immune surveillance in cancer. Seminars in Cancer Biology.   2012.   22:23-32.

Churg, Andrew and Martha L. Warnock. "Analysis of the Cores of Ferruginous (Asbestos) Bodies from the General Population." *Laboratory Investigation* 40, No. 5 (1979): 622-26.

Clin, B., F. Morlais, B. Dubois, A.-V. Guizard, N. Desoubeaux, M.-F. Marquin, C. Raffaellis, C. Paris, F. Galateau-Salle, G. Launoy and M. Letourneux. "Occupational Asbestos Exposure and Digestive Cancers – A Cohort Study." *Alimentary Pharmacology &*

Case 3:16-md-02738-MAS-RLS   Document 9740-23   Filed 05/07/19   Page 65 of 94 PageID: 44501

*Therapeutics* 30, (2009): 364-74.

Coggiola, Maurizio, Davide Bosio, Enrico Pira, Pier Giorgio Piolatto, Carlo La Vecchia, Eva Negri, Marco Michelazzi, and Alessandro Bacaloni. "An Update of a Mortality Study of Talc Miners and Millers in Italy." *American Journal of Industrial Medicine* 44, No. 1 (July 2003): 63–69.

Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26. https://doi.org/10.1097/AOG.0000000000002296.

Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *Am J Epidemiol* 145, No. 5 (March 1, 1997): 459–65.

Coussens, L.M., and Werb, Z. (2002). Inflammation and cancer. *Nature* 420, 860-867.

Cox, Mary Jude, Julia A. Woods, Steven Newman, Richard F. Edlich. "Toxic Effects of Surgical Glove Powders on the Eye." *Journal of Long-Term Effects of Medical Implants* 6, Nos. 3 and 4 (1996): 219-226.

Cralley, L.J., M.M. Key, D.H. Groth, W.S. Lainhart and R.M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." *American Industrial Hygiene Association Journal* (July-August 1968): 350-354.

Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.

Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman With Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics & Gynecology* 110, (2007): 498-501.

Cramer, Daniel W, and Olivera J Finn. "Epidemiologic Perspective on Immune-Surveillance in Cancer." *Curr Opin Immunol* 23, No. 2 (April 2011): 265–71.

Cramer, Daniel W., Rebecca F. Liberman, Linda Titus-Ernstoff, William R. Welch, E. Robert Greenberg, John A. Baron, and Bernard L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *Int. J. Cancer* 81, No. 3 (May 5, 1999): 351–56.

Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31. https://doi.org/10.1158/1055-9965.EPI-05-0035.

Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case–Control Study in Two US States." *Epidemiology* 27, No. 3 (May 2016): 334–46.

Cramer, Daniel W., William R. Welch, Robert E. Scully, and Carol A. Wojciechowski. "Ovarian Cancer and Talc. A Case-Control Study." *Cancer* 50, No. 2 (July 15, 1982): 372–76.

Crusz, Shanthini M., Frances R. Balkwill. "Inflammation and cancer: advances and new agents." *Nat. Rev. Clin. Oncol.* 12 (2015):584-596.

Cubillos-Ruiz, Juan R., Pedra C. Silberman, et al. "ER Stress Sensor XBP1 Controls Anti-tumor Immunity by Disrupting Dendritic Cell Homeostasis." *Cell* 161, (June 2015): 1527–1538.

Davies, R., J.W. Skidmore, D.M. Griffiths and C.B. Moncrieff. "Cytotoxicity of Talc for Macrophages in Vitro." *Fd. Chem. Tox.* 21, No. 2 (1983): 201-207.

De Boer, C. H. "Transport Of Particulate Matter Through The Human Female Genital Tract." *J. Reprod. Fert.* 28, (1972): 295-297.

De Mattia G, Bravi MC, Laurenti O, De Luca O, Palmeri A, Sabatucci A, Mendico G, Ghiselli A. Impairment of cell and plasma redox state in subjects professionally exposed to chromium. Am J Ind Med. 2004; 46(2):120–125.

Denkhaus, E., K. Salnikow "Nickel essentiality, toxicity, and carcinogenicity." *Oncology/Hematology* No. 42 (2002): 35–56.

DeSesso, John M. "Exponent Talc Defense Presentation Toxic Talc?" January 18, 2018.

Di Cristo, Luisana, Dania Movia, Massimiliano G. Bianchi, Manfredi Allegri, Bashir M. Mohamed, Alan P. Bell, Caroline Moore, et al. "Proinflammatory Effects of Pyrogenic and Precipitated Amorphous Silica Nanoparticles in Innate Immunity Cells." *Toxicological Sciences* 150, No. 1 (March 2016): 40–53.

Dion, Chantal, Guy Perrault, Mounia Rhazi. Institut de recherche Robert-Sauve en sante et en securite du travail (IRSST). "Synthesis of Knowledge on Tremolite in Talc." *Chemical Substances and Biological Agents: Studies and Research Projects* Report R-755, (2012): 1-98.

Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28. https://doi.org/10.1038/bjc.2017.68.

Dodson, Ronald F., Michael O'Sullivan, Carolyn J. Corn, and Samuel P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, No. 2 (February 1995): 207–15.

Dreher, R., H.U. Keller, M.W. Hess, B. Roos and H. Cottier. "Early Appearance and Mitotic Activity of Multinucleated Giant Cells in Mice after Combined Injection of Talc and Prednisolone Acetate." *International Academy of Pathology* 38, No. 2 (1978): 149-156.

Driscoll, K. "Effects of Particle Exposure and Particle-Elicited Inflammatory Cells on Mutation in Rat Alveolar Epithelial Cells." *Carcinogenesis* 18, No. 2 (February 1, 1997): 423–30.

Duda-Chodak, Aleksandra, Urszula Blaszczyk. "The Impact of Nickel on Human Health." *J. Elementol.* No. 13(4) (2008): 685-696.

Edelstam, G. A. B., A. C. E. Sjosten, H. Ellis. "Retrograde Migration of Starch in the Genital Tract of Rabbits." *Inflammation* Vol. 21, No. 5 (1997): 489-499.

Egilman, David "The Production of Corporate Research to Manufacture Doubt About the Health

Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

Elder, A., Gelein, R., Silva, V., Feikert, T., Opanashuk, L., Carter, J., Potter, R., Maynard, A., Ito, Y., Finkelstein, J., Oberdorster, G.   Translocation of inhaled ultrafine manganese oxide particles to the central nervous system. Environ Health Perspect. 2006. 114:1172-1178.

Hazards of Products: An Overview of the Exponent BakeliteVR Simulation Study." *NEW SOLUTIONS: A Journal of Environmental and Occupational Health Policy* Vol. 28(2) (2018): 179–201.

Endo-Capron, S., A. Renier, X. Janson, L. Kheuang, and M.C. Jaurand. "In Vitro Response of Rat Pleural Mesothelial Cells to Talc Samples in Genotoxicity Assays (Sister Chromatid Exchanges and DNA Repair)." *Toxicology in Vitro* 7, No. 1 (January 1993): 7–14.

Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers:

A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194. https://doi.org/10.1371/journal.pgen.1007194.

Enticknap, J.B. and W.J. Smither. "Peritoneal Tumours in Asbestosis." *British Journal of Industrial Medicine* 21 (1964): 20-31.

EPA. "Drinking Water Standard for Arsenic." (January 2001).

EPA. "Health Assessment Document for Talc." (March 1992).

European Center for Ecotoxicology and Toxicology of Chemicals. "Evaluation of Systemic Health Effects Following Dermal Exposure to Chemicals." Technical Report No. 119 ISSN-0773-8072-119 (March 2013).

Fang, Zhijia, Min Zhao, et al. "Genotoxicity of Tri- and Hexavalent Chromium Compounds In Vivo and Their Modes of Action on DNA Damage In Vitro." *PLOS One.* Vol. 9 Issue 8. (*August 2014).

Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81. https://doi.org/10.1016/j.molonc.2009.01.008.

Fathalla, M. F. "Incessant Ovulation – A Factor in Ovarian Neoplasia." *The Lancet* (July 1971): 163.

FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001 /CP," April 1, 2017.

FDA. "Talc." https://www.fda.gov/Cosmetics/ProductsIngredients/Ingredients/ucm293184.htm

Federal Register 37, "Subpart G-Occupational Health and Environmental Control." No. 202 (October 18, 1972): 22139-144.

Federal Register 40 CFR Part 763, "Part III – Environmental Protection Agency: Asbestos-Containing Materials in Schools; Final Rule and Notice." Vol. 52, No. 210 (October 30, 1987): 41826-41906.

Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales Allyrio Araújo de Medeiros Fernandes, Judson Welber Veríssimo de Azevedo, and Josélio Maria Galvão de Araújo. "The Role of the Mediators of Inflammation in Cancer Development." *Pathology & Oncology Research* 21, no. 3 (July 2015): 527–34. https://doi.org/10.1007/s12253-015-9913-z.

Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, No. 10 (October 2007).

Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José Garcìa-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination After Talc Slurry Pleurodesis." *Chest* 122, No. 3 (September 2002): 1018–27.

Finley, Brent L., Jennifer S. Pierce. "Evaluation of tremolite asbestos exposures associated with the use of commercial products." *Critical Reviews in Toxicology.* No. 42(2) (2012): 119–146

Finnish Institute of Occupational Health. *Asbestos, Asbestosis, and Cancer, Helsinki Criteria for Diagnosis and Attribution 2014.* (June 2014).

Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* Vol. 34, No. 1 (2015): 66-129.

Fletcher, Nicole, Jimmy Belotte, et al. "Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer." *Free Radical Biology and*

*Medicine*. 102 (2017) 122–132.

Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

Fleming, Jean S., Clare R. Beaugié, Izhak Haviv, Georgia Chenevix-Trench, and Olivia L. Tan. "Incessant Ovulation, Inflammation and Epithelial Ovarian Carcinogenesis: Revisiting Old Hypotheses." *Molecular and Cellular Endocrinology* 247, No. 1–2 (March 2006): 4–21.

Fletcher, Nicole, Ira Memaj, and Ghassan M Saed. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences* 25, Supplement 1 (March 2018): 214A-215A.

Forman, Henry Jay and Martine Torres. "Reactive Oxygen Species and Cell Signaling Respiratory Burst in Macrophage Signaling." *Am J Respir Crit Care Med.* Vol 166. (2002) pp S4–S8.

Frank, Czul, Lascano Jorge. "An uncommon hazard: Pulmonary talcosis as a result of recurrent aspiration of baby powder." *Respiratory Medicine CME* 4, (2011): 109-111.

Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

Friedrichs, Karl Heinz. "Electron Microscopic Analyses of Dust From the Lungs and the Lymph Nodes of Talc-Mine Employees." *American Industrial Hygiene Association Journal* 48, No. 7 (July 1987): 626–33.

Galea, Sandro and Roger Vaughan. "Moving Beyond the Cause of Constraint: A Public Health of Consequence." *American Journal of Public Health* 108, No. 5 (May 2018): 602-03.

Gamble, John F., William Fllner and Michal J. Dimeo. "An Epidemiologic Sutdy of a Group of Talc Workers." *American Review of Respiratory Diesease.* Vol. 119 (1979): 741-753.

Gardner, M.J., P.D. Winter, B. Pannett, and C.A. Powell. "Follow Up Study of Workers Manufacturing Chrysotile Asbestos Cement Products." *British Journal of Industrial Medicine* 43, (1986): 726-32.

Gates, M. A., B. A. Rosner, J. L. Hecht, and S. S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *Am J Epidemiol* 171, No. 1 (2010): 45–53.

Gates, M. A., S. S. Tworoger, K. L. Terry, L. Titus-Ernstoff, B. Rosner, I. De Vivo, D. W. Cramer, and S. E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiol Biomarkers Prev.* 17, No. 9 (September 2008): 2436–44.

Gavalas, Nikos G, Alexandra Karadimou, et al. "Immune Response in Ovarian Cancer: How Is the Immune System Involved in Prognosis and Therapy: Potential for Treatment Utilization. *Clinical and Developmental Immunology*. Vol. 2010. Article ID 791603.

Genofre, Eduardo H., Francisco S. Vargas, Milena M.P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory

Response to Small Size Talc Particles." *Respiratory Medicine* 103, No. 1 (2009): 91–97.

Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *Am. J. InD. Med.* 36, No. 1 (1999): 129–34.

Gertig, Dorota M., David J. Hunter, Daniel W. Cramer, Graham A. Colditz, Frank E. Speizer, Walter C. Willett, and Susan E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *J Natl Cancer Inst* 92, No. 3 (2000): 249–52.

Getze, George. "Asbestos Blamed for Increase in Ovary Cancer." *The Philadelphia Inquirer* (March 28, 1968).

Ghio, Andrew J. and Victor Roggli. "Letter to the Editor: Talc Should Not Be Used for Pleurodesis in Patients with Nonmalignant Pleural Effusions." *American Journal of Respiratory Critical Care Medicine* (2001): 1741.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *Am J Respir Cell Mol Biol* 46, No. 1 (January 2012): 80–86.

Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy Richards, Zhongping Deng, Jerrold L. Abraham." Gadolinium exposure disrupts iron homeostasis in cultured cells." *J Biol Inorg Chem.* No. 16 (2011): 567–575.

Gilbert, Christopher, Benjamin R. Furman, et al. "Description of Particle Size, Distribution, and Behavior of Talc Preparations Commercially Available Within the United States." *J Bronchol Intervent Pulmonol.* Vol. 25, No. 1. (January 2018).

"Global Ban on the Mining and Use of Asbestos." *World Federation of Public Associations*. (2005).

Godard, Beatrice, William D. Foulkes, Diane Provencher, Jean-Sebastien Brunet, Patricia N. Tonin, Anne-Marie Mes-Masson, Steven A. Narod, and Parviz Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *Am J Obstet Gynecol* 179, No. 2 (August 1998): 403–10.

Gondal, Mohammed A., Mohamed A. Dastageer, Akhtar A. Naqvi, Anvar A. Isab, Yasin W. Maganda. "Detection of toxic metals (lead and chromium) in talcum powder using laser induced breakdown spectroscopy." *Applied Optics* Vol. 51, No. 30 (October 2012): 7395-7401.

Gonzalez, N.L., K.M. O'Brien, A.A. D'Aloisio, D.P. Sandler, and C.R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer:" *Epidemiology* 27, No. 6 (November 2016): 797–802.

Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, No. 4 (October 2014): 318–32.

Graham, and Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

Graham, John, and Ruth Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, No. 2 (October 1967): 115–28.

Green, Adèle, David Purdie, Christopher Bain, Victor Siskind, Peter Russell, Michael Quinn, and Bruce Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer." *Int. J. Cancer* 71, No. 6 (June 11, 1997): 948–51.

Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and

Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

Gross, Alan J., and Paul H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship Between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, No. 2 (1995): 181-195.

Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

Hammar, S.P., R.F. Dodson. "Asbestos: Risk Assessment, Epidemiology, and Health Effects, Second Edition." 2nd Edition, Ch. 28 (2017): 927-930; 976.

Hamilton, John A., Geraldine McCarthy and Genevieve Whitty. "Primary research Inflammatory microcrystals induce murine macrophage survival and DNA synthesis." *Arthritis Res No. 3* (2001): 242–246.

Hamilton, T.C., H. Fox, C.H. Buckley, W.J. Henderson', W J, and K Griffiths. "Effects of Talc on the Rat Ovary." *Br. J. Exp. Path.* 65, (1984): 101-106.

Hammar, S.P. and R.F. Dodson. *Asbestos: Risk Assessment, Epidemiology, and Health Effects.*

Harding, A.H., A. Darnton, J. Wegerdt, and D. McElvenny. "Mortality Among British Asbestos Workers Undergoing Regular Medical Examinations." *Occupational and Environmental Medicine* 66, (2009): 487-95.

Harlow, Bernard L., and Noel S. Weiss. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130, No. 2 (August 1989): 390–94.

Harlow, Bernard L., Daniel W. Cramer, Debra A. Bell and William R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstet Gynecol* 80, No. 1 (July 1992): 19-26.

Hartge, Patricia, Robert Hoover, Linda P. Lesher, and Larry McGowan. "Talc and Ovarian Cancer." *JAMA* 250, No. 14 (October 14, 1983): 1844.

Heidland, A., Klassen A., Rutkowski, P., Bahner, U.   The contribution of Rudolf Virchow to the concept of inflammation: what is still of importance? Journal of nephrology. 2006; 29(Suppl 10): S102-109.

Hein, Misty J., Leslie T. Stayner, Everett Lehman, John M. Dement. "Follow-Up Study of Chrysotile Textile Workers: Cohort Mortality and Exposure-Response." *Occupational and Environmental Medicine* 64, (2007): 616-25.

Henderson, W.J., C.A.F. Joslin, A.C. Turnbull. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* Vol. 78 (March 1971): 266-272.

Henderson, W.J., A.V. Maskell, K Griffiths. "Contamination of Surgical Gloves." *British Medical Journal*, (February 1978): 363.

Henderson, W.J., T.C. Hamilton, M.S. Baylis, C.G. Pierrepoint, K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40 (1986): 247-250.

Heller, Debra S., Ronald E. Gordon, and Norman Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *Am J Obstet Gynecol* 181, No. 2 (August 1999): 346–47.

Heller, Debra S., Ronald E. Gordon, Carolyn Westhoff, and Susan Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, No. 5 (May

1996): 435–39.

Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *Am J Public Health* 108, No. 5 (May 2018): 616–19.

Hildick-Smith, Gavin Y. "The Biology of Talc." *British Journal of Industrial Medicine* 33, (1976): 217-229.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36. Hoffeld, J. Terrell. "Inhibition of Lymphocyte Proliferation and Antibody Production in Vitro by Silica, Talc, Bentonite Or Corynebacterium Parvum: Involvement of Peroxidative Processes." *Eur. J. Immunol* 13, No. 5 (1983): 364–69.

Hollinger, Mannfred A. "Pulmonary toxicity of inhaled and intravenous talc." *Elsevier: Toxicology Letters* 52 (1990): 121-127.

Holschneider, Christine H., and Jonathan S. Berek. "Ovarian Cancer: Epidemiology, Biology, and Prognostic Factors." *Semin. Surg. Oncol.* 19, No. 1 (July 2000): 3–10.

Honda, Yasushi, Colleen Beall, Elizabeth Delzell, Kent Oestenstad, Ilene Brill and Robert Matthews. "Mortality among Workers at a Talc Mining and Milling Facility." *The Annals of Occupational Hygiene* 46, No. 7 (October 2002): 575-85.

Houghton, S. C., K. W. Reeves, S. E. Hankinson, L. Crawford, D. Lane, J. Wactawski-Wende, C. A. Thomson, J. K. Ockene, and S. R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *JNCI J Natl Cancer Inst* 106, No. 9 (September 10, 2014).

Huncharek, Michael, J.F. Geschwind and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 25, (2003): 1955-1960.

Huncharek, Michael, and Joshua Muscat. "Perineal Talc Use and Ovarian Cancer Risk: A Case Study of Scientific Standards in Environmental Epidemiology." *European Journal of Cancer Prevention* 20, No. 6 (November 2011): 501–7.

Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies:" *European Journal of Cancer Prevention* 16, No. 5 (October 2007): 422–29.

Hunn, Jessica, Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology" *Clinical Obstetrics and Gynecology* Vol. 55, No. 1: 3-23.

"Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006. http://www.ncbi.nlm.nih.gov/books/NBK20332/.

International Agency for Research on Cancer (IARC), "Some Inorganic and Organometallic Compounds", IARC Monograph No. 2 (1973).

International Agency for Research on Cancer (IARC), "IARC Monographs On The Evaluation Of Carcinogenic Risk Of Chemicals To Man: Cadmium, Nickel, Some Epoxides, Miscellaneous Industrial Chemicals and General Considerations on Volatile Anaesthetics." IARC Monograph Vol. 11 (1976): 1-282.

International Agency for Research on Cancer (IARC), "Asbestos", IARC Monograph No. 14 (1977).

International Agency for Research on Cancer (IARC), "IARC Monographs On The Evaluation Of The Carcinogenic Risks To Humans: Chemicals and Industrial Processes Associated with Cancer in Humans." IARC Monographs, Volumes 1 to 20 Supplement 1 (1979).

International Agency for Research on Cancer (IARC), "IARC Monographs On The Evaluation Of The Carcinogenic Risks To Humans: Chemicals, Industrial Processes and Industries Associated With Cancer in Humans." IARC Monographs, Volumes 1 to 29 Supplement 4 (1982).

International Agency for Research on Cancer (IARC), "Carbon Black, Titanium Dioxide, and Talc." IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, v. 93. Lyon, France : Geneva: International Agency for Research on Cancer ; Distributed by WHO Press, 2010.

International Agency for Research on Cancer (IARC), "Overall Evaluation of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42 Supplement 7 (1987).

International Agency for Research on Cancer (IARC), "Silica and Some Silicates", IARC Monograph No. 42 (1987).

International Agency for Research on Cancer (IARC), "Mechanisms of Fibre Carcinogenesis", IARC Scientific Publications No. 140 (1996).

International Agency for Research on Cancer (IARC), "Silica, Some Silicates, Coal Dust and Para-Aramid Fibrils", IARC Monograph No. 68 (1997).

International Agency for Research on Cancer (IARC), "A review of human carcinogens-Part C: metals, arsenic, dusts and fibres." *The Lancet* 10 (2009): 453-454.

International Agency for Research on Cancer (IARC), "Carbon Black, Titanium Dioxide, and Talc", IARC Monographs No. 93., (2010).

International Agency for Research on Cancer (IARC), "Arsenic, Metals, Fibres, and Dusts," IARC Monograph No. 100C (2012).

International Agency for Research on Cancer (IARC), "Table 2.8. Epidemiologic studies of asbestos exposure and ovarian cancer." 1-3.

International Labour Organization (ILO), "Resolution concerning asbestos, 2006." *ILO Resolution* (June 2006): 1-2.

Ingersoll, Molly A., Andrew M. Platt, Stephane Potteaux, Gwendalyn J. Randolph. "Monocyte trafficking in acute and chronic inflammation." *Trends Immunol.* 32, No. 10 (October 2011): 470-477.

Iturralde, Mario, Pieter Ferdinand Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." *Seminars in Nuclear Medicine* Vol. XI, No. 4 (October 1981): 301-314.

Jammal, Millena Prata, Agrimaldo Martins-Filho, et al., "Cytokines and Prognostic Factors in Epithelial Ovarian Cancer." *Clinical Medicine Insights: Oncology* 10 (2016): 71-76.

Jampol, Lee M., Tomoichi Setogawa, Krishna Rao V. Rednam, Mark O.M Tso. "Talc Retinopathy in Primates." *Archives of Opthalmology* 99, (July 1981): 1273-80.

Jarad, N Al, M Macey, S Uthayakumar, A C Newland, and R M Rudd. "Lymphocyte Subsets in Subjects Exposed to Asbestos: Changes in Circulating Natural Killer Cells." *British Journal of Industrial Medicine* 49, (1992): 811-814.

Jasuja, Sonia, Brooks T. Kuhn, Michael Schivo, Jason Y. Adams. "Cosmetic Talc-Related Pulmonary Granulomatosis." *Journal of Investigative Medicine High Impact Case Reports* Vol. 1, No. 4 (2017): 1-4.

Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13. https://doi.org/10.1136/jmedgenet-2013-102015.

Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018). https://doi.org/10.1038/s41598-018-30261-8.

Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

Jing, Jiongjie, Xiaolong Jiang, Jianwei Chen, Xiaolei Yao et al. "Notch signaling pathway promotes the development of ovine ovarian follicular granulosa cells." *Animal Reproduction Science* 181 (2017): 69-78.

Jing, Xuquan, Feng Li, Xue Meng, Zhitong Liu, Jinming Yu, Bo Liu. "Ovarian metastasis from lung adenocarcinoma with ALK-positive rearrangement detected by next generation sequencing: A case report and literatures review." *Cancer Biology & Therapy* Vol. 18, No. 5 (2017): 279-284.

Jo, Hwanju, Young Nam Jang and Jung Hyun Jo. "A Low Temperature Detoxification Method for Treatment of Chrysotile-Containing Waste Roofing Slate." *Minerals* 7, No. 144 (2017).

Jones, Richard E., and Kristin H. Lopez. "Human Reproductive Biology - 4th Edition Chapter 9 - Gamete Transport and Fertilization." In *Human Reproductive Biology*, Third., 159–73. San Diego: Academic Press, 2006. https://doi.org/10.1016/B978-0-12-382184-3.00009-X.

Jordan, Susan J., Adèle C. Green, David C. Whiteman, and Penelope M. Webb. "Risk Factors for Benign Serous and Mucinous Epithelial Ovarian Tumors:" *Obstetrics & Gynecology* 109, No. 3 (March 2007): 647–54.

Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86, No. 4 (April 2001): 392–99.

Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology* 12, No. 6 (December 1992): 443–49.

Karageorgi, S., M. A. Gates, S. E. Hankinson, and I. De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology Biomarkers & Prevention* 19, No. 5 (May 2010): 1269–75.

Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2

Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

Keal, E E. "Asbestosis and Abdominal Neoplasms." *The Lancet* (December 3, 1960): 1211-16.

Kerger, Brent D., Robert C. James and David A. Galbraith. "Tumors that Mimic Asbestos-Related Mesothelioma: Time to Consider a Genetics-Based Tumor Registry." *Frontiers in Genetics* 5, No. 151 (May 30, 2014): 1-14.

Keskın, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Özay, and Halil Saygılı. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, No. 6 (December 2009): 925–31.

Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF- $\alpha$ m-RNA in Human Macrophages." *Journal of Biomedical Nanotechnology* 7, No. 1 (January 2011): 112–13.

Kim, Brian, Francis M. Giardiello. "Chemoprevention in familial adenomatous polyposis." *Best Pract Res Clin Gastroenterol* Vol. 25, No. 0 (August 2011): 607-622.

Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015. https://doi.org/10.1371/journal.pgen.1004901.

Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

Kleinfeld, M., J. Messite, Olive Kooyman, Mahfouz H. Zaki. "Mortality Among Talc Miners and Millers in New York State." *Archives of Environmental Health: An International Journal* Vol. 14, No. 5 (1967): 663-667.

Kleinfeld, M., J. Messite, M. H. Zaki. "Mortality Experiences Among Talc Workers: A Follow-up Study." *Journal of Occupational Medicine* Vol. 16, No. 5 (May 1974): 345-349.

Kreyling, W.G., Semmler-Behnke, M.S., Moller, W.   Ultrafine particle-lung interaction: Does size matter? Journal of Aerosol Medicine. 2006. 19(1).

Kunz, G., D. Beil, H. Deiniger, A. Einspanier, G. Mall, and G. Leyendecker. "The Uterine Peristaltic Pump. Normal and Impeded Sperm Transport within the Female Genital Tract." *Advances in Experimental Medicine and Biology* 424 (1997): 267–77.

Kurta, M. L., K. B. Moysich, J. L. Weissfeld, A. O. Youk, C. H. Bunker, R. P. Edwards, F. Modugno, R. B. Ness, and B. Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology Biomarkers & Prevention* 21, No. 8 (August 2012): 1282–92.

La Vecchia, Carlo. "Ovarian Cancer: Epidemiology and Risk Factors." *European Journal of Cancer Prevention* 26, No. 1 (January 2017): 55–62.

Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

Lane, D., Matte, I., Rancourt, C., Piche, A.   Prognostic significance of IL-6 and IL-8 ascites levels in ovarian cancer patients.   BMC Cancer.   2011. 11:210.

Lane, Denis, Veronique Robert et al. "Malignant ascites protect against TRAIL-induced apoptosis by activating the PI3K/Akt pathway in human ovarian carcinoma cells." *Int. J. Cancer 121* (2007): 1227-1237.

Langseth, H, S E Hankinson, J Siemiatycki, and E Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology & Community Health* 62, No. 4 (April 2008): 358–60.

Langseth, H., B.V. Johansen, J.M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer* 17, No. 1 (January 2007): 44–49.

Langseth, Hilde, and Kristina Kjærheim. "Ovarian Cancer and Occupational Exposure Among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, No. 5 (October 2004): 356–61.

Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

Lee, Richard, and Drew Van Orden. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 21, No. 4 (October 2, 2015): 337–41.

Lee, Sang Hee, and Roy J. Richards. "Montserrat Volcanic Ash Induces Lymph Node Granuloma and Delayed Lung Inflammation." *Toxicology* 195, No. 2–3 (February 2004): 155–65.

Li, Jing, Xuedan Jiao, Zhongfu Yuan, Haifeng Qiu, Ruixia Guo. "C-reactive protein and risk of ovarian cancer A systematic review and meta-analysis." *Medicine* Vol. 96, No. 34 (2017): 1-7.

Li, Yong-Jian, Kai Yao, Min-Xun Lu, Wen-Biao Zhang, Cong Xiao, Chong-Qi Tu. "Prognostic value of the C-reactive protein to albumin ratio: a novel inflammation-based prognostic indication in osteosarcoma." *OncoTargets and Therapy* 10 (2017): 5255-5261.

Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." *Free Radical Research* 44, no. 5 (May 2010): 476–96.

Lison, D., Boeck, M.D., Kirsch-Volders, M.   Update on the genotoxicity and carcinogenicity of cobalt compounds.   Occup Environ Med 2001.   Oct; 58(10):619-25.

Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

Lengyel, Ernst. "Ovarian Cancer Development and Metastasis." *The American Journal of Pathology* Vol. 177, No. 3 (September 2010): 1053-1064.

Lockey, James E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* Vol. 2, No. 2 (May 1981): 203-218.

Longo, D.L. and R.C. Young. Aug 1979 – "Cosmetic Talc and Ovarian Cancer." *The Lancet* (August 18, 1979): 349-351.

Longo, D.L. and R.C. Young. Nov 1979 – "Cosmetic Talc and Ovarian Cancer." *The Lancet* (November 10, 1979): 1011-1012.

Longo, William E., Mark W. Rigler, and William B. Egeland. "Below the Waist Application of Johnson & Johnson Baby Powder." Materials Analytical Service, LLC, September 2017.

Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Loomis, D., J.M. Dement, S.H. Wolf, and D.B. Richardson. "Lung Cancer Mortality and Fibre Exposures Among North Carolina Asbestos Textile Workers." *Occupational and Environmental Medicine* 66, (2009): 535-542.

Lopez-Galindo, A, C. Viseras, and P. Cerezo. "Compositional, Technical and Safety Specifications of Clays to Be Used as Pharmaceutical and Cosmetic Products." *Applied Clay Science* 36, No. 1–3 (April 2007): 51–63.

Lord, G.H. "The Biological Effects of Talc in the Experimental Animal: A Literature Review." *Food and Cosmetics Toxicology* 16, No. 1 (February 1978): 51–57.

Low, L.C.K., J. Lang, and W.D. Alexander. "Excretion of Carbimazole and Propylthiouracil in Breast Milk." *The Lancet* 314, No. 8150 (November 10, 1979): 1011.

Lu, Hsiao-Mei, Shuwei Li, Mary H. Black et al. "Association of Breast and Ovarian Cancers With Predisposition Genes Identified by Large-Scale Sequencing." *JAMA Oncology* (August 16, 2018): E1-E8.

Maccio, A., and Madeddu, C. (2012). Inflammation and ovarian cancer. *Cytokine 58*, 133-147.

Magnani, C, D Ferrante, F Barone-Adesi, M Bertolotti, A Todesco, D Mirabelli, and B Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, No. 3 (2007): 164–70.

Mahmood, Samiya. "A Comparative Situation Analysis on Pre-Cancerous Lesions among Slum and Brothel Dwelling Women and Average Housewives Who Fall within the Reproductive Age Group and Living in Bangladesh." *Gynecology & Obstetrics* 07, No. 09 (2017).

Mäki-Nevala, Satu, Virinder Kaur Sarhadi, Aija Knuuttila, Ilari Scheinin, Pekka Ellonen, Sonja Lagström, Mikko Rönty, et al. "Driver Gene and Novel Mutations in Asbestos-Exposed Lung Adenocarcinoma and Malignant Mesothelioma Detected by Exome Sequencing." *Lung* 194, no. 1 (February 2016): 125–35. https://doi.org/10.1007/s00408-015-9814-7.

Mamo, Carlo and Giuseppe Costa. "Mortality Experience in an Historical Cohort of Chrysotile Asbestos Textile Workers." (2004).

Marconi, A., U. Verdel. "Asbestos content of talcs from Italian mines and fibre concentration in various commercial talcum powders used in Italy." *Health Related Effects of Phyllosilicates* Vol. G 21 (1990): 107-115.

Mariani-Costantini, Renato, Frank S. Jannotta, and Frank B. Johnson. "Systemic Visceral Talc Granulomatosis Associated with Miliary Tuberculosis in a Drug Addict." *American Journal of Clinical Pathology* 78, No. 5 (November 1982): 785–89.

Mariani, F., Sena, P., Roncucci, L.  Inflammatory pathways in the early steps of colorectal cancer development.  World J Gastroenterol.  2014.  August 7; 20(29):9716-9731.

Mattenklott, M. "Asbest in Talkumpudern und Speckstein – heutige Situation." *Gefahrstoffe – Reinhaltung der Luft* Vol. 67, No. 7/8 (2007): 287-292.

McCarthy, Edward F., Noel A. Genco, Ernest H. Reade Jr. "Talc." 7th Edition (2006): 1-16.

McCluggage, W. G., D.C. Allen. "Ovarian granulomas: a report of 32 cases." *J Clin Pathol* 50, (1997): 324-327.

McDonald, J.C., J.M. Harris, and G. Berry. "Sixty Years on: the Price of Assembling Military Gas Masks in 1940." *Occupational and Environmental Medicine* 63, (2006): 852-55.

McLemore, Monica R., Christine Miaskowski, Bradley E. Aouizerat, Lee-may Chen, and Marylin J. Dodd. "Epidemiological and Genetic Factors Associated with Ovarian Cancer." *Cancer* Nursing 32, No. 4 (2009): 281-88.

Medford, A. R. L., M. N. Sheppard et al., "An unusual cause of difficult asthma: talc granulomatous disease." *Grand Rounds* Vol. 5 (2005): 1-5.

Medford, A. R. L. "Consider Talc Too in Poorly Controlled Asthma and Unexplained Bronchiolitis." *Chest* Vol. 143, No. 1 (January 2013): 278-279.

Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52. https://doi.org/10.21037/jtd.2017.10.41.

Melin, A., P. Sparen, I. Persson, A. Bergqvist. "Endometriosis and the risk of cancer with special emphasis on ovarian cancer." *Human Reproduction* Vol. 21, No. 5 (2006): 1237-1242.

Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, and Australian Cancer Study (Ovarian Cancer) and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer* 122, No. 1 (January 2008): 170–76.

Michalowski, R. "Silica Granuloma at the Site of Circumcision for Phimosis: A Case Report." *Dermatologica* 166, (1983): 261-63.

Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer* 112, No. 3 (November 10, 2004): 458–64. (Bates No. JNJ000018682)

Milne, R. L., and A. C. Antoniou. "Genetic Modifiers of Cancer Risk for BRCA1 and BRCA2 Mutation Carriers." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 22 Suppl 1 (January 2011): i11-17. https://doi.org/10.1093/annonc/mdq660.

Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84. https://doi.org/10.1530/ERC-16-0277.

Møller, Peter, Pernille Høgh Danielsen, Kim Jantzen, Martin Roursgaard, and Steffen Loft. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, No. 2 (February 2013): 96–118.

Moon, Min-Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, No. 3 (September 2011): 137–41.

Moorman, P. G., R. T. Palmieri, L. Akushevich, A. Berchuck, and J. M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, No. 5 (September 2009): 598–606.

Mori, T., K. Nagata, T. Matsuit, T. Ishida, H. Ohami, T. Asanot. "Superoxide anions in the

pathogenesis of talc-induced cerebral vasocontraction." *Neuropathology and Applied Neurobiology* 21, (1995): 278-385.

Mossman, Brooke T., Andrew Churg. "Mechanisms in the Pathogenesis of Asbestosis and Silicosis." *Am J Respir Crit Care Med* Vol. 157, (1998): 1666-1680.

Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

Murray, Peter J., Thomas A. Wynn. "Protective and pathogenic functions of macrophage subsets." *Nat Rev Immunol* Vol. 11, No. 11 (2011): 723-727.

Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

Muscat, Joshua E., and Michael S. Huncharek. "Perineal Talc Use and Ovarian Cancer: A Critical Review:" *European Journal of Cancer Prevention* 17, No. 2 (April 2008): 139–46.

Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

Nakane, Hideo. "Translocation of particles deposited in the respiratory system: a systematic review and statistical analysis." *Environ Health Prev Med*, 17 (2012): 263-274.

Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12. https://doi.org/10.1016/j.ygyno.2016.04.011.

Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88. https://doi.org/10.1038/sj.onc.1205804.

Ness, R. "Does Talc Exposure Cause Ovarian Cancer?" *International Journal of Gynecological Cancer* 25, Supplement 1 (May 2015): 51.

Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *Journal of the National Cancer Institute* 91, No. 17 (September 1, 1999): 1459–67.

Ness, Roberta B., Jeane Ann Grisso, Carrie Cottreau, Jennifer Klapper, Ron Vergona, James E. Wheeler, Mark Morgan, and James J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology* 11, No. 2 (March 2000): 111–17.

Newhouse, M.L. and K.R. Sullivan. "A Mortality Study of Workers Manufacturing Friction Materials: 1941-86." *British Journal of Industrial Medicine* 46, (1989): 176-79.

Newhouse, Muriel L., G. Berry, J.C. Wagner and Mary E. Turok. "A Study of the Mortality of Female Asbestos Workers." *Brit. J. Industr. Med.* 29, (1972): 134-41.

Nickens, Kristen P., Steven R. Patierno, Susan Ceryak. "Chromium genotoxicity: a double-edged sword." *Chem Biol Interact* Vol. 188, No. 5 (November 2010): 276-288.

Nicolini, Andrea, Paola Ferrari, Giuseppe Rossi, Angelo Carpi. "Tumour growth and immune evasion as targets for a new strategy in advanced cancer." *Endocrine-Related Cancer* Vol. 25, No. 11 (2018): 577-604.

NIOSH "Workplace Exposure to Asbestos: Review and Recommendations." DHHS Publication No. 81-103 (April 1980): 1-47.

NIOSH Pocket Guide to Chemical Hazards. (September 2007). Appendix C.

NIOSH – CDC – Current Intelligence Bulletin 62 Revised Edition "Asbestos Fibers and Other

Elongate Mineral Particles: State of the Science and Roadmap for Research." April 2011.

NIOSH. "CDC – Occupational Cancer – Carcinogen List – NIOSH Safety and Health Topic." (2012)

NIOSH "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972. (JNJ000231304)

NIOSH CURRENT INTELLIGENCE BULLETIN Revised Edition "Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research," January 2009.

Nolan, Robert P. and Arthur M. Langer. *Chapter 9: Limitations of the Stanton Hypothesis*. (1993).

Norman, R. J., M. Brannstrom. "Cytokines in the Ovary: Pathophysiology and Potential for Pharmacological Intervention." *Pharmacol Ther.* Vol. 69, No. 3 (1996): 219-236.

NTP "Asbestos." (CAS No. 1332-21-4)." *Report on Carcinogens, Thirteenth Edition.* (2014).

NTP "Toxicology and Carcinogenesis Studies of Talc." (CAS No. 14807-96-6) In F344/N Rats and B6C3F Mice (Inhalation Studies)."

Oberdörster, Günter, Eva Oberdörster, and Jan Oberdörster. "Nanotoxicology: An Emerging Discipline Evolving from Studies of Ultrafine Particles." *Environmental Health Perspectives* 113, no. 7 (July 2005): 823–39. https://doi.org/10.1289/ehp.7339.

Occupational Safety and Health Administration (OSHA) – Department of Labor "Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite." *Federal Register – Rules and Regulations* Vol. 57, No. 110 (June 8, 1992): 24310-24331.

Occupational Safety and Health Administration (OSHA) – Department of Labor "OSHA Fact Sheet Asbestos" (2014): 1-2.

Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, No. 11 (December 2007): 2364–72.

Omenka, Sunday Samuel, Adebola Abosede Adeyi. "Heavy metal content of selected personal care products (PCPs) available in Ibadan, Nigeria and their toxic effects." *Toxicology Reports 3* (2016): 628-635.

Oury, Tim D., Thomas A. Sporn, and Victor L. Roggli. (2014) *Pathology of Asbestos-Associated Diseases*. New York: Springer.

Øvrevik, J., Marit Lag, Per Schwarze, and Magne Refsnes. "p38 and Src-ERK1/2 Pathways Regulate Crystalline Silica-Induced Chemokine Release in Pulmonary Epithelial Cells." *Toxicological Sciences* 81, No. 2 (July 14, 2004): 480–90.

Øvrevik, Johan, Magne Refsnes, Marit Låg, Jørn A. Holme, and Per E. Schwarze. "Activation of Proinflammatory Responses in Cells of the Airway Mucosa by Particulate Matter: Oxidant- and Non-Oxidant-Mediated Triggering Mechanisms." *Biomolecules* 5, No. 3 (July 2, 2015): 1399–1440.

Pace, E., Siena, L., Ferraro, M., Profita, M., Mondello, P., Chiappara, G., Montalbano, A.M., Giarratano, A., Bonsignore, G., Gjomarkaj, M.  Role of prostaglandin E2 in the invasiveness, growth and protection of cancer cells in malignant pleuritis.  European Journal of Cancer. 2006.   42(14):2382-2389.

Paoletti, L., Caiazza, S., Donelli, G., Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology* 4. (December 9, 1983): 222-235.

Parmley, Tim H., and J. Donald Woodruff. "The Ovarian Mesothelioma." *American Journal of*

*Obstetrics and Gynecology* 120, No. 2 (September 15, 1974): 234–41.

Patierno, Steven R., Sugiyama, Masayasu, Basilion, James P., Costa, Max. "Preferential DNA-Protein Cross-Linking by NiCI2 in Magnesium-insoluble Regions of Fractionated Chinese Hamster Ovary Cell Chromatin." Cancer Research 45 (November 1985): 5787-5794.

Pelling, D., and J.G. Evans. "Long-Term Peritoneal Tissue Response in Rats to Mould-Release Agents and Lubricant Powder Used on Surgeons' Gloves." *Food and Chemical Toxicology* 24, No. 5 (May 1986): 425–30.

Penninkilampi, Ross, Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology* Vol. 29, No. 1 (January 2018): 41-49.

Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018. https://www.uptodate.com/contents/genetic-counseling-and-testing-for-hereditary-breast-and-ovarian-cancer?search=Genetic%20counseling%20and%20testing%20for%20heredit ary%20breast%20and%20ovarian%20cancer&source=search_result&selectedTitle=1~15 0&usage_type=default&display_rank=1.

Peshkin, B., and et al. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018. https://www.uptodate.com/contents/overview-of-hereditary-breast-and-ovarian-cancer-sy ndromes?search=Overview%20of%20hereditary%20breast%20and%20ovarian%20cance r%20syndromes&source=search_result&selectedTitle=1~150&usage_type=default&disp lay_rank=1.

Peshkin, B., and et al. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018. https://www.uptodate.com/contents/prevalence-of-brca1-and-brca2-mutations-and-associ ated-cancer-risks?search=prevalence-of-brca1-and-brca2-mu%E2%80%A6search_result %26selectedTitle%3D1~73%20usage_type%3Ddefault%26display_rank%3D1&source= search_result&selectedTitle=2~150&usage_type=default&display_rank=2.

Peters, Annette, Veronesi, Bellina, Calderón-Garcidueñas, Lilian, Gehr, Peter, Chi Chen, Lung, Geiser, Marianne, Reed, William, Rothen-Rutishauser, Barbara, Schürch, Samuel, Schulz, Holger. "Translocation and Potential Neurological Effects of Fine and Ultrafine Particles a Critical Update." *Particle and Fibre Toxicology* (September 8, 2006).

Pierce, Jennifer S., Riordan, Alexander S., Miller, Eric W., Gaffney, Shannon H., Hollins, Dana M. "Evaluation of the Presence of Asbestos in Cosmetic talcum Products, Inhalation Toxicology." 29:10, (2017) 443-456.

Phillips, J C, and P J Young. "Studies on the Absorption and Disposition of H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Chemical Toxicology* 16, (1978): 161–63.

Pickrell, John A., Morris B. Snipes, Janet M. Benson, Ray L. Hanson, Robert K. Jones, Robert L. Carpenter, James J. Thompson, Charles H. Hobbs, and Sandra C. Brown. "Talc Deposition and Effects after 20 Days of Repeated Inhalation Exposure of Rats and Mice to Talc." *Environmental Research* 49, No. 2 (August 1989): 233–45.

Pinto, Mauricio P., Carlos Balmaceda, Maria L. Bravo, Sumie Kato, Alejandra Villarroel, Gareth I. Owen, Juan Carlos Roa, et al. "Patient Inflammatory Status and CD4+/CD8+ Intraepithelial Tumor Lymphocyte Infiltration are Predictors of Outcomes in High-Grade Serous Ovarian Cancer." *Gynecologic Oncology* (2018).

Pira, E, C Pelucchi, L Buffoni, A Palmas, M Turbiglio, E Negri, P G Piolatto, and C La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, No. 3 (February 2005): 580–86.

Pira, E, C Pelucchi, P G Piolatto, E Negri, G Discalzi and C La Vecchia. "First and Subsequent Asbestos Exposures in Relation to Mesothelioma and Lung Cancer Mortality." *British Journal of Cancer* 97, No. 9 (2007): 1300-1304.

Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, No. 9 (September 2016): 2623–28.

Pizzo, Alfonsa, Salmeri, Francesca M., Ardita, Francesca V., Sofo, Vincenza, Tripepi, Maria, Marsico, Silvano. "Behaviour of Cytokine Levels in Serum and Peritoneal Fluid of Women with Endometriosis." *Gynecol Obstet Invest.* (2002) 54:82–87.

Pogribny, Igor P., Rusyn, Ivan. "Environmental Toxicants, Epigenetics, and Cancer." *Adv Exp Med Biol.* (2013) 754: 215–232.

Pogribny, Igor P., Rusyn, Ivan. "Role of Epigenetic Aberrations in the Development and Progression of Human Hepatocellular Carcinoma." *Cancer Lett.* (January 28, 2014) 342(2): 223–230.

Poole, Elizabeth M., Lee, I-Min, Ridker, Paul M., Buring, Julie E., Hankinson, Susan E., Tworoger, Shelley S. "A Prospective Study of Circulating C-Reactive Protein, Interleukin-6, and Tumor Necrosis Factor α Receptor 2 Levels and Risk of Ovarian Cancer." American Journal of Epidemiology. Vol. 178, No. 8. (May 2, 2013).

Pooley, F.D., Rowlands, N. "Chemical and Physical Properties of British Talc Powders." *Department of Mineral Exploitation.* (1975)

Pott, F., and K.H. Friedrichs. "Tumors in Rats After the Intraperitoneal Administration of Fibrous Dusts (Translation)." *Naturwissenchaften* 59, No. 7 (1972).

*Product: *2017 TLVs and BEIs: ACGIH.* Accessed August 16, 2018.

Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer – Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica* 48, No. 5 (2009): 646–790.

Purdie, David, Adèle Green, Christopher Bain, Victor Siskind, Bruce Ward, Neville Hacker, Michael Quinn, Gordon Wright, Peter Russell, and Beatrice Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study." *International Journal of Cancer* 62, No. 6 (September 15, 1995): 678–84.

Radic, I., I. Vucak, Jasminka Milosevic, Ana Marusic, S. Vukicevic and M. Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical & Experimental Immunology* 73, (1988): 316-321.

Rai, Alex J. and Raja M. Flores. "Association of Malignant Mesothelioma and Asbestos Related Conditions with Ovarian Cancer: Shared Biomarkers and a Possible Etiological Link?" *Clinical Chemistry and Laboratory Medicine* 49, No. 1 (2011): 5-7.

Rakoff-Nahoum, Seth. "Why Cancer and Inflammation?" *Yale Journal of Biology and Medicine.* 79 (2006): 123-130.

Ramanakumar, Agnihotram V., Marie-Élise Parent, Benoit Latreille, and Jack Siemiatycki. "Risk of Lung Cancer Following Exposure to Carbon Black, Titanium Dioxide and Talc: Results from Two Case–Control Studies in Montreal." *International Journal of Cancer* 122, No. 1 (2008): 183–89.

Rauh-Hain, J. Alejandro, Growdon, Whitfield B., Rodriquez, Noah, Goodman, A.K., Boruta, David M., II., Schorge, John O., Horowitz, Carmen, Marcela G. del. "Carcinosarcoma of the Ovary: A Case-Control Study." *Gynecologic Oncology.* (2011): 447-481.

Rauh-Hain, Jose A., MD, Krivak, Thomas, C., MD, Carmen, Marcela G. del, MD, MPH, Olawaiye, Alexander B., MD. "Ovarian Cancer Screening and Early Detection in the General Population." Reviews in Obstetrics & Gynecology. Vol. 4, No. 1 (2011) 15-21.

"Reference Manual on Scientific Evidence" Third Edition (2011).

Reid, A., N. de Klerk, and A. W. Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, No. 7 (July 2011): 1287–95.

Reid, A., A. Segal, J. S. Heyworth, N. H. de Klerk, and A. W. Musk. "Gynecologic and Breast Cancers in Women After Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology Biomarkers & Prevention* 18, No. 1 (January 2009): 140–47.

Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49. https://doi.org/10.1136/oem.2007.035782.

Reid, Alison, Peter Franklin, Nola Olsen, Jan Sleith, Latha Samuel, Patrick Aboagye-Sarfo, Nicholas de Klerk, and A.W. (Bill) Musk. "All-Cause Mortality and Cancer Incidence Among Adults Exposed to Blue Asbestos During Childhood." *American Journal of Industrial Medicine* 56, (2013): 133-45.

Reid, Alison, Jane Heyworth, Nicholas H. de Klerk, and Bill Musk. "Cancer Incidence Among Women and Girls Environmentally and Occupationally Exposed to Blue Asbestos at Wittenoom, Western Australia." *International Journal of Cancer* 122, (2008): 2337-44.

Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32. https://doi.org/10.20892/j.issn.2095-3941.2016.0084.

Report on Carcinogens (ROC), Fourteenth Edition. "Asbestos." National Toxicology Program, *Department of Health and Human Services* (2016): 1-3.

Reuter, Simone, et al. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radic Biol Med*. (2010 December 1); 49(11): 1603–1616.

Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

Risch, Harvey A. "Hormonal Etiology of Epithelial Ovarian Cancer, With a Hypothesis Concerning the Role of Androgens and Progesterone." *Journal of the National Cancer Institute*, Vol. 90, No. 23. (December 2, 1998).

Roberts, G. B. S. "Granuloma of the Fallopian Tube Due to Surgical Glove Talc Silicious Granuloma." *British Journal of Surgery* 34, No. 136 (April 1947): 417–23.

Roberts, William Clifford. "Pulmonary Talc Granulomas, Pulmonary Fibrosis, and Pulmonary Hypertension Resulting from Intravenous Injection of Talc-Containing Drugs Intended for Oral Use." *Baylor University Medical Center Proceedings* 15, No. 3 (July 2002): 260–61.

Robinson, B. W. S. "Asbestos and Cancer: Human Natural Killer Cell Activity is Suppressed by Asbestos Fibers but Can Be Restored by Recombinant Lnterleukin-2." *American Review*

*of Respiratory Disease* 139, No. 4 (April 1989): 897–901.

Roggli, V L, P C Pratt, and A R Brody. "Asbestos Content of Lung Tissue in Asbestos Associated Diseases: A Study of 110 Cases." *British Journal of Industrial Medicine* 43, No. 1 (January 1986): 18–28.

Roggli, Victor L., and Philip C. Pratt. "Numbers of Asbestos Bodies on Iron-Stained Tissue Sections in Relation to Asbestos Body Counts in Lung Tissue Digests." *Human Pathology* 14, No. 4 (April 1983): 355–61.

Rohl, Arthur N. "Asbestos in Talc." *Environmental Health Perspectives* 9, (December 1974): 129-132.

Rohl, A.N., A.M. Langer, J. Selikoff, A. Tordini, R. Klimentidis, D.R. Bowes, and D.L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characerization." *Journal of Toxicology and Environmental Health* 2, (1976): 255-284.

Rosenblatt, Karin A., Wayne A. Mathews, Janet R. Daling, Lynda F. Voigt, and Kathleen Malone. "Characteristics of Women Who Use Perineal Powders." *Obstetrics & Gynecology* 92, No. 5 (November 1998): 753-6.

Rosenblatt, Karin A., Moyses Szklo, and Neil B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, No. 1 (April 1992): 20–25.

Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control* 22, No. 5 (May 2011): 737–42.

Rösler, Joachim A., Hans-Joachim Woitowitz, Heinz-Joachim Lange, Rotraud H. Woitowitz, Kurt Ulm, Klaus Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *JOM* 36, No. 8 (August 1994): 889-93.

Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

Rossi, V.F., et al. "Acute Inflammatory Response Secondary to Intrapleural Administration of Two Types of Talc." European Respiratory Journal, Volume 35, Number 2; (2010) 369-401.

Rubino G.F., G. Scansetti, G. Piolatto, and G. Gay. "Mortality and Morbidity Among Talc Miners and Millers in Italy" (1979). 357-63.

Rubino G.F., Giovanni Scansetti, Giorgio Piolatto, and Canzio A. Romano. "Mortality Study of Talc Miners and Millers." *J Occup Med* 18, No. 3 (March 1976): 186-93.

Saad, Antonio F., et al. "Microenvironment and Pathogenesis of Epithelial Ovarian Cancer." Horm Cancer. (2010 December); 1(6): 277–290.

Saed, Ghassan M., Ph.D. "LB-044 - Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells and in Normal Ovarian Epithelial Cells." (March 10, 2018).

Saed, Ghassan M., et al. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." Gynecologic Oncology, 148 (2018): 567-575.

Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, No. 3 (June 2017): 595–602.

Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *Chapter 4: New Insights of into the Pathogenesis of Ovarian Cancer: Oxidative Stress.* (October 24, 2018).

Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology*

116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

Saed, Ghassan M., and Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

"Safety Assessment of Talc as Used in Cosmetics." Cosmetic Ingredient Review (December 18, 2012).

Savant, Sudha S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis and Chemoresistance of Epithelial Ovarian Cancer." *Cancers* 10, No. 251 (2018).

Schildkraut, J. M., S. E. Abbott, A. J. Alberg, E. V. Bandera, J. S. Barnholtz-Sloan, M. L. Bondy, M. L. Cote, et al. "Association Between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology Biomarkers & Prevention* 25, No. 10 (October 2016): 1411–17.

Seelig, M.G., M.D., et al. "The Talcum Powder Problem in Surgery and its Solution." (1943) 950-954.

Selevan, Sherry G. John M. Dement, Joseph K. Wagoner, and John R. Froines. "Mortality Patterns among Miners and Millers of Non-Asbestiform Talc: Preliminary Report." *Journal of Environmental Pathology and Toxicology* 2, (1979): 273-84.

Selikoff, Irving J., Jacob Churg, and E. Cuyler Hammond. "Asbestos Exposure and Neoplasia." *JAMA* 188, No. 1 (April 6, 1964): 22-26.

Sharma, Anjali, Satnam Singh, Sanjeev Kumar. "Ovarian Cancer Detection: Cause, Symptoms and Techniques" *International Journal of Core Engineering & Management* 2, No. 4 (July 2015): 34-42.

Shim, Ilseob, Hyun-mi Kim, Sangyoung Yang, Min Choi, Gyun-baek Seo, Byung-Woo Lee, Byung-Il Yoon, Pilje Kim, and Kyunghee Choi. "Inhalation of Talc Induces Infiltration of Macrophages and Upregulation of Manganese Superoxide Dismutase in Rats." *International Journal of Toxicology* 34, No. 6 (November 2015): 491–99.

Shinto, Hiroyuki, Tomonori Fukasawa, Kosuke Yoshisue, Mikihito Tezuka, and Mayumi Orita. "Cell Membrane Disruption Induced by Amorphous Silica Nanoparticles in Erythrocytes, Lymphocytes, Malignant Melanocytes, and Macrophages." *Advanced Powder Technology* 25, No. 6 (November 2014): 1872–81.

Shukla, A., MacPherson, M.B., Hillegass, J., Ramos-Nino, M.E., Alexeeva, V., Vacek, P.M., Bond, J.P., Pass, H.I., Steele, C., Mossman, B.T. Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity. *Am J Respir Cell Mol Biol.* (2009). 41:114-123.

Shushan, Asher, Ora Paltiel, Jose Iscovich, Uri Elchalal, Tamar Peretz and Joseph G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, No. 1 (January 1996): 13-18.

Sigel, Astrid, Sigel, Helmut, Sigel, Roland K.O. "Interrelations Between Essential Metal Ions and Human Diseases" *Metal Ions in Life Sciences* 13. Vol. 13 (2013).

Sjosten, A. C. E., H. Ellis, G. A. B. Edelstam. "Retrograde migration of glove powder in the human female genital tract." *Human Reproduction* Vol. 19, No. 4 (February 2004): 991-995.

Song, Zhiwang, et al. "Expression of IL-1α and IL-6 is Associated with Progression and Prognosis of Human Cervical Cancer." Med Sci Monit, (2016) 22: 4475-4481.

Soong, Thing Rinda, Brooke E. Howitt, Alexander Miron, Neil S. Horowitz, Frank Campbell, Colleen M. Feltmate, Michael G. Muto, et al. "Evidence for Lineage Continuity between

Early Serous Proliferations (ESPs) in the Fallopian Tube and Disseminated High-Grade Serous Carcinomas." *The Journal of Pathology*, July 25, 2018. https://doi.org/10.1002/path.5145.

Sparrow, S.A., and L.A. Hallam. "Talc Granulomas." *British Medical Journal* 303, (July 6, 1991): 58.

Stanton, Mearl F., Maxwell Layard, Andrew Tegeris, Eliza Miller, Margaret May, Elizabeth Morgan and Alroy Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, No. 5 (November 1981): 965-75.

Stanton, Mearl F. Maxwell Layard, Andrew Tegeris, Eliza Miller, Margaret May, and Elizabeth Kent. "Carcinogenicity of Fibrous Glass: Pleural Response in the Rat in Relation to Fiber Dimension." *Journal of the National Cancer Institute* 58, No. 3 (March 1977): 587-603.

Steffen, Joan, Triet Tran, Ella Fassler, and David S. Egilman. "Presence of Asbestos in Consumer Talc Products: Evaluating a 'Zero Tolerance' Policy" Powerpoint Presentation.

Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018. https://doi.org/10.1016/j.toxlet.2018.08.011.

Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49. https://doi.org/10.1016/j.toxlet.2014.03.005.

Stenback F., V.-M. Wasenius, and J. Rowland. "Alveolar and Interstitial Changes in Silicate-Associated Lung Tumors in Syrian Hamsters." *Cancer Research Monographs* 2 Chapter 21. (1986) 199-213.

Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16. https://doi.org/10.1016/j.canep.2018.05.011.

Straif, Kurt, Lamia Benbrahim-Tallaa, Robert Baan, Yann Grosse, Béatrice Secretan, Fatiha El Ghissassi, Véronique Bouvard, et al. "A Review of Human Carcinogens—Part C: Metals, Arsenic, Dusts, and Fibres." *The Lancet Oncology* 10, No. 5 (May 2009): 453–54.

Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

Sueblinvong, Thanasak and Michael E. Carney. "Ovarian Cancer: Risks" *Hawai'I Medical Journal* 68, (March 2009): 40-46.

Szeszenia-Debrowska, Neonila, Urszula Wilczynska, Wieslaw Szymczak and Alicja Strzelecka. "Mortality Study of Workers Compensated for Asbestosis in Poland, 1970-1997." *International Journal of Occupational Medicine and Environmental Health* 15, No. 3 (2002): 267-78.

Tarchi, Marzia, Daniela Orsi, Pietro Comba, Marco de Santis, Roberta Pirastu, Giuseppe Battista, and Mauro Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, No. 2 (February 1994): 251–56.

Tee, Nicolin, Yingdong Zhu, Gysell M. Mortimer, Darren J. Martin and Rodney F. Minchin.

"Fluoromica Nanoparticle Cytotoxicity in Macrophages Decreases with Size and Extent Of Uptake." *International Journal of Nanomedicine* 10, (March 26, 2015), 2363-75.

Terry, K. L., S. Karageorgi, Y. B. Shvetsov, M. A. Merritt, G. Lurie, P. J. Thompson, M. E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research* 6, No. 8 (August 2013): 811–21.

Thomas, Terry L., and Patricia A. Stewart. "Mortality from Lung Cancer and Respiratory Disease Among Pottery Workers Exposed to Silica and Talc." *American Journal of Epidemiology* 125, No. 1 (January 1987): 35–43.

Todoric, Jelena, et al. "Targeting Inflammation in Cancer Prevention and Therapy." Cancer Prev Res (Phila) (12): (2016 December): 9895–905.

Tossavainen, A., A. Karjalainen, and P.J. Karhunen. "Retention of Asbestos Fibers in the Human Body." *Environmental Health Perspectives* 102, Supplement 5 (October 1994): 253-55.

Trabert, Britton, et al. "Aspirin, Nonaspirin Nonsteroidal Anti-inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." *JNCI, Oxford University Press* (2014).

Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, No. 2 (November 2014): 297–304.

Trabert, Britton, Elizabeth M Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L Anderson, Theodore M Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *JNCI: Journal of the National Cancer Institute*, May 31, 2018. https://doi.org/10.1093/jnci/djy100.

Tzonou, Anastasia, Argy Polychronopoulou, Chung-cheng Hsieh, Apostolos Rebelakos, Anna Karakatsani, and Dimitrios Trichopolous. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer* 55, (1993): 408-410.

US EPA. "Health Assessment Document for Talc. | National Technical Reports Library - NTIS." -600/8-91/217, 1992. https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB92239524.xhtml.

US EPA National Center for Environmental Assessment. "Arsenic, inorganic; CASRN 7440-38-2." (1995).

Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67. https://doi.org/10.1186/1477-7827-1-67.

Van Dyke, Knox, Shaily Patel, and Val Vallyathan. "Lucigenin Chemiluminescence Assay as an Adjunctive Tool for Assessment of Various Stages of Inflammation: A Study of Quiescent Inflammatory Cells." *Journal of Biosciences* 28, No. 1 (February 2003): 115–19.

Van Gosen, Bradley S. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Conent." *Environmental Geology.* (2004): 45:920-939.

Van Huisstede, A. et al. "Talcosis due to abundant use of cosmetic talcum powder." *European Respiratory Review* Vol. 19, No. 116 (2010): 165-168.

Vasama-Neuvonen, Eero Pukkala, Harri Paakkulainen, Perttie Mutanen, Elisabeth Weiderpass, Paolo Boffetta, et al. "Ovarian Cancer and Occupational Exposures in Finland."

*American Journal of Industrial Medicine* 36, (1999): 83-89.

Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

Venter, P. F., M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *SA Medical Journal* (1979): 917-919.

Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37. https://doi.org/10.1016/j.ygyno.2018.06.018.

Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

Virta, Robert L. "Talc and Pyrophyllite." *U.S. Geological Survey Minerals Yearbook* (1999).

Wagner, J.C., G. Berry, T.J. Cooke, R.J. Hill, F.D. Pooley, and J.W. Skidmore. "Animal Experiments with Talc." (1977). (JNJ 000020991-98).

Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, No. 2 (February 2013): 245–49.

Wehner, A.P. "Biological Effects of Cosmetic Talc." *Food and Chemical Toxicology* 32, No. 12 (1994): 1173-84.

Wehner, A.P., G.M. Zwicker, W.C. Cannon, C.R. Watson, and W.W. Carlton. "Inhalation of Talc Baby Powder by Hamsters." *Food and Cosmetics Toxicology* 15, No. 2 (January 1977): 121–29.

Wehner, A.P., A.S. Hall, R.E. Weller, E.A. Lespel, and R.E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology* 23, No. 3 (1985): 367-72.

Wehner, A.P., R.E. Weller, and E.A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." *Food and Chemical Toxicology* 24, No. 4 (1986): 329-38.

Wells, I. P., P. A. Dubbins, W. F. Whimster. "Pulmonary disease caused by the inhalation of cosmetic talcum powder." *British Journal of Radiology* 52 (1979): 586-588

Wendel, Jillian R. Hufgard, Xiyin Wang, and Shannon M. Hawkins. "The Endometriotic Tumor Microenvironment in Ovarian Cancer." *Cancers* 10, No. 261 (2018).

Werebe, Eduardo Campos, et al. "Systemic Distribution of Talc After Intrapleural Administration in Rats" Laboratory and Animal Investigations, CHEST 115 (January 1999): 190-193.

Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

Wessling-Resnick, Marianne. "Iron Homeostasis and the Inflammatory Response." Annu Rev Nutr. (2010 August 21): 30: 105–122.

Whittemore, Alice S, Marion L. Wu, Ralph S. Paffenbarger, Jr., Dorien L Sarles, James B Kampert, and Stella Grosser, et al. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer." *American Journal of Epidemiology* 128, No. 6 (1988): 1228-40.

Whysner, John, and Melissa Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, No. 3 (March 2000): 720–24.

Wiegand, HJ; Ottenwalder, H; Bolt, HM. (1985) Fast uptake kinetics in vitro of 51Cr(VI) by red blood cells of man and rat. Arch Toxicol 57:31-34.

Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, No. 1 (February 1, 1982): 34–38.

Wilczynksa, Urszula, Wieslaw Szymczak, and Neonila Szeszenia. "Mortality from Malignant Neoplasms Among Workers of an Asbestos Processing Plant in Poland: Results of Prolonged Observation." *International Journal of Occupational Medicine and Environmental Health* 18, No. 4 (2005): 313-26.

Wild, P., K. Leodolter, M. Refregier, H. Schmidt, T. Zidek, G. Haidinger. "A Cohort Mortality and Nested Case-Control Study of French and Austrian Talc Workers." *Occupational and Environmental Medicine* 59, No. 2 (February 2002): 98–105.

Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, No. 1 (January 2006): 4–9.

Wong, C., Ronald E. Hempling, M. Steven Piver, Nachimuthu Natarajan, and Curtis J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics & Gynecology* 93, No. 3 (March 1999): 372–76.

Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." *The Johns Hopkins Medical Journal* 144, no. 4 (April 1979): 117–20.

World Bank, Operations Policy and Country Services, May 2009: https://siteresources.worldbank.org/EXTPOPS/Resources/AsbestosGuidanceNoteFinal.pdf

Worley, Michael J., Jr., et al. "Endometriosis-Associated Ovarian Cancer: A Review of Pathogensis." *Int. J. Mol. Sci.* 14, (2013): 5367-5379.

Wright, H.R., J.C. Wheeler et al. "Potential toxicity of retrograde uterine passage of particulate matter." *Journal of Long-Term Effects of Medical Implants* Vol. 6, Nos. 3-4 (1996): 199-206.

Wu, A.H., C.L. Pearce, C.-C. Tseng, and M.C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology Biomarkers & Prevention* 24, No. 7 (July 2015): 1094–1100.

Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer* 124, No. 6 (March 15, 2009): 1409–15.

Wu, Ruijin, et al. "Macrophage Contributions to Ovarian Function." *Human Reproduction Update*, Vol.10, No.2 (2004): pp. 119-133.

Yafei, Zhu, et al. "Correlation Between Macrophage Infiltration and Prognosis of Ovarian Cancer-A Preliminary Study." *Biomedical Research*, 27 (2): (2016) 305-312.

Yilmaz, Ercan, et al. "Immunhistochemical Analysis of Nuclear Factor Kappa Beta Expression in Etiopathogenesis of Ovarian Tumors." *Acta Cir Bras*; 33(7) (2018) 641-650.

Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20. https://doi.org/10.1196/annals.1389.032.

**Produced Documents**

000526 _ 17 (MA90013-0005)
IMERSY 210810
IMERSY 238270
IMERSY 238457
IMERSY 499486
IMERYS 030347
IMERYS 031791
IMERYS 051370
IMERYS 051436
IMERYS 051442
IMERYS 060644
IMERYS 088907
IMERYS 120564
IMERYS 130504
IMERYS 137677
IMERYS 170006
IMERYS 210707
IMERYS 210758
IMERYS 211157
IMERYS 238132
IMERYS 238468
IMERYS 238478
IMERYS 342524
IMERYS 442232-33
IMERYS 477879
IMERYS 500801
IMERYS045182
IMERYS045184
IMERYS051370
IMERYS053387
IMERYS053387
IMERYS189001
IMERYS189001
IMERYS210136
IMERYS210700
IMERYS210701
IMERYS210724
IMERYS210788-210799

IMERYS210794
IMERYS210801-210803
IMERYS210810-210812
IMERYS210824
IMERYS211157
IMERYS214720
IMERYS219720
IMERYS219720
IMERYS241866
IMERYS248877
IMERYS255101
IMERYS255224
IMERYS255384
IMERYS255394
IMERYS255395
IMERYS279884
IMERYS279968
IMERYS281335
IMERYS281776
IMERYS286445
IMERYS304036
IMERYS304036
IMERYS324700
IMERYS340454
IMERYS340798
IMERYS342524
IMERYS346016
IMERYS469478
IMERYS477879
IMERYS501956
IMERYS-A_0015621
IMERYS-A_0015663
IMERYS-MDL-AB_0005560
J&J-0007797 (JNJMX68_000012854)
J&J-0007801 (JNJMX68_000012858)
JNJ 000000704
JNJ 000001918
JNJ 000037468
JNJ 000046293
JNJ 000062176
JNJ 000063608

JNJ 000063951
JNJ 000087928
JNJ 000088570
JNJ 000089413
JNJ 000131754
JNJ 000223449
JNJ 000229914
JNJ 000231304
JNJ 000233691
JNJ 000234805
JNJ 000237076
JNJ 000237379
JNJ 000238011
JNJ 000239723
JNJ 000239730
JNJ 000246437
JNJ 000252742
JNJ 000269848
JNJ 000281921
JNJ 000286900
JNJ 000319762
JNJ 000347962
JNJ 000375383
JNJ 000383662
JNJ 000383914
JNJ 000390346
JNJ 000460665
JNJ 000488188
JNJ 000488318
JNJ000063608
JNJ000065666
JNJ000085374
JNJ000086280
JNJ000131758
JNJ000222851
JNJ000232897
JNJ000232996
JNJ000237076
JNJ000238826,
JNJ000239723
JNJ000239730

JNJ000245002
JNJ000246437
JNJ000246844
JNJ000248023
JNJ000251888
JNJ000260807
JNJ000261010
JNJ000269904
JNJ000281919
JNJ000281921
JNJ000285351
JNJ000291914
JNJ000291916
JNJ000314406
JNJ000314680
JNJ000346572
JNJ000346747
JNJ000347962
JNJ000347962
JNJ000347962
JNJ000378044
JNJ000521616
JNJ000629320
JNJ000886067
JNJAZ55_000005957
JNJAZ55_000008177
JNJAZ55_00004644
JNJI4T5_000004521
JNJNL61_00000266
JNJMX68_000003729 (Exhibit J&J-185)
JNJMX68_000004296
JNJMX68_000012745
JNJMX68_000013019
JNJMX68_000022920
JNJNL61_000001341
JNJNL61_000005343
JNJNL61_000006591
JNJNL61_000006591
JNJNL61_000006591
JNJNL61_000006792

JNJNL61_000023234

JNJNL61_000024449
JNJNL61_000024650
JNJNL61_000024657
JNJNL61_000025152
JNJNL61_000027053
JNJNL61_000032036
JNJNL61_000033574
JNJNL61_000043243
JNJNL61_000043244
JNJNL61_000043245
JNJNL61_000043246
JNJNL61_000043271
JNJNL61_000043272
JNJNL61_000064161
JNJNL61_000064162
JNJNL61_000079334
JNJNL61_000090039

JNJS71R_000000139

JNJS71R_000001978
JNJS71R_000002199
JNJS71R_000007083
JNJS71R_000009825
JNJS71R_000011316
JNJTALC000384809
JNJTALC000864509
JNJTALC000878141
JOJO-MA2330

**Depositions**

Deposition of Alice M. Blount Dated 4.13.2018
Deposition and Exhibits of Laura M. Plunkett Dated 1.11.2017-1.13.2017
Deposition of Dr. Thomas Dydek Dated 8.21.18
Deposition and Exhibits of John Hopkins Dated 8.16.18-8.17.18
Deposition and Exhibits of Julie Pier Dated 9.12.18-9.13-18
Deposition and Exhibits of Pat Downey Dated 8.7.18-8.8.18
Deposition of Robert Glenn Dated 10.18.18

Deposition and Exhibits of Donald Hicks Dated 6.28.18-6.29.8

**Reports**

Expert Report of Michael M. Crowley, PhD
Expert Report of William E. Longo, PhD and Mark W. Rigler PhD.   Analysis of J&J Baby
    Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos
    Expert Report.   August 2, 2017.
Expert Report of William E. Long, PhD, Mark W. Rigler, PhD and William B. Egeland, M.S.,
    P.G.   Below the Waist Application of J&J Baby Powder Expert Report.   September,
    2017.
Expert Report of William E. Longo, PhD and Mark W. Rigler PhD.   TEM Analysis of
    Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos .   February 16,
    2018.
Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD. November. 14, 2018.
Expert Report (Brower v. J&J) of Dr. Thomas Dydek
Expert Report (Brower v. J&J) of Dr. Laura Plunkett
Supplmental Expert Report (Brower v. J&J) of Dr. Laura Plunkett