# EXHIBIT C37

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

EXPERT REPORT OF ROBERT J. KURMAN, MD,
FOR GENERAL CAUSATION *DAUBERT* HEARING

Date: February 25, 2019

Robert J. Kurman, M.D.

# PROFESSIONAL BACKGROUND

I am currently the Emeritus Richard TeLinde Distinguished Professor of Gynecologic Pathology at the Johns Hopkins University School of Medicine, with appointments in the Departments of Pathology, Gynecology and Obstetrics and Oncology. Prior to my retirement in June 2017, I held senior academic positions at the University of Southern California, Georgetown University School of Medicine, and the Johns Hopkins University School of Medicine, Baltimore, Maryland, where I was since January 1989.

I graduated from the Upstate Medical Center at Syracuse in 1968 and did my pathology and obstetrics/gynecology residencies in Boston, at the Peter Bent Brigham, Boston Hospital for Women (now the Brigham and Women's Hospital) and Massachusetts General Hospital, as well as the University of Southern California in Los Angeles. I later served as the Assistant Chief of Breast and Gynecologic Pathology at the Armed Forces Institute of Pathology, Washington DC.

I edited the 3rd, 4th and 5th editions and co-edited the 6th and 7th editions (Senior Editor) of Blaustein's Pathology of the Female Genital Tract and served as co-editor (Senior Editor) of the World Health Organization Classification of Tumours of the Female Reproductive Organs (4th Ed.). As the co-author of 287 original papers, 154 review articles and book chapters and 15 books, I have made seminal contributions to our understanding of the pathology of tumors of the female reproductive organs, including gestational trophoblastic neoplasia, cervical, vulvar, vaginal, endometrial and ovarian cancer. These have led to several awards, including the Fred W. Stewart Award of the Memorial Sloan Kettering Cancer Center (2009) and the Maude Abbott Lectureship of the United States and Canadian Academy of Pathology (2012). I have served as President of the International Society of Gynecological Pathologists (2006-2008) and am an Honorary Fellow in the Royal College of Pathologists (2013) and the Austrian Society of Pathologists (2015).

I have served on the editorial boards of numerous journals and was Chairman of the Second Bethesda System Conference of the National Cancer Institute (NCI), Bethesda, 1991. I was Principal Investigator on several major NCI and Department of Defense funded research projects on cervical, vulvar and ovarian cancer. I have been invited as a visiting professor and given invited lectures, including multiple keynote lectures, numerous times in the United States and throughout the world. I have demonstrated my commitment to postgraduate training by the training of over 50 fellows. Additional information about my background, qualifications and publications can be ascertained from my CV, which is attached as Exhibit A.

The opinions expressed in this report are based on my education, training and experience, as well as my clinical/scientific research, knowledge of the literature, and the information available to me at this time. They are expressed to a reasonable degree of medical and scientific probability. I reserve the right to amend or supplement my opinions, should any additional information be made available to me or if I learn of additional scientific literature that is relevant to this case. I also reserve the right to amend or supplement these opinions in response to claims made by plaintiffs' experts. The footnotes and appended materials list contain many of the sources that I have considered in formulating my opinions, but given the size and scope of literature with which I am familiar, it is impossible to definitively list all sources considered.

I am being compensated at a rate of $500 per hour for consulting on this matter.

## I.    PATHOLOGY OF EPITHELIAL OVARIAN CANCER

Much, but not all, of the data referred to in this section are based on studies performed by me, Dr. Ie-Ming Shih and our colleagues in the Division of Gynecologic Pathology at the Johns Hopkins Hospital. In this report, I will describe the morphologic, immunohistochemical and molecular genetic features that underscore the heterogeneity of epithelial ovarian cancer and demonstrate that this cancer is a family of related but distinct tumors with different genetic features, clinicopathologic characteristics and behaviors. A more detailed description of the molecular genetic features of the various subtypes of ovarian cancer is provided in Appendix 1. I have also included a glossary of selected pathology terms that appear in this report in Appendix 2.

Ovarian tumors can be divided into five main categories: epithelial ovarian cancer ("EOC"), germ cell tumors, gonadal stromal tumors, miscellaneous tumors and metastatic neoplasms.[1] EOCs are the most common ovarian malignancies and are the types of ovarian tumors relevant to this case. EOCs include several different histologic types, which can be grouped into two broad categories, type I and type II tumors.[2,3] This dualistic model of ovarian carcinogenesis was proposed by me and my colleague, Dr. Ie-Ming Shih, approximately 10 years ago and has been revisited and revised to incorporate the many additional molecular genetic and pathologic studies that have been conducted since then.[4] The dualistic model is widely accepted in the field, as evidenced by the fact that our paper was the most frequently cited paper in the American Journal of Pathology in the last year.

Type I tumors are comprised of three groups: (1) endometriosis-related tumors, which include endometrioid, clear cell and seromucinous carcinomas; (2) low-grade serous carcinomas; and (3) mucinous carcinomas and malignant Brenner tumors.[5] Type I tumors are generally slow growing, present in early stage (stage I, confined to the ovaries) and are characterized by mutations that target specific cell signaling pathways, including *KRAS, BRAF, ERBB2, CTNNB1, PTEN PIK3CA, ARID1A* and *PPP2R1A*; only rarely are mutations of *BRCA1, BRCA2* or *TP53* involved (exception is mucinous carcinoma, in which *TP53* mutations can occur relatively frequently).[6,7,8] Type I tumors are relatively genetically stable

---

[1]     Kuhn E, et al. Ovarian cancer is an imported disease: fact or fiction? *Curr. Obstet. Gynecol. Rep.* 2012; 1(1):1–9 (citing Seidman, JD, et al. Surface epithelial tumors of the ovary. In: Kurman, RJ.; Ellenson, LH.; Ronnett, BM., editors. Blaustein's Pathology of the Female Genital Tract. New York: Springer Verlag; 2011. pp. 679-784).

[2]     Kuhn E, et al. (2012) (citing Shih IM, Kurman RJ. Ovarian tumorigenesis: a proposed model based on morphological and molecular genetic analysis. *Am J Pathol.* 2004; 164;1511-1518).

[3]     Kurman RJ, Shih I-M. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. *Hum. Pathol.* 2011;42(7):918-931.

[4]     Kurman RJ, Shih I-M. The Dualistic Model of Ovarian Carcinogenesis. Revisited, Revised and Expanded. *Am. J. Pathol.* 2016;186:733-747.

[5]     Kurman RJ, Shih I-M (2016).

[6]     Kuhn E, et al. (2012).

[7]     Kurman RJ, Shih I-M (2011).

[8]     Kurman RJ, Shih I-M (2016).

and develop in a stepwise progression from well-established precursor lesions, such as borderline (atypical proliferative) tumors and endometriosis.[9] They typically present as large, unilateral, cystic neoplasms. Except for clear cell carcinomas, which are not graded but are considered high-grade, type I tumors are low-grade. When confined to the ovary, they have an excellent prognosis. Type I tumors account for only 10% of the mortality of ovarian cancer.

Type II tumors are comprised of high-grade serous carcinomas, undifferentiated carcinomas, carcinosarcomas and primary peritoneal carcinomas.[10] Unlike type I tumors, type II tumors are aggressive, present in advanced stage in over 75% of cases, have a very high frequency of *TP53* mutations and show massive genetic instability; they rarely harbor the mutations detected in type I tumors.[11] In addition, type II tumors often have molecular alterations that perturb expression of *BRCA*, either by mutation of the gene or by promotor methylation. Genetic instability is a hallmark of these tumors. Many Type II carcinomas develop from an intraepithelial carcinoma in the fallopian tube and, as a result, disseminate as carcinomas that involve the ovary as well as extraovarian sites, which likely accounts for their clinically aggressive behavior. The volume of tumor in the ovaries (typically both are involved) is substantially less than that of type I tumors, but the volume of extraovarian disease is generally much greater—often with massive disease in the omentum and mesentery. Ascites (fluid in the abdominal/pelvic cavity) frequently accompanies type II tumors but is infrequent with type I tumors.[12] While aggressive surgery and chemotherapy have lengthened survival, type II tumors account for 90% of the mortality of ovarian cancer.[13]

In 2014, the World Health Organization updated the histopathologic classification of ovarian tumors.[14] The morphologic features of these neoplasms are illustrated in the WHO book and in textbooks of gynecologic pathology. For the purposes of this report, I will confine my comments to epithelial ovarian carcinomas (EOCs), which are the focus of the plaintiffs' claims in this litigation. As described herein, the various histological subtypes of EOCs differ in terms of their development (different precursor lesions and genetic mutations involved), clinical course, response to treatment, and pathological findings, as well as associated risk factors. It is hard to imagine that exposure to talcum powder could cause the development of all of these unique histological subtypes of EOC. In fact, even the epidemiology studies that report a weak statistically significant increased risk for talcum powder users have inconsistent results when broken down by histological subtype.

## A.  Low-Grade Serous Carcinoma

Low-grade serous carcinomas may be noninvasive (niLGSC) or invasive (LGSC). These tumors develop in a stepwise fashion, beginning with a benign proliferative tumor that displays a minimal degree of cytologic atypia (atypical proliferative serous tumor [APST],

---

[9]      Kuhn E, et al. (2012).

[10]     Kurman RJ, Shih I-M. (2016).

[11]     Kurman RJ, Shih I-M (2011).

[12]     Kurman RJ, Shih I-M. (2016).

[13]     Kurman RJ, Shih I-M. (2016).

[14]     Kurman RJ, et al. WHO classification of tumours of female reproductive organs. Vol. 6, 4th Ed: IARC, 2014.

also referred to as a serous borderline tumor [SBT]), which progresses to a noninvasive low-grade serous carcinoma (niLGSC) and then to an invasive low-grade serous carcinoma (LGSC). The niLGSC is distinguished from an atypical proliferative serous tumor (APST) or so-called serous borderline tumor (SBT) based on architecture, and more importantly on nuclear features. In contrast to APSTs, niLGSCs have nuclear atypia that is identical to invasive LGSC.[15] Parenthetically, the 2014 WHO Classification regards the term "serous borderline tumor" as synonymous with "atypical proliferative serous tumor," and the term "serous borderline tumor, micropapillary variant" as synonymous with "noninvasive low-grade serous carcinoma."[16] I prefer APST and niLGSC and use these terms in this report.

LGSCs evolve from APSTs in a step-wise fashion and are characterized by sequence mutations in the *KRAS, BRAF* and *ERBB2* oncogenes, which result in constitutive activation of the mitogen-activated protein kinase (MAPK) signal transduction pathway.[17,18,19] Recent studies have implicated a hyperplastic lesion in the fallopian tube designated "papillary tubal hyperplasia" as the precursor of APSTs.[20]

Unlike the other noninvasive tumors, niLGSCs often involve both ovaries and may be associated with extraovarian disease (noninvasive and invasive peritoneal implants) in up to 30% of cases.[21] The mechanisms underlying the development of peritoneal implants have bedeviled investigators for many years. Recently, we have shown that both types of implants have identical *BRAF* or *KRAS* mutation to the ovarian tumors, indicating that they are metastases.[22] Based on this and other findings, the 2014 WHO Classification considers invasive peritoneal implants to be metastatic LGSC.[23]

Following surgery, approximately 10% of APSTs recur as carcinoma, almost always LGSC.[24] Progression to high-grade serous carcinoma (HGSC) occurs very rarely.[25] LGSCs

---

[15]   Kurman RJ, Shih I-M. (2016).

[16]   Kurman RJ, et al. IARC (2014).

[17]   Singer G, et al. Mutations in BRAF and KRAS characterize the development of low-grade ovarian serous carcinoma. *J Natl Cancer Inst.* 2003, 95:484-486.

[18]   Kuo, KT et al. Analysis of DNA copy number alterations in ovarian serous tumors identifies new molecular genetic changes in low-grade and high-grade carcinomas. *Cancer Res.* 2009, 69(9):4036-4042.

[19]   Pohl G, et al. Inactivation of the mitogen-activated protein kinase pathway as a potential target-based therapy in ovarian serous tumors with KRAS or BRAF mutations. *Cancer Res.* 2005, 65(5):1994-2000.

[20]   Kurman RJ, et al. Papillary tubal hyperplasia: the putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. *Am J Surg Pathol.* 2011, 35(11):1605-1614.

[21]   Kurman RJ, Shih I-M. (2016) (citing Seidman, JD, et al. (2011)).

[22]   Ardighieri L, et al. Mutational analysis of BRAF and KRAS in ovarian serous borderline (atypical proliferative) tumours and associated peritoneal implants. *J Pathol.* 2014, 232(1):16-22.

[23]   Kurman RJ, et al. IARC (2014).

[24]   Kurman RJ, Shih I-M. (2016) (citing Longacre, et al. Ovarian serous tumors of low malignant potential (borderline tumors): outcome-based study of 276 patients with long-term (≥5-year) follow-up. *Am J Surg Pathol*. 2005, 29(6):707-723).

4

tend to occur in younger women with a mean age of about 50 years. Their clinical course is somewhat variable. In most cases, LGSC are slow-growing tumors characterized by multiple recurrences, but with a survival as long as 20 years. A minority of LGSC behave aggressively, with women succumbing to their disease within a few years after diagnosis. Overall, the mortality of LGSC is 50%. Unlike HGSCs, which initially respond well to cytotoxic chemotherapy, LGSCs are relatively insensitive to this regimen. As a consequence, many gynecologic oncologists follow these women and intervene surgically when symptoms occur.

## B.  High-Grade Serous Carcinoma

HGSC is the most common and lethal type of ovarian cancer. Recent morphologic, molecular genetic and clinical studies provide evidence that HGSC is more heterogeneous than previously thought.[26,27,28] The Cancer Genome Atlas project (TCGA) analyzed genome-wide sequence mutation, messenger RNA expression, microRNA expression, promoter methylation and DNA copy number in a large number of HGSCs.[29] The results of the TCGA study were largely verified in another genome-wide report.[30] Among the various molecular findings, the most characteristic of HGSC are widespread DNA copy number or structural aberrations and *TP53* mutation. The TCGA project reported that more than 96% of HGSCs have *TP53* mutations; however, a subsequent study by our group demonstrated that, for all practical purposes, *TP53* mutations occur in virtually all HGSCs.[31] In addition to widespread copy number alterations, which reflect the history of genomic instability and ubiquitous *TP53* mutations, other common threads in HGSCs include *CCNE1* amplification, germline and somatic mutation of *BRCA1/2* and other aberrations in pathways regulating homologous recombination DNA damage repair pathways.[32] HGSCs showing *BRCA1/2* deficiency are characterized by more extensive DNA copy number alterations, and usually do not harbor *CCNE1* amplification.[33]

---

*(cont'd from previous page)*

[25]      Dehari R, et al. The development of high-grade serous carcinoma from atypical proliferative (borderline) serous tumors and low-grade micropapillary serous carcinoma: a morphologic and molecular genetic analysis. *Am J Surg Pathol*. 2007, 31(7):1007-1012.

[26]      Soslow RA, et al. Morphologic patterns associated with BRCA1 and BRCA2 genotype in ovarian carcinoma. *Mod Pathol*. 2012, 25:625-636.

[27]      Howitt BE, et al. Evidence for a dualistic model of high-grade serous carcinoma: BRCA mutation status, histology, and tubal intraepithelial carcinoma. *Am J Surg Pathol*. 2015, 39:287-293.

[28]      Cancer Genome Atlas Research Network. Integrated genomic analyses of ovarian carcinoma. *Nature* 2011, 474(7353):609-615.

[29]      Cancer Genome Atlas Research Network (2011).

[30]      Patch AM, et al. Whole-genome characterization of chemoresistant ovarian cancer. *Nature* 2015, 521:489-494.

[31]      Vang R, et al. Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study. *Int J Gyn Pathol*. 2016;35(1):48–55.

[32]      Patch AM, et al. (2015).

[33]      Patch AM, et al. (2015).

A gene expression analysis of more than 300 HGSCs identified four molecular subtypes,[34] which were subsequently validated in the TCGA study and termed "immunoreactive," "differentiated," "proliferative," and "mesenchymal" on the basis of gene expression in the clusters.[35] These molecular subtypes have been associated with distinct clinical outcomes.[36,37] In one study, it was shown that survival differed significantly between the subtypes and was best for the immunoreactive subtype,[38] a finding consistent with the histopathological observation that HGSCs with large numbers of tumor-infiltrating lymphocytes are associated with a better outcome. It is postulated that these subtypes may reflect distinct patterns of oncogene activation and that high-grade serous carcinogenesis is initiated by disruption of DNA repair followed by chromosomal instability, copy number change and segregation into molecular subtypes.

**Precursor Lesions: Morphologic and Molecular Features.** Our understanding of the pathogenesis of ovarian cancer has advanced in the last few years with the recognition that many HGSCs develop from a precursor lesion in the fallopian tube, designated "serous tubal intraepithelial carcinoma (STIC)." This finding was first described in women at high risk of developing ovarian cancer or who had *BRCA* germline mutations, when they underwent risk-reducing salpingo-oophorectomy (RRSO, resection of the ovaries and fallopian tubes).[39,40,41,42] Subsequently, STICs were detected in 50-60% of women with sporadic HGSC.[43] STICs are detected in the absence of an ovarian carcinoma in approximately 5% of women at high risk who are undergoing risk reducing salpingo-oophorectomy, as noted above. More recently, incidental STICs have been reported in women undergoing hysterectomy and bilateral salpingo-oophorectomy for non-prophylactic reasons, who were not known to have *BRCA* mutations in both selected[44,45] and unselected series.[46,47,48] Other data supporting STIC as the

[34]    Tothill RW, et al. Novel molecular subtypes of serous and endometrioid ovarian cancer linked to clinical outcome. *Clin Can Res*. 2008, 14:5198-5208.

[35]    Cancer Genome Atlas Research Network (2011).

[36]    Helland A, et al. Deregulation of MYCN, LIN28B and LET7 in a molecular subtype of aggressive high-grade serous ovarian cancers. *PloS one* 2011, 6:e18064.

[37]    Konecny GE, et al. Prognostic and therapeutic relevance of molecular subtypes in high-grade serous ovarian cancer. *J Natl Can Inst*. 2014; 106(10).

[38]    Konecny GE, et al. (2014).

[39]    Piek JM, et al. Dysplastic changes in prophylactically removed Fallopian tubes of women predisposed to developing ovarian cancer. *J Pathol*. 2001, 195(4):451-456.

[40]    Piek JM, et al. Tubal ligation and risk of ovarian cancer. *Lancet* 2001, 358(9284):844.

[41]    Piek JM, et al. BRCA1/2-related ovarian cancers are of tubal origin: a hypothesis. *Gynecol Oncol*. 2003, 90(2):491.

[42]    Finch A, et al. Salpingo-oophorectomy and the risk of ovarian, fallopian tube, and peritoneal cancers in women with a BRCA1 or BRCA2 Mutation. *JAMA* 2006, 296:185-192.

[43]    Kurman RJ, Shih I-M. (2016) (citing Kindelberger DW, et al. Intraepithelial carcinoma of the fimbria and pelvic serous carcinoma: Evidence for a causal relationship. *Am J Surg Pathol*. 2007, 31(2):161-169; Przybycin CG, et al. Are all pelvic (nonuterine) serous carcinomas of tubal origin? *Am J Surg Pathol*. 2010, 34(1):1407-1416).

[44]    Morrison JC, et al. Incidental serous tubal intraepithelial carcinoma and early invasive serous carcinoma in the nonprophylactic setting: analysis of a case series. *Am J Surg Pathol*. 2015, 39(4):442-453.

precursor lesion to HGSC include findings of identical *TP53* mutations in women with concomitant STIC and HGSC of the ovary, supporting the clonal relationship of the two lesions. Parenthetically, *TP53* mutation appears to be the earliest genetic alteration that occurs in the development of HGSC. Also, STIC, as compared to the concomitant ovarian tumor, have shorter telomeres, and shortened telomeres are one of the earliest molecular changes in carcinogenesis. Finally, in molecularly engineered mouse models, inactivation of *BRCA*, *TP53* and *PTEN* leads to the development of STICs and ovarian HGSC.[49] When salpingectomy is performed at an early age, no cancers develop, whereas neither oophorectomy nor hysterectomy prevents the development of cancer.[50] A recent epidemiologic study showed that in women who had prior salpingectomy, the risk of developing HGSC was significantly decreased as compared to that of women with intact fallopian tubes, further supporting the tubal origin of HGSC.[51]

## C. Endometrioid Carcinoma

The great majority of endometrioid carcinomas are well differentiated, but occasionally, moderately and poorly differentiated carcinomas are observed. The frequent finding of well differentiated areas in the moderately and poorly differentiated neoplasms suggests that the latter "de-differentiated" from low-grade carcinomas. Activating mutations of *CTNNB1* occur in roughly 15-40% of ovarian endometrioid carcinomas, and mutation of this gene is associated with squamous differentiation, low tumor grade and favorable outcome.[52] In addition, inactivating mutations in *PTEN* have been reported in 15%-20% of

---

*(cont'd from previous page)*

[45]    Gilks CB, et al. Incidental nonuterine high-grade serous carcinomas arise in the fallopian tube in most cases: further evidence for the tubal origin of high-grade serous carcinomas. *Am J Surg Pathol.* 2015, 39:357-364.

[46]    Hirst JE, et al. High rates of occult fallopian tube cancer diagnosed at prophylactic bilateral salpingo-oophorectomy. *Int J Gyn Can.* 2009, 19(5):826-829.

[47]    Rabban JT, et al. Early detection of high-grade tubal serous carcinoma in women at low risk for hereditary breast and ovarian cancer syndrome by systematic examination of fallopian tubes incidentally removed during benign surgery. *Am J Surg Pathol.* 2014, 38(6):729-742.

[48]    Tang S, et al. Frequency of serous tubal intraepithelial carcinoma in various gynecologic malignancies: a study of 300 consecutive cases. *Int J Gyn Pathol.* 2012, 31(2):103-110.

[49]    Kurman RJ, Shih I-M. (2016).

[50]    Perets R, et al. Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. *Can Cell.* 2013, 24:751-765.

[51]    Kurman RJ, Shih I-M. (2016) (citing Falconer H, et al. Ovarian cancer risk after salpingectomy: a nationwide population-based study. *J Natl Can Inst.* 2015, 107(2); McAlpine JN, et al. Opportunistic salpingectomy: uptake, risks, and complications of a regional initiative for ovarian cancer prevention. *Am J Ob Gyn.* 2014, 210:471 e1-11).

[52]    Kurman RJ, Shih I-M. (2016) (citing Wu R, et al. Mouse model of human ovarian endometrioid adenocarcinoma based on somatic defects in the Wnt/beta-catenin and PI3K/Pten signaling pathways. *Cancer Cell.* 2007; 11:321¬333; Saegusa M, et al. P-Catenin mutations and aberrant nuclear expression during endometrial tumorigenesis. *Br. J. Cancer.* 2001; 84:209-217).

endometrioid carcinomas and activating mutations of *PIK3CA* occur in 20% of these tumors.[53] These genes are rarely mutated in other types of ovarian cancer.

Morphologic and molecular studies provide cogent evidence that ovarian endometrioid carcinoma is derived from endometriosis and therefore endometriosis is regarded as a precursor lesion. Endometriosis is composed of ectopic endometrial tissue that resembles the endometrium lining the uterine cavity and simulates the normal endometrium by periodically bleeding (menstruating). The first study describing the association of endometriosis with ovarian carcinoma was published in 1927.[54] Over the years, this has become well accepted, being cited in numerous textbooks of gynecologic pathology, including the first edition of Blaustein's Pathology of the Female Genital tract published in 1977 and subsequent editions, as well as in the AFIP Fascicle on Tumors of the Ovary published in 1979[55] and most recently in the 7th edition of Blaustein's Pathology of the Female Genital Tract (in press) and the WHO Classification of Tumours of the Female Reproductive Organs, published in 2014. The older studies were based on clinical and histopathologic observations demonstrating a morphologic continuum from benign endometriosis to atypical endometriosis, which merged imperceptibly into endometrioid and clear cell carcinomas in many cases.[56,57] These findings have been confirmed by recent molecular genetic studies. Specifically, somatic mutations of *ARID1A*, a tumor suppressor gene involved in chromatin remodeling,[58] have recently been reported in a large proportion of endometrioid-related neoplasms, including 30% of ovarian endometrioid carcinomas[59] and 46-57% of ovarian clear cell carcinomas.[60] These mutations are rarely reported (< 10%) in other types of ovarian carcinomas.[61] Importantly, mutation and loss of expression of this gene have been found in the endometriotic epithelium in

---

[53]     Kurman RJ, Shih I-M. (2016) (citing Catasus L, Bussagalia, E, et al. Molecular genetic alterations in endometrioid carcinomas of the ovary: similar frequency of beta-catenin abnormalities but lower rate of microsatellite instability and PTEN alterations than in uterine endometrioid carcinomas. *Hum. Pathol.* 2004; 35:1360-1368; Nakayama K, et al. Sequence mutations and amplification of PIK3CA and AKT2 genes in purified ovarian serous neoplasms. *Cancer Biol. Ther.* 2006;5:779-785).

[54]     Kuhn E, et al. (2012) (citing Sampson JA. Metastatic or embolic endometriosis, due to the menstrual dissemination of endometrial tissue into the venous circulation. *Am J Pathol.* 1927; 3(2):93-110.43).

[55]     Scully RE. Tumors of the Ovary and Maldeveloped Gonads. Atlas of Tumor Pathology, Second Series, Fascicle 16, Armed Forces Institute of Pathology, Washington D.C., 1979.

[56]     Fukunaga M, et al. Ovarian atypical endometriosis: its close association with malignant epithelial tumours. *Histopathol.* 1997; 30(3):249-255.

[57]     Russell P. The pathological assessment of ovarian neoplasms. I: Introduction to the common 'epithelial' tumours and analysis of benign 'epithelial' tumours. *Pathol.* 1979; 11(1):5-26.

[58]     Kuhn E, et al. (2012) (citing Guan B, et al. ARID1A, a factor that promotes formation of SWI/SNF-mediated chromatin remodeling, is a tumor suppressor in gynecologic cancers. *Cancer Res.* 2011; 71(21):6718-6727).

[59]     Kuhn E, et al. (2012) (citing Wiegand KC, et al. ARID1A mutations in endometriosis-associated ovarian carcinomas. *N. Engl. J. Med.* 2010; 363(16):1532-1543).

[60]     Kuhn E, et al. (2012) (citing Jones S, et al. Frequent mutations of chromatin remodeling gene ARID1A in ovarian clear cell carcinoma. *Science.* 2010; 330:228-231; Wiegand KC, et al. (2010)).

[61]     Kuhn E, et al. (2012) (citing Jones S, et al. Somatic mutations in the chromatin remodeling gene ARID1A occur in several tumor types. *Hum. Mutat.* 2011 Oct 18. Published in print: 2012;33(1):100-103).

endometriomas immediately adjacent to ovarian endometrioid carcinomas.[62] Somatic mutations of *PTEN* have also been demonstrated in endometrioid and clear cell carcinomas and in endometriotic cysts. These molecular genetic findings provide compelling evidence that endometriosis and endometriotic cysts are precursors of these neoplasms.[63]

Endometrioid carcinomas are frequently associated with endometriotic cysts, and approximately 40% are associated with endometriosis elsewhere in the pelvis.[64] Patients with endometriosis are approximately 2-4 times more likely to develop ovarian endometrioid carcinoma.[65] The precise origin of endometriosis has not been conclusively established; proposed mechanisms include retrograde menstrual flow and in situ development in the peritoneum through a process of metaplasia. Other mechanisms, including development from embryonic rests, have also been invoked. Most cases are best accounted for by retrograde menstruation (endometrial tissue expelled at the time of menstruation, which passes through the fallopian tubes and implants on the ovary and other sites in the peritoneal cavity). Of significance is the observation that eutopic endometrium (the endometrial tissue within the uterus) of women with endometriosis displays intrinsic molecular abnormalities, including activation of oncogenic pathways, that are not found in the eutopic endometrium of women without endometriosis.[66] This suggests that endometriosis develops from retrograde endometrial tissue, which has these molecular abnormalities, thereby permitting the endometrial tissue to implant and possibly undergo malignant transformation outside the uterus.[67] Also supportive of this hypothesis are epidemiologic data that indicate the protective effect for tubal ligation is stronger for endometrioid and clear cell carcinoma than for HGSC, presumably because tubal ligation interrupts the retrograde passage of endometrial tissue from the uterus to the peritoneal cavity.[68] However, this mechanism does not fit well with the development of HGSC, which is now thought to derive from a precursor lesion in the fimbriated end (the most distal portion) of the fallopian tube, which is in close contact with the ovary. Importantly, Tiourin, et al. demonstrated in humans and mouse models "that tubal ligation induces quiescence of distal fallopian tube epithelium" by decreasing the number and

---

[62]    Kurman RJ, Shih I-M. (2016) (citing Wiegand KC, et al. (2010)); Ayhan A, et al. Loss of ARID1A expression is an early molecular event in tumor progression from ovarian endometriotic cyst to clear cell and endometrioid carcinoma. *Int J Gynecol Cancer.* 2012, 22:1310-1315).

[63]    Kurman RJ, Shih I-M (2016) (citing Sato N, et al. Loss of heterozygosity on 10q23.3 and mutation of the tumor suppressor gene PTEN in benign endometrial cyst of the ovary: possible sequence progression from benign endometrial cyst to endometrioid carcinoma and clear cell carcinoma of the ovary. *Cancer Res.* 2000, 60:7052-7056).

[64]    Kuhn E, et al. (2012) (citing Veras E, et al. Cystic and adenofibromatous clear cell carcinomas of the ovary: distinctive tumors that differ in their pathogenesis and behavior: a clinicopathologic analysis of 122 cases. *Am. J. Surg. Pathol.* 2009; 33:844-853).

[65]    Kuhn E, et al. (2012) (citing Kokcu A. Relationship between endometriosis and cancer from current perspective. *Arch. Gynecol. Obstet.* 2011; 284(6):1473-1479).

[66]    Kurman RJ, Shih I-M (2011) (citing Bulun SE. Endometriosis. *N. Engl. J. Med.* 2009; 360(3):268-279).

[67]    Kurman RJ, Shih I-M (2011) (citing Bulun SE. (2009)).

[68]    Rosenblatt KA, et al. Reduced risk of ovarian cancer in women with a tubal ligation or hysterectomy. The World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives. *Cancer Epidemiol. Biomarkers Prev.* 1996; 5(11):933-935.

proliferation of progenitor cells in that region, which can explain the slight reduction in the risk of HGSC associated with this procedure.[69]

Cancer is a genetic disease, driven by changes to DNA that alter normal cellular functions, and therefore the most powerful evidence relating to the histogenesis of cancer is based on molecular genetic findings. The shared molecular genetic findings between endometriosis and endometrioid carcinoma are particularly compelling in support of endometriosis as the precursor of endometrioid carcinoma. Accordingly, when endometriosis is found in the overall specimen, pathologists regard this as ample evidence of an origin from endometriosis, even in the absence of a demonstrable transition from endometriosis to the tumor.

### D.  Clear Cell Carcinoma

In contrast to the other type I tumors, clear cell carcinomas are not graded. They are generally regarded as high grade, unlike the other type I tumors. Occasionally, both endometrioid and clear cell carcinoma components coexist in an ovarian tumor. Somatic inactivating mutations of *ARID1A* occur in about 50% of clear cell carcinomas,[70] while activating mutations of *PIK3CA* occur in 20%,[71] *PTEN* in almost 10%[72,73] and roughly 3% in the catenin gene (*CTNNB1* encodes b-catenin).[74] These genes are rarely mutated in other types of ovarian cancer.[75] The precursor lesion for clear cell carcinoma, like endometrioid carcinoma, is endometriosis.

### E.  Seromucinous Carcinomas (Mixed Müllerian Carcinomas)

Most seromucinous carcinomas are noninvasive. They are generally papillary and resemble niLGSCs but, in fact, are composed of a mixture of epithelial cell types, including endometrioid and squamous cells and endocervical-type mucinous cells. Furthermore, their immunoprofile is characterized by frequent expression of estrogen receptor (ER) (100%), progesterone receptor (PR) (67%), and cancer antigen 125 (CA125; 92%); infrequent expression of WT1 (8%); and lack of expression of cytokeratin 20 (CK20) and caudal type homeobox 2 (CDX2). This immunostaining pattern is consistent with a Müllerian immunophenotype. Loss of ARID1A expression was reported in one-third of cases,[76] which is

---

[69]    Tiourin E, et al. Tubal ligation induces quiescence in the epithelia of the fallopian tube fimbria. *Reprod Sci*. 2015;22(10):1262-1271.

[70]    Kurman RJ, Shih I-M. (2016) (citing Jones S, et al. (2010); Wiegand, et al. (2010); Ayhan A, et al. (2012)).

[71]    Kurman RJ, Shih I-M. (2016) (citing Nakayama K, et al. (2006); Jones S, et al. (2010)).

[72]    Kurman RJ, Shih I-M. (2016).

[73]    Sato N, et al. (2000).

[74]    Kuo K-T, et al. Frequent activating mutations of PIK3CA in ovarian clear cell carcinoma. *Am J Pathol*. 2009;174(5):1597-1601.

[75]    Kurman RJ, Shih I-M (2016).

[76]    Wu CH, et al. Endocervical-type mucinous borderline tumors are related to endometrioid tumors based on mutation and loss of expression of ARID1A. *Int J Gynecol Pathol* 2012;31(4):297-303.

similar to the frequency in endometrioid and clear cell tumors, providing compelling evidence to include them in the group of endometriosis-related neoplasms.

### F.  Mucinous Carcinoma

Most mucinous carcinomas are well differentiated; moderate and poorly differentiated tumors are relatively uncommon. Typically, mucinous carcinomas are quite heterogeneous, containing areas of cystadenoma and atypical proliferative tumor intimately admixed with areas of carcinoma. A recent study that used next-generation sequencing found that *KRAS*-activating mutation is the most common single molecular genetic alteration in mucinous carcinomas, occurring in 65% of cases.[77] In contrast to other type I ovarian carcinomas, *TP53* mutation is frequent in mucinous carcinomas, being present in approximately one-half of cases.[78] It should be noted that, until recently, mucinous carcinoma was thought to be the second most frequent ovarian carcinoma. However, studies have now shown that the majority of mucinous carcinomas involving the ovary are, in fact, metastases from primary gastrointestinal tract tumors. In fact, Figure 6 on page 43 of the report of plaintiffs' expert Dr. Sarah Kane is an example of a primary mucinous carcinoma of the gastrointestinal tract that metastasized to the ovary. Based on my experience with these tumors, it most likely originated from the appendix.[79,80,81,82] In her report, Dr. Kane incorrectly identifies this tumor as a primary mucinous carcinoma of the ovary.

### G.  Malignant Brenner Tumors

These tumors are composed of nests of transitional-type epithelium surrounded by a fibromatous stroma. Typically, the nests of transitional epithelium have a central cystic cavity lined by mucinous epithelium. Most Brenner tumors are benign, less commonly atypical proliferative, and rarely malignant; consequently, a comprehensive molecular analysis of malignant Brenner tumors has not been performed.

---

[77]     Mackenzie, R, et al. Targeted deep sequencing of mucinous ovarian tumors reveals multiple overlapping RAS-pathway activating mutations in borderline and cancerous neoplasms. *BMC Cancer.* 2015;15:415.

[78]     Mackenzie, R, et al. (2015).

[79]     Shappell H, et al. Diagnostic criteria and behavior of seromucinous (endocervical-type mucinous and mixed cell-type) tumors. *Am J Surg Pathol.* 2002:26(12):1529-1541.

[80]     Ronnett BM, et al. Patients with pseudomyxoma peritonei associated with disseminated peritoneal adenomucinosis have a significantly more favorable prognosis than patients with peritoneal mucinous carcinomatosis. *Cancer.* 2001;92(1):85-91.

[81]     Ronnett BM, et al. Pseudomyxoma peritonei in women: A clinicopathologic analysis of 30 cases with emphasis on site of origin, prognosis, and relationship to ovarian mucinous tumors of low malignant potential. *Hum Pathol.* 1995;26(5):509-524.

[82]     Seidman JD, et al. Primary and metastatic mucinous adenocarcinomas in the ovaries: incidence in routine practice with a new approach to improve intraoperative diagnosis. *Am J Surg Pathol.* 2003; 27(7):985-993.

## II.      DR. SARAH KANE'S EXPERT REPORT

Dr. Kane is the only pathologist designated on behalf of the plaintiffs. She has produced a lengthy report, but only a single paragraph addresses ovarian cancer pathology.[83] Dr. Kane opines that "genital talcum powder exposure can cause ovarian cancer" based on her evaluation of "epidemiological . . ., pathological, biological, and mechanistic evidence."[84] Although Dr. Kane offers opinions in a host of areas outside her field, including epidemiology and cancer biology, I will focus my report on my primary area of expertise: gynecologic pathology.

Based on my nearly 40 years of experience researching the pathogenesis of ovarian cancer, I have concluded that Dr. Kane's opinions reflect a misunderstanding of ovarian cancer pathology, are highly speculative and are contrary to sound science.

Like all cancers, ovarian carcinomas are driven by changes to DNA that alter normal cellular functions. These molecular genetic alterations are the most powerful evidence relating to ovarian cancer development. As described more fully in section I and Appendix I of my report, epithelial ovarian cancer comprises distinctly different carcinomas (i.e., high-grade serous, low-grade serous, endometrioid, clear cell, seromucinous, mucinous and malignant Brenner tumors), each with different precursor lesions, morphologies, clinical behaviors, pathogenesis, and molecular genetic alterations. Dr. Kane does not identify any studies linking the use of talc-based body powders to the known genetic alterations associated with the various histologic subtypes of ovarian cancer. And indeed, I am aware of no such studies. Further, it is unlikely that exposure to a single agent, i.e., talc, could result in the development of such distinctly different neoplasms. Finally, ovarian carcinomas differ dramatically from mesothelioma, and Dr. Kane's repeated efforts to analogize ovarian cancer to mesothelioma are both unscientific and misleading.

Below I focus on four opinions by Dr. Kane that are unsupported by, and contrary to, the current data and understanding of ovarian cancer pathology: (1) that "similarities" between talc and asbestos and between HGSC and mesothelioma support the conclusion that talc causes ovarian cancer; (2) that talc use causes ovarian cancer through inflammation; (3) that reported observations of talc in pathology samples are "consistent with causation"; and (4) that talcum powder applied to the external perineum can migrate to the ovaries.

### A.  "Similarities" Between Talc and Asbestos and Between HGSC and Mesothelioma

One of the major premises Dr. Kane relies on to support her causation opinion is the notion that because talc is supposedly chemically similar to asbestos (which causes mesothelioma) and because HGSC is similar to mesothelioma, there is support for her

---

[83]      It appears Dr. Kane may have initially prepared a report that included more expansive opinions on pathology that were removed or deleted during the drafting process. When I reviewed her deposition, I noted that she was asked to identify where in her report she addressed ovarian cancer pathogenesis and she stated that she "did the work," but could not "discuss it because of attorney work product issues." January 25, 2019 Deposition of Dr. Kane ("Kane Deposition"), pages 206-213.

[84]      November 15, 2018 Report of Dr. Kane ("Kane Report") at 37.

opinion that talc use causes ovarian cancer.[85] Dr. Kane attempts to support this argument by pointing to "the chemical similarity between asbestos and talc" and "morphologic and immunohistochemical similarities" between mesothelioma and HGSC.[86] Relatedly, Dr. Kane reports that she has seen evidence that talcum powder products contain asbestos and discusses epidemiological studies assessing asbestos exposure and ovarian cancer, which she claims further support her opinion that talc use causes ovarian cancer.[87] She also claims that the similarities she observes between talc and asbestos and between HGSC and mesothelioma support the "analogy" criterion of Bradford Hill.[88] Dr. Kane's analysis is methodologically flawed and lacks a sound scientific basis.

First, Dr. Kane overstates the significance of compositional similarities between talc and asbestos. Specifically, Dr. Kane relies on an observed "chemical similarity" between the two.[89] But the fact that two materials have similar chemical compositions does not mean they will have similar effects on the body. For instance, the chemical composition of water ($H_2O$) is almost identical to that of hydrogen peroxide ($H_2O_2$)—they differ by only one oxygen atom—but their biological effects are vastly different. Dr. Kane fails to provide any support for her suggestion that compositional similarities between talc and asbestos result in similar biologic effects. While talc and asbestos are both silicate minerals, talc is inert; by contrast, surface reactivity and the ability to release free radicals contribute to the pathogenic effects of asbestos.[90]

Second, Dr. Kane downplays the importance and extent of the structural differences between talc and asbestos, noting only that they are "*somewhat* morphologically distinct."[91] The structure of substances can be extremely important in their functional activity in the body. According to IARC, "talc particles are normally plate-like" and are stable and inert.[92] By contrast, asbestos occurs in bundles of flexible, needle-shaped fibers. The effects of asbestos on the body are determined by, among other things, the geometry and surface reactivity of the fibers.[93] Dr. Kane fails to acknowledge these critical structural differences in her attempt to analogize talc to asbestos.

Relatedly, Dr. Kane's assessment of studies examining the association between asbestos exposure and ovarian cancer is not analytically sound.[94] As an initial matter, because

---

[85]    Kane Report at 13-14.

[86]    Kane Report at 5, 14.

[87]    Kane Report at 29-33.

[88]    Kane Report at 37.

[89]    Kane Report at 5, 13.

[90]    International Agency for Research on Cancer. *IARC monographs on the evaluation of carcinogenic risks to humans, volume 100C. Arsenic, Metals, Fibres and Dusts*; 1.6, 4.3. Lyon, France: IARC; 2012 ("IARC Monograph").

[91]    Kane Report at 13.

[92]    IARC Monograph at 1.6.

[93]    IARC Monograph at 4.3.

[94]    Kane Report at 29-33.

talc and asbestos are distinct minerals, as explained above, Dr. Kane's discussion of these studies is not relevant to whether perineal talc use causes ovarian cancer. (As Dr. Kane does not provide any description or analysis of the "evidence" she has seen that talcum products contain asbestos[95] and testified that her opinion "is not dependent on asbestos being in the product,"[96] I will not evaluate that assertion here.) In any event, although it is well established that asbestos exposure can cause pleural mesothelioma (and much less commonly lung cancer), the data implicating asbestos exposure and ovarian cancer is significantly weaker. The studies Dr. Kane discusses – which reported only a handful of ovarian cancer cases – involved significant exposure to industrial asbestos sustained via inhalation by women who worked in occupations where they were regularly exposed to asbestos for hours every day (such as in factories producing gas masks). These studies of occupational asbestos exposures are not directly applicable to **perineal** application of cosmetic talcum powder, which is the exposure alleged in these cases. Dr. Kane fails to explain how perineal exposure to alleged contaminant levels of asbestos in cosmetic talc is similar to occupational exposures to inhaled industrial asbestos. Finally, from a pathology standpoint, there is a significant likelihood that some tumors observed in these occupational studies, which are quite dated, were misclassified due to misreporting on death certificates and lack of immunohistochemical analysis to adequately distinguish peritoneal mesothelioma from ovarian cancer (i.e., peritoneal mesotheliomas were misdiagnosed as ovarian carcinomas).[97,98]

Dr. Kane's claim that similarities between HGSC and mesothelioma support her conclusion that talc causes ovarian cancer also fails to account for decades of important research on ovarian cancer pathogenesis. For one thing, Dr. Kane grossly overstates the "striking morphologic similarities" between HGSC and mesothelioma. These "striking similarities" she claims to observe are supported by Figures 1 and 2 of her report, which are photomicrographs of tumors taken at a very high magnification. It is impossible to appreciate the differences between two tumors when they are viewed at such a high magnification. In practice, it is relatively straightforward for an experienced gynecologic pathologist to distinguish between HGSC and mesothelioma by morphology on routine microscopic analysis. While there is some overlap between the immunohistochemical markers expressed by mesotheliomas and HGSC,[99] this is true of many different tumors and does not support Dr. Kane's suggestion that mesothelioma and HGSC are similar diseases.. Moreover, Dr. Kane is mistaken when she claims that calretinin is a common marker expressed by HGSC and mesotheliomas. In fact, calretinin is rarely expressed by serous carcinomas, but is expressed in the majority of mesotheliomas; therefore, it is actually used to differentiate mesothelioma from serous carcinoma. Other immunohistochemical markers used to differentiate serous ovarian carcinomas from mesotheliomas include MOC31, PAX8, Claudin4, BER-EP4 and

[95]    Kane Report at 29.

[96]    Kane Deposition, page 227.

[97]    Reid, et al. Does Exposure to Asbestos Cause Ovarian Cancer: A Systemic Literature Review and Meta-Analysis. *Cancer Epidemiol Biomarkers Prev*. 2011; 20(7):1287-1295.

[98]    Camargo, et al. Occupational Exposure to Asbestos Ovarian Cancer: A Meta-Analysis. *Environ Health Perspect* 2011; 119(9): 1212-1217 (evaluates effect of misclassification by removing 20% of ovarian cancer cases from every study and repeating meta-analysis).

[99]    Kane Report at 14.

Estrogen Receptor.[100] There is substantial evidence now that HGSC derives from the Mullerian epithelium of the fallopian tube, and not from the modified mesothelium that lines the ovaries – another important distinction between these tumors.[101]

Finally, I note that the morphologic and molecular genetic differences between mesothelioma and the other types of epithelial ovarian carcinoma, specifically, low-grade serous, endometrioid, clear cell, and mucinous carcinomas and malignant Brenner tumors, is even more stark than those of HGSC. In particular, endometrioid and clear cell carcinoma develop from endometriosis (which is a precursor lesion to these cancers, as explained previously). Endometriosis is composed of endometrial type cells, which are also of Mullerian origin and resemble cells lining the uterine cavity – cells that are likewise significantly different from mesothelial cells.

In summary, Dr. Kane inappropriately overstates the similarities between talc and asbestos and HGSC and mesothelioma, and fails to appreciate the important differences between these minerals and diseases. When applied to the "analogy" criterion of her Bradford Hill analysis, these inaccuracies and overstatements undermine her conclusions.[102]

### B.   Talc-Induced Chronic Inflammation as a Cause of Ovarian Cancer

Dr. Kane's report includes a lengthy discussion setting forth her view that perineal use of talc causes chronic inflammation that leads to cancer.[103] These speculative opinions are not supported by sound science. As explained further below, while it is true that talc can elicit an inflammatory response in tissue, the type of response associated with talc is what pathologists refer to as a "foreign body response" or "foreign body granuloma." Foreign body granulomas have only rarely been reported in gynecologic pathology samples and they have not been associated with the perineal use of talcum powder.

As a preliminary matter, it is important to clearly define "chronic inflammation" and differentiate between the different types of chronic inflammation. Generally, inflammation can be defined as "a protective response elicited by injury or destruction of tissues which serves to destroy, dilute or wall off the injurious agent and the injured tissue."[104] If the inflammatory reaction persists for an extended period, it is referred to as "chronic" inflammation.

The different types of chronic inflammation have different histologic appearances. The most common type is composed of a variety of inflammatory cells, including lymphocytes, plasma cells and histiocytes (macrophages).[105] A less frequently encountered

---

[100]     Husain AN, et al. Guidelines for Pathologic Diagnosis of Malignant Mesothelioma. *Arch Pathol Lab Med*. 2018; 142:89-108.

[101]     Kurman RJ, Shih I-M. (2016).

[102]     Kane Report at 37.

[103]     Kane Report at 9-13.

[104]     Dorland, W A. N., Dorland's Illustrated Medical Dictionary. Philadelphia, PA: Saunders.

[105]     Dr. Kane suggests that lymphocytes and plasma cells are a marker of carcinogenesis. Kane Deposition, pages 58, 63, 98-99, 108. This is not correct. Plasma cells and lymphocytes are not markers for cancer.

type of chronic inflammation – granulomatous inflammation – is characterized by focal lesions, called granulomas. Granulomas can be divided into two broad categories: (1) immune granulomas and (2) foreign body granulomas.[106, 107] Foreign-body granulomas are what you would expect to find in tissue exposed to noninfectious material, like talc and surgical sutures.[108] The reaction is characterized by an inflammatory infiltrate composed predominantly of histiocytes, which may fuse to form giant cells that surround and phagocytose material. Notably, I have examined a number of surgical pathology specimens from plaintiffs in talc litigation and have not observed foreign body granulomas or foreign body granulomatous inflammation associated with alleged talc use. Indeed, in the course of my 40 years of looking at microscopic slides of ovarian cancer, I have only seen foreign body granulomatous inflammation associated with ovarian tumors very rarely. The associated tumors have been predominantly teratomas (which are not epithelial carcinomas); less than a handful were endometrioid carcinomas. In all these cases, the granulomatous inflammation was in response to keratin produced by the tumor and had nothing to do with talc (no evidence of polarized crystals that may have been talc).

Dr. Kane was unable to identify the frequency with which she observed foreign body granulomatous inflammation, much less foreign body granulomas, in the gynecological specimens that she has examined throughout her career.[109] Of the granulomas she has observed, Dr. Kane was unable to testify that any were foreign body talc granulomas, because she does not routinely use polarized light microscopy to look for particulates in gynecologic tissue.[110] Dr. Kane attempts to compensate for the general lack of histologic evidence supporting biologic talc exposure by speculating about the latency period between the onset of inflammation and development of cancer.[111] However, the majority of women who use talc begin their use around age 20 and that use is habitual.[112] In other words, it appears that for most cases, the exposure and, therefore, the resulting inflammation, would not be remote but continuous.

Dr. Kane points to the association between endometriosis and the development of endometrioid and clear cell carcinoma as evidence that chronic inflammation causes ovarian cancer.[113] Her conclusions are based on speculation rather than data. Chronic inflammation has not been proven to be the mechanism by which endometriosis develops into endometrioid and clear cell carcinomas. In fact, endometriosis is often not accompanied by inflammation, and when it is, the inflammation is composed of lymphocytes and plasma cells, not foreign

---

[106]    Shah KK, et al. Histopathologic Review of Granulomatous Inflammation. *J Clin Tuberculosis Micobacterial Dis*. 2017;7:1-12.

[107]    deBrito T and Franco MF. Viewpoint: Granulomatous Inflammation. *Rev Inst Med trop Sao Paulo*. 1994;36(2):185-192.

[108]    Shah KK, et al. (2017).

[109]    Kane Deposition, pages 110, 115-16.

[110]    Kane Deposition, pages 108-09.

[111]    Kane Report at 12.

[112]    Cramer DW, et al. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiol*. 2016(3);27:334-346.

[113]    Kane Report at 10, 12.

body granulomatous reactions like those associated with talc exposure. Moreover, based on the fact that shared molecular genetic changes have been found in endometriosis and endometrioid and clear cell carcinoma, the scientific evidence strongly suggests that endometriosis is a precursor lesion to these cancers, not a source of inflammation that causes them. Significantly, in women with endometriosis, the eutopic endometrium (endometrium lining the uterine cavity) displays molecular changes that are not present in the eutopic endometrium of women without endometriosis, suggesting that the abnormalities found in the endometrium are predisposing to both the development of endometriosis and endometrioid carcinoma.[114]

Dr. Kane similarly cites pelvic inflammatory disease (PID) as evidence that chronic inflammation causes ovarian cancer.[115] However, the association between PID and ovarian cancer has been inconsistent. It appears to be limited to serous borderline tumors and possibly LGSC.[116] As described in Section I, LGSC and HGSC are very different diseases and develop along different molecular genetic pathways.

In another attempt to analogize talc to asbestos, Dr. Kane cites talc's use in pleurodesis – a procedure in which talc is injected into the pleural space to treat benign recurrent pneumothorax or pleural effusion – to suggest that the consequences of talc-induced inflammation are similar to those of asbestos-induced inflammation.[117] While both talc particles and asbestos fibers can cause chronic inflammation and fibrosis, inflammation and fibrosis are natural responses to a variety of stimuli and are not specific to talc, asbestos or even the cancer process. Further, if the consequences of talc and asbestos exposure were similar (e.g., if both caused cancer), one would expect to find cancer arising in patients who underwent talc pleurodesis. On the contrary, based on my review of the literature, talc pleurodesis has not been associated with the development of cancer, including mesothelioma, in patients followed for up to 40 years.[118,119] In fact, some studies of talc as a treatment for malignant pleural effusion suggest it may have anti-tumorigenic effects, promoting apoptosis (programmed cell death) in malignant mesothelioma cells[120] and inhibiting tumor progression by promoting angiostasis.[121] Defective apoptotic signaling pathways and inhibition of angiostasis play an important role in the initiation and progression of cancer and are related to tumor aggressiveness and survival.

---

[114]      Kurman RJ, Shih I-M (2011) (citing Bulun SE. (1999)).

[115]      Kane Report at 10, 12.

[116]      Rasmussen CB, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. *Am J Epidemiol*. 2017;185(1):8-20.

[117]      Kane Report at 13.

[118]      Hunt, et al. Is talc pleurodesis safe for young patients following primary spontaneous pneumothorax? *Interactive CardioVascular and Thoracic Surgery*. 2007; 6(1):117-120.

[119]      Light RW Letter to Editor in Ghio AJ, et al. *Am J Respir Crit Care Med*. 2001;164:1741.

[120]      Nasreen N, et al. Talc Induces Apoptosis in Human Malignant Mesothelioma Cells *In Vitro*. *Am J Respir Crit Care Med.* 2000;161:595-600.

[121]      Nasreen N, et al. Talc mediates angiostasis in malignant pleural effusions *via* endostatin production. *Eur Respir J*. 2007;29:761-769.

Further, if chronic inflammation plays a key role in the development of HGSC, the most common ovarian malignancy, one would expect to find evidence of inflammation associated with early precursor lesions. It is now widely accepted that STICs (serous tubal intraepithelial carcinoma) are confined to the tubal epithelium; in other words, they have not invaded <u>normal</u> tissue. STICs are considered the immediate precursor of invasive HGSC. I have participated in a number of studies assessing the characteristics of STICs and have not found them to be associated with inflammation. Others have reported similar observations.[122] Recent data suggest that an even earlier lesion, designated "p53 signature," which is characterized by normal appearing fallopian tube epithelium but harboring a *TP53* mutation, is the precursor of STICs. I have not seen inflammation associated with p53 signatures in the fallopian tube.

Finally, many of the studies that Dr. Kane cites to attempt to show how chronic inflammation can lead to the development of cancer are not relevant to talc-associated foreign body reactions. In particular, Dr. Kane's use of ulcerative colitis – a type of inflammatory bowel disease that is associated with an increased risk of colon cancer – as a surrogate for talc causing ovarian cancer[123] is highly misleading because it fails to distinguish the chronic inflammation associated with ulcerative colitis from the foreign body response association with talc exposure. The former is characterized by the presence of neutrophils, lymphocytes and plasma cells accompanied by features of mucosal injury and necrosis (cell death); these are not features of foreign body granulomatous inflammation.

Dr. Kane also inappropriately cites a number of studies in claiming that talc-induced inflammation causes specific biological responses that lead to ovarian cancer.[124] For example, Dr. Kane cites Buz'Zard 2007 in support of her claim that talc causes oxidative stress that can lead to the development of ovarian cancer.[125] But as Dr. Kane admitted, this study did not demonstrate increases in reactive oxygen species in ovarian cancer cells at 17 out of the 18 time points measured.[126] Moreover, this study is flawed in that it did not include negative controls, and it utilized immortalized ovarian surface epithelial and granulosa cell lines, which are not "normal." The only test of cell transformation used in the study was soft agarose growth and results of the talc studies were conflicting between the two cell lines used. In one cell line, a high dose suppressed soft agarose growth, but in the other cell line, it promoted soft agarose growth.

Similarly, Dr. Kane claims that Shukla 2009 demonstrates that "nonfibrous talc can induce an inflammatory response that alters expression of genes in cancer pathways" and "induces genotoxicity" in mesothelial cells.[127] Dr. Kane provides no analysis of the study to support these assertions, and the authors' statements directly contradict her characterization of the findings. Shukla et al. note that talc was used in this asbestos study as a nontoxic,

---

[122]     Malmberg K, et al. Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development. *Virchows Arch*. 2016; 468(6):707-713.

[123]     Kane Report at 10.

[124]     Kane Report at 10-12.

[125]     Kane Report at 10.

[126]     Kane Deposition, pages 333-34.

[127]     Kane Report at 10, 36.

negative control that "is regarded as noncarcinogenic in humans."[128] The authors confirmed that, in contrast to asbestos, which "caused membrane blebbing and other toxic manifestations in cells," "particles of nonfibrous talc…were nontoxic."[129] Also contrary to Dr. Kane's suggestion that Shukla supports an inflammatory and pro-carcinogenic role for talc, talc had very little overall effect on gene expression in mesothelial cells compared to asbestos, and talc had no effect on ovarian cells. Among the few genes whose expression was increased by talc are those that have anti-inflammatory and anti-oxidant activities (ATF3 and SOD).

In addition, Dr. Kane cites a number of studies in support of her claim that talc induces macrophage TNF-alpha expression, which promotes ovarian carcinogenesis.[130] Of these, only the Hagemann study involved the ovaries, and that study cannot be used to support causation in humans because it used experimental ovarian cancer cell lines, which do not demonstrate the same molecular profiles as shown in tissue samples of ovarian cancer.[131] The Cheng, Yan and Xie studies were performed on rabbits, mice and rats, respectively, and did not evaluate ovarian cells or ovarian tissue. The Xie study also evaluated the effects of asbestos, not talc, on rat tracheal epithelium. The Nasreen and Van den Heuvel studies examined human mesothelial cells or patients undergoing pleurodesis; neither used ovarian tissue. In summary, apart from Hagemann, the studies cited by Dr. Kane not only failed to use ovarian tissue, but involve in vitro or animal models that are of questionable value in understanding ovarian carcinogenesis in humans.

Dr. Kane's claim that "there are experimental studies in the literature that support a causal relationship between talc and ovarian cancer," and that studies "show increases in inflammatory markers following talc exposure" is entirely false.[132] None of the studies Dr.

---

[128]    Shukla A, et al. Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity. *Am J Respir Cell Mol Biol*. 2009; 41:114-123.

[129]    Shukla A, et al. (2009).

[130]    Kane Report at 12 (citing Cheng DS, Rogers J, Wheeler A, et al. The effects of intrapleural polyclonal anti-tumor necrosis factor alpha (TNF alpha) Fab fragments on pleurodesis in rabbits. *Lung*. 2000;178(1):19–29; Hagemann T, Wilson J, et al. Ovarian cancer cells polarize macrophages toward a tumor-associated phenotype. *J Immunol*. 2006;176(8):5023–5032; Yan B, et al. Tumor necrosis factor-alpha is a potent endogenous mutagen that promotes cellular transformation. *Cancer Res*. 2006;66(24):11565–11570; Nasreen N, et al. Talc-induced expression of C-C and C-X-C chemokines and intercellular adhesion molecule-1 in mesothelial cells. *Am J Respir Crit Care Med*. 1998;158:971–978; van den Heuvel MM, et al. Talc-induced inflammation in the pleural cavity. *Eur Respir J*. 1998;12(6):1419–1423; Xie C, et al. TNF-alpha increases tracheal epithelial asbestos and fiberglass binding via a NF-kappaB-dependent mechanism. *Am J Physiol Lung Cell Mol Physiol*. 2000;279(3):L608–614).

[131]    Domcke, et al. compared copy-number changes, mutations and mRNA expression profiles of 47 commonly used experimental ovarian cancer cell lines from the Cancer Cell Line Encyclopedia with ovarian cancer tumor samples from the Cancer Genome Atlas and found "pronounced differences in molecular profiles." Domcke S, et al. Evaluating cell lines as tumor models by comparison of genomic profiles. *Nature Commun*. 2013;4:2126. Accordingly, studies that utilize experimental ovarian cancer cell lines must be interpreted with caution, as these experimental cell lines do not reflect the molecular genetic characteristics of ovarian cancer tissues.

[132]    Kane Report at 12 (citing Allaire GS, et al. Talc in liver tissue of intravenous drug abusers with chronic hepatitis. A comparative study. *Am J Clin Pathol*. 1989;92(5):583–588; Genofre EH, et al. Talc pleurodesis: evidence of systemic inflammatory response to small size talc particles. *Respir Med*. 2009;103(1):91–97; Arellano-Orden E, et al. Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis. *Respiration*. 2013;86(3):201–209).

Kane cites has anything to do with ovarian cancer. Specifically, Allaire 1989 is a study of talc in liver tissue from IV drug users and Genofre 2009 and Arellano-Orden 2013 are studies of pleurodesis, which, as noted above, is a beneficial procedure that has not been reported to cause cancer and involves a part of the body that is unrelated to ovarian carcinogenesis.

In summary, Dr. Kane's theory that talc-induced inflammation causes ovarian cancer both fails to distinguish between specific types of inflammation and is not supported by the evidence she cites.

### C. Detection of Talc in Ovarian Tissue

Dr. Kane's report includes a discussion of "talc in tissue."[133] Dr. Kane first describes certain microscopy and analytical techniques (polarized light microscopy, SEM and EDX) that she claims are used in surgical pathology. She then acknowledges that the presence of talc particles found in ovarian cancer tissue does not prove that the talc played a causal role, yet argues that it is "consistent with causation and provides additional evidence in support of a causal relationship."[134] This discussion is methodologically flawed for several reasons.

First, based on my experience as a surgical pathologist, ovarian cancer is never examined using the microscopy techniques Dr. Kane identifies. In fact, apart from the specific type of examination of breast tissues that Dr. Kane discusses, none of these techniques is used in general surgical pathology. Polarization is not routinely employed by surgical pathologists without some clear indication for doing so (e.g., confirmation of radiographic findings of breast calcifications or an observed foreign body reaction). Dr. Kane has admitted that polarized light microscopy is not routinely used to examine ovarian tumors.[135] Foreign body reactions and granulomas are easily detected by routine light microscopy.

Dr. Kane's reliance on Cramer 2007 is misplaced. Cramer 2007 is a case report of one patient, and therefore does not constitute meaningful scientific evidence supporting the allegation that talc causes ovarian cancer.[136] Indeed, the authors admit as much: "we are not claiming that a causal relationship between ovarian cancer and talc use is proven for this case or in general." They also acknowledge that "case reports cannot establish causality" and assert that "it is necessary to establish in a quantitative manner the likelihood of finding talc in lymph nodes of women with ovarian cancer and correlate this by whether they did or did not use talc." A similar study in ovarian tissue had already been done by Heller et al. in 1996, discussed below.

Second, as Dr. Kane concedes, the presence of talc particles in ovarian cancer tissue does not prove that the talc plays a causal role in the development of ovarian cancer. The development of the now well-established understanding that human papillomavirus (HPV) causes cervical cancer illustrates this principle. From the 1960s through the late 1980s, herpes

---

[133]     Kane Report at 14-15.

[134]     Kane Report at 15.

[135]     Kane Deposition, page 108.

[136]     Cramer DW, et al. Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-term Genital Exposure to Cosmetic Talc. *Obstet Gynecol*. 2007;110(2):498–501.

simplex virus (HSV) was thought to be the cause of cervical cancer. Electron microscopy revealed HSV particles in cervical cancer tissues,[137] and seroepidemiologic studies "confirming" that HSV was the causative agent showed that women with antibodies to HSV-2 were 10 times more likely to develop cervical cancer than women without antibodies to the virus.[138,139] Notably, the relative risks for HSV and cervical cancer reported in epidemiological studies far exceeded those that have been reported for talc and ovarian cancer. However, we now know that HPV, not HSV, causes cervical cancer; indeed, I have been involved with HPV vaccine clinical trials over the last 15 years and have seen a striking reduction in cervical cancer in countries where mandatory vaccination has been in place.[140] As this example illustrates, the fact that a particular agent has been observed in cancerous tissues, even combined with other apparently strong epidemiologic evidence, can lead to a flawed causal conclusion.

### D.  Migration of Talc to the Ovaries

Dr. Kane acknowledges that "for cosmetic talc applied to the perineum to reach the ovary or fallopian tube and exert a neoplastic effect, it needs to travel up through the vagina and uterus."[141] Without providing any analysis, Dr. Kane opines that: (1) it is "known" that "substances" can migrate through the genital tract to the ovaries; (2) studies have demonstrated talc in ovarian tissue; (3) a single case report of talc in pelvic lymph nodes supports inhalation and lymphatic transport as a "biologically plausible pathway"; and (4) the tubal origin of serous carcinoma is "not critical" to her opinions, because talc can migrate to both the fallopian tubes and ovaries. Elsewhere in her report, Dr. Kane opines that the protective effect associated with tubal ligation also supports her migration opinions.[142] Each of these claims lacks a scientifically valid basis.

First, Dr. Kane cites only two studies to support her opinion that migration through the genital tract to the ovaries is well established.[143] Neither of these studies replicated the type of exposure – external application to the vulva – reported by plaintiffs in this litigation, and neither study involved talc. Specifically, Venter 1979 introduced radioactive human albumin microspheres directly into the upper vagina of women undergoing elective gynecologic surgeries. Egli 1961 introduced carbon particles suspended in Dextran into the

---

[137]     Aurelian L, et al. Herpesvirus type 2 isolated from cervical tumor cells grown in tissue culture. *Science*. 1971; 74:704-707.

[138]     Nahmias AJ and Roizman B. Infection with herpes-simplex viruses 1 and 2. *N Engl J Med*. 289(14):667,719-725.

[139]     Kaufman RH and Rawls WE. Herpes Genitalis and its Relationship to Cervical Cancer. *CA Cancer J Clin*, 1974; 24(5):258-265.

[140]     McGregor S, et al. Decline in prevalence of human papillomavirus infection following vaccination among Australian Indigenous women, a population at higher risk of cervical cancer: The VIP-I study. *Vaccine*. 2018;36(29):4311-4316.

[141]     Kane Report at 14.

[142]     Kane Report at 19.

[143]     Kane Report at 14 (citing Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. *Fertil Steril*. 1961;12:151–155; Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavities and ovaries. *S Afr Med J*. 1979;55(23):917–919).

upper vagina of three anesthetized women undergoing elective hysterectomy, while simultaneously administering oxytocin to stimulate uterine contractions (hypothesized to facilitate transport to the ovaries). Notably, Dr. Kane omits any mention of Wehner 1985[144] and Boorman 1995.[145] Wehner examined talc migration in monkeys receiving repeated introductions of talc to the upper vagina over a period of 45 days. No talc particles were found in the uterus or tubes. Boorman analyzed ovaries from rats and mice exposed daily to aerosolized talc for two years. No talc particles were found in the animals' ovarian tissue, despite "ample opportunity for perineal as well as oral and respiratory exposure."[146] No ovarian tumors were found in exposed animals.

It should be noted that even when particles are placed into the vagina, passage to the ovaries is quite unusual. For example, in another study, it was reported that when India ink was introduced into the uterus, it was detected in the fallopian tubes in 50% of women and when introduced into the cervix, it was detected in the fallopian tubes of just 30% of women. When it was introduced into the vagina, it was detected in only one of 37 (0.02%) patients.[147] In short, the vulva is not an open conduit to the vagina and therefore none of these highly artificial studies can be used to assert that talc applied to the external perineum migrates to the fallopian tubes and ovaries. Finally, I note that Cramer 2007, which Dr. Kane relies on for her migration opinions, stated that "there is no proof that talc used externally reaches the pelvis."[148]

Second, the studies that Dr. Kane cites as finding talc in ovarian tissue do not support her contention that talc migrated there from the vulva through the reproductive tract.[149] The presence of talc in ovarian tissues can be easily explained as a contaminant. Talc is ubiquitous and is present in ceramic, paper, plastics, makeup, rubber and paint, all of which are present in pathology laboratories. Indeed, paper towels on which specimens are placed and cut to provide samples for microscopic analysis and lab counters are a very likely source of talc that can be introduced into tissues being processed for pathologic examination. Moreover, Heller, et al. attempted to correlate the observed talc content in benign ovaries with reported talc usage and found no difference between women who frequently applied talc and those who reported no use.[150] The results could be attributed to sample contamination, which is supported by the lack of any associated pathologic findings that

[144]    Wehner AP et al. On talc translocation from the vagina to the oviducts and beyond. *Food Chem Toxicol,* 1986;24:329-338.

[145]    Boorman GA, Seely JC. A Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice. *Reg Toxicol Pharmacol*. 1995;2:242-243.

[146]    Boorman GA, Seely JC (1995).

[147]    De Boer CH. Transport of particulate matter through the human female genital tract. *J Reprod Fertil.* 1972;28(2):295-297.

[148]     Cramer DW, et al. (2007).

[149]    Kane Report at 14 (citing Henderson WJ, et al. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw*. 1971;78(3):266–272; Henderson WJ, et al. Talc in normal and malignant ovarian tissue. *Lancet*. 1979;313(8114):499; Mostafa SA, et al. Foreign body granulomas in normal ovaries. *Obstet Gynecol*. 1985;66(5):701–702; 22; Heller DS, et al. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am. J. Obstet. Gynecol*. 1996;174(5):1507–1510).

[150]    Heller DS, et al. (1996).

would indicate actual biologic exposure. In fact, Heller noted that hematoxylin-eosin (H&E) examination of high-burden ovaries did not reveal any associated granulomas or foreign body giant cells.

Third, Dr. Kane's opinion that inhalation and lymphatic transport is "another biological pathway"[151] is speculative and not supported by evidence demonstrating that inhaled talc can reach the ovaries through the lymphatic system. If inhalation of talc were a significant route of exposure to ovarian tissue, one would expect to see evidence of talc-induced pulmonary diseases in women who use perineal talc. I am not aware of any such reports. The studies Dr. Kane relies on to support inhalation exposure to ovarian tissue are inapplicable: Cramer 2007 is only a case report of a single patient and provides no data to support inhalation as a route of exposure; Suzuki involved inhaled asbestos fibers in occupationally exposed men; Marchiori involved pulmonary complications of inhaled or injected talc; and Frank involved pulmonary talcosis as a result of inhaled talc.

Fourth, Dr. Kane is correct that there is evidence that "serous ovarian cancers are actually of fallopian tube origin," but Dr. Kane's opinion that this information is "not critical" to the question at hand is clearly wrong.[152] To the contrary, it is extremely important and significantly undermines the theory that talc use causes serous ovarian cancer, since cancer biologists agree that an understanding of carcinogenesis of a tumor begins with determining the genetic alterations that occur in the tissue (organ) of origin – not in the organs to which the primary tumor has spread. The evidence that serous ovarian cancer originates in the fallopian tubes invalidates many of Dr. Kane's more specific opinions, since the biologic evidence she presents often relates to events occurring on the ovarian surface epithelium, implying that ovarian cancer originates there, rather than in the fallopian tubes.[153] In fact, Dr. Kane does not cite any studies to support her biological plausibility opinions that involve the fallopian tube epithelium.

Relatedly, the fallopian tube origin of serous carcinoma also undermines Dr. Kane's argument that tubal ligation and hysterectomy decrease the risk of "talc-associated ovarian cancer" "by impeding the proximal migration of talc into the perineum to the ovaries and fallopian tubes."[154] Disruption of particle migration has been hypothesized to explain the observed reduction in risk of ovarian cancer associated with these procedures in the epidemiologic literature. However, there is strong evidence that these procedures are protective against ovarian cancer for reasons unrelated to this hypothesis. Specifically, hysterectomy and tubal ligation prevent retrograde menstruation, which is regarded as one of the major mechanisms for the development of endometriosis, thereby reducing the risk of

[151]    Kane Report at 14 (citing Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med*. 1991;19(6):701–704; Marchiori E, et al. Pulmonary talcosis: imaging findings. *Lung*. 2010;188(2):165–171; Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME*. 2011;4(3):109–111).

[152]    Kane Report at 14.

[153]    *E.g.*, Kane Report at 12 (citing Richards JS, et al. Ovulation: New dimensions and new regulators of the inflammatory-like response. *Annu Rev Physiol*. 2002;64:69–92 for the premise that ovulation causes an "inflammatory response to disruption of the ovarian epithelium").

[154]    Kane Report at 19, 36 (citing Green A, Purdie D, Bain C, et al. Tubal sterilization, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. *Int J Cancer*. 1997;71:948–951.).

23

endometrioid and clear cell carcinoma.[155] It has also been demonstrated in humans and mouse models that tubal ligation is associated with "a reduced presence and decreased proliferation of progenitor cells in the distal fallopian tube epithelium," "compositional and functional changes [that] suggest that tubal ligation induces quiescence of distal fallopian tube epithelial cells."[156] This explains the reduction in risk of HGSC, which, as explained above, arises from the fallopian tube epithelium (and mainly at the distal end of the fallopian tube). Accordingly, these mechanisms alone reduce the risk of developing ovarian cancer without having to implicate the particle migration hypothesis Dr. Kane endorses.[157]

## CONCLUSION

Based on my extensive experience studying ovarian cancer pathology, I find that Dr. Kane's opinion that talc use causes ovarian cancer is not scientifically justified. Moreover, Dr. Kane's opinions are inconsistent with the consensus view of the scientific community regarding what is currently known about ovarian cancer pathology.

First, ovarian cancer is a diverse group of neoplasms (high-grade serous, low-grade serous, endometrioid, clear cell, seromucinous, and mucinous carcinomas and malignant Brenner tumors) with different morphology, pathogenesis, molecular genetic features and behavior that are distinct from mesothelioma. It is highly unlikely that one agent, i.e., talc, is a cause of these different tumors, and there are no studies linking talc exposure to the specific genetic alterations associated with the development of these tumors. Second, carcinomas arise from molecular genetic alterations in specific organ sites. Mesothelium, the site of origin of mesotheliomas, is distinct in morphology and molecular genetic features from tubal epithelium and endometrial tissue, the respective sites of origin of HGSC and endometrioid and clear cell carcinomas. Third, the studies that are cited to support chronic inflammation as a cause of cancer are not relevant to talc-associated inflammation, because the type of inflammation cited is not the type of foreign body granulomatous inflammation associated with talc exposure. Fourth, observations of talc in ovarian tissue do not support a conclusion of causation. Fifth, there are no animal or histologic data supporting the genital migration of talc applied externally to the vulva. Finally, talc has been used for many years as a treatment ("pleurodesis") for benign recurrent pneumothorax and pleural effusions, which severely restrict the patient's ability to breathe. Talc pleurodesis involves the installation of large amounts of talc directly into the pleural space to cause a marked foreign body granulomatous response and fibrosis that compress the pleural cavity, alleviating the difficulty in breathing. If talc exposure caused cancer, one would expect that some of the patients treated for benign conditions would develop cancer in the future. Long-term studies have not demonstrated this to be the case.

---

[155]    Rosenblatt KA, et al. (1996).

[156]    Tiourin E, et al. (2015).

[157]    Of note, Green 1997 showed only a slightly increased risk of ovarian cancer (RR 1.3, CI 1.1-1.6) among women with patent fallopian tubes who used talc in the perineal region compared to women who did not use talc. The study also described that women who reported heavy or painful menses were also found to have a higher risk of ovarian cancer, and that reduction in risk of disease after hysterectomy was greatest among women who had heavy periods. This suggests that retrograde menstruation or endometriosis may have been a confounding variable in this study, reminiscent of HSV and cervical cancer, as discussed above.

## APPENDIX 1

The following provides additional detail regarding the molecular genetic features of the various subtypes of non-high-grade serous epithelial ovarian cancer. Most of this information can be found in Kurman RJ, Shih I-M (2016) and has been adapted for brevity and convenience here.

### Molecular genetic features of low-grade serous carcinoma

The MAPK pathway plays a critical role in the transmission of growth signals into the nucleus and ultimately contributes to neoplastic transformation. *KRAS* mutations at codons 12 and 13 occur in one-third of APSTs and LGSCs, and *BRAF* mutations at codon 600 occur in another one-third of APSTs, but less commonly in LGSCs.[158] Mutations of *ERBB2* occur in less than 5% of these tumors; *NRAS* mutations are also detected in a small percentage of LGSCs.[159] Mutations in *KRAS, BRAF* and *ERBB2* are mutually exclusive and consequently are detected in about two-thirds of APSTs and LGSCs. They appear to occur early in the development of these tumors, as evidenced by the finding of *KRAS* and *BRAF* mutations in the benign cystadenoma epithelium adjacent to APSTs.[160] Pure serous cystadenomas do not harbor these mutations, supporting the interpretation that these mutations are critical in initiating the LGSC pathway. It has been speculated that *BRAF* and *KRAS* mutations are responsible for tumor initiation, which results in oxidative stress leading to DNA double strand breaks. *BRAF* mutation in particular activates the p53/p16/p21 pathway, leading to arrest of cell growth. Most of these tumors do not progress to LGSC, but some do. Progression from an APST to LGSC appears to result when additional molecular alterations abolish the checkpoint control. (For example, deletion of ch1p36, which contains a region with several candidate tumor suppressor genes that regulate cellular proliferation and apoptosis, may abolish the p53 checkpoint permitting tumor cells to proliferate and become aggressive.)

### Molecular genetic features of endometrioid carcinoma

Inactivating mutations of *PTEN* and activating mutations of *PIK3CA* can lead to activation of the PI3K signaling pathway, which has been implicated in malignant transformation. Less than 7% of endometrioid carcinomas have activating mutations in *KRAS* and *BRAF*.[161] Microsatellite instability has also been reported in up to 20% of endometrioid carcinomas, and is usually associated with loss of hMLH1, hMSH2, MSH6 and PSM2 expression. Mutation of the tumor suppressor gene, *ARID1A*, occurs in approximately 30% of

---

[158]     Kurman RJ, Shih I-M. (2016) (citing Singer G, et al. (2003); Jones S, et al. Low-grade serous carcinomas of the ovary contain very few point mutations. *J Pathol.* 2012, 226(3):413-420).

[159]     Kurman RJ, Shih I-M. (2016) (citing Jones S, et al. (2012); Emmanuel C, et al. Australian Ovarian Cancer Study (AOCS): Genomic classification of serous ovarian cancer with adjacent borderline differentiates RAS pathway and TP53-mutant tumors and identifies NRAS as an oncogenic driver. *Clin Cancer Res.* 2014, 20(24):6618-6630).

[160]     Kurman RJ, Shih I-M. (2016) (citing Ho, CL, et al. Mutations of BRAF and KRAS precede the development of ovarian serous borderline tumors. *Cancer Res.* 2004, 64(19):6915-6918).

[161]     Kurman RJ, Shih I-M. (2016) (citing Wu R, et al. (2007); Mayr D, et al. KRAS and BRAF mutations in ovarian tumors: A comprehensive study of invasive carcinomas, borderline tumors and extraovarian implants. *Gyn. Oncol.* 2006; 103(3):883-887).

endometrioid carcinomas. Notably, endometrioid carcinoma of the ovary, unlike high-grade serous carcinoma, is not associated with germline mutations of *BRCA1/2* but may be associated with Lynch syndrome, an inherited condition that also increases the risk of colorectal and uterine carcinoma and less frequently other malignancies.

## Molecular genetic features of clear cell carcinoma

Inactivating mutations of *PTEN* and activating mutations of *PIK3CA* can lead to activation of the phosphatidylinositol 3- kinase signaling pathway. The similar molecular genetic profiles of endometrioid and clear cell carcinomas highlight their close relation and origin from endometriosis. However, the morphology and behavior of endometrioid and clear cell carcinomas are different, so it is not surprising that, e.g., canonical Wnt signaling pathway defects and microsatellite instability have not been observed with significant frequency in clear cell tumors, unlike endometrioid tumors.[162] Studies that used genetically engineered mouse models found that deletion of *ARID1A*, mimicking its somatic inactivation, is insufficient to drive ovarian tumor formation; however, codeletion of *ARID1A* and *PTEN* results in ovarian endometrioid carcinoma,[163] whereas codeletion of *ARID1A* and *PIK3CA* leads to formation of clear cell-like ovarian neoplasms in mice.[164] In addition to these molecular genetic alterations, a recent genome-wide methylation study suggested that clear cell carcinomas have a unique methylation profile compared with the other histologic subtypes.[165] Pathway analyses indicate that there is an increase in promoter methylation for multiple genes in the ER pathway and loss of promoter methylation for multiple genes in the hepatocyte nuclear factor 1 (HNF1) pathway, thus explaining the characteristic immunohistochemical findings in clear cell carcinomas. *TP53* mutations were described in high-grade endometrioid carcinoma with expression profiles similar to those of HGSC, but these tumors may have been misclassified, as suggested by more recent studies reporting a subset of HGSCs that display a pseudoendometrioid pattern.[166]

## Molecular genetic features of mucinous carcinoma

Interestingly, mutations in *KRAS*, *BRAF* and/or *ERRB2* amplification are present in >90% of mucinous carcinomas, indicating frequent RAS/MEK pathway activation in this neoplasm. Another study identified mutations in a novel gene, *RNF43*.[167] By combining the

---

[162]    Kurman RJ, Shih I-M. (2016) (citing Willner J, et al. Alternate molecular genetic pathways in ovarian carcinomas of common histological types. *Hum Pathol.* 2007, 38(4): 607-613).

[163]    Kurman RJ, Shih I-M. (2016) (citing Guan B, et al. Roles of deletion of Arid1a, a tumor suppressor, in mouse ovarian tumorigenesis. *J Nat'l Cancer Inst.* 2014;106(7)).

[164]    Kurman RJ, Shih I-M. (2016) (citing Chandler RL, et al. Coexistent ARID1-APIK3CA mutations promote ovarian clear-cell tumorigenesis through pro-tumorigenic inflammatory cytokine signalling. *Nat Commun.* 2015;6:6118).

[165]    Kurman RJ, Shih I-M. (2016) (citing Yamaguchi K, et al. Epigenetic determinants of ovarian clear cell carcinoma biology. *Int J Cancer.* 2014, 135(3): 585-597).

[166]    Kurman RJ, Shih I-M. (2016) (citing Soslow RA, et al. (2012)).

[167]    Kurman RJ, Shih I-M. (2016) (citing Ryland GL, et al. RNF43 is a tumour suppressor gene mutated in mucinous tumours of the ovary. *J Pathol.* 2013;229:469-476).

discovery and validation sets, 6 of 29 mucinous carcinomas (21%) were found to harbor the inactivating mutations of *RNF43*, a zinc finger-dependent E3 ubiquitin protein ligase, suggesting that *RNF43* inactivation may characterize a proportion of mucinous cancers.[168]

## Molecular genetic features of malignant Brenner tumor

There have only been a few immunohistochemical and molecular genetic studies of benign and atypical proliferative Brenner tumors. p16 immunostaining was shown to be positive in the epithelial component of 12 of 13 benign Brenner tumors (92%) but completely negative in 7 atypical proliferative Brenner tumors. Fluorescence in situ hybridization identified homozygous deletion of *CDKN2A*, the gene encoding p16, in the epithelial component of all atypical proliferative tumors, but it was retained in all benign tumors. Two *PIK3CA* mutations were found in the stromal component in 2 of 20 benign Brenner tumors (5%) but not in the epithelial component. However, one *KRAS* mutation and two *PIK3CA* mutations were detected in the epithelial component of two atypical proliferative tumors (29%).[169] These findings suggest that loss of *CDKN2A* may play a role in progression of benign to atypical proliferative Brenner tumors.

---

[168]     Kurman RJ, Shih I-M. (2016) (citing Ryland GL, et al. (2013)).

[169]     Kurman RJ, Shih I-M. (2016) (citing Kuhn E, et al. Molecular characterization of undifferentiated carcinoma associated with endometrioid carcinoma. *Am J Surg Pathol.* 2014, 38(5):660-665).

## APPENDIX 2

### Glossary of Selected Pathology Terms

**Ascites:** Fluid in the abdomen. This can be malignant when associated with a carcinoma. It is often present in ovarian cancer. It can also be benign, particularly when it is associated with liver disease, such as cirrhosis.

**Atypia:** The degree to which the nuclei in the cells of a tumor differ from the normal appearance. The higher the grade, the more aggressive the tumor is. Usually expressed as well, moderately or poorly differentiated. Alternatively, a numbering system is used. Grade 1,2,3.

**Clone:** One or a group of genetically identical cells

**Foreign body giant cell:** A multinuclear cell resulting from the fusion of macrophages that is elicited in response to a foreign body, such as a suture or, in the case of this litigation, talc.

**Germline mutation:** A mutation occurring in the cells of the zygote (fertilized ovum) and therefore occurring in all the cells of the body. As these mutations are present in oocytes and sperm, they can be passed on to the progeny.

**Granuloma:** A nodular aggregation of mononuclear inflammatory cells, generally macrophages reassembling epithelial cells (epithelioid cells), usually surrounded by a rim of lymphocytes, often with multinucleated giant cells.

**Hyperplasia:** Cellular growth that is beyond what is normally seen in a particular tissue. The significance of this feature is that besides growing more rapidly, highly proliferating cells have a greater chance of undergoing a mutation leading to malignant behavior.

**Ovarian Cancer:** There are five major subtypes: epithelial, germ cell, gonadal stromal, nonspecific and metastatic.

**Epithelial ovarian carcinomas:**

> Serous [low-grade and high-grade] – These tumors bear a resemblance to fallopian tube epithelium and are derived from the fallopian tube.

> Endometrioid – These tumors bear a resemblance to the endometrium (lining of the uterine cavity) and arise from endometriosis or an endometriotic cyst.

> Clear cell – These tumors are related to endometrioid carcinoma, but the cells contain clear cytoplasm and also arise from endometriosis.

> Seromucinous – These tumors are composed of a variety of different cell types including serous, mucinous and endometrioid cells. They are also derived from endometriosis.

> Mucinous – These tumors contain abundant mucin in the cytoplasm and superficially resemble tumors from the gastrointestinal tract.

> Malignant Brenner tumor – These tumors are composed of transitional epithelium

28

resembling the tissue that lines the urinary bladder.

Carcinosarcoma – A highly malignant tumor that has the appearance of both a carcinoma and a sarcoma. Recent immunohistochemical and molecular genetic studies indicate that these are essentially carcinomas that have a component that simulates a sarcoma.

**Germ cell tumors:** Several different tumor types derived from the primitive germ cells of the embryonic gonad. The different types are listed below, but are not described in detail because they are not the subject of this litigation.

Dysgerminoma

Embryonal carcinoma

Yolk sac tumor

Choriocarcinoma

Teratomas

**Sex cord stromal tumors:** Several tumor types derived from the stomal component of the ovary, which is responsible for the production of steroid hormones. Accordingly, several of these tumors may secrete estrogens or androgens. The different types are listed below, but are not described in detail because they are not the subject of this litigation.

Granulosa tumors

Thecoma

Sclerosing stromal tumor

Microcystic stromal tumor

Signet stroma tumor

Sertoli Leydig tumor

Stromal luteoma

**Nonspecific tumors:** There are 30 different tumor types in this category. As with the germ cell and sex cord stromal tumors, they are not described in detail because they are not the subject of this litigation.

**Metastatic tumors:** Many tumors from other sites of the body can spread to the ovary, but for all practical purposes only about 20 are the most common, such as tumors from the gastrointestinal tract and breast. As with the germ cell and sex cord stromal tumors, they are not described in detail because they are not the subject of this litigation.

**Neutrophils, lymphocytes, plasma cells, histiocytes (macrophages):** These are mononuclear cells involved in the immune response, both cellular and humoral (production of antibodies,

29

particularly by plasma cells).

**Omentum:** A fold of peritoneum, composed mostly of fat, extending, like an apron, from the stomach to adjacent organs in the abdominal cavity.

**Papillary:** A growth pattern characterized by finger-like extensions from the tumor mass. This descriptive term can be applied to either the gross or microscopic features of a tumor.

**Somatic mutation:** Mutations occurring in different cells in the body. These occur after birth; in other words, the individual was not born with these mutations, in contrast to germline mutations.

**Stage:** The extent to which a tumor has spread at the time of diagnosis. This is determined both by the findings at surgery and by the microscopic findings (pathologic diagnosis).

**Tumor grade:** This describes the aggressiveness of a tumor based on certain microscopic features, mainly nuclear (also referred to as cytologic) atypia.

# EXHIBIT A

**Curriculum Vitae**

Robert J. Kurman, M.D.

**Revised: 2/22/2019**

Johns Hopkins University
School of Medicine
Johns Hopkins Hospital
401 North Broadway, Weinberg 2270
Baltimore, Maryland 21231

**Date of Birth:**

November 20, 1943

College:

Queens College, B.A., New York, 1964

Medical School:

Upstate Medical Center,
Syracuse, New York, 1968

Internship:

Medicine and Pathology, Beth Israel Hospital, New York, 1969

Residency and Training:

Pathology, Peter Bent Brigham Hospital, Boston, 1969-70
Pathology, Children's Hospital and Boston Hospital for Women, Boston, 1970-71
Pathology, Massachusetts General Hospital, Boston, 1971-72
Obstetrics & Gynecology, Boston Hospital for Women, Boston, 1972-73
Obstetrics and Gynecology, Los Angeles County Hospital/University of Southern California,
Los Angeles, 1976-78

Academic and Hospital Appointments:

Clinical Fellow in Obstetrics and Gynecology, Harvard Medical School, Boston, 1972
Assistant Chief, Department of Gynecology and Breast
Pathology, Armed Forces Institute of Pathology, Washington, D.C., 1973-76
Assistant Professor, Pathology, University of Southern California, Los Angeles, 1976-78
Associate Professor, Pathology and Obstetrics and Gynecology, Georgetown University
School of Medicine, Washington, D.C., 1978-82
Associate Professor, with tenure, Pathology and Obstetrics and Gynecology, Georgetown
University School of Medicine, 1983-86
Professor, Pathology and Obstetrics and Gynecology, Georgetown University School of
Medicine, 1986-88
Richard W. TeLinde Professor of Gynecologic Pathology, Departments of Gynecology-
Obstetrics and Pathology, The Johns Hopkins University School of Medicine, 1989

1

Director of Gynecologic Pathology, The Johns Hopkins Hospital, 1989
Richard W. TeLinde Distinguished Professor of Gynecologic Pathology, 1998
Professor of Oncology, The Johns Hopkins University School of Medicine, 2003

Awards:

Phi Beta Kappa, 1964
Presidential Award for Best Scientific Presentation, Society of Gynecologic Oncology, 1985
Recognition Award, International Academy of Pathology, 1987
Presidential Award for the Best Paper, Society of Gynecology Oncology, 1988
National Faculty Award for Excellence in Resident Education in Obstetrics and Gynecology, 1994
Alpha Omega Alpha, 2004
The Fred W. Stewart Award of Memorial Sloan Kettering Cancer Center, 2009
Maude Abbott Lecturer, USCAP meeting, Vancouver, 2012
Honorary Fellow, Royal College of Pathologists, 2013
Distinguished Alumnus Award, Upstate Medical Center, State University of New York at Syracuse, 2013
Honorary Member, Austrian Society of Pathologists, 2014

Consultant:

Visiting Scientist – Armed Forces Institute of Pathology, 1982-1993, Review Panel Pathologist, Cancer and Steroid Hormone (CASH)CDC-NIH Grant, 1982-84
Consultant – Coordinating Pathologist – Westat – NCI
Contract – Epidemiologic Study of Black/White Differences in Cancer Patient Survival Experience, 1983-87
Integration Panel Member – Department of Defense Congressionally Directed Medical Research Program in Ovarian Cancer, 1997-00
Consultant – American Registry of Pathology, 1998
Consultant – Armed Forces Institute of Pathology, 2002

Scientific Advisory and Editorial Boards:

Editorial Board, International Journal of Gynecological Pathology, 1982
Editorial Board, Seminars in Diagnostic Pathology, 1983
Editorial Board, Modern Pathology, 1987-2005
Editorial Board, Surgical Pathology, 1988
Editorial Board, Journal of Gynecologic Surgery, 1989
Scientific Advisory Board, American Registry of Pathology, 1991
Editorial Board, Gynecologic Oncology, 1992
Editorial Board, Cancer Cytopathology, 1996
Editorial Board, International Journal of Surgical Pathology, 1993
Editorial Board, Human Pathology, 1999
Editorial Advisory Board, American Journal of Obstetrics and Gynecology, 2006
Scientific and Medical Advisory Board, Ovarian Cancer National Alliance, 2009

Reviewer:
Cancer
American Journal of Surgical Pathology
Obstetrics and Gynecology
Journal of Histochemistry and Cytochemistry

2

Journal of the National Cancer Institute
Archives of Pathology and Laboratory Medicine
Laboratory Investigation
Journal of the American Medical Association
American Journal of Obstetrics and Gynecology
Placenta
American Journal of Pathology
New England Journal of Medicine
Human Pathology
Proceedings of the National Academy of Sciences, USA
International Journal of Cancer

Diplomate and Fellow:

National Board of Medical Examiners, 1969
American Board of Pathology, 1972
American Board of Obstetrics and Gynecology, 1980
American College of Obstetrics and Gynecologists, 1981

Professional Societies:

Washington, D.C., Society of Pathologists, 1974 (President 1986-87)
International Academy of Pathology, 1975
American Society of Clinical Pathologists, 1975
International Society of Gynecologic Pathologists, 1978
    Secretary 1998-2003
    Vice President 2004-05
    President 2006-2008
Medical Society of the District of Columbia, 1979
Society of Gynecologic Oncologists, 1979
Arthur Purdy Stout Society of Surgical Pathologists, 1980
American Medical Association, 1980
New York Academy of Science, 1982
International Gynecologic Cancer Society, 1985
    Executive Council, Pathology Representative, 2008
    Senior Member. 2016
Western Society of Gynecologic Oncology (Honorary Member), 1986
American Society for Colposcopy and Cervical Pathology, Board of Directors, 1990
The Howard A. Kelly Gynecologic and Obstetric Society (Founding member), 1991

Licensure:

New York, #105345, 1969
Washington, D.C., #6781, 1973
Maryland, #D17627, 1975
California, #G35167, 1977
Nevada, #12727, 2008

National Committees:

Member, Pathology Committee, Gynecologic Oncology Group, 1978
Member, Endometrial Cancer Committee, Gynecologic Oncology Group, 1979
Member, Membership Committee, Gynecologic Oncology Group, 1980

3

Member, Cancer Task Force, American Society of Clinical Pathologists, 1981
Member, Program Committee, Society of Gynecologic Oncology, 1982, 1988
Member, Endometrial Cancer Nomenclature Committee, International Society of Gynecological Pathologists and WHO, 1983
Chairman, Trophoblastic Disease Nomenclature Committee, International Society of Gynecological Pathologists and WHO, 1983
Member, Executive Committee, Gynecologic Oncology Group, 1984
Member, Cervical Cancer Nomenclature Committee, International Society of Gynecological Pathologists, 1987
Member, Task Force on Hysterectomy, American College of Obstetrics and Gynecology, 1988
Member, Committee on Human Research, American College of Obstetrics and Gynecology, 1988-89
Member, Prolog Task Force, American College of Obstetrics and Gynecology, 1988-1990
Member, Working Group, The Bethesda System for classification of cervical and vaginal cytology, 1988
Chairman, The Second Bethesda System Conference, National Cancer Institute, Bethesda, 1991
Member, Editorial Committee, The Second Bethesda System, 1991
Chairman, Criteria Committee, The Second Bethesda System, 1991
Chairman, Committee for Development of Provisional Guidelines for the Management of Abnormal Pap Smears, NCI, Bethesda, 1992
Member, Detection & Treatment Advisory Group on Gynecological Cancer, American Cancer Society, 1993
Member, American Cancer Society Task Force on Gynecologic Cancer, 1993
Member, Detection & Treatment Advisory Group on Gynecological Cancer, American Cancer Society, 1994
Member, Prolog Task Force, American College of Obstetrics & Gynecology, 1994-1995
Member, Congressionally Directed Medical Research Program, Ovarian Cancer Integration Panel, 1997-present
Member, Nomenclature Committee, International Society for the Study of Gestational Trophoblastic Disease, 1999
Member, American Joint Committee on Cancer's Gynecologic Task Force, 2000
Member, Scientific and Medical Advisory Committee of the Ovarian Cancer and National Alliance, 2006
Member, International Federation of Gynecology and Obstetrics (FICO) Committee, 2006
Chairman Nomenclature Committee, International Society of Gynecological Pathologists, 2011

4

Hospital and Medical School Committees:

Executive Faculty Committee, Department of Gynecology and Obstetrics, 1989 - to present
Executive Faculty Committee, Department of Pathology, 1989-1993

Visiting Professorships and Endowed Lectures:

University of Virginia, Charlottesville – Thornton Symposium, Keynote Speaker - The 6th Annual John M. Nokes Lecture, 1984
University of Connecticut Health Center, Feature Speaker at Third Annual Ella T. Grasso Memorial Conference, 1984
Booth Memorial Hospital First Ancel Blaustein Memorial Lecture, New York, 1985
University of Rochester Medical Center, The Eighth Annual Dr. Jerome H. Rudolph Memorial Lecture, 1989
University of California, Irvine, The Shirley Nissen Lecture, 1989
Baptist Memorial Hospital, The Merlin L. Trumbull Lectureship in Pathology, Memphis, 1989
Brigham and Womens Hospital, 75th Anniversary Celebration, Distinguished Alumni Pathology Symposium, 1989
St. Johns Mercy Medical Center, The Fredrick Germuth Memorial Lecture, St. Louis, 1990
Jefferson Medical College, The Warren Lang Memorial Lecture, Philadelphia, 1990
University of Pittsburgh, Magee-Womens Hospital, The Second Annual Aron E. Szulman Lecture, Pittsburgh, Pennsylvania, 1990
University of Western Ontario, School of Medicine, The Paterson Memorial Lecture, London, Ontario, 1990
George Washington University, School of Medicine, The Alexander Breslow Memorial Lecture, Washington, D.C., 1991
University of Michigan, School of Medicine, The First John R.G. Gosling Lecture, Ann Arbor, 1991
University of Minnesota, School of Medicine, Robert O. Meyer, Lectureship in Gynecologic Pathology, 1991
Albert Einstein College of Medicine, The Fifth Annual Herbert G. Winston Lecture in Obstetrics and Gynecology of the Raymond and Beverly Sackler Foundation, New York, 1991
Pennsylvania Hospital, The Nineteenth Annual S. Leon Israel Memorial Lecture, Philadelphia, 1991
University of South Florida, Tampa, 1991
California Pacific Medical Center, San Francisco, Koret Visiting Professor, 1992
Tulane University School of Medicine, The Fifth William Sternberg Memorial Lecture, New Orleans, 1994
Emory University, Atlanta, Georgia, 1996
Stanford University, Stanford, California, 1996
Kaiser Permanente Hospital, San Francisco, California, 1996
The James Platt-White Memorial Lecture, Buffalo Gynecologic and Obstetric Society, Buffalo, New York, 1996
The University of Iowa, Iowa City, Iowa, 1996
The First Pasman Visiting Professor, Vrije Universiteit, Amsterdam, 1996
University of Graz, Graz, Austria, 1996
University of Vienna, Vienna, Austria, 1998
University of Tel-Aviv, Tel-Aviv, Israel, 1998
The John B. Holyoke Surgical Pathology Lecture, Denver, Colorado, 1998
Wilford Hall Airforce Hospital, San Antonio, Texas, 1999
Rush-Presbyterian – St. Luke's Medical Center, Chicago, Illinois, 2000

1st Dinh-Doherty-Hannigan Lecture in Gynecologic Pathology, Galveston, Texas, 2000
Alexander P. Papamarkou Lecture, Memorial Sloan-Ketting Cancer Center, NY, NY, 2001
Penrose Hospital, Colorado Springs, Colorado, 2001
Madigan Army Medical Center, Takoma, Washington, 2001
Armed Forces Institute of Pathology, Washington DC, 2002
Jefferson Medical College, The 14th Annual Warren Lang Memorial Lecture, 2002
The Seventh Annual Mathews Distinguished Visiting Professor of Pathology at Emory University, Atlanta, Georgia, 2002
University of Bologna, Department of Obstetrics and Gynecology, 2004
University of Rome, Department of Pathology, 2004
University of Michigan, Department of Pathology, 2004
University of Basel, 150th Anniversary of the Pathology Institute, Basel, Switzerland, 2005
Yale University School of Medicine, Department of Obstetrics and Gynecology, 2008
Warren Lang Lectureship, Jefferson University School of Medicine, 2008
Lauren Ackerman Memorial Lectureship, Washington University, St. Louis, 2008
Beth Israel and Deaconess Hospital, Harvard Medical School, Boston, Mass, 2009
Rush Presbyterian Medical Center, Chicago, Illinois, 2009
Marmara University, Istanbul, Turkey, 2009
Annual Dr. Marie-Claire Marroum lecture, Charlotte, North Carolina, 2010
University of Iowa, 2010
Distinguished Lecturer, Fox Chase Cancer Center, Philadelphia, PA, 2011
Key Note Speaker, 13th National Gyncecological Oncology Congress, Turkish Society of Gynecological Oncology, Antalya, Turkey, 2012
Key Note Speaker, 22nd Annual Meeitng of the Japanese Society of Gynecological Cancer Screening, Kumamoto, Japan, 2013
Visiting Ptofessor, First Annual Christl Burgess Memorial Lecture, Loyola University Medical Center, Chicago, 2014
Visiting Professor University of Florida College of Medicine, Gainesville, 2014
Keynote Speaker The 32 Annual Resident Research Symposium, Department of Pathology, University of Florida, Gainesville, 2014
Visiting Professor Montefiore Hospital and Albert Einstein Medical School, Bronx, New York, 2014
Visiting Professor Stanford University. The First Michael R. Hendrickson, MD Lecturship in Surgical Pathology, Palo Alto, CA, 2015
Visiting Professor Cleveland Clinic. Cleveland, 2015
2015 Eleanor Humphreys Visiting Professor in Surgical Pathology, University of Chicago, 2015
Visiting Professor, Emory University School of Medicine Atlanta, 2015
Visiting Professor, McGill University, School of Medicine, Finlayson Lecture, Montreal, 2016


Visiting Faculty – Postgraduate Courses:
Member, Gynecologic Pathology Course, Armed Forces Institute of Pathology, 1973-1994
Director, Workshop on Endocrine Pathology of the Female Genital Tract, American Society of Clinical Pathology, 1975-79
Member, Workshop on Diagnostic Problems in Gynecologic Pathology, American Society of Clinical Pathologists, 1976-77
Member, Gynecologic Pathology Specialty Conference, International Academy of Pathology, 1977
Member, Postgraduate Course in Obstetrics and Gynecology, University of Southern California,

6

Los Angeles, 1978

Member, Gynecologic and Obstetrics Pathology Course, Harvard Medical School, Boston, 1979-1990

Member, Preinvasive and Early Invasive Tumors of the Female Genitalia, University of Tennessee, Center for Health Sciences, Memphis, 1979

Moderator, Symposium on Recent Advances in Gynecologic Pathology, Joint Meeting, Washington, D.C. and Maryland Society of Pathologists, Bethesda, 1979

Member, Testicular Tumor Pathology Panel, Minneapolis, 1980

Member, Gynecologic Pathology Course, American College of Obstetricians and Gynecologists, Armed Forces District Meeting, Phoenix, 1981

Member, Gynecologic Oncology Course, Georgetown University School of Medicine, 1981-85

Director, Pathology of the Ovary, Short Course, International Academy of Pathology, 1981-86

Member, J. Donald Woodruff Symposium on Gynecologic Oncology, Baltimore, 1982, 1983, 1988, 1989, 1990, 1991

Member, Obstetric and Gynecologic Pathology Course, American College of Obstetrics and Gynecology, 1982-86

Director, Advances in the Application of Immunocytochemistry in Surgical Pathology, Specialty Course, International Academy of Pathology, 1983, 1985, 1987

Moderator, Scientific Session, Society of Gynecologic Oncology Meeting, Scottsdale, 1983

Member, Problems in Surgical Pathology, National Institutes of Health, 1983-1991

Member, Selected Topics in Surgical Pathology, Short Course, American Society of Clinical Pathology, 1984-87

Member, Gynecologic and Obstetrics Pathology Course with Clinical Correlation, University of Alicante, Spain, 1984

Member, Controversies in Surgical Pathology, American Society of Clinical Pathology, New Orleans, 1984

Member, Laser Surgery in Gynecology and Hysteroscopy, Columbia Hospital for Women, Wash., D.C., 1984-1991

Member, Surgical Pathology Review Course, University of Texas, Dallas, 1985

Member, Johns Hopkins Review Course in Reproductive Endocrinology, General Gynecology, and Gynecologic Oncology, Hilton Head, 1985, 1989

Member, Update in Gynecologic Oncology, St. John's Hospital, Detroit, 1985

Member, International Society of Gyneoclogical Pathologists' Symposium on Immunocytochemistry in Gynecological Pathology, Sendai, Japan, 1986

Member, Kansai Obstetrical and Gynecological Pathology Symposium, Recent Advances in Gynecological Pathology, Osaka, Japan, 1986

Member, Advanced Gynecologic Oncology, Harvard Medical School, Director, Georgetown Obstetrics and Gynecology Review Course, 1987, 1988

Member, Comprehensive Update in Obstetrics and Gynecology, Perinatal Resources, New York, 1986, 1987

Member, Symposium-Recent Advances in Sexually Transmitted Diseases, 26th ICAAC Seminar, New Orleans, 1986.

Member, Obstetrics and Gynecology Review, American College of Obstetrics and Gynecology, Dublin, Ireland, 1986

Member, Risk Factors and Alternate Treatments in Gynecologic Oncology, Italian Society of Gynecologic Oncology, Santa Margherita Ligure, Italy, 1986

Member, Gynecological Pathology Review Course, American Society of Clinical Pathology, Williamsburg, 1987

Member, Laser Surgery and Hysteroscopy in Gynecology Course, Virginia Beach, 1987-1990

7

Member, Emil Novak Memorial Course, Gynecology, Endocrinology, and High Risk Obstetrics, Johns Hopkins University, School of Medicine, Baltimore, 1987- 2002

Member, Emerging Technology and Future Trends in Clinical Laboratory Molecular Analysis, Scripps Clinic and Research Foundation, San Diego, 1988

Director, Short Course, Interpretation of Endometrial Curettings and Biopsies, International Academy of Pathology, 1988-1992

Member, Update in Surgical Pathology 1988,

Current Topics in Gynecologic Pathology, Washington Hospital Center, 1988

Member, International Symposium - Surgery in the Treatment of Gynecologic Cancer, University of Antwerp, Antwerp, Belgium, 1988

Member, The Italian Society of Gynecological Oncology and the EORTC-Gynecological Cancer Cooperative Group – The Conservative Treatment of Gynecological Malignancies, Santa Margherita Ligure, Italy, 1988

Member, 8th Annual Update in Obstetrics and Gynecology, University of Maryland, Annapolis, 1989

Member, American Society for Colposcopy and Cervical Pathology, Update on HPV Infection of the Female Genital Tract Symposium, 1989

Member, Annual Postgraduate Review Course in Obstetrics and Gynecology, University of California, San Francisco, 1989, 1990

Member, Comprehensive Review Course in Obstetrics and Gynecology, Georgetown University School of Medicine, 1989-present

Member, International Academy of Pathology, Long Course, Pathology of Reproductive Failure, Boston, 1990

Member, American Association of Pathologists, Symposium on Molecular Carcinogenesis, Boston, 1990

Member, Fourth International Symposium on Papillomavirus Infection and Genital Neoplasia, Chicago, 1990

Member, Review Course in Gynecologic Pathology, Magee-Womens Hospital, Pittsburgh, 1990

Member, ACOG-Advances Colposcopy Review Course, Jackson Hole, 1991

Member, 31st Annual Postgraduate Course in A Clinical and Histopathologic Overview of Obstetrics and Gynecology, New York, 1991 to present

Member, 47th Obstetrical and Gynecological Assembly of Southern California, Los Angeles, 1992

Member, Robert Meyer Symposium, Berlin, Germany, 1992

Member, ACOG-Advanced Colposcopy Review Course, Tucson, 1992

Member, California Society of Pathologists, Annual Meeting, San Francisco, 1992

Member, Orange County Ob/Gyn Symposium, Irvine, 1993

Member, University of Texas, Southwestern Medical Center at Dallas, Current Issues in Surgical Pathology, XII, 1993

Member, Organizing Committee, 12th International Papillomavirus Conference, Baltimore, 1993

Member, University of Iowa, Second Annual Review Course in Surgical Pathology, 1993

Member, The 4th Annual Review Course on Gynecologic Oncology and Pathology Matsumoto, Japan, 1993

Member, The Stanford University Current Concepts in Surgical Pathology Course, Stanford, California, 1994

Member, New York Symposium on Gynecological Cancer, New York, 1996

Member, Panel - Pathology of Incipient Neoplasia and Pathology of the Ovary, XXI International Congress of the International Academy of Pathology, Budapest, 1996

Co-Chairman, Panel - The Pathology of Pregnancy Related Conditions, XXI International

Congress of the International Academy of Pathology, Budapest, 1996

Member, 17th Annual Nation's Capital Advanced Gynecologic Surgery, Washington, D.C., 1997

Member, Surgical Pathology Review Course, Johns Hopkins University School of Medicine, 1997 to present

Member, Johns Hopkins-Humboldt University Joint Course in Surgical Pathology,  Berlin, Germany, 1998

Director, Novak Memorial Course in Gynecological Pathology, Gynecology, Endocrinology and High Risk Obstetrics, Johns Hopkins University School of Medicine, Baltimore, Maryland 1993 – present

Director, Gynecologic Pathology Review Course, Johns Hopkins University School of Medicine, Baltimore, Maryland 1998 – present

Member, Pathology Education Course, Snowmass, Colorado, 1999

Moderator, International Society of Gynecological Pathologists Symposium on Endometrial Hyperplasia, New Orleans, 2000

Member, Surgical Pathology in the 21st Century, The University of Texas Southwestern Medical Center at Dallas, 2000

Co-Moderator – The Bethesda System for Reporting Cervical and Vaginal Cytology, Bethesda, Maryland 2001

Member, 3rd Joint International Workshop. Histologic and Cytological Characterization of Human Tumors:Adjuncts in the Diagnosis, Prognosis and Clinical Monitoring Ischia, Italy, 2001

Member, Ovarian Cancer and High-Risk Women:Implications of Prevention, Screening and Early Detection, Magee-Womens Hospital, U of Pittsburg, 2002

Member, Fifth Annual UCSF and Stanford Current Issues in Anatomic Pathology, 2002, San Francisco, 2002

Member, Women's Cancer:Screening and Prevention, Inova Fairfax Hospital Cancer Center, Fairfax, 2002

Member, NCI Consensus Meeting on Ovarian Borderline Tumors, Bethesda, 2003

Member, Symposium on Ovarian Borderline Tumors, New Orleans, 2003

Member, California Society of Pathologists, 56th Annual Convention, San Francisco, 2003

Member, University Course – Gynecological Neoplasia and Cancer for Gynecologists, Pathologists, and Doctors in Training, Stavanger, Norway, 2004

President, Multidisciplinary International Conference on Gynecologic Cancer, Bologna, 2005

Moderator, International Society of Gynecologic Pathologists Symposium on Ovarian Borderline Tumors, Atlanta, 2006

Member, Surgical Pathology Evening Specialty Conference, USCAP meeting, Atlanta, 2006

Member, Course in Gynecologic Pathology of the Uterus, Aula Gemelli Instituti Biologici, Rome, 2006

Keynote speaker, 10th Panhellenic Congress of Obstetrics and Gynecology, Patras, Greece, 2006

Member, 1st International Ovarian Cancer Conference, Crete, Greece, 2006

Member, 11th Biennial International Gynecologic Cancer Society Meeting (IGCS): Satellite Symposium on Gynecological Tumor Pathology Honoring Professor Harold Fox, Loews Hotel, Santa Monica, CA, 2006

Moderator, International Society of Gynecologic Pathologists Symposium on Ovarian Cancer, San Diego, 2007

Moderator, Gynecologic Pathology Evening Speciality Conference, USCAP Meeting, 2008-11

Co-Director, Short Course Surface Epithelial Tumors of the Ovary, USCAP Meeting 2008-12

Co-Director, Ovarian Cancer Symposium. Elucidating Early Ovarian Carcinogenesis: Implications for Early Detection and Treatment. JHMI, Baltimore, MD, 2009

Course Faculty, 28th Annual Current Issues in Surgical Pathology, Dallas, Texas, 2009

Member, ASCP Gynecologic Pathology Course, Chicago, IL, 2009

Member, Symposium on Gynecologic Pathology, International Gynecologic Cancer Society, Prague, Czech Republic, 2010

Member, Evening Speciality Conference in Gynecology Pathology, USCAP, San Antonio, Texas, 2011

Member, Course in Gynecologic Pathology, Universita Cattolica del Sacro Cuore, Rome, Italy, 2011

Member, USCAP 2011 Diagnostic Pathology Update, Jackson Hole, WY, 2011

Member, Florida Society of Pathologists, 38th Annual Conference Anatomic Pathology, Orlando, 2012

Member, International Society of Gynecologic Pathologists USCAP Companion Meeting, Vancouver, March 2012

Member, Argentina Pathology Society Meeting, Buenos Aires, April 2012

Member, 6th Canadian Conference of Ovarian Cancer Research, Quebec City, Canada, 2012

Member, President's Symposium, The New York Pathological Society, New York, 2012

Member, Gynecological Pathology Symposium on Gestational Trophoblastic Disease, XXXIX Congress of the International Academy of Pathology, Cape Town, South Africa, 2012

Member, The 9th International Symposium on Advanced Ovarian Cancer: Optimal Therapy, Valencia, Spain, 2013

Course Director, 4th Annual Ovarian Cancer Symposium, Prevention and Early Detection of Ovarian Cancer, Memorial Sloane Kettering Hospital, May 2013

Member, Joint BAGP and ISGyP Meeting, Challenges in Gynaecological Pathology. June 27-28, London, 2013

Member, International Pathology Meeting: A Scientific and Scenis Tour of Sicily. Oct 6-13, 2013

Member, International Society of Gynecologic Pathology, Symposium Honoring Dr Robert E. Scully, San Diego, March 2014

Member, Endometriosis Foundation of America, 5th Annual Medical Congress, Politics, Ethics and Controversies: Endometriosis 2014, New York City, March 2014

Member, 5th Annual Ovarian Cancer Symposium. Prevention, Early Detection and Treatment, Toronto, September 2014


Invited Speaker:

State University of New York, Stony Brook Medical Center, Stony Brook, 1977

University of Chicago, Chicago, 1978

Pacific Coast Fertility Society, Scottsdale, 1978

Association of Clinical Scientists, Washington, D.C., 1978

International Society of Gynecologic Pathology, San Francisco, 1979

University of South Florida, Tampa, 1979

St. Louis Society of Pathologists, St. Louis, 1979

University of Utah, Salt Lake City, 1979

St. John's Mercy Medical Center, St. Louis, 1979

Walter Reed Army Medical Center, Washington, D. C., 1980

National Institutes of Health, Bethesda, 1980, 1984

Arthur Purdy Stout Society of Surgical Pathologists, New Orleans, 1980

Howard University School of Medicine, Washington, D.C., 1980

International Symposium on Human Testis Cancer, Mouse Teratocarcinoma and Oncofetal Proteins, Minneapolis, 1980

International Society of Gynecologic Pathology, Paris, 1980

George Washington University School of Medicine, Washington, D.C., 1981
Seattle Gynecological Society, Seattle, 1981
University of Pittsburgh, 1981
Madigan General Hospital, Tacoma, Washington, 1981
University of Washington, Seattle, 1981
Beth Israel Hospital, New York, 1982
Washington, D.C. Cytology Society, 1983
The Minnesota Obstetrical and Gynecological Society, Minneapolis, 1983
International Symposium of Gynecologic Pathology, Heidelberg, 1983
European Congress of Pathology, Hamburg, 1983
New York Pathology Society, 1984
International Society of Gynecological Pathologists, San Francisco, 1984
Tripler Army Hospital, Hawaii, 1984
American Academy of Dermatology, Washington, D.C., 1984
American Society of Microbiology, Symposium on Papillomaviruses, Las Vegas, 1985
UCLA Symposium on Molecular and Clinical Aspects, Plenary Speaker, Steamboat Springs, 1985
International Federation of Gynecologists and Obstetricians, West Berlin (FIGO), 1985
University of Cincinnati, 1985
Western Association of Gynecologic Oncologists, Keynote Speaker, Monterey, 1986
Colorado State Societies of Pathology and Obstetrics and Gynecology, Breckenridge, 1986
International Workshop on Papillomaviruses, Director of Workshop on Pathology for Molecular Biologists, Cold Spring Harbor, 1986
Interferon Therapy for Human Papillomaviruses Diseases Investigators Meeting, Research Triangle Park, 1986
Seventeenth Annual Seminar of the Nassau and Suffolk County Society of Pathologists, Special Guest Speaker, Gynecologic Pathology Slide Seminar, New York, 1986
ICAAC Symposium on Recent Advances in Sexually Transmitted Diseases, New Orleans, 1986
Yale University School of Medicine, New Haven, 1986
International Society of Gynecological Pathologists, Chicago, 1987
Texas A & M, 1987
Michael Reese Hospital, Chicago, 1987
Communitech, Cancer Progress II, New York, 1987
Veterans Administration Hospital, Washington, D.C., 1987
Felix Rutledge Society, Guest Speaker, Houston, 1987
University of California, San Francisco, Guest Speaker at Postgraduate Course, Current Issues in Anatomic Pathology, 1987
New York University Medical Center, Obstetrical and Gynecological Society, New York, 1987
Los Angeles Obstetrical and Gynecological Society, Los Angeles, 1987
The California Tumor Tissue Registry, 84th Semi-Annual Cancer Seminar on Gynecological Pathology, San Francisco, 1987
Society of Gynecologic Investigation, Baltimore, 1988
Downstate Medical Center, New York, 1988
University of Rochester, School of Medicine, 1988
University of Tennessee, School of Medicine, 1988
New Jersey Society of Pathologists, New Jersey, 1989
University of Maryland, 1989
Bringham and Women's Hospital, 75th Anniversary Celebration, Distinguished Alumni Pathology Symposium, 1989

Orange County Obstetrics and Gynecology Society, 1989
Long Beach Memorial Medical Center, 1989
The Memphis Society of Pathologists, 1989
St. Agnes Hospital, 1989
Maryland General Hospital, 1990
Franklin Square Hospital, 1990
National Taiwan University, Taiwan, 1990
Society of Gynecologic Investigation, St. Louis, 1990
Women's and Brigham Hospital, Boston, 1990
Memorial Sloan-Kettering Cancer Center, New York, 1990
Boston Obstetrical Society, Boston, 1991
International Society of Gynecological Pathologists, Chicago, 1991
American College of Obstetricians and Gynecologists, New Orleans, 1991
University of Pennsylvania, Philadelphia, 1991
German Society for Pathology, Friedrichshafen, Germany, 1991
University of Freiburg, Freiburg, Germany, 1991
Emory University, Atlanta, 1991
International Papillomavirus Meeting, Seattle, 1991, Plenary Speaker
Tampa Obstetrics and Gynecology Society, 1991
Washington Hospital Center, Washington, D.C., 1992
Greater Baltimore Medical Center, Baltimore, 1992
New York State Society of Pathologists, Tarrytown, New York, 1992
Freie University of Berlin, Germany, 1992
Washington Gynecological Society, Washington, D.C., 1992
San Francisco Gynecological Society, San Francisco, 1993
University of California, San Francisco, 1993
Stanford University, Palo Alto, 1993
American College of Obstetrics and Gynecology, Annual Meeting, Washington, D.C., 1993
American Society of Colposcopy and Cervical Pathology, Chicago, 1993
Yale University School of Medicine, New Haven, 1993
31st Annual Congress, Japanese Cancer Society for Cancer Treatment Meeting, Osaka, Japan, 1993
2nd Robert Meyer Memorial Symposium.  International Society of Gynecological Pathologists and the German Division of The International Academy of Pathology.  Recent Advances in the Pathology of Gynecologic Tumors made Possible by Molecular Biology. Weimar, Germany, 1994
Georgetown University, School of Medicine, Pathology, Grand Rounds, Washington, D.C., 1994
Connecticut Society of Pathologists, Farmington, Connecticut, 1995
Boston Obstetrical Society, Boston, Massachusetts, 1995
Tufts New England Medical Center, Boston, Massachusetts, 1995
New York Obstetrical Society, New York, New York, 1995
12th Annual Ella T. Grasso Symposium, New Haven, Conn., 1995
New Haven Obstetrical Society, New Haven, Conn., 1995
San Francisco Gynecological Society, San Francisco, California, 1996
Stanford University, Stanford, California, 1996
Georgetown University, Washington, D.C., 1996
Buffalo City Wide Ob/Gyn Grand Rounds, Buffalo, New York, 1996
Washington Society of Pathologists, Bethesda, Maryland, 1996
New York Pathological Society, Symposium on Gynecologic Cancer, 1996

Dept. Obstetrics & Gynecology, The Massachusetts General Hospital, Boston, Massachusetts, 1996

Symposium in Progress in Diagnosis and Treatment of Gynecological (Pre) malignancies, Vrije Universiteit Hospital, Amsterdam, 1996

Plenary Speaker, Austrian Society of Pathologists, Vienna, Austria, 1998

The South Bay Pathology Society, 47th Annual Spring Meeting, Monterey, California, 1998

University of Maryland Medical School, Baltimore, Maryland, 1998

12th Annual Symposium on the Long-Term Effects of Estrogen Deprivation, Los Cabos, Baja, California, 1998

IX World Congress on Gestational Trophoblastic Diseases, Jerusalem, Israel, 1998

American College of Obstetrics and Gynecology, Armed Forces District Meeting, San Antonio, Texas, 1999

XXVI International Symposium on Gynecologic Oncology, Barcelona, Spain, 1999

Yale University, School of Medicine, New Haven, 2000

Tri-State Pathology Society Meeting, New Orleans, Louisiana, 2000

Second Joint International Workshop. Histologic and Cytologic Characterization of Human Tumors: Borderline Neoplasia, Capri, Italy, 2000

The Austrian Society of Pathology, Vienna, Austria, 2000

University of South Florida, Tampa, 2000

Florida West Coast Association of Pathologists, Tampa, 2000

Michigan Society of Pathologists, Detroit, 2000

Michigan International Society of Gynecologic Pathologists, Atlanta, 2001

Australian Society of Colposcopy and Cervical Pathology, Perth, Australia, 2001

American Registry of Pathology, 25th Anniversary Scientific Symposium, Wash, D.C., 2001

Keynote Speaker, Pathological Society of Great Britain and Ireland, Liverpool, U.K., 2001

International Papillomavirus Conference, Florianopolis, Brazil, 2001

European Congress of Pathology, Berlin, Germany 2001

Dana-Farber/Harvard Cancer Center, Ovarian Cancer Symposium, Boston, 2001

Georgetown University School of Medicine, Wash DC, 2002

4th Biennial Ovarian Cancer Research Symposium, Swedish Medical Center, Seattle, 2002

Washington State Society of Pathologists, Skamania, Oregon, 2002

Phoenix Ob/Gyn Society, Phoenix 2003

Armed Forces Institute of Pathology, Washington DC, 2003

The National Cancer Institute "Regina Elena", Rome Italy, 2003

Australian Division of the International Academy of Pathology, 29th Annual Scientific Meeting, Sydney, Australia 2003

The San Antonio Society of Pathologists, 60th Annual Meeting, San Antonio 2004

The 9th Panhellenic Congess of Pathology, Kavala, Greece 2004

Los Angeles Society of Pathologists, George Kypridakis Memorial Lecture, 2004

Arthur Purdy Stout Society of Pathologist, San Antonio, 2005

The Fifth Panhellenic Congress on Gynecological Oncology, Athens, 2005

The Panhellenic Gynecologic Oncology Congress, Athens, 2005

The Croatian Society of Cytopathologists and Pathologists, Opatija, Croatia, 2005

Grand Rounds, Weil Medical College-Cornell University, New York, 2005

Grand Rounds, Georgetown University School of Medicine, Washington, D.C., 2006

Grand Rounds, New York University School of Medicine, New York, 2006

Keynote Speaker, Austrian Society for Pathology, Graz, Austria, 2006

South Bay Society of Pathologists, Slide Seminar, Monterey, California, 2007

Ob/Gyn Seminar sponsored by Quest Laboratories, Las Vegas, 2007

Keynote Speaker, Pacific Northwest Society of Pathologists, Portland, Oregon, 2007
Keynote Speaker, 4th Annual Meeting of the British Association of Gynaecological Pathologists, London, 2007
Colorado Society of Clinical Pathologists, Fourth Annual Stars in the Mountains Pathology Seminar, Vail, Colorado, 2007
Sacro Cuore-Don Calabria Hospital, Negrar-Verona, Italy, 2008
European Oncology Institute, Milan, Italy, 2008
St. Louis Society of Pathologists, 2008
American Society of Clinical Pathology, Baltimore, 2008
International Gynecologic Cancer Society, Bangkok, Thailand, 2008
7th Korea-Japan Gynecologic Cancer Joint Meeting, Seoul, Korea, 2008
American Association of Cancer Research, Symposium on Ovarian Cancer, Denver, 2009
The New England Pathology Society, Boston, 2009
The Shields Warren Lecture, 2009
The New England Pathology Society, 2009
Turkish Federation of Pathologists, Northern Republic of Cyprus, 2009
Helene Harris Memorial Trust 12th international Forum on Ovarian Cancer, Miami, Florida 2011
 Keynote Speaker, Joint Annual Meeting, Swiss and Austrian Societies of Pathology, Feldkirch, Austria, 2010
Keynote Speaker, Wayne State University, Annual Gynecologic Oncology and Gynecologic Pathology Symposium, Detroit, 2011
University of Brescia, Brescia, Italy 2011
4th European Symposium on Ovarian Cancer, Reims, France, 2011
Keynote Speaker 61st New Jersey Society of Pathologists, Woodbridge, NJ, 2011
Los Angeles Society of Pathologists, Los Angeles, CA, 2013
Keynote Speaker, Pennsylvania Association of Pathologists, Harrisburg, PA 2013
Chicago Gynecological Society, Chicago, IL 2013
Session Chairperson and Speaker, Advances in Ovarian Cancer Research: From Concept to Clinic, American Association of Cancer Research, Miami, 2013
Keynote Speaker, 56th Meeting of the Gynecologic Oncology Society of Japan, Utsunamiya, Japan 2014
Joint Meeting of the German and Austrian Pathology Society, Graz, Austria, 2014
International Academy of Pathology, German Division, Bonn, Germany, 2016
European Division International Academy of Pathology, Cologne, Germany, 2016
Keynote Speaker,XXX1 International Congress of the IAP and the 28th Congress of the ESP, Cologne, Germany, 2016
Austrian Pathology Society, Velden, Austria, 2017
New York Medical College, Valhalla, New York 2017
Mount Sinai School of Medicine, New York, New York 2017

**Publications:**

**Original Reports:**
1.  Ober WB, Sobrero AJ, **Kurman RJ** and Gold S: Endometrial morphology and polyethylene intrauterine devices.  A study of 200 endometrial biopsies.  Obstet Gynecol 1968; 32:7882-793.
2.  **Kurman RJ**, Funk RL and Kirshenbaum AH: Spina bifida associated choristoma of mullerian origin.  J Pathol 1968; 99:324-327.
3.  **Kurman RJ** and Craig JM: Endometrioid and clear-cell carcinoma of the ovary.  Cancer 1972; 29:1653-1664.
4.  Herbst AL, **Kurman RJ** and Scully RE: Vaginal and cervical abnormalities after exposure stilbestrol in utero. Obstet Gynecol 1972; 40:287-298.
5.  Herbst AL, **Kurman RJ**, Scully RE and Poskanzer DC: Clear cell adenocarcinoma of the genital tract in young females.  Registry report.  N Eng J Med 1972; 287(25):1259-1264.
6.  **Kurman RJ** and Prabha AC: Thyroid and parathyroid glands in the vaginal wall.  Am J Clin Pathol 1973; 59:503-507.
7.  **Kurman RJ** and Scully RE: The incidence and histogenesis of vaginal adenosis.  An autopsy study.  Human Pathol 1974; 5:265-276.
8.  **Kurman RJ** and Scully RE: Clear cell carcinoma of the endometrium.  An analysis of 21 cases. Cancer 1976; 37:872-882.
9.  **Kurman RJ** and Norris HJ: Mesenchymal tumors of the uterus.  VI Epithelioid smooth muscle tumors including leiomyoblastoma and clear cell leiomyoma.  A clinical and pathologic analysis of 26 cases.  Cancer 1976; 37:1853-1865.
10. Leman MH, Benson WL, **Kurman RJ** and Park RC: Microinvasive carcinoma of the cervix. Obstet Gynecol 1976; 48:571-578.
11. **Kurman RJ**, Scully RE and Norris HJ: Trophoblastic pseudotumor of the uterus.  An exaggerated form of "syncytial endometritis" simulating a malignant tumor.  Cancer 1976; 38:1214-1226.
12. **Kurman RJ** and Norris HJ: Endodermal sinus tumor of the ovary.  A clinical and pathologic analysis of 71 cases.  Cancer 1976; 38:2404-2419.
13. **Kurman RJ** and Norris HJ: Embryonal carcinoma of the ovary.  A clinicopathologic entity distinct from endodermal sinus tumor resembling embryonal carcinoma of the adult testis. Cancer 1976; 38:2420-2433.
14. **Kurman RJ** and Norris HJ: Malignant mixed germ cell tumors of the ovary.  A clinical and pathologic analysis of 30 cases.  Obstet Gynecol 1976; 48:579-589.
15. **Kurman RJ**, Scardino PT, McIntire KR, Waldmann TA and Javadpour N: Cellular localization of alpha-fetoprotein and human chorionic gonadotropin in germ cell tumors of the testis using an indirect immunoperoxidase technique.  A new approach to classification utilizing tumor markers.  Cancer 1977; 40:2135-2151.
16. Mack GR, Robey DB and **Kurman RJ**: Chondrosarcoma secreting chorionic gonadotropin. Report of a case.  J Bone and Joint Surg 1977; 59-A:1107-1111.
17. **Kurman RJ**, Andrade D, Goebelsmann U and Taylor CR: An immunohistological study of steroid localization in Sertoli-Leydig tumors of ovary and testis.  Cancer 1978; 42:1772-1783.
18. Taylor CR, **Kurman RJ** and Warner NE: The potential value of immunohistologic techniques in the classification of ovarian and testicular tumors.  Human Pathol 1978; 9:417-427.
19. **Kurman RJ**, Goebelsmann U and Taylor CR: Steroid localization in granulosa theca tumors of the ovary.  Cancer 1979; 43:2377-2384.
20. Baranetsky NJ, Zipser RD, Goebelsmann U, **Kurman RJ,** March CM, Morimoto I and Stanczyk RA: Adrenocorticotropin dependent virilizing paraovarian tumors in Nelson's syndrome. J Clin Endocrinol Metab 1979; 49:381-386.

21.  Taylor CR, Cooper Cl, **Kurman RJ,** Goebelsmann U and Markland FS Jr.: Detection of estrogen receptors in breast and endometrial carcinoma by the immunoperoxidase technique. Cancer 1981; 47:2634-2640.

22.  **Kurman RJ,** Shah KH, Lancaster WD, Jenson AB: Immunoperoxidase localization of papillomavirus antigens in cervical dysplasia and vulvar condylomas. Am J Obstet Gynecol 1981; 140:931.

23.  **Kurman RJ** and Norris HJ: Evaluation of criteria for distinguishing atypical endometrial hyperplasia from well differentiated carcinoma.  Cancer 1982; 49:2547-2559.

24.  **Kurman RJ**, Sanz LE, Jenson AB, Perry S, Lancaster WD: Papillomavirus infection of the cervix I.  Correlation of histology with viral structural antigens and DNA sequences.  Int J of Gynecol Pathol 1982; 1:17-28.

25.  **Kurman RJ**, Jenson AB, Lancaster WD: Papillomavirus infection of the cervix II.  Relationship to intraepithelial neoplasia based on the presence of specific viral structural proteins.  Am J Surg Pathol 1983; 7:39-52.

26.  Colgan TJ, Norris HJ, Foster W, **Kurman RJ**, Fox CH: Predicting the outcome of endometrial hyperplasia by quantitative analysis of nuclear features using a linear discriminant function.  Int J Gynecol Pathol 1983; 1:347-352.

27.  Lancaster WD, **Kurman RJ**, Sanz LE, Perry S, Jenson AB: Human papillomavirus: Detection of viral DNA sequences and evidence for molecular heterogeneity in metaplasias and dysplasias of the uterine cervix.  Intervirology 1983; 20:202-121.

28.  Goes JS Jr., Lemos LB, Jenson AB, Lancaster WD, **Kurman RJ**: Presence of papillomavirus antigens in premalignant lesions of the uterine cervix in Brazil.  Rev Brasil Ginec Obstetr 1983; 35:46.

29.  Warhol JJ, Pincus GS, Rice RH, El-Tawil GH, Lancaster WD, Jenson AB, **Kurman RJ**: Papillomavirus infection of the cervix III.  Relationship of the presence of viral structural proteins to the expression of involucrin.  Int J Gynecol Pathol 1984; 3:71-81.

30.  **Kurman RJ**, Young RH, Main CS, Lawrence WD, Norris HJ, Scully RE: Immunocytochemical localization of placental lactogen and chorionic gonadotrophin in the normal placenta and trophoblastic tumors with emphasis on intermediate trophoblast and the placental site trophoblastic tumor.  Int J Gynecol Pathol 1984; 3:101-121.

31.  Huang S-C, Chen H-C, **Kurman RJ**, Yang Y-S, Wen H-K, Hsieh C-Y, Wei P-Y, How S-W, Chen T-Y, Ouyangs P-C: Secretion of human chorionic gonadotropin and alpha-fetoprotein by an ovarian germ cell tumor of apparent yolk sac origin.  Gynecol Oncol 1984; 18:240-246.

32.  **Kurman RJ,**  Main CS, Chen H-C: Intermediate trophoblast. A distinctive form of trophoblast with specific morphological, biochemical and functional features. Placenta 1984; 5(4):349-369.

33.  **Kurman RJ,** Kaminski PF, Norris HJ: The behavior of endometrial hyperplasia. A long term study of "untreated hyperplasia in 170 patients.  Cancer 1985; 56:403-412.

34.  Klappenbach RS, **Kurman RJ**, Sinclair CF, James LP: Composite carcinoma-carcinoid tumors of the gastrointestinal tract.  A morphologic, histochemical and immunocytochemical study.  Am J Clin Pathol 1985; 84(2):137-143.

35.  Gorra J, Lancaster WD, **Kurman RJ**, Jenson AB: Bovine papillomavirus type I monoclonal antibodies.  JNCI 1985; 75:121-125.

36.  Tracy SL, Askin FB, Reddick RL, Jackson B, and **Kurman RJ**: Progesterone secreting Sertoli cell tumor of the ovary.  Gynecol Oncol 1985; 22:85-96.

37.  Lancaster WD, Castellano C, Santos C, Delgado G, **Kurman RJ**, Jenson AB: Human papillomavirus deoxyribonucleic acid in cervical cancer from primary and metastatic sites.  Am J Obstet Gynecol 1986; 154:115-119.

38. Rando RF, Sedlacek TV, Hunt J, Jenson AB, **Kurman RJ**, Lancaster WD: A verrucous carcinoma of the vulva associated with an unusual type 6 human papillomavirus.  Obstet Gynecol 1986; 67:70S.

39. Lorincz AT, Temple GF, Patterson JA, Jenson AB, **Kurman RJ**, Lancaster WD: Correlation of cellular atypia and human papillomavirus DNA sequences in exfoliated cells of the uterine cervix.  Obstet Gynecol 1986; 68:508-512.

40. Brescia RJ, **Kurman RJ**, Main C, Surti U, Szulman AE: The immunocytochemical localization of human chorionic gonadotropin, human placental lactogen, and placental alkaline phosphatase in complete and partial moles.  Int J Gynecol Pathol 1987; 6:213-229.

41. Lorincz AT, Temple GF, **Kurman RJ**, Jenson AB, Lancaster WD: The oncogenic association of specific HPV types with cervical neoplasia.  JNCI 1987; 79:671-677.

42. Schiffman MH, Haley NJ, Felton JS, Andrews AW, Kaslow RA, Lancaster WD, **Kurman RJ**, Brinton LA, Lannom LB, Hoffman D: Biochemical epidemiology of cervical neoplasia: Measuring cigarette smoke constituents in the cervix.  Cancer Res 1987; 47:3886-3888.

43. Barnes WA, Delgado G, **Kurman RJ**, Petrilli E, Smith D, Ahmed S, Lorincz AT, Temple GF, Jenson AB, Lancaster WD: Possible prognostic significance of HPV type in cervical cancer. Gynecol Oncol 1988; 29:267-273.

44. **Kurman RJ**, Schiffman MH, Lancaster WD, Reid R, Jenson AB, Temple GF, Lorincz AT: Analysis of individual human papillomavirus types in cervical neoplasia.  A possible role for type 18 in rapid progression.  Am J Obstet Gynecol 1988; 159:293-296.

45. O'Connor DM, **Kurman RJ**: Intermediate trophoblast in uterine curettings in the diagnosis of ectopic pregnancy.  Obstet Gynecol 1988; 72:665-670.

46. Willett GD, **Kurman RJ**, Reid R, Greenberg M, Jenson AB, Lorincz AT: Correlation of the histologic appearance of intraepithelial neoplasia of the cervix with human papillomavirus types: Emphasis on low grade lesions including so-called flat condyloma.  Int J Gynecol Pathol 1989; 8:18-25.

47. Yeh I-T, O'Connor DM, **Kurman RJ**: Vacuolated cytotrophoblast: A sub-population of trophoblast in the chorion laeve.  Placenta 1989; 10:429-438.

48. Morrow CP, Bundy BN, Homesley HD, Creasman WT, Hornback NB, **Kurman RJ**, Thigpen JT: Doxorubicin as an adjuvant following surgery and radiation therapy in patients with high-risk endometrial carcinoma, stage I and occult stage II: A gynecologic oncology group study. Gynecol Oncol 1990; 36:166-171.

49. Bitterman P, Chun B, **Kurman RJ**: The significance of epithelial differentiation in mixed mesodermal tumors of the uterus.  A clinicopathologic and immunohistochemical study.  Am J Surg Pathol 1990; 14:317-328.

50. Yeh I-T, O'Connor DM, **Kurman RJ**: Intermediate trophoblast: Further immunocytochemical characterization.  Mod Pathol 1990; 3:282-287.

51. Young RH, **Kurman RJ**, Scully RE: Placental site nodules and plaques.  Am J Surg Pathol 1990; 14:1001-1009.

52. Negrini BP, Schiffman MH, **Kurman RJ**, Barnes W, Lannom L, Malley Y, Brinton LA, Delgado G, Jones S, Tchabo J-G, Lancaster WD: Oral contraceptive use, human papillomavirus infection, and risk of early cytological abnormalities of the cervix.  Cancer Res 1990; 50:4670-4675.

53. Potkul RK, Lancaster WD, **Kurman RJ**, Lewandowski G, Week PK, Delgado G: Vulvar condylomas and squamous vestibular micropapilloma.  Differences in appearance and response to treatment.  J Reprod Med 1990; 35:1019-1022.

54. Park JP, **Kurman RJ**, Kessis TD, Shah KV: Comparison of peroxidase-labeled DNA probes with radioactive RNA probes for detection of human papillomaviruses by in situ hybridization in paraffin sections.  Mod Pathol 1991;4:81-85.

17

55. Tyler CW Jr, Lee NC, Robboy SJ, **Kurman RJ**, Paris AL, Wingo PA, Williamson GD: The diagnosis of ovarian cancer by pathologists: How often do diagnoses by contributing pathologists agree with a panel of gynecologic pathologists?  Am J Obstet Gynecol 1991; 164:65-70.

56. Park JS, Jones RW, McLean MR, Currie JL, Woodruff JD, Shah KV, **Kurman, RJ**: Possible etiologic heterogeneity of vulvar intraepithelial neoplasia.  A correlation of pathologic characteristics with human papillomavirus detection by in situ hybridization and polymerase chain reaction.  Cancer 1991; 67:1599-1607.

57. Toki T, **Kurman RJ**, Park JS, Kessis T, Daniel RW, Shah KV: Probable nonpapillomavirus etiology of squamous cell carcinoma of the vulva in older women: A clinicopathologic study using in situ hybridization and polymerase chain reaction.  Int J Gynec Pathol 1991; 10:107-125.

58. Jones CJ, Schiffman MH, **Kurman RJ**, Jacob P III, Benowitz NL: Elevated nicotine levels in cervical lavages from passive smokers.  Am J Public Health 1991; 81:378-79.

59. Morrow CP, Bundy BN, **Kurman RJ**, Creasman WT, Heller P, Homesley HD, Graham JE: Relationship between surgical-pathological risk factors and outcome in clinical stage I and II carcinoma of the endometrium.  A Gynecologic Oncology Group Study.  Gynecol Oncol 1991; 40:55-65.

60. Wu T-C, Mann RB, Epstein JI, MacMahon E, Lee WA, Charache P, Hayward SD, **Kurman RJ**, Hayward GS, Ambinder RF: Abundant expression of EBER 1 small nuclear RNA in nasopharyngeal carcinoma.  A morphologically distinctive target for detection of Epstein-Barr virus in formalin-fixed paraffin-embedded carcinoma specimens.  Am J Pathol 1991; 138:1461-1469.

61. Ambros RA, Park J-S, Shah KV, **Kurman RJ**: Evaluation of histologic, morphometric, and immunohistochemical criteria in the differential diagnosis of small cell carcinomas of the cervix with particular reference to human papillomavirus types 16 and 18.  Mod Pathol 1991; 4:586-593.

62. Zaino RJ, **Kurman RJ**, Herbold D, Gleidman J, Bundy BN, Voet R, Advani H: The significance of squamous differentiation in endometrial carcinoma.  Data from a Gynecologic Oncology Group Study.  Cancer 1991; 68:2293-2302.

63. Park JS, Rader JS, Wu TC, Laimins LA, Currie, JL, **Kurman RJ**, Shah, KV: HPV-16 viral transcripts in vulvar neoplasia: Preliminary studies.  Gynecol Oncol 1991;42:250-255.

64. Lorincz AT, Reid R, Jenson AB, Greenberg MD, Lancaster WD, **Kurman RJ**: Human papillomavirus infection of the cervix: Relative risk associations of 15 common anogenital types.  Obstet Gynecol 1992; 79:328-337.

65. Ambros RA, **Kurman RJ**: Combined assessment of vascular and myometrial invasion as a model to predict prognosis in Stage I endometrioid adenocarcinoma of the uterine corpus.  Cancer 1992; 69:1424-1431.

66. Sturgeon SR, Brinton LA, Devesa SS, **Kurman RJ**: In situ and invasive vulvar cancer incidence trends (1973 to 1987).  Am J Obstet Gynecol 1992; 166(5):1482-1485.

67. Sherman ME, Bitterman P, Rosenshein NB, Delgado G, **Kurman RJ**: Uterine serous carcinoma.  A morphologically diverse neoplasm with unifying clincopathologic features.  Am J Surg Pathol 1992; 16:600-610.

68. Ambros A, **Kurman RJ**: Identification of patients with stage I uterine endometrial adenocarcinoma at high risk of recurrence by DNA ploidy, myometrial invasion, and vascular invasion.  Gynecol Oncol 1992; 45:235-239.

69. Chapman WB, Lorincz AT, Willett GD, Wright VC, **Kurman RJ**: Epidermal growth factor expression and the presence of human papillomavirus in cervical squamous intraepithelial lesions.  Int J Gynecol Pathol 1992; 11:221-226.

70. Sherman ME, Schiffman MH, Erozan YS, Wacholder S, **Kurman RJ**: The Bethesda System. A Proposal for Reporting Abnormal Cervical Smears Based on the Reproducibility of Cytopathologic Diagnoses.  Arch Pathol Lab Med 1992;116:1155-1158.

71. Jones MW, Silverberg SG, **Kurman RJ**: Well-differentiated villoglandular adenocarcinoma of the uterine cervix: A clinicopathological study of 24 cases.  Int J Gynecol Pathol 1993;12:1-7.

72. Chapman WB, Lorincz AT, Willett GD, Wright VC, **Kurman RJ**: Evaluation of two commercially available in situ hybridization kits for detection of human papillomavirus DNA in cervical biopsies: Comparison to Southern Blot hybridization.  Mod Pathol 6:73-79, 1993.

73. **Kurman RJ**, Toki T, Schiffman MH: Basaloid and warty carcinomas of the vulva:Distinctive types of squamous cell carcinoma frequently associated with human papillomaviruses.  Am J Surg Pathol 1993;17:133-145.

74. Laxman R, Currie JL, **Kurman RJ**, Dudzinski M, Griffin C: Cytogenetic profile of uterine sarcomas.  Cancer 1993;71:1283-1288.

75. Sherman ME, Weinstein M, Sughayer M, Cappellari JO, Orr JE, Erozan YS, Schiffman MH, **Kurman RJ**: The Bethesa System:Impact on reporting cervicovaginal specimens and reproducibility of criteria for assessing endocervical sampling.  Acta Ctyologica 1993; 37:55-60.

76. Sheth S, Hamper UM, **Kurman RJ**: Thickened endometrium in the postmenopausal woman: Sonographic-pathologic correlation.  Radiology 1993;187:135-139.

77. Schiffman MH, Bauer HM, Hoover RN, Glass AG, Cadell DM, Rush BB, Scott DR, Sherman ME, **Kurman RJ**, Wacholder S, Stanton CK, Manos MM: Epidemiologic evidence showing that human papillomavirus infection causes most cervical intraepithelial neoplasia.  J Natl Cancer Inst 1993; 85:958-964.

78. Hamper UM, Sheth S, Abbas FM, Rosenshein NB, Aronson D, **Kurman RJ**: Transvaginal color doppler sonography of adnexal masses: Differences in blood flow impedance in benign and malignant lesions.  AJR 1993;160:1225-1228.

79. Hunter CP, Redmond CK, Chen VW, Austin DF, Greenberg RS, Correa P, Muss HB, Forman MR, Wesley MN, Blacklow RS, **Kurman RJ**, Dignam JJ, Edwards BK, Shapiro S, et al: Breast cancer: Factors associated with stage at diagnosis in black and white women.  J Natl Cancer Inst 1993;85:1129-1137.

80. Ambros RA, **Kurman RJ**: Association of ulex europaeus agglutinin I binding with invasion in endometrial carcinoma.  Int J Gynec Path 1993;12:301-306.

81. Bauer HM, Hildesheim A, Schiffman MH, Glass AG, Rush BB, Scott D, Cadell DM, **Kurman RJ**, Manos MM: Determinants of genital human papillomavirus infection in low-risk women in Portland, Oregon.  Sexually Transmitted Diseases 1993;20:274-278

82. Hildesheim A, Gravitt P, Schiffman MH, **Kurman RJ**, Barnes W, Jones S, Tchabo J-G, Brinton LA, Copeland C, Epp J, Manoe MM: Determinants of genital human papillomavirus infection in low-income women in Washington, D.C.  Sexually Transmitted Diseases 1993;20:279-285.

83. Hildesheim A, Schiffman MH, Gravitt PE, Glass AG, Greer CE, Zhang T, Scott DR, Rush BB, Lawler P, Sherman ME, **Kurman RJ**, Manos MM: Persistence of type-specific human papillomavirus infection among cytologically normal women.  J Infect Diseases 1994; 169:235-240.

84. Chen VW, Correa P, **Kurman RJ**, Wu X-C, Eley JW, Austin D, Muss H, Hunter CP, Redmond C, Herman AA, Edwards BK: Histological characteristics of breast carcinoma in Blacks and Whites.  Cancer Epidemiology, Biomarkers & Prevention 1994;3:127-135.

85. Sherman ME, Schiffman MH, Lorincz AT, Manos MM, Scott DR, **Kurman RJ**, Kiviat NB, Stoler M, Glss AG, Rush BB: Toward objective quality assurance in cervical cytopathology.

19

Correlation of cytopathologic diagnoses with detection of high-risk human papillomavirus types.  Am J Clin Pathol 1994;102:182-187.

86.  Zaino RJ, **Kurman RJ**, Diana KL, Morrow CP: The utility of the revised International Federation of Gynecology and Obstetrics histologic grading of endometrial adenocarcinoma using a defined nuclear grading system.  Cancer 1995;75:81-6.

87.  Hameed A, Fox WM, **Kurman RJ**, Hruban RH, Podack ER: Perforin expression in endometrium during the menstrual cycle.  Int J Gynecol Pathol  1995;14:143-150.

88.  Hameed A, Fox WM, **Kurman RJ**, Hruban RH, Podack ER: Perforin expression in human cell-mediated lutolysis.  Int J Gynecol Pathol 1995;14:151-157.

89.  Cox JT, Lorincz AT, Schiffman MH, Sherman ME, Cullen A, **Kurman RJ**: Human papillomavirus testing by hybrid capture appears to be useful in triaging women with a cytologic diagnosis of atypical squamous cells of undetermined significance.  Am J Obstet Gynecol 1995;172:946-954.

90.  Ronnett BM, **Kurman RJ**, Zahn CM, Shmookler BM, Jablonski KA, Kass ME, Sugarbaker PH: Pseudomyxoma peritonei in women: A clinicopathologic analysis of 30 cases with emphasis on site of origin, prognosis, and relationship to ovarian mucinous tumors of low malignant potential.  Hum Pathol 1995;26:509-524.

91.  Sheth S, Hamper UM, McCollum ME, Caskey CI, Rosenshein NB, **Kurman RJ**: Endometrial blood flow analysis in postmenopausal women: Can it help differentiate benign from malignant causes of endometrial thickening?  Radiology 1995;195:661-665.

92.  Bosch FX, Manos MM, Munoz N, Sherman M, Jansen AM, Peto J, Schiffman MH, Moreno V, **Kurman RJ**, Shah KV: Prevalence of human papillomavirus in cervical cancer: A worldwide perspective.  J Natl Cancer Inst 1995;87:796-802.

93.  Wu T-C, Ling ZY, Kanayama MD, Huang ACY, **Kurman RJ**: Localization of Epstein-Barr Virus-Encoded small RNA-1 by in situ reverse transcription: Demonstration of cDNA generation in formalin-fixed paraffin-embedded tissue sections.  J Biomed Sci 1995;2:249-255.

94.  Ambros RA, Sherman ME, Zahn CM, Bitterman P, **Kurman RJ**: Endometrial intraepithelial carcinoma: A distinctive lesion specifically associated with tumors displaying serous differentiation.  Hum Pathol 1995; 26:1260-1267.

95.  Sherman ME, Bur ME, **Kurman RJ:** p53 in endometrial cancer and its putative precursors:evidence for diverse pathways of tumorigenesis. Hum Pathol 1995; 26:1268-1274.

96.  Sherman ME, Sturgeon S, Brinton L, **Kurman RJ**.  Endometrial cancer chemoprevention:Implications of diverse pathways of carcinogenesis.  J Cell Biochem 1995; 23:160-164.

97.  Ronnett BM, Zahn CM, **Kurman RJ**, Kass ME, Sugarbaker PH, Shmookler BM: Disseminated peritoneal adenomucinosis and peritoneal mucinous carcinomatosis.  Am J Surg Pathol 1995;19(12):1390-1408.

98.  Barnhill DR, **Kurman RJ**, Brady MF, Omura Ga, Yordan E, Given FT, Kucera PR, Roman LD: Preliminary analysis of the behavior of Stage I ovarian serous tumors of low malignant potential: A Gynecologic Oncology Group Study.  J Clin Oncol 1995; 13(11):2752-2756.

99.  Wideroff L, Schiffman MH, Nonnenmacher B, Hubbert N, Kirnbauer R, Greer CE, Lowy D, Lorincz AT, Manos MM, Glass AG, Scott DR, Sherman ME, **Kurman RJ,** Buckland J, Tarone RE, Schiller J.  Evaluation of Seroreactivity to human papillomavirus type 16 virus-like particles in an incident case: Control study of cervical neoplasia. J Infect Dis 1995; 172(6):1425-1430.

100.  Trimble CL, Hildesheim A, Brinton LA, Shah KV, **Kurman RJ**: Heterogeneous etiology of squamous carcinoma of the vulva.  Obstet Gynecol 1996; 87:59-64.

101.  Shih I-M, **Kurman RJ**: Expression of melanoma cell adhesion molecule in intermediate trophoblast.  Lab Invest 1996; 75:377-388.

20

102. Hall S, Lorincz A, Shah F, Sherman ME, Abbas F, Paull G, **Kurman RJ**, Shah KV: Human papillomavirus DNA detection in cervical specimens by hybrid capture: Correlation with cytologic and histologic diagnoses of squamous intraepithelial lesions of the cervix.  Gynecol Oncol 1996;62:353-359.

103. Burks RT, Sherman ME, **Kurman RJ**.  Micropapillary serous carcinoma of the ovary.  A distinctive low-grade carcinoma related to serous borderline tumors.  Am J Surg Pathol 1996; 20:1319-1330.

104. Seidman JD, **Kurman RJ**.  Subclassification of serous borderline tumors of the ovary into benign and malignant types.  A clinicopathologic study of 65 advanced stage cases.  Am J Surg Pathol 1996; 20:1331-1345.

105. Sun Y, Hildesheim A, Brinton LA, Nasca PC, Trimble CL, **Kurman RJ**, Viscidi RP, Shah KV.  Human papillomavirus-specific serologic response in vulvar neoplasia.  Gynecol Oncol 1996; 63:200-203.

106. Zaino RJ, **Kurman RJ,** Diana KL, Morrow CP.  Pathologic models to predict outcome for women with endometrial adenocarcinoma. Cancer 1996; 77:1115-1121.

107. Ronnett BM, Shmookler BM, Diener-West M, Sugarbaker PH, **Kurman RJ**.  Immunohistochemical evidence supporting the appendiceal origin of pseudomyxoma peritonei in women.  Int J Gynecol Pathol 1997; 16:1-9.

108. Pizer ES, **Kurman RJ**, Pasternack GR, Kuhajda FP.  Expression of fatty acid synthase is closely linked to proliferation and stromal decidualization in cycling endometrium.  Int J Gynecol Pathol 1997; 16:45-51.

109. Tashiro H, Isacson C, Levine R, **Kurman RJ**, Cho KR, Hedrick L.  p53 gene mutations are common in uterine serous carcinoma and occur early in their pathogenesis.  Am J Pathol 1997;150:177-185.

110. Cina SF, Richardson MS, Austin RM, **Kurman RJ**.  Immunohistochemical staining for Ki-67 antigen, carcinoembryonic antigen, and p53 in the differential diagnosis of glandular lesions of the cervix.  Mod Pathol 1997;10(3):176-180

111. Wu TC, Fuentes-Bernardo DA, Chan Y-J, Au W-C, Choiu C-J, Fox WM III, Hruban RH, Hayward GS, **Kurman RJ**.  Detection of the human cytomegalovirs 2.0-kb immediate early gene 1 transcrips in permissive and nonpermissive infections by RNA in situ hybridization.  J Biomed Sci 1997;4:19-27.

112. Sherman ME, Schiffman MH, Mango LJ, Kelly D, Acosta D, Cason Z, Elgert P, Zaleski S. Scott DR, **Kurman RJ**, Stoler M, Lorincz AT.  Evaluation of PAPNET testing as an ancillary tool to clarify the status of the "atypical" cervical smear.  Mod Pathol 1997;10(6):564-571.

113. Randall TC, **Kurman RJ**.  Progestin treatment of atypical hyperplasia and well-differentiated carcinoma of the endometrium in women under age 40.  Obstet Gynecol 1997;90:434-440.

114. Cope JU, Hildesheim A, Schiffman MH, Manos MM, Lorincz AT, Burk RD, Glass AG, Greer C, Buckland J, Helgesen K, Scott DR, Sherman ME, **Kurman RJ**, Kiaw K-L.  Comparison of the hybrid capture tube test and PCR for detection of human papillomavirus DNA in cervical speciments.  J Clin Microbiol 1997; 35:2262-2265.

115. Hildesheim A, Han C-L, Brinton LA, **Kurman RJ**, Schiller JT.  Human papillomavirus Type 16 and risk of preinvasive and invasive vulvar cancer: Results from a seroepidemiological case-control study.  Obstet Gynecol 1997;90:748-54.

116. Sherman ME, Sturgeon, S, Brinton LA, Potischman N, **Kurman RJ**, Berman ML, Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD.  Risk factors and hormone levels in patients with serous and endometrioid uterine carcinomas.  Mod Pathol 1997;10(10):963-968.

117. Shih I-M, Schnaar RL, Gearhart JD, **Kurman RJ**.  Distribution of cells bearing the HNK-1 epitope in the human placenta.  Placenta 1997; 18:667-674.

21

118. Ronnett BM, **Kurman RJ**, Shmookler BM, Sugarbaker PH, Young RH.  The morphologic spectrum of ovarian metastases of appendiceal adenocarcinomas.  A clinicopathologic and immunohistochemical analysis of tumors often misinterpreted as primary ovarian tumors or metastatic tumors from other gastrointestinal sites.  Am J Surg Pathol 1997; 21:1144-1155.

119. Hildesheim A, Schiffman MK, Tsukui T, Swanson CA, Lucci J, Scott DR, Glass AG, Rush BB, Lorincz, AT, Corrigan A, Burk RD, Helgesen K, Houghten RA, Sherman ME, **Kurman RJ**, Berzofsky JA, Kramer TR.  Immune activation in cervical neoplasia:cross-sectional association between plasma soluble interleukin 2 receptor levels and disease.  Cancer Epidemiol Biomarkers Prev 1997; 10:807-13

120. Madeleine MM, Daling JR, Carter JJ, Wipf GC, Schwartz SM, McKnight B, **Kurman RJ**, Beckmann AM, Hagensee ME, Galloway DA.  Cofactors with human papillomavirus in a population-based study of vulvar cancer. J Natl Cancer Inst 1997; 89:1516-23

121. Wu T-C, Hseih ST, Purow BW, **Kurman RJ**. Demonstration of human papillomavirus (HPV) genomic amplification and viral-like particles from CaSki cell line in SCID mice. J Virol Methods 1997; 65:287-98

122. Strickler HD, Schiffman MH, Eklund C, Glass AG, Scott DR, Sherman ME, Wacholder S, **Kurman RJ**,  Manos MM, Schiller JT, Dillner J. Evidence for at least two distinct groups of humoral reactions to papillomavirus antigens in women with squamous intraepithelial lesions. Cancer Epidemiol Biomarkers Prev 1997; 6:183-8

123. Lax SF, **Kurman RJ.** A dualistic model for endometrial carcinogenesis based on immunohistochemical and molecular genetic analyses. Verhandlungen der Deutschen Gesellschaft fur Pathologie 1997; 81:228-232.

124. Riopel MA, Perlman EJ, Seidman JD, **Kurman RJ**, Sherman ME.  Inhibin and epithelial membrane antigen immunohistochemistry assist in the diagnosis of sex cord stromal tumors and provide clues to the histogenesis of hypercalcemis small cell carcinomas.  Int J Gynecol Pathol 1998; 17:46-53.

125. Katabuchi H, Tashiro H, Cho KR, **Kurman RJ**, Ellenson LH.  Micropapillary serous carcinoma of the ovary: an immunohistochemical and mutational analysis of p53.  Int J Gynecol Pathol 1998; 17:54-60.

126. Shih I-M, **Kurman RJ**.  Ki-67 labeling index in the differential diagnosis of exaggerated placental site trophoblastic tumor, and choriocarcinoma.  Hum Pathol 1998; 28:27-33.

127. Vu K, Greenspan DL, Wu T-C, Zacur HA, Kurman RJ.  Cellular proliferation, estrogen receptor, progesterone receptor, and bcl-2 expression in GnRH agonist-treated uterine leiomyomas.  Hum Pathol 1998; 29:359-363.

128. Lax SF, Pizer ES, Ronnett BM, **Kurman RJ**.  Clear cell carcinoma of the endometrium is characterized by a distinctive profile of p53, Ki-67, estrogen, and progesterone receptor expression. Hum Pathol 1998; 29:551-558.

129. Zelmanowicz A, Hildesheim A, Sherman ME, Sturgeon SR, **Kurman RJ**, Barrett RJ, Berman ML, Mortel R, Twiggs LB, Wilbanks GD, Brinton LA.  Evidence for a common etiology for endometrial carcinomas and malignant mixed mullerian tumors.  Gynecol Oncol 1998; 69:253-257.

130. Pizer ES, Lax SF, Kuhjda FP, Pasternack GR, **Kurman RJ**.  Fatty acid synthase expression in endometrial carcinoma.  Correlation with cell proliferation and hormone receptors.  Cancer 1998; 83:528-537.

131. Kendall BS, Ronnett BM, Isacson C, Cho KR, Hedrick L, Diener-West M, **Kurman RJ**. Reproducibility of the diagnosis of endometrial hyperplasia, atypical hyperplasia, and well-differentiated carcinoma.  Am J Surg Pathol 1998; 22:1012-1019.

**132.** Levine RL, Cargile CB, Blazes MS, van Rees B, **Kurman RJ**, Ellenson LH. *PTEN* mutations and microsatellite instability in complex atypical hyperplasia, a precursor lesion to uterine endometrioid carcinoma. Ca Res 1998; 58:3254- 3258.

**133.** Shih I-M, Wang T-L, Wu T-C, **Kurman RJ**, Gearhart JD. Expression of Mel-CAM in implantation site intermediate trophoblastic cell line, IST-1, limits its migration on uterine smooth muscle cells. J Cell Sci 1998; 111:2655-2664.

**134.** Ji H, Chang EY, Lin K-Y, **Kurman RJ**, Pardoll DM, Wu T-C. Antigen-specific immunotherapy for murine lung metastatic tumors expressing human papillomavirus type 16 E7 oncoprotein. Int J Cancer 1998; 78:41-45.

**135.** Lax SF, Pizer ES, Ronnett BM, **Kurman RJ**. Comparison of estrogen and progesterone receptor, Ki-67, and p53 immunoreactivity in uterine endometrioid carcinoma and endometrioid carcinoma with squamous, mucinous, secretory, and ciliated cell differentiation. Hum Pathol 1998; 29:924-931.

**136.** Zaino RJ, **Kurman RJ**, Brunetto VL, Morrow CP, Bentley RC, Cappellari JO, Bitterman P. Villoglandular adenocarcinoma of the endometrium: A clinicopathologic study of 61 cases. Am J Surg Pathol 1998; 22:1379-1385.

**137.** Shih I-M, **Kurman RJ**. Epithelioid trophoblastic tumor: A neoplasm distinct from choriocarcinoma and placental site trophoblastic tumor simulating carcinoma. Am J Surg Pathol 1998; 22(11):1393-1403.

**138.** Shih I-M, Nesbit M, Herlyn M, **Kurman RJ**. A new Mel-CAM (CD146)-specific monoclonal antibody, MN-4, on paraffin-embedded tissue. Mod Pathol 1998; 11(11):1098-1106.

**139.** Huang C-C, Qiu JT, Kashima ML, **Kurman RJ**, Wu T-C. Generation of type-specific probes for the detection of single-copy Human papillomavirus by a novel *in situ* hybridization method. Mod Pathol 1998; 11 (10):971-977.

**140.** Hildesheim A, Schiffman M, Scott DR, Marti D, Kissner T, Sherman ME, Glass AG, Manos MM, Lorincz AT, Kurman RJ, Buckland J, Rush BB, Carrington M. Human leukocyte antigen class I/II alleles and development of human papillomavirus-related cervical neoplasia: Resulsts from a case-control study conducted in the US. Cancer Epidemiology, Biomarkers & Prevention 1998; 7:1035-1041.

**141.** Sherman ME, Tabbara SO, Scott DR, **Kurman RJ**, Glass AG, Manos MM, Burk RD, Rush BB, Schiffman M. "ASCUS, rule out HSIL":Cytologic features, histologic correlates, and Human Papillomavirus detection. Mod Pathol 1999; 12 (4):335-342.

**142.** Sherman ME, Lee JS, Burks RT, Struewing JP, **Kurman RJ**, Hartge P. Histopathologic features of ovaries at increased risk for carcinoma:A case-control analysis. Int J Gynecol Pathol 1999; 18:151-157.

**143.** Manos MM, Kinney WK, Hurley LB, Sherman ME, Shieh-Ngai J, **Kurman RJ**, Ransley JE, Fetterman BJ, Hartinger JS, MacIntosh KM,Pawlick GF, Hiatt RA. Identifying women with cervical neoplasia. Using Human Papillomavirus DNA testing for equivocal Papanicolaou results. JAMA 1999; 281 (17):1605-1610.

**144.** Huang C-C, Kashima ML, Chen H, Shih I-M, **Kurman RJ**, Wu T-C. HPV in situ hybridization with catalyzed signal amplification and polymerase chain reaction in establishing cerebellar metastasis of a cervical carcinoma. Hum Pathol 1999; 30(5):587-591.

**145.** Shih I-M, **Kurman RJ**. Immunohistochemical Localization of inhibin-I in the placenta and gestational trophoblastic lesions. Int J Gynecol Pathol 1999; 18(2):144-150.

**146.** Trimble CL, Diener-West M, Wilkinson EJ, Zaino RJ, **Kurman RJ**, Shah KV. Reproducibility of the histopathologic classification of vulvar squamous carcinoma and intraepithelial neoplasia. Journal of Lower Genital Tract Disease 1999; 3 (2):98-103.

147. Riopel MA, Ronnett BM, **Kurman RJ**.  Evaluation of diagnostic criteria and behavior of ovarian intestinal-type mucinous tumors: Atypical proliferative (borderline) tumors and intraepithelial, microinvasive, and metastatic carcinomas.  Am J Surg Pathol 1999; 23:617-635.

148. Shih I-M, Seidman JD, **Kurman RJ**.  Placental site nodule and characterization of distinctive types of intermediate trophoblast.  Hum Pathol 1999; 30:687-694.

149. Liaw K-L, Glass AG, Manos MM, Greer CE, Scott DR, Sherman M, Burk RD, **Kurman RJ**, Wacholder S, Rush BB, Cadell DM, Lawler P, Tabor D, Schiffman M.  Detection of Human Papillomavirus DNA in cytologically normal women and subsequent cervical squamous intraepithelial lesions.  J Natl Cancer Inst 1999; 91:954-960.

150. Ronnett BM, Manos MM, Ransley JE, Fetterman BJ, Kinney WK, Hurley LB, Ngai JS, **Kurman RJ**, Sherman ME.  Atypical glandular cells of undetermined significance (AGUS): Cytopathologic features, histopathologic results, and Human Papillomavirus DNA detection.  Hum Pathol 1999; 30(7):816-825.

151. Ji H, Wang T-L, Chen C-H, Pai SI, Hung C-F, Lin K-Y, **Kurman RJ**, Pardoll DM, Wu T-C.  Targeting human papillomavirus type 16 E7 to the endosomal/lysosomal vaccines against Murine human papillomavirus type 16 E7-expressing tumors.  Human Gene Therapy 1999; 10:2727-2740.

152. Kurtz AB, Tsimikas JV, Tempany CMC, Hamper UM, Arger PH, Bree RL, Wechesler RJ, Francis IR, Kuhlman JE, Siegelman ES, Mitchell DG, Silverman SG, Brown DL, Sheth S, Coleman BG, Ellis JH, **Kurman RJ,** Caudry DJ, McNeil BJ.  Diagnosis and staging of ovarian cancer: Comparative values of Doppler and conventional US, CT, and MR imaging correlated with surgery and histopathologic analysis—Report of the Radiology Diagnostic Oncology Group. Radiology 1999; 212:19-27.

153. Lacey JV Jr., Brinton LA, Barnes WA, Gravitt PE, Greenberg MD, Hadjimichael OC, McGowan L, Mortel R, Schwartz PE, **Kurman RJ**, Hildesheim A.  Use of hormone replacement therapy and adenocarcinomas and squamous cell carcinomas of the uterine cervix. Gynecol Oncol 2000; 77:149-154.

154. Chang EY, Chen C-H, Ji H, Wang T-L, Hung K, Lee BP, Huang AYC, **Kurman RJ**, Pardoll DM, Wu TC.  Antigen-specific cancer immunotherapy using a GM-CSF secreting allogeneic tumor cell-based vaccine.  Int J Cancer 2000; 86:725-730.

155. Wheeler DT, Bell KA, **Kurman RJ**, Sherman ME.  Minimal uterine serous carcinoma:Diagnosis and clinicopathologic correlation.  Am J Surg Pathol 2000; 24 (6):797-806.

156. Wang TL, Ling M, Shih I-M, Pham T, Pai SI, Lu Z, **Kurman RJ**, Pardoll DM.  Intramuscular administration of E7-transfected dendritic cells generates the most potent E7-specific anti-tumor immunity.  Gene Therapy 2000; 7:726-733.

157. Hinton EL, Bobo LD, Wu T-C, **Kurman RJ**, Viscidi RP.  Detection of chlamydia trachomatis deoxyribonucleic acid in archival paraffinized specimens from chronic salpingitis cases using the polymerase chain reaction.  Fert Steril 2000; 74:1-6.

158. **Kurman RJ**, Felix JC, Archer DF, Nanavati N, Arce J-C, Moyer DL.  Norethindrone acetate and estradiol-induced endometrial hyperplasia.  Obstet Gynecol 2000; 96:373-79.

159. Chew SH, Perlman EJ, Williams R, **Kurman RJ**, Ronnett BM.  Morphology and DNA content analysis in the evaluation of first trimester placentas for partial hydatidiform mole (PHM). Hum Pathol 2000; 31 (8):914-924.

160. Lax SF, **Kurman RJ**, Pizer ES, Wu L, Ronnett BM.  A binary architectural grading system for uterine endometrial carcinoma has superior reproducibility compared with FIGO grading and identifies subsets of advance-stage tumors with favorable and unfavorable prognosis.  Am J Surg Pathol 2000; 24 (9):1201-1208.

24

161. Bell KA, **Kurman, RJ**.  A clinicopathologic analysis of atypical proliferative (Borderline) tumors and well-differentiated endometrioid adenocarcinoma of the ovary.  Am J Surg Pathol 2000; 24 (11):1465-1479.

162. Raymond EG, Lovely LP, Chen-Mok M, Seppala M, **Kurman RJ**, Lessey BA.  Effect of the Yuzpe regimen of emergency contraception on markers of endometrial receptivity.  Hum Reprod 2000; 15:2351-5.

163. Bell KA, Smith Sehdev AE, **Kurman RJ**.  Refined diagnostic criteria for implants associated with ovarian atypical proliferative serous tumors (borderline) with micropapillary serous carcinomas.  Am J Surg Pathol 2001; 25 (4):419-432.

164. Moyer DL, Felix JC, **Kurman RJ**, Cuffie CA.  Micronized progesterone reculation of endometrial glandular cycling pool.  Int J Gynecol Pathol 2001; 20:374-379.

165. Ronnett BM, Yan H, **Kurman RJ**, Shmookler BM, Wu L, Sugarbaker PH.  Patients with pseudomyxoma peritonei associated with disseminated peritoneal adenomucinosis have a significantly more favorable prognosis than patients with peritoneal mucinous carcinomatosis. Cancer 2001; 92:85-91.

166. Liaw K-L, Hildesheim A, Burk RD, Gravitt P, Wacholder S, Manos MM, Scott DR, Sherman ME, **Kurman RJ,** Glass AG, Anderson SM, Schiffman M.  A perspective study of human papillomavirus (HPV) type 16 DNA detection by polymerase chain reaction and its association with acquisition and persistence of other HPV types. J Infect Dis 2001; 183:8-15.

167. Staebler A, Hesel-Meyer K, Bell K, Riopel M, Perlman E, Ried T, **Kurman RJ**. Micropapillary serous carcinoma of the ovary has distinct patterns of chromosomal imbalances by comparative genomic hybridization compared with atypical proliferative serous tumors and serous carcinomas. Hum Pathol 2002; 33:47-59.

168. Singer G, **Kurman RJ**, Chang H-W, Cho SKR, Shih IM.  Diverse tumorigenic pathways in ovarian serous carcinoma. Am J Pathol 2002; 160:1223-1228.

169. Solomon D, Davey D, **Kurman R**, Moriarity A, O'Connor D, Prey M, Raab S, Sherman M, Wilbur D, Wright T, Young N. The 2001 Bethesda System. Terminology for reporting results of cervical cytology. JAMA 2002; 287:2114-2119.

170. Seidman JD, Sherman ME, Bell KA, Katabuchi H, **Kurman RJ**. Salpingitis, salpingoliths, and serous tumors of the ovary:Is there a connection? Int J Gynecol Pathol 2002; 21:101-107.

171. Singer G, **Kurman RJ**, McMaster MT, Shih I-M. HLA-G immunoreactivity is specific for intermediate trophoblast in gestational trophoblastic disease and can serve as a useful marker in differential diagnosis. Am J Surg Pathol 2002; 26:914-920.

172. Scott DR, Hagmar B, Maddox P, Hjerpe A, Dillner J, Cuzick J, Sherman ME, Stoler MH, **Kurman RJ,** Kiviat NB, Manos MM, Schiffman M. Use of human papillomavirus DNA testing to compare equivocal cervical cytologic interpretations in the United States, Scandinavia, and the United Kingdom. Cancer Cytopathology 2002; 96:14-20.

173. Montz FJ, Bristow RE, Bovicelli A, Tomacruz R, **Kurman RJ**. Intrauterine progesterone treatment of early endometrial cancer. Am J Obstet Gynecol 2002; 186:651-7.

174. Chang H-W, Ali SZ, Cho SKR, **Kurman RJ**, Shih I-M. Detection of allelic imbalance in asctic supernatant by digital single nucleotide polymorphism analysis. Clin Cancer Res 2002; 8:2580-2585.

175. Old RJ, **Kurman RJ**, Shih I-M. Molecular genetic analysis of placental site trophoblastic tumors and epithelioid trophoblastic tumors confirms their trophoblastic origin. Amer J Pathol 2002; 161:1033-1037.

176. Ji H, Isacson C, Seidman JD, **Kurman RJ,** Ronnett BM.  Cytokeratins 7 and 20, Dpc4 and MUC5AC in the distinction of metastatic mucinous carcinomas in the ovary from primary ovarian mucinous tumors: Dpc4 assists in identifying metastatic pancreatic carcinomas.  Int J Gynecol Pathol 2002; 21:391-400.

177. Shih I-M, Hsu M-Y, Oldt III RJ, Herlyn M, Gearhart JD, **Kurman RJ**. The role of E-cadherin in the motility and invasion of implantation site intermediate trophoblast. Placenta 2002; 23:706-715.

178. Chang H-W, Lee SM, Goodman SN, Singer G, Cho SKR, Sokoll LJ, Montz FJ, Roden R, Zhang Z, Chan DW, **Kurman RJ**, Shih I-M. Assessment of plasma DNA levels, allelic imbalance, and CA 125 as diagnostic tests for cancer. J Natl Cancer Inst 2002 ; 94:1697-1703.

179. Klaes R, Benner A, Friedrich T, Ridder R, Herrington S, Jenkins D, **Kurman RJ**, Schmidt D, Stoler M, von Knebel M. p16INK4A immunohistochemistry improves interobserver agreement in the diagnosis of cervical intraepithelial neoplasia. Am J Surg Pathol 2002; 26(11):1389-1399.

180. Movahedi-Lankarani S, **Kurman RJ**. Calretinin, a more sensitive but less specific marker than alpha-inhibin for ovarian sex cord-stromal neoplasms:An immunohistochemical study of 215 cases. Am J Surg Pathol 2002; 26:1477-1483.

181. Shappell H, Riopel MA, Smith Sedhev AE, Ronnett BM, **Kurman RJ**. Diagnostic criteria and behavior of seromucinous (endocervical-type mucinous and mixed cell-type) tumors. Atypical proliferative (borderline) tumors, intraepithelial, microinvasive, and invasive carcinomas. Am J Surg Pathol 2002; 26:1529-41.

182. Singer G, Shih I-M, Truskinovsky A, Umudum H, **Kurman RJ**. Mutational analysis of K-ras segregates ovarian serous carcinoma into two types:Invasive MPSC (low-grade serous tumor) and conventional serous sarcoma (high-grade tumor). Int J Gynecol Pathol 2003; 22:37-41.

183. Smith Sehdev AE, Sehdev PS, **Kurman RJ**. Noninvasive and invasive micropapillary (low grade) serous carcinoma of the ovary:A clinicopathologic analysis of 135 cases. Am J Surg Pathol 2003; 27(6):725-36.

184. Srodon M, Klein WM, **Kurman RJ**. CD10 immunostaining does not distinguish endometrial carcinoma invading myometrium from carcinoma involving adenomyosis. Am J Surg Pathol 2003; 27(6):786-89.

185. Singer G, Oldt R III, Cohen Y, Wang B, Sidransky D, **Kurman RJ,** Shih I-M. Mutations in BRAF and KRAS charaterize the development of low-grade ovarian serous carcinoma. J Natl Cancer Inst 2003; 95:484-486.

186. Seidman JD, **Kurman RJ,** Ronnett BM. Primary and metastatic mucinous adenocarcinomas in the ovaries:incidence in routine practice with a new approach to improve intraoperative diagnosis. Am J Surg Pathol 2003; 27:985-993.

187. Klein WM, **Kurman RJ**. Lack of expression of c-kit protein (CD117) in mesenchymal tumors of the uterus and ovary. Int J Gynecol Pathol 2003; 22:181-184.

188. Singer G, Rebmann V, Chen Y-C, Liu H-T, Ali SZ, Reinsberg J, McMaster MT, Pfeiffer K, Chan DW, Wardelmann, Grosse-Wilde H, Cheng C-C, **Kurman RJ**, Shih I-M. HLA-G is a potential marker in malignant ascites. Clinical Cancer Research 2003; 9:4460-4464.

189. Burk RD, Terai M, Gravitt PE, Brinton LA, **Kurman RJ,** Barnes WA, Greenberg MD, Hadjimichael OC, Fu L, McGowan L, Mortel R, Schwartz PE, Hildesheim A. Distribution of human papillomavirus types 16 and 18 variants in squamous cell carcinomas and adenocarcinomas of the cervix. Cancer Research 2003; 63(21):7215-7220.

190. Shih IeM, **Kurman RJ**. Ovarian tumorigenesis: a proposed model based on morphological and molecular genetic analysis. Am J Pathol 2004;164 (5):1511-8.

191. Seidman JD, Horkayne-Szakaly I, Haiba M, Boice CR, **Kurman RJ,** Ronnett BM. The histologic type and stage distribution of ovarian carcinomas of surface epithelial origin. Int J Gynecol Pathol 2004; 23(1):41-44.

192. Cheng EJ, **Kurman RJ**, Wang M, Oldt III R, Wang BG, Berman DM, Shih Ie-M. Molecular genetic analysis of ovarian serous cystadenomas. Laboratory Investigation 2004; 84:778-784.

**193.** Shih I-M, **Kurman RJ**. P63 expression is useful in the distinction of epithelioid trophoblastic and placental site trophoblastic tumors by profiling trophoblastic subpopulations. Am J Surg Pathol 2004; September 28(9):1177-1183.

**194.** Hsu C-Y, Bristow R, Cha MS, Wang BG, Ho C-L, **Kurman RJ**, Wang T-L, Shih I-M. Characterization of active mitogen-activated protein kinase in ovarian serous carcinomas. Clin Cancer Res 10:6432-6436, 2004.

**195.** Ho CL, **Kurman RJ**, Dehari R, Wang TL, Shih IM. Mutations of BRAF and KRAS precede the development of ovarian serous borderline tumors. Cancer Research 64:6915-6918, 2004.

**196.** Davidson B, Elstrand MB, McMaster MT, Berner A, **Kurman RJ**, Riseberg B, Trope CG, Shih I-M. HLA-G expression in effusions is a possible marker of tumor susceptibility to chemotherapy in ovarian carcinoma. Gynecol Oncol 96:42-47, 2005.

**197.** Pohl G, Ho C-L, **Kurman RJ,** Bristow R, Wang T-L, Shih I-M. Inactivation of the mitogen-activated protein kinase pathway as a potential target-based therapy in ovarian serous tumors with KRAS or BRAF mutations. Cancer Res 65(5):1-7, 2005.

**198.** Singer G, Stohr R, Cope L, Dehari R, Hartmann A, Cao D-F, Wang T-L, **Kurman RJ**, Shih I-M. Patterns of p53 mutations separate ovarian serous borderline tumors and low- and high-grade serous carcinomas and provide support for a new model of ovarian carcinogenesis. A mutational analysis with immunohistochemical correlation. Am J Surg Pathol 29(2):218-224, 2005.

**199.** Elishaev E, Gilks B, Miller D, Srodon M, **Kurman RJ**, Ronnett BM. Synchronous and metachronous endocervical and ovarian neoplasms. Evidence supporting interpretation of the ovarian neoplasms as metastatic endocervical adenocarcinoma simulating primary ovarian surface epithelial epithelial neoplasms. Am J Surg Pathol 29:281-294,2005.

**200.** Parwani AV, Smith Sehdev AE, **Kurman RJ**, Ronnett BM. Cervical adenoid basal tumors comprised of adenoid basal epithelioma associated with various types of invasive carcinoma: Clinicopathologic features, human papillomavirus DNA detection, and P16 expression. Human Pathol 36:82-90, 2005.

**201.** Wheeler DT, **Kurman RJ.** The relationship of glands to thick-wall blood vessels as a marker of invasion in endocervical adenocarcinomas. Int J Gynecol Pathol 24(2):125-130, 2005.

**202.** Cao D, Srodon M, Montgomery EA, **Kurman RJ.** Lipomatous variant of angiomyofibroblastoma: Report of two cases and review of the literature. Int J Gynecol Pathol 24(2):196-200, 2005.

**203.** Villa LL, et al. (**Kurman RJ** among 28 co-authors) Prophylactic quadrivalent human papillomavirus (types 6, 11, 16, and 18) L1 virus-like particle vaccine in young women: a randomized double-blind placebo-controlled multicentre phase II efficacy trial. Lancet Oncol 6(5):271-278, 2005.

**204.** Shih I-M, Sheu JJ-C, Santillan A, Nakayama K, Yen MJ, Bristow RE, Vang R, Pamigiani G, **Kurman RJ**, Trope CG, Davidson B, and Wang T-L. Amplification of a chromatin remodeling gene, Rsf-1 HBXAP, in ovarian carcinoma. PNAS 102(39):14004-14009, 2005.

**205.** Hsu C-Y, **Kurman RJ**, Vang R, Wang T-L, Baak J, Shih I-M. Nuclear size distinguishes low- from high-grade ovarian serous carcinoma and predicts outcome. Hum Pathol 36:1049-54, 2005.

**206.** Vang R, Tuyethoa V, Burks RT, Barner R, **Kurman RJ**, Ronnett BM. J Gynecol Pathol 24:391-398, 2005

**207.** Diaz-Montes TP, Hongziu J, Sehdev AES, Zahurak ML, **Kurman RJ**, Armstrong DK, Bristow RE. Clinical significance of Her-2/neu overexpression in uterine serous carcinoma. Gynecologic Oncology 100:139-144, 2006.

208. Begum M, Tashiro H, Katabuchi H, Suzuki A, **Kurman RJ**, Okamura H. Neonatal estrogenic exposure suppresses PTEN-related endometrial carcinogenesis in recombinant mice. Laboratory Investigation 86:286-296, 2006.

209. Park JT, Li M, Nakayama K, Mao TL, Davidson B, Zhang Z, **Kurman RJ**, Eberhart CG, Shih IM, Wang TL. Notch-3 gene amplification in ovarian cancer. Cancer Res, 66:6312-6318, 2006.

210. Mao TL, Hsu CY, Yen MJ, Gilks B, Sheu JJC, Gabrielson E, Vang R, Cope L, **Kurman RJ**, Wang TL, Shih, IM. Expression of Rsf-1, a chromatin-remodeling gene, in ovarian and breast carcinoma. Hum Pathol 37:1169-1175, 2006.

211. Nakayama K, Nakayama N, Davidson B, Katabuchi H, **Kurman RJ**, Velculescu VE, Shih IM, Want TL. Homozygous deletion of MKK4 in ovarian serous carcinoma. Cancer Biology & Therapy 5(6):630-634, 2006.

212. Nakayama K, Nakayama N, **Kurman RJ**, Cope L, Pohl G, Samhuels Y, Velculescu VE, Wang TL, Shih IM. Sequence mutations and amplification of PIK3CA and AKT2 genes in purified ovarian serous neoplasms. Cancer Biology & Therapy 5(7):780-785, 2006.

213. Mao TL, Seidman JD, **Kurman RJ**, Shih IM. Cyclin E and p16 immunoreactivity in epithelioid trophoblastic tumor—An aid in differential diagnosis. Am J Surg Pathol 30(9):1105-1110, 2006.

214. Srodon M, Stoler MH, Baber GB, **Kurman RJ.** The distribution of low and high-risk HPV types in vulvar and vaginal intraepithelial neoplasia (VIN and VaIN). Am J Surg Pathol 30(12):1513-1518, 2006.

215. Wang SS, Sherman ME, Silverberg SG, Carreon JD, Lacey JV, Jr., Zaino R, **Kurman RJ**, Hildesheim A. Pathological characteristics of cervical adenocarcinoma in a multi-center U.S.-based study. Gynecologic Oncology 103:541-546, 2006.

216. Nakayama K, Nakayama N, Davidson B, Sheu J J-C, Jnawath N, Santillan A, Salani R, Bristow RE, Morin PJ, **Kurman RJ**, Wang T-L, Shih Ie-M. A BPB/POZ protein, NAC-1, is related to tumor recurrence and is essential for tumor growth and survival. PNAS 103(49):18739-18744, 2006.

217. Salani R, Neuberger I, **Kurman RJ**, Bristow RE, Change HW, Wang, TL, Shih, IM. Expression of extracellular matrix proteins in ovarian serous tumors. Int J Gynecol Pathol 26(2):141-146, 2007.

218. Wheeler DT, Bristow RE, **Kurman RJ**. Histologic alterations in endometrial hyperplasia and well-differentiated carcinoma treated with progestins. Am J Surg Pathol 31:988-998, 2007

219. Dehari R, **Kurman RJ**, Logani S, Shih I-M. The development of high-grade serous carcinoma from atypical proliferative (borderline) serous tumors and low-grade micropapillary serous carcinoma. A morphologic and molecular genetic analysis. Am J Surg Pathol 31:1007-1012, 2007

220. Malpica A, Deavers MT, Tornos C, **Kurman RJ**, Soslow R, Seidman JD, Munsell MF, Gaertner E, Frishberg D, Silva EG. Interobserver and intraobserver variability of a two-tier system for gradinig ovarian serous carcinoma. Am J Surg Pathol 31(8):1168-1174, 2007

221. Villa LL, Perez G, Kajaer SK, Paavonen J, Lehtinen M, Munoz N, Sigurdsson K, Hernandez-Avila M, Skjeldestad FE, Thoresen S, **Kurman RJ** et al. Quadrivalent vaccine against human papillomavirus to prevent angenital diseases. New England Journal of Medicine 356(19):1928-1943, 2007.

222. Cai B, Ronnett BM, Stoler K, Ferenczy A, **Kurman RJ**, Sadow D, Alvarez F, Pearson J, Sings H, Barr E, Liaw K-L. Longitudinal evaluation of interobserver and intraobserver agreement of cervical intraepithelial neoplasia diagnosis among an experiences panel of gynecologic pathologists. Am J Surg Pathol 31: 1-7, 2007

223. Salani R, **Kurman RJ**, Giuntoli R, Gardner G, Bristow R, Want T-L, Shih I-M. Assessment of TP53 mutation using purified tissue samples of ovarian serous carcinomas reveals a higher

mutation rate than previously reported and does not correlate with drug resistance. Int J Gynecol Cancer 18:487-491, 2008

224. Mao TL, **Kurman RJ,** Jeng YM, Huang W, Shih IM. HSD3B1 as a novel trophoblast-associated marker that assists in the differential diagnosis of trophoblastic tumors and tumorlike lesions. Am J Surg Pathol 32(2):236-242, 2008

225. Vang V, Shih IM, Salani R, Sugar E, Ayhan A, **Kurman RJ**. Subdividing ovarian and peritoneal serous carcinoma into moderately differentiated and poorly differentiated does not have biologic validity based on molecular genetic and in vitro drug resistance data. Am J Surg Pathol 32(11):1667-1674, 2008

226. Yemelyanova A, Mao, T-L, Nakayama N, Shih, I-M, **Kurman RJ**. Low-grade serous carcinoma of the ovary displaying a macropapillary pattern of invasion. Am J Surg Pathol 32(12):1800-1806, 2008

227. Ronnett BM, Yemelyanova AV, Vang R, Gilks CB, Miller D, Gravitt PE, **Kurman RJ.** Endocervical adenocarcinomas with ovarian metastases: Analysis of 29 cases with emphasis on minimally invasive cervical tumors and the ability of the metastases to simulate priary ovarian neoplasms. Am J Surg Pathol 32(12):1835-1853, 2008

228. Joura EA, Kjaer SK, Wheeler CM, Sigurdsson K, Iversen OE, Hernandez-Avila M, Perez G, Brown DR, Koutsky LA, Tay EH, Garcia P, Ault KA, Garland SM, Leodolter S, Olsson SE, Tang GWK, Ferris DG, Paavonen J, Lehtinen M, Steben M, Bosch X, Dillner J**, Kurman RJ,** Majewski S, Munoz N, Myers ER, Villa LL, Taddeo Fj, Roberts C. HPV antibody levels and clinical efficacy following administration of a prophylactic quadrivalent HPV vaccine. Vaccine 26 (52):6844-6851, 2008.

229. Moore RG, McMeekin DS, Brown AK, DiSilvestro P, Miller MC, Allard WJ, Gajewski W, **Kurman R,** Bast Jr. RC, Skates SJ. "A novel multiple marker bioassay utilizing HE4 and CA125 for the prediction of ovarian cancer in patients with a pelvic mass. Gynecologic Oncology 112:40-46, 2009.

230. Smith JS, BackesDM, Hoots BE, **Kurman RJ**, Pimenta JM. Human papillomavirus type-distribution in vulvar and vaginal cancers and their associated precursors. Obstet Gynecol 113:917-924, 2009.

231. Kuo K-T, Mao T-L, Jones S, Veras E, Ayhan A, Wang T-L, Glas R, Slamon D, Velculescu V, **Kurman RJ**, Shih I-M. Frequent activating mutations of PIK3CA in ovarian clear cell carcinoma. AJP 174(5):1597-1601, 2009.

232. Veras E, Mao TL, Ayhan A, Ueda S, Lai H, Hayran M, Shih IeM, **Kurman RJ**. Cystic and adenofibromatous clear cell carcinomas of the ovary: Distinctive tumors that differ in their pathogenesis and behavior: A clinicopathologic analysis of 122 cases. Am J Surg Pathol 33(6):844-853, 2009.

233. Ayhan A, **Kurman RJ**, Yemelyanova A, Vang R, Logani S, Seidman JD, Shih IeM. Defining the cut point between low-grade and high-grade ovarian serous carcinoma: A clinicopathoogic and molecular genetic analysis. Am J Surg Pathol 33(8):1220-1224. 2009.

234. Kuo K-T, Guan B, Mao T-L, Chen X, Jinawath N, Wang Y, **Kurman RJ**, Shih I-M, Wang T-L. Analysis of DNA copy number alterations in ovarian serous tumors identifies new molecular genetic changes in low-grade and high-grade carcinomas. Cancer Res 69:4036-42, 2009.

235. Backes DM, **Kurman RJ**, Pimenta JM, Smith JS. Systematic review of human papillomavirus prevalence in invasive penile cancer. Cancer Causes Control 20:449-57, 2009.

236. Ueda SM, Mao T-L, Kuhajda FP, V C, Giuntoli RL, Bristow RE, **Kurman RJ**, Shih Ie-M. Trophoblastic neoplasms express fatty acid synthase, which may be a therapeutic target via its inhibitor C93. AJP 175(6):2619-2624, 2009.

237. Brown DR, Kjaer SK, Sgurdsson K, Iversen O-E, Hernandez-Avila M, Wheeler CM, Perez G, Koutsky LA, Tay EH, Garcia P, Ault KA, Garland SM, Leodolter S, Olsen S-E, Tang GWK,

Ferris DG, Paavonen J, Steben M, Bosch FX, Dillner J, Joura EA, **Kurman RJ,** Majewski S, Munoz N, Myers ER, Villa LL, Tadesse A, Bryan J, Lupinacci LC, Giacoletti KED, Sings HL, James M, Hesley TM, Barr E. The impact of quadrivalent human papillomavirus (HPV; types 6, 11, 16, and 18) L1 virus-like particle vaccine on infection and disease due to oncogenic nonvaccine HPV types in generally HPV-naïve women aged 16026 years. J Infect Dis 2009; 199:926-935.

238. Witkiewicz AK, McConnell T, Potoczek M, Emmons RVB, **Kurman RJ**. Increased natural killer cells and decreased regulatory T cells are seen in complex atypical endometrial hyperplasia and well-differentiated carcinoma treated with progestins. Human Pathology 41:26-32, 2010.

239. Kuhn E, Meeker A, Wang TL, Sehdev AS, **Kurman RJ**, Shih Ie-M. Shortened telomeres in serous tubal intraepithelial carcinoma: An early event in ovarian high-grade serous carcinogenesis. Am J Surg Pathol 34:829-836, 2010.

240. Sehdev AS, **Kurman RJ**, Kuhn E, Shih Ie-M. Serous tubal intraepithelial carcinoma upregulates markers associated with high-grade serous carcinomas including Rsf-1 (HBXAP), cyclin E and fatty acid synthase. Modern Pathology 23:844-855, 2010.

241. Seidman JD, Yemyelyanova A, Zaino RJ, **Kurman RJ**. The fallopian tube-peritoneal junction: A potential site of carcinogenesis. Int J Gynecol Pathol 1:4-11, 2011

242. Shih I-M, Chen L, Wang CC, Gu J, Davidson B, Cope L, **Kurman RJ**, Xuan J, Wang T-L. Distinct DNA methylation profiles in ovarian serous neoplasms and their implications in ovarian carcinogenesis. Am J Obstet Gynecol 2010;203:584.e1-22

243. Moore RG, Jabre-Raughley M, Brown AK, Robison KM, Miller MC, Allard WJ, **Kurman RJ,** Bast RC, Skates SJ. Comparison of a novel multiple marker assay vs the risk of malignancy index for the prediction of epithelial ovrian cancer in patients with a pelvic mass. American Journal of Obstetrics and Gynecology 203 (3):228e1-228e6, 2010.

244. Przybycin CG, **Kurman RJ**, Ronnett BM, Shih IM, Vang R. Are all pelvic (nonuterne) serous carcinomas of tubal origin? American Journal of Surgical Pathology 34 (10):1407-1416, 2010.

245. Munoz N, Kjaer SK, Sigurdsson K, Iversen OE, Hernandez-Avila M, Wheeler CM, Perez G, Brown DR, Koutsky LA, Tay EH, Garcia PJ, Ault KA, Garland SM, Leodolter S, Olsson SE, Tang GWK, Ferris DG, Paavonen J, Steben M, Bosch FX, Dillner J, Huh WK, Joura EA, **Kurman RJ,** Majewski S, Myers ER, Villa LL, Taddeo FJ, Roberts C, Tadesse A, Bryan JT, Lupinacci LC, Giacoletti KED, Sings HL, James MK, Hesley TM, Barr E, Haupt RM. Impact of human papillomavirus (HPV)-6/11/16/18 vaccine on all PHV-associated genital diseases in young women. J National Cancer Institute 102:1-15, 2010.

246. Shih I-M, Panuganti PK, Kuo K-T, Mao T-L, Kuhn E, Jones S, Velculescu V, **Kurman RJ,** Wang T-L. Somatic mutations of PPP2Ria in ovarian and uterine carcinomas. Amer J Pathol 2011;178:1442-47

247. Guan B, Mao TL, Panuganti PK, Kuhn E, **Kurman RJ,** Maeda D, Chen E, Jeng YM, Wang TL, Shih IM. Mutation and loss of expression of ARID1A in uterine low-grade endometrioid carcinoma. Am J Surg Pathol. 2011 Mar 15. [Epub ahead of print] PMID:21412130

248. Yemelyanova A, Vang R, Kshirsagar M, Lu D, Marks MA, Shih IM, **Kurman RJ**. Immunohistochemical staining patterns of p53 can serve as a surrogate marker for TP53 mutations in ovarian carcinoma: an immunohistochemical and nucleotide sequencing analysis. Mod Pathol. 24(9):1248-1253, 2011 May 6. [Epub ahead of print]

249. **Kurman RJ**, Vang R, Junge J, Gerd Hanibal C, Kjaer SK, Shih I-E. Papillary tubal hyperplasia: The putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. Am J Surg Pathol 2011;35:1605–1614

250. Visvanathan K, Vang R, Shaw P, Gross A, Soslow, MD, Parkash V, Shih I-E, **Kurman RJ**. Diagnosis of serous tubal intraepithelial carcinoma based on morphologic and

immunohistochemical features: A reproducibility study. Am J Surg Pathol 2011; 35(12):1766-1775

251. Jones S, Wang T-L, **Kurman RJ**, Nakayama K, Velculesc VE, Vogelstein B, Kinzler KW, Papdopoulos N and Shih, IM. Low-grade serous carcinomas of the ovary contain very few point mutations. J Pathol 2012: 226-413-420.

252. Kuhn E, **Kurman RJ**, Vang R, Sehdev AS, Han G, Soslow R., Wang T-L, Shih IM. TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic high-grade serous carcinoma—evidence supporting the clonal relationship of the two lesions. J Pathol 2012; 226:421-426.

253. Vang R, Gupta M, Wu LSF, Yemelyanova AV, **Kurman RJ**, Murphy KM, DeScipio C and Ronnett BM. Diagnostic reproducibility of hydatidiform moles: Ancillary techniques (p57 immunohistochemistry and molecular genotyping) improve morphologic diagnosis. Am J Surg Pathol 2012; 36(3):443-453

254. Seidman JD, Yemelyanova A, Cosin JA, Smith A, **Kurman RJ**. Survival rates for international federation of gynecology and obstetrics stage III ovarian carcinoma by cell type: A study of 262 unselected patients with uniform pathologic review.  Int J Gynecol Cancer 2012; 22:367-371

255. Wu CH, Mao T-L, Vang R, Ayhan A, Wang T-L, **Kurman RJ**, Shih I-M. Endocervical-type mucinous borderline tumors are related to endometrioid tumors based on mutation and loss of expression of ARID1A. Int J Gynecol Pathol 2012;31:297-303

256. Vang R, Visvanathan K, Gross A, Maambo E,Gupta M, Kuhn E, Fanghong Li R, Ronnett BM, Seidman JD, Yemelyanova A, Shih I-M, Shaw O, Soslow RA, **Kurman RJ**. Validation of an algorithm for the diagnosis of serous tubal intraepithelial carcinoma. Int J Gynecol Pathol 31:243-253, 2012

257. Ayhan A, Mao T-L, Seckin T, Wu C-H, Buan B, Ogawa H, Futagami M, Mizukami H, Yokoyama Y, **Kurman RJ**, and Shih, Ie-M. Loss of ARID1A expression is an early molecular event in tumor progression from ovarian endometriotic cyst to clear cell and endometrioid carcinoma. Int J Gynecol Cancer 22:1310-1315, 2012.

258. Hannibal CG, Vang R, Junge J, Kjaerbye-Thygesen A, **Kurman RJ**, and Kjaer SK. A binary histologic grading systm for ovarian serous carcinoma is an independent prognostic factor: a population-based study of 4,317 women diagnosed in Denmark 1978-2006. NIH-PA Gynecol Oncol Author Manuscript, 2012.

259. Kuhn E, **Kurman RJ**, Sehdev AS, Shih Ie-M. Ki-67 Labeling index as an adjunct in the diagnosis of serous tubal intraepithelial carcinoma. Int J Gynecol Pathol, 31:416-422, 2012.

260. Kuhn E, **Kurman RJ**, Soslow RA, Han G, Sehdev AS, Morin PJ, Wang T-Li, Shih Ie-M. The diagnostic and biological implications of laminin expression in serous tubal intraepithelial carcinoma. Am J Surg Pahol 36(12):1826-1834, 2012.

261. Kuhn E, Wu RC, Guan B, Wu G, Zhang J, Wang Y, Song L, Yuan X, Wei L, Roden RBS, Kuo KT, Nakayama K, Clarke B, Shaw P, Olvera N, **Kurman RJ**, Levine DA, Wang, TL, Shih Ie-M. Identification of molecular pathway aberrations in uterine serous carcinoma by genome-wide analyses. J Natl Cancer Inst 104:1503-1513, 2012.

262. Kinde I, Bettegowda C, Wang Y, Wu J, Agrawal N, Shih Ie-M, **Kurman R**, Dao F, Levine DA, Giuntoli R, Roden R, Eshleman JR, Carvalho JP, Marie SKN, Papadopoulos N, Kinzler KW, Vogelstein B, Diaz Jr. LA. Evaluation of DNA from the Papanicolaou test to detect ovarian and endometrial cancers. Science Translational Medicine 5(167):1-10, 2013.

263. Kuhn E, Ayhan A, Shih I-E, Seidman JD, **Kurman RJ**. Ovarian Brenner tumour: A morphologic and immunohistochemical analysis suggesting an origin from fallopian tube epithelium. European J Cancer 49:3839-49, 2013

264. Gunderson CC, Dutta S, Fader AN, Maniar KP, Nasseri-Nik N, Bristow RE, Diaz-Montes TP, Palermo R, **Kurman RJ**. Pathologic features associated with resolution of complex atypical

hyperplasia and grade 1 endometrial adenocarcinoma after progestin therapy. Gynecologic Oncology 132:33-37, 2014.

265. Gurda GT, Baras AS, **Kurman RJ**. Ki-67 as an ancillary tool in the differential diagnosis of proliferative endometrial lesions with secretory change. Int J Gynecol Pathol 33:114-119, 2014

266. Kuhn E, Ayhan A, Shih I-M, Seidman JD, **Kurman RJ**. The pathogenesis of atypical proliferative Brenner tumor: an immunohistochemical and molecular genetic analysis. Mod Pathol 27:231-237, 2014

267. Maniar KP, Wang Y, Visvanathan K, Shih I-M, **Kurman RJ**. Evaluation of microinvasion and lymph node involvement in ovarian serous borderline/atypical proliferative serous tumors. Am J Surg Pathol 38:743-755, 2014

268. Hannibal CG, Vang R, Junge J, Frederiksen K, Kyaerbye-Thygesen A, Kaae Andersen K, Tabor A, **Kurman RJ,** Kjaer SK. A nationwide study of serous "borderline" ovarian tumors in Denmark 1978-2002: Centralized pathology review and overall survival compared to the general population. Gynecol Oncol 134:267-273,2014

269. Sherman-Baust CA[1], Kuhn E, Valle BL, Shih IeM, **Kurman RJ**, Wang TL, Amano T, Ko MS, Miyoshi I, Araki Y, Lehrmann E, Zhang Y, Becker KG, Morin PJ. A genetically engineered ovarian cancer mouse model based on fallopian tube transformation mimics human high-grade serous carcinoma development. J Pathol. 233:228-37,2014.

270. Ardighieri L, Lonardi S, Moratto D, Faccetti F, Shih I-M, Vermi W, **Kurman RJ**. Characterization of the immune cell repertoire in the normal fallopian tube. Int J Gynecol Pathol. 33:581-591, 2014

271. Ardighieri L, Zeppernick F, Hannibal CG, Vang R, Cope L, Junge J, Kjaer SK, **Kurman RJ,** Shih IeM. Mutational analysis of BRAF and KRAS in ovarian serous borderline (atypical proliferative) tumours and associated peritoneal implants. J Pathol. 2014;232:16-22.

272. Zeppernick F, Ardighieri L, Hannibal CG, Vang R, Junge J, Kjaer SK, Zhang R, **Kurman RJ,** Shih, Ie-M.  BRAF mutation is associated with a specific cell type with features suggestive of senescence in ovarian serous borderline (atypical proliferative) tumors. Am J Surg Pathol 38(12):1603-1611, 2014.

273. Banet N, **Kurman RJ.** Types of ovarian inclusion cysts. Proposed origina and possible role in ovarian serous carcinogenesis. Int J Gynecol Pathol 34:3-8, 2014.

274. Vang R, Gerd Hannibal C, Junge J, Frederiksen K, Kjaer, SK, **Kurman RJ**.The long term behavior of serous borderline tumors supports dividing them into atypical proliferative serous tumors and noninvasive low-grade serous carcinomas: A clinicopathologic analysis of 942 cases: Am J Surg Pathol **2017;41:725-737**.

275. Wang Y,  Wu R-C, Lauren Ende Shwartz, LE, Haley L, Lin MT, Shih I-M, **Kurman RJ**. Clonality analysis of combined Brenner and mucinous tumours of the ovary reveals their monoclonal origin. J Pathol 2015; 237:146-151

276. Wang Y, Shwartz LE, Anderson D, Lin M-T, Haley L, Wu R-C, Shih I-M, **Kurman RJ**. Molecular analysis of ovarian mucinous carcinoma reveals different cell of origins. Oncotarget 2015;6(26):22949-58

277. Wang Y, Sundfeldt K, Mateoiu C, Shih I-M,  **Kurman RJ**, Schaeffer J, Silliman N, Kinde I, Simeon Springer, Michael Foote, Björg Kristjansdottir, Nathan James,  Kenneth W. Kinzler, Papadopoulos N, Diaz LA , Vogelstein B. Diagnostic potential of umor DNA from ovarian cyst fluid. eLife 2016:5:e15175

278. Vang R, Levine DA, Soslow RA, Zaloudek C, Shih IM, **Kurman RJ.** Molecular alterations of *TP53* are a defining feature of ovarian high-grade serous carcinoma: a re-review of cases lacking *TP53* mutations in The Cancer Genome Atlas Ovarian study. Int J Gynecol Pathol 2015;35:48-55.

279. Kuhn E, Wang T-L, Doberstein K, Bahadirli-Talbott A, Ayhan A, Smith Sedhev A, Drapkin R, **Kurman RJ**, Shih I-M. *CCNE1* amplification and centrosome number abnormality in serous tubal intraepithelial carcinoma: further evidence supporting its role as a precursor ov ovarian high-grade serous carcinoma. Mod Pathol 2016; 29:1254-61

280. Veras E, **Kurman RJ**, Wang T-L, Shih I-M. PD-L1 expression in human placentas and gestational trophoblastic disease. Int J Gynnecol Pathol 2016; 36:146-153

281. Gerd Hannibal C, Vang R, Junge J, Frederiksen K, **Kurman RJ**, Kjaer SK. Risk of recurrence and progression to ovarian serous carcinoma and associated risk factors in a nationwide study of serous "borderline" ovarian tumors in Denmark 1978–2002. Gynecol Oncol (in press).

282. Blanco Jr L, Kuhn E, Morrison J, Bahadirli-Talbott A, Smith Sehdev A, and **Kurman RJ**. Steroid hormone synthesis by the ovarian stroma surrounding epithelial ovarian tumors. A potential mechanism in ovarian tumorigenesis. Mod Pathol 2017; 30:563-576

283. Labidi-Galy S, Papp E, Adleff V, Bhattacharya R, Niknafs N, Novak M, Jones S, Phallen J, Hruban C, Hirsch M, Lin D, Maire C, Bowden M, Scharpf R, Karchin R, Drapkin R, Tille J-C, Hallberg D, Noë M, **Kurman RJ**, Wang T=L, Shih I-M, Schwartz L, Ayhan A, Laura Wood L, Velculescu V. High grade serous ovarian carcinomas originate in the fallopian tube. Nature Communications 8, Article number 1093, 2017; doi:10.1038/s41467-017-00962-1

284. Ducie J, Dao F, Considine M, Olvera N, Shaw PA, **Kurman RJ,** Shih I-M, Soslow RA, Cope L, Levine DA. Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma. Nature Communications DOI: 1038/s41467-01217-9

285. Tomasetti C, Kinzler KW, Vogelstein B, Fader AN, Gilbert L, Papadopoulos N, Wang Y, Li, L Douville C, Cohen JD, Yen T-T, Kinde I, Sundfelt K, Kjær SK, Hruban RH, Shih I-M,Wang T=L, **Kurman RJ,** Springer S, Ptak J, Popoli M, Schaefer J, Silliman N, Dobbyn L, Tanner EJ, Angarita A, Lycke M, Jochumsen K, Afsari B, Danilova L, DA, Jardon K, Zeng X, Arseneau J,Fu L,DiazJr.LA, Karchin R. Evaluation of liquid from Papanicolaou test and other liquid biopsies for the detection of endometrial and ovarian cancers. Sci Transl Med 2018;10eaap 8793

286. Xing, D, Jenson, EG, Christopher A, Zwick, CA, Fausto, MJ, Rodriguez, J, **Kurman RJ.** Atypical proliferative (borderline) serous ytumor in the brain. A case report. Int J Gynecol Pathol 2017;37:52-56

287. Wu R-C , Wang P, Lin S-F, Zhang M, Song Q, Chu T, Wang BG, **Kurman RJ**, Vang R, Kinzler K, Tomasetti C, Jiao Y, Shih I-M, Wang T-L. Genomic landscape and evolutionary trajectories of ovarian cancer precursor lesions. J Pathol;10:1-10, 2019

**Review Articles and Book Chapters:**

1. **Kurman RJ**, and Norris HJ: Malignant germ cell tumors of the ovary. Human Pathol 1977; 8:551-564.

2. **Kurman RJ**, and Norris HJ: Germ cell tumors of the ovary. Path Annual 1978; 13:291-325.

3. **Kurman RJ**, Scardino PT, McIntire KR, Waldmann TA, Javadpour N, and Norris HJ: Cellular localization of alpha-fetoprotein and human chorionic gonadotropin in germ cell tumors of the testis and ovary. Scand J Immunol 1978; Supp 8, Vol 8, 127-130.

4. **Kurman RJ**: Abnormalities of the genital tract following stilbestrol exposure in utero. In Recent Results in Cancer Research. C.H. Lingeman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1979; Vol 66, pp. 161-174.

5. **Kurman RJ**: The clinical consequences of stilbestrol exposure in utero. West J Med 1979; 131:526-532.

6. **Kurman RJ**, Scardino PT, McIntire KR, Waldmann TA, Javadpour N, and Norris HJ: Malignant germ cell tumors of the ovary and testis.  An immunohistologic study of 69 cases.  Ann Clin Lab Sci 1979; 9:462-466.

7. **Kurman RJ**, and Norris HJ: The effect of in utero exposure to diethystilbestrol.  In Functional Morphologic Changes in Female Sex Organs Induced by Exogenous Hormones.  Dallenbach-Helwig (ed) Springer-Verlag, Berlin, Heidelberg, New York, 1980; pp. 7-16.

8. **Kurman RJ** and Casey C: Immunoperoxidase techniques in surgical pathology.  Principles and practice.  In Manual of Clinical Immunology, 2nd ed., Noel Rose and Herman Friedman (eds).  American Society of Microbiology, Wash., D.C., 1980; pp. 60-69.

9. **Kurman RJ**, Goebelsmann U, and Taylor CR: Localization of steroid hormones in functional ovarian tumors.  In Masson Monographs in Diagnostic Pathology.  Diagnostic Immunocytochemistry A. DeLellis (ed) Masson, Inc., New York, 1981; pp. 137-148.

10. **Kurman RJ**, and Scardino PT: Alpha-fetoprotein and human chorionic gonadotropin in ovarian and testicular germ cell tumors.  In Masson Monograph in Diagnostic Pathology.  Diagnostic Immunocytochemistry  A. DeLellis (ed) Masson, Inc., New York, 1981; pp 277-298.

11. Robboy SJ, Miller AW III Jr., **Kurman RJ**: The pathologic features and behavior of endometrial carcinoma associated with exogenous estrogen administration.  Path Res Pract 1982; 174:237-256.

12. **Kurman RJ**: Benign diseases of the endometrium.  In Pathology of the Female Genital Tract.  2nd ed. Ancel Blaustein (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1982; pp. 279-310.

13. **Kurman RJ** and Norris HJ: Endometrial neoplasia: Hyperplasia and carcinoma.  In Pathology of the Female Genital Tract.  2nd ed. Blaustein (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1982; pp. 311-351.

14. **Kurman RJ**, Petrilli ES: Germ cell tumors of the ovary.  Pathology, behavior and treatment.  In Cancer Research and Treatment.  Gynecologic Cancer.  C.T. Griffiths and A. Fuller (eds).  Martinus Nijhoff, Boston, 1983; pp. 103-153.

15. **Kurman RJ**: Immunocytochemistry of testicular cancer.  In Testis Tumors.  J. Donohue (ed).  Williams and Wilkins.  Baltimore, 1983; pp. 92-110.

16. Zaloudek CJ, **Kurman RJ**: Recent advances in the pathology of ovarian cancer.  In Clinics in Obstetrics and Gynecology.  Ovarian Cancer.  Vol. 10, No. 2, P.J. DiSaia (ed)., W.B. Saunders, London 1983; pp. 155-185.

17. Norris HJ, Tavassoli FA, **Kurman RJ**: Endometrial hyperplasia and carcinoma; Diagnostic considerations.  Am J Surg Pathol 1983; 7:839-847.

18. Kaufman R, Koss LG, **Kurman RJ**, Meisels A, Okagaki T, Patten SF, Reid R, Richart RM, Weid GL.  Statementof caution in the interpretation of papillomavirus-associated lesions of the epithelium of uterine cervix.  Int J Gynecol Pathol 2(1):100,1983.

19. **Kurman RJ**: Contributions of immunocytochemistry to gynecologic pathology.  In Clinics in Obstetrics and Gynecology, Vol. 11, No. 1, H. Fox (ed).  W.B. Saunders, London, 1984; pp. 5-23.

20. **Kurman RJ**, Ganjei P, Nadji M: Contributions of immunocytochemistry to the diagnosis and study of ovarian neoplasms.  Int J Gynecol Pathol 1984; 3:3-26.

21. **Kurman RJ**, Jenson AB, Sinclair CF, Lancaster WD: Detection of human papillomavirus by immunocytochemistry.  In Advances in Immunocytochemistry, 2nd edition, R.A. DeLellis (ed).  Masson, Inc., New York, 1984; pp. 201-221.

22. Jenson AB, **Kurman RJ**, Lancaster WD: The human papillomaviruses.  In International Textbook of Human Virology, R. Belshe (ed), John Wright, PSG, Inc, 1984; pp. 951-968.

23. **Kurman RJ**, Jenson AB, Lancaster WD: The role of papillomavirus infection in squamous neoplasia of the cervix.  Path Res Practice 1984; 179:24-30.

24. **Kurman RJ**: Pathology considerations in clinical chemoprevention trials.  In Chemoprevention Clinical Trials, Problems and Solutions.  Proceedings of a Workshop.  M.A. Sestili and J. G. Dell (eds), 1984, pp. 139-142.

25. **Kurman RJ**: Cervical dysplasia.  Classification and natural history.  In Interferon in the Prevention of Cervical Carcinoma.  National Cancer Institute Workshop, 1984, pp. 4-24.

26. **Kurman RJ**, and Nadji M: Immunocytochemistry of ovarian neoplasms, In Tumors and Tumor Like Conditions of the Ovary.  L.M. Roth and B. Czernobilsky (eds); Contemporary Issues in Surgical Pathology.  Churchill Livingston Inc. New York, Edinburgh, London and Melbourne 1985, pp. 207-231.

27. **Kurman RJ**, Lancaster WD, Jenson AB: Papillomaviruses and cervical neoplasia.  Reflections on the past, perceptions of the present, and speculations on the future.  In UCLA Symposium on Molecular and Cellular Biology.  New Series.  P. Howley and T. Broker (eds), Alan R. Liss, Inc. 1985, pp. 3-18.

28. Jenson AB, **Kurman RJ**, Lancaster WD: Detection of papillomavirus common antigens in lesions of the skin and mucosa.  Clinics in Dermatology 1985; 3:56-63.

29. Klappenbach RS, **Kurman RJ**: Immunohistochemistry of Testicular Tumors in Pathology of the Testis, A. Talerman and L.M. Roth (eds), Churchill Livingston Inc., New York, Edinburgh, London and Melbourne 1986, pp. 169-179.

30. Zaloudek C, Tavassoli F, **Kurman RJ**: Malignant Lesions of the Ovary.  In Obstetrics and Gynecology.  5th ed., D.N. Danforth and J.R. Scott (eds), J.B. Lippincott Co., Philadelphia, 1986, pp. 1133-1155.

31. **Kurman RJ**, Norris HJ: Endometrium.  In The Pathology of Incipient Neoplasia, D.E. Henson and J. Albores-Saavedra, (eds), W.B. Saunders Co., Philadelphia, 1986, pp. 265-277.

32. Jenson AB, Lancaster WD, Kurman RJ: Uterine Cervix.  In The Pathology of Incipient Neoplasia, D.E. Henson and J. Albores-Saavedra, (eds), W.B. Saunders Co., Philadelphia, 1986, pp. 249-263.

33. Brescia RJ, Jenson AB, Lancaster WD, **Kurman RJ**: The role of human papillomavirus in the pathogenesis and histologic classification of precancerous lesions of the cervix.  Humn Pathol 1986; 6:552-559.

34. Lancaster WD, **Kurman RJ**, Jenson AB: Papillomaviruses in anogenital neoplasms.  In The Human Oncogenic Viruses, A. Luderer and H. Weetall (eds), Humana Press; Clifton, N.J. 1986, pp. 153-183.

35. Lorincz AT, Lancaster WD, **Kurman RJ**, Jenson AB, and Temple GF: Characterization of human papillomaviruses in cervical neoplasia and their detection in routine clinical screening.  In Petro R., and zur Hausen H (eds.), Viral Origins of Cervical Cancer.  Banbury Report 21.  Cold Spring Harbor Laboratory, Cold Spring Harbor, New York, 1986, pp. 225-237.

36. Norris HJ, Connor MP, **Kurman RJ**: Preinvasive lesions of the endometrium.  In Clinical Obstetrics and Gynecology, Vol. 13, No. 3, W.Creasman (ed), W.B. Saunders, London, Philadelphia, Toronto, 1986; pp. 725-738.

37. Yeh I-T, **Kurman RJ**: Immunocytochemistry in obstetrics and gynecologic pathology.  In Pathology Update Series, Vol. 2, Continuing Professional Educational Center, Inc., Princeton, New Jersey 1987, pp. 2-8.

38. Mazur MT, **Kurman RJ**: The pathology of gestational choriocarcinoma and placental site trophoblastic tumor In Gestational Trophoblastic Disease, A.E. Szulman and H. Buchsbaum (eds) Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 45-68.

39. Jenson AB, **Kurman RJ**, Lancaster WD: Tissue effects of and host responses to human papillomavirus infection.  In Clinical Obstetrics and Gynecology, Vol. 14, No 2, R. Reid (ed), W.B. Saunders, London, Philadelphia, Toronto, 1987; pp. 397-406.

40. **Kurman RJ**, Mazur MT: Benign disease of the endometrium.  In Blaustein's Pathology of the Female Genital Tract.  3rd ed. R.J. Kurman (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 292-321.

41. **Kurman RJ**, Norris HJ: Endometrial hyperplasia and metaplasia.  In Blaustein's Pathology of the Female Genital Tract.  3rd ed. R.J. Kurman (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 322-337.

42. **Kurman RJ**, Norris HJ: Endometrial carcinoma.  In Blaustein's Pathology of the Female Genital Tract. 3rd ed., R.J. Kurman (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 338-372.

43. Mazur MT, **Kurman RJ**: Gestational trophoblastic disease.  In Blaustein's Pathology of the Female Genital Tract 3rd ed., R.J. Kurman (ed).  Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 835-875.

44. Robboy SJ, Kraus FT, **Kurman RJ**: Gross description and processing of gynecologic and obstetric tissue.  In Blaustein's Pathology of the Female Genital Tract.  3rd ed.  R.J. Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1987, pp. 925-940.

45. Robboy SJ, Duggan MA, **Kurman RJ**: The female reproductive system.  In Pathology, E. Rubin and J. Farber (eds), J.B. Lippincott Co., Philadelphia, 1988, pp. 942-989.

46. Zaloudek C, **Kurman RJ**: Functioning tumors of the ovary.  In Diagnosis and Pathology of Endocrine Diseases, G. Mendelsohn (ed), Lippincott Co., Philadelphia, 1988, pp. 413-449.

47. Zaino RJ, **Kurman RJ**: Squamous differentiation in carcinoma of the endometrium: A critical appraisal of adenoacanthoma and adenosquamous carcinoma.  Sem Diag Pathol 1988; 5:154-177.

48. Young RH, **Kurman RJ**, Scully RE: Proliferations and tumors of intermediate trophoblast of the placental site.  Sem Diag Pathol 1988; 5:223-237.

49. Mazur MT, **Kurman RJ**: Trophoblastic Disease.  In Diagnosis In Surgical Pathology, Sternberg, Antonioli, Carter, Eggleston, Oberman, Mills (eds).  Raven Press, New York, 1989, pp1487-1502.

50. Yeh I-T, **Kurman RJ**: Editorial.  Functional and morphologic expressions of trophoblast.  Lab Invest 1989; 61:1-4.

51. Hesla JS, Kurman RJ, Rock JA: Histologic effects of oral contraceptives on the uterine corpus and cervix.  Sem Reprod Endocrinol 1989; 7:213-219.

52. Crum C, Fu Y-S, **Kurman RJ**, Okagaki T, Twiggs, LB, Silverberg, SG: Editorial Board Symposium.  Practical approach to cervical human papillomavirus-related intraepithelial lesions.  Int J Gynec Pathol 1989; 8:388-399.

53. Yeh, I-T, Zaloudek C, **Kurman RJ**: Functioning tumors and tumor-like conditions of the ovary.  In Principles and Practices of Endocrinology and Metabolism, K Becker et al (eds), J.B. Lippincott Co., Philadelphia 1990, pp 848-854.

54. Ambros, RA, **Kurman, RJ**: Current concepts in the relationship of HPV infection to the pathogenesis and classification of precancerous squamous lesions of the uterine cervix.  Sem Diag Pathol 1990;7:158-172.

55. Schiffman MH, **Kurman RJ**, Barnes W, Lancaster WD: HPV infection and early cytological abnormalities in 3175 Washington, D.C. women.  In Howley P, Broker T (eds) Papillomaviruses, Wiley-Liss Inc., 1990, p81-88.

56. Jenson AB, **Kurman RJ**, Lancaster WD: Tissue effects of and host response to human papillomavirus infection.  In Human Papillomavirus Infection, Dermatologic Clinics, M.T. Goldfarb and Richard Reid (eds), vol 9, W.B. Saunders Co., Philadelphia, 1991, p203-209.

57. **Kurman RJ**, Malkasian GD Jr, Sedlis A, Solomon D: From Papanicolaou to Bethesda: The rationale for a new cervical cytologic classification.  Obstet Gynecol 1991;77:779-782.

58.  **Kurman, RJ**: The morphology, biology, and pathology of intermediate trophoblast: A look back to the present.  Human Pathol 1991;22:847-855.

59.  **Kurman RJ**: Pathology of trophoblast.  In Pathology of Reproductive Failure, Kraus FT, Damjanov I, Kaufman N (eds), USCAP/Williams & Wilkins, Baltimore, 1991, 195-227.

60.  Ambros RA, **Kurman RJ**: Tumors of the vulva.  In Pediatric and Adolescent Gynecology, SE Koehler Carpenter and JA Rock (eds), Raven Press, New York, 1992, 353-363.

61.  Perez CA, **Kurman RJ**, Stehman FB, Thigpen JT: Uterine cervix.  In Principles and Practice of Gynecologic Oncology, WJ Hoskins, CA Perez, RC Young (eds), J.B. Lippincott Co, 1992, pp 591-662.

62.  **Kurman RJ**, Trimble CL, Shah KV: Human papillomavirus and the pathogenesis of vulvar carcinoma.  Current Opinion in Obstetrics and Gynecology, 1992;4:582-585.

63.  Kiviat NB, Critchlow CW, **Kurman RJ**: Reassessment of the morphological continuum of cervical intraepithelial lesions: does it reflect different stages in the progression to cervical carcinoma?  In The Epidemiology of Cervical Cancer and Human Papillomavirus, N Munoz, F Bosch, K Shah, H Mehens (eds), Lyon, International Agency for Research on Cancer, 1992, pp.59-66.

64.  **Kurman RJ**, Norris HJ: Endometrium.  In Pathology of Incipient Neoplasia, DE Henson and J Albores-Saavedra (eds), W.B. Saunders Co., Philadelphia, 1993, pp268-282.

65.  Trimble CL, Trimble EL, **Kurman RJ**: Human Papillomavirus - Related Lesions of the Female Genital Tract.  In Current Therapy in Oncology, JE Niederhuber (ed), Mosby-Year Book, Inc., St. Louis, Missouri, 1993, pp511-517.

66.  **Kurman RJ**, Trimble CL: The behavior of serous tumors of low malignant potential: Are they ever malignant?  Int J Gynecol Pathol 1993;12:120-127.

67.  **Kurman RJ**: Cervical Cytology: Evaluation and Management of Abnormalities.  ACOG Technical Bulletin, Number 183, August 1993 (replaces #81, October 1984).

68.  Robboy SJ, Duggan MA, **Kurman RJ**: The Female Reproductive System.  In Pathology, E Rubin, JL Farber (eds), J.B. Lippincott Company, Philadelphia, Pa, 1994, pp908-971.

69.  Jones MW, **Kurman RJ**: Endometrial Hyperplasia.  In Textbook of Gynecology, LJ Copeland (ed), W.B. Saunders Company, Philadelphia, Pa, 1993, pp889-895.

70.  Mazur MT, **Kurman RJ**.  Gestational Trophoblastic Disease.  In Diagnostic Surgical Pathology, 2nd ed., S. Sternberg, D. Antonioli, D. Carter, S. Mills, H. Oberman, (eds).  Raven Press Ltd., New York 1994, pp. 1975-1992.

71.  **Kurman RJ**, Henson DE, Herbst AL, Noller KL, Schiffman MH.  Interim Guidelines for Management of Abnormal Cervical Cytology.  JAMA 1994;271:1866-1869.

72.  Zaino RJ, Robboy SJ, Bentley R, **Kurman RJ**: Diseases of the Vagina.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.131-184.

73.  Wright TC, **Kurman RJ**, Ferenczy A: Precancerous lesions of the cervix.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994,pp.229-278.

74.  Wright TC, Ferenczy A, **Kurman RJ**: Carcinoma and other tumors of the Cervix.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.279-326.

75.  **Kurman RJ**, Mazur MT: Benign Diseases of the Endometrium.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.367-410.

76.  **Kurman RJ**, Norris HJ: Endometrial Hyperplasia and Related Cellular Changes. In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.411-438.

77. **Kurman RJ**, Zaino RJ, Norris HJ: Endometrial Carcinoma.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.439-486.

78. Mazur MT, **Kurman RJ**: Gestational Trophoblastic Disease and Related Lesions.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.1049-1096.

79. Robboy SJ, Kraus FT, **Kurman RJ**: Gross Description, Processing, and Reporting of Gynecologic and Obstetric Specimens.  In Blaustein's Pathology of the Female Genital Tract, 4th ed., RJ Kurman (ed), Springer-Verlag, Berlin, Heidelberg, New York, 1994, pp.1225-1246.

80. Wright TC Jr., **Kurman RJ**: A Critical Review of the Morphologic Classification Systems of Preinvasive Lesions of the Cervix: The Scientific Basis for Shifting the Paradigm.  Papillomavirus Report 1994;5:175-182.

81. Robboy SJ, Duggan MA, **Kurman RJ**: The Female Reproductive System.  Essential Pathology, 2nd ed., J.B. Lippincott Company, Phila., Pa. 1995;507-538.

82. Isacson C, **Kurman RJ**: The Bethesda System: A new classification for managing Pap smears. Contemporary Ob/Gyn 1995:40:67-74.

83. Yeh I-T, Zaloudek KC, **Kurman RJ**: Functioning tumors and tumor-like conditions of the ovary.  In Principles and Practice of Endocrinology and Metabolism, 2nd ed., KL Becker (ed), J.B. Lippincott Co., Phila., Pa., 1995; 940-947.

84. Sherman ME, **Kurman RJ**.  The role of exfoliative cytology and histopathology in screening and triage.  In Human Papillomaviruses I, AT Lorincz and R Reid (eds).  Obstet Gynec Clin N Amer, W.B. Saunders Co., Philadelphia, Vol. 23, 1996; 641-655.

85. Silva EG, **Kurman RJ**, Russell P, Scully RE.  Symposium: Ovarian tumors of borderline malignancy.  Int J Gynecol Pathol 1996; 15:281-302.

86. Sugarbaker PH, Ronnett BM, Archer A, Averbach AM, Bland R, Chang D, Dalton RR, Ettinghausen SE, Jacquet P, Jelinek J, Kislowe P, **Kurman RJ**, Shmooker B, Stephens AD, Steves MA, Stuart OA, White, S, Zahn CM, Zoetmulder FAN.  Pseudomyxoma Peritonei Syndrome.  In: Advances in Surgery, JL Cameron et al (eds).  Vol 30.  Mosby, St Louis, 1996; 253-280.

87. Stehman FB, Perez CA, **Kurman RJ**, Thigpen JT.  Uterine Cervix.  In: Principles and Practice of Gynecologic Oncology, 2nd ed., Hoskins WJ, Perez CA, Young RC (eds), Lippincott-Raven Publishers, Philadelphia, Pa., 1997.

88. Wu T-C, **Kurman RJ**.  Analysis of cytokine profiles in patients with human papillomavirus-associated neoplasms.  J Natl Cancer Inst 1997; 89:185-187.

89. Seidman JD, Ronnett BM, **Kurman RJ**.  Why abandoning the borderline category of ovarian tumors is beneficial.  Contemp Ob/Gyn 1997:66-84.

90. Shih I-M, **Kurman RJ**.  New Concepts in trophoblastic growth and differentiation with medical application for the diagnosis of gestational trophoblastic disease.  Verh Dtsch path 1997; 266-272.

91. Randall TC, **Kurman RJ**.  Progestins are the treatment of choice for most patients with endometrial hyperplasia:A management scheme for endometrial hyperplasia based on age and desire for fertility.  J Gynecol Tech 1997; 3:173-176.

92. Ronnett BM, Shmooker BM, Sugarbaker PH, **Kurman RJ**.  Pseudomyxoma peritonei; new concepts in diagnosis, origin, nomenclature, and relationship to mucinous borderline  (Low malignant potential) tumors of the ovary.  Anatomic Pathology 1997 Vol 2, RE Fechner and PP Rosen (eds.), American Society of Clinical Pathologists, Chicago, Illinois, 1997; 197-226.

93. Sherman ME, **Kurman RJ**.  Evolving concepts in endometrial carcinogenesis: Importance of DNA repair and deregulated growth.  Hum Pathol 1998; 29:1035-1038.

94. Sherman ME, **Kurman RJ**.  Intraepithelial carcinoma of the cervix: Reflections on half a century of progress.  Cancer 1998; 83(11):2243-2246.

95. Robboy SJ, Duggan MA, **Kurman RJ**.  The female reproductive system.  In Pathology, E. Rubin and J. Farber (eds), Lippincott-Raven, Philadelphia, 1998, pp 963-1026.

96. Felix JC, **Kurman RJ**.  Progestogen therapy in malignant tumors of the uterus and ovary.  In Estrogens and Progestogens in Clinical Practice.  IS Frazer, RPS Jansen, MI Whitehead (eds.), Churchill Livingstone, London, 1998, pp. 727-735.

97. Seidman JD, **Kurman RJ**.  Tamoxifen and the endometrium.  Int J Gynecol Pathol 1999; 18 (4):293-296.

98. Ronnett BM, **Kurman RJ**.  Endometrial hyperplasia.  In Textbook of Gynecology, 2nd Edition, Copeland (ed.), WB Saunders Co., Philadelphia, PA, 2000, pp. 1289-1297.

99. Seidman JD, **Kurman RJ**.  Ovarian serous borderline tumors: A critical review of the literature with emphasis on prognostic indicators.  Hum Pathol 2000; 31:539-557.

100. Seidman JD, **Kurman RJ**.  Update on low malignant potential ovarian tumors.  Oncology 2000; 14 (6):910-911.

101. Stehman FB, Perez CA, **Kurman RJ**, Thigpen JT.  Uterine Cervix.  In Principles and Practice of Gynecologic Oncology, Third ed., WJ Hoskins, CA Perez and RC Young (eds).  Lippincott, Williams and Wilkins, Philadelphia, 2000, p 841-918.

102. Seidman JD, Ronnett BM, **Kurman RJ**. Evolution of the concept and terminology of borderline ovarian tumors.  Curr Diagn Pathol 2000; 6:31-7.

103. Shih I-M, **Kurman RJ**.  The pathology of intermediate trophoblastic tumors and tumor-like lesions.  Int J Gynecol Pathol 2001; 20:31-47.

104. Ronnett BM, Sherman ME, **Kurman RJ**.  Endometrium.  In Pathology of Incipient Neoplasia, 3rd ed, DE Henson and J Albores-Saavedra (eds), Oxford University Press, N.Y., 2001, pp. 401-418.

105. Yeh I-T, Zaloudek C, **Kurman RJ**.  Functioning tumors and tumor-like conditions of the ovary.  In:Principles and Practice of Endocrinology and Metabolism 3rd ed. Becker KL (ed), Lippincott Williams and Wilkins, Philadelphia, 2001 p.1009-15.

106. Shih I-M, **Kurman RJ**.  Editorial.  Placental site trophoblastic tumor- Past as prologue.  Gynecol Oncol 2001; 82:413-14.

107. Goldstein RB, Bree RL, Benson CB, Benacerraf BR, Bloss JD, Carlos R, Fleischer AC, Goldstein SR, Hunt RB, **Kurman RJ**, Kurtz AB, Laing FC, Parsons AK, Smith-Bindman R, Walker J. Evaluation of the woman with postmenopausal bleeding: Society of Radiologists in Ultrasound-Sponsored Consensus Conference Statement.  J Ultrasound Med 2001; 20(1):1025-36.

108. Shih I-M, **Kurman RJ**.   Molecular basis of gestational trophoblastic diseases.  Curr Mol Med 2002; 2:1-12.

109. Zaino RJ, Robboy SJ, **Kurman RJ**.  Diseases of the vagina. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 151-206

110. Wright TC, **Kurman RJ**, Ferenczy A. Precancerous lesions of the cervix. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 253-324.

111. Wright TC, Ferenczy A, **Kurman RJ**. Carcinoma and other tumors of the cervix. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 325-382.

112. Sherman ME, Mazur MT, **Kurman RJ**. Benign diseases of the endometrium. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 421-466.

113. Ronnett BM, **Kurman RJ**. Precursor lesions of endometrial carcinoma. In Blaustein's Pathology of the Fermale Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 467-500.

114. Ronnet BM, Zaino RJ, Hedrick Ellenson L, **Kurman RJ**. Endometrial carcinoma. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 501-560

115. Seidman JD, Russell P, **Kurman RJ**. Surface epithelial tumors of the ovary. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp 791-904.

116. Shih I-M, Mazur MT, **Kurman RJ**. Gestational trophoblastic disease and related lesions. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, 2002, pp 1193-1250.

117. Robboy SJ, Kraus FT, **Kurman RJ**. Gross description, processing, and reporting of gynecologic and obstetric specimens. In Blaustein's Pathology of the Female Genital Tract, 5th ed, RJ Kurman (ed), Springer-Verlag, NY, 2002, pp1319-1346.

118. Seidman JD, **Kurman RJ.** Treatment of micropapillary serous ovarian carcinoma (the aggressive variant of serous borderline tumors). Cancer Aug 15, 2002; 95(4):675-6.

119. Seidman JD, Ronnett BM, **Kurman RJ**. Pathology of borderline (low malignant potential) ovarian tumors. Obstetrics and Gynaecology (Bailliere Tindall) 2002; 16(4):499-512.

120. Seidman JD, **Kurman RJ.** Pathology of ovarian carcinoma. In Current Concepts in Ovarian Cancer, ML Disis (ed) Hematology Oncology Clinics of North America 2003; 17:909-925.

121. Silvergberg S, Mutter G, Kurman R. Tumors of the uterine corpus: Epithelial tumors and related lesions. In FA T, MR s, eds: WHO Classification of Tumors: Pathology and Genetics of Tumors of the Breast and Female Genital Organs, ed. 1 Lyon, France, IARC Press, 2003, pp 221-232.

122. Silverberg SG, Bell DA, **Kurman RJ**, Seidman JD, Prat J, Ronnett BM, Copeland L, Silva E, Gorstein F and Young RH. Borderline ovarian tumors: Key points and workshop summary. Hum Pathol 2004; 35:910-917.

123. Bell DA, Longacre TA, Prat J, Kohn EC, Soslow RA, Ellenson LH, Malpica A, Stoler MH and **Kurman RJ**. Serous borderline (low malignant potential, atypical proliferative) ovarian tumors: Workshop perspectives. Hum Pathol 2004; 35:934-948.

124. **Kurman RJ,** Seidman JD, Shih,I-M. Serous borderline tumours of the ovary. Histopathology 2005; 47:310-318.

125. Shih I-M, **Kurman RJ.** Molecular pathogenesis of ovarian borderline tumors: New insights and old challenges. Clin Cancer Res 2005;11:7273-7279.

126. Lorincz AT, Lancaster WD, **Kurman RJ**, Jenson AB, Temple GF. Characterization of human papillomaviruses in cervical neoplasias and their detection in routine clin ical screening Banbury Report 21:225-237, 2007.

127. **Kurman RJ**, Shih IM. Pathogenesis of ovarian cancer: Lessons from morphology and molecular biology and their clinical implications. Intl J Gynecol Pathol 2008; 27:151-160.

128. **Kurman RJ,** Visvanathan K, Roden R, Wu TC, Shih I-M. Early detection and treatment of ovarian cancer: shifting from early stage to minimal volume of disease based on a new model of carcinogenesis. Am J Obstet Gynecol 2008; 198(4):351-356.

129. Shih I-M, Mazur MT, **Kurman RJ.** Gestational trophoblastic disease. In Sternberg's Diagnostic Surgical Pathology 5th Edition, Milles SE (ed) Lippincott, Williams & Wilkins, 2009 pp. 2049-2070.

130. **Kurman RJ**, Shih I-M. The origin and pathogenesis of epithelial ovarian cancer: A proposed unifying theory. Am J Surg Pathol 2010; 34:433-443.

131. Gross AL, **Kurman RJ**, Vang R, Shih I-M, Visvanathan K. Precursor lesions of high-grade serous ovarian carcinoma: Morphlogical and molecular characteristics. Journal of Oncol 2010;2010: 12625 (online).

132. **Kurman RJ**, McConnell TG. Precursors of endometrial and ovarian carcinoma. Virchows Arch 456:1-12, 2010.

133. **Kurman RJ,** McConnell TG. Characterization and comparison of precursors of ovarian and endometrial carcinoma: Parts I and II. Int J Surg Pathol 18:1815-1895, 2010.

134. Zaino RJ, Nucci M, **Kurman RJ**.  Diseases of the vagina. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 105-154

135. Wright TC, Ronnett BM, **Kurman RJ**, Ferenczy A. Precancerous lesions of the cervix. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 193-252.

136. Witkiewicz AK, Wright TC, Ferenczy A, Ronnett BM, **Kurman RJ**. Carcinoma and other tumors of the cervix. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 253-304.

137. Hedrick Ellenson L, Ronnett BM, **Kurman RJ**. Precursor lesions of endometrial carcinoma. In Blaustein's Pathology of the Fermale Genital Tract, 6th ed, RJ Kurman , L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 359-392.

138. Hedrick Ellenson L, Ronnet BM, Soslow RA, Zaino RJ, **Kurman RJ**. Endometrial carcinoma. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 393-452

139. Seidman JD, Cho KR, Ronnett BM, **Kurman RJ**. Surface epithelial tumors of the ovary. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett (eds), Springer-Verlag, NY, 2011, pp 679-784.

140. Shih I-M, Mazur MT, **Kurman RJ**. Gestational trophoblastic disease and related lesions. In Blaustein's Pathology of the Female Genital Tract, 6th ed, RJ Kurman, L Hedrick Ellenson, BM Ronnett  (eds), Springer-Verlag, 2011, pp 1075-1136.

141. **Kurman RJ**, Shih I-M. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer – Shifting the paradigm. Human Pathol 2011;42:918-931

142. Banet N, Shih I-M**, Kurman RJ.** The origin and pathogenesis of epithelial ovarian cancer. In Textbook of Gynaecological Oncology, A Ayhan, N Reed, M Gultekin, P Dursun (eds) Gunes Publishing, Turkey, 2012, pp 422-431

143. Kuhn E, **Kurman RJ**, Shih I-M. Ovarian cancer is an imported disease: Fact or fiction. Curr Obstet Gynecol Rep, 2012;1:1-9

144. Maniar KP, Shih IM, **Kurman RJ**. Molecular pathology of ovarian cancer. In "Molecular Genetic Pathology" 2nd ed, Cheng L and Zhang D (eds), Hanna Press, October 2012.

145. Vang R, Shih IM, **Kurman RJ**. Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology, 2013, 62:44-58.

146. Maniar KP, Shih IM, **Kurman RJ**. Molecular pathology of ovarian cancer. In "Molelcular Surgical Pathology," Cheng L and JN Eble (eds), Springer Science and Business Media, 2013; 129-149.

147. **Kurman RJ**, Bagby CM, Shih Ie-M.  Molecular diagnostics of gynecologic neoplasms. In "Principles of Molecular Diagnostics and Personalized Cancer Medicine," Chan D and Lynch HT (eds), Lippincott Williams & Wilkins, 2013; 477-491.

148. **Kurman RJ.** Origin and molecular pathogenesis of ovarian high-grade serous carcinoma Annals of Oncology 2013;24:2-21.

149. Nik NN, Vang RV, Shih I-M, **Kurman RJ**. Origin and pathogenesis of pelvic (ovarian, tubal, and primary peritoneal) serous carcinoma. Annu Rev Pathol Mech Dis 2014,9:27-45

150. **Kurman RJ**, Shih I-M. Discovery of a cell: Reflections on the checkered history of intermediate trophoblast and update on its nature and pathologic manifestations. Int J Gynecol Pathol 2014;33:339-347
151. Kobel M, **Kurman RJ**, Seidman JD. New views of ovarian carcinoma types: How will this change practice? In "Controversies in the Management of Gynecological Cancers." J.A. Ledermann et al (eds), Springer-Verlag London 2014; 29-38.
152. Shih I-M, Mazur MT, **Kurman RJ**. Gestational trophoblastic disease In Sternberg's Surgical Pathology volume 2, 6th edition, SE Mills, JK Greenson, JL Hornick, TA Longacre, VE Reuter (eds) Wolters Kluwe, 2015, pp 2297-2319
153. **Kurman RJ**, Shih I-M. The Dualistic Model of Ovarian Carcinogenesis. Revisited, Revised and Expanded. Am J Pathol 2016;186:733-47
154. **Kurman RJ**, Shih I-M. Seromucinous tumors of the ovary. What's in a name? Int J Gynecol Pathol 2016;35:78-81

**Guest Journal Editor:**

1. International Journal of Gynecological Pathology, Symposium on Immunocytochemistry in Gynecological Pathology, 1984
2. Seminars in Diagnostic Pathology, Pathology of the Uterine Corpus, 1988

**Books:**

1. **Kurman RJ** (ed): Blaustein's Pathology of the Female Genital Tract. 3rd ed. Springer-Verlag, Berlin, Heidelberg, New York, 1987.
2. Silverberg SG, **Kurman RJ**: Atlas of Tumor Pathology. Tumors of the Uterine Corpus and Gestational Trophoblastic Disease, Third Series, Fascicle 3, Armed Forces Institute of Pathology, Washington, D.C., 1992.
3. **Kurman RJ**, Norris HJ, and Wilkinson E: Atlas of Tumor Pathology. Tumors of the Cervix, Vagina and Vulva, Third Series, Fascicle 4, Armed Forces Institute of Pathology, Washington, D.C., 1992.
4. **Kurman RJ**, Solomon D: The Bethesda System for Reporting Cervical/Vaginal Cytologic Diagnoses. Definitions, Criteria, and Explanatory Notes for Terminology and Specimen Adequacy. Springer-Verlag, New York, 1994.
5. Scully RE, Bonfiglio TA, **Kurman RJ**, Silverberg SG, Wilkinson EJ. World Health Organization International Histological Classification of Tumors. Histological Typing of Female Genital Tract Tumours, 2nd ed., Springer-Verlag, Berlin, 1994.
6. **Kurman RJ** (ed): Blaustein's Pathology of The Female Genital Tract. 4th ed., Springer-Verlag, New York, 1994.
7. Mazur MT, **Kurman RJ**. Diagnosis of Endometrial Biopsies and Curettings. A Practical Approach, Springer-Verlag, New York, 1995.
8. **Kurman RJ** (ed): Blaustein's Pathology of the Female Genital Tract. 5th ed, Springer-Verlag, New York, 2002.
9. Mazur MT, **Kurman RJ**. Diagnosis of Endometrial Biopsies and Curettings. A Practical Approach, Springer-Verlag, 2nd edition, New York, 2005
10. Giordano A, Bovicelli A, Kurman RJ. Molecular Pathology of Gynecologic Cancer. Humana Press, Totowa, New Jersey, 2007

11.  **Kurman RJ**, Ronnett BM, Sherman ME and Wilkinson E: Atlas of Tumor Pathology. Tumors of the Cervix, Vagina and Vulva, Fourth Series, Fascicle 13, Armed Forces Institute of Pathology, Washington, D.C., 2010.

12.  **Kurman RJ,** L Hedrick Ellenson, BM Ronnett (eds): Blaustein's Pathology of the Female Genital Tract. 6th ed, Springer-Verlag, New York, 2011.

13.  **Kurman RJ**, Carcangiou ML, Herrington S, Young RH. World Health Organization Classification of Tumours, Tumours of Female Reproductive Organs, , 4th ed, IARC Press, Lyon, 2014

14.  **Kurman RJ,** L Hedrick Ellenson, BM Ronnett (eds): Blaustein's Pathology of the Female Genital Tract. 7th ed, Springer-Verlag, New York (in press).

15.  Murdock T, Veras E, **Kurman RJ,** Mazur MT**.** Diagnosis of Endometrial Biopsies and Curettings.  A Practical Approach, Springer-Verlag, 3[nd] edition, New York, 2019

# FELLOWSHIP PROGRAM

Brescia, Robert J. M.D.                                              1984-1985
    **Staff Pathologist**
    Quest Diagnostics, Inc.
    506 E. State Parkway
    Schaumburg, IL 60173
    Phone: 847-885-2010 x 5258
    Fax: 847-885-5588
    E-mail: Robert.J.Brescia@questdiagnostics.com

Willett, Gerald D., M.D.                                            1985-1986
    **Medical Officer**
    Div. of Reproductive and Urologic Drug Products
    CDER, FDA
    WILLETTG@cder.fda.gov
    Phone: 301-827-7520

O'Connor, Dennis M., M.D.                                          1986-1987
    **Clinical Associate Professor**
    Departments of Obstetrics and Gynecology, and Pathology
    University of Louisville School of Medicine
    **Staff Pathologist, Gynecologic Pathology**
    Clinical Pathology Associates, PSC
    4001 Dutchmans Lane, Suite LL-B
    Louisville, KY 40207
    Phone:(502) 893-1037
    Fax:(502) 894-3319
    dmopath@bellsouth.net

Yeh, I-Tien, M.D.                                                  1986-1988
    **Professor**
    University of Texas Health Science Center at San Antonio
    Department of Pathology
    7703 Floyd Curl Drive
    San Antonio, TX 78284-7750
    Phone: 210-567-6722
    Fax: 210-567-3153
    Email: yehi@uthscsa

Chapman, William B., M.D.                                          1988-1989
    **Associate Professor**,
    Dept. of Pathology
    Ontario Cancer Institute
    University Health Network - Princess Margaret Hospital
    610 University Ave.
    Toronto ON Canada M5G 2M9

Phone:416-946-2836 (secretary)
Phone: 416-946-4481 (direct)
Fax: 416-946-6579
E-mail:william.chapman@uhn.on.ca

Bitterman, Pincas, M.D.                                                    1987-1989
   **Professor of Pathology and Obstetrics & Gynecology**
   Department of Pathology
   Rush - Presbyterian
   ST. Luke's Medical Center
   1653 W. Congress Parkway
   Chicago, IL 60612-3833
   Phone:312-942-6789
   FAX: 312-942-4228
   E-mail: pbitterm@rush.edu

Jones, Mirka W., M.D.                                                      1988-1990
   **Professor of Pathology**
   Magee-Womens Hospital
   Dept. of Pathology
   300 Halket Street
   Pittsburgh, Pennsylvania
   15213-2130
   Telephone Number: 412-641-1909
   Fax Number: 412-641-1675
   E-mail:  mjones2@magee.edu

Kathleen R. Cho, M.D.                                                      1988-1990
   **Peter A. Ward Professor of Pathology and**
   **Vice-Chair for Academic Affairs Pathology Department**
   University of Michigan
   4301 MSRB III
   1150 West Medical Center Drive
   Ann Arbor, Michigan 48109
   Phone: 734-764-1549
   Fax: 734-647-7979
   Email:kathcho@umich.edu

Ambros, Robert A., M.D.                                                    1989-1991
   **Professor**
   The Albany Medical College
   Department of Pathology
   43 New Scotland Avenue
   Albany, New York 12208
   Telephone Number: 518-262-5454
   Fax Number: 518-262-3663

Hedrick-Ellenson, Lora, M.D.                                    1989-1991
    **Professor and Director, Gynecologic Pathology**
    New York Presbyterian Hospital
    Weill Medical College of Cornell University
    Department of Pathology and Laboratory Medicine
    525 East 68th Street, Room Starr 1043
    New York, New York 10065
    Phone: 212-746-6447
    Fax: 212-746-8192
    Email:  lora.ellenson@med.cornell.edu

Hameed, Arif, M.D.                                              1990-1992
    **NO INFORMATION**

Trimble, Cornelia, M.D.                                         1991-1993
    **Professor**
    Johns Hopkins Medical Institutions
    Harvey Building 319
    600 N. Wolfe Street
    Baltimore, MD 21287
    Phone: 5-2147 secretary (option #4)
    Direct line: 4-6098   FAX:5-1003
    Pager: 410-389-7528
    ctrimbl@welchlink.welch.jhu.edu

Zahn, Christopher M., LtCol,USAF,MC                             1992-1993
    Department of Ob/Gyn
    Brooke Army Medical Center
    3851 Roger Brooke Drive
    Fort Sam Houston
    Texas 78234-6200
    Phone - office: 210-916-2220
    Pager: 210-813-1743

T-C Wu, M.D., Ph.D.                                            1992-1994
    **Professor**
    Daniel Nathans Scholar
    Chief, Gynecologic Pathology
    Johns Hopkins University School of Medicine
    1550 East Orleans Street, CRB II Room 309
    Baltimore, Maryland 21287
    Phone: 410-614-3899
    Beeper: 410-283-3383
    Fax: 410-614-3548
    Email:  wutc@jhmi.edu

Burks, R. Tucker, M.D.                                          1992-1994
    **Pathologist**
    Carolina Pathology Group
    8720 Red Oak Blvd.
    Suite 301
    Charolotte, NC 28262
    Phone:  982-212-1204
    Fax:  980-212-1211
    Cell:  704-369-6938
    Email: Tucker.Burks@carolinas.org


Ronnett, Brigitte M., M.D.                                      1993-1995
    **Professor**,
    Department. of Pathology
    The Johns Hopkins University School of Medicine
    Weinberg Building, Room 2242
    401 North Broadway
    Baltimore, MD 21231
    Phone: 410-614-2971
    Fax: 410-614-1287
    Email:  bronnett@jhmi.edu

Isacson, Christina, M.D.                                        1994-1996
    CellNetix Pathology and Laboratories
    1124 Columbia Street, Suite 200
    Seattle, WA  98104
    Phone:  206-576-6504
    Fax:  206-215-5935
    Cell:  206-890-9655
    Email:  cisacson@cellnetix.com and Christina.isacson@gmail.com

Greenspan, David L., M.D.                                       1995-1996
    **Clinical Obstetrician-Gynecologist**
    Univ of Ariz Health Sci Ctr
    2601 East Rooselvelt Street
    Phoenix Arizona 85008
    Phone: 602-344-5444
    Fax: 602-344-5596
    Cell phone 602-618-0536
    E-mail: GreenspanDavid@hotmail.com

Lax, Sigurd F., M.D.                                            1995-1997
    **Ob/Gyn, Breast & Endocrine Pathology**
    University Hospital
    Dept of Pathology
    Auenbrugger Platz 25
    A-8036 Graz

**Austria**
Telephone Number: 43 316 380 4445
Fax Number: 43 316 384 329
Email Address: sigurd.lax@kfunlgraz.ac.at

Shih, Ie-Ming, M.D., Ph.D.                                                          1997-1998
**Richard TeLinde Distinguished Professor**
**Of Gynecologic Pathology**
Departments of Gynecology and Obstetrics,
Pathology and Oncology and C0-Director Breast and
Ovarian Cancer Program Sidney Kimmel Comprehensive
Cancer Center
Johns Hopkins University School of Medicine
1550 Orleans Street, Room 305, CRB II
Baltimore,MD 21287
Phone:  410-502-7774
Fax:  410-502-7943
Email:  shihie@yahoo.com

Riopel, Maureen A., M.D.                                                            1996-1998
**Staff Pathologist**
Clinical Pathology Laboratories, Inc.
9200 Wall Street
Austin, TX 78754
Phone: 512-339-1275 or 1-800-595-1275 - 512-324-1183
Fax: 512-324-1170
Email:  mannriopel@yahoo.com

Wheeler, Darren, M.D.                                                              1998-1999
Associated Pathologists Chartered
Quest Diagnostics Incorporated
6812 Via Bella Luna Avenue
Los Vegas, Nevada  89131
Phone:  702-379-3209
E-mail:  darren.t.wheeler@questdiagnostics.com

Bell, Karen A., M.D.                                                               1998-2000
**Staff Pathologist**
Abington Jefferson Health
Department of Pathology
1200 Old York Road
Abington, PA  19001
Phone:  215-481-2545
Fax: 215-481-4481
Cell:  215-260-2969
E-mail:  Karen.A.Bell@jefferson.edu

Staebler, Annette, M.D.                                          1999-2001
   **Professor**
   Institut für Pathologie
   Bereich Gynäkopathologie
   Universitätsklinikum Tübingen
   Liebermeisterstraße 8
   72076 Tübingen
   Germany
   Tel:  07071-2986115/ 2982990
   Fax:  07071-294670
   E-mail:  Annette.Staebler@med.uni-tuebingen.de


Smith Sehdev, Ann, M.D.                                          2000-2002
   **Pathologist and Director**
   Anatomic Pathology
   Legacy Laboratory Services and Cascade Pathology
   1015 NW 22nd Avenue
   Portland, OR  97210
   Phone:  503-413-8257
   Fax:  503-413-6411
   Pager:  503-938-7112
   E-mail:  asehdev@lhs.org

Alexander M. Truskinovsky, M.D.                                  2001-2003
   **Associate Professor**
   Department of Lab oratory Medicine and Pathology
   Roswell Park Cancer Center

Hongxui Ji, M.D.                                                 2002-2003
   Eastside Pathology Inc. P.S.
   1280 116th Avenue, NE - Suite 100
   Bellevue, WA 98004
   425-646-0922 - O
   443-527-1693 – C
   Email:  jih@epipath.com

Monica Srodon, M.D.                                              2002-2005
   Manchester Memorial Hospital
   Department of Pathology
   71 Haynes Street
   Manchester, CT  06040
   Phone: 860-647-6487
   Fax: 860-647-6447
   Cell:  860-682-5365
   Email:  srodon@yahoo.com

   9 Pheasant Crossing
   Glastonbury, CT 06033

Esther Elishaev, M.D.                                                  2003-2004
    **Assistant Professor of Pathology**
    Magee Womens Hospital, Dept of Pathology
    300 Halket Street, Room 4422
    Pittsburgh, PA 15213
    Phone: 412-641-2592  Fax: 412-641-1675
    Email:  eelishaev@magee.edu

Saied Movahedi-Lankarani, M.D.                                         2004-2006
    Hospital Pathology Associates
    2345 Rice Street, Suite 160
    St. Paul, MN 55113-3769
    Phone:  651-241-8767
    Pager:  612-654-6842
    Email:  Saeid.Movahedi-lankarani@allina.com

Anna Yemelyanova, M.D.                                                 2005-2008
    **Associate Professor**
    Department of Pathology
    UT MD Anderson Cancer Center
    1515 Holcombe Blvd., Unit 085
    Houston, TX  77030
    Phone:  713-745-3464
    Pager:  713-404-5941
    Email:  ayemelyanova@mdanderson.org

Denfeng Cao, M.D.                                                      2006-2007
    **Professor**
    Department of Pathology and Immunology
    Washington University School of Medicine
    660 S Euclid Avenue, Campus Box 8118
    St Louis, Missouri 63110
    Phone:  314-747-5007
    E-mail:  dcao@path.wustl.ed  and dengfeng99@yahoo.com

Kara Judson, M.D.                                                      2006-2007
    Lenox Hill Hospital
    Department of Pathology
    100 East 77th St
    New York, New York 10121
    212-434-2363
    kjudson572@gmail.com

Emanuella Veras                                                        2007-2008
    1233 York Avenue 19P
    New York, NY 10021
    Cell:  713-384-6834
    Fax:  434-924-8767
    Email:  emanuelafveras@gmail.com

Thomas McConnell, M.D.                                              2007-2009
    Staff Physician
    Associated Pathologists
    658 Grassmere Park, Suite 101
    Nashville, TN 37211
    Email:  TMcConnell@pathgroup.com

Malti Kshirsagar, M.D.                                             2008-2009
    303 Walden Court
    Wexford, PA  15090
    Phone:  517-672-1571
    Email:  maltikshirsagar@gmail.com

Christopher Przybycin                                              2008-2009
    **Associate Staff**
    Cleveland Clinic
    9500 Euclid Avenue
    Mail Code L25
    Cleveland, OH 44195
    216.444.8421
    Email:  przybyc@ccf.org

Silvia Skripenova                                                 2009-2010
    Spectrum Medical Group
    324 Gannett Drive, Suite 200
    South Portland, ME 04106
    207-662-4025
    207-482-7800
    silvia.skripenova@gmail.com

Donald C. Swing, Jr.                                              2009-2010
    Upstate Pathology PA
    1 Saint Francis Drive
    Greenville, SC 29601
    Phone:
    E-mail:  swing@bshsi.org

Mamta Gupta                                                       2010-2011
    Assistant Professor
    Department of Pathology
    Beth Israel Deaconess Medical Center
    330 Brookline Avenue
    Boston, MA 02215
    617-667-4134
    Fax: 617-667-7120
    mamtaguptalko@yahoo.com

Fanghong (Rose) Li                                                2010-2011

Department of Pathology
Nanjing, Jiangsu Province Hospital, JSPH
Janjing, Jiangsu Province
China
email:  ffi@njmu.edu.cn

Emily Maambo                                                    2010-2011
    Adjunct Professor
    Carolinas Pathology Group
    Carolinas Medical Center
    UNC-Chapel Hill
    1000 Blythe Boulevard
    Charlotte, NC  28203
    Phone:  704-355-3469
    Fax:  704-355-2156
    E-mail:  Emily.maambo@carolinashealthcare.org

Christina M. Bagby, D.O.                                        2011-2012
    **Assistant Professor**
    Gynecologic and Perinatal Pathology
    University Hospitals Cleveland Medical Center
    Case Western Reserve University School of Medicine
    11100 Euclid Avenue, Mailstop 5077
    Cleveland, OH 44106
    Phone: 216-844-8238
    Fax:  216-201-5354
    Cell:  216-315-0407
    Email:  Christina.bagby@uhhospitals.org and bagbycm@yahoo.com

Kruti P. Maniar                                                2011-2013
    **Assistant Professor**
    Department of Pathology
    Associate Residency Program Director
    Northwestern University Feinberg School of Medicine
    251 E Huron Street, Feinberg 7-332
    Chicago, IL 60611
    Phone:  312-926-9648
    Fax:  312-926-3127
    kruti.maniar@northwestern.edu. Or kpmaniar@gmail.com

Niloofar Nasseri-Nik                                           2011-2013
    Department of Pathology
    South Miami Hospital
    6200 73 Street, SW
    South Miami, FL  33143
    Phone:  786-662-8168
    Cell:  407-758-4007
    Email:  niloofar_nik@yahoo.com

    8483 SW 137th Street
    Pallmetto Bay, FL  33158

Natalie Banet, M.D.                                                    2012-2014
    Department of Pathology
    Swedish Medical Center
    501 E. Hampden Avenue
    Englewood, CO  80113
    Phone:  502-649-3267
    Email:  nataliebanet@gmail.com

    3531 S. Logan Street
    Suite D 155


Luis Blanco, M.D.                                                      2013-2014
    **Assistant Professor**
    Northwestern University
    Feinberg School of Medicine
    Department of Pathology
    251 East Huron Street
    Feinberg Pavillion 7-335
    Chicago, IL  60611
    Phone:  312-926-4436
    Cell:  309-714-2338
    Email:  luis.blanco@northwestern .edu

    474 North Lake Shore Drive
    Unit 5308
    luis.blanco.md2006@gmail.com


Jane Morrison, M.D.                                                    2013-2014
    Michigan Pathology Specialists
    Grand Rapids, MI
    Email:  jane.morrison@spectrumhealth.org and jane.morrison1@icloud.com

Lauren Schwartz, M.D.                                                  2013-2014
    Founders 6 Pathology Department
    3400 Spruce Street
    Philadelphia, PA  19104
    Email:  Lauren.ende@gmail.com

Ricardo Lastra, M.D.                                                   2014 - 2015
    **Assistant Professor**
    The University of Chicago Medicine
    Department of Pathology
    Room E-607C, MC 6101
    5841 S. Maryland Avenue
    Chicago, IL  60637
    Email:  ricardo.lastra@uchospitals.edu

Mark Mentrikoski, M.D.                                                    2014- 2015
    520 Madison Oak Drive
    San Antonio, TX  78258
    mentrikoski@gmail.com

John (Kenny) Schoolmeester, M.D.                                         2014-2015
    Assistant Professor
    Department of Laboratory Medicine and Pathology
    Mayo Clinic
    Hilton 11
    200 First Street, SW
    Rochester, MN  55905
    Phone:  507-284-4429
    Schoolmeester.john@mayo.edu

Deyin Xing, M.D.                                                         2015 – 2016
    **Assistant Professor**
    Gynecologic Pathology
    Johns Hopkins Medical Institutions
    401 N. Broadway, Weinberg Bld. 2242
    Baltimore, MD 21231
    Phone:  443-287-4996
    Fax:  410-614-1287
    Email:  dxing@jhmi.edu

Erik G. Jenson, M.D.                                                     2015 – 2017
    **Staff Pathologist (Gyn Path Specialist)**
    Hospital Pathology Associates, P.A.
    2800 10th Avenue S.
    Suite 2200
    Minneapolis, MN 55407
    Phone:  612-767-8370
    Email:  erik.jenson@allina.com

    6129 Birchcrest Drive
    Edina, MN  55436
    Cell:  978-500-0196
    Email:  egjenson@gmail.com

Tricia Murdock, M.D.                                                     2015 – 2017
    **Assistant Professor**
    Sibley Memorial Hospital
    5255 Loughboro Road, NW
    Washington, DC  20016
    Email:  tmurdock8@jhmi.edu

    1920 14th Street, NW
    Apartment 721
    Washington, DC 20009

Cell:  802-881-4835
Email:  tmurdock23@gmail.com

Johanna Savage, M.D.                                                                    2015 – 2017
   **Assistant Professor of Pathology**
   University of Utah
   Department of Pathology
   15 North Medical Drive, East
   Suite #1100
   Salt Lake City, UT  84112

   205 6th Avenue
   Apartment #6
   Salt Lake City, UT 84103
   Cell:  651-587-6052
   Email:  smj2821@outlook.com

Grant Support:
**Federally Supported:**
NCI Contract - #NO1-CN-17501; Principal Investigator
The Pathology Reference Center for Evaluating the Effects of topical Retinoids on Cervical Dysplasia.
May 4, 1981 - June 3, 1986; $669,649.

NCI Subcontract - CN-35042-46; Principal Investigator
Epidemiologic Study of Black/White Differences in Breast Cancer Patient Survival Experience.  June 15, 1984 - January 29, 1987; $137,395.

NCI Subcontract - Co-Investigator
A study of cervical fluid mutagenicity in relation to human papillomavirus infection, smoking and risk of cervical intraepithelial neoplasia.  May 1986-87; $10,000.

NCI - 1 RO1 CA57550-01; Co-Principal Investigator
Human papillomaviruses and the pathogenesis of vulvar carcinoma.
July 23, 1992 - July 30, 1995; $797,247.
Ciba-Geigy - CGS-27421 Protocol 04 entitled, A Trial of Long Term Safety of E2-Matrix, A Matrix Estradiol Patch, in A Postmenopausal Population.  February 1993 - December 1994 - $110,910.00.

NCI – Contract; Principal Investigator N01-CN-55159
Title: Randomized Trial on the Clinical Management of ASCUS and LSIL of the Uterine Cervix-Pathology Quality Control Group.
Period: 9/30/95-9/29/01
Direct Costs Awarded: $780,550
Indirect Costs Awarded: $159,245
Total Awarded: $939,795
Effort: 10%

Title: Pathogenesis of Ovarian Serous Carcinoma as the basis for Immunologic directed diagnosis and treatment
Period: 7/1/02-6/30/05
Direct Costs: $1,528,813
Indirect Costs: $970,799
Total: $2,499,612
Role/Effort: 5% Project 1 as co-investigator (Shih); 10% Core A as P.I.; total effort =15%

NCI – 1 RO1 CA116184-01A2; Principal Investigator
Title: Pathogenesis of Ovarian Serous Borderline Tumors
Period: 4/1/07-3/31/11
Direct Costs Awarded: $1,0008,288
Indirect Costs Awarded: $625,788
Total Awarded: $1,634,076
Effort: 20%

Department of Defense (DoD) -- W81XWH-11-2-0230; Principal Investigator
Title:  Prevention of Ovarian High-Grade Serous Carcinoma by Elucidating Its Early Changes
Period:  09/30/2011 – 09/29/2016
Direct Cost Awarded: $9,600,285/ 5 years

## Pharmaceutical Company Supported:

Upjohn Company - Protocol M5410/0293 entitled, The Effects of Postmenopausal Estrogen/PROVERA Hormone Replacement Therapy (HRT) on Endometrial Histology and Bone Mineral Density.   August 1993 - April 30, 1995 - $314,540.00.

Clinical Research and Development, Wyeth-Ayerst Research Co. - HRT Study entitled, Hormone Replacement Study - Slide Review.  September 1993 - August 31, 1998 - $59,825.

Randomized Trial on the Clinical Management of ASCUS and LSIL of the Uterine Cervix Pathology Quality Control - Contract #No1-CN-55159 - September 30, 1995 - September 29, 2001 - $939,795

Merck - Human Papilloma Virus (HPV) Pathology Panel.
Study of Pilot Manufacturing Lot of HPV 16 Virus-Like Particle (VLP)
Vaccine in the Prevention of HPV 16 Infection in 16- to 23-Year-Old Females
(Protocol 005).  5/17/99-5/16/03              10%   $ 274,360

Merck - Human Papilloma Virus Pathology Panel
Period: 5/17/99-5/16/03
Direct Costs Awarded: $226,743
Indirect Costs Awarded: $47,617
Total Awarded: $274,360
Role: P.I.
Effort: 10%

Watson Laboratories, Inc.
Title: Endometrial Biopsy Evaluations
Period:8/22/01-10/22/01
Direct Costs Awarded: $8,265
Indirect Costs Awarded: $1,735
Total Awarded: $10,000
Role: P.I.
Effort: 3%

Merck Protocol 013, sub-studies 011 and 012
Title: The F.U.T.U.R.E. I study (Females united to unilaterally reduce endo/ectocervical disease)
Period: 4/8/2004-2/28/2008
Effort: 20%
Role:  P.I.
Direct Costs awarded:  $1,108,511

Merck Protocol 015
Title: The F.U.T.U.R.E. II study
Period: 6/1/2004-12/31/2008
Effort: 20%
Role:  P.I.

Direct Costs awarded:  $686,895

MDS Pharma Services
Award Number: N/A
Title: Third Reviewer of Endometrial Biopsies on Pfizer Protocols 21810.02.03 and 04
Period: 7/1/01-12/31/06
Direct Costs Awarded: $20,593
Indirect Costs Awarded: $13,157
Total Awarded: $33,750
Role: P.I.
Effort: 2%

# EXHIBIT B

Robert J. Kurman, M.D.

REFERENCES

1.     Allaire GS, et al. Talc in liver tissue of intravenous drug abusers with chronic hepatitis. A comparative study. *Am J Clin Pathol.* 1989;92(5):583–588.

2.     Ardighieri L, et al. Mutational analysis of BRAF and KRAS in ovarian serous borderline (atypical proliferative) tumours and associated peritoneal implants. *J Pathol.* 2014; 232(1):16–22.

3.     Arellano-Orden E, et al. Small particle-size talc is associated with poor outcome and increased inflammation in thoracoscopic pleurodesis. *Respiration.* 2013;86(3):201–209.

4.     Aurelian L, et al. Herpesvirus type 2 isolated from cervical tumor cells grown in tissue culture. *Science.* 1971;174(4010):704–707.

5.     Ayhan A, et al.  Loss of ARID1A expression is an early molecular event in tumor progression from ovarian endometriotic cyst to clear cell and endoinetrioid carcinoma. *Int J Gynecol Cancer* 2012, 22:1310-1315.

6.     Boorman GA, Seely JC. A Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice. *Reg Toxicol Pharmacol*. 1995;2:242–243.

7.     Bulun SE. Endometriosis. *N. Engl. J. Med.* 2009;360(3):268–279.

8.     Buz'Zard AR and Lau BH. Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures. *Phytother Res.* 2007;21(6):579–586.

9.     Camargo, et al. Occupational Exposure to Asbestos Ovarian Cancer: A Meta-analysis. *Environ Health Perspect.* 2011;119(9):1211–1217.

10.    Cancer Genome Atlas Research Network. Integrated genomic analyses of ovarian carcinoma. *Nature* 2011; 474(7353):609–615.

11.    Catasús L, Bussagalia, E, et al. Molecular genetic alterations in endometrioid carcinomas of the ovary: similar frequency of beta-catenin abnormalities but lower rate of microsatellite instability and PTEN alterations than in uterine endometrioid carcinomas. *Hum. Pathol.* 2004;35:1360–1368.

12.    Chandler, RL, et al. Coexistent ARID1-APIK3CA mutations promote ovarian clear-cell tumorigenesis through pro-tumorigenic inflammatory cytokine signalling. *Nat Commun.* 2015;6:6118.

13.    Cheng DS, Rogers J, Wheeler A, et al. The effects of intrapleural polyclonal anti-tumor necrosis factor alpha (TNF alpha) Fab fragments on pleurodesis in rabbits. *Lung.* 2000;178(1):19–29.

1

14.     Cramer DW, et al. Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-term Genital Exposure to Cosmetic Talc. *Obstet Gynecol*. 2007;110(2):498–501.

15.     Cramer DW, et al. The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States. *Epidemiol*. 2016(3);27:334–346.

16.     De Boer CH. Transport of particulate matter through the human female genital tract. *J Reprod Fertil*. 1972;28(2):295–297.

17.     deBrito T and Franco MF. Viewpoint. Granulomatous Inflammation. *Rev Inst Med trop Sao Paulo*. 1994;36(2):185–192.

18.     Dehari R, et al. The development of high-grade serous carcinoma from atypical proliferative (borderline) serous tumors and low-grade micropapillary serous carcinoma: a morphologic and molecular genetic analysis. *Am J Surg Pathol*. 2007;31(7):1007–1012.

19.     Domcke S, et al. Evaluating cell lines as tumor models by comparison of genomic profiles. *Nature Commun*. 2013;4:2126.

20.     Dorland, W A. N., Dorland's Illustrated Medical Dictionary. Philadelphia, PA: Saunders.

21.     Egli GE, Newton M. The transport of carbon particles in the human female reproductive tract. *Fertil Steril*. 1961;12:151–155.

22.     Emmanuel C, et al. Australian Ovarian Cancer Study (AOCS): Genomic classification of serous ovarian cancer with adjacent borderline differentiates RAS pathway and TP53-mutant tumors and identifies NRAS as an oncogenic driver. *Clin Cancer Res*. 2014;20(24):6618–6630.

23.     Falconer H, et al. Ovarian cancer risk after salpingectomy: a nationwide population-based study. *J Natl Can Inst*. 2015;107(2).

24.     Finch A, et al. Salpingo-oophorectomy and the risk of ovarian, fallopian tube, and peritoneal cancers in women with a BRCA1 or BRCA2 Mutation. *JAMA*. 2006; 296:185–192.

25.     Frank C LJ. An uncommon hazard: pulmonary talcosis as a result of recurrent aspiration of baby powder. *Respiratory Med CME*. 2011;4(3):109–111.

26.     Fukunaga M, et al. Ovarian atypical endometriosis: its close association with malignant epithelial tumours. *Histopathol*. 1997;30(3):249–255.

27.     Genofre EH, et al. Talc pleurodesis: evidence of systemic inflammatory response to small size talc particles. *Respir Med*. 2009;103(1):91–97.

28. Gilks CB, et al. Incidental nonuterine high-grade serous carcinomas arise in the fallopian tube in most cases: further evidence for the tubal origin of high-grade serous carcinomas. *Am J Surg Pathol.* 2015;39:357–364.

29. Green A, Purdie D, Bain C, *et al.* Tubal sterilization, hysterectomy and decreased risk of ovarian cancer.  Survey of Women's Health Study Group.  *Int J Cancer.* 1997;71:948–951.

30. Guan B, et al. ARID1A, a factor that promotes formation of SWI/SNF-mediated chromatin remodeling, is a tumor suppressor in gynecologic cancers. *Cancer Res.* 2011;71(21):6718–6727.

31. Guan B, et al. Roles of deletion of Arid1a, a tumor suppressor, in mouse ovarian tumorigenesis. *J Nat'l Cancer Inst* 2014;106(7).

32. Hagemann T, Wilson J, et al. Ovarian cancer cells polarize macrophages toward a tumor-associated phenotype. *J Immunol.* 2006;176(8):5023–5032.

33. Helland A, et al. Deregulation of MYCN, LIN28B and LET7 in a molecular subtype of aggressive high-grade serous ovarian cancers. *PloS one* 2011;6(4):e18064.

34. Heller DS, et al. The relationship between perineal cosmetic talc usage and ovarian talc particle burden. *Am. J. Obstet. Gynecol.* 1996;174(5):1507–1510.

35. Henderson WJ, et al. Talc and carcinoma of the ovary and cervix. *J Obstet Gynaecol Br Commonw.* 1971;78(3):266–272.

36. Henderson WJ, et al. Talc in normal and malignant ovarian tissue. *Lancet.* 1979;313(8114):499.

37. Hirst JE, et al. High rates of occult fallopian tube cancer diagnosed at prophylactic bilateral salpingo-oophorectomy. *Int J Gyn Can.* 2009;19(5):826–829.

38. Ho, CL, et al. Mutations of BRAF and KRAS precede the development of ovarian serous borderline tumors. *Cancer Res.* 2004;64(19):6915–6918.

39. Howitt BE, et al. Evidence for a dualistic model of high-grade serous carcinoma: BRCA mutation status, histology, and tubal intraepithelial carcinoma. *Am J Surg Pathol.* 2015;39(3):287–293.

40. Hunt, et al. Is talc pleurodesis safe for young patients following primary spontaneous pneumothorax? *Interactive CardioVascular and Thoracic Surgery.* 2007;6(1):117–120.

41. Husain AN, et al. Guidelines for Pathologic Diagnosis of Malignant Mesothelioma. *Arch Pathol Lab Med.* 2018;142:89–108.

42.  International Agency for Research on Cancer. *IARC monographs on the evaluation of carcinogenic risks to humans, volume 100C. Arsenic, Metals, Fibres and Dusts*; 1.6, 4.3. Lyon, France: IARC; 2012.

43.  Jones S, et al. Frequent mutations of chromatin remodeling gene ARID1A in ovarian clear cell carcinoma. *Science*. 2010;330(6001):228–231.

44.  Jones S, et al. Low-grade serous carcinomas of the ovary contain very few point mutations. *J Pathol.* 2012; 226(3):413–420.

45.  Jones S, et al. Somatic mutations in the chromatin remodeling gene ARID1A occur in several tumor types. *Hum. Mutat.* 2011 Oct 18. Published in print: 2012;33(1):100–103.

46.  Kaufman RH and Rawls WE. Herpes Genitalis and its Relationship to Cervical Cancer. *CA Cancer J Clin.* 1974;24(5):258–265.

47.  Kindelberger DW, et al. Intraepithelial carcinoma of the fimbria and pelvic serous carcinoma: Evidence for a causal relationship. *Am J Surg Pathol.* 2007;31(2):161–169.

48.  Kokcu A. Relationship between endometriosis and cancer from current perspective. *Arch. Gynecol. Obstet.* 2011;284(6):1473–1479.

49.  Konecny GE, et al. Prognostic and therapeutic relevance of molecular subtypes in high-grade serous ovarian cancer. *J Natl Can Inst*. 2014;106(10).

50.  Kuhn E, et al. Ovarian cancer is an imported disease: fact or fiction? *Curr. Obstet. Gynecol. Rep.* 2012; 1(1):1–9.

51.  Kuhn E, et al., Molecular characterization of undifferentiated carcinoma associated with endometrioid carcinoma. *Am J Surg Pathol.* 2014, 38(5):660–665.

52.  Kuo K-T, et al. Frequent activating mutations of PIK3CA in ovarian clear cell carcinoma. *Am J Pathol.* 2009;174(5):1597–1601.

53.  Kuo, KT et al. Analysis of DNA copy number alterations in ovarian serous tumors identifies new molecular genetic changes in low-grade and high-grade carcinomas. *Cancer Res*. 2009;69(9):4036–4042.

54.  Kurman RJ, et al. Papillary tubal hyperplasia: the putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. *Am J Surg Pathol.* 2011;35(11):1605–1614.

55.  Kurman RJ, et al. WHO classification of tumours of female reproductive organs. Vol. 6, 4th Ed: IARC, 2014.

56.  Kurman RJ, Shih I-M. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. *Hum. Pathol.* 2011;42(7):918–931.

57.     Kurman RJ, Shih I-M. The Dualistic Model of Ovarian Carcinogenesis. Revisited, Revised and Expanded. *Am J Pathol.* 2016;186(4):733–747.

58.     Light RW Letter to Editor in Ghio AJ, et al. *Am J Respir Crit Care Med.* 2001;164:1741.

59.     Longacre T, et al. Ovarian serous tumors of low malignant potential (borderline tumors): outcome-based study of 276 patients with longterm (≥5-year) follow-up. *Am J Surg Pathol.* 2005;29(6):707–723.

60.     Mackenzie, R, et al. Targeted deep sequencing of mucinous ovarian tumors reveals multiple overlapping RAS-pathway activating mutations in borderline and cancerous neoplasms. *BMC Cancer.* 2015;15:415.

61.     Malmberg K, et al. Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development. *Virchows Arch.* 2016;468(6):707–713.

62.     Marchiori E, et al. Pulmonary talcosis: imaging findings. *Lung.* 2010;188(2):165–171.

63.     Mayr D, et al. KRAS and BRAF mutations in ovarian tumors: A comprehensive study of invasive carcinomas, borderline tumors and extraovarian implants. *Gyn. Oncol.* 2006; 103(3):883–887.

64.     McAlpine JN, et al. Opportunistic salpingectomy: uptake, risks, and complications of a regional initiative for ovarian cancer prevention. *Am J Ob Gyn.* 2014; 210:471 e1–11.

65.     McGregor S, et al. Decline in prevalence of human papillomavirus infection following vaccination among Australian Indigenous women, a population at higher risk of cervical cancer: The VIP-I study. *Vaccine.* 2018;36(29):4311–4316.

66.     Morrison JC, et al. Incidental serous tubal intraepithelial carcinoma and early invasive serous carcinoma in the nonprophylactic setting: analysis of a case series. *Am J Surg Pathol.* 2015;39(4):442–453.

67.     Mostafa SA, et al. Foreign body granulomas in normal ovaries. *Obstet Gynecol.* 1985;66(5):701–702.

68.     Nahmias AJ and Roizman B. Infection with herpes-simplex viruses 1 and 2. *N Engl J Med.* 289(14):719–725.

69.     Nakayama K, et al. Sequence mutations and amplification of PIK3CA and AKT2 genes in purified ovarian serous neoplasms. *Cancer Biol. Ther.* 2006;5:779–785.

70.     Nasreen N, et al. Talc Induces Apoptosis in Human Malignant Mesothelioma Cells In Vitro. *Am J Respir Crit Care Med.* 2000;161:595–600.

71.     Nasreen N, et al. Talc mediates angiostasis in malignant pleural effusions via endostatin induction. *Eur Respir J.* 2007;29:761–769.

72.    Nasreen N, et al. Talc-induced expression of C-C and C-X-C chemokines and intercellular adhesion molecule-1 in mesothelial cells. *Am J Respir Crit Care Med.* 1998;158:971–978.

73.    Patch AM, et al. Whole-genome characterization of chemoresistant ovarian cancer. *Nature.* 2015;521:489–494.

74.    Perets R, et al. Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. *Can Cell.* 2013;24:751–765.

75.    Piek JM, et al. BRCA1/2-related ovarian cancers are of tubal origin: a hypothesis. *Gynecol Oncol*. 2003; 90(2):491.

76.    Piek JM, et al. Dysplastic changes in prophylactically removed Fallopian tubes of women predisposed to developing ovarian cancer. *J Pathol.* 2001;195(4):451–456.

77.    Piek JM, et al. Tubal ligation and risk of ovarian cancer. *Lancet.* 2001;358(9284):844.

78.    Pohl G, et al. Inactivation of the mitogen-activated protein kinase pathway as a potential target-based therapy in ovarian serous tumors with KRAS or BRAF mutations. *Cancer Res* 2005;65(5):1994–2000.

79.    Przybycin CG, et al. Are all pelvic (nonuterine) serous carcinomas of tubal origin? *Am J Surg Pathol.* 2010;34(10):1407–1416.

80.    Rabban JT, et al. Early detection of high-grade tubal serous carcinoma in women at low risk for hereditary breast and ovarian cancer syndrome by systematic examination of fallopian tubes incidentally removed during benign surgery. *Am J Surg Pathol*. 2014; 38(6):729–742.

81.    Rasmussen CB, et al. Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. *Am J Epidemiol.* 2017;185(1):8–20.

82.    Reid, et al. Does Exposure to Asbestos Cause Ovarian Cancer: A Systemic Literature Review and Meta-Analysis. *Cancer Epidemiol Biomarkers Prev.* 2011;20(7):1287–1295.

83.    Richards JS, et al. Ovulation: New dimensions and new regulators of the inflammatory-like response. *Annu Rev Physiol*. 2002;64:69–92

84.    Ronnett BM, et al. Patients with pseudomyxoma peritonei associated with disseminated peritoneal adenomucinosis have a significantly more favorable prognosis than patients with peritoneal mucinous carcinomatosis. *Cancer.* 2001;92(1):85–91.

85.    Ronnett BM, et al. Pseudomyxoma peritonei in women: A clinicopathologic analysis of 30 cases with emphasis on site of origin, prognosis, and relationship to ovarian mucinous tumors of low malignant potential. *Hum Pathol.* 1995;26(5):509–524.

86.   Rosenblatt KA, et al. Reduced risk of ovarian cancer in women with a tubal ligation or hysterectomy. The World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives. *Cancer Epidemiol. Biomarkers Prev.* 1996;5(11):933–935.

87.   Russell P. The pathological assessment of ovarian neoplasms. I: Introduction to the common 'epithelial' tumours and analysis of benign 'epithelial' tumours. *Pathol.* 1979;11(1):5–26.

88.   Ryland GL, et al. Australian Ovarian Cancer Study Group, :RNF43 is a tumour suppressor gene mutated in mucinous tumours of the ovary. *J Pathol.* 2013;229(3):469–476.

89.   Saegusa M, et al. β-Catenin mutations and aberrant nuclear expression during endometrial tumorigenesis. *Br. J. Cancer.* 2001; 84(2):209–217.

90.   Sampson JA. Metastatic or embolic endometriosis, due to the menstrual dissemination of endometrial tissue into the venous circulation. *Am J Pathol.* 1927;3(2):93–110.43.

91.   Sato N, et al. Loss of heterozygosity on 10q23.3 and mutation of the tumor suppressor gene PTEN in benign endometrial cyst of the ovary: possible sequence progression from benign endometrial cyst to endometrioid carcinoma and clear cell carcinoma of the ovary. *Cancer Res.* 2000, 60:7052–7056.

92.   Scully RE. Tumors of the Ovary and Maldeveloped Gonads. Atlas of Tumor Pathology, Second Series, Fascicle 16, Armed Forces Institute of Pathology, Washington D.C., 1979.

93.   Seidman JD, et al. Primary and metastatic mucinous adenocarcinomas in the ovaries: incidence in routine practice with a new approach to improve intraoperative diagnosis. *Am J Surg Pathol*. 2003;27(7):985–993.

94.   Seidman, JD, et al. Surface epithelial tumors of the ovary. In: Kurman, RJ.; Ellenson, LH.; Ronnett, BM., (eds) Blaustein's Pathology of the Female Genital Tract. New York: Springer Verlag; 2011. p. 679–784.

95.   Shah KK, et al. Histopathologic Review of Granulomatous Inflammation. *J Clin Tuberculosis Micobacterial Dis*. 2017;7:1–12.

96.   Shappell H, et al. Diagnostic criteria and behavior of seromucinous (endocervical-type mucinous and mixed cell-type) tumors. *Am J Surg Pathol.* 2002:26(12):1529–1541.

97.   Shih IM, Kurman RJ. Ovarian tumorigenesis: a proposed model based on morphological and molecular genetic analysis. *Am J Pathol*. 2004; 164;1511–1518.

98.   Shukla A, et al. Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity. *Am J Respir Cell Mol Biol*. 2009; 41:114–123.

99.   Singer G, et al. Mutations in BRAF and KRAS characterize the development of low-grade ovarian serous carcinoma. *J Natl Cancer Inst*. 2003;95(6):484–486.

100.   Soslow RA, et al. Morphologic patterns associated with BRCA1 and BRCA2 genotype in ovarian carcinoma. *Mod Pathol.* 2012;25:625–636.

101.   Suzuki Y, Kohyama N. Translocation of inhaled asbestos fibers from the lung to other tissues. *Am J Ind Med.* 1991;19(6):701–704.

102.   Tang S, et al. Frequency of serous tubal intraepithelial carcinoma in various gynecologic malignancies: a study of 300 consecutive cases. *Int J Gyn Pathol.* 2012;31(2):103–110.

103.   Tiourin E, et al. Tubal ligation induces quiescence in the epithelia of the fallopian tube fimbria. *Reprod Sci.* 2015;22(10):1262–1271.

104.   Tothill RW, et al. Novel molecular subtypes of serous and endometrioid ovarian cancer linked to clinical outcome. *Clin Can Res.* 2008;14(16):5198–5208.

105.   van den Heuvel MM, et al. Talc-induced inflammation in the pleural cavity. *Eur Respir J.* 1998;12(6):1419–1423.

106.   Vang R, et al. Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study. *Int J Gyn Pathol.* 2016;35(1):48–55.

107.   Venter PF, Iturralde M. Migration of a particulate radioactive tracer from the vagina to the peritoneal cavities and ovaries. *S Afr Med J.* 1979;55(23):917–919.

108.   Veras E, et al. Cystic and adenofibromatous clear cell carcinomas of the ovary: distinctive tumors that differ in their pathogenesis and behavior: a clinicopathologic analysis of 122 cases. *Am. J. Surg. Pathol.* 2009;33:844–853.

109.   Wehner AP, et al. On talc translocation for the vagina to the oviducts and beyond. *Food Chem Toxicol.* 1986;24:329–338.

110.   Wiegand KC, et al. ARID1A mutations in endometriosis-associated ovarian carcinomas. *N. Engl. J. Med.* 2010;363(16):1532–1543.

111.   Willner J, et al. Alternate molecular genetic pathways in ovarian carcinomas of common histological types. *Hum Pathol.* 2007;38(4):607–613.

112.   Wu CH, et al. Endocervical-type mucinous borderline tumors are related to endometrioid tumors based on mutation and loss of expression of ARID1A. *Int J Gynecol Pathol.* 2012;31(4):297–303.

113.   Wu R, et al. Mouse model of human ovarian endometrioid adenocarcinoma based on somatic defects in the Wnt/beta-catenin and PI3K/Pten signaling pathways. *Cancer Cell.* 2007;11(4):321–333.

8

114.   Xie C, et al. TNF-alpha increases tracheal epithelial asbestos and fiberglass binding via a NF-kappaB-dependent mechanism. *Am J Physiol Lung Cell Mol Physiol.* 2000;279(3):L608–614.

115.   Yamaguchi, K, et al. Epigenetic determinants of ovarian clear cell carcinoma biology. *Int J Cancer.* 2014;135(3):585–597.

116.   Yan B, et al. Tumor necrosis factor-alpha is a potent endogenous mutagen that promotes cellular transformation. *Cancer Res.* 2006;66(24):11565–11570.

117.   November 15, 2018 Report of Sarah E. Kane, M.D.

118.   January 25, 2019 Deposition of Sarah E. Kane, M.D., taken in *In re Johnson & Johnson Talcum Powder Prods. Mktg., Sales Practices and Prods. Liab. Litig.*, MDL No. 2738.

# EXHIBIT C

**Robert J. Kurman, M.D.**

<u>Past Deposition and Trial Testimony as Expert Witness (February 2015 – February 2019)</u>

*Elissa Powers, et al. v. Miami Beach Healthcare Group, LTD, d/b/a Aventura Hospital and Medical Center, et al.*, No. CACE-17-023085 (5), Florida Circuit Court, 17th Circuit Court, Broward County (October 31, 2018 – Deposition)

*Gail Lucille Ingham, et al. v. Johnson & Johnson, et al.*, No. 1522-CC10417-01, Missouri Circuit Court, 22nd Judicial Circuit, St. Louis City (May 25, 2018 – Deposition)

*Savannah Crews, Individually and on Behalf of Angela Dawn Hershman, deceased, et al. v. Johnson & Johnson, et al.*, No. 1422-CC09326-01, Missouri Circuit Court, 22nd Judicial Circuit, St. Louis City (June 16, 2017 – Deposition)

*Eva Echeverria v. Johnson & Johnson, et al.*, No. BC628228, Superior Court of the State of California, County of Los Angeles (May 12, 2017 – Deposition)

*Weidman J, et al. v. Hawaii Health Systems Corp.*, et al., No. 15-1-000166 KKS, Circuit Court of the Fifth Circuit, Hawaii (January 2017 – Deposition)

*Gloria Ristesund v. Johnson & Johnson, et al.*, No. 1422-CC-09012-01, Missouri Circuit Court, 22nd Judicial Circuit, St. Louis City (March 21, 2016 – Deposition; April 25, 2016 – Trial)