# EXHIBIT C41

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



# The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos



Anthophyllite Bundle 1967

**William E. Longo, Ph.D.**

**Mark W. Rigler, Ph.D.**

**Materials Analytical Services, LLC**
**3945 Lakefield Court**
**Suwanee, GA 30024**

**November 14, 2018**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos

## Overview

This report describes the procedures and methodology used by both MAS and $J^3$ Resources Inc., to analyze 56 separate historical samples of Johnson's Baby Powder (JBP) and Johnson & Johnson's Shower to Shower (STS) cosmetic talc products for the possible presence of amphibole asbestos fibers.  The Johnson & Johnson (J&J) samples analyzed for this report were all supplied by J&J from their historical inventory.

The J&J historical cosmetic talc sample/products analyzed for this report, were chosen from the 1960's, 1970's, 1980's and 1990s.   The source of the talcum powder for these J&J historical samples came from both the Italian (1960's) and Vermont (1970's, 1980's & 1990's) talc mines

Of the 56 historical J&J talcum powder samples that were analyzed and reported here, 42 JBP/STS samples were analyzed by MAS and 14 of 16 (MAS verified) STS samples were analyzed by Lee Poye of $J^3$ Resources Inc., located in Houston, Texas.

Additionally, MAS sent a number of these historical samples to $P^3$ Resources, for both PLM and XRD analysis, using the ISO 22262-1 & 3 protocols.

The three principle analytical methods used by both $P^3$ and MAS for the analysis of the 56 J&J cosmetic talc samples were x-ray diffraction (XRD), polarized light microscopy (PLM) and analytical transmission electron microscopy (ATEM).

These three methods all have strengths and weaknesses for this type of analysis where it is expected, that the amount of detectable amphibole asbestos content, if any, would be expected at or below 0.1 wt. %.

### XRD

For cosmetic talc**,** the XRD has the advantage of analyzing very large samples as compared to either PLM or ATEM.  The disadvantages are 1) poor analytical sensitivity for bulk cosmetic talc samples when the potential amphibole asbestos concentration is typically below 0.1 to 0.3 wt.%, 2) XRD cannot determine the crystalline habit  (fibrous vs. non-fibrous) of amphibole minerals.  However, for most of these samples, XRD (ISO 22263-3) was used so that a comparison of the results to both PLM and ATEM analysis could be made in this report.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



**PLM**

The PLM method is primarily used today for the analysis of asbestos-containing bulk building products where the asbestos-content of these products are typically over 1 % by weight.[1,2,3]

 The strengths of the method are that it can positively identify the different regulated asbestos mineral types and provide a qualitative estimate of the weight percent of asbestos in these types of samples.  The primary weaknesses of the method are 1) analytical sensitivity issues for samples that may contain less than 0.1 wt. % of asbestos such as cosmetic talcs, and 2) because asbestos fiber and bundle structure resolution in the PLM method is dependent on the wave length of light, asbestos particles must be at least 0.5 µm in the smallest dimension to be visible.  Interesting enough, Dr. Walter McCrone stated: "*I have never seen rolled talc plates as fibers*" page 44, 3rd paragraph.  For these analysis, the ISO 22262-1 PLM method was used.

**ATEM**

It is well recognized that the use of an analytical transmission electron microscope (ATEM) is the only analytical method with the appropriate sensitivity for the analysis of trace mineral concentrations that are in the less than 0.01 wt. % range.  ATEM Strengths are:  1) can positively identify potential fibrous chrysotile and amphibole asbestos structures by energy dispersive x-ray analysis (EDXA) for mineral fiber chemistry and crystalline structure information by selective area electron diffraction (SAED) and  2) The ATEM provides good, morphology information that can, in most cases, distinguish between single fibers and bundles of regulated asbestos fibers.  The primary weakness for ATEM analysis of amphibole asbestos in cosmetic talcs is the sample preparation where overloading issues with the talc particles affects the analytical sensitivity of typical ATEM sample preparation procedures.  Increasing analytical sensitivity usually involves the examination of hundreds of TEM grid openings and requires many hours of TEM instrumentation time.  Also, the ATEM is typically biased against detecting very large asbestos bundles that are routinely found by PLM.

**Heavy Liquid Separation: PLM Method**

---

[1] ISO 22262-1: 2012E Air Quality Bulk Materials Part 1: Sampling and Qualitative Determination of Asbestos in Commercial Buk Samples.
[2] The Asbestos Particle Atlas, Dr. Walter C. McCrone, Director McCrone Research Institute, Ann Arbor Science, 1980.
[3] EPA/600/R-93/116

Page **3** of **26**



**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

The concern over analytical sensitivity for amphibole asbestos in cosmetic grade talc was first published in the peer-reviewed literature by A. M. Blount.[4,5] It was estimated by Dr. Blount that for every 1,000 amphibole particles present there would be approximately 1,000,000 talc particles. To overcome this problem, the author described the use of a heavy liquid density separation method that reduced the number of talc particles as compared to the potential presence of amphibole asbestos thereby increasing analytical sensitivity for the PLM analysis of the talc samples.

In addition to increasing the analytical sensitivity of the PLM analysis for cosmetic grade talc using the heavy liquid separation method as published by Blount, the heavy liquid separation method can also be used to increase the analytical sensitivity of the ATEM analysis of cosmetic talc samples as described in the ISO 22262-2 bulk materials method.[6]

Reducing the amount of talc increases the sensitivity of the ATEM analysis and it also increases the amphibole sensitivity by the ATEM method. It would also increase the efficiency of the analyst by eliminating the need to examine hundreds of TEM grid openings to achieve reasonable analytical sensitivities.

References to the use of heavy liquid density separation of cosmetic talc during the sample preparation stage was described first described by Dr. Fred Pooley in 1971, the Colorado School of Mines Research Institute in 1973 and by Windsor Minerals, Inc., Dartmouth College in 1974.[7,7,8,9]

**Summary of Results**

For the 56 JBP/STS samples/containers analyzed and reported here, 37 were positive by either ATEM, PLM and or Blount/PLM method. This gave an overall percentage for positive amphibole asbestos samples of 66 %.

**XRD**

---

[4] A.M. Blount "Amphibole Content of Cosmetic and Pharmaceutical Talcs", Environ. Health Perspectives, Vol. 94, 1991, pp. 225-230.
[5] Process Mineralogy IX: The Minerals, Meals & Materials Society, 1990, A.M. Blount "Detection and Quantification of Asbestos and Other Trace Minerals in Powdered Industrial-Mineral Samples", pp. 557-570.
[6] ISO 22262-2: 2014E Air Quality-Bulk Materials Part 2: Quantitative Determination of Asbestos by Gravimetric and Microscopical Methods.
[7] March, 1974: to Windsor Minerals, Inc., Windsor, Vermont from R.C. Reynolds, Jr., Department of Earth Sciences, Dartmouth College, Hanover, New Hampshire: "Analysis of Talc Products and Ores for Asbestiform Amphiboles".
[8] Research & Engineering Center, August 11, 1971 Memo to File. FDA Meeting-Asbestos in Cosmetic Talc, August 3, 1971-Washington, D.C.
[9] Colorado School of Mines Research Institute "A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers".

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



All 38 JBP/STS talcum powder samples analyzed by XRD were found to be negative or non-detectable by this method.

**PLM**

When 42 of the JBP/STS talcum powder samples were analyzed by the ISO-PLM (no heavy liquid density separation) 17 of the samples were positive for amphibole asbestos or 40 %.

The Blount/PLM heavy density method found that out of the 42 JBP/STS samples analyzed, 23 or 55 % were positive for amphibole asbestos.  Currently, 14 additional STS samples are in progress to be analyzed.

For the ISO PLM method the amount of asbestos found for the positive samples were all <0.1%. The Blount PLM method the amount of asbestos found ranged from <0.1% to 0.3 %.

**ATEM**

The ISO 22262-2 ATEM analysis showed that 35 of 56 J&J talcum powder samples contain detectable amounts of amphibole asbestos fibers and bundles (tremolite solid solution series and anthophyllite solid solution series) and neither chrysotile nor anthophyllite without iron was detected.

By ATEM, the amphibole asbestos concentration for the 35 positive JBP/STS talcum powder samples ranged from between 7400 fibers-bundles/gram to 268,000 fibers-bundles/gram of amphibole asbestos.

For all of analysis (PLM, Blount/PLM & ATEM), 66 % of the samples were positive for regulated amphibole asbestos.

The total number of positive samples, including both PLM and TEM analysis, for the 56 JBP/STS samples was 37 or 66%.

Two different regulated amphibole asbestos types were found.  These were the tremolite asbestos solid solution series which includes tremolite, winchite, richterite, actinolite, and the anthophyllite asbestos solid solution series that includes anthophyllite, iron-rich anthophyllite, ferro-anthophyllite, and cummingtonite.  No anthophyllite asbestos (without iron) or chrysotile fibers/bundles were found in any of the 35 positive J&J  talcum powder samples we analyzed by

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



ATEM.  A more detailed explanation for the lack of anthophyllite (without) iron or chrysotile fiber findings can be found in the Discussion and Conclusion Section of this report.

**Fibrous Talc**

In addition to tremolite series and anthophyllite series amphibole asbestos, 41 of the 42 JBP/STS talcum powder samples, that MAS analyzed, were observed to contain fibrous talc.  A semi-quantitative calculation, for the amount fibrous talc, for each of the positive TEM was done.  The concentration for each of the fiber talc positive TEM samples ranged from 290,000 talc fibers per gram to 1,020,000 talc fibers per gram of product.

The 14 P3 analysis did not provide enough information to perform a semi-quantitative fibrous talc calculation. And therefore, reported as not applicable.


# Materials and Methods

## Sample Log-In Procedure

The JBP/STS talcum powder samples that were analyzed by MAS for this report were provided by Johnson & Johnson from their historical sample depository.  The J&J historical samples were received by MAS in four separate sets and logged in to MAS's sample tracking system and assigned to MAS's lab numbers as follows; **M68233**, two samples received at MAS on February 9, 2018. **M68503**, 75 samples received at MAS on March 29, 2018. **M69042**, 10 samples received at MAS on July 17, 2018 and **M69248**, seven Asian samples received at MAS on August 21, 2018.

## ISO-22262-1 & 3 PLM/XRD (P³ Resources)

On June 1, 2018, 75 J&J sample splits from M68503 and 4 spiked samples (tremolite and anthophyllite asbestos) were sent to Lee Poye for PLM and XRD analysis by ISO 22262-1 & 3.

This report also incorporated the 14 Lee Poye STS samples were analyzed by the ISO 22262-1 PLM method and the ISO-22262-3 XRD method.

## ISO-22262-1 PLM (MAS)

Approximately 60 to 100 milligrams each of the 42 talcum powder samples were analyzed by the ISO 22262-1 PLM method.  The samples were placed on individual glass slides and analyzed by PLM by using a 400 point count.

## PLM/Blount Method

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



Approximately 1 to 2 grams of the JBP/STS talc (Sartorius Research Balance) was removed from each of the JBP/STS containers and placed in a 15 ml scintillation vial. The scintillation vial was then placed in a Fisher Scientific Iso-temp muffle furnace Model #650 at 400ºF for a minimum of 4 hours to remove any organic material.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



### Density Separation

Approximately 70 - 100 mg (Sartorius Research Balance) from the JBP/STS muffled talc sample aliquot was placed into a labeled Eppendorf micro-centrifuge tube (MC T) (Premium 1.5mL MCT Graduated Tubes Cat. No. 05-408-12).

Approximately 1.2 ml of Heavy Liquid (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 with a stated density 2.85 g/cc diluted with distilled water to a density of 2.810 (determined by a VWR Hydrometer model number 34620-1109) was added to the MCT containing the 70 to 100 mg of the JBP/STS talcum powder samples and mixed with a disposable mixing rod for 10 to 20 seconds. The combined talc and LST heavy liquid (density 2.810 grams/cc) samples were placed into a vacuum desiccator (JEOL EMDSC-U10A) to remove air bubbles for 3 minutes at a pressure of approx. 8 Torr prior to centrifugation.

The MCT sample tubes were then placed in an Eppendorf micro-centrifuge (Model No. 5415D) set at 7,000 RPM for total of 10 minutes at room temperature.  After removal of the MCT tubes from the centrifuge, the talc/heavy liquid was pipetted off from the top of the centrifuge tube, and distilled water was added back, mixed and re-centrifuged as described above.  This step is repeated two more times.  After the third centrifugation/heavy liquid removal step, the heavy particles were removed from the bottom of the centrifuge tube with a pipette, with several drops of water containing the heavy particles, and transferred to a glass microscope slide and allowed to dry.  The heavy particle residue on the glass slide was then analyzed by the ISO 22262-01 PLM method.  The glass slide with the dried heavy particle residue was analyzed by PLM with a 400 point count.  The analytical results for amphibole asbestos was recorded as an approximate volume percent.

### ATEM-ISO 22262-2 TEM Sample Preparation

Approximately 1 to 2 grams of the JBP/STS talc (Sartorius Research Balance) was removed from each of their individual containers and placed in a 15 ml scintillation vial. The scintillation vial was then placed in a Fisher Scientific Iso-temp muffle furnace Model #650 at 400ºF for a minimum of 4 hours to remove any organic material.

### Density Separation

Approximately 20 to 60 mg (Sartorius Research Balance) from the muffled talc sample aliquot was placed into a labeled Eppendorf micro-centrifuge tube (MCT) (Premium 1.5mL MCT Graduated Tubes Cat. No. 05-408-12).



**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

Approximately 1.2 ml of Heavy Liquid (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 density 2.85 g/cc) was added to the MCT containing the talc samples prepped and mixed with a disposable mixing rod for approximately 10 to 20 seconds. The combined talc and LST heavy liquid samples were then placed into a vacuum desiccator (JEOL EMDSC-U10A) to remove air bubbles for 15 minutes at a vacuum pressure of approximately 8 Torr. prior to centrifugation.

The MCT sample tubes were then placed in an Eppendorf micro-centrifuge (Model No. 5415D) set at 9,000 RPM for total of 90 minutes at room temperature.  After removal of the MCT tubes from the centrifuge, they were flash frozen in liquid nitrogen, and the MCT tip was immediately removed with a pre-cleaned 6 inch steel cleaver into a clean 45 mL flat bottom disposable centrifuge tube. Figure 1 shows the cut area on the MCT tip.

**Figure 1:**



**Cut Line for Removal of MCT Tip**



Red line is showing cut area on MCT tip

Deionized water was added to the centrifuge tube to bring the volume to approximately 45 ml. The 45 ml centrifuge tube was capped and inverted by hand 5 times to distribute the collected material in the bottom of the MCT tip. The 45 ml mixture was then immediately and continuously filtered onto either a 25mm Mixed Cellulose Ester (MCE) filter with a 0.22μm pore size (Millipore) or a 25 mm Polycarbonate filter (PC) with a 22μm pore size. After the mixture was filtered, the excess heavy liquid was washed through the filter with the addition of approximately 100 ml of deionized water. The prepared MCE or PC filter was placed in a new disposable plastic 47mm petri dish and allowed to dry at ambient room temperature in a HEPA hood for a minimum of 2 hours.

Page **9** of **26**

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



The processed MCE or PC filter samples were directly prepared onto TEM 100 µm size grids (2 for analysis and 1 for archive) using either the standard TEM filter preparation protocol for MCE filters or for the PC filters.[10, 11, 12, 13, 14, 13, 14]

**ATEM Amphibole Analysis Procedure**

JEOL 1200EX ATEMs equipped with either a Noran or an Advanced Analysis Technologies (light element) energy dispersive x-ray analyzer (EDXA) were employed for this analysis. ATEM samples were analyzed at a screen magnification of 20,000X.  Amphibole fibers or bundles with substantially parallel sides and an aspect ratio of 5:1 or greater, and at least 0.5µm in length were counted as regulated asbestos fibers and bundles per standard TEM counting rules as described by ASTM D5755, ASTM D5756, ISO 10312, ISO 13794, AHERA (TEM section only) and D7712-11.[10,11,12,13,14,15]

Positive identification of amphibole asbestos requires EDXA for mineral chemistry confirmation and selected area electron diffraction (SAED) for each amphibole type.  At times, amphibole bundles may have a diameter that is too thick to acquire a SAED pattern, then only the mineral chemistry can be used.  For anthophyllite series asbestos, two separate angle SAED were acquired.

**Counting Rules**

100 grid openings were analyzed for each of the JBP/STS Talcum Powder samples. The 100 grid opening counts were split evenly between two grids.

All amphibole fibers/bundles that meet the above-stated size criteria were recorded on the MAS TEM structure count bench sheets for each sample. Length and width of each amphibole fiber/bundle was recorded and identified. Every amphibole structure identified and counted by the analyst required observation of an EDXA spectra matching the mineral chemistry for that

---

[10] D5755-09 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Loading.

[11] D5756-02 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust Loading by Transmission Electron Microscopy for Asbestos Mass Surface.

[12] ISO 10312 1995-05-01, "Ambient Air Determination of Asbestos Fibers-Direct-Transfer Transmission Electron Microscopy Method.

[13] ISO 13794 1999 07-15, "Ambient Air-Determination of Asbestos Fibres-Indirect-Transfer Transmission Electron Microscopy Method.

[14] U.S. Environmental Protection Agency (USEPA) 1987. Asbestos Hazard Emergency Response Act, 40 CFR Part 763, Appendix A to Subpart E, USEPA, Washington D.C.

[15] D7712-11 "Standard Terminology for Sampling and Analysis of Asbestos."



**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

particular amphibole and, if possible, a SAED amphibole pattern. EDXA spectra and SAED patterns (if an SAED pattern was possible) are recorded/saved for every asbestos amphibole structure found in the samples. Photo micrographs were taken of the amphibole fibers/bundles found from each of the samples that were positive for amphibole asbestos.

Results were reported as either amphibole asbestos fibers/bundles (structures) per gram of talc or in weight percent.  Analytical sensitivity/detection limits were only reported as structures per gram.  The weight percent analytical sensitivity/detection limit was not reported since it is only a theoretical mathematical calculation of one minimal fiber size.

**Fibrous Talc Estimation**

A number of the JBP and STS talcum powder samples were found to contain fibrous talc during both types of the PLM analysis, as well, as the ATEM analysis. A quantitative analysis of the number of fibrous talc particles was not done at this time.  For the ATEM, a semi-quantitative estimate of the number of fibrous talc particles present in four random grid openings was scored as follows:

1) Abundant :  (>11 fibrous talc particles)
2) Common:    (4 to 10 fibrous talc particles)
3) Trace:        (1 to 3 fibrous talc particles)

This estimation was based on the talc fibers/bundles having at least a 5:1 aspect ratio or greater, at least 0.5µm in length and substantially parallel sides. One representative talc fiber or bundle was recorded (EDXA, SAED & photographed) for each of the samples that contained fibrous talc. Also, the finding of fibrous talc on random grid openings provides an overall estimate of how many talc fibers are on 100 grid openings analyzed for each of the samples.

**Process Laboratory Blanks**

For each set of samples that were prepared by the heavy liquid method, one process laboratory blank was run with that set of samples. These process blank MCE filters were prepared in the same exact same manner as the talc samples (heavy liquid, filtration on MCE/PC filters, etc.) but without any talc material. For the TEM analysis, 100 grid openings were analyzed for each of the process blanks per sample set.

Page **11** of 26

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



# Results

## J³ Resources Inc. Analysis

**PLM & XRD**

For the M68503 sample set approximately 5 to 7 gram splits of the JBP samples were sent to Lee Poye at J³ Resources on June 1, 2018 for both PLM and XRD analysis using the ISO22262-1 & 3 methods per MAS's request.  The results the JBP analysis were reported to MAS from J³ Resources on July 18, 2018.[16]

**ATEM of Historical Johnson & Johnson Vermont Talc Shower to Shower Talcum Powder**

On July 18, 2018 Lee Poye of J³ Resources, Inc. issued a report (to Joe Satterley of the Kazan Law Firm) of his analysis of 16 historical J&J Vermont talc Shower to Shower talcum powder samples that were split by J&J from historical Shower to Shower (STS) containers that ranged in date from 1978 to 1986.[17]

Of the 16 samples analyzed by ATEM using ISO 22262-2 heavy liquid method, 11 of the samples were positive for anthophyllite asbestos.  A summary of the 11 positive results are shown in the following Table 1.

**Table 1**
**J³ TEM Results for Positive Vermont Talc Shower to Shower Samples**

| Laboratory Control Number | J&J Sample Identification Number | STS Container Year | Mass Fraction Percent Wt. | Anthophyllite Asbestos (f/b) Concentration per g |
|---|---|---|---|---|
| 20180070-07D | 2014.001.0397 | 1978 | $7.3 \times 10^{-4}$ | 82,370 |
| 20180061-37D | STS001 | 1982 | $3.0 \times 10^{-5}$ | 9,257 |
| 20180061-38D | STS002 | 1980 | $3.0 \times 10^{-3}$ | 53,416 |
| 20180061-45D | STS009 | 1982 | $1.9 \times 10^{-3}$ | 9,000 |
| 20180061-52D | STS016 | 1980 - 1981 | $4.0 \times 10^{-3}$ | 70,126 |
| 20180061-63D | STS027 | 1980 | $3.5 \times 10^{-5}$ | 7,419 |
| 20180061-65D | STS029 | 1980 - 1981 | $9.2 \times 10^{-3}$ | 95,321 |
| 20180061-10D | STS044 | 1980 - 1981 | $2.6 \times 10^{-5}$ | 12,209 |
| 20180061-15D | STS049 | 1978 | $1.3 \times 10^{-3}$ | 60,507 |
| 20180061-31F | STS065 | 1986 | $2.9 \times 10^{-3}$ | 21,964 |
| 20180061-31G | STS065 | 1986 | $5.2 \times 10^{-4}$ | 29,715 |

---

[16] J3 Report for the Analysis of Historical Talc Samples, Project JH1899337, July 18, 2018.
[17] J3 Report for the Analysis of Shower to Shower Talc Samples, July 18, 2018.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



The above results were reported by $J^3$ as a mass fraction or weight percent. The calculations to the corresponding anthophyllite fiber/bundle concentrations per gram was done by MAS using the information provided on the $J^3$ TEM count sheets.

**Verification of Lee Poye STS Results**

Lee Poye arrived at MAS on the morning of October 31, 2018 with one TEM grid box that contained the prepared TEM grids for $J^3$ project number JHI898969 of the J&J Vermont Talc STS samples.  This was confirmed by Mr. Poye upon his arrival at MAS.  In turn, MAS provided Mr. Poye with our TEM grid boxes for the 10 historical JBP talcum powder samples (MAS M69042). The MAS verification analysis was only on the 11 positive TEM sample analysis.  MAS was able to verify 9 of the 11 positive historical STS talcum powder samples, and these nine MAS verified STS samples were included in this overall report and identified in the summary Tables 3 & 4.  A full report of the MAS verification analysis, verified count sheets, asbestos structure photo-micrographs, EDXA and SAED data that is provided with this report.[18]

The overall summary of the results for the four analytical methods used for the 57 J&J historical JBP/STS talcum powder samples/containers analyzed for this report are summarized in Tables 2, 3, 4 and 5.   These summary tables have been organized per decade from the 1960's (Table 2), 1970's (Table 3), 1980's (Table 4) and the early 1990's (Table 5).  Also, a summary of the results for the Historical J&J Asian talcum powder samples are shown in Table 6.

**XRD ISO 22262-3 Method**

**$J^3$ Analysis**

Using the ISO 22262-3, $J^3$ Resources found that out of 38 samples analyzed, all were negative or non-detect using the XRD method.  A summary of the results are shown in Table 7 to this report.

**ISO PLM ISO 22262-1 Method**

**$J^3$ Analysis**

Using the ISO 22262-1, $J^3$ Resources found that out of 38 samples analyzed, all were negative or non-detect using the ISO PLM method.  A summary of the $J^3$ results are also shown in Table 7 in this report.

---

[18] Verification of Lee Poye's TEM Analysis of J&J's Historical Vermont Talc-Containing Shower to Shower Talcum Powder Samples, November 5, 2018.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



**MAS Analysis**

The ISO 22262-1 PLM analysis showed that out of the 42 JBP/STS samples analyzed by MAS, 16 had detectable amounts of regulated amphibole asbestos, the rest were either non-detect or contained only cleavage fragments.  All of the ISO PLM analysis by J[3] were all under the detection limit of the method.

Results for all 16 positive samples were found to contain < 0.1 %.  A summary of the MAS ISO 22262-1 PLM analysis results are shown in Tables 2, 3, 4, 5, & 6 in this report.

**Comparison of the J[3] ISO PLM to MAS ISO PLM Analysis for Same sample Set**

Both MAS and J[3] analyzed the same 22 J&J/STS talc samples by the ISO22262-1 PLM method.  Where all 22 of the P3 ISO PLM results were negative, MAS found that 8 of the 22 were positive.  A summary of this data is shown in Table 7.

**PLM/Blount Method**

The Blount/PLM method showed that out of the 42 talcum powder samples analyzed by MAS, 23 had detectable amounts of regulated amphibole asbestos and the rest were either non-detect or contained only tremolite/actinolite that had an aspect ratio that was usually less than 3:1.  Results for 23 positive samples were reported as an estimated volume percent that ranged from < 0.1% to 0.1 %.

The summary of the Blount/PLM results are shown in Tables 2, 3, 4, 5, & 6 in this report. Also, the 16 Lee Poye STS samples are now in the process of being analyzed at MAS by the Blount/PLM method.

**ATEM ISO 22262-2 Method**

The ISO 22262-2 heavy liquid separation method showed that out of the 57 talcum powder samples, 35 contained regulated asbestos fibers bundles. Two types of asbestos amphiboles were detected in these samples, they were either the tremolite asbestos solid solution series and or the anthophyllite solid solution series.

The amphibole asbestos structures per gram of talc concentration ranged from below our lower than analytical sensitivity/detection limit of less than approximately 3,600 to 9,000 fibers/bundles per gram to an amphibole asbestos concentration that ranged from 3,600 to 268,000 fibers-bundles/gram of talc.  Also, for the positive ATEM samples, the results were also expressed as a weight percent.

Page **14** of 26

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



Tables 2 through 6 also provide the summary of ATEM findings for each of the 35 positive ATEM samples that were analyzed, concerning the identification of each of the measured amphibole asbestos fiber or bundles. This data includes length and width of the asbestos structure dimension, individual fiber/bundle aspect ratios, and the average aspect ratio for each sample set.

All MAS and $J^3$ ISO PLM, Blount/PLM and ATEM analytical data and photo-micrographs can be found in notebooks provided this report that are labeled Historical 1960's, 1970's, 1980's, 1990's and Asian J&J/STS Analysis.

Each of these notebooks contain ISO PLM analysis, and Blount/PLM analysis data and optical photo-micrographs for each sample.  ATEM count sheets, EDXA spectra, SAED micrographs, and ATEM photo-micrographs for each of the fibrous amphibole asbestos structures analyzed.

All the $J^3$ XRD and ISO PLM analysis is summarized in Table 7.  Also provided in Table 7 is a comparison of the $J^3$ ISO-PLM to the MAS ISO-PLM analysis.

**Fibrous Talc**

The MAS analysis showed fibrous talc in 41 of the 42 samples by the ISO PLM method and in three of the Blount PLM method.  For the MAS ATEM analysis, 30 of 42 samples had trace amounts of fibrous talc, the amount of fibrous talc per sample ranged from 290,000 talc fibers to 1,020,000 talc fibers per gram of cosmetic talc.  All 42 MAS ISO PLM sample analysis had concentrations of fibrous talc that ranged from non-detected, trace or moderate concentrations.

No attempt was made to determine the amount of talc in $J^3$ 16 STS sample analysis bench sheets, since it was unclear to us about the $J^3$ data collecting parameters concerning fibrous talc.

Only three of the 42 Blount PLM samples were found to contain fibrous talc.  This data was not included in the summary of results that can be found in Table 8 to this report.

**Process Blanks**

All of the process blanks that were run with each set of samples were found to be negative for any asbestos fiber types.  The ATEM bench sheets are provide in a separate document supplied with this report.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## Discussion

### XRD

All of the JBP/STS historical talcum powder samples that were analyzed by XRD, using the ISO 22262-3 method, were found to be negative or non–detects. This included JBP/STS talcum powder samples from both J&J's Italian and Vermont talc mine sources. These results show that the XRD method was inadequate to detect any tremolite or anthophyllite amphiboles at the concentrations found by the other methods for these samples (ISO PLM, Blount PLM and ATEM). There seems to be little value, even as a screening tool, to use XRD for cosmetic talcum powder samples.

### MAS PLM-ISO 22262-1 Method

The PLM analysis by the ISO 22262-1 method, performed by MAS, detected 16 positive out of 42 samples that were analyzed.   The rest were non-detect for this method.  Out of the samples analyzed, many contained visible tremolite/actinolite cleavage fragments that had typical aspect ratio of less than 3:1. No anthophyllite cleavage fragments were detected.  For the positive samples, both tremolite/actinolite and anthophyllite asbestos was detected at an estimated volume percent that ranged from <0.1 to 0.1 %.

All of the asbestos structures identified were large bundles that were typically greater than 50 microns long and 10 to 20 microns wide.  No individual bundles were detected in any of these samples with widths less than 5 to 10 microns.  However, individual fibers in these bundles could be resolved with dispersive staining, but only if they were contained within these large bundles.

The estimated average aspect ratio of the individual asbestos fibers in the bundles, were greater than 20:1.

The ISO PLM method was done on 22 JBP/STS samples by J[3] Resources that were sent to them by MAS.  They also did PLM analysis on the 16 historical Vermont J&J STS shown in their July 13, 2018 report.  All of their ISO PLM analysis were negative or non-detect.  In contrast MAS's ISO PLM analysis showed that 38 % of the samples were positive.

When 22 of the same JBP/STS samples were analyzed by both J[3] and MAS, all of these samples were found to be negative by J[3], while eight of the 22 samples were reported positive by MAS. These different results between the two labs will require further investigation to understand the reason for these differences.

Page **16** of 26

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



#### Blount/PLM Method

The Blount /PLM method heavy liquid separation method was able to increase the analytical sensitivity of the PLM analysis as compared to the ISO PLM method without heavy liquid separation. Of the 42 samples analyzed by this method, 23 were positive for asbestos. For the positive samples, both tremolite and or anthophyllite asbestos were detected at a weight percent concentration for all samples at <0.1 % for the ISO PLM method and a concentration range of between <0.1% to 0.3 % for the Blount PLM method.

It is clear from this data that the use of the Blount/PLM heavy liquid separation method increases the analytical sensitivity for the analysis of cosmetic talc samples like the JBP/STS products as compared to the ISO PLM method.

A number of these ISO PLM and the Blount/PLM samples were found to contain tremolite cleavage fragments as well as the asbestiform variety of these amphibole minerals.  No anthophyllite cleavage fragments were detected.

#### J³ Resources, Inc.

Our ATEM results for the historical JBP/STS samples are in agreement with the J³ Resources, Inc. ATEM for the STS samples that they analyzed.  For the nine J³ samples that we verified their TEM grids, J³ also reported nine positive TEM samples, all contained regulated amphibole asbestos fibers/bundles.  This correlates to 100 % agreement between the two labs for those nine samples.

For the 49 asbestos fibers and bundles reported by J³ in the 9 samples we examined, we verified 48 as regulated asbestos structures that showed a 98 % validation rate. Additional analysis may in fact increase the overall verification percentage. 90 % of the regulated anthophyllite asbestos structures were bundles.

#### ATEM-ISO 22262-2 Method

The ISO 22262-2 heavy liquid talc preparation method for the direct ATEM analysis of approximately 20 to 60 mg of talc on a 25 mm PC filter did not cause any significant overloading of the TEM grids with talc particles. The overall TEM grid particle loading was estimated at approximately 15 to 20 %. This consisted of talc particles and fibers as well as detectible amphibole asbestos.  The ATEM results showed that out of the 56 JBP/STS samples analyzed, both MAS and Lee Poye's analysis, 35 were positive for either the tremolite solid solution series (tremolite, winchite, richterite & actinolite)  and or the anthophyllite sold solution series

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



(anthophyllite, iron-rich anthophyllite and cummingtonite) asbestos. Each of the tremolite or anthophyllite asbestos solid solution series amphibole mineral types are regulated asbestos.[19]

If the same weight of talc (approx. 20 to 60 mg) had been directly filtered onto a 25 mm MCE or PC filter, the TEM sample preparations would have been too severely overloaded with talc particles to be analyzed.

The heavy liquid density ATEM sample preparations demonstrated the utility of the ISO 22262-2 talc method by increasing the analytical sensitivity of the typical ATEM bulk talc analysis for the potential detection of amphibole asbestos.  For these analyses, the analytical ATEM achieved sensitivity/detection limits ranging from approximately 3,000 to 9,000 fibers and bundles/gram of talc.  It also increased the analyst efficiency without any talc particle overloading issues.

This TEM talc loading problem vs. analytical sensitivity issued was been solved by the use of the heavy liquid density procedure, and should be the standard protocol for TEM cosmetic talc analysis.

### Numerical Structure Count vs. Weight Percent

The asbestos fiber/bundle concentration ranged from 9,000 to 268,000 fibers-bundles per gram of talcum powder.  Positive results were also reported in weight percent that is based on a mathematical calculation.

However, just reporting ATEM weight percent data does not provide any useful data for determining potential airborne exposure to asbestos structures of the bulk talc material being tested.  The Introduction to the ISO 10312 Ambient Air TEM method states the reasoning for this and is as follows:

*"Because the best available medical evidence indicates that the numerical fibre concentration and the fibre sizes are the relevant parameters for evaluation of the inhalation hazards, a fibre counting technique is the only logical approach".*

Also, reporting the analytical sensitivity in weight by the ATEM method is very misleading since it is based on the theoretical mathematical calculation of one minimal fiber size which can give a computed analytical sensitivity in the millionths of a percent range.  The misleading part of this is that in order to find that one small fiber during the ATEM analysis, you must have a real numerical fiber-bundle concentration per gram of talc for the analysis to possibly find that one

---

[19] Current Intelligence Bulletin 62: "Asbestos Fibers and Other Elongated Mineral Particles".
State of the Science and Roadmap for Research" Revised Edition. NIOSH CIB62-Asbestos.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



fiber, otherwise this ATEM theoretical analytical sensitivity expressed in weight percent is meaningless.

An example of this problem can be found with the 2010 FDA report of the testing of cosmetic talcs that is published on their website.  In that report, FDA states a TEM average limit of detection of 0.0000021 % wt. or 2.1 x 10[-6,20] However, when the ATEM analytical sensitivity was calculated from the actual AMA TEM bench sheets, the numerical fiber concentration needed to find that one fiber  was 13,500,000 fibers per/gram of talc.[21]  A one fiber analytical sensitivity of that magnitude would have caused all of the TEM analysis reported here to be non-detects.


**<u>Crystalline Habit an Asbestiform Definitions</u>**

Each of the analytical protocols referenced in this report (PLM & TEM) all have a definition for asbestiform that states some variation of the following statement:

*Asbestiform: specific type of mineral fibrosity in which the fibers and fibrils possess high tensile strength and flexibility.*[13]

This definition of asbestiform in these protocols is only a general geological definition that might be used in the field to evaluate a particular commercial asbestos mine site, because the more fibrous, the greater economic valve of the mine.  If this was not a general geological definition, then the protocol would have provided the analytical method for the determination or measurement of either the tensile strength or flexibility of the microscopic asbestos fibers and bundles.  Of course, the methods do not measure flexibility or strength since that type of measurement is impossible by either PLM or TEM.   None of these methods even define what high tensile strength is, or how many measurements constitute a population.  Interesting enough, as compared to the commercial forms of asbestos (chrysotile, amosite & crocidolite), both tremolite and anthophyllite have low tensile strength and poor flexibility.[22]

Also, the vast majority of the fibrous amphibole asbestos structures reported here, were bundles as defined as parallel fibers in an asbestos structure that are closer than one fiber diameter to each other.

It is unreasonable to think that breaking up a non- fibrous asbestos can form multiple individual fibers, all in close proximity and parallel to each other that meets the definition of a bundle.

---

[20] www.FDA.gov.
[21] AMA Analytical Services, Inc. Report of Cosmetic Grade Talc, 2010.
[22] "Asbestos in Ontario, Ontario Department of Mines and Northern Affairs." Industrial Mineral Report 36, 1971.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



That's why fibrous mineral bundles have been recognized in the published literature as asbestiform for many years.

In Blount's publication she states the following:

*"In addition, the tendency to bring down a disproportional number of larger particles has the true asbestiform amphiboles one generally sees some particles showing bundles of fibrils which removes any doubt about the nature of the amphibole".*[5]

Dr. Wiley in her 1999 ASTM International publication also stated that the finding of bundles also is shows that the structure should be considered asbestiform.[23]

The total amount of regulated asbestos structures counted in the 35 positive ATEM samples was 143 bundles and fibers. Asbestos bundles, as compared to fibers, was approximately 93% of the regulated asbestos structures counted in the 35 ATEM positive samples.  By definition these asbestos bundles are all classified as asbestiform.  Never the less, all fibers and bundles reported by the ATEM method used here, are regulated asbestos structures regardless of the geological definition for asbestiform.

For the single tremolite or anthophyllite fibers reported here, they all have been verified as to have formed in a fibrous crystalline habit, since they are both fibrous and crystalline as well as meeting the health based counting rules for regulated asbestos.[24]

**Aspect Ratio**

Another aspect that must be considered is the milling process that is required to produce cosmetic grade talc and how it effects the overall asbestos size distribution and aspect ratios. How the milling effects the asbestos size distribution in talcs was first discussed by Rohl et al. in 1976.[25]  In their publication, the authors discuss how the talc milling process will break large fibers into a new size distribution in the submicroscopic range.

The average aspect ratio of the regulated asbestos tremolite and anthophyllite fibers and bundles measure by our ATEM analysis was approximately 10:1.  This average aspect ratio was compared to the Campbell data for milled tremolite and anthophyllite asbestos. Our measured

---

[23] A.G. Wylie "The Habit of Asbestiform Amphiboles: Implications for the Analysis of Bulk Samples", ASTM Advances in Environmental Measurements Methods for Asbestos, STP 1342, Jan. 2000.

[24] Manual of Mineralogy, Twenty-First Edition, Revised, Cornelis Klein and Cornelis S. Hurlbert, Jr., John Wiley and Sons, 1999.

[25] Rohl, et al., "Consumer Talcum and Powders: Mineral and Chemical Characterization", Journal of Toxicology and Environmental Health, 2: pp. 255-284, 1976.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



average aspect ratios were consistent with both Campbell's data and Blount's data for tremolite reported in sample I (identified as JBP).[4, 26]

As anticipated and discussed below, neither chrysotile nor non-iron containing anthophyllite asbestos was found in any of the samples that were analyzed by ISO 22262-02 ATEM analysis.

## Background Asbestos

Of the 35 positive ATEM amphibole asbestos samples, six of the JBP/STS talcum powder samples had only one amphibole asbestos fiber or bundle detected in 100 grid openings which represents the analytical sensitivity/limit of detection for this analysis.

Because tremolite/anthophyllite are non-commercial accessory amphibole  minerals and are associated with talc, and talc is known to contain varying amounts of amphibole asbestos such as tremolite or anthophyllite, any positive findings are scientifically valid due to the amphibole minerals present in the talc.

There are no known commercial asbestos-containing products that used tremolite as an added ingredient, and only one specialty product ever used anthophyllite asbestos (corrosive resistant polymer chemical piping used at some chemical processing plants).

Further, there are no commercial amphibole tremolite/anthophyllite mines in North America, and tremolite and anthophyllite asbestos is not routinely analyzed at trace levels by typical commercial TEM laboratories. For these reasons, it can be stated that:  1) there are no background air levels of tremolite/anthophyllite that could have interfered with or contaminated our JBP/STS talcum sample analysis, and 2) for each set of JBP/STS talcum samples that were prepared and analyzed at this laboratory, a process laboratory blank was prepared simultaneously to determine if there was any possible cross-contamination.[27,28]

When these process laboratory blanks were analyzed by ATEM, no asbestos, including either tremolite, chrysotile or anthophyllite asbestos structures, were found. Therefore, it can be stated, that there was no cross-contamination during sample preparation of the JBP/STS talcum powder samples we analyzed, nor is it our expectation that tremolite/anthophyllite asbestos

---

[26] Bureau of Mines Information Circular/Dept. of the Interior, Campbell, W.J., Blake, R.L., Brown, L.I., Cather, E.E. and Sjoberg, J.J.: United States Department of the Interior, "Selected Silicate Minerals and Their Asbestiform Varieties" IC 8751 1977.

[27] R.F. Dodson, M.F. O'Sullivan, D.R. Brooks and J.R. Bruce, "Asbestos Content of Omentum and Mesentery in Non-occupationally Exposed Individuals", Toxicology and Industrial Health, 2001: 17: pp. 138-143.

[28] R.J. Lee, D.R. Van Orden, "Airborne Asbestos in Buildings", Regulatory Toxicology and Pharmacology, 50 (2008) pp. 217-225.

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



would become a part of these homogenized talc products at a level identified, as a matter of contamination, prior to our custody.

### Non-Detects

For the 56 JBP/STS talcum powder samples analyzed, ATEM results for 21 JBP/STS talcum powder sample results were less than the limit of detection of approximately 3,000 to 9,000 amphibole fibers/bundles per gram of talc. This result cannot be characterized to mean the samples do not contain amphibole asbestos.  Rather, it can only be said that if there is any amphibole asbestos present, the fiber and bundles per gram of talc are at less than the detection limit for the ISO 22262-2 heavy liquid separation ATEM analysis.

### Anthophyllite and Chrysotile Asbestos Density

This heavy liquid method is specific for the asbestos tremolite solid solution series and the anthophyllite solid solution series.  As anticipated, neither non-iron containing anthophyllite nor chrysotile asbestos was detected in any of the 56 samples analyzed by ATEM the method. The reason for this is that the heavy liquid solutions (LST) used for TEM talc separation process had a density of 2.85 g/cm$^3$. Therefore, any minerals with a similar density or lower would not be separated by this method such as chrysotile, which has a density of between 2.5 to 2.6 g/cc.[24]

The density of anthophyllite ranges from 2.85 to 3.2 g/cm$^3$. This range of densities is primarily due to the addition of iron (Fe) into the chemical structure. For example, anthophyllite is part of a solid solution series with a chemical formula of $Mg_7Si_8O_{22}(OH)_2$ to approximately $Fe_{13}Mg_5Si_8O_{22}(OH)_2$. Without Fe being present, the density would be at the lower end of the density gradient of 2.85 g/cm$^3$.  Again, since anthophyllite is a solid solution series, the amount of iron atoms that can be substituted into the molecular formula of anthophyllite depends on the iron content of the surrounding rocks. This iron atom substituted could be 0, 1, 2 or higher which accounts for the range of anthophyllite densities described here.

With a non-iron containing anthophyllite density of approximately 2.85 g/cm$^3$, which is the same as the heavy liquid used, one would not expect much separation of this type of non-iron containing anthophyllite from the JBP/STS talcum powders when using the ISO 22262-2 method.

Therefore, by using the ISO 22262-2 talc separation method, the lack of detection for non-iron containing anthophyllite and chrysotile asbestos in the JBP/STS talcum powder samples, was anticipated, but not taken as a negative result for either non-iron anthophyllite or chrysotile asbestos as in the Blount papers, since only tremolite was described.  Since the asbestos

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



tremolite solid solution series has a density of between 3.0 to 3.2 g/cm$^3$, it would be separated using the ISO heavy liquid method as shown by our analysis.

The regulated asbestos anthophyllite series fiber/bundles that was found in these JBP/STS talcum powder samples by ATEM, had an iron content that is typically seen at our laboratory for what is described as iron-rich anthophyllite asbestos. This higher iron content increases the density to the degree necessary for heavy liquid separation as compared to non-iron or low iron anthophyllite. None of the regulated asbestos anthophyllite series reported here can be classified as low or non-iron was found in any of our ATEM analysis for the historical JBP/STS samples.

Some of our ATEM heavy liquid density analyses in the past have shown the presence of some non- iron anthophyllite asbestos. This is not unusual since all of the JBP/STM analyzed samples reported here show the presence of platy talc particles and/or talc fibers in most of the heavy particle fraction of the analysis. It is likely that that the actual amount of anthophyllite is under represented in both the Blount/PLM and ATEM analysis.

For these JBP/STS analysis the source of the talc in the 1960's samples would have most likely come from the Italian mine source. For the six 1960's TEM samples, a total of 42 total regulated asbestos structures were identified. Of the 42 asbestos structures, 40 were tremolite asbestos and two were anthophyllite asbestos. Also, all 42 structures were bundles (100 %).

The 1970's and 1980's historical JBP/STS samples had a combined 22 positive ATEM analysis. For this time period, the source of the talc would have been Vermont. In these samples, there was a total of 74 regulated asbestos structures, 72 were anthophyllite asbestos and two were tremolite asbestos. Of the 74 structures, 10 were fibers and 65 were bundles or 87%.

The six ATEM positive historical Asian JBP talcum powder samples had 28 regulated asbestos structures that consisted of all tremolite asbestos. Of the 28 structures, 2 were fibers and 26 were bundles or 93%.

This data clearly shows that there is a major difference for the amphibole asbestos content between the Italian and Vermont mines for the ratio of tremolite to anthophyllite.

Not surprising, the historical Asian JBP positive samples all contained regulated tremolite asbestos since the most likely source of the talc is from the Dongyang Korean mine, which is known to have tremolitic talc.[29]

---

[29]Koh, S., "Mineral Chemistry of Talc from Different Origins in the Dongyang Talc Deposit, Jan. 2004.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



These overall results are both consistent with and validates our earlier March 11, 2018 Supplemental JBP/STS Report and subsequent analysis of plaintiffs' personal JBP containers. However, for our testimony, we will only be relying on this report, and any future supplement reports involving the analysis of historical JBP/STS samples/containers.

These results are also consistent with MVA's analysis of talc ore samples from both the Italian and Vermont talc mines where originally the samples were collected by or on behalf of defendant experts.[30, 31]

Also,  analytical results are consistent with the historical analysis of both Johnson & Johnson's product samples as well as the analysis of talc ore from both the Italian and Vermont mines that have been performed in the past.[32,33,34,35,36,37,38,39,40,41]

In addition to the above references, we are also relying on the current MAS Johnson & Johnson reliance document list, they contains 95 references.[42]

The ATEM and ISO PLM analysis showed that 42 of the JBP/STS talcum powder samples contained fibrous talc as compared to the platy talc that is found in each of the 56 JBP/STS talcum powder samples. It has been reported by others that fibrous talc is a geological metamorphic transformation of anthophyllite to fibrous talc.[43,44]

---

[30] D.R. Veblen & C.W. Burnham, "New Biopyriboles Chester, Vermont: I. Descriptive Mineraology", American Mineraologist, 63: 1000-1009, 1978.

[31] R.L. Virta, "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample, Bureau of Mines Report of Investigations 8923, United States Department of the Interior, 1985.

[32] November 26, 1990 McCrone Environmental Services Report to Michael J. Keener from Kent Sprague concerning Samples CWM 90-28, 9-29 & 90-30

[33] New Reageant Systems-Plant Trial at Windsor Minerals, Inc.

[34] March, 1974 Memo to: Windsor Minerals, Inc., Windsor, Vermont From R.C. Reynolds, Jr. Department of Earth Sciences, Dartmouth College, New Hampshire

[35] Forensic Analytical: Quantitative Analysis Report, Asbestos in Bulk Material.

[36] May 15, 1984 MSHIA visit to Cyprus Industrial Minerals Company, South Plainfield Mill.

[37] Nov. 19, 1975 McCrone Assoc., Inc. Letter to Mr. Vernon Zeitz from Gene Grieger concerning talc orr sample analysis.

[38] Env. Consultant Report to Johnson & Johnson, April 1, 1977

[39] EMV Consultant Report to Johnson & Johnson, April 1, 1977

[40] Jan. 30, 1987 to J.A. Molnar and R.N. Miller from Joseph Schmidt Talc Analysis.

[41] March 14, 1988 to Mathew A. Nunes from Al Dickey, R.J. Lee Group Ref: Talc Samples 879-57 Talc L.

[42] Johnson & Johnson Reliance and Reviewed Documents (95).

[43] MVA Report: MVA11730 "Investigation of Italian Talc Samples for Asbestos", August 1, 2018.

[44] MVA Report: MVA12588 "Investigation of Talc Samples for Asbestos" April 23, 2018.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



## Conclusion

All samples that were analyzed by XRD for asbestos were found to be negative or non-detect. These results show that the XRD method is not a useful tool at all for analyzing cosmetic talc samples for the presence of asbestos amphiboles.   Both the ISO and Blount PLM methods have better analytical sensitivities than XRD for these types of samples.  It would be highly recommended that the Stimuli Group drop any consideration of using the XRD for their rewrite of USP 40 method.[45]

The use of the ISO 22262-1 PLM analysis was not as sensitive as the Blount PLM method, but both methods have their strengths and weakness.  On one hand the Blount PLM method has higher sensitivity, but is limited on the type of anthophyllite it can detect.  The ISO PLM has lower sensitivity, but can detect the entire anthophyllite solid solution series.  Also these two PLM methods can detect the very large bundles that are typically missed by the ATEM analysis. There are few examples where the sample was positive by PLM and negative by ATEM.

It is recommend then that both the ISO PLM and the Blount method should be used as a screening tool for cosmetic talc analysis.  Negative samples should then be required to be analyzed by the heavy liquid density ATEM method, which is still the best tool for these types of analysis.

This analysis showed that the Italian and Vermont talc mines have a very distinct asbestos type profile from each other.  The historical samples from the Italian mine consisted of primarily regulated tremolite asbestos fibers/bundles while the Vermont mine was primarily anthophyllite asbestos.

It is clear from these results, that the three talc mines (Italian, Vermont & Korean) J&J used to manufacture their historical talcum powder products all contain asbestiform/regulated amphibole asbestos structures.

These overall results are both consistent and validates our earlier March 11, 2018 Supplemental JBP/STS Report and subsequent analysis of plaintiffs' personal JBP containers.

The most sensitive analytical method was ATEM with the ISO 22262-02 heavy liquid separation. It detected 35 positive samples out of the 56 JBP/STS talcum powder samples with a range in concentration from 9,000 fibers-bundles/gram to 268,000 fibers-bundles/gram of talc.  Both tremolite series and anthophyllite series asbestos were found.

---

[45] Stimuli to the Revision Process-Modernization of Asbestos Testing is USP Talc.

WWW.MASTEST.COM

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



There was a total of 37 positive samples (ATEM & PLM combined) out of the 56 tested that gave an overall 66% positive result for the historical JBP/STS samples/containers that were tested for this report.

These results are also consistent with our past analysis of Johnson & Johnson cosmetic talc samples that contained tremolite and anthophyllite regulated asbestos fibers, and with MVA's analysis of both the Italian and Vermont talc mine ore samples.

Based on the results of our analysis, it is our opinion that individuals who used Johnson & Johnson talcum powder products (Johnson's Baby Powder & Shower to Shower) in the past would have, more likely than not, been exposed to significant airborne levels of regulated amphibole asbestos.


_____
William E. Longo, Ph.D.
President


_____
Mark W. Rigler, Ph.D.
Chief Science Officer & Senior Consultant



41307                    M68503-010-001 Tremolite Diffraction @ 50cm                    10/23/2018

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M69042-003 | | Grid Box # | 8621 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 9/28/2018 - 10/1/2018 & 10/27/2018 | | G. O. in microns = | 105 | 105 | 11025 |
| Initial Weight(g) | 0.02025 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 15% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A1-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| 2 | F3 | Bundle | Anthophyllite | 3.4 | 0.42 | 8.1 | X | X |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |
| NSD | J3 | | | | | | | |



310075     M69042-003-002 Anthophyllite ( 3.4 um × 0.42 um )     10/1/2018



2 4839            M68503-026-029 Tremolite  ( 9.2 um x 1.4 um)            10/30/2018

**TEM Bulk Talc Structure Count Sheet**

| Project/ Sample No. | M68503-028 | | Grid Box # | 8637 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Mehrdad Motamedi | | | Length | Width | **G. O. Area** |
| Date of Analysis | 10/31/2018 | G. O. in microns = | | 105 | 105 | 11025 |
| Initial Weight(g) | 0.03135 | | | 105 | 105 | 11025 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | | Yes | **Average** | 11025 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 4 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.103 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | B10-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| 1 | C4 | Bundle | Anthophyllite | 18.8 | 1.8 | 10.4 | X | X |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| 2 | G8 | Bundle | Anthophyllite | 5.7 | 0.4 | 14.3 | X | X |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |



41394          M68503-028-002 Anthophyllite  ( 5.7um × 0.4um )          10/31/2018



310563                    M68503-020-001 Anthophyllite Diffraction - 1 @ 50cm                    10/26/2018

| TEM Bulk Talc Structure Count Sheet | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M69248-003 | | Grid Box # | | 8629 | No. of Grids Counted | 2 | |
| Analyst: | Jayme Callan | | | | Length | Width | G. O. Area | |
| Date of Analysis | 9/12/2018 - 9/27/2018 | | G. O. in microns = | | 105 | 105 | 11025 | |
| Initial Weight(g) | 0.01960 | | | | 105 | 105 | 11025 | |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | 11025 | |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 15% | **G.O.s Counted** | 100 | |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.103 | |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | B8-C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| 1 | D6 | Bundle | Tremolite | 5.5 | 0.72 | 7.6 | X | X |
| NSD | D7 | | | | | | | |
| 2 | D8 | Bundle | Tremolite | 13.1 | 1.3 | 10.1 | X | X |
| NSD | D9 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| 3 | F5 | Bundle | Tremolite | 7.9 | 0.84 | 9.4 | X | X |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |



310022          M69248-003-004 Tremolite ( 11.2 um × 0.98 um )          9/27/2018