# Exhibit A

Melinda Darby Dyar, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


IN RE: JOHNSON &          )
JOHNSON TALCUM POWDER     )
PRODUCTS MARKETING        )
SALES PRACTICES AND       )   MDL 16-2738
PRODUCT LIABILITY         )   (FLW)(LHG)
LITIGATION                )
_____  )
                          )
THIS DOCUMENT             )
PERTAINS TO ALL CASES     )


TUESDAY, APRIL 2, 2019


- - -


           Videotaped deposition of Melinda Darby

Dyar, Ph.D., held at the offices of SKADDEN,

ARPS, MEAGHER & FLOM, LLP, Four Times Square,

New York, New York, commencing at 9:03 a.m.,

on the above date, before Carrie A. Campbell,

Registered Diplomate Reporter and Certified

Realtime Reporter.


- - -


GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Melinda Darby Dyar, Ph.D.

Page 2

```
 1    A P P E A R A N C E S :
 2
 3    BEASLEY ALLEN LAW FIRM
      BY: LEIGH ODELL
 4       leigh.odell@BeasleyAllen.com
      218 Commerce Street
 5    Montgomery, Alabama 36104
      (334) 269-2343
 6
 7    MOTLEY RICE LLC
      BY: NATHAN D. FINCH
 8       nfinch@motleyrice.com
      401 9th Street NW, Suite 1001
 9    Washington, DC 20004
      (202) 232-5507
10
11    COHEN PLACITELLA ROTH PC
      BY: DENNIS M. GEIER
12       dgeier@cprlaw.com
      127 Maple Avenue
13    Red Bank, New Jersey 07701
      (732) 747-9003
14    Counsel for Plaintiffs
15
      ORRICK, HERRINGTON & SUTCLIFFE LLP
16    BY: ALEX V. CHACHKES
         achachkes@orrick.com
17    51 West 52nd Street
      New York, New York 10019
18    (212) 506-3742
19
      DRINKER BIDDLE & REATH LLP
20    BY: SUSAN M. SHARKO
         Susan.Sharko@dbr.com
21       JACK N. FROST, JR.
         jack.frost@dbr.com
22    600 Campus Drive
      Florham Park, New Jersey 07932-1047
23    (973) 549-7000
      Counsel for Defendant Johnson &
24    Johnson
25
```

Page 3

```
 1    SEYFARTH SHAW LLP
      BY: THOMAS T. LOCKE
 2       tlocke@seyfarth.com
      975 F Street, N.W.
 3    Washington, DC 20004
      (202) 463-2400
 4    Counsel for Defendant Personal Care
      Products Council
 5
 6    TUCKER ELLIS LLP
      BY: SANDRA WUNDERLICH
 7       sandra.wunderlich@tuckerellis.com
      100 South Fourth Street, Suite 600
 8    St. Louis, Missouri 63102
      (314) 571-4965
 9    Counsel for PTI Union, LLC and PTI
      Royston, LLC
10
11
      ALSO PRESENT:
12    LIZZY HARRISON, Motley Rice
13
14    V I D E O G R A P H E R :
      HENRY MARTE,
15       Golkow Litigation Services
16            – – –
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                INDEX
 2                         PAGE
 3    APPEARANCES...................... 2
 4    EXAMINATIONS
 5      BY MR. FINCH...............  9
 6      BY MR. CHACHKES.......................... 357
 7      BY MR. FINCH............................. 363
 8
 9           EXHIBITS
10    No.    Description            Page
11    Dyar     Notice of Oral and Videotaped    14
      Exhibit 1   Deposition of M. Darby Dyar,
12                PhD, and Duces Tecum
13    Dyar       Expert Report of M. Darby    22
      Exhibit 2   Dyar, PhD, for General
14                Causation Daubert Hearing
15    Dyar       Electronic Document Production    25
      Exhibit 3
16
      Dyar        ISO 22262-1, Air quality -    60
17    Exhibit 4   Bulk materials
18    Dyar        ISO 22262-2, Air quality -    60
      Exhibit 5   Bulk materials
19
      Dyar        ISO 13794, Ambient air -    60
20    Exhibit 6   Determination of asbestos
21                fibres - Indirect-transfer
                  transmission electron
22                microscopy method
23    Dyar        Methodology for the     60
      Exhibit 7   Measurement of Airborne
24                Asbestos by Electron
                  Microscopy, George Yamate, et
25                al.
```

Page 5

```
 1    Dyar      The Analysis of Johnson &    88
      Exhibit 8   Johnson's Historical Product
 2                Containers and Imerys'
                  Historical Railroad Car
 3                Samples from the 1960s to the
                  Early 2000s for Amphibole
 4                Asbestos, Second Supplemental
                  Report, Longo and Rigler
 5
 6    Dyar      Manual of Mineralogy, Klein    92
      Exhibit 9   and Hurlbut
 7    Dyar      Amphibole Content of Cosmetic   100
      Exhibit 10  and Pharmaceutical Talcs, AM
 8                Blount
 9    Dyar      Defining Asbestos:    139
      Exhibit 11  Differences between the Built
10                and Natural Environments,
                  Gunther
11
      Dyar      ResearchGate printout of    143
12    Exhibit 12  Tremolite and Mesothelioma
13    Dyar      Mineralogy and Optical    147
      Exhibit 13  Mineralogy, Dyar, et al.
14
      Dyar      Page 182 from "Chemical    148
15    Exhibit 14  Analysis of Minerals"
16    Dyar      Case report of    152
      Exhibit 15  Erionite-Associated Malignant
17                Pleural Mesothelioma in
                  Mexico, Oczypok, et al.
18
      Dyar      Interoffice Correspondence,    172
19    Exhibit 16  March 25, 1992,
                  IMERYS 219720 - IMERYS 219722
20
      Dyar      May 23, 2002 Technical Report    172
21    Exhibit 17  of Julie Pier,
                  IMERYS 422289 - IMERYS 422290
22
      Dyar      Walter McCrone Associates,    223
23    Exhibit 18  Inc., November 5, 1975,
                  JNJL61_000079334 -
24                JNJL61_000079335
25
```

2  (Pages 2 to 5)

Melinda Darby Dyar, Ph.D.

Page 6

1    Dyar      Walter McCrone Associates 1    223
Exhibit 19   July 1975 letter,
2              JNJMX68_000012745 -
               JNJMX68_000012749
3
      Dyar      May 24, 1975 Walter McCrone    223
4    Exhibit 20   letter from RN Miller,
               JNJTACL000387254
5
      Dyar      Diffraction Verifications,    236
6    Exhibit 21   M68233-001, M68233-002
7    Dyar      MAS, LLC PLM Analysis,    279
      Exhibit 22   M69680-015BL
8
      Dyar      The Asbestiform and    329
9    Exhibit 23   Nonasbestiform Mineral Growth
               Habit and Their Relationship
10             to Cancer Studies, A Pictorial
               Presentation, April 2003
11
      Dyar      Mineral Commodity Profiles -    333
12   Exhibit 24   Asbestos, USGS
13   Dyar      Asbestos, A Mineral of    343
      Exhibit 25   Unparalleled Properties,
14             Badollet
15   Dyar      J&J Consumer Companies    350
      Exhibit 26   Worldwide Specification,
16             TM7024,
               JNJNL61_000005032 -
17             JNJNL61_000005040
18
19            (Exhibits attached to the deposition.)
20
21
22
23
24
25

Page 7

1          MS. O'DELL:  I just have an
2    objection before the deposition
3    starts.
4          Yesterday at 5:50 we received a
5    production of new materials,
6    approximately 140 pages of new data
7    that we had not been provided
8    previously.  We've not had an
9    opportunity to review and analyze that
10   data, and based on the late
11   production, we will move to keep this
12   deposition open and continue it after
13   we've had an opportunity to do so.
14         MR. CHACHKES:  And obviously we
15   disagree.  And you'll have the
16   opportunity to ask the witness about
17   those documents, and you'll find
18   there's no reason to keep anything
19   open.
20         MS. O'DELL:  We'll see.
21         MR. FINCH:  We'll see.
22         MS. O'DELL:  We'll reserve the
23   right to take that to Judge Pisano if
24   we can't reach an agreement.
25         VIDEOGRAPHER:  Okay.  We are

Page 8

1    now on the record.  My name is Henry
2    Marte.  I'm a videographer with Golkow
3    Litigation Services.
4          Today's date is April 2, 2019,
5    and the time is 9:03 a.m.
6          This videotaped deposition is
7    being held at 4 Times Square,
8    New York, New York, in the Matter of
9    Talcum Powder Litigation.
10         The deponent today is
11   Dr. Melinda Darby Dyar.
12         Will all appearances please
13   introduce themselves for the record.
14         MR. FINCH:  Yes.  Nate Finch
15   for various ovarian cancer victim
16   plaintiffs.
17         MR. GEIER:  Dennis Geier for
18   the plaintiffs.
19         MS. HARRISON:  Lizzy Harrison,
20   Motley Rice.
21         MS. O'DELL:  Leigh O'Dell on
22   behalf of the plaintiff steering
23   committee.
24         MR. LOCKE:  Sorry.
25         MR. CHACHKES:  Yeah.  Alex

Page 9

1    Chachkes on behalf of J&J, Orrick
2    Herrington.
3          MR. FROST:  Jack Frost, Drinker
4    Biddle and Reath, on behalf of Johnson
5    & Johnson.
6          MS. SHARKO:  Susan Sharko,
7    Drinker Biddle, same.
8          MS. WUNDERLICH:  Sandra
9    Wunderlich, Tucker Ellis, on behalf of
10   PTI Royston and PTI Union.
11         MR. LOCKE:  Tom Locke for the
12   Personal Care Products Council.
13         VIDEOGRAPHER:  Okay.  Will the
14   court reporter please administer the
15   oath to the witness.
16
17         MELINDA DARBY DYAR, Ph.D.,
18   of lawful age, having been first duly sworn
19   to tell the truth, the whole truth and
20   nothing but the truth, deposes and says on
21   behalf of the Plaintiffs, as follows:
22
23         DIRECT EXAMINATION
24   QUESTIONS BY MR. FINCH:
25   Q.    Good morning, Ms. Darby Dyar.

3  (Pages 6 to 9)

Melinda Darby Dyar, Ph.D.

Page 10

1   My name is Nate Finch.  I
2 introduced myself off the record to you.  As
3 I said before, I represent various ovarian
4 cancer victim plaintiffs.
5   Have you ever had your
6 deposition taken before?
7   A.   No.
8   Q.   Have you ever testified in a
9 courtroom before?
10   A.   No.
11   Q.   Have you ever done what's
12 called a mock deposition, where someone
13 videotapes you and asks you questions as if
14 you were being deposed or testifying in
15 court?
16   MR. CHACHKES:  So I'm going to
17   object on work product grounds.
18   You can answer to the extent
19   it's not anything you've done with
20   counsel in this case.
21   THE WITNESS:  Correct, it's not
22   anything I've ever done with counsel
23   in this case.
24 QUESTIONS BY MR. FINCH:
25   Q.   So never done it your entire

Page 11

1 life, or you've done it in this case?
2   MR. CHACHKES:  So the objection
3   was don't talk about what we did in
4   this case, but you're welcome to talk
5   about other stuff.
6   THE WITNESS:  No, I've never
7   done it ever before.
8 QUESTIONS BY MR. FINCH:
9   Q.   So am I correct that you have
10 never been recognized by a court as an expert
11 in anything?  Is that correct?
12   A.   That is correct.
13   Q.   What is Palouse Minerals, LLC?
14   A.   It is an LLC entity that I
15 created for the purposes of -- on the basis
16 of the recommendation of my personal lawyer.
17   Q.   Created for the purposes of
18 what, receiving funds that you earn as an
19 expert witness?
20   Is that one of the reasons you
21 created it?
22   A.   I do considerable consulting
23 for NASA, and I decided it would be useful to
24 have an entity that I could consolidate my
25 non-Mount Holyoke and non-planetary science

Page 12

1 income into.
2   Q.   How long has Palouse Minerals
3 been in existence?
4   A.   A couple months.
5   Q.   In what state was it formed?
6 What's the --
7   A.   Massachusetts.
8   Q.   So it's a Massachusetts LLC?
9   A.   Yes.
10   Q.   And what's the business address
11 for it?
12   A.   161 Chestnut Street in Amherst,
13 Mass.
14   Q.   Is that the same as your office
15 address?
16   A.   Yes, it is.
17   Q.   Is it --
18   A.   To which office are you
19 referring?
20   Q.   Or which office does it
21 correspond to?
22   A.   It corresponds to my home
23 office.
24   Q.   So it's your home address as
25 well?

Page 13

1   A.   Correct.
2   Q.   Are you the -- the sole member
3 of Palouse Minerals, LLC, meaning the sole
4 person that has an ownership stake in it?
5   A.   Yes.
6   Q.   There are no other -- are there
7 any other limited partners that receive an
8 income distribution or other distribution for
9 Palouse Minerals?
10   A.   No.
11   Q.   Does it have any employees?
12   A.   Other than me, no.
13   Q.   When were you first contacted
14 by someone -- let me back up.
15   Who are you working for in
16 connection with this case in which your
17 deposition is being taken today?
18   A.   I'm not exactly sure what you
19 mean.
20   Do you mean who do I send the
21 bills to?
22   Q.   Well, you're being compensated
23 for your time, I assume, correct?
24   A.   Correct.
25   Q.   All right.  And you send the

4  (Pages 10 to 13)

Melinda Darby Dyar, Ph.D.

Page 14

1   bills to Tucker Ellis.  That's a law firm; is
2   that correct?
3       A.   I believe so.
4       Q.   And do you have an
5   understanding as to what party in this
6   litigation you are serving as an expert
7   witness for?
8       A.   Yes.
9       Q.   All right.  Who are you working
10  for?
11      A.   So the checks come from Orrick,
12  and Orrick is hired by Johnson & Johnson.
13      Q.   Are you working for any other
14  party to this litigation, other than
15  Johnson & Johnson or Johnson & Johnson
16  Consumer, Inc., or any other Johnson &
17  Johnson subsidiary?
18      A.   No.
19      Q.   So you're not being compensated
20  or doing any work with a company called
21  Imerys, for example?
22      A.   No.
23      MR. FINCH:  Lizzy, can I have
24  the notice of deposition?
25      (Dyar Exhibit 1 marked for

Page 15

1   identification.)
2   QUESTIONS BY MR. FINCH:
3       Q.   Ma'am, I've put what's been
4   marked as Darby Dyar Exhibit 1 in front of
5   you.
6       Have you ever seen this or
7   discussed it, the subject matters of what it
8   is, with anyone?
9       A.   Yes and yes.
10      Q.   And what is your understanding
11  of what this is?
12      A.   It's a notice that I'm going to
13  testify today, and these are the documents
14  that are related to the case.
15      Q.   Okay.  When were you first
16  contacted by someone on behalf of Johnson &
17  Johnson to do work for it in connection with
18  these cases?
19      A.   I don't remember exactly, but
20  sometime last fall after school started.
21      Q.   Okay.  And am I correct that
22  your time is billed out at $500 an hour?
23      A.   That is correct.
24      Q.   And has anyone else from
25  Palouse Minerals done work in connection with

Page 16

1   this expert engagement other than you?
2       A.   No.
3       Q.   The reason I ask that question,
4   on the invoices that were produced yesterday
5   evening, there are a couple of instances
6   where there's redactions and the person
7   was -- the person or entity was redacted, and
8   that led me to believe there might have been
9   someone else other than you who worked on the
10  report.
11      MR. CHACHKES:  Objection.
12      THE WITNESS:  No one else but
13  me worked on the report.
14  QUESTIONS BY MR. FINCH:
15      Q.   Okay.  What were you asked to
16  do by Johnson & Johnson or its lawyers?
17      A.   I was asked to review the
18  methodology used by Drs. Longo and Rigler in
19  a series of reports.
20      Q.   Anything else?
21      A.   I was asked to write a report
22  giving my review.
23      Q.   What methodology did you follow
24  in analyzing Dr. Longo and Rigler's reports?
25      A.   Well, I've been a reviewer of

Page 17

1   scientific documents for almost 40 years, and
2   so I used the same methodology I'd use for
3   reviewing a scientific paper or a proposal or
4   any kind of report that comes across my
5   research interests.
6       So I first read the report
7   carefully, every word.  Then I looked at all
8   of the math and all the numbers and analyzed
9   the numbers.  Then I sought out all of the
10  references that were cited in those reports
11  and tried to read all of them.  And then I
12  looked at the report many times and tried to
13  see if the information in the report
14  justified the conclusions.
15      Q.   Did you test any talc that was
16  the source of Johnson's baby powder or SHOWER
17  TO SHOWER® yourself?
18      A.   No.
19      Q.   Did you test any talc that was
20  mined either in Italy or Vermont or China for
21  the purposes of analyzing whether or not it
22  contained asbestos or asbestos fibers?
23      A.   No.
24      Q.   Did you review any internal
25  documents of Johnson & Johnson that indicated

Melinda Darby Dyar, Ph.D.

---

Page 18

1    the results of its testing of either its baby
2    powder or SHOWER TO SHOWER® products or the
3    ore from the Vermont mine or other sources of
4    talc?
5        A.   No.
6        Q.   Did you review any testimony
7    from any of Johnson & Johnson's corporate
8    witnesses related to the source of -- let me
9    just ask it this way.
10           Did you review any testimony of
11   anyone other than Dr. Longo and Dr. Rigler?
12       A.   Yes, I reviewed reports only by
13   Krekeler, Cook and Campion.
14       Q.   And you reviewed their reports,
15   but you haven't commented on any of those
16   reports; is that correct?
17       A.   There was no need to comment on
18   those reports because they did not have --
19   they did not bear on my evaluation of the
20   methodology of Longo and Rigler.
21       Q.   Okay.
22       A.   But I read them just in case.
23       Q.   All right.  Am I correct that
24   you don't have an opinion one way or another
25   as to whether or not there is asbestos in

---

Page 19

1    Vermont talc that was a source for Johnson's
2    baby powder?
3        A.   Can you restate that question?
4        Q.   I didn't see anywhere in your
5    report an affirmative opinion as to whether
6    or not there is or is not asbestiform
7    materials, asbestos fibers, in the talc from
8    either Vermont or Italy or China that was the
9    source of Johnson's baby powder.
10           MR. LOCKE:  Objection.
11           THE WITNESS:  No, my job in
12       this matter was to review the
13       methodology of Drs. Longo and Rigler.
14   QUESTIONS BY MR. FINCH:
15       Q.   Did you review the testimony
16   of -- do you know Ann Wylie, by any chance?
17       A.   I believe I've met Ann Wylie
18   once, maybe, but I couldn't pick her out of a
19   crowd.
20       Q.   Did you review her testimony
21   that was taken in connection with these cases
22   as part of your work here?
23       A.   No.
24       Q.   You have written papers with
25   Matthew Sanchez, correct?

---

Page 20

1        A.   My name appears on publications
2    in which the author list includes Matt, yes.
3        Q.   Have you reviewed any of
4    Mr. Sanchez's testimony in connection with
5    any Johnson & Johnson talc litigation?
6        A.   No.
7        Q.   You have published multiple
8    papers and also a book with a gentleman by
9    the name of Mickey Gunther, correct?
10       A.   That's correct.
11       Q.   Have you ever reviewed any of
12   Dr. Gunther's testimony in asbestos
13   litigation on behalf of any of the parties
14   that he's worked for?
15       A.   No.
16       Q.   Did you review any deposition
17   or trial testimony of any Johnson & Johnson
18   witness in connection with your work in this
19   case?
20           And by that I would include
21   Dr. John Hopkins or any of the other
22   employees or former employees of Johnson &
23   Johnson.
24       A.   No.
25       Q.   Did you review any summaries of

---

Page 21

1    any deposition or trial testimony of anyone
2    other than possibly Dr. Longo and Dr. Rigler?
3        A.   No.
4        Q.   When you were first contacted
5    to work on behalf of Johnson & Johnson, who
6    did you -- how did -- how were you first
7    contacted?
8            Who contacted you?
9        A.   I -- to the best of my memory,
10   I was sitting in my Mount Holyoke office, and
11   I got a phone call from a lawyer in
12   Cleveland.
13       Q.   This was a lawyer for the
14   Tucker Ellis firm?
15       A.   I'm not sure where he works.
16       Q.   What was the name of the
17   lawyer?
18       A.   Chris Caryl, Caryl.  I'm not
19   sure how you pronounce his name.
20       Q.   And in that conversation, what
21   did he ask you to do?
22       A.   He asked me if I had ever done
23   any expert witness work and if that would
24   interest me, and he told me a little bit
25   about the case.  I don't remember exactly

---

6 (Pages 18 to 21)

Melinda Darby Dyar, Ph.D.

Page 22

1  what he said, but he asked me if I'd be
2  interested, and I said I would think about
3  it.
4        Q.    And obviously you eventually
5  said yes, correct?
6        A.    Correct.
7        Q.    And you ultimately put together
8  an expert witness report that contains your
9  opinions and conclusions in this case; is
10  that correct?
11        A.    Yes.
12             MR. FINCH:  Lizzy, can I have
13  the report?
14             (Dyar Exhibit 2 marked for
15  identification.)
16  QUESTIONS BY MR. FINCH:
17        Q.    Ma'am, I've marked as Darby
18  Dyar Deposition Exhibit 2 a document entitled
19  "Expert Report of M. Darby Dyar, Ph.D., for
20  General Causation, Daubert Hearing."
21             Can you take a look at this
22  document and tell me what it is?
23        A.    This is my report.
24        Q.    And it has a copy of your CV
25  attached to the back of it as Exhibit B?

Page 23

1  Exhibit A, excuse me.
2        A.    Yes.
3        Q.    Did you, as part of your work
4  in this case, ask to see the same samples
5  that Dr. Longo in his laboratory analyzed,
6  have those sent to you so you could analyze
7  them yourself?
8        A.    No.
9        Q.    Why not?
10        A.    My job here was to review the
11  methodology employed by Drs. Longo and
12  Rigler.  It was not to do testing.
13        Q.    Did you review any testimony of
14  Dr. Longo other than his deposition taken in
15  this case in February of this year?
16        A.    No.
17        Q.    Did you review any of Mark
18  Rigler's testimony other than his deposition
19  taken in connection with these cases in
20  February of this year?
21        A.    No.
22        Q.    So am I correct that you have
23  never reviewed testimony of Dr. Longo where
24  he describes his methodology generally that
25  his lab follows for analyzing substances to

Page 24

1  determine whether they have asbestos in them?
2        A.    Other than the depositions
3  taken this year, no.
4        Q.    And the depositions that were
5  taken this year was a one-day deposition
6  taken February 5th or 6th of 2019?
7        A.    I believe that's correct.
8        Q.    Were you aware that Dr. Longo
9  has testified dozens of times about -- in
10  courtrooms with judges, both federal and
11  state present, about the methodology he
12  follows to analyze the presence of asbestos
13  fibers in materials?
14        A.    That's what he says in his --
15  in the beginning of his most recent
16  deposition, yes.
17        Q.    And you didn't ask to review
18  any of that testimony where he describes what
19  he does or how his lab works in detail?
20        A.    The current deposition makes it
21  clear that his methodology has remained
22  constant, and so it wasn't necessary to
23  review previous methodologies.
24        Q.    What is your understanding of
25  what an expert witness report like Exhibit 2

Page 25

1  is for?
2        A.    It is to present the opinion of
3  an expert witness on matters that they are
4  asked to evaluate.
5        Q.    Do you have the understanding
6  that it is supposed to set forth your
7  opinions and the bases for your opinions on
8  various topics?
9        A.    Yes.
10             MR. FINCH:  Let's mark as
11  Exhibit 3 -- and I don't have a hard
12  copy with me because I just got it by
13  e-mail last night -- the production
14  materials that were sent to us at
15  5:50 p.m.
16             And could I switch to the iPad?
17             VIDEOGRAPHER:  No problem.
18             MR. FINCH:  And we'll send this
19  to the court reporter electronically.
20             (Dyar Exhibit 3 marked for
21  identification.)
22             MR. CHACHKES:  We have paper
23  copies here.
24             MR. FINCH:  If you've got a
25  paper copy you can hand to me, that

7 (Pages 22 to 25)

Melinda Darby Dyar, Ph.D.

Page 26

1  would probably speed up the process a
2  little bit.
3           MR. CHACHKES:  We could
4  actually have it -- so if we want one
5  for the witness as well -- so we've
6  got one copy.  We can take a break
7  and --
8           MR. FINCH:  I don't want to
9  take a break.
10           MR. CHACHKES:  Okay.
11           MR. FINCH:  I'll come back to
12  it.  But I'm going to ask a few
13  questions now, and then if you can, at
14  a break --
15  QUESTIONS BY MR. FINCH:
16      Q.    Okay.  Ma'am, can you see the
17  screen here that I'm flipping?
18      A.    No.
19      Q.    There's a screen in front of
20  you.
21      A.    That's way too small.
22      Q.    Okay.
23      A.    I can certainly use the paper
24  copy.
25           MR. CHACHKES:  So I've got the

Page 27

1  paper copy.
2           MR. FINCH:  All right.  Counsel
3  for Johnson & Johnson kindly provided
4  the witness with his copy.
5  QUESTIONS BY MR. FINCH:
6      Q.    But suffice it to say, did you
7  have the understanding that some additional
8  material was provided to us yesterday in
9  connection with the subpoena you got?
10      A.    Yes.
11      Q.    Okay.  What is your
12  understanding of what was provided to us?
13      A.    I believe it was copies of my
14  bills and a copy of my updated CV.
15      Q.    Okay.  And also contained
16  some --
17      A.    Oh, and -- okay, go ahead.
18      Q.    I've got your bills.  I've got
19  your updated CV.
20           What is the material, say, the
21  last hundred pages, hundred-plus pages, of
22  the document?
23      A.    Those would be my spreadsheets.
24      Q.    Okay.  Are those the
25  spreadsheets that underlie the conclusions

Page 28

1  and calculations that you've made and set
2  forth in the report, Exhibit 2?
3      A.    Yes, they are.
4      Q.    So basically if I want to check
5  your math, I look at the spreadsheets, right?
6      A.    Correct.
7      Q.    Okay.  So you said you were
8  first contacted sometime last fall by a
9  lawyer named Christopher Caryl from the
10  Tucker Ellis law firm about doing expert
11  witness work for Johnson & Johnson; is that
12  correct?
13      A.    That is correct.
14      Q.    And I have on the screen here,
15  which you probably can flip to, a series of
16  invoices beginning in November of 2018 which
17  reflects work done in October, all the way up
18  through a March 4th invoice which reflects
19  work done in February of 2019.
20           Do you see those invoices?
21      A.    I do see them, yes.
22      Q.    Okay.  My document isn't page
23  numbered, but on the screen there is a
24  contract signed by you on behalf of your
25  company and Johnson & Johnson.

Page 29

1           Do you see that?
2      A.    Yes.
3      Q.    Okay.  You started working on
4  this project before the contract was signed.
5           Why is that?
6      A.    Because I -- before this
7  contract was signed, because I -- it took me
8  a while to get the legal paperwork for
9  Palouse Minerals organized and approved by
10  Massachusetts.
11      Q.    Okay.  So you had to set up the
12  LLC.  You started doing work, you set up the
13  LLC, and once that was set up, you had
14  Johnson & Johnson's attorneys enter into a
15  contract with you on behalf of LLC, correct?
16      A.    Correct.
17      Q.    Okay.  The first invoice I have
18  here reflects work done in October, and it
19  has an entry for 19 hours and 18 hours, both
20  billed at $500 an hour, for a total of
21  18,500.
22           Do you see that?
23      A.    Yes.
24      Q.    Okay.  What is the 19 hours and
25  what is the 18 hours?

8 (Pages 26 to 29)

Melinda Darby Dyar, Ph.D.

Page 30

1      MR. CHACHKES:  Objection.
2      Are you asking what's been
3  redacted?
4      MR. FINCH:  Well, I'm asking
5  if -- is the redaction basically a
6  description of the work, or is the
7  redaction the name of a person?
8      MR. CHACHKES:  So you can --
9  I'm going to object on work product
10  grounds.
11      You can answer on a general
12  high level.
13      THE WITNESS:  Can you restate
14  that question, please?
15  QUESTIONS BY MR. FINCH:
16      Q.   Yeah.
17      There's a breakdown between 19
18  and 18 hours.  Is all the work in all these
19  invoices performed by you?
20      A.   Absolutely, yes.
21      Q.   Okay.  So there's nobody else
22  that's done any work on this expert witness
23  report or your analysis of Dr. Longo and
24  Dr. Rigler's reports, correct?
25      A.   No.

Page 31

1      Q.   Did you confer with anyone in
2  connection with your review of Dr. Longo's --
3  and rather than saying Longo and Rigler again
4  and again and again, I'm just going to say
5  Longo.
6      Did you confer with anyone in
7  connection with your review of Dr. Longo's
8  reports or your writing of your report?
9      MR. CHACHKES:  Objection.
10      THE WITNESS:  Yes.
11  QUESTIONS BY MR. FINCH:
12      Q.   Who did you confer with?
13      A.   Counsel.
14      Q.   That would be lawyers for
15  Johnson & Johnson?
16      A.   Yes.
17      Q.   Did you share drafts with them
18  of your report?
19      A.   Yes.
20      Q.   Did they provide comments on
21  the drafting?
22      A.   Yes.
23      Q.   Did you consider their
24  suggestions in writing your report?
25      MR. CHACHKES:  So I'm going to

Page 32

1  object on work product grounds.  The
2  communications with Professor Dyar are
3  going to be privileged, so I'm going
4  to ask the witness not to respond to
5  this line of questioning.
6      MR. FINCH:  So noted.
7  QUESTIONS BY MR. FINCH:
8      Q.   Did any lawyers for Johnson &
9  Johnson suggest areas of inquiry for you as
10  part of your analysis of Dr. Longo's work?
11      MR. CHACHKES:  So same
12  objection.
13      Please don't respond.
14  QUESTIONS BY MR. FINCH:
15      Q.   Did any lawyers for Johnson &
16  Johnson provide you with any of the pictures
17  that appear in your report?
18      A.   Some of the images in my report
19  come from the Longo, Rigler reports.  So to
20  the extent that I received the Longo and
21  Rigler reports from counsel, then, yes, some
22  of the images came from there.
23      Q.   Did you review all of the, for
24  lack of a better word, backup material for
25  all of the Longo and Rigler reports?

Page 33

1      A.   I looked at every single page.
2      Q.   Did you look at every single
3  photograph or photomicrograph on every single
4  page of Dr. Rigler and Dr. Longo's backup
5  materials to their reports?
6      A.   Yes.
7      Q.   Did you confer with anyone else
8  on either your analysis of Dr. Longo and
9  Rigler's work or your report, other than
10  Johnson & Johnson's lawyers?
11      A.   Yes.
12      Q.   Who did you confer with?
13      A.   Dr. Mickey Gunther.
14      Q.   Who else?
15      A.   No one else.
16      Q.   Did Dr. Gunther provide any
17  written comments or suggestions to you in
18  your work analysis -- your work in this case?
19      MR. CHACHKES:  So again, I'm
20  going to object on work product
21  grounds.  Dr. Gunther is a consultant
22  for J&J, so I'm going to ask the
23  witness not to respond to this line.
24      MR. FINCH:  Well, we disagree
25  with that, but we'll take it up at the

9 (Pages 30 to 33)

Melinda Darby Dyar, Ph.D.

Page 34

```
 1        appropriate time.
 2      QUESTIONS BY MR. FINCH:
 3        Q.    Did you review Dr. Campion's
 4   report and publications in connection with
 5   your work in this case?
 6        A.    I did look at them, yes.
 7        Q.    Did you come to any conclusions
 8   about them?
 9           MR. CHACHKES:  So I'm going to
10        object to this on work product
11        grounds.  To the extent there were any
12        communications, it was not with
13        respect to this report.
14      QUESTIONS BY MR. FINCH:
15        Q.    You don't intend to testify
16   about any conclusions related to
17   Dr. Campion's report?
18        A.    My purpose here was to review
19   only the Longo and Rigler reports.
20        Q.    In November of 2018, you sent
21   an invoice for 37 hours of work -- for work
22   done in October of 2018.
23           What were you reviewing or
24   doing during that 37 hours given that
25   Dr. Longo didn't issue his first report in
```

Page 35

```
 1   the MDL until the middle of November?
 2        A.    I was reviewing prior
 3   documents, prior reports, of Dr. Longo.
 4        Q.    You mean his reports done in
 5   connection with state court asbestos
 6   litigation from 2018, earlier in 2018 and
 7   partially in 2017?
 8        A.    Let's have a look at the list
 9   of documents that I included in my report.
10        Q.    You're looking at Exhibit
11   Number 3 -- 2, Exhibit Number 2.
12        A.    So the first document was
13   produced in March -- on March 11, 2018.
14        Q.    Uh-huh.
15        A.    Another document was produced
16   on September 6th of 2018, and another one was
17   produced in September of 2017.  So those
18   documents were available to me immediately.
19   And then when the October 2018 document
20   became available, it was given to me.
21        Q.    So your November invoice was
22   for $18,500; December, 30,000; January,
23   25,500; February invoice for January work,
24   35,000; and then your March invoice for
25   February work was 63,000.  Is that correct?
```

Page 36

```
 1        A.    That's correct.
 2        Q.    Okay.  So in total you've
 3   billed over $150,000 to this project so far,
 4   at least as of the end of February 2019?
 5        A.    I haven't done the math, but
 6   that seems about right.
 7        Q.    How much time have you spent in
 8   March of 2019 working on this project?
 9        A.    I don't really know, but not
10   much.  I wouldn't like to speculate without
11   checking my records.
12        Q.    More than 20 hours?
13        A.    Yes.
14        Q.    More than 50 hours?
15        A.    Probably no.
16        Q.    How about in April?
17           I know it's only the 2nd day of
18   April, but did you spend any time yesterday?
19        A.    Yes.
20        Q.    What did you do yesterday as
21   part of your work for Johnson & Johnson in
22   this case?
23           MR. CHACHKES:  So again, I'm
24        going to object on work product
25        grounds, but you can answer on a very
```

Page 37

```
 1        high level.
 2           THE WITNESS:  I prepared for
 3   this deposition.
 4      QUESTIONS BY MR. FINCH:
 5        Q.    And what did you do to prepare
 6   for this deposition?
 7           MR. CHACHKES:  Again, I'm going
 8        to object on work product grounds and
 9        maybe counsel the witness not to
10        answer.
11           If you have any specific
12        questions that don't threaten the work
13        product protections, then you can ask
14        those.
15           MR. FINCH:  I'll leave the
16        question as it is.
17           MR. CHACHKES:  Okay.  So please
18        don't answer.
19      QUESTIONS BY MR. FINCH:
20        Q.    On the invoices where it says
21   "redacted" in several places, can you tell me
22   generally what kind of information was
23   redacted?
24           Is it information relating to
25   what you were doing, or is it information
```

10 (Pages 34 to 37)

Melinda Darby Dyar, Ph.D.

Page 38

1  like Social Security numbers or something
2  like that?
3      A.    It's information related to
4  what I was doing.
5      Q.    Okay.  So it describes the
6  tasks that you were performing in connection
7  with your expert witness work in this case?
8      A.    Correct.
9          MR. FINCH:  All right.  We
10      would make a request for an unredacted
11      version of the invoices.
12          MR. CHACHKES:  We'll take it
13      under advisement.
14          MS. SHARKO:  Any requests,
15      please put in writing.
16          MR. FINCH:  Okay.  This is
17      writing, since someone's writing it
18      down, but we will do it in a letter.
19          MS. SHARKO:  Okay.  And keep in
20      mind that we will then reciprocate.
21  QUESTIONS BY MR. FINCH:
22      Q.    Let's just get some terms on
23  the record.
24          What does EDS, EDXA stand for?
25      A.    Energy-dispersive spectrometry,

Page 39

1  or spectroscopy, depending on how you define
2  it, and then other people call it
3  energy-dispersive X-ray analysis.  They're
4  general terms for the same thing.
5      Q.    And am I correct that that is a
6  test for elemental chemistry?
7      A.    It's a qualitative test for
8  elemental chemistry.
9      Q.    Qualitative,
10  q-u-a-l-i-t-a-t-a-v-e {sic}?
11      A.    Correct.
12      Q.    And that is an analysis
13  performed by a transmission electron
14  microscope, correct?
15      A.    Yes.
16      Q.    Explain what is SAED.
17      A.    SAED refers to a kind of
18  electron diffraction done on a TEM in which
19  the electrons are passed through the sample
20  and they are diffracted, resulting in a
21  pattern.
22      Q.    And am I correct that when a
23  sample is analyzed under SAED, the material
24  is placed, for lack of a better word, on the
25  plate of the transmission electron

Page 40

1  microscope, and it is possible for the
2  analyst to rotate it in various dimensions
3  and directions?
4      A.    Yes, that is correct, and as
5  described in the quotation on page 31 of my
6  report.
7      Q.    And so -- which quotation are
8  you referring to?
9      A.    The quotation from ISO 2262-1
10  {sic} on page 65 which describes the process
11  by which you align a sample for an SAED
12  pattern.
13      Q.    Okay.  And am I correct that
14  that is something that the analyst, when
15  looking at the substance or the structure
16  through the TEM, is rotating the material in
17  realtime and deciding when to make an image
18  of that?
19      A.    Correct.
20      Q.    And is it correct that an
21  analyst, in reviewing the structure or
22  substance in realtime, can decide to take an
23  image of the selected area of diffraction
24  pattern whenever, in his or her judgment, he
25  finds something worth capturing?

Page 41

1          MR. CHACHKES:  Objection.
2          THE WITNESS:  That would be a
3      standard operating procedure, yes.
4  QUESTIONS BY MR. FINCH:
5      Q.    So a standard operating
6  procedure would be the analyst takes the
7  substance or material and has the ability to
8  rotate it in three dimensions and analyze the
9  crystal structure of the material under the
10  TEM, correct?
11      A.    It's not a full three
12  dimensions, but it's basically a plane that
13  has the ability to be tilted by a small
14  number of degrees in various directions.
15      Q.    Okay.  And in the process of
16  doing that, the analyst can spend as much or
17  as little time as it takes him or her to look
18  at the structure or material in the various
19  dimensions and take a picture, for lack of a
20  better word, of the diffraction pattern at
21  whatever points in time he or she thinks are
22  important, correct?
23      A.    Correct.
24      Q.    And it's -- it is in some sense
25  the judgment of the analysts at what point in

11 (Pages 38 to 41)

Melinda Darby Dyar, Ph.D.

Page 42

1    time he or she takes the picture of the
2    selected area of diffraction pattern,
3    correct?
4        A.    Yes.
5        Q.    You have degrees in geology and
6    art history; is that correct?
7        A.    Correct.
8        Q.    You have a Ph.D. in geology?
9        A.    My Ph.D. is actually in
10   geochemistry.
11       Q.    In geochemistry.
12             And how did you first get
13   interested in geology?
14       A.    I don't actually recall.  I
15   think when I was 2 years old, my mother
16   reports that I picked up rocks instead of
17   Easter eggs on an egg hunt.  That was the
18   first indication that maybe geology was in my
19   future.
20       Q.    You graduated with a bachelor's
21   of art in geology and art history from
22   Wellesley College, correct?
23       A.    As it says in my résumé, when
24   I -- at the time I graduated, my BA was in
25   geology, and I finished the course

Page 43

1    requirements for the art history degree while
2    I was enrolled at MIT subsequent to my
3    graduation from Wellesley.
4        Q.    And you got your Ph.D. in
5    geochemistry from MIT, correct?
6        A.    Correct.
7        Q.    You're not an epidemiologist,
8    correct?
9        A.    No.
10       Q.    You're not a medical doctor?
11       A.    No.
12       Q.    You don't hold yourself out as
13   an expert on the biological activity of
14   substances in the human body; is that
15   correct?
16       A.    No.
17       Q.    You're not a cell biologist?
18       A.    I work with a microbiologist
19   and I have written papers on microbiology,
20   but I don't consider myself a cell biologist,
21   no.
22       Q.    Do you hold yourself out as an
23   expert in analyzing whether or not and how
24   fibers and structures can cause genetic
25   errors which lead to cancer or other

Page 44

1    diseases?
2        A.    No.
3        Q.    You're not a toxicologist?
4        A.    No.
5        Q.    Have you ever performed an
6    animal study in the sense of either having an
7    animal ingest or inhale or otherwise come
8    into contact with a substance to determine
9    whether that substance has hazardous effects?
10       A.    No.
11       Q.    I take it you do not have an
12   expert opinion as to whether any of the
13   materials found in Johnson & Johnson's talc
14   or Johnson & Johnson's baby powder are
15   carcinogenic?
16       A.    I have no opinion on that.
17       Q.    You have no expert opinion
18   regarding whether any amphiboles found in
19   talc from New York, the Gouverneur talc mine,
20   are carcinogenic; is that correct?
21             MR. LOCKE:  Objection.
22             THE WITNESS:  I have no opinion
23       on that.
24   QUESTIONS BY MR. FINCH:
25       Q.    Do you have any opinion about

Page 45

1    whether the amphiboles found in Libby
2    vermiculite are carcinogenic?
3        A.    I have no opinion on that.
4        Q.    You have no expert opinion on
5    that?
6        A.    No.
7        Q.    Are you familiar with the fact
8    that there has been an epidemic of
9    mesothelioma in and around Libby, Montana?
10             MR. FROST:  Objection.
11             MR. LOCKE:  Objection.
12             THE WITNESS:  Vaguely.
13   QUESTIONS BY MR. FINCH:
14       Q.    How did you come to that
15   understanding?
16             MR. FROST:  Objection.
17             THE WITNESS:  I read it in a
18       newspaper maybe?
19   QUESTIONS BY MR. FINCH:
20       Q.    When was the first time you met
21   Mickey Gunther?
22       A.    In the summer of 1996, I met
23   Mickey at a teaching mineralogy workshop at
24   Smith College.
25       Q.    Were you on the faculty of that

12 (Pages 42 to 45)

Melinda Darby Dyar, Ph.D.

1    workshop, or was he on the faculty of that
2    workshop?  How did you come in contact?
3         A.    I was driving a van on the
4    field trip, and Mickey got in and sat next to
5    me.
6         Q.    And since that time, you have
7    collaborated on both a textbook and about,
8    what, 30 papers, something like that?
9         A.    I don't keep count of the
10   papers, but they're all as listed in my CV.
11        Q.    Could you identify for me your
12   peer-review publications which address the
13   subject of how to determine if a material is
14   asbestos in the environment?
15        MR. CHACHKES:  Objection.
16        THE WITNESS:  I would have to
17        spend some time going through the list
18        to see if there are any that satisfy
19        those criteria.  I don't recall.
20   QUESTIONS BY MR. FINCH:
21        Q.    Can you think of any off the
22   top of your head right now?
23        A.    No.
24        Q.    Have you ever published a
25   peer-review publication regarding how to

1    determine if there is asbestos in a product?
2         A.    Not that I recall.
3         Q.    Have you published any
4    peer-review articles regarding the use of --
5    I'm just going to use the shorthand term --
6    EDS, EDXA, to identify asbestos in materials?
7         A.    Not that I recall.
8         Q.    Have you ever authored a
9    peer-review publication concerning the use of
10   selected area diffraction -- selected area
11   electron diffraction, SAED, to identify
12   asbestos in materials?
13        A.    Not that I recall.
14        Q.    Have you ever published a
15   peer-review paper regarding the use of
16   polarized light microscopy, PLM, to
17   distinguish between asbestos in talc in
18   materials?
19        A.    Not that I recall.
20        Q.    Have you ever been asked by the
21   United States Environmental Protection Agency
22   to draft standards related to the
23   identification of asbestos in a material?
24        A.    No.
25        Q.    Have you or laboratories -- let

1    me back up.
2         Q.    Have you ever been in charge of
3    a laboratory where the laboratory regularly
4    tested materials to determine if they
5    contained asbestos?
6         A.    No.
7         Q.    Have you analyzed over 300
8    samples of material -- 300,000 samples of
9    materials over the course of your career to
10   detect whether or not asbestos was present in
11   them?
12        A.    No.
13        Q.    Have you ever been recognized
14   by a court as an expert witness on the
15   subject of examining material to determine
16   whether it contained asbestos?
17        A.    No.
18        Q.    Have you ever served as an
19   expert consultant for the City of New York,
20   the State of New York, the State of Utah or
21   any other governmental entity on the subject
22   of examining material to determine whether it
23   contained asbestos?
24        A.    No.
25        Q.    Have you ever been the primary

1    author of an American Society Testing and
2    Materials method for the analysis of asbestos
3    fibers and bundles in settled dust?
4         A.    No.
5         Q.    Have you ever been the primary
6    author of any ASTM memorandum?
7         A.    No.
8         Q.    You cite to several different
9    ISO memorandums relating to the
10   identification of asbestos in either bulk
11   samples or in the air or in talc, correct?
12        A.    Correct.
13        Q.    Have you ever been the author
14   or a contributor to an ISO memorandum
15   relating to the identification of asbestos in
16   bulk samples?
17        A.    No.
18        Q.    Have you ever been the author
19   or contributor to an ISO memorandum relating
20   to the identification of asbestos in the air?
21        A.    No.
22        Q.    Have you ever been the author
23   or contributor to an ISO memorandum relating
24   to the identification of asbestos in talc?
25        A.    No.

Melinda Darby Dyar, Ph.D.

Page 50

```
 1      Q.    Have you ever tested a sample
 2   of talc to determine whether or not it
 3   contained asbestos?
 4      A.    No.
 5      Q.    Have you ever published
 6   anything in any peer-reviewed journal about
 7   testing talc to determine if it contains
 8   asbestos?
 9      A.    No.
10      Q.    What -- and I'm going to
11   butcher this word repeatedly because it's
12   just one of those words I just cannot say.
13   But what microscopy-based spectroscopic
14   methods have you used over the course of your
15   career?
16      A.    Oh, Mössbauer spectroscopy,
17   electron spectroscopy of various kinds, TEM,
18   SEM, electron probe microanalysis, X-ray
19   diffraction, X-ray fluorescence,
20   proton-induced gamma emission, laser-induced
21   breakdown spectroscopy, Raman spectroscopy.
22          Those are some of them.
23      Q.    Do you oversee a lab currently
24   that has electron microscopes?
25      A.    No.  The lab that contains an
```

Page 51

```
 1   SEM and TEM at Mount Holyoke is overseen by
 2   the director of the science center.
 3      Q.    Do you have access to that lab?
 4      A.    Yes.
 5      Q.    Can you list the various types
 6   of electron microscopes you have used to
 7   analyze materials over the years?
 8      A.    You want to clarify what you
 9   mean by "type"?
10      Q.    Well, the manufacturer, the
11   model.
12      A.    No, I don't pay attention to
13   that.  I'd have to go back and look at the
14   papers.
15      Q.    Are you aware that the National
16   Bureau of Standards publishes asbestos
17   standards?
18      A.    Yes.
19      Q.    Have you analyzed the National
20   Bureau of Standards asbes -- standard
21   asbestos samples in any laboratory where
22   you've worked?
23      A.    I can't recall.  I've analyzed
24   hundreds of thousands of samples in my
25   career, so it's difficult to recall if one or
```

Page 52

```
 1   two of them were -- happen to be those
 2   standards.  I don't recall.
 3      Q.    How many -- what is the primary
 4   laboratory that you've worked with over the
 5   past ten years?
 6          Is it the Mount Holyoke?
 7      A.    My research takes place at many
 8   different institutions.  I work with the
 9   synchrotron at the Advanced Photo Source,
10   Photon Source, in Chicago.  I work with
11   scientists at Los Alamos National Laboratory,
12   and I work with scientists at the University
13   of Massachusetts in Amherst where I am on the
14   graduate faculty.
15          My own laboratory at Mount
16   Holyoke also includes many different kinds of
17   spectrometers.
18      Q.    And your own laboratory at
19   Mount Holyoke has a SEM and a TEM now?
20      A.    No.  As I stated, Mount Holyoke
21   has an analytical facility for TEM and SEM,
22   which is under the direction of the director
23   of science center.
24      Q.    And the science center is
25   affiliated with what entity?
```

Page 53

```
 1      A.    All of the science departments
 2   at the college.
 3      Q.    Okay.  Do you know what NVLAP
 4   NIST accredited means?
 5      A.    I know what NIST stands for.
 6      Q.    Do you know if any of the
 7   laboratories you've worked in are NVLAP NIST
 8   accredited?
 9      A.    So academic institutions are
10   accredited by completely differently
11   organizations than the ones that are used for
12   business entities.
13          And, yes, Mount Holyoke does
14   have an accreditation.
15      Q.    Have you ever calibrated an
16   electron microscope for electron diffraction?
17      A.    Probably 30 years ago, yes.
18      Q.    You haven't done it in the past
19   30 years?
20      A.    Our equipment is already kept
21   well-calibrated.  We have a full-time
22   laboratory manager who takes care of the EMs.
23      Q.    Have any of the labs that you
24   have worked with or for been in the NVLAP
25   NIST program for the identification of
```

14 (Pages 50 to 53)

Melinda Darby Dyar, Ph.D.

Page 54

1    asbestos?
2        A.    I have no knowledge of that.
3        Q.    How much time do you spend on a
4    daily basis analyzing materials to determine
5    whether or not they contain asbestos fibers?
6        A.    Zero.
7        Q.    How much time do you spend on a
8    weekly basis analyzing materials to determine
9    whether or not they contain asbestos?
10       A.    Zero.
11       Q.    How much time do you spend on a
12   yearly basis analyzing materials to determine
13   whether or not they contain asbestos?
14       A.    Zero.
15       Q.    What are the steps for
16   identifying and assessing whether a sample of
17   a material contains asbestos?
18       A.    Well, let's go back to my
19   report where that's articulated quite
20   clearly.
21           So, for example, my report
22   talks about the Yamate -- the Yamate document
23   from the EPA, it talks about the ISO 22262
24   document, and it also talks about PLM methods
25   explained and described in the Su documents.

Page 55

1    So there are many different ways of answering
2    that question.
3        Q.    Okay.  Do you find the
4    methodology set forth in ISO 22262-1 and
5    22262-2 to be reliable standards that
6    a scientist should follow for analyzing
7    whether or not a sample of material contains
8    asbestos?
9        A.    It would depend on -- the
10   answer to that question would depend on the
11   level of asbestos.
12           So you want to be more
13   specific?
14       Q.    Any level.
15       A.    Want to -- would you please
16   restate the question?
17       Q.    Yes.
18           Do you --
19           MR. FINCH:  Could you read back
20   the question, madam court reporter?
21           No?  Okay.  I'll see if I
22   can...
23   QUESTIONS BY MR. FINCH:
24       Q.    Do you find the methodology set
25   forth in ISO standards 22262-1 and 22262-2 to

Page 56

1    be reliable standards that a scientist should
2    follow for analyzing whether or not a sample
3    of a material contains asbestos?
4        A.    I would say that in the case of
5    determination of bulk asbestos, the methods
6    in those documents are robust.
7        Q.    What about for determining
8    whether or not there is asbestos in talc?
9        A.    So those -- so Document 1, for
10   example, which you mentioned, explicitly says
11   it's for measurements of bulk samples, and
12   Document Number 3, which is the one relating
13   to X-ray diffraction, explicitly says that
14   XRD has some limitations.  And so ISO
15   document 22262-2 is the only one that is
16   really relevant to looking at small amounts
17   of asbestos.
18       Q.    Okay.  Do you regard the
19   standard set forth in ISO 22262-2 to be
20   reliable for a scientific -- a scientist to
21   follow to analyze whether or not there are
22   small amounts of asbestos in talc?
23       A.    You know, my goal in this
24   report was to evaluate whether the
25   methodology of Drs. Longo and Rigler was

Page 57

1    valid.  It was not to evaluate whether the
2    government documents on this topic are
3    appropriate.  So I have not thought about
4    that.
5        Q.    Okay.  So you don't -- you
6    don't criticize the standards in -- or the
7    methodology set forth in ISO 22262-2; is that
8    correct?
9        A.    It's a government document.  I
10   haven't been asked to think about criticizing
11   it, and so I haven't thought about it.
12           MR. CHACHKES:  And we've been
13   going about an hour.  If you reach a
14   natural pausing point, we'll take
15   maybe a little break.
16           MR. FINCH:  Okay.  Let me go
17   about another five minutes.
18           MR. CHACHKES:  Sure.
19   QUESTIONS BY MR. FINCH:
20       Q.    When was the last sample that
21   you analyzed that contained asbestos?
22       A.    What do you mean by "analyzed"?
23       Q.    Analyzed using any of the tools
24   that a scientist could use to determine
25   whether a substance or material contains

15 (Pages 54 to 57)

Melinda Darby Dyar, Ph.D.

Page 58

```
 1   asbestos, either a PLM or TEM or any other
 2   way.
 3        A.    I have in the past year
 4   undertaken Mössbauer spectroscopy on asbestos
 5   samples to determine their ferrous ratios,
 6   but that is unrelated to the question of
 7   determining whether asbestos is present or
 8   not because I already knew that SAED samples
 9   were asbestos.
10        Q.    Okay.  Do you recall when is
11   the last time you analyzed a sample where you
12   didn't know whether or not asbestos was
13   present to determine if, in fact, it
14   contained asbestos?
15        A.    Never.
16        Q.    Never done that?
17        A.    No.
18        Q.    You have -- I think I counted
19   this up right; maybe I missed one.
20             You have three publications
21   that deal with materials found in the
22   vermiculite from Libby, Montana; is that
23   right?
24        A.    I contributed Mössbauer
25   analyses to three papers, yes.  I did not
```

Page 59

```
 1   have anything to do with writing the papers.
 2        Q.    Okay.  Your name appears on
 3   those papers, right?
 4        A.    Correct.  Because as is
 5   appropriate in science, I contributed data to
 6   the endeavor and, therefore, was included as
 7   a coauthor.
 8        Q.    And Mickey Gunther is the lead
 9   author on several -- on those papers, or is
10   at least an author on each of those papers?
11        A.    I don't know.  I'd have to
12   look, but I would presume so.
13        Q.    So am I correct that you did
14   not analyze any of the material that came
15   from the vermiculite from Libby, Montana, to
16   determine whether or not it had asbestos in
17   it?
18        A.    Correct.  I only analyzed
19   things to determine the redux ratios.
20        Q.    Okay.  You mentioned something
21   called the Mössbauer spectrum?
22        A.    Correct.
23        Q.    All right.  Could you describe
24   what that is?
25        A.    A Mössbauer spectrometer is
```

Page 60

```
 1   used to evaluate how much oxygen was
 2   available at the time a mineral crystalized,
 3   so in particular it's used to measure the
 4   valent state of iron, whether it is oxidized
 5   iron, which would be ferric iron, or reduced
 6   iron, which would be ferrous iron.  That is
 7   one of my specialties.
 8        Q.    So one of your specialties is
 9   using the Mössbauer analysis to determine,
10   for lack of a better word, the iron content
11   of something that might have asbestos in it?
12        A.    One of my specialties is to use
13   Mössbauer spectroscopy to determine the iron
14   redux ratio of minerals among the 5,500 known
15   minerals.  That's one of the specialties,
16   yes.
17             MR. FINCH:  All right.  This is
18   a good time to take a break.
19             VIDEOGRAPHER:  The time is
20   10:05 a.m.  Going off the record.
21        (Off the record at 10:05 a.m.)
22             VIDEOGRAPHER:  We are back on
23   the record.  The time is 10:21 a.m.
24        (Dyar Exhibits 4, 5, 6 and 7
25   marked for identification.)
```

Page 61

```
 1   QUESTIONS BY MR. FINCH:
 2        Q.    We're back on the record after
 3   a short break.
 4             Do you prefer to be called
 5   Dr. Darby Dyar or Ms. Darby Dyar?
 6        A.    How about Professor Dyar.
 7        Q.    Okay.  Professor Dyar.
 8             I've marked and put in front of
 9   both you and your lawyer copies of Darby Dyar
10   Exhibit 4, 5, 6 and 7.
11        A.    Yes.
12        Q.    And can you tell me what each
13   of those is?
14        A.    So these documents are the air
15   quality testing International standard ISO
16   22262-1 and 2, and ISO 13794, as well as the
17   Yamate report from the EPA dated July 1984.
18        Q.    Okay.
19             What is the International
20   Standard Organization?
21        A.    I don't actually know.
22        Q.    When is the first time you
23   reviewed or saw ISO 22262-1?  This is Dyar 4.
24        A.    When I saw it referenced in
25   Dr. Longo's report.
```

16 (Pages 58 to 61)

Page 62

1    Q.    Okay.  So you had never
2  previously had occasion in your career to
3  rely on the International standard for
4  sampling and qualitative determination of
5  asbestos in commercial bulk materials; is
6  that correct?
7        A.    In my research I use and have
8  used these techniques for almost 40 years,
9  but I have not yet brought them to bear on
10  the study of asbestos as an impurity in
11  talcum powder.
12    Q.    Okay.  So you never had the --
13  prior to your engagement by Johnson & Johnson
14  in this case, you never reviewed the
15  methodology set forth in ISO 22262-1; is that
16  correct?
17        MR. LOCKE:  Objection.
18        THE WITNESS:  Can you state the
19        question again?
20  QUESTIONS BY MR. FINCH:
21    Q.    Yeah.
22        Prior to being retained by
23  Johnson & Johnson as a potential expert in
24  these ovarian cancer cases, you never had the
25  occasion to review ISO 22262-1 and the

Page 63

1        methodology that it lays out for
2  determination of asbestos in commercial bulk
3  materials; is that correct?
4        MR. LOCKE:  Objection.
5        THE WITNESS:  I have never
6        reviewed this specific document, but I
7        have reviewed countless times the use
8        of polarized light microscopy in the
9        detection and analysis of minerals.
10        It's something I routinely teach and
11        it's something that I routinely use in
12        my research, but, again, not for the
13        purpose of detection of asbestos
14        specifically.
15  QUESTIONS BY MR. FINCH:
16    Q.    Am I correct -- well, let me
17  just ask it.
18        Have you ever reviewed ISO
19  Standard 22262-2 prior to your retention by
20  Johnson & Johnson in these cases?
21        A.    No.  There was no need.
22        MR. FINCH:  Move to strike that
23  "there was no need."
24  QUESTIONS BY MR. FINCH:
25    Q.    Would you agree with me that

Page 64

1  ISO 22262-1 and ISO 22262-2 lay out the
2  methodology -- a methodology for a scientist
3  to follow in order to determine whether or
4  not for ISO 22262-1, whether or not there's
5  asbestos in commercial bulk materials, and
6  ISO 22262-2, whether there is asbestos in
7  talc?
8        A.    These two documents do describe
9  protocols for analyzing asbestos, yes.
10    Q.    And if an analyst follows those
11  protocols, would you criticize him or her for
12  doing so?
13        A.    So if we go back to my report,
14  we'll see numerous places where I talk about
15  the proper use of these tools for the
16  analysis of asbestos in amphibole.
17    Q.    But you're not criticizing the
18  methodology set forth in ISO 22262-1 or
19  22262-2; is that correct?
20        A.    Do you want to be more specific
21  by what you mean about methodology?
22    Q.    Yeah.
23        The steps that they -- the
24  ISO -- let's say, ISO 222 -- you agree that
25  ISO 22262-1 and ISO 22262-2 lay out the steps

Page 65

1  that a scientist should follow and the tools
2  that the scientist should use to determine
3  whether or not there is asbestos in either a
4  bulk commercial material or in talc?
5        A.    I would say that they lay out
6  some of these steps that should be used, and
7  if done correctly, would be useful.  But
8  in my report, I talk about the possible
9  downside of many of these methods.
10        So, for example, polarized
11  light microscopy, if done correctly, can be
12  useful in identifying minerals, but for the
13  possible -- and for the analysis of possible
14  impurities of -- in talcum powder, there are
15  many minerals that would have the same PLM
16  characteristics, so the results might well be
17  inconclusive.
18    Q.    Am I correct that ISO 22262-2
19  lays out a methodology and different tools
20  for a scientist to use to determine whether
21  or not there is asbestos in talc?  Correct?
22        A.    So 22262, as it states --
23    Q.    Dash 2.
24        A.    Dash 2 -- talks about the use
25  of gravimetry and microscopic methods, and it

Melinda Darby Dyar, Ph.D.

Page 66

1    is designed to be used for quantitative
2    analysis of materials that are described on
3    the first page of that document's narrative.
4        Q.   Which includes talc, correct?
5        A.   Yes, mineral products such as
6    wollastonite, dolomite, calcite, talc or
7    vermiculite.
8        Q.   And ISO 22262-2, in some
9    instances, refers back to ISO 22262-1 for how
10   to use the tools or analyze the data that one
11   obtains from using the tools to determine
12   whether what you were analyzing is asbestos
13   or not, correct?
14       A.   Yes, these documents reference
15   one another and also other preexisting
16   documents.
17       Q.   Okay.  Are you familiar with
18   what I've marked as Dyar 6, ISO -- before I
19   get to Dyar 6, am I correct that the first
20   time you reviewed ISO 22262-1 or 22262-2 was
21   in connection with your work as a paid expert
22   work by Johnson & Johnson?
23       A.   Yes.  As a research scientist,
24   I have no need of anyone to tell me what --
25   how to use these tools in my own research

Page 67

1    because I've been trained to use these tools
2    over the course of my 40-year career, so
3    there was no need to consult a standard of
4    this sort.
5        Q.   Have you ever reviewed or seen
6    ISO 13794 prior to your engagement by
7    Johnson & Johnson in these cases?
8        A.   No, because I had no need for
9    instruction in how to use a TEM or how to do
10   point counting.  I already know how to do
11   that in my research as affirmed by my
12   peer-reviewed publications.
13       Q.   Are you familiar with Dyar
14   Exhibit 7?
15       A.   Yes.
16       Q.   What is Dyar Exhibit 7?
17       A.   Dyar Exhibit 7 is a methodology
18   from George Yamate, written as an EPA report
19   in 1984.
20       Q.   And what is the title of this
21   document?
22       A.   The title of this document is
23   "Methodology for the Measurement of Airborne
24   Asbestos By Electron Microscopy."
25       Q.   And this was a contracted

Page 68

1    report for the Environmental Protection
2    Agency?
3        A.   That's my understanding, yes.
4        Q.   Were you aware that Mr. Yamate
5    at one point worked for Bill Longo?
6            MR. CHACHKES:  Objection.
7            THE WITNESS:  I have no
8        knowledge of that.
9    QUESTIONS BY MR. FINCH:
10       Q.   When is the first time that you
11   reviewed -- or can we just agree that we're
12   going to call Dyar 7 the Yamate report?
13       A.   Sure.
14       Q.   When's the first time you
15   reviewed the Yamate report?
16       A.   For this particular case.
17       Q.   You never reviewed it before
18   this?
19       A.   No, it wasn't necessary because
20   I already know how to do electron microscopy,
21   as evidenced by my many peer-reviewed
22   publications that use the technique.
23       Q.   And would you agree with me
24   that this Yamate report, Dyar 7, lays out
25   three different methodologies called level 1

Page 69

1    analysis, level 2 analysis and level 3
2    analysis for determining whether or not there
3    is asbestos in some kind of substance?
4        A.   Yes, that's what it says.
5        Q.   Do you have any opinion about
6    whether or not following these protocol would
7    be a reliable thing for a scientist to do in
8    analyzing whether there's asbestos in a
9    substance?
10       A.   I have an opinion on the fact
11   that Dr. Longo did not follow this guideline.
12   He did not do any of the level 3 protocols
13   expressed in this, including reporting two
14   different zone axis SAED patterns.
15       Q.   Am I correct you have not
16   reviewed any Johnson & Johnson internal
17   documents relating to testing it did of
18   either Johnson's baby powder or talc?
19       A.   Correct, because my goal in
20   this investigation was to evaluate the
21   methodology of Drs. Longo and Rigler.
22       Q.   My colleague, Mr. Geier,
23   pointed out that in the prior question I
24   asked you whether or not you have an opinion
25   about whether or not following the Yamate

Melinda Darby Dyar, Ph.D.

Page 70

1    protocol would be a reliable thing for a
2    scientist to do in analyzing whether there's
3    asbestos in a substance.
4           And your answer was, "I have an
5    opinion on the fact that Dr. Longo did not
6    follow this guideline.  He did not do any of
7    the level 3 protocols expressed in this,
8    including reporting two different zone axes
9    SAED patterns."
10           My question is a little bit
11   different.  My question is, if a scientist
12   follows the Yamate level 3 protocol for the
13   number of samples or percentage of samples it
14   says to apply that protocol to, would you
15   have any criticism of the protocol itself as
16   a way for detecting asbestos in talc -- in
17   talc or any other substance?
18      A.    Yes, I would have criticisms
19   because SAED only identifies which mineral
20   species it is.  It does not say anything
21   about the morphology of the particle.
22      Q.    Would you agree with me that
23   there are different tests to determine
24   whether or not there is asbestos in a sample
25   or substance?

Page 71

1      A.    Certainly there are different
2    tests that determine the presence of
3    asbestos.
4      Q.    Okay.  One of them you
5    mentioned was SAED.
6           That's to determine the
7    crystalline structure, correct?
8           MR. CHACHKES:  Objection.
9           THE WITNESS:  SAED can be used
10   to determine the mineral species that
11   is present in the sample.  It's used
12   in a very wide variety of
13   applications.  It cannot prove that
14   something is asbestos.
15   QUESTIONS BY MR. FINCH:
16      Q.    It cannot prove by itself that
17   something's asbestos, correct?
18      A.    Correct.
19      Q.    When used in conjunction with
20   other tools such as PLM or TEM, EDS, EDXA,
21   isn't it true that you can come to a
22   conclusion whether or not a given material is
23   asbestos?
24           MR. FROST:  Objection.  Form.
25           THE WITNESS:  So SAED is used

Page 72

1    to identify the mineral species that
2    is present.  EDS is used to identify
3    the chemical composition of what is
4    present.  Neither of those techniques
5    can tell you anything about the
6    morphology of the particle that is
7    present and, therefore, they are
8    not -- those two techniques together
9    could not tell you if asbestos was
10   present.
11   QUESTIONS BY MR. FINCH:
12      Q.    What technique could -- isn't
13   it true that the morphology of the particle
14   is examining under a microscope and
15   determining things like the shape and size
16   and aspect ratio?
17      A.    True.
18           So if SAED, in two different
19   zone axis determinations, were combined with
20   EDS analyses done properly, as -- as
21   expressed in my report, along with a survey
22   of the population of particle morphologies
23   present was undertaken, if all of those
24   things were true, then it would be possible
25   to identify something as asbestos.

Page 73

1      Q.    A survey of population of a
2    particle, what techniques would you use to do
3    that?
4      A.    So in my report, if we go to
5    page -- let's see.  It's the section
6    beginning on page 52.  So it talks here about
7    the possibility of using a population of
8    particles and analyzing their size to
9    determine whether something is asbestos.
10           That's -- the word "population"
11   is also used in the R-93 document that I
12   reviewed, and populations are also referred
13   to in the ISO documents, although I can't,
14   without further time, tell you exactly which
15   one.
16           So in these -- in many of these
17   documents, they do refer to populations of
18   morphologies rather than individual ones.
19      Q.    Are you aware that Mickey
20   Gunther has served as an expert witness for
21   multiple defendants in asbestos litigation
22   over the years?
23           MR. FROST:  Objection.  Form.
24           THE WITNESS:  I'm aware that
25   Mickey has what he calls his lawyer

Melinda Darby Dyar, Ph.D.

Page 74

1    work, yes.
2    QUESTIONS BY MR. FINCH:
3        Q.    He's testified at the request
4    of W.R. Grace, for example, in cases
5    involving its asbestos-containing
6    vermiculite?
7            MR. CHACHKES:  Objection.
8            MR. FROST:  Objection.  Form.
9            THE WITNESS:  I'm not aware of
10       exactly what Mickey does in his lawyer
11       work.
12   QUESTIONS BY MR. FINCH:
13       Q.    Are you aware that he always
14   works for defendants in asbestos litigation
15   and has never worked for a victim in asbestos
16   litigation?
17           MR. CHACHKES:  Objection.
18           MR. FROST:  Objection.
19           THE WITNESS:  I am not aware of
20       what Mickey does in his lawyer work.
21   QUESTIONS BY MR. FINCH:
22       Q.    Have you ever asked him what he
23   does in his lawyer work, as you call it?
24       A.    No.
25       Q.    When you submit a paper to a

Page 75

1    peer-review journal, isn't it correct that
2    oftentimes the authors are asked if they have
3    any potential conflicts of interest that may
4    bias or affect their views of the material in
5    which they publish?
6        A.    That's something that's started
7    happening in the last few years, yes.
8        Q.    And why -- in your
9    understanding, why has that started happening
10   in the past few years?
11           MR. LOCKE:  Objection.
12           THE WITNESS:  I never thought
13       about it.
14   QUESTIONS BY MR. FINCH:
15       Q.    Do you think it has anything to
16   do with the fact that the readers of the
17   paper are entitled to know whether the
18   authors of the paper have any financial
19   interest in the subject matter on which they
20   are writing about?
21       A.    I've never thought about it.  I
22   don't know.
23       Q.    Do you think it's important to
24   know whether or not a scientist has a
25   financial interest in the work that he or she

Page 76

1    is doing to assess the credibility of that
2    work?
3        A.    I don't really have an opinion
4    on that.  I've never thought about it, to be
5    honest.
6        Q.    So it was not important to you
7    in your collaborations with Mickey Gunther to
8    ever ask him whether or not he has only and
9    exclusively worked at the request of asbestos
10   defendants in asbestos litigation?
11           MR. FROST:  Objection.
12   QUESTIONS BY MR. FINCH:
13       Q.    It never crossed your mind to
14   ask him that question?
15           MR. CHACHKES:  Objection.
16           THE WITNESS:  It never crossed
17       my mind to ask him that question.
18   QUESTIONS BY MR. FINCH:
19       Q.    I asked if you reviewed any
20   internal Johnson & Johnson documents relating
21   to the testing of the talc from its mines or
22   in its finished products, and I believe your
23   answer was, no, you never reviewed any of
24   those documents; is that correct?
25       A.    No, sir.

Page 77

1        Q.    Have you ever reviewed any
2    documents relating to anyone else's testing
3    of the talc in Johnson & Johnson's mines or
4    the finished product, other than Longo and
5    Rigler?
6        A.    No, although I did recall over
7    the break that I reviewed some additional
8    reports of Drs. Longo and Rigler that didn't
9    have any numbers on them.  So I reviewed them
10   briefly and then set them aside, so those are
11   cited in my report.
12           But in terms of your current
13   question, no other reports.
14       Q.    Okay.  So the only people who
15   have tested Johnson & Johnson baby powder or
16   samples of talc from the mines where the talc
17   came from for the baby powder, the only
18   people that you reviewed the work of are
19   Longo and Rigler; is that correct?
20           MR. FROST:  Objection.
21           THE WITNESS:  I was hired to
22       review the methodology of Longo and
23       Rigler, so that's what I did, yes.
24   QUESTIONS BY MR. FINCH:
25       Q.    Did you think it was at all

20 (Pages 74 to 77)

Melinda Darby Dyar, Ph.D.

Page 78

1    important in analyzing the work of Longo and
2    Rigler to compare their results and
3    conclusions to what other scientists may have
4    found when they've analyzed the same
5    material -- or material from the same places?
6        MR. FROST:  Objection.
7        THE WITNESS:  No, it was not
8        important because I am very familiar
9        with the methodology that they use.
10       And there was really no need to look
11       and see what other people's work said
12       because that had nothing to do with my
13       review of the methodology.
14   QUESTIONS BY MR. FINCH:
15       Q.    What is your definition of
16   asbestos?
17       A.    My definition of asbestos is
18   given in my report.  If we can turn to
19   page -- let's see, page 10.  Asbestos is
20   defined as one of six particular minerals
21   exhibiting the characteristics of an
22   asbestiform habit, meaning that they can be
23   separated into flexible fibers with high
24   tensile strength.
25       And, of course, those six

Page 79

1    minerals are the ones given in the table and
2    in other places in the report, anthophyllite,
3    chrysotile, grunerite, tremolite, actinolite
4    and riebeckite.
5        Q.    What is -- in your view qualify
6    a fiber as having the morphology that is
7    consistent with an asbestos fiber?
8        A.    So again, my definition of a
9    fiber is given in the numerous literature
10   citations on page 10 and 11, which
11   consistently define fibers as being strong
12   and flexible and having high tensile
13   strength, including those in the ISO 22262,
14   which define asbestiform in an identical way
15   as a specific type of mineral fibrosity in
16   which the fibers and fibrils possess high
17   tensile strength and flexibility.
18       Q.    Is it possible to measure the
19   tensile strength of a fiber that's 10 microns
20   long?
21       A.    It is possible to constrain it
22   with a probe, yes.
23       Q.    How would you do that?
24       A.    You would poke the fiber and
25   see if it could bend.

Page 80

1        Q.    Have you ever done that?
2        A.    I have certainly looked at the
3    tensile strength of mineral fibers.  Not with
4    a TEM, however.
5        Q.    How would you measure the
6    flexibility -- is there any -- is there any
7    peer-reviewed literature that you would rely
8    on or that you could cite me to that
9    describes how you would measure the tensile
10   strength of a fiber that is 10 microns long
11   or less?
12       A.    I did not consider that because
13   that was not a method that was used by
14   Drs. Longo and Rigler.  Given sufficient time
15   to research that topic, I'd be happy to give
16   you an answer.
17       Q.    As you sit here today, you
18   can't think of any literature that lays out a
19   methodology to test the tensile strength of a
20   fiber that is 10 microns or less?
21       MR. FROST:  Objection.
22       THE WITNESS:  I would have to
23       do background research to answer that
24       question.
25

Page 81

1    QUESTIONS BY MR. FINCH:
2        Q.    Have you ever mentioned -- ever
3    measured the tensile strength of asbestos?
4        A.    Not personally, no.
5        Q.    What is the unit of measurement
6    that that -- that one would use to measure
7    the tensile strength of asbestos?
8        A.    I don't know, and I did not
9    consider that because a measurement of
10   tensile strength was not part of the
11   methodology of Drs. Longo and Rigler and,
12   therefore, it wasn't considered by me in
13   preparing this report.
14       Q.    Do you know what a pascal joule
15   is?
16       A.    Yes.
17       Q.    What is it?
18       A.    It's a unit of force.
19       Q.    It's a unit of force that is
20   one way to measure -- it's a measurement that
21   you can calculate or determine the tensile
22   strength of a material, correct?
23       A.    I'd have to research that to
24   make sure I -- I agree with you.  I have no
25   knowledge of the exact methodology for

21  (Pages 78 to 81)

Melinda Darby Dyar, Ph.D.

Page 82

1  measuring tensile strength but could easily
2  understand that with a brief survey of the
3  literature.
4       Q.    Pounds per square inch is
5  another way to measure tensile strength?
6       A.    Certainly.
7       Q.    What dimensions does a particle
8  need to have in order for it to be
9  potentially characterized as an asbestos
10  fiber?
11            MR. FROST:  Objection.
12            THE WITNESS:  So the answer to
13       that question refers -- or depends on
14       which guidelines you're looking at.
15  QUESTIONS BY MR. FINCH:
16       Q.    In your view.  In your opinion.
17       A.    I have no personal opinion in
18  this matter.  I just know what the different
19  documents can tell you.
20       Q.    So you have no opinion as to
21  what aspect ratio must be present in order
22  for something to be characterized as having
23  morphology that is consistent with asbestos?
24            MR. LOCKE:  Objection.
25            Misstates testimony.

Page 83

1            MR. FROST:  Objection.
2            MR. CHACHKES:  Objection.
3            THE WITNESS:  My assessment of
4       the literature suggests that aspect
5       ratio is best understood in the
6       context of a population, and the
7       papers by Ann Wylie and others that I
8       reference in my report talk about
9       amphibole populations.
10            And so my personal opinion is
11       that analysis of populations is the
12       optimal way to understand asbestos,
13       but that is -- that is the preliminary
14       opinion, and I'd want to think about
15       it and do some research on it.
16            My personal opinion did not
17       come up in this particular report.
18  QUESTIONS BY MR. FINCH:
19       Q.    In order for a structure to
20  meet your definition of asbestos, what does
21  the EDS or EDXA chemical signature have to
22  be?
23            MR. FROST:  Objection.
24            THE WITNESS:  You said EDS and
25  EDXA chemical signature have to be?

Page 84

1  QUESTIONS BY MR. FINCH:
2       Q.    Yes.
3       A.    So as I said in my report, EDS
4  and EDXA do not let -- do not have sufficient
5  quantitative accuracy to allow discrimination
6  between potentially asbestiform and
7  non-asbestiform mineral species, many of
8  which have very similar compositions, as
9  given in Table 1 in my report.
10       Q.    Do you agree with me that
11  information from an EDS, EDXA chemical
12  signature can be useful to determine whether
13  or not a given structure is asbestos or not
14  if used in connection with other tools?
15            MR. FROST:  Objection.
16            THE WITNESS:  I believe that
17       EDS can be used to determine the
18       presence or absence of specific
19       elements, but it cannot be used to
20       make quantitative judgments on the
21       ratios of the concentrations of those
22       elements.
23            That's not only my opinion but
24       the opinion of Newbury and Ritchie and
25       the National Institute of Standards

Page 85

1       and Technology and numerous other
2       scientists.
3  QUESTIONS BY MR. FINCH:
4       Q.    Do you agree that SAED is a
5  useful tool to determine whether or not a
6  particle or structure has a crystalline
7  structure that when used in conjunction with
8  other tools allows you to determine whether
9  or not it's asbestos or not?
10       A.    SAED is a tool that allows you
11  to determine what the crystal structure of
12  the particle is.  You would need other
13  information to determine whether the particle
14  was asbestos.
15       Q.    How would you measure the
16  flexibility of an asbestos fiber that is
17  10 microns or less in length?
18            MR. FROST:  Objection.  Asked
19       and answered.
20            MR. FINCH:  No, I asked about
21       tensile strength.
22            THE WITNESS:  So I would
23       imagine that you would use a probe,
24       but I would have to do some more
25       research.  And I can certainly do

22 (Pages 82 to 85)

Melinda Darby Dyar, Ph.D.

Page 86

1  that, but not -- I don't have an
2  opinion on that at the present time.
3  QUESTIONS BY MR. FINCH:
4  Q.   You've never used a probe to
5  determine the flexibility of an asbestos
6  fiber under a microscope?
7  A.   No, that has never been
8  necessary in my research.  I've analyzed many
9  amphiboles and certainly many minerals that
10  are asbestos, but it was apparent
11  microscopically that those phases were
12  asbestos -- or they were identified to me as
13  such, so that I had no need to verify them by
14  testing their flexibility.
15  Q.   And so am I correct that ISO
16  22262-1 and ISO 22262-2 don't set forth any
17  steps or methodologies that a scientist or
18  analyst should follow to determine either the
19  tensile strength or the flexibility of a
20  fiber that is being analyzed under either of
21  those protocols?
22  A.   You know, I'd have to go back
23  and re-read them with that question in mind.
24  I would be happy to take the time to do that.
25  I don't recall.

Page 87

1  Q.   You don't know whether they do
2  or not as you sit here today?
3  A.   I don't recall.
4  Q.   What is your understanding of
5  what mines Johnson & Johnson got its talc
6  from?
7  MR. FROST:  Objection.
8  THE WITNESS:  All I know is
9  that they came from China -- hang on,
10  let me find my figure -- and Vermont
11  and another place, which I don't
12  recall.
13  QUESTIONS BY MR. FINCH:
14  Q.   Do you have the chronology as
15  to when Johnson & Johnson got its talc from
16  Vermont versus when it got its talc from
17  China versus when it got its talc from Italy?
18  A.   Yes, I believe those data are
19  noted in my spreadsheet, and I believe that
20  the data themselves are in the Longo and
21  Rigler reports.  I can't recall exactly where
22  they came from.
23  Q.   Do you have an understanding of
24  how many different mines Johnson & Johnson
25  got talc from that went into baby powder from

Page 88

1  Vermont?
2  A.   No.  None.
3  Q.   So you don't have any
4  understanding as to whether the talc in
5  Vermont came from the Hammondsville mine, the
6  Hamm mine, the Rainbow mine or the Argonaut
7  mine?
8  MR. FROST:  Objection.
9  THE WITNESS:  Or anywhere else,
10  no.
11  (Dyar Exhibit 8 marked for
12  identification.)
13  QUESTIONS BY MR. FINCH:
14  Q.   Let's mark this as Exhibit 8.
15  This is Dr. Longo's second
16  supplemental report, which is dated
17  February 1, 2019.
18  Professor Dyar, Darby Dyar,
19  have you seen -- you've obviously reviewed
20  Dr. Longo's report in the backup materials
21  dated January 16th, correct?
22  A.   Yes, I've typed all these
23  numbers into a spreadsheet.
24  Q.   Okay.  And did you also review
25  the February 1st report which contained a

Page 89

1  couple of corrections to his earlier report?
2  A.   I believe so, yes.
3  Q.   Okay.  I'm going to use -- I'm
4  not going to mark the entire 2,000-page
5  January report as an exhibit to save trees.
6  I think we all know that's the report that
7  you were looking at when you wrote your
8  expert witness report, correct?
9  A.   One of the reports, yes.
10  Q.   On page 8 of Dr. Longo's
11  report, which we've marked as Darby Dyar 8 --
12  let me know when you're there.
13  A.   I'm there.
14  Q.   Under ATEM, four pages down --
15  four paragraphs down, Drs. Longo and Rigler
16  state, "Two different regulated amphibole
17  asbestos types were found.  These were the
18  tremolite asbestos solid solution series
19  amphiboles, which includes tremolite,
20  winchite, richterite and actinolite, and the
21  anthophyllite asbestos solid solution series
22  that includes anthophyllite, iron-rich
23  anthophyllite, ferro-anthophyllite,
24  cummingtonite and grunerite."
25  Do you see that?

23 (Pages 86 to 89)

Melinda Darby Dyar, Ph.D.

Page 90

1      A.   I see that that's what the
2  report says, yes.
3      Q.   Okay.  What is the
4  anthophyllite asbestos solid solution series?
5      A.   So if you return to my
6  document, Table 1 has a handy table with
7  those mineral formulas in it.
8           So if you look at the formula
9  of anthophyllite, which is $Mg_7(Si_8O_{22})(OH)_2$,
10 you see it's a solid solution with some other
11 amphiboles in this list that include iron,
12 such as grunerite.
13     Q.   And what does that mean?
14     A.   It means that there can be a
15 continuous range of chemical substitution
16 between those two end numbers.
17     Q.   And do you know whether all the
18 materials in the anthophyllite asbestos solid
19 solution series are treated as regulated
20 asbestos or not?
21          MR. FROST:  Objection.  Form.
22          THE WITNESS:  I know that the
23        six stated regulated amphibole
24        asbestos species are the ones given in
25        my report.

Page 91

1  QUESTIONS BY MR. FINCH:
2      Q.   My question was a little
3  different.
4           Do you know if the -- all of
5  the materials in the anthophyllite asbestos
6  solid solution series are treated as
7  regulated asbestos?
8          MR. FROST:  Objection.
9          MR. CHACHKES:  Objection.
10         THE WITNESS:  I'm telling you
11       that what I know is that the regulated
12       asbestos species are the ones given in
13       my report.
14 QUESTIONS BY MR. FINCH:
15     Q.   One of which is anthophyllite,
16 correct?
17     A.   Yes, as IARC 2012 identifies
18 them, the five amphibole minerals:
19 actinolite, amosite, anthophyllite,
20 crocidolite and tremolite.
21     Q.   Okay.  My question is a little
22 bit different.
23          The anthophyllite asbestos
24 solid solution series includes anthophyllite,
25 iron-rich anthophyllite, ferro-anthophyllite,

Page 92

1  cummingtonite and grunerite, correct?
2      A.   I'd have to look up -- look
3  that up.  I'm sure that the amphibole
4  chemistries are so complicated -- as you will
5  recall from my report, there are some 80-odd
6  amphibole species with solid solutions
7  intermixed among them.
8           So, yes, these species are all
9  related, but so are many other amphibole
10 species as well.
11     Q.   Are you familiar with Klein and
12 Hurlbut's Manual of Mineralogy?
13     A.   Yes.
14     Q.   What is that?
15     A.   It's a very old mineralogy
16 textbook.
17         (Dyar Exhibit 9 marked for
18 identification.)
19 QUESTIONS BY MR. FINCH:
20     Q.   Let's mark this as Exhibit 9.
21         On page 489 of Exhibit 9, there
22 is a diagram there.
23         MR. FINCH:  And can I have the
24 Elmo --
25         VIDEOGRAPHER:  Sure.

Page 93

1          MR. FINCH:  -- so people who
2  are not privy to the document can see
3  what I'm talking about?
4          THE WITNESS:  So what year was
5  this particular edition of Hurlbut and
6  Klein published?
7          MR. FINCH:  Sometime in the
8  1980s, I believe, but --
9          THE WITNESS:  So this would not
10 include the revision of amphibole
11 nomenclature that was approved by the
12 International Mineralogical Society,
13 or association, I don't know, sometime
14 in the '80s by Hawthorne, et al., in
15 which the amphibole nomenclature was
16 extensively rewritten.  So this
17 definition in these documents are
18 significantly out of date.
19 QUESTIONS BY MR. FINCH:
20     Q.   Okay.  My question is:  Do you
21 know whether or not cummingtonite,
22 ferro-anthophyllite, iron-rich anthophyllite
23 and grunerite are treated as regulated
24 asbestos by the United States EPA, OSHA or
25 any other governmental organization?

24  (Pages 90 to 93)

Melinda Darby Dyar, Ph.D.

Page 94

1          MR. CHACHKES:  Objection.
2          MR. FROST:  Objection.
3          THE WITNESS:  I am only aware
4     of these six amphibole species given
5     in my report to be regulated asbestos
6     minerals.
7     QUESTIONS BY MR. FINCH:
8          Q.    Do you agree that iron-rich
9     anthophyllite is found in the anthophyllite
10    asbestos solid solution series?
11         A.    If indeed that is still the
12    name of the mineral species -- I'm inferring
13    what you mean by that -- I would say that
14    possibly it would be part of the solid
15    solution series.
16         Q.    Am I correct that cummingtonite
17    and anthophyllite have the same chemical
18    structure?
19         A.    All amphiboles have the same
20    chemical structure in many ways.  There are
21    slight deviations depending on the
22    composition.
23         Q.    All right.
24         A.    So just as all the other end
25    amphibole minerals in the amphibole group

Page 95

1     have the same structure, yes, they have the
2     same structure.
3          Q.    Okay.  Looking at Table 1 on
4     page 9 of your report, am I correct that
5     anthophyllite and cummingtonite have the
6     exact same chemical makeup in terms of the
7     chemical formula?
8          A.    That is correct.
9          Q.    All right.  Do you know whether
10    cummingtonite is treated as regulated
11    asbestos by any governmental or international
12    organization?
13         MR. CHACHKES:  Objection.
14         THE WITNESS:  I am aware only
15    of the six regulated amphibole -- or
16    six regulated asbestos -- potential
17    asbestiform minerals that are given in
18    my report.
19    QUESTIONS BY MR. FINCH:
20         Q.    So is the answer to my
21    question, no, you don't know one way or the
22    other whether cummingtonite is treated as a
23    subset of anthophyllite for regulatory
24    purposes?
25         MR. LOCKE:  Objection.

Page 96

1          MR. CHACHKES:  Objection.
2          MR. FROST:  Objection.
3          THE WITNESS:  My goal in
4     reviewing this report was to examine
5     the methodology.  My goal was not to
6     opine on amphibole regulations.
7     QUESTIONS BY MR. FINCH:
8          Q.    I take it you have no opinion
9     as to whether cummingtonite can cause
10    mesothelioma or ovarian cancer if it's
11    inhaled?
12         MR. FROST:  Objection.
13         THE WITNESS:  I have no
14    opinion.
15    QUESTIONS BY MR. FINCH:
16         Q.    Would you agree with me that --
17    let me back up.
18         Do you know what accessory
19    minerals were found in talc from the Vermont
20    mines from which Johnson & Johnson obtained
21    the talc for its baby powder?
22         MR. FROST:  Objection to form.
23         THE WITNESS:  No, I have no
24    idea.
25

Page 97

1     QUESTIONS BY MR. FINCH:
2          Q.    Do you know what accessory
3     minerals are typically found in talc mines?
4          MR. FROST:  Objection.  Form.
5          THE WITNESS:  No, I have no
6     idea.  I am familiar in the general
7     sense with the rock types, metamorphic
8     rock types, in which talc occurs.  I
9     know it's a low-grade metamorphic
10    mineral, but that's -- I know nothing
11    specifically about Vermont.
12    QUESTIONS BY MR. FINCH:
13         Q.    Can talc be contaminated with
14    asbestos?
15         MR. FROST:  Objection to form.
16         THE WITNESS:  I have no opinion
17    on that.  I'd have to research that
18    question.
19    QUESTIONS BY MR. FINCH:
20         Q.    From what parts of the world
21    has talc been found to be contaminated with
22    asbestos?
23         MR. FROST:  Objection.
24         THE WITNESS:  Based on the
25    information in my report and the

25 (Pages 94 to 97)

Melinda Darby Dyar, Ph.D.

Page 98

1    samples tested by Drs. Longo and
2    Rigler, there is no evidence to
3    suggest that any samples tested by
4    Drs. Longo and Rigler are contaminated
5    with asbestos.
6    QUESTIONS BY MR. FINCH:
7        Q.    That's not my question.
8            From what parts of the world
9    has talc been found to be contaminated with
10   asbestos, as discussed in either the
11   peer-reviewed literature or in publications
12   by entities such as IARC?
13           MR. LOCKE:  Objection.
14           MR. FROST:  Objection.
15           THE WITNESS:  I have no
16           knowledge of that because I was not
17           asked to review talc paragenesis.  I
18           was asked to review methodology only.
19   QUESTIONS BY MR. FINCH:
20       Q.    You mentioned IARC in response
21   to one of my questions a few minutes ago.
22           What is that?
23       A.    It's yet another international
24   standard report.  I'd have to take a look at
25   that report to give you a more specific

Page 99

1    answer.
2        Q.    Do you understand that IARC is
3    the International Agency for Research on
4    Cancer?
5        A.    I had no idea that's what it
6    stood for.  I don't recall that from when I
7    reviewed the report.
8        Q.    Were you aware that IARC
9    concluded that talc contaminated with
10   asbestiform fibers can cause mesothelioma and
11   other asbestos-related cancers?
12           MR. FROST:  Objection to form.
13           THE WITNESS:  I'm not aware of
14           that.  If it was in the report, I
15           don't recall it.  I was specifically
16           reading the report for relevance to my
17           methodology inquiries.
18   QUESTIONS BY MR. FINCH:
19       Q.    Do you agree or disagree that
20   asbestos was mined in Vermont?
21       A.    Assuming that the information
22   that was given to me was correct, then I
23   think some of the talcum powder samples that
24   I studied were mined in Vermont, but I have
25   no knowledge of whether asbestos was found or

Page 100

1    mined in Vermont.
2        Q.    Do you have -- do you agree or
3    disagree that talc mines in Vermont have been
4    found to contain asbestos?
5            MR. FROST:  Objection.
6            MR. LOCKE:  Objection.
7            THE WITNESS:  Based on my
8    reading of the data in Drs. Longo and
9    Rigler's reports, there is no evidence
10   to suggest that there is any asbestos
11   in any of the talcum powder samples
12   they studied, some of which I
13   understand are from Vermont.
14   QUESTIONS BY MR. FINCH:
15       Q.    Do you agree or disagree that
16   talc mines in Vermont owned by Johnson &
17   Johnson or its subsidiary, Windsor Minerals,
18   have been tested and found to contain trace
19   amounts of asbestos?
20           MR. CHACHKES:  Objection.
21           THE WITNESS:  I have no
22   knowledge of that.  Please support
23   your supposition.
24           (Dyar Exhibit 10 marked for
25   identification.)

Page 101

1    QUESTIONS BY MR. FINCH:
2        Q.    Professor Darby Dyar, have --
3    you've seen this publication before, correct?
4        A.    I have seen this paper, yes.  I
5    believe I cited it, 1991, yes.
6        Q.    When did you first review this
7    publication?
8        A.    For the purposes of assessing
9    the so-called Blount method cited by
10   Dr. Longo.
11       Q.    All right.  The title of the
12   paper is "Amphibole Content of Cosmetic and
13   Pharmaceutical Talcs"?
14       A.    That is correct.  That is the
15   title.
16       Q.    And this was published in a
17   peer-reviewed journal and describes a
18   methodology for preparing talc in order to
19   analyze whether or not there's asbestos
20   fibers or asbestos bundles in it, correct?
21       A.    Its goal is to determine the
22   number of amphibole particles in a sample,
23   yes.
24       Q.    And the author analyzes various
25   samples of talc under PLM, correct?

26  (Pages 98 to 101)

Melinda Darby Dyar, Ph.D.

Page 102

1    A.    So give me a few minutes, and
2  I'll take a look at this paper and refresh my
3  memory so I can answer your question.
4        So in this case, these samples
5  are being analyzed on a microscope slide,
6  which implies that in fact he is using
7  polarized light microscopy, yes, although in
8  point of fact he doesn't state that.
9    Q.    You mean that it's Alice
10  Blount.  She --
11    A.    Well, she does not state that.
12  Sorry, Alice.
13    Q.    Are you aware of the origin of
14  the samples that Professor Blount was
15  testing?
16    A.    It says five deposits in
17  Montana, three in Vermont, and one each in
18  North Carolina and Alabama.
19    Q.    And also finished products,
20  correct?
21    A.    That's what it says here:  In
22  addition, four talcs from outside the US but
23  available on the US market were included in
24  this study.
25    Q.    Have you reviewed Dr. Blount's

Page 103

1  deposition taken in connection with ovarian
2  cancer litigation?
3    A.    No.
4    Q.    Have you reviewed Dr. Blount's
5  correspondence with Johnson & Johnson where
6  she tells Johnson & Johnson she identified
7  asbestos fibers in baby powder?
8        MR. FROST:  Objection.
9        THE WITNESS:  No, I have not
10  reviewed such a document.
11  QUESTIONS BY MR. FINCH:
12    Q.    Dr. Longo -- let me see if you
13  agree with this description of generally the
14  various steps that Dr. Longo and his lab
15  followed to analyze the samples of talc he
16  obtained from Johnson & Johnson and Imerys.
17        First of all, he got samples of
18  talc from either Johnson & Johnson or Imerys.
19        Do you have that understanding?
20        MR. CHACHKES:  Objection.
21        THE WITNESS:  I honestly don't
22  recall where he said he got them.  I
23  recall seeing a chain-of-custody
24  paperwork.  I wasn't paying attention
25  to where he got the samples from.

Page 104

1  QUESTIONS BY MR. FINCH:
2    Q.    Okay.  You don't offer any
3  criticisms of either the chain of custody or
4  the conclusion that what he was, in fact,
5  analyzing was talc that came from either
6  Johnson & Johnson finished products or the
7  mines from which Johnson & Johnson finished
8  products were made?
9        MR. FROST:  Objection.
10        THE WITNESS:  I would say that
11  it is unclear to me whether the
12  samples he got were from eBay, whether
13  they had been opened, whether they had
14  been contaminated, so it's unclear to
15  me exactly what he was testing.
16        I know what he asserts in his
17  report, but I -- it's unclear to me
18  that he was testing unopened, pure,
19  pristine talc as marketed.
20  QUESTIONS BY MR. FINCH:
21    Q.    Were you aware that there was a
22  procedure in this MDL for samples to be split
23  between Johnson & Johnson and Dr. Longo from
24  historical museum samples that Johnson &
25  Johnson had maintained?

Page 105

1        MR. FROST:  Objection.
2        THE WITNESS:  Yes, certainly
3  one of the documents is called
4  historical samples, so I'm aware that
5  the samples came from the museum and,
6  therefore, are unknown sources in
7  terms of being opened or being pure.
8  QUESTIONS BY MR. FINCH:
9    Q.    But you don't criticize or take
10  issue with Dr. Longo's conclusions that what,
11  in fact, he is testing is talc that came from
12  Johnson & Johnson finished products or
13  Johnson & Johnson mines, correct?
14        MR. CHACHKES:  Objection.
15        MR. FROST:  Objection.
16        THE WITNESS:  I do indeed have
17  problems with that statement because
18  you don't know if those samples,
19  having been stored in a museum or in
20  someone's cupboard, were opened and
21  exposed to contamination.  So I don't
22  know that.
23  QUESTIONS BY MR. FINCH:
24    Q.    Well, you certainly didn't
25  comment upon it in your report, correct?

Melinda Darby Dyar, Ph.D.

Page 106

1    A.   It wasn't relevant to my
2  question of whether the methodology that he
3  used to analyze the samples was appropriate
4  or not.
5    Q.   All right.  So he got the
6  samples from Johnson & Johnson in this
7  litigation, the samples that are analyzed in
8  his February 1, 2019 report.  And then for
9  many of the samples, he used what is called
10  the Blount preparation method, correct?
11    A.   That is correct.
12    Q.   All right.  I read through your
13  report, and I didn't see any criticisms
14  related to the way in which he applied the
15  Blount preparation method to prepare the
16  samples for analysis; is that correct?
17    MR. LOCKE:  Objection.
18    THE WITNESS:  Correct, there is
19    nothing in my report that criticizes
20    his use of the Blount method.
21  QUESTIONS BY MR. FINCH:
22    Q.   Do you agree that use of the
23  Blount method to prepare a talc sample in
24  order to analyze whether or not it's
25  contaminated with asbestos is a reasonable

Page 107

1  and reliable thing for a scientist to do in
2  testing talc for the presence of asbestos?
3    A.   I actually would say I do not
4  agree with that.  In fact, I do not agree
5  with the results in the Blount paper.
6    For example, Figure 1 in
7  Blount's paper which -- or Figure 2, which
8  purports to give the specific gravities of
9  talc and amphibole, is just simply wrong.
10  Those ranges are far wider and far more
11  overlapping than she is apparently
12  knowledgeable of.
13    So in my mind, the simple fact
14  that the densities of these minerals overlap
15  each other a great degree renders the Blount
16  method to be difficult to use, at best.
17    Q.   But you didn't, in your report,
18  criticize Dr. Longo's use of the Blount
19  method; is that correct?
20    A.   In my written report I did not
21  state that criticism, no.
22    Q.   Okay.  And am I correct that
23  ISO 22262-2 describes a gravimetric --
24    A.   Gravimetric, yes.
25    Q.   -- method to separate materials

Page 108

1  and talc out for purposes of analyzing
2  whether or not they contain asbestos?
3    A.   It certainly contains something
4  that indicate -- tells how to separate out
5  things with different densities, and it talks
6  specifically about asbestos.
7    And I note that the refractive
8  index, or the density, of the liquid that
9  they say to use is different than the one
10  used in the Blount paper.  One is 1 point --
11  I don't remember, but they're different.
12    So Dr. Longo did not follow
13  what's in the ISO report.  He followed what's
14  in the Blount report.
15    Q.   He reviewed what's in the
16  Blount peer-reviewed paper, correct?
17    A.   He used the 1.610, I believe,
18  density method.
19    Q.   Were you aware that the Blount
20  paper was cited in the IARC publication you
21  were referring to earlier relating to talc
22  with asbestiform fibers?
23    MR. FROST:  Objection.
24    THE WITNESS:  I don't recall
25    that.

Page 109

1  QUESTIONS BY MR. FINCH:
2    Q.   Do you agree with me that IARC
3  generally only cites to reputable papers in
4  its work?
5    MR. FROST:  Objection.
6    MR. CHACHKES:  Objection.
7    THE WITNESS:  I have no
8    independent knowledge of IARC, so I
9    can't really answer that question.
10  QUESTIONS BY MR. FINCH:
11    Q.   Nonetheless, the Blount
12  methodology as described in her paper was
13  published in a peer-reviewed journal,
14  correct?
15    A.   I've never encountered this
16  journal before, but I'm assuming that if it's
17  called a journal, it is indeed peer reviewed.
18  But I'd have to corroborate that.  I don't
19  know anything about this journal.  It's not a
20  highly ranked journal.
21    Q.   What systematic study have you
22  done to determine whether Environmental
23  Health Perspectives is ranked highly or not
24  ranked highly?
25    MR. CHACHKES:  Objection.

28  (Pages 106 to 109)

Melinda Darby Dyar, Ph.D.

Page 110

1    THE WITNESS:  It would be a
2  simple matter to log on to the Web of
3  Science and determine the rating of
4  that journal, but I have not done
5  that.  I'm not in the habit of
6  establishing the ratings on all the
7  papers that I read.
8    I am very familiar with the
9  premier journals in the subject of
10  mineralogy, and that's not one of
11  them.
12  QUESTIONS BY MR. FINCH:
13    Q.    Would you agree with me there
14  are many different disciplines of science
15  that bear on the question of what is
16  asbestos?
17    MR. FROST:  Objection.  Vague.
18    MR. CHACHKES:  Objection.
19    THE WITNESS:  No, I wouldn't
20  agree with that.
21    I would say that the definition
22  of asbestos is fairly straightforward,
23  as given in my report, and it is
24  firmly grounded in both mineralogy and
25  the other fields that are cited.

Page 111

1  QUESTIONS BY MR. FINCH:
2    Q.    At the end of page 230 in her
3  paper, Dr. Blount writes that "In addition,
4  the tendency to bring down a disproportionate
5  number of larger particles has the advantage
6  that with true asbestiform amphiboles one
7  generally sees some particles showing bundles
8  of fibrils, which removes any doubt about the
9  nature of the amphibole."
10    Do you see that?
11    A.   I see that the paper says that,
12  yes.
13    Q.    Do you agree that if you find
14  bundles of fibrils that are amphibole in
15  nature, it makes it more likely than not that
16  what you're looking at is asbestiform
17  amphibole?
18    A.   No, I do not agree with that
19  statement.
20    Q.   Why not?
21    A.   First of all, you'd need to
22  define "bundle."  And to my knowledge, the
23  way asbestos is deformed -- defined does not
24  include the term "bundle," as stated in the
25  definition I've given previously in this

Page 112

1  deposition.
2    MR. CHACHKES:  By the way,
3  we've been going about an hour.  Maybe
4  at some point take a break.
5  QUESTIONS BY MR. FINCH:
6    Q.   Do you agree or disagree that
7  the most common asbestos mineral found as a
8  contaminant of talc is tremolite asbestos?
9    MR. FROST:  Objection.  Form.
10    THE WITNESS:  No, I do not
11  agree with that.  I have no knowledge
12  of that.  In fact, based on the Longo,
13  Rigler reports, I have no evidence
14  that suggests that any asbestos
15  minerals are found in talc.
16  QUESTIONS BY MR. FINCH:
17    Q.   Do you have an opinion one way
18  or another as to whether talc can be
19  contaminated with anthophyllite asbestos or
20  tremolite asbestos when it is mined out of
21  the ground?
22    MR. LOCKE:  Objection.
23    THE WITNESS:  I know nothing
24  about mining practices.  I'm not a
25  mining geologist, so I have no opinion

Page 113

1  on that.
2  QUESTIONS BY MR. FINCH:
3    Q.    You have no opinion about
4  whether or not the -- you haven't reviewed
5  all of the data that exists in the world as
6  to testing done on Johnson's baby powder or
7  the talc that went into Johnson's baby powder
8  to determine whether or not it contained
9  asbestos, correct?
10    MR. LOCKE:  Objection.
11    MR. CHACHKES:  Objection.
12    THE WITNESS:  My role here was
13  to evaluate the methodology used by
14  Drs. Longo and Rigler, so such an
15  assertion would be far, far outside of
16  what I researched and was asked to do.
17  QUESTIONS BY MR. FINCH:
18    Q.    Okay.  You are a geologist by
19  training, correct?
20    A.   Correct.
21    Q.    As a matter of geology, do you
22  agree with me that talc can be contaminated
23  with accessory minerals, minerals that are
24  not talc?
25    A.   Of course.

29 (Pages 110 to 113)

Melinda Darby Dyar, Ph.D.

Page 114

1    Q.    You agree with me --
2    A.    Metamorphic rocks that contain
3  talc often have other minerals in them, yes.
4    Q.    You agree that talc can be
5  contaminated with anthophyllite asbestos?
6        MR. FROST:  Objection.
7        THE WITNESS:  I have no
8    specific knowledge of the assemblages
9    that are stable with talc.  I only
10   know that it's a low-grade metamorphic
11   mineral, but I know nothing about the
12   other phases that are present.  I'm
13   not a metamorphic geologist.
14  QUESTIONS BY MR. FINCH:
15   Q.    So you don't know one way or
16  another whether or not talc can be
17  contaminated with anthophyllite asbestos; is
18  that fair?
19       MR. LOCKE:  Objection.
20       THE WITNESS:  I have no
21   knowledge of the natural parageneses
22   of talc, beyond the fact that it's a
23   low-grade metamorphic mineral.
24  QUESTIONS BY MR. FINCH:
25   Q.    Do you agree or disagree with

Page 115

1  the fact that talc can be contaminated with
2  anthophyllite asbestos or tremolite asbestos?
3        MR. CHACHKES:  Objection.
4        THE WITNESS:  I disagree with
5    that.  I don't know that that's a
6    fact, and I have not researched that
7    personally, so I have no opinion on
8    it.  But I do not certainly consider
9    it a fact.
10  QUESTIONS BY MR. FINCH:
11   Q.    What tools would you use to
12  test a sample of talc to determine if it
13  contains asbestos?
14   A.    Again, I was not asked to rule
15  on that, but if I were to do testing, I would
16  probably follow some combination of the Su
17  protocols and those articulated in the Yamate
18  document, which was exhibit whatever.
19   Q.    What are the tools that you
20  would use?
21       I'm not asking about the
22  protocols you would follow.  What tools?
23   A.    I would ideally use multiple
24  zone axis determinations combined with EDS to
25  rule out or confirm the presence of calcium,

Page 116

1  which determines in part whether it's
2  monoclinic or orthorhombic.  And I would also
3  use polarized light microscopy on multiple
4  grains to determine the -- in part the
5  chemistry of the particle.  And then I would
6  sample populations of particles to determine
7  them in an ideal sense.
8        But this would be only
9  something I would do in the laboratory, in
10  the sort of -- in a careful study with my
11  students.
12   Q.    Okay.  So you would -- you
13  mentioned you would use multiple zone axis
14  analysis.
15       You're talking about SAED,
16  correct?
17   A.    Correct.
18   Q.    So you would use -- one tool
19  you would use is an electron microscope,
20  correct?
21   A.    Uh-huh.  Yes.
22   Q.    Then you would do EDS, EDXA, to
23  determine the chemistry, the elemental
24  chemistry, of a material, correct?
25   A.    I would use it to determine

Page 117

1  whether or not calcium was present, yes.
2   Q.    All right.  And that is, again,
3  using a transmission electron microscope,
4  correct?
5   A.    Or an SEM, yes.
6   Q.    And does it matter in which
7  order that you would do steps 1 and 2,
8  meaning would you first -- does it matter
9  whether you first analyze it using EDS, EDXA,
10  or whether you first analyze it using SAED?
11   A.    I would think it would not --
12  it certainly doesn't matter.
13   Q.    The third step, you said, would
14  be to analyze it using a polarized light
15  microscope, correct?
16   A.    Yes.
17   Q.    Does it matter in which order
18  you would analyze it using a polarized light
19  microscope?
20       Meaning would you do SAED or an
21  EDS before or after the PLM, or does it not
22  matter?
23   A.    Well, you presumably wouldn't
24  be able to do it on the same particle because
25  the PLM is usually done on a microscope slide

Melinda Darby Dyar, Ph.D.

Page 118

1    and the TEM is done on a grid.  So order is
2    kind of irrelevant since it's different
3    particles.
4         Q.    Different particles from the
5    same sample?
6         A.    Yes.
7         Q.    Then presumably you would have
8    photomicrographs of the particle that you're
9    examining from the electron microscope,
10   either images via TEM or SEM, correct?
11        A.    In this hypothetical situation,
12   yes.
13        Q.    I mean, this hypothetical
14   situation I'm asking you to analyze a
15   sample of talc to determine whether it has
16   asbestos in it.  You would take pictures with
17   your electron microscope that are called
18   photomicrographs to determine what the
19   structure looked like visually, correct?
20        MR. LOCKE:  Objection.
21        THE WITNESS:  Well, in point of
22   fact, you could also take
23   photomicrographs with a polarized
24   light microscope.
25

Page 119

1    QUESTIONS BY MR. FINCH:
2         Q.    And --
3         A.    If the particles are big
4    enough.
5         Q.    Right.
6              And in those photomicrographs,
7    either using TEM or PLM, you have a picture
8    of the structure that you're analyzing,
9    correct?
10        A.    You have a two-dimensional
11   image of a particle viewed from one angle,
12   yes.
13        Q.    And is it left to -- is there
14   any written protocol or peer-reviewed
15   literature that tells an analyst or scientist
16   what it is to photograph or when to take the
17   photomicrograph of the particle, either by
18   PLM or TEM or SEM?
19        MR. FROST:  Objection.
20        THE WITNESS:  Well, for
21   example, if you look in the Su paper
22   that I've cited here, it talks pretty
23   specifically about exactly how you
24   would rotate the grain and examine it
25   from different perspectives.  So,

Page 120

1    yeah, there are written protocols
2    about that.
3              And, of course, basic polarized
4    light microscope use is written up
5    in -- ubiquitously in textbooks,
6    including the outdated one that you
7    gave me a section of.
8         MR. CHACHKES:  So I asked for a
9    break about ten minutes ago.  Are we
10   getting near a point where we can
11   break?
12        MR. FINCH:  Yeah.  Two more
13   questions.
14        MR. CHACHKES:  Okay.
15   QUESTIONS BY MR. FINCH:
16        Q.    So you mentioned the tools that
17   you would use would be to take your sample
18   and, using an electron microscope, perform
19   SAED and EDS, EDXA, on it; then use a
20   polarized light microscope to analyze a
21   different particle in the same sample.
22   Correct?
23        MR. FROST:  Objection.
24   Misstates testimony.
25        MR. CHACHKES:  Objection.

Page 121

1         THE WITNESS:  By definition, if
2    you look at something on a polarized
3    light microscope, generally speaking
4    you're looking at something on a glass
5    slide, not a TEM grid, yes.
6              So if you're going to do
7    multiple analyses of that sort, you
8    would be using different particles
9    from the same sample.
10   QUESTIONS BY MR. FINCH:
11        Q.    And then you would have
12   populations of -- an analysis of populations
13   of particles?
14        A.    If you analyzed enough samples
15   as is recommended in many of these protocols,
16   you would have -- you could have --
17   potentially have a population, yes.
18        MR. FINCH:  Okay.  This is a
19   good stopping point.
20        VIDEOGRAPHER:  Okay.  Stand by,
21   please.  Remove your microphones.  The
22   time is 11:31 a.m.  Off the record.
23        (Off the record at 11:31 a.m.)
24        VIDEOGRAPHER:  Okay.  We are
25   back on the record.  The time is

31 (Pages 118 to 121)

Melinda Darby Dyar, Ph.D.

Page 122

```
 1        11:47 a.m.
 2   QUESTIONS BY MR. FINCH:
 3        Q.    Have you ever done any
 4   consulting work for Johnson & Johnson prior
 5   to your engagement in this case?
 6        A.    No.
 7        Q.    Have you ever done any
 8   consulting work for Imerys, Imerys Talc
 9   America, Imerys NA or any of their affiliated
10   companies prior to your engagement by Johnson
11   & Johnson in this case?
12        A.    No.
13        Q.    Have you ever done any
14   consulting work for Colgate-Palmolive?
15        A.    No.
16        Q.    Have you ever done any
17   consulting work for W.R. Grace?
18        A.    No.
19        Q.    Have you ever done any
20   consulting work for the RJ Lee Group?
21        A.    No.
22        Q.    Have you ever done any
23   consulting work for Scotts fertilizer
24   company?
25        A.    No.
```

Page 123

```
 1        Q.    Have you ever done any
 2   consulting work for BNSF Railway?
 3        A.    No.
 4        Q.    Have you ever been engaged to
 5   test vermiculite or to determine whether or
 6   not it contains asbestos?
 7        A.    No.
 8        Q.    Have you ever been hired by any
 9   entity to test a vermiculite-finished product
10   to determine if it contains asbestos?
11        A.    No.
12        Q.    Have you ever been hired by any
13   governmental entity to test any substance to
14   determine whether it contains asbestos?
15        A.    No.
16        Q.    Have you ever been retained by
17   any company that either mined talc or sold
18   talc-containing finished products to analyze
19   whether or not it contains asbestos?
20        A.    No.
21        Q.    All right.  On page 1 of your
22   report, you're talking about EDS mineral
23   chemistry, correct, at the bottom of the
24   page?
25        A.    Yes.
```

Page 124

```
 1        Q.    In the -- I believe I might
 2   have asked you this before, but I'm not sure
 3   I remember the answer to it.
 4             Have you ever tested an NIST
 5   reference sample of asbestos using EDS, EDXA
 6   to determine what the EDS spectra looks like
 7   for tremolite or anthophyllite?
 8        A.    No, but that wouldn't be
 9   necessary.  EDS is a fairly basic technique.
10   You could even synthesize the spectrum of
11   those minerals and determine what they looked
12   like, so it wouldn't be necessary to do it
13   myself personally.
14        Q.    Would you agree with me that
15   the transmission electron microscope, when it
16   analyzes a reference samples of asbestos
17   using EDS or EDXA, will -- is capable to
18   print out an EDS spectra from that microscope
19   that shows what the chemical makeup of the
20   reference sample of asbestos is?
21        A.    Certainly an EDS spectrum can
22   show you the presence or absence of
23   particular elements, and it can give you a
24   rough sense of how much of each is present.
25        Q.    In the third bullet point you
```

Page 125

```
 1   state, at the bottom of the page, "They,"
 2   referring to Longo and Rigler, "deliberately
 3   choose not to generate quantitative numbers
 4   that would more accurately determine the
 5   chemical compositions, which is the very
 6   purpose of an EDS analysis of an unknown
 7   mineral."
 8             Do you see that?
 9        A.    Yes.  I wrote that.
10        Q.    What generally accepted
11   standards require the printout of
12   quantitative data similar to Figure 7 in your
13   report in order for a scientist or analyst to
14   analyze the chemical structure of a mineral
15   to determine whether it's consistent with
16   asbestos or not?
17        A.    That was a big mouthful.  Let
18   me review that sentence.
19             So as articulated by Newbury
20   and Ritchie in their report about EDS
21   spectroscopy and doing it accurately, it is
22   important to do the calculations based on the
23   peak areas with the appropriate corrections
24   in order to get even semi-quantitative data
25   out of an EDS spectrum.
```

32 (Pages 122 to 125)

Melinda Darby Dyar, Ph.D.

Page 126

1          Q.    Does anything in ISO 22262-1 or
2      22262-2 or Yamate require the quantitative
3      data like that shown in Figure 7 be generated
4      in order for an analyst to analyze the
5      chemical structure of a particle that could
6      be asbestos?
7          A.    I don't recall.  I'd have to go
8      back and review them.  But I'm guessing that
9      because 22262 is about microscopic methods
10     and 222-1 {sic} is about polarizing light
11     microscopy, that neither one of them has much
12     to say about EDS.  I honestly don't recall
13     which of those ISO documents talks about EDS.
14         Q.    Isn't it true that ISO 22262-1
15     has an extensive discussion of analysis by
16     TEM, quantitative analysis by TEM, of --
17     qualitative analysis by TEM of EDXA spectra?
18         A.    As I said, I did not recall
19     that, but I have it in my hand now and I'll
20     be happy to take a look.
21         Q.    Page 33.
22         A.    Yes, I see it talks about --
23              MR. FINCH:  Can I have the
24     Elmo?
25              THE WITNESS:  -- qualitative

Page 127

1          analysis by TEM, yes.
2      QUESTIONS BY MR. FINCH:
3          Q.    All right.  Can you point me to
4      any ISO standard or anywhere in Yamate where
5      it says that it's necessary for an analyst to
6      have quantitative data like that shown in
7      Figure 7 in your report in order to analyze
8      the chemical structure of an asbestos
9      mineral?
10         A.    So the definition of asbestos
11     requires that a mineral be one of the
12     specific six regulated mineral species.  And
13     in order to determine if a mineral is among
14     the six regulated mineral species, it is
15     necessary to know the chemical composition
16     and the crystal structure, as I describe in
17     my report.
18              Therefore, it follows that it
19     would be useful to know the chemical
20     composition in order to confirm whether one
21     of the six regulated mineral species is
22     present.  And as articulated here, the TEM
23     analysis is only qualitative.
24         Q.    And am I correct that in
25     Yamate, for example, it states, "Energy-

Page 128

1      dispersive X-ray analysis as used in asbestos
2      analysis is semi-quantitative at best"?
3          Q.    Do you see that?
4          A.    That is correct, but --
5          Q.    Do you agree with that?
6          A.    But let me point out that in
7      his deposition, Dr. Longo says very
8      specifically that it's quantitative, and that
9      is exactly what I'm disagreeing with.
10         Q.    Are you aware of any ISO
11     standard or EPA publication that requires the
12     printout of quantitative data like you have
13     in Figure 7 in your report in order to
14     analyze the X-ray spectra of an asbestos --
15     or potentially asbestos chemical?
16         A.    I am aware that analysis of ISO
17     standards and under EPA requirements require
18     that the mineral species be identified.  And
19     in order to identify the mineral species, it
20     is necessary to have a quantitative -- as
21     quantitative as possible chemical analysis.
22         Q.    Isn't it true that ISO 22262-1
23     says nowhere that you have to have a
24     quantitative analysis, or the quantitative
25     printouts like you have in Figure 7 in your

Page 129

1      report, in order to do a valid analysis of
2      the chemical spectra of an asbestos particle?
3          A.    It is true that ISO 22262-1
4      indicates that the asbestos is defined as one
5      of specific mineral species.  And so in order
6      to determine if something is among a specific
7      mineral species, you would have to know the
8      chemical composition.
9          Q.    But it doesn't require you to
10     have quantitative data in the level of detail
11     that you show in Exhibit 7 to determine the
12     chemical structure of the mineral, correct?
13         A.    It would be the chemical
14     composition of a mineral.
15         Q.    The chemical composition of the
16     mineral?
17         A.    It requires that you know the
18     chemical composition well enough to identify
19     the sample as one of the six regulated
20     mineral species.
21         Q.    And do you have any view one
22     way or another whether the analysts in
23     Dr. Longo's lab, or Dr. Longo himself, is
24     sufficiently familiar with the chemical
25     composition of the six regulated types of

33 (Pages 126 to 129)

Melinda Darby Dyar, Ph.D.

Page 130

1    asbestos that they can determine based on
2    looking at a semi-quantitative EDXA spectra
3    whether or not the material they're looking
4    at has a chemical signature consistent with
5    asbestos?
6        A.    I would say absolutely not,
7    they do not have -- because it's impossible
8    to look at -- no matter how many thousands of
9    EDS spectra you've looked at, it is
10   impossible to look at an EDS spectrum and,
11   without analyzing it, obtain quantitative
12   data as Dr. Longo purports to do.
13       Q.    Okay.  In ISO 22262-1 -- do you
14   have that?
15       A.    Got it.
16       Q.    You can do EDS, EDXA, by SEM or
17   TEM, correct?
18       A.    Depends on the instrument, yes.
19       Q.    All right.  Would you turn to
20   Annex F.
21       A.    Yes.
22       Q.    All right.  Would you agree
23   with me that pages 58, 59, 60, 61, 62 all
24   show EDS, EDXA spectra for samples of
25   tremolite, anthophyllite and the other

Page 131

1    asbestos varieties?
2        A.    That is what this document
3    claims to show, yes.
4        Q.    And you agree with me that
5    nowhere in these printouts of what the
6    chemical signature is using EDS, EDXA, does
7    it have quantitative data like that shown in
8    Figure 7 in your report?
9        A.    It is correct that those are
10   not given; however, in the case of these
11   reference standards, these have been
12   independently analyzed for chemistry and,
13   therefore, the chemistry is already known.
14   And there is no need to determine the
15   chemistry by this semi-quantitative EDXA
16   analytical method, which is why it probably
17   isn't shown here.
18       Q.    Isn't it the case that what
19   this ISO 22262-1 is all about is determining
20   when you've got a bulk material where you
21   don't know whether it has asbestos or not in
22   it, to do an EDS or EDXA to compare the data
23   you get from the bulk material to the
24   standard EDS, EDXA spectrum contained in
25   Annex F?

Page 132

1        A.    No, sir.  It says on --
2        MR. LOCKE:  Objection.
3        THE WITNESS:  -- page 1 of this
4    document that this document is
5    appropriate for the analysis of -- the
6    quantitative -- qualitative analysis
7    identification of asbestos in specific
8    types of manufactured
9    asbestos-containing products and
10   commercial minerals.
11       So I would say that these
12   patterns have been developed for use
13   in situations where you already know
14   that what is present is asbestos, and
15   you're trying to determine which of
16   the six asbestos minerals is present,
17   which is clearly not the case in the
18   study of talc.
19   QUESTIONS BY MR. FINCH:
20       Q.    Would you agree with me, or do
21   you know, whether or not insulation can be
22   asbestos-containing or non-asbestos-
23   containing?
24       MR. CHACHKES:  Objection.
25       THE WITNESS:  I don't know

Page 133

1    anything about that.
2    QUESTIONS BY MR. FINCH:
3        Q.    Okay.  Would you agree with me,
4    or do you know, whether ISO 22262 can be used
5    to test insulation, where you don't know
6    whether it has asbestos in it or not, to
7    determine whether or not the bulk material
8    that you're looking at contains asbestos?
9        A.    I believe it says
10   asbestos-containing insulation.
11       And it goes on to talk about --
12   in the introduction about asbestos-containing
13   insulation.  For example, "A large proportion
14   of the chrysotile product produced was used
15   in asbestos cement products.  Materials
16   containing high proportions of chrysotile
17   asbestos were used in buildings and in
18   industry."
19       So that's what it says here.
20       Q.    Isn't it true that in the scope
21   on page 1 of the document, this part of ISO
22   22262 specifies methods for sampling bulk
23   materials and identification of asbestos in
24   commercial bulk materials?
25       It doesn't say anything about

Melinda Darby Dyar, Ph.D.

Page 134

1  asbestos-containing bulk materials, correct?
2      A.   It indeed says it specifies
3  methods for sampling bulk materials and
4  identification of asbestos in commercial bulk
5  asbestos.  That's what it says here, yes.
6      Q.   All right.  Do you have the
7  understanding one way or another that this is
8  the methodology a scientist should follow if
9  he has a bulk material of insulation that he
10  doesn't know whether it has asbestos in it or
11  not, to follow this methodology to determine
12  whether there's asbestos in the material or
13  not?
14      A.   To which methodology are you
15  referring?  The entire document?
16      Q.   ISO -- yes.
17      A.   This document and the extended
18  versions 2 and 3 are intended for that
19  purpose.  That's what it says they're
20  intended for.
21      Q.   Okay.  Would you agree with me
22  that Annex F has the X-ray spectra for
23  tremolite on page 61?
24      A.   It does include spectra of
25  samples of these minerals, yes.  Certainly

Page 135

1  these are not necessarily representative of
2  all possible examples of these minerals, but
3  they are individual standard reference
4  materials of these particular individuals
5  {sic}.
6      Q.   Are you aware whether tremolite
7  was ever used as part of any -- a
8  asbestos-containing product, intentionally
9  designed to be part of an asbestos-containing
10  product?
11          MR. FROST:  Objection.
12          THE WITNESS:  I have no
13  knowledge of that.
14  QUESTIONS BY MR. FINCH:
15      Q.   Do you recognize the Yamate
16  method as a method to analyze -- to determine
17  whether or not there is or is not asbestos in
18  either a bulk sample or in the air?
19      A.   The Yamate method is, strictly
20  speaking, a method for measurement of
21  airborne asbestos.
22      Q.   And is it part of the method to
23  determine whether or not -- whether asbestos
24  is there or not?
25      A.   So let's take a look at level 3

Page 136

1  analysis where it specifically focuses on the
2  example of asbestos.  I believe it's level 3.
3  Let me see if I can find that.
4          Sorry, what was your question?
5      Q.   My question is, isn't the
6  entire Yamate protocol something that is used
7  to determine whether or not asbestos is in a
8  material or not?
9      A.   Well, the title of the document
10  is "Methodology for Measurement of Airborne
11  Asbestos By Electron Microscopy."
12          So the level 3 as specified in
13  this document details the use of quantitative
14  SAED analysis from two different zone axis
15  orientations, et cetera, et cetera.
16      Q.   Right.
17          But before you get to
18  quantitative level 3 analysis, you do level 2
19  analysis, correct?
20      A.   That's correct.
21      Q.   And level 2 analysis, you're
22  trying to determine whether or not there is
23  asbestos in the material or not, correct?
24  May have asbestos in it, may not?
25      A.   At -- at significant -- at

Page 137

1  significant levels, yes.
2      Q.   And it doesn't require the
3  analyst, in looking at an EDS, EDXA spectrum,
4  to have the quantitative data like that shown
5  in Figure 7 in your report to determine the
6  chemical composition of the material he or
7  she is analyzing, correct?
8      A.   Well, in point of fact, level 2
9  is level 1 plus chemical analysis.  And it
10  says that -- in level 2 you're talking about
11  a process of elimination used to categorize
12  amphibole fibers, identify the ambiguous
13  fibers in concern or validate level of
14  chrysotile fibers.  So it all builds.
15          What was your question?
16      Q.   My question is, is there
17  anything in the Yamate document that requires
18  an analyst to have quantitative data like
19  Figure 7 in your report for the EDS, EDXA
20  analysis he or she performs on a material to
21  determine whether its chemical composition is
22  consistent with asbestos?
23      A.   Well, I guess maybe read the
24  question again here.
25          The Yamate document is about

35 (Pages 134 to 137)

Melinda Darby Dyar, Ph.D.

Page 138

1    confirming whether it's one of the specific
2    asbestos mineral species.  And so to the
3    extent that it is necessary to have chemical
4    analysis to determine whether something is
5    one of the species, then, yes, it does imply
6    that you need to have quantitative EDS data.
7        Q.   Where?  Where?  Point me to
8    where it says you have to have quantitative
9    EDS data.
10       A.    It says that you need to
11   identify a specific -- whether a specific
12   asbestiform or potentially asbestiform
13   mineral species is present.  And to me, that
14   implies that you need to know what the
15   chemistry is because otherwise you couldn't
16   tell.
17       Q.    And isn't it correct that at
18   page 39 of the document it states,
19   "Energy-dispersive X-ray analysis, as used in
20   asbestos analysis, is semi-quantitative at
21   best"?
22       A.    Absolutely, yes.
23       Q.    And it says nowhere in here
24   that you have to have quantitative EDS or ED
25   X-ray analysis.

Page 139

1        Can you point to me anywhere in
2    this document where it says must have a
3    quantitative data like that shown in
4    Exhibit 7 {sic} in your report?
5        A.    So I would say that nowhere in
6    this document does it says that you must have
7    a quantitative printout, but certainly that
8    information is necessary to determine whether
9    something is a particular composition.
10            So again, referring back to my
11   report, the goal of Drs. Longo and Rigler is
12   to confirm the presence of one of the six
13   regulated asbestiform -- potentially
14   asbestiform minerals and whether or not they
15   are present in the talcum powder.  And the
16   EDS data that are presented in there do not
17   come anywhere close to determining that.
18           MR. FINCH:  Can I have the
19   Gunther paper?
20           (Dyar Exhibit 11 marked for
21   identification.)
22   QUESTIONS BY MR. FINCH:
23       Q.    This is a paper by Mickey
24   Gunther that you cite in your report?
25       A.    Yes, I use the figures in my

Page 140

1    report.
2        Q.    Published in the peer-reviewed
3    literature?
4        A.    Not a commonly cited journal,
5    but, yes.
6        Q.    In this journal, he reports EDS
7    data from various materials in Figures 5, 6,
8    8?
9        A.    Yes.
10       Q.    And in the EDS data he reports,
11   for example, in Figure 6, three SEM
12   photographs with associated EDS data of
13   amphiboles found in soils in Washington, DC,
14   southern Illinois, western Montana.  Based on
15   EDS data, particles A and B would be
16   tremolite, actinolite, and C would be
17   anthophyllite, grunerite.
18           Do you see that?
19       A.    He just says based on EDS data;
20   he doesn't say based on the EDS data shown.
21   So my inference from this figure caption
22   would be that he calculated the mineral
23   compositions and drew those conclusions.
24           Now, he does not say that he's
25   basing his conclusions about composition on

Page 141

1    the basis of these images alone.
2        Q.    Does it say anywhere in the
3    paper that he calculated the quantitative EDS
4    measurement?
5        A.    He doesn't need to.  It is --
6    it is extraordinarily rare for someone to
7    acquire an EDS pattern and not calculate the
8    composition.  So you would only need to
9    mention that if you didn't calculate the
10   composition.
11       Q.    Does it say anywhere in this
12   paper that you -- that he calculated -- he
13   did some kind of quantitative analysis --
14   first of all, let's get very clear.
15           Nothing in this peer-reviewed
16   paper has the kind of quantitative data
17   relating to an EDS spectrum like that shown
18   in Figure 7 in your report, correct?
19           MR. CHACHKES:  Objection.
20           THE WITNESS:  I would want to
21   make sure there isn't some supplement
22   that gives those numbers, but
23   certainly in these five pages of this
24   document he doesn't give the
25   quantitative numbers.  However, he

36 (Pages 138 to 141)

Melinda Darby Dyar, Ph.D.

Page 142

1   does state that based on EDS data,
2   these particles would be assigned
3   these compositions.
4        So again, the norm when doing
5   analysis with EDS is that you
6   calculate the compositions.  It would
7   be extraordinary that he would have to
8   go out of his way to not print them
9   out, which is, in fact, what
10  Drs. Longo and Rigler do.  They must
11  have disabled the default command to
12  output compositions.
13  QUESTIONS BY MR. FINCH:
14       Q.    You say the norm.
15       You haven't pointed me to a
16  single document, either ISO standard, Yamate
17  standard, peer-reviewed literature, that says
18  that you have to print out the quantitative
19  EDS, EDXA graph -- graphics like in Figure 7,
20  have you, ma'am?
21       MR. LOCKE:  Objection.
22       THE WITNESS:  So in my report,
23  I cite the Newbury and Ritchie paper
24  which goes in excruciating detail of
25  how the appropriate -- of the

Page 143

1        appropriate methodology for using EDS.
2   And they talk in that at length about
3   the different methods for making
4   calculations that determine
5   quantitative or semi-quantitative data
6   from an EDS spectrum.
7        So again, Newbury and Ritchie
8   is a good example of what is the
9   convention in this field, which is to
10  always acquire the EDS spectrum and
11  then print out the compositions that
12  are calculated by the instrument.
13  QUESTIONS BY MR. FINCH:
14       Q.    Well, Dr. Gunther did not print
15  out the calculations in his 2010 paper,
16  correct?
17       MR. FROST:  Objection.
18       THE WITNESS:  He refers to the
19  SEM data, but he does not explicitly
20  include them, probably for reasons of
21  space.  That printout would be pretty
22  tiny in a publication of this sort.
23       MR. FINCH:  Can I have the
24  Roggli paper?
25       (Dyar Exhibit 12 marked for

Page 144

1        identification.)
2   QUESTIONS BY MR. FINCH:
3        Q.    Professor Dyar, do you have an
4   article entitled "Tremolite Mesothelioma" by
5   Victor Roggli and other scientists at Duke
6   University published in the peer-reviewed
7   literature in 2002?
8        A.    Yes, sir.
9        Q.    All right.  In...
10       A.    I immediately note that the
11  authors of this paper are medical personnel
12  involved with pathology, and there is no
13  indication that any of them is a
14  mineralogist.
15       Q.    And they are publishing in the
16  peer-reviewed literature about various types
17  of asbestos fibers found in human tissue,
18  correct?
19       A.    Well, I'd have to have some
20  time to speed-read this paper, but the title
21  is called "Tremolite Mesothelioma," so I'd
22  have to assume that that's what the paper is
23  about.
24       Q.    And in Figure 1 -- actually, on
25  page 448, in the second column the authors

Page 145

1   write, "The elemental composition of
2   individual mineral fibers was detected by
3   means of energy-dispersive X-ray analysis,
4   EDXA."
5        Do you see that?
6        A.    I'm looking.
7        Q.    About halfway down, first
8   column -- I mean, the second column.
9        A.    Yes.  So that to me implies
10  that they output the compositions.
11       Q.    In the paper they publish "the
12  energy-dispersive X-ray spectra for
13  tremolite, actinolite, anthophyllite and
14  chrysotile.  Characteristic elemental
15  composition for each fiber type is shown.
16  The gold piece is due to sputter coating of
17  the sample to reduce charging artifacts."
18       Do you see that?
19       A.    I see that.  And it is my
20  opinion, based on being an associate editor
21  of the American Mineralogist for 20 years,
22  that no self-respecting mineralogical journal
23  would publish a figure like this.  This is
24  insufficient for any kind of chemical
25  analysis.

37 (Pages 142 to 145)

Melinda Darby Dyar, Ph.D.

Page 146

1    Q.   So these doctors are doing
2  chemical analysis of the asbestos fibers they
3  found in human tissue, and they're printing
4  out the EDXA results in Figure 1.  And they
5  do not include the quantitative data like you
6  show in Figure 7 in your report, correct?
7         MR. FROST:  Objection.  Form.
8         THE WITNESS:  Well, I'd have to
9     look and make sure there isn't a
10    supplement to this particular article,
11    and I'd need a little more time to
12    inspect it.
13        For example, I'd like to know
14    how did they -- how did they identify
15    the samples as asbestos in the first
16    place.  I don't see any other evidence
17    of any other kinds of analytical
18    techniques done in here.
19        I'd need to look at this much
20    more carefully, but it is certainly my
21    opinion that you couldn't use EDXA to
22    identify these -- distinguish between
23    these particular minerals.
24        So I -- these people may be
25    well-respected pathologists, but this

Page 147

1  particular figure and these
2  conclusions would never be published
3  in a journal that was peer-reviewed by
4  mineralogists.
5  QUESTIONS BY MR. FINCH:
6     Q.   Are you familiar with a book
7  entitled "Mineralogy and Optical Mineralogy"
8  written by Melinda Darby Dyar and Mickey
9  Gunther?
10    A.   Indeed I am.
11        While we are here, let me draw
12  your attention to page 607, where it gives
13  the revised amphibole nomenclature, which was
14  published in 1997 and 2004.  So this is the
15  appropriate amphibole nomenclature to be
16  using.
17        MR. FINCH:  Move to strike as
18    nonresponsive to any question pending.
19        (Dyar Exhibit 13 marked for
20    identification.)
21  QUESTIONS BY MR. FINCH:
22    Q.   Do you recognize this as the
23  cover page, table of contents, preface and
24  Chapter 19 from your 2008 book?
25    A.   Yes.

Page 148

1    Q.   Am I correct that on pages 526,
2  527, 528, and in 529, 530, which is Figures
3  1912 to 1919, all contain EDS spectra for
4  different minerals?
5    A.   526.  Yes.  They're simulated
6  patterns, yes.
7    Q.   And am I correct that none of
8  these figures have the quantitative data like
9  Figure 7 in your report shown in the -- in
10  the pages of your textbook?
11    A.   They don't include the
12  compositions because they are simulated
13  patterns, and simulated patterns are created
14  by inputting a composition.  So there is no
15  need to output the composition because these
16  are simulated patterns that are created using
17  an input -- a specifically input composition.
18        MR. FINCH:  Can I have the
19    other excerpt from that book?
20        (Dyar Exhibit 14 marked for
21    identification.)
22  QUESTIONS BY MR. FINCH:
23    Q.   This is Exhibit 14, which is
24  another page of that book, page 182.
25        What does Figure 9.17 show?

Page 149

1    A.   It shows the EDS output of an
2  Idaho star garnet from an SEM.
3    Q.   Does it include the
4  quantitative data that is shown in Figure 7
5  in your report?
6    A.   No, and it wouldn't have been
7  appropriate to include that.
8        First of all, the print would
9  be too small, and second of all, the point
10  here is to just show what an EDS spectrum
11  looks like.  It's not our intent here in this
12  particular chapter to show -- or in this
13  particular figure to show anything
14  quantitative, so it wouldn't have been
15  appropriate to include the chemistry.
16        So in other words, we're not
17  trying to identify what mineral this is.  We
18  already know that it's an Idaho star garnet,
19  so we don't need to output the chemistry to
20  show anything about its chemical composition.
21        In fact, it's highly likely
22  that we have an independent and much more
23  accurate chemical composition from electron
24  microprobe, and we just didn't feel it was
25  necessary or appropriate to include it here.

38  (Pages 146 to 149)

Melinda Darby Dyar, Ph.D.

Page 150

1    Q.    On page 531 of Exhibit 13?
2    A.    Uh-huh.
3    Q.    Here you're not looking at a
4  simulated material, correct?
5          You're looking at an
6  approximately 5-micron-wide particle mounted
7  on a fiber similar to the example shown in
8  Figure 1920, images modified from Gunther's
9  2007 paper, correct?
10   A.    Correct.
11   Q.    So then you are -- in the
12 part C, higher magnification SEM image of the
13 same particle with analysis points for the
14 SEM beam indicated by 1 and 2. That's an EDS
15 spectrum there, correct?
16   A.    Wait a minute. I'm not -- I'm
17 not following you. Where are you?
18   Q.    Yeah. The bottom,
19 Figure 19.21.
20   A.    Oh, sorry. I'm on the wrong
21 page.
22         Yep.
23   Q.    On this basis, the particle
24 could be either a pyroxene or an amphibole;
25 however, the refractive indices shows this

Page 151

1  particle is an amphibole. Choosing a species
2  name between tremolite and actinolite would
3  be difficult.
4          And the EDS of the grain there
5  shows the chemical signature of an amphibole,
6  correct?
7    A.    No, I think you're misreading
8  that. It basically says on the basis of the
9  EDS spectrum, it could be either a pyroxene
10 or an amphibole.
11         This is exactly the same point
12 I make in the figure -- let's see -- in
13 Figure 4 of my report where it says that on
14 the basis of an EDS spectrum, these minerals
15 are indistinguishable.
16         So then he goes on to say that
17 because of the refractive index data, in
18 other words, the optimal microscopy, the PLM,
19 it is possible to constrain the identify --
20 the identity of this mineral to be an
21 amphibole. But that's all you can tell.
22   Q.    But you don't print out the
23 quantitative data like that shown in Figure 7
24 of your report in this section of your
25 textbook where you're using an EDS spectrum

Page 152

1  to characterize the chemical composition of a
2  mineral, correct?
3    A.    Again, it would not be
4  appropriate to include that in this
5  particular context. This is a textbook, not
6  a research -- not a research thing. And the
7  point of this figure is to show how difficult
8  it is to distinguish things purely from
9  visual examination. In other words, he's
10 saying you really need more information.
11         And as I said in my report, the
12 way to get more information would be to
13 output the quantitative chemical data that
14 the TEM and the SEM are easily able to
15 provide.
16         So this is not an appropriate
17 place to include chemical data.
18         MR. FINCH: Can I have the 2016
19 Gunther paper and the IC 420 document?
20         (Dyar Exhibit 15 marked for
21 identification.)
22 QUESTIONS BY MR. FINCH:
23   Q.    Here's Exhibit 15.
24         Do you have Exhibit 15 in front
25 of you, ma'am?

Page 153

1    A.    I do.
2    Q.    This is -- one of the coauthors
3  of this paper is your coauthor, Mickey
4  Gunther?
5    A.    I see that.
6    Q.    Another is Dr. Roggli, whose
7  paper we looked at a few minutes ago?
8    A.    Yes.
9    Q.    This is a case report of
10 "Erionite-Associated Malignant Pleural
11 Mesothelioma in Mexico," published in the
12 peer-reviewed journal International Journal
13 of Clinical and Experimental Pathology?
14   A.    I see that.
15   Q.    And you have two geologists
16 publishing this paper along with Dr. Roggli,
17 and the lead author's name I'm not going to
18 try to pronounce because I'll butcher it.
19 But there's about eight authors, and two of
20 them are geologists, correct?
21   A.    I see that, yes.
22   Q.    And two of them are geologists
23 that you have published with yourself,
24 correct?
25   A.    Yes.

Melinda Darby Dyar, Ph.D.

Page 154

1      Q.    And what they're doing is they
2   are analyzing fibers found in the tissue of a
3   human being to determine the nature of the
4   particles in their mesothelioma, correct?
5         MR. LOCKE:  Objection.
6         THE WITNESS:  I need a little
7      more time to look at this paper before
8      I could tell you exactly what they
9      were doing.
10  QUESTIONS BY MR. FINCH:
11     Q.    Well, do you recognize Figure 3
12  and Figure 6 and Figure 4 as all containing
13  EDXA or EDS spectrum of materials that
14  they're analyzing?
15     A.    I see that those figures do
16  contain EDS spectra, yes.
17     Q.    All right.  So in Figure 3 on
18  page 5727 -- and this is a scientific paper
19  where they're reporting on finding erionite
20  fibers in someone's mesothelioma.
21     That's at least the title of
22  the paper, correct?
23        MR. LOCKE:  Objection.
24        THE WITNESS:  The title of the
25     paper is "Erionite-Associated

Page 155

1      Malignant Pleural Mesothelioma in
2      Mexico."  That's the title.
3   QUESTIONS BY MR. FINCH:
4      Q.    All right.  Figure 3, part B,
5   is the data that they choose to report in
6   this peer-reviewed paper, "Energy-Dispersive
7   Spectrum from an Erionite Fiber Showing Peaks
8   for Aluminum and Silicone."
9         "There's a suggestion of
10  smaller peaks for sodium and iron.  Platinum
11  peaks are from sputter contained in the
12  sample for imaging purposes."
13        Do you see that?
14     A.    I see that it says that, yes.
15     Q.    All right.  And so what that is
16  is an EDS or EDXA spectrum of a reference
17  sample of erionite, correct?
18     A.    I don't see where it says that.
19     Q.    Well, would you agree with me
20  that the authors call it an EDS spectrum from
21  an erionite fiber?  That's what they call it
22  in the paper?
23     A.    That's what it says right here
24  in the caption to Figure 3.
25     Q.    And they don't print out the

Page 156

1      quantitative data that you say is required
2   for a scientific analysis like that shown in
3   Figure 7 in your report, correct?
4      A.    In fact, in my report there are
5   no independent constraints on where the
6   particles are coming from.
7         In this report, it appears to
8   me that the particles are coming from a
9   repairman who was raised on a farm in a
10  Mexico volcanic belt, presumably near a
11  source of erionite.  So I'd have to spend
12  more time with this paper.
13        But it appears to me that they
14  already knew that this was erionite, and they
15  were simply confirming that the EDS spectra
16  were consistent with that.  And in that case,
17  it's not necessary to print out the chemical
18  composition.
19        In the case of the particles
20  being studied by Drs. Longo and Rigler, we
21  have no such knowledge.  We have no idea and
22  no independent constraints on what mineral it
23  could be or what the composition could be.
24  And, therefore, it is their obligation to
25  produce as much quantitative information as

Page 157

1      possible.
2         So again, I would need some
3   further study to address specific questions
4   about this paper, but my understanding is
5   that they're simply showing that the SEM
6   images and the EDS analyses are consistent
7   with their existing supposition that this is
8   erionite.
9      Q.    And their existing supposition
10  that this is erionite is based on testing
11  that people have done of the soil in Mexico
12  where they found erionite fibers, right?
13     A.    I don't --
14        MR. FROST:  Objection.  Form.
15        THE WITNESS:  I don't know that
16     for a fact.  I'd have to take much
17     more time to review this paper.
18  QUESTIONS BY MR. FINCH:
19     Q.    All right.  So Figure 6 has a
20  EDX spectra of Mexican soil with erionite,
21  correct?
22     A.    That's what it says here.
23     Q.    And again, there's no
24  quantitative data printed out in Figure 6 C,
25  correct?

40  (Pages 154 to 157)

Melinda Darby Dyar, Ph.D.

Page 158

1    A.    Again --
2    Q.    Of the type -- of the type that
3    is shown in Exhibit 7 {sic} in your report,
4    Figure 7 in your report?
5    A.    There are no chemical analyses
6    printed out here because it would not be
7    appropriate.  They already know it's erionite
8    based on, it looks like, independent studies.
9    Q.    Okay.  They already know it's
10   erionite based on independent studies.
11         How do you know that Dr. Longo
12   and Dr. Rigler don't already know that there
13   is tremolite and anthophyllite asbestos in
14   the Vermont talc based on independent studies
15   that other analysts have done?
16         MR. FROST:  Objection to form.
17         MR. LOCKE:  Objection.
18         MR. CHACHKES:  Objection.
19         THE WITNESS:  There is no
20   evidence in Drs. Longo and Rigler's
21   reports, plural, that they have any
22   data that confirm that any of the
23   particles they studied are asbestos.
24         Perhaps that's a good place to
25   break for lunch.

Page 159

1         MR. CHACHKES:  It is lunchtime.
2    It's kind of 12 what?  12:40?
3         MR. FINCH:  Let me have two
4    follow-up questions based on that.
5    QUESTIONS BY MR. FINCH:
6    Q.    You haven't reviewed anybody's
7    testing of talc from the Windsor mines in
8    Vermont, have you, ma'am?
9         MR. FROST:  Objection.
10        MR. CHACHKES:  Objection.
11   QUESTIONS BY MR. FINCH:
12   Q.    Other than Longo and Rigler?
13   A.    I was asked --
14        MR. CHACHKES:  Objection.
15        THE WITNESS:  -- to review the
16   methodology of Drs. Longo and Rigler,
17   and that's what I did.
18   QUESTIONS BY MR. FINCH:
19   Q.    You don't know what Johnson &
20   Johnson documents they have reviewed, they'd
21   given the same kind of information about the
22   potential for tremolite asbestos and
23   anthophyllite asbestos to be in those mines
24   that the authors of the 2016 paper that's
25   Exhibit 15 have about the erionite in Mexico,

Page 160

1    do you?
2         MR. CHACHKES:  Objection.
3         MR. FROST:  Objection.
4         THE WITNESS:  As I said at the
5    outset of this question period, I
6    looked at all the references cited by
7    Drs. Longo and Rigler and read the
8    ones that were available to me.  So I
9    do not recall them alluding to any
10   such testing reports.
11   QUESTIONS BY MR. FINCH:
12   Q.    And if they had, they have that
13   as a source of their basis for knowledge, you
14   don't know about it, right?
15        MR. CHACHKES:  Objection.
16        THE WITNESS:  I can't read the
17   minds of Drs. Longo and Rigler, no.
18   QUESTIONS BY MR. FINCH:
19   Q.    You can read the trial
20   testimony and the discussion of the Johnson &
21   Johnson tests and documents of Dr. Longo in
22   multiple ovarian cancer and asbestos cases,
23   and you haven't done that, correct?
24        MR. CHACHKES:  Objection.
25        MR. FROST:  Objection.

Page 161

1         THE WITNESS:  I have not done
2    that because it would not be relevant
3    to my task, which was to evaluate
4    their methodology.
5         MR. FINCH:  All right.  This is
6    a good time to break for lunch.
7         VIDEOGRAPHER:  Okay.  Please
8    remove your microphones.  The time is
9    12:37 p.m.  Off the record.
10        (Off the record at 12:37 p.m.)
11        VIDEOGRAPHER:  Okay.  We are
12   back on the record.  The time is
13   1:22 p.m.
14   QUESTIONS BY MR. FINCH:
15   Q.    Good afternoon, Ms. Darby Dyar.
16   We are back on the record after a lunch
17   break.
18        Did you review any documents
19   over the lunch break?
20   A.    No.
21   Q.    You were talking about, in
22   connection with the erionite paper that I
23   just showed you, the scientists who wrote
24   that paper had information that erionite was
25   a possible mineral in the soil in Mexico,

41 (Pages 158 to 161)

Melinda Darby Dyar, Ph.D.

Page 162

1    correct?
2        Do you recall that discussion?
3        A.    Let me pull the paper out and
4    take a look at it.
5        So, yes, what I said was it
6    appears that this is a report based on
7    results from a vehicle repairman who was
8    raised on a farm in the Mexican volcanic belt
9    region.
10       Q.    And what information did the
11   scientists have that led them to suspect that
12   erionite might be in that region of the
13   world?
14       MR. FROST:  Objection.
15       THE WITNESS:  You know, this
16   paper is seven pages long.  I'd happy
17   to take the time to read it.  But I
18   would need time, to answer that
19   question, to read this paper.
20   QUESTIONS BY MR. FINCH:
21       Q.    You said before you read the
22   paper that the -- Dr. Gunther and the other
23   scientists who wrote it had some information
24   that erionite was a possible contaminant in
25   the soil in Mexico.

Page 163

1        And I'm just wondering how you
2    came to that conclusion when I just showed
3    you the paper before lunch.
4        MR. CHACHKES:  Objection.
5        THE WITNESS:  Well, I looked at
6    that line that I just read, that the
7    person had epithelial malignant
8    pleural mesothelioma in a vehicle
9    repairman.  So -- and it says who was
10   raised on a farm in the Mexican
11   volcanic belt region.  So I -- that's
12   where I'm getting that conclusion.
13       But as I said before, I'd have
14   to read the paper to have -- to have
15   any ability to answer your question in
16   an accurate way.
17   QUESTIONS BY MR. FINCH:
18       Q.    Okay.  Would you agree that
19   talc mines can have differing amounts of
20   accessory minerals in the ore, in the talc
21   ore, in the mine?
22       MR. CHACHKES:  Objection.
23       THE WITNESS:  I honestly don't
24   know anything about talc mines.  I do
25   know that rocks that contain talc can

Page 164

1    have a wide variety of mineral
2    assemblages, but I don't know anything
3    about mines specifically.
4    QUESTIONS BY MR. FINCH:
5        Q.    Okay.  Rocks that contain talc
6    can have differing amounts of accessory
7    minerals in the ore that the talc is mined
8    from, correct?
9        MR. CHACHKES:  Objection.
10       MR. FROST:  Objection.
11       THE WITNESS:  Again, I only
12   know in general terms where -- how
13   talc is formed geologically.  I know
14   nothing about talc mines, so I can't
15   answer any questions relating to talc
16   occurrences in mines.
17   QUESTIONS BY MR. FINCH:
18       Q.    Well, would you expect that the
19   owners of the Johnson & Johnson mines in
20   Vermont would have documented their
21   understanding as to what material they were
22   mining out of the ground over the course of
23   the 35 years that the mines were operating?
24       MR. FROST:  Objection.
25       THE WITNESS:  As I said, I

Page 165

1    don't know anything about mine
2    protocols or documentation.  I have no
3    knowledge of that, and I'd have to
4    read up on it and research it to give
5    you a good answer.
6    QUESTIONS BY MR. FINCH:
7        Q.    Okay.  You said you reviewed
8    some of Dr. Longo's state court reports, in
9    addition to his three reports in the MDL,
10   correct?
11       A.    Yes.  I skimmed them to look
12   for more analytical data, and having found
13   none, I didn't consider them further.
14       Q.    Okay.  Did you see that in
15   those reports, or in the disclosures that
16   went with those reports, he had listed
17   certain documents with Johnson & Johnson or
18   Imerys Bates numbers on them that formed part
19   of the basis of his knowledge in the state
20   court cases?
21       A.    No, because as I just said, I
22   only skimmed those documents to look for data
23   that were relevant to my investigation, which
24   was to evaluate the methodology used by them
25   in the Longo and Rigler reports cited in my

42 (Pages 162 to 165)

Melinda Darby Dyar, Ph.D.

Page 166

1    report.
2        Q.    Okay.  So to the extent that
3    Dr. Longo, in various state court reports or
4    in disclosures that you've been provided
5    with, lists out Bates labels of Johnson &
6    Johnson documents or Imerys documents, you
7    didn't bother to review those; is that
8    correct?
9            MR. FROST:  Objection.
10           THE WITNESS:  As I said, those
11       documents were reviewed by me only
12       with the goal of looking for further
13       analytical data.
14           But my goal in this undertaking
15       is to evaluate methodology, and so I
16       did not deem that that was relevant
17       and, therefore, did not pursue the
18       additional references in those
19       reports.
20    QUESTIONS BY MR. FINCH:
21       Q.    Is it your opinion that the
22    entire universe of minerals that exists on
23    the planet Earth can be found in the Vermont
24    talc mines from which Johnson & Johnson
25    obtained ore for baby powder?

Page 167

1            MR. LOCKE:  Objection.
2            THE WITNESS:  I have no
3       knowledge of anything having to do
4       with the geology of -- of the Vermont
5       talc mines.  So I would presume that
6       because they are rocks, they contain
7       minerals, but I know nothing about
8       either the geology or the mineralogy
9       of the Vermont talc mines.
10    QUESTIONS BY MR. FINCH:
11       Q.    Your textbook was -- with
12    Dr. Gunther was written for students, is that
13    correct, graduate-level students?
14       A.    Actually it was written for
15    undergraduate-level students, but we've sold
16    a lot of copies of the book to people that
17    don't do either of those things.  We presume;
18    we don't really know.
19       Q.    And the purpose of the book was
20    in part to teach them how to analyze minerals
21    to determine what they are?
22       A.    Yes, that's part of a standard
23    mineralogy curriculum.
24       Q.    Would you agree with me that if
25    you are a geologist who was -- or any

Page 168

1    scientist who was retained to analyze
2    materials that come from a specific mine in a
3    specific part of the world, one reasonable
4    thing to do would be to read information
5    about that geographic mine or that geographic
6    source of the materials so that they have
7    some understanding of what other researchers
8    have found when they have investigated that
9    particular mine?
10           MR. CHACHKES:  Objection.
11           THE WITNESS:  That's a really
12       nebulous, hypothetical question.  I
13       was not hired to do that; I was hired
14       to review methodology.  So I don't
15       have an opinion on that question
16       because I haven't even thought about
17       it.
18    QUESTIONS BY MR. FINCH:
19       Q.    Have you ever been -- you have
20    been hired, have you not, to analyze rocks
21    and minerals found in outer space, on Mars or
22    the moon, for example, to try to determine
23    what they are, right?
24       A.    I am funded by both NASA and
25    the National Science Foundation to study

Page 169

1    mineralogy of objects from all over the solar
2    system, yes.
3       Q.    And as part of your background
4    work in -- let's say you're given a grant to
5    study minerals found on the moon.
6            As part of your work, isn't it
7    correct that you go and review the literature
8    that exists about what other scientists have
9    found in that environment that gives you some
10    background understanding of what you might be
11    looking for?
12           MR. FROST:  Objection.
13           THE WITNESS:  It depends on
14       what I was -- what I was engaged to do
15       or what I proposed to do.  If I
16       proposed to do a certain kind of
17       analysis, yes, I would want to know
18       who else had done analyses on that
19       same material.
20           But in this particular case
21       here, I wasn't hired to do any
22       testing, so I have no opinion on -- no
23       interest in knowing what the rest of
24       the literature says because I'm only
25       evaluating methodology.

43 (Pages 166 to 169)

Melinda Darby Dyar, Ph.D.

Page 170

1   QUESTIONS BY MR. FINCH:
2       Q.   Dr. Longo was hired to test
3   specific products and specific ores where the
4   source of that material was ultimately talc
5   mines in Vermont, Italy or China, correct?
6           MR. CHACHKES:  Objection.
7           THE WITNESS:  All I know is
8       that the materials that are in this --
9       that I reviewed in preparation of this
10      report came from Asia, Vermont, and I
11      don't remember where else.
12  QUESTIONS BY MR. FINCH:
13      Q.   Italy?
14      A.   Italy.
15      Q.   And would you agree with me
16  that it would be a reasonable thing for a
17  scientist to do, who had been tasked with the
18  job of analyzing the minerals in a product
19  where the source of the primary ingredient of
20  the product was a mine in a particular part
21  of the world, to read studies that the people
22  who owned the mine had done on the nature of
23  the minerals that they were taking out of the
24  ground?
25          MR. LOCKE:  Objection.

Page 171

1           THE WITNESS:  No, I explicitly
2       do not agree.
3           The only thing that's relevant
4       is the methodology and the data that
5       were produced in the reports and
6       whether or not the methodology is
7       good, which it, of course, is not.
8           So where the minerals came from
9       is of no concern to whether -- to what
10      the methods were that were used to
11      analyze it.  Those two things have
12      nothing to do with each other.
13  QUESTIONS BY MR. FINCH:
14      Q.   Would you agree with me that if
15  you're doing a bulk analysis of a sample to
16  determine whether or not it has asbestos in
17  it or not, information about the manufacturer
18  of that sample would be important information
19  for Dr. Longo or any scientist to know before
20  testing the material to determine whether and
21  to what extent it had asbestos in it?
22          MR. FROST:  Objection.
23          THE WITNESS:  No, I do not
24      agree.  And in fact, I can't even
25      understand why you would want to know

Page 172

1       that.
2           What you want to know is what's
3       in the material based on the
4       analytical methods that you're using,
5       and that has nothing to do with where
6       the material came.
7           In fact, knowing where the
8       material came from might bias a
9       judgment, whereas unbiased judgment,
10      which is what we want in science,
11      would probably be most useful.
12          (Dyar Exhibits 16 and 17 marked
13      for identification.)
14  QUESTIONS BY MR. FINCH:
15      Q.   Let's mark this as Exhibit 16
16  and 17.
17          Okay.  I'm putting Exhibit 16
18  and 17 in front of you and ask if you've ever
19  seen them before.
20      A.   No, Exhibit 16, and no on
21  Exhibit 17.
22      Q.   All right.  Turn to page 2 of
23  Exhibit 16.
24          Did you have the understanding
25  that in 1989 Johnson & Johnson sold the mines

Page 173

1   that it -- in Vermont that it got its talc
2   from to a company called Cyprus?
3           MR. FROST:  Objection.
4           THE WITNESS:  I have no
5       knowledge of that.
6   QUESTIONS BY MR. FINCH:
7       Q.   And then ultimately, through a
8   series of other transactions, ended up -- the
9   mines are owned by Imerys?
10      A.   I have no knowledge of that.
11      Q.   On page 2 of Exhibit 16, the
12  Cyprus employees who are writing this
13  document write that "the other serious
14  mineralogical contaminant in the talc ores of
15  Vermont is the fibrous variety of the
16  amphibole minerals, tremolite and actinolite,
17  hydrous calcium, iron magnesium silicates,
18  which have been classified as asbestiform
19  minerals by OSHA and EPA.  OSHA was suspected
20  to declassify nonfibrous, blocky tremolite on
21  February 29th but not -- has not as yet
22  announced their decision.  As a result, all
23  tremolite, the fibrous varieties of all
24  amphiboles and chrysotile asbestos in talc
25  ores, are a source of great concern to all

44  (Pages 170 to 173)

Melinda Darby Dyar, Ph.D.

Page 174

1    talc producers and especially to the
2    marketers of cosmetic products.  Cyprus
3    claims that there are no fibers in their
4    cosmetic talc products, and they work
5    rigorously to ensure this.  However, a recent
6    paper published by Rutgers University worker
7    Alice Blount suggests the presence of fiber
8    in several cosmetic talcs, some of which
9    might be from Cyprus West Windsor,
10   which is a source of great concern to Cyprus
11   management and potentially to their principal
12   customer, Johnson & Johnson.  Talc de Luzenac
13   personnel are well aware of the situation,
14   and Phillipe Moreau is currently quietly
15   working to identify the reality and the
16   magnitude of the problem.
17             "Vermont talcs are derived from
18   altered serpentine, a natural host for
19   asbestiform minerals.  There is certainly
20   visible tremolite and actinolite in specific
21   zones of Vermont deposits.  Fibrous tremolite
22   was identified by the writer in exposures and
23   cores at the East Argonaut and Black Bear
24   mine.  Cyprus staff report tremolite from the
25   Hammondsville and Clifton deposits."

Page 175

1             MR. CHACHKES:  Past.  You
2    missed --
3             MR. FINCH:  Past tremolite from
4    the Hammondsville and Clifton
5    deposits.
6    QUESTIONS BY MR. FINCH:
7        Q.   Do you see that?
8        A.   I see that that's what the
9    document says, yes.
10       Q.   Okay.  And you have no
11   knowledge one way or another to suggest that
12   the authors of this memorandum are wrong in
13   their conclusions, correct?
14            MR. CHACHKES:  Objection.
15            MR. LOCKE:  Objection.
16            THE WITNESS:  I do not have
17   enough information about this document
18   to render an opinion.
19            I see that it's an interoffice
20   correspondence.  It talks about mines
21   in Vermont, but Vermont's a big state.
22   These deposits are presumably aerially
23   very large.  I don't know if these
24   deposits were used for talc.
25            So there's just not enough

Page 176

1    information in this document for me to
2    be able to say anything.
3    QUESTIONS BY MR. FINCH:
4        Q.   Okay.  So you certainly can't
5    opine that this information contained in
6    Exhibit 16 is incorrect, can you, ma'am?
7             MR. FROST:  Objection.
8             MR. CHACHKES:  Objection.
9             THE WITNESS:  Indeed, I can't
10   opine if it's correct either.  I have
11   no opinion.
12   QUESTIONS BY MR. FINCH:
13       Q.   Okay.
14       A.   Because there is insufficient
15   context and information about this document.
16            For example, it says tremolite,
17   but there's no indication of really what kind
18   of tremolite it is.  It confuses the
19   definition of fibers.
20            I would say there are a lot of
21   issues with this document that I would want
22   to know more about, so I can't really comment
23   about this document.
24       Q.   Okay.  Exhibit 17, do you have
25   that document?

Page 177

1        A.   I do.
2        Q.   This is analysis of fibrous
3    material from Argonaut waste rock?
4        A.   Yes, I see that.
5        Q.   Dated May 23, 2002?
6        A.   Yes.  That's what it says.
7        Q.   Do you know who Julie Pier is?
8        A.   No.
9        Q.   You don't know that she's a
10   scientist for Luzenac America at the time
11   this memorandum was written?
12            MR. FROST:  Objection.
13            THE WITNESS:  I've never heard
14   of either Julie Pier or Luzenac.
15   QUESTIONS BY MR. FINCH:
16       Q.   All right.  On the second page
17   there is an SEM image and an EDS chemical
18   analysis of waste rock from the Argonaut
19   mine.
20            Do you see that?
21       A.   Yes.
22       Q.   All right.  Do you agree with
23   me that the pictograph at the top, the
24   material looks like fibrous material and not
25   fragments?

45 (Pages 174 to 177)

Melinda Darby Dyar, Ph.D.

Page 178

```
 1        A.   It's almost impossible to judge
 2   that from a two-dimensional image, so I don't
 3   really have any opinion on that.  I don't
 4   have an opinion.
 5             I'd like to be able to measure
 6   the population and do an analysis on it that
 7   way to render an opinion.
 8        Q.   Would you agree with me that
 9   a scientist using a scanning electron
10   microscope can, by moving the plates around,
11   look at the structure that he or she is
12   viewing in three dimensions and make a
13   determination whether morphologically and
14   visually it looks more like a fiber or a
15   bundle of fibers or a cleavage fragment?
16             MR. FROST:  Objection.
17             THE WITNESS:  No, I do not
18        agree with that statement.  In fact,
19        the amount of tilt on the stage is
20        very small.  There's no way you can
21        get a three-dimensional view of
22        something.
23             Only with a special kind of
24        polarizing light microscope can you
25        actually do a three-dimensional
```

Page 179

```
 1        assessment in that manner.
 2   QUESTIONS BY MR. FINCH:
 3        Q.   Do you see also that there's an
 4   EDS chemical analysis below it?
 5        A.   I do.
 6        Q.   And the -- Dr. Pier concludes,
 7   based on that, that the chemical analysis of
 8   the material is consistent with tremolite?
 9             MR. CHACHKES:  Objection.
10             THE WITNESS:  I see that that's
11        what this document concludes, yes.
12   QUESTIONS BY MR. FINCH:
13        Q.   And the SEM, EDS analysis on
14   the second page of Exhibit 17 contains a
15   conclusion that the chemical composition of
16   the material is consistent with tremolite,
17   correct?
18        A.   It says, "The chemical analysis
19   of the material above is consistent with
20   tremolite."  Yes, that's what it says.
21        Q.   And it doesn't have any of the
22   quantitative data found at the bottom of
23   Figure 7 in your report, correct?
24        A.   That's correct.  It looks to me
25   like another example of bad science.
```

Page 180

```
 1        Q.   This is science being done for
 2   commercial purposes, correct?
 3             MR. FROST:  Objection.
 4             THE WITNESS:  As I've stated, I
 5        have no idea what Luzenac is.
 6   QUESTIONS BY MR. FINCH:
 7        Q.   This was science being done not
 8   for courtroom purposes?
 9        A.   I have no idea what the purpose
10   of this document is.  I don't know anything
11   about the context.  And it appears that there
12   is additional information that is not
13   included in the two pages that I've been
14   given, so it's hard to comment on this.  I
15   can't even tell if this is the entire memo.
16        Q.   Can you opine one way or
17   another about whether tremolite exists in
18   Vermont talc mines?
19             MR. CHACHKES:  Objection.
20             THE WITNESS:  No, I cannot.  I
21        saw no evidence in any of the
22        Dr. Longo and Rigler reports that I
23        examined that supported a conclusion
24        of asbestos being present, and that's
25        the only data that I'm familiar with.
```

Page 181

```
 1        Those are the only data I'm familiar
 2        with.
 3   QUESTIONS BY MR. FINCH:
 4        Q.   Can anthophyllite have varying
 5   amounts of iron?
 6        A.   Yes.
 7        Q.   We haven't talked about another
 8   way to analyze the chemical composition of
 9   materials, X-ray diffraction or XRD.
10             Are you familiar with that?
11        A.   Certainly.  There's a chapter
12   if my book, and I teach that routinely.
13        Q.   Would you agree with me that
14   what X-ray diffraction does, it allows you
15   to -- well, you tell me what X-ray
16   diffraction does, XRD.
17        A.   X-ray diffraction is a superset
18   of what we've been talking about, SAED.  It
19   uses diffraction of atoms in layers in a
20   mineral structure to indicate diagnostic
21   properties such as the spacing between the
22   atoms in the structure.
23        Q.   Is X-ray diffraction a
24   sensitive-enough tool to find asbestos
25   contamination in material if it's less than
```

46 (Pages 178 to 181)

Melinda Darby Dyar, Ph.D.

Page 182

```
 1    0.1 percent by weight of the material?
 2         MR. FROST:  Objection.
 3         THE WITNESS:  So I believe if
 4    you look at the ISO 22262-1, it
 5    explains that in fact it is difficult
 6    to measure abundances of small
 7    materials at those levels with X-ray
 8    diffraction.
 9    QUESTIONS BY MR. FINCH:
10         Q.   Would X-ray diffraction allow
11    you to determine whether or not there is
12    fibrous talc in a sample of talc that you
13    were testing?
14         A.   Absolutely not.
15         MR. LOCKE:  Objection.
16         THE WITNESS:  Because X-ray
17    diffraction uses the arrangement of
18    atoms in the crystal structure, which
19    at best only tells you which mineral
20    species it is.  But X-ray diffraction
21    cannot determine anything about the
22    morphology of particular particles.
23    QUESTIONS BY MR. FINCH:
24         Q.   Would you agree that talc can
25    be fibrous?
```

Page 183

```
 1         A.   I have no knowledge of that
 2    because I haven't studied that.
 3         Q.   But whether talc is -- can be
 4    fibrous or not, you wouldn't -- X-ray
 5    diffraction would not be able to tell you
 6    whether there was fibrous talc in a sample of
 7    talc, correct?
 8         A.   Correct.  X-ray diffraction
 9    cannot determine the morphology of a
10    particle.  Only confirm the crystal
11    structure.
12         Q.   You just used the word
13    "morphology" in a sentence.
14              Can you define how you used
15    morphology in that sentence?
16         A.   I meant the shape, aspect
17    ratio.  It's a...
18         Q.   So morphology can mean shape
19    and aspect ratio?
20         A.   Well, I was saying as -- for
21    example, as evidenced by aspect ratio, is
22    what I meant to say.
23         Q.   Okay.  As evidenced by aspect
24    ratio?
25         A.   Correct.
```

Page 184

```
 1         Q.   And aspect ratio just is the
 2    ratio of length to width; is that correct?
 3         A.   That's correct.
 4              But it's possible to have
 5    morphologies that have nothing to do with
 6    dimensions.
 7         Q.   How so?
 8         A.   For example, minerals form
 9    as -- in rose shapes with petals, so that's a
10    specific morphology.
11         Q.   Would you agree with me that
12    minerals can form in bundles?
13         A.   Bundles is not a term we
14    generally use to identify minerals.  For
15    example, I don't believe we even discuss the
16    term "bundle" in the chapter of our book
17    where we talk about the physical
18    characteristics of minerals.
19              On the other hand, in my report
20    I show a photograph of a -- of a -- excuse
21    me, of a bundle, so indeed I'm aware that
22    some minerals can form as bundles.
23         Q.   Do you agree with me that
24    asbestos fibers can form as bundles?
25         A.   Well, given that there's a
```

Page 185

```
 1    picture of a -- here we go.  It's
 2    Figure 23 B.  It's an image of a tremolite
 3    bundle of asbestiform particles from a paper
 4    by Harper, et al.
 5              So, yes, given that this image
 6    exists, and to the extent that Harper asserts
 7    that they can form as bundles, then, yes,
 8    indeed, tremolite can form as an asbestiform
 9    bundle.
10         Q.   And can anthophyllite form as
11    an asbestiform bundle?
12         A.   I have personally not seen
13    either an image or a -- with my own eyes, an
14    anthophyllite bundle, so I really can't
15    answer that question either way.
16         Q.   So morphology refers to the
17    shape as measured by aspect ratio and --
18         A.   As measured, for example, by --
19         Q.   As measured, for example, by
20    the aspect ratio and the nature in which the
21    material can be found, whether it's
22    rose-petal-shaped or a bundle or a fragment
23    or something else, right?
24         A.   Correct.
25         Q.   And those are -- the way you
```

47 (Pages 182 to 185)

Melinda Darby Dyar, Ph.D.

Page 186

1  would analyze that in a laboratory is you
2  would take a photomicrograph of it using
3  either a PLM or a electron microscope,
4  scanning or transmission, and take
5  measurements of the structure that you're
6  observing to determine what its aspect ratio
7  is, how thick it is, how long it is, and what
8  it looks like visually, like exhibit --
9  excuse me, Figure 23 C that you referred me
10  to before.
11        MR. CHACHKES:  Objection.
12  QUESTIONS BY MR. FINCH:
13        Q.    Correct?
14        A.    I referred you to 23 B before.
15        Q.    Excuse me, 23 B as in boy.
16        A.    So I got to look at your
17  question.
18        It -- actually, can you restate
19  the question as a question?
20        Q.    Sure.
21        Morphology, I'm trying to get
22  the universe of the stuff that goes into the
23  analysis of morphology.
24        It is the shape as, for
25  example, measured by aspect ratio, the size,

Page 187

1  the appearance, and the form in which it is
2  found, as exampled by either a bundle or a
3  rose petal shape.
4        Are those all the aspects of
5  morphology as it relates to asbestos
6  minerals?
7        MR. FROST:  Objection.
8        THE WITNESS:  The only aspect
9    of morphology that applies -- that is
10    relevant to this identification of
11    asbestiform minerals is whether or not
12    the population of shapes expressed as
13    width versus length or aspect ratio
14    belongs to the population of
15    asbestiform or non-asbestiform
16    minerals.  That is the only aspect of
17    morphology that's relevant to this
18    particular inquiry.
19  QUESTIONS BY MR. FINCH:
20        Q.    Okay.  And that population of
21  shapes, that is a statistical analysis you do
22  if you have enough structures to analyze for
23  purposes of aspect ratio, correct?
24        A.    Correct.  You cannot make a
25  firm diagnosis on the basis of an individual

Page 188

1  image or individual crystal.
2        Q.    Okay.  So if you have an
3  individual image that is 10 microns long, you
4  can't make a conclusive diagnosis or
5  determination as to whether or not based on
6  morphology it is asbestiform or
7  non-asbestiform, correct?
8        MR. FROST:  Objection.
9        THE WITNESS:  You cannot
10    determine anything from an individual
11    image.  You need a population to be
12    able to make a determination.
13  QUESTIONS BY MR. FINCH:
14        Q.    Okay.  And how many fibers
15  consist of a population or images,
16  structures?
17        A.    Statistically, that's a
18  difficult answer -- that's a difficult
19  question to answer.  It would depend on the
20  context and the problem at hand.
21        Q.    Is there any generally accepted
22  standard that you could point me to that says
23  in order to do a statistical analysis of a
24  population you need a minimum of X structures
25  or fibers to analyze?

Page 189

1        A.    I would want to go back and
2  look at some of the papers that I cited where
3  we talk about looking at populations.  For
4  example, the R-93 document talks about
5  populations.  One of these ISO documents
6  talks about populations.  But I do not recall
7  specifically any of them having a number of
8  samples that you'd have to analyze.
9        We talk about this in my
10  statistics book.  The number of samples that
11  you need for any given scenario is extremely
12  variable.
13        Q.    So sitting here right now,
14  which is my one chance to take your
15  deposition before the Daubert hearing, you
16  don't know of any generally accepted or
17  relied upon standard which has a minimum
18  number of fibers or structures you need to
19  analyze in order to analyze the aspect ratios
20  to determine whether it's asbestiform or
21  non-asbestiform?
22        MR. FROST:  Objection.
23        MR. LOCKE:  Objection.
24        THE WITNESS:  I would say you
25    need enough fibers to create a

48  (Pages 186 to 189)

Melinda Darby Dyar, Ph.D.

Page 190

```
 1        distribution with an acceptable
 2        standard deviation on the mean.
 3     QUESTIONS BY MR. FINCH:
 4        Q.   Is 100 fibers or structures
 5     sufficient to do that?
 6        A.   I think that's -- that's
 7     subjective and it depends -- you know, it
 8     depends on the particular profile of the
 9     population.  And it also depends on the
10     confidence with which you want to be able to
11     state your opinions or your conclusions.
12        Q.   All right.  At page 18,
13     footnote 34.
14        A.   Page 18 of my report?
15        Q.   Yes, page 18, footnote 34.
16        A.   Uh-huh.
17        Q.   You say, "The EDS results in
18     the Longo, Rigler MDL reports labeled as
19     tremolite may very well be consistent with
20     minerals other than diopside."
21            Do you know if diopside has
22     ever been found in any of the mines in
23     Vermont that Johnson & Johnson obtained talc
24     from?
25        A.   No, I don't know anything about
```

Page 191

```
 1     the mineral assemblages present anywhere in
 2     Vermont.
 3        Q.   You go on to say, "Dr. Longo
 4     and Rigler might have never produced their
 5     quantitative data and, accordingly, this
 6     analysis cannot be completed, drop footnote
 7     34.
 8            "For example, these may include
 9     at least monticelite, bredigite, merwinite
10     and rondorfite, which are other minerals that
11     contain only silicone, magnesium and
12     calcium."
13        A.   That's what I say.
14        Q.   All right.  Do you know if --
15     where in the world monticellite is found?
16        A.   Actually, monticellite is found
17     in New York.  I've collected it in the
18     Adirondacks just across the river from
19     Vermont.
20        Q.   Do you know if it's ever been
21     found in any of the mines in Vermont that
22     Johnson & Johnson obtained its talc from?
23            MR. CHACHKES:  Objection.
24            THE WITNESS:  I know nothing
25     about the mineralogy of the Vermont
```

Page 192

```
 1     talc mines.
 2     QUESTIONS BY MR. FINCH:
 3        Q.   Do you know where in the world
 4     bredigite is found?
 5        A.   No.
 6        Q.   Merwinite?
 7        A.   No.
 8        Q.   Rondorfite?
 9        A.   No.
10        Q.   You don't know if any of those
11     minerals were ever found in any analysis
12     anyone's ever done of talc from Vermont used
13     by Johnson & Johnson, correct?
14        A.   I believe I've made it clear
15     that I know nothing about the mineralogy of
16     any of the rocks in Vermont.
17        Q.   Or that would go for Italy and
18     China as well?  You know nothing about the
19     mineralogy of the talc mines Johnson &
20     Johnson sourced its talc from Italy or China?
21        A.   That's correct.
22            May I add that although those
23     minerals are very rare, I continue in my
24     footnote to say many more common minerals
25     would be included in this list if iron and
```

Page 193

```
 1     sodium were allowed.
 2            So I specifically created this
 3     example to be simple, but, in fact, in nature
 4     there would be many, many minerals that would
 5     be easily confused with tremolite on the
 6     basis of an EDS analysis.
 7        Q.   All right.  We were talking
 8     about morphology a little while ago.
 9            That's one way -- one analysis
10     that a scientist does to determine whether or
11     not material he or she is analyzing is
12     asbestos or not, right?  It's one of the
13     pieces of the puzzle?
14        A.   So, indeed, the criterion to be
15     lengthwise separable into flexible fibers
16     with high tensile strength and flexibility is
17     the definition of asbestos, then, yes, the
18     assessment of whether something is that sort
19     of fiber is relevant, yes.
20        Q.   And one of the analyses that
21     goes into that is analysis of aspect ratios,
22     correct?
23        A.   Aspect ratios are one way of
24     making that assessment, yes.
25        Q.   Okay.  And another analysis
```

49 (Pages 190 to 193)

Melinda Darby Dyar, Ph.D.

Page 194

1    that a scientist can and should do to
2    determine whether or not the material he is
3    analyzing is asbestos or not is an analysis
4    of its chemical composition, correct?
5        A.    So the definition of asbestos
6    includes chemical composition, crystal
7    structure and lengthwise separable into
8    flexible fibers with high tensile strength.
9        So to the extent that chemical
10   composition is part of identifying a specific
11   mineral species, then, yes, it's relevant.
12       Q.    Amosite is one of the
13   well-accepted amphibole minerals that can be
14   asbestiform?
15       A.    That is one of the six minerals
16   that's listed in the many lists in this
17   document, yes.
18       Q.    Do you know whether amosite can
19   split both horizontally as well as
20   longitudinally?
21       MR. FROST:  Objection.
22       THE WITNESS:  I have no
23   explicit knowledge of amosite.  There
24   was no mention of amosite in the Longo
25   and Rigler documents that I was asked

Page 195

1        to review, and, therefore, I have no
2        opinion on that because I have not
3        investigated that question.
4    QUESTIONS BY MR. FINCH:
5        Q.    The way one determines the
6    chemical composition of a fiber or structure
7    that one expects to potentially be asbestos
8    is using EDS, EDXA, correct?
9        A.    So as I explained in my report,
10   EDS and EDXA are the only analytical --
11   geo-analytical techniques that are high
12   enough in resolution to be able to say
13   anything about the chemical composition of a
14   very tiny particle.
15       Q.    And that is a qualitative
16   analysis that is semi-quantitative at best,
17   correct?
18       A.    Correct.
19       Q.    A third step that a scientist
20   should undertake to determine whether or not
21   a particle or structure that he or she is
22   analyzing is asbestos is to analyze its
23   crystalline structure, correct?
24       A.    Using a technique such as SAED,
25   yes.

Page 196

1        Q.    And SAED is performed with
2    either a transmission electron microscope or
3    a SEM microscope?
4        A.    Generally, yes.
5        Q.    And the analyst has the
6    structure or bundle on the grid, or on
7    multiple grids, and is able to rotate it and
8    look at the SAED -- look at the crystalline
9    structure by SAED from different angles or
10   viewpoints, correct?
11       A.    Sort of.
12       Q.    What's a goniometer?
13       A.    So a goniometer is something
14   that allows you to swivel something in
15   three-dimensional space.  But on a TEM, the
16   space constraints are such that you can only
17   swivel it a very small amount.
18       Q.    Does polarized light microscopy
19   allow you to determine whether or not a
20   structure or a fiber is asbestos or not?
21       A.    PLM allows you to determine the
22   refractive index of a material, and it allows
23   you to say something about the dimensions of
24   an individual particle.  But it tells you
25   nothing about the population distribution

Page 197

1    and, therefore, couldn't tell you anything
2    about whether or not it was asbestiform or
3    non-asbestiform.
4        Q.    But if you have a sample of
5    material and you combine all four different
6    analysis - morphology, the chemical
7    composition analysis using EDS, EDXA, the
8    crystal structure analysis using SAED, and a
9    polarized light microscope analysis of the
10   material, the same -- the sample - would that
11   give you a high level of confidence that what
12   you were looking at was asbestos if it was
13   consistent with the regulated asbestos
14   materials as measured by morphology, chemical
15   composition, crystal structure and refractive
16   index?
17       MR. CHACHKES:  Objection.
18       THE WITNESS:  Well, that's
19   quite a mouthful of a sentence.
20       Boy.  If done correctly.  But,
21   of course, the methodology used in the
22   Longo, Rigler report was not done
23   correctly.
24       For example, you say SAED.
25   Well, a single SAED analysis is not

50 (Pages 194 to 197)

Melinda Darby Dyar, Ph.D.

Page 198

1  enough to identify a mineral.  So if
2  you only had one SAED, then you
3  couldn't identify asbestos, et cetera,
4  et cetera.
5        If you only had one measurement
6  of the dimensions of the particle, you
7  wouldn't know anything about the
8  population from which it was drawn
9  and, therefore, you could not
10  determine if it came -- if it was
11  asbestos.
12        So that's a general --
13  generalized question that is
14  impossible to answer.  But I can
15  certainly say that with the individual
16  measurements -- or with the methods
17  used in the -- used by Drs. Longo and
18  Rigler, no, you cannot determine if
19  something is asbestos.
20        Moreover, I will also say that
21  each of those techniques perhaps
22  identifies maybe 250 to 500 different
23  possible minerals -- I'm just making
24  those numbers up -- and they're the
25  same 250 to 500 minerals because they

Page 199

1  all have very similar compositions,
2  crystal structures, et cetera, et
3  cetera.
4        So this methodology is
5  fundamentally flawed.
6  QUESTIONS BY MR. FINCH:
7        Q.   Are you saying the -- let me
8  focus on the SAED.
9        What's the basis for your
10  statement in your report at page 29 and 40
11  that --
12        A.   You mean 29 and 30?
13        Q.   29 and 40.  You say it in two
14  different places.
15        A.   Oh.
16        Q.   You cite to Yamate for the
17  proposition that SAED requires at least two
18  zone axes in order to make a determination of
19  the crystalline structure.
20        A.   Yes, that's correct.
21        Q.   What's the basis for that
22  statement?
23        A.   One SAED pattern only tells you
24  two dimensions of what is a three-dimensional
25  crystal structure lattice.  As it happens,

Page 200

1  having only two dimensions is not diagnostic,
2  which is the point of the data I present in
3  this report to show that there are many, many
4  minerals that satisfy the D spacing criteria
5  that Dr. Longo uses.
6        Q.   All right.  The D spacing is
7  the space -- the distance between the atoms,
8  correct?
9        A.   Distance between layers of
10  atoms, yes.
11        Q.   And the zone axis measurement
12  is the measurement of the angles?
13        A.   The zone axis measurement just
14  refers to the way the crystal was positioned
15  at the time the X-ray pattern was collected
16  relative to the crystal structure itself.
17        Q.   And you -- and you say that the
18  Yamate 3 methodology for confirming the
19  presence of asbestos in talc requires two
20  SAED zone axis determination and an EDS
21  analysis, correct?
22        A.   That's what the Yamate
23  statement says.  And if you'd like, we can
24  take a look at that together.
25        Q.   Well, we'll get to there in a

Page 201

1  minute.
2        Other than Yamate, 1984, can
3  you point me to any generally recognized
4  standard or peer-reviewed literature that
5  says that you have to have two SAED zone axis
6  determinations for every particle that one is
7  analyzing using SAED?
8        A.   So I would imagine that every
9  mineralogy book ever written about
10  crystallography explains that minerals are
11  three-dimensional structures, and it's always
12  necessary to know all three directions in
13  order to identify a mineral.
14        Books that come to mind include
15  probably the Hurlbut and Klein textbook that
16  you already have, Bloss' optical
17  crystallography book, certainly my book.
18        And many other sources would
19  tell you that just because a mineral has one
20  particular dimension, which is basically what
21  Dr. Longo provides in the diffraction
22  verification document, no conclusions can be
23  drawn regarding identification.
24        Q.   With respect to asbestos
25  specifically, can you identify anything

51 (Pages 198 to 201)

Melinda Darby Dyar, Ph.D.

Page 202

1    besides Yamate that states that you need two
2    SAED zone axis determinations in order to --
3    and an EDS analysis in order to make a
4    determination that a material is asbestos?
5          MR. FROST:  Objection.
6          THE WITNESS:  I'm sure I could
7       find some citations.  It's such a
8       common, obvious thing that I don't
9       think anyone would write a
10      peer-reviewed paper to even say that.
11   QUESTIONS BY MR. FINCH:
12      Q.    You haven't listed anything
13   other than Yamate in your report; is that
14   correct?
15      A.    To support this particular
16   point, no, because it's common knowledge
17   among crystallographers.
18      Q.    All right.  You have Yamate.  I
19   think it's Exhibit --
20      A.    7.
21      Q.    7.
22            You were quoting from page 44?
23      A.    Uh-huh.
24      Q.    "The protocol states that the
25   identification requires two SAED zone axis

Page 203

1    determinations and an EDS analysis."
2            You're referring to the -- I'm
3    on page 41.  You're referring to the Yamate
4    protocol, right?
5       A.    Oh, wait a minute.  Are we
6    talking about my report now?
7       Q.    I'm looking at your report,
8    page 41, and it says, "The protocol,"
9    referring to Yamate, "states that
10   identification requires two SAED zone axis
11   determinations."
12      A.    Yes, that's what it says.
13      Q.    Okay.  And where does it say
14   that in Yamate?
15      A.    Oh, let's take a look here.
16            On page 44 it says, "The level
17   3 analytical procedure consists of locating
18   the selected fibers," blah-blah-blah,
19   "obtaining and according two zone axis SAED
20   patterns from each selected fiber, and
21   obtaining, recording and photographing
22   representative EDS spectra from the subject
23   fiber."
24      Q.    Okay.  Does the Yamate criteria
25   require that SAED analysis from two different

Page 204

1    near exact zone orientations be done for
2    every structure that one is looking at?
3       A.    That's what it says.
4       Q.    Could you turn to the next
5    page?
6       A.    It says "from each selected
7    fiber."
8       Q.    Turn to the next page in
9    Yamate.
10      A.    (Witness complies.)
11      Q.    Under point 5 it says, "It is
12   recommended that approximately 20 percent, at
13   least 10 percent of the fibers examined in
14   level 2 analysis, be selected for level 3
15   SAD -- SAED analysis.  Fibers which would be
16   classified as amphiboles are ambiguous in
17   level 2 analysis should be more often
18   included for level 3 analysis as compared to
19   those fibers which could readily be
20   identified as not asbestos."
21            Do you see that?
22      A.    I see that.
23            So let's take this back to
24   what's actually in the Longo, Rigler reports.
25            So in point of fact, there are

Page 205

1    no individual fibers for which two SAED
2    patterns are given.  And in fact, only after
3    the fact were any diffraction verification
4    documents given, and I don't believe that
5    they represent even 20 percent of the
6    particles identified by Drs. Longo and
7    Rigler.  So their methodology is flawed on
8    many counts relating to this.
9       Q.    Isn't it true that the SAED
10   diffraction verification documents that Longo
11   and Rigler provided consist of more than
12   10 percent of the total number of structures
13   they analyzed?
14      A.    I believe they only looked at
15   six out of the 70-odd samples that they
16   studied, so six out of 70-odd is not quite
17   10 percent.  I don't have the exact numbers
18   in my head.
19      Q.    ISO 22262-1 is a publication
20   that you at least cite to and rely on in your
21   discussion of Dr. Rigler and Dr. Longo's
22   work, correct?
23            MR. FROST:  Objection.
24            THE WITNESS:  I certainly point
25   out where their methodology is

52  (Pages 202 to 205)

Melinda Darby Dyar, Ph.D.

Page 206

1     consistent and inconsistent with
2     what's in this report, yes.
3     QUESTIONS BY MR. FINCH:
4          Q.    Could you turn to page 64 of
5     what's been marked as Exhibit 4, ISO 22262-1?
6          A.    Section F 3?
7          Q.    Yes.
8                What is it talking about in
9     section F 3?
10         A.    Electron diffraction.
11         Q.    Is that another name for SAED?
12         A.    In this context, yes.
13         Q.    Okay.  One, two, three, four,
14    five paragraphs down --
15         A.    Uh-huh.
16         Q.    -- ISO 22262-1 states, "ED,"
17    referring to electron diffraction patterns,
18    "can be particularly useful for
19    differentiating fibrous talc from
20    anthophyllite asbestos, both of which have
21    similar EDXA spectra."
22               First of all, do you agree that
23    fibrous talc and anthophyllite asbestos have
24    similar EDXA spectra?
25         A.    I agree that talc and

Page 207

1     anthophyllite have similar EDS spectra
2     because, of course, that's all you can say
3     about those methods.  They only look at
4     chemistry.  So all I can say is that
5     chemically, talc and anthophyllite can be
6     quite similar.
7          Q.    Then going on to, "Electron
8     diffraction of talc produces a pseudo
9     hexagonal pattern that does not change as the
10    fiber is tilted using the goniometer.
11    Anthophyllite asbestos, on the other hand,
12    produces assorted spots appearing and
13    disappearing along layer lines as the fiber
14    is tilted using the goniometer."
15               That refers to the analyst
16    looking at the sample in the transmission
17    electron microscope and tilting it, correct?
18         A.    That's what it refers to, yes.
19         Q.    All right.  The next two
20    sentences deal with chrysotile, so I'm going
21    to skip those.
22               "Analysis of laboratory samples
23    seldom requires zone axis measurements.
24    However, if a zone axis ED analysis is to be
25    attempted on the fiber, the sample should be

Page 208

1     amounted in the appropriate holder" --
2          MR. CHACHKES:  Mounted.
3     QUESTIONS BY MR. FINCH:
4          Q.    -- "mounted in the appropriate
5     holder."
6                And then it goes on to describe
7     the complete rotation of the specimen grid
8     and the tilting of the grid about a single
9     axis.
10               Do you see that?
11         A.    Yes.
12         Q.    And it instructs the analyst to
13    tilt the fiber until an ED pattern appears,
14    which is a symmetrical, two-dimensional --
15    which is a symmet -- two words, a, space,
16    symmetrical, two-dimensional array of spots.
17    The recognition of zone axis alignment
18    conditions require some experience on the
19    part of the operator.
20               Do you agree with that?
21         A.    Yes.  Although we teach
22    students to do that.
23         Q.    And you agree with me that
24    what's going on here is the analyst is
25    tilting the structure around in realtime,

Page 209

1     looking at it through the transmission
2     electron microscope to look -- to see whether
3     or not when he or she adjusts the goniometer
4     that the -- whether or not the hexagonal
5     pattern changes or not?
6          A.    Sort of.
7                What's going on is that you're
8     trying to tilt the sample so that rows of
9     atoms in the sample are perpendicular to the
10    beam of electrons.  That's what you're doing.
11               And that satisfies the
12    diffraction condition and, therefore, gives a
13    pattern of spots.
14         Q.    All right.  On page 65 --
15         A.    Uh-huh.
16         Q.    -- the standard states, "If the
17    results obtained from one ED pattern do not
18    resolve any ambiguity in the identification
19    of a fiber, a second ED pattern obtained at a
20    different orientation of the fiber can be
21    examined, and the observed tilt angle between
22    the two orientations can be compared with the
23    theoretical angle calculated from the
24    suspected crystal structure."
25               Do you see that?

53 (Pages 206 to 209)

Melinda Darby Dyar, Ph.D.

Page 210

1    A.    Actually, I don't see where
2  that is, but --
3    Q.    Page 65.
4    A.    Yeah, I'm looking at it.
5    Q.    Bottom paragraph.
6    A.    Oh, at the bottom.  Yes.  Okay.
7    Q.    All right.
8    A.    Where it's talking about using
9  a computer program to do this, yes.
10    Q.    What it says is, "If the
11  results obtained from one ED pattern do not
12  resolve any ambiguity in the identification
13  of a fiber, a second ED pattern obtained at a
14  different orientation of the fiber can be
15  examined."
16        Would you agree with me that
17  "can" does not say "shall" or "must"?
18    A.    I agree with you that it says
19  "can," but I believe you're proving the point
20  I made in my report, which is that crystal
21  structures are inherently three-dimensional,
22  and you cannot identify a specific mineral
23  species on the basis of only one orientation.
24    Q.    But how do you -- what's --
25  what is the basis for your conclusion that

Page 211

1  the analysts that were looking at the
2  crystalline structure in realtime using SEM
3  in Dr. Longo's lab were not turning the
4  goniometer to look at it from multiple
5  perspectives?
6        Do you have any basis for
7  concluding that they weren't doing that?
8    A.    My basis for concluding that is
9  that they only include one image for each
10  crystal.  Therefore, there is no evidence in
11  any of their reports that they did multiple
12  zone axis measurements.
13    Q.    So what you're saying is
14  because there's not more than one image, that
15  means that they didn't look at it from two
16  different angles, as ISO 22262-1 discusses at
17  page 64?
18    A.    Precisely.  And that is the
19  point I make in my report, that they do not
20  look at more than one zone axis on any
21  individual crystal.
22    Q.    Well, you're just assuming
23  that, aren't you?  They just -- they didn't
24  take a picture of a different zone axis.
25        But wouldn't you agree with me

Page 212

1  that ISO 22262-1 at page 64 says that at
2  least when you're examining anthophyllite
3  asbestos versus talc, it becomes apparent by
4  tilting the goniometer which is which because
5  the image does not change if it's talc, if
6  the fiber is tilted?
7        MR. LOCKE:  Objection.
8        THE WITNESS:  So let's
9  decompose that question a little bit.
10        First of all, it is true that
11  at specific orientations the
12  diffraction patterns of talc and
13  anthophyllite can look quite similar.
14        It is also true that if you
15  tilt the stage, you may not see the
16  same pattern of spots for talc and
17  anthophyllite.
18        But it all goes back to the
19  point I make in my report, which is
20  that if you only have one of these
21  patterns, it doesn't matter how hard
22  you work to get it, one pattern is not
23  enough to identify a three-dimensional
24  structure, because one pattern can
25  only physically tell you about two

Page 213

1  dimensions.
2        MR. CHACHKES:  And by the way,
3  we've been going a little over an
4  hour, if you reach a natural breaking
5  point.
6        MR. FINCH:  Yeah, this is a
7  good breaking point.
8        MR. CHACHKES:  Thank you.
9        VIDEOGRAPHER:  Okay.  The time
10  is 2:24 p.m.  Off the record.
11   (Off the record at 2:24 p.m.)
12        VIDEOGRAPHER:  Okay.  We are
13  back on the record.  The time is
14  2:46 p.m.
15  QUESTIONS BY MR. FINCH:
16    Q.    Good afternoon, Professor Darby
17  Dyar.  We're back on the record after a short
18  break.
19        On page 32 of your expert
20  witness report, you write that "The SAED
21  patterns are labeled with mineral species
22  names using only visual inspections based on
23  operator experience, methodology for which
24  the Longo, Rigler MDL report cite no support.
25  This practice may be able to distinguish

54 (Pages 210 to 213)

Melinda Darby Dyar, Ph.D.

Page 214

1    among species for materials that are already
2    known to contain asbestos, but it may fail in
3    the applications where the spectrum of
4    possible mineralogy is broad."
5         That's what you write, correct?
6    A.    That's what I write.
7    Q.    What is the basis for your
8    statement that the spectrum of possible
9    mineralogy is broad in the talc mines in
10   Vermont, in Italy, from which Johnson &
11   Johnson obtained its talc?
12        MR. CHACHKES:  Objection.
13        THE WITNESS:  So because I know
14   nothing about the mineralogy in those
15   localities, all I can say is this
16   general statement, which is that
17   looking at an SAED pattern, which is
18   what Longo and Rigler and their
19   associates admittedly do in their
20   deposition, makes it difficult to
21   distinguish mineral species in
22   applications where the spectrum of
23   possible mineralogy is broad.
24   QUESTIONS BY MR. FINCH:
25   Q.    What about in the -- in the

Page 215

1    spectrum where the possible mineralogy is not
2    broad, as in the case of a Vermont talc mine
3    where a handful of accessory minerals have
4    been identified and that's it?
5         MR. CHACHKES:  Objection.
6         MR. LOCKE:  Objection.
7         THE WITNESS:  Well, I don't
8    know anything about the mineralogy of
9    Vermont talc mines, and so I can't say
10   that there's any independent
11   constraints because I don't know that
12   that is the case.
13   QUESTIONS BY MR. FINCH:
14   Q.    Okay.  So you do say that "This
15   practice, i.e., analyzing SAED patterns based
16   on operator experience, may be able to
17   distinguish among species for materials that
18   are already known to contain asbestos."
19        So presumably you agree that if
20   the operators already know based on some
21   source that asbestos is among the possible
22   materials in the mix of the sample they're
23   looking for, using SAED to label mineral
24   species with names using visual inspection
25   may be able to distinguish among the

Page 216

1    different species, correct?
2         MR. CHACHKES:  Objection.
3         THE WITNESS:  I do use the word
4    "may," and I would say that if you
5    handed me a clump of asbestos and
6    asked me to determine which of the six
7    mineral species it was, I might be
8    able to do -- to use SAED to identify
9    which of the six it was, which is why
10   I deliberately used the word "may"
11   fail.
12   QUESTIONS BY MR. FINCH:
13   Q.    Am I correct that you have no
14   basis for your conclusion that the spectrum
15   of possible mineralogy in the Vermont source
16   talc used by Johnson & Johnson -- strike
17   that.
18        Am I correct that you have no
19   basis for your statement in your report that
20   the spectrum of possible mineralogy is broad
21   when it comes to the sources of talc used by
22   Johnson & Johnson?
23        MR. CHACHKES:  Objection.
24        THE WITNESS:  I stand by my
25   statement because, for example, there

Page 217

1    are more than a hundred amphibole
2    minerals.  It would be very difficult
3    to distinguish them by SAED.
4         And as far as I'm aware, I know
5    nothing about the mineralogy of talc
6    mines from which these particular
7    samples that Drs. Longo and Rigler
8    tested.  So to me, the spectrum of
9    possible mineralogy is quite broad.
10   QUESTIONS BY MR. FINCH:
11   Q.    Of those hundred amphibole
12   minerals, how many of them have the same
13   chemical signature as anthophyllite or
14   tremolite and an SAED diffraction pattern
15   that is consistent with asbestos and
16   morphology that has structures which have
17   aspect ratios on average greater than 7 to 1
18   and that on PLM are determined to be
19   consistent with asbestos?
20        How many of the hundred
21   amphibole minerals you just talked about meet
22   all those criteria?
23        MR. CHACHKES:  Objection.
24        THE WITNESS:  Wow, that's
25   another omnibus question, so let's

55 (Pages 214 to 217)

Melinda Darby Dyar, Ph.D.

Page 218

1    break that down a little bit.
2        So chemically, any of the
3    amphibole minerals that are either
4    magnesium, iron and calcium-bearing or
5    just magnesium and iron-bearing would
6    all be indistinguishable by EDS.
7        If you had one SAED pattern,
8    which most of the data in the
9    diffraction verification document of
10   Dr. Longo's have, they only show one
11   particular orientation that is common
12   to, as we noted in my document,
13   25 percent of all minerals in the
14   database from our book.
15       So let's see.  What else did
16   you ask?
17       Let's see.  And then
18   morphology, "has structures which have
19   aspect ratios" -- so we haven't even
20   really talked about counting criteria,
21   which is really what you're -- what
22   you're specifying here, 7 to 1.  I'm
23   not sure where that number is coming
24   from.
25       And then when you say "on PLM

Page 219

1    are determined to be consistent with
2    asbestos," again, on PLM you can tell
3    something about morphology because you
4    can measure the dimensions of the
5    grain, and if you use an array of
6    refracted index oils, you can tell
7    something about composition with PLM.
8        So those are answers to your
9    individual question, and I think it's
10   too vague to try to give a straight
11   answer to your original question as
12   posed.
13   QUESTIONS BY MR. FINCH:
14       Q.    So sitting here today, you
15   can't give me a number as to how many of the
16   hundred amphiboles that exist would meet all
17   those criteria?
18       MR. LOCKE:  Objection.
19       MR. FROST:  Objection.
20       THE WITNESS:  I would say, for
21   example, that all of the 100 amphibole
22   minerals would meet the SAED one zone
23   axis angles -- or values that are in
24   the diffraction verification documents
25   because they're all amphiboles.

Page 220

1        MR. FINCH:  Objection.  Move to
2    strike.
3    QUESTIONS BY MR. FINCH:
4        Q.    My question was:  How many,
5    sitting here today, can you tell me would
6    meet all four of the criteria that I just
7    laid out?
8        MR. LOCKE:  Objection.
9        MR. CHACHKES:  Objection.
10       THE WITNESS:  So your criteria
11   were simply just names of techniques.
12   They weren't specific about the names
13   and techniques.
14       So if you want to tell me what
15   it is about SAED and what it is about
16   PLM and what it is about morphology,
17   et cetera, et cetera, for each of
18   those, then I could probably answer
19   your question.  I'd be happy to.
20   QUESTIONS BY MR. FINCH:
21       Q.    Do you know as you sit here
22   today how many different minerals have been
23   identified in Vermont-sourced talc or
24   Italian-sourced talc that went into Johnson's
25   baby powder?

Page 221

1        A.    I have no knowledge of the
2    mineralogy of those deposits or, in fact, any
3    talc deposits.
4        Q.    So it could be three minerals,
5    it could be five minerals, it could be ten
6    minerals; you have no knowledge, correct?
7        MR. CHACHKES:  Objection.
8        MR. LOCKE:  Objection.
9        THE WITNESS:  Correct.  I
10   believe we've established that I don't
11   know anything about the mineralogy of
12   Vermont or any other talc deposits,
13   aside from the fact that they contain
14   talc.
15   QUESTIONS BY MR. FINCH:
16       Q.    Have you ever heard of McCrone
17   Laboratories or Walter McCrone Associates?
18       A.    Yes.
19       Q.    Do you regard them as a
20   well-respected laboratory for the purposes of
21   analyzing materials to determine whether or
22   not they contain asbestos or other
23   contaminants?
24       A.    I don't know anything about
25   that aspect of what they do.  I'm only

Melinda Darby Dyar, Ph.D.

Page 222

1  familiar with the fact that they teach
2  classes in optical microscopy.
3      Q.   And they teach classes in how
4  to use a microscope to identify materials,
5  correct?
6      A.   They teach classes in how to do
7  fundamental measurements on a microscope,
8  yes.
9      Q.   Have you ever attended a class
10 taught by Walter McCrone and Associates or
11 McCrone?
12     A.   I teach my own classes on
13 optical microscopy, so, no, I have no need
14 and, therefore, have never attended a class
15 taught by McCrone or anyone having to do with
16 McCrone.
17     Q.   Have you ever heard any
18 significant criticisms of their laboratories
19 in your field?
20     A.   McCrone is not an academic
21 laboratory.  It's not something that research
22 scientists do.  Optical microscopy is
23 generally in the toolkit of mineralogy
24 researchers, and so there would no need to
25 use any laboratory.  And, therefore, I barely

Page 223

1  know of McCrone.
2      Q.   Oh, so you haven't -- as you
3  sit here today, there's not any criticisms
4  you have or you can think of of McCrone
5  Associates?
6      A.   I don't have enough information
7  to have an opinion.
8          (Dyar Exhibits 18, 19 and 20
9      marked for identification.)
10 QUESTIONS BY MR. FINCH:
11     Q.   All right.  I've marked what's
12 been Exhibits 20 --
13     MR. CHACHKES:  18.
14 QUESTIONS BY MR. FINCH:
15     Q.   -- 18 and 19.
16     MR. CHACHKES:  Yeah.
17 QUESTIONS BY MR. FINCH:
18     Q.   Yeah.  20 is a May 24, 1976
19 document; is that right?
20     A.   Oh, wait.  20 you want to go to
21 first?
22     Q.   Yes.
23     A.   Yes, it says May 24th.
24     Q.   Okay.  And 19, which one is 19?
25     A.   19 is July 1, 1975.

Page 224

1      Q.   And 18 is?
2      A.   November 5th.
3      Q.   All right.  I want to do them
4  20 -- I'm going to do them in reverse
5  chronological order, going backward in time,
6  so starting with Exhibit 20.
7          Do you have that?
8      A.   I do.
9      Q.   This is a May 24, 1976 letter
10 to Walter McCrone Associates from Roger
11 Miller, who was the president of Windsor
12 Minerals.
13         Do you see that?
14     A.   That's what it looks like, yes.
15     Q.   Do you have any understanding
16 of who Roger Miller is or what Windsor
17 Minerals is?
18     A.   Never heard of him.
19     Q.   All right.  If I were to
20 represent to you that Windsor Minerals was a
21 Johnson & Johnson subsidiary that owned the
22 mines from which it mined talc for cosmetic
23 talc, do you have anything to dispute that
24 statement?
25     MR. CHACHKES:  Objection.

Page 225

1          THE WITNESS:  I can neither
2      affirm nor dispute that statement.
3  QUESTIONS BY MR. FINCH:
4      Q.   All right.  Exhibit 20 states
5  that "The samples which are relevant to the
6  production and sale of cosmetic talc in the
7  US and Canadian markets are those bearing the
8  letters HC as part of their prefix.  The
9  dates included in the identifier are the
10 dates on which the material was processed."
11         Do you see that?
12     A.   You read that correctly, yes.
13     Q.   Okay.  So this is the president
14 of Windsor Minerals writing to the people at
15 McCrone Associates what the terminology in
16 the letter means, what HC means, correct?
17     A.   That's what it appears.  The
18 letter's not signed.
19     Q.   Back in the 1970s, wasn't it a
20 common practice when people wrote letters
21 that there be a carbon copy and sometimes
22 the -- there wasn't -- the Xerox machine was
23 not as ubiquitous as it is now, and you
24 wouldn't always have the signed copy in the
25 file?

Melinda Darby Dyar, Ph.D.

Page 226

1         MR. CHACHKES: Objection.
2         THE WITNESS: It's perfectly
3    easy to sign a carbon copy.
4    QUESTIONS BY MR. FINCH:
5         Q.    Be that as it may, Windsor
6    Minerals -- you see this is -- this is a
7    document produced from the files of Johnson &
8    Johnson at the bottom?
9         MR. FROST: Objection.
10   QUESTIONS BY MR. FINCH:
11        Q.    J&J talc?
12        A.    I have -- I have no knowledge
13   of that, other than your assertion and this
14   cryptic notation which looks like it was
15   added after the fact.
16        Q.    Turning now to Exhibit 18, and
17   keep Exhibit 20 handy.
18        "This letter will supplement
19   our report of 1 July 1975 on a series of talc
20   ore samples which we have analyzed for you.
21   Table 1 shows the actual fiber counts and the
22   approximate equivalent concentration in parts
23   per million of amphibole particles which we
24   found in these samples. Some of them seem
25   rather high. Most of these come in bundles

Page 227

1    of one, two or three fibers, anything from
2    two to five amphiboles in a bundle."
3         And it's reporting on the
4    results from McCrone to the Windsor Mineral
5    Company, correct?
6         A.    Apparently.
7         Q.    All right. And on Table 1 on
8    the second page of the document, the back
9    page, there is a column labeled "Fibers of
10   Asbestos"?
11        A.    That's what it says.
12        Q.    And then it -- by
13   cross-referencing the tabs, you can take the
14   sample numbers and if it's -- see whether
15   it's HC or GI or WI?
16        A.    Yes, I see that.
17        Q.    All right. Does this document
18   suggest to you that McCrone and Associates
19   identified fibers of asbestos in samples of
20   ore from a Vermont mine owned by the Windsor
21   Mineral Company which were used in the
22   production of cosmetic talc, HC?
23        MR. FROST: Objection.
24        THE WITNESS: I have no
25   knowledge of the connection between

Page 228

1    these two documents.
2         For example, after this
3    testing, were these samples actually
4    used? I can't tell.
5         It says "amphibole." Which
6    amphibole? Is it one of the regulated
7    amphibole minerals?
8    QUESTIONS BY MR. FINCH:
9         Q.    It says "fibers of asbestos,"
10   correct?
11        A.    It does say "fibers of
12   asbestos." I would ask, how are they
13   defining that?
14        This was 1975, and there's no
15   explicit explanation here, so I would wonder
16   how they defined that.
17        So there's many murky things
18   about this document that make me feel like
19   it's being taken out of context.
20        Q.    And if you were going to
21   analyze this document as a scientist, isn't
22   it correct that you would want to see the
23   photomicrographs that McCrone and Associates
24   took and their analyses, both chemical
25   analyses and any other analyses, they

Page 229

1    provided on the documents?
2         MR. CHACHKES: Objection.
3         THE WITNESS: Well, I would ask
4    why, as a scientist, I would want to
5    analyze something like this. I would
6    much prefer to analyze a formal
7    report.
8    QUESTIONS BY MR. FINCH:
9         Q.    If there were a formal report
10   that once upon a time went along with this
11   and contained photomicrographs -- you okay,
12   ma'am? -- or count -- or count sheets or
13   diffraction patterns, would that be
14   information that you would want to consider
15   to analyze whether or not this letter report
16   from McCrone is accurate and reliable?
17        MR. CHACHKES: Objection.
18        THE WITNESS: I don't know.
19   We're going far outside the scope of
20   my remit here, which is to evaluate
21   methodology. But I would say, again,
22   there's no context here. There's
23   no -- I have no way of knowing whether
24   the samples in this report are ones
25   that were ever even involved in a mine

Melinda Darby Dyar, Ph.D.

Page 230

1    or even used in commercial production.
2    There's not enough information here to
3    make a judgment.
4         And if they weren't used, then
5    there wouldn't be any -- need to be
6    any more information.
7    QUESTIONS BY MR. FINCH:
8         Q.    But in order to understand the
9    context, you agree with me that it would be
10   useful to have the backup data that underlies
11   this report?
12        MR. CHACHKES:  Objection.
13        THE WITNESS:  I'm still not
14   understanding why I would want to be
15   examining this report.  I'm supposed
16   to be evaluating methodology here, and
17   you're asking me to evaluate a random
18   report with no context about which I
19   know nothing.
20        There's nothing in here to
21   indicate that the samples they're
22   talking about were ever -- ever even
23   had anything to do with talc that was
24   actually produced from Vermont mines
25   or anywhere else.

Page 231

1    QUESTIONS BY MR. FINCH:
2         Q.    I want you to assume that these
3    documents are contemporaneous reports of
4    McCrone analyses of talc from the very mines
5    that Johnson & Johnson used to source its
6    baby powder in the 1970s, and that in
7    Exhibits 18 and 19 McCrone states that they
8    found fibers of asbestos, in the case of
9    Exhibit 18, and Exhibit 19, confirmed
10   asbestos visual on page 2, in multiple
11   samples of talc ore from the Vermont mines
12   that were used to source cosmetic talcum
13   products.
14        A.    So --
15        MR. CHACHKES:  So -- go ahead.
16   QUESTIONS BY MR. FINCH:
17        Q.    So based on that set of
18   assumptions, Doctor, do you have any basis to
19   say that this is not evidence that one of the
20   minerals that can potentially be found in
21   talc from Vermont is amphibole asbestos?
22        MR. CHACHKES:  So objection.
23   You don't have to take those
24   assumptions.
25        You shouldn't be

Page 232

1    misrepresenting the documents.
2         So with that note...
3         THE WITNESS:  I choose not to
4    answer.
5    QUESTIONS BY MR. FINCH:
6         Q.    You have not, as part of your
7    work in this case, asked Johnson & Johnson
8    for all of the testing results that have ever
9    been done on either the talc or the baby
10   powder product itself, correct?
11        A.    So my role here was to evaluate
12   methodology used by Longo and Rigler.  It was
13   not to evaluate testing protocols used by
14   Johnson & Johnson.
15        I have no opinion of -- no
16   knowledge of those and no opinion on those.
17        Q.    Are you familiar with the
18   testing protocol J41 -- J4-1?
19        A.    I don't believe so.
20        Q.    It's the testing protocol that
21   the talc manufacturers voluntarily put into
22   place in the mid-'70s for the analysis of
23   asbestos in talc.
24        Are you familiar with that?
25        MR. LOCKE:  Objection.

Page 233

1         MR. CHACHKES:  Objection.
2         THE WITNESS:  No.
3    QUESTIONS BY MR. FINCH:
4         Q.    If I were to tell you that it
5    is a combination of XRD and optical
6    microscopy, is the J4 method, would you agree
7    with me that those two methodologies would
8    not be able to detect asbestos fibers in talc
9    at a concentration below 0.1 percent?
10        MR. CHACHKES:  Objection.
11        MR. LOCKE:  Objection.
12        THE WITNESS:  Oh, I would need
13   a lot more information than your
14   random statement that it meets XRD and
15   optical microscopy.  I'd need to
16   examine that document to be able to
17   render an opinion.
18   QUESTIONS BY MR. FINCH:
19        Q.    You're not -- I think you just
20   said two questions ago you're not giving any
21   opinions that Johnson & Johnson's historical
22   methodologies for testing its talc for the
23   presence of asbestos are accurate or
24   reliable; is that correct?
25        MR. CHACHKES:  Objection.

59 (Pages 230 to 233)

Melinda Darby Dyar, Ph.D.

Page 234

```
1          THE WITNESS:  I'm not giving
2    any opinion, period, on testing
3    procedures from Johnson & Johnson
4    because I have no knowledge of them
5    and, therefore, cannot comment in any
6    way.
7    QUESTIONS BY MR. FINCH:
8          Q.    All right.  On page 33 of your
9    report, you reference a term "unspecified
10   constant."
11         Do you see that?
12   A.    Yes.
13         MR. CHACHKES:  I'm sorry, on
14   page 33?
15         MR. FINCH:  Page 33 of her
16   report.
17         THE WITNESS:  Yep, it's right
18   here.
19         MR. CHACHKES:  Okay.  Thanks.
20   QUESTIONS BY MR. FINCH:
21         Q.    How do you calculate the camera
22   constant for doing SAED?
23         A.    So the camera constant is
24   calibrated for each individual apparatus
25   using a reference standard, and it allows you
```

Page 235

```
1    to relate the spacial distances in an image
2    to actual physical distances.  And it varies
3    by instrument, and it is explicitly not
4    provided.  Even though the definition of
5    camera constant is given on each page in the
6    diffraction verification document, the actual
7    value for their instrument or instruments is
8    not given.
9          Q.    Could you turn to page 37?
10   A.    (Witness complies.)
11         Q.    What does camera K refer to?
12   A.    I have no idea.
13         Q.    You don't think that refers to
14   camera constant?
15   A.    I was not going to guess.
16         Q.    If that, in fact, does -- are
17   you familiar with the scientific --
18   A.    I am, but in point of fact,
19   it's expressed, you'll notice, in units of
20   pixel per angstrom.  And the images in these
21   documents, which are many times scanned, no
22   longer have any pixels.
23         So even if that is the camera
24   constant, this number is completely useless
25   because there are no pixels in any of these
```

Page 236

```
1    images.
2          Q.    Isn't it true --
3          MR. FINCH: Mark this as the
4    next exhibit.  It's Exhibit 21.
5          (Dyar Exhibit 21 marked for
6    identification.)
7    QUESTIONS BY MR. FINCH:
8          Q.    In the diffraction verification
9    documents --
10   A.    Uh-huh.
11         Q.    -- in every one there is a
12   field called camera K, camera K, camera K?
13   A.    And in every one it's given in
14   units of pixel per angstrom, which is a
15   useless unit.
16         So I stand by my statement that
17   the constant is unspecified in terms that are
18   useful enough to allow someone else to
19   interpret the images, which was the point of
20   my statement there.
21         Q.    Okay.  So you're saying that --
22   did you understand camera K to be a reference
23   to camera constant or not?
24   A.    I did not know.  There was not
25   enough information.  That is not defined
```

Page 237

```
1    anywhere in any of the documents I saw.
2          And even if it had been, I have
3    no way of using that information because
4    there's no pixels in any of the images.
5          Q.    The pixels in the images are
6    the SAED images that you've shown some
7    examples of, for example, on page 28 of your
8    report; is that right?
9          A.    Certainly.
10         Q.    And your -- my understanding is
11   it's your complaint that because the images
12   are not sufficiently clear, you can't verify
13   the camera constant in the diffraction
14   verification worksheets?
15   A.    Yes.  Using something that's
16   expressed in pixels per angstrom implies that
17   in order to use it, you would need to be able
18   to count pixels, and that is impossible in
19   these images.
20         Q.    Was it impossible for the
21   operator at the time he or she was analyzing
22   the particle in realtime using the
23   microscope?
24   A.    Presumably the personnel at the
25   Longo, Rigler company are familiar with the
```

Melinda Darby Dyar, Ph.D.

Page 238

1  camera constants for their apparati, yes.
2       And in fact, they used said
3  camera constants to determine these values
4  that are at the bottom of each of these
5  pages.  But I cannot go backwards.
6       Q.   So you can't reverse-engineer
7  it, in other words, and that's your
8  criticism?
9       A.   Correct.  These documents do
10  not provide a camera constant in any useful
11  units, thereby making it impossible to
12  corroborate their measurements.
13       Q.   Okay.  But in fact they did
14  have a camera constant.  You just -- your
15  criticism is that the pixels are not
16  sufficiently clear for you to recalculate
17  their camera constant for each of the
18  diffraction patterns that they were providing
19  data for; is that correct?
20       MR. CHACHKES:  Objection.
21       MR. LOCKE:  Objection.
22       THE WITNESS:  The point of my
23  statement on page 33 is "lacking
24  knowledge of that constant, D spacings
25  cannot be easily verified for the

Page 239

1  patterns in their reports."
2       And the most important part of
3  that sentence is that there is not
4  enough information here or in any of
5  these diffraction verification
6  documents for me to confirm the D
7  spacing values that they list.
8  QUESTIONS BY MR. FINCH:
9       Q.   But you would agree with me
10  that on the face of each of the documents
11  there is a notation that has camera K, which
12  a scientist could conclude or should conclude
13  means camera constant for that particular
14  data set, correct?
15       MR. LOCKE:  Objection.
16       MR. CHACHKES:  Objection.
17       THE WITNESS:  That's completely
18  conjectural.  I have no reason to
19  expect that.  K is not the first
20  letter of the word "constant."
21       So lacking any information to
22  tell me that that's what it was, and
23  lacking any way to use that value
24  because of the way it's expressed in
25  units, I feel that Drs. Longo and

Page 240

1       Rigler failed to demonstrate that
2       their D spacings are reproducible or
3       verifiable independently.
4  QUESTIONS BY MR. FINCH:
5       Q.   Do you agree that the
6  anthophyllite solid solution series includes
7  cummingtonite?
8       A.   So I don't believe that that
9  vocabulary is consistent with the current
10  terminology for amphiboles.
11       If you look on page 607 of my
12  book, you can see that there are about seven
13  minerals which are in the same subgroup of
14  amphibole minerals.  And one could say that
15  there might potentially be solid solution
16  amongst all seven of those primary minerals,
17  each of which has from four to seven related
18  species and many subspecies.
19       So it's a little restrictive to
20  say that those belong to a single solid
21  solution series.  It's not really the
22  appropriate term to use for the variation of
23  chemistry in amphibole minerals.
24       Q.   On page 35 you state, last
25  paragraph, "A more comprehensive analysis

Page 241

1  using the American mineralogists crystal
2  structure database shows that more than 1,000
3  crystal structures have at least one D
4  spacing in the range above."
5       How many of those 1,000 crystal
6  structures have been found in the Vermont
7  talc mines or the Italian talc mines used by
8  Johnson & Johnson?
9       A.   I have no idea, because I know
10  nothing about the mineralogy of talc mines in
11  Vermont or anywhere else.
12       Q.   On page 37, section F, you
13  identify indefensible or unfeasible D
14  spacings in the Longo and Rigler diffraction
15  verification documents.
16       It looks to me like you
17  identify two samples where either the
18  measurement itself is bad or they cannot be
19  anthophyllite or both; is that correct?
20       A.   That's correct.
21       Q.   Out of how many different
22  samples?
23       A.   I'd have to look at the
24  diffraction verification documents.  I don't
25  recall exactly how many samples they did.  I

61 (Pages 238 to 241)

Melinda Darby Dyar, Ph.D.

Page 242

1  know it was six samples.
2        Q.   But it was how many different
3  particles identified?
4        A.   I honestly don't recall.  We
5  can certainly look it up.
6        Q.   Would you agree that it's over
7  180?
8        A.   I honestly don't recall, but
9  I'd be happy to look it up if you --
10       Q.   Okay.  Go ahead and look it up.
11       A.   Well, let's get out those
12 diffraction verification documents.
13            MR. CHACHKES:  I'm not
14 trying --
15            THE WITNESS:  Are they not --
16            MR. FROST:  They're 5,000
17 pages.
18            THE WITNESS:  No, no, he's just
19 talking about the diffraction
20 verification documents.  These are the
21 only places where there are any HKL
22 measurements.
23 QUESTIONS BY MR. FINCH:
24       Q.   Do you have your materials that
25 you reviewed of Dr. Longo's with you?

Page 243

1            MR. CHACHKES:  We may.  At some
2  point maybe after the break I could
3  check.
4            MR. FINCH:  All right.  We'll
5  check that after the break.
6            THE WITNESS:  There are
7  certainly less than 200.
8  QUESTIONS BY MR. FINCH:
9        Q.   Okay.  But 180, we can -- I
10 mean, it's a number we could look up, but --
11       A.   I know for a fact it's only six
12 different samples.  In one case there are
13 four different crystals -- or particles, and
14 I don't recall for the other five samples how
15 many particles they looked at.
16       In some senses it doesn't
17 matter how many particles they looked at,
18 because there is in -- no evidence in any of
19 those diffraction verification documents that
20 they looked at two different zone axes.  So
21 my conclusions here about the vast number of
22 samples that they can represent stand.
23       Q.   And your opinion that in order
24 to test a material for asbestos using EPA
25 methodology you have to have a confirmation

Page 244

1  on at least two zone axes is relying on
2  Yamate 3 methodology, correct?
3            MR. CHACHKES:  Objection.
4            THE WITNESS:  It's supported by
5  the Yamate 3 -- or the Yamate
6  recommendation, but it's common sense
7  to anyone who knows anything about
8  crystallography.
9       And I can explain it as saying
10 that minerals are three-dimensional
11 structures, and so if you only look at
12 it from one angle, you would know
13 nothing about the third dimension and,
14 therefore, your identification is
15 nonunique.
16 QUESTIONS BY MR. FINCH:
17       Q.   But if the analyst is tilting
18 the goniometer to look at the structure while
19 he's examining it under the electron
20 microscope, isn't it true that he is making a
21 determination in realtime as to whether or
22 not the crystalline structure is or is not
23 consistent with asbestos?
24       A.   According to Dr. Longo's and
25 Rigler's depositions, that's what they're

Page 245

1  doing.  They're looking at the screen and
2  making a decision.  They're not actually
3  using zone axes.  That is what his deposition
4  states.
5       I give that -- citations to
6  that as footnotes in here, 53, 54 and 55.
7       Q.   Okay.  Let's go to page 24 of
8  the report.
9       A.   Uh-huh.
10      Q.   All right.  You have on page --
11 pages 24 through 26 an analysis of the six
12 different analysts in -- working with or for
13 Dr. Longo as to the percentages -- on
14 page 25, the percentages that identify
15 tremolite versus anthophyllite.
16      On page 26, you've got a graph
17 of mineral species identification from
18 Vermont, and then at the bottom of page 26
19 you have a time chart that shows tremolite
20 versus anthophyllite over time.
21      That's Figures 8, 9 and 10 in
22 your report.
23      A.   Yes, and these data were simply
24 taken from the information in Dr. Longo's
25 reports.

Melinda Darby Dyar, Ph.D.

1    Q.   Okay.
2    A.   As seen in the spreadsheets
3  with which we have provided you.
4    Q.   Right, the backup data that you
5  gave us last night.
6    Let me ask you this --
7    MR. CHACHKES:  Just to be
8  clear, that's Longo's data.  You know
9  that, right?
10    MR. FINCH:  I understand that.
11    MR. CHACHKES:  Okay.
12    MR. FINCH:  It's her analysis
13  of Longo's data.
14    MR. CHACHKES:  No, it's Longo's
15  data.
16    THE WITNESS:  Yes.  There's no
17  analysis involved here.  This is just
18  a graphical representation of the data
19  that are given by Dr. Longo.
20    MR. FINCH:  Okay.  All right.
21    THE WITNESS:  That does not
22  involve analysis.
23  QUESTIONS BY MR. FINCH:
24    Q.   You say that "data in the
25  Longo, Rigler MAS reports indicates that

1  samples mined from Vermont appear to have
2  75 percent anthophyllite and 25 percent
3  tremolite."
4    What's the basis of that
5  statement?
6    A.   The data that are in the
7  spreadsheet that you were provided with.
8  Calculations are shown there.
9    Q.   In Figure 10, there are reports
10  done in 2017 -- first of all, what are the --
11  what are the dates on the bottom row of
12  Figure 10?
13    A.   So those are months.
14    Q.   Yes.
15    A.   And they refer to the stated
16  date of analyses that are given on the third
17  page of the TEM reports in all of Dr. Longo's
18  reports.
19    Q.   Would you agree with me that
20  the percentage of tremolite versus the
21  percentage of anthophyllite found in the
22  samples analyzed depend on the source
23  mine from which it came?
24    A.   Possibly, yes.  But in
25  deposition, Dr. Longo stated that all of the

1  samples in these reports were assigned at
2  random, and therefore, given his assertion,
3  it seems highly unlikely that this
4  distribution over time should be seen.
5    Q.   Well, if the material that he
6  had to test through the end of 2017 consisted
7  of three bottles of Vermont-sourced talc and
8  the rest from other parts of the world,
9  either Italy or China, and the analysis done
10  in 2018 where the samples -- the majority of
11  which came from Vermont-sourced talc,
12  wouldn't you expect to see -- or isn't it
13  possible you could have a difference in the
14  percentage of tremolite versus the percentage
15  of anthophyllite just based on the source
16  mine from which the material came?
17    MR. LOCKE:  Objection.
18    MR. CHACHKES:  Objection.
19    THE WITNESS:  If, in fact,
20  Dr. Longo had stated something to that
21  effect in his deposition, that might
22  be a possible conclusion.
23    But the fact is that Dr. Longo
24  says that these samples were assigned
25  at random and, therefore, I have no

1  reason to expect or suspect that any
2  particular mine was sourced and
3  provided the analyses at random in
4  this particular time frame.
5  QUESTIONS BY MR. FINCH:
6    Q.   Isn't it true that in MDL
7  reports he lists out the -- do you know when
8  Dr. Longo received the MDL samples?
9    A.   I'm sure that's buried in the
10  chain of custody documents, but I didn't pay
11  much attention to those because when he
12  received them was not relevant to my mandate
13  of assessing the methodology used.
14    Q.   If five analysts are provided
15  with a total of 32 samples, 29 from an
16  Italian mine, 3 from a Vermont mine, and
17  they're randomly distributed in 2017, isn't
18  it the case that you could have a
19  distribution pattern very similar to
20  Figure 10 if those analysts were provided
21  with many, many more samples from Vermont in
22  2018, and it would randomly distributed along
23  the five -- the same five people?  That is
24  one explanation for this time dichotomy you
25  show in Figure 10, correct?

Page 250

1    MR. FROST: Objection.
2        THE WITNESS:  Boy, that's a lot
3   of hypotheticals there.
4        I'd have to sit down and look
5   at the math and review my data, which
6   are not -- which were provided to you
7   but not included in this report, that
8   suggests that there's a 75 percent to
9   25 percent of anthophyllite to
10  tremolite.
11       So, for example, in your case,
12  you're saying that in 2017 perhaps
13  those samples were all from Vermont.
14  Yet if they were from Vermont, then we
15  should have seen a lot more
16  anthophyllite, 75 percent more to be
17  precise.
18       So I'm not sure where you're
19  going with that question.
20  QUESTIONS BY MR. FINCH:
21       Q.    No, you've got it backwards.
22       If virtually all the samples in
23  2017 up through March of 2018 came --
24       A.    Are tremolite.
25       Q.    -- from sources other than

Page 251

1   Vermont --
2       A.   Ah.
3       Q.    -- you would expect to see a
4   lot more tremolite than anthophyllite,
5   correct?
6       MR. LOCKE:  Objection.
7       THE WITNESS:  That's not true,
8   because I actually don't know what the
9   percentage of anthophyllite to
10  tremolite is in the other mines.  I
11  only have -- happen to know it for
12  Vermont.
13  QUESTIONS BY MR. FINCH:
14      Q.    If, in fact, it's 100 percent
15  tremolite and zero percent anthophyllite in
16  the other mines, wouldn't the graphic
17  Figure 10 look exactly the same?
18       You'd see a lot more tremolite
19  in the samples that Dr. Longo was able to
20  test prior to March of 2017 where the mines
21  were predominantly Italy, sources
22  predominantly Italy, versus the MDL samples
23  where the source was predominantly Vermont?
24      MR. FROST:  Objection.
25      THE WITNESS:  It seems to me

Page 252

1   that you're bending your assertions to
2   match the graph.  And I'd rather know
3   the facts on what the distributions of
4   species are in these other deposits,
5   which I don't, in order to support or
6   negate your hypothesis.
7   QUESTIONS BY MR. FINCH:
8       Q.    Okay.  Isn't it true that you
9   don't know the distribution of tremolite
10  versus anthophyllite in the samples from
11  outside of Vermont that Dr. Longo's
12  laboratory tested?  Correct?
13      MR. CHACHKES:  Objection.
14      THE WITNESS:  That is correct.
15  All I know is that Dr. Longo stated
16  that the selection and assignment of
17  samples in this study was random.
18  And, therefore, I have no reason to
19  believe your conjecture that there was
20  a bias in geographical assignment of
21  these samples over time, because
22  Dr. Longo himself said that there was
23  not.  He said that they assigned
24  at random.
25

Page 253

1   QUESTIONS BY MR. FINCH:
2       Q.    He said they were assigned at
3   random.  He was not asked what percentage of
4   the -- isn't it fair to conclude that it was
5   random for the samples that he had at the
6   time they were being tested, and he didn't go
7   back and randomly assign all the samples to
8   his analysts after he got all the MDL
9   samples?
10      MR. CHACHKES:  Objection.
11      THE WITNESS:  You know, there's
12  not enough information to be able to
13  answer that question.
14       I did not compile the
15  information on when specific samples
16  were obtained, so I can't either
17  support or negate your assertion
18  without reconsidering the data in the
19  report.
20  QUESTIONS BY MR. FINCH:
21      Q.    All right.  Would you agree
22  with me that Mehrdad Motamedi and Anthony
23  Keaton had very consistent findings of
24  tremolite versus anthophyllite for the 179
25  particles that Motamedi examined and Keaton's

64  (Pages 250 to 253)

Melinda Darby Dyar, Ph.D.

Page 254

1  289 particles?
2      A.   Actually, no, I would say it's
3  kind of odd that Keaton identified a fair
4  number of ferro-anthophyllites and Motamedi
5  did not.
6      Q.   Do you know the source of the
7  talc for each of the six analysts -- each of
8  the five analysts identified in Figure 8?
9  How many -- how many Vermont-sourced talc did
10  Jayme Callan analyze versus other places; how
11  many Motamedi did; how many Keaton did?
12      A.   Well, that information is in
13  Figure 8.
14      Q.   How is it in Figure 8?  It just
15  says what the --
16      A.   It says where it came from,
17  either Vermont or other.
18      Q.   That's in Figure 9.
19      A.   I'm sorry, Figure 9.
20      Q.   What about 8?
21      A.   No, I didn't happen to figure
22  out a way to color code Figure 8 to indicate
23  where the samples came from.  I could have
24  done that, I suppose, but it didn't even
25  occur to me to do that.

Page 255

1          I'm looking at methodology and
2  I'm trying to assess whether the analysts who
3  did this work were consistent and, therefore,
4  I made graphical representations of the data
5  in their own reports, but, no, I did not make
6  yet another graphical representation that
7  would have included both the minerals
8  identified and the locations from which they
9  came.
10      Q.   Would you agree with me that
11  the breakdown as between tremolite and
12  anthophyllite could vary among analysts if
13  one of the analysts was reviewing more
14  Italian-sourced talc and the other analyst
15  was reviewing more Vermont-sourced talc?
16      A.   I don't have enough information
17  to know anything about the ratio of those in
18  the other mines.  So I can't address that
19  question.
20          In point of fact, in the
21  information that I have gave you, you will
22  see that I did not know the mine locations
23  for many, many samples, but I did happen to
24  know the mine location for Vermont for
25  several, so that's how I was able to come up

Page 256

1  with that 75/25 value for Vermont.
2          MR. FINCH:  This is probably a
3  good place to take another break.
4          MR. CHACHKES:  Okay.
5          VIDEOGRAPHER:  The time is
6  3:35 p.m.  Off the record.
7          (Off the record at 3:35 p.m.)
8          VIDEOGRAPHER:  Okay.  All
9  right.  We are now back on the record.
10  The time is 3:54 p.m.
11  QUESTIONS BY MR. FINCH:
12      Q.   We're back on the record after
13  a short break.
14          Ms. Darby Dyar, do you have
15  Exhibit 19 in your pile still?
16      A.   Yes.  Somewhere.  Yes.
17      Q.   Do you consider yourself to be
18  an expert in using electron microscopy and
19  selected area diffraction to determine the
20  extent of amphiboles or serpentine
21  contamination in samples of talc?
22      A.   So, first of all, no one would
23  use SAED to determine the extent of
24  amphiboles or serpentine contamination
25  because you can only do one at a time.  So

Page 257

1  that's sort of a strange question.
2          Do I consider myself to be an
3  expert in using electron microscopy and SAED
4  to identify minerals?  Yes.
5      Q.   Okay.  Exhibit 19 is a report
6  from McCrone Associates where they say,
7  "We've examined two groups of samples using
8  electron microscopy and selected area
9  diffraction to determine the extent of
10  amphiboles or serpentine contamination in
11  these two groups of samples."
12          And then they describe these as
13  talc samples from your orebody, being the
14  Windsor Mineral company's orebody.
15          "The second grade consisted of
16  seven samples which were sent to us
17  subsequently to be analyzed separately."
18          And then it has their general
19  conclusions on pages 2, 3, 4 of the report.
20          Do you see that?
21          MR. CHACHKES:  Objection.
22          THE WITNESS:  It will take me a
23  while to read through these five
24  pages, but I certainly see the pages.
25

65 (Pages 254 to 257)

Melinda Darby Dyar, Ph.D.

Page 258

1    QUESTIONS BY MR. FINCH:
2        Q.   You were asked by Johnson &
3    Johnson to evaluate the methodology that
4    Dr. Longo and Rigler followed to analyze
5    samples of talc to determine whether there's
6    asbestos in them or not, correct?
7            That was your charge here?
8        A.   I was asked to evaluate the
9    methodology -- methodology -- methodology of
10   Drs. Longo and Rigler, yes, that is why we're
11   all here.
12       Q.   If you were asked by Johnson &
13   Johnson to analyze both the methodology and
14   the conclusions of Walter McCrone Associates
15   in this July 1975 report, what information or
16   data or materials would you want to see?
17           MR. CHACHKES:  Objection.
18           THE WITNESS:  That's kind of a
19       strange hypothetical.  Because that's
20       not enough information in here for me
21       to even evaluate what their
22       methodology was.
23   QUESTIONS BY MR. FINCH:
24       Q.   Well, they state that they used
25   electron microscopes and selected area

Page 259

1    diffraction to determine the extent of
2    amphiboles or serpentine contamination of two
3    groups of talc samples.
4            So they describe, at least
5    generally, the tools and methodology they are
6    using in their July 1975 report, correct?
7            MR. CHACHKES:  Objection.
8            THE WITNESS:  I don't know.  I
9        would have to look at this more
10       carefully than just this brief
11       inspection, but, for example, if they
12       used SAED, did they do two different
13       zone axes?  I don't know.  Perhaps if
14       I read -- had the time to sit down and
15       read this, I might find that out.
16           But all they say is electron
17       microscopy.  I don't know what that
18       means.  Does that mean SAED using an
19       electron microscope, or does that mean
20       they did something else other than
21       SAED?  Unclear.
22   QUESTIONS BY MR. FINCH:
23       Q.   Okay.  What information would
24   you want to see in order to evaluate what
25   they did and whether -- or whether or not you

Page 260

1    agreed with their conclusions?
2        A.   So in my report I referred to
3    in -- particularly the Yamate document which
4    we've already discussed on this day that says
5    two zone axis measurements and an EDS pattern
6    are usually enough to identify an asbestos
7    mineral.
8            But there's no information in
9    the very brief, out-of-context document about
10   samples that I don't know where they came
11   from or whether these were actually used as
12   ore for anything having to do with talcum
13   powder.  I don't know.
14       Q.   All right.  Would you -- one of
15   the things, I assume, that you would want to
16   look at would be the EDS, EDXA printouts of
17   their electron microscopes if they used EDS,
18   EDXA to analyze the chemical composition of
19   the structures they were looking at.
20           Is that one item of data you
21   would want to see to evaluate their
22   methodology in coming to this report for
23   Windsor Mineral?
24           MR. CHACHKES:  Objection.
25           THE WITNESS:  So, again, this

Page 261

1        is kind of an extreme hypothetical.  I
2        return to the Yamate paper which says
3        that to identify asbestos you need two
4        SAED patterns and some EDS
5        information.
6    QUESTIONS BY MR. FINCH:
7        Q.   Okay.  So we'd want to see SAED
8    patterns, which are taken at least two
9    different zone axes, correct?
10       A.   Correct.
11       Q.   You'd want to see EDS
12   information, correct?
13       A.   That's what I just said, yes.
14       Q.   Would you want to see
15   photomicrographs of the structures they were
16   examining under the microscope to see what
17   you could learn about their morphology or
18   aspect ratio?
19           MR. CHACHKES:  Objection.
20           THE WITNESS:  All of that
21       depends on what the goal of the
22       testing is.
23           This testing says they found
24       amphiboles, but it doesn't -- but
25       there's no information here that would

66  (Pages 258 to 261)

Melinda Darby Dyar, Ph.D.

Page 262

1  suggest that they are asbestiform
2  amphiboles.
3       And in fact, you'd think that
4  if it's such a rare thing that they
5  would actually note if it was
6  asbestiform, and it's not noted as
7  such in here.
8  QUESTIONS BY MR. FINCH:
9       Q.   Doesn't it say in Table 1 and
10 Table 2 confirmed asbestos visual and then
11 description of sample content of sediment,
12 asbestos?
13      A.   It gives the word "visual,"
14 which does not instill in me a lot of
15 confidence that it's actually either.  Visual
16 of what?  Visual of the SAED pattern?  Visual
17 of the image they were looking at down the
18 electron microscope.
19      There's -- one wonders if
20 there's more to this document and what the
21 context is, and whether these samples were
22 even used in talcum powder.  Can't tell any
23 of that from here.
24      I don't know what the word
25 "low" means, for example.

Page 263

1       Q.   Well, would you want to see
2  their count sheets, for example?
3       MR. CHACHKES:  Objection.
4  QUESTIONS BY MR. FINCH:
5       Q.   To evaluate their methodology
6  and conclusions?
7       MR. CHACHKES:  Objection.
8       THE WITNESS:  I find this
9  question kind of too hypothetical.  If
10 they existed, I would want all the
11 information that they had available.
12 But in particular, I would want the
13 SAED zone axis information and the EDS
14 quantitative information to the extent
15 that that was available in 1975.
16 QUESTIONS BY MR. FINCH:
17      Q.   I want you to assume that you
18 are provided with a hundred samples of talc
19 by Johnson & Johnson and asked to evaluate it
20 for the purpose of determining whether or not
21 it contains asbestiform asbestos fibers.
22      What methodology would you use,
23 what would you do step by step to analyze
24 each particular talc sample?
25      MR. FROST:  Objection.

Page 264

1       THE WITNESS:  I'm not exactly
2  sure how this question is appropriate
3  to my mandate, which was to evaluate
4  the methodology used by someone else.
5       I have not yet been asked to
6  devise my own methodology, and so it's
7  hard for me to make a definitive
8  statement of that.
9       In my report I say that
10 Drs. Longo and Rigler should have
11 followed the Yamate recommendation of
12 two zone axes and an EDS pattern, and
13 I also say that the Su method, which
14 uses PLM, is useful in identifying
15 asbestos.
16      So if I were going to design my
17 own protocol, in vague terms, it would
18 be some combination of those, but
19 that's all I could say without further
20 study.
21 QUESTIONS BY MR. FINCH:
22      Q.   Am I correct that you have
23 never designed a protocol for testing talc to
24 determine whether or not it has asbestos
25 fibers in it?

Page 265

1       A.   I've designed many, many
2  analytical protocols for a wide range of
3  instrumentation, but it is correct to say
4  that I have never devised a protocol for
5  analyzing asbestos in anything.
6       Q.   Okay.  And is it correct to say
7  that you have never in your professional work
8  relied on the published protocol that are out
9  there for analyzing the presence of asbestos
10 in anything?
11      A.   In my research, I have
12 consistently relied on these tools for the
13 identification of a wide range of minerals.
14      What was your question?
15      But I have never had the need
16 in my professional work to rely on any
17 published protocol for analyzing the presence
18 of asbestos.
19      Q.   Okay.  Do you draw a
20 distinction in your mind between the tools
21 that a scientist uses to determine the nature
22 of a mineral and the protocol that a
23 scientist follows to determine the nature of
24 a mineral?
25      A.   Well, the tools are just the

67 (Pages 262 to 265)

Melinda Darby Dyar, Ph.D.

Page 266

1   pencils of a -- of a mineralogist, if you
2   will, and the protocol is that you're trained
3   to use the pencils.
4         So I don't really understand
5   the question.
6         Q.   Okay.  Well, the tools -- would
7   you agree with me that one tool that is
8   useful to determine whether or not there is
9   asbestos in a mineral is a polarized light
10  microscope?
11        A.   Yes.
12        Q.   Would you agree with me that
13  another tool that is useful to determine
14  whether or not there is asbestos in a mineral
15  is a transmission electron microscope?
16        A.   Yes.
17        Q.   Would you agree with me that
18  another tool that is useful to determine
19  whether or not there's asbestos in a mineral
20  is a scanning electron microscope?
21        A.   Yes.
22        Q.   Do you view SAED as a tool or a
23  protocol?
24        A.   I view it as a technique.
25        Q.   Okay.  Do you agree that SAED

Page 267

1   is a useful technique for determining the
2   presence of asbestos in a mineral?
3         A.   No, because as with all the
4   previous questions, some of these techniques
5   only tell you which mineral species is
6   present.
7         So in order to determine
8   whether something is asbestos, of course,
9   part of the answer is understanding the
10  chemistry, part of the answer is
11  understanding the crystal chemistry, and part
12  of the answer is evaluating mineralogy --
13  sorry, morphology.
14        So each of these techniques
15  that we've just discussed here treat a
16  different aspect of the definition of
17  asbestos that's given in my report.
18        Q.   Okay.  And I didn't ask you
19  whether or not SAED is sufficient by
20  itself -- is technique that's sufficient by
21  itself for determining the presence of
22  asbestos in a mineral.
23        I'm asking whether using the
24  technique of SAED is a useful technique for
25  determining the presence of asbestos in a

Page 268

1   mineral if it is used in conjunction with
2   other techniques?
3         A.   Asbestos in a mineral?  I'm not
4   sure what you mean by that.
5         Q.   Asbestos in talc.
6         A.   No, strictly speaking I'm going
7   to reverse my previous answer.
8         SAED can't tell you whether
9   asbestos is present because SAED cannot tell
10  you the -- anything about the morphology of
11  the particle.  SAED can only tell you what
12  the crystal structure is.
13        Q.   Again, my question is not
14  whether SAED by itself can tell you
15  definitively whether a particle is asbestos
16  or not.
17        My question is:  Is SAED a
18  useful technique that a scientist should
19  follow if they're analyzing a sample of talc
20  and they want to determine whether or not
21  there is asbestos in it or not?
22        A.   SAED is useful for answering
23  that question, yes.
24        Q.   Is EDS, EDXA useful for
25  answering the question and analyzing a sample

Page 269

1   of talc to determine whether or not there's
2   asbestos in it?
3         A.   Again, let's be absolutely
4   clear here.  EDS only tells you something
5   about the composition, but knowing something
6   about the composition may, in fact, inform
7   the question of whether or not there is one
8   of the six regulated asbestos mineral species
9   present, yes.
10        Q.   In order for a scientist to
11  conclude that there is asbestos present in
12  talc, is it your view that he or she should
13  test the sample using EDXA with two zone
14  axes -- excuse me, using EDXA, full stop,
15  SAED with two zone axes, PLM and doing a
16  statistical test on the aspect ratios if
17  there's enough fibers to look at to analyze
18  that?
19        A.   If it's -- if it's all done
20  properly, yes.
21        Q.   Okay.  So the four techniques
22  to determine whether or not talc contains
23  asbestos are EDXA, SAED, PLM, and some kind
24  of statistical test on the aspect ratios to
25  determine whether it's asbestiform or

68  (Pages 266 to 269)

Melinda Darby Dyar, Ph.D.

Page 270

1    non-asbestiform; is that correct?
2         A.   It doesn't necessarily have to
3    be the aspect ratios, but some kind of
4    statistical test on the measurements of the
5    particle sizes -- size dimensions, yes.
6         Q.   Any other technique that you
7    regard as necessary to determine whether or
8    not talc contains asbestos?
9         MR. FROST:  Objection.  Form.
10        THE WITNESS:  I think that
11   combination of techniques, if done
12   properly, which Drs. Longo and Rigler
13   don't seem to know how to do, would be
14   sufficient to identify impurities that
15   occur in talc as being one of the six
16   regulated asbestos mineral species,
17   yes.
18        But only if they're done
19   properly.  And, of course, my report
20   details the many problems with the way
21   they were done by Drs. Longo and
22   Rigler.
23   QUESTIONS BY MR. FINCH:
24        Q.   Does PLM allow you to
25   positively identify asbestos fibers?

Page 271

1         A.   If done correctly, it may.
2         So here's the problem,
3    polarized light microscopy relies on two
4    different kinds of information:  One
5    information is about the dimension of the
6    particle and if the particle is bigger than
7    about 2.5 microns, it can be seen with PLM.
8    So that's one thing.
9         And then the other thing is PLM
10   relies on refractive index, and generally
11   speaking you look at it in two directions.
12   So assuming that the particle was big enough
13   to see and assuming that the correct series
14   of refractive index measurements were made as
15   represented by Su who says use 10 to 20
16   different refractive index oils and look at
17   many different grains, if all of that was
18   done properly, then, yes, PLM can potentially
19   be used to identify asbestos minerals.
20        So, again, it's if done
21   properly.  And, of course, as I said, if the
22   dimensions of the grain are such that they
23   can be seen under polarized light -- under
24   PLM.
25        Q.   All right.  On page 46 you said

Page 272

1    that there's ten instances where the Longo,
2    Rigler reports identify concentrations of
3    asbestos by the Blount PLM method that are
4    well above the sensitivity limits ISO PLM.
5         What do you mean by that?
6         A.   So those are given in the table
7    at the top of page 47.
8         So in other words, there's an
9    inconsistency here because the Blount PLM
10   test, which is supposedly more sensitive than
11   the ISO PLM test, registers no asbestos.  So
12   it's quite an inconsistency here that the
13   other technique is finding unusual and
14   unreproducible amounts.
15        Q.   You're talking about the table
16   at the top of 47?
17        A.   Correct.
18        Where I'm contrasting the
19   Longo, Rigler PLM results with the ones from
20   J3.
21        Q.   Okay.  Do you know how much
22   time the analysts at J3 spent to analyze each
23   sample under PLM versus how much time the
24   analysts in Longo's labs spent to analyze the
25   samples using PLM?

Page 273

1         A.   I have no information on that.
2    I don't believe that's stated anywhere in the
3    reports.
4         Q.   Do you have an understanding of
5    what is the typical time an analyst would
6    spend to identify by PLM asbestos in an
7    asbestos-containing bulk material where you
8    believe it's likely to be there?
9         A.   So in other words, if you
10   handed me a sample of salt, told me it was
11   salt, and then asked me to identify it under
12   a polarized light microscope, how long would
13   it take me?  Not very long.
14        Q.   10 to 15 minutes?
15        A.   Maybe.
16        Q.   Do you have any understanding
17   as to how much material Dr. Longo's lab
18   analyzed using the Blount PLM method as
19   compared to J3 Resources as reflected in the
20   table at the top of page 47?
21        A.   I don't recall that
22   information.  I don't recall if it was in the
23   report.  I wasn't paying attention to how
24   much material was there because it's really
25   irrelevant.  In PLM you're looking at a very

69 (Pages 270 to 273)

Melinda Darby Dyar, Ph.D.

Page 274

1    small area, and so how much material he had
2    to start out with is completely irrelevant.
3    It's what ended up on the slide and being
4    inspected by PLM that would be relevant.
5        Q.    In your Longo, Rigler, Blount
6    PLM weight percentage, what's the denominator
7    that you're using for that?
8            Is that the material after it's
9    been spun out using the Blount method or is
10   that before?
11       A.    Those are just the results in
12   the report.  I don't recall.  Those are your
13   numbers.  I just tabulated them and put them
14   in my report.  I don't recall.
15       Q.    Do you know what an
16   aberrational corrective lens is for a
17   polarized light microscope?
18       A.    Yes.
19       Q.    Can you explain that?
20       A.    There's different kinds of
21   aberration corrections.  It's basically a
22   piece of glass with optical properties that
23   change the appearance of the image that you
24   see under the microscope.
25       Q.    Could the fact that one

Page 275

1    laboratory used an aberrational corrective
2    lens versus a standard lens affect the
3    ability to detect asbestos in a sample of
4    talc?
5        A.    Well, it would depend on what
6    kind of aberrational microscope it was, and
7    it would also depend on how the analysis was
8    done.
9            So not necessarily, I guess,
10   would be my answer to that.
11       Q.    But it could?
12       A.    It could or it could not,
13   depending on exactly which kind of correction
14   lens you were using.
15           If you're talking about the
16   lens using {sic} in dispersion staining,
17   that's not necessarily a more accurate method
18   than using a succession of refractive index
19   oils.
20       Q.    Could the amount of time spent
21   looking through the sample to determine
22   whether or not there was any asbestos
23   detected affect the results of one laboratory
24   versus another?
25           By that mean I mean if one

Page 276

1    laboratory spent 15 minutes looking at each
2    sample by PLM to determine if they found
3    anything that was indicative of an asbestos
4    fiber and the other laboratory spent two
5    hours per sample, could the time spent affect
6    what is found?
7        A.    You know, as a scientist, I
8    don't think in terms of how long a task
9    takes.  I think in terms of trying to get the
10   right answer.
11           So as a scientist, it didn't
12   even occur to me to look at these reports and
13   ask how long something took.  I assumed that
14   they took enough time to get the answers that
15   they did.
16       Q.    Would you agree with me just
17   generally, if you're looking for minute
18   amounts of material in a substance, the more
19   time you spend looking for it, if it's there,
20   the higher likelihood that you are to find it
21   than as compared to the less time you spend
22   looking for it?
23       A.    So if you hide a needle in a
24   haystack and you search for ten minutes,
25   you're probably not going to find the needle,

Page 277

1    and if you searched for two days, you might
2    not find the needle.  So it kind of depends
3    on the abundance of the impurity that you're
4    looking for.
5        Q.    But do you think --
6        A.    In that case, the difference
7    between two days and ten minutes is not
8    significant.
9        Q.    Have you ever done any analysis
10   to determine whether the difference between
11   two hours of looking at talc with a PLM will
12   make a material difference as compared to
13   looking at it for 15 minutes on a per-sample
14   basis?
15       A.    You know, I teach optical
16   mineralogy, or have taught frequently.  Some
17   students can identify a mineral really fast;
18   some students take a long time.  Both of them
19   will get to the right answer eventually.
20           So as I said, as a scientist, I
21   never think in terms of the time it takes.  I
22   just think about how good the -- about what
23   is necessary to obtain the result needed.
24   Time is not a thing that's usually relevant
25   to me.

Melinda Darby Dyar, Ph.D.

Page 278

1    Q.    Am I correct that you did not
2    make any analysis of the time the analysts
3    spent with PLM on the samples in the J3 lab
4    versus the Longo lab?
5         A.    That's correct, and the reason
6    would be that I do not consider time to be
7    relevant to how good their methodology was.
8         Q.    All right.  On page 49 you
9    have -- an example of a confusing PLM image
10   is given in Figure 21.
11        A.    Correct.
12        Q.    Am I correct that Figure 21 is
13   a printout of an image that's in the backup
14   materials to Dr. Longo's report?
15        A.    It is one of his dispersion
16   staining images, yes.
17        Q.    Okay.  You say, "The view at
18   left is pink because it is a dispersion
19   staining image, which is a special way a
20   plate is inserted in the microscope to make
21   the colors more intense and more diagnostic."
22        A.    In layman's terms, yes, that's
23   what I say.
24        Q.    Why do you conclude that it's a
25   dispersion staining image?

Page 279

1         A.    Because the background color is
2    pink, and the action of the dispersion lens
3    is usually to increase the colors that are
4    viewed.
5         Q.    Do you know what an elongation
6    image is?
7         A.    Yes.
8         Q.    What is an elongation image?
9         A.    An elongation image is when you
10   use -- you rotate the microscope to get
11   the -- the image to coincide with the maximum
12   extent of reflective index.
13        Q.    And can an elongation image be
14   done without dispersion staining?
15        A.    Yes.
16        Q.    And it typically is done
17   without dispersion staining, correct?
18        A.    Correct.
19        MR. FINCH:  Can I have the next
20   document?
21        (Dyar Exhibit 22 marked for
22   identification.)
23   QUESTIONS BY MR. FINCH:
24        Q.    What are we up to?  22.
25        So this is Figure 21 out of

Page 280

1    your report; is that correct?
2         A.    I'd have to look, but -- well,
3    actually, I don't think this is Figure 12.
4         Are we looking at the first
5    one?
6         This is not Image 21.
7         Q.    Page 49 of your report.
8         Look at page 49 of your report.
9         A.    Oh, yes -- oh, right, but not
10   this.  Okay.  Yes.
11        Q.    Okay.  Page 49 of your report
12   has -- in the bottom it has a sample number?
13        A.    Yep.
14        Q.    Okay.  And what is the sample
15   number?
16        A.    Well, it's too small for me to
17   read.
18        Q.    Okay.  I can read it.  It says,
19   "M69680-015BL-003, anthophyllite elongation
20   at 400 times."
21        A.    Okay.  Thank you.
22        Q.    All right.  Section 13 is --
23   let's go through it page by page.
24         First of all, it lists the
25   project split number M69680-015BL, correct?

Page 281

1         A.    Correct.
2         Q.    Analyzed by Paul Hess on
3    12/11/2018?
4         A.    That information isn't here,
5    but...
6         Q.    This should be -- do you have
7    the first page of the -- keep going
8    backwards.
9         A.    Ah.  This, yes.  Okay.  Got it.
10        Q.    All right.  So sample
11   M69680-015BL is the sample -- M69680-015BL,
12   that's the sample -- it's from the same
13   sample that you're looking at in Figure 21 in
14   your expert witness report.
15         Right, ma'am?
16        A.    If that's what the label says,
17   then, yes.
18        Q.    Okay.  So the first page of
19   Exhibit 22 -- is that 22, ma'am?
20        A.    Yes.
21        Q.    It says Section 13.
22         The second is a page entitled
23   "PLM Analysis" that has the sample listed,
24   correct?
25        A.    Here?

71 (Pages 278 to 281)

Melinda Darby Dyar, Ph.D.

## Page 282

```
1       Q.    Yes.
2       A.    Yeah.
3       Q.    What is the third page of
4   Exhibit --
5       A.    It's an image.
6       Q.    It's an image with a dispersion
7   staining, correct?
8           MR. CHACHKES:  Just to make
9   sure we're on the -- literally the
10  same page, are you looking at the red
11  page or the gold, black page?
12          MR. FINCH:  I'm looking at the
13  gold and black page.  Yeah, so you're
14  not on the same page.
15          THE WITNESS:  Yep.  Yep.
16          MR. FINCH:  I'm looking at the
17  gold and black page.  This is --
18          MR. CHACHKES:  Not that page.
19          MR. FINCH:  This page.
20          MR. CHACHKES:  You're counting
21  from different numbers.
22          THE WITNESS:  Oh, got it.
23  Okay.
24  QUESTIONS BY MR. FINCH:
25      Q.    This is M69680-015BL-001.
```

## Page 283

```
1   That's dispersion staining, correct?
2       A.    Well, when you put -- you can
3   use different wave plates to change the
4   color.  Often dispersion staining images are
5   pink.  It's also possible to have that color
6   from a different kind of wave plate.  So I'm
7   not -- I don't think that these -- in some
8   cases they were specifically labeled as such.
9   I don't happen to recall what this one was
10  labeled as.
11      Q.    Well, you said in your report
12  that sample M69680-015BL-003 is a dispersion
13  staining image, correct?
14          You say that at page 49.  "The
15  view of the left is pink because it is a
16  dispersion staining image," right?
17      A.    I do see that, but the same
18  thing could be true with the wave plate.  So
19  it doesn't really matter whether it's a
20  dispersion staining image or a -- just a
21  normal wave plate image.
22      Q.    This is --
23      A.    You interpret them differently.
24      Q.    This is an elongation image?
25      A.    That's what you're telling me,
```

## Page 284

```
1   yes.
2       Q.    That's what it says right on
3   the document, right?
4           MR. CHACHKES:  Now what page
5   are we on?
6           MR. FINCH:  I'm on the page
7   that is identical to the page that's
8   Figure 21 in her expert witness
9   report.
10          THE WITNESS:  That's what it
11  says, elongation, yes.
12          MR. CHACHKES:  No, you're
13  looking at your report.  I'm saying
14  which -- what page are you looking at
15  in that Section 13?
16          MR. FINCH:  Well, 1, 2, 3, 4,
17  5, 6, 7, 8, 9, 10, 11, 12, 13.
18  13th page of Section 13 --
19          MR. CHACHKES:  Okay.
20          MR. FINCH:  -- of Exhibit 22.
21          THE WITNESS:  Ah, this lovely
22  grain, yes.
23          MR. FINCH:  If you look on the
24  Elmo, I've got it.
25          THE WITNESS:  Yeah, that's
```

## Page 285

```
1   right.  I have it in my report.  I
2   know what it looks like.
3           Here, I'll just look at it on
4   Alex.
5   QUESTIONS BY MR. FINCH:
6       Q.    And so that is an anthophyllite
7   elongation image, correct?
8       A.    There is no way that's what
9   that is.
10      Q.    And there is -- there's no
11  indication that this is an image taken with
12  dispersion staining, correct, on the picture
13  that's large enough to seen?
14      A.    No, so I might have miswritten
15  that it's a dispersion staining image, but
16  that doesn't change the fact that that is not
17  anthophyllite.
18      Q.    So you were incorrect when you
19  said this was a dispersion staining image; is
20  that true?
21          MR. LOCKE:  Objection.
22          THE WITNESS:  I honestly don't
23  recall.
24          The focus of analyzing this
25  particular image has nothing to do
```

72 (Pages 282 to 285)

Melinda Darby Dyar, Ph.D.

Page 286

1  with whether it's a dispersion image
2  or not.  It has to do with the
3  ridiculousness of there happening to
4  be an amphibole grain that happens to
5  be exactly the same length as a talc
6  particle and happens to line up
7  exactly along the edge of the talc
8  particle.  That's the point of
9  including this figure in the document.
10      So whether or not it's a
11  dispersion staining image is real
12  pretty irrelevant.
13  QUESTIONS BY MR. FINCH:
14      Q.    Now, isn't it true that in the
15  previous two images they take a look at the
16  same material from two different rotations?
17  One of it --
18      A.    Yes.
19      Q.    And wouldn't it be the case
20  that if it were a talc particle curled up on
21  edge, it would look different in the
22  M69680-015BL-003?
23      A.    Well, these two images were not
24  taken with the same wave plate.  Regardless
25  of whether it was dispersion or not, they're

Page 287

1  not taken -- obviously the colors are
2  different, so they weren't taken under the
3  same conditions, so the colors would be
4  different.
5      Q.    What I'm asking you is, if it
6  were in fact talc rolled up as opposed to
7  anthophyllite, wouldn't it be the case it
8  would appear differently between the image
9  I'm showing you on the Elmo now and the
10  rotated image that's one page behind it?
11      A.    Only if the same wave plate was
12  used in both images.
13      Q.    And you don't know whether
14  that's true or not, do you?
15      A.    One of them says "perpendicular
16  dispersion" and the other one says
17  "elongation," and I don't recall from the
18  report specifically which ones of these is
19  which.  I mean -- but clearly they were not
20  under the same conditions.  Because when you
21  put a wave plate under a microscope, the
22  colors intensify as seen in the pink
23  background, and this image clearly does not
24  have any kind of wave plate.
25      Q.    Which is the "this" you're

Page 288

1  referring to?  The page in front of the
2  elongation image?  Page 12?
3      A.    Yeah, it says it's a dispersion
4  staining image, so I guess we have to accept
5  that that's what -- that is what they say it
6  is.
7      But the other one is not --
8  clearly not the same wave plate, so one would
9  conclude that it was a different accessory.
10      Q.    "The other one."  What's the
11  other one you're referring to?
12      A.    The ones with the pink
13  background.
14      Because accessories are used in
15  polarizing light microscopes to intensify the
16  colors and change them, and so sometimes the
17  background color is diagnostic of the use of
18  a wave plate.
19      Q.    So you're saying it's your
20  opinion that the images on pages 11, 12 --
21  excuse me, 10, 11, 12 and 13 of Exhibit 22
22  are different structures?
23      A.    Well, they're obviously
24  different grains.
25      Well, that's not true.  In one

Page 289

1  case it's the same grain rotated in two
2  directions.  Let's see, where is that one?
3      I'm lost in page space.  These
4  aren't numbered, so I don't know which ones
5  you're referring to.
6      Q.    Well, let's -- we established
7  that the elongation image is the 13th page of
8  Exhibit 22, right?
9      A.    Okay.  This is page 13, yes.
10      Q.    All right.  The page before
11  that is the same sample, anthophyllite
12  perpendicular dispersion, correct?
13      A.    Yes.
14      Q.    And then they rotate the
15  sample, and it is the same sample,
16  anthophyllite parallel dispersion?
17      A.    Well, that's the way it's
18  labeled, yes.
19      Q.    So if it were in fact the same
20  sample they've turned two different ways,
21  would you agree with me that that can't be
22  talc rolled up on its side?
23      A.    No.
24      Q.    Why not?
25      A.    Because the optical properties

73 (Pages 286 to 289)

Melinda Darby Dyar, Ph.D.

Page 290

```
1    of talc, when you look down on the sheets,
2    are different than the optical properties of
3    talc when you look perpendicular to the
4    sheets.
5        Q.    What's a cross-polar?
6        A.    A cross-polar is a piece of
7    glass that is manufactured in such a way that
8    light vibrating in one direction -- only one
9    direction gets -- passes through, like a
10   polarizing pair of sunglasses.
11       Q.    On page 48 and 49 of your
12   report, you state that the Su 2003 paper
13   requires looking at 10 to 20 grains?
14       A.    I believe I quote from the Su
15   document in here somewhere, yes.
16       Q.    It says, "After 10 to 20 fibers
17   are examined in this way, 10 to 20 fibers
18   were examined in the extinction position."
19            What's the difference between
20   the extinction position and the original
21   position?
22       A.    So extinction is when the
23   microscope stage is rotated so the grain
24   becomes dark.
25            It's on page 47, is where the
```

Page 291

```
1    quote is from Su.
2        Q.    Uh-huh.
3        A.    And it says pretty clearly,
4    "After 10 to 20 fibers are examined in this
5    way, the fiber with the longest is" -- the
6    longest must be refractive index -- "is
7    assumed to exhibit the refractive index
8    closest to N alpha."
9            But again, there's -- I don't
10   recall any information in either of these
11   reports that says that they used -- they
12   examined 10 to 20 fibers.
13       Q.    Are there any PLM analyses that
14   Dr. Longo's lab performed that you would
15   agree do show asbestos fibers?
16       A.    No.
17       Q.    Not a single one?
18       A.    No, because let's recall that
19   polarized light microscopy can tell you
20   something about the composition, if properly
21   done, and something about the morphology.
22   And all of the images that I examined contain
23   what I consider to be cleavage fragments, not
24   fibers.
25       Q.    Okay.  How did you make the
```

Page 292

```
1    determination that the images that you
2    examined contained cleavage fragments and not
3    fibers?
4        A.    Because in my career I've
5    looked at hundreds of thousands of cleavage
6    fragments of minerals under a microscope, and
7    I know what they look like.
8            The -- and I can consistently
9    identify a cleavage fragment based on having
10   looked at hundreds of thousands of cleavage
11   fragments in my career.
12       Q.    So your opinion that what
13   Dr. Longo's analysts are calling bundles of
14   asbestos fibers are in fact cleavage
15   fragments is based on your looking at
16   hundreds of thousands of cleavage fragments
17   under a microscope throughout your career.
18            That's what it's based on,
19   right?
20       A.    That, and the research that I
21   did, some of the images that are included in
22   my report such as -- oh, let's see.  They're
23   on the morphology section.
24            So, for example, the paper by
25   Campbell, et al., 1977, gives examples of
```

Page 293

```
1    asbestiform versus non-asbestiform particles.
2            The paper by Gunther in 2010
3    gives examples of asbestiform and
4    non-asbestiform particles.
5            The paper by Harper in 2010
6    gives examples of what asbestiform and
7    non-asbestiform particles look like.
8            The paper by Pierce in 2017
9    gives examples of what cleavage fragments
10   look like.
11            So I would say that I rely on
12   my background of identifying cleavage
13   fragments, along with careful review of the
14   peer-reviewed literature for what constitutes
15   a cleavage fragment, to make my judgment
16   about what is in these samples.
17       MR. FINCH:  Lizzy, can I have
18   the pictures?  You know, the redacted
19   pictures?
20   QUESTIONS BY MR. FINCH:
21       Q.    So am I correct that you can
22   tell by looking at a photomicrograph whether
23   something is a bundle or a cleavage
24   fragment --
25       MR. CHACHKES:  Objection.
```

74  (Pages 290 to 293)

Melinda Darby Dyar, Ph.D.

Page 294

1    QUESTIONS BY MR. FINCH:
2        Q.    -- based on your expertise and
3    your judgment?
4        A.    That's not what I said.
5            I said I have identified
6    hundreds of thousands of cleavage fragments
7    in my career.  I have very little experience
8    looking at amphibole bundles in thin section,
9    which is why I referred to the literature to
10   find what those images look like.
11       Q.    So you have very little
12   experience of identifying amphibole bundles,
13   correct?
14           MR. LOCKE:  Objection.
15           MR. CHACHKES:  Objection.
16           THE WITNESS:  That's what I
17   said.
18   QUESTIONS BY MR. FINCH:
19       Q.    You have very little experience
20   in looking for asbestos fibers under a
21   polarized light microscope, correct?
22       A.    I have looked at asbestos
23   fibers under a polarized light microscope in
24   the course of teaching for many years.
25       Q.    How many times?

Page 295

1        A.    Oh, we covered the amphibole
2    minerals in mineralogy as a routine thing.  I
3    think I've taught mineralogy 20 times, so
4    that would be 20 weeks of my life spent
5    teaching what kind of -- what amphiboles look
6    like.
7        Q.    How about time spent analyzing
8    structures to determine whether or not they
9    are asbestiform asbestos bundles versus
10   something else?
11           How much time have you spent on
12   a regular basis as part of your academic
13   career doing that?
14       A.    Well, let's go back to my
15   report for a minute and remember that the key
16   methodology for distinguishing between
17   asbestiform and non-asbestiform minerals is
18   by careful analysis of the populations based
19   on the dimensions of the particles.
20           So that is -- that
21   identification is not something that we would
22   do in mineralogy.
23       Q.    You're talking about the
24   statistical analysis --
25       A.    Correct.

Page 296

1        Q.    -- of the particles?
2            Okay.  But you just told me
3    that you had very little experience in
4    reviewing images of asbestiform asbestos
5    bundles under a polarized light microscope or
6    any other kind of light -- any other kind of
7    microscope; is that correct?
8            MR. CHACHKES:  Objection.
9            THE WITNESS:  Boy, I don't
10   think of it as reviewing images.  I've
11   looked down a microscope plenty of
12   times at asbestos.
13           In my experience, most of the
14   asbestos I've looked at has not been
15   bundles.
16   QUESTIONS BY MR. FINCH:
17       Q.    And my question is:  How many
18   times have you looked down a microscope at
19   asbestos fibers?
20           Is it more than a hundred?
21       A.    Well, now you're changing the
22   question.  Before it was about bundles, and
23   now it's about fibers.
24           How many times have I looked at
25   asbestos under a microscope --

Page 297

1        Q.    Yes.
2        A.    -- when I knew it was asbestos
3    from independent means, and I had a
4    macroscopic hand sample, and I myself had
5    prepared the thin section for my class?
6    Literally hundreds.
7        Q.    How about when you're
8    attempting to determine what it is, whether
9    it's asbestos or not?
10       A.    I think we've already
11   established that I was not asked to do
12   testing in this case, and so I have not
13   looked at any -- any of the talc samples,
14   period.
15       Q.    No, my question is:  Ever in
16   your career, have you attempted to identify
17   asbestos fibers in a substance where you
18   didn't know what it was?
19       A.    No.
20           But that's pretty similar to
21   the way Drs. Longo and Rigler treat their
22   analyses as well, because they presume that
23   everything they look at that's a particle is
24   either a bundle or a frag -- sorry, a bundle
25   or a fiber.  There's no case in their notes

75 (Pages 294 to 297)

Melinda Darby Dyar, Ph.D.

Page 298

1   where they -- well, it might be a few, where
2   they say something is a cleavage fragment.
3   But they seem to only identify things as one
4   or the other.
5           MR. FINCH:  I'll object and
6   move to strike everything after the
7   word "no."
8   QUESTIONS BY MR. FINCH:
9       Q.    All right.  Let's -- well,
10  actually, there's a few more technical things
11  before we get to this, so...
12          On page 50 and 51 of your
13  report, you fault Dr. Rigler and Longo for
14  not using point counting to estimate the
15  concentration of asbestos by PLM, correct?
16      A.    Correct.  I found no
17  information in their report to indicate they
18  use point counting.
19      Q.    Okay.  And you're relying on
20  ISO 22262-1 for your conclusion that point
21  counting is a methodology they should have
22  followed to estimate asbestos by weight?
23      A.    No, I'm relying on the quote
24  from ISO 2262 {sic} to say that the accuracy
25  of a point count is dependent on the number

Page 299

1   of grains counted.  That is the context in
2   which that statement is made.
3       Q.    Okay.  You're referring to --
4   your citation is to ISO 22262-1, page 29,
5   right?
6       A.    No, page 50 to 51 where I say,
7   "It is well-recognized that the accuracy of a
8   point count depends on the number of grains
9   counted.  This is acknowledged in ISO
10  22262-2, which says," et cetera, et cetera.
11      Q.    All right.  Let's get ISO
12  22262-1.
13      A.    So that should be on page 29,
14  that quote.
15      Q.    We're on page 29 of ISO
16  22262-1, is that quote.
17      A.    That's what it says.  It looks
18  like there might be an error in that.
19      Q.    Isn't the quote that you're
20  talking about found on page 23?
21      A.    Yeah, that might have been a
22  typo.  Although I don't see it on page 23.
23      Q.    Let's see.
24      A.    Let's see if we can find it
25  here.  Point counting.

Page 300

1           It's possible that that quote
2   comes from a different ISO document.  I'd
3   want to look that up.
4       Q.    Is it possible that it comes
5   from ISO 22262-2?
6       A.    Yeah, let's take a look.
7       Q.    ISO 22262-2, page 23.
8       A.    Interestingly, there are no
9   page numbers in this document.
10      Q.    You have Dyar 5?
11      A.    Yeah.
12          MR. CHACHKES:  I think the page
13  numbers were cut off on our copies.
14          MR. FINCH:  Oh.
15  QUESTIONS BY MR. FINCH:
16      Q.    It's Section 14.2.3.4.
17      A.    Got it.  Ah, yes, this is where
18  the point counting is.
19          Okay.  Now we are all literally
20  on the same page.
21      Q.    Okay.  Now, the reference that
22  you have in your report on page 50 and 51 is
23  incorrect, and it should be to ISO 22262-2?
24      A.    Right.  So the 1 should be a 2.
25      Q.    At page 23?

Page 301

1       A.    In the footnote, yes.
2       Q.    Right.  Okay.
3           Do you agree with me that talc
4   particles and any accessory minerals found in
5   talc can have different sizes?
6       A.    Certainly.
7       Q.    Can they have different
8   thicknesses?
9       A.    Certainly.
10      Q.    Can they have different
11  densities?
12      A.    What do you mean, "can they
13  have different densities?"
14      Q.    Can the talc particles and the
15  accessory minerals have different densities?
16      A.    Certainly.
17      Q.    Can different accessory
18  minerals have different densities?
19      A.    They may.
20      Q.    Can talc particles have
21  different thicknesses from other talc
22  particles?
23      A.    Yes.  Or they could be the
24  same.
25          When you make a grain mount,

76 (Pages 298 to 301)

Melinda Darby Dyar, Ph.D.

Page 302

1   you have no guarantees of what thicknesses of
2   anything are.
3        Q.   And would you agree that the
4   point counting methodology that ISO 22262
5   refers to -- refers you back to ISO 22262-1
6   to describe how to do point counting?
7        A.   I don't see that right here.
8             You want to tell me where it
9   says that?
10       Q.   I misspoke. I'm sorry.
11            Section 14.2-3-4 is where it
12  talks about "the statistical reliability of a
13  point count for determination of asbestos
14  depends on the number of asbestos points, not
15  on the total nonempty points examined."
16            That's the quote you have --
17       A.   That's the quote.
18       Q.   -- in your report?
19       A.   Yes.
20       Q.   Okay. And the determination of
21  amphibole in talc is found on page 29 of ISO
22  22262-2, correct?
23            MR. CHACHKES: So we don't have
24       page numbers.
25            MR. FINCH: Page -- it's 16.3.

Page 303

1        16.3.
2             THE WITNESS: Yep.
3   QUESTIONS BY MR. FINCH:
4        Q.   Okay. This talks --
5        A.   That describes a centrifuge
6   procedure, yes.
7        Q.   And then it refers you back.
8   It says, "Quantify any asbestiform amphibole
9   in the centrifuge by the point counting
10  procedure specified in 14.2.3," right?
11       A.   Of this document, yes.
12       Q.   Yes. Of ISO 22262-2.
13       A.   Which is the minimum of 20
14  asbestos points or the equivalent of 13,000
15  nonempty points. That's what it's referring
16  to, yes.
17       Q.   Right.
18            But if you go to the beginning
19  of Section 14.2.3, that's the section that
20  refers you back to point counting by PLM or
21  SEM that's found on page 20 of the exhibit.
22  It's the beginning of 14.2.3.
23       A.   Yes.
24       Q.   All right. What it states is,
25  "Conventional point counting determines the

Page 304

1   relative projected areas occupied by
2   different particle species on a microscope
3   slide. The integrated relative volumes of
4   different particle species can be calculated
5   from a conventional point count, but only if
6   the particles are all of the same thickness.
7   If the densities of the various particle
8   species are known, the relative weights of
9   the different particle species can be
10  calculated. However, conventional point
11  counting does not produce correct results
12  when applied to the determination of the
13  proportion of asbestos in a mixture of
14  particles with a wide range of different
15  thicknesses and different densities."
16            Did I read that correctly?
17       A.   You did.
18            So I think the point here is
19  twofold. There's not -- there's very little
20  information in the Longo and Rigler reports
21  about the PLM procedures used. And in fact,
22  in most cases when we do this in the
23  laboratory, we sieve the samples so the
24  particles are all the same size.
25            So one normal, logical

Page 305

1   assumption would be that they sieve their
2   particles before they did the PLM analysis.
3   It doesn't say that they did not; it doesn't
4   say that they did. There's not just enough
5   information to know if that's what they did.
6        Q.   Isn't it true that
7   Section 14.2.3 that I just read you said that
8   point counting is not accurate if the -- to
9   determine the proportion of asbestos in a
10  mixture of particles with a wide range of
11  different thicknesses and different
12  densities?
13       A.   That is indeed what the
14  document says. And what I'm telling you is
15  that it's also possible that the data in the
16  Longo, Rigler reports were all from a sieved
17  sample which were, in fact, the same grain
18  size, in which case you would be able to
19  extract useful information out of it.
20            But the germane point here is
21  what's in my report, and that is that the
22  Longo and Rigler analysts didn't do any of
23  this. They just used visual estimates rather
24  than point counting. And they say in their
25  deposition that they used -- compare visual

77 (Pages 302 to 305)

Melinda Darby Dyar, Ph.D.

Page 306

1    comparisons against unspecified and
2    unregulated weight percent standards.
3          But the results of those are
4    really un -- different from the ones from TEM
5    and, therefore, I consider them to be
6    unreliable.
7          MR. CHACHKES:  Incidentally,
8       we've been going over a little over an
9       hour, if you reach a wrapping-up
10      point.
11         MR. FINCH:  Two more questions,
12      and then we'll stop for a break.
13         MR. CHACHKES:  Always two.
14   QUESTIONS BY MR. FINCH:
15      Q.    But you have no information
16   about whether or not they had sieved the
17   samples so that all the particles were of the
18   same thickness and the same density before
19   analyzing them, correct?
20      A.    Correct.
21      Q.    And ISO 22262-2,
22   Section 14.2.3, says that point counting does
23   not produce correct results when the asbestos
24   is in a mixture of particles with a wide
25   range of different thicknesses and different

Page 307

1    densities, correct?
2       A.    But, sir, your point is moot
3    because the point I make in my report is that
4    they didn't even use point counting.  So
5    regardless of whether they sieved the samples
6    or not, they didn't do point counting, so
7    it's unclear to me why this is even relevant.
8       Q.    Isn't one reasonable
9    interpretation of ISO 22262-2 is that you're
10   not supposed to do point counting if you're
11   analyzing asbestos found in a material with a
12   wide range of different thicknesses and
13   different densities?
14      A.    No, because it would be
15   entirely possible to sieve the samples to
16   make sure they were all the same grain size.
17      Q.    Does it say anywhere in ISO
18   22262-2 to sieve all the samples so that
19   they're the same particle and grain size?
20      A.    It doesn't need to say that.
21   It says that if they are a different grain
22   size, you won't get good results.  So that
23   implies that if you wanted to get good
24   results, you would sieve the samples, which
25   is the standard protocol.

Page 308

1          Point counting is not just used
2    in the asbestos industry.  Point counting is
3    a time-honored geologic technique that's been
4    used for probably a hundred years.
5          MR. FINCH:  Let's take a break.
6          VIDEOGRAPHER:  All right.  The
7    time is 4:58 p.m.  Off the record.
8        (Off the record at 4:58 p.m.)
9          VIDEOGRAPHER:  Okay.  We are
10   back on the record.  The time is
11   5:32 p.m.
12   QUESTIONS BY MR. FINCH:
13      Q.    Good afternoon, Professor Darby
14   Dyar.
15          At page 53 of your report --
16   this is Exhibit 2 to your deposition, your
17   expert witness report.
18      A.    Sorry, what page is that again?
19      Q.    53.
20      A.    I'm there.
21      Q.    All right.  On page -- at
22   Figure 23 A, images of non-asbestiform
23   particles from Gunther 2010.
24          Do you see that?
25      A.    Yes.

Page 309

1       Q.    Those are images taken from the
2    paper that you and I looked at earlier today,
3    Mickey Gunther's 2010 paper entitled
4    "Defining Asbestos Differences Between the
5    Built and Natural Environments"?
6       A.    Mickey's written a lot of
7    papers, but if that's what I say, then that's
8    the one I reference, yes.
9       Q.    Well, you referred to Gunther
10   2010.  I'm just --
11      A.    Well, hang on.  Let's take a
12   look here.
13          Yes.  So between -- yep, that's
14   it.  Yep.
15      Q.    Okay.
16      A.    Do you want me to pull that
17   out?
18      Q.    No.  No.  No.
19      A.    That is indeed where those
20   images came from.
21      Q.    Those images came from what we
22   have marked to our deposition as exhibit --
23   your Deposition Exhibit 11, correct?
24      A.    Yeah.  Might turn the page, I'm
25   sure.  Yeah, they're in there.

78  (Pages 306 to 309)

Melinda Darby Dyar, Ph.D.

Page 310

1    Q.   Okay.  Were you aware at the
2  time that Mr. Gunther wrote this paper that
3  he was serving as an expert witness for the
4  RT Vanderbilt talc company and issuing expert
5  reports that called the materials that were
6  found in Gouverneur talc, Gouverneur,
7  New York, talc, non-asbestiform cleavage
8  fragments as opposed to asbestos --
9  asbestiform fibers?
10         MR. CHACHKES:  Objection.
11         THE WITNESS:  No, I was not
12   aware of any of that.
13  QUESTIONS BY MR. FINCH:
14    Q.   Are you aware that there has
15  been an epidemic of mesothelioma from
16  employees of the Gouverneur talc mine in and
17  around the -- who were employed by the
18  Gouverneur talc mine by RT Vanderbilt?
19         MR. LOCKE:  Objection.
20         THE WITNESS:  No, I'm not aware
21   of that.
22         MR. FROST:  Objection.
23  QUESTIONS BY MR. FINCH:
24    Q.   Are you aware that the EPA
25  Region 9 has criticized Dr. Gunther and

Page 311

1  Mr. Lee's analysis of the distinction between
2  asbestiform and non-asbestiform?
3         MR. FROST:  Objection.
4         MR. CHACHKES:  Objection.
5         THE WITNESS:  No, I'm not aware
6   of that.
7         And I will also point out that
8   in my report I give examples of
9   non-asbestiform particles from other
10   sources such as Campbell 1977 and --
11   and Pierce 2017.
12  QUESTIONS BY MR. FINCH:
13    Q.   All right.  Were you aware that
14  Pierce's paper was -- are you aware that
15  Ms. Pierce is an employee --
16         MR. FINCH:  Is it Exponent or
17   ChemRisk?
18         MR. CHACHKES:  Are you aware?
19         MR. FINCH:  I am, but I'm
20   50-some years old, and remembering
21   everything off the top of my head
22   isn't as easy as it used to be.
23  QUESTIONS BY MR. FINCH:
24    Q.   Are you aware of the nature of
25  the entity that employs Ms. Pierce and what

Page 312

1  its mission statement is?
2         MR. CHACHKES:  Objection.
3   Form.
4         THE WITNESS:  No, I have no
5   knowledge of that.
6  QUESTIONS BY MR. FINCH:
7    Q.   You've never heard of Exponent
8  or ChemRisk before?
9    A.   No.
10    Q.   Are you familiar with the
11  terminology "doubt science" or "distraction
12  science"?
13         MR. CHACHKES:  Objection.
14         THE WITNESS:  Never heard that
15   term.
16  QUESTIONS BY MR. FINCH:
17    Q.   On page 53 of your report you
18  say, "Bundles occur as separable groups of
19  parallel fibers with splayed ends and matted
20  masses as seen in Figure 23 B," as in
21  basketball, right?
22    A.   Yes.
23    Q.   Do you agree with me that
24  bundles do not have to have splayed ends?
25    A.   All I know is that in ISO

Page 313

1  22262-1, bundles are described as structures
2  composed of parallel, smaller diameter fibers
3  attached along these -- along their lengths.
4         I think the point is that
5  Drs. Longo and Rigler don't define what a
6  bundle is either, so it's unclear what
7  they -- what they mean when they make those
8  assignments.
9    Q.   All right.  In page 5 of ISO
10  22262-1, Section 2.29?
11    A.   Yeah, I think I stole one of
12  yours.
13         Section 2 point what?
14    Q.   29, 2.29 in the definitions.
15    A.   Uh-huh.
16    Q.   It says -- it has a definition
17  of fiber bundle, correct?
18    A.   Which is exactly the definition
19  I gave, I believe, yes.
20    Q.   Well, in your report you say
21  "bundles occur as separable groups of
22  parallel fibers with splayed ends and matted
23  masses."
24         And my question to you was:  Do
25  you agree that fiber bundles do not always

79 (Pages 310 to 313)

Melinda Darby Dyar, Ph.D.

Page 314

1  exhibit splayed ends?
2      A.    You know, I've not been called
3  upon to make that judgment call, so I can't
4  say.
5      Q.    Will you agree with me that in
6  the definition of fiber bundle on page 5,
7  Section 2.29 of ISO 22262-1, it states, "A
8  fiber bundle may exhibit diverging fibers at
9  one or both ends"?
10     A.    Yes, it does say -- it does say
11  that, yes.
12     Q.    Okay.  And you would agree with
13  me that "may" does not mean "always"?
14     A.    Correct.
15         But I did not say that bundles
16  are defined as.  I just said that's how they
17  occur.  Very important distinction.
18     Q.    And you would agree with me --
19  would you agree with me that you can have a
20  bundle of asbestos fibers without splayed
21  ends at either end of the bundle?
22         MR. LOCKE:  Objection.  Asked
23  and answered.
24         THE WITNESS:  The definition in
25  ISO 22262 makes a note that says that.

Page 315

1  QUESTIONS BY MR. FINCH:
2      Q.    It makes a note that it may
3  have splayed ends.  It also may not have
4  splayed ends, too, correct?
5      A.    That's correct.
6      Q.    All right.  And in
7  Section 7.2.3.7.1 of the same document,
8  page 22?
9      A.    7.2.3 -- yeah, got it.
10     Q.    It has a description of
11  morphology for -- "morphology that is
12  characteristic of asbestos is as follows,"
13  and then it has a description of the
14  morphology characteristics in laboratory
15  samples for PLM identification of the fiber
16  type.
17         Do you see that?
18     A.    I do see that here.
19     Q.    Okay.  It says, "A, the
20  presence of fiber aspect ratios in the range
21  of 20 to 1 or higher for fibers longer than
22  5 microns.
23         Do you see that?
24     A.    Yes.
25         Be careful, you're diverting

Page 316

1  from counting criteria into characteristics
2  for fibers and bundles.
3      Q.    The section is entitled
4  "Morphology," correct?
5      A.    Yes.
6      Q.    And it lists A, B and C,
7  correct?
8      A.    Yes, but it says "generally
9  recognized."  It doesn't say "always
10  recognized."
11     Q.    And would you agree with me
12  that it doesn't say that all of these
13  characteristics have to be present in order
14  for it to be morphology consistent with
15  asbestos?
16     A.    It doesn't say that -- it's not
17  clear.  The document itself is not clear.
18     Q.    Are you aware of any -- other
19  than the statistical testing using the aspect
20  ratio we'll get to it in a minute, are you
21  aware of any objective way to determine
22  whether or not a structure you're looking at
23  is a bundle or a cleavage fragment in terms
24  of something you can measure using a tool or
25  a technique of --

Page 317

1      A.    So before I answer that
2  question, I'd like to back up to your last
3  question and point out that there's a note at
4  the end of this section which says, "This is
5  intended as guidance for analysts, and it is
6  not intended to override the definition of
7  asbestos as presented in 2.9."
8         So let's make sure we make a
9  note of the fact that these morphology
10  comments here are intended as guidance and
11  not as overriding other considerations
12  elsewhere in the document.
13         All right.  Now --
14     Q.    And it also refers to national
15  regulation.  It's not intended to override
16  any national regulation, correct?
17     A.    That's what it says.
18         Now, if we can go back to your
19  question.
20     Q.    So my question is:  Other than
21  the statistical test of aspect ratios on a
22  population basis, is there any quantitative,
23  objective way that you know of to identify
24  the morphology of a bundle as being a bundle
25  of asbestos fibers versus a cleavage

80  (Pages 314 to 317)

Melinda Darby Dyar, Ph.D.

Page 318

1  fragment?
2          MR. FROST:  Objection to form.
3          THE WITNESS:  Let's see.
4  "Other than."
5          So we've established that
6  statistical tests of particle
7  dimensions on populations are the best
8  and only way to determine whether
9  something is asbestiform and
10 non-asbestiform.
11         From an individual particle and
12 a two-dimensional image, it is
13 impossible to make those kinds of
14 judgments.
15 QUESTIONS BY MR. FINCH:
16     Q.    Would you agree with me that
17 Section 7.2.3.7.1 says, "In light microscope,
18 the asbestiform habit is generally recognized
19 by the following characteristics," and it
20 lists characteristics that do not discuss the
21 statistical testing of a population of -- on
22 an aspect ratio basis?
23     A.    My interpretation of this
24 document is verbatim what it says, which is
25 this is intended for guidance.  It's not

Page 319

1  intended to be, as it says, a way to
2  discriminate between non-asbestiform and
3  asbestiform amphibole populations in a
4  rigorous way.
5      Q.    Okay.  On page 23, in the same
6  section, in the text below number 5 --
7      A.    Uh-huh.
8      Q.    -- it has a discussion in the
9  second paragraph that begins "In general."
10         Do you see that?
11     A.    Yes.
12     Q.    Okay.  ISO 22262-1 states, "In
13 general, for this part of ISO 22262, the
14 presence of either the asbestiform or the
15 non-asbestiform analogs of tremolite and
16 actinolite, anthophyllite or richterite,
17 winchite, can usually be specified.  If the
18 majority of the amphibole fibers longer than
19 5 microns have aspect ratios equal to or
20 lower than 5 to 1, and if the fibers do not
21 exhibit any of the characteristics in C" --
22         Which is referring back to
23 page 22, correct?
24     A.    Yes.
25     Q.    -- "it can be concluded that

Page 320

1  the amphibole is probably non-asbestiform,
2  with a degree of certainty increasing with
3  decreasing maximum aspect ratio.  If any
4  amphibole fibers longer than 5 microns have
5  aspect ratios in the range of 20 to 1 or
6  higher are observed, then it can be concluded
7  that amphibole asbestos is probably present,
8  with a degree of certainty increasing with
9  increasing aspect ratio."
10         Did I read that correctly?
11     A.    You read it correctly.
12     Q.    And it says, if any amphibole
13 fibers longer than 5 microns with an aspect
14 ratio in the range of 20 or {sic} 1 or higher
15 are observed, then it can be concluded that
16 amphibole asbestos is probably present.
17 Right?
18     A.    That's what it says.
19     Q.    So that means -- "any" means
20 more than 1, correct?
21         If you've got any amphibole
22 fibers longer than 5 microns with an aspect
23 ratio in the range of 20 or 1 to higher, ISO
24 22262-1, Section 7.2.3.7.1, says that it can
25 be concluded that amphibole asbestos is

Page 321

1  probably present, with a degree of certainty
2  increasing with increasing aspect ratio?
3      A.    Let us, again, point out that
4  immediately following the paragraph you wrote
5  {sic} it says, "This is intended for guidance
6  for an analyst," first of all.
7          And second of all, let's go
8  back and look at the populations in this
9  particular situation.  And in fact, it says
10 that the average aspect ratio of all
11 particles looked at by Longo and Rigler is
12 13.34.
13         So under their own
14 definition -- or under the definition in this
15 document, none of the particles identified by
16 Drs. Longo and Rigler would be considered to
17 be asbestiform.  So you're arguing my own
18 point.
19     Q.    Average doesn't mean -- the
20 average -- you said Longo and Rigler found
21 that the average aspect ratio was 13 point
22 something, correct?
23     A.    Correct.
24     Q.    Average is not the same as the
25 longest, correct?

Melinda Darby Dyar, Ph.D.

Page 322

1     A.    That's correct.  But it is also
2  the case that population distribution of
3  non-asbestiform and asbestiform amphiboles
4  would all have some samples since it's an
5  asymptotic distribution potentially in the 20
6  to 1 range.
7     Q.    Does -- isn't it true that
8  Dr. Longo and Dr. Rigler did find amphibole
9  fibers that were longer than 5 microns which
10  had an aspect ratio of 20 to 1 or higher?
11     A.    I don't know.  Very few of
12  them, based on the information in the plot
13  and figure of 28 C, a very, very small
14  percentage of the Longo and Rigler samples
15  have aspect ratios that are greater than 20
16  to 1.
17     Q.    Okay.  And doesn't it say if
18  any amphibole fibers longer -- any meaning
19  any, not average -- any amphibole fibers
20  longer than 5 microns with aspect ratios in
21  the range of 20 to 1 or higher are observed,
22  then it can be concluded that amphibole
23  asbestos is probably present?
24        That's what ISO 22262-1 says,
25  does it not?

Page 323

1     A.    That is what it says, but below
2  that it also says "this is intended only as
3  guidance."
4        And then it mentions
5  populations, which is, of course, the more
6  appropriate analysis, which is what I've done
7  in the report.
8     Q.    Okay.  And in your report when
9  you're analyzing the populations, am I
10  correct that you say that -- you fault
11  Dr. Longo and Rigler for only analyzing the
12  average aspect ratio for particles longer
13  than 5 microns, correct?
14        MR. CHACHKES:  Objection.
15        THE WITNESS:  Yes, that's what
16  I say.
17  QUESTIONS BY MR. FINCH:
18     Q.    All right.  And --
19     A.    Well, in point of fact what I
20  say is that they only counted particles with
21  aspect ratios greater than 5 to 1, which
22  improperly biases their results toward
23  finding an asbestiform particle population,
24  although it was unsuccessful.  Because even
25  with that limitation, their mean aspect ratio

Page 324

1  of particles was still 13, which is well
2  below 20 to 1.
3     Q.    Where does it say that the
4  average aspect -- in ISO 22262-1 does it say
5  in Section C, Section 72371, that the average
6  aspect ratio has to be in the range of 20 to
7  1 or higher?
8     A.    It says, "This is intended as
9  guidance for the analyst to discriminate
10  between non-asbestiform and asbestiform
11  amphibole populations."
12        So to me it is implied that
13  these measurements would be made on multiple
14  samples in order to accumulate enough data to
15  understand the population represented.
16     Q.    And in analyzing the aspect
17  ratios, am I not correct that in
18  Section 7.2.3.7.1 of ISO 22262-1 they are
19  talking about the aspect ratios for fibers
20  longer than 5 microns?  Correct?
21     A.    It just gives a guidance that,
22  yes, if any amphibole fibers longer than
23  5 microns -- that's what it says there.
24     Q.    And if any amphibole fiber with
25  longer than 5 microns has an aspect ratio of

Page 325

1  20 to 1 or higher, then it could be concluded
2  that amphibole asbestos is probably present.
3        And this is in a guidance
4  document for analysts to discriminate between
5  non-asbestiform and asbestiform amphibole
6  populations?
7     A.    I think we can agree to
8  disagree here.  The term "probably" is used
9  in this sentence, and then it's followed by a
10  note that says that this is intended as
11  guidance to discriminate between populations.
12        So I believe that the pop --
13  the use of populations is the absolute
14  paramount, most useful method for
15  discriminating morphologies.
16        And let's bring it back to the
17  Longo and Rigler report, too.  So in the
18  Longo and Rigler report they use TEM to
19  visually distinguish these things, so they
20  are -- their conclusions are not using aspect
21  ratios in any way.
22     Q.    Doesn't Dr. Longo have analysis
23  of aspect ratio of the structures he analyzes
24  that you recreate at --
25     A.    He presents that information in

Melinda Darby Dyar, Ph.D.

Page 326

1    his tables, but I believe that in his
2    deposition he indicated that the terminology
3    that's associated with the images is made at
4    the time of acquisition, before there's any
5    analysis -- before any analysis has been
6    undertaken.
7        Q.    Isn't it true -- you say in
8    footnote 94, "Although the longer Rigler MDL
9    reports utilize PLM for evaluating optical
10   properties, the reports do not give aspect
11   ratios for studied particles either in the
12   photomicrographs themselves or in any of the
13   tables."
14       A.    For the PLM data, I believe
15   that is correct.
16       Q.    All right.  We just looked at
17   exhibit -- I think it's Exhibit 22, which was
18   Section 13.
19       A.    It's in here somewhere.  Here
20   we go.
21       Q.    And am I correct that in
22   multiple places in the PLM images in
23   Exhibit 22 there are measurements of the
24   length of the structure in microns, and in
25   the tables there are -- there are -- there is

Page 327

1    data in the count sheets for each structure
2    as to its length and width which would enable
3    you to calculate an aspect ratio?
4        A.    What did I exactly say in my
5    report?
6             I was looking for tables that
7    counted aspect ratios, and there is no aspect
8    ratio in this particular document.
9        Q.    Right.
10            But the data from which one
11   could calculate aspect ratios is available in
12   every count sheet, correct?
13       A.    But that's not what I said.
14            What I said in my report was,
15   the reports do not give aspect ratios for
16   studied particles.
17       Q.    The reports give you all the
18   data you need to calculate the aspect ratios
19   for every single particle studied, correct?
20       MR. CHACHKES:  Objection.
21       THE WITNESS:  I would have to
22   review the data again to make sure
23   that those are all there.  I don't
24   recall.
25

Page 328

1    QUESTIONS BY MR. FINCH:
2        Q.    An aspect ratio is simply
3    dividing the length by the width, right?
4        A.    That's correct.
5             But I would point out that many
6    of the images like this one do not include
7    measurements.
8        Q.    But the count sheets do that
9    back up the images, correct?
10       A.    When they are provided.
11       Q.    Did --
12       A.    It's unclear to my -- I'd have
13   to go back and look.  It's unclear to me
14   whether both -- whether all the PLM
15   measurements, including those done by Lepoy
16   {phonetic} and those done by Longo and
17   Rigler, included such count sheets.
18       Q.    Okay.  You say that --
19       A.    But in any case, it's
20   irrelevant because the population mean of all
21   of these particles is not high enough to be
22   consistent with the presence of a population
23   of asbestiform minerals.
24       Q.    All right.  The population mean
25   that Drs. Longo and Rigler calculated was an

Page 329

1    aspect ratio of 13.34, right?
2        A.    By my calculations, yes.
3        Q.    And what publication do you
4    rely upon for your conclusion that it is a
5    requirement under the international standards
6    for analyzing asbestos that the aspect -- the
7    average aspect ratio must be higher than 20
8    to 1?
9        MR. CHACHKES:  Objection.
10       THE WITNESS:  I don't rely for
11   my conclusion on the requirement that
12   the aspect ratio be higher than 20 to
13   1.  I'm just pointing out, apropos of
14   the discussion we just had about ISO
15   22262-1, that it happens to mention
16   aspect ratios of greater than 20 to 1.
17            And I'm pointing out that as it
18   happens, the aspect ratio of all the
19   particles' population measured by
20   Longo and Rigler is significantly
21   lower than that.  That's all I'm
22   saying.
23            (Dyar Exhibit 23 marked for
24   identification.)
25

83 (Pages 326 to 329)

Page 330

1    QUESTIONS BY MR. FINCH:
2        Q.   All right.  Let's mark this as
3    Exhibit 23.  This is Exhibit Number 23, I
4    hope.
5            Have you ever seen this
6    document before?
7        A.   Nope.
8        Q.   Do you recognize Richard Lee as
9    the president of the organization that Matt
10   Sanchez works for?
11       A.   I assume so.  I assume that's
12   what RJ Lee stands for.
13       Q.   And Ann Wylie is the scientist
14   we talked about before.  You rely on
15   Dr. Wylie's publications in part for your
16   opinions in this case?
17       A.   Certainly I cited some of Ann's
18   publications, yes.
19       Q.   This is a non-peer-reviewed
20   publication that they put together describing
21   what is asbestos.
22           Do you see that?
23       A.   I can see that it's from a
24   non-peer-reviewed source, yes.
25       Q.   All right.  And on pages 6 and

Page 331

1    7 --
2            Does your copy have pages at
3    the bottom?
4        A.   Yes, it does.
5        Q.   -- they have pictorial images
6    of asbestos, asbestiform and non-asbestiform
7    materials, correct?
8        A.   Yes.
9        Q.   And have you analyzed each of
10   the structures identified by Dr. Longo's
11   analysts and pictographs taken by Dr. Longo's
12   analysts to determine whether or not they
13   look more like the middle box under
14   asbestiform than any of the materials -- any
15   of the pictures of non-asbestiform on page 7?
16       A.   So the point is that it's very
17   difficult to distinguish images on the basis
18   of one TEM image which is only
19   two-dimensional.  You really need multiple
20   measurements of the dimensions of a particle,
21   on multiple particles, in order to make an
22   assertive and a definitive decision.
23       Q.   And one way to do that is to
24   analyze the aspect ratio of particles that
25   are 5 microns long or longer to determine

Page 332

1    both the mean aspect ratio and the outlier
2    aspect ratios, correct?
3        MR. CHACHKES:  Objection.
4        THE WITNESS:  As an analyst,
5    once you have the thing in the TEM,
6    you'd like to collect as much data as
7    possible.  And, yes, a way as
8    described in my report to determine
9    the population of aspect ratios
10   represented in your sample is to make
11   multiple measurements, yes.
12   QUESTIONS BY MR. FINCH:
13       Q.   I believe you said that you
14   have met Ann Wylie but you couldn't pick her
15   out of a crowd; is that correct?
16       A.   Correct.
17       Q.   Have you communicated with her
18   in any way about your work in this case?
19       A.   No.
20       Q.   Have you submitted -- well, let
21   me ask you this:  Is your expert report in
22   this case, Exhibit 2, been peer-reviewed?
23       A.   No.
24       Q.   Do you intend to submit it to
25   any peer-reviewed journal?

Page 333

1        A.   It would not be appropriate.
2        Q.   Why not?
3        A.   Because it's simply an analysis
4    of reports.  It's nothing worthy of a
5    peer-review journal.  It's not -- it's not
6    appropriate.
7            Peer-reviewed journals are for
8    fundamental research, which this is merely a
9    report that critiques something else.  Just
10   as I would not ever submit my review of a
11   paper as a peer-review article.
12       MR. FINCH:  Can I have the next
13   document?
14       (Dyar Exhibit 24 marked for
15   identification.)
16   QUESTIONS BY MR. FINCH:
17       Q.   Let's mark this as 24.
18           Do you rely on US Geological
19   Survey's Mineral Commodity profiles for
20   anything, any aspect of your work?
21       A.   No.
22       Q.   Do you agree that the US
23   Geological Survey is a reputable source if
24   one is looking to identify what the US
25   Geological Service considers asbestos to be?

84 (Pages 330 to 333)

Melinda Darby Dyar, Ph.D.

Page 334

```
 1          MR. CHACHKES:  Objection.
 2          THE WITNESS:  I haven't
 3      researched that, so I don't actually
 4      have a good answer for that.
 5   QUESTIONS BY MR. FINCH:
 6      Q.    You cited to a publication by
 7   Wylie and Virta in your expert witness
 8   report, correct?
 9      A.    That's correct.
10      Q.    And were you aware that's the
11   same Virta who wrote the USGS Mineral
12   Commodity profile "Asbestos" in 2005, by
13   Robert L. Virta?
14      A.    Apparently that's the case.
15      Q.    And do you agree with me that
16   the US Geological Survey Mineral Commodity
17   profile for asbestos is the United States
18   government's definition of what constitutes
19   asbestos from the perspective of the geology
20   scientists that work for the USGS?
21          MR. CHACHKES:  Objection.
22          THE WITNESS:  You know, you've
23      just given me a 56-page document, and
24      we have a very short time left.  I'd
25      be happy to use it to evaluate this
```

Page 335

```
 1      document, but I can't answer your
 2      question without actually reading this
 3      document.
 4   QUESTIONS BY MR. FINCH:
 5      Q.    Does tensile strength have
 6   anything to do with determining whether what
 7   you see under a microscope is a cleavement
 8   fragment -- a cleavage fragment or an
 9   asbestos bundle?
10      A.    So I believe we established
11   earlier that the definition of a fiber
12   includes the qualifier that it has to be
13   flexible and have high tensile strength, and
14   that's the definition which is ubiquitous
15   across many different sources.
16      Q.    Is there any peer-reviewed
17   publication that you know of that tells you
18   how to measure tensile strength in an
19   asbestos fiber or bundle which is 20 microns
20   long or less?
21      A.    Well, let's recall that my role
22   here is to assess the methodology used by
23   Drs. Longo and Rigler, not the methodology
24   that they didn't use.
25          So I have no opinion on that
```

Page 336

```
 1      because I didn't research that particular
 2      area.
 3      Q.    Would you agree with me that
 4   ISO 22262-1, ISO 22262-2 and the Yamate
 5   document on which you rely don't have any
 6   techniques or methodologies for measuring
 7   tensile strength in order to characterize
 8   something as asbestos or not?
 9      A.    All of those documents define
10   fibers as having high tensile strength, and
11   they give guidelines for different analytical
12   tools that can be used to characterize
13   different characteristics of particles, but
14   they don't give -- they're not intended to be
15   exclusive.
16          So, no, I'm not aware that
17   those documents include information on how to
18   do that.  Perhaps there's an ISO 66, whatever
19   it is, 4, that will pursue that.
20      Q.    Turn to Table 11 of exhibit --
21   whatever this next one is.
22      A.    In what?
23      Q.    24, the Virta US Geological
24   Survey.
25      A.    I'm sorry, page what?
```

Page 337

```
 1      Q.    Page 14, Table 11.
 2      A.    Uh-huh.
 3      Q.    Properties of asbestos fibers.
 4      Do you see that?
 5      A.    I see.
 6      Q.    All right.  There is -- it
 7   lists essential composition, crystal system.
 8      Do you see that?
 9      A.    Uh-huh.
10      Q.    Is that a yes?
11      A.    I do see that.
12      Q.    Okay.
13      A.    The list.
14      Q.    And then there's a -- there is
15   a discussion -- there is a description of
16   flexibility at the bottom, right?
17      A.    Yes.
18      Q.    There's also a discussion or
19   description of tensile strength about
20   two-thirds of the way down the chart, right?
21      A.    There are measurements -- or
22   there are numbers reported there, yes.
23      Q.    All right.  Would you agree
24   with me that tremolite asbestos is described
25   as having poor flexibility as compared to
```

Page 338

1    crocidolite, chrysotile or amosite?
2         A.    Let's see here.  I have no idea
3    without reading the paper what this means.
4    You're taking this table and asking me to
5    interpret it completely out of context.
6              Just because something has poor
7    flexibility doesn't mean that it's not
8    flexible, and the definition is that it has
9    to be flexible.
10             In fact, the numbers indicated
11   here for tensile strength indicate that these
12   things are flexible.
13        Q.    Well, isn't it true that the
14   tensile strength is measured in thousand
15   pascals?
16        A.    It is reported in thousand
17   pascals, according to this chart.
18        Q.    Right.
19             And, for example, tremolite and
20   anthophyllite -- let's start with
21   anthophyllite.  That's 27,000 pascals or
22   less, right?
23        A.    That's what it says here.
24        Q.    And that is -- and then
25   actinolite is 6,000 pascals or less, correct?

Page 339

1              MR. CHACHKES:  Objection.
2              THE WITNESS:  That's what it
3    says here.
4    QUESTIONS BY MR. FINCH:
5         Q.    And tremolite is 6800 to
6    55,000, correct?
7         A.    That's what it says here.
8         Q.    Would you agree with me that
9    the low range for tensile strength for
10   tremolite asbestos is two orders of magnitude
11   less than the tensile strength for the low
12   end of crocidolite?
13        A.    According to these numbers,
14   yes, but I have -- would have to have more
15   time to review this document to determine
16   where those numbers came from and how
17   reliable they are.
18             It looks like some of those
19   come from studies that were done in the
20   1950s, and I would question the reliability
21   of those.
22             So that would be my response to
23   this.
24             And I would also go back and
25   say that quantification of tensile strength

Page 340

1    and flexibility was not done by Drs. Longo
2    and Rigler, and this document makes it clear
3    that it is possible.
4              So another method --
5    methodological flaw of this Longo and Rigler
6    report, which you've nicely given me the data
7    for, is that in fact it is possible to
8    measure tensile strength for these particles,
9    and Drs. Longo and Rigler did not do so.
10        Q.    Do you know if the tensile
11   strength measured in this document is from
12   microscopic particles or particles that are
13   large enough to see by the naked eye?
14        A.    Again, I've only looked at this
15   document for a total of three minutes.  I
16   have not had adequate time to either read
17   what the explanation says or to go back and
18   look at the references to determine the
19   particle sizes, so I can't answer that
20   question.
21        Q.    Can you point to a source that
22   you would consider reliable for what is the
23   minimum threshold for tensile strength to
24   characterize a given structure as asbestos or
25   not?

Page 341

1         A.    I believe I've already stated
2    in this deposition that I am not familiar
3    with the analytical techniques used to
4    measure tensile strength or flexibility
5    because I was -- they were not among the
6    methods used by Drs. Longo and Rigler, and my
7    job here was to assess the methodology.
8              So this whole issue is not
9    relevant to that particular documents --
10   those particular documents except as to say
11   they didn't measure this.  So...
12        Q.    Do you have any understanding
13   one way or another as to whether OSHA, the
14   Occupational Safety and Health
15   Administration, and MSHA, the Mine Safety and
16   Health Administration, regulate fibrous talc
17   as asbestos?
18             MR. FROST:  Objection.
19             MR. CHACHKES:  Objection.
20             THE WITNESS:  I know nothing
21   about that.
22   QUESTIONS BY MR. FINCH:
23        Q.    Do you know whether or not IARC
24   considers fibrous talc to be an asbestiform
25   mineral?

Page 342

1    MR. FROST:  Objection.
2    MR. CHACHKES:  Objection.
3    THE WITNESS:  I don't recall
4    seeing that in the IARC documents I
5    read, but my focus in these documents
6    was to assess methodology.  It
7    wasn't -- it wasn't to consider talc
8    itself.
9    QUESTIONS BY MR. FINCH:
10   Q.    I notice you don't have any
11   criticism of Dr. Longo and Rigler's
12   conclusions of the particles they find that
13   are fibrous talc; is that correct?
14   A.    I didn't consider them.  I
15   considered only the question of methodology
16   as it relates to the presence or absence of
17   asbestiform minerals.
18   Q.    So the methodology they
19   followed to determine the presence or absence
20   of fibrous talc was not a subject of your
21   work or analysis in this report in this case,
22   correct?
23   MR. CHACHKES:  Objection.
24   THE WITNESS:  Talc is not a
25   regulated asbestos mineral and,

Page 343

1    therefore, I did not consider the
2    information in the report relating to
3    it.
4    MR. FINCH:  Time.  Stop.  Off
5    the record.
6    VIDEOGRAPHER:  Off the record?
7    MR. FINCH:  Off the record.  I
8    want to go off the record.
9    VIDEOGRAPHER:  The time is
10   6:13 p.m.  Off the record.
11   (Off the record at 6:14 p.m.)
12   VIDEOGRAPHER:  The time is
13   6:22 p.m.  Back on record.
14   (Dyar Exhibit 25 marked for
15   identification.)
16   QUESTIONS BY MR. FINCH:
17   Q.    Good evening, Professor Darby
18   Dyar.  We're back on the record after a short
19   break.
20   I'm going to put what's been
21   marked as Exhibit 25 in front of you.
22   I believe you agreed with me
23   earlier today that tensile strength can be
24   measured in pounds per square inch?
25   A.    So when we were looking at the

Page 344

1    USGS report, we saw that those were the units
2    that were used, yes.
3    Q.    Well, the units that were used
4    were pascal joules in the USGS report.
5    What I also ask you:  Isn't it
6    true that pounds per square inch can be a
7    measurement of tensile strength if you're
8    stretching a material as opposed to squishing
9    a material?
10   MR. FROST:  Objection.
11   THE WITNESS:  Not as far as I
12   know.
13   QUESTIONS BY MR. FINCH:
14   Q.    This is the document from a
15   textbook.  This is the article by Badollet
16   cited by the Virta article, "Asbestos:  A
17   Mineral of Unparalleled Properties," that
18   describes the physical properties of
19   asbestos.
20   Do you see that?
21   A.    Yes.
22   Q.    And it's got the tensile
23   strength of the various -- of the six
24   different regulated varieties of asbestos
25   measured in pounds per square inch.

Page 345

1    Do you see that on page 237 at
2    the -- at the second --
3    A.    Well, the first thing I see is
4    that this paper was written 67 years ago,
5    which would make me doubt the accuracy of
6    these measurements, with all due respect to
7    this individual.
8    Q.    Would you --
9    A.    But I'll take a look at
10   page 237.
11   Q.    Yeah.
12   A.    That's --
13   Q.    Tensile strength.  They have a
14   measurement in pounds per square inch of the
15   tensile strength of chrysotile, amosite,
16   anthophyllite, crocidolite, tremolite and
17   actinolite.
18   A.    That's a very weird
19   measurement, but that's what they give here,
20   yes.
21   Q.    Okay.  And then on Table 7 at
22   page 241, am I correct that they compare the
23   tensile strength of various varieties of
24   asbestos to other types of material?
25   A.    You know, this is a pretty long

Melinda Darby Dyar, Ph.D.

Page 346

1   document, and I've only had it in my hand for
2   two minutes.  If you give me a while, I could
3   read this.
4           There is a table that says
5   comparison of tensile strengths, but --
6       Q.   Comparison of tensile strengths
7   of various materials.  Table 7, type of
8   material for cotton fiber, the tensile
9   strength is 73,000 to 89,000 pounds per
10  square inch.
11          Do you see that?
12      A.   I see this table, but again, I
13  would doubt these measurements given that
14  they are 67 years old.
15      Q.   Okay.  Do you agree with me
16  that tremolite asbestos has a substantially
17  lower tensile strength than wrought iron,
18  ingot iron, carbon steel, piano steel wire,
19  cotton fiber?
20      A.   I agree that's what this
21  67-year-old document says, but again, I would
22  question this source and ask for more modern
23  measurements.
24      Q.   Do you have any more modern
25  measurements of the relationship between the

Page 347

1   tensile strength of tremolite asbestos as
2   compared to something like wrought iron?
3       A.   Again, let's return to the
4   point that my goal was to review the
5   methodology in this report.  And since
6   Drs. Longo and Rigler did not consider the
7   topic of flexibility or tensile strength in
8   their report, then I've not studied this and,
9   therefore, cannot render an opinion on this.
10      Q.   On page 243, Figure 35, what
11  does that say that is?
12      A.   Electron micrograph, amosite
13  asbestos times 15200.
14      Q.   And can you put this on the
15  videotape?  Just --
16          VIDEOGRAPHER:  So if you put it
17  on the Elmo, it's going to record it.
18          MR. FINCH:  Oh, it's getting
19  recorded.  Okay.  I thought that was
20  the case, but...
21  QUESTIONS BY MR. FINCH:
22      Q.   So the authors of this are
23  calling this amosite asbestos?
24          MR. FROST:  Objection.
25          THE WITNESS:  That's what the

Page 348

1   label says in the paper, yes, but I --
2   again, I have called into question a
3   document that's 67 years old.  It's
4   probably more.  It was probably
5   written 68 years ago.
6   QUESTIONS BY MR. FINCH:
7       Q.   67 years ago the United States
8   was able to develop a hydrogen bomb, correct?
9           MR. FROST:  Objection.
10          THE WITNESS:  That's correct.
11  QUESTIONS BY MR. FINCH:
12      Q.   Just because technology is old
13  doesn't mean it's -- just because science is
14  old doesn't mean it's outmoded, correct?
15          MR. FROST:  Objection.
16          THE WITNESS:  I don't -- I'm
17  not going to render an opinion on
18  that.
19  QUESTIONS BY MR. FINCH:
20      Q.   Well, you study rocks found on
21  the moon and Mars, right?
22      A.   As part of my research, yes.
23      Q.   When is the last time anybody
24  put a man on the surface of the moon?
25      A.   50 years ago.

Page 349

1       Q.   Over 50 years ago?
2       A.   Uh-huh.
3       Q.   You -- am I correct that your
4   annual salary as a professor is approximately
5   $125,000 a year?
6       A.   Salaries at Mount Holyoke
7   College are not publicly available, so I
8   don't know where you got that information,
9   and I'm not comfortable indicating my salary.
10      Q.   Okay.  How does your
11  compensation that you've been paid by Johnson
12  & Johnson for this report compare to your
13  annual salary from your full-time job as a
14  professor?
15      A.   At the present time, it's hard
16  to say.  I have not been doing this very
17  long, so it's hard to say.
18          And I would also note that I am
19  also employed as a senior scientist at the
20  Planetary Science Institute in Tucson,
21  Arizona, and I receive a considerable
22  proportion of my salary from that
23  organization as well.
24      Q.   How does the -- in percentage
25  terms, how does the compensation that you've

Melinda Darby Dyar, Ph.D.

Page 350

1    been paid by Johnson & Johnson in the past
2    four months compare to your total
3    compensation from other sources on an annual
4    basis?
5            MR. CHACHKES:  Objection.
6            THE WITNESS:  It's certainly
7        less than my total compensation from
8        other sources.
9    QUESTIONS BY MR. FINCH:
10       Q.    Is it 50 percent of your total
11   compensation from other sources?
12       A.    I actually don't know.
13           My income varies with the
14   number of research grants I have and the
15   number of hours I charge to them, and so it's
16   hard to give a precise answer to that
17   question.
18       Q.    Have you ever been given a
19   research grant by the United States
20   government to study whether or not there is
21   asbestos in any material?
22       A.    No.  Not that I recall.
23           (Dyar Exhibit 26 marked for
24       identification.)
25

Page 351

1    QUESTIONS BY MR. FINCH:
2        Q.    Last exhibit, I believe,
3    Exhibit 26.
4            Doctor, Professor Darby Dyar,
5    Exhibit 26 is Johnson & Johnson Consumer
6    Companies Worldwide Specification describing
7    the methodology for the analysis of powdered
8    talc for asbestiform minerals by transmission
9    electron microscopy.
10           Have you ever seen this
11   document before?
12       A.    No, sir.
13       Q.    Under TEM analysis, you agree
14   with me that what they're talking about here
15   is analyzing talc for asbestiform minerals,
16   right, by TEM?
17           MR. CHACHKES:  Objection.
18           THE WITNESS:  In the 30 seconds
19       since I was handed this document, I
20       have hardly had time to even read the
21       title.  But the title says, "Analysis
22       of Powdered Talc for Asbestiform
23       Minerals by Transmission Electron
24       Microscopy."
25

Page 352

1    QUESTIONS BY MR. FINCH:
2        Q.    Under Section 13.0, TEM
3    analysis.
4            Do you see that?
5        A.    I see that section, yes.
6        Q.    Do you agree with Johnson &
7    Johnson's definition of fiber?
8            MR. CHACHKES:  Objection.
9            THE WITNESS:  I have defined
10       fiber in my report with a very
11       specific definition which has lots of
12       agreement in -- both in my literature
13       and in government documents.
14   QUESTIONS BY MR. FINCH:
15       Q.    My question was:  Do you agree
16   with Johnson & Johnson's definition of
17   asbestos fiber as found in Exhibit Number 27
18   {sic}?
19           MR. CHACHKES:  Objection.
20   QUESTIONS BY MR. FINCH:
21       Q.    26.  Or 26, I think.
22       A.    So this is not the same
23   definition that I use, but on the other hand,
24   I have not had time to read this document.  I
25   don't know what the context of this document

Page 353

1    is.
2            I know nothing about this
3    document and would certainly need more time
4    than the remaining ten minutes to render an
5    opinion on this particular document.
6        Q.    Okay.  Suffice it to say you
7    have not compared the methodology followed by
8    Drs. Longo and Rigler to determine whether or
9    not there is asbestiform minerals in talc
10   with the procedure set forth in Johnson &
11   Johnson's TEM 7024 standard?
12           MR. CHACHKES:  Objection.
13           THE WITNESS:  I believe that we
14       have established that I have no
15       information and have not reviewed
16       documents relating to anything having
17       to do with Johnson & Johnson testing
18       procedures because that was not my
19       mandate.
20           My mandate was to evaluate the
21       methodology used by Drs. Longo and
22       Rigler.
23   QUESTIONS BY MR. FINCH:
24       Q.    Did you bring any books or
25   materials with you today?

89  (Pages 350 to 353)

Melinda Darby Dyar, Ph.D.

Page 354

1    A.   Me personally, no.
2    Q.   Did the lawyer for Johnson &
3  Johnson bring books or materials that you
4  have relied upon as part of your work in this
5  case that are -- some of which might be
6  sitting on the floor behind you today?
7    A.   I know that he brought copies
8  of my two books.
9    Q.   Okay.  Can we just get the
10 two -- your two books, just so I can see --
11 have a picture of them on the record?
12       MR. CHACHKES:  Technically
13 they're mine, I purchased them, but I
14 can hand them out.  Just a second.
15       MR. FINCH:  It's an interesting
16 copyright law question as to who has
17 the ultimate ownership --
18       THE WITNESS:  Yeah, you can buy
19 your own so I can get the royalties.
20       MR. CHACHKES:  Yeah, this is --
21 just for the record, this is -- I
22 purchased this off of Amazon used, so
23 it's -- it might be marked.  I don't
24 know.
25

Page 355

1  QUESTIONS BY MR. FINCH:
2    Q.   Okay.  Mineralogy and Optical
3  Mineralogy.  This is the book that you wrote
4  with Dr. Gunther in 2008 that I showed you an
5  excerpt of.
6       VIDEOGRAPHER:  You want to put
7  it on the Elmo?
8       MR. FINCH:  Sure.
9       THE WITNESS:  Correct.  It
10 actually took us a decade to write
11 this book, but it was published in
12 2008.
13 QUESTIONS BY MR. FINCH:
14   Q.   Okay.  And what's the other
15 book that you're an author of that you
16 brought with you?
17       MR. CHACHKES:  Counsel brought.
18       THE WITNESS:  Geostatistics
19 Explained, which is listed on my CV
20 and referenced in the report.
21 QUESTIONS BY MR. FINCH:
22   Q.   This is the -- one of the
23 references that you rely upon for your
24 statistical analysis set forth in the
25 discussion of the population, correct?

Page 356

1    A.   I don't actually rely on it.  I
2  cite it because I happen to be familiar with
3  it.  But the statistical tests in the report
4  are commonplace and can be found in any
5  introductory statistics textbook.
6    Q.   Did you bring anything else
7  with you to the deposition today?
8    A.   No.
9    Q.   Anything else related -- I
10 mean, obviously you brought yourself.  I
11 assume you brought a cell phone or something.
12       But did you bring anything that
13 you reviewed or relied upon as part of your
14 work in this case to the deposition today?
15   A.   Other than the documents that I
16 already referred to?
17   Q.   Yes.
18   A.   No.
19   Q.   You're almost done.
20       The question pending was:  Did
21 you bring anything that you reviewed or
22 relied upon as part of your work in this case
23 to the deposition today.
24       And you asked me, "Other than
25 the documents I already referred to?" and my

Page 357

1  qualification was "yes."
2       Other than the documents that
3  you've already referred to, did you bring
4  anything else with you today?
5    A.   No.
6    Q.   All right.  Are there any
7  materials you rely on that are not either
8  cited in your expert report or included in
9  your reliance list that is attached to the
10 back of your expert witness report?
11   A.   No.
12       MR. FINCH:  All right.  That's
13 all the questions I have at this time.
14       MR. CHACHKES:  I have a few
15 questions.  We don't have to take a
16 break.
17       CROSS-EXAMINATION
18 QUESTIONS BY MR. CHACHKES:
19   Q.   Mr. Finch keeps referring to
20 you as Ms. Darby Dyar.
21       Do you have a graduate degree?
22   A.   I do.  I have a graduate degree
23 from MIT.  And my last name is Dyar.  Darby
24 is my middle name.
25   Q.   Professor Dyar, why are you

90  (Pages 354 to 357)

Melinda Darby Dyar, Ph.D.

Page 358

1  qualified to critique the Longo and Rigler
2  expert report?
3      A.    So my qualifications for
4  reviewing this report are outlined in this
5  particular -- in my report, but among them I
6  have a Ph.D. from MIT.  I spent a year as a
7  post doc at Cal Tech.  I have been in
8  academia for nearly 40 years and have taught
9  mineralogy at least 20 times.
10          I've written more than 250
11  papers that were published in peer-reviewed
12  scientific literature.  I've reviewed
13  hundreds of scientific documents in keeping
14  with the standards of my profession.  And
15  I've worked on dozens of papers involving
16  amphibole mineralogy and serpentine
17  mineralogy.
18      Q.    And have you received any
19  awards in the field of geology and
20  mineralogy?
21      A.    I have.  I've been honored to
22  become a fellow of the Mineralogical Society
23  of America, the Geochemical Society, and the
24  Geological Society of America.
25          I have also received national

Page 359

1  and international awards in recognition of my
2  research excellence, including the Shoemaker
3  award from NASA, the Gilbert award from the
4  geological society, the Holly medal from the
5  Mineralogical Society of Canada, and the
6  Helmholtz award from the German space agency,
7  among others.
8      Q.    Can you talk about your
9  experience with analyzing minerals with PLM?
10      A.    So I first started using PLM as
11  an undergraduate in 1978, which is 41 years
12  ago, and I've used PLM every year since then.
13  I've taught courses in the use of a
14  polarizing light microscope.
15          It's a routine tool used by me
16  whenever I look at a rock for the first time.
17  I drag out the PLM and take a look at the
18  sample.
19      Q.    Can you talk to -- about your
20  experience with analyzing minerals using
21  visual inspection with a TEM?
22      A.    So, much of my research in the
23  past two decades has involved the field of
24  biomineralization, which is the interaction
25  of microbes in minerals.  And in that

Page 360

1  research, it is necessary to use a TEM to
2  make visual examination of the interactions
3  between the microbes and the minerals.
4          So I'm intimately familiar with
5  these analyses myself and have supervised
6  many undergraduate and graduates' theses that
7  use TEM.
8      Q.    And could you talk about your
9  experience with analyzing minerals using
10  SAED?
11      A.    So in most cases when we
12  analyze something, when we take an image of
13  something with a TEM, we almost always do
14  SAED if it's possible to get a good pattern.
15          And so SAED patterns also
16  figure in my biomineralization research
17  prominently as well as in my teaching.  I
18  should say that TEM and X-ray diffraction in
19  various forms are part of a typical topics
20  covered in a mineralogy course, and certainly
21  I would have covered them in my 20 mineralogy
22  courses.
23      Q.    And can you talk about your
24  experience with analyzing minerals using EDS?
25      A.    So EDS is the poor stepsister

Page 361

1  of the more accurate gold standard for
2  mineral analysis, which is electron probe
3  microanalysis.  The two techniques use
4  exactly the same fundamental underlying
5  phenomena, they just have different
6  detectors, which is why EDS is not very
7  sensitive.  Electron probe microanalysis is
8  extremely sensitive.
9          So, in fact, when I was a
10  graduate student, I was involved in a lot of
11  analytical technique development for
12  electron-based measurements of chemistry, and
13  these have evolved into these two different
14  tools.
15          So I was involved not just at
16  the ground floor of these methods, but there
17  are now things that I use routinely in my
18  research, in particular electron probe
19  microanalysis, because it is much more
20  accurate than EDS.
21      Q.    And to what degree do you
22  routinely use these tools and techniques that
23  have been mentioned with reference to your
24  published papers?
25      A.    So I strive to have 100 percent

91 (Pages 358 to 361)

Melinda Darby Dyar, Ph.D.

Page 362

1  of the research I do culminate in the
2  publication of a paper in a peer-reviewed
3  journal. So all of these techniques are used
4  prominently in my 250 and counting
5  scientific, peer-reviewed papers.
6      Q.   Tell us some of the
7  qualifications you have to critique
8  methodologies for detecting asbestos, in
9  particular.
10     A.   So there's nothing special
11 about asbestos. It's a mineral. Amphibole
12 is amphibole, and the distinction between the
13 many different varieties and species in the
14 amphibole group are very minor. So there's
15 nothing particularly special about analyzing
16 these materials. They're just minerals.
17     Q.   Do you have experience
18 analyzing amphiboles?
19     A.   I think I've written at least
20 20 or 30 papers about amphiboles using many,
21 many different analytical techniques.
22     Q.   What, if anything, is there
23 about asbestiform amphiboles that make them
24 more or less of a challenge in terms of
25 microscopy techniques that we've been talking

Page 363

1  about today?
2      A.   Nothing in particular. The
3  only challenge would be that sometimes the
4  particle sizes are too small to be resolved
5  with a polarizing light microscope, and you
6  might need to use other techniques in those
7  situations.
8          MR. CHACHKES: No further
9  questions.
10         REDIRECT EXAMINATION
11 QUESTIONS BY MR. FINCH:
12     Q.   251 peer-reviewed papers; is
13 that what you said, Doctor?
14     A.   You know, that number changes
15 almost daily. I don't actually know what it
16 is right now.
17     Q.   All right. Ballpark 300, plus
18 or minus?
19     A.   Oh, it's definitely not 300.
20 I'm not that fast.
21     Q.   Okay. And I apologize for
22 calling you Professor Darby Dyar. I will --
23 I thought your name was Darby Dyar, so I
24 apologize for that, ma'am.
25     A.   Thank you.

Page 364

1      Q.   Professor Dyar, of your 250 --
2  you would agree with me 250-plus
3  peer-reviewed papers, right?
4      A.   Correct.
5      Q.   Not a one of them are addressed
6  to the subject of how to identify asbestos in
7  talcum powder, correct?
8      A.   Correct.
9      Q.   Not a one of them is on the
10 subject of how to identify asbestos in bulk
11 materials, correct?
12     A.   Literally that is correct, but
13 let's remember that I use the techniques that
14 are used to identify asbestos in talc
15 routinely, and those are figured -- are
16 featured prominently in many of my papers.
17     Q.   You've never published a
18 peer-reviewed paper where the subject of
19 paper is how to identify asbestos in any
20 substance, correct?
21     A.   Correct.
22     Q.   How much time do you spend in a
23 laboratory on an annual basis analyzing
24 materials to determine if they do or do not
25 contain asbestiform asbestos minerals?

Page 365

1      A.   Very little, but I probably
2  spend 3,000 hours a year in a laboratory
3  using all of the same techniques that are
4  used to identify asbestos in talc.
5      Q.   Very little. Is that less than
6  ten hours?
7      A.   Probably.
8          MR. FINCH: No more questions.
9          MR. CHACHKES: That's it.
10         VIDEOGRAPHER: Okay. Stand by,
11 please. One second. Remove your
12 microphones.
13         The time is 6:45 p.m. This
14 completes today's deposition.
15         Off the record.
16 (Deposition concluded at 6:45 p.m.)
17         - - - - - - -
18
19
20
21
22
23
24
25

92 (Pages 362 to 365)

Melinda Darby Dyar, Ph.D.

Page 366

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, M. Darby Dyar, Ph.D. was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
Notary Public
Dated: April 3, 2019

Page 368

ACKNOWLEDGMENT OF DEPONENT

I,_____, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
M. Darby Dyar, Ph.D.            DATE

Subscribed and sworn to before me this _____ day of _____, 20 _____.
My commission expires: _____

Notary Public

Page 367

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it. You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 369

- - - - - - -
ERRATA
- - - - - - -
PAGE  LINE  CHANGE/REASON

____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____

Melinda Darby Dyar, Ph.D.

Page 370

```
 1          -------
            LAWYER'S NOTES
 2          -------
 3     PAGE  LINE
 4     ____  ____  _____
 5     ____  ____  _____
 6     ____  ____  _____
 7     ____  ____  _____
 8     ____  ____  _____
 9     ____  ____  _____
10     ____  ____  _____
11     ____  ____  _____
12     ____  ____  _____
13     ____  ____  _____
14     ____  ____  _____
15     ____  ____  _____
16     ____  ____  _____
17     ____  ____  _____
18     ____  ____  _____
19     ____  ____  _____
20     ____  ____  _____
21     ____  ____  _____
22     ____  ____  _____
23     ____  ____  _____
24     ____  ____  _____
25
```

Golkow Litigation Services - 877.370.DEPS

Melinda Darby Dyar, Ph.D.

**A**

**aberration**
274:21
**aberrational**
274:16 275:1,6
**ability**
41:7,13 163:15
   275:3 366:9
**able**
117:24 152:14
   176:2 178:5
   183:5 188:12
   190:10 195:12
   196:7 213:25
   215:16,25
   216:8 233:8,16
   237:17 251:19
   253:12 255:25
   305:18 348:8
**absence**
84:18 124:22
   342:16,19
**absolute**
325:13
**absolutely**
30:20 130:6
   138:22 182:14
   269:3
**abundance**
277:3
**abundances**
182:6
**academia**
358:8
**academic**
53:9 222:20
   295:12
**accept**
288:4
**acceptable**
190:1
**accepted**
125:10 188:21
   189:16
**access**
51:3

**accessories**
288:14
**accessory**
96:18 97:2
   113:23 163:20
   164:6 215:3
   288:9 301:4,15
   301:17
**accreditation**
53:14
**accredited**
53:4,8,10
**accumulate**
324:14
**accuracy**
84:5 298:24
   299:7 345:5
**accurate**
149:23 163:16
   229:16 233:23
   275:17 305:8
   361:1,20
   367:18
**accurately**
125:4,21
**achachkes**
2:16
**acknowledged**
299:9
**acknowledgm...**
368:1
**acquire**
141:7 143:10
**acquisition**
326:4
**actinolite**
79:3 89:20
   91:19 140:16
   145:13 151:2
   173:16 174:20
   319:16 338:25
   345:17
**action**
279:2 366:12,13
**activity**
43:13

**actual**
226:21 235:2,6
**add**
192:22
**added**
226:15
**addition**
102:22 111:3
   165:9
**additional**
27:7 77:7
   166:18 180:12
**address**
12:10,15,24
   46:12 157:3
   255:18
**addressed**
364:5
**adequate**
340:16
**adirondacks**
191:18
**adjusts**
209:3
**administer**
9:14
**administration**
341:15,16
**admittedly**
214:19
**advanced**
52:9
**advantage**
111:5
**advisement**
38:13
**aerially**
175:22
**affect**
75:4 275:2,23
   276:5
**affiliated**
52:25 122:9
**affirm**
225:2
**affirmative**

19:5
**affirmed**
67:11
**afternoon**
161:15 213:16
   308:13
**age**
9:18
**agency**
47:21 68:2 99:3
   359:6
**ago**
53:17 98:21
   120:9 153:7
   193:8 233:20
   345:4 348:5,7
   348:25 349:1
   359:12
**agree**
63:25 64:24
   68:11,23 70:22
   81:24 84:10
   85:4 94:8
   96:16 99:19
   100:2,15
   103:13 106:22
   107:4,4 109:2
   110:13,20
   111:13,18
   112:6,11
   113:22 114:1,4
   114:25 124:14
   128:5 130:22
   131:4 132:20
   133:3 134:21
   155:19 163:18
   167:24 170:15
   171:2,14,24
   177:22 178:8
   178:18 181:13
   182:24 184:11
   184:23 206:22
   206:25 208:20
   208:23 210:16
   210:18 211:25
   215:19 230:9

233:6 239:9
   240:5 242:6
   247:19 253:21
   255:10 266:7
   266:12,17,25
   276:16 289:21
   291:15 301:3
   302:3 312:23
   313:25 314:5
   314:12,18,19
   316:11 318:16
   325:7 333:22
   334:15 336:3
   337:23 339:8
   346:15,20
   351:13 352:6
   352:15 364:2
**agreed**
260:1 343:22
**agreement**
7:24 352:12
**ah**
251:2 281:9
   284:21 300:17
**ahead**
27:17 231:15
   242:10
**air**
4:16,18,19
   49:11,20 61:14
   135:18
**airborne**
4:23 67:23
   135:21 136:10
**al**
4:24 5:13,17
   93:14 185:4
   292:25
**alabama**
2:5 102:18
**alamos**
52:11
**alex**
2:16 8:25 285:4
**alice**
102:9,12 174:7

Melinda Darby Dyar, Ph.D.

**align**
40:11
**alignment**
208:17
**allen**
2:3
**allow**
84:5 182:10
196:19 236:18
270:24
**allowed**
193:1
**allows**
85:8,10 181:14
196:14,21,22
234:25
**alluding**
160:9
**alpha**
291:8
**altered**
174:18
**aluminum**
155:8
**amazon**
354:22
**ambient**
4:19
**ambiguity**
209:18 210:12
**ambiguous**
137:12 204:16
**america**
122:9 177:10
358:23,24
**american**
49:1 145:21
241:1
**amherst**
12:12 52:13
**amosite**
91:19 194:12,18
194:23,24
338:1 345:15
347:12,23
**amount**

178:19 196:17
275:20
**amounted**
208:1
**amounts**
56:16,22 100:19
163:19 164:6
181:5 272:14
276:18
**amphibole**
5:3,7 64:16 83:9
89:16 90:23
91:18 92:3,6,9
93:10,15 94:4
94:25,25 95:15
96:6 101:12,22
107:9 111:9,14
111:17 137:12
147:13,15
150:24 151:1,5
151:10,21
173:16 194:13
217:1,11,21
218:3 219:21
226:23 228:5,6
228:7 231:21
240:14,23
286:4 294:8,12
295:1 302:21
303:8 319:3,18
320:1,4,7,12
320:16,21,25
322:8,18,19,22
324:11,22,24
325:2,5 358:16
362:11,12,14
**amphiboles**
44:18 45:1 86:9
89:19 90:11
94:19 111:6
140:13 173:24
204:16 219:16
219:25 227:2
240:10 256:20
256:24 257:10
259:2 261:24

262:2 295:5
322:3 362:18
362:20,23
**analogs**
319:15
**analyses**
58:25 72:20
121:7 157:6
158:5 169:18
193:20 228:24
228:25,25
231:4 247:16
249:3 291:13
297:22 360:5
**analysis**
5:1,15 6:7 30:23
32:10 33:8,18
39:3,12 49:2
60:9 63:9
64:16 65:13
66:2 69:1,1,2
83:11 106:16
116:14 121:12
125:6 126:15
126:16,17
127:1,23 128:1
128:2,16,21,24
129:1 132:5,6
136:1,14,18,19
136:21 137:9
137:20 138:4
138:19,20,25
141:13 142:5
145:3,25 146:2
150:13 156:2
169:17 171:15
177:2,18 178:6
179:4,7,13,18
186:23 187:21
188:23 191:6
192:11 193:6,9
193:21,25
194:3 195:16
197:6,7,8,9,25
200:21 202:3
203:1,25

204:14,15,17
204:18 207:22
207:24 232:22
240:25 245:11
246:12,17,22
248:9 275:7
277:9 278:2
281:23 295:18
295:24 305:2
311:1 323:6
325:22 326:5,5
333:3 342:21
351:7,13,21
352:3 355:24
361:2
**analyst**
40:2,14,21 41:6
41:16 64:10
86:18 119:15
125:13 126:4
127:5 137:3,18
196:5 207:15
208:12,24
244:17 255:14
273:5 321:6
324:9 332:4
**analysts**
41:25 129:22
158:15 211:1
245:12 249:14
249:20 253:8
254:7,8 255:2
255:12,13
272:22,24
278:2 292:13
305:22 317:5
325:4 331:11
331:12
**analytical**
52:21 131:16
146:17 165:12
166:13 172:4
195:10 203:17
265:2 336:11
341:3 361:11
362:21

**analyze**
7:9 23:6 24:12
41:8 51:7
56:21 59:14
66:10 101:19
103:15 106:3
106:24 117:9
117:10,14,18
118:14 120:20
123:18 125:14
126:4 127:7
128:14 135:16
167:20 168:1
168:20 171:11
181:8 186:1
187:22 188:25
189:8,19,19
195:22 228:21
229:5,6,15
254:10 258:4
258:13 260:18
263:23 269:17
272:22,24
331:24 360:12
**analyzed**
17:8 23:5 39:23
48:7 51:19,23
57:21,22,23
58:11 59:18
78:4 86:8,20
102:5 106:7
121:14 131:12
205:13 226:20
247:22 257:17
273:18 281:2
331:9
**analyzes**
101:24 124:16
325:23
**analyzing**
16:24 17:21
23:25 43:23
54:4,8,12 55:6
56:2 64:9
66:12 69:8
70:2 73:8 78:1

Melinda Darby Dyar, Ph.D.

104:5 108:1
119:8 130:11
137:7 154:2,14
170:18 193:11
194:3 195:22
201:7 215:15
221:21 237:21
265:5,9,17
268:19,25
285:24 295:7
306:19 307:11
323:9,11
324:16 329:6
351:15 359:9
359:20 360:9
360:24 362:15
362:18 364:23
**angle**
119:11 209:21
209:23 244:12
**angles**
196:9 200:12
211:16 219:23
**angstrom**
235:20 236:14
237:16
**animal**
44:6,7
**ann**
19:16,17 83:7
330:13 332:14
**annex**
130:20 131:25
134:22
**announced**
173:22
**anns**
330:17
**annual**
349:4,13 350:3
364:23
**answer**
10:18 30:11
36:25 37:10,18
55:10 70:4
76:23 80:16,23

82:12 95:20
99:1 102:3
109:9 124:3
162:18 163:15
164:15 165:5
185:15 188:18
188:19 198:14
219:11 220:18
232:4 253:13
267:9,10,12
268:7 275:10
276:10 277:19
317:1 334:4
335:1 340:19
350:16
**answered**
85:19 314:23
**answering**
55:1 268:22,25
**answers**
219:8 276:14
368:5
**anthony**
253:22
**anthophyllite**
79:2 89:21,22
89:23 90:4,9
90:18 91:5,15
91:19,23,24,25
93:22 94:9,9
94:17 95:5,23
112:19 114:5
114:17 115:2
124:7 130:25
140:17 145:13
158:13 159:23
181:4 185:10
185:14 206:20
206:23 207:1,5
207:11 212:2
212:13,17
217:13 240:6
241:19 245:15
245:20 247:2
247:21 248:15
250:9,16 251:4

251:9,15
252:10 253:24
255:12 280:19
285:6,17 287:7
289:11,16
319:16 338:20
338:21 345:16
**anybody**
348:23
**anybodys**
159:6
**anyones**
192:12
**apologize**
363:21,24
**apparati**
238:1
**apparatus**
234:24
**apparent**
86:10 212:3
**apparently**
107:11 227:6
334:14
**appear**
32:17 247:1
287:8
**appearance**
187:1 274:23
**appearances**
4:3 8:12
**appearing**
207:12
**appears**
20:1 59:2 156:7
156:13 162:6
180:11 208:13
225:17
**applications**
71:13 214:3,22
**applied**
106:14 304:12
**applies**
187:9
**apply**
70:14

**appropriate**
34:1 57:3 59:5
106:3 125:23
132:5 142:25
143:1 147:15
149:7,15,25
152:4,16 158:7
208:1,4 240:22
264:2 323:6
333:1,6 367:6
**approved**
29:9 93:11
**approximate**
226:22
**approximately**
7:6 150:6
204:12 349:4
**april**
1:8 6:10 8:4
36:16,18
366:19
**apropos**
329:13
**area**
40:23 42:2
47:10,10
256:19 257:8
258:25 274:1
336:2
**areas**
32:9 125:23
304:1
**arent**
211:23 289:4
**argonaut**
88:6 174:23
177:3,18
**arguing**
321:17
**arizona**
349:21
**arps**
1:14
**arrangement**
182:17
**array**

208:16 219:5
**art**
42:6,21,21 43:1
**article**
144:4 146:10
333:11 344:15
344:16
**articles**
47:4
**articulated**
54:19 115:17
125:19 127:22
**artifacts**
145:17
**asbes**
51:20
**asbestiform**
6:8 19:6 78:22
79:14 84:6
95:17 99:10
108:22 111:6
111:16 138:12
138:12 139:13
139:14 173:18
174:19 185:3,8
185:11 187:11
187:15 188:6
189:20 194:14
197:2 262:1,6
263:21 269:25
293:1,3,6
295:9,17 296:4
303:8 310:9
311:2 318:9,18
319:3,14
321:17 322:3
323:23 324:10
325:5 328:23
331:6,14
341:24 342:17
351:8,15,22
353:9 362:23
364:25
**asbestos**
4:20,23 5:4,9
6:12,13 17:22

Melinda Darby Dyar, Ph.D.

17:22 18:25
19:7 20:12
24:1,12 35:5
46:14 47:1,6
47:12,17,23
48:5,10,16,23
49:2,10,15,20
49:24 50:3,8
51:16,21 54:1
54:5,9,13,17
55:8,11 56:3,5
56:8,17,22
57:21 58:1,4,7
58:9,12,14
59:16 60:11
62:5,10 63:2
63:13 64:5,6,9
64:16 65:3,21
66:12 67:24
69:3,8 70:3,16
70:24 71:3,14
71:17,23 72:9
72:25 73:9,21
74:14,15 76:9
76:10 78:16,17
78:19 79:7
81:3,7 82:9,23
83:12,20 84:13
85:9,14,16
86:5,10,12
89:17,18,21
90:4,18,20,24
91:5,7,12,23
93:24 94:5,10
95:11,16 97:14
97:22 98:5,10
99:20,25 100:4
100:10,19
101:19,20
103:7 106:25
107:2 108:2,6
110:16,22
111:23 112:7,8
112:14,19,20
113:9 114:5,17
115:2,2,13

118:16 123:6
123:10,14,19
124:5,16,20
125:16 126:6
127:8,10 128:1
128:14,15
129:2,4 130:1
130:5 131:1,21
132:7,14,16
133:6,8,15,17
133:23 134:4,5
134:10,12
135:17,21,23
136:2,7,11,23
136:24 137:22
138:2,20
144:17 146:2
146:15 158:13
158:23 159:22
159:23 160:22
171:16,21
173:24 180:24
181:24 184:24
187:5 193:12
193:17 194:3,5
195:7,22
196:20 197:12
197:13 198:3
198:11,19
200:19 201:24
202:4 204:20
206:20,23
207:11 212:3
214:2 215:18
215:21 216:5
217:15,19
219:2 221:22
227:10,19
228:9,12 231:8
231:10,21
232:23 233:8
233:23 243:24
244:23 258:6
260:6 261:3
262:10,12
263:21 264:15

264:24 265:5,9
265:18 266:9
266:14,19
267:2,8,17,22
267:25 268:3,5
268:9,15,21
269:2,8,11,23
270:8,16,25
271:19 272:3
272:11 273:6
275:3,22 276:3
291:15 292:14
294:20,22
295:9 296:4,12
296:14,19,25
297:2,9,17
298:15,22
302:13,14
303:14 304:13
305:9 306:23
307:11 308:2
309:4 310:8
314:20 315:12
316:15 317:7
317:25 320:7
320:16,25
322:23 325:2
329:6 330:21
331:6 333:25
334:12,17,19
335:9,19 336:8
337:3,24
339:10 340:24
341:17 342:25
344:16,19,24
345:24 346:16
347:1,13,23
350:21 352:17
362:8,11 364:6
364:10,14,19
364:25 365:4
**asbestoscontai...**
74:5 132:9,22
133:10,12
134:1 135:8,9
273:7

**asbestosrelated**
99:11
**asia**
170:10
**aside**
77:10 221:13
**asked**
16:15,17,21
21:22 22:1
25:4 47:20
57:10 69:24
74:22 75:2
76:19 85:18,20
98:17,18
113:16 115:14
120:8 124:2
159:13 194:25
216:6 232:7
253:3 258:2,8
258:12 263:19
264:5 273:11
297:11 314:22
356:24
**asking**
30:2,4 115:21
118:14 230:17
267:23 287:5
338:4
**asks**
10:13
**aspect**
72:16 82:21
83:4 183:16,19
183:21,23
184:1 185:17
185:20 186:6
186:25 187:8
187:13,16,23
189:19 193:21
193:23 217:17
218:19 221:25
261:18 267:16
269:16,24
270:3 315:20
316:19 317:21
318:22 319:19

320:3,5,9,13
320:22 321:2
321:10,21
322:10,15,20
323:12,21,25
324:4,6,16,19
324:25 325:20
325:23 326:10
327:3,7,7,11
327:15,18
328:2 329:1,6
329:7,12,16,18
331:24 332:1,2
332:9 333:20
**aspects**
187:4
**assemblages**
114:8 164:2
191:1
**assertion**
113:15 226:13
248:2 253:17
**assertions**
252:1
**assertive**
331:22
**asserts**
104:16 185:6
**assess**
76:1 255:2
335:22 341:7
342:6
**assessing**
54:16 101:8
249:13
**assessment**
83:3 179:1
193:18,24
**assign**
253:7
**assigned**
142:2 248:1,24
252:23 253:2
**assignment**
252:16,20
**assignments**

Melinda Darby Dyar, Ph.D.

313:8
associate
145:20
associated
140:12 326:3
associates
5:22 6:1 214:19
 221:17 222:10
 223:5 224:10
 225:15 227:18
 228:23 257:6
 258:14
association
93:13
assorted
207:12
assume
13:23 144:22
 231:2 260:15
 263:17 330:11
 330:11 356:11
assumed
276:13 291:7
assuming
99:21 109:16
 211:22 271:12
 271:13
assumption
305:1
assumptions
231:18,24
astm
49:6
asymptotic
322:5
atem
89:14
atoms
181:19,22
 182:18 200:7
 200:10 209:9
attached
6:19 22:25
 313:3 357:9
 367:11 368:7
attempted

207:25 297:16
attempting
297:8
attended
222:9,14
attention
51:12 103:24
 147:12 249:11
 273:23
attorney
366:11,12
 367:15
attorneys
29:14
author
20:2 49:1,6,13
 49:18,22 59:9
 59:10 101:24
 355:15
authored
47:8
authors
75:2,18 144:11
 144:25 153:17
 153:19 155:20
 159:24 175:12
 347:22
available
35:18,20 60:2
 102:23 160:8
 263:11,15
 327:11 349:7
avenue
2:12
average
217:17 321:10
 321:19,20,21
 321:24 322:19
 323:12 324:4,5
 329:7
award
359:3,3,6
awards
358:19 359:1
aware
24:8 51:15 68:4

73:19,24 74:9
74:13,19 94:3
95:14 99:8,13
102:13 104:21
105:4 108:19
128:10,16
135:6 174:13
184:21 217:4
310:1,12,14,20
310:24 311:5
311:13,14,18
311:24 316:18
316:21 334:10
336:16
axes
70:8 199:18
 243:20 244:1
 245:3 259:13
 261:9 264:12
 269:14,15
axis
69:14 72:19
 115:24 116:13
 136:14 200:11
 200:13,20
 201:5 202:2,25
 203:10,19
 207:23,24
 208:9,17
 211:12,20,24
 219:23 260:5
 263:13

**B**

b
22:25 140:15
 155:4 185:2
 186:14,15
 312:20 316:6
ba
42:24
baby
17:16 18:1 19:2
 19:9 44:14
 69:18 77:15,17
 87:25 96:21

103:7 113:6,7
166:25 220:25
231:6 232:9
bachelors
42:20
back
13:14 22:25
 26:11 48:1
 51:13 54:18
 55:19 60:22
 61:2 64:13
 66:9 86:22
 96:17 121:25
 126:8 139:10
 161:12,16
 189:1 204:23
 212:18 213:13
 213:17 225:19
 227:8 253:7
 256:9,12
 295:14 302:5
 303:7,20
 308:10 317:2
 317:18 319:22
 321:8 325:16
 328:9,13
 339:24 340:17
 343:13,18
 357:10
background
80:23 169:3,10
 279:1 287:23
 288:13,17
 293:12
backup
32:24 33:4
 88:20 230:10
 246:4 278:13
backward
224:5
backwards
238:5 250:21
 281:8
bad
179:25 241:18
badollet

6:14 344:15
ballpark
363:17
bank
2:13
barely
222:25
based
7:10 97:24
 100:7 112:12
 125:22 130:1
 140:14,19,20
 142:1 145:20
 157:10 158:8
 158:10,14
 159:4 162:6
 172:3 179:7
 188:5 213:22
 215:15,20
 231:17 248:15
 292:9,15,18
 294:2 295:18
 322:12
bases
25:7
basic
120:3 124:9
basically
28:4 30:5 41:12
 151:8 201:20
 274:21
basing
140:25
basis
11:15 54:4,8,12
 141:1 150:23
 151:8,14
 160:13 165:19
 187:25 193:6
 199:9,21
 210:23,25
 211:6,8 214:7
 216:14,19
 231:18 247:4
 277:14 295:12
 317:22 318:22

331:17 350:4
364:23
**basketball**
312:21
**bates**
165:18 166:5
**beam**
150:14 209:10
**bear**
18:19 62:9
110:15 174:23
**bearing**
225:7
**beasley**
2:3
**beasleyallen**
2:4
**beginning**
24:15 28:16
73:6 303:18,22
**begins**
319:9
**behalf**
8:22 9:1,4,9,21
15:16 20:13
21:5 28:24
29:15
**believe**
14:3 16:8 19:17
24:7 27:13
76:22 84:16
87:18,19 89:2
93:8 101:5
108:17 124:1
133:9 136:2
182:3 184:15
192:14 205:4
205:14 210:19
221:10 232:19
240:8 252:19
273:2,8 290:14
313:19 325:12
326:1,14
332:13 335:10
341:1 343:22
351:2 353:13

**belong**
240:20
**belongs**
187:14
**belt**
156:10 162:8
163:11
**bend**
79:25
**bending**
252:1
**best**
21:9 83:5
107:16 128:2
138:21 182:19
195:16 318:7
366:9
**better**
32:24 39:24
41:20 60:10
**beyond**
114:22
**bias**
75:4 172:8
252:20
**biases**
323:22
**biddle**
2:19 9:4,7
**big**
119:3 125:17
175:21 271:12
**bigger**
271:6
**bill**
68:5
**billed**
15:22 29:20
36:3
**bills**
13:21 14:1
27:14,18
**biological**
43:13
**biologist**
43:17,20

**biomineraliza...**
359:24 360:16
**bit**
21:24 26:2
70:10 91:22
212:9 218:1
**black**
174:23 282:11
282:13,17
**blahblahblah**
203:18
**blocky**
173:20
**bloss**
201:16
**blount**
5:8 101:9
102:10,14
106:10,15,20
106:23 107:5
107:15,18
108:10,14,16
108:19 109:11
111:3 174:7
272:3,9 273:18
274:5,9
**blounts**
102:25 103:4
107:7
**bnsf**
123:2
**body**
43:14
**bomb**
348:8
**book**
20:8 147:6,24
148:19,24
167:16,19
181:12 184:16
189:10 201:9
201:17,17
218:14 240:12
355:3,11,15
**books**
201:14 353:24

354:3,8,10
**bother**
166:7
**bottles**
248:7
**bottom**
123:23 125:1
150:18 179:22
210:5,6 226:8
238:4 245:18
247:11 280:12
331:3 337:16
**box**
331:13
**boy**
186:15 197:20
250:2 296:9
**break**
26:6,9,14 57:15
60:18 61:3
77:7 112:4
120:9,11
158:25 161:6
161:17,19
213:18 218:1
243:2,5 256:3
256:13 306:12
308:5 343:19
357:16
**breakdown**
30:17 50:21
255:11
**breaking**
213:4,7
**bredigite**
191:9 192:4
**brief**
82:2 259:10
260:9
**briefly**
77:10
**bring**
111:4 325:16
353:24 354:3
356:6,12,21
357:3

**broad**
214:4,9,23
215:2 216:20
217:9
**brought**
62:9 354:7
355:16,17
356:10,11
**buildings**
133:17
**builds**
137:14
**built**
5:9 309:5
**bulk**
4:17,18 49:10
49:16 56:5,11
62:5 63:2 64:5
65:4 131:20,23
133:7,22,24
134:1,3,4,9
135:18 171:15
273:7 364:10
**bullet**
124:25
**bundle**
111:22,24
178:15 184:16
184:21 185:3,9
185:11,14,22
187:2 196:6
227:2 293:23
297:24,24
313:6,17 314:6
314:8,20,21
316:23 317:24
317:24 335:9
335:19
**bundles**
49:3 101:20
111:7,14
184:12,13,22
184:24 185:7
226:25 292:13
294:8,12 295:9
296:5,15,22

312:18,24
313:1,21,25
314:15 316:2
**bureau**
51:16,20
**buried**
249:9
**business**
12:10 53:12
**butcher**
50:11 153:18
**buy**
354:18

**C**

c
2:1 140:16
150:12 157:24
186:9 316:6
319:21 322:13
324:5
**cal**
358:7
**calcite**
66:6
**calcium**
115:25 117:1
173:17 191:12
**calciumbearing**
218:4
**calculate**
81:21 141:7,9
142:6 234:21
327:3,11,18
**calculated**
140:22 141:3,12
143:12 209:23
304:4,10
328:25
**calculations**
28:1 125:22
143:4,15 247:8
329:2
**calibrated**
53:15 234:24
**call**

21:11 39:2
68:12 74:23
155:20,21
314:3
**callan**
254:10
**called**
10:12 14:20
59:21 61:4
68:25 105:3
106:9 109:17
118:17 144:21
173:2 236:12
310:5 314:2
348:2
**calling**
292:13 347:23
363:22
**calls**
73:25
**camera**
234:21,23 235:5
235:11,14,23
236:12,12,12
236:22,23
237:13 238:1,3
238:10,14,17
239:11,13
**campbell**
1:16 292:25
311:10 366:3
366:17
**campion**
18:13
**campions**
34:3,17
**campus**
2:22
**canada**
359:5
**canadian**
225:7
**cancer**
6:10 8:15 10:4
43:25 62:24
96:10 99:4

103:2 160:22
**cancers**
99:11
**cant**
7:24 51:23
73:13 80:18
87:21 109:9
160:16 164:14
171:24 176:4,9
176:22 180:15
185:14 188:4
215:9 219:15
228:4 237:12
238:6 253:16
255:18 262:22
268:8 289:21
314:3 335:1
340:19
**capable**
124:17
**caption**
140:21 155:24
**capturing**
40:25
**car**
5:2
**carbon**
225:21 226:3
346:18
**carcinogenic**
44:15,20 45:2
**care**
3:4 9:12 53:22
**career**
48:9 50:15
51:25 62:2
67:2 292:4,11
292:17 294:7
295:13 297:16
**careful**
116:10 293:13
295:18 315:25
**carefully**
17:7 146:20
259:10 367:4
**carolina**

102:18
**carrie**
1:16 366:3,17
**caryl**
21:18,18 28:9
**case**
5:16 10:20,23
11:1,4 13:16
15:14 18:22
20:19 21:25
22:9 23:4,15
33:18 34:5
36:22 38:7
56:4 62:14
68:16 102:4
122:5,11
131:10,18
132:17 153:9
156:16,19
169:20 215:2
215:12 231:8
232:7 243:12
249:18 250:11
277:6 286:19
287:7 289:1
297:12,25
305:18 322:2
328:19 330:16
332:18,22
334:14 342:21
347:20 354:5
356:14,22
**cases**
1:7 15:18 19:21
23:19 62:24
63:20 67:7
74:4 160:22
165:20 283:8
304:22 360:11
**categorize**
137:11
**causation**
4:14 22:20
**cause**
43:24 96:9
99:10

**cell**
43:17,20 356:11
**cement**
133:15
**center**
51:2 52:23,24
**centrifugate**
303:9
**centrifuge**
303:5
**certain**
165:17 169:16
**certainly**
26:23 71:1 80:2
82:6 85:25
86:9 105:2,24
108:3 115:8
117:12 124:21
134:25 139:7
141:23 146:20
174:19 176:4
181:11 198:15
201:17 205:24
237:9 242:5
243:7 257:24
301:6,9,16
330:17 350:6
353:3 360:20
**certainty**
320:2,8 321:1
**certificate**
366:1
**certified**
1:17 366:3,4,18
**certify**
366:4,7,10
368:4
**cetera**
136:15,15 198:3
198:4 199:2,3
220:17,17
299:10,10
**chachkes**
2:16 4:6 7:14
8:25 9:1 10:16
11:2 16:11

Melinda Darby Dyar, Ph.D.

25:22 26:3,10
26:25 30:1,8
31:9,25 32:11
33:19 34:9
36:23 37:7,17
38:12 41:1
46:15 57:12,18
68:6 71:8 74:7
74:17 76:15
83:2 91:9 94:1
95:13 96:1
100:20 103:20
105:14 109:6
109:25 110:18
112:2 113:11
115:3 120:8,14
120:25 132:24
141:19 158:18
159:1,10,14
160:2,15,24
163:4,22 164:9
168:10 170:6
175:1,14 176:8
179:9 180:19
186:11 191:23
197:17 208:2
213:2,8 214:12
215:5 216:2,23
217:23 220:9
221:7 223:13
223:16 224:25
226:1 229:2,17
230:12 231:15
231:22 233:1
233:10,25
234:13,19
238:20 239:16
242:13 243:1
244:3 246:7,11
246:14 248:18
252:13 253:10
256:4 257:21
258:17 259:7
260:24 261:19
263:3,7 282:8
282:18,20

284:4,12,19
293:25 294:15
296:8 300:12
302:23 306:7
306:13 310:10
311:4,18 312:2
312:13 323:14
327:20 329:9
332:3 334:1,21
339:1 341:19
342:2,23 350:5
351:17 352:8
352:19 353:12
354:12,20
355:17 357:14
357:18 363:8
365:9
**chain**
104:3 249:10
**chainofcustody**
103:23
**challenge**
362:24 363:3
**chance**
19:16 189:14
**change**
207:9 212:5
274:23 283:3
285:16 288:16
369:3
**changes**
209:5 363:14
367:10 368:6
**changing**
296:21
**chapter**
147:24 149:12
181:11 184:16
**characteristic**
145:14 315:12
**characteristics**
65:16 78:21
184:18 315:14
316:1,13
318:19,20
319:21 336:13

**characterize**
152:1 336:7,12
340:24
**characterized**
82:9,22
**charge**
48:2 258:7
350:15
**charging**
145:17
**chart**
245:19 337:20
338:17
**check**
28:4 243:3,5
**checking**
36:11
**checks**
14:11
**chemical**
5:14 72:1 83:21
83:25 84:11
90:15 94:17,20
95:6,7 124:19
125:5,14 126:5
127:8,15,19
128:15,21
129:2,8,12,13
129:15,18,24
130:4 131:6
137:6,9,21
138:3 145:24
146:2 149:20
149:23 151:5
152:1,13,17
156:17 158:5
177:17 179:4,7
179:15,18
181:8 194:4,6
194:9 195:6,13
197:6,14
217:13 228:24
260:18
**chemically**
207:5 218:2
**chemistries**

92:4
**chemistry**
39:6,8 116:5,23
116:24 123:23
131:12,13,15
138:15 149:15
149:19 207:4
240:23 267:10
267:11 361:12
**chemrisk**
311:17 312:8
**chestnut**
12:12
**chicago**
52:10
**china**
17:20 19:8 87:9
87:17 170:5
192:18,20
248:9
**choose**
125:3 155:5
232:3
**choosing**
151:1
**chris**
21:18
**christopher**
28:9
**chronological**
224:5
**chronology**
87:14
**chrysotile**
79:3 133:14,16
137:14 145:14
173:24 207:20
338:1 345:15
**citation**
299:4
**citations**
79:10 202:7
245:5
**cite**
49:8 80:8
139:24 142:23

199:16 205:20
213:24 356:2
**cited**
17:10 77:11
101:5,9 108:20
110:25 119:22
140:4 160:6
165:25 189:2
330:17 334:6
344:16 357:8
**cites**
109:3
**city**
48:19
**claims**
131:3 174:3
**clarify**
51:8
**class**
222:9,14 297:5
**classes**
222:2,3,6,12
**classified**
173:18 204:16
**clear**
24:21 141:14
192:14 237:12
238:16 246:8
269:4 316:17
316:17 340:2
**clearly**
54:20 132:17
287:19,23
288:8 291:3
**cleavage**
178:15 291:23
292:2,5,9,10
292:14,16
293:9,12,15,23
294:6 298:2
310:7 316:23
317:25 335:8
**cleavement**
335:7
**cleveland**
21:12

Melinda Darby Dyar, Ph.D.

clifton
174:25 175:4
clinical
153:13
close
139:17
closest
291:8
clump
216:5
coating
145:16
coauthor
59:7 153:3
coauthors
153:2
code
254:22
cohen
2:11
coincide
279:11
colgatepalmol...
122:14
collaborated
46:7
collaborations
76:7
colleague
69:22
collect
332:6
collected
191:17 200:15
college
42:22 45:24
53:2 349:7
color
254:22 279:1
283:4,5 288:17
colors
278:21 279:3
287:1,3,22
288:16
column
144:25 145:8,8

227:9
com
1:23 2:4,8,12,16
2:20,21 3:2,7
combination
115:16 233:5
264:18 270:11
combine
197:5
combined
72:19 115:24
come
14:11 26:11
32:19 34:7
44:7 45:14
46:2 71:21
83:17 139:17
168:2 201:14
226:25 255:25
339:19
comes
17:4 216:21
300:2,4
comfortable
349:9
coming
156:6,8 218:23
260:22
command
142:11
commencement
366:4
commencing
1:15
comment
18:17 105:25
176:22 180:14
234:5
commented
18:15
comments
31:20 33:17
317:10
commerce
2:4
commercial

62:5 63:2 64:5
65:4 132:10
133:24 134:4
180:2 230:1
commission
368:17
committee
8:23
commodity
6:11 333:19
334:12,16
common
112:7 192:24
202:8,16
218:11 225:20
244:6
commonly
140:4
commonplace
356:4
communicated
332:17
communicatio...
32:2 34:12
companies
6:15 122:10
351:6
company
14:20 28:25
122:24 123:17
173:2 227:5,21
237:25 310:4
companys
257:14
compare
78:2 131:22
305:25 345:22
349:12 350:2
compared
204:18 209:22
273:19 276:21
277:12 337:25
347:2 353:7
comparison
346:5,6
comparisons

306:1
compensated
13:22 14:19
compensation
349:11,25 350:3
350:7,11
compile
253:14
complaint
237:11
complete
208:7
completed
191:6
completely
53:10 235:24
239:17 274:2
338:5
completes
365:14
complicated
92:4
complies
204:10 235:10
composed
313:2
composition
72:3 94:22
127:15,20
129:8,14,15,18
129:25 137:6
137:21 139:9
140:25 141:8
141:10 145:1
145:15 148:14
148:15,17
149:20,23
152:1 156:18
156:23 179:15
181:8 194:4,6
194:10 195:6
195:13 197:7
197:15 219:7
260:18 269:5,6
291:20 337:7
compositions

84:8 125:5
140:23 142:3,6
142:12 143:11
145:10 148:12
199:1
comprehensive
240:25
computer
210:9
concentration
226:22 233:9
298:15
concentrations
84:21 272:2
concern
137:13 171:9
173:25 174:10
concerning
47:9
conclude
239:12,12 253:4
269:11 278:24
288:9
concluded
99:9 319:25
320:6,15,25
322:22 325:1
365:16
concludes
179:6,11
concluding
211:7,8
conclusion
71:22 104:4
163:2,12
179:15 180:23
210:25 216:14
248:22 298:20
329:4,11
conclusions
17:14 22:9
27:25 34:7,16
78:3 105:10
140:23,25
147:2 175:13
190:11 201:22

Melinda Darby Dyar, Ph.D.

243:21 257:19
258:14 260:1
263:6 325:20
342:12
**conclusive**
188:4
**condition**
209:12
**conditions**
208:18 287:3,20
**confer**
31:1,6,12 33:7
33:12
**confidence**
190:10 197:11
262:15
**confirm**
115:25 127:20
139:12 158:22
183:10 239:6
**confirmation**
243:25
**confirmed**
231:9 262:10
**confirming**
138:1 156:15
200:18
**conflicts**
75:3
**confused**
193:5
**confuses**
176:18
**confusing**
278:9
**conjectural**
239:18
**conjecture**
252:19
**conjunction**
71:19 85:7
268:1
**connection**
13:16 15:17,25
19:21 20:4,18
23:19 27:9

31:2,7 34:4
35:5 38:6
66:21 84:14
103:1 161:22
227:25
**consider**
31:23 43:20
80:12 81:9
115:8 165:13
229:14 256:17
257:2 278:6
291:23 306:5
340:22 342:7
342:14 343:1
347:6
**considerable**
11:22 349:21
**considerations**
317:11
**considered**
81:12 321:16
342:15
**considers**
333:25 341:24
**consist**
188:15 205:11
**consisted**
248:6 257:15
**consistent**
79:7 82:23
125:15 130:4
137:22 156:16
157:6 179:8,16
179:19 190:19
197:13 206:1
217:15,19
219:1 240:9
244:23 253:23
255:3 316:14
328:22
**consistently**
79:11 265:12
292:8
**consists**
203:17
**consolidate**

11:24
**constant**
24:22 234:10,22
234:23 235:5
235:14,24
236:17,23
237:13 238:10
238:14,17,24
239:13,20
**constants**
238:1,3
**constitutes**
293:14 334:18
**constrain**
79:21 151:19
**constraints**
156:5,22 196:16
215:11
**consult**
67:3
**consultant**
33:21 48:19
**consulting**
11:22 122:4,8
122:14,17,20
122:23 123:2
**consumer**
6:15 14:16
351:5
**contact**
44:8 46:2
**contacted**
13:13 15:16
21:4,7,8 28:8
**contain**
54:5,9,13 100:4
100:18 108:2
114:2 148:3
154:16 163:25
164:5 167:6
191:11 214:2
215:18 221:13
221:22 291:22
364:25
**contained**
17:22 27:15

48:5,16,23
50:3 57:21
58:14 88:25
113:8 131:24
155:11 176:5
229:11 292:2
**containers**
5:2
**containing**
132:23 133:16
154:12
**contains**
22:8 50:7,25
54:17 55:7
56:3 57:25
108:3 115:13
123:6,10,14,19
133:8 179:14
263:21 269:22
270:8
**contaminant**
112:8 162:24
173:14
**contaminants**
221:23
**contaminated**
97:13,21 98:4,9
99:9 104:14
106:25 112:19
113:22 114:5
114:17 115:1
**contamination**
105:21 181:25
256:21,24
257:10 259:2
**contemporane...**
231:3
**content**
5:7 60:10
101:12 262:11
**contents**
147:23
**context**
83:6 152:5
176:15 180:11
188:20 206:12

228:19 229:22
230:9,18
262:21 299:1
338:5 352:25
**continue**
7:12 192:23
**continuous**
90:15
**contract**
28:24 29:4,7,15
**contracted**
67:25
**contrasting**
272:18
**contributed**
58:24 59:5
**contributor**
49:14,19,23
**convention**
143:9
**conventional**
303:25 304:5,10
**conversation**
21:20
**cook**
18:13
**copies**
25:23 27:13
61:9 167:16
300:13 354:7
**copy**
22:24 25:12,25
26:6,24 27:1,4
27:14 225:21
225:24 226:3
331:2
**copyright**
354:16
**cores**
174:23
**corporate**
18:7
**correct**
10:21 11:9,11
11:12 13:1,23
13:24 14:2

Melinda Darby Dyar, Ph.D.

| | | | | |
|---|---|---|---|---|
| 15:21,23 18:16 | 148:1,7 150:4 | 293:21 294:13 | 12:22 | **counts** |
| 18:23 19:25 | 150:9,10,15 | 294:21 295:25 | **corroborate** | 205:8 226:21 |
| 20:9,10 22:5,6 | 151:6 152:2 | 296:7 298:15 | 109:18 238:12 | **couple** |
| 22:10 23:22 | 153:20,24 | 298:16 302:22 | **cosmetic** | 12:4 16:5 89:1 |
| 24:7 28:6,12 | 154:4,22 | 304:11 306:19 | 5:7 101:12 | **course** |
| 28:13 29:15,16 | 155:17 156:3 | 306:20,23 | 174:2,4,8 | 42:25 48:9 |
| 30:24 35:25 | 157:21,25 | 307:1 309:23 | 224:22 225:6 | 50:14 67:2 |
| 36:1 38:8 39:5 | 160:23 162:1 | 313:17 314:14 | 227:22 231:12 | 78:25 113:25 |
| 39:11,14,22 | 164:8 165:10 | 315:4,5 316:4 | **cotton** | 120:3 164:22 |
| 40:4,13,19,20 | 166:8 167:13 | 316:7 317:16 | 346:8,19 | 171:7 197:21 |
| 41:10,22,23 | 169:7 170:5 | 319:23 320:20 | **couldnt** | 207:2 267:8 |
| 42:3,6,7,22 | 175:13 176:10 | 321:22,23,25 | 19:18 138:15 | 270:19 271:21 |
| 43:5,6,8,15 | 179:17,23,24 | 322:1 323:10 | 146:21 197:1 | 294:24 323:5 |
| 44:20 49:11,12 | 180:2 183:7,8 | 323:13 324:17 | 198:3 332:14 | 360:20 |
| 57:8 59:4,13 | 183:25 184:2,3 | 324:20 326:15 | **council** | **courses** |
| 59:18,22 62:6 | 185:24 186:13 | 326:21 327:12 | 3:4 9:12 | 359:13 360:22 |
| 62:16 63:3,16 | 187:23,24 | 327:19 328:4,9 | **counsel** | **court** |
| 64:19 65:18,21 | 188:7 192:13 | 331:7 332:2,15 | 2:14,23 3:4,9 | 1:1 9:14 10:15 |
| 66:4,13,19 | 192:21 193:22 | 332:16 334:8,9 | 10:20,22 27:2 | 11:10 25:19 |
| 69:15,19 71:7 | 194:4 195:8,17 | 338:25 339:6 | 31:13 32:21 | 35:5 48:14 |
| 71:17,18 75:1 | 195:18,23 | 342:13,22 | 37:9 355:17 | 55:20 165:8,20 |
| 76:24 77:19 | 196:10 199:20 | 345:22 348:8 | 366:11,12 | 166:3 367:19 |
| 81:22 86:15 | 200:8,21 | 348:10,14 | **count** | **courtroom** |
| 88:21 89:8 | 202:14 205:22 | 349:3 355:9,25 | 46:9 229:12,12 | 10:9 180:8 |
| 91:16 92:1 | 207:17 214:5 | 364:4,7,8,11 | 237:18 263:2 | **courtrooms** |
| 94:16 95:4,8 | 216:1,13,18 | 364:12,20,21 | 298:25 299:8 | 24:10 |
| 99:22 101:3,14 | 221:6,9 222:5 | 368:5 | 302:13 304:5 | **cover** |
| 101:20,25 | 225:16 227:5 | **correction** | 327:1,12 328:8 | 147:23 |
| 102:20 105:13 | 228:10,22 | 275:13 | 328:17 | **covered** |
| 105:25 106:10 | 232:10 233:24 | **corrections** | **counted** | 295:1 360:20,21 |
| 106:11,16,18 | 238:9,19 | 89:1 125:23 | 58:18 299:1,9 | **cprlaw** |
| 107:19,22 | 239:14 241:19 | 274:21 367:4,7 | 323:20 327:7 | 2:12 |
| 108:16 109:14 | 241:20 244:2 | 368:6 | **counting** | **create** |
| 113:9,19,20 | 249:25 251:5 | **corrective** | 67:10 218:20 | 189:25 |
| 116:16,17,20 | 252:12,14 | 274:16 275:1 | 282:20 298:14 | **created** |
| 116:24 117:4 | 258:6 259:6 | **correctly** | 298:18,21 | 11:15,17,21 |
| 117:15 118:10 | 261:9,10,12 | 65:7,11 197:20 | 299:25 300:18 | 148:13,16 |
| 118:19 119:9 | 264:22 265:3,6 | 197:23 225:12 | 302:4,6 303:9 | 193:2 |
| 120:22 123:23 | 270:1 271:13 | 271:1 304:16 | 303:20,25 | **credibility** |
| 127:24 128:4 | 272:17 278:1,5 | 320:10,11 | 304:11 305:8 | 76:1 |
| 129:12 130:17 | 278:11,12 | **correspond** | 305:24 306:22 | **criteria** |
| 131:9 134:1 | 279:17,18 | 12:21 | 307:4,6,10 | 46:19 200:4 |
| 136:19,20,23 | 280:1,25 281:1 | **correspondence** | 308:1,2 316:1 | 203:24 217:22 |
| 137:7 138:17 | 281:24 282:7 | 5:18 103:5 | 362:4 | 218:20 219:17 |
| 141:18 143:16 | 283:1,13 285:7 | 175:20 | **countless** | 220:6,10 316:1 |
| 144:18 146:6 | 285:12 289:12 | **corresponds** | 63:7 | **criterion** |

193:14
**criticism**
70:15 107:21
238:8,15
342:11
**criticisms**
70:18 104:3
106:13 222:18
223:3
**criticize**
57:6 64:11
105:9 107:18
**criticized**
310:25
**criticizes**
106:19
**criticizing**
57:10 64:17
**critique**
358:1 362:7
**critiques**
333:9
**crocidolite**
91:20 338:1
339:12 345:16
**crossed**
76:13,16
**crossexaminat...**
357:17
**crosspolar**
290:5,6
**crossreferenci...**
227:13
**crowd**
19:19 332:15
**cryptic**
226:14
**crystal**
41:9 85:11
127:16 182:18
183:10 188:1
194:6 197:8,15
199:2,25
200:14,16
209:24 210:20
211:10,21

241:1,3,5
267:11 268:12
337:7
**crystalized**
60:2
**crystalline**
71:7 85:6
195:23 196:8
199:19 211:2
244:22
**crystallograp...**
202:17
**crystallography**
201:10,17 244:8
**crystals**
243:13
**culminate**
362:1
**cummingtonite**
89:24 92:1
93:21 94:16
95:5,10,22
96:9 240:7
**cupboard**
105:20
**curled**
286:20
**current**
24:20 77:12
240:9
**currently**
50:23 174:14
**curriculum**
167:23
**custody**
104:3 249:10
**customer**
174:12
**cut**
300:13
**cv**
22:24 27:14,19
46:10 355:19
**cyprus**
173:2,12 174:2
174:9,10,24

| **D** |
| --- |

**d**
1:13 2:7 3:14
9:17 22:19
42:8,9 43:4
200:4,6 238:24
239:6 240:2
241:3,13 358:6
366:5 368:12
**daily**
54:4 363:15
**darby**
1:12 4:11,13
8:11 9:17,25
15:4 22:17,19
61:5,5,9 88:18
89:11 101:2
147:8 161:15
213:16 256:14
308:13 343:17
351:4 357:20
357:23 363:22
363:23 366:5
368:12
**dark**
290:24
**dash**
65:23,24
**data**
7:6,10 59:5
66:10 87:18,20
100:8 113:5
125:12,24
126:3 127:6
128:12 129:10
130:12 131:7
131:22 137:4
137:18 138:6,9
139:3,16 140:7
140:10,12,15
140:19,20
141:16 142:1
143:5,19 146:5
148:8 149:4
151:17,23
152:13,17

155:5 156:1
157:24 158:22
165:12,22
166:13 171:4
179:22 180:25
181:1 191:5
200:2 218:8
230:10 238:19
239:14 245:23
246:4,8,13,15
246:18,24
247:6 250:5
253:18 255:4
258:16 260:20
305:15 324:14
326:14 327:1
327:10,18,22
332:6 340:6
**database**
218:14 241:2
**date**
1:16 8:4 93:18
247:16 366:8
367:9 368:12
**dated**
61:17 88:16,21
177:5 366:19
**dates**
225:9,10 247:11
**daubert**
4:14 22:20
189:15
**day**
36:17 260:4
368:16
**days**
277:1,7 367:15
**dbr**
2:20,21
**dc**
2:9 3:3 140:13
**de**
174:12
**deal**
58:21 207:20
**decade**

355:10
**decades**
359:23
**december**
35:22
**decide**
40:22
**decided**
11:23
**deciding**
40:17
**decision**
173:22 245:2
331:22
**declassify**
173:20
**decompose**
212:9
**decreasing**
320:3
**deem**
166:16
**deemed**
367:18
**default**
142:11
**defendant**
2:23 3:4
**defendants**
73:21 74:14
76:10
**define**
39:1 79:11,14
111:22 183:14
313:5 336:9
**defined**
78:20 111:23
129:4 228:16
236:25 314:16
352:9
**defining**
5:9 228:13
309:4
**definitely**
363:19
**definition**

Melinda Darby Dyar, Ph.D.

78:15,17 79:8
83:20 93:17
110:21 111:25
121:1 127:10
176:19 193:17
194:5 235:4
267:16 313:16
313:18 314:6
314:24 317:6
321:14,14
334:18 335:11
335:14 338:8
352:7,11,16,23
**definitions**
313:14
**definitive**
264:7 331:22
**definitively**
268:15
**deformed**
111:23
**degree**
43:1 107:15
320:2,8 321:1
357:21,22
361:21
**degrees**
41:14 42:5
**deliberately**
125:2 216:10
**demonstrate**
240:1
**dennis**
2:11 8:17
**denominator**
274:6
**densities**
107:14 108:5
301:11,13,15
301:18 304:7
304:15 305:12
307:1,13
**density**
108:8,18 306:18
**departments**
53:1

**depend**
55:9,10 188:19
247:22 275:5,7
**dependent**
298:25
**depending**
39:1 94:21
275:13
**depends**
82:13 130:18
169:13 190:7,8
190:9 261:21
277:2 299:8
302:14
**deponent**
8:10 368:1
**deposed**
10:14
**deposes**
9:20
**deposing**
367:14
**deposition**
1:12 4:11 6:19
7:2,12 8:6 10:6
10:12 13:17
14:24 20:16
21:1 22:18
23:14,18 24:5
24:16,20 37:3
37:6 103:1
112:1 128:7
189:15 214:20
245:3 247:25
248:21 305:25
308:16 309:22
309:23 326:2
341:2 356:7,14
356:23 365:14
365:16 367:3
367:12,16,17
**depositions**
24:2,4 244:25
**deposits**
102:16 174:21
174:25 175:5

175:22,24
221:2,3,12
252:4
**deps**
1:23
**derived**
174:17
**describe**
59:23 64:8
127:16 208:6
257:12 259:4
302:6
**described**
40:5 54:25 66:2
109:12 313:1
332:8 337:24
**describes**
23:24 24:18
38:5 40:10
80:9 101:17
107:23 303:5
344:18
**describing**
330:20 351:6
**description**
4:10 30:6
103:13 262:11
315:10,13
337:15,19
**design**
264:16
**designed**
66:1 135:9
264:23 265:1
**detail**
24:19 129:10
142:24
**details**
136:13 270:20
**detect**
48:10 233:8
275:3
**detected**
145:2 275:23
**detecting**
70:16 362:8

**detection**
63:9,13
**detectors**
361:6
**determination**
4:20 56:5 62:4
63:2 178:13
188:5,12
199:18 200:20
202:4 244:21
292:1 302:13
302:20 304:12
**determinations**
72:19 115:24
201:6 202:2
203:1,11
**determine**
24:1 44:8 46:13
47:1 48:4,15
48:22 50:2,7
54:4,8,12
57:24 58:5,13
59:16,19 60:9
60:13 64:3
65:2,20 66:11
70:23 71:2,6
71:10 73:9
81:21 84:12,17
85:5,8,11,13
86:5,18 101:21
109:22 110:3
113:8 115:12
116:4,6,23,25
118:15,18
123:5,10,14
124:6,11 125:4
125:15 127:13
129:6,11 130:1
131:14 132:15
133:7 134:11
135:16,23
136:7,22 137:5
137:21 138:4
139:8 143:4
154:3 167:21
168:22 171:16

171:20 182:11
182:21 183:9
186:6 188:10
189:20 193:10
194:2 195:20
196:19,21
198:10,18
216:6 221:21
238:3 256:19
256:23 257:9
258:5 259:1
264:24 265:21
265:23 266:8
266:13,18
267:7 268:20
269:1,22,25
270:7 275:21
276:2 277:10
295:8 297:8
305:9 316:21
318:8 331:12
331:25 332:8
339:15 340:18
342:19 353:8
364:24
**determined**
217:18 219:1
**determines**
116:1 195:5
303:25
**determining**
56:7 58:7 69:2
72:15 131:19
139:17 263:20
267:1,21,25
335:6
**develop**
348:8
**developed**
132:12
**development**
361:11
**deviation**
190:2
**deviations**
94:21

Melinda Darby Dyar, Ph.D.

Page 384

devise
264:6
devised
265:4
dgeier
2:12
diagnosis
187:25 188:4
diagnostic
181:20 200:1
    278:21 288:17
diagram
92:22
diameter
313:2
dichotomy
249:24
didnt
19:4 24:17
    34:25 58:12
    77:8 105:24
    106:13 107:17
    141:9 149:24
    165:13 166:7
    211:15,23
    249:10 253:6
    254:21,24
    267:18 276:11
    297:18 305:22
    307:4,6 335:24
    336:1 341:11
    342:14
difference
248:13 277:6,10
    277:12 290:19
differences
5:9 309:4
different
49:8 52:8,16
    55:1 65:19
    68:25 69:14
    70:8,11,23
    71:1 72:18
    82:18 87:24
    89:16 91:3,22
    108:5,9,11

110:14 118:2,4
119:25 120:21
121:8 136:14
143:3 148:4
196:9 197:5
198:22 199:14
203:25 209:20
210:14 211:16
211:24 216:1
220:22 241:21
242:2 243:12
243:13,20
245:12 259:12
261:9 267:16
271:4,16,17
274:20 282:21
283:3,6 286:16
286:21 287:2,4
288:9,22,24
289:20 290:2
300:2 301:5,7
301:10,13,15
301:17,18,21
304:2,4,9,14
304:15 305:11
305:11 306:4
306:25,25
307:12,13,21
335:15 336:11
336:13 344:24
361:5,13
362:13,21
differentiating
206:19
differently
53:10 283:23
287:8
differing
163:19 164:6
difficult
51:25 107:16
151:3 152:7
182:5 188:18
188:18 214:20
217:2 331:17
diffracted

39:20
diffraction
6:5 39:18 40:23
41:20 42:2
47:10,11 50:19
53:16 56:13
181:9,14,16,17
181:19,23
182:8,10,17,20
183:5,8 201:21
205:3,10
206:10,17
207:8 209:12
212:12 217:14
218:9 219:24
229:13 235:6
236:8 237:13
238:18 239:5
241:14,24
242:12,19
243:19 256:19
257:9 259:1
360:18
dimension
201:20 244:13
271:5
dimensions
40:2 41:8,12,19
82:7 178:12
184:6 196:23
198:6 199:24
200:1 213:1
219:4 270:5
271:22 295:19
318:7 331:20
diopside
190:20,21
diplomate
1:17 366:3,17
direct
9:23
direction
52:22 290:8,9
directions
40:3 41:14
    201:12 271:11

289:2
director
51:2 52:22
disabled
142:11
disagree
7:15 33:24
    99:19 100:3,15
    112:6 114:25
    115:4 325:8
disagreeing
128:9
disappearing
207:13
disciplines
110:14
disclosures
165:15 166:4
discriminate
319:2 324:9
    325:4,11
discriminating
325:15
discrimination
84:5
discuss
184:15 318:20
discussed
15:7 98:10
    260:4 267:15
discusses
211:16
discussion
126:15 160:20
    162:2 205:21
    319:8 329:14
    337:15,18
    355:25
diseases
44:1
dispersion
275:16 278:15
    278:18,25
    279:2,14,17
    282:6 283:1,4
    283:12,16,20

285:12,15,19
286:1,11,25
287:16 288:3
289:12,16
dispersive
128:1
disproportion...
111:4
dispute
224:23 225:2
distance
200:7,9
distances
235:1,2
distinction
265:20 311:1
    314:17 362:12
distinguish
47:17 146:22
    152:8 213:25
    214:21 215:17
    215:25 217:3
    325:19 331:17
distinguishing
295:16
distraction
312:11
distributed
249:17,22
distribution
13:8,8 190:1
    196:25 248:4
    249:19 252:9
    322:2,5
distributions
252:3
district
1:1,1
diverging
314:8
diverting
315:25
dividing
328:3
doc
358:7

Melinda Darby Dyar, Ph.D.

| | | | | |
|---|---|---|---|---|
| **doctor** | 346:21 348:3 | 270:2 283:19 | 155:25 157:13 | 24:9 358:15 |
| 43:10 231:18 | 351:11,19 | 285:16 305:3,3 | 157:15 158:12 | **dr** |
| 351:4 363:13 | 352:24,25 | 307:20 316:9 | 159:19 160:14 | 8:11 16:24 |
| **doctors** | 353:3,5 | 316:12,16 | 163:23 164:2 | 18:11,11 20:12 |
| 146:1 | **documentation** | 321:19 322:17 | 165:1 167:17 | 20:21 21:2,2 |
| **document** | 165:2 | 325:22 338:7 | 167:18 168:14 | 23:5,14,23 |
| 1:6 4:15 22:18 | **documented** | 348:13,14 | 170:11 175:23 | 24:8 30:23,24 |
| 22:22 27:22 | 164:20 | **doing** | 177:9 178:2,3 | 31:2,7 32:10 |
| 28:22 35:12,15 | **documents** | 14:20 28:10 | 180:10 184:15 | 33:4,4,8,13,16 |
| 35:19 54:22,24 | 7:17 15:13 17:1 | 29:12 34:24 | 189:16 190:25 | 33:21 34:3,17 |
| 56:9,12,15 | 17:25 35:3,9 | 37:25 38:4 | 192:10 202:8 | 34:25 35:3 |
| 57:9 63:6 | 35:18 54:25 | 41:16 64:12 | 205:4,17 210:1 | 61:5,25 69:11 |
| 67:21,22 73:11 | 56:6 57:2 | 76:1 125:21 | 215:7,11 | 70:5 88:15,20 |
| 90:6 93:2 | 61:14 64:8 | 142:4 146:1 | 221:10,24 | 89:10 101:10 |
| 103:10 115:18 | 66:3,14,16 | 154:1,9 171:15 | 223:6 229:18 | 102:25 103:4 |
| 131:2 132:4,4 | 69:17 73:13,17 | 209:10 211:7 | 231:23 232:19 | 103:12,14 |
| 133:21 134:15 | 76:20,24 77:2 | 234:22 245:1 | 235:13 240:8 | 104:23 105:10 |
| 134:17 136:9 | 82:19 93:17 | 269:15 295:13 | 241:24 242:4,8 | 107:18 108:12 |
| 136:13 137:17 | 105:3 126:13 | 349:16 367:8 | 243:14 251:8 | 111:3 128:7 |
| 137:25 138:18 | 159:20 160:21 | **dolomite** | 252:5,9 255:16 | 129:23,23 |
| 139:2,6 141:24 | 161:18 165:17 | 66:6 | 259:8,13,17 | 130:12 143:14 |
| 142:16 152:19 | 165:22 166:6,6 | **dont** | 260:10,13 | 153:6,16 |
| 173:13 175:9 | 166:11 189:5 | 11:3 15:19 | 262:24 266:4 | 158:11,12 |
| 175:17 176:1 | 194:25 205:4 | 18:24 21:25 | 270:13 273:2 | 160:21 162:22 |
| 176:15,21,23 | 205:10 219:24 | 25:11 26:8 | 273:21,22 | 165:8 166:3 |
| 176:25 179:11 | 228:1 229:1 | 32:13 34:15 | 274:12,14 | 167:12 170:2 |
| 180:10 189:4 | 231:3 232:1 | 36:9 37:12,18 | 276:8 280:3 | 171:19 179:6 |
| 194:17 201:22 | 235:21 236:9 | 42:14 43:12,20 | 283:7,9 285:22 | 180:22 191:3 |
| 218:9,12 | 237:1 238:9 | 46:9,19 51:12 | 287:13,17 | 200:5 201:21 |
| 223:19 226:7 | 239:6,10 | 52:2 57:5,6 | 289:4 291:9 | 205:21,21 |
| 227:8,17 | 241:15,24 | 59:11 61:21 | 296:9 299:22 | 211:3 218:10 |
| 228:18,21 | 242:12,20 | 75:22 76:3 | 302:7,23 313:5 | 242:25 244:24 |
| 233:16 235:6 | 243:19 249:10 | 81:8 86:1,16 | 322:11 327:23 | 245:13,24 |
| 260:3,9 262:20 | 336:9,17 341:9 | 86:25 87:1,3 | 329:10 334:3 | 246:19 247:17 |
| 279:20 284:3 | 341:10 342:4,5 | 87:11 88:3 | 336:5,14 342:3 | 247:25 248:20 |
| 286:9 290:15 | 352:13 353:16 | 93:13 95:21 | 342:10 348:16 | 248:23 249:8 |
| 300:2,9 303:11 | 356:15,25 | 99:6,15 103:21 | 349:8 350:12 | 251:19 252:11 |
| 305:14 315:7 | 357:2 358:13 | 104:2 105:9,18 | 352:25 354:23 | 252:15,22 |
| 316:17 317:12 | **doesnt** | 105:21 108:11 | 356:1 357:15 | 258:4 273:17 |
| 318:24 321:15 | 102:8 117:12 | 108:24 109:18 | 363:15 | 278:14 291:14 |
| 325:4 327:8 | 129:9 133:25 | 114:15 115:5 | **doubt** | 292:13 298:13 |
| 330:6 333:13 | 134:10 137:2 | 126:7,12 | 111:8 312:11 | 310:25 322:8,8 |
| 334:23 335:1,3 | 140:20 141:5 | 131:21 132:25 | 345:5 346:13 | 323:11 325:22 |
| 336:5 339:15 | 141:24 179:21 | 133:5 146:16 | **downside** | 330:15 331:10 |
| 340:2,11,15 | 212:21 243:16 | 148:11 149:19 | 65:9 | 331:11 342:11 |
| 344:14 346:1 | 261:24 262:9 | 151:22 155:18 | **dozens** | 355:4 |

**draft**
47:22
**drafting**
31:21
**drafts**
31:17
**drag**
359:17
**draw**
147:11 265:19
**drawn**
198:8 201:23
**drew**
140:23
**drinker**
2:19 9:3,7
**drive**
2:22
**driving**
46:3
**drop**
191:6
**drs**
16:18 19:13
23:11 56:25
69:21 77:8
80:14 81:11
89:15 98:1,4
100:8 113:14
139:11 142:10
156:20 158:20
159:16 160:7
160:17 198:17
205:6 217:7
239:25 258:10
264:10 270:12
270:21 297:21
313:5 321:16
328:25 335:23
340:1,9 341:6
347:6 353:8,21
**duces**
4:12
**due**
145:16 345:6
**duke**

144:5
**duly**
9:18 366:5
**dust**
49:3
**dyar**
1:13 4:11,11,13
4:13,15,16,18
4:19,22 5:1,5,7
5:9,11,13,13
5:14,16,18,20
5:22 6:1,3,5,7
6:8,11,13,15
8:11 9:17,25
14:25 15:4
22:14,18,19
25:20 32:2
60:24 61:5,5,6
61:7,9,23
66:18,19 67:13
67:16,17 68:12
68:24 88:11,18
88:18 89:11
92:17 100:24
101:2 139:20
143:25 144:3
147:8,19
148:20 152:20
161:15 172:12
213:17 223:8
236:5 256:14
279:21 300:10
308:14 329:23
333:14 343:14
343:18 350:23
351:4 357:20
357:23,25
363:22,23
364:1 366:5
368:12

_____
**E**
_____

**e**
2:1,1 3:14,14
215:15
**earlier**

35:6 89:1
108:21 309:2
335:11 343:23
**early**
5:3
**earn**
11:18
**earth**
166:23
**easily**
82:1 152:14
193:5 238:25
**east**
174:23
**easter**
42:17
**easy**
226:3 311:22
**ebay**
104:12
**ed**
138:24 206:16
207:24 208:13
209:17,19
210:11,13
**edge**
286:7,21
**edition**
93:5
**editor**
145:20
**eds**
38:24 47:6
71:20 72:2,20
83:21,24 84:3
84:11,17
115:24 116:22
117:9,21
120:19 123:22
124:5,6,9,17
124:18,21
125:6,20,25
126:12,13
130:9,10,16,24
131:6,22,24
137:3,19 138:6

138:9,24
139:16 140:6
140:10,12,15
140:19,20
141:3,7,17
142:1,5,19
143:1,6,10
148:3 149:1,10
150:14 151:4,9
151:14,25
154:13,16
155:16,20
156:15 157:6
177:17 179:4
179:13 190:17
193:6 195:8,10
197:7 200:20
202:3 203:1,22
207:1 218:6
260:5,16,17
261:4,11
263:13 264:12
268:24 269:4
360:24,25
361:6,20
**edx**
157:20
**edxa**
38:24 47:6
71:20 83:21,25
84:4,11 116:22
117:9 120:19
124:5,17
126:17 130:2
130:16,24
131:6,15,22,24
137:3,19
142:19 145:4
146:4,21
154:13 155:16
195:8,10 197:7
206:21,24
260:16,18
268:24 269:13
269:14,23
**effect**

248:21
**effects**
44:9
**egg**
42:17
**eggs**
42:17
**eight**
153:19
**either**
17:20 18:1 19:8
33:8 44:6
49:10 58:1
65:3 69:18
86:18,20 98:10
103:18 104:3,5
118:10 119:7
119:17 123:17
135:18 142:16
150:24 151:9
167:8,17
176:10 177:14
185:13,15
186:3 187:2
196:2 218:3
232:9 241:17
248:9 253:16
254:17 262:15
291:10 297:24
313:6 314:21
319:14 326:11
340:16 357:7
**electron**
4:21,23 39:13
39:18,25 47:11
50:17,18,24
51:6 53:16,16
67:24 68:20
116:19 117:3
118:9,17
120:18 124:15
136:11 149:23
178:9 186:3
196:2 206:10
206:17 207:7
207:17 209:2

Melinda Darby Dyar, Ph.D.

244:19 256:18 257:3,8 258:25 259:16,19 260:17 262:18 266:15,20 347:12 351:9 351:23 361:2,7 361:18
**electronbased** 361:12
**electronic** 4:15
**electronically** 25:19
**electrons** 39:19 209:10
**elemental** 39:6,8 116:23 145:1,14
**elements** 84:19,22 124:23
**elimination** 137:11
**ellis** 3:6 9:9 14:1 21:14 28:10
**elmo** 92:24 126:24 284:24 287:9 347:17 355:7
**elongation** 279:5,8,9,13 280:19 283:24 284:11 285:7 287:17 288:2 289:7
**elses** 77:2
**email** 25:13
**emission** 50:20
**employed** 23:11 310:17 349:19
**employee**

311:15 366:11 366:12
**employees** 13:11 20:22,22 173:12 310:16
**employs** 311:25
**ems** 53:22
**enable** 327:2
**encountered** 109:15
**endeavor** 59:6
**ended** 173:8 274:3
**ends** 312:19,24 313:22 314:1,9 314:21 315:3,4
**energy** 127:25
**energydispers...** 38:25 39:3 138:19 145:3 145:12 155:6
**engaged** 123:4 169:14
**engagement** 16:1 62:13 67:6 122:5,10
**enrolled** 43:2
**ensure** 174:5
**enter** 29:14
**entire** 10:25 89:4 134:15 136:6 166:22 180:15
**entirely** 307:15
**entities** 53:12 98:12

**entitled** 22:18 75:17 144:4 147:7 281:22 309:3 316:3
**entity** 11:14,24 16:7 48:21 52:25 123:9,13 311:25
**entry** 29:19
**environment** 46:14 169:9
**environmental** 47:21 68:1 109:22
**environments** 5:10 309:5
**epa** 54:23 61:17 67:18 93:24 128:11,17 173:19 243:24 310:24
**epidemic** 45:8 310:15
**epidemiologist** 43:7
**epithelial** 163:7
**equal** 319:19
**equipment** 53:20
**equivalent** 226:22 303:14
**erionite** 154:19 155:7,17 155:21 156:11 156:14 157:8 157:10,12,20 158:7,10 159:25 161:22 161:24 162:12 162:24

**erioniteassoci...** 5:16 153:10 154:25
**errata** 367:6,9,11,14 368:7 369:1
**error** 299:18
**errors** 43:25
**especially** 174:1
**essential** 337:7
**established** 221:10 289:6 297:11 318:5 335:10 353:14
**establishing** 110:6
**estimate** 298:14,22
**estimates** 305:23
**et** 4:24 5:13,17 93:14 136:15 136:15 185:4 198:3,4 199:2 199:2 220:17 220:17 292:25 299:10,10
**evaluate** 25:4 56:24 57:1 60:1 69:20 113:13 161:3 165:24 166:15 229:20 230:17 232:11,13 258:3,8,21 259:24 260:21 263:5,19 264:3 334:25 353:20
**evaluating** 169:25 230:16 267:12 326:9

**evaluation** 18:19
**evening** 16:5 343:17
**eventually** 22:4 277:19
**evidence** 98:2 100:9 112:13 146:16 158:20 180:21 211:10 231:19 243:18
**evidenced** 68:21 183:21,23
**evolved** 361:13
**exact** 81:25 95:6 204:1 205:17
**exactly** 13:18 15:19 21:25 73:14 74:10 87:21 104:15 119:23 128:9 151:11 154:8 241:25 251:17 264:1 275:13 286:5,7 313:18 327:4 361:4
**examination** 9:23 152:9 360:2 363:10 366:5
**examinations** 4:4
**examine** 96:4 119:24 233:16
**examined** 180:23 204:13 209:21 210:15 253:25 257:7 290:17,18 291:4,12,22 292:2 302:15

Melinda Darby Dyar, Ph.D.

**examining**
48:15,22 72:14
118:9 212:2
230:15 244:19
261:16
**example**
14:21 54:21
56:10 65:10
74:4 107:6
119:21 127:25
133:13 136:2
140:11 143:8
146:13 150:7
168:22 176:16
179:25 183:21
184:8,15
185:18,19
186:25 189:4
191:8 193:3
197:24 216:25
219:21 228:2
237:7 250:11
259:11 262:25
263:2 278:9
292:24 338:19
**exampled**
187:2
**examples**
135:2 237:7
292:25 293:3,6
293:9 311:8
**excellence**
359:2
**excerpt**
148:19 355:5
**exclusive**
336:15
**exclusively**
76:9
**excruciating**
142:24
**excuse**
23:1 184:20
186:9,15
269:14 288:21
**exhibit**

4:11,13,15,17
4:18,20,23 5:1
5:6,7,9,12,13
5:15,16,19,21
5:23 6:1,4,6,7
6:9,12,13,15
14:25 15:4
22:14,18,25
23:1 24:25
25:11,20 28:2
35:10,11 61:10
67:14,16,17
88:11,14 89:5
92:17,20,21
100:24 115:18
129:11 139:4
139:20 143:25
147:19 148:20
148:23 150:1
152:20,23,24
158:3 159:25
172:15,17,20
172:21,23
173:11 176:6
176:24 179:14
186:8 202:19
206:5 224:6
225:4 226:16
226:17 231:9,9
236:4,4,5
256:15 257:5
279:21 281:19
282:4 284:20
288:21 289:8
291:7 303:21
308:16 309:22
309:23 314:1,8
319:21 326:17
326:17,23
329:23 330:3,3
332:22 333:14
336:20 343:14
343:21 350:23
351:2,3,5
352:17
**exhibiting**

78:21
**exhibits**
4:9 6:19 60:24
172:12 223:8
223:12 231:7
**exist**
219:16
**existed**
263:10
**existence**
12:3
**existing**
157:7,9
**exists**
113:5 166:22
169:8 180:17
185:6
**expect**
164:18 239:19
248:12 249:1
251:3
**expects**
195:7
**experience**
208:18 213:23
215:16 294:7
294:12,19
296:3,13 359:9
359:20 360:9
360:24 362:17
**experimental**
153:13
**expert**
4:13 11:10,19
14:6 16:1
21:23 22:8,19
24:25 25:3
28:10 30:22
38:7 43:13,23
44:12,17 45:4
48:14,19 62:23
66:21 73:20
89:8 213:19
256:18 257:3
281:14 284:8
308:17 310:3,4

332:21 334:7
357:8,10 358:2
**expertise**
294:2
**expires**
368:17
**explain**
39:16 244:9
274:19
**explained**
54:25 195:9
355:19
**explains**
182:5 201:10
**explanation**
228:15 249:24
340:17
**explicit**
194:23 228:15
**explicitly**
56:10,13 143:19
171:1 235:3
**exponent**
311:16 312:7
**exposed**
105:21
**exposures**
174:22
**expressed**
69:13 70:7
72:21 187:12
235:19 237:16
239:24
**extended**
134:17
**extensive**
126:15
**extensively**
93:16
**extent**
10:18 32:20
34:11 138:3
166:2 171:21
185:6 194:9
256:20,23
257:9 259:1

263:14 279:12
**extinction**
290:18,20,22
**extract**
305:19
**extraordinarily**
141:6
**extraordinary**
142:7
**extreme**
261:1
**extremely**
189:11 361:8
**eye**
340:13
**eyes**
185:13

**F**
**f**
3:2 130:20
131:25 134:22
206:6,9 241:12
**face**
239:10
**facility**
52:21
**fact**
45:7 58:13
69:10 70:5
75:16 102:6,8
104:4 105:11
107:4,13
112:12 114:22
115:1,6,9
118:22 137:8
142:9 149:21
156:4 157:16
171:24 172:7
178:18 182:5
193:3 204:25
205:2,3 221:2
221:13 222:1
226:15 235:16
235:18 238:2
238:13 243:11

Melinda Darby Dyar, Ph.D.

248:19,23
251:14 255:20
262:3 269:6
274:25 285:16
287:6 289:19
292:14 304:21
305:17 317:9
321:9 323:19
338:10 340:7
361:9
**facts**
252:3
**faculty**
45:25 46:1
52:14
**fail**
214:2 216:11
367:17
**failed**
240:1
**fair**
114:18 253:4
254:3
**fairly**
110:22 124:9
**fall**
15:20 28:8
**familiar**
45:7 66:17
67:13 78:8
92:11 97:6
110:8 129:24
147:6 180:25
181:1,10 222:1
232:17,24
235:17 237:25
312:10 341:2
356:2 360:4
**far**
36:3 107:10,10
113:15,15
217:4 229:19
344:11
**farm**
156:9 162:8
163:10

**fast**
277:17 363:20
**fault**
298:13 323:10
**fax**
1:23
**featured**
364:16
**february**
23:15,20 24:6
28:19 35:23,25
36:4 88:17,25
106:8 173:21
**federal**
24:10
**feel**
149:24 228:18
239:25
**fellow**
358:22
**ferric**
60:5
**ferroanthoph...**
89:23 91:25
93:22
**ferroanthoph...**
254:4
**ferrous**
58:5 60:6
**fertilizer**
122:23
**fiber**
79:6,7,9,19,24
80:10,20 82:10
85:16 86:6,20
145:15 150:7
155:7,21 174:7
178:14 193:19
195:6 196:20
203:20,23
204:7 207:10
207:13,25
208:13 209:19
209:20 210:13
210:14 212:6
226:21 276:4

291:5 297:25
313:17,25
314:6,8 315:15
315:20 324:24
335:11,19
346:8,19 352:7
352:10,17
**fibers**
17:22 19:7
24:13 43:24
49:3 54:5
78:23 79:11,16
80:3 99:10
101:20 103:7
108:22 137:12
137:13,14
144:17 145:2
146:2 154:2,20
157:12 174:3
176:19 178:15
184:24 188:14
188:25 189:18
189:25 190:4
193:15 194:8
203:18 204:13
204:15,19
205:1 227:1,9
227:19 228:9
228:11 231:8
233:8 263:21
264:25 269:17
270:25 290:16
290:17 291:4
291:12,15,24
292:3,14
294:20,23
296:19,23
297:17 310:9
312:19 313:2
313:22 314:8
314:20 315:21
316:2 317:25
319:18,20
320:4,13,22
322:9,18,19
324:19,22

336:10 337:3
**fibres**
4:20
**fibrils**
79:16 111:8,14
**fibrosity**
79:15
**fibrous**
173:15,23
174:21 177:2
177:24 182:12
182:25 183:4,6
206:19,23
341:16,24
342:13,20
**field**
46:4 143:9
222:19 236:12
358:19 359:23
**fields**
110:25
**figure**
87:10 107:6,7
125:12 126:3
127:7 128:13
128:25 131:8
137:5,19
140:11,21
141:18 142:19
144:24 145:23
146:4,6 147:1
148:9,25 149:4
149:13 150:8
150:19 151:12
151:13,23
152:7 154:11
154:12,12,17
155:4,24 156:3
157:19,24
158:4 179:23
185:2 186:9
247:9,12
249:20,25
251:17 254:8
254:13,14,18
254:19,21,22

278:10,12
279:25 280:3
281:13 284:8
286:9 308:22
312:20 322:13
347:10 360:16
**figured**
364:15
**figures**
139:25 140:7
148:2,8 154:15
245:21
**file**
225:25
**files**
226:7
**financial**
75:18,25
**financially**
366:13
**finch**
2:7 4:5,7 7:21
8:14,14 9:24
10:1,24 11:8
14:23 15:2
16:14 19:14
22:12,16 25:10
25:18,24 26:8
26:11,15 27:2
27:5 30:4,15
31:11 32:6,7
32:14 33:24
34:2,14 37:4
37:15,19 38:9
38:16,21 41:4
44:24 45:13,19
46:20 55:19,23
57:16,19 60:17
61:1 62:20
63:15,22,24
68:9 71:15
72:11 74:2,12
74:21 75:14
76:12,18 77:24
78:14 81:1
82:15 83:18

84:1 85:3,20
86:3 87:13
88:13 91:1,14
92:19,23 93:1
93:7,19 94:7
95:19 96:7,15
97:1,12,19
98:6,19 99:18
100:14 101:1
103:11 104:1
104:20 105:8
105:23 106:21
109:1,10
110:12 111:1
112:5,16 113:2
113:17 114:14
114:24 115:10
119:1 120:12
120:15 121:10
121:18 122:2
126:23 127:2
132:19 133:2
135:14 139:18
139:22 142:13
143:13,23
144:2 147:5,17
147:21 148:18
148:22 152:18
152:22 154:10
155:3 157:18
159:3,5,11,18
160:11,18
161:5,14
162:20 163:17
164:4,17 165:6
166:20 167:10
168:18 170:1
170:12 171:13
172:14 173:6
175:3,6 176:3
176:12 177:15
179:2,12 180:6
181:3 182:9,23
186:12 187:19
188:13 190:3
192:2 195:4

199:6 202:11
206:3 208:3
213:6,15
214:24 215:13
216:12 217:10
219:13 220:1,3
220:20 221:15
223:10,14,17
225:3 226:4,10
228:8 229:8
230:7 231:1,16
232:5 233:3,18
234:7,15,20
236:3,7 239:8
240:4 242:23
243:4,8 244:16
246:10,12,20
246:23 249:5
250:20 251:13
252:7 253:1,20
256:2,11 258:1
258:23 259:22
261:6 262:8
263:4,16
264:21 270:23
279:19,23
282:12,16,19
282:24 284:6
284:16,20,23
285:5 286:13
293:17,20
294:1,18
296:16 298:5,8
300:14,15
302:25 303:3
306:11,14
308:5,12
310:13,23
311:12,16,19
311:23 312:6
312:16 315:1
318:15 323:17
328:1 330:1
332:12 333:12
333:16 334:5
335:4 339:4

341:22 342:9
343:4,7,16
344:13 347:18
347:21 348:6
348:11,19
350:9 351:1
352:1,14,20
353:23 354:15
355:1,8,13,21
357:12,19
363:11 365:8
**find**
7:17 55:3,24
87:10 111:13
136:3 181:24
202:7 259:15
263:8 276:20
276:25 277:2
294:10 299:24
322:8 342:12
**finding**
154:19 272:13
323:23
**findings**
253:23
**finds**
40:25
**finished**
42:25 76:22
77:4 102:19
104:6,7 105:12
123:18
**firm**
2:3 14:1 21:14
28:10 187:25
**firmly**
110:24
**first**
9:18 13:13
15:15 17:6
21:4,6 28:8
29:17 34:25
35:12 42:12,18
45:20 61:22
66:3,19 68:10
68:14 101:6

103:17 111:21
117:8,9,10
141:14 145:7
146:15 149:8
206:22 212:10
223:21 239:19
247:10 256:22
280:4,24 281:7
281:18 321:6
345:3 359:10
359:16
**five**
57:17 91:18
102:16 141:23
206:14 221:5
227:2 243:14
249:14,23,23
254:8 257:23
**flaw**
340:5
**flawed**
199:5 205:7
**flexibility**
79:17 80:6
85:16 86:5,14
86:19 193:16
337:16,25
338:7 340:1
341:4 347:7
**flexible**
78:23 79:12
193:15 194:8
335:13 338:8,9
338:12
**flip**
28:15
**flipping**
26:17
**flom**
1:14
**floor**
354:6 361:16
**florham**
2:22
**fluorescence**
50:19

**flw**
1:5
**focus**
199:8 285:24
342:5
**focuses**
136:1
**follow**
16:23 55:6 56:2
56:21 64:3
65:1 69:11
70:6 86:18
108:12 115:16
115:22 134:8
134:11 268:19
**followed**
103:15 108:13
258:4 264:11
298:22 325:9
342:19 353:7
**following**
69:6,25 150:17
318:19 321:4
**follows**
9:21 23:25
24:12 64:10
70:12 127:18
265:23 315:12
**followup**
159:4
**footnote**
190:13,15 191:6
192:24 301:1
326:8
**footnotes**
245:6
**force**
81:18,19
**foregoing**
366:7 368:4
**form**
71:24 73:23
74:8 90:21
96:22 97:4,15
99:12 112:9
146:7 157:14

Melinda Darby Dyar, Ph.D.

158:16 184:8
184:12,22,24
185:7,8,10
187:1 270:9
312:3 318:2
368:6
**formal**
229:6,9
**formed**
12:5 164:13
165:18
**former**
20:22
**forms**
360:19
**formula**
90:8 95:7
**formulas**
90:7
**forth**
25:6 28:2 55:4
55:25 56:19
57:7 62:15
64:18 86:16
353:10 355:24
366:9
**found**
44:13,18 45:1
58:21 78:4
89:17 94:9
96:19 97:3,21
98:9 99:25
100:4,18 112:7
112:15 140:13
144:17 146:3
154:2 157:12
165:12 166:23
168:8,21 169:5
169:9 179:22
185:21 187:2
190:22 191:15
191:16,21
192:4,11
226:24 231:8
231:20 241:6
247:21 261:23

276:2,6 298:16
299:20 301:4
302:21 303:21
307:11 310:6
321:20 348:20
352:17 356:4
**foundation**
168:25
**four**
1:14 89:14,15
102:22 197:5
206:13 220:6
240:17 243:13
269:21 350:2
**fourth**
3:7
**frag**
297:24
**fragment**
178:15 185:22
292:9 293:15
293:24 298:2
316:23 318:1
335:8,8
**fragments**
177:25 291:23
292:2,6,11,15
292:16 293:9
293:13 294:6
310:8
**frame**
249:4
**frequently**
277:16
**front**
15:4 26:19 61:8
152:24 172:18
288:1 343:21
**frost**
2:21,21 9:3,3
45:10,16 71:24
73:23 74:8,18
76:11 77:20
78:6 80:21
82:11 83:1,23
84:15 85:18

87:7 88:8
90:21 91:8
94:2 96:2,12
96:22 97:4,15
97:23 98:14
99:12 100:5
103:8 104:9
105:1,15
108:23 109:5
110:17 112:9
114:6 119:19
120:23 135:11
143:17 146:7
157:14 158:16
159:9 160:3,25
162:14 164:10
164:24 166:9
169:12 171:22
173:3 176:7
177:12 178:16
180:3 182:2
187:7 188:8
189:22 194:21
202:5 205:23
219:19 226:9
227:23 242:16
250:1 251:24
263:25 270:9
310:22 311:3
318:2 341:18
342:1 344:10
347:24 348:9
348:15
**full**
41:11 269:14
**fulltime**
53:21 349:13
**fundamental**
222:7 333:8
361:4
**fundamentally**
199:5
**funded**
168:24
**funds**
11:18

**further**
73:14 157:3
165:13 166:12
264:19 363:8
366:7,10
**future**
42:19

--- G ---

**g**
3:14
**gamma**
50:20
**garnet**
149:2,18
**geier**
2:11 8:17,17
69:22
**general**
4:13 22:20
30:11 39:4
97:6 164:12
198:12 214:16
257:18 319:9
319:13
**generalized**
198:13
**generally**
23:24 37:22
103:13 109:3
111:7 121:3
125:10 184:14
188:21 189:16
196:4 201:3
222:23 259:5
271:10 276:17
316:8 318:18
**generate**
125:3
**generated**
126:3
**genetic**
43:24
**gentleman**
20:8
**geoanalytical**

195:11
**geochemical**
358:23
**geochemistry**
42:10,11 43:5
**geographic**
168:5,5
**geographical**
252:20
**geologic**
308:3
**geological**
333:18,23,25
334:16 336:23
358:24 359:4
**geologically**
164:13
**geologist**
112:25 113:18
114:13 167:25
**geologists**
153:15,20,22
**geology**
42:5,8,13,18,21
42:25 113:21
167:4,8 334:19
358:19
**george**
4:24 67:18
**geostatistics**
355:18
**german**
359:6
**germane**
305:20
**getting**
120:10 163:12
347:18
**gi**
227:15
**gilbert**
359:3
**give**
80:15 98:25
102:1 107:8
124:23 141:24

165:4 197:11
219:10,15
245:5 311:8
326:10 327:15
327:17 336:11
336:14 345:19
346:2 350:16
**given**
34:24 35:20
71:22 78:18
79:1,9 80:14
84:9,13 90:24
91:12 94:4
95:17 99:22
110:23 111:25
131:10 159:21
169:4 180:14
184:25 185:5
189:11 205:2,4
235:5,8 236:13
246:19 247:16
248:2 267:17
272:6 278:10
334:23 340:6
340:24 346:13
350:18 368:5
**gives**
141:22 147:12
169:9 209:12
262:13 292:25
293:3,6,9
324:21
**giving**
16:22 233:20
234:1
**glass**
121:4 274:22
290:7
**go**
27:17 51:13
54:18 57:16
64:13 73:4
86:22 126:7
142:8 169:7
185:1 189:1
191:3 192:17

223:20 231:15
238:5 242:10
245:7 253:6
280:23 295:14
303:18 317:18
321:7 326:20
328:13 339:24
340:17 343:8
**goal**
56:23 69:19
96:3,5 101:21
139:11 166:12
166:14 261:21
347:4
**goes**
133:11 142:24
151:16 186:22
193:21 208:6
212:18
**going**
10:16 15:12
26:12 30:9
31:4,25 32:3,3
33:20,22 34:9
36:24 37:7
46:17 47:5
50:10 57:13
60:20 68:12
89:3,4 112:3
121:6 153:17
207:7,20
208:24 209:7
213:3 224:4,5
228:20 229:19
235:15 250:19
264:16 268:6
276:25 281:7
306:8 343:20
347:17 348:17
**gold**
145:16 282:11
282:13,17
361:1
**golkow**
1:22,23 3:15 8:2
**goniometer**

196:12,13
207:10,14
209:3 211:4
212:4 244:18
**good**
9:25 60:18
121:19 143:8
158:24 161:6
161:15 165:5
171:7 213:7,16
256:3 277:22
278:7 307:22
307:23 308:13
334:4 343:17
360:14
**gouverneur**
44:19 310:6,6
310:16,18
**government**
57:2,9 350:20
352:13
**governmental**
48:21 93:25
95:11 123:13
**governments**
334:18
**grace**
74:4 122:17
**grade**
257:15
**graduate**
52:14 357:21,22
361:10
**graduated**
42:20,24
**graduatelevel**
167:13
**graduates**
360:6
**graduation**
43:3
**grain**
119:24 151:4
219:5 271:22
284:22 286:4
289:1 290:23

301:25 305:17
307:16,19,21
**grains**
116:4 271:17
288:24 290:13
299:1,8
**grant**
169:4 350:19
**grants**
350:14
**graph**
142:19 245:16
252:2
**graphic**
251:16
**graphical**
246:18 255:4,6
**graphics**
142:19
**gravimetric**
107:23,24
**gravimetry**
65:25
**gravities**
107:8
**great**
107:15 173:25
174:10
**greater**
217:17 322:15
323:21 329:16
**grid**
118:1 121:5
196:16 208:7,8
**grids**
196:7
**ground**
112:21 164:22
170:24 361:16
**grounded**
110:24
**grounds**
10:17 30:10
32:1 33:21
34:11 36:25
37:8

**group**
94:25 122:20
362:14
**groups**
257:7,11 259:3
312:18 313:21
**growth**
6:9
**grunerite**
79:3 89:24
90:12 92:1
93:23 140:17
**guarantees**
302:1
**guess**
137:23 235:15
275:9 288:4
**guessing**
126:8
**guidance**
317:5,10 318:25
321:5 323:3
324:9,21 325:3
325:11
**guideline**
69:11 70:6
**guidelines**
82:14 336:11
**gunther**
5:10 20:9 33:13
33:16,21 45:21
59:8 73:20
76:7 139:19,24
143:14 147:9
152:19 153:4
162:22 167:12
293:2 308:23
309:9 310:2,25
355:4
**gunthers**
20:12 150:8
309:3

———————
**H**
———————
**h**
3:14

habit
6:9 78:22 110:5
   318:18
halfway
145:7
hamm
88:6
hammondsville
88:5 174:25
   175:4
hand
25:25 126:19
   184:19 188:20
   207:11 297:4
   346:1 352:23
   354:14
handed
216:5 273:10
   351:19
handful
215:3
handy
90:6 226:17
hang
87:9 309:11
happen
52:1 251:11
   254:21 255:23
   283:9 356:2
happening
75:7,9 286:3
happens
199:25 286:4,6
   329:15,18
happy
80:15 86:24
   126:20 162:16
   220:19 242:9
   334:25
hard
25:11 180:14
   212:21 264:7
   349:15,17
   350:16
harper
185:4,6 293:5

harrison
3:12 8:19,19
havent
18:15 36:5
   53:18 57:10,11
   113:4 142:15
   159:6 160:23
   168:16 181:7
   183:2 202:12
   218:19 223:2
   334:2
hawthorne
93:14
haystack
276:24
hazardous
44:9
hc
225:8,16 227:15
   227:22
head
46:22 205:18
   311:21
health
109:23 341:14
   341:16
heard
177:13 221:16
   222:17 224:18
   312:7,14
hearing
4:14 22:20
   189:15
held
1:13 8:7
helmholtz
359:6
henry
3:14 8:1
hereinbefore
366:9
heres
152:23 271:2
herrington
2:15 9:2
hes

20:14 74:3
   140:24 152:9
   242:18 244:19
hess
281:2
hexagonal
207:9 209:4
hide
276:23
high
30:12 37:1
   78:23 79:12,16
   133:16 193:16
   194:8 195:11
   197:11 226:25
   328:21 335:13
   336:10
higher
150:12 276:20
   315:21 320:6
   320:14,23
   322:10,21
   324:7 325:1
   329:7,12
highly
109:20,23,24
   149:21 248:3
hired
14:12 77:21
   123:8,12
   168:13,13,20
   169:21 170:2
historical
5:1,2 104:24
   105:4 233:21
history
42:6,21 43:1
hkl
242:21
hold
43:12,22
holder
208:1,5
holly
359:4
holyoke

11:25 21:10
   51:1 52:6,16
   52:19,20 53:13
   349:6
home
12:22,24
honest
76:5
honestly
103:21 126:12
   163:23 242:4,8
   285:22
honored
358:21
hope
330:4
hopkins
20:21
horizontally
194:19
host
174:18
hour
15:22 29:20
   57:13 112:3
   213:4 306:9
hours
29:19,19,24,25
   30:18 34:21,24
   36:12,14 276:5
   277:11 350:15
   365:2,6
human
43:14 144:17
   146:3 154:3
hundred
27:21 217:1,11
   217:20 219:16
   263:18 296:20
   308:4
hundredplus
27:21
hundreds
51:24 292:5,10
   292:16 294:6
   297:6 358:13

hunt
42:17
hurlbut
5:6 93:5 201:15
hurlbuts
92:12
hydrogen
348:8
hydrous
173:17
hypothesis
252:6
hypothetical
118:11,13
   168:12 258:19
   261:1 263:9
hypotheticals
250:3

I
iarc
91:17 98:12,20
   99:2,8 108:20
   109:2,8 341:23
   342:4
ic
152:19
id
17:2 22:1 51:13
   59:11 80:15
   81:23 83:14
   86:22 92:2
   97:17 98:24
   109:18 126:7
   144:19,21
   146:8,11,13,19
   156:11 157:16
   162:16 163:13
   165:3 178:5
   220:19 233:15
   241:23 242:9
   250:4 252:2
   280:2 300:2
   317:2 328:12
   334:24
idaho

Case 3:16-md-02738-MAS-RLS   Document 9741-5   Filed 05/07/19   Page 119 of 608 PageID: 46489
Melinda Darby Dyar, Ph.D.

Page 394

identify
46:11 47:6,11
72:1,2,25
128:19 129:18
137:12 138:11
146:14,22
149:17 151:19
174:15 184:14
198:1,3 201:13
201:25 210:22
212:23 216:8
222:4 241:13
241:17 245:14
257:4 260:6
261:3 270:14
270:25 271:19
272:2 273:6,11
277:17 292:9
297:16 298:3
317:23 333:24
364:6,10,14,19
365:4

identifying
54:16 65:12
194:10 264:14
293:12 294:12

identity
151:20

ill
26:11 37:15
55:21 102:2
126:19 153:18
285:3 298:5
345:9

illinois
140:14

im
8:2 10:16 13:18
15:12 21:15,18
26:12,17 30:4
30:9 31:4,25
32:3 33:19,22
34:9 36:23
37:7 47:5
50:10 73:24
74:9 89:3,3,13

idea
96:24 97:6 99:5
156:21 180:5,9
235:12 241:9
338:2

ideal
116:7

ideally
115:23

identical
79:14 284:7

identification
15:1 22:15
25:21 47:23
49:10,15,20,24
53:25 60:25
88:12 92:18
100:25 132:7
133:23 134:4
139:21 144:1
147:20 148:21
152:21 172:13
187:10 201:23
202:25 203:10
209:18 210:12
223:9 236:6
244:14 245:17
265:13 279:22
295:21 315:15
329:24 333:15
343:15 350:24

identified
86:12 103:6
128:18 174:22
204:20 205:6
215:4 220:23
227:19 242:3
254:3,8 255:8
294:5 321:15
331:10

identifier
225:9

identifies
70:19 91:17
198:22

91:10 92:3
93:3 94:12
99:13 105:4
109:16 110:5
112:24 114:12
115:21 118:14
124:2 126:8
128:9 145:6
150:16,16,20
153:17 163:1
163:12 169:24
172:17 180:25
181:1 184:21
186:21 198:23
202:6 203:2,7
207:20 210:4
217:4 218:22
221:25 224:4
230:13,15
234:1,13
242:13 249:9
250:18 254:19
255:1,2 264:1
267:23 268:3,6
272:18 282:12
282:16 283:6
284:6,13 287:5
287:9 289:3
298:23 302:10
305:14 308:20
309:10,24
310:20 311:5
311:19 329:13
329:17,21
336:16,25
343:20 348:16
349:9 360:4
363:20

image
40:17,23 119:11
150:12 177:17
178:2 185:2,5
185:13 188:1,3
188:11 211:9
211:14 212:5
235:1 262:17

274:23 278:9
278:13,19,25
279:6,8,9,11
279:13 280:6
282:5,6 283:13
283:16,20,21
283:24 285:7
285:11,15,19
285:25 286:1
286:11 287:8
287:10,23
288:2,4 289:7
318:12 331:18
360:12

images
32:18,22 118:10
141:1 150:8
157:6 188:15
235:20 236:1
236:19 237:4,5
237:6,11,19
278:16 283:4
286:15,23
287:12 288:20
291:22 292:1
292:21 294:10
296:4,10
308:22 309:1
309:20,21
326:3,22 328:6
328:9 331:5,17

imagine
85:23 201:8

imaging
155:12

imerys
5:2,19,19,21,21
14:21 103:16
103:18 122:8,8
122:9 165:18
166:6 173:9

immediately
35:18 144:10
321:4

imperative
367:13

implied
324:12

implies
102:6 138:14
145:9 237:16
307:23

imply
138:5

important
41:22 75:23
76:6 78:1,8
125:22 171:18
239:2 314:17

impossible
130:7,10 178:1
198:14 237:18
237:20 238:11
318:13

improperly
323:22

impurities
65:14 270:14

impurity
62:10 277:3

inch
82:4 343:24
344:6,25
345:14 346:10

incidentally
306:7

include
20:20 90:11
93:10 111:24
134:24 143:20
146:5 148:11
149:3,7,15,25
152:4,17 191:8
201:14 211:9
328:6 336:17

included
35:9 59:6
102:23 180:13
192:25 204:18
225:9 250:7
255:7 292:21
328:17 357:8

Melinda Darby Dyar, Ph.D.

includes
20:2 52:16 66:4
  89:19,22 91:24
  194:6 240:6
  335:12
including
69:13 70:8
  79:13 120:6
  286:9 328:15
  359:2
income
12:1 13:8
  350:13
inconclusive
65:17
inconsistency
272:9,12
inconsistent
206:1
incorrect
176:6 285:18
  300:23
increase
279:3
increasing
320:2,8,9 321:2
  321:2
indefensible
241:13
independent
109:8 149:22
  156:5,22 158:8
  158:10,14
  215:10 297:3
independently
131:12 240:3
index
4:1 108:8
  151:17 196:22
  197:16 219:6
  271:10,14,16
  275:18 279:12
  291:6,7
indicate
108:4 181:20
  230:21 254:22

298:17 338:11
indicated
17:25 150:14
  326:2 338:10
indicates
129:4 246:25
indicating
349:9
indication
42:18 144:13
  176:17 285:11
indicative
276:3
indices
150:25
indirecttransfer
4:20
indistinguisha...
151:15 218:6
individual
73:18 135:3
  145:2 187:25
  188:1,3,10
  196:24 198:15
  205:1 211:21
  219:9 234:24
  318:11 345:7
individuals
135:4
industry
133:18 308:2
inference
140:21
inferring
94:12
inform
269:6
information
17:13 37:22,24
  37:25 38:3
  84:11 85:13
  97:25 99:21
  139:8 152:10
  152:12 156:25
  159:21 161:24
  162:10,23

168:4 171:17
171:18 175:17
176:1,5,15
180:12 223:6
229:14 230:2,6
233:13 236:25
237:3 239:4,21
245:24 253:12
253:15 254:12
255:16,21
258:15,20
259:23 260:8
261:5,12,25
263:11,13,14
271:4,5 273:1
273:22 281:4
291:10 298:17
304:20 305:5
305:19 306:15
322:12 325:25
336:17 343:2
349:8 353:15
ingest
44:7
ingot
346:18
ingredient
170:19
inhale
44:7
inhaled
96:11
inherently
210:21
input
148:17,17
inputting
148:14
inquiries
99:17
inquiry
32:9 187:18
inserted
278:20
inspect
146:12

inspected
274:4
inspection
215:24 259:11
  359:21
inspections
213:22
instances
16:5 66:9 272:1
instill
262:14
institute
84:25 349:20
institutions
52:8 53:9
instruction
67:9
instructions
367:1
instructs
208:12
instrument
130:18 143:12
  235:3,7
instrumentation
265:3
instruments
235:7
insufficient
145:24 176:14
insulation
132:21 133:5,10
  133:13 134:9
integrated
304:3
intend
34:15 332:24
intended
134:18,20 317:5
  317:6,10,15
  318:25 319:1
  321:5 323:2
  324:8 325:10
  336:14
intense
278:21

intensify
287:22 288:15
intent
149:11
intentionally
135:8
interaction
359:24
interactions
360:2
interest
21:24 75:3,19
  75:25 169:23
interested
22:2 42:13
  366:13
interesting
354:15
interestingly
300:8
interests
17:5
intermixed
92:7
internal
17:24 69:16
  76:20
international
61:15,19 62:3
  93:12 95:11
  98:23 99:3
  153:12 329:5
  359:1
interoffice
5:18 175:19
interpret
236:19 283:23
  338:5
interpretation
307:9 318:23
intimately
360:4
introduce
8:13
introduced
10:2

introduction
133:12
introductory
356:5
investigated
168:8 195:3
investigation
69:20 165:23
invoice
28:18 29:17
34:21 35:21,23
35:24
invoices
16:4 28:16,20
30:19 37:20
38:11
involve
246:22
involved
144:12 229:25
246:17 359:23
361:10,15
involving
74:5 358:15
ipad
25:16
iron
60:4,5,5,6,6,10
60:13 90:11
155:10 173:17
181:5 192:25
218:4 346:17
346:18 347:2
ironbearing
218:5
ironrich
89:22 91:25
93:22 94:8
irrelevant
118:2 273:25
274:2 286:12
328:20
isnt
28:22 71:21
72:12 75:1
126:14 128:22

131:17,18
133:20 136:5
138:17 141:21
146:9 169:6
205:9 228:21
236:2 244:20
248:12 249:6
249:17 252:8
253:4 281:4
286:14 299:19
305:6 307:8
311:22 322:7
326:7 338:13
344:5
iso
4:16,18,19 40:9
49:9,14,19,23
54:23 55:4,25
56:14,19 57:7
61:15,16,23
62:15,25 63:18
64:1,1,4,6,18
64:24,24,25,25
65:18 66:8,9
66:18,20 67:6
73:13 79:13
86:15,16
107:23 108:13
126:1,13,14
127:4 128:10
128:16,22
129:3 130:13
131:19 133:4
133:21 134:16
142:16 182:4
189:5 205:19
206:5,16
211:16 212:1
272:4,11
298:20,24
299:4,9,11,15
300:2,5,7,23
302:4,5,21
303:12 306:21
307:9,17
312:25 313:9

314:7,25
319:12,13
320:23 322:24
324:4,18
329:14 336:4,4
336:18
issue
34:25 105:10
341:8
issues
176:21
issuing
310:4
italian
241:7 249:16
italiansourced
220:24 255:14
italy
17:20 19:8
87:17 170:5,13
170:14 192:17
192:20 214:10
248:9 251:21
251:22
item
260:20
ive
10:22 11:6 15:3
16:25 19:17
22:17 26:25
27:18,18 51:23
61:8 66:18
67:1 75:21
76:4 86:8
88:22 109:15
111:25 119:22
177:13 180:4
180:13 191:17
192:14 223:11
265:1 284:24
292:4 295:3
296:10,14
314:2 323:6
340:14 341:1
346:1 347:8
358:10,12,15

358:21 359:12
359:13 362:19

—————————————
              J
—————————————
j
6:15,15 9:1,1
33:22,22
226:11,11
j3
272:20,22
273:19 278:3
j4
233:6
j41
232:18,18
jack
2:21,21 9:3
january
35:22,23 88:21
89:5
jayme
254:10
jersey
1:1 2:13,22
jnjl61
5:23,24
jnjmx68
6:2,2
jnjnl61
6:16,17
jnjtacl000387...
6:4
job
19:11 23:10
170:18 341:7
349:13
john
20:21
johnson
1:3,3 2:23,24
5:1 9:4,5 14:12
14:12,15,15,15
14:15,16,17
15:16,17 16:16
16:16 17:25,25
18:7 20:5,5,17

20:17,22,23
21:5,5 27:3,3
28:11,11,25,25
29:14 31:15,15
32:8,9,15,16
33:10 36:21,21
44:13,14 62:13
62:13,23,23
63:20,20 66:22
66:22 67:7,7
69:16,16 76:20
76:20 77:3,15
77:15 87:5,5
87:15,15,24,24
96:20,20
100:16,17
103:5,5,6,6,16
103:16,18,18
104:6,6,7,7,23
104:23,24,25
105:12,12,13
105:13 106:6,6
122:4,4,10,11
159:19,20
160:20,21
164:19,19
165:17,17
166:5,6,24,24
172:25,25
174:12,12
190:23,23
191:22,22
192:13,13,19
192:20 214:10
214:11 216:16
216:16,22,22
224:21,21
226:7,8 231:5
231:5 232:7,7
232:14,14
233:21 234:3,3
241:8,8 258:2
258:3,12,13
263:19,19
349:11,12
350:1,1 351:5

351:5 352:6,16
353:10,17,17
354:2,3
**johnsons**
5:1 17:16 18:7
19:1,9 29:14
33:10 44:13,14
69:18 77:3
113:6,7 220:24
233:21 352:7
352:16 353:11
**joule**
81:14
**joules**
344:4
**journal**
50:6 75:1
101:17 109:13
109:16,17,19
109:20 110:4
140:4,6 145:22
147:3 153:12
153:12 332:25
333:5 362:3
**journals**
110:9 333:7
**jr**
2:21
**judge**
7:23 178:1
**judges**
24:10
**judgment**
40:24 41:25
172:9,9 230:3
293:15 294:3
314:3
**judgments**
84:20 318:14
**julie**
5:21 177:7,14
**july**
6:1 61:17
223:25 226:19
258:15 259:6
**justified**

17:14
_____
**K**
**k**
235:11 236:12
236:12,12,22
239:11,19
**keaton**
253:23 254:3,11
**keatons**
253:25
**keep**
7:11,18 38:19
46:9 226:17
281:7
**keeping**
358:13
**keeps**
357:19
**kept**
53:20
**key**
295:15
**kind**
17:4 37:22
39:17 69:3
118:2 141:13
141:16 145:24
159:2,21
169:16 176:17
178:23 254:3
258:18 261:1
263:9 269:23
270:3 275:6,13
277:2 283:6
287:24 295:5
296:6,6
**kindly**
27:3
**kinds**
50:17 52:16
146:17 271:4
274:20 318:13
**klein**
5:5 92:11 93:6
201:15

**knew**
58:8 156:14
297:2
**know**
19:16 36:9,17
53:3,5,6 56:23
58:12 59:11
61:21 67:10
68:20 75:17,22
75:24 81:8,14
82:18 86:22
87:1,8 89:6,12
90:17,22 91:4
91:11 93:13,21
95:9,21 96:18
97:2,9,10
104:16 105:18
105:22 109:19
112:23 114:10
114:11,15
115:5 127:15
127:19 129:7
129:17 131:21
132:13,21,25
133:4,5 134:10
138:14 146:13
149:18 157:15
158:7,9,11,12
159:19 160:14
162:15 163:24
163:25 164:2
164:12,13
165:1 167:7,18
169:17 170:7
171:19,25
172:2 175:23
176:22 177:7,9
180:10 189:16
190:7,21,25
191:14,20,24
192:3,10,15,18
194:18 198:7
201:12 214:13
215:8,11,20
217:4 220:21
221:11,24

223:1 229:18
230:19 236:24
241:9 242:1
243:11 244:12
246:8 249:7
251:8,11 252:2
252:9,15
253:11 254:6
255:17,22,24
259:8,13,17
260:10,13
262:24 270:13
272:21 274:15
276:7 277:15
279:5 285:2
287:13 289:4
292:7 293:18
297:18 305:5
312:25 314:2
317:23 322:11
334:22 335:17
340:10 341:20
341:23 344:12
345:25 349:8
350:12 352:25
353:2 354:7,24
363:14,15
**knowing**
169:23 172:7
229:23 269:5
**knowledge**
54:2 68:8 81:25
98:16 99:25
100:22 109:8
111:22 112:11
114:8,21
135:13 156:21
160:13 165:3
165:19 167:3
173:5,10
175:11 183:1
194:23 202:16
221:1,6 226:12
227:25 232:16
234:4 238:24
312:5

**knowledgeable**
107:12
**known**
60:14 131:13
214:2 215:18
304:8
**knows**
244:7
**krekeler**
18:13
_____
**L**
**l**
334:13
**lab**
23:25 24:19
50:23,25 51:3
103:14 129:23
211:3 273:17
278:3,4 291:14
**label**
215:23 281:16
348:1
**labeled**
190:18 213:21
227:9 283:8,10
289:18
**labels**
166:5
**laboratories**
47:25 53:7
221:17 222:18
**laboratory**
23:5 48:3,3
51:21 52:4,11
52:15,18 53:22
116:9 186:1
207:22 221:20
222:21,25
252:12 275:1
275:23 276:1,4
304:23 315:14
364:23 365:2
**labs**
53:23 272:24
**lack**

Melinda Darby Dyar, Ph.D.

32:24 39:24
41:19 60:10
**lacking**
238:23 239:21
239:23
**laid**
220:7
**large**
133:13 175:23
285:13 340:13
**larger**
111:5
**laserinduced**
50:20
**late**
7:10
**lattice**
199:25
**law**
2:3 14:1 28:10
354:16
**lawful**
9:18
**lawyer**
11:16 21:11,13
21:17 28:9
61:9 73:25
74:10,20,23
354:2
**lawyers**
16:16 31:14
32:8,15 33:10
370:1
**lay**
64:1,25 65:5
**layer**
207:13
**layers**
181:19 200:9
**laymans**
278:22
**lays**
63:1 65:19
68:24 80:18
**lead**
43:25 59:8

153:17
**learn**
261:17
**leave**
37:15
**led**
16:8 162:11
**lee**
122:20 330:8,12
**lees**
311:1
**left**
119:13 278:18
283:15 334:24
**legal**
29:8
**leigh**
2:3,4 8:21
**length**
85:17 143:2
184:2 187:13
286:5 326:24
327:2 328:3
**lengths**
313:3
**lengthwise**
193:15 194:7
**lens**
274:16 275:2,2
275:14,16
279:2
**lepoy**
328:15
**letter**
6:1,4 38:18
224:9 225:16
226:18 229:15
239:20
**letters**
225:8,18,20
**level**
30:12 37:1
55:11,14 68:25
69:1,1,12 70:7
70:12 129:10
135:25 136:2

136:12,18,18
136:21 137:8,9
137:10,13
197:11 203:16
204:14,14,17
204:18
**levels**
137:1 182:7
**lhg**
1:5
**liability**
1:5
**libby**
45:1,9 58:22
59:15
**life**
11:1 295:4
**light**
47:16 63:8
65:11 102:7
116:3 117:14
117:18 118:24
120:4,20 121:3
126:10 178:24
196:18 197:9
266:9 271:3,23
273:12 274:17
288:15 290:8
291:19 294:21
294:23 296:5,6
318:17 359:14
363:5
**likelihood**
276:20
**limitation**
323:25
**limitations**
56:14
**limited**
13:7
**limits**
272:4
**line**
32:5 33:23
163:6 286:6
369:3 370:3

lines
207:13
**liquid**
108:8
**list**
20:2 35:8 46:17
51:5 90:11
192:25 239:7
337:13 357:9
**listed**
46:10 165:16
194:16 202:12
281:23 355:19
**lists**
166:5 194:16
249:7 280:24
316:6 318:20
337:7
**literally**
282:9 297:6
300:19 364:12
**literature**
79:9 80:7,18
82:3 83:4
98:11 119:15
140:3 142:17
144:7,16 169:7
169:24 201:4
293:14 294:9
352:12 358:12
**litigation**
1:5,22 3:15 8:3
8:9 14:6,14
20:5,13 35:6
73:21 74:14,15
76:10 103:2
106:7
**little**
21:24 26:2
41:17 57:15
70:10 91:2,21
146:11 154:6
193:8 212:9
213:3 218:1
240:19 294:7
294:11,19

296:3 304:19
306:8 365:1,5
**lizzy**
3:12 8:19 14:23
22:12 293:17
**llc**
2:7 3:9,9 6:7
11:13,14 12:8
13:3 29:12,13
29:15
**llp**
1:14 2:15,19 3:1
3:6
**localities**
214:15
**locating**
203:17
**location**
255:24
**locations**
255:8,22
**locke**
3:1 8:24 9:11,11
19:10 44:21
45:11 62:17
63:4 75:11
82:24 95:25
98:13 100:6
106:17 112:22
113:10 114:19
118:20 132:2
142:21 154:5
154:23 158:17
167:1 170:25
175:15 182:15
189:23 212:7
215:6 219:18
220:8 221:8
232:25 233:11
238:21 239:15
248:17 251:6
285:21 294:14
310:19 314:22
**log**
110:2
**logical**

Melinda Darby Dyar, Ph.D.

304:25
**long**
12:2 79:20
80:10 162:16
186:7 188:3
273:12,13
276:8,13
277:18 331:25
335:20 345:25
349:17
**longer**
235:22 315:21
319:18 320:4
320:13,22
322:9,18,20
323:12 324:20
324:22,25
326:8 331:25
**longest**
291:5,6 321:25
**longitudinally**
194:20
**longo**
5:4 16:18,24
18:11,20 19:13
21:2 23:5,11
23:14,23 24:8
30:23 31:3,5
32:19,20,25
33:8 34:19,25
35:3 56:25
68:5 69:11,21
70:5 77:4,8,19
77:22 78:1
80:14 81:11
87:20 89:15
98:1,4 100:8
101:10 103:12
103:14 104:23
108:12 112:12
113:14 125:2
128:7 129:23
130:12 139:11
142:10 156:20
158:11,20
159:12,16

160:7,17,21
165:25 166:3
170:2 171:19
180:22 190:18
191:3 194:24
197:22 198:17
200:5 201:21
204:24 205:6
205:10 213:24
214:18 217:7
232:12 237:25
239:25 241:14
245:13 246:19
246:25 247:25
248:20,23
249:8 251:19
252:15,22
258:4,10
264:10 270:12
270:21 272:1
272:19 274:5
278:4 297:21
298:13 304:20
305:16,22
313:5 321:11
321:16,20
322:8,14
323:11 325:17
325:18,22
328:16,25
329:20 335:23
340:1,5,9
341:6 342:11
347:6 353:8,21
358:1
**longos**
31:2,7 32:10
33:4 61:25
88:15,20 89:10
105:10 107:18
129:23 165:8
205:21 211:3
218:10 242:25
244:24 245:24
246:8,13,14
247:17 252:11

272:24 273:17
278:14 291:14
292:13 331:10
331:11
**look**
22:21 28:5 33:2
34:6 35:8
41:17 51:13
59:12 78:10
90:8 92:2,2
98:24 102:2
119:21 121:2
126:20 130:8
130:10 135:25
146:9,19 154:7
162:4 165:11
165:22 178:11
182:4 186:16
189:2 196:8,8
200:24 203:15
207:3 209:2
211:4,15,20
212:13 240:11
241:23 242:5,9
242:10 243:10
244:11,18
250:4 251:17
259:9 260:16
269:17 271:11
271:16 276:12
280:2,8 284:23
285:3 286:15
286:21 290:1,3
292:7 293:7,10
294:10 295:5
297:23 300:3,6
309:12 321:8
328:13 331:13
340:18 345:9
359:16,17
**looked**
17:7,12 33:1
80:2 118:19
124:11 130:9
153:7 160:6
163:5 205:14

243:15,17,20
292:5,10
294:22 296:11
296:14,18,24
297:13 309:2
321:11 326:16
340:14
**looking**
35:10 40:15
56:16 82:14
89:7 95:3
111:16 121:4
130:2,3 133:8
137:3 145:6
150:3,5 166:12
169:11 189:3
197:12 203:7
204:2 207:16
209:1 210:4
211:1 214:17
215:23 245:1
255:1 260:19
262:17 273:25
275:21 276:1
276:17,19,22
277:4,11,13
280:4 281:13
282:10,12,16
284:13,14
290:13 292:15
293:22 294:8
294:20 316:22
327:6 333:24
343:25
**looks**
124:6 149:11
158:8 177:24
178:14 179:24
186:8 224:14
226:14 241:16
285:2 299:17
339:18
**los**
52:11
**lost**
289:3

**lot**
167:16 176:20
233:13 250:2
250:15 251:4
251:18 262:14
309:6 361:10
**lots**
352:11
**louis**
3:8
**lovely**
284:21
**low**
262:25 339:9,11
**lower**
319:20 329:21
346:17
**lowgrade**
97:9 114:10,23
**lunch**
158:25 161:6,16
161:19 163:3
**lunchtime**
159:1
**luzenac**
174:12 177:10
177:14 180:5

---

**M**

**m**
1:15 2:11,20
4:11,13 8:5
22:19 25:15
60:20,21,23
121:22,23
122:1 161:9,10
161:13 213:10
213:11,14
256:6,7,10
308:7,8,11
343:10,11,13
365:13,16
366:5 368:12
**m68233001**
6:6
**m68233002**

6:6
**m69680015bl**
6:7 280:25
  281:11,11
**m69680015bl0...**
282:25
**m69680015bl0...**
280:19 283:12
  286:22
**maam**
15:3 22:17
  26:16 142:20
  152:25 159:8
  176:6 229:12
  281:15,19
  363:24
**machine**
225:22
**macroscopic**
297:4
**madam**
55:20
**magnesium**
173:17 191:11
  218:4,5
**magnification**
150:12
**magnitude**
174:16 339:10
**maintained**
104:25
**majority**
248:10 319:18
**makeup**
95:6 124:19
**making**
143:3 193:24
  198:23 238:11
  244:20 245:2
**malignant**
5:16 153:10
  155:1 163:7
**man**
348:24
**management**
174:11

**manager**
53:22
**mandate**
249:12 264:3
  353:19,20
**manner**
179:1
**manual**
5:5 92:12
**manufactured**
132:8 290:7
**manufacturer**
51:10 171:17
**manufacturers**
232:21
**maple**
2:12
**march**
5:19 28:18
  35:13,13,24
  36:8 250:23
  251:20
**mark**
23:17 25:10
  88:14 89:4
  92:20 172:15
  236:3 330:2
  333:17
**marked**
14:25 15:4
  22:14,17 25:20
  60:25 61:8
  66:18 88:11
  89:11 92:17
  100:24 139:20
  143:25 147:19
  148:20 152:20
  172:12 206:5
  223:9,11 236:5
  279:21 309:22
  329:23 333:14
  343:14,21
  350:23 354:23
**market**
102:23
**marketed**

104:19
**marketers**
174:2
**marketing**
1:4
**markets**
225:7
**mars**
168:21 348:21
**marte**
3:14 8:2
**mas**
6:7 246:25
**mass**
12:13
**massachusetts**
12:7,8 29:10
  52:13
**masses**
312:20 313:23
**match**
252:2
**material**
27:8,20 32:24
  39:23 40:16
  41:7,9,18
  46:13 47:23
  48:8,15,22
  54:17 55:7
  56:3 57:25
  59:14 65:4
  71:22 75:4
  78:5,5 81:22
  116:24 130:3
  131:20,23
  133:7 134:9,12
  136:8,23 137:6
  137:20 150:4
  164:21 169:19
  170:4 171:20
  172:3,6,8
  177:3,24,24
  179:8,16,19
  181:25 182:1
  185:21 193:11
  194:2 196:22

197:5,10 202:4
  225:10 243:24
  248:5,16 273:7
  273:17,24
  274:1,8 276:18
  277:12 286:16
  307:11 344:8,9
  345:24 346:8
  350:21
**materials**
4:17,18 7:5 19:7
  24:13 25:14
  33:5 44:13
  47:6,12,18
  48:4,9 49:2
  51:7 54:4,8,12
  58:21 62:5
  63:3 64:5 66:2
  88:20 90:18
  91:5 107:25
  133:15,23,24
  134:1,3 135:4
  140:7 154:13
  168:2,6 170:8
  181:9 182:7
  197:14 214:1
  215:17,22
  221:21 222:4
  242:24 258:16
  278:14 310:5
  331:7,14 346:7
  353:25 354:3
  357:7 362:16
  364:11,24
**math**
17:8 28:5 36:5
  250:5
**matt**
20:2 330:9
**matted**
312:19 313:22
**matter**
8:8 19:12 75:19
  82:18 110:2
  113:21 117:6,8
  117:12,17,22

130:8 212:21
  243:17 283:19
**matters**
15:7 25:3
**matthew**
19:25
**maximum**
279:11 320:3
**mccrone**
5:22 6:1,3
  221:16,17
  222:10,11,15
  222:16,20
  223:1,4 224:10
  225:15 227:4
  227:18 228:23
  229:16 231:4,7
  257:6 258:14
**mdl**
1:4 35:1 104:22
  165:9 190:18
  213:24 249:6,8
  251:22 253:8
  326:8
**meagher**
1:14
**mean**
13:19,20 35:4
  51:9 57:22
  64:21 90:13
  94:13 102:9
  118:13 145:8
  183:18 190:2
  199:12 243:10
  259:18,19
  268:4 272:5
  275:25,25
  287:19 301:12
  313:7 314:13
  321:19 323:25
  328:20,24
  332:1 338:7
  348:13,14
  356:10
**meaning**
13:3 78:22

117:8,20
322:18
**means**
53:4 90:14
145:3 211:15
225:16,16
239:13 259:18
262:25 297:3
320:19,19
338:3
**meant**
183:16,22
**measure**
60:3 79:18 80:5
80:9 81:6,20
82:5 85:15
178:5 182:6
219:4 316:24
335:18 340:8
341:4,11
**measured**
81:3 185:17,18
185:19 186:25
197:14 329:19
338:14 340:11
343:24 344:25
**measurement**
4:23 67:23 81:5
81:9,20 135:20
136:10 141:4
198:5 200:11
200:12,13
241:18 344:7
345:14,19
**measurements**
56:11 186:5
198:16 207:23
211:12 222:7
238:12 242:22
260:5 270:4
271:14 324:13
326:23 328:7
328:15 331:20
332:11 337:21
345:6 346:13
346:23,25

361:12
**measuring**
82:1 336:6
**medal**
359:4
**medical**
43:10 144:11
**meet**
83:20 217:21
219:16,22
220:6
**meets**
233:14
**mehrdad**
253:22
**melinda**
1:12 8:11 9:17
147:8
**member**
13:2
**memo**
180:15
**memorandum**
49:6,14,19,23
175:12 177:11
**memorandums**
49:9
**memory**
21:9 102:3
**mention**
141:9 194:24
329:15
**mentioned**
56:10 59:20
71:5 81:2
98:20 116:13
120:16 361:23
**mentions**
323:4
**merely**
333:8
**merwinite**
191:9 192:6
**mesothelioma**
5:12,17 45:9
96:10 99:10

144:4,21
153:11 154:4
154:20 155:1
163:8 310:15
**met**
19:17 45:20,22
332:14
**metamorphic**
97:7,9 114:2,10
114:13,23
**method**
4:21 49:2 80:13
101:9 106:10
106:15,20,23
107:16,19,25
108:18 131:16
135:16,16,19
135:20,22
233:6 264:13
272:3 273:18
274:9 275:17
325:14 340:4
**methodological**
340:5
**methodologies**
24:23 68:25
86:17 233:7,22
336:6 362:8
**methodology**
4:22 16:18,23
17:2 18:20
19:13 23:11,24
24:11,21 55:4
55:24 56:25
57:7 62:15
63:1 64:2,2,18
64:21 65:19
67:17,23 69:21
77:22 78:9,13
80:19 81:11,25
96:5 98:18
99:17 101:18
106:2 109:12
113:13 134:8
134:11,14
136:10 143:1

159:16 161:4
165:24 166:15
168:14 169:25
171:4,6 197:21
199:4 200:18
205:7,25
213:23 229:21
230:16 232:12
243:25 244:2
249:13 255:1
258:3,9,9,9,13
258:22 259:5
260:22 263:5
263:22 264:4,6
278:7 295:16
298:21 302:4
335:22,23
341:7 342:6,15
342:18 347:5
351:7 353:7,21
**methods**
50:14 54:24
56:5 65:9,25
126:9 133:22
134:3 143:3
171:10 172:4
198:16 207:3
341:6 361:16
**mexican**
157:20 162:8
163:10
**mexico**
5:17 153:11
155:2 156:10
157:11 159:25
161:25 162:25
**mg7**
90:9
**mickey**
20:9 33:13
45:21,23 46:4
59:8 73:19,25
74:10,20 76:7
139:23 147:8
153:3 309:3
**mickeys**

309:6
**microanalysis**
50:18 361:3,7
361:19
**microbes**
359:25 360:3
**microbiologist**
43:18
**microbiology**
43:19
**micrograph**
347:12
**microns**
79:19 80:10,20
85:17 188:3
271:7 315:22
319:19 320:4
320:13,22
322:9,20
323:13 324:20
324:23,25
326:24 331:25
335:19
**microphones**
121:21 161:8
365:12
**microprobe**
149:24
**microscope**
39:14 40:1
53:16 72:14
86:6 102:5
116:19 117:3
117:15,19,25
118:9,17,24
120:4,18,20
121:3 124:15
124:18 178:10
178:24 186:3
196:2,3 197:9
207:17 209:2
222:4,7 237:23
244:20 259:19
261:16 262:18
266:10,15,20
273:12 274:17

274:24 275:6
278:20 279:10
287:21 290:23
292:6,17
294:21,23
296:5,7,11,18
296:25 304:2
318:17 335:7
359:14 363:5
**microscopes**
50:24 51:6
258:25 260:17
288:15
**microscopic**
65:25 126:9
340:12
**microscopically**
86:11
**microscopy**
4:21,24 47:16
63:8 65:11
67:24 68:20
102:7 116:3
126:11 136:11
151:18 196:18
222:2,13,22
233:6,15
256:18 257:3,8
259:17 271:3
291:19 351:9
351:24 362:25
**microscopyba...**
50:13
**mid70s**
232:22
**middle**
35:1 331:13
357:24
**miller**
6:4 224:11,16
**million**
226:23
**mind**
38:20 76:13,17
86:23 107:13
201:14 265:20

**minds**
160:17
**mine**
18:3 44:19 88:5
88:6,6,7
163:21 165:1
168:2,5,9
170:20,22
174:24 177:19
215:2 227:20
229:25 247:23
248:16 249:2
249:16,16
255:22,24
310:16,18
341:15 354:13
**mined**
17:20 99:20,24
100:1 112:20
123:17 164:7
224:22 247:1
**mineral**
6:9,11,13 60:2
66:5 70:19
71:10 72:1
79:15 80:3
84:7 90:7
94:12 97:10
112:7 114:11
114:23 123:22
125:7,14 127:9
127:11,12,13
127:14,21
128:18,19
129:5,7,12,14
129:16,20
138:2,13
140:22 145:2
149:17 151:20
152:2 156:22
161:25 164:1
181:20 182:19
191:1 194:11
198:1 201:13
201:19 210:22
213:21 214:21

215:23 216:7
227:4,21
245:17 257:14
260:7,23
265:22,24
266:9,14,19
267:2,5,22
268:1,3 269:8
270:16 277:17
333:19 334:11
334:16 341:25
342:25 344:17
361:2 362:11
**mineralogical**
93:12 145:22
173:14 358:22
359:5
**mineralogist**
144:14 145:21
266:1
**mineralogists**
147:4 241:1
**mineralogy**
5:5,13,13 45:23
92:12,15
110:10,24
147:7,7 167:8
167:23 169:1
191:25 192:15
192:19 201:9
214:4,9,14,23
215:1,8 216:15
216:20 217:5,9
221:2,11
222:23 241:10
267:12 277:16
295:2,3,22
355:2,3 358:9
358:16,17,20
360:20,21
**minerals**
5:15 11:13 12:2
13:3,9 15:25
29:6 60:14,15
63:9 65:12,15
78:20 79:1

86:9 91:18
94:6,25 95:17
96:19 97:3
100:17 107:14
112:15 113:23
113:23 114:3
124:11 132:10
132:16 134:25
135:2 139:14
146:23 148:4
151:14 163:20
164:7 166:22
167:7,20
168:21 169:5
170:18,23
171:8 173:16
173:19 174:19
184:8,12,14,18
184:22 187:6
187:11,16
190:20 191:10
192:11,23,24
193:4 194:13
194:15 198:23
198:25 200:4
201:10 215:3
217:2,12,21
218:3,13
219:22 220:22
221:4,5,6
224:12,17,20
225:14 226:6
228:7 231:20
240:13,14,16
240:23 244:10
255:7 257:4
265:13 271:19
292:6 295:2,17
301:4,15,18
328:23 342:17
351:8,15,23
353:9 359:9,20
360:24 362:16
364:25
**mines**

76:21 77:3,16
87:5,24 96:20
97:3 100:3,16
104:7 105:13
159:7,23
163:19,24
164:3,14,16,19
164:23 166:24
167:5,9 170:5
172:25 173:9
175:20 180:18
190:22 191:21
192:1,19 214:9
215:9 217:6
224:22 230:24
231:4,11 241:7
241:7,10
251:10,16,20
255:18
**minimum**
188:24 189:17
303:13 340:23
**mining**
112:24,25
164:22
**minor**
362:14
**minus**
363:18
**minute**
150:16 201:1
203:5 276:17
295:15 316:20
**minutes**
57:17 98:21
102:1 120:9
153:7 273:14
276:1,24 277:7
277:13 340:15
346:2 353:4
**misreading**
151:7
**misrepresenting**
232:1
**missed**
58:19 175:2

Case 3:16-md-02738-MAS-RLS   Document 9741-5   Filed 05/07/19   Page 128 of 608 PageID: 46498
Melinda Darby Dyar, Ph.D.

Page 403

mission
312:1
missouri
3:8
misspoke
302:10
misstates
82:25 120:24
miswritten
285:14
mit
43:2,5 357:23
358:6
mix
215:22
mixture
304:13 305:10
306:24
mock
10:12
model
51:11
modern
346:22,24
modified
150:8
monoclinic
116:2
montana
45:9 58:22
59:15 102:17
140:14
montgomery
2:5
months
12:4 247:13
350:2
monticellite
191:9,15,16
moon
168:22 169:5
348:21,24
moot
307:2
moreau
174:14

morning
9:25
morphological...
178:13
morphologies
72:22 73:18
184:5 325:15
morphology
70:21 72:6,13
79:6 82:23
182:22 183:9
183:13,15,18
184:10 185:16
186:21,23
187:5,9,17
188:6 193:8
197:6,14
217:16 218:18
219:3 220:16
261:17 267:13
268:10 291:21
292:23 315:11
315:11,14
316:4,14 317:9
317:24
motamedi
253:22,25 254:4
254:11
mother
42:15
motley
2:7 3:12 8:20
motleyrice
2:8
mount
21:10 51:1 52:6
52:15,19,20
53:13 301:25
349:6
mounted
150:6 208:2,4
mouthful
125:17 197:19
move
7:11 63:22
147:17 220:1

298:6
moving
178:10
msha
341:15
multiple
20:7 73:21
115:23 116:3
116:13 121:7
160:22 196:7
211:4,11
231:10 324:13
326:22 331:19
331:21 332:11
murky
228:17
museum
104:24 105:5,19
mössbauer
50:16 58:4,24
59:21,25 60:9
60:13

_____
N
_____
n
2:1,21 3:2 291:8
naked
340:13
name
8:1 10:1 20:1,9
21:16,19 30:7
59:2 94:12
151:2 153:17
206:11 357:23
357:24 363:23
named
28:9
names
213:22 215:24
220:11,12
narrative
66:3
nasa
11:23 168:24
359:3
nate

8:14 10:1
nathan
2:7
national
51:15,19 52:11
84:25 168:25
317:14,16
358:25
natural
5:10 57:14
114:21 174:18
213:4 309:5
nature
111:9,15 154:3
170:22 185:20
193:3 265:21
265:23 311:24
ncra
366:17
near
120:10 156:10
204:1
nearly
358:8
nebulous
168:12
necessarily
135:1 270:2
275:9,17
necessary
24:22 68:19
86:8 124:9,12
127:5,15
128:20 138:3
139:8 149:25
156:17 201:12
270:7 277:23
360:1 367:4
need
18:17 63:21,23
66:24 67:3,8
78:10 82:8
85:12 86:13
111:21 131:14
138:6,10,14
141:5,8 146:11

146:19 148:15
149:19 152:10
154:6 157:2
162:18 188:11
188:24 189:11
189:18,25
202:1 222:13
222:24 230:5
233:12,15
237:17 261:3
265:15 307:20
327:18 331:19
353:3 363:6
needed
277:23
needle
276:23,25 277:2
negate
252:6 253:17
neither
72:4 126:11
225:1 366:11
366:12
never
10:25 11:6,10
23:23 58:15,16
62:1,12,14,24
63:5 68:17
74:15 75:12,21
76:4,13,16,23
86:4,7 109:15
147:2 177:13
191:4 222:14
224:18 264:23
265:4,7,15
277:21 312:7
312:14 364:17
new
1:1,15,15 2:13
2:17,17,22 7:5
7:6 8:8,8 44:19
48:19,20
191:17 310:7
newbury
84:24 125:19
142:23 143:7

newspaper
45:18
nfinch
2:8
nicely
340:6
night
25:13 246:5
nist
53:4,5,7,25
  124:4
nomenclature
93:11,15 147:13
  147:15
nonasbestiform
6:9 84:7 187:15
  188:7 189:21
  197:3 270:1
  293:1,4,7
  295:17 308:22
  310:7 311:2,9
  318:10 319:2
  319:15 320:1
  322:3 324:10
  325:5 331:6,15
nonasbestos
132:22
nonempty
302:15 303:15
nonfibrous
173:20
nonmount
11:25
nonpeerrevie...
330:19,24
nonplanetary
11:25
nonresponsive
147:18
nonunique
244:15
nope
330:7
norm
142:4,14
normal

283:21 304:25
north
102:18
notary
366:18 368:19
notation
226:14 239:11
  232:2 262:5
  314:25 315:2
  317:3,9 325:10
  349:18
noted
32:6 87:19
  218:12 262:6
  367:10 368:7
notes
297:25 370:1
notice
4:11 14:24
  15:12 235:19
  342:10
november
5:23 28:16
  34:20 35:1,21
  224:2
number
35:11,11 41:14
  56:12 70:13
  101:22 111:5
  189:7,10,18
  205:12 218:23
  219:15 235:24
  243:10,21
  254:4 280:12
  280:15,25
  298:25 299:8
  302:14 319:6
  330:3 350:14
  350:15 352:17
  363:14
numbered
28:23 289:4
numbers
17:8,9 38:1 77:9

88:23 90:16
125:3 141:22
141:25 165:18
198:24 205:17
227:14 274:13
282:21 300:9
300:13 302:24
337:22 338:10
339:13,16
numerous
64:14 79:9 85:1
nvlap
53:3,7,24
nw
2:8

———————————
O
———————————

o
3:14
oath
9:15
object
10:17 30:9 32:1
  33:20 34:10
  36:24 37:8
  298:5
objection
7:2 11:2 16:11
  19:10 30:1
  31:9 32:12
  41:1 44:21
  45:10,11,16
  46:15 62:17
  63:4 68:6 71:8
  71:24 73:23
  74:7,8,17,18
  75:11 76:11,15
  77:20 78:6
  80:21 82:11,24
  83:1,2,23
  84:15 85:18
  87:7 88:8
  90:21 91:8,9
  94:1,2 95:13
  95:25 96:1,2
  96:12,22 97:4

97:15,23 98:13
98:14 99:12
100:5,6,20
103:8,20 104:9
105:1,14,15
106:17 108:23
109:5,6,25
110:17,18
112:9,22
113:10,11
114:6,19 115:3
118:20 119:19
120:23,25
132:2,24
135:11 141:19
142:21 143:17
146:7 154:5,23
157:14 158:16
158:17,18
159:9,10,14
160:2,3,15,24
160:25 162:14
163:4,22 164:9
164:10,24
166:9 167:1
168:10 169:12
170:6,25
171:22 173:3
175:14,15
176:7,8 177:12
178:16 179:9
180:3,19 182:2
182:15 186:11
187:7 188:8
189:22,23
191:23 194:21
197:17 202:5
205:23 212:7
214:12 215:5,6
216:2,23
217:23 219:18
219:19 220:1,8
220:9 221:7,8
224:25 226:1,9
227:23 229:2
229:17 230:12

231:22 232:25
233:1,10,11,25
238:20,21
239:15,16
244:3 248:17
248:18 250:1
251:6,24
252:13 253:10
257:21 258:17
259:7 260:24
261:19 263:3,7
263:25 270:9
285:21 293:25
294:14,15
296:8 310:10
310:19,22
311:3,4 312:2
312:13 314:22
318:2 323:14
327:20 329:9
332:3 334:1,21
339:1 341:18
341:19 342:1,2
342:23 344:10
347:24 348:9
348:15 350:5
351:17 352:8
352:19 353:12
objective
316:21 317:23
objects
169:1
obligation
156:24
observed
209:21 320:6,15
  322:21
observing
186:6
obtain
130:11 277:23
obtained
96:20 103:16
  166:25 190:23
  191:22 209:17
  209:19 210:11

Melinda Darby Dyar, Ph.D.

210:13 214:11
253:16
**obtaining**
203:19,21
**obtains**
66:11
**obvious**
202:8
**obviously**
7:14 22:4 88:19
287:1 288:23
356:10
**occasion**
62:2,25
**occupational**
341:14
**occupied**
304:1
**occur**
254:25 270:15
276:12 312:18
313:21 314:17
**occurrences**
164:16
**occurs**
97:8
**october**
28:17 29:18
34:22 35:19
**oczypok**
5:17
**odd**
254:3
**odell**
2:3,4 7:1,20,22
8:21,21
**offer**
104:2
**office**
12:14,18,20,23
21:10
**offices**
1:13
**oftentimes**
75:2
**oh**

27:17 50:16
90:9 150:20
199:15 203:5
203:15 210:6
223:2,20
233:12 280:9,9
282:22 292:22
295:1 300:14
347:18 363:19
**oils**
219:6 271:16
275:19
**okay**
7:25 9:13 15:15
15:21 16:15
18:21 26:10,16
26:22 27:11,15
27:17,24 28:7
28:22 29:3,11
29:17,24 30:21
36:2 37:17
38:5,16,19
40:13 41:15
53:3 55:3,21
56:18 57:5,16
58:10 59:2,20
61:7,18 62:1
62:12 66:17
71:4 77:14
88:24 89:3
90:3 91:21
93:20 95:3
104:2 107:22
113:18 116:12
120:14 121:18
121:20,24
130:13 133:3
134:21 158:9
161:7,11
163:18 164:5
165:7,14 166:2
172:17 175:10
176:4,13,24
183:23 187:20
188:2,14
193:25 203:13

203:24 206:13
210:6 213:9,12
215:14 223:24
225:13 229:11
234:19 236:21
238:13 242:10
243:9 245:7
246:1,11,20
252:8 256:4,8
257:5 259:23
261:7 265:6,19
266:6,25
267:18 269:21
272:21 278:17
280:10,11,14
280:18,21
281:9,18
282:23 284:19
289:9 291:25
296:2 298:19
299:3 300:19
300:21 301:2
302:20 303:4
308:9 309:15
310:1 314:12
315:19 319:5
319:12 322:17
323:8 328:18
337:12 345:21
346:15 347:19
349:10 353:6
354:9 355:2,14
363:21 365:10
**old**
42:15 92:15
311:20 346:14
348:3,12,14
**omnibus**
217:25
**once**
19:18 29:13
229:10 332:5
**oneday**
24:5
**ones**
53:11 73:18

79:1 90:24
91:12 160:8
229:24 272:19
287:18 288:12
289:4 306:4
**open**
7:12,19
**opened**
104:13 105:7,20
**operating**
41:3,5 164:23
**operator**
208:19 213:23
215:16 237:21
**operators**
215:20
**opine**
96:6 176:5,10
180:16
**opinion**
18:24 19:5 25:2
44:12,16,17,22
44:25 45:3,4
69:5,10,24
70:5 76:3
82:16,17,20
83:10,14,16
84:23,24 86:2
96:8,14 97:16
112:17,25
113:3 115:7
145:20 146:21
166:21 168:15
169:22 175:18
176:11 178:3,4
178:7 195:2
223:7 232:15
232:16 233:17
234:2 243:23
288:20 292:12
335:25 347:9
348:17 353:5
**opinions**
22:9 25:7,7
190:11 233:21
330:16

**opportunity**
7:9,13,16
**opposed**
287:6 310:8
344:8
**optical**
5:13 147:7
201:16 222:2
222:13,22
233:5,15
274:22 277:15
289:25 290:2
326:9 355:2
**optimal**
83:12 151:18
**oral**
4:11
**order**
64:3 82:8,21
83:19 101:18
106:24 117:7
117:17 118:1
125:13,24
126:4 127:7,13
127:20 128:13
128:19 129:1,5
188:23 189:19
199:18 201:13
202:2,3 224:5
230:8 237:17
243:23 252:5
259:24 267:7
269:10 316:13
324:14 331:21
336:7
**orders**
339:10
**ore**
18:3 163:20,21
164:7 166:25
226:20 227:20
231:11 232:9
260:12
**orebody**
257:13,14
**ores**

170:3 173:14
173:25
**organization**
61:20 93:25
95:12 330:9
349:23
**organizations**
53:11
**organized**
29:9
**orientation**
209:20 210:14
210:23 218:11
**orientations**
136:15 204:1
209:22 212:11
**origin**
102:13
**original**
219:11 290:20
367:14
**orrick**
2:15,16 9:1
14:11,12
**orthorhombic**
116:2
**osha**
93:24 173:19,19
341:13
**outdated**
120:6
**outer**
168:21
**outlier**
332:1
**outlined**
358:4
**outmoded**
348:14
**outofcontext**
260:9
**output**
142:12 145:10
148:15 149:1
149:19 152:13
**outset**

160:5
**outside**
102:22 113:15
229:19 252:11
**ovarian**
8:15 10:3 62:24
96:10 103:1
160:22
**overlap**
107:14
**overlapping**
107:11
**override**
317:6,15
**overriding**
317:11
**oversee**
50:23
**overseen**
51:1
**owned**
100:16 170:22
173:9 224:21
227:20
**owners**
164:19
**ownership**
13:4 354:17
**oxidized**
60:4
**oxygen**
60:1

---

**P**
p
2:1,1 3:14 25:15
161:9,10,13
213:10,11,14
256:6,7,10
308:7,8,11
343:10,11,13
365:13,16
**page**
4:2,10 5:14
28:22 33:1,4
40:5,10 66:3

73:5,6 78:19
78:19 79:10
89:10 92:21
95:4 111:2
123:21,24
125:1 126:21
132:3 133:21
134:23 138:18
144:25 147:12
147:23 148:24
148:24 150:1
150:21 154:18
172:22 173:11
177:16 179:14
190:12,14,15
199:10 202:22
203:3,8,16
204:5,8 206:4
209:14 210:3
211:17 212:1
213:19 227:8,9
231:10 234:8
234:14,15
235:5,9 237:7
238:23 240:11
240:24 241:12
245:7,10,14,16
245:18 247:17
271:25 272:7
273:20 278:8
280:7,8,11,23
280:23 281:7
281:18,22
282:3,10,11,11
282:13,14,17
282:18,19
283:14 284:4,6
284:7,14,18
287:10 288:1,2
289:3,7,9,10
290:11,25
298:12 299:4,6
299:13,15,20
299:22 300:7,9
300:12,20,22
300:25 302:21

302:24,25
303:21 308:15
308:18,21
309:24 312:17
313:9 314:6
315:8 319:5,23
331:15 336:25
337:1 345:1,10
345:22 347:10
369:3 370:3
**pages**
7:6 27:21,21
89:14 130:23
141:23 148:1
148:10 162:16
180:13 238:5
242:17 245:11
257:19,24,24
288:20 330:25
331:2 368:5
**paid**
66:21 349:11
350:1
**pair**
290:10
**palouse**
11:13 12:2 13:3
13:9 15:25
29:9
**paper**
17:3 25:22,25
26:23 27:1
47:15 74:25
75:17,18 101:4
101:12 102:2
107:5,7 108:10
108:16,20
109:12 111:3
111:11 119:21
139:19,23
141:3,12,16
142:23 143:15
143:24 144:11
144:20,22
145:11 150:9
152:19 153:3,7

153:16 154:7
154:18,22,25
155:6,22
156:12 157:4
157:17 159:24
161:22,24
162:3,16,19,22
163:3,14 174:6
185:3 202:10
261:2 290:12
292:24 293:2,5
293:8 309:2,3
310:2 311:14
333:11 338:3
345:4 348:1
362:2 364:18
364:19
**papers**
19:24 20:8
43:19 46:8,10
51:14 58:25
59:1,3,9,10
83:7 109:3
110:7 189:2
309:7 358:11
358:15 361:24
362:5,20
363:12 364:3
364:16
**paperwork**
29:8 103:24
**parageneses**
114:21
**paragenesis**
98:17
**paragraph**
210:5 240:25
319:9 321:4
**paragraphs**
89:15 206:14
**parallel**
289:16 312:19
313:2,22
**paramount**
325:14
**park**

Melinda Darby Dyar, Ph.D.

**part**
19:22 23:3
32:10 36:21
81:10 94:14
116:1,4 133:21
135:7,9,22
150:12 155:4
165:18 167:20
167:22 168:3
169:3,6 170:20
194:10 208:19
225:8 232:6
239:2 267:9,10
267:11 295:12
319:13 330:15
348:22 354:4
356:13,22
360:19
**partially**
35:7
**particle**
70:21 72:6,13
72:22 73:2
82:7 85:6,12
85:13 116:5
117:24 118:8
119:11,17
120:21 126:5
129:2 150:6,13
150:23 151:1
183:10 195:14
195:21 196:24
198:6 201:6
237:22 268:11
268:15 270:5
271:6,6,12
286:6,8,20
297:23 304:2,4
304:7,9 307:19
318:6,11
323:23 327:19
331:20 340:19
363:4
**particles**
73:8 101:22
111:5,7 116:6

118:3,4 119:3
121:8,13
140:15 142:2
154:4 156:6,8
156:19 158:23
182:22 185:3
205:6 226:23
242:3 243:13
243:15,17
253:25 254:1
293:1,4,7
295:19 296:1
301:4,14,20,22
304:6,14,24
305:2,10
306:17,24
308:23 311:9
321:11,15
323:12,20
324:1 326:11
327:16 328:21
329:19 331:21
331:24 336:13
340:8,12,12
342:12
**particular**
60:3 68:16
78:20 83:17
93:5 124:23
135:4 139:9
146:10,23
147:1 149:12
149:13 152:5
168:9 169:20
170:20 182:22
187:18 190:8
201:20 202:15
217:6 218:11
239:13 249:2,4
263:12,24
285:25 321:9
327:8 336:1
341:9,10 353:5
358:5 361:18
362:9 363:2
**particularly**

206:18 260:3
362:15
**parties**
20:13 366:11
**partners**
13:7
**parts**
97:20 98:8
226:22 248:8
**party**
14:5,14
**pascal**
81:14 344:4
**pascals**
338:15,17,21,25
**passed**
39:19
**passes**
290:9
**pathologists**
146:25
**pathology**
144:12 153:13
**pattern**
39:21 40:12,24
41:20 42:2
141:7 199:23
200:15 207:9
208:13 209:5
209:13,17,19
210:11,13
212:16,22,24
214:17 217:14
218:7 249:19
260:5 262:16
264:12 360:14
**patterns**
69:14 70:9
132:12 148:6
148:13,13,16
203:20 205:2
206:17 212:12
212:21 213:21
215:15 229:13
238:18 239:1
261:4,8 360:15

**paul**
281:2
**pausing**
57:14
**pay**
51:12 249:10
**paying**
103:24 273:23
**pc**
2:11
**peak**
125:23
**peaks**
155:7,10,11
**peer**
109:17
**peerreview**
46:12,25 47:4,9
47:15 75:1
333:5,11
**peerreviewed**
50:6 67:12
68:21 80:7
98:11 101:17
108:16 109:13
119:14 140:2
141:15 142:17
144:6,16 147:3
153:12 155:6
201:4 202:10
293:14 332:22
332:25 333:7
335:16 358:11
362:2,5 363:12
364:3,18
**pencils**
266:1,3
**pending**
147:18 356:20
**people**
39:2 77:14,18
93:1 146:24
157:11 167:16
170:21 225:14
225:20 249:23
**peoples**

78:11
**percent**
182:1 204:12,13
205:5,12,17
218:13 233:9
247:2,2 250:8
250:9,16
251:14,15
306:2 350:10
361:25
**percentage**
70:13 247:20,21
248:14,14
251:9 253:3
274:6 322:14
349:24
**percentages**
245:13,14
**perfectly**
226:2
**perform**
120:18
**performed**
30:19 39:13
44:5 196:1
291:14
**performing**
38:6
**performs**
137:20
**period**
160:5 234:2
297:14
**perpendicular**
209:9 287:15
289:12 290:3
**persample**
277:13
**person**
13:4 16:6,7 30:7
163:7
**personal**
3:4 9:12 11:16
82:17 83:10,16
**personally**
81:4 115:7

124:13 185:12
354:1
**personnel**
144:11 174:13
237:24
**perspective**
334:19
**perspectives**
109:23 119:25
211:5
**pertains**
1:7
**petal**
187:3
**petals**
184:9
**ph**
1:13,23 9:17
22:19 42:8,9
43:4 358:6
366:5 368:12
**pharmaceutical**
5:7 101:13
**phases**
86:11 114:12
**phd**
4:12,13
**phenomena**
361:5
**phillipe**
174:14
**phone**
21:11 356:11
**phonetic**
328:16
**photo**
52:9
**photograph**
33:3 119:16
184:20
**photographing**
203:21
**photographs**
140:12
**photomicrogr...**
33:3 119:17

186:2 293:22
**photomicrogr...**
118:8,18,23
119:6 228:23
229:11 261:15
326:12
**photon**
52:10
**physical**
184:17 235:2
344:18
**physically**
212:25
**piano**
346:18
**pick**
19:18 332:14
**picked**
42:16
**pictograph**
177:23
**pictographs**
331:11
**pictorial**
6:10 331:5
**picture**
41:19 42:1
119:7 185:1
211:24 285:12
354:11
**pictures**
32:16 118:16
293:18,19
331:15
**piece**
145:16 274:22
290:6
**pieces**
193:13
**pier**
5:21 177:7,14
179:6
**pierce**
293:8 311:11,15
311:25
**pierces**

311:14
**pile**
256:15
**pink**
278:18 279:2
283:5,15
287:22 288:12
**pisano**
7:23
**pixel**
235:20 236:14
**pixels**
235:22,25 237:4
237:5,16,18
238:15
**place**
52:7 87:11
146:16 152:17
158:24 232:22
256:3 366:8
**placed**
39:24
**places**
37:21 64:14
78:5 79:2
199:14 242:21
254:10 326:22
**placitella**
2:11
**plaintiff**
8:22
**plaintiffs**
2:14 8:16,18
9:21 10:4
**plane**
41:12
**planet**
166:23
**planetary**
349:20
**plate**
39:25 278:20
283:6,18,21
286:24 287:11
287:21,24
288:8,18

**plates**
178:10 283:3
**platinum**
155:10
**please**
8:12 9:14 30:14
32:13 37:17
38:15 55:15
100:22 121:21
161:7 365:11
367:3,8
**plenty**
296:11
**pleural**
5:17 153:10
155:1 163:8
**plm**
6:7 47:16 54:24
58:1 65:15
71:20 101:25
117:21,25
119:7,18
151:18 186:3
196:21 217:18
218:25 219:2,7
220:16 264:14
269:15,23
270:24 271:7,9
271:18,24
272:3,4,9,11
272:19,23,25
273:6,18,25
274:4,6 276:2
277:11 278:3,9
281:23 291:13
298:15 303:20
304:21 305:2
315:15 326:9
326:14,22
328:14 359:9
359:10,12,17
**plot**
322:12
**plural**
158:21
**plus**

137:9 363:17
**point**
41:25 57:14
67:10 68:5
102:8 108:10
112:4 118:21
120:10 121:19
124:25 127:3
128:6 137:8
138:7 139:1
149:9 151:11
152:7 188:22
200:2 201:3
202:16 204:11
204:25 205:24
210:19 211:19
212:19 213:5,7
235:18 236:19
238:22 243:2
255:20 286:8
298:14,18,20
298:25 299:8
299:25 300:18
302:4,6,13
303:9,20,25
304:5,10,18
305:8,20,24
306:10,22
307:2,3,4,6,10
308:1,2 311:7
313:4,13 317:3
321:3,18,21
323:19 328:5
331:16 340:21
347:4
**pointed**
69:23 142:15
**pointing**
329:13,17
**points**
41:21 150:13
302:14,15
303:14,15
**poke**
79:24
**polarized**

Melinda Darby Dyar, Ph.D.

47:16 63:8
65:10 102:7
116:3 117:14
117:18 118:23
120:3,20 121:2
196:18 197:9
266:9 271:3,23
273:12 274:17
291:19 294:21
294:23 296:5
**polarizing**
126:10 178:24
288:15 290:10
359:14 363:5
**poor**
337:25 338:6
360:25
**pop**
325:12
**population**
72:22 73:1,7,10
83:6 121:17
178:6 187:12
187:14,20
188:11,15,24
190:9 196:25
198:8 317:22
318:21 322:2
323:23 324:15
328:20,22,24
329:19 332:9
355:25
**populations**
73:12,17 83:9
83:11 116:6
121:12,12
189:3,5,6
295:18 318:7
319:3 321:8
323:5,9 324:11
325:6,11,13
**posed**
219:12
**position**
290:18,20,21
**positioned**

200:14
**positively**
270:25
**possess**
79:16
**possibility**
73:7
**possible**
40:1 65:8,13,13
72:24 79:18,21
128:21 135:2
151:19 157:1
161:25 162:24
184:4 198:23
214:4,8,23
215:1,21
216:15,20
217:9 248:13
248:22 283:5
300:1,4 305:15
307:15 332:7
340:3,7 360:14
**possibly**
21:2 94:14
247:24
**post**
358:7
**potential**
62:23 75:3
95:16 159:22
**potentially**
82:9 84:6
121:17 128:15
138:12 139:13
174:11 195:7
231:20 240:15
271:18 322:5
**pounds**
82:4 343:24
344:6,25
345:14 346:9
**powder**
1:3 8:9 17:16
18:2 19:2,9
44:14 62:11
65:14 69:18

77:15,17 87:25
96:21 99:23
100:11 103:7
113:6,7 139:15
166:25 220:25
231:6 232:10
260:13 262:22
364:7
**powdered**
351:7,22
**practice**
213:25 215:15
225:20
**practices**
1:4 112:24
**precise**
250:17 350:16
**precisely**
211:18
**predominantly**
251:21,22,23
**preexisting**
66:15
**preface**
147:23
**prefer**
61:4 229:6
**prefix**
225:8
**preliminary**
83:13
**premier**
110:9
**preparation**
106:10,15 170:9
**prepare**
37:5 106:15,23
**prepared**
37:2 297:5
**preparing**
81:13 101:18
**presence**
24:12 71:2
84:18 107:2
115:25 124:22
139:12 174:7

200:19 233:23
265:9,17 267:2
267:21,25
315:20 319:14
328:22 342:16
342:19
**present**
3:11 24:11 25:2
48:10 58:7,13
71:11 72:2,4,7
72:10,23 82:21
86:2 114:12
117:1 124:24
127:22 132:14
132:16 138:13
139:15 180:24
191:1 200:2
267:6 268:9
269:9,11
316:13 320:7
320:16 321:1
322:23 325:2
349:15
**presentation**
6:10
**presented**
139:16 317:7
**presents**
325:25
**president**
224:11 225:13
330:9
**presumably**
117:23 118:7
156:10 175:22
215:19 237:24
**presume**
59:12 167:5,17
297:22
**pretty**
119:22 143:21
286:12 291:3
297:20 345:25
**previous**
24:23 267:4
268:7 286:15

**previously**
7:8 62:2 111:25
**primary**
48:25 49:5 52:3
170:19 240:16
**principal**
174:11
**print**
124:18 142:8,18
143:11,14
149:8 151:22
155:25 156:17
**printed**
157:24 158:6
**printing**
146:3
**printout**
5:11 125:11
128:12 139:7
143:21 278:13
**printouts**
128:25 131:5
260:16
**prior**
35:2,3 62:13,22
63:19 67:6
69:23 122:4,10
251:20 366:4
**pristine**
104:19
**privileged**
32:3
**privy**
93:2
**probably**
26:1 28:15
36:15 53:17
115:16 131:16
143:20 172:11
201:15 220:18
256:2 276:25
308:4 320:1,7
320:16 321:1
322:23 325:2,8
348:4,4 365:1
365:7

probe
50:18 79:22
85:23 86:4
361:2,7,18
problem
25:17 174:16
188:20 271:2
problems
105:17 270:20
procedure
41:3,6 104:22
203:17 303:6
303:10 353:10
procedures
234:3 304:21
353:18
process
26:1 40:10
41:15 137:11
processed
225:10
produce
156:25 304:11
306:23
produced
16:4 35:13,15
35:17 133:14
171:5 191:4
226:7 230:24
producers
174:1
produces
207:8,12
product
1:5 5:1 10:17
30:9 32:1
33:20 34:10
36:24 37:8,13
47:1 77:4
123:9 133:14
135:8,10
170:18,20
232:10
production
4:15 7:5,11
25:13 225:6

227:22 230:1
products
1:4 3:4 9:12
18:2 66:5
76:22 102:19
104:6,8 105:12
123:18 132:9
133:15 170:3
174:2,4 231:13
profession
358:14
professional
265:7,16
professor
32:2 61:6,7
88:18 101:2
102:14 144:3
213:16 308:13
343:17 349:4
349:14 351:4
357:25 363:22
364:1
profile
190:8 334:12,17
profiles
6:11 333:19
program
53:25 210:9
project
29:4 36:3,8
280:25
projected
304:1
prominently
360:17 362:4
364:16
pronounce
21:19 153:18
proper
64:15
properly
72:20 269:20
270:12,19
271:18,21
291:20
properties

6:13 181:21
274:22 289:25
290:2 326:10
337:3 344:17
344:18
proportion
133:13 304:13
305:9 349:22
proportions
133:16
proposal
17:3
proposed
169:15,16
proposition
199:17
propounded
368:6
protection
47:21 68:1
protections
37:13
protocol
69:6 70:1,12,14
70:15 119:14
136:6 202:24
203:4,8 232:18
232:20 264:17
264:23 265:4,8
265:17,22
266:2,23
307:25
protocols
64:9,11 69:12
70:7 86:21
115:17,22
120:1 121:15
165:2 232:13
265:2
protoninduced
50:20
prove
71:13,16
provide
31:20 32:16
33:16 152:15

238:10
provided
7:7 27:3,8,12
166:4 205:11
229:1 235:4
246:3 247:7
249:3,14,20
250:6 263:18
328:10
provides
201:21
providing
238:18
proving
210:19
pseudo
207:8
pti
3:9,9 9:10,10
public
366:18 368:19
publication
46:25 47:9
101:3,7 108:20
128:11 143:22
205:19 329:3
330:20 334:6
335:17 362:2
publications
20:1 34:4 46:12
58:20 67:12
68:22 98:11
330:15,18
publicly
349:7
publish
75:5 145:11,23
published
20:7 46:24 47:3
47:14 50:5
93:6 101:16
109:13 140:2
144:6 147:2,14
153:11,23
174:6 265:8,17
355:11 358:11

361:24 364:17
publishes
51:16
publishing
144:15 153:16
pull
162:3 309:16
purchased
354:13,22
pure
104:18 105:7
purely
152:8
purports
107:8 130:12
purpose
34:18 63:13
125:6 134:19
167:19 180:9
263:20
purposes
11:15,17 17:21
95:24 101:8
108:1 155:12
180:2,8 187:23
221:20
pursue
166:17 336:19
put
15:3 22:7 38:15
61:8 232:21
274:13 283:2
287:21 330:20
343:20 347:14
347:16 348:24
355:6
putting
172:17
puzzle
193:13
pyroxene
150:24 151:9

Q
qualification
357:1

Melinda Darby Dyar, Ph.D.

qualifications 358:3 362:7
qualified 358:1
qualifier 335:12
qualify 79:5
qualitatave 39:10
qualitative 39:7,9 62:4 126:17,25 127:23 132:6 195:15
quality 4:16,18 61:15
quantification 339:25
quantify 303:8
quantitative 66:1 84:5,20 125:3,12 126:2 126:16 127:6 128:8,12,20,21 128:24,24 129:10 130:11 131:7 132:6 136:13,18 137:4,18 138:6 138:8,24 139:3 139:7 141:3,13 141:16,25 142:18 143:5 146:5 148:8 149:4,14 151:23 152:13 156:1,25 157:24 179:22 191:5 263:14 317:22
question 16:3 19:3 30:14 37:16 55:2,10 55:16,20 58:6

62:19 69:23 70:10,11 76:14 76:17 77:13 80:24 82:13 86:23 91:2,21 93:20 95:21 97:18 98:7 102:3 106:2 109:9 110:15 136:4,5 137:15 137:16,24 147:18 160:5 162:19 163:15 168:12,15 185:15 186:17 186:19,19 188:19 195:3 198:13 212:9 217:25 219:9 219:11 220:4 220:19 250:19 253:13 255:19 257:1 263:9 264:2 265:14 266:5 268:13 268:17,23,25 269:7 296:17 296:22 297:15 313:24 317:2,3 317:19,20 335:2 339:20 340:20 342:15 346:22 348:2 350:17 352:15 354:16 356:20
questioning 32:5
questions 9:24 10:13,24 11:8 15:2 16:14 19:14 22:16 26:13,15 27:5 30:15 31:11 32:7,14 34:2,14 37:4 37:12,19 38:21

41:4 44:24 45:13,19 46:20 55:23 57:19 61:1 62:20 63:15,24 68:9 71:15 72:11 74:2,12,21 75:14 76:12,18 77:24 78:14 81:1 82:15 83:18 84:1 85:3 86:3 87:13 88:13 91:1,14 92:19 93:19 94:7 95:19 96:7,15 97:1,12,19 98:6,19,21 99:18 100:14 101:1 103:11 104:1,20 105:8 105:23 106:21 109:1,10 110:12 111:1 112:5,16 113:2 113:17 114:14 114:24 115:10 119:1 120:13 120:15 121:10 122:2 127:2 132:19 133:2 135:14 139:22 142:13 143:13 144:2 147:5,21 148:22 152:22 154:10 155:3 157:3,18 159:4 159:5,11,18 160:11,18 161:14 162:20 163:17 164:4 164:15,17 165:6 166:20 167:10 168:18 170:1,12 171:13 172:14

173:6 175:6 176:3,12 177:15 179:2 179:12 180:6 181:3 182:9,23 186:12 187:19 188:13 190:3 192:2 195:4 199:6 202:11 206:3 208:3 213:15 214:24 215:13 216:12 217:10 219:13 220:3,20 221:15 223:10 223:14,17 225:3 226:4,10 228:8 229:8 230:7 231:1,16 232:5 233:3,18 233:20 234:7 234:20 236:7 239:8 240:4 242:23 243:8 244:16 246:23 249:5 250:20 251:13 252:7 253:1,20 256:11 258:1 258:23 259:22 261:6 262:8 263:4,16 264:21 267:4 270:23 279:23 282:24 285:5 286:13 293:20 294:1,18 296:16 298:8 300:15 303:3 306:11,14 308:12 310:13 310:23 311:12 311:23 312:6 312:16 315:1 318:15 323:17 328:1 330:1

332:12 333:16 334:5 335:4 339:4 341:22 342:9 343:16 344:13 347:21 348:6,11,19 350:9 351:1 352:1,14,20 353:23 355:1 355:13,21 357:13,15,18 363:9,11 365:8 368:6
quietly 174:14
quite 54:19 197:19 205:16 207:6 212:13 217:9 272:12
quotation 40:5,7,9
quote 290:14 291:1 298:23 299:14 299:16,19 300:1 302:16 302:17
quoting 202:22

R
r 2:1 3:14,14 74:4 122:17
r93 73:11 189:4
railroad 5:2
railway 123:2
rainbow 88:6
raised 156:9 162:8 163:10

Melinda Darby Dyar, Ph.D.

**raman**
50:21
**random**
230:17 233:14
  248:2,25 249:3
  252:17,24
  253:3,5
**randomly**
249:17,22 253:7
**range**
90:15 241:4
  265:2,13
  304:14 305:10
  306:25 307:12
  315:20 320:5
  320:14,23
  322:6,21 324:6
  339:9
**ranges**
107:10
**ranked**
109:20,23,24
**rare**
141:6 192:23
  262:4
**rating**
110:3
**ratings**
110:6
**ratio**
60:14 72:16
  82:21 83:5
  183:17,19,21
  183:24 184:1,2
  185:17,20
  186:6,25
  187:13,23
  255:17 261:18
  316:20 318:22
  320:3,9,14,23
  321:2,10,21
  322:10 323:12
  323:25 324:6
  324:25 325:23
  327:3,8 328:2
  329:1,7,12,18

331:24 332:1
**ratios**
58:5 59:19
  84:21 189:19
  193:21,23
  217:17 218:19
  269:16,24
  270:3 315:20
  317:21 319:19
  320:5 322:15
  322:20 323:21
  324:17,19
  325:21 326:11
  327:7,11,15,18
  329:16 332:2,9
**reach**
7:24 57:13
  213:4 306:9
**read**
17:6,11 18:22
  45:17 55:19
  106:12 110:7
  137:23 160:7
  160:16,19
  162:17,19,21
  163:6,14 165:4
  168:4 170:21
  225:12 257:23
  259:14,15
  280:17,18
  304:16 305:7
  320:10,11
  340:16 342:5
  346:3 351:20
  352:24 367:3
  368:4
**readers**
75:16
**readily**
204:19
**reading**
99:16 100:8
  335:2 338:3
**real**
286:11
**reality**

174:15
**really**
36:9 56:16 76:3
  78:10 109:9
  152:10 167:18
  168:11 176:17
  176:22 178:3
  185:14 218:20
  218:21 240:21
  266:4 273:24
  277:17 283:19
  306:4 331:19
**realtime**
1:18 40:17,22
  208:25 211:2
  237:22 244:21
  366:3,18
**reason**
7:18 16:3
  239:18 249:1
  252:18 278:5
  367:5 369:3
**reasonable**
106:25 168:3
  170:16 307:8
**reasons**
11:20 143:20
**reath**
2:19 9:4
**recalculate**
238:16
**recall**
42:14 46:19
  47:2,7,13,19
  51:23,25 52:2
  58:10 77:6
  86:25 87:3,12
  87:21 92:5
  99:6,15 103:22
  103:23 108:24
  126:7,12,18
  160:9 162:2
  189:6 241:25
  242:4,8 243:14
  273:21,22
  274:12,14

283:9 285:23
  287:17 291:10
  291:18 327:24
  335:21 342:3
  350:22
**receipt**
367:15
**receive**
13:7 349:21
**received**
7:4 32:20 249:8
  249:12 358:18
  358:25
**receiving**
11:18
**reciprocate**
38:20
**recognition**
208:17 359:1
**recognize**
135:15 147:22
  154:11 330:8
**recognized**
11:10 48:13
  201:3 316:9,10
  318:18
**recommendati...**
11:16 244:6
  264:11
**recommended**
121:15 204:12
**reconsidering**
253:18
**record**
8:1,13 10:2
  38:23 60:20,21
  60:23 61:2
  121:22,23,25
  161:9,10,12,16
  213:10,11,13
  213:17 256:6,7
  256:9,12 308:7
  308:8,10 343:5
  343:6,7,8,10
  343:11,13,18
  347:17 354:11

354:21 365:15
**recorded**
347:19
**recording**
203:21
**records**
36:11
**recreate**
325:24
**red**
2:13 282:10
**redacted**
16:7 30:3 37:21
  37:23 293:18
**redaction**
30:5,7
**redactions**
16:6
**redirect**
363:10
**reduce**
145:17
**reduced**
60:5
**redux**
59:19 60:14
**refer**
73:17 235:11
  247:15
**reference**
66:14 83:8
  124:5,16,20
  131:11 135:3
  155:16 234:9
  234:25 236:22
  300:21 309:8
  361:23
**referenced**
61:24 355:20
**references**
17:10 160:6
  166:18 340:18
  355:23
**referred**
73:12 186:9,14
  260:2 294:9

Melinda Darby Dyar, Ph.D.

309:9 356:16
356:25 357:3
**referring**
12:19 40:8
108:21 125:2
134:15 139:10
203:2,3,9
206:17 288:1
288:11 289:5
299:3 303:15
319:22 357:19
**refers**
39:17 66:9
82:13 143:18
185:16 200:14
207:15,18
235:13 302:5,5
303:7,20
317:14
**reflected**
273:19
**reflective**
279:12
**reflects**
28:17,18 29:18
**refracted**
219:6
**refractive**
108:7 150:25
151:17 196:22
197:15 271:10
271:14,16
275:18 291:6,7
**refresh**
102:2
**regard**
56:18 221:19
270:7
**regarding**
44:18 46:25
47:4,15 201:23
**regardless**
286:24 307:5
**region**
162:9,12 163:11
310:25

**registered**
1:17 366:3,17
**registers**
272:11
**regular**
295:12
**regularly**
48:3
**regulate**
341:16
**regulated**
89:16 90:19,23
91:7,11 93:23
94:5 95:10,15
95:16 127:12
127:14,21
129:19,25
139:13 197:13
228:6 269:8
270:16 342:25
344:24
**regulation**
317:15,16
**regulations**
96:6
**regulatory**
95:23
**relate**
235:1
**related**
15:14 18:8
34:16 38:3
92:9 106:14
240:17 356:9
**relates**
187:5 342:16
**relating**
37:24 47:22
49:9,15,19,23
56:12 69:17
76:20 77:2
108:21 141:17
164:15 205:8
343:2 353:16
**relationship**
6:9 346:25

**relative**
200:16 304:1,3
304:8 366:11
366:12
**relevance**
99:16
**relevant**
56:16 106:1
161:2 165:23
166:16 171:3
187:10,17
193:19 194:11
225:5 249:12
274:4 277:24
278:7 307:7
341:9
**reliability**
302:12 339:20
**reliable**
55:5 56:1,20
69:7 70:1
107:1 229:16
233:24 339:17
340:22
**reliance**
357:9
**relied**
189:17 265:8,12
354:4 356:13
356:22
**relies**
271:3,10
**rely**
62:3 80:7
205:20 265:16
293:11 329:4
329:10 330:14
333:18 336:5
355:23 356:1
357:7
**relying**
244:1 298:19,23
**remained**
24:21
**remaining**
353:4

**remember**
15:19 21:25
108:11 124:3
170:11 295:15
364:13
**remembering**
311:20
**remit**
229:20
**remove**
121:21 161:8
365:11
**removes**
111:8
**render**
175:18 178:7
233:17 347:9
348:17 353:4
**renders**
107:15
**repairman**
156:9 162:7
163:9
**repeatedly**
50:11
**report**
4:13 5:4,16,20
16:10,13,21
17:4,6,12,13
19:5 22:8,13
22:19,23 24:25
28:2 30:23
31:8,18,24
32:17,18 33:9
34:4,13,17,25
35:9 40:6
54:19,21 56:24
61:17,25 64:13
65:8 67:18
68:1,12,15,24
72:21 73:4
77:11 78:18
79:2 81:13
83:8,17 84:3,9
88:16,20,25
89:1,5,6,8,11

90:2,25 91:13
92:5 94:5 95:4
95:18 96:4
97:25 98:24,25
99:7,14,16
104:17 105:25
106:8,13,19
107:17,20
108:13,14
110:23 123:22
125:13,20
127:7,17
128:13 129:1
131:8 137:5,19
139:4,11,24
140:1 141:18
142:22 146:6
148:9 149:5
151:13,24
152:11 153:9
155:5 156:3,4
156:7 158:3,4
162:6 166:1
170:10 174:24
179:23 184:19
190:14 195:9
197:22 199:10
200:3 202:13
203:6,7 206:2
210:20 211:19
212:19 213:20
213:24 216:19
226:19 229:7,9
229:15,24
230:11,15,18
234:9,16 237:8
245:8,22 250:7
253:19 257:5
257:19 258:15
259:6 260:2,22
264:9 267:17
270:19 273:23
274:12,14
278:14 280:1,7
280:8,11
281:14 283:11

Melinda Darby Dyar, Ph.D.

284:9,13 285:1
287:18 290:12
292:22 295:15
298:13,17
300:22 302:18
305:21 307:3
308:15,17
311:8 312:17
313:20 323:7,8
325:17,18
327:5,14 332:8
332:21 333:9
334:8 340:6
342:21 343:2
344:1,4 347:5
347:8 349:12
352:10 355:20
356:3 357:8,10
358:2,4,5
**reported**
337:22 338:16
**reporter**
1:17,18 9:14
25:19 55:20
366:3,4,4,17
366:18
**reporting**
69:13 70:8
154:19 227:3
**reports**
16:19,24 17:10
18:12,14,16,18
30:24 31:8
32:19,21,25
33:5 34:19
35:3,4 42:16
77:8,13 87:21
89:9 100:9
112:13 140:6
140:10 158:21
160:10 165:8,9
165:15,16,25
166:3,19 171:5
180:22 190:18
204:24 211:11
231:3 239:1

245:25 246:25
247:9,17,18
248:1 249:7
255:5 272:2
273:3 276:12
291:11 304:20
305:16 310:5
326:9,10
327:15,17
333:4
**represent**
10:3 205:5
224:20 243:22
**representation**
246:18 255:6
**representations**
255:4
**representative**
135:1 203:22
**represented**
271:15 324:15
332:10
**reproducible**
240:2
**reputable**
109:3 333:23
**request**
38:10 74:3 76:9
**requests**
38:14
**require**
125:11 126:2
128:17 129:9
137:2 203:25
208:18
**required**
156:1
**requirement**
329:5,11
**requirements**
43:1 128:17
**requires**
127:11 128:11
129:17 137:17
199:17 200:19
202:25 203:10

207:23 290:13
**reread**
86:23
**research**
17:5 52:7 62:7
63:12 66:23,25
67:11 80:15,23
81:23 83:15
85:25 86:8
97:17 99:3
152:6,6 165:4
222:21 265:11
292:20 333:8
336:1 348:22
350:14,19
359:2,22 360:1
360:16 361:18
362:1
**researched**
113:16 115:6
334:3
**researchers**
168:7 222:24
**researchgate**
5:11
**reserve**
7:22
**resolution**
195:12
**resolve**
209:18 210:12
**resolved**
363:4
**resources**
273:19
**respect**
34:13 201:24
345:6
**respond**
32:4,13 33:23
**response**
98:20 339:22
**rest**
169:23 248:8
**restate**
19:3 30:13

55:16 186:18
**restrictive**
240:19
**result**
173:22 277:23
**resulting**
39:20
**results**
18:1 65:16 78:2
107:5 146:4
162:7 190:17
209:17 210:11
227:4 232:8
272:19 274:11
275:23 304:11
306:3,23
307:22,24
323:22
**retained**
62:22 123:16
168:1
**retention**
63:19
**return**
90:5 261:2
347:3 367:13
**reverse**
224:4 268:7
**reverseengineer**
238:6
**review**
7:9 16:17,22
17:24 18:6,10
19:12,15,20
20:16,25 23:10
23:13,17 24:17
24:23 31:2,7
32:23 34:3,18
62:25 77:22
78:13 88:24
98:17,18 101:6
125:18 126:8
157:17 159:15
161:18 166:7
168:14 169:7
195:1 250:5

293:13 327:22
333:10 339:15
347:4
**reviewed**
18:12,14 20:3
20:11 23:23
61:23 62:14
63:6,7,18
66:20 67:5
68:11,15,17
69:16 73:12
76:19,23 77:1
77:7,9,18
88:19 99:7
102:25 103:4
103:10 108:15
109:17 113:4
159:6,20 165:7
166:11 170:9
242:25 353:15
356:13,21
358:12
**reviewer**
16:25
**reviewing**
17:3 34:23 35:2
40:21 96:4
255:13,15
296:4,10 358:4
**revised**
147:13
**revision**
93:10
**rewritten**
93:16
**rice**
2:7 3:12 8:20
**richard**
330:8
**richterite**
89:20 319:16
**ridiculousness**
286:3
**riebeckite**
79:4
**right**

Melinda Darby Dyar, Ph.D.

7:23 13:25
14:9 18:23
27:2 28:5 36:6
38:9 46:22
58:19,23 59:3
59:23 60:17
94:23 95:9
101:11 106:5
106:12 117:2
119:5 123:21
127:3 130:19
130:22 134:6
136:16 144:9
154:17 155:4
155:15,23
157:12,19
160:14 161:5
168:23 172:22
177:16,22
185:23 189:13
190:12 191:14
193:7,12 200:6
202:18 203:4
207:19 209:14
210:7 223:11
223:19 224:3
224:19 225:4
227:7,17 234:8
234:17 237:8
243:4 245:10
246:4,9,20
253:21 256:9
260:14 271:25
276:10 277:19
278:8 280:9,22
281:10,15
283:16 284:2,3
285:1 289:8,10
292:19 298:9
299:5,11
300:24 301:2
302:7 303:10
303:17,24
308:6,21
311:13 312:21
313:9 315:6

317:13 320:17
323:18 326:16
327:9 328:3,24
329:1 330:2,25
337:6,16,20,23
338:18,22
348:21 351:16
357:6,12
363:16,17
364:3
**rigler**
5:4 16:18 18:11
18:20 19:13
21:2 23:12
31:3 32:19,21
32:25 33:4
34:19 56:25
69:21 77:5,8
77:19,23 78:2
80:14 81:11
87:21 89:15
98:2,4 112:13
113:14 125:2
139:11 142:10
156:20 158:12
159:12,16
160:7,17
165:25 180:22
190:18 191:4
194:25 197:22
198:18 204:24
205:7,11,21
213:24 214:18
217:7 232:12
237:25 240:1
241:14 246:25
258:4,10
264:10 270:12
270:22 272:2
272:19 274:5
297:21 298:13
304:20 305:16
305:22 313:5
321:11,16,20
322:8,14
323:11 325:17

325:18 326:8
328:17,25
329:20 335:23
340:2,5,9
341:6 347:6
353:8,22 358:1
**riglers**
16:24 23:18
30:24 33:9
100:9 158:20
244:25 342:11
**rigorous**
319:4
**rigorously**
174:5
**ritchie**
84:24 125:20
142:23 143:7
**river**
191:18
**rj**
122:20 330:12
**rn**
6:4
**robert**
334:13
**robust**
56:6
**rock**
97:7,8 177:3,18
359:16
**rocks**
42:16 114:2
163:25 164:5
167:6 168:20
192:16 348:20
**roger**
224:10,16
**roggli**
143:24 144:5
153:6,16
**role**
113:12 232:11
335:21
**rolled**
287:6 289:22

**rondorfite**
191:10 192:8
**rose**
184:9 187:3
**rosepetalshaped**
185:22
**rotate**
40:2 41:8
119:24 196:7
279:10 289:14
**rotated**
287:10 289:1
290:23
**rotating**
40:16
**rotation**
208:7
**rotations**
286:16
**roth**
2:11
**rough**
124:24
**routine**
295:2 359:15
**routinely**
63:10,11 181:12
361:17,22
364:15
**row**
247:11
**rows**
209:8
**royalties**
354:19
**royston**
3:9 9:10
**rt**
310:4,18
**rule**
115:14,25
**rutgers**
174:6
**résumé**
42:23

**S**
**s**
2:1
**sad**
204:15
**saed**
39:16,17,23
40:11 47:11
58:8 69:14
70:9,19 71:5,9
71:25 72:18
85:4,10 116:15
117:10,20
120:19 136:14
181:18 195:24
196:1,8,9
197:8,24,25
198:2 199:8,17
199:23 200:20
201:5,7 202:2
202:25 203:10
203:19,25
204:15 205:1,9
206:11 213:20
214:17 215:15
215:23 216:8
217:3,14 218:7
219:22 220:15
234:22 237:6
256:23 257:3
259:12,18,21
261:4,7 262:16
263:13 266:22
266:25 267:19
267:24 268:8,9
268:11,14,17
268:22 269:15
269:23 360:10
360:14,15
**safety**
341:14,15
**salaries**
349:6
**salary**
349:4,9,13,22
**sale**

sales
1:4
salt
273:10,11
sample
39:19,23 40:11
50:1 54:16
55:7 56:2
57:20 58:11
70:24 71:11
101:22 106:23
115:12 116:6
118:5,15
120:17,21
121:9 124:5,20
129:19 135:18
145:17 155:12
155:17 171:15
171:18 182:12
183:6 197:4,10
207:16,25
209:8,9 215:22
227:14 262:11
263:24 268:19
268:25 269:13
272:23 273:10
275:3,21 276:2
276:5 280:12
280:14 281:10
281:11,12,13
281:23 283:12
289:11,15,15
289:20 297:4
305:17 332:10
359:18
samples
5:3 23:4 48:8,8
49:11,16 51:21
51:24 56:11
58:5,8 70:13
70:13 77:16
98:1,3 99:23
100:11 101:25
102:4,14
103:15,17,25
104:12,22,24

105:4,5,18
106:3,6,7,9,16
121:14 124:16
130:24 134:25
146:15 189:8
189:10 205:15
207:22 217:7
225:5 226:20
226:24 227:19
228:3 229:24
230:21 231:11
241:17,22,25
242:1 243:12
243:14,22
247:1,22 248:1
248:10,24
249:8,15,21
250:13,22
251:19,22
252:10,17,21
253:5,7,9,15
254:23 255:23
256:21 257:7
257:11,13,16
258:5 259:3
260:10 262:21
263:18 272:25
278:3 293:16
297:13 304:23
306:17 307:5
307:15,18,24
315:15 322:4
322:14 324:14
sampling
62:4 133:22
134:3
sanchez
19:25 330:10
sanchezs
20:4
sandra
3:6,7 9:8
sat
46:4
satisfies
209:11

satisfy
46:18 200:4
save
89:5
saw
61:23,24 180:21
237:1 344:1
saying
31:3 152:10
183:20 199:7
211:13 236:21
244:9 250:12
284:13 288:19
329:22
says
9:20 24:14
37:20 42:23
56:10,13 69:4
70:14 90:2
102:16,21
111:11 127:5
128:7,23 132:1
133:9,19 134:2
134:5,19
137:10 138:8
138:10,23
139:2,6 140:19
142:17 151:8
151:13 155:14
155:18,23
157:22 163:9
169:24 175:9
176:16 177:6
179:18,20
188:22 200:23
201:5 203:8,12
203:16 204:3,6
204:11 210:10
210:18 212:1
223:23 227:11
228:5,9 248:24
254:15,16
260:4 261:2,23
271:15 280:18
281:16,21
284:2,11

287:15,16
288:3 290:16
291:3,11
299:10,17
302:9 303:8
305:14 306:22
307:21 313:16
314:25 315:19
316:8 317:4,17
318:17,24
319:1 320:12
320:18,24
321:5,9 322:24
323:1,2 324:8
324:23 325:10
338:23 339:3,7
340:17 346:4
346:21 348:1
351:21
scanned
235:21
scanning
178:9 186:4
266:20
scenario
189:11
school
15:20
science
11:25 51:2
52:23,24 53:1
59:5 110:3,14
168:25 172:10
179:25 180:1,7
312:11,12
348:13 349:20
scientific
17:1,3 56:20
154:18 156:2
235:17 358:12
358:13 362:5
scientist
55:6 56:1,20
57:24 64:2
65:1,2,20
66:23 69:7

70:2,11 75:24
86:17 107:1
119:15 125:13
134:8 168:1
170:17 171:19
177:10 178:9
193:10 194:1
195:19 228:21
229:4 239:12
265:21,23
268:18 269:10
276:7,11
277:20 330:13
349:19
scientists
52:11,12 78:3
85:2 144:5
161:23 162:11
162:23 169:8
222:22 334:20
scope
133:20 229:19
scotts
122:23
screen
26:17,19 28:14
28:23 245:1
search
276:24
searched
277:1
second
5:4 88:15
144:25 145:8
149:9 177:16
179:14 209:19
210:13 227:8
257:15 281:22
319:9 321:7
345:2 354:14
365:11
seconds
351:18
section
73:5 120:7
151:24 206:6,9

Melinda Darby Dyar, Ph.D.

241:12 280:22
281:21 284:15
284:18 292:23
294:8 297:5
300:16 302:11
303:19,19
305:7 306:22
313:10,13
314:7 315:7
316:3 317:4
318:17 319:6
320:24 324:5,5
324:18 326:18
352:2,5
**security**
38:1
**sediment**
262:11
**see**
7:20,21 17:13
19:4 23:4
26:16 28:20,21
29:1,22 46:18
55:21 64:14
73:5 78:11,19
79:25 89:25
90:1,10 93:2
103:12 106:13
111:10,11
125:8 126:22
128:3 136:3
140:18 145:5
145:18,19
146:16 151:12
153:5,14,21
154:15 155:13
155:14,18
165:14 175:7,8
175:19 177:4
177:20 179:3
179:10 204:21
204:22 208:10
209:2,25 210:1
212:15 218:15
218:17 224:13
225:11 226:6

227:14,16
228:22 234:11
240:12 248:12
251:3,18
255:22 257:20
257:24 258:16
259:24 260:21
261:7,11,14,16
263:1 271:13
274:24 283:17
289:2 292:22
299:22,23,24
302:7 308:24
315:17,18,23
318:3 319:10
330:22,23
335:7 337:4,5
337:8,11 338:2
340:13 344:20
345:1,3 346:11
346:12 352:4,5
354:10
**seeing**
103:23 342:4
**seen**
15:6 67:5 88:19
101:3,4 172:19
185:12 246:2
248:4 250:15
271:7,23
285:13 287:22
312:20 330:5
351:10
**sees**
111:7
**seldom**
207:23
**selected**
40:23 42:2
47:10,10
203:18,20
204:6,14
256:19 257:8
258:25
**selection**
252:16

**selfrespecting**
145:22
**sem**
50:18 51:1
52:19,21 117:5
118:10 119:18
130:16 140:11
143:19 149:2
150:12,14
152:14 157:5
177:17 179:13
196:3 211:2
303:21
**semiquantitati...**
125:24 128:2
130:2 131:15
138:20 143:5
195:16
**send**
13:20,25 25:18
**senior**
349:19
**sense**
41:24 44:6 97:7
116:7 124:24
244:6
**senses**
243:16
**sensitive**
272:10 361:7,8
**sensitiveenough**
181:24
**sensitivity**
272:4
**sent**
23:6 25:14
34:20 257:16
**sentence**
125:18 183:13
183:15 197:19
239:3 325:9
**sentences**
207:20
**separable**
193:15 194:7
312:18 313:21

**separate**
107:25 108:4
**separated**
78:23
**separately**
257:17
**september**
35:16,17
**series**
16:19 28:15
89:18,21 90:4
90:19 91:6,24
94:10,15 173:8
226:19 240:6
240:21 271:13
**serious**
173:13
**serpentine**
174:18 256:20
256:24 257:10
259:2 358:16
**served**
48:18 73:20
**service**
333:25
**services**
1:22 3:15 8:3
**serving**
14:6 310:3
**set**
25:6 28:1 29:11
29:12,13 55:4
55:24 56:19
57:7 62:15
64:18 77:10
86:16 231:17
239:14 353:10
355:24 366:9
**settled**
49:3
**seven**
162:16 240:12
240:16,17
257:16
**seyfarth**
3:1,2

**shape**
72:15 183:16,18
185:17 186:24
187:3
**shapes**
184:9 187:12,21
**share**
31:17
**sharko**
2:20,20 9:6,6
38:14,19
**shaw**
3:1
**sheet**
327:12 367:6,9
367:11,14
368:7
**sheets**
229:12 263:2
290:1,4 327:1
328:8,17
**shes**
177:9
**shoemaker**
359:2
**short**
61:3 213:17
256:13 334:24
343:18
**shorthand**
47:5 366:4
**shouldnt**
231:25
**show**
124:22 129:11
130:24 131:3
146:6 148:25
149:10,12,13
149:20 152:7
184:20 200:3
218:10 249:25
291:15
**showed**
161:23 163:2
355:4
**shower**

17:16,17 18:2
18:2
**showing**
111:7 155:7
157:5 287:9
**shown**
126:3 127:6
131:7,17 137:4
139:3 140:20
141:17 145:15
148:9 149:4
150:7 151:23
156:2 158:3
237:6 247:8
**shows**
124:19 149:1
150:25 151:5
226:21 241:2
245:19
**si8o22**
90:9
**sic**
39:10 40:10
126:10 135:5
139:4 158:3
275:16 298:24
320:14 321:5
352:18
**side**
289:22
**sieve**
304:23 305:1
307:15,18,24
**sieved**
305:16 306:16
307:5
**sign**
226:3 367:8
**signature**
83:21,25 84:12
130:4 131:6
151:5 217:13
**signed**
28:24 29:4,7
225:18,24
**significant**

136:25 137:1
222:18 277:8
**significantly**
93:18 329:20
**signing**
367:9
**silicates**
173:17
**silicone**
155:8 191:11
**similar**
84:8 125:12
150:7 199:1
206:21,24
207:1,6 212:13
249:19 297:20
**simple**
107:13 110:2
193:3
**simply**
107:9 156:15
157:5 220:11
245:23 328:2
333:3
**simulated**
148:5,12,13,16
150:4
**single**
33:1,2,3 142:16
197:25 208:8
240:20 291:17
327:19
**sir**
76:25 132:1
144:8 307:2
351:12
**sit**
80:17 87:2
220:21 223:3
250:4 259:14
**sitting**
21:10 189:13
219:14 220:5
354:6
**situation**
118:11,14

174:13 321:9
**situations**
132:13 363:7
**six**
78:20,25 90:23
94:4 95:15,16
127:12,14,21
129:19,25
132:16 139:12
194:15 205:15
205:16 216:6,9
242:1 243:11
245:11 254:7
269:8 270:15
344:23
**size**
72:15 73:8
186:25 270:5
304:24 305:18
307:16,19,22
**sizes**
270:5 301:5
340:19 363:4
**skadden**
1:13
**skimmed**
165:11,22
**skip**
207:21
**slide**
102:5 117:25
121:5 274:3
304:3
**slight**
94:21
**small**
26:21 41:13
56:16,22 149:9
178:20 182:6
196:17 274:1
280:16 322:13
363:4
**smaller**
155:10 313:2
**smith**
45:24

**socalled**
101:9
**social**
38:1
**society**
49:1 93:12
358:22,23,24
359:4,5
**sodium**
155:10 193:1
**soil**
157:11,20
161:25 162:25
**soils**
140:13
**solar**
169:1
**sold**
123:17 167:15
172:25
**sole**
13:2,3
**solid**
89:18,21 90:4
90:10,18 91:6
91:24 92:6
94:10,14 240:6
240:15,20
**solution**
89:18,21 90:4
90:10,19 91:6
91:24 94:10,15
240:6,15,21
**solutions**
92:6
**someones**
38:17 105:20
154:20
**somethings**
71:17
**sorry**
8:24 102:12
136:4 150:20
234:13 254:19
267:13 297:24
302:10 308:18

336:25
**sort**
67:4 116:10
121:7 143:22
193:18 196:11
209:6 257:1
**sought**
17:9
**source**
17:16 18:8 19:1
19:9 52:9,10
156:11 160:13
168:6 170:4,19
173:25 174:10
215:21 216:15
231:5,12
247:22 248:15
251:23 254:6
330:24 333:23
340:21 346:22
**sourced**
192:20 249:2
**sources**
18:3 105:6
201:18 216:21
250:25 251:21
311:10 335:15
350:3,8,11
**south**
3:7
**southern**
140:14
**space**
143:21 168:21
196:15,16
200:7 208:15
289:3 359:6
367:6
**spacial**
235:1
**spacing**
181:21 200:4,6
239:7 241:4
**spacings**
238:24 240:2
241:14

Melinda Darby Dyar, Ph.D.

121:3 135:20
268:6 271:11
**special**
178:23 278:19
362:10,15
**specialties**
60:7,8,12,15
**species**
70:20 71:10
72:1 84:7
90:24 91:12
92:6,8,10 94:4
94:12 127:12
127:14,21
128:18,19
129:5,7,20
138:2,5,13
151:1 182:20
194:11 210:23
213:21 214:1
214:21 215:17
215:24 216:1,7
240:18 245:17
252:4 267:5
269:8 270:16
304:2,4,8,9
362:13
**specific**
37:11 55:13
63:6 64:20
79:15 84:18
98:25 107:8
114:8 127:12
129:5,6 132:7
138:1,11,11
157:3 168:2,3
170:3,3 174:20
184:10 194:10
210:22 212:11
220:12 253:15
352:11
**specifically**
63:14 97:11
99:15 108:6
119:23 128:8
136:1 148:17

164:3 189:7
193:2 201:25
283:8 287:18
**specification**
6:15 351:6
**specified**
136:12 303:10
319:17
**specifies**
133:22 134:2
**specifying**
218:22
**specimen**
208:7
**spectra**
124:6,18 126:17
128:14 129:2
130:2,9,24
134:22,24
145:12 148:3
154:16 156:15
157:20 203:22
206:21,24
207:1
**spectrometer**
59:25
**spectrometers**
52:17
**spectrometry**
38:25
**spectroscopic**
50:13
**spectroscopy**
39:1 50:16,17
50:21,21 58:4
60:13 125:21
**spectrum**
59:21 124:10,21
125:25 130:10
131:24 137:3
141:17 143:6
143:10 149:10
150:15 151:9
151:14,25
154:13 155:7
155:16,20

214:3,8,22
215:1 216:14
216:20 217:8
**speculate**
36:10
**speed**
26:1
**speedread**
144:20
**spend**
36:18 41:16
46:17 54:3,7
54:11 156:11
273:6 276:19
276:21 364:22
365:2
**spent**
36:7 272:22,24
275:20 276:1,4
276:5 278:3
295:4,7,11
358:6
**splayed**
312:19,24
313:22 314:1
314:20 315:3,4
**split**
104:22 194:19
280:25
**spots**
207:12 208:16
209:13 212:16
**spreadsheet**
87:19 88:23
247:7
**spreadsheets**
27:23,25 28:5
246:2
**spun**
274:9
**sputter**
145:16 155:11
**square**
1:14 8:7 82:4
343:24 344:6
344:25 345:14

346:10
**squishing**
344:8
**st**
3:8
**stable**
114:9
**staff**
174:24
**stage**
178:19 212:15
290:23
**staining**
275:16 278:16
278:19,25
279:14,17
282:7 283:1,4
283:13,16,20
285:12,15,19
286:11 288:4
**stake**
13:4
**stand**
38:24 121:20
216:24 236:16
243:22 365:10
**standard**
41:3,5 51:20
56:19 61:15,20
62:3 63:19
67:3 98:24
127:4 128:11
131:24 135:3
142:16,17
167:22 188:22
189:17 190:2
201:4 209:16
234:25 275:2
307:25 353:11
361:1
**standards**
47:22 51:16,17
51:20 52:2
55:5,25 56:1
57:6 84:25
125:11 128:17

131:11 306:2
329:5 358:14
**stands**
53:5 330:12
**star**
149:2,18
**start**
274:2 338:20
**started**
15:20 29:3,12
75:6,9 359:10
**starting**
224:6
**starts**
7:3
**state**
12:5 24:11 35:5
48:20,20 60:4
62:18 89:16
102:8,11
107:21 125:1
142:1 165:8,19
166:3 175:21
190:11 240:24
258:24 290:12
367:5
**stated**
52:20 90:23
111:24 180:4
247:15,25
248:20 252:15
273:2 341:1
**statement**
105:17 111:19
178:18 199:10
199:22 200:23
214:8,16
216:19,25
224:24 225:2
233:14 236:16
236:20 238:23
247:5 264:8
299:2 312:1
**states**
1:1 47:21 65:22
93:24 127:25

Melinda Darby Dyar, Ph.D.

138:18 202:1
202:24 203:9
206:16 209:16
225:4 231:7
245:4 303:24
314:7 319:12
334:17 348:7
350:19
**statistical**
187:21 188:23
269:16,24
270:4 295:24
302:12 316:19
317:21 318:6
318:21 355:24
356:3
**statistically**
188:17
**statistics**
189:10 356:5
**steel**
346:18,18
**steering**
8:22
**stenographica...**
366:8
**step**
117:13 195:19
263:23,23
**steps**
54:15 64:23,25
65:6 86:17
103:14 117:7
**stepsister**
360:25
**stole**
313:11
**stood**
99:6
**stop**
269:14 306:12
343:4
**stopping**
121:19
**stored**
105:19

**straight**
219:10
**straightforward**
110:22
**strange**
257:1 258:19
**street**
2:4,8,17 3:2,7
12:12
**strength**
78:24 79:13,17
79:19 80:3,10
80:19 81:3,7
81:10,22 82:1
82:5 85:21
86:19 193:16
194:8 335:5,13
335:18 336:7
336:10 337:19
338:11,14
339:9,11,25
340:8,11,23
341:4 343:23
344:7,23
345:13,15,23
346:9,17 347:1
347:7
**strengths**
346:5,6
**stretching**
344:8
**strictly**
135:19 268:6
**strike**
63:22 147:17
216:16 220:2
298:6
**strive**
361:25
**strong**
79:11
**structure**
40:15,21 41:9
41:18 71:7
83:19 84:13
85:6,7,11

94:18,20 95:1
95:2 118:19
119:8 125:14
126:5 127:8,16
129:12 178:11
181:20,22
182:18 183:11
186:5 194:7
195:6,21,23
196:6,9,20
197:8,15
199:19,25
200:16 204:2
208:25 209:24
211:2 212:24
241:2 244:18
244:22 268:12
316:22 326:24
327:1 340:24
**structures**
43:24 187:22
188:16,24
189:18 190:4
199:2 201:11
205:12 210:21
217:16 218:18
241:3,6 244:11
260:19 261:15
288:22 295:8
313:1 325:23
331:10
**student**
361:10
**students**
116:11 167:12
167:13,15
208:22 277:17
277:18
**studied**
99:24 100:12
156:20 158:23
183:2 205:16
326:11 327:16
327:19 347:8
**studies**
6:10 158:8,10

158:14 170:21
339:19
**study**
44:6 62:10
102:24 109:21
116:10 132:18
157:3 168:25
169:5 252:17
264:20 348:20
350:20
**stuff**
11:5 186:22
**su**
54:25 115:16
119:21 264:13
271:15 290:12
290:14 291:1
**subgroup**
240:13
**subject**
15:7 46:13
48:15,21 75:19
110:9 203:22
342:20 364:6
364:10,18
367:10
**subjective**
190:7
**submit**
74:25 332:24
333:10
**submitted**
332:20
**subpoena**
27:9
**subscribed**
368:15
**subsequent**
43:2
**subsequently**
257:17
**subset**
95:23
**subsidiary**
14:17 100:17
224:21

**subspecies**
240:18
**substance**
40:15,22 41:7
44:8,9 57:25
69:3,9 70:3,17
70:25 123:13
276:18 297:17
364:20 368:7
**substances**
23:25 43:14
**substantially**
346:16
**substitution**
90:15
**succession**
275:18
**suffice**
27:6 353:6
**sufficient**
80:14 84:4
190:5 267:19
267:20 270:14
**sufficiently**
129:24 237:12
238:16
**suggest**
32:9 98:3
100:10 175:11
227:18 262:1
**suggestion**
155:9
**suggestions**
31:24 33:17
**suggests**
83:4 112:14
174:7 250:8
**suite**
2:8 3:7
**summaries**
20:25
**summer**
45:22
**sunglasses**
290:10
**superset**

Melinda Darby Dyar, Ph.D.

181:17
**supervised**
360:5
**supplement**
141:21 146:10
226:18
**supplemental**
5:4 88:16
**support**
100:22 202:15
213:24 252:5
253:17
**supported**
180:23 244:4
**suppose**
254:24
**supposed**
25:6 230:15
307:10
**supposedly**
272:10
**supposition**
100:23 157:7,9
**sure**
13:18 21:15,19
57:18 68:13
81:24 92:3,25
124:2 141:21
146:9 186:20
202:6 218:23
249:9 250:18
264:2 268:4
282:9 307:16
309:25 317:8
327:22 355:8
**surface**
348:24
**survey**
72:21 73:1 82:2
333:23 334:16
336:24
**surveys**
333:19
**susan**
2:20,20 9:6
**suspect**

162:11 249:1
**suspected**
173:19 209:24
**sutcliffe**
2:15
**switch**
25:16
**swivel**
196:14,17
**sworn**
9:18 366:5
368:15
**symmet**
208:15
**symmetrical**
208:14,16
**synchrotron**
52:9
**synthesize**
124:10
**system**
169:2 337:7
**systematic**
109:21

---

**T**

**t**
3:1
**table**
79:1 84:9 90:6,6
95:3 147:23
226:21 227:7
262:9,10 272:6
272:15 273:20
336:20 337:1
338:4 345:21
346:4,7,12
**tables**
326:1,13,25
327:6
**tabs**
227:13
**tabulated**
274:13
**take**
7:23 22:21 26:6

26:9 33:25
38:12 40:22
41:19 44:11
57:14 60:18
86:24 96:8
98:24 102:2
105:9 112:4
118:16,22
119:16 120:17
126:20 135:25
157:16 162:4
162:17 186:2,4
189:14 200:24
203:15 204:23
211:24 227:13
231:23 256:3
257:22 273:13
277:18 286:15
300:6 308:5
309:11 345:9
357:15 359:17
360:12
**taken**
10:6 13:17
19:21 23:14,19
24:3,5,6 103:1
228:19 245:24
261:8 285:11
286:24 287:1,2
309:1 331:11
366:8
**takes**
41:6,17 42:1
52:7 53:22
276:9 277:21
**talc**
17:15,19 18:4
19:1,7 20:5
44:13,19,19
47:17 49:11,24
50:2,7 56:8,22
64:7 65:4,21
66:4,6 69:18
70:16,17 76:21
77:3,16,16
87:5,15,16,17

87:25 88:4
96:19,21 97:3
97:8,13,21
98:9,17 99:9
100:3,16
101:18,25
103:15,18
104:5,19
105:11 106:23
107:2,9 108:1
108:21 112:8
112:15,18
113:7,22,24
114:3,4,9,16
114:22 115:1
115:12 118:15
122:8 123:17
132:18 158:14
159:7 163:19
163:20,24,25
164:5,7,13,14
164:15 166:24
167:5,9 170:4
173:1,14,24
174:1,4,12
175:24 180:18
182:12,12,24
183:3,6,7
190:23 191:22
192:1,12,19,20
200:19 206:19
206:23,25
207:5,8 212:3
212:5,12,16
214:9,11 215:2
215:9 216:16
216:21 217:5
220:23,24
221:3,12,14
224:22,23
225:6 226:11
226:19 227:22
230:23 231:4
231:11,21
232:9,21,23
233:8,22 241:7

241:7,10 248:7
248:11 254:7,9
255:14,15
256:21 257:13
258:5 259:3
263:18,24
264:23 268:5
268:19 269:1
269:12,22
270:8,15 275:4
277:11 286:5,7
286:20 287:6
289:22 290:1,3
297:13 301:3,5
301:14,20,21
302:21 310:4,6
310:7,16,18
341:16,24
342:7,13,20,24
351:8,15,22
353:9 364:14
365:4
**talccontaining**
123:18
**talcs**
5:7 101:13
102:22 174:8
174:17
**talcum**
1:3 8:9 62:11
65:14 99:23
100:11 139:15
231:12 260:12
262:22 364:7
**talk**
11:3,4 64:14
65:8 83:8
133:11 143:2
184:17 189:3,9
359:8,19 360:8
360:23
**talked**
181:7 217:21
218:20 330:14
**talking**
93:3 116:15

Melinda Darby Dyar, Ph.D.

123:22 137:10
161:21 181:18
193:7 203:6
206:8 210:8
230:22 242:19
272:15 275:15
295:23 299:20
324:19 351:14
362:25
**talks**
54:22,23,24
65:24 73:6
108:5 119:22
126:13,22
175:20 189:4,6
302:12 303:4
**task**
161:3 276:8
**tasked**
170:17
**tasks**
38:6
**taught**
222:10,15
277:16 295:3
358:8 359:13
**teach**
63:10 167:20
181:12 208:21
222:1,3,6,12
277:15
**teaching**
45:23 294:24
295:5 360:17
**tech**
358:7
**technical**
5:20 298:10
**technically**
354:12
**technique**
68:22 72:12
124:9 195:24
266:24 267:1
267:20,24,24
268:18 270:6

272:13 308:3
316:25 361:11
**techniques**
62:8 72:4,8 73:2
146:18 195:11
198:21 220:11
220:13 267:4
267:14 268:2
269:21 270:11
336:6 341:3
361:3,22 362:3
362:21,25
363:6 364:13
365:3
**technology**
85:1 348:12
**tecum**
4:12
**tell**
9:19 22:22
37:21 61:12
66:24 72:5,9
73:14 82:19
138:16 151:21
154:8 180:15
181:15 183:5
197:1 201:19
212:25 219:2,6
220:5,14 228:4
233:4 239:22
262:22 267:5
268:8,9,11,14
291:19 293:22
323 362:6
**telling**
91:10 283:25
305:14
**tells**
103:6 108:4
119:15 182:19
196:24 199:23
269:4 335:17
**tem**
39:18 40:16
41:10 50:17
51:1 52:19,21

58:1 67:9
71:20 80:4
118:1,10 119:7
119:18 121:5
126:16,16,17
127:1,22
130:17 152:14
196:15 247:17
306:4 325:18
331:18 332:5
351:13,16
352:2 353:11
359:21 360:1,7
360:13,18
**ten**
52:5 120:9
221:5 272:1
276:24 277:7
353:4 365:6
**tendency**
111:4
**tensile**
78:24 79:12,17
79:19 80:3,9
80:19 81:3,7
81:10,21 82:1
82:5 85:21
86:19 193:16
194:8 335:5,13
335:18 336:7
336:10 337:19
338:11,14
339:9,11,25
340:8,10,23
341:4 343:23
344:7,22
345:13,15,23
346:5,6,8,17
347:1,7
**term**
47:5 111:24
184:13,16
234:9 240:22
312:15 325:8
**terminology**
225:15 240:10

312:11 326:2
**terms**
38:22 39:4
77:12 95:6
105:7 164:12
236:17 264:17
276:8,9 277:21
278:22 316:23
349:25 362:24
**test**
17:15,19 39:6,7
80:19 115:12
123:5,9,13
133:5 170:2
243:24 248:6
251:20 269:13
269:16,24
270:4 272:10
272:11 317:21
**tested**
48:4 50:1 77:15
98:1,3 100:18
124:4 217:8
252:12 253:6
**testified**
10:8 24:9 74:3
**testify**
15:13 34:15
366:5
**testifying**
10:14
**testimony**
18:6,10 19:15
19:20 20:4,12
20:17 21:1
23:13,18,23
24:18 82:25
120:24 160:20
366:8
**testing**
18:1 23:12 49:1
50:7 61:15
69:17 76:21
77:2 86:14
102:15 104:15
104:18 105:11

107:2 113:6
115:15 157:10
159:7 160:10
169:22 171:20
182:13 228:3
232:8,13,18,20
233:22 234:2
261:22,23
264:23 297:12
316:19 318:21
353:17
**tests**
70:23 71:2
160:21 318:6
356:3
**text**
319:6
**textbook**
46:7 92:16
148:10 151:25
152:5 167:11
201:15 344:15
356:5
**textbooks**
120:5
**thank**
213:8 280:21
363:25
**thanks**
234:19
**thats**
14:1 20:10 24:7
24:14 26:21
30:22 36:1
54:19 60:15
68:3 69:4 71:6
73:10 75:6,6
77:23 79:19
84:23 89:6
90:1 97:10
98:7 99:5
102:21 110:10
115:5 133:19
134:5,19
136:20 144:22
150:14 151:21

Melinda Darby Dyar, Ph.D.

| | | | | |
|---|---|---|---|---|
| 154:21 155:2 | 305:5 308:3 | **theses** | 361:17 | 58:25 68:25 |
| 155:21,23 | 309:7,7,13 | 360:6 | **think** | 102:17 140:11 |
| 157:22 158:24 | 314:16 315:5 | **theyre** | 22:2 42:15 | 165:9 178:12 |
| 159:17,24 | 317:17 320:18 | 39:3 46:10 | 46:21 57:10 | 201:12 206:13 |
| 163:11 167:22 | 322:1,24 | 108:11 130:3 | 58:18 75:15,23 | 221:4 227:1 |
| 168:11 171:3 | 323:15 324:23 | 134:19 146:3 | 77:25 80:18 | 248:7 340:15 |
| 175:8 177:6 | 326:3 327:13 | 148:5 154:1,14 | 83:14 89:6 | **threedimensio...** |
| 179:10,20,24 | 328:4 329:21 | 154:19 157:5 | 99:23 117:11 | 178:21,25 |
| 180:24 184:3,9 | 330:11 334:9 | 198:24 215:22 | 151:7 190:6 | 196:15 199:24 |
| 187:17 188:17 | 334:10,14 | 219:25 230:21 | 202:9,19 219:9 | 201:11 210:21 |
| 188:18 190:6,6 | 335:14 338:21 | 242:16 244:25 | 223:4 233:19 | 212:23 244:10 |
| 191:13 192:21 | 338:23 339:2,7 | 245:1,2 249:17 | 235:13 262:3 | **threshold** |
| 193:9 194:16 | 345:12,18,19 | 268:19 270:18 | 270:10 276:8,9 | 340:23 |
| 197:18 198:12 | 346:20 347:25 | 286:25 287:19 | 277:5,21,22 | **tilt** |
| 199:20 200:22 | 348:3,10 | 288:23 292:22 | 280:3 283:7 | 178:19 208:13 |
| 203:12 204:3 | 357:12 365:9 | 307:19 309:25 | 295:3 296:10 | 209:8,21 |
| 207:2,18 | **theoretical** | 336:14 351:14 | 297:10 300:12 | 212:15 |
| 209:10 214:5,6 | 209:23 | 354:13 362:16 | 304:18 313:4 | **tilted** |
| 215:4 217:24 | **theres** | **theyve** | 313:11 325:7 | 41:13 207:10,14 |
| 224:14 225:17 | 7:18 16:6 26:19 | 78:4 289:20 | 326:17 352:21 | 212:6 |
| 227:11 237:15 | 30:17,21 64:4 | **thick** | 362:19 | **tilting** |
| 238:7 239:17 | 69:8 70:2 | 186:7 | **thinks** | 207:17 208:8,25 |
| 239:22 241:20 | 101:19 134:12 | **thickness** | 41:21 | 212:4 244:17 |
| 244:25 245:21 | 153:19 155:9 | 304:6 306:18 | **third** | **time** |
| 246:8 249:9 | 157:23 175:25 | **thicknesses** | 117:13 124:25 | 8:5 13:23 15:22 |
| 250:2 251:7 | 176:17 178:20 | 301:8,21 302:1 | 195:19 244:13 | 34:1 36:7,18 |
| 254:18 255:25 | 179:3 181:11 | 304:15 305:11 | 247:16 282:3 | 41:17,21 42:1 |
| 257:1 258:18 | 184:25 211:14 | 306:25 307:12 | **thirty** | 42:24 45:20 |
| 258:19 261:13 | 215:10 223:3 | **thin** | 367:15 | 46:6,17 54:3,7 |
| 264:19 267:17 | 228:14,17 | 294:8 297:5 | **thomas** | 54:11 58:11 |
| 267:20 271:8 | 229:22,22 | **thing** | 3:1 | 60:2,18,19,23 |
| 273:2 275:17 | 230:2,20 237:4 | 39:4 69:7 70:1 | **thought** | 61:22 66:20 |
| 277:24 278:5 | 246:16 250:8 | 107:1 152:6 | 57:3,11 75:12 | 68:10,14 73:14 |
| 278:13,22 | 253:11 258:5 | 168:4 170:16 | 75:21 76:4 | 80:14 86:2,24 |
| 281:12,16 | 260:8 261:25 | 171:3 202:8 | 168:16 347:19 | 121:22,25 |
| 283:1,25 284:2 | 262:19,20 | 262:4 271:8,9 | 363:23 | 144:20 146:11 |
| 284:7,10,25 | 266:19 269:1 | 277:24 283:18 | **thousand** | 154:7 156:12 |
| 285:8,13 286:8 | 269:17 272:1,8 | 295:2 332:5 | 338:14,16 | 157:17 161:6,8 |
| 287:10,14 | 274:20 285:10 | 345:3 | **thousands** | 161:12 162:17 |
| 288:5,25 | 291:9 297:25 | **things** | 51:24 130:8 | 162:18 177:10 |
| 289:17 292:18 | 298:10 304:19 | 59:19 72:15,24 | 292:5,10,16 | 200:15 213:9 |
| 294:4,16 | 304:19 305:4 | 108:5 152:8 | 294:6 | 213:13 224:5 |
| 297:20,23 | 317:3 326:4 | 167:17 171:11 | **threaten** | 229:10 237:21 |
| 299:17 302:16 | 336:18 337:14 | 228:17 260:15 | 37:12 | 245:19,20 |
| 302:17 303:15 | 337:18 362:10 | 298:3,10 | **three** | 248:4 249:4,24 |
| 303:19,21 | 362:14 | 325:19 338:12 | 41:8,11 58:20 | 252:21 253:6 |

| | | | | |
|---|---|---|---|---|
| 256:5,10,25 | 309:2 343:23 | 100:18 | 251:4,10,15,18 | **tuesday** |
| 259:14 272:22 | 353:25 354:6 | **trained** | 252:9 253:24 | 1:8 |
| 272:23 273:5 | 356:7,14,23 | 67:1 266:2 | 255:11 319:15 | **turn** |
| 275:20 276:5 | 357:4 363:1 | **training** | 337:24 338:19 | 78:18 130:19 |
| 276:14,19,21 | **todays** | 113:19 | 339:5,10 | 172:22 204:4,8 |
| 277:18,21,24 | 8:4 365:14 | **transactions** | 345:16 346:16 | 206:4 235:9 |
| 278:2,6 295:7 | **told** | 173:8 | 347:1 | 309:24 336:20 |
| 295:11 308:7 | 21:24 273:10 | **transcript** | **trial** | **turned** |
| 308:10 310:2 | 296:2 | 366:7 367:16,17 | 20:17 21:1 | 289:20 |
| 326:4 334:24 | **tom** | **transcription** | 160:19 | **turning** |
| 339:15 340:16 | 9:11 | 368:5 | **tried** | 211:3 226:16 |
| 343:4,9,12 | **tool** | **transmission** | 17:11,12 | **two** |
| 348:23 349:15 | 85:5,10 116:18 | 4:21 39:13,25 | **trip** | 52:1 64:8 69:13 |
| 351:20 352:24 | 181:24 266:7 | 117:3 124:15 | 46:4 | 70:8 72:8,18 |
| 353:3 357:13 | 266:13,18,22 | 186:4 196:2 | **true** | 89:16 90:16 |
| 359:16 364:22 | 316:24 359:15 | 207:16 209:1 | 71:21 72:13,17 | 120:12 136:14 |
| 365:13 366:8 | **toolkit** | 266:15 351:8 | 72:24 111:6 | 153:15,19,22 |
| **timehonored** | 222:23 | 351:23 | 126:14 128:22 | 159:3 171:11 |
| 308:3 | **tools** | **treat** | 129:3 133:20 | 180:13 199:13 |
| **times** | 57:23 64:15 | 267:15 297:21 | 205:9 212:10 | 199:17,24 |
| 1:14 8:7 17:12 | 65:1,19 66:10 | **treated** | 212:14 236:2 | 200:1,19 201:5 |
| 24:9 63:7 | 66:11,25 67:1 | 90:19 91:6 | 244:20 249:6 | 202:1,25 |
| 235:21 280:20 | 71:20 84:14 | 93:23 95:10,22 | 251:7 252:8 | 203:10,19,25 |
| 294:25 295:3 | 85:8 115:11,19 | **trees** | 283:18 285:20 | 205:1 206:13 |
| 296:12,18,24 | 115:22 120:16 | 89:5 | 286:14 287:14 | 207:19 208:15 |
| 347:13 358:9 | 259:5 265:12 | **tremolite** | 288:25 305:6 | 209:22 211:15 |
| **tiny** | 265:20,25 | 5:12 79:3 89:18 | 322:7 326:7 | 212:25 227:1,2 |
| 143:22 195:14 | 266:6 336:12 | 89:19 91:20 | 338:13 344:6 | 228:1 233:7,20 |
| **tissue** | 361:14,22 | 112:8,20 115:2 | **truth** | 241:17 243:20 |
| 144:17 146:3 | **top** | 124:7 130:25 | 9:19,19,20 | 244:1 257:7,11 |
| 154:2 | 46:22 177:23 | 134:23 135:6 | 366:5,6,6 | 259:2,12 260:5 |
| **title** | 272:7,16 | 140:16 144:4 | **try** | 261:3,8 264:12 |
| 67:20,22 101:11 | 273:20 311:21 | 144:21 145:13 | 153:18 168:22 | 269:13,15 |
| 101:15 136:9 | **topic** | 151:2 158:13 | 219:10 | 271:3,11 276:4 |
| 144:20 154:21 | 57:2 80:15 | 159:22 173:16 | **trying** | 277:1,7,11 |
| 154:24 155:2 | 347:7 | 173:20,23 | 132:15 136:22 | 286:15,16,23 |
| 351:21,21 | **topics** | 174:20,21,24 | 149:17 186:21 | 289:1,20 |
| **tlocke** | 25:8 360:19 | 175:3 176:16 | 209:8 242:14 | 306:11,13 |
| 3:2 | **total** | 176:18 179:8 | 255:2 276:9 | 339:10 346:2 |
| **tm7024** | 29:20 36:2 | 179:16,20 | **tucker** | 354:8,10,10 |
| 6:16 | 205:12 249:15 | 180:17 185:2,8 | 3:6 9:9 14:1 | 359:23 361:3 |
| **today** | 302:15 340:15 | 190:19 193:5 | 21:14 28:10 | 361:13 |
| 8:10 13:17 | 350:2,7,10 | 217:14 245:15 | **tuckerellis** | **twodimensional** |
| 15:13 80:17 | **toxicologist** | 245:19 247:3 | 3:7 | 119:10 178:2 |
| 87:2 219:14 | 44:3 | 247:20 248:14 | **tucson** | 208:14,16 |
| 220:5,22 223:3 | **trace** | 250:10,24 | 349:20 | 318:12 331:19 |

Melinda Darby Dyar, Ph.D.

twofold
304:19
twothirds
337:20
type
51:9 79:15
    145:15 158:2,2
    315:16 346:7
typed
88:22
types
51:5 89:17 97:7
    97:8 129:25
    132:8 144:16
    345:24
typical
273:5 360:19
typically
97:3 279:16
typo
299:22

**U**

ubiquitous
225:23 335:14
ubiquitously
120:5
uhhuh
35:14 116:21
    150:2 190:16
    202:23 206:15
    209:15 236:10
    245:9 291:2
    313:15 319:7
    337:2,9 349:2
ultimate
354:17
ultimately
22:7 170:4
    173:7
un
306:4
unbiased
172:9
unclear
104:11,14,17

259:21 307:7
313:6 328:12
328:13
undergraduate
359:11 360:6
undergraduat...
167:15
underlie
27:25
underlies
230:10
underlying
361:4
understand
82:2 83:12 99:2
    100:13 171:25
    230:8 236:22
    246:10 266:4
    324:15
understanding
14:5 15:10
    24:24 25:5
    27:7,12 45:15
    68:3 75:9 87:4
    87:23 88:4
    103:19 134:7
    157:4 164:21
    168:7 169:10
    172:24 224:15
    230:14 237:10
    267:9,11 273:4
    273:16 341:12
understood
83:5
undertake
195:20
undertaken
58:4 72:23
    326:6
undertaking
166:14
unfeasible
241:13
union
3:9 9:10
unit

81:5,18,19
236:15
united
1:1 47:21 93:24
    334:17 348:7
    350:19
units
235:19 236:14
    238:11 239:25
    344:1,3
universe
166:22 186:22
university
52:12 144:6
    174:6
unknown
105:6 125:6
unopened
104:18
unparalleled
6:13 344:17
unredacted
38:10
unregulated
306:2
unrelated
58:6
unreliable
306:6
unreproducible
272:14
unspecified
234:9 236:17
    306:1
unsuccessful
323:24
unusual
272:13
updated
27:14,19
use
17:2 26:23 47:4
    47:5,9,15
    57:24 60:12
    62:7 63:7,11
    64:15 65:2,20

65:24 66:10,25
67:1,9 68:22
73:2 78:9 81:6
85:23 89:3
106:20,22
107:16,18
108:9 115:11
115:20,23
116:3,13,18,19
116:25 120:4
120:17,19
132:12 136:13
139:25 146:21
184:14 216:3,8
219:5 222:4,25
237:17 239:23
240:22 256:23
263:22 266:3
271:15 279:10
283:3 288:17
298:18 307:4
325:13,18
334:25 335:24
352:23 359:13
360:1,7 361:3
361:17,22
363:6 364:13
useful
11:23 65:7,12
84:12 85:5
127:19 172:11
206:18 230:10
236:18 238:10
264:14 266:8
266:13,18
267:1,24
268:18,22,24
305:19 325:14
useless
235:24 236:15
uses
181:19 182:17
200:5 264:14
265:21
usgs
6:12 334:11,20

344:1,4
usually
117:25 260:6
    277:24 279:3
    319:17
utah
48:20
utilize
326:9

**V**

v
2:16 3:14
vague
110:17 219:10
    264:17
vaguely
45:12
valent
60:4
valid
57:1 129:1
validate
137:13
value
235:7 239:23
    256:1
values
219:23 238:3
    239:7
van
46:3
vanderbilt
310:4,18
variable
189:12
variation
240:22
varies
235:2 350:13
varieties
131:1 173:23
    344:24 345:23
    362:13
variety
71:12 164:1

173:15
**various**
8:15 10:3 25:8
40:2 41:14,18
50:17 51:5
101:24 103:14
140:7 144:16
166:3 304:7
344:23 345:23
346:7 360:19
**vary**
255:12
**varying**
181:4
**vast**
243:21
**vehicle**
162:7 163:8
**verbatim**
318:24 366:7
**verifiable**
240:3
**verification**
201:22 205:3,10
218:9 219:24
235:6 236:8
237:14 239:5
241:15,24
242:12,20
243:19
**verifications**
6:5
**verified**
238:25
**verify**
86:13 237:12
**vermiculite**
45:2 58:22
59:15 66:7
74:6 123:5
**vermiculitefin...**
123:9
**vermont**
17:20 18:3 19:1
19:8 87:10,16
88:1,5 96:19

97:11 99:20,24
100:1,3,13,16
102:17 158:14
159:8 164:20
166:23 167:4,9
170:5,10 173:1
173:15 174:17
174:21 175:21
180:18 190:23
191:2,19,21,25
192:12,16
214:10 215:2,9
216:15 221:12
227:20 230:24
231:11,21
241:6,11
245:18 247:1
249:16,21
250:13,14
251:1,12,23
252:11 254:17
255:24 256:1
**vermonts**
175:21
**vermontsourc...**
220:23 248:7,11
254:9 255:15
**version**
38:11
**versions**
134:18
**versus**
87:16,17 187:13
212:3 245:15
245:20 247:20
248:14 251:22
252:10 253:24
254:10 272:23
275:2,24 278:4
293:1 295:9
317:25
**vibrating**
290:8
**victim**
8:15 10:4 74:15
**victor**

144:5
**videographer**
7:25 8:2 9:13
25:17 60:19,22
92:25 121:20
121:24 161:7
161:11 213:9
213:12 256:5,8
308:6,9 343:6
343:9,12
347:16 355:6
365:10
**videotape**
347:15
**videotaped**
1:12 4:11 8:6
**videotapes**
10:13
**view**
79:5 82:16
129:21 178:21
266:22,24
269:12 278:17
283:15
**viewed**
119:11 279:4
**viewing**
178:12
**viewpoints**
196:10
**views**
75:4
**virta**
334:7,11,13
336:23 344:16
**virtually**
250:22
**visible**
174:20
**visual**
152:9 213:22
215:24 231:10
262:10,13,15
262:16,16
305:23,25
359:21 360:2

**visually**
118:19 178:14
186:8 325:19
**vocabulary**
240:9
**volcanic**
156:10 162:8
163:11
**volumes**
304:3
**voluntarily**
232:21

_____
**W**

**w**
3:2 74:4 122:17
**wait**
150:16 203:5
223:20
**walter**
5:22 6:1,3
221:17 222:10
224:10 258:14
**want**
26:4,8 28:4 51:8
55:12,15 64:20
83:14 141:20
169:17 171:25
172:2,10
176:21 189:1
190:10 220:14
223:20 224:3
228:22 229:4
229:14 230:14
231:2 258:16
259:24 260:15
260:21 261:7
261:11,14
263:1,10,12,17
268:20 300:3
302:8 309:16
343:8 355:6
**wanted**
307:23
**washington**
2:9 3:3 140:13

**wasnt**
24:22 68:19
81:12 103:24
106:1 169:21
225:19,22
273:23 342:7,7
**waste**
177:3,18
**wave**
283:3,6,18,21
286:24 287:11
287:21,24
288:8,18
**way**
18:9,24 26:21
28:17 58:2
70:16 79:14
81:20 82:5
83:12 95:21
106:14 111:23
112:2,17
114:15 129:22
134:7 142:8
152:12 163:16
175:11 178:7
178:20 180:16
181:8 185:15
185:25 193:9
193:23 195:5
200:14 213:2
229:23 234:6
237:3 239:23
239:24 254:22
270:20 278:19
285:8 289:17
290:7,17 291:5
297:21 316:21
317:23 318:8
319:1,4 325:21
331:23 332:7
332:18 337:20
341:13
**ways**
55:1 94:20
289:20
**web**

Melinda Darby Dyar, Ph.D.

| | | | |
|---|---|---|---|
| 110:2 | 108:13,13,15 | 44:22 45:12,17 | 191:24 194:22 | 18:8 |
| **wed** | 172:2 196:12 | 46:16 48:14 | 197:18 202:6 | **wollastonite** |
| 261:7 | 199:9,21 | 62:18 63:5 | 204:10 205:24 | 66:6 |
| **weekly** | 204:24 206:2,5 | 68:7 71:9,25 | 212:8 213:20 | **wonder** |
| 54:8 | 208:24 209:7 | 73:20,24 74:9 | 214:13 215:7 | 228:15 |
| **weeks** | 210:24 223:11 | 74:19 75:12 | 216:3,24 | **wondering** |
| 295:4 | 247:4 274:6 | 76:16 77:21 | 217:24 219:20 | 163:1 |
| **weight** | 288:10 290:5 | 78:7 80:22 | 220:10 221:9 | **wonders** |
| 182:1 274:6 | 290:19 305:21 | 82:12 83:3,24 | 225:1 226:2 | 262:19 |
| 298:22 306:2 | 343:20 355:14 | 84:16 85:22 | 227:24 229:3 | **wont** |
| **weights** | **whens** | 87:8 88:9 89:8 | 229:18 230:13 | 307:22 |
| 304:8 | 68:14 | 90:22 91:10 | 232:3 233:2,12 | **word** |
| **weird** | **wi** | 93:4,9 94:3 | 234:1,17 | 17:7 32:24 |
| 345:18 | 227:15 | 95:14 96:3,13 | 235:10 238:22 | 39:24 41:20 |
| **welcome** | **wide** | 96:23 97:5,16 | 239:17 242:15 | 50:11 60:10 |
| 11:4 | 71:12 164:1 | 97:24 98:15 | 242:18 243:6 | 73:10 183:12 |
| **wellaccepted** | 265:2,13 | 99:13 100:7,21 | 244:4 246:16 | 216:3,10 |
| 194:13 | 304:14 305:10 | 103:9,21 | 246:21 248:19 | 239:20 262:13 |
| **wellcalibrated** | 306:24 307:12 | 104:10 105:2 | 250:2 251:7,25 | 262:24 298:7 |
| 53:21 | **wider** | 105:16 106:18 | 252:14 253:11 | **words** |
| **wellesley** | 107:10 | 108:24 109:7 | 257:22 258:18 | 50:12 149:16 |
| 42:22 43:3 | **width** | 110:1,19 | 259:8 260:25 | 151:18 152:9 |
| **wellrecognized** | 184:2 187:13 | 112:10,23 | 261:20 263:8 | 208:15 238:7 |
| 299:7 | 327:2 328:3 | 113:12 114:7 | 264:1 270:10 | 272:8 273:9 |
| **wellrespected** | **winchite** | 114:20 115:4 | 281:14 282:15 | **work** |
| 146:25 221:20 | 89:20 319:17 | 118:21 119:20 | 282:22 284:8 | 10:17 14:20 |
| **went** | **windsor** | 121:1 126:25 | 284:10,21,25 | 15:17,25 19:22 |
| 87:25 113:7 | 100:17 159:7 | 132:3,25 | 285:22 294:16 | 20:18 21:5,23 |
| 165:16 220:24 | 174:9 224:11 | 135:12 141:20 | 296:9 303:2 | 23:3 28:11,17 |
| 229:10 | 224:16,20 | 142:22 143:18 | 308:17 310:3 | 28:19 29:12,18 |
| **west** | 225:14 226:5 | 146:8 154:6,24 | 310:11,20 | 30:6,9,18,22 |
| 2:17 174:9 | 227:4,20 | 157:15 158:19 | 311:5 312:4,14 | 32:1,10 33:9 |
| **western** | 257:14 260:23 | 159:15 160:4 | 314:24 318:3 | 33:18,18,20 |
| 140:14 | **wire** | 160:16 161:1 | 323:15 327:21 | 34:5,10,21,21 |
| **weve** | 346:18 | 162:15 163:5 | 329:10 332:4 | 35:23,25 36:21 |
| 7:8,13 26:5 | **witness** | 163:23 164:11 | 334:2,7,22 | 36:24 37:8,12 |
| 57:12 89:11 | 7:16 9:15 10:21 | 164:25 166:10 | 339:2 341:20 | 38:7 43:18 |
| 112:3 167:15 | 11:6,19 14:7 | 167:2 168:11 | 342:3,24 | 52:8,10,12 |
| 181:18 213:3 | 16:12 19:11 | 169:13 170:7 | 344:11 347:25 | 66:21,22 74:1 |
| 221:10 257:7 | 20:18 21:23 | 171:1,23 173:4 | 348:10,16 | 74:11,20,23 |
| 260:4 267:15 | 22:8 24:25 | 175:16 176:9 | 350:6 351:18 | 75:25 76:2 |
| 297:10 306:8 | 25:3 26:5 27:4 | 177:13 178:17 | 352:9 353:13 | 77:18 78:1,11 |
| 318:5 362:25 | 28:11 30:13,22 | 179:10 180:4 | 354:18 355:9 | 109:4 122:4,8 |
| **whats** | 31:10 32:4 | 180:20 182:3 | 355:18 357:10 | 122:14,17,20 |
| 10:11 12:6,10 | 33:23 37:2,9 | 182:16 187:8 | 367:1 | 122:23 123:2 |
| 15:3 30:2 | 38:7 41:2 | 188:9 189:24 | **witnesses** | 169:4,6 174:4 |

205:22 212:22
232:7 255:3
265:7,16
332:18 333:20
334:20 342:21
354:4 356:14
356:22
**worked**
16:9,13 20:14
51:22 52:4
53:7,24 68:5
74:15 76:9
358:15
**worker**
174:6
**working**
13:15 14:9,13
29:3 36:8
174:15 245:12
**works**
21:15 24:19
74:14 330:10
**worksheets**
237:14
**workshop**
45:23 46:1,2
**world**
97:20 98:8
113:5 162:13
168:3 170:21
191:15 192:3
248:8
**worldwide**
6:15 351:6
**worth**
40:25
**worthy**
333:4
**wouldnt**
36:10 110:19
117:23 124:8
124:12 149:6
149:14 183:4
198:7 211:25
225:24 230:5
248:12 251:16

286:19 287:7
**wow**
217:24
**wrappingup**
306:9
**write**
16:21 145:1
173:13 202:9
213:20 214:5,6
355:10
**writer**
174:22
**writes**
111:3
**writing**
31:8,24 38:15
38:17,17 59:1
75:20 173:12
225:14
**written**
19:24 33:17
43:19 67:18
107:20 119:14
120:1,4 147:8
167:12,14
177:11 201:9
309:6 345:4
348:5 358:10
362:19
**wrong**
107:9 150:20
175:12
**wrote**
89:7 125:9
161:23 162:23
225:20 310:2
321:4 334:11
355:3
**wrought**
346:17 347:2
**wunderlich**
3:6,7 9:8,9
**wylie**
19:16,17 83:7
330:13 332:14
334:7

**wylies**
330:15

———————
**X**
———————
**x**
188:24
**xerox**
225:22
**xray**
39:3 50:18,19
56:13 128:1,14
134:22 138:19
138:25 145:3
145:12 181:9
181:14,15,17
181:23 182:7
182:10,16,20
183:4,8 200:15
360:18
**xrd**
56:14 181:9,16
233:5,14

———————
**Y**
———————
**yamate**
4:24 54:22,22
61:17 67:18
68:4,12,15,24
69:25 70:12
115:17 126:2
127:4,25
135:15,19
136:6 137:17
137:25 142:16
199:16 200:18
200:22 201:2
202:1,13,18
203:3,9,14,24
204:9 244:2,5
244:5 260:3
261:2 264:11
336:4
**yeah**
8:25 30:16
62:21 64:22
120:1,12

150:18 210:4
213:6 223:16
223:18 282:2
282:13 284:25
288:3 299:21
300:6,11
309:24,25
313:11 315:9
345:11 354:18
354:20
**year**
23:15,20 24:3,5
58:3 93:4
349:5 358:6
359:12 365:2
**yearly**
54:12
**years**
17:1 42:15 51:7
52:5 53:17,19
62:8 73:22
75:7,10 145:21
164:23 294:24
308:4 311:20
345:4 346:14
348:3,5,7,25
349:1 358:8
359:11
**yep**
150:22 234:17
280:13 282:15
282:15 303:2
309:13,14
**yesterday**
7:4 16:4 27:8
36:18,20
**york**
1:15,15 2:17,17
8:8,8 44:19
48:19,20
191:17 310:7
**youd**
111:21 189:8
200:23 251:18
261:11 262:3
332:6

**youll**
7:15,17 235:19
**youre**
11:4 13:22
14:19 35:10
43:7,10,17
44:3 64:17
82:14 89:12
111:16 116:15
118:8 119:8
121:4,6 123:22
132:15 133:8
136:21 137:10
150:3,5 151:7
151:25 169:4
171:15 172:4
186:5 203:2,3
209:7,10
210:19 211:13
211:22 212:2
218:21,22
230:17 233:19
233:20 236:21
250:12,18
252:1 266:2
272:15 273:25
274:7 275:15
276:17,25
277:3 281:13
282:13,20
283:25 284:12
287:25 288:11
288:19 289:5
295:23 296:21
297:7 298:19
299:3,19 307:9
307:10 315:25
316:22 321:17
323:9 338:4
344:7 355:15
356:19
**youve**
10:19 11:1
25:24 28:1
36:2 51:22
52:4 53:7 86:4

Melinda Darby Dyar, Ph.D.

88:19 101:3
130:9 131:20
166:4 172:18
237:6 245:16
250:21 312:7
320:21 334:22
340:6 349:11
349:25 357:3
364:17

**Z**

**zero**
54:6,10,14
251:15
**zone**
69:14 70:8
72:19 115:24
116:13 136:14
199:18 200:11
200:13,20
201:5 202:2,25
203:10,19
204:1 207:23
207:24 208:17
211:12,20,24
219:22 243:20
244:1 245:3
259:13 260:5
261:9 263:13
264:12 269:13
269:15
**zones**
174:21

**0**

**0**
182:1 233:9
352:2
**000**
35:22,24,25
36:3 48:8
241:2,5 242:16
303:14 338:21
338:25 339:6
346:9,9 349:5
365:2

**000005032**
6:16
**000005040**
6:17
**000012745**
6:2
**000012749**
6:2
**000079334**
5:23
**000079335**
5:24
**000page**
89:4
**03**
1:15 8:5
**05**
60:20,21
**07701**
2:13
**079321047**
2:22

**1**

**1**
4:11 6:1 14:25
15:4 56:9
68:25 84:9
88:17 90:6
95:3 106:8
107:6 108:10
108:17 117:7
123:21 132:3
133:21 137:9
144:24 146:4
150:14 161:13
182:1 217:17
218:22 223:25
226:19,21
227:7 233:9
241:2,5 262:9
284:16 300:24
315:7,21
318:17 319:20
320:5,14,20,23
320:24 322:6

322:10,16,21
323:21 324:2,7
324:18 325:1
329:8,13,16
**10**
5:7 60:20,21,23
78:19 79:10,19
80:10,20 85:17
100:24 188:3
204:13 205:12
205:17 245:21
247:9,12
249:20,25
251:17 271:15
273:14 284:17
288:21 290:13
290:16,17
291:4,12
**100**
3:7 5:7 190:4
219:21 251:14
361:25
**1001**
2:8
**10019**
2:17
**11**
5:9 35:13 79:10
121:22,23
122:1 139:20
281:3 284:17
288:20,21
309:23 336:20
337:1
**12**
5:12 143:25
159:2,2 161:9
161:10 280:3
281:3 284:17
288:2,20,21
**125**
349:5
**127**
2:12
**13**
5:13 147:19

150:1 280:22
281:21 284:15
284:17,18
288:21 289:9
303:14 321:12
321:21 324:1
326:18 329:1
343:10 352:2
**13794**
4:19 61:16 67:6
**139**
5:9
**13th**
284:18 289:7
**14**
4:11 5:15
148:20,23
300:16 302:11
303:10,19,22
305:7 306:22
337:1 343:11
**140**
7:6
**143**
5:11
**147**
5:13
**148**
5:14
**15**
5:16 152:20,23
152:24 159:25
273:14 276:1
277:13
**150**
36:3
**152**
5:16
**15200**
347:13
**16**
5:19 172:12,15
172:17,20,23
173:11 176:6
302:25 303:1
**161**

12:12
**162738**
1:4
**16th**
88:21
**17**
5:21 148:25
172:12,16,18
172:21 176:24
179:14
**172**
5:18,20
**179**
253:24
**18**
5:23 29:19,21
29:25 30:18
35:22 190:12
190:14,15
223:8,13,15
224:1 226:16
231:7,9
**180**
242:7 243:9
**182**
5:14 148:24
**19**
6:1 29:19,24
30:17 147:24
150:19 223:8
223:15,24,24
223:25 231:7,9
256:15 257:5
**1912**
148:3
**1919**
148:3
**1920**
150:8
**1950s**
339:20
**1960s**
5:3
**1970s**
225:19 231:6
**1975**

5:23 6:1,3
223:25 226:19
228:14 258:15
259:6 263:15
**1976**
223:18 224:9
**1977**
292:25 311:10
**1978**
359:11
**1980s**
93:8
**1984**
61:17 67:19
201:2
**1989**
172:25
**1991**
101:5
**1992**
5:19
**1996**
45:22
**1997**
147:14
**1st**
88:25
_____
**2**
_____
**2**
1:8 4:3,13 8:4
22:14,18 24:25
28:2 35:11,11
42:15 61:16
65:23,24 69:1
89:4 90:9
107:7 117:7
134:18 136:18
136:21 137:8
137:10 150:14
172:22 173:11
204:14,17
213:10,11,14
231:10 257:19
262:10 271:7
284:16 300:16

300:24 303:10
303:19,22
305:7 306:22
308:16 313:10
313:13,14
314:7 315:7,9
317:7 318:17
320:24 324:18
332:22
**20**
6:4 36:12
145:21 204:12
205:5 223:8,12
223:18,20
224:4,6 225:4
226:17 271:15
290:13,16,17
291:4,12 295:3
295:4 303:13
303:21 315:21
320:5,14,23
322:5,10,15,21
324:2,6 325:1
329:7,12,16
335:19 358:9
360:21 362:20
368:16
**200**
243:7
**20004**
2:9 3:3
**2000s**
5:3
**2002**
5:20 144:7
177:5
**2003**
6:10 290:12
**2004**
147:14
**2005**
334:12
**2007**
150:9
**2008**
147:24 355:4,12

**2010**
143:15 293:2,5
308:23 309:3
309:10
**2012**
91:17
**2016**
152:18 159:24
**2017**
35:7,17 247:10
248:6 249:17
250:12,23
251:20 293:8
311:11
**2018**
28:16 34:20,22
35:6,6,13,16
35:19 248:10
249:22 250:23
281:3
**2019**
1:8 8:4 24:6
28:19 36:4,8
88:17 106:8
366:19
**202**
2:9 3:3
**21**
6:6 60:23
150:19 236:4,5
278:10,12
279:25 280:6
281:13 284:8
**212**
2:18
**218**
2:4
**219720**
5:19
**219722**
5:19
**22**
4:13 6:7 161:13
279:21,24
281:19,19
284:20 288:21

289:8 315:8
319:23 326:17
326:23 343:13
**222**
64:24
**2221**
126:10
**22262**
54:23 65:22
79:13 126:9
133:4,22 302:4
314:25 319:13
**222621**
4:16 55:4,25
61:16,23 62:15
62:25 64:1,4
64:18,25 66:9
66:20 86:16
126:1,14
128:22 129:3
130:13 131:19
182:4 205:19
206:5,16
211:16 212:1
298:20 299:4
299:12,16
302:5 313:1,10
314:7 319:12
320:24 322:24
324:4,18
329:15 336:4
**222622**
4:18 55:5,25
56:15,19 57:7
63:19 64:1,6
64:19,25 65:18
66:8,20 86:16
107:23 126:2
299:10 300:5,7
300:23 302:22
303:12 306:21
307:9,18 336:4
**223**
5:22 6:1,3
**2262**
298:24

**22621**
40:9
**23**
5:20 6:9 177:5
185:2 186:9,14
186:15 299:20
299:22 300:7
300:25 308:22
312:20 319:5
329:23 330:3,3
**230**
111:2
**2325507**
2:9
**234**
302:11
**236**
6:5
**237**
345:1,10
**24**
6:3,12 213:10
213:11 223:18
224:9 245:7,11
333:14,17
336:23
**241**
345:22
**243**
347:10
**24th**
223:23
**25**
4:15 5:19 6:13
35:23 218:13
245:14 247:2
250:9 256:1
343:14,21
**250**
198:22,25
358:10 362:4
364:1
**250plus**
364:2
**251**
363:12

Melinda Darby Dyar, Ph.D.

**26**
6:15 245:11,16
  245:18 350:23
  351:3,5 352:21
  352:21
**2692343**
2:5
**27**
338:21 352:17
**279**
6:7
**28**
237:7 322:13
**289**
254:1
**29**
199:10,12,13
  249:15 299:4
  299:13,15
  302:21 313:10
  313:14,14
  314:7
**29th**
173:21
**2nd**
36:17

**3**

**3**
4:15 25:11,20
  35:11 56:12
  69:1,12 70:7
  70:12 134:18
  135:25 136:2
  136:12,18
  154:11,17
  155:4,24
  200:18 203:17
  204:14,18
  206:6,9 244:2
  244:5 249:16
  256:6,7,10
  257:19 284:16
  300:16 302:25
  303:1,10,19,22
  305:7 306:22

315:7,9 318:17
320:24 324:18
365:2 366:19
**30**
35:22 46:8
  53:17,19
  199:12 351:18
  362:20 367:15
**300**
48:7,8 363:17
  363:19
**31**
40:5 121:22,23
**314**
3:8
**32**
213:19 249:15
  308:11
**329**
6:8
**33**
126:21 234:8,14
  234:15 238:23
**333**
6:11
**334**
2:5
**3377**
1:23
**34**
190:13,15 191:7
  321:12 329:1
**343**
6:13
**35**
35:24 164:23
  240:24 256:6,7
  347:10
**350**
6:15
**357**
4:6
**36104**
2:5
**363**
4:7

**37**
34:21,24 161:9
  161:10 235:9
  241:12
**370**
1:23
**39**
138:18

**4**

**4**
4:17 8:7 60:24
  61:10,23
  151:13 154:12
  206:5 257:19
  284:16 300:16
  308:7,8 336:19
**40**
17:1 62:8 159:2
  199:10,13
  358:8
**400**
280:20
**401**
2:8
**40year**
67:2
**41**
203:3,8 359:11
**420**
152:19
**422289**
5:21
**422290**
5:21
**44**
202:22 203:16
**448**
144:25
**45**
365:13,16
**46**
213:14 271:25
**4632400**
3:3
**47**

122:1 272:7,16
  273:20 290:25
**48**
290:11
**489**
92:21
**49**
278:8 280:7,8
  280:11 283:14
  290:11
**4th**
28:18

**5**

**5**
4:18 5:23 7:4
  25:15 60:14,24
  61:10 140:7
  204:11 242:16
  271:7 284:17
  300:10 308:11
  313:9 314:6
  315:22 319:6
  319:19,20
  320:4,13,22
  322:9,20
  323:13,21
  324:20,23,25
  331:25
**50**
7:4 25:15 36:14
  298:12 299:6
  300:22 348:25
  349:1 350:10
**500**
15:22 29:20,21
  35:22,23 60:14
  198:22,25
**5063742**
2:18
**50some**
311:20
**51**
2:17 298:12
  299:6 300:22
**52**

73:6
**526**
148:1,5
**527**
148:2
**528**
148:2
**529**
148:2
**52nd**
2:17
**53**
245:6 308:15,19
  312:17
**530**
148:2
**531**
150:1
**54**
245:6 256:10
**5497000**
2:23
**55**
245:6 339:6
**5672**
1:23
**56page**
334:23
**5714965**
3:8
**5727**
154:18
**58**
130:23 308:7,8
**59**
130:23
**591**
1:23
**5micronwide**
150:6
**5th**
24:6 224:2

**6**

**6**
4:20 60:24

Melinda Darby Dyar, Ph.D.

61:10 66:18,19
140:7,11
154:12 157:19
157:24 284:17
330:25 338:25
343:10,11,13
365:13,16
**60**
4:16,18,19,22
130:23
**600**
2:22 3:7
**607**
147:12 240:11
**61**
130:23 134:23
**610**
108:17
**62**
130:23
**63**
35:25
**63102**
3:8
**64**
206:4 211:17
212:1
**65**
40:10 209:14
210:3
**66**
336:18
**67**
345:4 346:14
348:3,7
**67yearold**
346:21
**68**
348:5
**6800**
339:5
**6th**
24:6 35:16

---
7
---
**7**

4:23 60:24
61:10 67:14,16
67:17 68:12,24
125:12 126:3
127:7 128:13
128:25 129:11
131:8 137:5,19
139:4 141:18
142:19 146:6
148:9 149:4
151:23 156:3
158:3,4 179:23
202:20,21
217:17 218:22
284:17 315:7,7
315:9 318:17
318:17 320:24
320:24 324:18
324:18 331:1
331:15 345:21
346:7
**7024**
353:11
**70odd**
205:15,16
**72371**
324:5
**73**
346:9
**732**
2:13
**7479003**
2:13
**75**
247:2 250:8,16
256:1

---
8
---
**8**
5:1 88:11,14
89:10,11 140:8
245:21 254:8
254:13,14,20
254:22 284:17
**80odd**
92:5

**80s**
93:14
**877**
1:23
**88**
5:1
**89**
346:9

---
9
---
**9**
1:15 4:5 5:6 8:5
92:17,20,21
95:4 148:25
245:21 254:18
254:19 284:17
310:25 317:7
**917**
1:23
**92**
5:5
**94**
326:8
**973**
2:23
**975**
3:2
**9th**
2:8

# Exhibit B

1                   UNITED STATES DISTRICT COURT

2                     DISTRICT OF NEW JERSEY

3

4      ----------------------------x

5      IN RE JOHNSON & JOHNSON          ) MDL No.

6      TALCUM POWDER PRODUCTS           ) 16-2738 (FLW)(LHG)

7      MARKETING SALES PRACTICES,       )

8      AND PRODUCTS LIABILITY           )

9      LITIGATION                       )

10                                      )

11     THIS DOCUMENT RELATES TO         )

12     ALL CASES                        )

13     ----------------------------x

14

15                  VIDEOTAPED DEPOSITION OF

16                    ANN G. WYLIE, Ph.D.

17                    WASHINGTON, D.C.

18             WEDNESDAY, MARCH 13, 2019

19                      9:19 A.M.

20

21

22

23

24

25     Reported by: Leslie A. Todd

Ann G. Wylie, Ph.D.

Page 2

1    Deposition of ANN G. WYLIE, Ph.D., held at the
2    offices of:
3
4
5        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
6        1440 New York Avenue, Northwest
7        Washington, D.C. 20005
8        (202) 371-7105
9
10
11
12
13
14    Pursuant to notice, before Leslie Anne Todd,
15    Court Reporter and Notary Public in and for the
16    District of Columbia, who officiated in
17    administering the oath to the witness.
18
19
20
21
22
23
24
25

Page 4

1    APPEARANCES (Continued):
2
3        NINA R. ROSE, ESQUIRE
4        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
5        1440 New York Avenue, Northwest
6        Washington, D.C. 20005
7        (202) 371-7105
8
9        JOHN L. EWALD, ESQUIRE
10       ORRICK, HERRINGTON & SUTCLIFFE LLP
11       51 West 52nd Street
12       New York, New York 10019-6142
13       (212) 506-3792
14
15   ON BEHALF OF THE PCPC:
16       THOMAS T. LOCKE, ESQUIRE
17       SEYFARTH SHAW LLP
18       975 F Street, NW
19       Washington, D.C. 20004
20       (202) 463-2400
21
22
23
24
25

Page 3

1        A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFFS:
4        CHRISTOPHER M. PLACITELLA, ESQUIRE
5        COHEN PLACITELLA ROTH, PC
6        127 Maple Avenue
7        Red Bank, New Jersey 07701
8        (888) 219-3599
9
10       LEIGH O'DELL, ESQUIRE
11       JENNIFER K. EMMEL, ESQUIRE
12       BEASLEY, ALLEN, CROW, METHVIN,
13        PORTIS & MILES, P.C.
14       218 Commerce Street
15       Montgomery, Alabama 36103-4160
16       (334) 269-2343
17
18   ON BEHALF OF THE JOHNSON & JOHNSON DEFENDANTS:
19       JACK N. FROST, JR., ESQUIRE
20       DRINKER, BIDDLE & REATH, LLP
21       600 Campus Drive
22       Florham Park, New Jersey 07932-1047
23       (973) 549-7000
24
25

Page 5

1    APPEARANCES (Continued):
2
3    ON BEHALF OF PHARMATECH INDUSTRIES (PTI):
4        TARIQ M. NAEEM, ESQUIRE
5        TUCKER ELLIS, LLP
6        950 Main Avenue
7        Suite 1100
8        Cleveland, Ohio 44113-7213
9        (216) 696-3675
10
11   ALSO PRESENT:
12       DAVID EAGLEMAN, Ph.D.
13       DANIEL HOLMSTOCK, Videographer
14       ELIJAH JAMES, Videographer Assistant
15
16
17
18
19
20
21
22
23
24
25

Page 6

1          C O N T E N T S
2  EXAMINATION OF ANN G. WYLIE, Ph.D.       PAGE
3      By Mr. Placitella          11, 272, 287
4      By Mr. Frost               253, 285
5          E X H I B I T S
6      (Attached to transcript)
7  WYLIE DEPOSITION EXHIBITS           PAGE
8  No. AW-16  JNJTALC000300517 Metadata      168
9  No. AW-17  Letter to Howard Wensley from
10      Ann G. Wylie, dated November 7,
11      1986                       164
12  No. AW-31  Article entitled "The Importance
13      of Width in Asbestos Fiber
14      Carcinogenicity and Its
15      Implications for Public Policy,"
16      Bates BOL044220 to 044233       188
17  No. AW-35  IMERYS446869 Metadata      199
18  No. AW-36  Curriculum Vitae of Ann Wylie
19      (retained by counsel)       19
20  No. AW-40  1985 Report by Dr. Wylie for
21      R.T. Vanderbilt (retained by
22      counsel)                   175
23  No. AW-44  Expert Report of Ann G. Wylie,
24      Ph.D. for General Causation
25      Daubert Hearing, dated 2/25/19      40

Page 7

1      E X H I B I T S (Continued)
2      (Attached to transcript)
3  WYLIE DEPOSITION EXHIBITS           PAGE
4  No. AW-50  Pad of paper with notes
5      made at deposition          158
6  No. AW-50A  Handwritten document          244
7  No. AW-51  Department of Mineral Exploration
8      Report of Italian Mine Samples
9      J&J, Bates FDP000000495 to
10      000000615                  100
11  No. AW-52  Supplemental List of References
12      for Ann Wylie, PhD          252
13  No. AW-53  Curriculum Vitae of Ann Gilbert
14      Wylie                       235
15  No. AW-54  Letter to Honorable Barbara
16      Boxer from Ann G. Wylie, dated
17      June 16, 2007               255
18  No. AW-55  EPA Test Method document,
19      Interim Method for the
20      Determination of Asbestos in
21      Bulk Insulation Samples,
22      December 1982               264
23  No. AW-56  Deposition transcript of
24      Frederick Pooley, Ph.D. taken on
25      February 1, 2018            267

Page 8

1  OTHER EXHIBITS USED
2  J&J-65     Examination for Talc Samples
3      Argonaut Ore Body, Report by
4      Vernon Zeitz, 24 April 1974      71
5  J&J-89     Letter to Vern Zeitz from Gene
6      Grieger, dated 1 July 1975      74
7  J&J-97     Report of Investigation of
8      Italian Mine Samples and
9      Related Powders            100
10  J&J-179    Letter to Roger Miller from
11      Mark Palenik, dated 2 November
12      1984                       80
13  J&J-188    Stipulation of Dismissal from
14      Edley vs. E&B Mill Supply case,
15      July 23, 1987               62
16  J&J-202    Interoffice Correspondence
17      Re Cyprus Ore Reserves -
18      Arsenic & Tremolite, March 25,
19      1992                       85
20  Hopkins-28  Spreadsheet               100

Page 9

P R O C E E D I N G S
-------------------
3      MR. FROST:  I just want to note for
4  the record that plaintiffs' counsel have brought
5  David Eagleman to this deposition today.
6  Dr. Eagleman is not an attorney for any of the
7  parties here; therefore, he does not have a right
8  under Section (1)(b)(3) of CMO-11 to attend.
9      When we learned about Dr. Eagleman
10  coming last night, and we -- "we" being the
11  Johnson & Johnson defendants -- objected to his
12  presence at this deposition as no application has
13  been made per the terms of the Case Management
14  Order.
15      And that said, without waiving our
16  rights to object in the future, we're going to
17  allow him to stay for now.  If he becomes
18  disruptive in any way or if he in any way affects
19  the proceedings, we will seek to enforce CMO-11,
20  and we will seek to have him, you know, no longer
21  admitted to the deposition.
22      Finally, I have asked plaintiffs'
23  counsel to forward a copy of the confidentiality
24  order that Dr. Eagleman -- that Dr. Eagleman
25  previously signed.  If we can't find it, we'll

Page 10

1  have him execute another one, but that is
2  certainly one of the terms by which we will
3  require that he stays here.
4       MR. PLACITELLA:  So I was there when
5  Dr. Eagleman signed the first time with Mr. Bicks
6  at the Hopkins deposition.  Hopefully -- I know
7  that Dr. Eagleman has been asked to leave parties
8  that are a lot more fun than this one.  So,
9  hopefully, we will never get to that.
10      MR. FROST:  I'm not too worried.  I
11 mean, based on the representation of counsel, I'm
12 sure there's one signed.  If not, we can always
13 execute a new one today if we need to.
14      That said, we can begin.
15      THE VIDEOGRAPHER:  All right.  Everybody
16 ready?
17      MR. LOCKE:  Actually, one more thing.
18 Tom Locke for the Personal Care Products Council.
19 We did not get notice of Dr. Eagleman's
20 participation.  We join in Johnson & Johnson's
21 objection, but more importantly, we would just
22 like to get notice of what's happening with these
23 depositions before the deposition.
24      That's it.
25      THE VIDEOGRAPHER:  We are now on the

Page 11

1  record.  My name is Daniel Holmstock.  I am the
2  videographer for Golkow Litigation Services.
3  Today's date is March 13th, 2019, and the time on
4  the video screen is 9:19 a.m.
5       This video deposition is being held at
6  Skadden Arps, 1440 New York Avenue, Northwest, in
7  Washington, D.C., in the matter of In Re:  Johnson
8  & Johnson Talcum Powder Products Marketing, Sales
9  Practices and Products Liability Litigation, MDL
10 No. 2738, pending before the United States
11 District Court for the Eastern District of New
12 Jersey.
13      The deponent today is Dr. Ann Wylie.
14      Counsel for appearances will be noted on
15 the stenographic record.
16      The court reporter is Leslie Todd, who
17 will now administer the oath to the witness.
18          ANN WYLIE, Ph.D.,
19       and having been first duly sworn,
20      was examined and testified as follows:
21          DIRECT EXAMINATION
22 BY MR. PLACITELLA:
23      Q   Good morning, Dr. Wylie.  I'm Chris
24 Placitella.  How are you?
25      A   I'm fine.  Thank you.

Page 12

1       Q   My son told me to be nice to you and
2  told me to wear the Terps scarf, because he spent
3  some of his best years there, but I thought that
4  might be a little over the top.
5       So today I plan on covering four areas:
6  Your background, your area of expertise, the
7  methodology that you used in coming to your
8  opinions in this case, and the information and
9  data that form the basis of your opinions.
10      Got that?
11      A   I do.
12      Q   Okay.  We're on the same page?
13      A   That will be fine.
14      Q   Okay.  First, I want to start with your
15 affiliation with Johnson & Johnson.  When is the
16 first work you ever did with Johnson & Johnson on
17 issues related to talc?
18      A   This involve -- this litigation.  The
19 first, this litigation.
20      Q   When you say "this litigation," what do
21 you mean by that?
22      A   I was retained to review the documents
23 and provide a report.  That's the first time I've
24 worked for Johnson & Johnson.
25      Q   And when were you retained?

Page 13

1       A   Let's see.  I -- I think Mr. Frost came
2  to see me sometime in November of 2018, and I
3  think I agreed to do it at the end of November,
4  early December 2018.
5       Q   Okay.  So prior to being -- that's when
6  you were retained by Johnson & Johnson?
7       A   Yes.
8       Q   Okay.  And what were the terms of your
9  retainer?
10      A   I'm sorry.  Could you be more specific,
11 the terms?
12      Q   Sure.  Yeah.  What were the conditions
13 of your -- were there any conditions of -- of your
14 being retained?  Did you have any conditions?
15      A   Well, the scope of work was outlined,
16 and I agreed to a particular scope of work.
17      Q   And what was that?
18      A   That I would review the literature on
19 the deposits that had been used by Johnson &
20 Johnson, Italy and Vermont, and that I would
21 review the reports that were provided by
22 Drs. Longo and Rigler.
23      Q   Okay.  Now, is that the first time you
24 ever actually worked with anyone at Johnson &
25 Johnson on the issues related to talc?

Ann G. Wylie, Ph.D.

Page 14

1    A   Yes.
2    Q   Now, I'm not talking about being paid by
3  Johnson & Johnson.  I'm asking specifically, was
4  that the first interaction you had with anyone at
5  Johnson & Johnson related to talc?
6    A   Yes.
7    Q   Okay.  And November 2018 was the first
8  consult you had with Johnson & Johnson for
9  litigation purposes --
10    A   That would be --
11    Q   -- correct?
12    A   Yes.
13    Q   Did Johnson & Johnson ever pay -- pay
14  for you to attend any meetings with any government
15  agencies?
16    A   No.
17    Q   Did they ever fund your expenses to
18  attend any meetings with government agencies?
19    A   No.
20    Q   You attended an FDA workshop in November
21  2018?
22    A   That's correct.
23    Q   Okay.  And did you have any interaction
24  with Johnson & Johnson related to that workshop?
25    A   No.

Page 15

1    Q   So you had no contact with Johnson &
2  Johnson at all related to that workshop.
3    A   No.
4    Q   Do you know who William Ashton is?
5    A   No.
6    Q   Do you have any -- did you ever work
7  with William Ashton?
8    A   No.
9    Q   Did you ever do any work for the -- the
10  Cosmetics Trade Association?
11    A   No.
12    Q   Okay.  I understand that you did do work
13  with respect to ASTM, correct?
14    A   Do work with respect -- I'm a member of
15  D22.
16    Q   Right.  And how long have you been a
17  member?
18    A   About three years.
19    Q   Three years?
20    A   Mm-hmm.
21    Q   And D22 meaning what?
22    A   That's the -- a committee that deals
23  with issues around asbestos.
24    Q   Okay.  Did you ever do any work with
25  ASTM related to talc other than on just asbestos?

Page 16

1    A   No.
2    Q   Did you ever work on any committees
3  dealing with talc or asbestos with respect for
4  the AS -- with respect to the ASTM?
5    A   Well, within the last three years I'm on
6  this committee, and there are -- there are
7  methods, draft methods that revolve around
8  identification of materials in talc, and that's
9  the ongoing business of the committee.
10    Q   Okay.  And are there any members of
11  Johnson & Johnson on that committee with you?
12    A   I don't know.
13    Q   Now, you are -- your degree is in
14  geology?
15    A   Yes.
16    Q   And you have a Ph.D. in geology?
17    A   Yes.
18    Q   Okay.  And the year you got your Ph.D.
19  is?
20    A   1972.
21    Q   And from where?
22    A   Columbia University.
23    Q   Okay.  And you're not an epidemiologist,
24  correct?
25    A   No.

Page 17

1    Q   Okay.  You're not an expert in
2  biological activity of substances' effect on the
3  human body?
4    A   No.
5    Q   You're not a toxicologist?
6    A   No.
7    Q   Okay.  You have no medical degree?
8    A   No.
9    Q   Okay.  You've never performed any animal
10  studies yourself?
11    A   No.
12    Q   Okay.  You have no pathology experience,
13  correct?
14    A   No training, no.
15    Q   Okay.  When is the last ongoing research
16  that you did as a geologist?
17    A   I have ongoing research now.
18    Q   In what capacity?  Doing what?
19    A   I'm interested in the characteristics of
20  mineral dust that are known to cause mesothelioma
21  in particular.
22    Q   Okay.
23    A   And why the incidence of mesothelioma
24  among exposed populations varies.
25    Q   Tell me if you agree or disagree with

Page 18

1 this statement. Do you consider yourself, by the
2 way, a job -- an earth scientist?
3     A   That's a general term for a geologist.
4     Q   Okay. Do you agree with the statement
5 that a job of earth scientist is not to decide
6 what is toxic, but to assist the health committee
7 and regulators -- health community and regulators
8 by carefully describing the physical and chemical
9 properties of natural materials?
10        MR. FROST: Objection to form.
11        THE WITNESS: I think I would agree with
12 that.
13        MR. PLACITELLA: Okay. Now, can we go
14 to --
15        (Counsel conferring.)
16        MR. FROST: So, Chris, I take it this
17 screen in front of Dr. Wylie is --
18        MR. PLACITELLA: Mm-hmm.
19        MR. FROST: -- what's projected up
20 there? Can you see the screen, Doctor? Is that
21 big enough?
22        THE WITNESS: If I get very close.
23        MR. FROST: It seems very tiny.
24        MR. PLACITELLA: I'll blow things up for
25 you.

Page 19

1        THE WITNESS: Okay.
2        (Wylie Exhibit No. AW-36 was
3        marked for identification.)
4 BY MR. PLACITELLA:
5     Q   What I'm describing to you is -- I have
6 it marked AW-36, and I'll have a copy made at the
7 break because I got this late last night. This is
8 your curriculum vitae signed in January, it looks
9 like 1989. Is that your signature?
10     A   It is.
11     Q   Okay. And I just want to go through
12 with you your curriculum vitae.
13        In your curriculum vitae, it -- you have
14 listed a publication that you did for the American
15 Society of Testing and Materials.
16        Is that fair?
17     A   Yes.
18     Q   Okay.
19     A   They published it, yes.
20     Q   All right. So you did have some
21 affiliation with the ASTM before three years ago.
22     A   That -- as I recollect, I was invited by
23 whoever was organizing this particular volume to
24 contribute, but I wasn't a member of ASTM at that
25 time.

Page 20

1     Q   But you did work with them.
2     A   I submitted a paper to this publication.
3     Q   Okay.
4     A   So I -- I wouldn't have interpreted your
5 question working with them to assume that a
6 publisher was working with them.
7     Q   Well, you attended their conference?
8     A   I -- I'm sorry, what conference?
9     Q   Do you recall ever attending any
10 conferences for the ASTM more than --
11     A   I remember --
12     Q   -- three years ago?
13     A   I remember presenting this paper.
14     Q   Okay.
15     A   So, perhaps, but I didn't recollect it.
16     Q   Okay. And in -- in your section
17 there is a -- or in your resume there's a section
18 on consulting.
19     A   Yes.
20     Q   Do you see that?
21     A   Yes, uh-huh.
22     Q   And it says that you consulted Avon
23 Products in 1973.
24     A   That's correct.
25     Q   And what was your consultation with Avon

Page 21

1 Products in 1973?
2     A   There was a new method being developed
3 for identification of fiber in talc, and they
4 asked me to review the methodology.
5     Q   And Avon Products was a company that
6 sold talc-containing products?
7     A   I -- I -- I think so.
8     Q   Okay. You also have here consulting
9 with R.T. Vanderbilt Company, and the first year
10 you have listed is 1977, and the last year you
11 have listed here is 1987. Do you see that?
12     A   Yes.
13     Q   Have you consulted for R.T. Vanderbilt
14 after 1987?
15     A   I have done some mineral analysis for
16 them post this time.
17     Q   Okay.
18     A   And I gave a deposition for them, I
19 think post this time.
20     Q   Okay. And in working for R.T.
21 Vanderbilt, did you work on them -- work for them
22 in the context of litigation related to the talc
23 that they sold?
24     A   I gave a deposition in a -- once for
25 that purpose.

Page 22

1   Q   Okay.  And did you issue reports for
2 R.T. Vanderbilt that were litigation related?
3     A   I did mineral analysis for them.
4     I don't believe that I knew whether they
5 were litigation related or not.  But one of them
6 when they -- when the deposition was taken,
7 certainly those reports were part of that
8 litigation at that time.
9     Q   Okay.  And you have listed here, and I
10 have highlighted it, "Desert Mineral Products,
11 1979."  That's a company that sold talc, correct?
12    A   Yes.
13    Q   And what work did you do for Desert
14 Mineral Products in 1979?
15    A   I analyzed some samples of talc.
16    Q   And did that in any way relate to
17 litigation?
18    A   It related to an administrative hearing
19 in California.
20    Q   Okay.  Next you have listed United
21 States Mineral Products, 1981.  Do you see that?
22    A   Yes.
23    Q   That was a company that sold asbestos-
24 containing fireproofing?
25    A   I really don't remem- -- I don't know

Page 23

1 that.
2    Q   Do you remember they were from Stanhope,
3 New Jersey?
4     MR. FROST:  Objection to form.
5     THE WITNESS:  No.
6 BY MR. PLACITELLA:
7    Q   Do you ever remember dealing with a man
8 name -- named Jim Verhalen?
9    A   No.
10    Q   Okay.  Do you remember what you did for
11 United States Mineral Products in 1981?
12    A   I -- I must have analyzed a sample.
13    Q   What kind of samples?
14    A   I have absolutely no recollection.
15    Q   You have listed here Celotex
16 Corporation, 1986 and 1987.  Do you see that?
17    A   Yes.
18    Q   Celotex Corporation was a company that
19 manufactured asbestos-containing products,
20 correct?
21     MR. FROST:  Objection to form.
22     THE WITNESS:  I don't know that.
23 BY MR. PLACITELLA:
24    Q   What work did you do for Celotex in 1986
25 and 1987?

Page 24

1    A   I assume I analyzed a sample.
2    Q   Okay.  Well, when you put this resume
3 together, what was the foundation for what you
4 were listing?
5     MR. FROST:  Objection to form.
6 BY MR. PLACITELLA:
7    Q   What did -- what records did you look
8 at?
9     MR. FROST:  Objection to form.
10     THE WITNESS:  I -- I don't remember.
11 BY MR. PLACITELLA:
12    Q   Okay.
13    A   Whatever -- I don't remember.
14    Q   Do you know whether you did -- the work
15 that you did for Celotex Corporation was related
16 to litigation?
17    A   I don't think so.  I don't remember.  My
18 work for any of these was primarily mineral
19 analysis.  It was not litigation.
20    Q   Okay.  And it says -- the next one you
21 list is GAF Corporation, 1986.  Do you see that?
22    A   Yes.
23    Q   Do you understand that they manufactured
24 asbestos-containing products?
25     MR. FROST:  Objection to form.

Page 25

1     THE WITNESS:  I don't believe I know
2 that.
3 BY MR. PLACITELLA:
4    Q   Did you know that they owned an asbestos
5 mine?
6     MR. FROST:  Objection to form.
7     THE WITNESS:  No.
8 BY MR. PLACITELLA:
9    Q   Okay.  Did you know that they owned an
10 asbestos mine in the state of Vermont?
11     MR. FROST:  Objection to form.
12     THE WITNESS:  I did not.
13 BY MR. PLACITELLA:
14    Q   Okay.  Do you know what work you did for
15 GAF Corporation?
16    A   As I indicated before, the only work I
17 did was -- in general, would be to analyze a
18 sample for asbestos.
19    Q   So they would give a sample of their
20 product to you and ask you to analyze it?
21    A   I have no idea what they gave me,
22 frankly.
23    Q   Next you have listed Keene Corporation,
24 1986 and 1987.  Do you know that they were a
25 manufacturer of asbestos-containing products?

Ann G. Wylie, Ph.D.

Page 26

1    A    No.
2         MR. FROST:  Objection to form.
3         THE WITNESS:  No.
4  BY MR. PLACITELLA:
5    Q    Okay.  And do you know what work you did
6  for Keene Corporation?
7    A    The only work I did for any of these,
8  it's been a long time, is an analysis of samples
9  for the presence of asbestos.
10   Q    The next one I have highlighted here is
11 Southern Talc.  That was a manufacturer and seller
12 of talc, correct?
13        MR. FROST:  Objection to form.
14        THE WITNESS:  Yes.
15 BY MR. PLACITELLA:
16   Q    Okay.  And what did you do for them?
17   A    I did analysis of samples that they sent
18 me for the presence of asbestos.
19   Q    Okay.  And did you do an analysis --
20 when you did your -- when you said you did
21 analysis for Celotex, GAF and Keene, was that all
22 for the presence of asbestos?
23        MR. FROST:  Objection to form.
24        THE WITNESS:  To the best of my
25 recollection.

Page 27

1  BY MR. PLACITELLA:
2    Q    Okay.  And when people hire you, do you
3  ever ask them what the nature of their business
4  is?
5    A    No.
6    Q    Okay.  I noticed in your current CV that
7  U.S. Mineral, Celotex, GAF and Keene are no longer
8  on your CV; is that correct?
9    A    That's correct.
10   Q    Why is that?
11   A    The academic -- the form of the
12 university's CVs don't ask for consulting, and
13 this is my university CV.
14   Q    Okay.  Did R.T. Vanderbilt play a role
15 in your securing tenure at the University of
16 Maryland?
17        MR. FROST:  Objection.
18        THE WITNESS:  No.
19 BY MR. PLACITELLA:
20   Q    Did R.T. Vanderbilt write a letter in
21 support of your tenure at the University of
22 Maryland?
23   A    The promotion and tenure process at the
24 University of Maryland requests letters
25 anonymously.  They don't tell me.  They don't tell

Page 28

1  the candidate.  So they -- they request letters,
2  and the letters come in, and the candidate does
3  not necessarily know who was invited to provide
4  letters.
5    Q    But as you sit here today, do you know
6  that R.T. Vanderbilt actually wrote to the
7  University of Maryland in support of your tenure?
8         MR. FROST:  Objection to form.
9         THE WITNESS:  Someone told me that
10 sometime ago, but I actually only learned of it
11 recently.
12 BY MR. PLACITELLA:
13   Q    And how did you learn of it?
14   A    Someone -- someone told me who had been
15 in a case somewhere, and I can't remember exactly
16 who told me.  I -- or why it was even a subject of
17 discussion since I wasn't involved, and I think
18 that was the reason why they told this subject had
19 come up.
20   Q    Who was the chairman -- your chairman at
21 the time when you secured tenure at the University
22 of Maryland?
23   A    Galt Siegrist.
24   Q    And are you aware that your chairman
25 actually wrote to R.T. Vanderbilt and advised them

Page 29

1  that their recommendation, quote, will constitute
2  the most important document to be used in the
3  entire promotion and tenure process?
4         MR. FROST:  Objection to form.
5  BY MR. PLACITELLA:
6    Q    Are you aware of that?
7    A    No.
8    Q    You never heard that before?
9    A    No.
10   Q    Am I correct that R.T. Vanderbilt has
11 funded graduate student research for your
12 department?
13   A    Yes.
14   Q    And they've funded that in excess of a
15 half a million dollars?
16   A    No.
17   Q    Do you ever recall testifying in the
18 Westin case?
19   A    That -- the name doesn't ring any bells,
20 so...
21   Q    Do you ever recall -- did you -- have
22 you ever learned that R.T. Vanderbilt funded your
23 student research for over $500,000?  You never
24 heard that before?
25   A    That's simply not the case.

Page 30

1    Q   Okay.  Did you ever appear in a film for
2  R.T. Vanderbilt that was used for Vanderbilt's
3  lobbying purposes?
4        MR. FROST:  Objection to form.
5        THE WITNESS:  I did appear in a film for
6  them.
7  BY MR. PLACITELLA:
8    Q   And that was used for lobbying by them?
9    A   I don't know.
10   Q   And have you ever received research
11 grants from Southern Talc Company?
12   A   Yes.
13   Q   Okay.  And --
14   A   One.
15   Q   In excess of $17,000?
16   A   That would be correct.
17   Q   Have you ever seen -- received research
18 grants from Ford Motor -- General Motor and
19 Chrysler?
20   A   Yes.
21   Q   Okay.  And you know that they made
22 asbestos-containing products, correct?
23       MR. FROST:  Objection to form.
24       THE WITNESS:  I didn't know they made
25 them.

Page 31

1  BY MR. PLACITELLA:
2    Q   Okay.  You didn't know they made
3  asbestos-containing brakes?
4    A   I thought they used them.  I didn't know
5  they made them.
6    Q   Okay.  And did the research grants that
7  you received from the automotive industry total
8  somewhere in excess of a half a million dollars?
9    A   It did, yes.
10   Q   Now, you have been, I know, asked and
11 you have testified before Congress on more than
12 one occasion, correct?
13   A   Once only, I think.
14   Q   And you testified before a Senate
15 Committee?
16   A   That would be correct, yes.
17   Q   Okay.  During your testimony before the
18 Senate Committee, did -- did members of the Senate
19 raise concerns with the statements you were
20 providing to them concerning your ties to
21 industry?
22       MR. FROST:  Objection to form.
23       THE WITNESS:  That one senator did ask a
24 question of me about my ties to industry.
25 BY MR. PLACITELLA:

Page 32

1    Q   Right.  And -- and you denied that you
2  had any connection or any ties or did any work for
3  any asbestos-containing product manufacturer,
4  correct?
5    A   No.
6        MR. FROST:  Objection to form.
7        THE WITNESS:  The -- the question -- let
8  me go back.
9        The hearing was about a banned asbestos
10 bill, and I testified on that bill.  I didn't
11 testify against the bill.  In fact, I would be in
12 favor of such a bill.
13       I testified to ask the Senate to expand
14 the definitions of "asbestos," include more
15 minerals than are currently in the regulatory
16 policy and identification, because I thought that
17 there were other forms of amphibole that form
18 asbestos and should have been included in the law.
19 So that was the one point that I made.
20       And the other point was that we needed
21 definitions that would enable us to discriminate
22 asbestos from non-asbestos forms of the same
23 mineral, and I urged them to do so.
24       MR. PLACITELLA:  Respectfully, ma'am, I
25 move to strike your testimony.

Page 33

1  BY MR. PLACITELLA:
2    Q   What was my question?
3    A   I'm not exactly sure.
4    Q   Okay.  Well, let me show you your
5  testimony.
6    A   All right.
7    Q   Okay?  You were asked:  "Have you worked
8  for businesses that make money selling products
9  that may have caused disease associated with
10 asbestos?"
11       Do you see that?
12   A   Yes.
13       MR. FROST:  I'm going to object to the
14 form on this one.  This doesn't look like an
15 official transcript from the Senate hearing.
16       MR. PLACITELLA:  Well, if you have the
17 official one, I'm happy to put it up.  Or if you
18 think somehow it's misstatement -- a misstatement,
19 I'm happy to correct it.
20       MR. FROST:  I'm just preserving for the
21 record.
22       MR. PLACITELLA:  That's fine.
23       MR. FROST:  I have no ability at this
24 time --
25       MR. PLACITELLA:  Okay.

Ann G. Wylie, Ph.D.

Page 34

1    MR. FROST:  -- to verify that, but this
2  certainty does not look like a transcript that
3  would have been generated by the United States
4  government.
5    MR. PLACITELLA:  Okay.
6  BY MR. PLACITELLA:
7    Q   And your answer was:  "No."
8    And the senator said:  "Well, I have a
9  number of receipts that show you've worked as a
10  paid defense witnesses -- witness for businesses
11  in asbestos litigation, and I must consent that
12  these documents be put into the record, minding
13  you answer my question honestly."
14    Do you remember what year this testimony
15  was, by the way?
16    A   Sometime around 2003 or something like
17  that.
18    Q   And it says:  "I did.  I've never worked
19  for an asbestos manufacturer."
20    And you said -- and then the question
21  was:  "I didn't say that."
22    And you said:  "Or an asbestos
23  fabricator."
24    And the question was:  "I didn't ask you
25  that.  I said, Have you ever worked as a paid

Page 35

1  defense witness for a business in asbestos
2  litigation?"
3    Your answer is:  "I have testified on --
4  on or about three occasions for, uh, on the nature
5  of materials involved."
6    And you wrote -- and the question was:
7  "Who paid you?"
8    Answer:  "R.T. Vanderbilt, three times
9  or thereabouts.
10    Senator:  "So your original answer was
11  incorrect?
12    You said:  "I -- I misunderstood."
13    And the senator said:  "Okay.  Well, let
14  me be clear, I think it's very important that we
15  determine before this committee" --
16    And you said:  "I agree."
17    Now, what I want to do is focus on
18  your -- your testimony a little further up where
19  it says:  "I -- I did.  I never worked for an
20  asbestos manufacturer or an asbestos fabricator."
21  Do you see that?
22    A   Yes.
23    Q   Okay.  When you gave that testimony, you
24  had already worked for United States Mineral
25  Corporation, Celotex Corporation, GAF Corporation,

Page 36

1  and Keene Corporation, correct?
2    A   Yes.
3    Q   And when you gave that testimony, you
4  had all -- you had actually put that on your CV,
5  correct?
6    A   Yes.
7    Q   Okay.  Now, let me ask you, focusing on
8  your methodology in this case, tell -- tell me
9  what methodology you used or you employed in
10  arriving at your opinions in this case.
11    MR. PLACITELLA:  Can you get me the
12  ELMO?
13    THE VIDEOGRAPHER:  Sure.
14    THE WITNESS:  In -- in this --
15  BY MR. PLACITELLA:
16    Q   Yes, ma'am, in this case.
17    A   Okay.  All right.
18    Q   And I -- I'm going to write it down so
19  we have it.  Okay?
20    A   What methodologies?  I reviewed the
21  literature, I did a literature search.
22    Q   Okay.  Hold on.  Okay.  Reviewed
23  literature.
24    A   Mm-hmm.  And I reviewed the reports by
25  MAS, Longo's and Rigler's reports.

Page 37

1    Q   Anything else?
2    A   I don't think so, no.
3    Q   Okay.  So your methodology --
4    A   I also reviewed two reports that were
5  not published literature by Dr. Pooley and
6  associates on the -- his reports on the mines in
7  Vermont and in Italy.  So that --
8    Q   Okay.  So, one, you reviewed literature.
9  Two, you reviewed reports of Longo?
10    A   Yes.
11    Q   And, three, you reviewed unpublished
12  reports of Dr. Pooley.  Correct?
13    A   That's correct.
14    Q   Okay.  And where did you get those?
15    A   From Mr. Frost.
16    Q   So they came from Mr. Frost?
17    A   Yes.
18    Q   Okay.  Anything else?
19    A   No.
20    Q   So I'm just going to write here,
21  "Nothing else."
22    MR. FROST:  Objection to form.
23  BY MR. PLACITELLA:
24    Q   Okay.  Now, did you do any testing
25  related to Johnson & Johnson products?

Ann G. Wylie, Ph.D.

Page 38

1    A    No.
2    Q    Okay.  Did you request to do any testing
3    related to Johnson & Johnson products?
4    A    No.
5    Q    Okay.  Did you review any internal
6    testing done by Johnson & Johnson of its
7    talc-related products?
8    A    No.
9    Q    Did you ask to review any internal
10   testing done by Johnson & Johnson of its talc-
11   related products?  And what I mean testing, I mean
12   for asbestos.
13   A    No.
14   Q    Okay.  You said that you reviewed the
15   literature.  How did you do that?  The published
16   literature.
17   A    Yes.  I had literature, which I looked
18   at.  I did a search on GeoRef, which is a database
19   for geological information.
20   Q    Okay.  I noticed from looking at your
21   report that you also searched the internet for
22   pictures.
23   A    Yes.
24   Q    All right.  So you downloaded some
25   photos from the internet.

Page 39

1    A    From the United States Geological
2    Survey, yes.
3    Q    Okay.  Am I correct that you didn't
4    review any internal testing of sources of
5    Johnson & Johnson talc other than the two Pooley
6    reports given to you by Mr. Frost?
7    A    That's --
8         MR. FROST:  Objection to form.
9         THE WITNESS:  That is correct.
10   BY MR. PLACITELLA:
11   Q    Did you ask Mr. Frost whether he had
12   supplied you with all of the relevant internal
13   testing of the Johnson & Johnson sourced mines?
14        MR. FROST:  Objection to form.
15        THE WITNESS:  I asked if there were any
16   descriptions of the ore deposits themselves, but I
17   did not ask for reports of product testing.
18   BY MR. PLACITELLA:
19   Q    What about of the mine reports for
20   asbestos in the mines, did you ask for that?
21   A    No.
22   Q    Did you speak to any of the scientists
23   at Johnson & Johnson?
24   A    No.
25   Q    Did you make an effort to determine

Page 40

1    whether the opinions that you were giving in this
2    case agree or disagree with Johnson & Johnson's
3    own scientists?
4    A    No.
5    Q    Did you make an effort to determine
6    whether the opinions you were giving in this case
7    agree or disagree with other experts hired by
8    Johnson & Johnson?
9    A    No.
10   Q    Okay.  Now, I looked at your report,
11   which -- do you have a copy with you?
12   A    I do.
13        (Wylie Exhibit No. AW-44 was
14        marked for identification.)
15   BY MR. PLACITELLA:
16   Q    Okay.  When I looked at your report --
17   which I have marked here as AW-44 -- do you see
18   that?
19   A    Yes.
20   Q    Okay.  And when I look at the first 20
21   pages of your report, I could only find four
22   references to studies in your report that were
23   done by somebody other than yourself.  Is that
24   accurate?
25        MR. FROST:  Objection to form.

Page 41

1    BY MR. PLACITELLA:
2    Q    So let me -- let's walk -- walk through
3    it.
4    A    All right.
5    Q    You see on page 3, there was -- you had
6    a reference to a Kerrigan study from '17?
7    A    Yes.
8    Q    So let's just walk through it.  So
9    page 1, nothing.  No reference to any studies.
10        MR. FROST:  Objection.  That's the
11   Summary of Opinions.
12   BY MR. PLACITELLA:
13   Q    Just making sure we're doing the right
14   counting.  Nothing on page 1?
15   A    No.
16   Q    Nothing on page 2?
17        MR. FROST:  Same objection.
18   BY MR. PLACITELLA:
19   Q    Correct?
20        I'm just focusing on studies other than
21   citing to yourself.
22   A    Yes, mm-hmm.
23   Q    Okay.  On page 3, I found one, but
24   actually you were part of that study as well.  You
25   just cited it as Kerrigan, et al., on the bottom,

Ann G. Wylie, Ph.D.

Page 42

1 correct?
2   A   Yes.
3   Q   All right.  So that would be -- I'll
4 take that one out.
5       So none on page 4.
6   A   There is a reference on page 4, but it
7 is to my work with that --
8   Q   Right.  I'm just looking for research
9 that you did that -- where you found studies to
10 support your conclusions other than citing
11 yourself.  Okay?
12      So nothing on page 4?
13  A   Correct.
14  Q   Okay.  Nothing on page 5?
15  A   That's correct.
16  Q   Nothing on page 6?
17  A   That's correct.
18  Q   You do cite a study on page 7 of 2007
19 concerning rocks around Mount Etna?
20  A   Correct.
21  Q   Okay.  Well, that has -- that doesn't
22 relate to any of the mines at issue in this case,
23 though, correct?
24  A   That's correct.
25  Q   Okay.  Nothing on page 8?

Page 43

1   A   I cite EOS.  That's a publication.
2   Q   Okay.
3   A   And on page 7, I cite the U.S.
4 Geological Survey.
5   Q   Okay.  Let's make sure we get that
6 right.
7       That's here (indicating)?
8   A   Yes.
9   Q   Okay.  This you cite -- well, let's go
10 back to page 7.  The citation you have on page 7
11 to the U.S. Geological Survey, that does not
12 relate to any of the mines at issue in this case,
13 correct?
14  A   Correct.
15  Q   Okay.  On page 8, you point out that --
16 you cite EOS.  That has to do with mines not
17 involved in this case, correct?
18  A   That's --
19      MR. FROST:  Objection to form.
20      THE WITNESS:  -- correct.
21 BY MR. PLACITELLA:
22  Q   All right.  Page 9, anything?
23  A   The Geological Survey is cited.
24  Q   That's where you downloaded the photo.
25  A   Correct.

Page 44

1   Q   Okay.  Does that have anything that's
2 directly at issue in this case?
3   A   That's a complicated question.
4   Q   Well, let me rephrase it.  It was a bad
5 question.
6       Does this relate directly to any of the
7 mines at issue in this case?
8   A   No.
9   Q   Okay.  Don't see anything on page 10?
10  A   Yeah, mm-hmm.
11  Q   On page 11, you cite NIOSH and Weill.
12 Are you involved in that Weill paper?
13  A   What page are we on again, please?
14  Q   Page 11.
15  A   I cite -- yes, that's the editor of the
16 journal, special issue of the journal in
17 Toxicology and Applied Pharmacology, and I am an
18 editor, yes.
19  Q   Okay.  So you were a part of that paper.
20  A   It's not a paper.  It's a -- well, it's
21 this chart.
22  Q   Okay.
23  A   Yes.
24  Q   I'll leave it on there.
25      You cite NIOSH.

Page 45

1   A   Yes.
2   Q   Okay.  None of these citations directly
3 relate to mines at issue in this case, correct?
4   A   That -- I believe that that -- what
5 you're asking me, is there anything about these,
6 Italian mine or the Vermont mine in these
7 publications.
8   Q   Correct.
9   A   That would be correct.
10  Q   Okay.  You cite on page 13 to an article
11 by Crane.  Did the Crane article have anything to
12 do with the Italian or Vermont mine?
13  A   No.
14      MR. FROST:  Objection.
15 BY MR. PLACITELLA:
16  Q   Okay.  Page 14, anything on page 14 have
17 anything directly to do with the Italian or
18 Vermont mine at issue in this case?
19  A   Any of the citations?
20  Q   Yes, ma'am.
21  A   No.
22  Q   Okay.  I should call you "Doctor."
23 I'm -- I apologize.
24  A   That's all right.
25  Q   Page 15, you cite to the report of

Ann G. Wylie, Ph.D.

Page 46

1  Dr. Longo and Rigler, correct?
2      A    That's correct.
3      Q    All right.  But to no external research
4  that you've done to support your opinions in this
5  case, correct?
6          MR. FROST:  Objection to form.
7          THE WITNESS:  That's a complicated
8  question.
9  BY MR. PLACITELLA:
10     Q    Well, you don't have any citations on
11 page 15.
12     A    That's correct.
13     Q    Okay.
14     A    That's correct.
15     Q    Okay.  Same question with respect to 16.
16     A    That's correct.
17         MR. FROST:  I'll object to that, that
18 there are citations.
19         MR. PLACITELLA:  Please object to form,
20 and -- and leave it at that.
21         MR. FROST:  Okay.  I'll object to form.
22         MR. PLACITELLA:  Okay.  Thank you.
23 BY MR. PLACITELLA:
24     Q    Page 17, do you have any citations to
25 any studies or literature related to the mines at

Page 47

1  issue in this case?
2          MR. FROST:  Same objection.
3          THE WITNESS:  No.
4  BY MR. PLACITELLA:
5      Q    Okay.  Page 18, you mention the Val
6  Chisone deposit, correct?
7      A    Chisone Valley, yes.
8      Q    Right.  But there are no citations to
9  any literature related to that on this page,
10 correct?
11     A    Correct.
12     Q    Okay.  On page 19, you have a citation
13 to a work by Sanford in 1982, correct?
14     A    That is correct.
15     Q    That does not relate to any of the
16 mines that -- that does not involve any of the
17 mines at issue in this case, correct?
18     A    No.  Not directly, no.
19     Q    Okay.  Then on page 20, you have the --
20 a citation to Dr. Pooley.  Correct?
21     A    Yes.
22     Q    That was the study that you referred to
23 that was given to you by Mr. Frost?
24     A    That is correct.
25     Q    Okay.  So am I correct that for the

Page 48

1  first 20 pages of your report, you do not have any
2  citation that is -- directly relates to the mines
3  at issue in this case other than the one report
4  given to you by Mr. Frost?
5          MR. FROST:  Objection to form.
6          THE WITNESS:  There are no citations
7  that specifically relate to -- that specifically
8  mention those deposits.
9  BY MR. PLACITELLA:
10     Q    Okay.  Then on page 21, you do have some
11 citations that relate to the mines at issue in
12 this case, correct?
13     A    Chidester and Gilson.
14     Q    Correct.
15     A    The Argonaut Mine, is -- is that one of
16 the mines?
17     Q    Yes, ma'am.
18     A    So the Chidester article does relate
19 directly to that.
20     Q    Okay.
21     A    Gilson is a little less clear in exactly
22 what the -- you know, what he's describing.  He
23 describes many, many, many occurrences.  So I
24 don't know whether he directly identifies those
25 mines.  He does talk about Windsor County.

Page 49

1      Q    Okay, I'll give you that one.
2          Okay.  So let's just focus on these two
3  studies.  Assuming that the evidence in this case
4  is that Johnson & Johnson did not use any Vermont
5  talc before the 1960s, none of the references in
6  your paper directly relate to Vermont talc used
7  before 1960, correct?
8          MR. FROST:  Objection to form.
9  BY MR. PLACITELLA:
10     Q    Well, let me ask the question
11 differently.  It was a bad question.
12         You do not have any references
13 concerning Vermont talc in your report that
14 postdate 1960, correct?
15         MR. FROST:  Objection to form.
16         THE WITNESS:  The Pooley reports
17 postdate that.
18 BY MR. PLACITELLA:
19     Q    I thought the Pooley report that you are
20 citing referenced the Italian talc.
21     A    Oh, there's also a Pooley report that
22 describes the deposits in Ludlow -- around Ludlow,
23 Vermont.
24     Q    Okay.  I don't see that in your report.
25 Where --

Ann G. Wylie, Ph.D.

Page 50

1    A   It's in my reference list.

2    Q   But in your report, which comprises and
3  supports your opinions in this case, you do not
4  mention any Pooley report related to the Vermont
5  mines, correct?

6        MR. FROST:  Objection to form.

7        THE WITNESS:  That's incorrect.  On
8  page 20, the subtitle is "Comments on Windsor
9  County Talc Deposits."

10 BY MR. PLACITELLA:

11   Q   Oh, great.  Okay.

12   A   And I reference Pooley, 1972.

13   Q   Okay, great.

14       So the only reference that you have
15 concerning the Vermont mines that postdates 1960
16 is an unpublished report from Pooley that was
17 given to you by counsel for Johnson & Johnson,
18 correct?

19   A   That would be --

20       MR. FROST:  Objection to form.

21       THE WITNESS:  That would be correct.

22 BY MR. PLACITELLA:

23   Q   Okay.  And -- now, let me just go down
24 to your references for the Val Chisone, Italy
25 deposits.  Do you see that?

Page 51

1    A   Yes.

2    Q   It's on page 21.

3    A   Yes.  Mm-hmm.

4    Q   You cite to Lightfoot, et al.,
5  1972.  Was that a published paper?

6    A   No.  That is the report that Pooley
7  was -- participated in, but in the reference list
8  Lightfoot is the first author.

9    Q   Okay.  So that's an unpublished report.

10   A   That is correct.

11   Q   Okay.  And not peer reviewed.

12   A   No.

13   Q   Okay.  And the other Pooley report that
14 you cited to concerning the Windsor mines, that
15 was not peer reviewed, correct?

16   A   No.  No.

17   Q   Okay.  So I see further that -- by the
18 way, do you know when Johnson & Johnson stopped
19 purchasing talc from its -- the Italian source for
20 use in the United States?

21   A   I think you just told me, didn't you?

22   Q   No.  Italian source.

23   A   Oh.  No.

24   Q   Would that be relevant to your opinions?

25   A   I didn't -- no.  I -- perhaps.

Page 52

1    Q   Okay.  Am I correct that time frame
2  matters in terms of when -- the relevance of
3  sampling done in a mine?

4        MR. FROST:  Objection.

5  BY MR. PLACITELLA:

6    Q   It's relevant.

7    A   It's relevant.

8    Q   All right.  Because you can take a
9  sample from one level of a mine, for example,
10 being explored in 1927, and that may have
11 different results from a level of a mine that was
12 the same mine that was sampled in 1967.

13   A   It -- it would depend on the mine, but
14 in general, I think you'd have to assume the
15 possibility of variation with time.

16   Q   Okay.  Thank you.

17       Am I correct that your report does not
18 cite to a single published study concerning the
19 Italian mines that postdates 1975?

20   A   That would be incorrect.

21   Q   Okay.  Please show me -- oh, you're
22 correct.

23       Let me ask the question again.  Any
24 citation concerning an Italian mine that you have
25 in your report postdates 1975 for published

Page 53

1  literature, correct?

2        MR. FROST:  Objection to form.

3        THE WITNESS:  There are several articles
4  postdate 1975 that deal directly with the Fontaine
5  mine.

6  BY MR. PLACITELLA:

7    Q   Yes.

8    A   Yes.

9    Q   But all of your citations that support
10 your conclusions concerning the Italian mine in
11 terms of public -- published literature postdate
12 1975, correct?

13       MR. FROST:  Objection to form.

14       THE WITNESS:  Yeah, I think that's
15 correct.

16 BY MR. PLACITELLA:

17   Q   Okay.  Now, you cite -- by the way, do
18 you recall you cited to the Chidester article in
19 1951?

20   A   Yes.

21   Q   Okay.  Do you know what test methods
22 Dr. Chidester used in 1951?

23   A   I do not.

24   Q   Okay.  And were you aware -- or you
25 cited also to the Argonaut Mine as an example in

Ann G. Wylie, Ph.D.

1  your report.

2      MR. FROST:  Objection to form.

3      THE WITNESS:  Yes.

4  BY MR. PLACITELLA:

5      Q   And -- what page was that?

6      A   Page 21.

7      Q   You say that Pooley -- the Pooley

8  article you referenced for -- for Vermont was

9  1972, correct?

10     A   That -- that's correct.

11     Q   Okay.  And then you state on page 21

12 that:  "Pooley's detailed descriptions are

13 consistent with published descriptions of talc

14 mines in the Ludlow, Vermont area.  The minerals

15 list in the ore from several mines, including

16 Argonaut Mine by mindat.org."

17     Do you see that?

18     A   Yes.

19     Q   Okay.  What is mindat.org?

20     A   It's a mineral database that's -- lists

21 information about a mineral, any mineral that you

22 want, and they -- in this particular case, they

23 included the Argonaut Mine in the list of

24 minerals.

25     Q   Okay.  But you didn't do any independent

1  research concerning the Argonaut Mine --

2      A   I did not.

3      Q   -- other than that.

4      And were you aware when you were putting

5  your report together that the Argonaut Mine did

6  not open until 1974?

7      MR. FROST:  Objection to form.

8      THE WITNESS:  No.

9  BY MR. PLACITELLA:

10     Q   Would that have been relevant to the

11 consideration of your opinions in this case?

12     MR. FROST:  Objection.

13     THE WITNESS:  Well, perhaps, but I knew

14 there were mines other than the Argonaut Mine

15 providing material.  So...

16 BY MR. PLACITELLA:

17     Q   Well, I understand that, but you picked

18 Argonaut as an example.  Why did you pick

19 Argonaut?

20     A   It's the only thing I could find.

21     Q   Okay.  Well, did Johnson & Johnson ever

22 tell you that they had core sampling results for

23 the Argonaut Mine?

24     MR. FROST:  Objection to form.

25     THE WITNESS:  No.

1  BY MR. PLACITELLA:

2      Q   Would that have been relevant to your

3  opinions?

4      MR. FROST:  Objection.

5      THE WITNESS:  No.

6  BY MR. PLACITELLA:

7      Q   So if Johnson & Johnson had core

8  sampling results showing there was asbestos in the

9  Argonaut Mine, that would have no relevance to

10 your opinions?

11     MR. FROST:  Objection to form.

12     THE WITNESS:  It -- no.

13 BY MR. PLACITELLA:

14     Q   Why not?

15     A   Because I was asked to review the

16 literature.  I -- I had a very specific

17 assignment.

18     Q   Okay.  But I'm -- as a scientist, would

19 it matter to you that you were asked to provide a

20 report concerning the likelihood of asbestos being

21 in a Johnson & Johnson mine, and Johnson & Johnson

22 had testing of that mine and never revealed it to

23 you?

24     MR. FROST:  Objection to form.

25     THE WITNESS:  No.

1  BY MR. PLACITELLA:

2      Q   Okay.  You say in your report -- well,

3  let's just go to the summary in your report, your

4  summary of your opinions -- you state in your

5  report:  "Based upon their geologic settings,

6  reports from mine geologists and literature,

7  descriptions of the ore deposits provided in

8  cosmetic talc for the relevant body powder, it is

9  unlikely that asbestos could be found in the talc

10 mines -- in the talc products from these mines."

11 Correct?

12     MR. FROST:  Where are you reading from,

13 Chris?

14     THE WITNESS:  Please show me where you

15 are.

16     MR. PLACITELLA:  Why don't we take a

17 break, and I'll highlight it and move it faster

18 that way.  How's that?

19     MR. FROST:  Sounds good.  Let's take a

20 break.

21     THE VIDEOGRAPHER:  The time is

22 10:14 a.m.  We're going off the record.

23     (Recess.)

24     THE VIDEOGRAPHER:  The time is 10:27

25 a.m., and we are back on the record.

Page 58

1  BY MR. PLACITELLA:
2      Q   Okay.  I believe you told me that
3  information in possession of the Johnson & Johnson
4  concerning whether there was asbestos in the
5  Johnson & Johnson talc mines was irrelevant to you
6  because it was not part of your charge.  Is that
7  your testimony?
8      MR. FROST:  Objection to form.
9      THE WITNESS:  My charge was to review
10 the literature and the reports by Drs. Longo and
11 Rigler.  So it did not include requests to review
12 anything else.
13 BY MR. PLACITELLA:
14     Q   But you did review unpublished reports
15 provided to you by counsel of Dr. Pooley related
16 to the mines at issue, correct?
17     A   I did.
18     Q   Okay.  So those unpublished reports were
19 relevant to your opinions according to your own
20 report, correct?
21     MR. FROST:  Objection.  Form.
22     THE WITNESS:  They were relevant
23 particularly because of the paucity of data in the
24 literature.
25 BY MR. PLACITELLA:

Page 59

1      Q   And if Johnson & Johnson had more data
2  in addition to the Pooley reports, that certainly
3  would have been relevant to your opinions, just
4  like the Pooley reports were relevant to your
5  opinions, correct?
6      MR. FROST:  Objection to form.
7      THE WITNESS:  I was not asked to review
8  testing of materials other than the description of
9  the geology of the mine.
10 BY MR. PLACITELLA:
11     Q   Doctor, you just told me that the Pooley
12 reports were relevant to your opinions, and in
13 fact, you put them in your report, correct?
14     A   Correct.
15     Q   And if Johnson & Johnson had additional
16 reports concerning analysis of their mine, that
17 certainly would have been relevant to your
18 opinions, just like the Pooley reports were,
19 correct?
20     MR. FROST:  Objection.
21     THE WITNESS:  I was asked to review the
22 basic geology of the mine and the geologic setting
23 of the deposits, and testing reports of products
24 are not relevant.
25 BY MR. PLACITELLA:

Page 60

1      Q   Ma'am, I'm not talking about products.
2  I'm talking about testing reports related to what
3  was coming out of the mine.
4      A   Oh, I -- I'm sorry --
5      MR. FROST:  Objection to form.
6      THE WITNESS:  -- I misunderstood.
7  BY MR. PLACITELLA:
8      Q   All right.  So if Johnson & Johnson had
9  other testing reports like Pooley's concerning
10 what was coming out of the mine, that certainly
11 would have been relevant to your opinions,
12 correct?
13     MR. FROST:  Objection.
14     THE WITNESS:  It's very hard to say
15 without seeing them.
16 BY MR. PLACITELLA:
17     Q   But you were not provided any reports
18 other than the select report from Dr. Pooley,
19 correct?
20     MR. FROST:  Objection to form.
21     THE WITNESS:  I was only provided the
22 two reports by Dr. Pooley.
23 BY MR. PLACITELLA:
24     Q   Did you ask counsel for Johnson &
25 Johnson, were there any other similar reports of

Page 61

1  the Vermont mine other than Dr. Pooley?
2      MR. FROST:  Objection.
3      THE WITNESS:  I asked if -- if there --
4  let me just say what I -- I asked if they had any
5  other information on the geology of the deposits.
6  BY MR. PLACITELLA:
7      Q   And the response was what?
8      A   No.
9      Q   Now -- okay.  I want -- I want to just
10 make sure I got one of the things you said before
11 correct.  Is it your opinion that the geology of
12 all the talc mines in Vermont would be essentially
13 the same?
14     A   It is not.
15     Q   It is not.  Okay.
16         And how would it differ?
17     A   The minerals that are present vary in
18 abundance and in what they are, the identity of
19 the mineral.
20     Q   Okay.  Now, I want to just go back to
21 your report what we were talking about when we
22 broke.  I want to ask you about some statements in
23 your report.
24         You state in your report as a basis for
25 your report, correct --

Ann G. Wylie, Ph.D.

Page 62

1    A    I'm sorry.  Would you please --
2    Q    I'm sorry.  Page 4.
3         "Talc ore is mined for both industrial
4    and cosmetic use but from different ore bodies and
5    in different mines."
6         And then you say:  "Talc ore used for
7    cosmetic purposes, however, is different."  See
8    that?
9    A    Yes.
10   Q    Did Johnson & Johnson tell you that they
11   obtained the talc for industrial use and cosmetic
12   use from the exact same mine in Vermont?
13        MR. FROST:  Objection to form.
14        THE WITNESS:  No.
15   BY MR. PLACITELLA:
16   Q    Did they tell you the opposite?
17   A    No.
18   Q    Okay.
19        (Exhibit J&J-188 was presented to
20        the witness.)
21   BY MR. PLACITELLA:
22   Q    I'm going to show you what's been marked
23   J&J 188.  I'm going to put it on the iPad --
24   sorry.  Got to find a better way to do that.
25        THE VIDEOGRAPHER:  I will pass it over

Page 63

1    for you, Counsel.
2         MR. PLACITELLA:  Okay, thanks.
3    BY MR. PLACITELLA:
4    Q    J&J 188 is -- attaches an affidavit from
5    the president of Windsor Minerals, which is a
6    Johnson & Johnson subsidiary that owned the
7    Johnson & Johnson mine.  See that, from Roger
8    Miller?
9         And that was submitted in Middlesex
10   County, New Jersey, as part of a basis by Johnson
11   & Johnson to request that the plaintiff dismiss
12   their case as reflected on the first page.  Do you
13   see that?
14        MR. FROST:  Objection to form.
15   BY MR. PLACITELLA:
16   Q    It says:  "Enclosed please find" --
17   here, let's blow it up.
18        It says:  "Enclosed please find an
19   affidavit on behalf of Windsor Minerals, signed by
20   Roger N. Miller, President of Windsor Minerals
21   since 1968:  Do you see that?
22        Then it goes on and says:  "I trust that
23   these documents will now enable you to sign a
24   Dismissal as was done in the Yuhas file.  I have
25   taken the liberty of drafting the Dismissal and

Page 64

1    enclosing the same for your signature, along with
2    a self-addressed envelope."
3         Do you see that?
4    A    Yes.
5    Q    And then the affidavit of Johnson &
6    Johnson is attached.  Do you see that?
7         MR. FROST:  Objection to form.
8    BY MR. PLACITELLA:
9    Q    And the affidavit on page -- on
10   paragraph 2 states:  "The exclusive business of
11   Windsor Minerals is/has been for the last 18 years
12   the mining and milling of talc from a single
13   mining district in Windsor, Vermont.  The mining
14   district is the exclusive source of talc for all
15   of the Johnson's Baby Powder sold in the United
16   States.  In addition to supplying the talc for
17   Johnson's Baby Powder, Windsor Mineral also sells
18   a portion of its product to independent industrial
19   users."
20        Do you see that?
21   A    I do.
22   Q    That --
23        MR. FROST:  Objection to the form.
24   BY MR. PLACITELLA:
25   Q    That information was not supplied to you

Page 65

1    by Johnson & Johnson when forming your opinions,
2    correct?
3         MR. FROST:  Objection.
4         THE WITNESS:  I've never seen this
5    affidavit.
6    BY MR. PLACITELLA:
7    Q    And after you wrote in your report:
8    "Talc ore is mined for both industrial and
9    cosmetic use but for different -- but from
10   different ore bodies and in different mines,"
11   after you wrote that in your report, Johnson &
12   Johnson never corrected that and told you they had
13   contrary information, correct?
14        MR. FROST:  Objection.  That certainly
15   misstates the document.
16        THE WITNESS:  No.
17   BY MR. PLACITELLA:
18   Q    Okay.  Now, in your report -- going back
19   to the ELMO for a second -- you make a number of
20   statements about geology.
21        The first on page 18, you state:  "Based
22   under geologic settings, report from mine
23   geologists and literature descriptions of the ore
24   deposits providing cosmetic talc for Johnson's
25   Baby Powder and Shower to Shower, it is highly

Page 66

1 unlikely that asbestos could be found in the talc
2 products from these mines." Correct?
3     A    That's what it says, yes.
4     Q    All right.  You further state on page 20
5 of your report, talking about the same deposits:
6 "There is nothing about the mode of formation of
7 this type of talc deposit that favors the
8 formation of asbestos."  Correct?
9     A    That's correct.
10     Q    And then you -- as it relates to Pooley,
11 you say:  "It's my understanding that the ore from
12 the mine was the source of some of the talcum
13 powder involved in this litigation."
14         What mine was Pooley studying?
15         MR. FROST:  Objection to form.
16         If you know.
17 BY MR. PLACITELLA:
18     Q    If you recall.
19     A    I think the name Windsor was in the
20 report, but I -- I don't recollect.
21     Q    Okay.  "He and his team examined the
22 samples he collected throughout the mine,
23 including the ore and foot and hanging wall, and
24 examined them by PLM x-ray defraction and
25 transmission electron microscopy."  See that?

Page 67

1     A    Yes.
2     Q    Okay.  Then you go on to state, and
3 we -- we went over this before:  "Pooley's
4 detailed descriptions are consistent with
5 published descriptions of talc mines in the
6 Ludlow, Vermont area.  The minerals list in the
7 ore from several mines, including the Argonaut
8 Mine by mindat.org."  Do you see that?
9     A    Yes.
10     Q    Okay.  And then you go on to state
11 further down the page:  "There is nothing about
12 the mode or formation of this type of talc deposit
13 that favors the formation of asbestos.  However,
14 this type of deposit is not known for associated
15 asbestos."
16         Do you see that?
17         MR. FROST:  I will object to the form.
18         THE WITNESS:  Show me where you're
19 reading.
20 BY MR. PLACITELLA:
21     Q    Yes, ma'am.
22     A    I'm sorry.
23     Q    So your --
24     A    So we've changed from Ludlow.  We're now
25 talking about carbonate-hosted deposits.

Page 68

1     Q    So that's different.
2     A    Yes.
3     Q    So that's irrelevant to Ludlow?
4     A    Yes.
5     Q    Okay.  How come it's in your report?
6     A    Because it's related to the Italian
7 mines.
8     Q    Okay.  And then you state:  "Cosmetic
9 forming veins of asbestos has not been reported in
10 cosmetic talc ore to my knowledge."
11         Does that refer to --
12     A    Could you repeat the question, please?
13     Q    Yes, ma'am.  In your report you state:
14 "Cosmetic-forming veins of asbestos has" --
15 chryso-- I'm sorry.  Scratch that.
16         "Chrysotile-forming veins of asbestos
17 has not been reported in cosmetic talc ore to my
18 knowledge."
19         Does that refer to the Italian mines,
20 the Vermont mines, or both?
21     A    This particular comment is under the
22 section on carbonate-hosted sources.  Let me
23 just -- no, I'm sorry, it doesn't.  Three, that
24 would refer to Johnson -- I mean to the talc mines
25 in Vermont.

Page 69

1     Q    Okay.
2     A    Yes, as well.
3     Q    And in your summary on the top, you say:
4 "When is asbestos likely to be found in talc
5 ores?"  Correct?
6     A    Yes.
7     Q    And your summary is:  "The formation of
8 talc does not require or favor the formation of
9 asbestos in the ore."
10         Do you see that?
11     A    Yes.
12     Q    Okay.
13     A    Yes.
14     Q    And then underneath that is where you
15 say, Chrysotile has never been found in any
16 cosmetic talc ore to your knowledge, and you're
17 talking about Vermont.  Correct?
18     A    Yes.
19     Q    Okay.  Then again in your conclusions
20 you state:  "Although talc and asbestos can form
21 in proximity to one another, the formation of talc
22 does not require or favor the formation of
23 asbestos in the ore."
24         And then you say:  "Based on the
25 geologic settings, reports from the mine

Page 70

1  geologists" --
2      When you say "reports from the mine
3  geologists," you're talking about in the published
4  literature?
5      A   The only reports that I have on the
6  mines were from the Pooley -- from Cardiff.
7      Q   Okay.  So when you say "reports from the
8  mine geologists," you're talking about the private
9  reports, not the published reports.
10     A   I am.
11     Q   Okay.  Those are the reports that
12  Johnson & Johnson gave you.
13     A   That's correct.
14     Q   Okay.
15     -- "and literature descriptions of the
16  ore deposits used to source the talc for the
17  cosmetic talc products at issue in this
18  litigation, it is unlikely that asbestos occurs in
19  these deposits."  Do you see that?
20     A   Yes.
21     Q   And when you say "these deposits," do
22  you mean both the Italian and the chrysotile
23  deposits?
24     MR. FROST:  Objection.
25     THE WITNESS:  Chrysotile deposits --

Page 71

1  BY MR. PLACITELLA:
2      Q   My mistake.
3      Do you mean both the Italian and the
4  Vermont deposits?
5      A   Yes.
6      Q   Okay.  Now -- sorry.  I don't know how
7  to -- so I just apologize to you.
8      MR. PLACITELLA:  I'm going back to the
9  iPad now.
10     THE VIDEOGRAPHER:  Got it, sir.
11     (Exhibit J&J-65 was presented to
12     the witness.)
13  BY MR. PLACITELLA:
14     Q   I've handed you a report from Mr. Vernon
15  Zeitz concerning Windsor Mineral Corporation,
16  "Examination of Talc Samples:  The Argonaut Ore
17  Body."
18     Do you see that?
19     A   Yes.
20     Q   Okay.  And that was done in 1974,
21  correct?
22     A   Yes.
23     Q   The same year of the report that they
24  gave you related to Dr. Pooley, correct?
25     A   I think Dr. Pooley's reports were 1972.

Page 72

1      Q   Okay.  And it was done by Walter
2  McCrone?
3      A   It was from his lab.
4      Q   Right.  And they're a respected
5  laboratory, correct?
6      MR. FROST:  Objection to form.
7      THE WITNESS:  They are -- were.
8  BY MR. PLACITELLA:
9      Q   And this report was not given to you by
10  Mr. Frost along with the Pooley reports, correct?
11     MR. FROST:  Objection.
12     THE WITNESS:  It was not.  I've never
13  seen it before.
14  BY MR. PLACITELLA:
15     Q   And if you go to Table 2 of the report,
16  do you see where it talks about the results for
17  the electron microscope on the talc ore for core
18  samples?
19     A   Yes.
20     Q   Then if you look at the chart, it
21  actually talks about how far down in the mine they
22  took the samples for each sample.  Do you see
23  that?
24     MR. FROST:  Objection to form.
25  BY MR. PLACITELLA:

Page 73

1      Q   If you look at the second row where it
2  says "Description Designation" --
3      Here, let's blow it up.
4      A   It doesn't explain what that is.
5      Q   Well, I'll represent to you -- do you
6  know who Dr. Hopkins is?
7      A   No.
8      Q   I'll represent to you that Dr. Hopkins
9  testified in this case that those were the depths
10  from which the samples were taken.  Do you see
11  that?
12     A   I do.
13     MR. FROST:  Objection to form.
14  BY MR. PLACITELLA:
15     Q   Okay.  And do you see that they have a
16  column entitled "Chrysotile"?
17     A   I do.
18     Q   And one for "Amphibole."  Do you see
19  that?
20     A   I do.
21     Q   Okay.  And do you see in all the
22  highlighted sections where McCrone found
23  chrysotile in these core samples?
24     MR. FROST:  Objection to form.
25     THE WITNESS:  I do.

Ann G. Wylie, Ph.D.

Page 74

BY MR. PLACITELLA:
1
2    Q    And this information was never provided
3  to you in order for you to do your report,
4  although you were given the unpublished
5  information from Dr. Pooley, correct?
6         MR. FROST:  Objection.
7         THE WITNESS:  I have never seen this
8  document.
9  BY MR. PLACITELLA:
10   Q    Is this a document you would have liked
11 to have seen along with Dr. Pooley's report?
12        MR. FROST:  Objection.
13        THE WITNESS:  I mean, I -- I would have
14 to have looked at this quite carefully to know
15 whether it would have been helpful or not, and I
16 haven't had a chance to look at it.  So...
17 BY MR. PLACITELLA:
18   Q    Okay.  Fair enough.
19        It was not supplied to you, so you --
20 you couldn't make a decision whether it was
21 relevant or not, correct?
22   A    That's correct.
23        (Exhibit J&J-89 was presented to
24        the witness.)
25 BY MR. PLACITELLA:

Page 75

1    Q    Okay.  Now, let me show you 89.  Take a
2  chance to look at it.
3         J&J-89 for -- I'll describe it for the
4  record is a report dated July 1, 1975, from
5  McCrone to Windsor Mineral Company.
6         Do you see that?
7    A    I see -- is there a title where -- the
8  report you're referring to?  I see a letter --
9    Q    Right, there's a letter --
10   A    -- from Mr. Grieger --
11   Q    -- with attached -- correct.
12   A    And some tables attached.
13   Q    Correct.  I want to go through those.
14        This letter and tables were never
15 provided to you by Johnson & Johnson along with
16 the Pooley report, correct?
17   A    Correct.
18   Q    Okay.  And in the first paragraph,
19 McCrone advises Johnson & Johnson that:  "We have
20 examined two groups of samples using electron
21 microscope and selected area electron defraction
22 to determine the extent of amphiboles or
23 serpentine contamination in these two groups of
24 samples."
25        See that?

Page 76

1    A    I --
2         MR. FROST:  Objection to form.
3         THE WITNESS:  I do.
4  BY MR. PLACITELLA:
5    Q    It says:  "The first group consisted of
6  29 samples which were taken from your ore body."
7         Are you with me?
8    A    Yes.
9    Q    Okay.  And they say:  "The second group
10 consists of seven samples which were sent to us
11 subsequently to be analyzed separately.  The
12 general conclusion that we came to in this study
13 is that these samples do show some amphiboles but
14 at extremely low level."
15        Do you see that?
16   A    Yes.
17   Q    Okay.  And in the next paragraph, they
18 talk about that they did a running tabulation of
19 the samples for total fiber content.  Do you see
20 that?
21   A    Yes.
22   Q    Okay.  And if you go to the Table 1,
23 they talk about confirmed asbestos visual.  Do you
24 see that?
25   A    Yes.

Page 77

1    Q    And they indicate that on the samples,
2  at least that I've highlighted, that they found --
3  they confirmed asbestos visually in talc samples
4  with the label "HC."  Do you see that?
5         MR. FROST:  Objection to form.
6         THE WITNESS:  That you have highlighted
7  that.
8  BY MR. PLACITELLA:
9    Q    Yes, ma'am.
10   A    Yes, mm-hmm.
11   Q    I'm sorry.  Yes, Doctor.
12        And were you aware that HC stands for
13 Hammondsville cosmetic talc?
14        MR. FROST:  Objection to form.
15        THE WITNESS:  No.
16 BY MR. PLACITELLA:
17   Q    All right.  On the next Table 2, they
18 talk about description of sample content of
19 sediment.  Do you know what sediment generally
20 refers to when they're looking at something
21 geologically?
22   A    Yes.
23   Q    What does that refer to?
24   A    Sediment is particulate that has been
25 deposited by water, generally.

Ann G. Wylie, Ph.D.

Page 78

1    Q   Okay.  And --
2    A   Or wind.
3    Q   Okay.  And again, they list sample
4  numbers, they have the word "asbestos," and then
5  they quantify low to medium the number of fibers
6  they saw, correct?
7        MR. FROST:  Objection to form.
8        THE WITNESS:  It's not clear to me what
9  the various columns -- how they relate to one
10 another.
11 BY MR. PLACITELLA:
12   Q   Okay.  Well, you see next to HC, they
13 have the word "asbestos" on the column at the top,
14 and if you go down where it says "HC," it says
15 "low."
16   A   Yes --
17       MR. FROST:  Objection to form.
18       THE WITNESS:  -- I see that.
19 BY MR. PLACITELLA:
20   Q   Okay.  Now, this document was not
21 provided to you as -- for your consideration and
22 for you to determine whether it was relevant or
23 not to your opinions, correct?
24       MR. FROST:  Objection to form.
25       THE WITNESS:  It was not provided to me.

Page 79

1  BY MR. PLACITELLA:
2    Q   Okay.  Now, were you aware that one of
3  the mines that was owned by Johnson & Johnson,
4  the -- there was a scientist who testified under
5  oath in 1983 that they found chrysotile asbestos
6  in the talc mine?
7        MR. FROST:  Objection to form.
8        THE WITNESS:  No.
9  BY MR. PLACITELLA:
10   Q   Would that have been relevant to your
11 consideration?
12       MR. FROST:  Objection to form.  Assumes
13 it's correct.
14       THE WITNESS:  I don't know.  It --
15 BY MR. PLACITELLA:
16   Q   I'm going --
17   A   Testimony normally I would not have
18 considered relevant.
19   Q   So if a scientist testified under oath
20 that they tested the mine and found chrysotile
21 asbestos in the Johnson talc mine, would that be
22 relevant to your opinions as to whether it was
23 likely or not that there was -- would be asbestos
24 in the Johnson mine?
25       MR. FROST:  Objection to form.

Page 80

1        And, Chris, if you have a document you
2  want to show her --
3        MR. PLACITELLA:  I'm just asking in
4  general.
5        MR. FROST:  -- go ahead and do that,
6  but -- objection.
7        THE WITNESS:  As a scientist, I would
8  like to see data.
9  BY MR. PLACITELLA:
10   Q   Okay.  So testimony would not be
11 relevant to you.
12       MR. FROST:  Objection to form.
13       THE WITNESS:  I -- I would like to see
14 data.
15 BY MR. PLACITELLA:
16   Q   My question is, if there was testimony
17 from the scientist about what he found, that would
18 not be relevant to your considerations?  That's
19 all I'm asking.
20       MR. FROST:  Objection to form, asked and
21 answered.
22       THE WITNESS:  No.
23       (Exhibit J&J-179 was presented to
24       the witness.)
25 BY MR. PLACITELLA:

Page 81

1    Q   Okay.  Let me show you -- you have in
2  front of you Johnson & Johnson-179, which is a
3  letter from McCrone Associates to Roger Miller
4  dated November 2nd, 1984.
5        Do you see that?
6    A   Yes.
7    Q   Was this -- was this document provided
8  to you by Johnson & Johnson along with the Pooley
9  report concerning unpublished findings related to
10 the Johnson & Johnson mines?
11       MR. FROST:  Objection to form.
12       THE WITNESS:  No.
13 BY MR. PLACITELLA:
14   Q   Okay.  And in this document it talks
15 about testing that McCrone did concerning air
16 samples using a transmission electron microscope,
17 correct?
18       MR. FROST:  Objection to form.
19       THE WITNESS:  That's correct.
20 BY MR. PLACITELLA:
21   Q   And what they did is, according to this
22 letter from McCrone to -- to Johnson & Johnson,
23 they found chrysotile asbestos in the air samples,
24 correct?
25       MR. FROST:  Objection to form.

Ann G. Wylie, Ph.D.

Page 82

1    THE WITNESS:  That's what the document
2  says.
3  BY MR. PLACITELLA:
4    Q   So, for example, where it says, Sample
5  No. 8:  6 times 10 to the 4th, what does that mean
6  to you?
7    A   Six with four zeroes.
8    Q   Right.  So how many fibers would -- did
9  they find?
10    MR. FROST:  Objection to form.
11    THE WITNESS:  60,000.
12  BY MR. PLACITELLA:
13    Q   60,000?  Now --
14    A   Pardon me.  It may not indicate that
15  they found that many particles.  They extrapolated
16  from some assessment of the filter, I would
17  imagine.  But I don't know.  I really can't
18  comment.
19    Q   Okay.  You -- you were not provided the
20  underlying data for this, correct?
21    A   No.
22    MR. FROST:  Objection.
23  BY MR. PLACITELLA:
24    Q   And in order for you to make a fair
25  assessment of what this means, Johnson & Johnson

Page 83

1  would have had to have provided you with the
2  underlying data so you could study it and
3  determine whether it was relevant or not to your
4  opinions, correct?
5    MR. FROST:  Objection to form.
6    And this is assuming a lot of facts that
7  certainly aren't in the record.  We've done this
8  several times now.
9    MR. PLACITELLA:  Please, that's not a --
10    THE WITNESS:  These are air filters.
11  There's no information on where they came from.
12  BY MR. PLACITELLA:
13    Q   Okay.  And you would need to know that
14  in order to determine whether it was relevant to
15  your opinion, correct, where they came from?
16    MR. FROST:  Objection to form.
17    THE WITNESS:  No.
18  BY MR. PLACITELLA:
19    Q   Why not?
20    A   Because I was not asked to evaluate the
21  Johnson & Johnson products.  That was not my -- my
22  assignment.  My assignment was to review the
23  literature and to review the reports, and that's
24  all.
25    Q   If you reviewed -- so you're -- well,

Page 84

1  let me just make sure we're on -- we're on the
2  same sheet of music.
3    What came out of the mine was not part
4  of your assignment, just what was in the mine?
5    MR. FROST:  Objection to form.
6    THE WITNESS:  The -- my -- the request
7  was that I describe generally the origin of talc
8  deposits, look at it from a broad perspective, ==and==
9  ==to examine -- to find anything I could in the==
10  ==literature on the two mines in particular.==
11    And I was asked -- I actually asked I
12  think for other reports -- no, I didn't.  ==They==
13  ==gave me the Pooley report because I couldn't find==
14  ==much on the mine itself in Vermont.==
15  BY MR. PLACITELLA:
16    Q   But if Johnson & Johnson had more
17  information on the mine in Vermont in addition to
18  the Pooley report, that certainly would have been
19  relevant to your consideration, correct?
20    MR. FROST:  Objection to form.
21    THE WITNESS:  This is not information
22  about the mine.
23  BY MR. PLACITELLA:
24    Q   Okay.  I want to -- we'll get there.
25    So -- take a look at this (indicating).

Page 85

1    (Exhibit J&J-202 was presented to
2    the witness.)
3  BY MR. PLACITELLA:
4    Q   I'm just going to describe for the
5  record, and I'll give you a chance to look at it,
6  this is a March 25th, 1992 report entitled "Cyprus
7  Ore Reserves - Arsenic & Tremolite."
8    MR. FROST:  Objection to form.
9  BY MR. PLACITELLA:
10    Q   And I'll ask you to take a look at that.
11    MR. FROST:  Misstates the document.
12    THE WITNESS:  Would you like me to read
13  it?
14  BY MR. PLACITELLA:
15    Q   I just want you to look at it.
16    A   Well, I've looked at it.
17    Q   Okay.  And this does pertain to the mine
18  in Vermont, correct?
19    MR. FROST:  Objection to form.
20  BY MR. PLACITELLA:
21    Q   In fact, it pertains directly to the
22  Argonaut Mine in Vermont, correct?
23    MR. FROST:  Same objection.
24    THE WITNESS:  Where do you see that?
25  BY MR. PLACITELLA:

Ann G. Wylie, Ph.D.

Page 86

1    Q   Sure.  If you go to the very next page,
2  under "Tremolite," do you see where it talks right
3  down at the bottom about the Argonaut and Black
4  Bear mines?
5    A   I see that paragraph, yes.
6    Q   And so this is about the mine.  We
7  agree?
8        MR. FROST:  Objection to form.
9        THE WITNESS:  It appears to be so, yes.
10 BY MR. PLACITELLA:
11   Q   And this particular report was not
12 provided to you along with the Pooley report for
13 information related to the mines that supplied
14 talc for Johnson & Johnson products, correct?
15       MR. FROST:  Again, objection to form.
16 Mischaracterizes the document.
17       THE WITNESS:  The document was not
18 provided to me.
19 BY MR. PLACITELLA:
20   Q   Okay.  So in this report the author
21 states:  "Vermont talcs are derived from altered
22 serpentine - a natural host for asbestiform
23 minerals."  Do you see that?
24   A   I do.
25       MR. FROST:  Same objection.

Page 87

1  BY MR. PLACITELLA:
2    Q   Do you agree with that statement?
3    A   I don't think so, no.
4    Q   Okay.  And why do you disagree with that
5  statement?
6    A   The term "altered serpentine" is a very
7  broad term, and so I don't really know how one can
8  just use the term "altered serpentine" and assume
9  that you would conclude that it's a host for
10 asbestiform mineral.
11   Q   Okay.  According to the author of this
12 report, he states:  "There is certainly visible
13 tremolite and actinolite in specific zones of the
14 Vermont deposits - fibrous tremolite was
15 identified by the writer in exposures and cores at
16 the East Argonaut and Black Bear mines."
17       Do you see that?
18   A   I do.
19       MR. FROST:  Objection to form, and
20 again, it mischaracterizes the document.
21 BY MR. PLACITELLA:
22   Q   Do you have any information in your
23 possession provided to you by Johnson & Johnson to
24 contradict that statement?
25       MR. FROST:  Objection to form.

Page 88

1        THE WITNESS:  I have no idea what he
2  means by "fibrous."  I don't know this person, I
3  don't know what his qualifications are, and I know
4  nothing about his terminology use.
5  BY MR. PLACITELLA:
6    Q   Okay.  And it says:  "Cyprus staff
7  report past tremolite from the Hammondsville and
8  Clifton deposits."
9        Do you know anything about that?
10       MR. FROST:  Objection to form.
11       THE WITNESS:  No.
12       MR. PLACITELLA:  Okay.  Now -- first,
13 let me give this to your counsel, because I only
14 have two copies.
15       MR. FROST:  I'm just generally going to
16 object to the use of this document --
17       MR. PLACITELLA:  Mm-hmm.
18       MR. FROST:  -- as it's not a document
19 that has been created or provided by Johnson &
20 Johnson.  I believe this was created by
21 plaintiffs' counsel.
22       MR. PLACITELLA:  Actually, it was
23 created by Dr. Hopkins at this deposition, but
24 we'll fight that battle for another day.
25       MR. FROST:  So Dr. Hopkins typed this

Page 89

1  out at his deposition; is that --
2        MR. PLACITELLA:  Actually, what happened
3  was --
4        MR. FROST:  -- what relevance for the
5  record?
6        MR. PLACITELLA:  -- we did it at the
7  deposition.  Then you and Dr. Hopkins went in a
8  room and made some changes to the deposition -- to
9  the chart, and then we came back out and we went
10 through the chart with Dr. Hopkins to make his
11 corrections.
12       MR. FROST:  Well, given the --
13       MR. PLACITELLA:  So -- but we'll let
14 the -- we'll deal with that another day.
15       MR. FROST:  But given that I was not at
16 Dr. Hopkins' deposition, you know, that statement
17 certainly isn't fully accurate, but --
18       MR. PLACITELLA:  Okay.
19       MR. FROST:  -- I just want to lodge my
20 objection for the record.  This is not a document
21 that was produced by or provided by Johnson &
22 Johnson.
23       MR. PLACITELLA:  Okay.
24       MR. FROST:  Feel free to use it, but I
25 have an objection for the record.

Page 90

1    MR. PLACITELLA:  Okay.
2    MR. LOCKE:  And I was at the deposition,
3  and I object to the characterization.
4    MR. PLACITELLA:  Okay.  Okay.
5    I just want to show you the end of the
6  deposition, so if you think I'm mischaracterizing
7  anything.
8    Can we go to the ELMO?
9    THE VIDEOGRAPHER:  I can switch it.
10    MR. PLACITELLA:  Okay.  Here is
11  Dr. Hopkins' testimony.
12    MR. FROST:  Again, I object to the use
13  of the video that's not directed as a question to
14  the witness, but --
15    (Audio played):
16      MR. PLACITELLA:  So let me
17    ask you the question.  Do you need
18    time to take a break, Dr. Hopkins,
19    and look at Hopkins 28 and see if
20    any of the additions or deletions
21    that were made by this -- on the
22    chart today are inaccurate as
23    reflected in your testimony?
24      MR. BICKS:  Again, I'll
25    just object, and that's the

Page 91

1    witness's not -- job is not to do
2    that, and he need not do it.
3      BY MR. PLACITELLA:
4      Q.  Okay.  Do you need to
5    do that?
6      A.  I'm not going to -- no,
7    I'll take my attorney's advice and
8    I will -- I will not do it.  But
9    I'll leave this exhibit as being a
10    product of this deposition.
11      Q.  Okay.  Well, it was not
12    the product of this -- just this
13    deposition.  It's a product of a
14    number of days, correct?
15      A.  Yes, this deposition
16    and the -- the three days that we
17    -- or four days that we have
18    spent --
19      Q.  Correct.
20      A.  -- putting this chart
21    together.
22      Q.  Correct.
23      A.  It is a product of this
24    deposition.
25      Q.  Okay.  Thank you.

Page 92

1    (Conclusion of audio being
2    played.)
3    MR. FROST:  So I actually think that
4  supports my objection, and my objection stands on
5  the record.
6    MR. PLACITELLA:  That's fine.
7    MR. FROST:  And thank you for showing
8  that.
9    MR. PLACITELLA:  I just want to make
10  sure the record is clear.
11  BY MR. PLACITELLA:
12    Q   So let's look at this chart together.
13  Shall we?
14    The chart has a number of columns.  One
15  is the date, the exhibit number, the testing
16  entity, who the author was, the recipient, the
17  purpose, the test method, the mine if we knew what
18  it was, what exactly was tested, any special
19  preparations, what the tests revealed, any
20  comments from Dr. Hopkins, and whether -- and it's
21  cut off, but I represent to you, whether according
22  to Dr. Hopkins the test -- the results satisfied
23  Johnson & Johnson's definition of "asbestos."  Do
24  you see this?
25    MR. FROST:  Again, I'm going to object

Page 93

1  to the characterization of the document.
2  BY MR. PLACITELLA:
3    Q   Okay.  So let's just walk through -- in
4  light of the fact that Johnson & Johnson gave you
5  an unpublished report of Pooley to rely upon, I
6  just want to go through this chart and be clear as
7  to whether any of the reports referenced on this
8  chart as related to the mines alone -- not end
9  products, okay?  Are you with me?
10    A   Okay.  Sort of.
11    Q   -- were provided to you.
12    MR. FROST:  Objection to form.
13  BY MR. PLACITELLA:
14    Q   Okay.  So the first entry on this chart
15  is from 1957 by Battelle -- Battelle related to
16  Italian talc, that was not provided to you, I take
17  it, correct?
18    MR. FROST:  Objection to form.
19    THE WITNESS:  No.
20  BY MR. PLACITELLA:
21    Q   Okay.  The report from 1968 from
22  Battelle concerning Val Chisone where they found
23  tremolite was not provided to you, correct?
24    MR. FROST:  Objection to form.
25    THE WITNESS:  No.

Ann G. Wylie, Ph.D.

Page 94

BY MR. PLACITELLA:
1
2    Q   Okay.  The 5/28/1958 report from
3 Johnson & Johnson from Battelle concerning Val
4 Chisone where they found 6 tremolite and 6 to
5 10 percent fibrous talc, that was not provided to
6 you, correct?
7        MR. FROST:  Objection to form.
8        THE WITNESS:  No.
9 BY MR. PLACITELLA:
10    Q   Okay.  The December 4th, 1970 report
11 from the Colorado School of Mines concerning the
12 Hammondsville mine's core samples finding
13 tremolite, actinolite, and fibrous talc, that was
14 not provided to you, correct?
15        MR. FROST:  Objection to form.
16        THE WITNESS:  No.
17 BY MR. PLACITELLA:
18    Q   Okay.  I want to skip all the ones that
19 talk about just what they found in products.
20        The report from 1971, July 7th, Colorado
21 School of Mines on Vermont talc, that was not
22 provided to you, correct?
23        MR. FROST:  Objection to form.
24        THE WITNESS:  No.
25 BY MR. PLACITELLA:

Page 95

1    Q   And certainly you were not provided the
2 report from McCrone from 1971 finding chrysotile
3 asbestos in the Shower to Shower satisfying
4 Johnson & Johnson's definition of "asbestos," that
5 was never given to you because that was not of the
6 mine, correct?
7        MR. FROST:  Objection to form.
8        THE WITNESS:  It was not provided.
9 BY MR. PLACITELLA:
10    Q   Okay.  Let's go to the next page.
11        So skipping down to 1973, the 5/1/73
12 report concerning Hammondsville ore, that was not
13 provided to you, correct?
14        MR. FROST:  Objection.
15        THE WITNESS:  No.
16 BY MR. PLACITELLA:
17    Q   Okay.  The May 8, 1973 report concerning
18 the Hammondsville ore, that was not provided to
19 you, correct?
20        MR. FROST:  Objection to form.
21        THE WITNESS:  No.
22 BY MR. PLACITELLA:
23    Q   The 1973 report from the Colorado School
24 of Mines that examined for chrysotile and/or
25 tremolite using TEM in Vermont samples, and

Page 96

1 identified chrysotile at a level less than 10
2 parts per million in the Vermont sample satisfying
3 Johnson & Johnson's definition of "asbestos," that
4 was not provided to you, correct?
5        MR. FROST:  Objection to form.
6        THE WITNESS:  The document was not
7 provided.
8 BY MR. PLACITELLA:
9    Q   Okay.  The March 1970 report from
10 Dartmouth University concerning ore from the
11 Windsor mine was not provided to you, correct?
12        MR. FROST:  Objection.
13        THE WITNESS:  It was not provided.
14 BY MR. PLACITELLA:
15    Q   Do you see where I -- Dr. Hopkins
16 actually put in his column he has issues with the
17 conclusions in this report?
18        MR. FROST:  Objection to form.
19        THE WITNESS:  I see that.
20 BY MR. PLACITELLA:
21    Q   Okay.  The 4/24/74 report from McCrone,
22 that's the one we just went through, right, where
23 they say the purpose was whether or not there was
24 any significant content of asbestiform materials
25 in the Argonaut, and they found chrysotile and

Page 97

1 tremolite, which Dr. Hopkins said satisfied the
2 Johnson & Johnson definition of "asbestos," that
3 was not provided to you, correct?
4        MR. FROST:  Objection.
5        THE WITNESS:  The document was not
6 provided.
7 BY MR. PLACITELLA:
8    Q   Okay.  The 5/8/74 report from McCrone
9 using an optical microscope and TEM on the Windsor
10 ore, and do you see where Dr. Hopkins says here
11 "possible contamination of one test," that was not
12 provided to you, correct?
13        MR. FROST:  Objection to form.
14 BY MR. PLACITELLA:
15    Q   I mean, I'm showing you the good and the
16 bad, so I'm not leaving anything out.
17    A   It was not provided.
18        MR. FROST:  Objection.
19 BY MR. PLACITELLA:
20    Q   Okay.  Do you see the next report from
21 McCrone concerning the Argonaut ore body, where it
22 says "chrysotile fibers in ore and product in
23 one-third of the samples tested," that was not
24 provided to you, correct?
25        MR. FROST:  Objection to form.

Page 98

1    THE WITNESS:  The document was not
2  provided.
3  BY MR. PLACITELLA:
4    Q   Okay.  The report from May 14th, '74,
5  from McCrone and Dartmouth concerning the
6  Hammondsville mine, that was not provided to you,
7  correct?
8    MR. FROST:  Objection.
9    THE WITNESS:  The document was not
10  provided.
11  BY MR. PLACITELLA:
12    Q   By the way, do you have that 89 --
13  that J&J 89 in front of you?
14    A   I'm sorry.  Is this something you've
15  given to me before?
16    Q   Yes -- yes, ma'am.  It says "J&J 89" on
17  it.  I just want to go back there for a second.
18    A   Yes.  Yes.
19    Q   And if you -- I just put up here for --
20  under Table 3, just where they describe what
21  they've seen based on the photomicrographs, that's
22  something that you do, correct?  You look at
23  photomicrographs and you describe what you see?
24    A   I -- I look at preparations under the
25  microscope.

Page 99

1    Q   Okay.  And you see here where it talks
2  about the HC sample:  "Two bundles of amphiboles,
3  two single amphibole fibers."  See that?
4    A   I do.
5    Q   All right.  That would even satisfy your
6  definition of "asbestos," right?
7    MR. FROST:  Objection.
8    THE WITNESS:  I'm sorry, but I don't
9  have any idea what criteria he was using to
10  identify it as amphibole or --
11  BY MR. PLACITELLA:
12    Q   Okay.  Well, let's go back then to the
13  chart.
14    Under that same Exhibit J&J 89 where it
15  says:  "Determine the extent of amphibole or
16  serpentine contamination.  We kept a running
17  tabulation of the asbestos we could possibly
18  identify."
19    And in the chart, it says:  "Confirmed
20  asbestos, low to medium bundles of amphiboles,"
21  and according to Dr. Hopkins, that satisfied
22  Johnson & Johnson's definition of "asbestos."
23  That report was never provided to you, correct?
24    MR. FROST:  Objection to form.
25    THE WITNESS:  The document was not

Page 100

1  provided.
2    (Exhibit J&J-97 was presented to
3    the witness.)
4  BY MR. PLACITELLA:
5    Q   Okay.  And there's another report,
6  J&J-97, mentioned here from McCrone using TEM on
7  ore fibers of asbestos, according to Dr. Hopkins
8  satisfies Johnson & Johnson's definition of
9  "asbestos," that was never provided to you,
10  correct?
11    MR. FROST:  Objection to form.
12    THE WITNESS:  I'm not sure exactly what
13  you're referring to, but the document, whatever it
14  was, was not provided.
15    (Exhibit Hopkins 28 was presented
16    to the witness.)
17  BY MR. PLACITELLA:
18    Q   Okay.  I'm sorry to have to do this, but
19  I have to make a record.  Given the fact, ma'am,
20  just -- Doctor, just so you know, you were
21  provided some documents and not others, and all I
22  want to do is make a record here of the
23  information you were not provided.
24    Are you with me?
25    MR. FROST:  Objection to form.

Page 101

1    THE WITNESS:  I hear you.
2  BY MR. PLACITELLA:
3    Q   Okay.  Now, there is a report here --
4  you were given a report from Dr. Pooley from 1972.
5  Do you recall that?
6    A   Yes.
7    Q   Okay.  And in this chart there's a
8  report from 1977 from Dr. Pooley on the Vermont
9  samples where he found fibers of antigorite.  That
10  was not provided to you, correct?
11    MR. FROST:  Objection to form.
12    THE WITNESS:  It was not.
13  BY MR. PLACITELLA:
14    Q   Okay.  The internal report of Johnson &
15  Johnson from 2/9/1974 of the 66 composite samples
16  finding tremolite and actinolite, that was not
17  provided to you, correct?
18    MR. FROST:  Objection to form.
19    THE WITNESS:  I don't know where you
20  are, but no.
21  BY MR. PLACITELLA:
22    Q   Okay, ma'am, I'm right here
23  (indicating).  I'm not -- I'm not -- now I'm on
24  the fourth entry down.
25    In 9/1/83, there was another McCrone

Page 102

1 report to test for airborne fiber concentrations
2 at the Argonaut and Rainbow Mines finding 118
3 fibers -- no, I'm sorry -- 118 fibers in Argonaut,
4 2,650 fibers in Rainbow, satisfying the Johnson &
5 Johnson definition of "asbestos," that was not
6 provided to you, correct?
7         MR. FROST:  Objection to form.
8         THE WITNESS:  The document was not
9 provided.
10 BY MR. PLACITELLA:
11     Q    Okay.  In terms of your conclusions
12 related to Italian talc, there was a report from
13 1985 to Olson on the Italian talc done in South
14 Plainfield, where they found 71.2 percent fibrous
15 talc and 5.8 percent anthophyllite and asbestiform
16 amphibole satisfying Johnson & Johnson's
17 definition of "asbestos," that document was not
18 provided to you, correct?
19         MR. FROST:  Objection to form.
20         THE WITNESS:  It was not.
21 BY MR. PLACITELLA:
22     Q    Okay.  I'll just go -- I won't go
23 through the conclusion.
24         The -- J&J-184, the 8/5/1986 report from
25 McCrone concerning Hammondsville air samples, that

Page 103

1 wasn't provided to you, correct?
2         MR. FROST:  Objection to form.
3         THE WITNESS:  The document was not
4 provided.
5 BY MR. PLACITELLA:
6     Q    Okay.  We already went through the
7 Cyprus reports, so I won't do that.
8         The 2/9/1979 report -- internal report
9 from Johnson & Johnson related to Windsor, six
10 composite samples, that was not provided to you,
11 correct?
12         MR. FROST:  Objection to form.
13         THE WITNESS:  The document was not
14 provided.
15 BY MR. PLACITELLA:
16     Q    Okay.  The 1958 -- May 9th, 1958 report
17 from Battelle concerning the Italian talc, that
18 was not provided to you, correct?
19         MR. FROST:  Objection to form.
20         THE WITNESS:  The document was not
21 provided.
22 BY MR. PLACITELLA:
23     Q    Okay.  The 1/24/58 report from Battelle
24 concerning Italian talc, that was not provided to
25 you, correct?

Page 104

1         MR. FROST:  Objection to form.
2         THE WITNESS:  The document was not
3 provided.
4 BY MR. PLACITELLA:
5     Q    I'm almost done, I promise.
6         These are all on products.  Okay.
7         Down here in 1961, a report from
8 Battelle on the Hammondsville core, that was not
9 provided to you, correct?
10         MR. FROST:  Objection to form.
11         THE WITNESS:  The document was not
12 provided.
13 BY MR. PLACITELLA:
14     Q    Okay.  The 1991 reports concerning the
15 Argonaut and Hamm Mines, they were not provided to
16 you either, correct?
17         MR. FROST:  Objection to form.
18         THE WITNESS:  The documents were not
19 provided.
20 BY MR. PLACITELLA:
21     Q    Okay.  And am I correct in order for you
22 to determine whether those -- all the reports that
23 we went through would be relevant to your
24 assessment about whether it was likely or not that
25 there would be asbestos in the mine sources for

Page 105

1 Johnson & Johnson talc, you would actually have to
2 see the reports and make that determination,
3 correct?
4         MR. FROST:  Objection to form.
5         THE WITNESS:  The request by Johnson &
6 Johnson for me was to review the literature, the
7 two mine reports, and the lab results from
8 Drs. Longo and Rigler.
9 BY MR. PLACITELLA:
10     Q    Well, do you think it's fair to you as
11 the person who is asked to give an opinion to
12 this -- in this case, for Johnson & Johnson to
13 give you some non-published reports but not all of
14 the non-published reports for you to make your own
15 determination as an expert as to whether they
16 would be relevant to your opinions?
17         MR. FROST:  Objection to form.
18 BY MR. PLACITELLA:
19     Q    Do you think that's fair?
20     A    The reports that they provided were
21 helpful because they were a complete assessment of
22 the mine, samples from the footwall, the hanging
23 wall, the ore body, throughout the deposit.  And
24 those reports from Pooley or from his group at
25 Cardiff were -- were relevant.

Page 106

1    I couldn't follow everything that you
2  were saying, but these appeared to be primarily
3  composites or air samples or things that really
4  don't relate to the geology of the mine.
5  BY MR. PLACITELLA:
6    Q   Okay.  But you don't know without
7  actually looking at the report.
8    A   That would be correct.
9      MR. FROST:  Objection to form.
10      THE WITNESS:  I said only from what you
11  provided.
12      MR. FROST:  And are you going to move on
13  from --
14      MR. PLACITELLA:  Yep.
15      MR. FROST:  -- this line of questioning?
16      MR. PLACITELLA:  Yeah.
17      MR. FROST:  So I just want to lodge
18  another general objection, and move to strike all
19  of the questioning that related to Hopkins 28, as
20  I can't verify here today that the various
21  assumptions and assertions made in this document
22  are accurate regarding the various underlying
23  things.
24      MR. PLACITELLA:  Well, I would have
25  hoped that you would have read the deposition at

Page 107

1  some point in time, since he was actually taken on
2  the very subject of what was in Johnson & Johnson
3  files and what, according to his own chart says,
4  the tests revealed.  But we'll go through that
5  another day.  So --
6      MR. FROST:  I'm just making my objection
7  for the record.
8      MR. PLACITELLA:  Okay.
9  BY MR. PLACITELLA:
10    Q   Now, part of your opinions --
11      MR. PLACITELLA:  What time do you want
12  to break for lunch, by the way, just so I can do
13  some timing?
14      MR. FROST:  It's up to Dr. Wylie.  I
15  mean, I think we're fairly flexible.
16      THE WITNESS:  I'm not hungry.
17      MR. PLACITELLA:  That's fine.
18      MR. FROST:  There we go.
19  BY MR. PLACITELLA:
20    Q   Okay.  Part of your opinions in this
21  case focus on what you believe is an acceptable
22  definition of "asbestos," correct?
23      MR. FROST:  Objection to form.
24      THE WITNESS:  Correct.
25  BY MR. PLACITELLA:

Page 108

1    Q   So I'm just going to ask you --
2      THE VIDEOGRAPHER:  iPad?
3      MR. PLACITELLA:  Sure.
4  BY MR. PLACITELLA:
5    Q   Do you agree with the definition on the
6  screen:  "Asbestos is defined to be fibrous
7  serpentine, chrysotile, and the fibrous forms of
8  the amphibole group as represented by amosite,
9  anthophyllite, chrysotile, tremolite, asbestos and
10  actinolite"?
11      Do you agree with that definition?
12      MR. FROST:  Objection to form.
13      THE WITNESS:  No.
14  BY MR. PLACITELLA:
15    Q   Okay.  So as you sit here today, you'll
16  understand that you are testifying that you
17  disagree with the definition of "asbestos" of
18  Johnson & Johnson.  Did you know that?
19      MR. FROST:  Objection to form.
20      THE WITNESS:  No.
21      MR. PLACITELLA:  Give me a second.
22  BY MR. PLACITELLA:
23    Q   Okay.  Do you disagree with the
24  definition put up on the screen:  "Asbestos is
25  defined to be fibrous serpentine and chrysotile,

Page 109

1  and the fibrous forms of amphibole group as
2  represented by amosite, anthophyllite,
3  crocidolite, tremolite and actinolite"?  Do you
4  agree with that definition?
5      MR. FROST:  Objection to form.
6      THE WITNESS:  No.
7  BY MR. PLACITELLA:
8    Q   I put up that definition of "fiber" from
9  the -- directly from OSHA's website.  And it
10  states:  "Fiber means a particulate form of
11  asbestos 5 micrometers or longer with a length-to-
12  diameter ratio of at least 3 to 1."
13      Do you agree with that definition?
14    A   That is the NIOSH definition.
15    Q   All right.  Do you agree with that
16  definition?
17    A   It is not the way I would use the term
18  "fiber."
19    Q   So you disagree with it?
20    A   Yes.
21    Q   Okay.  Do you know what TSCA is?  TSCA
22  acronym, do you know what it is?
23    A   Toxic Substance Control Act.
24    Q   Right.  And you know that that was an
25  act of Congress attempting to control hazards in

Page 110

1 the environment?
2        MR. FROST:  Objection to form.
3        THE WITNESS:  Not -- I'm -- not really.
4 BY MR. PLACITELLA:
5    Q    Okay.
6    A    I -- I couldn't verify what you said.
7    Q    Okay.  I want to show you the definition
8 from TSCA and ask you if you agree with it.
9        It says: "Section 202 defines
10 'asbestos' as the asbestiform varieties of six
11 fiber types:  Chrysotile (serpentine), crocidolite
12 (riebeckite), amosite" --
13        Can you give me that?  I can't say that
14 one.
15    A    Cummingtonite-grunerite.
16    Q    Very good.  You get an A for that one.
17    -- anthophyllite, tremolite or
18 actinolite."
19        The latter five fiber types are
20 amphibole varieties.  Do you see that?  Do you
21 agree with that definition?
22    A    I do.
23        MR. FROST:  Objection to form.
24        And again, I'll generally object to the
25 use of these documents that we're putting up on

Page 111

1 the screen.  We're not getting context of where
2 they're coming from, what they are, whether
3 they're regulations, whether they come from the
4 federal regulations, whether they're printoffs of
5 websites.  So I'll just generally lodge an
6 objection to the use of the documents in this
7 manner.
8        MR. PLACITELLA:  Okay.
9 BY MR. PLACITELLA:
10    Q    Has -- has your definition of what
11 constitutes a countable asbestos fiber under the
12 microscope changed at all over time?
13        MR. FROST:  Objection to form.
14        THE WITNESS:  I don't believe I have a
15 countable definition.
16 BY MR. PLACITELLA:
17    Q    All right.  Okay.  Has your definition
18 of "fiber" -- "asbestos fiber" changed over time?
19        MR. FROST:  Objection to form.
20        THE WITNESS:  Perhaps.
21 BY MR. PLACITELLA:
22    Q    Okay.  When you say "perhaps," what do
23 you mean by that?
24    A    Well, I -- I don't remember precisely,
25 but certainly over a course of my life's work,

Page 112

1 I've learned a lot.  So my guess is that my papers
2 would reflect an evolution in my thinking.
3    Q    Okay.  So what I would like to do, at
4 least before lunch, is at least get down what your
5 definition actually is.  Because I was kind of
6 having a hard time looking at it from your report,
7 and I looked a lot of your articles.
8        So can we just go over, and I'll try to
9 write slowly and correct, get my spelling right of
10 what your -- your, Ann Wylie's, current definition
11 is, and I'll write it down.  So we're all
12 walking -- working from the same sheet of music,
13 okay?
14        All right.  So let's start.
15    A    You can write the TSCA definition down.
16 I'm happy with that.
17    Q    You're -- well, why don't we just write
18 down what your definition is, Ann Wylie.
19    A    The asbestiform varieties" --
20    Q    Okay.
21    A    -- of six regulated minerals.
22 Chrysotile.
23    Q    Uh-huh.
24    A    Anthophyllite.
25    Q    Oh, yeah.

Page 113

1    A    Would you like me to spell it for you?
2    Q    You want to see if I can do it.
3        Two Ts, right?
4    A    No.
5    Q    Go ahead.
6    A    Grunerite.
7    Q    Oh, forget it.  You want to write it
8 down?
9    A    Grunerite.
10    Q    Okay.  Anthophyllite.
11        Spell grunerite.
12    A    Grunerite.
13    Q    Go ahead.
14    A    G-R-U-N-E-R-I-T-E.
15    Q    Okay.
16    A    Tremolite.
17    Q    Mm-hmm.
18    A    Actinolite.
19        And what have I left out?  No, it should
20 be -- chrysotile and -- anthophyllite -- no, you
21 have that.
22    Q    We already did that.
23    A    Chrysotile, anthophyllite, grunerite --
24 oh, riebeckite.
25    Q    Spell that one.

Page 114

1    A   R-I-E-B-E-C-K-I-T-E.
2    Q   That's it?
3    A   Yes.
4    Q   Okay.  Now, just so we're clear, what is
5  this the definition of?
6    A   Regulated minerals.
7    Q   Of regulated minerals.
8    A   It's the definition of "asbestos."
9    Q   Okay.  Now, are there certain things
10 that you look at under a microscope to determine
11 whether what you're seeing satisfies this
12 definition?  What do you look for?
13   A   Yes.
14   Q   And what is that?  By the way, has that
15 changed over time?
16   A   No.
17   Q   Okay.  So we'll just -- tell me what you
18 need.
19   A   I believe we need to be more specific
20 than microscope.
21   Q   Okay.  What do you need?
22   A   A polarized light microscope.
23   Q   Nothing else?
24   A   Well, we could start there.
25   Q   Okay.  So PLM.  Is that fair?

Page 115

1    A   Yes.
2    Q   Okay.  What do we need?
3    A   We need to see the presence of fiber
4  bundles.
5    Q   Okay.  So, one, fiber bundles.
6        Two?
7    A   Composed of fibrils of a narrow width.
8    Q   When you say "narrow width," what --
9  what's the width?
10   A   Normally less than 0.5 micrometers.
11   Q   Okay.  Less than 0.5 micrometers?
12   A   Yes.
13   Q   Okay.  Now, when you say "fiber
14 bundles," what do you mean by that?
15   A   I mean --
16   Q   You know what, let's just get it down,
17 and then we'll go back.  Okay?
18        So composed of fibrils of narrow width.
19   A   That's correct.
20   Q   Less than 5 -- 0.5?
21   A   0.5.
22   Q   Okay, 0.5.  What else?
23   A   They need to be one of the -- one of the
24 minerals.
25   Q   One of the minerals you --

Page 116

1    A   One of the --
2    Q   -- mentioned before?
3    A   Yes, mm-hmm.
4    Q   So one of the recognized minerals?
5    A   One of the minerals I listed before.
6    Q   Okay.  I'm going to need space to go
7  back and fill it in.
8        Go ahead.  What else?  Four -- I'm on
9  four now.
10   A   You've turned your chart over, so --
11   Q   Here.  Hold on.  I want to make sure.
12       Fiber bundles.  Composed of fibrils.
13 Needs to be one of the minerals.
14   A   I would say an abundance of high aspect
15 ratio particles.
16   Q   Okay.  Four, abundance of high aspect
17 ratio particles.
18       Anything else?
19   A   I think that would be the criteria I
20 would apply.
21   Q   Okay.
22   A   There are other criteria that can be
23 added, and which I have listed elsewhere which we
24 can add if you'd like, but it -- they're not a
25 necessary criterion.

Page 117

1    Q   So -- well, let's put "not necessary,"
2  and then we'll keep going.  Okay?  Also but not
3  necessary.  Okay.
4    A   Fibers showing curvature.
5    Q   Okay.
6    A   Matted masses --
7    Q   My handwriting is horrible.  I should
8  have had Leigh do this.
9        Go ahead.
10   A   Matted masses of fibers.
11   Q   Okay.
12   A   Anomalous optical properties.
13   Q   Oh, boy, we'll spend some time on that
14 one.  Anomalous --
15   A   -- optical properties.
16   Q   Okay.
17   A   And those are actually normally present.
18 Anomalous optical properties can be observed.  So
19 I could move that --
20   Q   So they're normally present?
21   A   Yes.  I could put that to the upper
22 list.
23   Q   Oh, you're kidding.  Okay.  Move it to
24 five?
25   A   Mm-hmm.

Page 118

1    Q   All right.  Okay.  Is that it?
2    A   Sure.
3    Q   Would you find it disrespectful if I
4  took my jacket off?  It's very hot in here.
5    A   No.
6    Q   Good thing I didn't wear my Terps scarf.
7        All right.  Does the term "population"
8  belong anywhere in these criteria?
9    A   Under the optical microscope, these
10  refer to observations you might make about a
11  population of particles that have a single mineral
12  identity.
13    Q   Okay.
14    A   So they don't all have to be present in
15  a single particle.
16    Q   Okay.  So how would -- where do you want
17  me to put "population," under five?
18        MR. FROST:  Can you move it over so we
19  can see?
20        THE WITNESS:  I'm sorry, but I don't
21  think -- I -- you know, you are trying to put this
22  in a way -- I would lay at the beginning to say
23  that "in a population of asbestos, one would
24  normally find," so that way we can begin --
25  BY MR. PLACITELLA:

Page 119

1    Q   Okay.  Okay.  So I'll put here -- you
2  didn't know I was going to make you work this
3  hard, right?
4        Okay.  So let's go back now for each
5  term, and we can do this up till lunch, and then
6  we'll -- I'm sure you'll by that time be hungry.
7        Okay.  So let's just talk about your
8  first term, your first requirement, fiber bundles.
9        MR. FROST:  I was going to say, Chris,
10  why don't we take a short break now, we've been
11  going for a little over an hour --
12        MR. PLACITELLA:  Mm-hmm.
13        MR. FROST:  -- and then we can jump into
14  this, and then we'll do lunch after that.
15        MR. PLACITELLA:  That's fine.
16        THE VIDEOGRAPHER:  The time is 11:42
17  a.m.  We're going off the record.
18        (Recess.)
19        THE VIDEOGRAPHER:  The time is 11:57
20  a.m., and we're back on the record.
21  BY MR. PLACITELLA:
22    Q   Okay.  I wanted to define one term that
23  we did not specifically define, and that is your
24  definition of "asbestiform."  And then we'll
25  get in -- go back.

Page 120

1        Okay.  Can you give me that, please?
2    A   It -- asbestiform applies to fibrils of
3  very narrow width that occur in parallel bundles.
4    Q   Okay.
5    A   Bundles of parallel fibers, I should put
6  it that way.
7    Q   Fibers of very narrow width --
8    A   -- in bundles that share an axis of
9  elongation that are --
10    Q   Chair?
11    A   Share.
12    Q   Oh, share.
13    A   Share.
14    Q   Okay.
15    A   An axis of -- axis of elongation.
16    Q   Okay.
17    A   But are randomly oriented in the other
18  crystallographic directions.
19    Q   Randomly oriented --
20    A   -- in the other crystallographic
21  directions.
22    Q   Tell me how you spell crystallographic,
23  and what --
24    A   C-R-Y- --
25    Q   Yeah.

Page 121

1    A   -- S-T-A-L-L-O-G-R-A-P-H-I-C.
2    Q   Okay.  Crystallographic --
3    A   -- directions.
4    Q   -- directions.  Okay.
5        That sounds like an after-lunch -- okay.
6        So let's talk about how you define, and
7  what we went through before, "population," so we
8  have that down.
9    A   A number of the same particles of the
10  same type in some way, defined in common -- by a
11  common definition of some sort.
12    Q   A number of particles -- go ahead.
13    A   Defined in some way.
14    Q   In some way.
15    A   Right.  A population of dogs is all
16  composed of dogs.
17    Q   Okay.  So how many particles do you need
18  for a population?  Is two enough?
19        MR. FROST:  Objection to form.
20        THE WITNESS:  I -- I don't really have
21  an answer for that.  I've never tried to restrict
22  it in that way.  And I've never seen something
23  with just two particles in it that --
24  BY MR. PLACITELLA:
25    Q   Well, is three enough to become a

Ann G. Wylie, Ph.D.

Page 122

1 population?  Four?
2     A   It depends.
3         MR. FROST:  Objection to form.
4 BY MR. PLACITELLA:
5     Q   So as you sit here today, you can't tell
6 me the number of particles that would satisfy your
7 definition of "population"?
8     A   No, because it depends upon what the
9 defining characteristic is.
10     Q   Okay.  Well, if I have two dogs, is that
11 a population of dogs?
12     A   Hmm.
13     Q   Or do I need three dogs?
14         MR. FROST:  Objection to form.
15         THE WITNESS:  I -- you want more than
16 that based on the variety of dogs there are out
17 there.
18 BY MR. PLACITELLA:
19     Q   Okay.  So if it's all one kind of dog,
20 that's not a population?
21     A   It would be a population of that kind of
22 dog.
23     Q   So if it was like -- I like Golden
24 Retrievers.  So if I have three Golden Retrievers,
25 that's a population of Golden Retrievers?

Page 123

1     A   I don't know -- would you say you had a
2 population of Golden Retrievers if --
3     Q   I've had four, yeah.
4     A   Did you refer to them as a population?
5     Q   I don't know.  I'm using your term.
6     A   Well, I've never applied it to dogs.
7     Q   Well, you just did.
8     A   I did, but I -- I was just being
9 facetious.
10     Q   Okay.  So --
11     A   I don't have a definition.  The United
12 States Geological Survey recommends that you --
13 you should look at several hundred particles to
14 define a "population."  So they have a definition.
15 But I don't think I've ever --
16     Q   Okay.
17     A   -- tried to narrow it down in that way.
18     Q   Okay.  Now, you said "fiber bundles."
19 What do you mean by "fiber," and what do you mean
20 by "bundles"?
21     A   Bundles are groups of fibers that share
22 a common axis of elongation and -- but are easily
23 separable from one another.
24     Q   Groups of fibers that share common axis
25 of -- you got to do me a favor.  People might read

Page 124

1 this, so if you see I'm really screwing up on
2 spelling, just tell me because I don't want to be,
3 you know, accused like a Dan Quail at some point.
4         Okay.  So common axis of --
5     A   -- elongation.
6     Q   Okay.  What else?
7     A   I suppose you would have to say in a --
8 in a particle or in an entity or something -- in a
9 particle.
10     Q   In a particle.
11     A   I have to say I'm not exactly used to
12 writing things like this on the fly.  I usually
13 spend a lot of time to make sure my definitions
14 are quite rigorous.
15     Q   Well, I'm actually going --
16     A   It's not so easy under these
17 circumstances.
18     Q   Well, I hear you, but I'm trying -- I'm
19 actually going slow, one, so I can understand what
20 you're saying.
21     A   Mm-hmm.
22     Q   And, two, so you take your time because
23 it's going on a record.
24     A   Yes.
25     Q   So by me being a little slow on the

Page 125

1 uptake gives you the opportunity to make sure you
2 have the record the way you want it.  Okay?
3         So -- so you say -- and then you say
4 "fiber," how do you define "fiber"?
5     A   A particle that attains its shape
6 through growth, formed in nature in that way.
7     Q   Fiber.  Okay.  Tell me -- say it again.
8     A   May I say there are more than one
9 definition of "fiber."
10     Q   Well, I want just your definition.
11     A   Well, I -- I'm telling you there's more
12 than one definition of "fiber."  So there are
13 definitions of "fiber" that apply to counting
14 criteria that the government identifies as fiber.
15 So that's the set of definitions.  So you're not
16 asking me for that.
17     Q   No.  I want your definition.
18     A   So for me, a fiber is a particle that
19 attains -- it's long, thin, and attained its shape
20 in nature.
21     Q   Long, thin, and attained its shape in
22 nature.
23     A   And we refer to that as growing, but I
24 don't want to confuse that with a plant where a
25 geologist could say it grew that way.

Ann G. Wylie, Ph.D.

Page 126

1    Q   Okay. So you say a particle that is
2 long and thin. What do you mean by long?
3    A   With respect to its width. Long with
4 respect to its width.
5    Q   So you don't have a --
6    A   No.
7    Q   -- length in mind?
8    A   No.
9    Q   Okay. So long with respect to its
10 width. Is there a ratio or something that you
11 need?
12   A   No.
13   Q   So, long equals long width with respect
14 to its width.
15       And what do you mean by thin?
16   A   Thin with respect to its length.
17   Q   Any particular width that you're --
18   A   No.
19   Q   Okay. So thin with respect to its
20 length.
21       Okay. And can I put for both of these
22 no particular measurement?
23   A   Yes.
24   Q   No particular length or width, no
25 particular measurement?

Page 127

1    A   Well, no, there -- there are sort of
2 natural restrictions. You don't tend to find
3 fibers in nature that are, you know, 5 centimeters
4 across.
5    Q   Right.
6    A   But -- no.
7    Q   Okay. So then you say, "Composed of
8 fibrils of narrow width." Okay. What do you mean
9 by "fibril"?
10   A   That's the smallest particle in an
11 asbestos bundle. It's a single crystal or it may
12 be twinned.
13   Q   Well, can you actually get down to a
14 final fibril in an asbestos -- when you're talking
15 about asbestos?
16   A   By polarized light microscopy?
17   Q   Yeah.
18   A   You can't usually see the individual
19 fibrils, although if they're, you know, a little
20 bit on the wider side. But normally you don't see
21 the individual fibrils. You see groups of
22 fibrils.
23   Q   Okay. And -- and you -- you say of
24 narrow -- fibrils of narrow width. What do you
25 mean by that, narrow width?

Page 128

1    A   Could we -- could we go back? We're
2 talking about the -- again, we're now back not to
3 the definition of "fiber," but to the definition
4 of "asbestos" under the microscope. Let's be
5 clear what we're speaking about.
6    Q   Right. I'm going under -- for what you
7 require, what you look for under the microscope.
8    A   All right.
9    Q   And you said, "Composed of fibrils of
10 narrow width."
11   A   Yes.
12   Q   Okay. So I just want to make sure I got
13 it down.
14   A   Yes.
15   Q   Go ahead. Is it less than 5 microns?
16 Is that what you mean?
17   A   That would be -- less than 5 microns?
18 No.
19   Q   0.5 microns. I'm sorry.
20   A   Well -- yes.
21   Q   Okay. So narrow width equals less than
22 0.5 microns?
23   A   For optical microscopy.
24   Q   You mean under a PLM?
25   A   Yes.

Page 129

1    Q   Okay. You say -- are we talking about
2 one of the regulated minerals?
3        I'll go back and write them down over
4 lunch, okay, so we don't have to do that now.
5        You say, "Abundance of high aspect ratio
6 particles." What do you mean by "abundance"?
7    A   What do I mean by "abundance"? Well --
8    Q   More than one dog?
9    A   More than one dog.
10   Q   So "abundance" means more than one?
11   A   More than one.
12   Q   Okay. Of high aspect ratio -- well,
13 let's start with particles. What do you mean by
14 particles?
15   A   A piece of a mineral or a piece of
16 composite minerals. I mean, it's -- a particle is
17 just a particle. We can look these up in the
18 dictionary. They're not geologic terms.
19 "Particle" is not a geologic term.
20   Q   Well, I'm just trying to understand --
21   A   That's fine.
22   Q   Okay. And then high aspect ratio, what
23 do you mean by that? Let me write that down.
24   A   Well, I -- I have published 20-to-1.
25 That would be high aspect ratio.

Ann G. Wylie, Ph.D.

Page 130

1    Q   Okay.  I've also seen publications of
2  yours listing 100-to-1.  Where does that come
3  from?
4    A   Well, you can find asbestos particles
5  that are 100-to-1.
6    Q   But it's not a requirement of yours if
7  yours is 20-to-1?
8    A   Those would be abundant.  If -- those
9  would be abundant in the population.
10   Q   Okay.
11   A   Mm-hmm.
12   Q   So you'd want more than one 20-to-1
13 particle.
14       MR. FROST:  Objection to form.
15       THE WITNESS:  I'm a little unclear.  But
16 if we define a "population" as being a number of
17 particles of similar mineral type, and you need to
18 have an abundance within that population of high
19 aspect ratio particles.  I have actually published
20 mean aspect ratios of 20-to-1 or greater -- yeah,
21 mean.
22 BY MR. PLACITELLA:
23   Q   Okay.  So in a population, what
24 percentage of the particles would you need to be
25 greater than 20-to-1 in order to satisfy your

Page 131

1  definition?
2    A   I would never apply that kind of
3  criteria.  You could have bundles that are 3-to-1.
4    Q   I'm sorry.  I'm not sure I understand.
5       You said you could have bundles that are
6  3-to-1?
7    A   Yes.
8    Q   But that wouldn't satisfy your --
9    A   Yes, it's a bundle.  It's a bundle.
10   Q   Okay.  So that's what I'm trying to
11 understand.  In your population --
12   A   Yes.
13   Q   -- what percentage of the particles --
14 right?
15   A   Yes.
16   Q   -- need to be greater than 20-to-1?
17   A   The mean -- what I -- I have published
18 statements that say that the mean aspect ratio is
19 20-to-1 or higher.
20   Q   Mm-hmm.
21   A   And those are of known asbestos
22 materials.
23   Q   Okay.
24   A   So those characteristics are for the
25 asbestos that I've looked at.

Page 132

1    Q   Okay.  But you said an abundance, which
2  is more than one, of minerals --
3    A   Much more than one.
4    Q   Okay.
5    A   I mean you were trying to tell me that I
6  only needed two.  I think I --
7    Q   No, I --
8    A   -- I need much more than that.
9    Q   Well, I'm just going by what you said.
10 That's why I wrote it down slowly.
11   A   Yes.  Okay.
12   Q   So is three dogs enough?
13   A   Well, greater than one is -- could be a
14 thousand, couldn't it?
15   Q   But it could be two dogs.
16   A   But I would never call on two dogs.
17   Q   Well, how many dogs do we need before
18 you -- it satisfies your definition?
19   A   Well, you have to be --
20       MR. FROST:  Objection to form.
21       THE WITNESS:  You have to be quite
22 careful to make sure that you have sufficient
23 information, and that really depends on -- it
24 really depends.  I can't really quite answer that.
25 BY MR. PLACITELLA:

Page 133

1    Q   Okay.  When you have published that you
2  need aspect ratios of 100-to-1, what did you mean
3  by that?
4    A   I've never said that was a requirement.
5    Q   Never?
6    A   No.
7    Q   Okay.  Now, you say this was not
8  required, right, fibers showing curvature?
9    A   That's not required.
10   Q   Okay.  So I'm going to put first under
11 here, "Not required."
12       Okay.  And what do you mean by "showing
13 curvature"?
14   A   That the particles are not straight.
15   Q   Okay.  This -- this requirement doesn't
16 apply to tremolite, does it?
17   A   It applies --
18       MR. FROST:  Objection to form.
19       THE WITNESS:  It applies to all
20 asbestos.  What are we -- I'm sorry.  What do you
21 mean --
22 BY MR. PLACITELLA:
23   Q   Well, you don't usually get fibers with
24 curvature if you're looking at tremolite, correct?
25   A   It depends on whether it's asbestiform

Ann G. Wylie, Ph.D.

Page 134

1 tremolite or not.
2     Q   So if you see asbestiform tremolite,
3 you -- you usually see curvature?
4     A   You can see it.
5         MR. FROST:  Objection to form.
6 BY MR. PLACITELLA:
7     Q   But not always.
8     A   It's true of all asbestos, not always.
9     Q   Okay.  Then matted masses of fibers.
10 What do you mean by "matted masses"?  Not
11 required, right?
12    A   No.
13    Q   Okay.  So let me write here, "Not
14 required."  Okay.  Okay.  Matted masses.
15        You promise you won't make fun of me
16 when you leave here today, right?
17    A   Promise.
18    Q   Okay.  "Matted masses," what is that?
19    A   These are populations --
20 characteristics, I'm sorry, that I've observed in
21 some asbestos samples where the -- when you see it
22 looking at it under the optical microscope, they
23 appear to be intertwined as though they were --
24 "interwoven" might be the right term.
25    Q   Okay.  And when you say "masses," what

Page 135

1 do you mean by that?
2     A   A particle.
3     Q   Okay.
4     A   That contains these numerous fibers that
5 are intergrown and intertwined.
6     Q   By the way, just so -- because I know
7 this will go in a record, when I'm all done, I'll
8 let you check my work, okay?  So we...
9         Now, you say "anomalous optical
10 properties."
11    A   Yes.
12    Q   What do you mean by that?
13    A   Well, there are a number.  The
14 interference --
15    Q   This is required?
16    A   I have -- I don't think I can think of
17 an instance where I have looked at asbestos and
18 not seen anomalous optical properties.
19    Q   So your -- do you require it or don't
20 require it?
21    A   I expect it.
22    Q   You expect it but not required.
23    A   I expect it.
24    Q   It's kind of like dealing with your
25 kids.

Page 136

1     A   As I said before, I have never seen --
2     Q   Okay.  So --
3     A   -- populations of asbestos in which the
4 optical properties --
5     Q   So I should say expected but not
6 required?
7     A   I have never seen a population where the
8 properties of asbestos -- where the properties are
9 not anomalous.
10    Q   Okay.  What --
11    A   Should we go through what optical
12 properties are?
13    Q   Yeah, I'm going to do that.
14    A   All right.
15    Q   I'm just -- first, I want to understand
16 whether it's, in your definition, required.
17 That's all.  If it's expected but not required,
18 I'll write that.  But I just want to make sure I
19 have it down.
20    A   And I'd say again, I've never seen
21 samples that don't have it.
22    Q   So do you require it?
23    A   Well, you know, I guess, so maybe I
24 would.  Although I have to say that if I see fiber
25 bundles and so forth, I may not check the -- this

Page 137

1 optical properties because I know they'll be
2 anomalous.
3     Q   Okay.  So what do I write?
4     A   I don't know.
5     Q   Okay.  You don't want me to put a
6 question mark.
7     A   I -- I tried to explain to you as best I
8 can.
9     Q   All right, I'll put a question mark.
10 Expected but not always checked for?
11    A   But not -- well, this is complicated.
12        I'm trying to think back.  It's been a
13 long time since I've analyzed any asbestos.  The
14 optical properties are anomalous in asbestos.  So
15 under PLM, I would look for them.
16    Q   So --
17    A   If they're not there, I think I would
18 not necessarily assume it was asbestos.  So let's
19 put it required.
20    Q   Required.
21    A   Required.
22    Q   I'll tell you what, you have until the
23 end of lunch to change your mind.  How's that?
24    A   All right.
25    Q   Okay.  Tell me what an anomalous optical

Ann G. Wylie, Ph.D.

Page 138

1   property is.
2       A   All right.  For every mineral, there's a
3   set of properties that can be evaluated by
4   polarized light microscopy.  Would you like me to
5   give you a list?
6       Q   Well, just give me an example -- oh,
7   you're going to give me a list for every mineral?
8       A   No.  No.  There's a set of
9   measurements --
10      Q   Okay.
11      A   -- that are called optical properties.
12      Q   Give it to me.
13      A   All right.  The angle of extinction.
14  The sign of elongation.
15      Q   Hold on.
16      A   All right, I'll go slower.
17      Q   You are just playing with me now.  Okay.
18          Okay.  What is it?
19      A   Sign of elongation.
20      Q   Mm-hmm.
21      A   Size of 2V.
22      Q   Size of 2V?
23      A   2V.  Two, capital V.
24      Q   Okay.  Okay.
25      A   The optic sign.

Page 139

1       Q   Okay.
2       A   Birefringence.  Position of the optic
3   plane.
4       Q   Don't get impatient.  I'm writing as
5   fast I can.  I feel like you're getting a little
6   impatient.
7           MR. FROST:  Objection to form.
8           MR. PLACITELLA:  You won't be the first
9   person that got impatient.
10  BY MR. PLACITELLA:
11      Q   Okay.
12      A   Indices -- principal indices of
13  refraction.
14          Pleochroism.
15      Q   Oh, come on.
16      A   P-L --
17      Q   P-L --
18      A   -- E-O --
19      Q   -- E-O --
20      A   -- C-H --
21      Q   -- C-H --
22      A   -- R --
23      Q   Uh-huh.
24      A   -- O-I-S-M.
25          Dispersion of the optic axis.

Page 140

1       Q   Mm-hmm.
2       A   Could you put it so I could see?
3       Q   Oh, sorry.
4       A   Let me just make sure I haven't
5   forgotten anything.
6       Q   Sorry.
7       A   I think -- I think that's --
8       Q   You know what, I'll let you look at it
9   at lunchtime.
10      A   I think that's it.
11      Q   Okay.  All right.  Now --
12      A   Oh, one more.
13          Oh, I have that, sign of extinction.
14  Sorry.
15      Q   Okay.  So I want to talk about the
16  aspect ratio.
17      A   Okay.
18      Q   Okay.  Does your position as it relates
19  to the aspect ratio conflict with OSHA's position?
20          MR. FROST:  Objection to form.
21          THE WITNESS:  OSHA has criteria for
22  counting asbestos fiber that do not conform to
23  20-to-1.  But I am not saying that you must have
24  20-to-1, only that they are abundant.
25  BY MR. PLACITELLA:

Page 141

1       Q   So -- but under OSHA's definition, you
2   could have abundant at 3-to-1, and that would
3   satisfy their definition, correct --
4           MR. FROST:  Object.
5   BY MR. PLACITELLA:
6       Q   -- but not yours?
7           MR. FROST:  Objection to form.
8           THE WITNESS:  That satisfies their
9   counting criterion, yes, in occupational
10  monitoring.
11  BY MR. PLACITELLA:
12      Q   But it wouldn't satisfy your criteria
13  for determining that you were looking at an
14  asbestiform fiber?
15          MR. FROST:  Objection to form.  We're
16  talking about two very different things here.
17          THE WITNESS:  OSHA's definition applies
18  to occupational monitoring, and in that context,
19  they determined that they were going to count for
20  exposure assessments in environments where
21  asbestos is known to occur, particles that are
22  3-to-1.  That's what they -- longer than 5.
23  BY MR. PLACITELLA:
24      Q   Mm-hmm.
25      A   That -- that is the way they approach

Page 142

1  the analysis of the abundance of asbestos. I have
2  never considered it to be a definition for
3  "asbestos."
4      Q    Okay. But when you're counting, you
5  require seeing an abundance of particles greater
6  than 20-to-1 aspect ratio, correct?
7      A    I don't count.
8          MR. FROST: Objection to form.
9  BY MR. PLACITELLA:
10     Q    Okay. You don't count.
11     A    I don't count.
12     Q    Okay. What do you do?
13     A    I look in a -- the discussion we
14  began --
15     Q    Yes, ma'am.
16     A    -- was if I have a sample and I want --
17  of material, minerals --
18     Q    Mm-hmm.
19     A    -- and I want to know if the sample is
20  asbestos or isn't it --
21     Q    Mm-hmm.
22     A    -- then I look for these characteristics
23  as a group to determine whether or not it's
24  asbestos or asbestos is present.
25     Q    Okay. So I looked at the -- and I want

Page 143

1  to go over it with you -- I looked at NIOSH's own
2  report, and it looked to me that if you used a
3  20-to-1 aspect ratio, you would miss most
4  tremolite asbestos.
5          MR. FROST: Objection to form.
6  BY MR. PLACITELLA:
7      Q    Is that fair?
8      A    I really don't know what you're
9  referring to. I'm sorry.
10     Q    Okay. I'll go back to 30 after lunch.
11         You did a paper -- I'm missing a whole
12  folder.
13         MR. PLACITELLA: Can you go to the --
14         THE VIDEOGRAPHER: iPad?
15         MR. PLACITELLA: -- iPad, please.
16         THE VIDEOGRAPHER: Yes, sir.
17  BY MR. PLACITELLA:
18     Q    So I have a paper here by you entitled
19  "Membrane Filter Method for Estimating Asbestos
20  Fiber Exposure." Do you see that?
21     A    Yes.
22     Q    Okay. Do you recall that paper?
23     A    Yes.
24     Q    Okay. I'll blow up the pieces I want to
25  ask you about. And --

Page 144

1          MR. FROST: I was going to say, if you
2  want, Dr. Wylie, we can pull -- we can try to find
3  a copy of it somewhere if you want to look at the
4  whole document.
5          THE WITNESS: Perhaps we could see what
6  questions he has, and if I need to look at the
7  document, I can do that then.
8  BY MR. PLACITELLA:
9      Q    You have a table in your article
10  entitled "The length, width and aspect ratio for
11  some selected asbestos samples."
12     A    Yes.
13     Q    Do you see that?
14     A    Yes, mm-hmm.
15     Q    And one of the minerals that you analyze
16  was amosite, correct?
17     A    These are not my data.
18     Q    It's in your article.
19     A    Yes, but they're all referenced.
20  They're from other sources. I've never done lung
21  tissue analysis. These are not my data. They're
22  literature data.
23     Q    Okay. Well, let's just go through it.
24     A    Sure.
25     Q    These are data you relied upon in

Page 145

1  publishing your paper, though.
2      A    These are data I published.
3      Q    Okay. And --
4      A    I referenced.
5      Q    Right. And you have data here on
6  amosite, correct?
7      A    Yes.
8      Q    That by any definition is "asbestos,"
9  right?
10     A    Yes.
11     Q    Okay. So then you -- in this data you
12  have not just lung tissue but an analysis of bulk
13  samples and samples, you know, that came out of
14  the mine, correct?
15     A    The --
16     Q    It says "bagging" --
17     A    Yes, these are data. They're from
18  Pooley and Clark or Gibson, Wang. I'm not sure --
19  I can't remember where they came from, but, yes,
20  they -- they did lung tissue, air -- air analysis.
21     Q    Okay.
22     A    Yes, yes, mm-hmm.
23     Q    Okay. So if I go to the aspect ratio
24  for this data -- so, for example, I go to the
25  aspect ratio for bagging.

Ann G. Wylie, Ph.D.

Page 146

1    A    Yes.
2    Q    Do you see that?
3    A    Yes, mm-hmm.
4    Q    Okay.  That's this (indicating).  It
5   says that 32 percent is greater than 17-to-1.
6    A    Yes, it says, yes.
7    Q    Okay.  So that meant that -- what
8   percent was less than 17-to-1?
9    A    A math test.
10        MR. FROST:  Objection to form.
11        THE WITNESS:  Less than or equal, I
12   would guess --
13   BY MR. PLACITELLA:
14    Q    Less than or equal.
15    A    -- 68.
16    Q    So 68 percent of the amosite asbestos
17   under your definition would not be counted?
18        MR. FROST:  Objection to form.
19   Misstates the document and what she's been
20   testifying to today.
21        MR. PLACITELLA:  Please, only form.
22   Please.  Don't do that.
23        MR. FROST:  And that's why I said I
24   would really like her to have a copy of the
25   article in front of her because you keep blowing

Page 147

1   up portions of it so we can't see what the
2   actual chart says, and then you're asking her
3   questions.
4        MR. PLACITELLA:  No, I want to -- here,
5   here's the whole chart.  Hold on.  I'll blow up
6   the whole chart.
7        THE WITNESS:  I -- I understand the
8   question.  I feel all right in answering it.
9   BY MR. PLACITELLA:
10    Q    Okay.  So my question is, that 68
11   percent of the asbestos in this chart for this
12   sample is less than 20-to-1, correct?
13    A    Yes, could you remove the -- what you
14   just put up and let me look at the full dataset?
15    Q    Sure.
16    A    You see, it says mean length, 2.53.  It
17   also says it was done by TEM, and it also says
18   it's an air sample.  We've been talking about
19   polarized light microscopy and bulk sample
20   analysis and particles that are longer than 5
21   micrometers.  So this is not relevant to our
22   conversation.
23    Q    Well, in your article you're counting as
24   asbestos 68 percent of a sample less than a
25   20-to-1 aspect ratio, correct?

Page 148

1    A    I don't apply those definitions to air
2   samples.  We're talking about bulk sample analysis
3   by polarized light microscopy.
4    Q    Okay.
5    A    This is entirely a different kettle of
6   fish.  It's a different method of analysis and
7   there are different criteria.
8        We were talking about polarized light
9   microscopy.  All of these are air data, lung data.
10    Q    Well, actually not, it doesn't say air
11   data.  You see where it says, "Mine TEM"?
12    A    Yes, but I know that it's air data.
13    Q    How do you know?
14    A    Because I know where it came from.
15    Q    Okay.  So if it's air data, then your
16   criteria don't apply?
17    A    The criteria that we were discussing
18   apply to polarized light microscopy examination of
19   bulk materials.  You've switched topic and taking
20   me to TEM analysis of air samples, and they are
21   not comparable.  And there's no limit on the
22   width, so that is also not comparable.
23    Q    Okay.  So everything you said in this
24   entire pad that we just went through only applies
25   if you're taking a bulk sample using PLM?

Page 149

1    A    That's correct.  That's what we were
2   discussing.
3    Q    Okay.  So your -- your opinion is not,
4   for example, that if you use TEM, and you look at
5   a sample, that you need a 20-to-1 aspect ratio in
6   order to call something asbestos?
7        MR. FROST:  Objection to form.
8   BY MR. PLACITELLA:
9    Q    Correct?
10    A    Correct.
11    Q    Okay.  I want to talk to you now about
12   fiber width.  Because maybe we're just -- maybe I
13   was a little confused, and you're straightening me
14   out.  Okay?
15    A    Good.
16    Q    Okay.  Am I correct that under your
17   definition, under PLM, that any fiber bundle
18   greater than 5 microns, you do not count?
19        MR. FROST:  Objection to form.
20        THE WITNESS:  I don't count.  Any fiber
21   bundle I would assume would be evidence for the
22   presence of asbestos, provided the fibrils were
23   small.
24   BY MR. PLACITELLA:
25    Q    Okay.  So -- why don't we -- wait, let

Ann G. Wylie, Ph.D.

Page 150

1  me get your -- I'm glad we wrote all this down.
2       So you said here -- maybe I should
3  have -- "composed of fibrils of narrow width less
4  than 0.5." Correct?
5       A   By PLM, yes.
6       Q   By PLM. And if you look at it and it's
7  greater than 0.5, then it doesn't satisfy your
8  definition?
9            MR. FROST: Objection to form.
10 BY MR. PLACITELLA:
11      Q   Even if -- even if it's in a bundle?
12           MR. FROST: Objection to form.
13 BY MR. PLACITELLA:
14      Q   Well, this is what I'm trying to
15 understand. Okay?
16      A   Well, try again.
17      Q   And you have to bear with me.
18      A   Yeah, that's fine.
19      Q   Okay?
20       You're saying that it has to be composed
21 of fibrils of narrow width?
22      A   That's correct.
23      Q   When you look at something under PLM,
24 you can't always tell if it -- if it's fibrils
25 composed of fibrils under 0.5 if there are

Page 151

1  multiple fibrils making a bundle, correct?
2       A   If they are less than 0.5, the -- the
3  result is an anomalous optical property.
4       Q   Mm-hmm. But if it's above 0.5, then
5  you -- then you don't consider that asbestos?
6            MR. FROST: Objection to form.
7  BY MR. PLACITELLA:
8       Q   If you see it under a microscope.
9       A   Again, I don't look at a particle-by-
10 particle basis. It's not an appropriate approach.
11      Q   Okay. So maybe we have to -- it says
12 here, "Composed of fibrils of narrow width." So
13 how many fibrils do we need?
14      A   Well, when you have -- I'm talking about
15 bundles. So you --
16      Q   You said here "composed of fibrils."
17      A   --brils, yes. Bundles are composed of
18 fibrils --
19      Q   Correct.
20      A   -- in asbestos --
21      Q   Correct.
22      A   -- of narrow width. Yes.
23      Q   Correct. So composed of fibrils --
24      A   -- -brils.
25      Q   -- of narrow width?

Page 152

1       A   Yes.
2       Q   Okay. How do you make that
3  determination?
4       A   The properties become anomalous.
5       Q   Okay. So if you look at it and you see
6  something above 0.5, what does that tell you?
7       A   It tells me there's a particle above 0.5
8  in -- on the slide.
9       Q   But you can't tell whether that's
10 asbestos?
11           MR. FROST: Objection to form.
12           THE WITNESS: Again, I don't identify
13 particle by particle. If you get a sample and
14 it's labeled "asbestos," and you look at it under
15 the microscope, sometimes you might find a
16 particle. Some of the samples may have
17 contaminants of rock fragment from the area in
18 which it was mined. Some of them are composite.
19       I can't really say what's not; I'm
20 looking for what is. So it's the presence that's
21 being verified, not the absence.
22 BY MR. PLACITELLA:
23      Q   Well, how many fibrils do we need to
24 look at, do we need to see --
25           MR. FROST: Objection to form.

Page 153

1  BY MR. PLACITELLA:
2       Q   -- in order to conclude that it's
3  asbestos.
4       A   I need to see a fiber bundle of material
5  that's smaller than 0.5 micrometers.
6       Q   So you -- oh, so now -- now at least I
7  think I understand.
8       So when you say "composed of fibrils of
9  narrow width" --
10      A   Normally less than 0.5 I think is one of
11 the values. The word "normally." So...
12      Q   That really should be composed of fiber
13 bundles less than 0.5.
14      A   No, I think that --
15           MR. FROST: Objection to form.
16           THE WITNESS: -- fiber bundle is what's
17 composed. That's where I think we're think-- we
18 were talking. We were talking about fiber
19 bundles, and you asked me what they were, and I
20 said they were composed of fibrils of narrow
21 width. That's what fiber bundles are.
22 BY MR. PLACITELLA:
23      Q   Okay.
24      A   I believe that's the reason why it's
25 written in this way.

Ann G. Wylie, Ph.D.

Page 154

1    Q   Okay.  So maybe I have to rewrite it.
2    A   I don't know.  I --
3    Q   So you're looking under a PLM
4  microscope.
5    A   Yes.
6    Q   And you see a mineral.
7    A   Yes.
8    Q   Okay.  And how do you determine whether
9  that's a fibril or a bundle?  How -- how do you
10  know?
11    A   For most of what you see by polarized
12  light microscopy, they're bundles.
13    Q   So are you able then to go to --
14    A   For asbestos.
15    Q   Okay.  Are you then able to go to the
16  individual fibrils and actually measure them?
17    A   No.
18    Q   So when you say "composed of fibrils
19  less than 0.5," you really can't measure that.
20    A   You can measure 0.5, and you can see
21  that they are less, but you can't measure how much
22  less or what they are.
23    Q   All right.  So if you see -- but you
24  can't always see the fibrils if they're in a
25  bundle.  Correct?

Page 155

1    A   You can -- you know they're there
2  because of the anomalous properties.
3    Q   Okay.
4    A   Or the presence of the splayed ends.  So
5  there -- there are a number of ways you can get at
6  it.
7    Q   Okay.  But how do you know when you're
8  looking at a bundle how many fibrils are in there?
9    A   You don't.
10    Q   You can't?
11    A   No.
12    Q   Okay.  So -- and when those bundles are
13  -- well, let me ask you this:  Can you inhale
14  fiber bundles that are greater than 0.5?
15    MR. FROST:  Objection to form.
16    THE WITNESS:  Are you asking me about
17  the physiology of the lung?
18  BY MR. PLACITELLA:
19    Q   Well, do you know?
20    A   I -- I think you can, yes.
21    Q   Okay.  And if you have a fiber bundle
22  that's greater than 0.5, does that have the
23  potential to split into thinner fiber bundles
24  inside the body?
25    A   Yes.

Page 156

1    Q   Okay.  And so something could go into
2  the body greater than 0.5, but when it's in the
3  body, break down to something less than that.
4    MR. FROST:  Objection --
5  BY MR. PLACITELLA:
6    Q   Fair?
7    MR. FROST:  Objection to form.
8    THE WITNESS:  If -- you used the word
9  "something."  I'm sorry, I -- I can't --
10  BY MR. PLACITELLA:
11    Q   An asbestos fiber bundle.
12    A   And we're discussing asbestos, are we
13  not?
14    Q   Yes, ma'am.
15    A   All right.  So in the case of asbestos,
16  I think that that does definitely happen.
17    Q   Okay.  Now, let's just talk about the --
18  so I understand the capabilities here of PLM, what
19  is the capability of PLM in terms of looking at
20  the width of a fibril?  What's -- what's its limit
21  of detection?
22    MR. LOCKE:  Objection.
23    THE WITNESS:  There is -- there are
24  two -- there are two measures:  One is resolution,
25  and the other is visibility.  And they're not the

Page 157

1  same.
2    So the experiments -- and the visibility
3  can't really be pre- -- predicted because it
4  depends on the contrast and the index of
5  refraction of the material with the substance that
6  it's mounted in, and the higher that difference,
7  the more visible small particles might become.
8    So the literature of which I'm aware is
9  that visibility of -- for example, I think that --
10  I think it was crocidolite and -- crocidolite in
11  particular, visibility is about 0.15.
12    The resolution limit depends on the --
13  the objective that you're using.  Resolution is
14  determined by the numerical aperture of the
15  objective.  And so that depends.
16    I use a numerical aperture of 0.85.  It
17  also depends upon the wavelength of light.  And so
18  I consider probably something around 0.25 as
19  resolution, ability to resolve, but it might be
20  0.3 or 0.4.
21    You know, resolution has a very
22  technical -- technical meaning.  I'd have to
23  calculate it.  I've sort of forgotten.
24  Wavelength, 0.61 --
25  BY MR. PLACITELLA:

Page 158

```
1    Q   You want to --
2    A   -- divided by a numerical aperture.
3        I can calculate it.
4    Q   Okay.
5    A   Oh, I'm writing on your document.
6    Q   That's okay.
7    A   Sorry.
8    Q   So let me just spend a few --
9        MR. PLACITELLA:  What time do we have?
10  We got another 15 minutes or do you want to stop
11  now?  You want to stop now?  It's quarter to 1:00.
12       MR. FROST:  We may as well stop now and
13  have lunch.
14       MR. PLACITELLA:  Okay.  Okay.
15       THE VIDEOGRAPHER:  The time is 12:43
16  p.m.  We're going off the record.
17       (Lunch recess.)
18       (Wylie Exhibit No. AW-50 was
19       marked for identification.)
20       THE VIDEOGRAPHER:  The time, it is
21  1:43 p.m., and we are back on the record.
22  BY MR. PLACITELLA:
23   Q   Okay.  A few follow-up questions.
24       We talked this morning about the 20-to-1
25  aspect ratio that you required.  Do you recall
```

Page 159

```
1   that?
2    A   Mean aspect ratio, yes.
3    Q   Mean aspect, okay.  Is -- is that based
4   upon any geologic criteria?
5    A   When it was first developed, we based it
6   on just simply observations of many samples.
7    Q   Is it --
8    A   It's an empirical guide.
9    Q   Is the 20-to-1 aspect ratio published in
10  any peer-reviewed journal other than a journal --
11  an article that you authored?
12       A   It's part of the EPA working definition.
13  It's published by the EPA.
14   Q   But they just took it from you, right?
15   A   I don't know that.
16       MR. FROST:  Objection to form.
17  BY MR. PLACITELLA:
18   Q   So is there any peer-reviewed geological
19  reference that you have, other than the EPA, that
20  supports that 20-to-1 is a -- based on a geologic
21  criteria?
22       MR. FROST:  Objection to form.
23       THE WITNESS:  I took -- to say "yes" or
24  "no," the information out of the Bureau of Mines
25  may well have included it.  I'd have to review the
```

Page 160

```
1   literature for that topic.
2   BY MR. PLACITELLA:
3    Q   But as you sit here today, you can't
4   point to any peer-reviewed literature that adopts
5   the 21 -- 20-to-1 aspect ratio as a geologic
6   criteria, correct?
7        MR. FROST:  Objection to form.
8        THE WITNESS:  As I said, I'd have to
9   review the literature from the Bureau of Mines
10  before I could say -- answer that question.
11  BY MR. PLACITELLA:
12   Q   Right, that's what I'm saying.
13       But as you sit here today, you can't
14  point to any peer-reviewed article, as you sit
15  here today, that adopts your 20-to-1 criteria as a
16  geologic definition, correct?
17       MR. FROST:  Object -- objection.
18       THE WITNESS:  You know, the -- I think
19  the answer must be is it's -- I don't have
20  citations in my head for that.
21  BY MR. PLACITELLA:
22   Q   Well, do you have any authors --
23   A   I believe that --
24   Q   -- other than people who publish with
25  you?
```

Page 161

```
1    A   Oh.
2        MR. FROST:  Objection.
3        THE WITNESS:  Again, I'd have to review
4   the literature from the Bureau of Mines.
5   BY MR. PLACITELLA:
6    Q   Okay.  But as you sit here today,
7   perhaps with the exception of something in the
8   Bureau of Mines literature, you can't point to any
9   peer-reviewed article or reference that adopts
10  your 20-to-1 criteria as a geologic criteria.
11  Correct?
12       MR. FROST:  Objection.
13       THE WITNESS:  As long as we exclude the
14  Bureau of Mines, I can't think of anything.
15  BY MR. PLACITELLA:
16   Q   Okay.
17   A   But I, you know, can't say it doesn't
18  exist.
19   Q   And you don't know for sure about the
20  Bureau of Mines.
21   A   I can't -- I think it's there, but --
22  that's kind of my memory, but I really would have
23  to look through the literature.
24   Q   Okay.  When you did your searches --
25  your research for today, you limited your searches
```

Page 162

1 to what you term "geologic literature." You did
2 not look at medical lecture -- medical literature,
3 correct?
4    A   No. No.
5    Q   Okay. Now --
6    A   There is an article cited included in my
7 list, which I did not actually end up using,
8 that's medical. So I have to say that.
9    Q   Okay. Now, in this AW-30, which is your
10 pad or our pad --
11    A   Your pad.
12    Q   -- will you look at it and make sure I
13 got the text right?
14    A   I will look at it.
15    Q   Okay. And AW-30 -- or 50, I'm sorry,
16 the criteria in here is premised on using PLM as
17 the instrument, correct?
18    A   That's correct.
19    Q   Okay. And the opinions in your report
20 are premised on using PLM as an -- as a -- as the
21 method, correct?
22    A   Hmm. You -- are you asking me if I only
23 looked at the PLM component of the Longo reports?
24 Are you asking me that question?
25    Q   Well, how about that question.

Page 163

1    A   No, it's not restricted to that.
2    Q   Okay. So you looked at the TEM
3 component as well?
4    A   I did.
5    Q   Okay. Now -- sorry. Give me a second.
6       The PLM method, is that the same method
7 that was recommended by -- that was used by the
8 EPA?
9    A   I'm sorry. The PLM method, which one
10 are we speaking about?
11    Q   All right. Is there more than one PLM
12 method for testing for asbestos in materials?
13    A   By polarized light microscopy?
14    Q   Mm-hmm.
15    A   Okay. The PLM method that is actually
16 written as a method, the -- by polarized light,
17 the EPA is certainly the most recent -- the most
18 recent.
19    Q   Okay. And that's what most laboratories
20 rely upon?
21    A   I don't -- I can't answer that question.
22    Q   Okay. That's for -- that was written
23 for the analysis of bulk materials, correct?
24    A   That's correct.
25    Q   It was actually written for the analysis

Page 164

1 of bulk insulation materials, correct?
2    A   Probably.
3    Q   Right. It -- it was not written for and
4 is inappropriate for analyzing other mineral
5 products, correct?
6    A   No.
7       MR. FROST: Objection to form.
8 BY MR. PLACITELLA:
9    Q   No what?
10    A   I don't think it's inappropriate.
11    Q   Do you believe it's appropriate to use
12 PLM for analysis beyond bulk insulation materials?
13    A   Yes.
14       (Wylie Exhibit No. AW-17 was
15       marked for identification.)
16 BY MR. PLACITELLA:
17    Q   I just handed you AW-17. If we can go
18 to the -- okay.
19       This is a letter written by you to the
20 University of Maryland. Do you see that?
21       MR. FROST: Objection to form.
22 BY MR. PLACITELLA:
23    Q   On the University of Maryland letterhead
24 to the Massachusetts Department of Health written
25 by you, correct?

Page 165

1    A   Yes, um-hmm.
2    Q   Okay. And it was written in 1986?
3    A   Yes.
4    Q   Correct?
5    A   Yes.
6    Q   And can you go to the last paragraph.
7    A   At the end of the document?
8    Q   Yes, ma'am -- yes, Doctor.
9    A   Yes.
10    Q   You write in this paragraph: "I would
11 like to make one final point. The PLM method
12 recommended by EPA and published by them, which
13 most laboratories are relying upon -- relying on
14 for the analysis of play sand, was written for
15 analysis of bulk insulation materials found in
16 buildings. It is inappropriate for the analysis
17 of sand, crushed stone, or other mineral
18 products."
19       Do you see that?
20    A   Yes.
21    Q   It says: "The reasons are many.
22 Fundamental to this discussion, however, is the
23 fact that if amphiboles are found in insulation,
24 they are most likely to be asbestos. Asbestos
25 fibers have many unique properties which made them

Page 166

1  ideal for insulation.  Cleavage fragments lack
2  these properties.  However, when amphiboles are
3  found in crushed rock, they are not likely to be
4  asbestos, and criteria to discriminate between
5  asbestos and non-asbestos must be applied,
6  discriminators that are not usually necessarily --
7  necessary when dealing with insulation and which
8  are not included in the EPA's interim method."
9       Did I read that correctly?
10     A   That's correct.
11     Q   Okay.  Now, in preparing for today's
12  deposition, how much time did you spend?
13     A   Close to a hundred hours.
14     Q   And how did you spend that hundred
15  hours?
16     A   Researching and writing the report.  And
17  reviewing --
18     Q   I asked about preparing for the
19  deposition.
20     A   Oh, I'm sorry.  I'm sorry.  I
21  misunderstood.
22     Q   Sure.
23     A   Yesterday and the day before.
24     Q   Okay.  And did -- did you do that with
25  someone?

Page 167

1      A   With Mr. Frost and Mr. Ewald.
2      Q   Okay.  And --
3      A   I think one more person.
4      Q   And then before that, you spent about a
5  hundred hours on your report?
6      A   Approximately.
7          MR. FROST:  Objection to form.
8  BY MR. PLACITELLA:
9      Q   And what was your compensation per hour?
10     A   $350 per hour.
11     Q   Times a hundred hours?
12     A   That's correct.
13     Q   Is that what you billed them for?
14     A   I haven't billed them, but that -- I
15  will bill them at that rate.
16     Q   Okay.  And did you do any research as it
17  relates to the supply of talc from China?
18     A   No.
19     Q   Okay.
20     A   Let me -- let me qualify.  I have not
21  been able to find in the literature much on China,
22  so...
23     Q   Okay.  When -- you were part of the
24  IARC '93 Working Group.  Is that fair?
25     A   '93?

Page 168

1      Q   Yeah.
2      A   No.
3      Q   You weren't?  Were you part of the IARC
4  Working Group around 2010?
5      A   2006.
6      Q   2006.
7      A   Yes.
8      Q   And at any point in time when you were
9  working in the working group, were you required to
10  disclose your prior or current work for industry
11  at the time?
12     A   I can't recollect.
13     Q   Do you know whether you ever disclosed
14  to the IARC your work with industry?
15         MR. FROST:  Objection to form.
16         THE WITNESS:  I -- I don't recollect.  I
17  think they required -- I'm trying to go back.
18  They must have asked for something.  I can't
19  remember truthfully.  I believe -- yes, let me go
20  back.  I think it talked about within the last
21  three years or two years or something like that.
22  They did have some kind of statement about that,
23  which I would -- would have filled out.
24         (Wylie Exhibit AW-16 was marked
25          for identification.)

Page 169

1  BY MR. PLACITELLA:
2      Q   Okay.  Now -- give me a second.
3          There you go.  I put up on the -- or I'm
4  putting up on the screen a letter written to you
5  in 1987 by Johnson & Johnson.  That's you, Ann --
6  Ann W. Wylie, Professor, correct?
7      A   Yes.
8      Q   Okay.  And it is written by a
9  Mr. Ashton.  Do you see that?
10     A   Yes, I do.
11     Q   Okay.  And it actually copies the
12  medical director for Johnson & Johnson.  You don't
13  know that?
14     A   No.
15     Q   Okay.  And it -- I asked you before
16  whether you had done any work on -- with ASTM
17  for -- prior to three years ago, and you told me
18  no, and you told me you knew nothing about any
19  work with Ashton or Johnson & Johnson.
20         Do you recall that?
21     A   I do.
22     Q   Okay.  Now, here Ashton writes to you
23  and talks about the work you were doing on the
24  ASTM committee concerning polarized light
25  microscopy, correct?

Page 170

1    MR. FROST: Objection to form, misstates
2  the document.
3    THE WITNESS: I was not a member of ASTM
4  D22.
5  BY MR. PLACITELLA:
6    Q  But you were working with ASTM and you
7  were working with Johnson & Johnson, according to
8  this, correct?
9    MR. FROST: Objection to form, misstates
10 the document.
11    THE WITNESS: I had -- I have no
12 recollection that I got this letter from Johnson &
13 Johnson when I replied that I had never worked for
14 them. I just have no recollection.
15 BY MR. PLACITELLA:
16    Q  Well, this is about --
17    A  And I wasn't working for them.
18    Q  But you were working in conjunction with
19 ASTM in 1987 and interacting with Johnson &
20 Johnson, correct?
21    MR. FROST: Objection to form.
22    THE WITNESS: I wasn't a member of ASTM.
23 ASTM asked me to develop a polarized light
24 microscopy method for asbestos, and I did work on
25 that. And I -- I would have said so, but the form

Page 171

1  of your question earlier didn't -- it didn't
2  suggest to me that you were interested in this,
3  because I wasn't a member of ASTM.
4    So ASTM wanted a method. They asked if
5  I would develop one, and I tried. It was never
6  published. It never made it out of what they
7  called then the gray sheets, and so it was -- it
8  never led to anything in particular.
9  BY MR. PLACITELLA:
10    Q  Well, when did you first start working
11 with the ASTM, even if you weren't a member?
12    A  Oh, I --
13    MR. FROST: Objection to form.
14    THE WITNESS: I only did this, whenever
15 this was, '87. Probably I worked on that document
16 maybe for a year, six months or a year.
17 BY MR. PLACITELLA:
18    Q  Okay.
19    A  As I said, it never went anywhere.
20 So...
21    Q  And so you did work with Johnson &
22 Johnson on -- in conjunction with the -- with the
23 ASTM in terms of standards for testing for
24 asbestos, right?
25    MR. FROST: Objection to form.

Page 172

1    THE WITNESS: I did not work with
2  Johnson & Johnson. This Mr. Ashton may have been
3  a member of D22. I don't know. And perhaps he
4  read the draft document and wrote me this letter.
5  I have no recollection of knowing Mr. Ashton, and
6  I never worked with Johnson & Johnson.
7  BY MR. PLACITELLA:
8    Q  Well -- let's just go through it.
9    A  Sure.
10    Q  He states in this letter to you: "At a
11 previous meeting, Mike Beard of Triangle Park
12 EPA" -- do you know who he is?
13    A  I do.
14    Q  -- "appointed Slim Thompson and me to be
15 talc industry specialists on the PLM for ASTM
16 committee."
17    Do you see -- see that?
18    A  I do.
19    Q  And you know who Slim Thompson is,
20 right?
21    A  I do.
22    Q  He worked for who, R.T. Vanderbilt?
23    A  That's correct.
24    Q  And did you work with Slim Thompson from
25 R.T. Vanderbilt on the ASTM specifications?

Page 173

1    MR. FROST: Objection to form.
2    THE WITNESS: He was, as this letter
3  states, their representative. So perhaps he made
4  comments to me about the method.
5  BY MR. PLACITELLA:
6    Q  So you did work with him?
7    MR. FROST: Objection to form.
8  Misstates testimony.
9    THE WITNESS: "Work with him." I mean,
10 you know, if you -- if you want to say that when I
11 was developing this method, I worked with the ASTM
12 D22 committee, then I would say that would be
13 correct. They asked me to develop it. And as you
14 can see, the ASTM committee is preparing my
15 method. Not me. They were preparing my method.
16 BY MR. PLACITELLA:
17    Q  Yeah, so all I'm saying is, so you
18 worked with members of the talc industry through
19 the ASTM committee on a method for testing
20 asbestos in talc, correct?
21    MR. FROST: Objection to form, misstates
22 testimony.
23    THE WITNESS: They -- there -- there
24 were -- obviously from -- Slim Thompson was from
25 the talc industry, and this Mr. Ashton appears to

Ann G. Wylie, Ph.D.

| Page 174 |
| --- |

have been.  And there were -- ASTM D22 is a very
large committee.  So there were -- may have been
other members from the talc industry or other
industries on this committee.
BY MR. PLACITELLA:
    Q   Okay.  And --
    A   So I worked with that committee.  So if
that is responsive to your answer, I worked with
that committee.
    Q   Okay.  And members of that committee,
including Mr. Ashton and Mr. Thompson, made
suggestions to you concerning what definitions you
should use in your methods.  Correct?
    A   This --
        MR. FROST:  Objection to form.
        THE WITNESS:  This letter states that
they would -- wanted me to use definitions that
conformed to previous ASTM standards.
BY MR. PLACITELLA:
    Q   Right.  And did you do that?
    A   I don't remember.  The -- it may be
that's the reason that this method never was
approved by ASTM.  I don't know.
    Q   So when did your involvement stop with
the ASTM committee that was responsible for coming

| Page 175 |
| --- |

up with standards for testing for asbestos?
    A   The method that -- that I drafted went
into the ASTM bureaucracy, and it came back to me
maybe once or twice.  I -- my memory is a
little -- and then I never heard from them again.
    Q   And until the last three or four years?
    A   Well, I joined ASTM D22 about three
years ago.
    Q   Okay.  And did you come up with a method
that was adopted by D22 within the last three
years?
    A   No.
    Q   Now -- oh, sorry.  Give me a second.
        (Counsel conferring.)
        MR. PLACITELLA:  So somebody was -- did
she come back with a copy yet?
        (Wylie Exhibit AW-40 was marked
        for identification.)
BY MR. PLACITELLA:
    Q   I'm only going to focus on a paragraph.
I have up here a one-page report that you did for
-- in 1985 for R.T. Vanderbilt.  And I have it
identified as AW-40.
    A   Yes.
    Q   And it was a report that you did on

| Page 176 |
| --- |

Nytal 99.  Do you see that?
    A   Yes.
    Q   And that was done for the same
Mr. Thompson, Slim Thompson?
        MR. FROST:  Objection to form.
BY MR. PLACITELLA:
    Q   Correct?
    A   He sent me the samples.
    Q   Right.
    A   Yes.
    Q   And I'm just focus -- I'm just looking
at methodology.  I'm looking at your middle
paragraph of this report.
        You say:  "Asbestos fiber populations
are composed of either chrysotile or a member of
the amphibole family that occur as a -- as
particulates that display some or all of the
following characteristics."
        And you say:  "Fiber bundles with
splayed ends, curved fibers, aspect ratios in
excess of 20-to-1, and widths less than 1
micrometer for fibers longer than 5 micrometers,
and matted masses of individual fibers."
        Do you see that?
    A   Yes.

| Page 177 |
| --- |

    Q   Now, in this methodology you indicate
the width can't be less than 1 micrometer,
correct?
        MR. FROST:  Objection to form.
        THE WITNESS:  That the widths can be
less than 1 micro-- is that what you said?
BY MR. PLACITELLA:
    Q   It says "widths less than."  In other
words, that's what you're requiring, widths less
than 1 micrometer --
    A   Yes.
    Q   -- for fibers longer than 5 micrometer.
    A   That's what it says.
    Q   That's different than what's in AW-50,
correct?
        MR. FROST:  Objection to form, misstates
the document.
        MR. PLACITELLA:  Please don't do that.
Please don't do that.
        THE WITNESS:  Yes.
BY MR. PLACITELLA:
    Q   Okay.  Why is it different?
    A   Well, they -- 1 micrometer was -- after
a lot of study, this was in '86, I felt was not
appropriate for fiber bundles, the fibrils in the

Page 178

1  bundles.  And so -- and then this actually says
2  that the fiber bundles have widths less than
3  1 micrometer.  That's what it says.
4      Q   Right.  Well, this is different.  Why is
5  it different?
6      A   Well, fiber bundles -- this says fiber
7  bundles.  This -- this -- what's written here and
8  what's written there are not the same thing.  You
9  asked me what were the properties of the
10 materials, the fibrils that formed the fiber
11 bundles.  This just says bundles with splayed
12 ends, curved fibers and -- you know, any particle
13 with widths less than 1 micrometer.
14     So we're really talking about the
15 population as a whole, and in that conversation
16 you and I were having earlier, we were talking
17 about the size of particles in fiber bundles.
18     And over time, I stopped using
19 1 micrometer because I thought that it was
20 confusing.  There's no asbestos that I know that
21 curves in fiber bundles where the fibrils are
22 1 micrometer.
23     Q   When did you stop using that?
24     A   I don't know.
25     And what year was this?  In 1985?

Page 179

1      Q   Correct.
2      A   I -- I'm sorry, I don't remember.  But
3  it wasn't probably much longer after that, as the
4  work I was doing was progressing and I had looked
5  at more samples and things like that.
6      Q   Okay.
7      A   Fibrils of asbestos have to be less than
8  1 micrometer, which is what our earlier
9  conversation directed at.
10     Q   This AW-50 --
11     A   Yes.
12     Q   -- what's in here, is this, as you've
13 articulated here, adopted in any peer-reviewed
14 geologic literature other than that authored by
15 yourself?
16     MR. FROST:  Objection to form.
17     THE WITNESS:  It's close to the EPA
18 document --
19 BY MR. PLACITELLA:
20     Q   Oh, but --
21     A   -- published in '93.
22     Q   What I'm asking you is the criteria that
23 forms the basis --
24     A   Yes.
25     Q   -- of your opinion here --

Page 180

1      A   Yes.
2      Q   -- that's in AW-50, is that -- does that
3  appear in any peer-reviewed geologic literature
4  other than literature authored by yourself?
5      A   We discussed this earlier, and
6  I said that there may be -- it may be in the
7  Bureau of Mines literature.  I would have to do a
8  literature search to find that out.  I actually
9  don't know.  It may be in the Bureau of Mines
10 literature.
11     Q   Actually, I was asking you different
12 questions.
13     A   Oh.
14     Q   So -- but that's okay.  So now I'm
15 asking you the methodology --
16     A   Yes.
17     Q   -- that you're using here in this case
18 as reflected in AW-50, as you sit here, can you
19 point to any peer-reviewed geologic literature
20 that adopts verbatim your methodology?
21     MR. FROST:  Objection to form.
22     THE WITNESS:  As I said, I -- I'd have
23 to review the literature before I could answer
24 that.
25 BY MR. PLACITELLA:

Page 181

1      Q   Okay.
2      A   It's not really fair to ask me --
3      Q   All right.
4      A   -- about the whole world of literature
5  when -- on a topic I have not had a chance to
6  refresh myself on.
7      Q   I know, but this --
8      A   And I think we've gotten to the point
9  where I told you before that I am not aware at
10 this moment in time other than the EPA or the
11 Bureau of Mines directly.
12     Q   Okay.  Let's just break it down, because
13 I'm a little slow on the uptake.
14     Putting aside the Bureau of Mines and
15 the EPA, which you're not sure of, correct?
16     A   I'm sure of the EPA.
17     Q   You're sure that the EPA adopts
18 identically what's in AW-50?
19     A   I'm sorry, but, you know, you're asking
20 me to verbatim say something about a word-for-word
21 definition, and I'm a writer, and I don't ever --
22 I would never do this.  I'd like to have a chance,
23 as we have discussed, to correct what's written in
24 there to make sure --
25     Q   Okay.  So --

Page 182

1    A   I am not going to say what you've
2  written down there is appropriate.
3        For example, I think you wrote
4  "20-to-1," and I said "mean aspect ratio."
5    Q   Well, you'll fix -- okay.  We will stop.
6    A   Yes.
7    Q   Okay.  We'll come back to it.
8        MR. PLACITELLA:  Let me just go to a
9  different -- she's not back yet with the stuff?
10  Okay.  Hold on.
11        (Counsel conferring.)
12  BY MR. PLACITELLA:
13    Q   Just before I move to a different topic,
14  can we agree that asbestos in talc is not an
15  analysis of bulk material?
16        MR. FROST:  Objection to form.
17  BY MR. PLACITELLA:
18    Q   When you're looking for asbestos in
19  talc, it's not an analysis of bulk material.
20        MR. FROST:  Same objection.
21        THE WITNESS:  I'm sorry.  What do you
22  think it's an analysis of?
23  BY MR. PLACITELLA:
24    Q   Well, when you're -- how do you know --
25  I mean it's a mixture, right?  It's not a bulk

Page 183

1  material of one substance.  Can we agree with
2  that?
3        MR. FROST:  Objection to form.
4        THE WITNESS:  I'm sorry, I'm still not
5  understanding.  Talc when -- you analyze talc by
6  polarized light microscopy, it's a bulk method.
7  BY MR. PLACITELLA:
8    Q   Okay.  That's it.
9    A   That's the question you asked, I
10  believe.
11    Q   That's it.  That's the only method it
12  is.
13        MR. FROST:  Objection to form.
14  BY MR. PLACITELLA:
15    Q   It's just a bulk method for nothing
16  else.
17    A   Polarized light microscopy is used for
18  analysis of bulk samples.  It's in that regard --
19  I mean, it's not useful for the analysis of air
20  samples.
21    Q   Okay.  And when getting to the aspect
22  ratio --
23    A   Yes.
24    Q   -- of 20-to-1, using polarized light
25  microscopy --

Page 184

1    A   Yes.
2    Q   -- where is that published in the
3  medical literature -- I'm sorry, in the geologic
4  literature, other than your own publications?
5    A   I -- you've asked me this question, and
6  I would have to search the literature to find out
7  if it were -- were adopted elsewhere.  I actually
8  don't know.
9    Q   Mm-hmm.
10    A   And remember it's not aspect ratio
11  20-to-1, it's mean aspect ratio.
12    Q   Mm-hmm.  Is asbestos in bulk when it's
13  found in talc?
14        MR. FROST:  Objection to form.
15        THE WITNESS:  I -- I'm sorry, but that
16  question doesn't actually make any sense.  I'm not
17  understanding.
18        If we're looking at a sample under
19  polarized light microscopy, that's a bulk sample.
20  BY MR. PLACITELLA:
21    Q   Mm-hmm.
22    A   It's a sample that is something you can
23  hold in your hand.  It's a bulk sample.  It's not
24  an air sample.  So the term "bulk sample" means
25  any sample that's not an air sample.

Page 185

1    Q   Okay.
2    A   Okay?  Or water sample.
3    Q   Okay.
4    A   Okay.
5    Q   So this is what I guess I'm trying to
6  understand.
7    A   Yes.
8    Q   Based upon everything that we went
9  through in -- and with -- with your right to
10  revise it, okay?
11    A   Mm-hmm.
12    Q   -- in AW-50, if I'm a scientist --
13    A   Mm-hmm.
14    Q   -- a geologist --
15    A   Mm-hmm.
16    Q   -- and I'm not -- I'm not Ann Wylie, how
17  do I duplicate what you do using this criteria?
18  How do I look at the same sample that you do, and
19  use your methodology and come up with a
20  conclusion?
21        MR. FROST:  Objection to form.
22  BY MR. PLACITELLA:
23    Q   And come to the same conclusion.
24    A   Well, number one, you need to be trained
25  in polarized light microscopy.  I don't think you

Ann G. Wylie, Ph.D.

Page 186

1 could do it.
2    Q   Not me.  That's -- let me -- let me
3 rephrase the question.
4    A   Okay.
5    Q   I'm somebody who understands and has
6 been trained in polarized light microscopy.
7    A   Okay.
8    Q   I'm a geologist such as yourself.
9    A   Okay.
10    Q   Okay.  And I'm looking at the same
11 sample that you are.
12    A   Mm-hmm.
13    Q   Okay.  Using your criteria --
14    A   Mm-hmm.
15    Q   -- how do I come to the same conclusions
16 that you do?
17        MR. FROST:  Objection to form.
18 BY MR. PLACITELLA:
19    Q   What -- what do -- how do I do that?
20    A   You apply the criterias, the method the
21 EPA uses.  You apply the criteria.
22    Q   But it seems from the way you are
23 articulating it, with respect, that there is some
24 subjectivity in applying that criteria.  That you
25 look at and you say, This is what I think I see.

Page 187

1 And other people could apply the exact same
2 criteria, have the same exact skills as you, and
3 possibly come to a different conclusion.  Is that
4 possible?
5        MR. FROST:  Objection to form.
6        THE WITNESS:  No.  I'm sorry, but that's
7 not an answerable question.
8 BY MR. PLACITELLA:
9    Q   So if I -- if I am a trained -- if I'm
10 trained in polarized light microscopy, like you
11 are, and I look at the same sample, and I apply
12 your criteria, I will have no -- no -- it's
13 inevitable I will reach the same exact conclusion
14 that you do.
15    A   The EPA method has been tested and used
16 by many places, and I don't think that it is in
17 question.
18    Q   So --
19    A   I believe you would find the same
20 results.
21    Q   So from your perspective, somebody with
22 the same training as you, looking at the same
23 example using your methodology, there is no way
24 they could come to a different conclusion than you
25 do.

Page 188

1        MR. FROST:  Objection to form.
2 BY MR. PLACITELLA:
3    Q   Is that what you are saying?
4    A   I'm sorry, I can't speak for another
5 person.  I believe the methods that EPA uses is a
6 recognized method among microscopists for the
7 analysis of bulk samples for asbestos, and I don't
8 think -- I think that the results should be
9 comparable if we look at the same slide.
10    Q   Okay.  So -- all right.
11        (Wylie Exhibit No. AW-31 was
12        marked for identification.)
13 BY MR. PLACITELLA:
14    Q   Let me go to AW-31.
15        I'm sorry, I should get a smaller table.
16        AW-31 is a paper that was written by you
17 and others?
18    A   With coauthors, yes.
19    Q   Okay.  And including somebody --
20 including RJ Lee.
21    A   He's one of the authors.
22    Q   Okay.  And in your paper at page 241,
23 you state that:  "Asbestos fibers wider than
24 1 micron are composed of bundles of fibrils that
25 readily split longitudinally into individual

Page 189

1 fibers of much smaller width.  Even if wider
2 fibers were inhaled, because of the fibular
3 structure of asbestos, the fibers desegregate."
4        Are you with me?
5    A   I -- I'm not sure where you're reading.
6 There's a lot on page 241.
7    Q   That's why I highlighted.
8    A   Sorry.  I didn't look at the screen.
9 Let me just look.  (Peruses document.)
10        Yes.
11    Q   Okay.  And you further state:  "Cook and
12 co-workers demonstrated that -- the effectiveness
13 of this process in their animal intratracheal
14 installation experiments with ferro-actinolite
15 asbestos.  In these experiments they showed that
16 the number of fibers found in lung tissue
17 increased following cessation of exposure, and
18 that the increase was due to longitudinal
19 splitting of the asbestos fiber bundles."
20        Do you agree with that?
21    A   It says "the splitting of fiber
22 bundles," but, yes --
23    Q   Okay.
24    A   -- that's what it says.
25    Q   Now, I want to talk to you a little bit

Page 190

1  about -- by the way, does any federal agency
2  recognize fibrous talc as asbestos?
3       MR. FROST:  Objection to form.
4       THE WITNESS:  In regulatory policy?  In
5  regulatory policy?
6  BY MR. PLACITELLA:
7     Q   Yes.
8     A   Not that I'm aware of.
9     Q   Okay.  I meant to ask you one final
10 question before I move on.
11      Is cosmetic talc a bulk material from
12 your perspective?
13     A   I -- I don't know.  I mean, I don't know
14      THE WITNESS:  Yes.
15 BY MR. PLACITELLA:
16    Q   Okay.  Is cosmetic talc a building
17 material?  Bulk building material?
18    A   I -- I don't know.  I mean, I don't know
19 whether it was used that way, but it's not.
20    Q   Okay.  Okay.  Now, do -- are you
21 familiar with a -- a testing method known as x-ray
22 defraction?
23    A   Yes.
24    Q   Okay.  And are you familiar with what
25 the limits of detection are with x-ray defraction?

Page 191

1     A   I am.
2     Q   Okay.  Can you tell me is -- is x-ray
3  defraction -- well, what's the limit of detection
4  for x-ray defraction for amphiboles, if you know?
5     A   I can't answer that question without
6  talking about the matrix.
7     Q   Okay.
8     A   So in some -- in some materials it might
9  be 5 percent.
10    Q   Okay.
11    A   In some materials it could be 0.1.
12    Q   Okay.  So when you -- if you're using
13 x-ray defraction and looking at talc that comes
14 out of a mine --
15    A   Yes.
16    Q   -- what's the limit of detection for
17 that purpose?
18    A   Okay.  Let me say also, going backward,
19 that the detection limit depends upon the matrix,
20 and it also depends upon the actual material
21 that's forming the -- the amphibole.
22      X-ray defraction cannot identify
23 asbestos.  X-ray defraction can only identify a
24 mineral.  Okay?  So if -- in some minerals, the
25 same mineral from different places may actually

Page 192

1  have different detection limits by x-ray
2  defraction.
3       Now, maybe we are splitting hairs here,
4  and it's the difference between 0.1 and 0.2 or 0.2
5  and 0.3, or something like that, percent.  But it
6  does vary depending upon the nature of the
7  amphibole itself.
8     Q   Okay.  So let me try to be a little bit
9  more specific.
10    A   Okay.
11    Q   Looking at a sample, talc sample --
12    A   Yes.
13    Q   -- that comes out of a Vermont talc
14 mine --
15    A   Yes.
16    Q   -- and I'm looking to determine whether
17 that sample contains amphiboles --
18    A   Yes.
19    Q   -- before we even get to whether it's
20 asbestos.
21    A   Yes.
22    Q   Just the mineral -- a mineral amphibole.
23    A   Yes.
24    Q   Okay?
25    A   Yes.

Page 193

1     Q   For example, tremolite.
2     A   Yes.
3     Q   Okay.  What's the limit of detection?
4     A   I don't think I know for the Vermont.  I
5  would say it was some place between 0.2 and 0.5
6  percent.
7     Q   0.1 and 0.5 percent?
8     A   Something like that, yes.
9     Q   So if you used x-ray defraction as a
10 screening tool --
11    A   Yes.
12    Q   Okay.  For that talc coming out of that
13 mine, would you agree with me that it will not
14 detect low levels of tremolite, putting aside
15 whether they're asbestiform or not?
16    A   You must --
17      MR. FROST:  Object --
18      THE WITNESS:  -- define "low."
19      MR. FROST:  Hold on.  Objection to form.
20      THE REPORTER:  Can you repeat that,
21 please?
22      THE WITNESS:  Please define "low."
23 BY MR. PLACITELLA:
24    Q   Okay.  It cannot -- you can't use x-ray
25 defraction to find tremolite in talc at levels

Page 194

1 below 0.1 percent.
2     MR. FROST: Objection to form.
3     THE WITNESS: I would say that is
4 probably true.
5 BY MR. PLACITELLA:
6     Q   Okay.  Now, is there -- you get the same
7 talc out of a mine in Vermont, using x-ray
8 defraction, can you find chrysotile asbestos using
9 that method, x-ray defraction?
10     MR. FROST: Objection to form.
11     THE WITNESS: Yes.
12 BY MR. PLACITELLA:
13     Q   Okay.  And at what level?  What's the
14 detection level?
15     MR. FROST: Object -- objection.
16     THE WITNESS: I've not seen data on
17 that.
18 BY MR. PLACITELLA:
19     Q   Okay.
20     A   But I would guess it was of the same
21 general -- but I -- I -- I haven't seen the data,
22 and there may be overlap in the peaks with
23 chrysotile. I'm more familiar with amphibole.
24 So --
25     Q   Okay.  So --

Page 195

1     A   I'd have -- I'd have to look at the
2 defraction pattern again.
3     Q   So you don't feel comfortable talking
4 about that?
5     A   I don't actually.
6     Q   Okay.  All right.  Be with you in one
7 second.
8     I -- I put up in here a statement that
9 says: "Tremolite is the commonest asbestos
10 mineral found as a contaminate of talc."
11     Do you agree with that?
12     MR. FROST: Hold on. I'm going to
13 object.  We have no idea what this document is.
14     MR. PLACITELLA: I'm just asking if she
15 agrees with the statement, and then we'll talk
16 about the document.
17     MR. FROST: Objection to form.
18     MR. LOCKE: You're asking about this --
19 you're asking her to comment on this sample?
20     MR. PLACITELLA: No. I'm asking her
21 whether she agrees with the statement: Tremolite
22 is the commonest asbestos mineral found as a
23 contaminate of talc.  That's what I'm asking.
24     MR. FROST: Same objection to form.  I
25 think this is inappropriate to ask her about a

Page 196

1 document we don't even know what it is, frankly.
2 BY MR. PLACITELLA:
3     Q   Okay.  Do you agree with that statement?
4     MR. FROST: Same objection.
5     THE WITNESS: I -- are we talking about
6 the entire -- the entire paragraph?  Can I -- are
7 we talking about just one sentence?
8 BY MR. PLACITELLA:
9     Q   I'm going to ask you about -- are you
10 more comfortable looking at the whole paragraph?
11     A   I don't care.  I just want to know what
12 you're asking me.
13     Q   No, I was just asking you about that one
14 sentence.
15     A   I would say that that was probably
16 correct.
17     Q   Okay.  It says: "It occurs in
18 asbestiform and non-asbestiform varieties."
19     You agree with that, correct?
20     A   Yes.
21     MR. FROST: Same objections.
22 BY MR. PLACITELLA:
23     Q   Okay.  And then it talks about a sample.
24 It says: "This sample is a chunky tremolite, not
25 the asbestiform variety."

Page 197

1     And then it states: "But when it is
2 ground, it produces some thin, straight particles
3 which conform to the definition of 'fibers' in the
4 method and which are distinguishable from those
5 produced by asbestiform tremolite on grinding."
6     Do you agree with that?
7     A   No.
8     MR. FROST: And objection to form.
9 Again, we're talking about methods and things like
10 that, and you're not allowing her to get any
11 context from the statement which you're having her
12 read.
13     MR. PLACITELLA: All I'm asking her is
14 if she agrees with that statement.
15     THE WITNESS: I can't agree when it says
16 "the method," and I have no idea what you're
17 talking about.
18 BY MR. PLACITELLA:
19     Q   Okay.  Do you agree that when
20 non-asbestiform tremolite is ground, it produces
21 some thin, straight particles which conform to the
22 definition of 'fibers' in the method and which are
23 indistinguishable from those produced by
24 asbestiform tremolite on grinding?
25     MR. FROST: Same objections.

Page 198

1     It's getting absurd, Chris.
2     THE WITNESS: I have no idea what the
3 method you're talking about is. I can't possibly
4 agree to that statement. I don't know what the
5 method is.
6 BY MR. PLACITELLA:
7     Q   Okay. Well, I'll give you -- so here we
8 have a letter from the FDA to Johnson & Johnson,
9 and it -- let's go through it. And I'll --
10     MR. FROST: Again, objection to the
11 characterization of the document, but --
12     MR. PLACITELLA: Well, it's from the FDA
13 to Johnson & Johnson, dated May 14th, 1974. Is
14 there any dispute about that?
15     MR. FROST: It doesn't appear to be a
16 letter. It's on a letterhead that says
17 "Memorandum."
18     MR. PLACITELLA: Oh, okay.
19 BY MR. PLACITELLA:
20     Q   It says: "The purpose of this study is
21 to check the adequacy of microscopic method for
22 detecting the presence of asbestos minerals in
23 talc and for counting fibers of these minerals.
24 Three reference samples and four samples for
25 analysis are being sent under separate cover."

Page 199

1     Do you see that?
2     A   Yes.
3     Q   Okay. And then it talks about reference
4 samples. See that?
5     MR. FROST: Objection to form.
6     THE WITNESS: I see that -- I -- I have
7 read that part, yes.
8 BY MR. PLACITELLA:
9     Q   So -- now, just going back and this is
10 what I'm trying to understand in context.
11     Do you agree that if you have
12 non-asbestiform tremolite, that when it's ground,
13 it can produce thin, straight particles which
14 conform to the definition of "fibers"?
15     MR. FROST: Objection --
16 BY MR. PLACITELLA:
17     Q   Do you agree with that?
18     MR. FROST: Objection to form.
19     THE WITNESS: I -- I cannot agree when I
20 don't know "the definition of 'fibers'" that this
21 is referring to or in "the method," which I also
22 don't know what they're referring to.
23 BY MR. PLACITELLA:
24     Q   Okay. In this case you were hired only
25 by Johnson & Johnson or were you hired by other

Page 200

1 co-defendants in the case as well?
2     A   Only Johnson & Johnson.
3     (Wylie Exhibit No. AW-35 was
4     marked for identification.)
5 BY MR. PLACITELLA:
6     Q   Okay. I want to show you -- AW-35 is a
7 document entitled "Talc Asbestos Education
8 Document."
9     Have you ever seen this before?
10     A   No.
11     Q   Okay. I'm going to show you to page 8
12 of the document. Do you know who Julie Pier is,
13 by the way?
14     A   I do.
15     Q   And is she a respected scientist? Does
16 she know what she is talking about when it comes
17 to microscopy?
18     A   I really -- I think so, but I don't
19 know. I have not read her work.
20     Q   Okay. In this document, the author
21 writes: "The asbestiform morphological criteria,
22 as defined by Wylie, may not apply to fibers that
23 have been aggressively milled and area of size
24 range below the resolution of the light
25 microscope. See following quote by Wylie. I do

Page 201

1 not know of any outside electron microscopy method
2 that uses Wylie's definition."
3     Do you see that?
4     MR. FROST: Objection to form.
5     THE WITNESS: I'm sorry. What page are
6 we on? I just --
7 BY MR. PLACITELLA:
8     Q   Page --
9     MR. FROST: Page 6, I believe.
10     MR. PLACITELLA: -- 6.
11     THE WITNESS: All right.
12 BY MR. PLACITELLA:
13     Q   Do you agree with this sentence?
14     A   Are we reading J --
15     Q   Yes, ma'am.
16     A   -- WP note?
17     Q   And I think your quote is right
18 underneath it.
19     MR. FROST: Who is it to? I believe
20 it's more than one sentence.
21     MR. PLACITELLA: Yeah.
22     THE WITNESS: Okay. What are you asking
23 me to agree to?
24 BY MR. PLACITELLA:
25     Q   I'm asking whether you agree with this

Ann G. Wylie, Ph.D.

Page 202

1  statement by Julie Pier that says: "The
2  asbestiform morphological criteria," as defined by
3  you, Ann Wylie, "may not apply to fibers that have
4  been aggressively milled and area of the size
5  range below the resolution of the light
6  microscope."
7          Do you agree with that?
8          MR. FROST: Objection to form.
9          THE WITNESS: When I was -- I need to
10  give you a little context.
11          When I was working with the Bureau of
12  Mines, we aggressively milled asbestos, and we had
13  no problem identifying it by those criteria
14  following aggressive milling.
15  BY MR. PLACITELLA:
16      Q   Well, you aggressively milled asbestos.
17  I'm not talking about aggressively milling
18  asbestos. Here they're -- they're talking about
19  aggressively -- well, scratch that. I withdraw
20  that statement.
21      A   Okay.
22      Q   So when you aggressively milled
23  asbestos, when you -- and you say you did work
24  with the Bureau of Mines?
25      A   The Bureau of Mines aggressively milled

Page 203

1  it.
2      Q   Okay. You still found asbestos below
3  the limit of detection in a light microscope?
4          MR. FROST: Objection to form.
5          THE WITNESS: Found -- I'm sorry, but
6  again your question is not terribly clear. You
7  asked me if we found asbestos below the resolution
8  of the light microscope?
9  BY MR. PLACITELLA:
10      Q   Well, you refer -- you responded to my
11  question about milling of asbestos.
12      A   Yes.
13      Q   Okay. And when you're -- when you say
14  that, you're talking about undisputed asbestos
15  products, correct?
16      A   I'm talking about asbestos, yes.
17      Q   Right. Okay.
18          So that's what I'm asking you. Do you
19  agree with the statement by Pier that asbestiform
20  morphological criteria, as defined by you, may not
21  apply to fibers that have been aggressively milled
22  and are of the size range below the resolution of
23  the light microscope?
24          MR. FROST: Objection to form.
25          THE WITNESS: If the question is, can

Page 204

1  you apply definitions to particles you can't see
2  by polarized light microscopy, of course you
3  cannot.
4  BY MR. PLACITELLA:
5      Q   Okay. Fair enough.
6          I want to see if I can -- I got your
7  tests down correctly when asking you the question,
8  okay?
9          Assume that you have a particle that has
10  the following characteristics: The morphology of
11  a single fiber with a 3-to-1 aspect ratio,
12  parallel sides, more than 5 microns long.
13          Are you with me so far?
14      A   Yes.
15      Q   And chemical signature of tremolite as
16  determined by EDS or EDXA.
17          Are you with me?
18      A   Yes.
19      Q   Okay. And the crystalline structure
20  consistent with amphibole asbestos.
21          Are you with me?
22      A   There is --
23          MR. FROST: Objection to form.
24          THE WITNESS: There is no structure
25  typical of amphibole asbestos.

Page 205

1  BY MR. PLACITELLA:
2      Q   Oh. So there is no structure?
3      A   Typical of amphibole asbestos.
4  Structures typical of amphibole.
5      Q   Okay. Crystalline structure consistent
6  with amphibole.
7      A   Amphibole.
8      Q   Okay. What analytical techniques are
9  necessary to tell whether that fiber-shaped
10  particle grew in an asbestiform habit or not?
11      A   A single particle, you can't make a
12  distinction necessarily. Necessarily.
13      Q   Okay. So if you're looking at a single
14  fibril under a microscope, the light microscope,
15  you can't tell whether it grew in an asbestiform
16  habit or not. Correct?
17      A   That's not what I said.
18          MR. FROST: Objection to form.
19  BY MR. PLACITELLA:
20      Q   Okay.
21      A   You asked me if I had a particle that
22  was 5 micrometers long --
23      Q   Okay.
24      A   -- and it had parallel sides --
25      Q   Okay.

Ann G. Wylie, Ph.D.

Page 206

1    A   -- and it had a 3-to-1 aspect ratio, if
2  I could tell by that single particle whether it
3  formed an asbestiform habit or was formed by
4  cleavage, I think would be the alternative.
5    Q   Okay.
6    A   And I normally don't -- unless there
7  were properties there, and they're optimal
8  properties, they had -- it had anomalous optical
9  properties, I would be able to tell.
10    Q   But if it's not there, you can't tell.
11    A   But if -- that's -- that's right.
12    Q   Okay.  And same assumptions, what
13  analytical techniques are available that would
14  allow you to test the textile -- tensile strength
15  and flexibility of that particle?
16    A   For a 5 micrometer particle, there are
17  none.
18    Q   Okay.  Assuming you have a particle --
19  if you have particles exactly of the same size and
20  shape, chemically, surface area and surface
21  charge, can you tell the difference between what's
22  an asbestiform and non-asbestiform tremolite?
23    MR. FROST:  Objection to form.
24    THE WITNESS:  I can't answer your
25  question.  It's too hypothetical.

Page 207

1    MR. PLACITELLA:  Sorry.  Oh, that's not
2  very clear.  Is there a way to turn -- turn that
3  light off?
4    MR. FROST:  Yeah, it's not particularly
5  clear on the screen either, though, or on the TV
6  monitor.
7    MR. PLACITELLA:  Can we turn the
8  light -- at least turn the light off?
9    MR. FROST:  I was going to say we can
10  try, I guess.
11  BY MR. PLACITELLA:
12    Q   So this appeared in an article by Harper
13  in 2008, and in looking at these photomicrographs,
14  are you able to tell what -- which one is
15  asbestiform tremolite and which one is a cleavage
16  fragment?
17    MR. FROST:  Objection to form.
18    THE WITNESS:  So you're telling me that
19  one is a cleavage fragment and one is a fiber?  Is
20  that what you're telling me?
21  BY MR. PLACITELLA:
22    Q   Or both.  Can you tell whether either of
23  them are a cleavage fragment?
24    MR. LOCKE:  Objection to form.
25    THE WITNESS:  I do not make distinctions

Page 208

1  on individual particles.  This is an optical
2  micrograph, and which is inserted a red-1
3  compensator, and so it obscures some of the
4  optical properties.  I don't know whether -- what
5  it would look like under crossed nicols.  There
6  are other tests to be looked at.  So...
7  BY MR. PLACITELLA:
8    Q   Well, this is under a microscope that
9  you use, though, right?
10    A   Well, yes, but --
11    MR. FROST:  Objection to form.
12    THE WITNESS:  -- you put a phase 1 --
13  you put a phase 1 retardation plate within the
14  microscope system, so you're losing information.
15  BY MR. PLACITELLA:
16    Q   Okay.  So on this slide -- you can't
17  tell from looking at this slide whether this is a
18  cleavage fragment or asbestiform tremble --
19  tremolite, correct?
20    MR. FROST:  Objection to form.
21    THE WITNESS:  I could only guess.
22  BY MR. PLACITELLA:
23    Q   Okay.  So does that help you?
24    MR. FROST:  Objection to form.
25    THE WITNESS:  I suppose that's what

Page 209

1  Harper says.  If I had guessed, I probably would
2  have gone that way.  But I don't guess.
3  BY MR. PLACITELLA:
4    Q   Okay.  Now -- I have another slide up
5  here, and can you describe what you're seeing?
6    A   I see elongated mineral particles.
7    Q   Okay.  And what kind of output?
8    A   Oh -- well, number 1 and 4 are pretty
9  clearly from transmission electron microscopy,
10  because I recognize the filter background.  2 and
11  3, I -- I don't know.
12    Q   Are we looking at cleavage fragments or
13  asbestos here?
14    MR. FROST:  Objection to form.
15    THE WITNESS:  As I said before, I don't
16  make determinations based on individual particles,
17  unless I have other information.
18  BY MR. PLACITELLA:
19    Q   Well --
20    A   This is TEM.
21    Q   Okay.  So using this slide, you can't
22  tell whether these are cleavage fragments or
23  asbestos.  Is that fair?
24    MR. FROST:  Objection to form.
25    THE WITNESS:  I can guess.

Ann G. Wylie, Ph.D.

| Page 210 |
|---|

BY MR. PLACITELLA:

1  BY MR. PLACITELLA:

2  Q   Well, I don't want you to guess.

3  A   Okay.

4  Q   You can't tell.

5  MR. FROST: Objection to form.

6  THE WITNESS: I would -- let me just say

7  there -- there are properties of cleavage

8  fragments on number 1.

9  Number 2 looks like two different

10  minerals to me, but I don't know what -- you know,

11  I don't know what they are.

12  Number 3, similarly, it looks to me like

13  one mineral and another coating it, so I really

14  don't -- it's obscuring the characteristics.

15  Number 4 has characteristics that would

16  be consistent with cleavage fragments. But,

17  again, you know, I'd have to look at the

18  population at many particles before I would be

19  willing to do anything other than guess.

20  BY MR. PLACITELLA:

21  Q   So, as we sit here today, it's your

22  testimony that looking at a single particle or

23  fiber using a polarized light microscopy, you

24  cannot make the call about whether that's asbestos

25  or not?

| Page 211 |
|---|

1  MR. FROST: Objection to form.

2  BY MR. PLACITELLA:

3  Q   Correct?

4  A   No. You asked me to look at the

5  polarized light micrographs in the previous slide,

6  in which a red-1 compensator had been inserted,

7  and which the optical properties are therefore

8  obscured other than a sign of elongation. So

9  there's no other information.

10  So I'm not going to tell you that I

11  couldn't look at that particle and study it in

12  more detail, and with the other properties, the

13  nine or ten properties that I listed, and tell

14  you. I would have better -- be better able to do

15  that because the asbestos has anomalous

16  properties.

17  Q   All right. What I'm asking -- what I'm

18  asking you -- okay, we left that. This -- these

19  are TEM up here on the screen?

20  A   Yes. The question you asked me included

21  polarized light. I'm sorry.

22  Q   That was my mistake.

23  A   Okay.

24  Q   What we have here are photomicrographs

25  of TEM, correct?

| Page 212 |
|---|

1  A   Yes.

2  Q   And is it your testimony that you can't

3  look at these photomicrographs and make a call

4  about whether they are asbestos or not on a single

5  particle or fiber basis?

6  MR. FROST: Objection to form.

7  BY MR. PLACITELLA:

8  Q   Is that what you're saying?

9  A   I never or almost never try to make

10  distinctions on single particles unless the

11  properties are very clear.

12  On sample 1, there are -- there is a

13  stepwise pattern at the end of the particle that

14  suggests cleavage, but the -- and the particle is

15  not regular in its width through the entire

16  length. And that would be the case of also

17  number 4. These would lead me to suspect that

18  they are cleavage fragments.

19  Q   Okay. But you can't state within a

20  reasonable degree of scientific certainty that

21  these are asbestos or cleavage fragments, given

22  the information you have.

23  MR. FROST: Objection to form.

24  BY MR. PLACITELLA:

25  Q   Correct?

| Page 213 |
|---|

1  A   I can't make distinctions. I rely on

2  populations.

3  Q   Okay. Okay.

4  MR. FROST: Do you want to take a break

5  now, Chris --

6  MR. PLACITELLA: Hold one second.

7  MR. FROST: -- unless you have more of

8  these?

9  MR. PLACITELLA: Hold one second. No, I

10  just have this one I want to --

11  BY MR. PLACITELLA:

12  Q   So 1 is a sample from RJ Lee Group,

13  cleavage fragment.

14  A   Mm-hmm.

15  Q   3 is asbestos, that's from the NIST

16  reference material. You've seen that before, I

17  assume.

18  A   Mm-hmm.

19  Q   Okay. 2 was asbestos, and 4 was

20  cleavage fragment.

21  A   Mm-hmm.

22  Q   Correct?

23  A   Mm-hmm.

24  Q   Okay. Now, one more --

25  MR. FROST: Objection to form based

Page 214

1  on --
2       MR. PLACITELLA:  I have one more
3  question, then we can take a break.
4       THE WITNESS:  Actually, there's nothing
5  in here that tells me where they're from.
6  BY MR. PLACITELLA:
7       Q  Okay.
8       A  So I -- I said correct.  I'm going to
9  redraw that.  I can't say correct.  There's
10 nothing in there that tells me if these are
11 cleavage fragments or fiber.
12      Could we go back and look?
13      Q  What's your issue?
14      A  That I agreed to something I'm not sure
15 is true.
16      Q  Oh.
17      A  I'd like very much --
18      Q  I was just reading to you what was on
19 the screen.  You don't have to agree or disagree.
20      A  Okay.
21      Q  Okay?
22      A  All right.
23      Q  So I want to show you -- can you tell me
24 if that is asbestos or a cleavage fragment?
25      MR. LOCKE:  Objection to form.

Page 215

1       THE WITNESS:  I've told you before that
2  I'm very unwilling to -- unless there's clear --
3  and I said that in report -- unless there are
4  clear characteristics that you can see for
5  cleavage fragments or for fiber to make
6  distinctions on a particle-by-particle basis, it's
7  not reasonably sound.
8  BY MR. PLACITELLA:
9       Q  Okay.  So in looking at this particular
10 photo -- by the way, what's -- so the record is
11 clear, what's this an output of?
12      A  Well, you gave it to me.  Perhaps you
13 should tell me.
14      Q  Well, do -- do you know whether it's
15 from TEM, PLM?  What is it?
16      MR. FROST:  Objection to form.
17      THE WITNESS:  It appears to be from TEM.
18 I see the holes in the filter, so --
19 BY MR. PLACITELLA:
20      Q  Right.  And from looking at this TEM --
21 this particle under TEM, you can't tell as you sit
22 here whether that's a cleavage fragment or
23 asbestos, correct?
24      MR. FROST:  Objection to form.
25      THE WITNESS:  You know, it looks to me

Page 216

1  like it's composite.  I'm not at all clear what's
2  going on.  The width is uneven through its length,
3  and that would be unusual for asbestos.
4  BY MR. PLACITELLA:
5       Q  So you believe it's a cleavage fragment?
6       A  I didn't say that.
7       MR. FROST:  Objection to form.
8  BY MR. PLACITELLA:
9       Q  You can't tell.
10      A  I said it would be unusual for it to be.
11      Q  Okay.
12      A  I would not expect it to be asbestos for
13 that reason.
14      Q  Okay.  But as you --
15      A  But it's a coat -- coating on it.  It
16 looks to be like there's more than one mineral,
17 and so we're not really -- it's not really fair.
18 It looks like more than one mineral.
19      Q  Well, I'm -- I can't be fair or unfair.
20 That's why I'm just asking you your opinion.
21      A  It looks like more than one mineral.
22      Q  Okay.  Now --
23      MR. PLACITELLA:  You wanted to take a
24 break, that's fine.
25      MR. FROST:  Yeah, is this a good time?

Page 217

1       MR. PLACITELLA:  Yeah, a break is fine.
2       THE VIDEOGRAPHER:  The time is
3  2:56 p.m., and we're going off the record.
4       (Recess.)
5       THE VIDEOGRAPHER:  The time is 3:44
6  p.m., and we are back on the record.
7       MR. PLACITELLA:  Okay.  I always like to
8  tell people where I am and where I'm going, so I'm
9  about 15 minutes, give or take, until we're done.
10 Okay.
11 BY MR. PLACITELLA:
12      Q  Okay.  I just wanted to go back, finish
13 this line of questioning and then move to a
14 different place.
15      So I put up here three other slides.
16 Are you able to tell from looking at these slides
17 whether they represent asbestos or cleavage
18 fragment?
19      A  I can't read the scale.
20      MR. FROST:  Objection to form.
21 BY MR. PLACITELLA:
22      Q  I guess I can't either.
23      Nope.  Sorry.  That's the best I can do.
24      Can you tell whether it's cleavage
25 fragments or asbestos?

Ann G. Wylie, Ph.D.

Page 218

1    A   No.
2    Q   Okay.  And one last one.  See if I can
3  get this so you can -- that's big enough,
4  hopefully.
5        Can you tell whether that slide is a
6  cleavage frag- -- fragment or asbestos?
7        MR. FROST:  Objection to form.
8        THE WITNESS:  There's no scale.
9  BY MR. PLACITELLA:
10   Q   So you need a scale in order to make
11 that assessment?
12   A   I need a scale.
13   Q   So does -- does that help you in any
14 way?
15   A   Yes.
16   Q   Okay.  So is it a cleavage fragment or
17 asbestos?
18   A   It's 0.7 micrometers in width.
19   Q   Mm-hmm.
20   A   And I see no evidence of fibril bundles.
21   Q   Mm-hmm.
22   A   So, again, with the understanding that I
23 normally do not try to look at individual
24 particles and put them in one bin or the other.
25   Q   Mm-hmm.

Page 219

1    A   But given that, I would say it more
2  closely resembles a cleavage fragment than an
3  asbestos fiber.
4    Q   Can you say that within a reasonable
5  degree of scientific certainty?
6    A   As I told you before, I normally do not
7  try to look at individual particles.
8    Q   Okay.  So that's why I'm asking you so
9  the record is clear, and I'm fine with that, you
10 can't state within a reasonable degree of
11 scientific certainty whether this is a cleavage
12 fragment or asbestos?
13       MR. FROST:  Objection to form.
14       THE WITNESS:  I don't know what the
15 mineral is.  It would be very difficult for me to
16 make that determination when I don't even know
17 what the mineral is.
18 BY MR. PLACITELLA:
19   Q   Well, assume it's tremolite.
20   A   Well --
21   Q   Does that change anything?
22   A   Is it tremolite?
23       MR. FROST:  Same objection.
24 BY MR. PLACITELLA:
25   Q   Just assume it's tremolite.

Page 220

1    A   I'm sorry, but you just can't tell me
2  look at a particle and assume it's one mineral and
3  ask such questions.
4        It's 0.7 micrometers in width.  I see no
5  evidence of fiber bundling.  So I would be
6  inclined to conclude, given only that information
7  and your assertion that it's tremolite, that it
8  came from a cleavage fragment population.
9  BY MR. PLACITELLA:
10   Q   Are you willing to testify to that
11 within a reasonable degree of scientific
12 certainty?
13       MR. FROST:  Objection to form.
14       THE WITNESS:  I've already said I
15 normally don't do it on particle-by-particle
16 basis.
17 BY MR. PLACITELLA:
18   Q   Well, that's fine.  If you say, No, I'm
19 not willing to testify within a reasonable degree
20 of scientific certainty, I'll move on.  That's all
21 I'm asking.
22   A   Aren't I testifying right here?
23   Q   Is that what -- is that your testimony?
24   A   My testimony is that, based on its width
25 and the lack of any evidence of a fiber bundle,

Page 221

1  that I would conclude that it is most likely,
2  within a reasonable degree of scientific
3  certainty, but I can't tell you what it is -- but
4  I would say it's most likely that it's a cleavage
5  fragment.
6    Q   Okay.  But you're not certain.
7    A   I don't even know that -- what the
8  mineral is.
9    Q   Okay.  So you're not certain.
10   A   I can't be certain --
11       MR. FROST:  Objection to form.
12       THE WITNESS:  -- unless I know what the
13 mineral is.
14       (Wylie Exhibit No. AW-51 was
15       marked for identification.)
16       MR. FROST:  Wow, that's a lot of paper.
17 BY MR. PLACITELLA:
18   Q   Okay.  I'm going to show you what we've
19 marked here -- can we go to -- as AW-51.
20       Is this the Pooley report that you
21 reviewed in preparation for your -- for your
22 report?
23   A   Is there a date on it?
24   Q   This is as it was given.  It was from --
25 the second page says "From Light -- Lightfoot."

Page 222

1  A  Yes.
2  Q  "Kingston and Pooley."
3  A  Yes.  But it doesn't have a date.
4  The -- I'd have -- I -- I'm not meaning to
5  quibble.  I -- I looked at a report by Lightfoot,
6  et al., on the Italian mine, but there -- I had a
7  date on the one I looked at.  I don't see a date.
8      MR. FROST:  Here, it --
9      THE WITNESS:  Does it have a date?
10     MR. FROST:  This might help, Chris.  I'm
11 going to give her the one from --
12     MR. PLACITELLA:  Yeah, go ahead.
13     MR. FROST:  -- from the reliance
14 materials.  Is that the one --
15     MR. PLACITELLA:  Is that the same
16 report?
17     MR. FROST:  That's what I'm going to
18 have her check.  Is that the one you're -- you're
19 referencing?
20     MR. PLACITELLA:  It has the same exact
21 title.  That's why I was asking.
22     THE WITNESS:  Let me just look.
23     MR. PLACITELLA:  Sure.
24     THE WITNESS:  Without going through it
25 page by page, it certainly appears to be the

Page 223

1  report I reviewed.
2  BY MR. PLACITELLA:
3      Q  Okay.  And --
4      MR. FROST:  Here, why don't you use the
5  one you reviewed.  We can mark yours, and that way
6  if there is a distinction between the two, we'll
7  know pretty quickly during questioning.
8  BY MR. PLACITELLA:
9      Q  Okay.  Well, it's -- the title is
10 exactly the same --
11     A  Yes.
12     Q  -- as in your paper, correct?
13     A  Yes.  And the first page is the same.
14     Q  Exactly the same.  Okay.  And that's --
15     A  Well --
16     Q  If you see AW-51, it also was Pooley 10.
17 Do you see that?
18     A  Yes.
19     Q  Okay.  Now --
20     MR. PLACITELLA:  Hand that down.
21 BY MR. PLACITELLA:
22     Q  Now, I'm going to show you and hand you
23 a copy of the testimony from Dr. Pooley concerning
24 this exact study.
25     MR. PLACITELLA:  Hold on.  You guys each

Page 224

1  have your own.
2      Okay.
3  BY MR. PLACITELLA:
4      Q  This was February of last year at the
5  offices of Johnson & Johnson's attorneys.
6      MR. FROST:  Yeah, I'm going to object to
7  this exhibit, Chris, to the extent it's just an
8  excerpt from the deposition.  It's not the full
9  transcript.
10     MR. PLACITELLA:  That's fine.
11 BY MR. PLACITELLA:
12     Q  You see I'm going to turn to page 428,
13 where they -- by the way, when you were given the
14 Pooley report, Exhibit 10, no one gave you his
15 sworn testimony about what was in the report,
16 correct?
17     A  No.
18     Q  Okay.  Do you see here on page 428, it
19 says:
20     "Q.  But we've got Exhibit 10,
21     which is your report, and if he's
22     reading your report on the very
23     back, Fred Pooley, that's not what
24     it says, is it?"
25     "A.  Uh-huh."

Page 225

1      "Q.  Mr. Bicks has inadequately
2      quoted this report.  Particles
3      formed from the amphibole mineral
4      found at the mine were hardly
5      fibrous."
6      "A.  Yeah."
7      "Q.  'The majority broke to give
8      compact particles.'"  They got too
9      small.  Doesn't that mean all of
10     them did, does it?
11         "Doesn't mean all of them
12     did, does it?"
13     "A.  Nope."
14 So he must have been doing this in an
15 English accent.  It would have probably sounded
16 much better.
17 Then he says:
18     "Q.  So he didn't quote it here,
19     but you found tremolite that was
20     asbestiform that didn't break
21     apart, didn't you."
22 Answer by the witness:
23     "A.  Yes.  A few particles, yes."
24 Were -- were you aware --
25 MR. FROST:  Well, hold on.  First, I'm

Ann G. Wylie, Ph.D.

Page 226

1 going to object as to completeness. They're
2 clearly referring to another part of the
3 transcript here, which you have not included.
4 Therefore, I would object to the sort of small
5 cherry-picked assertion we have here about 10,
6 when it clearly is quoting to other portions of
7 the transcript that are not included here, which I
8 fear are needed for context in order to answer
9 this question.
10 BY MR. PLACITELLA:
11    Q    Okay.  Putting that form objection
12 aside, were you aware that Dr. Pooley had
13 testified under oath that he found asbestiform
14 tremolite in the Italian talc?
15        MR. FROST:  Objection to form.
16        THE WITNESS:  I was not.
17 BY MR. PLACITELLA:
18    Q    Okay.  Now, I know you indicated before
19 that you only looked at information related to the
20 geology of the mines.  Is that fair?
21        MR. FROST:  Objection to form.
22        THE WITNESS:  Say it -- say it one more
23 time.
24 BY MR. PLACITELLA:
25    Q    Well, let me ask the question this way.

Page 227

1    A    Okay.
2    Q    Part of what you did in this case is you
3 looked at the actual -- a report by Dr. Longo of
4 the baby powder that he looked at under a
5 microscope, correct?
6    A    I did look at that.
7    Q    Okay.  And he -- he used TEM, correct?
8    A    Yes.
9    Q    And you used TEM, correct?
10        MR. FROST:  Objection to form.
11 BY MR. PLACITELLA:
12    Q    It's one of the -- it's one of the
13 methods that you used to test for asbestos,
14 correct?
15    A    I don't think I've ever used TEM to test
16 for the presence of asbestos.
17    Q    Okay.  And he used PLM, correct?
18    A    Yes.
19    Q    And you used PLM, correct?
20    A    Yes.
21    Q    He mentioned using a concentration
22 technique.  Do you recall that?
23    A    Yes.
24    Q    And you mention in your report that he
25 used a concentration technique, but you didn't

Page 228

1 take any issue with that.  Is that fair?
2    A    That's fair.
3    Q    Okay.  So in terms of the methodology
4 that he used, that is the concentration technique
5 and at least the PLM, you don't have a
6 disagreement, correct?
7    A    Oh, yes, I do.
8        MR. FROST:  Objection to form.
9 BY MR. PLACITELLA:
10    Q    You do.
11    A    (The witness nods.)
12    Q    So you disagree with the fact that he
13 used PLM?
14        MR. FROST:  Objection to form.
15 Misstates testimony.
16        MR. PLACITELLA:  Well, let me just --
17 let me just -- maybe because it was a compound
18 question.
19 BY MR. PLACITELLA:
20    Q    Do you disagree with the fact that he
21 used PLM?
22    A    No.
23    Q    Okay.  Do you disagree with the fact
24 that he used the concentration technique?
25    A    No.

Page 229

1    Q    Okay.  You looked at the same photos
2 that he did, correct?
3    A    Yes.
4    Q    And you reached a different conclusion.
5 Correct?
6    A    Yes.
7        MR. FROST:  Objection to form.
8 BY MR. PLACITELLA:
9    Q    Okay.  Now -- and when you -- when you
10 did your analysis, you understood that what
11 would -- what you would find in the end product,
12 you wouldn't find asbestos or tremolite or
13 anything else in the end product if it wasn't in
14 the talc from the mine, correct?
15        MR. FROST:  Objection to form.
16        THE WITNESS:  Unless they added it.
17 BY MR. PLACITELLA:
18    Q    Right.
19    A    Yes.
20    Q    Okay.  So on Hopkins 28, in terms of --
21 and I'm not going to go through it all now, I
22 promise you -- all of these tests that were done
23 of the actual product, that would be relevant to
24 whether -- to the conclusion about whether there
25 was asbestos in Johnson's Baby Powder or Shower to

Page 230

1  Shower, correct?
2      MR. FROST:  Objection to form.
3      THE WITNESS:  Would you mind repeating
4  the question?  I got a little bit distracted.
5  BY MR. PLACITELLA:
6      Q   Sure.
7      A   Okay.
8      Q   On Hopkins 28, we didn't go through it
9  in detail.  That's this spreadsheet.
10     A   Okay.  Okay.
11     Q   There are a number of -- there are many
12 tests related to the end product.
13     A   Yes.
14     Q   Okay.  Although you looked at the
15 testing of the end product by Dr. Longo, you were
16 not provided any of the test results concerning
17 the end product on Hopkins 28 to determine whether
18 it supported or refuted Dr. Longo conclusions or
19 your conclusions.
20     MR. FROST:  Objection to form.
21 BY MR. PLACITELLA:
22     Q   Correct?
23     A   I did not look at any of those doc- --
24 at any of those documents.
25     Q   Okay.  Nor were they provided to you.

Page 231

1      MR. FROST:  Objection to form.
2      THE WITNESS:  No.
3  BY MR. PLACITELLA:
4      Q   Okay.  Now, you were -- you were going
5  to take a look at my tests during the break.  Did
6  you do that?
7      A   I did.
8      Q   Okay.  Do you have that with you?
9      A   Not yet.
10     Q   Okay.
11     A   Why?
12     Q   What did I get?
13     A   No, I -- you know --
14     MR. FROST:  We need a couple more
15 minutes.  If you want, we can take a break and get
16 it and bring it back.
17     MR. PLACITELLA:  No.  Could somebody go
18 get it?
19     MR. FROST:  It's not done yet.
20 BY MR. PLACITELLA:
21     Q   I mean, did I get a B?  An A?  What did
22 I get?
23     A   You passed.
24     MR. FROST:  Objection to form.
25 BY MR. PLACITELLA:

Page 232

1      Q   I passed.  Okay.  Well, I guess that's
2  good for you.
3      You were -- questions were asked --
4      A   But I did make some clarifications.
5      Q   That's fine.  That's what -- I told you
6  you could do that.
7      A   I know.  I just wanted to be sure.
8      Q   When the teacher --
9      A   Passing is not necessarily an A.
10     Q   In geology, give me a B.  I'm fine,
11 okay?
12     All right.  Some questions were asked
13 about your deposition.  I want to know if you know
14 the answers.
15     Did you ever have any communications
16 with Mickey Gunther concerning the work you were
17 doing in this case?
18     A   No.
19     Q   Okay.  Did you ever have any
20 communications with Mickey Gunther on the subject
21 of whether there's asbestos in Vermont talc?
22     MR. FROST:  Objection to form.
23     THE WITNESS:  Not that I recollect, no.
24 BY MR. PLACITELLA:
25     Q   Okay.  Did you have any communications

Page 233

1  or conversations with RJ Lee or Matt Sanchez
2  concerning your opinions in this case?
3      A   No.
4      Q   Okay.  Did you ever have any
5  communications with RJ Lee or Matt Sanchez
6  concerning the issue of whether there's asbestos
7  in Vermont talc?
8      A   No.
9      Q   Okay.  Did you ever do any work for
10 Colgate Palmolive?
11     MR. FROST:  Objection to form.
12     THE WITNESS:  I met -- no.  No.  I was
13 never paid by Colgate Palmolive.
14 BY MR. PLACITELLA:
15     Q   Were you ever consulted by Colgate
16 Palmolive?
17     A   I think there were lawyers that came to
18 talk with me, but -- from Colgate Palmolive, but
19 I -- I never did anything with that.
20     Q   How come?
21     A   They came and talked to me.
22     Q   How come?
23     A   I just didn't.  I wasn't that interested
24 in --
25     Q   Okay.

Ann G. Wylie, Ph.D.

Page 234

1    A   -- doing litigation type work.
2    Q   Did you do any testing for them?
3    A   No.
4    Q   Okay.  What about Cyprus Mines, did you
5  ever do any work for them?
6        MR. FROST:  Objection to form.
7        THE WITNESS:  Long ago, I -- I did
8  analyze some samples for them.
9  BY MR. PLACITELLA:
10   Q   Okay.  And in what context?
11       MR. FROST:  Objection to form.
12       THE WITNESS:  They probably sent them to
13  me.
14  BY MR. PLACITELLA:
15   Q   Was it in the context of litigation or
16  in just the normal course of their business?
17   A   I think just the normal -- I believe, to
18  the best of my recollection, the normal course of
19  their business.
20   Q   Who was the person at Cyprus that you
21  dealt with, do you recall?
22   A   No.
23   Q   Do you recall what you found?
24   A   No.
25       MR. FROST:  Objection to form.

Page 235

1        MR. PLACITELLA:  Okay.  So I just want
2  to make sure we have for the record, 53 is a
3  curriculum vitae, so you have it.
4        (Wylie Exhibit AW-53 was marked
5        for identification.)
6        MR. FROST:  Is this the one --
7        MR. PLACITELLA:  Mm-hmm.
8        MR. FROST:  -- you referenced earlier?
9        MR. PLACITELLA:  Yes, the one I -- that
10  we went and got copies of.
11       AW-16 is the letter from Dr. Ashton to
12  Dr. Wylie.
13  BY MR. PLACITELLA:
14   Q   While we're waiting, you --
15       (Counsel conferring.)
16  BY MR. PLACITELLA:
17   Q   -- you mentioned before something known
18  as a mean aspect ratio.
19   A   Yes.
20   Q   Could you explain that?  How do you
21  determine what a mean aspect ratio is?
22   A   You average measurements.
23   Q   How -- how do you average measurements
24  of a fiber -- in a fiber bundle?
25   A   Well, the mean aspect ratio of the

Page 236

1  particle is its length divided by its width.
2  That's what it is.
3    Q   Oh, so you don't have to count the
4  fibrils that make up a bundle?  When you say "mean
5  aspect ratio," you're just saying it's the -- the
6  length divided by the width?
7    A   That's correct.
8    Q   Okay.  Now, did you base your aspect
9  ratio of 20-to-1 on the 1984 paper that we went
10  through before?
11       MR. FROST:  Objection to form.
12  BY MR. PLACITELLA:
13   Q   You told me that you use a 20-to-1
14  aspect ratio for PLM when looking at talc.  Fair?
15   A   I look for all of the properties.  And I
16  look for fiber bundles, I look for high aspect
17  ratio particles, I look for all of the properties.
18   Q   I'm giving you that.  That's not my
19  question.
20   A   Okay.
21   Q   So I want to just try to get on the same
22  page.
23   A   Okay.  All right.
24   Q   You -- I'm just talking about the aspect
25  ratio --

Page 237

1    A   Yes.
2    Q   -- of 20-to-1.
3    A   Yes.
4    Q   What -- where did that come from?
5        MR. FROST:  Objection to form.
6        THE WITNESS:  Hmm, where did it come
7  from?  Probably measurements that were made
8  with -- from the SEM.  Observations on many
9  asbestos samples that I made.  It would be an
10  approximation.  You have under the microscope
11  scales, and so you can kind of see what the aspect
12  ratios are.
13  BY MR. PLACITELLA:
14   Q   Okay.  But you can't -- I'm probably
15  just not making myself clear.  I apologize.  It's
16  late in the day.
17       You -- you use as a standard 20-to-1
18  aspect ratio, correct?
19   A   No.  I -- no.
20   Q   Go ahead.
21   A   I -- when -- when you asked me what my
22  criteria were, I said an abundance of high aspect
23  ratio particles.
24   Q   All right.  20-to-1.
25       MR. FROST:  Objection to form.

Ann G. Wylie, Ph.D.

Page 238

1    THE WITNESS:  An abundance of high
2  aspect ratio particles with a mean.  Mean.
3  BY MR. PLACITELLA:
4    Q   Okay.
5    A   A mean is not a 20-to-1.  You can have a
6  10-to-1.
7    Q   Okay.
8    A   To get a mean, you have some are less
9  and some are greater.
10    Q   Okay.
11    A   And the more greater they are, the more
12  they weight the mean.
13    Q   Okay.  So you could have short ones and
14  some long ones, and that's how you get to 20.
15    MR. FROST:  Objection to form.
16    THE WITNESS:  Short ones and long ones,
17  that's how you get to 20.
18    You can have high aspect ratio -- you
19  can have 20-to-1 particles.  You can have less
20  than 20-to-1 particles.
21  BY MR. PLACITELLA:
22    Q   Okay.
23    A   So -- but when you look at a population,
24  you find that -- the mean aspect ratio for the
25  populations that we measured.  All right.  It's

Page 239

1  one of the reasons why I said an abundance of high
2  aspect ratio particles being 20-to-1 or greater.
3  But a mean aspect ratio is -- encompasses all
4  particles longer than 5 micrometers.
5    Q   Mm-hmm.
6    A   Longer than 5 micrometers, and an
7  average of their aspect ratio.  That's what the
8  word "mean" means.
9    Q   Okay.  Fair enough.
10    And I'm saying in the standard that you
11  apply, the 20 -- the mean aspect ratio 20-to-1,
12  all right, what is that based on?
13    A   At the time we had -- I had measured
14  quite a few asbestos populations by scanning
15  electron microscopy, and I used that to check for
16  what I might be able to say would be a mean.
17    Q   So you looked at bulk asbestos
18  populations?
19    A   Yes.
20    Q   Okay.  And when you say "populations,"
21  how is that defined when you came to that standard
22  of 20-to-1?
23    A   Well, we measured -- "we" being the
24  Bureau of Mines -- you know, thousands of
25  particles.

Page 240

1    Q   Okay.  So the 20-to-1 aspect ratio --
2    A   Mean.
3    Q   -- mean aspect ratio, had no
4  relationship to your 1984 paper that we went over
5  before?
6    MR. FROST:  Objection to form.
7  BY MR. PLACITELLA:
8    Q   You didn't get it from there?
9    MR. FROST:  Objection to form.
10    THE WITNESS:  I didn't get it from the
11  paper I wrote?
12  BY MR. PLACITELLA:
13    Q   That's what I'm asking you.
14    A   You mean I referenced -- I got it from
15  what I wrote?  I would never.  I mean I don't
16  understand your question.  How could I get it from
17  what I wrote?
18    Q   Well --
19    A   I wrote from the -- I got it from the
20  data.
21    Q   Okay.  Well, that's my question.  You
22  didn't get it from the analysis that was in your
23  paper, the ASTM paper from 1984.
24    A   Oh.  I'm sorry.  Where we were talking
25  about all those data that were listed, the air

Page 241

1  samples and --
2    Q   Yes -- yes, Doctor.
3    A   No.
4    Q   Okay.  You got that from a separate
5  analytical system that you did.
6    A   Yes.
7    MR. PLACITELLA:  Okay.  Now -- well, I
8  said 15 minutes.  I kept to it, but I still need
9  to see my tests.
10    THE WITNESS:  Okay.
11    MR. FROST:  Can we go off the record?
12    MR. PLACITELLA:  Okay.  Yep.
13    THE VIDEOGRAPHER:  The time is 4:09 p.m.
14  We're going off the record.
15    (Recess.)
16    THE VIDEOGRAPHER:  The time is 4:24
17  p.m., and we're back on the record.
18  BY MR. PLACITELLA:
19    Q   Okay.  Did you bring my tests with you?
20    A   I did.
21    Q   Okay.  Just before we go there, would --
22  do you agree that TEM is the gold standard for
23  testing for talc to determine whether there's
24  asbestos?
25    MR. FROST:  Objection to form.

Ann G. Wylie, Ph.D.

Page 242

1    THE WITNESS:  No.
2  BY MR. PLACITELLA:
3    Q   Okay.  Do you have 51?
4    A   Yes.
5    MR. FROST:  So --
6    THE WITNESS:  We need to look at them
7  together.
8    MR. FROST:  I was going to say it might
9  make sense for us to go through, tell you the
10  changes, give it to you, and then you can ask
11  her --
12  BY MR. PLACITELLA:
13    Q   Well, why don't I just flip through it
14  and put it up on the ELMO.
15    A   Oh, okay.
16    Q   Does that work?
17    A   Yes, that works.
18    Q   Or you can sit next to me.
19    A   No, that works.
20    Q   But I didn't think you would really
21  want to do that at the end of the day.
22    A   I wouldn't be in the camera.
23    Q   Oh.  Well, no, you get the camera this
24  way.  I mean, you probably wouldn't want it on
25  record.  Okay.

Page 243

1    All right.  So --
2    A   I numbered your pages.
3    Q   Thank you.
4    So I'm just going to keep going until I
5  see something.  How's that?
6    A   No, I'd like to go through it page by
7  page --
8    MR. FROST:  Yeah, I was going to say --
9    THE WITNESS:  -- if you don't mind.
10    MR. FROST:  -- I think we should do it
11  page by page.
12  BY MR. PLACITELLA:
13    Q   Did you make any changes on number 1?
14    A   I would add, which I didn't add on the
15  piece of paper, but I would certainly want to be
16  put on the record that I have 45 years of
17  experience that I also relied on.
18    Q   Actually, I was going to actually ask
19  you what your diet was, because I think you look
20  awesome.  Okay?  So put that aside.  I assume you
21  have experience.
22    So I'm flipping through 3 --
23    MR. FROST:  Yeah, why don't we mark this
24  as --
25    MR. PLACITELLA: AW-50-A?

Page 244

1    MR. FROST:  Can you hand that to the
2  court reporter.
3    MR. PLACITELLA:  Can we make it 50-A?
4    MR. FROST:  Sure.
5    THE WITNESS:  Okay.
6    (Wylie Exhibit No. AW-50-A was
7    marked for identification.)
8  BY MR. PLACITELLA:
9    Q   Well -- okay.  Sorry.
10    What do you want me to do with this?
11    A   You had asked me what approach I would
12  take for the identification of asbestos by
13  polarized light microscopy, and we went through --
14    Q   Right.
15    A   -- a series, and it began on -- keep
16  going -- the page there.
17    Q   Okay.
18    A   All right.  And I rewrote that, just
19  that page, and I think the next, and perhaps even
20  the next, to be sure that it was complete and
21  rigorous.
22    I don't -- it isn't that what you had
23  was so wrong.  It's just that I don't normally
24  want to agree with what someone else has read
25  that -- written that I said.  So I just rewrote it

Page 245

1  in a format with which I'm comfortable.  So you
2  could look that over and see if there's anything
3  in what I've written here that we did not discuss.
4    Q   Okay.  We'll you -- you wrote in 50-A.
5  Did you do this by yourself or were in conjunction
6  with your lawyer?
7    A   By myself.
8    Q   Okay.  So before we get there, you still
9  didn't give me a grade.
10    MR. FROST:  Well, handwriting or
11  content?
12    MR. PLACITELLA:  No, on how I did here.
13    THE WITNESS:  B plus.
14    MR. PLACITELLA:  Okay, I'll take it.
15  BY MR. PLACITELLA:
16    Q   Now, 50-A is your amendment to this
17  entire pad, is that fair?
18    A   Not quite.  I'd like to go through it
19  page by page.
20    Q   Okay.
21    Okay.  I -- we'll put this in the
22  record.
23    A   That's fine.
24    Q   That's fine.  I mean your testimony is
25  what it is, and we'll leave this as -- in the

Ann G. Wylie, Ph.D.

Page 246

1  record, okay?
2      So let's go through 3.
3   A   That's amended there.
4   Q   Okay. 4?
5   A   If there's anything at the bottom,
6  that -- that's all that shows. I can only see
7  down to (c). Okay. Yes, that's amended in that
8  or contributed.
9   Q   All right.
10  A   I -- I let that stand.
11  Q   Okay.
12  A   I let that stand.
13  Q   Okay. Population, page 6. I'm on
14 page 7, fiber bundles.
15  A   I'll let that stand.
16  Q   Okay. Page 8?
17  A   Could you move it down a little bit so I
18 can see the -- all right. Yes, I'll let that
19 stand.
20  Q   Okay. Page 9, one of the regulated --
21 we never actually wrote in it.
22      Okay. Page 10?
23  A   I corrected "abundance greater than one"
24 to reflect my comment that you need many more than
25 one.

Page 247

1   Q   How many more?
2   A   I don't know. Many more.
3   Q   Well, do I need four Golden Retrievers?
4  Five?
5      MR. FROST: Objection to form.
6  BY MR. PLACITELLA:
7   Q   I mean, how is somebody supposed to
8  apply your method if they don't know what
9  "abundance" means?
10      MR. FROST: Objection to form.
11 BY MR. PLACITELLA:
12  Q   Doctor, if you're -- you're going to
13 teach somebody, I'm your student, and I'm saying,
14 Well, what do you mean by abundance? How many
15 Golden Retrievers do I have to look at? How many?
16  A   Many more than one.
17  Q   But you don't know.
18  A   It very much depends upon the
19 characteristics. So, for example, if the
20 particles were all totally uniform, you would need
21 fewer.
22  Q   Okay.
23  A   If they're highly variable, you would
24 need more.
25  Q   But a student applying your method

Page 248

1  looking at the same sample that you are --
2   A   Yes.
3   Q   -- how would I know what to look at if I
4  didn't have you whispering in my ear, That's too
5  many, that's too little?
6      MR. FROST: Objection to form.
7      THE WITNESS: I -- I think I would just
8  say, There are many more than one.
9  BY MR. PLACITELLA:
10  Q   Okay. But we can't say how many?
11  A   No.
12  Q   Okay. Next.
13  A   That's in the -- it's listed in that
14 correction that I gave you.
15  Q   Okay. But it's not required.
16  A   That's the way I -- yes, that's what
17 mine says.
18  Q   Okay. 12?
19  A   Could I see what's down at the bottom?
20  Q   Uh-huh.
21  A   Yes.
22  Q   It's fine?
23  A   Mm-hmm.
24  Q   13, you wrote?
25  A   That's -- those are my initials.

Page 249

1   Q   Right.
2   A   I crossed out "expected" and put
3  "required."
4   Q   Put -- so you changed your mind.
5   A   Well, I use --
6   Q   You thought about it more.
7   A   I always use it, and I don't know of any
8  instances where you have asbestos where you do not
9  have anomalous properties.
10  Q   Okay.
11  A   So I -- I put "required."
12  Q   So your next article, that's what you're
13 going to write?
14      MR. FROST: Objection to form.
15 BY MR. PLACITELLA:
16  Q   Yes?
17  A   I don't plan -- I'm not -- have any
18 plans to write another article on this topic.
19  Q   You're done with this except for
20 testifying?
21      MR. FROST: Objection to form.
22      THE WITNESS: No, I'm not done with
23 this. What do you mean by "this"?
24 BY MR. PLACITELLA:
25  Q   Well, you don't plan on publishing these

Page 250

1 criteria?
2      A   I don't.
3      Q   Okay.
4      A   I have no -- I have no plans to do that.
5      Q   Okay.  And that's the end of the pad,
6 correct?
7      A   Yes.
8      Q   Okay.  Now -- so I just have one
9 question.  I know you had a number of consults
10 with Johnson & Johnson's attorney while I was
11 eating cookies, and did any of the consults you
12 had with Johnson & Johnson's attorneys cause you
13 to change your testimony from today in any
14 material way?
15      MR. FROST:  Well, objection to form.
16      First off, the CMO regarding the
17 deposition procedure is very clear that the
18 negotiated resolution was any conferences during
19 breaks were off limits from the deposition.
20      MR. PLACITELLA:  I'm not asking her the
21 substance.  I'm just asking whether any
22 conferences with you and her and the other lawyers
23 at Johnson & Johnson caused her to change her
24 testimony in any material way.
25      MR. FROST:  And again, I think --

Page 251

1      MR. PLACITELLA:  That's all.  I'm not
2 asking her about what exactly was said.
3      MR. FROST:  Nope.  Again, I think that's
4 inappropriate.  I think you're diving into
5 attorney-client privilege.  And frankly, I think
6 you're breaking the procedure that was negotiated
7 by both sides in this case.
8      MR. PLACITELLA:  I'm breaking procedure
9 by asking that question?
10      MS. O'DELL:  I think he's clearly not
11 asking the substance of the conversation.
12      MR. PLACITELLA:  Right.
13      MS. O'DELL:  He's not saying you
14 can't --
15 BY MR. PLACITELLA:
16      Q   I'm not asking you what was stated.  All
17 I'm asking is --
18      MS. O'DELL:  At the last deposition we
19 were at --
20 BY MR. PLACITELLA:
21      Q   -- are you -- based -- having had a
22 consult with your attorney, your attorneys, do you
23 need to change your testimony in any way?
24      MR. FROST:  I'll renew my objection.  I
25 have not instructed my witness not to answer.  But

Page 252

1 my objection is on the record.
2 BY MR. PLACITELLA:
3      Q   Okay.
4      A   No.
5      Q   Okay.
6      MR. PLACITELLA:  The answer was much
7 shorter than the objection.
8      That's all my questions for now,
9 depending on if your counsel has any questions.
10      But -- oh, can we just -- well, we're
11 just going to put these in the record.  This is
12 AW-44 and Hopkins 28.
13      (Wylie Exhibit No. AW-44 was
14      marked for identification.)
15      MR. PLACITELLA:  So take a look.
16      And 50, if I get a copy -- if I get a
17 copy of this, would you after, for Mr. Frost, put
18 the "B+" on the copy?
19      Okay.  That's all I've got.
20      MR. FROST:  All right.  Let's take a
21 break.  We do have some questions.  And we're
22 actually waiting for some things to be printed.
23      THE VIDEOGRAPHER:  The time is 4:34 p.m.
24 and we're going off the record.
25      (Wylie Exhibit No. AW-52 was

Page 253

1      marked for identification.)
2      (Recess.)
3      THE VIDEOGRAPHER:  The time is 4:56 p.m.
4 and we're back on the record.
5      CROSS-EXAMINATION
6 BY MR. FROST:
7      Q   Good afternoon, Dr. Wylie.  Jack Frost
8 from Biddle & Reath.  As you know, I represent
9 Johnson & Johnson in this case.
10      I'm going to ask you a few questions
11 this afternoon.  They shouldn't take too long, and
12 I apologize now, I'm going to be jumping around a
13 bit.
14      But do you recall this morning when you
15 were asked a series of questions about testimony
16 you gave to a United States Senate Committee about
17 an asbestos ban bill?
18      A   I do.
19      Q   Can you explain to me in your own words
20 what happened at that hearing?
21      A   I went to give testimony on the nature
22 of asbestos.  I went to urge the Committee to
23 expand the definitions of regulated asbestos to
24 include all asbestiform amphibole.  I also
25 requested that a methodology be developed so that

Ann G. Wylie, Ph.D.

Page 254

1  ordinary rock fragment would not be included.
2       And at the end of my testimony, I was
3  asked if I had ever worked for -- or I thought I
4  was asked if I had ever worked for asbestos
5  companies, and in the context of that hearing and
6  what was going on, I answered that question, "No."
7       The -- Senator Boxer then asked about
8  some invoices that she had and -- from
9  R.T. Vanderbilt.  And so I said -- and she -- I
10 asked her to rephrase the question, because I -- I
11 thought perhaps I had answered a question that
12 wasn't exactly asked.  She rephrased the question
13 somewhat and talked about had I ever given a
14 deposition, or something to that effect, in
15 litigation around allegations of asbestos-related
16 diseases or -- and of course, I had to answer in
17 the affirmative then.
18      And it was a very disturbing experience
19 for me because my integrity means a lot.  And so
20 at the conclusion of that event, I wrote the
21 Senator a letter and detailing exactly what my
22 experience had been around the questions that she
23 asked, and just basically trying to explain my
24 misunderstanding and I had no intention to
25 deceive.

Page 255

1    Q   I'm going to mark as --
2        MR. FROST:  Sorry, what exhibit are we
3  on?
4        THE REPORTER:  54.
5        MR. FROST:  AW-54.  Pass this to the
6  court reporter.
7        (Wylie Exhibit No. AW-54 was
8        marked for identification.)
9        MR. FROST:  This is for you.
10       THE WITNESS:  Oh.
11       MS. O'DELL:  Do you have a copy for us?
12       MR. FROST:  I don't.  I only have the
13 one.  It was in the reliance materials we
14 forwarded.
15       MS. O'DELL:  Okay.
16       MR. PLACITELLA:  Okay.  We waited for
17 half an hour.  You don't have a copy for me?
18       MR. FROST:  We do.  I was going to say
19 we have the big one.
20 BY MR. FROST:
21   Q   But is this a -- is this a copy of the
22 letter you were talking about, Dr. Wylie?
23   A   Yes.
24       MR. FROST:  I mean, I'm happy to give it
25 to you, Chris, to look at.

Page 256

1        MR. PLACITELLA:  Oh, it's -- I believe
2  her.  I don't have to look at it.
3        MR. FROST:  Okay.  And again, the --
4        MS. O'DELL:  For my purposes, what is
5  the date on it so I can --
6        THE WITNESS:  June 16th, 2007.
7  BY MR. FROST:
8    Q   And does this letter reflect what you
9  just talked about, the misunderstanding you had
10 about the questions being asked by doctor -- or,
11 sorry, by Senator Boxer?
12   A   Yes.
13   Q   And prior to today -- or I guess I'll
14 strike that.
15       This morning Mr. Placitella asked you a
16 series of questions about whether or not some
17 companies you had done consultation work for
18 manufactured asbestos-containing products; is that
19 correct?
20   A   That's correct.
21   Q   Prior to this morning, did you know that
22 any of those companies may have manufactured
23 asbestos-containing products?
24   A   I did not.
25   Q   And that was something that you learned

Page 257

1  today?
2    A   Yes.
3    Q   This morning you were also asked various
4  questions about the methodologies you employed in
5  undertaking or in drafting your expert report.
6        Can you please explain to us what
7  methodology you employed in this case?
8    A   I reviewed the literature.  I -- what I
9  basically did was for review of the literature and
10 the reports, I considered myself as a reviewer of
11 a document like I would in an academic setting for
12 a journal.  And that was my job, and that's what I
13 did.
14   Q   And is what you did to draft your report
15 any different than what you would undertake in
16 this literature review as an academic?
17   A   No.
18   Q   And can you explain to us what steps you
19 took to conduct your literature review?
20   A   I searched through GeoRef, which is a
21 database for geologic literature.  I searched the
22 web, just putting in information and seeing what I
23 could find on the various mines, for example.  I
24 think that's how I found the information on Mindat
25 for the Argonaut Mine.  And of course, I reviewed

Page 258

1 the two Pooley reports.
2    Q   If you were undertaking a scientific
3 review as -- in your role as professor emeritus,
4 is there anything different you would have done in
5 undertaking that literature review than you did
6 here?
7    A   No.
8    Q   Are there any additional sources you
9 would have sought out to consider?
10    A   No.
11    Q   You were also asked a series of
12 questions this morning about articles you relied
13 on, and the question was always asked around, you
14 know, the frame of other than articles in which
15 you were an author.
16       Do -- do you recall that series?
17    A   I do.
18       MR. PLACITELLA: Objection to the form.
19 BY MR. FROST:
20    Q   Is it acceptable in a scientific
21 literature review to rely on peer-reviewed
22 articles?
23       MR. PLACITELLA: Objection to form.
24       THE WITNESS: Yes.
25 BY MR. FROST:

Page 259

1    Q   And can you explain to me what a
2 peer-reviewed -- like what it means to be a
3 peer-reviewed publication?
4    A   It means that the manuscript that you
5 submit to a journal is sent out, usually
6 anonymously, to experts in the field. And their
7 comments come back to the editor. The editor
8 sometimes -- mostly will ask for responses.
9 The -- sometimes the peer review requires another
10 review. Sometimes it says simply address these
11 issues. One addresses the issues, makes the
12 revisions or argues that they're unnecessary. The
13 editor makes the decision at that point about
14 whether to accept an article or require that it go
15 out for additional review.
16       But in the long run, it really means
17 that your work has been reviewed by other experts
18 in the field anonymously -- normally anonymously.
19    Q   And is review of peer-reviewed
20 scientific literature what an academic or a
21 scientist typically does in undertaking a
22 literature review?
23    A   Normally do you look for peer-reviewed
24 information?
25    Q   Yes.

Page 260

1    A   If it's available, certainly.
2    Q   With respect to the various publications
3 in your report in which you were an author, are
4 those peer reviewed?
5    A   Yes.
6    Q   Is there any reason it would be
7 unreliable to rely on your own peer-reviewed
8 publications to support your opinions here?
9    A   I hope not.
10    Q   And again, would you agree with me that
11 you've actually published a significant number of
12 articles with respect to asbestos and the
13 identification of asbestos. Is that correct?
14    A   That's correct.
15       MR. PLACITELLA: Objection to form.
16 BY MR. FROST:
17    Q   Can you estimate for me how many
18 peer-reviewed articles you've published on this
19 subject?
20    A   I think I put in my report that number
21 38. I'm happy to recount.
22    Q   Do you know of any other scientists who
23 has published more peer-reviewed papers --
24       MR. PLACITELLA: In mine it's 39.
25 BY MR. FROST:

Page 261

1    Q   Are you aware of any other scientists
2 who have published more peer-reviewed literature
3 than you have in these areas?
4       MR. PLACITELLA: Objection. I think
5 that's beyond her competence, but okay.
6       THE WITNESS: Yeah, I -- I would say
7 certainly I'm among those who have published a
8 lot. I couldn't tell you -- I don't -- I would
9 have to see their CVs.
10 BY MR. FROST:
11    Q   And in addition to your peer-reviewed
12 publications on the identification of asbestos and
13 asbestos, have you done any other work as a
14 scientist in these areas?
15    A   I have done -- oh, yes, mm-hmm. I have
16 done work that I have not published.
17    Q   And what types of things would this work
18 have undertaken?
19       MR. PLACITELLA: Object to the form.
20       THE WITNESS: I've reviewed reports.
21 I've analyzed materials as -- as we've discussed.
22 I've done research in the lab. I've had students
23 do the work on -- in the topic under my direction.
24 BY MR. FROST:
25    Q   And you would agree with me that you're

Ann G. Wylie, Ph.D.

Page 262

1 bringing all of this prior experience and work
2 into the opinions you've drafted for this case,
3 correct?
4     A   That's --
5         MR. PLACITELLA:  Objection.  Leading.
6         THE WITNESS:  That's correct.
7 BY MR. FROST:
8     Q   I'm going to turn your attention to a
9 letter that was previously marked as AW-17.
10     A   Yes.
11     Q   If you could turn to page 3.
12         Do you recall Mr. Placitella asked you a
13 series of questions regarding this -- this
14 particular letter?
15     A   I do.
16     Q   And it appears in the last article that
17 you're taking issue with an EPA interim method on
18 testing of bulk insulation materials.  Is that
19 fair?
20     A   That's fair.
21     Q   What year was this letter written?
22     A   1986.
23     Q   And you've also talked extensively today
24 about the EPA PLM testing methodology; is that
25 correct?

Page 263

1     A   That's correct.
2     Q   And is that the R-93 method?
3     A   Yes.
4     Q   Are you aware what year the EPA
5 published R-93?
6     A   1993.
7     Q   So that was certainly after the 1986
8 drafting of this letter, correct?
9         MR. PLACITELLA:  Objection.  Leading.
10         THE WITNESS:  That's --
11 BY MR. FROST:
12     Q   I'll reask the question.  Is 1993 after
13 1986 when you drafted this letter?
14         MR. PLACITELLA:  Objection to the form.
15         THE WITNESS:  Yes.
16 BY MR. FROST:
17     Q   Do you know what interim method -- EPA
18 interim method you're talking about on page 3 of
19 this letter?
20     A   Yes, there was a method, an interim
21 method that was published in the '80s.  That's the
22 method I'm referring to.
23         MR. FROST:  I'm going to mark this
24 document as AW-55.  Hand that to the court
25 reporter.

Page 264

1         MR. PLACITELLA:  Has that been supplied
2 to us before?
3         MR. FROST:  No.
4         MR. PLACITELLA:  Well, I object to you
5 asking her any question about any document that
6 has not been supplied to us before the deposition
7 or in discovery and which I have no opportunity to
8 read and review.  So I object to using this at
9 all, and I object to all questions relating to it.
10         MR. FROST:  Well, that's fine, Chris.
11 This is in direct rebuttal to something you
12 brought up during your examination, and it's a
13 publicly available document.  So your objection is
14 noted, but we're going to continue.
15         MR. PLACITELLA:  Well -- okay.  Well, I
16 sat around here for more than an hour, and you
17 apparently knew that you were going to use this.
18 It would have been nice and courteous if you had
19 handed it to me ahead of time.  But do whatever
20 you will do.
21         MR. FROST:  I will.
22         (Wylie Exhibit AW-55 was marked
23         for identification.)
24         MR. FROST:  Is it marked?  Please give
25 that to Dr. Wylie.

Page 265

1 BY MR. FROST:
2     Q   Take your time to review what's been
3 marked as AW-55.
4     A   Yes.
5     Q   Is this the interim method from the EPA
6 that you were just talking about?
7     A   Yes.
8     Q   And is this the interim method that's
9 referenced in the letter designated as AW-16?
10     A   Yes.
11     Q   Could you point me to where in this
12 document your -- or strike that.
13         What aspect of this interim method is
14 your letter specifically addressing in the final
15 paragraph on page 3 of AW-16?
16         MR. PLACITELLA:  Object to the form.
17         THE WITNESS:  The section of the method,
18 1.7.2.4, "Quantitation of asbestos content."  In
19 the second paragraph:  "For the purpose of this
20 method, asbestos fibers," and that's in quotes,
21 "are defined as having an aspect ratio greater
22 than 3-to-1, and being positively identified as
23 one of the minerals in Table 1.1."
24 BY MR. FROST:
25     Q   Did that portion of the interim method

Ann G. Wylie, Ph.D.

Page 266

1  make it into R-93?
2      A   It did not.
3      Q   And what was the reason that you're
4  criticizing this particular portion of the interim
5  method?
6      A   It's inadequate to discriminate asbestos
7  from cleavage fragments.
8      Q   All right.  Next I'm going to turn your
9  attention to what has been previously marked as
10 AW-16.  I'll hand that to you.
11         Do you recall when Mr. Placitella was
12 asking you a series of questions about this
13 letter?
14     A   Yes, I do.
15     Q   Okay.  I'm going to make it real easy so
16 the record is clear.
17         Did you work with -- well, strike that.
18 I'll go back first.
19         You testified before, if I'm correct,
20 that the work you were doing in and around 1987
21 was the drafting of a methodology for PLM that you
22 submitted to the ASTM committee.  Is that fair?
23     A   That's fair.
24     Q   Okay.  In drafting that methodology,
25 and I'm going to make this really simple, did you

Page 267

1  ever work with or have any communications with
2  W. Ashton?
3      A   He wrote me this letter.
4      Q   Other than this letter, did you ever
5  work with W. Ashton on that methodology?
6      A   No.
7      Q   Okay.  And we know you've done other
8  work with Slim Thompson, but did you do any work
9  with Slim Thompson regarding the drafting of this
10 methodology?
11     A   No.
12     Q   Okay.  And in fact, who did you submit
13 the methodology to?
14     A   The committee, ASTM Committee D22507.
15         Actually, I probably sent it to Sharon
16 Kaufman at ASTM.
17     Q   Do you recall before being showed a
18 portion of a deposition transcript from
19 Dr. Pooley?
20     A   I do.
21     Q   And you'd agree with me that that was
22 not the complete deposition transcript you were
23 shown, correct?
24     A   Yes, I am.
25         MR. PLACITELLA:  So -- so stipulated.

Page 268

1      MR. FROST:  I'm going to mark this as
2  AW-56, please.
3         (Wylie Exhibit No. AW-56 was
4         marked for identification.)
5      MR. PLACITELLA:  I don't want to take it
6  home.  It's too heavy.
7         How come you could make a big fat copy
8  of that, but you couldn't give me a two-page piece
9  of paper?
10 BY MR. FROST:
11     Q   Turn your attention to page 36, please.
12     A   I'm going to have to move this clamp.
13     Q   That's fine.  Take your time.
14     A   I'm going to take the clamp off.  Okay.
15     Q   Okay.  I'm going to read a portion of
16 the deposition.
17         Starting on page 36, line 8:
18         "Q.  In testing that you did on
19         the two ore deposits and also baby
20         powder products with talc in them,
21         were you ever able to determine
22         whether or not either the ore or
23         any of the baby powder had
24         asbestos in it?
25         "A.  Well, we were -- part of a

Page 269

1  visit like to take the samples is
2  to look around and see if you can
3  see anything which might represent
4  an asbestos-type contaminant.  And
5  although looking at the rock
6  specimens we brought back, there
7  were amphibole minerals, but there
8  were no obvious asbestos visible
9  in the mine.
10         "Q.  After all the testing that
11 you did, were you able ever to
12 find asbestos in the samples or
13 the deposit samples that you
14 looked at?"
15     MR. PLACITELLA:  Well, can you just put
16 for the record who's asking these questions?
17     MR. FROST:  Sure.
18     MR. PLACITELLA:  Is it the lawyer for
19 Johnson & Johnson?
20     MR. FROST:  Yes.
21     MR. PLACITELLA:  So -- so this is prior
22 to Mr. Lanier's cross, just for context.
23     MR. FROST:  I believe that's correct.
24 This is Mr. Bicks.
25     MR. PLACITELLA:  Okay.  Okay.

Ann G. Wylie, Ph.D.

Page 270

BY MR. FROST:
1
2    Q    So before we were interrupted,
3  continuing along --
4        MR. PLACITELLA: I just --
5  BY MR. FROST:
6    Q    -- on page 37 --
7        MR. FROST: That's fine.
8        MR. PLACITELLA: I want to make sure the
9  record is clear.
10 BY MR. FROST:
11   Q    "A. No. Mineral types, yeah, amphibole
12 mineral, but no asbestos, no."
13       Did I read that correctly?
14   A    That's -- that's what it says.
15   Q    Based on what you read here, is this
16 consistent with what you saw in Dr. Pooley's
17 report?
18   A    It is.
19   Q    Now, finally, you were asked a series of
20 questions about PLM; is that correct?
21   A    Yes.
22   Q    Is PLM an instrument or a methodology?
23   A    An instrument.
24   Q    Do you take any issue with the fact that
25 Drs. Longo and Rigler used PLM as an instrument in

Page 271

1  their testing?
2    A    No.
3    Q    Is there anything that you take issue
4  with?
5        MR. PLACITELLA: Objection to the form.
6  BY MR. FROST:
7    Q    That wasn't quite done, but is there
8  anything you take issue with with respect to the
9  use of PLM in the -- in Dr. Longo and Rigler's
10 testing?
11   A    I -- I believe I've made those comments
12 in my testimony.
13   Q    Other than what you've testified to
14 today, you know, thus far today, is there anything
15 with respect to the methodology utilized by them
16 under PLM that you take issue with?
17       MR. PLACITELLA: Objection to the form.
18       THE WITNESS: Yes. I think I outlined
19 that.
20 BY MR. FROST:
21   Q    And where do you outline that?
22   A    In -- in my report.
23   Q    Okay. So your criticisms with the
24 methodology utilized by Drs. Longo and Rigler
25 under PLM are set forth in your report; is that

Page 272

1  correct?
2    A    Yes.
3        MR. FROST: Thank you. That's all the
4  questions that we have.
5        MR. PLACITELLA: Okay. I just have five
6  minutes or less.
7        MR. FROST: Well, hold on, how much time
8  did we use?
9        THE VIDEOGRAPHER: That session was 19
10 minutes.
11       MR. PLACITELLA: Okay. So I'm good,
12 right?
13       MR. FROST: So 19 minutes are left.
14       MR. PLACITELLA: Okay. Well, I will do
15 it in five minutes or less.
16       REDIRECT EXAMINATION
17 BY MR. PLACITELLA:
18   Q    As a scientist, a conscientious
19 scientist -- and by the way, this thing with the
20 Senate testimony, I appreciate your testimony.
21 After that happened, did you go back and look at
22 your old CDs and figure out who you worked for to
23 see -- before you wrote the letter to -- to
24 Senator Boxer to say, Hey, did GAF ever make
25 asbestos? Did Keene ever make asbestos? Did you

Page 273

1  ever do that?
2    A    Her question was quite specific with
3  respect to litigation and disease.
4    Q    Okay. We'll just leave it there.
5        As a conscientious scientist, do you --
6  but before you come to reach your conclusions, do
7  you like to have all the available information or
8  just partial, part of the information?
9        MR. FROST: Objection to form.
10       THE WITNESS: All the information -- I
11 guess I'm not clear exactly. If you're referring
12 to all of those testings that you showed me, I was
13 asked to review this document as I would a peer
14 review of a publication, and that was what I did.
15 BY MR. PLACITELLA:
16   Q    Yeah, and I appreciate that, Doctor.
17 But what happened in this case is your lawyers
18 cherry-picked non-published information and gave
19 it to you to review but didn't provide you other
20 information. Correct?
21       MR. FROST: Objection to form.
22 BY MR. PLACITELLA:
23   Q    That's what happened.
24       MR. FROST: Objection to form.
25       THE WITNESS: There certainly is a lot

Page 274

1  of information that you showed me.
2  BY MR. PLACITELLA:
3      Q   Okay.  And to be complete in your
4  analysis, you would at least like to know what it
5  is and decide whether to discard it or consider
6  it.  Do you agree?
7          MR. FROST:  Objection to form.
8          THE WITNESS:  Information by itself
9  doesn't have a lot of meaning.  The context, who
10 did it, the reputation of the person, the skills
11 of the person, and that sort of thing, and so some
12 of those documents you showed me were practically
13 before I was a professor.  I don't know if they
14 would have been helpful to me or not because that
15 information might not have been there.  I don't
16 know.
17 BY MR. PLACITELLA:
18     Q   Well, the Colorado School of Mines,
19 that's a respected entity, is it not, testing
20 entity?
21         MR. FROST:  Objection to form.
22         THE WITNESS:  Yes, so is the University
23 of Maryland, yes.
24 BY MR. PLACITELLA:
25     Q   No question.

Page 275

1      A   Yes.
2      Q   And can we just put it on the record so
3  when I go home and I talk to my Terrapin son
4  graduate that I'm not taking away from the
5  University of Maryland.
6          But Colorado School of Mines clearly is
7  a respected entity for testing, correct?
8          MR. FROST:  Objection to form.
9          THE WITNESS:  Yes.
10 BY MR. PLACITELLA:
11     Q   And you were provided nothing from them,
12 correct?
13     A   Yes.
14     Q   And clearly McCrone is an -- a respected
15 entity for testing, correct?
16         MR. FROST:  Objection to form.
17         THE WITNESS:  As with all testing
18 laboratories, they make mistakes.
19 BY MR. PLACITELLA:
20     Q   Everybody makes mistakes.  Do you agree?
21     A   So, yes, of course.
22     Q   Okay.  And this test method -- this EPA
23 test method where you said that what ended up --
24 or what you had an issue with was the 3-to-1
25 aspect ratio, do you recall that?  Mr. --

Page 276

1      A   Yes.
2      Q   -- Frost just --
3      A   Yes.
4      Q   Other than that, it -- it's fine?
5      A   I haven't looked at the -- no, I
6  wouldn't say that.  I'm not going to bless it
7  because I'd have to look at it very carefully.
8      Q   Okay.  So --
9      A   But in the letter that I wrote which you
10 asked me about, I was referring specifically to
11 the aspect ratio and the particle criteria that
12 they put for a definition of "asbestos fiber."
13     Q   Okay.
14     A   That was my objection reflected in that
15 letter.
16     Q   So you had no problem with the fact that
17 they were using a spec for bulk insulation
18 samples, correct?
19         MR. FROST:  Objection to form.
20 BY MR. PLACITELLA:
21     Q   Didn't express that.
22         MR. FROST:  Objection to form.
23         THE WITNESS:  Please -- please -- please
24 ask it again.
25 BY MR. PLACITELLA:

Page 277

1      Q   This --
2      A   Yes.
3      Q   -- was for bulk insulation.
4      A   That's correct.
5      Q   But your problem wasn't that it was for
6  bulk insulation.  It was because they had the
7  wrong aspect ratio, correct?
8          MR. FROST:  Objection to form.
9          THE WITNESS:  My problem was is that
10 because it -- yes.  I would say yes.
11 BY MR. PLACITELLA:
12     Q   Okay.  Now, just so we know, is there
13 tremolite in the Vermont mines that were used for
14 baby powder?
15         MR. FROST:  Objection to form.
16         THE WITNESS:  Yes.
17 BY MR. PLACITELLA:
18     Q   There is?
19     A   Yes.
20     Q   How much?
21     A   I don't know.
22     Q   Okay.  And the only way you would know
23 is if somebody gave you a sample, correct?  And
24 you test -- you tested or had it tested, correct?
25         MR. FROST:  Objection to form.

Page 278

1 BY MR. PLACITELLA:
2     Q    That's how you would be certain.
3     A    I would be certain.
4     Q    Right.  And that -- and you would take
5 that sample and you would put it under the PLM
6 microscope, correct?
7     A    Correct.
8     Q    And you would take photomicrographs,
9 correct?
10     A    Usually.
11     Q    Right.  And then based upon that, you
12 would make the determination about whether that
13 tremolite was asbestos or not, correct?
14         MR. FROST:  Objection to form.
15         THE WITNESS:  Yes.
16 BY MR. PLACITELLA:
17     Q    But that didn't happen in this case,
18 correct?
19         MR. FROST:  Objection to form.
20         THE WITNESS:  I analyzed no samples.
21 BY MR. PLACITELLA:
22     Q    That didn't happen in this case.
23     A    It did not happen.
24         MR. FROST:  Objection to form.
25 BY MR. PLACITELLA:

Page 279

1     Q    And just a couple more questions, and
2 I -- I might be going over by one minute.
3         In order to determine whether a test was
4 valid or not, right, let's say PLM, you would
5 actually need either -- you would actually need
6 the sample itself and run your own test or the
7 output from the microscope, correct?
8         MR. FROST:  Hold on.  First, objection
9 to form.  Second, objection goes well beyond the
10 examination.
11 BY MR. PLACITELLA:
12     Q    Correct?
13         In other words, if you had to verify a
14 test that was made, right, you would either have
15 to look at the output from a microscope that you
16 trusted, true?
17     A    Look at it with --
18         MR. FROST:  Same objections.
19         THE WITNESS:  Look at it with a
20 microscope myself?
21 BY MR. PLACITELLA:
22     Q    Yes.
23     A    Yes, mm-hmm.
24     Q    Or you would have to take that sample
25 and run the test yourself and draw your own

Page 280

1 conclusions.
2         MR. FROST:  Same set of objections.
3 BY MR. PLACITELLA:
4     Q    Correct?
5     A    I think that's what I just said.
6     Q    Okay.  And if the tests output from the
7 microscope aren't available to you, they're no
8 longer available, they're destroyed, that would
9 impact the scientific process of evaluating
10 whether there was asbestos or not in that sample,
11 correct?
12         MR. FROST:  Hold on.  Objection to form.
13 First off, this is outside of the direct
14 examination.  You've gone far afield of anything
15 that we asked.  If you wanted to ask these
16 questions, Chris, you should have asked them
17 during your direct examination.
18         MR. PLACITELLA:  I'm almost done.
19         MR. FROST:  Hold on.  I'm not done yet.
20         And second off, now you're asking
21 questions that have absolutely nothing to do with
22 any of the opinions that Dr. Wylie has rendered in
23 this case.
24         MR. PLACITELLA:  Well, somebody else
25 will make that determination.

Page 281

1 BY MR. PLACITELLA:
2     Q    So all I'm asking you is, if you wanted
3 to verify testing that was done by somebody else,
4 you would need to see the actual output from the
5 microscope that they were looking at in a clear
6 and presentable form.  Is that fair?
7         MR. FROST:  Same set of objections.
8         THE WITNESS:  I would need a list of the
9 properties that they measured and the data that
10 they -- and the results of those properties.  I'd
11 like to know if they're calling it tremolite.
12 What is the principal index of refraction, what is
13 the extinction angle, where is the optic plane,
14 and all of those listing things that I gave you.
15 BY MR. PLACITELLA:
16     Q    Right.
17     A    Those could be listed.  They could be
18 listed.  I would not necessarily -- if I had all
19 of that information, I think I would be able to
20 conclude whether they had valid assumptions or
21 valid conclusions.
22     Q    Right.  I'm not quarreling with you.
23     A    I don't need the output from the
24 microscope --
25     Q    Okay.

Page 282

1    A   -- in the sense I don't need
2  necessarily -- I mean, I don't know what you're
3  really referring to with output --
4    Q   Were the photomicrographs --
5    A   Well, that doesn't give you --
6        MR. FROST:  Objection to form.
7        THE WITNESS:  -- the optical properties.
8  BY MR. PLACITELLA:
9    Q   Okay.  What does give you the optical
10  properties?
11       MR. FROST:  Objection.
12       THE WITNESS:  You have to measure --
13  BY MR. PLACITELLA:
14   Q   No, what output gives you the optical
15  properties that you could look at to verify?
16       MR. FROST:  Objection.
17       THE WITNESS:  I would need a table
18  indicating that they had measured them and what
19  they had found.
20  BY MR. PLACITELLA:
21   Q   Okay.  And without that information,
22  you -- you couldn't really verify one way or the
23  other?
24       MR. FROST:  Same set of objections.
25  BY MR. PLACITELLA:

Page 283

1    Q   That's all I'm asking.
2    A   That's right.
3    Q   Right.
4        So if Johnson & Johnson was doing
5  testing historically, the only way that you could
6  verify the validity of those tests is to have the
7  kind of information that you are referring to
8  today, correct?
9        MR. FROST:  Objection to form.  And
10  again, I think these questions are becoming more
11  and more inappropriate as you're going, Chris.
12       THE WITNESS:  Yeah, I have to think a
13  little bit about your answer, because when -- when
14  you apply the EPA method, and they tell you that
15  they have seen that meth- -- that information,
16  and, yes, they verified that they found fiber
17  bundles, and that sort of thing -- you're --
18  you're talking about a legal setting.  I operate
19  in a scientific setting.  So I think they're
20  really quite different.
21       And what I would accept from a
22  scientist's word who I knew was well trained might
23  be different from what you would accept as a
24  lawyer.
25  BY MR. PLACITELLA:

Page 284

1    Q   Okay.  Okay.  What was my question?
2    A   I think you asked me if I had to have
3  the output from the microscope, and I was not
4  clear what that is.
5    Q   Okay.
6    A   These are observations that are made and
7  measurements that were --
8    Q   I was probably inartful.
9        There would be results that you would
10  like to look at in order to verify whether in your
11  opinion you agreed with somebody else's
12  conclusions, correct?
13       MR. FROST:  Same objections.
14       THE WITNESS:  Yes.  And they were not
15  available in the Longo and Rigler report.
16  BY MR. PLACITELLA:
17   Q   And they weren't available for any of
18  the other tests that Johnson & Johnson did,
19  correct?
20       MR. FROST:  Same objection.  You're
21  asking her to speculate now.
22       THE WITNESS:  I haven't seen them.
23  BY MR. PLACITELLA:
24   Q   Would you liked to have seen them?
25       MR. FROST:  Objection.

Page 285

1  BY MR. PLACITELLA:
2    Q   No?
3    A   No.
4    Q   So if Johnson & Johnson did their own
5  tests on their own samples, that wouldn't have
6  been important to you in terms of your opinions in
7  this case?
8        MR. FROST:  Objection.  Asked and
9  answered several times.
10       THE WITNESS:  I was asked to act as a
11  reviewer.  I was not -- a reviewer of very
12  specific things, and that's what I did.
13  BY MR. PLACITELLA:
14   Q   Okay.  But there's no question, as we
15  end this deposition, that there was tremolite in
16  the Vermont mines used for baby powder, correct?
17       MR. FROST:  Objection to form.
18       THE WITNESS:  Correct.
19       MR. PLACITELLA:  Okay.  No more
20  questions.  Thank you.
21       MR. FROST:  I just have one question,
22  follow up to that.
23       RECROSS-EXAMINATION
24  BY MR. FROST:
25   Q   When you're -- when you say "tremolite,"

Ann G. Wylie, Ph.D.

Page 286

1  Dr. Wylie, you're talking about tremolite, the
2  mineral, which is different than asbestiform
3  tremolite, right?
4       MR. PLACITELLA:  Objection.  Leading,
5  form.  You can't do that.
6       MR. FROST:  Well, I don't know that you
7  have --
8       MR. PLACITELLA:  You can't do that.
9       MR. FROST:  -- much of a right to object
10  here, but fine.
11  BY MR. FROST:
12    Q    What did you mean by object -- or what
13  do you mean by tremolite, Dr. Wylie, in
14  response --
15       MR. PLACITELLA:  Object --
16  BY MR. FROST:
17    Q    -- to Mr. Placitella's question?
18       MR. PLACITELLA:  Objection.
19       THE WITNESS:  In my report I clearly
20  stated that a mineral name is applied to a
21  chemical composition and an ordered atomic
22  arrangement, and the external morphology or its
23  habit is unrelated entirely to the mineral name.
24  BY MR. FROST:
25    Q    So just because Mr. Placitella was

Page 287

1  asking you about tremolite, that doesn't mean that
2  you believe there's asbestiform tremolite in those
3  mines, correct?
4       MR. PLACITELLA:  Objection.  Leading,
5  form.
6       THE WITNESS:  No.
7       MR. FROST:  Okay.  That's all the
8  questions we have.
9       REDIRECT EXAMINATION
10  BY MR. PLACITELLA:
11    Q    You'd have to see all the testing,
12  wouldn't you, to make a final conclusion?
13       MR. FROST:  Objection to form.
14       THE WITNESS:  No.
15       MR. PLACITELLA:  Okay.  That's all the
16  questions I have.  Thank you.
17       THE VIDEOGRAPHER:  All right.  The time
18  is 5:29 p.m., on March 13th, 2019.  We're going
19  off the record, completing the videotaped
20  deposition.
21       (Whereupon, the deposition of
22       ANN G. WYLIE, Ph.D. was
23       concluded at 5:29 p.m.)
24
25

Page 288

1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2       The undersigned Certified Shorthand Reporter
3  does hereby certify:
4       That the foregoing proceeding was taken before
5  me at the time and place therein set forth, at
6  which time the witness was duly sworn; That the
7  testimony of the witness and all objections made
8  at the time of the examination were recorded
9  stenographically by me and were thereafter
10  transcribed, said transcript being a true and
11  correct copy of my shorthand notes thereof; That
12  the dismantling of the original transcript will
13  void the reporter's certificate.
14       In witness thereof, I have subscribed my name
15  this date:  March 15, 2019.
16
17       _____
18       LESLIE A. TODD, CSR, RPR
19       Certificate No. 5129
20  (The foregoing certification of
21  this transcript does not apply to any
22  reproduction of the same by any means,
23  unless under the direct control and/or
24  supervision of the certifying reporter.)
25

Page 289

1       INSTRUCTIONS TO WITNESS
2       Please read your deposition over carefully and
3  make any necessary corrections.  You should state
4  the reason in the appropriate space on the errata
5  sheet for any corrections that are made.
6  After doing so, please sign the errata sheet
7  and date it.
8       You are signing same subject to the changes
9  you have noted on the errata sheet, which will be
10  attached to your deposition.  It is imperative
11  that you return the original errata sheet to the
12  deposing attorney within thirty (30) days of
13  receipt of the deposition transcript by you.  If
14  you fail to do so, the deposition transcript may
15  be deemed to be accurate and may be used in court.
16
17
18
19
20
21
22
23
24
25

Page 290

```
 1        ------
 2      E R R A T A
 3        ------
 4 PAGE LINE CHANGE
 5   _____ ___ _____
 6 REASON: _____
 7   _____ ___ _____
 8 REASON: _____
 9   _____ ___ _____
10 REASON: _____
11   _____ ___ _____
12 REASON: _____
13   _____ ___ _____
14 REASON: _____
15   _____ ___ _____
16 REASON: _____
17   _____ ___ _____
18 REASON: _____
19   _____ ___ _____
20 REASON: _____
21   _____ ___ _____
22 REASON: _____
23   _____ ___ _____
24 REASON: _____
25
```

Page 292

```
 1        LAWYER'S NOTES
 2 PAGE LINE
 3 _____ _____ _____
 4 _____ _____ _____
 5 _____ _____ _____
 6 _____ _____ _____
 7 _____ _____ _____
 8 _____ _____ _____
 9 _____ _____ _____
10 _____ _____ _____
11 _____ _____ _____
12 _____ _____ _____
13 _____ _____ _____
14 _____ _____ _____
15 _____ _____ _____
16 _____ _____ _____
17 _____ _____ _____
18 _____ _____ _____
19 _____ _____ _____
20 _____ _____ _____
21 _____ _____ _____
22 _____ _____ _____
23 _____ _____ _____
24 _____ _____ _____
25
```

Page 291

```
 1     ACKNOWLEDGMENT OF DEPONENT
 2     I,_____, do hereby
 3 certify that I have read the foregoing pages, and
 4 that the same is a correct transcription of the
 5 answers given by me to the questions therein
 6 propounded, except for the corrections or changes
 7 in form or substance, if any, noted in the
 8 attached Errata Sheet.
 9
10 _____
11 ANN G. WYLIE, Ph.D.          DATE
12
13
14 Subscribed and sworn to
15 before me this
16 _____day of_____,20___.
17 My commission expires:_____
18 _____
19 Notary Public
20
21
22
23
24
25
```

Exhibit C

## VITAE

**William Edward Longo, Ph.D**
**MAS, LLC**
**3945 Lakefield Court**
**Suwanee, Georgia  30024**
**Work Telephone:  (770) 866-3200**

### EDUCATION

| | |
|---|---|
| October 1980 to December 1983 | Received Doctor of Philosophy in Materials Science and Engineering, University of Florida |
| June 1979 to May 1982 | Received Master of Science in Materials Science and Engineering, University of Florida. |
| September 1972 to June 1977 | Received Bachelor of Science degree; Major in Microbiology, Minor in Chemistry, University of Florida. |

### PROFESSIONAL WORK HISTORY

| | |
|---|---|
| September 1987 to Present | President of MAS, LLC (previously Materials Analytical Services, Inc.) Suwanee, Georgia. |
| August 1987 to February 1988 | President and Founder of Longo Microanalytical Services, Inc., Gainesville, Florida. |
| October 1983 to August 1987 | President and Founder of Micro Analytical Laboratories, Inc., Gainesville, Florida. |
| March 1985 to December 1987 | Visiting Assistant Professor; University of Florida, Department of Materials Science and Engineering. |
| August 1983 to March 1985 | Post Doctoral Associate; University of Florida, Department of Materials Science and Engineering. |

William E. Longo, Ph.D
Page 2

## PATENTS

U. S. Patent Serial No. 4671954 June 9, 1987.  Goldberg, E.P., Iwata, H., and Longo, W.E., "Microspheres for Incorporation of Therapeutic Substances and Methods of Preparation Thereof."

U. S. Patent Serial No. 4871716, October 3, 1989.  Goldberg, E.P., Longo, W.E., and McCluskey, R.A., "Magnetically Responsive, Hydrophilic Microspheres for Incorporation of Therapeutic Substances and Methods of Preparation Thereof."

## PUBLICATIONS AND PRESENTATIONS

Egilman, D., Longo, W.E., "Egilman's Assessment Regarding Exposures of Auto Mechanics to "Amphiboles is Correct" *Inhalation Toxicology*, 2012: 24(9); 614-618.

Rigler, M.W., Longo, W.E. & Sauerhoff, M.W.: "Exposure to Fluropolymers and VOCs during Spray Sealant Product Use" Inhalation Toxicology, 23 (11):  641-657, 2011.

Ewing, W.M., Hays, S.M., Hatfield, R., Longo, W.E. & Millette, J.R. "Zonolite Attic Insulation Exposure Studies" *Int. J. Occup. Environ. Health*, Vol. 16(3), Jul/Sep, 2010.

Rigler, M.W., Longo, W.E. Emission of Diacetyl (2.3 Butanedione) from Natural Butter, Microwave Popcorn Butter Flavor Powder, Paste, and Liquid Products", *Int. J. Occup. Environ. Health,* 16:291-302, 2010.

Rigler, M.W., Longo, W.E., "Qualitative Sulfur Gas Emission as a Specific Marker for Problematic Reactive Drywall, Proceedings of the Technical Symposium on Imported Corrosive Drywall, November 5-6, 2009, the University of Florida, Gainesville, FL.

Longo, W.E., Rigler, M.W., Russell, P.E., Vitarelli, J.P., Hoffman, E.M. & Johnson, H.M. Health Effects of Welding, "The Characterization of Welding Fume Particulates and Mn Bioavailability Studies for SMAW and FCAW Consumables" NIOSH, West Virginia, July 2005.

Harris M.D., Ewing, W.M., Longo, W.E., DePasquale, C., Mount, M.D., Hatfield, R.L. & Stapleton, R. "Manganese Exposure During Shielded Metal Arc Welding (SMAW) in an Enclosed Space" *J. Occup. & Environ. Hyg.* 2(8) 375-382, 2005.

Longo, W.E., Egeland, W.B., Hatfield, R.L., Stapleton, R., and Hubbard J., "Tremolite Analysis of Chrysotile Containing Friction and Gasket / Packing Products", ASTM Johnson Conference, Johnson Vermont, July, 2002.

William E. Longo, Ph.D
Page 3

Longo, W.E., Egeland, W.B., Hatfield, R.L., and Newton, L.R., "<u>Fiber Release During the Removal of Asbestos-Containing Gaskets:   A Work Practice Simulation</u>" *Appl. Occup. Environ. Hyg.* 17(1) 55-62, 2002.

Hatfield, R.L., Krewer, J.A., and Longo, W.E., "<u>A Study of the Reproducibility of the Micro-Vac Technique as a Tool for the Assessment of Surface Contamination in Buildings with Asbestos Containing Materials</u>" (M.E. Beard and H.L. Rook) in *Advances in Environmental Measurement Methods for Asbestos*, ASTM #STP 1342,301, January, 2000.

Rigler, M.W., Freeman, G.B., Longo, W.E., Kyono, M. and Cai, M. "<u>A New Rapid Method for Analyzing Single Particles</u>", Proceedings of the Engineeri9ng Solutions to Indoor Air Quality Symposium for the United States Environmental Protection Agency (USEPA), July 21-26, 1997, Research Triangle Park, NC.

Longo, W.E., and Rigler, M.W., "<u>Rapid Identification of Inorganic and Organic Particulate for Routine IAQ Assessment</u>" Indoor Environment Meeting, April, 1996.

Longo, W.E., "<u>Malignant Mesothelioma in Kent Cigarettes Smokers:   Analysis of Asbestos Content in Filters, Cigarette Smoke and Lung Tissue</u>" Society for Ultrastructural Pathology, March, 1996.

Longo, W.E., "<u>The Identification of Asbestos Containing Surface Treatment Products using Standard Analytical Techniques</u>" Florida Environmental and Asbestos Council Meeting, January, 1996.

Longo, W.E., Rigler, M.W. and Slade, J., "<u>Crocidolite Asbestos Fibers in Smoke from Original Kent Cigarettes</u>" Cancer Research <u>55</u> 11, 2232, 1995.

Longo, W.E., "<u>Occupational Exposure From In-Place Asbestos Containing Fireproofing</u>" Environmental Information Association, April, 1995.

Keyes, D. L., Ewing, W. M., Hays, S. M., Longo, W. E. and Millette, J.R., "<u>Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities</u>" Appl. Occup. Environ. Hyg. 9(11) Nov, 1994.

Goldberg, E.P., Quigg, J., Sitren, H., Hoffmann, E., Jayakrishnan, A., Longo, W. and Cantrell, J., "<u>Microsphere Drug Carriers for Targeted Chemo Immunotherapy and for Intracellular Infections</u>" 20th Annual Meeting of the Society for Biomaterials, 1994.

Millette, J.R., Longo, W.E. and Hubbard, J.L., "<u>Demonstration of the Capability of Asbestos Analysis by Transmission Electron Microscopy in the 1960's</u>" Microscope, <u>41</u> 15, 1993.

William E. Longo, Ph.D
Page 4

Ewing, W. M., Chesson, J., Dawson, T. A., Ewing, E. M., Hatfield, R. L., Hays, S. M., Keyes, D. L., Longo, W. E., Millette, J. R., and Spain, W. H. "Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing" Environmental Choices Technical Supplement, Volume I, (2), 1993.

Longo, W. E., "Sampling and Analysis of Asbestos in Dust: An Update" Environmental Information Association, April, 1993. Nashville, Tennessee.

Keyes, D. L., Chessan, J., Hayes, S. M., Hatfield, R. L., Ewing, W. M., Longo, W. E. and Millette, J. R. "Re-Entrainment of Asbestos from Dust in a Building with Acoustical Plaster" Environmental Choice, Technical Support, Volume I, (6), 1992.

Longo, W. E. "A Standard Method for the Analysis of Asbestos in Settled Dust by TEM" Asbestos Measurement Risk Assessment and Laboratory Accreditation, ASTM Conference, July 1992.  Johnson, Vermont.

Longo, W. E. and Roggli, V. L., "Mineral Fiber Content of Lung Tissue in Patients with Environmental Exposures:  Household Contacts vs. Building Occupants"  (B. Boland and J. Cullian EDS) in The Third Wave of Asbestos Exposure to Asbestos in Place.  *Annals of The New York Academy of Sciences*, Volume 63, 1991.

Keyes, D. L., Chessan, J., Ewing, W. M., Faas, J. C., Hatfield, R. L., Hayes, S. M., Longo, W. E. and Millette, J. R. "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above and Suspended Ceiling" *Am. Ind. Hyg. Assoc. J.* (52) Nov. 1991

Longo, W. E. "Sampling and Analysis of Asbestos in Settled Dust"  EPA/A&WMA Symposium on "Measurement of Toxic and Related Air Pollutants", May 1991.  Durham, North Carolina.

Longo, W. E. "Asbestos Wipe Sampling"  Industrial Hygiene Association, October, 1990. West Palm Beach, Florida.

Longo, W. E. "Standard Test Method for Asbestos Concentrations in Dust Samples" American Society of Testing Materials Subcommittee D22.05.07, manuscript in progress.

Goldberg, E. P., Yalon, M., and Longo, W. E. "Low Voltage SEM for Unique Surface Analysis of Prosthetic Devices" Materials Research Society Symposium Proceedings 110, *Biomedical Materials and Devices,* 1989.

Longo, W. E. "Field Emission Scanning Electron Microscopy:  An Alternative Technique for the Analysis of Asbestos Air Filter Samples" National Asbestos Council, September 1988.  Boston, Massachusetts.

William E. Longo, Ph.D
Page 5

Goldberg, E. P., Yalon, M., and Longo, W. E. "Low Voltage Scanning Electron Microscopy for Improved Surface Characterization of Ocular Implants and Other Prosthetic Devices" American Chemical Society Symposium, September 1988. Los Angeles, California.

Longo, W. E. "Rinse Technique for Recovery of Air Samples for TEM Analysis" Asbestos Measurement Research and Laboratory Accreditation, ASTM Conference, July 1988. Johnson, Vermont.

Longo, W. E. "The Presence of Inorganic Fibers in Commercial Brands of Cigarettes" American Industrial Hygiene Conference, May 1988. San Francisco, California.

Longo, W. E. "Analysis of Asbestos by Transmission Electron Microscopy" Alabama Electron Microscopy Society 7th Annual Meeting, March 1988. Birmingham, Alabama.

Longo, W. E. "Asbestos Fiber Loss from Air Sampling Cassettes: A Study by Transmission Electron Microscopy" EPA/APCA Symposium on Measurement of Toxic and Related Air Pollutants, May 1987. Research Triangle Park, North Carolina.

Longo, W. E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, May 1987. Montreal, Canada.

Longo, W. E., Jenkins, E. J., Greene, R., and Baxter, D. "Water Refiltration: An Alternative Sample Preparation Method for the Analysis of Airborne Asbestos by TEM" National Asbestos Council, January, 1987, Chicago, Illinois.

Longo, W. E., and Goldberg, E. P. in "Drug and Enzyme Targeting" (K. Widder and R. Green Eds) Methods of Enzymology, 112, 18, 1985.

Goldberg, E. P., Iwata, H., and Longo, W. E. "Hydrophilic Albumin and Dextran Ion-Exchange Microspheres for Localized Chemotherapy" (S. Davis, L. Illium, J. McVie, and E. Tomlinson Eds) in Microspheres and Drug Therapy. Pharmaceutical Immunological and Medical Aspects, 10, 309, 1984.

Hoffmann, E. M., Longo, W. E., and Goldberg, E. P. "Macrophage Uptake of Albumin Microsphere Drug Carriers" Proceedings of the 11th International Symposium on Controlled Release of Bioactive Materials, 11, 27, 1984.

Longo, W.E., "Albumin Microspheres for the Controlled Release of Therapeutic Agents" Doctor of Philosophy Dissertation, University of Florida, 1983.

William E. Longo, Ph.D
Page 6

Longo, W. E., and Goldberg, E. P. "Novel Albumin-Polypeptide-Drug Microspheres: Synthesis and Ion Exchange Drug Release Properties" Proceedings of the 10th International Symposium on Controlled Release of Bioactive Materials, 10, 245, 1983.

Longo, W. E., Iwata, H., Lindheimer, T., and Goldberg, E. P. "Preparation and Drug Release Properties of Albumin-Polyglutamic Acid-Adriamycin Microspheres" American Chemical Society, 24, 56, 1983.

Longo, W. E., Iwata, H., Lindheimer, T., and Goldberg, E. P. "Preparation of Hydrophilic Albumin Microspheres Using Polymeric Dispersing Agents" *J. Pharm. Sci.,* 71, 1323, 1982.

Goldberg, E. P., Iwata, H., Terry, R. W., Longo, W. E., Levy, M., and Cantrell, J. L. in "Affinity Chromatography and Related Techniques" (Visser, Visser and Nivard Eds), Elsevier, Amsterdam, 375, 1982.

Longo, W. E., Iwata, H., and Goldberg, E. P. "Hydrophilic Albumin-Polyglutamic Acid-Adriamycin Microspheres for Localized Chemotherapy" 8th Annual Meeting of the Society of Biomaterials, 10, 60, 1982.


## ACTIVITIES AND ORGANIZATIONS

*   Member of Environmental Protection Agency Workshop on Sampling and Analysis of Asbestos in Settled Dusts, July 1989.

*   Member of Environmental Protection Agency Peer Review Group for the Asbestos Engineering Program, 1987 to present.

*   Vice-Chairman of the National Asbestos Council Analytical Subcommittee on Transmission Electron Microscopy 1987-1988.

*   Chairman of National Asbestos Council Analytical Subcommittee on Transmission Electron Microscopy 1988-1989.

*   Member of ASTM D-22-05 Subcommittee for Indoor Air Pollution.

William E. Longo, Ph.D
Page 7

## LECTURES AND COURSES INSTRUCTED

Longo, W.E. "Electron Microscopy for Industrial Hygiene Applications" American Industrial Hygiene Conference Professional Development Course, Atlanta GA, May 2004.

Longo, W. E. "Settled Dust: Asbestos and Other Particulates" Georgia Institute of Technology Seminar, August 1991.

Longo, W. E. "The Role of the Laboratory Manager, Quality Assurance Officer and the Analyst for NIST Accreditation" Georgia Institute of Technology, Transmission Electron Microscopy Asbestos Accreditation Seminar, August 1989.

Longo, W. E. 24th Annual Meeting of the Microbeam Analysis Society, "Asbestos Analysis Session" Ashville, North Carolina, July 1989 (Session Co-Chairman).

Longo, W. E. "Fundamentals of Asbestos Analysis by TEM" Institute in Materials Science State University of New York. New Paltz, New York, October 1988 (Course Director).

Longo, W. E. "TEM Imaging/Photography" Georgia Institute of Technology, Transmission Electron Microscopy Asbestos Analysis Course, June 1988.

Longo, W. E. "Laboratory Preparation of Polycarbonate Filters for TEM Analysis" Georgia Institute of Technology, Advanced Transmission Electron Microscopy Asbestos Analysis Course, February 1988.

Longo, W. E. "Transmission Electron Microscopy Laboratory Set-Up" Georgia Institute of Technology, Advanced Transmission Electron Microscopy Asbestos Analysis Course, February 1988.

Longo, W. E. "Laboratory Analysis of Asbestos" Hall-Kimbrell Seminar in Asbestos Abatement in the State of Florida, January 1988.

Longo, W. E. "Air Sample Preparation and Analysis by TEM" Georgia Institute of Technology, Clearance Testing for Asbestos: AHERA Regulations, October 1987.

Longo, W. E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, Montreal, Canada, May 1987.

Longo, W.E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, Dallas, TX May 1986.

William E. Longo, Ph.D
Page 8

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| American Industrial Hygiene Association | 1985 to Present |
| American Society for the Testing of Materials | 1987 to Present |
| American Society of Materials | 1994 to Present |
| National Asbestos Council | 1984 to 1993 |
| Environmental Information Association | 1993 to Present |
| Materials Research Society | 1988 to Present |
| Electron Microscopy Society Association | 1988 to Present |
| Microbeam Analysis Society | 1988 to Present |
| New York Academy of Science | 1985 to 1987<br>1989 to 1994 |
| Air Pollution Control Association | 1985 to 1987 |
| National Institute of Building Sciences | 1991 to Present |
| The Society for Ultrastructural Pathology | 1996 to Present |
| American Society of Heating, Refrigerating and Air-Conditioning Engineers | 1996 to Present |
| The American College of Forensic Examiners – Fellow of Forensic Engineering Technology (IN. 17825) | 1999 to Present |
| American Conference of Governmental Industrial Hygienist (ACGIH) Associate Member | 2006 to Present |

Updated:  11/22/17

Exhibit D



STATE OF GEORGIA

COUNTY OF FORSYTH

<u>AFFIDAVIT OF WILLIAM E. LONGO</u>

Before me the undersigned notary, on this day personally appeared Dr. William E. Longo, a person who is known to me. After I administered an oath to him, upon his oath he said:

1. My name is William Longo; I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I have a Bachelor of Science degree in Microbiology, a Master of Science degree in Engineering and a Doctorate in Philosophy in Materials Science, from the University of Florida.

3. I am currently employed at Materials Analytical Services (MAS), LLC as the President. For the last 20 years, I have studied the content, type, and release of asbestos fibers from asbestos-containing products. MAS is accredited by the American Industrial Hygiene Association for measurement of asbestos fibers by phase contrast microscopy and for the analysis of bulk samples of asbestos. MAS is also certified by the National Volunteer Laboratory Accreditation Program for measurement of bulk samples and air samples of asbestos.

4. As a materials scientist, I study the relationships among structure, properties, synthesis, and performance of a wide range of materials. I examine why and how materials behave under various conditions, such as temperature, pressure, stress or exposure to climatic conditions, and how materials are used in every aspect of people's lives.

5. I have spent the last 23 years studying all aspects of asbestos analysis including the use of air samples to analyze the airborne asbestos dust generated from the use of asbestos-containing products. This would include the use of both midget impinger and air cassettes. Under my direction our laboratory has analyzed over 300,000 asbestos samples that included many thousands of air samples.

6. In addition to the routine analysis of air samples for asbestos content, again under my direction MAS has performed well over a hundred work

William E. Longo, Ph.D. Affidavit                                                                 Page 1 of 13



practice simulations that involve the measurement of airborne asbestos fibers from the use of these products using scientifically recognized methodologies. These work practice studies have been performed for both plaintiffs and defendants and these defendants include GE, Guard-Line, Carborundum, American Insulating Wire Corporation, Tecumseh engines and Vickers hydraulic pumps.

7. I have been qualified many times in court as an industrial hygienist in matters relating to asbestos issues and I currently supervise three certified industrial hygienists (Mike Mount, John Templin & George Pineda) that work for MAS.

8. At MAS, I analyze and study a wide spectrum of products and associated chemicals, including studies of various asbestos-containing products that test the potential for release of asbestos fibers into the air. These studies demonstrate, among other things, whether a product manufacturer could have anticipated the quantity of asbestos released into the air from its products as well as the levels of asbestos fibers released under certain circumstances. I perform these tests under rigorously controlled laboratory conditions following the governmental standards promulgated by NIOSH and the EPA. Using a testing room, I simulate the typical uses of asbestos-containing products including asbestos-containing cable hole covers, asbestos cement pipe and resin based asbestos products. MAS utilizes multiple, standardized analytical testing techniques to determine the amount of asbestos released into the air and dispersed into workers' breathing zones, their clothing, and bystander exposures. MAS methods include the very testing techniques routinely employed by and available to the asbestos industry in the 1950's and 1960's as well as updated, standardized testing procedures.

9. I am a member of numerous organizations and professional groups specializing in the testing and analysis of asbestos-containing materials, including the former Environmental Protection Agency (EPA) Peer Review Group for the Asbestos Engineering Program, the American Industrial Hygiene Association (AIHA), Materials Research Society, American Society for the Testing of Materials (ASTM), and the American Society of Materials. I have given numerous lectures, including "Settled Dust: Asbestos and Other Particulates," "The Role of the Laboratory Manager, Quality Assurance Officer and the Analyst for NIST Accreditation," and "Fundamentals of Asbestos Analysis by TEM."



10. Additionally, I was requested by the EPA, along with other scientists, to help develop the EPA's protocol for taking and analyzing settled asbestos dust samples. As a member of ASTM, I was also responsible for writing the ASTM asbestos dust analysis standards.

11. I have published numerous articles on the subject of the analysis and testing of asbestos-containing materials, including the quantification of asbestos particles released upon manipulation of these asbestos products in the manner performed in the work environment. My articles include Demonstration of the Capability of Asbestos Analysis by Transmission Electron Microscopy in the 1960's in *Microscope*, Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing in *Environmental Choices Technical Supplement* Fiber Release During the Removal of Asbestos-Containing Gaskets: A Work Practice Simulation, published in the *Applied Occupational and Environmental Hygiene Journal* in 2002 and Zonolite Attic Insulation Exposure Studies, in the *International Journal of Occupational Environmental Health* published in 2010.

12. My consulting extends beyond testimony for plaintiffs in asbestos cases. MAS consults with defense firms and outside the litigation context with well-known companies such as Hitachi, Intel, BMW, Honda, Dow, and others. MAS is a leading engineering consulting firm which provides a broad range of services including environmental and industrial hygiene and emissions testing of construction products.

13. MAS has employees with expert knowledge in a broad range of fields including material sciences, chemistry, physics, biology, microbiology industrial hygiene, geology, and microscopy. MAS has performed consulting work for government agencies such as the Centers for Disease Control and the National Institutes of Health. MAS has also worked as an expert for the City of New York and the State of New York in their respective litigation against asbestos companies for property damage litigation. MAS has been involved in testing asbestos-containing materials for over twenty years, and has analyzed hundreds of thousands of asbestos samples.

14. I regularly perform work for clients not involved in litigation and utilize the same generally accepted methodologies and analysis described above. MAS's studies and videotape demonstrations are used for educational and



training purposes in conjunction with the American Industrial Hygiene Association, American Society of Safety Engineers, the Environmental Institute, AHERA certification training and the U.S. Public Health Service.

15. Only about 30 to 35% of MAS's overall income is derived from testimony and testing products for asbestos fiber release.  Most of what MAS does is non-asbestos litigation and consulting with industry on potential hazards contained in their products or materials.   Also I have performed Work Practice studies on behalf of defendant manufacturers that include GE, Carborundum, American Insulated Wire Corporation, Guard-Line safety apparel and Tecumseh lawn mower engines.  These defendants approved of our use of standard methodology for the measurement of airborne asbestos fibers from the use of their products.

16. Attached to this affidavit is a copy of my curriculum vitae, attached as Exhibit "A" which further sets forth my education, experience and research on asbestos issues.

### Daubert Motion

17. I have reviewed the Daubert Motion to preclude my testimony filed on behalf of Ametek Inc., Ashland Inc., Hercules Inc. and Champlain Cable Corp. in the Thomas M. Kenny matter.  I have prepared this affidavit in response to this Daubert motion concerning issues raised that are, in my opinion, not factually correct.

### Chemtite vs. Bondstrand Asbestos-Containing Pipe

18.  The primary objection by Ametek to our MAS September 2010 Asbestos-Containing Resin Based Pipe work practice study is that it is not substantially similar to the Chemtite pipe product that Mr. Kenny was exposed to as a bystander.[1]  Ametek goes on to say that the asbestos-containing Bondstrand pipe in our possession is a better representation of the Chemtite pipe because they are manufactured in a similar manner and that we should have tested the Bondstrand pipe if we wanted to understand

---

[1] MAS Work Practice Study "Cutting of an Asbestos-Containing Resin Based Pipe", September 2010, study and video.



the type of exposures that Mr. Kenny would have had to the Chemtite pipe. This assertion by Ametek is wrong.

19. This wrong assertion by Ametek is stated in the Daubert motion as follows:

> **Ametek statement**: Page 5, Paragraph 3, Line 1, *"Curiously, the Bondstrand pipe that Dr. Longo possesses, and which is similar to the Chemtite pipe at issue in this case, has never been tested by Dr. Longo"*.

> **Response**: The composition of the Bondstrand pipe and the Chemtite pipe are completely different and therefore air sample testing during the cutting of the Bondstrand would not be a fair and accurate representation on how the Chemtite asbestos-containing pipe would behave under similar work practices.

**Evidence**: The reason that they would not be similar is the asbestos content and method of manufacture for the two types of pipe.

Bondstrand asbestos-containing pipe is manufactured with three components that are fiberglass and resin rolled onto a mandrel with one sheet of crocidolite paper that is 0.060 inches thick. This one sheet of crocidolite paper is placed in the center of the wound fiberglass and resin material.[2] The result of this construction of the Bondstrand pipe produces an asbestos content of approximately 4% when analyzed by our laboratory. The remaining 96% of the Bondstrand is non-asbestos fiberglass and resin. The results of this analysis are shown in Appendix A to this affidavit. Our optical microscopy analysis showing each of the individual layers of the Bondstrand pipe are shown in Appendix B to this affidavit.

Chemtite on the other hand is manufactured with only two components that consist of crocidolite paper and resin that is rolled onto a mandrel. According to the Chemtite interrogatories the pipe consists of 40% by

---

[2] Answers and Objections of Champlain Cable Corporation to Plaintiffs' Interrogatories per Standing Order No. 1, Exhibit "C" in the Superior Court of the State of Delaware in and for New Castle County, C.A. No. 96C—07-226.

William E. Longo, Ph.D. Affidavit                                   Page 5 of 13



weight of crocidolite imbedded in a thermoset resin matrix.[3]   The Chemtite pipe is manufactured with multiple layers of the crocidolite paper producing a finished pipe that contains crocidolite throughout the thickness of the pipe since it is only a two component system of asbestos paper and resin.

20. As discussed above our own analysis of the MAS Bondstrand pipe samples  shows that this product only contains 4% crocidolite as compared to the Chemtite interrogatories stating their pipe product contains 40% crocidolite, this equates to a thousand percent difference in asbestos content between the two manufacturers.   But more importantly the crocidolite in the Chemtite pipe is distributed throughout the thickness of the pipe wall whereas the Bondstrand only has the one layer of crocidolite paper sandwiched between the inner and outer layer of their pipe.

21. A simple loaf of bread analogy can be used here to demonstrate the significant difference between the Chemtite and Bondstrand pipe.  For the Chemtite pipe, each and every slice of bread that makes up the entire loaf of bread would be a sheet of asbestos paper saturated with the thermoset plastic resin.  The Bondstrand pipe on the other hand would consist of only one slice of bread being the asbestos paper, all the other slices of that loaf of bread would consist of the wound fiberglass and thermoset resin.

22. For these reasons stated above, the possible testing of the Bondstrand pipe was considered then rejected as a fair and accurate representation on how either the Chemtite or Haveg pipe would behave during a cutting work practice study.

23. Furthermore, in my January 26, 2011 deposition that was referenced, Ametek in their motion (See Exhibit 1 to their motion) asked me directly if the Bondstrand pipe was comparable to the Chemtite pipe.[4]  There are a series of questions that I was asked starting on page 89 of my deposition

---

[3] Ameron International Corp's Supplemental Responses to Plaintiff's Standard Interrogatories to Defendants (Dieden Interrogatories) in the Superior Court of the State of California for the County of Alameda, Case No. 812236-0.

[4] Deposition of William E. Longo, Ph.D., January 26, 2011, Peter Friedman and Susan Friedman, his wife, Plaintiffs vs. A.O. Smith Corporation, et al., Defendants in the Circuit Court Third Judicial Circuit Madison County, Illinois Cause No. 09-L-1246.

William E. Longo, Ph.D. Affidavit                                                   Page 6 of 13



that makes it crystal clear why the Bondstrand pipe in our possession was not used to determine asbestos exposure levels for the cutting of either Chemtite or Haveg pipe.

> Q.   Do you consider the pipe referenced in that study, the Bondstrand pipe, to be comparable pipe to the resin-based pipe that you tested?
>
> A. No.
>
> Q. Why is it different, in your opinion?
>
> A. Because of the amount of asbestos in the pipe.  It only has a very thin piece of paper in the middle of it---------
>
> Q. And, of course, you're familiar with the composition of Chemtite pipe?
>
> A. I am.
>
> Q. That's a resin-based material correct?
>
> A. Generally I'm not sure if it's all resin based—I mean if it's all paper or putting in materials, but that has—as I read the description of the Chemtite pipe, that has a whole different makeup of it. Not just one layer in the middle of it, but it's rolled up into it.
>
> Q. Do you consider the Chemtite pipe to be more comparable to the Bondstrand pipe?
>
> A. No.
>
> Clearly I discussed with the Ametek attorney why the Bondstrand pipe was not comparable to Chemtite pipe, curiously the Ametek motion failed to provide this information to the courts.

24. Besides the Bondstrand pipe, Ameron also manufactured asbestos-containing molded fittings and flanges.  Unlike their three component which has fiberglass, one sheet of asbestos paper and resin pipe material, the molded flanges and fittings were a two component product that were



made with asbestos and resin.[5, 6]  As discussed early in this affidavit, both the Haveg and Chemtite asbestos-containing materials (pipes, flanges & fittings) were also a two component material.  Also the amount of asbestos in the Bondstrand molded fittings and flanges were approximately 40 to 50% by weight.   This amount of asbestos is also consistent with the Chemtite and Haveg products which contained between 40 to 50% asbestos.

25. The pipe flange that we tested in our September 2010 work practice study was a two component product (asbestos & resin) and contained approximately 40 to 50% asbestos. Based on the composition of the pipe/flange sample that we tested and the composition of the asbestos-containing Chemtite and Haveg pipe and flanges, it has always been my opinion that the material we tested in our 2010 work practice study is a fair and accurate representation of how either the Chemtite or Haveg flanges and pipes would behave under similar testing conditions.

26. This opinion about the similarity of the molded pipe/flange sample that we tested in or MAS 2010 study to either the Chemtite or Haveg product is not new information to Ametek.

27. In my January 26, 2011 deposition on page 66, line 9, I state the following:

> " But for my opinions on how phenolic—excuse me, how resin-based pipes behave, flanges behave, I believe it's a fair and accurate representation for any of the three, Ameron's molded flange, Haveg's molded flange, or Chemite's molded flange."

---

[5] Deposition of Clarence Baxter, September 11, 2006 in Wilda Jean Lathum, widow of Jerry H. Lathum, deceased, Plaintiffs, vs. Insulation, Inc., et al., Defendants in the District Court of Tulsa County State of Oklahoma No. CJ-2005-3619.

[6] Deposition of Richard Perry, September 13, 2006 in Wilda Jean Lathum, widow of Jerry H. Lathum, deceased, Plaintiffs, vs. Insulation, Inc., et al., Defendants in the District Court of Tulsa County State of Oklahoma No. CJ-2005-3619.



28. I also gave answers to Ametek on this same issue in my October 19, 2010 deposition.[7]

> On page 31 line 23, the following question an answer was asked and given:
>
> **Q**. You do not have sufficient information about which you could testify that this flange that you tested was not manufactured by Ameron, correct?
>
> **A**. I'm not stating within a reasonable degree of scientific certainty that it was made by Ameron or Haveg. All I'm stating within a reasonable degree of scientific certainty that whoever made this, it's a fair and accurate representation of the type of exposure levels that folks would get from either Ameron or Haveg or Chemtite when they had to cut it with a power saw or a handsaw.

29. This testimony of mine provided to Ametek in the past, on two different occasions, clearly discusses how the molded pipe/flange we tested in September of 2010 was comparable to both the asbestos-containing Haveg and Chemtite pipe and flanges that Ametek manufactured in the past.

### Plaintiff's Expert Testimony

30. In Ametek's motion they state that plaintiff's experts agree that the Chemtite pipe that is at issue in this case is not comparable. This is not what both experts stated and that Ametek references in their motion.

> **Ametek statement**: **Page 6, paragraph 2, Line 8,** *"Therefore, according to Plaintiff's own experts, the resin-based asbestos pipe Dr. Longo tested, and on which he will rely for his opinions at trial of this matter, is not comparable to the pipe at issue in this case".*
>
> **Response:** This statement by Ametek about my testimony is simply not true as discussed in the previous sections of this affidavit.

---

[7] Deposition of William E. Longo, Ph.D., October 19, 2010 in Darrell Bingham and Debora Bingham, vs. A.W. Chesterton Co., et al. in the District Court of Harris County, Texas 11th Judicial District Cause No. 2009-19572.



31. In Ametek's motion they also state the following on this issue:

> **Ametek statement:   Page 6. Paragraph 2, Line 6,** *"Steven Paskal, recognized in his deposition, the Bondstrand pipe is substantially similar in manufacture to the Chemtite pipe at issue in this litigation"*
>
> **Response:**   The testimony by Steven Paskal that was referenced by Ametek was taken completely out of context for what Mr. Paskal was testifying about when asked about the similarity of the Bondstrand pipe to Chemtite products.  The following is the actual question and answer that Mr. Paskal gave.
>
> **Q.** ---If you assume that that is accurate, that that is accurate in how Chemtite pipe was made, would you agree with me, Mr. Paskal, that it is a substantially similar to how the Bondstrand pipe was manufactured?
>
> **A.** In what's material from an **industrial hygiene** standpoint and the operations involved, yes.

This answer given by Mr. Paskal was not if the two products (Bondstrand & Chemtite) were the same as a material scientist, but as an industrial hygienist. Mr. Paskal's answer had to do with the fact that both materials contained some amount of asbestos and when you cut these materials, there will be a release of airborne asbestos fibers.  This is why he stated "from an industrial hygiene standpoint".

Interestingly enough the Ametek attorney never showed Mr. Paskal our September 2010 study or provided any information about the content of the pipe/flange material that MAS tested.  So therefore Mr. Paskal was never given the opportunity to opine about the similarities of the asbestos-containing pipe/flange that we tested as compared to the asbestos-containing Chemtite product.



**Dr. Longo's September 2010 test on resin-based asbestos-pipe was performed in an environment unlike Plaintiff's work environment**

32. All of our work place studies are performed in our Exposure Characterization Laboratory (ECL) under controlled conditions and I have never testified that our ECL asbestos fiber release studies replicate any work place environment, this would be impossible because of all the factors involved.

    Also we cannot test any asbestos products at any work sites today because of federal regulations that require that the release of any airborne asbestos fibers need to be controlled to a degree that no visible airborne asbestos dust can be released into the environment.

33. What our ECL work practice studies do is to test asbestos-containing materials under controlled conditions, using typical work procedures, so that we can have an understanding of the magnitude of the airborne asbestos fiber concentrations for these work practices with a particular asbestos-containing product.  This allows us to have some idea of the potential range of exposures to individuals who either work with or around the products that we tested.

34. I have never stated that the actual asbestos airborne concentration levels that we measure, under controlled conditions, is what a worker would have been exposed to when the same type of asbestos-containing products and work practices are tested inside our ECL.  However, based on the magnitude of asbestos fiber release that we find in our ECL studies, I can provide testimony of the potential ranges of asbestos exposure that an individual may have had at a work site.

35. In this section of the Ametek motion that provides so called statements that according to them verify that both myself and Mr. Paskal agree with their position that the asbestos levels that we measured when cutting the resin based pipe in our 2010 study would be higher then if the same work were performed at a work site.

    Interestingly enough the statements that Ametek says that we made in our deposition are somewhat different than the testimony in the actual depositions.



**Ametek statement: Page 7, paragraph 1, line 4:** "*Dr. Longo acknowledged that testing in a chamber could result in higher measurements (Chris, I think we need to insert higher measurements of what? Levels of asbestos fibers?).*

**Response:**   Ametek references Exhibit "1" page 73 lines 3-10, lines 13-25; page 74 lines 1-14.  A review of those two pages of my January 26, 2011 deposition does not contain this statement that Ametek claims I said.

What I actually testified to is as follows on those two pages:

Page 73, lines 3-10:

Q. As you agree in the past, the fact that the studies with asbestos-containing products are done in this room, in an enclosure, could affect the measurements, the amount of fibers that are actually caught as opposed to if the studies were done in an industrial setting or outside, correct?

A. That's correct.  It could be higher, it could be lower.

Page 73, lines 13-25 & page 74, lines 1-14.

Q. –and firsthand, when—have you seen the video itself?

A. Yes.

Q. Of course, you were there and watched the cutting as well?

A. That's correct.

Q. Is it correct that as either the metal blade or the masonry blade was used on the pipe to cut the flange to cut it, that dust generated in the very beginning of it was pushed away from the worker, visibly that's what we saw; is that right?

A. I would agree.

Q. Eventually that dust hit the wall. And I don't know what the term is scientifically, but it bounced back, correct?

A. Correct.



Q. And that chamber as the cutting continued, continued to bounce off the wall and engulf the worker, Paul, in dust?

A. Well, bounce off a wall is—I'm not sure you can bounce off the wall.  When you're using a power tool that generates an airstream, it will move dust around more than if you were hand sanding so it does produce higher levels.

No where in these two pages do I ever state *(Chris, I think we need to insert higher measurements of what? Levels of asbestos fibers?)*

36. As for higher levels measured in our chamber versus an outside environment I have always stated that the amount of airborne asbestos we measure in our ECL could be either higher or lower than actual airborne concentration measurements at a work site for the same product and work practices.   This would of course be dependent on the particular environmental conditions at that work site when the asbestos product was used.  This is why we only provide a possible range of asbestos exposures when we utilize our data based on our ECL work practice studies.

37. It should be noted that the ECL is not under static conditions during these tests. In fact there is fairly aggressive air ventilation moving through the ECL when we perform our work practice studies.   For the MAS September 2010 study on the asbestos-containing resin-based pipe sample we tested, the ventilation rate through the ECL was about 200 cubic feet per minute of air.

FURTHER, AFFIANT SAYETH NOT."

WILLIAM E. LONGO, Ph.D.

**SWORN TO AND SUBSCRIBED** before me, on the 30th day of June, 2011 to certify which witness my hand and seal of office.

Notary Public in and for the
State of Georgia

My Commission Expires: June, 15, 2012 .

William E. Longo, Ph.D. Affidavit                                                Page 13 of 13

Exhibit E

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEW JERSEY
2

3

4   IN RE:  JOHNSON & JOHNSON    )
    TALCUM POWDER PRODUCTS       )
5   MARKETING SALES              )
    PRACTICES, AND PRODUCTS      )  MDL NO.16-2738(FLW) (LHG)
6   LIABILITY LITIGATION         )
7   _____)

8

9

10

11          VIDEO-RECORDED DEPOSITION OF

12              WILLIAM E. LONGO, PH.D.

13

14              February 5, 2019

15                 10:24 a.m.

16

17

18                  Suite 100
19           11555 Medlock Bridge Road
                Johns Creek, Georgia
20

21

22       Frances Buono, RPR, CCR-B-791

23

24           Atlanta Reporters, Inc.
         Georgia Certified Court Reporters
25              (866) 344-0459
              www.atlanta-reporters.com

---

**2**

1          APPEARANCES OF COUNSEL

2

3   On behalf of the Plaintiffs:

4      LEE CIRSCH, Esq.
       The Lanier Law Firm
5      21550 Oxnard Street
       3rd Floor
6      Woodland Hills, California  91367
       Lee.cirsch@lanierlawfirm.com
7

8      P. LEIGH O'DELL, Esq.
       Beasley Allen Law Firm
9      218 Commerce Street
       Montgomery, Alabama  36103-4160
10     Leigh.odell@beasleyallen.com

11

12     MICHELLE A. PARFITT, Esq.
       JAMES GREEN, Esq.
13     Ashcraft & Gerel, LLP
       1825 K. Street
14     Suite 700
       Washington, D.C.  20036
       Mparfitt@ashcraftlaw.com
15

16     DENNIS M. GEIER, Esq.
       Cohen Placitella Roth, PC
17     127 Maple Avenue
       Red Bank, New Jersey  07701
18     Dgeier@cprlaw.com

19
20
21
22
23
24
25

---

1       APPEARANCES OF COUNSEL (continued)

2

3   On behalf of the Defendant,
    Johnson & Johnson and Johnson & Johnson Consumer
4   Inc.:

5      ALEX V. CHACHKES, Esq.
       NINA TROVATO, Esq.
6      Orrick, Herrington & Sutcliffe, LLP
       51 West 52nd Street
7      New York, New York  10019-1642
       Achachkes@orrick.com
8      Ntrovato@orrick.com

9

       JACK N. FROST, JR., Esq.
10     Drinker Biddle & Reath LLP
       600 Campus Drive
11     Florham Park, New Jersey  07932-1047
       Jack.frost@dbr.com
12

13  On behalf of the Defendant,
    Imerys Talc America, Inc.:
14

       MARK K. SILVER, Esq.
15     Coughlin Duffy, LLP
       350 Mount Kemble Avenue
16     Morristown, New Jersey  07962
       Msilver@coughlinduffy.com
17

18     MARK A. PROST, Esq.
       Sandberg Phoenix & von Gontard, P.C.
19     600 Washington Avenue
       15th Floor
20     St. Louis, Missouri  63101-1313
       Mprost@sandbergphoenix.com
21
22
23
24
25

---

**4**

1       APPEARANCES OF COUNSEL (continued)

2

3   On behalf of the Defendant,
    Imerys Talc America, Inc.:
4

       ROBERT A. RICH, Esq.
5      Gordon & Rees Scully Mansukhani
       1111 Broadway
6      Suite 1700
       Oakland, California  94607
7      Rrich@grsm.com

8

    On behalf of the Defendant,
9   PTI:

10     MICHAEL ANDERTON, Esq.
       Tucker Ellis, LLP
11     950 Main Avenue
       Suite 1100
12     Cleveland, Ohio  44113-7213
       Michael.anderton@tuckerellis.com

13

14  On behalf of the Defendant,
    PCPC:
15

       REBECCA WOODS, Esq.
16     Seyfarth Shaw
       1075 Peachtree Street, NE
17     Suite 2500
       Atlanta, Georgia  30309
18     Rwoods@seyfarth.com

19

    Also Present:
20

       George Montiel, Videographer
21

22
23
24
25

**5**

INDEX TO EXAMINATIONS

| Examination | Page |
|---|---|
| Examination by Mr. Chachkes | 8 |
| Examination by Mr. Prost | 320 |
| Examination by Ms. O'Dell | 347 |
| Further Examination by Mr. Prost | 356 |
| Examination by Mr. Silver | 359 |

- - -

**7**

INDEX TO EXHIBITS

| Defendants' Exhibit | Description | Page |
|---|---|---|
| 11 | December 20, 2018 letter to Dr. Longo from J3 | 14 |
| 12 | An EDXA spectra | 74 |
| 13 | Geological Society of Connecticut article | 83 |
| 14 | Effect on Particle Size by Addison Davies Technique | 121 |
| 15 | Three-axis SAED for tremolite | 144 |
| 16 | Verification of 0-Degree Amphibole Diffraction Patterns | 146 |
| 17 | Verification of 0-Degree Amphibole Diffraction Patterns | 157 |
| 18 | An SAED | 179 |
| 19 | TEM Bulk Talc Structure Count Sheet | 200 |
| 20 | Handdrawn diagram | 209 |
| 21 | ISO 13794 standard | 221 |
| 22 | TEM photomicrographs | 247 |
| 23 | Photograph | 253 |
| 24 | PLM analysis bench sheet | 278 |
| 25 | Photographs | 285 |

(Original Exhibits 1 through 25 have been attached to the original transcript.)

- - -

**6**

INDEX TO EXHIBITS

| Defendants' Exhibit | Description | Page |
|---|---|---|
| 1 | Dr. Longo's CV | 10 |
| 2 | January 15, 2019 report titled The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos Supplemental Report | 10 |
| 3 | November 14, 2018 report titled The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos | 10 |
| 4 | ISO 22262-1 standard | 11 |
| 5 | ISO 22262-2 standard | 11 |
| 6 | ISO 22262-3 standard | 11 |
| 7 | February 1, 2019 report titled The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos, 2nd Supplemental Report | 11 |
| 8 | Quality Assurance Report, Johnson and Johnson's JBP and STS, Imerys Railcar and Asian Talc for Amphibole Asbestos, January 31, 2019 | 14 |
| 9 | Thumb drive containing three reports, November, January, and the March 2018 | 14 |
| 10 | December 12, 2018 letter to Dr. Longo from J3 | 14 |

**8**

1       (Reporter disclosure made pursuant to

2    Article 10.B. of the Rules and Regulations of

3    the Board of Court Reporting of the Judicial

4    Council of Georgia.)

5       (Identification statement by

10:21:28  6    videographer.)

10:21:28  7       WILLIAM E. LONGO, PH.D.,

8    having been first duly sworn, was examined and

10:23:47  9    testified as follows:

10:23:47 10         EXAMINATION

10:23:51 11    BY MR. CHACHKES:

10:23:51 12    **Q.**    Good morning, Dr. Longo.

10:24:24 13    **A.**    **Good morning.**

10:24:25 14    **Q.**    And my name is Alex Chachkes: I represent

10:24:29 15    J&J.  We've met before; right?

10:24:31 16    **A.**    **Yes, sir, we have.**

10:24:32 17    MR. CHACHKES:  Okay.  I want to begin the

10:24:34 18    depo with an objection to the late productions.

10:24:35 19    On Saturday we received a new 92-page report and

10:24:39 20    almost 7,000 pages of new back-up material.  On

10:24:43 21    Sunday we received supplemental reports, two new

10:24:46 22    reports from J3 and hundreds of other pages.

10:24:50 23       So when we conclude today we are going to

10:24:55 24    expressly keep the deposition open subject to

10:24:57 25    our analysis of the new production; and if it

9

10:24:58  1    turns out that it is material that if we had
10:25:00  2    gotten earlier we would have asked about today,
10:25:03  3    we are going to recall the witness.
10:25:06  4         MS. O'DELL:  Well, we would object to any
10:25:08  5    motion to hold the deposition open.  The
10:25:10  6    requests that were made for data that was
10:25:13  7    supplied on Saturday and earlier in the week
10:25:17  8    were late requests, actually only received five
10:25:22  9    or I think it was seven days beforehand, they
10:25:23 10    were timely produced, and you've had sufficient
10:25:26 11    time to review them.
10:25:27 12         The supplement that you're referring to
10:25:28 13    that was produced on Sunday corrected a couple
10:25:32 14    of typographical errors and clarified the
10:25:37 15    identification of a sample, none of which is
10:25:40 16    sufficient to hold the deposition open, so we
10:25:42 17    are going to oppose any such motion.  Today's
10:25:46 18    your opportunity to depose Dr. Longo on these
10:25:48 19    samples.
10:25:49 20         MR. CHACHKES:  Obviously, we disagree, and
10:25:51 21    we thought that material should have been
10:25:53 22    produced and we should not have to fight for it,
10:25:56 23    but it's a fight for another day.
10:25:58 24         So we've premarked some exhibits, some
10:26:00 25    things I'm sure we will be coming back to later.

10

10:26:02  1    What I want to do is maybe just go through those
10:26:04  2    quickly so they are on the record.
          3         (Defendants' Exhibit 1 was marked for
          4    identification.)
10:26:08  5         Q.    (By Mr. Chachkes)  Dr. Longo, you can
10:26:08  6    confirm what's been marked as Exhibit 1 is your CV;
          7    is that correct?
10:26:15  8         A.    Yes, sir.
10:26:15  9         Q.    And are there any updates to this since we
10:26:17 10    received it?
10:26:18 11         A.    No, sir.
         12         (Defendants' Exhibits 2 and 3 were marked
10:26:18 13    for identification.)
10:26:18 14         Q.    (By Mr. Chachkes)  Okay.  What's been
10:26:20 15    marked as Exhibit 2 is your January 16 expert report
10:26:30 16    extracted --
10:26:33 17         MS. O'DELL:  November 14.
10:26:33 18         Q.    (By Mr. Chachkes)  I'm sorry.  What has
10:26:34 19    been marked as Exhibit 2 is your November 14 expert
10:26:36 20    report in this matter minus the backup data.
10:26:39 21         Can you confirm that?
10:26:40 22         A.    This is actually the January 15.
10:26:43 23         Q.    So --
10:26:46 24         A.    November 14 is Exhibit 3.
10:26:48 25         Q.    All right.  Let's do that again.

11

10:26:49  1         So Exhibit 2 is your January 16 expert
10:26:54  2    report in this matter minus the backup data that was
10:26:57  3    attached to it when it was produced; is that correct?
10:27:00  4         A.    Yes, sir.
10:27:00  5         Q.    Okay.  And then Exhibit 3 is your
10:27:06  6    November 14 report in this matter which was, I
10:27:09  7    assume, superseded by Exhibit 2; correct?
10:27:12  8         A.    Correct.
          9         (Defendants' Exhibits 4, 5, and 6 were
10:27:13 10    marked for identification.)
10:27:13 11         Q.    (By Mr. Chachkes)  Okay.  What's been
10:27:15 12    marked as Exhibits 4, 5 and 6, can you confirm that
10:27:19 13    these are ISO 22262-1, -2, and -3?
10:27:29 14         A.    Yes, sir.
10:27:30 15         Q.    So 1 will be 4, 2 will be 5, and 3 will be
10:27:37 16    6.
         17         (Defendants' Exhibit 7 was marked for
         18    identification.)
10:27:43 19         Q.    (By Mr. Chachkes)  And then what's been
10:27:45 20    marked as Exhibit 7 is your second supplemental
10:27:52 21    report minus the backup data that was attached to it
10:27:55 22    dated February 1, 2019; is that correct?
10:28:00 23         A.    Yes, sir.
10:28:00 24         Q.    And it's my understanding that this report
10:28:05 25    supersedes what's been marked as Exhibit 2; is that

12

10:28:12  1    correct?  So it supersedes the January report?
10:28:15  2         A.    Yes, sir.
10:28:17  3         Q.    And my understanding is that the only
10:28:19  4    difference between Exhibit 7 and Exhibit 2 is
10:28:21  5    Exhibit 7 corrects some typos?
10:28:25  6         MS. O'DELL:  Object to the form.
10:28:29  7         THE WITNESS:  The second supplement
10:28:30  8    report, essentially it was to clarification on
10:28:35  9    the Lee Poye J&J STS samples, 31F and 31G, and
10:28:43 10    it is J&J sample -- hold on, I want to get the
10:28:53 11    right numbers.  Throws me off on two-sided.  77.
10:28:28 12         Q.    (By Mr. Chachkes)  That's okay.  You've
10:29:30 13    given me the 31F and 31G.  So am I correct in my
10:29:34 14    understanding that Exhibit 7 does more than correct
10:29:38 15    typos?
10:29:39 16         A.    Yes.  Exhibit 7 does not have any new
10:29:45 17    analytical data.  The two samples that Lee Poye
10:29:48 18    had -- and I will just give the numbers -- the 31F
10:29:52 19    and the 31G I misunderstood.  I thought that was
10:29:54 20    actually two samples from the same container.
10:29:57 21         It's actually one sample from two
10:30:00 22    different containers.  The STS in it looks like a
10:30:03 23    gift wrapped for the spice and the regular.  So
10:30:08 24    that's actually two containers for each sample.  So
10:30:11 25    the number of containers was increased.

13

| | |
|---|---|
| 10:30:13 1 | But the analytical data had been already |
| 10:30:16 2 | produced. Nothing changed in the analytical data. |
| 10:30:19 3 | And then we had some typos that we endeavored to |
| 10:30:24 4 | correct. |
| 10:30:24 5 | Q. Okay. And those are typos you found or |
| 10:30:26 6 | that counsel found? |
| 10:30:29 7 | MR. CIRSCH: Object to form. |
| 10:30:31 8 | THE WITNESS: Well, one of them counsel |
| 10:30:33 9 | found, and that was the counsel for Johnson & |
| 10:30:35 10 | Johnson, at my previous deposition on MDL. |
| 10:30:37 11 | There were some positive samples on a chart that |
| 10:30:40 12 | were negative in the overall data, so I decided |
| 10:30:43 13 | to go through and make sure everything was |
| 10:30:45 14 | correct again. |
| 10:30:47 15 | Q. (By Mr. Chachkes) What about the other |
| 10:30:48 16 | typos, you found those or counsel? |
| 10:30:52 17 | MR. CIRSCH: To the extent -- I would not |
| 10:30:53 18 | have you reveal, Dr. Longo, anything that's work |
| 10:30:56 19 | product is protected under Rule 26. But if you |
| 10:30:58 20 | can answer aside from that, please do. |
| 10:31:01 21 | THE WITNESS: No, counsel did not |
| 10:31:02 22 | participate in helping to find typos. |
| 10:31:04 23 | Q. (By Mr. Chachkes) Okay. So you found |
| 10:31:05 24 | them personally? |
| 10:31:06 25 | A. Personally and Dr. Rigler. |

14

| | |
|---|---|
| 1 | (Defendants' Exhibits 8, 9, 10, and 11 |
| 10:31:08 2 | were marked for identification.) |
| 10:31:08 3 | Q. (By Mr. Chachkes) Okay. And now |
| 10:31:09 4 | Exhibit 8, if you could look at that, if you could |
| 10:31:12 5 | confirm, is the January 31 quality control -- quality |
| 10:31:19 6 | assurance report that you created in this case? |
| 10:31:22 7 | A. Yes, sir. |
| 10:31:22 8 | Q. Okay. And then Exhibit 9, which is more |
| 10:31:28 9 | for the record than you because you can't confirm it, |
| 10:31:30 10 | it is a USB with the three reports in this case, the |
| 10:31:36 11 | November 1, the January 1, and the recent -- sorry. |
| 10:31:42 12 | Okay. So it is November, January, and the March 2018 |
| 10:31:46 13 | report are all in full on Number 9. It's just too |
| 10:31:50 14 | much paper so we put it on the USB. |
| 10:31:52 15 | Can you confirm that Exhibit Number 10 is |
| 10:31:59 16 | a letter to you from J3 dated December 12, 2018, |
| 10:32:04 17 | about the MAS split of 21 historic talc samples by |
| 10:32:13 18 | XRD? |
| 10:32:14 19 | MR. CIRSCH: It's actually December 20. |
| 20 | MR. CHACHKES: What did I say? |
| 10:32:20 21 | MR. CIRSCH: December 12. |
| 10:32:20 22 | Q. (By Mr. Chachkes) I'm sorry. So it's |
| 23 | December -- |
| 24 | MS. TROVATO: No, you're right. You're |
| 25 | right. |

15

| | |
|---|---|
| 10:32:20 1 | MR. CHACHKES: So which ones, then? |
| 2 | MS TROVATO: December 12 is 10. |
| 10:32:22 3 | Q. (By Mr. Chachkes) Okay. So December 12 |
| 10:32:23 4 | is Exhibit 10; is that correct? |
| 10:32:26 5 | A. Yes. |
| 10:32:28 6 | Okay. You should probably look at your |
| 10:32:30 7 | own copies, not mine. |
| 10:32:31 8 | A. Did I get a copy? |
| 10:32:33 9 | Q. Yes, you did. |
| 10:32:34 10 | A. Okay. Sorry. |
| 10:32:35 11 | Yes, that's correct. |
| 10:32:36 12 | Q. Okay. And Exhibit Number 11, we |
| 10:32:40 13 | premarked, is another letter from J3 dated |
| 10:32:44 14 | December 20 to you; correct? |
| 10:32:45 15 | A. Correct. |
| 10:32:46 16 | Q. All right. |
| 10:32:52 17 | MR. CIRSCH: I'm sorry again, but |
| 10:32:55 18 | Exhibit 10 I have says December 20 as well, so |
| 10:32:57 19 | maybe that's -- okay. I just got two of them. |
| 10:33:00 20 | Never mind. |
| 10:33:04 21 | Q. (By Mr. Chachkes) You received your |
| 10:33:06 22 | doctor's in philosophy in materials science and |
| 10:33:08 23 | engineering; correct? |
| 10:33:10 24 | A. Yes. |
| 10:33:10 25 | Q. You're not a geologist? |

16

| | |
|---|---|
| 10:33:12 1 | A. I am not a geologist. |
| 10:33:13 2 | Q. You're not a mineralogist? |
| 10:33:15 3 | A. I did not take any courses in mineralogy. |
| 10:33:17 4 | Q. Do you consider yourself an expert in |
| 10:33:19 5 | mineralogy? |
| 10:33:20 6 | A. Usually that's up to the courts. |
| 10:33:22 7 | Certainly I believe I have more knowledge than the |
| 10:33:25 8 | average layperson, but I do not hold myself out with |
| 10:33:28 9 | any degrees in mineralogy. |
| 10:33:29 10 | Q. Okay. You're not a certified industrial |
| 10:33:31 11 | hygienist? |
| 10:33:31 12 | A. No, I'm not. |
| 10:33:33 13 | Q. You've done exposure assessments, though; |
| 14 | correct? |
| 10:33:37 15 | A. Yes. |
| 10:33:37 16 | Q. All right. You're an expert in exposure |
| 10:33:41 17 | assessments? |
| 10:33:42 18 | A. Again, I'm not sure what that means. I |
| 10:33:45 19 | certainly have done a number of studies in which we |
| 10:33:48 20 | have determined typical exposures from both |
| 10:33:52 21 | asbestos-added construction industrial products as |
| 10:33:56 22 | well as what I call hygiene exposure studies |
| 10:33:59 23 | involving Johnson & Johnson cosmetic talc samples. |
| 10:34:04 24 | Published on our exposure assessments in |
| 10:34:06 25 | the past. We use all standard protocols that are |

**17**

1    accepted by the community of scientists who do this
2    type of work.  Been qualified many times in court as
3    an industrial hygienist specifically to asbestos.
4           So again, I have probably more knowledge
5    than the average layperson on doing exposure
6    assessment type studies involving asbestos.
7        Q.    When a plaintiff has been exposed to
8    multiple different talc-based products, each of which
9    could possibly contain asbestos, is it best to
10   analyze the asbestos content of each product?
11          MR. CIRSCH:  Object to form.
12          THE WITNESS:  I'm not sure it's required
13   to analyze each product.  You will have to
14   clarify.  Do you mean each different
15   manufacturer or from different talc sources,
16   such as the Italian or the Vermont or Montana?
17       Q.    (By Mr. Chachkes)  Let's say different
18   manufacturers.  Let's say a plaintiff has been
19   exposed to talc-based products from three
20   manufacturers.  Is it best to analyze the asbestos
21   content from each of the three manufacturers?
22          MR. CIRSCH:  Object to form.
23          THE WITNESS:  Certainly we try to do that;
24   but if three manufacturers all have to use the
25   talcum powder source is Italy, Italian, I think

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**18**

1    you can imply that if one manufacturer's Italian
2    talc has measurable levels or detectable levels
3    of amphibole asbestos, then the other
4    manufacturer more likely than not would have
5    similar types of concentrations, depending on
6    their processing flotation, et cetera.
7           If you have different manufacturers from
8    completely different mines and you haven't
9    analyzed anything from the particular talc mine,
10   which has happened to me in the past, I
11   typically say I don't have any opinions.
12       Q.    (By Mr. Chachkes)  Okay.  If you're trying
13   to determine which manufacturer's talc contributed
14   what level of exposure to asbestos, do you need to
15   analyze all the different manufacturers' products?
16          MR. CIRSCH:  Object to form.
17          THE WITNESS:  Again, it depends on who the
18   manufacturer is.  It's sort of an incomplete
19   hypothetical.
20       Q.    (By Mr. Chachkes)  Okay.  Let me complete
21   it, then.
22          So hypothetically, if there's three
23   manufacturers each from a different geological
24   location, if you're trying to determine the exposure
25   of a plaintiff, do you need to -- and what percentage

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**19**

1    of the asbestos exposure came from which talc, would
2    you need to analyze all three?
3           MR. CIRSCH:  Object to form.
4           THE WITNESS:  Again, that's an incomplete
5    hypothetical.  If we had never analyzed any
6    manufacturer's source of talc from any
7    particular location, then as I stated earlier, I
8    would not have an opinion about that particular
9    manufacturer.
10          If they come from things like, again,
11   Vermont, Italy, say the Korean mines, then we
12   have a pretty good understanding of the levels
13   of amphibole asbestos that are typically found
14   in the products from those mines.
15       Q.    (By Mr. Chachkes)  Okay.  So you feel
16   confidant that you can testify to the amount of
17   amphiboles you expect in a bottle based solely on the
18   geography from which the bottle comes?
19          MR. CIRSCH:  Object to form.
20          THE WITNESS:  I didn't say that.
21       Q.    (By Mr. Chachkes)  Okay.
22       A.    What I would say is we have analyzed a
23   number of samples from other manufacturers, two
24   different manufacturers, three different
25   manufacturers, where, say, the source is Italy, so I

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**20**

1    know that there will be significant concentrations in
2    some percentage of the samples.
3        Q.    Okay.  So let's say you have three bottles
4    from three geographical locations that you haven't
5    analyzed in the past.  Do you need to analyze each
6    bottle to determine the percentage of asbestos
7    exposure per manufacturer?
8           MR. CIRSCH:  Object to form.
9           THE WITNESS:  When you say each bottle, I
10   have five from each or two from each or ten from
11   each?
12       Q.    (By Mr. Chachkes)  So does it matter?
13       A.    I don't know.  I mean, it's a
14   hypothetical.  If we had not tested any samples from
15   any particular geological location, I would not
16   provide opinions on any -- the potential for
17   amphibole asbestos, regulated amphibole asbestos to
18   be in those containers.
19       Q.    Would you agree it's important to at least
20   determine a plaintiff's exposure to asbestos on a
21   comparative basis if there were multiple sources of
22   exposure?
23          MR. CHACHKES:  Object to form.
24          THE WITNESS:  Depends on the information.
25          If the particular plaintiff says I use

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

21

| | |
|---|---|
| 10:38:47 1 | manufacturer X, manufacturer Y, manufacturer Z, |
| 10:38:52 2 | and I used them all 33.33 percent each and they |
| 10:38:57 3 | all come from the same geological formation of |
| 10:39:01 4 | where cosmetic talc is being used in those |
| 10:39:04 5 | containers, then my opinion would be if it is a |
| 10:39:08 6 | geological location that we have tested in the |
| 10:39:11 7 | past, that they would all have similar -- that |
| 10:39:15 8 | the manufacturers would have similar exposures. |
| 10:39:17 9 | If one of the manufacturers was, well, |
| 10:39:20 10 | I've got a gift -- for example, if I got a gift |
| 10:39:22 11 | bag once a year and I would use it and that's |
| 10:39:26 12 | all, then I would say that the primary exposure |
| 10:39:28 13 | is from the other manufacturers. |
| 10:39:29 14 | So it just depends on the circumstances. |
| 10:39:31 15 | Q. (By Mr. Chachkes) Okay. You're not a |
| 10:39:33 16 | pathologist? |
| 10:39:34 17 | **A. No, sir, I'm not.** |
| 10:39:35 18 | Q. You have no medical training? |
| 10:39:37 19 | **A. No, sir, I don't have any medical** |
| 10:39:39 20 | **training.** |
| 10:39:39 21 | Q. Are you a statistician? |
| 10:39:41 22 | **A. I'm not a statistician.** |
| 10:39:42 23 | Q. Are you a geostatistician? |
| 10:39:45 24 | **A. I'm not that kind of statistician either.** |
| 10:39:48 25 | Q. Okay. So in light of the reports that we |

22

| | |
|---|---|
| 10:39:50 1 | have in this case, are you here to testify in your |
| 10:39:53 2 | capacity as a microscopist; is that accurate? |
| 10:39:57 3 | MR. CIRSCH: Object to form. |
| 10:39:58 4 | THE WITNESS: I'm here to testify on the |
| 10:40:01 5 | qualifications I have and have been accepted in |
| 10:40:03 6 | the past. I'm a material scientist; I'm an |
| 10:40:07 7 | industrial hygienist; I have many expertise in |
| 10:40:10 8 | the analysis of asbestos. |
| 10:40:13 9 | My testimony in the past has been that any |
| 10:40:17 10 | particular types of manufacturers where we have |
| 10:40:21 11 | analyzed the talc and we have analyzed the |
| 10:40:24 12 | source -- know the source, that more likely than |
| 10:40:28 13 | not there would have been a significant exposure |
| 10:40:32 14 | based on the percentages of the samples that are |
| 10:40:34 15 | positive. That's as far as I go. |
| 10:40:36 16 | Q. (By Mr. Chachkes) You've testified in the |
| 10:40:38 17 | past the following: In my opinion, if you want to |
| 10:40:41 18 | know if there's asbestos in talc, you would go to |
| 10:40:44 19 | either our lab or Lee Poye's lab and that's it. |
| 10:40:47 20 | Do you recall that testimony? |
| 10:40:49 21 | MR. CIRSCH: Object to form. Do you have |
| 10:40:51 22 | a copy of the testimony you can show the |
| 10:40:53 23 | witness? |
| 10:40:53 24 | Q. (By Mr. Chachkes) Do you recall that |
| 10:40:53 25 | testimony? |

23

| | |
|---|---|
| 10:40:55 1 | MR. CIRSCH: Object to form. |
| 10:40:56 2 | THE WITNESS: I don't recall the exact |
| 10:40:57 3 | words, no. |
| 10:40:57 4 | Q. (By Mr. Chachkes) Okay. Do you agree |
| 10:40:58 5 | that if you want to know whether there's asbestos in |
| 10:41:00 6 | talc, you would go to either your lab or Lee Poye's |
| 10:41:03 7 | lab and that's it? |
| 10:41:04 8 | MR. CIRSCH: Object to form. |
| 10:41:05 9 | THE WITNESS: It depends on the |
| 10:41:06 10 | circumstances. If you're going to understand |
| 10:41:09 11 | what's your best opportunity to see and get the |
| 10:41:12 12 | appropriate detection limits, I'm only aware of |
| 10:41:16 13 | Lee Poye and our lab that use routinely the |
| 10:41:21 14 | heavy liquid density separation method. |
| 10:41:22 15 | There may be other labs out there doing |
| 10:41:24 16 | it, but that's the only two I know at the |
| 10:41:26 17 | moment. |
| 10:41:26 18 | Q. (By Mr. Chachkes) Okay. So you know of |
| 10:41:27 19 | no other labs besides yours and Lee Poye that can |
| 10:41:32 20 | accurately determine whether there's asbestos in |
| 10:41:35 21 | talc, at least using the concentration method? |
| 10:41:38 22 | MR. CIRSCH: Object to form. |
| 10:41:39 23 | THE WITNESS: Accurately determine? It's |
| 10:41:41 24 | all about getting the best analytical |
| 10:41:44 25 | sensitivity. So analytical sensitivities and |

24

| | |
|---|---|
| 10:41:48 1 | using the non-heavy liquid density separation |
| 10:41:50 2 | method for TEM is usually in the low to 10 to 12 |
| 10:41:59 3 | million fibers per gram. |
| 10:42:01 4 | The heavy liquid density separation can |
| 10:42:04 5 | reduce that; at least in our lab we have gotten |
| 10:42:06 6 | as low as 3,000 fibers/bundles per gram. I know |
| 10:42:11 7 | the R.J. Lee Group used the Blount heavy density |
| 10:42:16 8 | liquid separation method once for TEM. There is |
| 10:42:19 9 | an ISO protocol for it, so there may be other |
| 10:42:21 10 | labs that I'm not aware of. |
| 10:42:23 11 | Q. (By Mr. Chachkes) So are you the only |
| 10:42:24 12 | lab -- you and Lee Poye -- who can detect 3,000 |
| 10:42:29 13 | structures per gram? |
| 10:42:32 14 | MR. CIRSCH: Object to form. |
| 10:42:34 15 | THE WITNESS: I don't know. Anybody |
| 10:42:35 16 | following the heavy liquid density measurement |
| 10:42:37 17 | technique should be able to achieve detection |
| 10:42:39 18 | limits -- |
| 10:42:39 19 | Q. (By Mr. Chachkes) Okay. |
| 10:42:40 20 | **A. -- as such.** |
| 10:42:40 21 | Q. So your opinion about the high |
| 10:42:43 22 | qualifications of your lab and Lee Poye's lab, it's |
| 10:42:45 23 | not based on different methodologies; it's just based |
| 10:42:48 24 | on your opinion that you do it better? |
| 10:42:50 25 | MR. CIRSCH: Object to form. |

25

10:42:51 1     THE WITNESS:  Well, it's not really doing
10:42:52 2     it better; it's just following the appropriate
10:42:54 3     protocol for the analytical sensitivities.
10:42:57 4     There may be other labs out there.  John
10:43:00 5     Fitzgerald's lab may be doing it now.  I don't
10:43:01 6     know.
10:43:03 7     Q.    (By Mr. Chachkes)  Okay.
10:43:04 8     A.    **That's the only two I'm aware of that are**
10:43:06 9     **routinely doing it now.**
10:43:07 10    MAS has been testing talc for asbestos by
10:43:11 11    TEM since 2017; is that correct?
10:43:14 12    MR. CIRSCH:  Object to form.
10:43:16 13    THE WITNESS:  We have been testing
10:43:17 14    cosmetic talc since early 2017.  We have tested
10:43:21 15    industrial talc all the way back to the 1990s,
10:43:27 16    early 2000s.
10:43:28 17    Q.    (By Mr. Chachkes)  MAS has been testing
10:43:32 18    talc for asbestos by PLM since about October of 2018;
10:43:36 19    is that correct?
10:43:36 20    MR. CIRSCH:  Object to form.
10:43:41 21    THE WITNESS:  I don't know when we got
10:43:43 22    started testing industrial talc for PLM.
10:43:46 23    Probably way back in the 1990s, early 2000s.
10:43:51 24    We've recently started analyzing cosmetic
10:43:56 25    talc using the ISO 22262-1 and the Blount PLM

26

10:44:05 1     method enhanced, not your typical analysis.  I
10:44:11 2     don't know when we got started last year.
10:44:13 3     Q.    (By Mr. Chachkes)  Okay.  Is it possible
10:44:16 4     you didn't start looking at cosmetic talc by PLM
10:44:19 5     until October of 2018?
10:44:21 6     MR. CIRSCH:  Object to form.
10:44:23 7     THE WITNESS:  Well, unless I can go and
10:44:24 8     look and verify, all I can say is I don't recall
10:44:26 9     when we started analyzing cosmetic talc by PLM.
10:44:31 10    Q.    (By Mr. Chachkes)  Have any academic
10:44:33 11    institutions endorsed MAS as one of the best labs in
10:44:37 12    the world to test talc?
10:44:39 13    A.    **If they have, they haven't let me know.**
10:44:41 14    Q.    Has MAS received any accolades from any
10:44:44 15    academic institutions for its talc testing?
10:44:47 16    A.    **Not that I'm aware of.**
10:44:49 17    Q.    Have any nationally or internationally
10:44:51 18    renowned TEM scientists identified MAS as one of the
10:44:55 19    best labs in the world for testing talc?
10:44:58 20    MR. CIRSCH:  Object to form.
10:45:01 21    THE WITNESS:  I don't know who these
10:45:03 22    internationally recognized experts are.  We're
10:45:06 23    just following a standard protocol to analyze
10:45:09 24    talc using the most appropriate sensitivities
10:45:14 25    for analytical sensitivities.

27

10:45:16 1     Q.    (By Mr. Chachkes)  So you're not aware of
10:45:17 2     any TEM scientists who's not taking plaintiff
10:45:23 3     lawyers' money who has recognized MAS as one of the
10:45:26 4     best labs in the world for testing talc?
10:45:29 5     MR. CIRSCH:  Object to form.
10:45:31 6     THE WITNESS:  I don't recall any TEM
10:45:33 7     analyst being paid by plaintiffs' attorneys or
10:45:37 8     any TEM analyst paid by defense attorneys that
10:45:38 9     are calling me and saying good job, Bill.
10:45:41 10    Q.    (By Mr. Chachkes)  Have any nationally or
10:45:45 11    internationally renowned PLM scientists identified
10:45:47 12    MAS as one of the best labs in the world for testing
10:45:48 13    talc?
10:45:48 14    MR. CIRSCH:  Object to form.
10:45:50 15    THE WITNESS:  I don't know who these
10:45:52 16    internationally renowned PLM labs are.  I do
10:45:55 17    believe we're -- because of how we've enhanced
10:45:59 18    the PLM method that we are one of the better
10:46:04 19    labs because of the time and effort we put into
10:46:06 20    the analysis.  Sort of along the lines of the
10:46:10 21    proposed PLM method by the FDA in 1973, I think
10:46:14 22    they said it was laborious.
10:46:16 23    Q.    (By Mr. Chachkes)  All right.  So this is
10:46:17 24    not a question about what you believe or what people
10:46:19 25    at MAS believe but a question about what third

28

10:46:22 1     parties believe.
10:46:23 2     Are there any nationally or
10:46:25 3     internationally renowned PLM scientists or any
10:46:27 4     scientists, for that matter, who have identified MAS
10:46:30 5     as one of the best labs in the world for testing talc
10:46:33 6     under PLM?
10:46:34 7     MR. CIRSCH:  Object to form.
10:46:35 8     THE WITNESS:  I don't know.
10:46:35 9     Q.    (By Mr. Chachkes)  Have you ever presented
10:46:37 10    at any conferences about testing talc by TEM?
10:46:40 11    A.    **Maybe.  Not cosmetic talcs, no.**
10:46:48 12    Q.    Okay.  When you say maybe, nothing comes
10:46:51 13    to mind?
10:46:51 14    A.    **Well, we have been analyzing industrial**
10:46:54 15    **talcs for some time.  We have given talks at Johnson**
10:47:00 16    **Conferences in the past; Mr. Hatfield has.  Any of**
10:47:01 17    **that data that may have happened, I just don't know.**
10:47:05 18    Q.    Okay.  But for conferences that relate to
10:47:08 19    testing talc with TEM, sitting here today, you can't
10:47:11 20    recall presenting at any such conference?
10:47:15 21    MR. CIRSCH:  Object to form.
10:47:17 22    THE WITNESS:  I don't recall.
10:47:17 23    Q.    (By Mr. Chachkes)  Have you ever presented
10:47:18 24    at any conference -- sorry, strike that.
10:47:20 25    Have you ever been invited to present at

29

10:47:23  1   any conferences about testing talc with TEM or PLM?

10:47:26  2       A.   Yes, I was.

10:47:27  3       Q.   Okay.  What was that?

10:47:28  4       A.   **Bruce Bishop invited me to come debate**

10:47:34  **Dr. Sanchez at a DRI conference last year.**

10:47:37  6       Q.   Okay.  So did you actually go to that

10:47:38  7   conference?

10:47:38  8       A.   **No.**

10:47:39  9       Q.   And DRI conference, that's a defense bar

10:47:42  10  conference?

10:47:42  11      A.   **Yes, sir.  I have participated in those**

10:47:45  12  **for a number of times and typically debating one of**

10:47:49  13  **the defense experts.  And he sent an email, and I**

10:47:56  14  **couldn't arrange it in my schedule.**

10:47:57  15      Q.   The FDA had a conference in November '18

10:48:01  16  with Jeff San at the University of Maryland; are you

10:48:07  17  aware of that?

10:48:04  18      A.   **I am.**

10:48:05  19      Q.   Were you invited to participate?

10:48:06  20      A.   **No.**

10:48:06  21      Q.   Are you familiar with Forensic Analytical

10:48:10  22  Labs?

10:48:10  23      A.   **I am.**

10:48:11  24      Q.   Would you agree that they are an

10:48:13  25  independent laboratory?

30

10:48:14  1            MR. CIRSCH:  Object to form.

10:48:16  2            THE WITNESS:  I don't know what their

10:48:17  3   background is.

10:48:19  4       Q.   (By Mr. Chachkes)  Okay.  Have you relied

10:48:20  5   on their testing of talc for asbestos before?

10:48:24  6       A.   **I don't know.**

10:48:25  7       Q.   Sitting here today, is there any reason

10:48:29  8   why you believe you shouldn't be able to rely on

10:48:31  9   their work?

10:48:32  10           MR. CIRSCH:  Object to form.

10:48:33  11           THE WITNESS:  It depends on the work.  I

10:48:35  12  would have to review what work that

10:48:37  13  hypothetically you want me to rely on.

10:48:38  14      Q.   (By Mr. Chachkes)  Yeah.  So I'm just

10:48:40  15  talking about the laboratory, not necessarily the

10:48:42  16  nature of the science, which of course you'll always

10:48:46  17  review; right?

10:48:46  18           So the nature of the laboratory -- and

10:48:48  19  sitting here today, is there anything about the

10:48:50  20  Forensic Analytical Labs laboratory that makes you

10:48:54  21  suspicious of their work in any way?

10:48:56  22      A.   **I don't have an opinion one way or the**

10:48:58  23  **other.  Typically, for me to say something about any**

10:49:00  24  **particular lab, I would have to have some interaction**

10:49:04  25  **with that lab over the years.**

31

10:49:07  1       Q.   Now, you issued a supplemental report

10:49:10  2   January 15, 2019; correct?

10:49:12  3       A.   **Yes, sir.**

10:49:12  4       Q.   Why?  What did it add to or subtract from

10:49:17  5   the first report?

10:49:18  6       A.   **There was typos in the first report.**

10:49:21  7   **Also, we talked -- added somewhere, I believe, the**

10:49:25  8   **Blount PLM that we did on the -- or talked about it**

10:49:33  9   **on the 16 containers that Lee Poye tested.**

10:49:39  10      Q.   And those errors that you just referred

10:49:43  11  to, when did you identify them?  Was it after you

10:49:44  12  issued your January 15 report -- I'm sorry, after you

10:49:47  13  issued your November 14 report?

10:49:49  14      A.   **Yes.**

10:49:49  15      Q.   And how did you identify those errors?

10:49:53  16      A.   **Reading through it.  It was very obvious**

10:49:58  17  **to me that J3 was not P3, that I had missed it in a**

10:50:03  18  **couple of places.**

10:50:04  19      Q.   Okay.  So the errors that were identified

10:50:05  20  and fixed in the January 15 report, they were all

10:50:08  21  identified by you personally?

10:50:09  22      A.   **Either myself or Dr. Rigler.  I can't tell**

10:50:12  23  **you which one of us fixed the most.**

10:50:15  24      Q.   Okay.  And referring to these additional

10:50:19  25  data in the January 15 report, did that testing occur

32

10:50:23  1   after November 14, 2018?

10:50:27  2       A.   **Yes.  I believe so.**

10:50:30  3       Q.   And then there's a second supplemental

10:50:32  4   report dated February 1, 2019; correct?

10:50:35  5       A.   **Correct.**

10:50:35  6       Q.   Okay.  And we discussed that before,

10:50:38  7   didn't we?

10:50:38  8       A.   **Yes, sir.**

10:50:39  9       Q.   Do you know why it was not produced until

10:50:47  10  February 2?

10:50:48  11           MR. CIRSCH:  Object to form.

10:50:52  12           THE WITNESS:  Why it wasn't produced until

10:50:54  13  February 2?

10:50:54  14      Q.   (By Mr. Chachkes)  Yeah.

10:50:55  15      A.   **Because that's when I sent it.**

10:50:56  16      Q.   Okay.  You also produced two reports from

10:51:04  17  Lee Poye at J3 Resources dated December 12 and

10:51:09  18  December 21; correct?

10:51:10  19      A.   **Correct.**

10:51:10  20      Q.   Can you describe what those reports are?

10:51:11  21      A.   **XRD of 17 MDL samples -- excuse me -- 19**

10:51:21  22  **MDL samples to finish off the MDL samples for XRD**

10:51:26  23  **that we were going to test.  We didn't test the**

10:51:30  24  **Windsor railroad car samples for XRD.**

10:51:33  25      Q.   And there's some PLM work in there as

33

10:51:35 1  well?

10:51:37 2      A.    I don't know.

10:51:39 3      Q.    That's okay.  We can get back to that.

10:51:40 4          Do these samples in Lee Poye's

10:51:47 5  supplemental reports relate to -- do they correspond

10:51:53 6  to samples in your report?

10:51:54 7      A.    Yes.

10:51:54 8      Q.    How did they -- how can somebody correlate

10:51:58 9  the two?

10:51:59 10     A.    Let me see.  There should have been a --

10:52:12 11 let me get some of this stuff out of the way.

10:52:15 12     Q.    Actually, you know, let's -- here.  Let's

10:52:17 13 go back to 10.

10:52:20 14         Exhibit 10 is the December 12 letter

10:52:23 15 from -- this is mine.  You've got one in your stack.

10:52:25 16     A.    Oh, do I?

10:52:26 17     Q.    Yes.

10:52:27 18     A.    Okay.

10:52:32 19     Q.    Just the coding system, let's just take

10:52:34 20 the first one.  M69722-001, do you see on the front

10:52:40 21 page?

10:52:40 22     A.    Yes.

10:52:40 23     Q.    Do you know what that refers to?  Does

10:52:42 24 that coding indicate something to you?

10:52:44 25     A.    It does.  I didn't -- we don't have the

34

10:52:48 1  key.

10:52:48 2          What I do is I make an additional number

10:52:52 3  so that the -- Lee Poye essentially gets blind

10:52:58 4  samples, and there's supposed to be a key produced

10:53:00 5  with that.

10:53:01 6      Q.    Okay.  You have a key?

10:53:02 7      A.    I don't have it with me.  I thought it was

10:53:04 8  attached to the report.

10:53:05 9          MR. CHACHKES:  We ask the plaintiffs to

10:53:08 10 produce that key.  I don't think we got it.

10:53:11 11         MS. O'DELL:  Okay.

10:53:15 12     Q.    (By Mr. Chachkes)  Okay.  So have you

10:53:19 13 produced all the J3 -- all the data J3 Resources

10:53:24 14 generated from the work for you in this case?

10:53:27 15     A.    Yes.

10:53:27 16     Q.    And did you ask them about what kind of

10:53:31 17 materials they generated?

10:53:33 18     A.    I mean, other than what they sent me, no.

10:53:38 19     Q.    Okay.  So you didn't ask them whether

10:53:39 20 there was additional material that they generated but

10:53:42 21 just did not provide to you?

10:53:44 22     A.    No, sir.  I have dealt with and had XRD

10:53:48 23 done by them before in other reports, and this is

10:53:51 24 what they provide.

10:53:52 25     Q.    Has anyone at MAS discussed the production

35

10:53:56 1  request in this case with anybody at J3 Resources?

10:53:59 2      A.    No.

10:53:59 3      Q.    What measures do you employ to ensure that

10:54:02 4  J3 Resources provides all the data it generated in

10:54:06 5  its work for you?

10:54:07 6          MR. CIRSCH:  Object to form.

10:54:08 7      Q.    (By Mr. Chachkes)  Actually, strike that.

10:54:09 8  I think we have already done that.

10:54:10 9          All right.  Your lab produced something

10:54:11 10 called global particles tables for a number of

10:54:15 11 samples.  Does that ring a bell?

10:54:16 12     A.    Yes.

10:54:16 13     Q.    Okay.  And what are those?

10:54:21 14     A.    That's the raw data for each of the

10:54:24 15 particles that were measured and counted.

10:54:26 16     Q.    Okay.  And so that's the data underlying

10:54:30 17 what you report in your expert reports?

10:54:33 18         MR. CIRSCH:  Object to form.

10:54:34 19         THE WITNESS:  Not in this expert report,

10:54:35 20 I'm not relying on it, but in past ones, yes.

10:54:37 21     Q.    (By Mr. Chachkes)  Okay.  Because those

10:54:38 22 are non-MDL samples?

10:54:41 23     A.    Well, they're non-MDL samples.  It's not

10:54:44 24 so much they're non-MDL samples, but I was under the

10:54:48 25 impression that these MDL samples weren't contested

36

10:54:51 1  for chain of custody.

10:54:52 2      Q.    Okay.  But what I'm asking, though, is the

10:54:55 3  global particle tables that you produced in this case

10:54:58 4  do not correspond to MDL samples; is that correct?

10:55:03 5      A.    That is correct.

10:55:04 6      Q.    Okay.  Are you able to generate a global

10:55:07 7  particle table for the MDL samples?

10:55:10 8      A.    We have not analyzed any MDL samples yet

10:55:13 9  that I'm aware of.

10:55:13 10     Q.    What about the samples in your reports in

10:55:16 11 this case?

10:55:16 12     A.    Well, they're not particle size analysis.

10:55:20 13 They're PLM and TEM analysis.  Those are specifically

10:55:25 14 designed for detection of amphibole asbestos, not

10:55:31 15 particle sizing.

10:55:32 16     Q.    Why did you produce the global particle

10:55:35 17 tables in this case?

10:55:35 18         MR. CIRSCH:  Object to form.

10:55:36 19         THE WITNESS:  I was asked for it, you

10:55:39 20 know, in other cases, so I thought I would just

10:55:41 21 produce it here, even though I'm not relying on

10:55:45 22 it.

10:55:46 23     Q.    (By Mr. Chachkes)  Okay.  Do you do talc

10:55:52 24 particle size analysis for the MDL?

10:55:54 25     A.    We did not.

**37**

10:55:55  1    Q.    All right.  But the data in the global
10:56:07  2    particle tables relates to talc particle size?
10:56:12  3    A.    Yes, sir.  All the particles for the talc
10:56:15  4    sizes that -- in the -- I guess it was in August 4,
10:56:22  5    2017, or 2018 report, I can't remember.
10:56:24  6    Q.    Sitting here today, are you aware of any
10:56:27  7    relevance that the global particle tables that you
10:56:30  8    produced have to the reports you issued in this case,
10:56:33  9    the MDL?
10:56:35  10    MR. CIRSCH:  Object to form.
10:56:36  11    THE WITNESS:  Again, as I'm stating, I'm
10:56:38  12    not relying on it.  We did not do any MDL
10:56:40  13    particle sizing.  May in the future, but we
10:56:44  14    haven't done it here, and I'm not relying on the
10:56:46  15    report that we issued --
10:56:47  16    Q.    (By Mr. Chachkes)  Okay.
10:56:49  17    A.    -- in August.
10:56:50  18    Q.    Did your analyst compare any of the
10:56:52  19    particles identified in your MDL report by PLM to
10:56:59  20    compare them with a known asbestos reference sample?
10:57:03  21    MR. CIRSCH:  Object to form.
10:57:14  22    THE WITNESS:  I don't know.  It's not
10:57:16  23    something that we typically require analysts to
10:57:19  24    do, especially the analyst doing this.  He's
10:57:23  25    worked for us for almost 30 years; he's a

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**38**

10:57:26  1    professional geologist; he's probably analyzed
10:57:30  2    tens and tens and tens of thousands of samples.
10:57:33  3    He does compare to the appropriate
10:57:38  4    information --
10:57:43  5    MR. CIRSCH:  Let him finish.
10:57:45  6    Q.    (By Mr. Chachkes)  Yeah.
10:57:46  7    A.    So did he pull out standard anthophyllite
10:57:47  8    tremolite?  I would have to check.
10:57:48  9    Q.    So when you say compared to the
10:57:50  10    appropriate information, you have no knowledge of
10:57:52  11    what that appropriate information is, do you?
10:57:54  12    A.    Sure I do.
10:57:54  13    MR. CIRSCH:  Object to form.
10:57:56  14    THE WITNESS:  The refractive indices, the
10:58:01  15    measurement of -- indices, the angle of
10:58:02  16    extinction, either oblique or parallel, depend
10:58:05  17    on cross polars, the dispersion staining on the
10:58:08  18    colors using the Su charts to determine the
10:58:08  19    refractive indices, the sign of elongation, or
10:58:13  20    the speed.
10:58:13  21    Q.    (By Mr. Chachkes)  So all these --
10:58:14  22    A.    All the standard mineralogical information
10:58:16  23    that a well-seasoned PLM analyst would do.
10:58:20  24    Q.    So I'm not talking about the data that he
10:58:23  25    pulls from looking at samples.  I'm talking about

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**39**

10:58:26  1    comparing to a reference sample from some source
10:58:30  2    other than something generated by MAS, are you aware
10:58:33  3    of any of that?
10:58:34  4    MR. CIRSCH:  Object to form.
10:58:36  5    THE WITNESS:  They have all the references
10:58:38  6    for all the NIST standards that are routinely
10:58:41  7    looked at when we get -- when our lab is audited
10:58:47  8    by the NVLAP, they go around and make sure the
10:58:51  9    analysts can identify these types of materials.
10:58:53  10    So, yes, we have reference materials.  You
10:58:56  11    know, did they pull it out or not, as I'm
10:58:59  12    sitting right here specifically, but they do do
10:59:01  13    that periodically.  So that's all I can tell
10:59:05  14    you.
10:59:05  15    Q.    (By Mr. Chachkes)  Okay.  So you have NIST
10:59:07  16    samples, but you don't know whether your PLM
10:59:09  17    scientist actually compared the PLM work he did in
10:59:13  18    this case to those NIST samples for this case?
10:59:18  19    A.    Specifically for these MDL samples did he
10:59:23  20    pull out the standards or just use the standard
10:59:27  21    crystallographic information that's specific for the
10:59:31  22    identification of these types of amphiboles, I'd have
10:59:35  23    to check.
10:59:36  24    Q.    Okay.  So I was asking about the NIST
10:59:38  25    standard, and you threw in something else.  I just

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**40**

10:59:41  1    want to focus on the NIST standard.
10:59:43  2    Sitting here today you're not aware that
10:59:44  3    your PLM scientist compared his results on the PLM
10:59:47  4    for the samples in this case directly to the NIST
10:59:52  5    sample -- NIST standards; correct?
10:59:55  6    MR. CIRSCH:  Object to form.
10:59:56  7    THE WITNESS:  It's not being aware or not
10:59:57  8    aware.  It's just a question that I can clear up
11:00:01  9    and ask.
11:00:02  10    Q.    (By Mr. Chachkes)  Okay.  Did you ask him
11:00:05  11    at any point?
11:00:07  12    A.    No.  I typically don't ask 30-year
11:00:12  13    seasoned analysts/geologists on any particular
11:00:15  14    project.  But now that you've asked the question,
11:00:18  15    I'll ask.
11:00:18  16    Q.    Okay.  And so you have one analyst doing
11:00:24  17    all your PLM work for the MDL samples?
11:00:25  18    A.    Yes.
11:00:26  19    Q.    What's his name or her name?
11:00:27  20    A.    Paul Hess.
11:00:29  21    Q.    Spell the last name, please.
11:00:31  22    A.    H-e-s-s.
11:00:32  23    Q.    Your report doesn't state that there were
11:00:38  24    asbestos reference samples used in the PLM analysis;
11:00:38  25    correct?

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**41**

11:00:43 1    A.    No, sir. It's not the type of information
11:00:45 2 I would typically put in a report.
11:00:47 3    Q.    Do you know which set of NIST standards
11:00:53 4 exist at MAS right now?
11:00:56 5    A.    It is the 1875, I think it is. I have to
11:01:02 6 check the numbers on it. It's the standard NIST
11:01:05 7 samples that all asbestos labs have or should have.
11:01:09 8    Q.    Do you know when you obtained them?
11:01:11 9    A.    Not as I sit here today.
11:01:13 10    Q.    Did your analyst compare any of the
11:01:15 11 particles identified in this report by TEM with any
11:01:19 12 known asbestos reference samples?
11:01:21 13    A.    Well, we have analyzed both reference
11:01:30 14 tremolite series, anthophyllite series. We have all
11:01:33 15 those reference standards, analytical data on the TEM
11:01:39 16 walls. I don't think they pulled the reference and
11:01:43 17 put them in each and every time, but they routinely
11:01:47 18 check reference samples.
11:01:49 19    Q.    Okay. So when you say they check
11:01:51 20 reference samples, are you saying you mean that they
11:01:53 21 check to whatever's on your reference wall?
11:01:56 22    MR. CIRSCH: Object to form.
11:01:57 23    THE WITNESS: Well, no. The reference
11:01:58 24 wall is from the reference samples, and we have
11:02:01 25 analyzed reference samples in the past

**42**

11:02:03 1 specifically for these J&J cases. And the
11:02:08 2 analysts are well trained.
11:02:10 3    I don't know how often they need to pull
11:02:12 4 out a reference sample in order to identify
11:02:14 5 either the anthophyllite solid solution series
11:02:17 6 or the tremolite solid solution series.
11:02:21 7    Q.    (By Mr. Chachkes) Let's ask two different
11:02:23 8 lines of questions here.
11:02:24 9    So you have internal MAS-generated
11:02:27 10 reference samples for TEM to identify asbestos; is
11:02:30 11 that correct?
11:02:30 12    A.    Yes.
11:02:31 13    Q.    Okay. Did you produce them?
11:02:34 14    MR. CIRSCH: Object to form.
11:02:35 15    THE WITNESS: I didn't think it was asked.
11:02:37 16    MR. CHACHKES: Okay. I would ask the
11:02:38 17 plaintiffs produce that, please.
11:02:40 18    Q.    (By Mr. Chachkes) What about reference
11:02:42 19 samples generated by third parties, do you have
11:02:47 20 those?
11:02:49 21    A.    Reference samples by third parties, you
11:02:51 22 will have to -- NIST is a third party.
11:02:53 23    Q.    Okay. So anything else?
11:02:58 24    A.    We have accumulated reference samples now
11:03:01 25 from anthophyllite asbestos from Windsor County, and

**43**

11:03:09 1 I'd have to look at them and see what the validation
11:03:13 2 is. We have cummingtonite standards now. We have
11:03:17 3 grunerite standards. We have -- I believe we have
11:03:21 4 winchite and richterite standards. We have not
11:03:25 5 analyzed them yet to the degree where we can put the
11:03:28 6 results altogether.
11:03:28 7    Q.    So are these -- so I'm talking about
11:03:31 8 reference standards that you can look at those and
11:03:35 9 compare to what you're generating in this case. So
11:03:39 10 you're saying that there are third-party
11:03:41 11 anthophyllite standards that you have that were
11:03:45 12 produced by something in Windsor County?
11:03:48 13    MR. CIRSCH: Object to form.
11:03:49 14    THE WITNESS: It wasn't produced by
11:03:50 15 Windsor County. It was a mineral house that
11:03:57 16 sells them. And I have not had an opportunity
11:04:01 17 to -- we haven't had an opportunity to look at
11:04:03 18 them yet.
11:04:03 19    Q.    (By Mr. Chachkes) That's just the
11:04:05 20 mineral, though, right, the raw mineral?
11:04:07 21    MR. CIRSCH: Object to form.
11:04:08 22    THE WITNESS: Well, it's fibrous, it's raw
11:04:11 23 mineral anthophyllite, raw mineral
11:04:15 24 cummingtonite, raw mineral grunerite, raw
11:04:18 25 mineral winchite-richterite.

**44**

11:04:22 1    Q.    (By Mr. Chachkes) Okay. For those
11:04:22 2 minerals that you just mentioned, did you obtain from
11:04:24 3 a third party a TEM photo of the mineral at issue
11:04:31 4 that you can use as a standard to compare what you
11:04:34 5 find under your TEM?
11:04:36 6    MR. CIRSCH: Object to form.
11:04:38 7    THE WITNESS: No. Typically people don't
11:04:39 8 provide that -- or NIST should have -- a TEM lab
11:04:43 9 that's looking at standards should have the
11:04:46 10 qualifications and training to be able to
11:04:49 11 recognize the regulated asbestos types.
11:04:52 12    Q.    (By Mr. Chachkes) Okay. So, now, the
11:04:54 13 only third-party TEM photographs that you could use
11:04:59 14 as a standard for determining whether what you're
11:05:03 15 looking at under your TEM is asbestos, the only one
11:05:06 16 you've mentioned so far is NIST; correct?
11:05:09 17    A.    I'm sorry, I misunderstood.
11:05:10 18    NIST does not provide you TEM pictures or
11:05:12 19 EDS pictures or PLM pictures or any XRD pictures.
11:05:16 20 They assume you have the training and capability of
11:05:19 21 doing that.
11:05:19 22    I'm not aware of any third-party group
11:05:21 23 providing photograph standards along with the
11:05:25 24 samples.
11:05:25 25    Q.    Okay. So to sum it all up, you do not

45

1  have any third-party TEM photos that you use as
2  standards to compare to what you're seeing under the
3  TEM?
4       MR. CIRSCH:  Object to form.
5       THE WITNESS:  That's correct.  No third
6    party has sent us TEMs along with their
7    standards and say here's a standard with a TEM
8    photo and this is what it all looks like.
9       Q.    (By Mr. Chachkes)  Your report also does
10  not state that the analyst used asbestos reference
11  standards in their TEM analysis; correct?
12      A.    That is correct.  None of our reports do.
13      Q.    How does your lab distribute samples to
14  individual analysts to test?  Is it random?  Is it
15  like some analysts get a certain kind of sample?
16      A.    It's random.
17      Q.    Is that the same for J3?  Did you give
18  them random samples?
19      MR. CIRSCH:  Object to form.
20      THE WITNESS:  Random samples.  For J3 I
21    specifically gave them the samples that we
22    wanted XRD done on them.
23      Q.    (By Mr. Chachkes)  Okay.  But for your
24  individual analyst, nobody's getting like more
25  Vermont and someone's getting more China, that kind

46

1  of thing?
2       A.    Not that I'm aware of.
3       Q.    You didn't give any particular analyst
4  like you're getting more bottles from the '50s and
5  '60s and someone else is getting something more from
6  a later era, that's not happening?
7       A.    It's fairly random.  The analysts don't
8  have any knowledge of anything more than the sample
9  number.  They don't know if it's China or Vermont
10  or -- we're not telling them anything other than they
11  just get a sample number.
12      Q.    Who decides which analyst gets which
13  bottles?
14      A.    That's a good question.  I guess Victoria
15  Panariello does.
16      Q.    Who is she?
17      A.    She is the head person in our TEM lab.
18      Q.    Head person meaning administrative?
19  Scientist?
20      A.    She's a scientist.
21      Q.    Does she do any analysis herself?
22      A.    Occasionally.
23      Q.    Under what instrument?
24      A.    She -- she can do both polarized light
25  microscopy as well as transmission electron

47

1  microscopy.
2       Q.    Would you expect two analysts from your
3  laboratory, given splits from the same bottle, to
4  identify the same asbestos concentration?
5       A.    You'll never get an exact asbestos
6  concentration depending on what level of accessory
7  amphibole asbestos is in the sample, but I would not
8  expect the exact same.
9       Q.    What level of variation would you think is
10  so great that you would conclude something went
11  wrong?
12      A.    Don't know.  I've not seen that variation
13  yet for two different samples of the same bottle
14  that's been analyzed.
15      Q.    Okay.  Hypothetically, if you split a
16  bottle and one analyst found no detectable asbestos
17  and another found half a percent by concentration
18  asbestos, would you think that was within a
19  reasonable margin of error?
20      MR. CIRSCH:  Object to form.
21      THE WITNESS:  By TEM?
22      Q.    (By Mr. Chachkes)  Sure, by TEM.
23      A.    At a half a percent?
24      Q.    Yeah.
25      A.    No, that's not acceptable.

48

1       Q.    Okay.  What about one analyst finding no
2  detectable asbestos, another finding a quarter of a
3  percent?
4       MR. CIRSCH:  Object to form.
5       Q.    (By Mr. Chachkes)  Is that an acceptable
6  margin of error?
7       A.    .25 percent by weight?  A quarter percent?
8       Q.    No, no.  A quarter of a percent.
9       MR. CIRSCH:  Object to form.
10      THE WITNESS:  Isn't that .25?  Isn't that
11    a quarter of a percent?
12      Q.    (By Mr. Chachkes)  Yeah.
13      A.    Sometimes simple math gets the better of
14  me.
15      I would think that would be unacceptable;
16  something has gone wrong.
17      Q.    Just to spare me from the trouble of doing
18  this all day, at what point would you say, you know,
19  that's acceptable, and maybe a little larger wouldn't
20  be acceptable?
21      MR. CIRSCH:  Object to form.
22      THE WITNESS:  I'd have to look at every
23    situation to see what that percentage is before
24    I could say what is acceptable and not
25    acceptable.

49

11:09:35 1    Q.    (By Mr. Chachkes)  Okay.  You have no
11:09:39 2    written or decided standard in your laboratory for
11:09:42 3    what kind of error between two analysts is acceptable
11:09:45 4    or not acceptable, do you?
11:09:47 5            MR. CIRSCH:  Object to form.
11:09:48 6            THE WITNESS:  Yeah, we do.  We have
11:09:49 7    measured where they have gone in and analyzed
11:09:52 8    the same sample.  See, when you were asking for
11:09:53 9    what's acceptable and not acceptable, it's not
11:09:56 10   so much on the analyst's side.  It could be the
11:09:58 11   preparation side.  It could be a number of
11:10:01 12   things.
11:10:02 13          So we have done error rates for the
11:10:06 14   analyst by TEM analysis where they go in and we
11:10:10 15   know that in these many grid openings there's
11:10:12 16   this many fibers, and then we can have them
11:10:15 17   analyze the same grid openings.
11:10:17 18          You're taking out the part about the
11:10:19 19   sample preparation, the filter preparation.  So
11:10:22 20   you have to look at it individually.  But for
11:10:24 21   error rates for the analyst, we have that.
11:10:27 22   Q.    (By Mr. Chachkes)  Okay.  But just
11:10:29 23   comparing -- just visually comparing a grid, a single
11:10:32 24   grid; correct?
11:10:33 25          MR. CIRSCH:  Object to form.

50

11:10:35 1            THE WITNESS:  Grid openings --
11:10:35 2    Q.    (By Mr. Chachkes)  Yeah.
11:10:36 3    A.    -- where each analyst is told to count the
11:10:39 4    same grid opening and, therefore, you can determine
11:10:43 5    what the analyst -- what the coefficient of variation
11:10:48 6    is.
11:10:49 7            If you have a sample where -- you take two
11:10:52 8    samples and one sample is -- they found one fiber in
11:10:54 9    a hundred grid openings and another sample they found
11:10:57 10   zero, that's within the -- that's within the margin
11:11:00 11   of error.  That's acceptable.
11:11:02 12          If you have a sample where one analyst
11:11:04 13   found 50 fibers and one analyst found none or one,
11:11:10 14   then something has happened, and you have to go back
11:11:12 15   and look and go, okay, are the grid openings you
11:11:14 16   looked at he looked at in the first one.  So there is
11:11:17 17   a process that we have to evaluate all data where we
11:11:22 18   have multiple samples of the same container.
11:11:24 19   Q.    Sample preparation is extremely important
11:11:27 20   because that affects the --
11:11:30 21          (Cell phone rings.)
11:11:30 22   Q.    (By Mr. Chachkes)  Okay.  Sample
11:11:32 23   preparation is extremely important because that
11:11:50 24   affects the outcomes; correct?
11:11:53 25          MR. CIRSCH:  Object to form.

51

11:11:54 1            THE WITNESS:  All sample preparation is
11:11:55 2    important.
11:11:55 3    Q.    (By Mr. Chachkes)  And do all your
11:11:56 4    analysts use the same sample preparation methods?
11:12:01 5    A.    All the people who -- the folks who
11:12:06 6    prepare the samples use the method that is
11:12:10 7    appropriate for the analysis that's going to be done.
11:12:13 8    Q.    If there is -- for all the samples that
11:12:18 9    were analyzed in your report, were they prepared --
11:12:22 10   the sample preparation, were they all done by the
11:12:25 11   same method?
11:12:26 12   A.    Yes.
11:12:26 13   Q.    Were they all done by the same person?
11:12:28 14   A.    I would have to look.  But yes.  Most
11:12:31 15   likely these samples were all done by the same
11:12:34 16   person.
11:12:34 17   Q.    Okay.  If you took a split from a single
11:12:41 18   bottle and you had two analysts look at it, would you
11:12:44 19   expect them to identify the same kinds of asbestos,
11:12:47 20   assuming there was asbestos spotted?
11:12:49 21          MR. CIRSCH:  Object to form.
11:12:52 22          THE WITNESS:  Not necessarily, no.
11:12:53 23   Q.    (By Mr. Chachkes)  Okay.  So one could say
11:12:54 24   I see tremolite and another could say I see
11:12:57 25   anthophyllite and you don't think that is -- that

52

11:13:01 1    demonstrates a problem?
11:13:03 2            MR. CIRSCH:  Object to form.
11:13:04 3            THE WITNESS:  If the chemistry is right,
11:13:08 4    the -- and they have identified it correctly,
11:13:11 5    no.  Many of these samples have two types of
11:13:16 6    asbestos in it.
11:13:16 7    Q.    (By Mr. Chachkes)  Okay.  Is there any
11:13:22 8    situation where you think an analyst has identified
11:13:27 9    an asbestos that you believe maybe there's an error
11:13:30 10   there?
11:13:32 11          MR. CIRSCH:  Object to form.
11:13:33 12          THE WITNESS:  I haven't run across
11:13:34 13   anything like that, no.
11:13:35 14   Q.    (By Mr. Chachkes)  And if one -- if there
11:13:36 15   was a split and one analyst said I found -- let's say
11:13:39 16   there was a split three ways, and one of your
11:13:42 17   analysts said I found anthophyllite, another analyst
11:13:45 18   said I found tremolite, and a third analyst said I
11:13:49 19   found nothing detectable, you would not say maybe
11:13:52 20   there's a problem here?
11:13:53 21          MR. CIRSCH:  Object to form.
11:13:54 22          THE WITNESS:  Unless I could review the
11:13:55 23   data and -- you know, it's an interesting
11:13:56 24   hypothetical.  I don't think we have run across
11:13:58 25   that interesting hypothetical.

## 53

11:13:59 1   But I would have to review the data to see
11:14:02 2   what they're analyzing, what the chemistry is,
11:14:05 3   how did they identify, and how many asbestos
11:14:09 4   fibers the two that found it versus the one that
11:14:12 5   didn't.  So it's --
11:14:14 6   **Q.**   (By Mr. Chachkes)  Okay.
11:14:14 7   **A.**   -- you just can't say is this a problem,
11:14:18 8   this -- maybe, maybe not.
11:14:20 9   **Q.**   Okay.  So there is a situation you would
11:14:22 10  say there is not a problem where three analysts
11:14:25 11  looking at the same bottle finding -- one found
11:14:29 12  anthophyllite, one found tremolite, one found nothing
11:14:31 13  detectable, there is a situation where that would not
11:14:33 14  be a problem, you can imagine that?
11:14:35 15  MR. CIRSCH:  Object to form.
11:14:35 16  THE WITNESS:  I don't know if I can
11:14:37 17  imagine any of this happening, but it's your
11:14:40 18  hypothetical.  Unless I can look at the data and
11:14:44 19  understand what each of the analysts were
11:14:46 20  counting, how many structures, what is the
11:14:48 21  chemistry, what is the diffraction patterns, is
11:14:51 22  it the two analysts found one and one found
11:14:54 23  zero, is this -- you know, what is the mine this
11:14:58 24  is coming from, how does our other data look --
11:15:01 25  there's a lot involved there than just saying

## 54

11:15:03 1   off the cuff, oh, that's a problem or that's not
11:15:05 2   a problem.
11:15:06 3   **Q.**   (By Mr. Chachkes)  Okay.  All right.  I've
11:15:08 4   asked you whether you can imagine a situation where
11:15:11 5   that's not a problem.  You have not provided that to
11:15:13 6   me.  This is -- I'll just ask it one more time.  Can
11:15:16 7   you provide that to me?  I can imagine that's not a
11:15:18 8   problem.
11:15:18 9   MR. CIRSCH:  Object to form.  I think he
11:15:20 10  answered your question.
11:15:21 11  THE WITNESS:  I can't give you any
11:15:22 12  additional information about that because I
11:15:25 13  don't -- as a scientist I just don't like to
11:15:27 14  say, well, this is -- I can imagine a problem
11:15:30 15  here, I can't imagine it's a problem, without
11:15:32 16  looking at any data to see how many asbestos
11:15:34 17  fibers each of the analysts counted, is it one,
11:15:37 18  is it ten, is it five, what's the chemistry look
11:15:40 19  like, the EDXA, the SAED.  I would have to
11:15:47 20  review it to see if it's a problem or not.
11:15:49 21  **Q.**   (By Mr. Chachkes)  Is there sufficient
11:15:50 22  subjectivity in the system such that it could be
11:15:52 23  correct that one analyst could find in a bottle
11:15:55 24  tremolite and another analyst could find in the
11:15:57 25  bottle anthophyllite?

## 55

11:15:58 1   MR. CIRSCH:  Object to form.
11:16:00 2   THE WITNESS:  I don't think it's
11:16:01 3   subjectivity.  I just think it's wherever the
11:16:05 4   cosmetic talc source was in any particular mine,
11:16:09 5   what's there.  We have many samples that have
11:16:12 6   both types of asbestos in it.
11:16:14 7   So you can't say, well, you found this and
11:16:18 8   the other one found that, when the source, the
11:16:21 9   accessory -- amphibole asbestos accessory
11:16:23 10  mineral in these mines have both types.
11:16:26 11  **Q.**   (By Mr. Chachkes)  If one of your
11:16:27 12  scientists looked at a J&J bottle of talc and found a
11:16:32 13  particular concentration of a particular kind of
11:16:36 14  asbestos, would you -- do you believe to within a
11:16:42 15  scientific -- a degree of scientific -- reasonable
11:16:45 16  scientific degree of certainty that a second
11:16:50 17  scientist following proper procedures would find the
11:16:52 18  same?
11:16:52 19  MR. CIRSCH:  Object to form.
11:16:53 20  THE WITNESS:  I think we already talked
11:16:54 21  about this.  I would never expect a second
11:16:56 22  scientist or a second analyst going in with a
11:16:59 23  separate prep sample finding the exact amount.
11:17:00 24  And again, it depends on how many is there.
11:17:03 25  We did discuss this once.  If it's one or

## 56

11:17:05 1   two and the second analyst found none, that's in
11:17:08 2   the margin of error, or it's looking for the
11:17:12 3   needle in the haystack sort of analogy.
11:17:15 4   If one analyst found 50 and the other
11:17:18 5   found zero, yes, that's a problem, like we
11:17:19 6   already discussed.  Again, I would have to look
11:17:21 7   at the data to determine if it's a problem or
11:17:23 8   not.
11:17:24 9   **Q.**   (By Mr. Chachkes)  Do you believe it's
11:17:26 10  appropriate, given this margin of error, to run
11:17:30 11  multiple tests on a single bottle and then average
11:17:33 12  the results to get what would be the correct answer?
11:17:37 13  MR. CIRSCH:  Object to form.
11:17:38 14  THE WITNESS:  I don't think that's
11:17:39 15  necessary.  I think the -- we can accept what
11:17:42 16  the analysis is.  It comes from a sample in a
11:17:45 17  bottle.  The more you run, you may go from
11:17:50 18  nondetect initially to detect in the second or
11:17:54 19  third.  But I don't think that is necessary to
11:17:56 20  do for the types of analysis we're doing.
11:17:59 21  **Q.**   (By Mr. Chachkes)  For two of your
11:18:02 22  analysts analyzing the same bottle, what degree of
11:18:06 23  difference in the detected percentage of fibers
11:18:10 24  versus detected percentage of bundles would you
11:18:17 25  expect normally?

57

```
11:18:19   1           MR. CIRSCH:  Object to form.
11:18:20   2           THE WITNESS:  I don't have any
11:18:21   3   expectations.  The analyst is ultimately making
11:18:24   4   the decision if it is a single fiber or a
11:18:28   5   bundle.  Because he's looking in the microscope,
11:18:31   6   he's the one who can -- you're looking through
11:18:34   7   the fiber, he's the one doing the -- he can
11:18:38   8   change the focal plane, he can change from dark
11:18:42   9   field to bright field, so ultimately he's making
11:18:44  10   the decision on it.
11:18:46  11       Q.   (By Mr. Chachkes)  I am asking really what
11:18:49  12   is the margin of error in detecting fiber versus
11:18:53  13   bundle percentage, acceptable margin of error.  Have
11:18:57  14   you ever figured that out?
11:18:58  15       A.   We haven't done that; it's really not
11:19:00  16   necessary.  It's more important for coefficients of
11:19:04  17   variation.  I've reviewed all the photographs of
11:19:07  18   fibers and bundles.  I would say 95, 98 percent of
11:19:14  19   them I agree with.  There's a couple percent in there
11:19:18  20   that you have to leave it up to the analyst to make
11:19:21  21   that decision.
11:19:22  22       Q.   Would you expect an analyst in your lab
11:19:25  23   and an analyst in Lee Poye's lab to get the same
11:19:29  24   results for a particular bottle?  Is it the same
11:19:32  25   answer as I've been getting with two analysts in your
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

58

```
11:19:34   1   lab?
11:19:34   2           MR. CIRSCH:  Object to form.
11:19:36   3           THE WITNESS:  Yes.  I would expect,
11:19:38   4   depending on what the count is or how many
11:19:41   5   fibers, if it's not in the margin of error, that
11:19:44   6   we would verify that it's same bottle as
11:19:47   7   positive.  But other than that, I would have to
11:19:51   8   see the data to see.
11:19:52   9       Q.   (By Mr. Chachkes)  When you say -- when
11:19:55  10   you say it's not within the margin of error, what's
11:19:58  11   the quantification of that margin of error?
11:20:00  12       A.   I think our labs have a margin of
11:20:02  13   error on coefficient of variation somewhere in the 6
11:20:03  14   to 7 percent range.  So one lab finding one fiber or
11:20:07  15   maybe two fibers, another lab finding zero or finding
11:20:10  16   four, I don't have any issue with that.
11:20:14  17       Q.   Would you expect the samples, the various
11:20:23  18   bottles from a single mine, like all the bottles from
11:20:26  19   J&J talc from Vermont, cosmetic talc from the Vermont
11:20:31  20   mine, to have roughly the same EDS spectra?
11:20:36  21           MR. CIRSCH:  Object to form.
11:20:38  22           THE WITNESS:  Depending on the type of
11:20:39  23   asbestos, yes.
11:20:39  24       Q.   (By Mr. Chachkes)  Okay.  By the way, I've
11:20:43  25   seen EDXA; I've seen EDS.  Do you use those
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

59

```
11:20:48   1   synonymously in your report?
11:20:50   2       A.   I think all ours say EDXA.  EDS is old
11:20:54   3   school.  They're both the same technique: energy
11:20:56   4   dispersive spectroscopy or energy dispersive x-ray
11:21:00   5   spectroscopy.
11:21:00   6       Q.   Do you expect all the samples from a
11:21:01   7   single mine, for example, the cosmetic talc from
11:21:08   8   J&J's Vermont mine, to have similar SAED patterns?
11:21:15   9       A.   Depending on the orientation of the
11:21:18  10   crystal and depending on what the material is.
11:21:22  11           Tremolite, winchite, richterite,
11:21:27  12   actinolite typically have similar, but the
11:21:30  13   anthophyllite solid solution series, especially from
11:21:34  14   Vermont where you can have no iron, iron-rich,
11:21:38  15   cummingtonite, high-iron cummingtonite, and actually
11:21:43  16   going to grunerite, those will have different
11:21:46  17   reflections because you're going from orthorhombic to
11:21:49  18   monoclinic.
11:21:50  19       Q.   So would you expect all the samples from a
11:21:53  20   single mine to have the same concentration of
11:21:57  21   asbestos?
11:21:58  22       A.   No.
11:21:59  23       Q.   Why not?
11:22:00  24       A.   Because you're dealing with accessory
11:22:02  25   minerals.  It just depends on where it's being dug
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

60

```
11:22:07   1   out of the mine.
11:22:07   2       Q.   Would you expect all the samples from a
11:22:10   3   single mine to have the same fiber versus bundle
11:22:14   4   ratio?
11:22:15   5       A.   Not necessarily.  All these materials are
11:22:18   6   milled, and you're dealing with an asbestos type
11:22:21   7   tremolite-anthophyllite that's brittle.  So I don't
11:22:26   8   know if I would expect to see the same bundles to
11:22:29   9   fibers.
11:22:30  10           And of course you're also dealing with the
11:22:33  11   microscopist who has to make that final decision, the
11:22:36  12   TEM microscopist, if it's a single fiber or bundle.
11:22:40  13           What we try to make sure happens is that
11:22:44  14   every asbestos fiber or bundle we identify meets the
11:22:49  15   counting criteria for a regulated asbestos fiber or
11:22:53  16   bundle as per the TEM methods, both ISO, ASTM.
11:22:59  17   That's the most important thing.
11:23:01  18           And then we try to also get some
11:23:03  19   consistency on whether it's bundles or fibers.  But
11:23:08  20   that's what we strive for, is following the protocol,
11:23:12  21   following the standard counting rules, and
11:23:15  22   identification.
11:23:16  23       Q.   Hypothetically, if one of your researchers
11:23:21  24   analyzed 150 different samples from a single mine and
11:23:25  25   another researcher analyzed those same 150 samples,
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

61

| | |
|---|---|
| 11:23:29 1 | would you expect the averages for both the |
| 11:23:31 2 | researchers to be the same? |
| 11:23:33 3 | MR. CIRSCH:  Object to form. |
| 11:23:34 4 | THE WITNESS:  I don't know.  I'd have |
| 11:23:35 5 | to -- I mean, again, you have to look at the |
| 11:23:37 6 | data and determine what that percentage is for |
| 11:23:41 7 | those exact same samples and what they found |
| 11:23:43 8 | versus the other. |
| 11:23:45 9 | I wouldn't be surprised if they're in the |
| 11:23:47 10 | range of an average or in the range of high to |
| 11:23:49 11 | low.  If it's not in that range, then I would |
| 11:23:52 12 | have to look at it to see if it's a problem or |
| 11:23:54 13 | not. |
| 11:24:03 14 | Can we go off the record for a second? |
| 11:24:07 15 | MR. CIRSCH:  Sure. |
| 11:24:11 16 | (Recess from 11:24 a.m. to 11:39 a.m.) |
| 11:39:52 17 | Q.   (By Mr. Chachkes)  Dr. Longo, there are |
| 11:40:50 18 | bottles of J&J talc, cosmetic talc, where you've not |
| 11:40:56 19 | detected asbestos; correct? |
| 11:40:58 20 | A.   That's correct. |
| 11:40:58 21 | Q.   So for example, there are some bottles of |
| 11:41:02 22 | Vermont sourced J&J talc where you've not detected |
| 11:41:06 23 | asbestos; correct? |
| 11:41:07 24 | A.   That is correct.  The better way to say |
| 11:41:09 25 | that is the asbestos, if present, is below our |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

62

| | |
|---|---|
| 11:41:12 1 | detection limit. |
| 11:41:13 2 | Q.   Okay.  Do you have any opinion as to |
| 11:41:21 3 | whether, if one of those bottles were retested, |
| 11:41:23 4 | whether you would get the same result? |
| 11:41:25 5 | MR. CIRSCH:  Object to form. |
| 11:41:27 6 | THE WITNESS:  And again, this is -- the |
| 11:41:29 7 | same result is either zero or nondetect below |
| 11:41:33 8 | our detection limit or possibly one right at the |
| 11:41:36 9 | detection limit, and I think we've had samples |
| 11:41:38 10 | like that before. |
| 11:41:40 11 | I think I can think of either Krystal |
| 11:41:45 12 | Kim's two samples and Joanne Anderson's two |
| 11:41:50 13 | samples, I believe one was positive and one was |
| 11:41:53 14 | negative, but they were two different bottles. |
| 11:41:57 15 | Where we have tested the two samples from |
| 11:42:01 16 | the same bottle would be the 1978 historical, |
| 11:42:05 17 | and we found them in both. |
| 11:42:07 18 | Q.   (By Mr. Chachkes)  Okay.  I'm not asking |
| 11:42:08 19 | about specific bottles.  So listen to the question |
| 11:42:11 20 | I'm asking. |
| 11:42:12 21 | If you had a nondetect on a bottle of J&J |
| 11:42:16 22 | cosmetic talc for asbestos, would you expect, |
| 11:42:21 23 | generally speaking, that if you ran the same test |
| 11:42:23 24 | again, you would get the same result, the non-deduct? |
| 11:42:28 25 | MR. CIRSCH:  Object to form. |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

53

| | |
|---|---|
| 11:42:29 1 | THE WITNESS:  I don't have any |
| 11:42:30 2 | expectations one way or the other, and I think |
| 11:42:32 3 | we've gone over this.  This is the hypothetical |
| 11:42:34 4 | if we analyzed it again, are we going to find |
| 11:42:36 5 | the same thing.  It depends on, again, how many |
| 11:42:39 6 | asbestos fibers or bundles were detected the |
| 11:42:41 7 | first time. |
| 11:42:41 8 | If we detect one or two the first time and |
| 11:42:44 9 | do it again and it's zero, that's within the |
| 11:42:46 10 | error rate that you would expect.  Or if we |
| 11:42:49 11 | tested again and we find that it's even more, |
| 11:42:53 12 | say three fibers or four fibers. |
| 11:42:56 13 | So you have to look at specifically on |
| 11:42:58 14 | what the first test is, and we're assuming the |
| 11:43:02 15 | first test now is a nondetect, below our |
| 11:43:05 16 | detection limit.  And if the second test shows |
| 11:43:07 17 | that there is one or two regulated asbestos |
| 11:43:10 18 | fibers, that wouldn't surprise me. |
| 11:43:12 19 | Q.   (By Mr. Chachkes)  Okay.  So let me ask |
| 11:43:15 20 | the question again because you really answered a |
| 11:43:16 21 | different question. |
| 11:43:17 22 | The question is, if you had a bottle of |
| 11:43:19 23 | J&J talc where you had a nondetect.  I'm not asking |
| 11:43:23 24 | what your experience is.  I'm not asking about a |
| 11:43:25 25 | specific bottle.  I'm asking just generally speaking, |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

64

| | |
|---|---|
| 11:43:29 1 | would you expect to have another nondetect if you |
| 11:43:32 2 | were to test it again -- nondetect in the first |
| 11:43:36 3 | instance? |
| 11:43:37 4 | MR. CIRSCH:  Object to form. |
| 11:43:38 5 | THE WITNESS:  I don't have an expectation |
| 11:43:39 6 | one way or the other.  The results are what they |
| 11:43:41 7 | are. |
| 11:43:41 8 | Q.   (By Mr. Chachkes)  Can you make any |
| 11:43:42 9 | assumptions about a bottle of J&J cosmetic talc from |
| 11:43:47 10 | Vermont about the asbestos content without analyzing |
| 11:43:49 11 | the bottle? |
| 11:43:50 12 | A.   I don't believe you can predict just how |
| 11:43:57 13 | much asbestos is in any particular bottle without |
| 11:44:00 14 | analyzing it. |
| 11:44:02 15 | Q.   What about the possibility that there's no |
| 11:44:05 16 | asbestos, can you -- if you haven't analyzed a bottle |
| 11:44:10 17 | of J&J talc sourced from Vermont, is it possible that |
| 11:44:15 18 | there's no detectable asbestos? |
| 11:44:18 19 | MR. CIRSCH:  Object to form. |
| 11:44:19 20 | THE WITNESS:  Again, I don't have |
| 11:44:21 21 | expectations one way or the other.  It's either |
| 11:44:25 22 | going to be above, at, or below our detection |
| 11:44:28 23 | limit, depending on the amount of regulated |
| 11:44:30 24 | asbestos that's in that bottle. |
| 11:44:31 25 | Q.   (By Mr. Chachkes)  You're not assuming |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

65

11:44:32  1    that a nondetect of a J&J bottle of cosmetic talc is

11:44:38  2    an incorrect result; correct?

11:44:40  3        A.    I'm sorry, could you repeat that?

11:44:41  4        Q.    Yeah, I didn't do you a favor there, did

11:44:44  5    I?

11:44:47  6              You don't believe that a nondetect for

11:44:49  7    asbestos on a J&J bottle of cosmetic talc means

11:44:53  8    you've made an error?

11:44:55  9              MR. CIRSCH:  Object to form.

11:44:56  10             THE WITNESS:  No.  It only means that if

11:44:59  11   there is regulated asbestos present in that

11:45:01  12   bottle, it's below our analytical detection

11:45:06  13   limit.

11:45:07  14       Q.    (By Mr. Chachkes)  Your report includes

11:45:10  15   EDXA spectra for several particles; correct?

11:45:13  16       A.    For --

11:45:14  17             MR. CIRSCH:  Object to form.

11:45:15  18             THE WITNESS:  For several regulated

11:45:17  19   asbestos fibers and bundles, yes.

11:45:19  20       Q.    (By Mr. Chachkes)  Describe how your

11:45:20  21   analysts calibrate your EDXA system.

11:45:25  22       A.    It's calibrated in the QA/QC, I believe,

11:45:28  23   every couple of months where a standard is run and

11:45:30  24   then they make a determination on its count rates.

11:45:34  25   So whatever we have to do for the National Voluntary

66

11:45:42  1    Laboratory Accreditation Program.

11:45:42  2        Q.    Do you keep that data and results on your

11:45:46  3    QA/QC?

11:45:47  4        A.    Yes.

11:45:48  5        Q.    Have you ever produced it?

11:45:49  6        A.    No.

11:45:52  7        Q.    How often do they calibrate -- strike

11:45:57  8    that.

11:45:57  9              Do your analysts compare their EDXA

11:46:04  10   spectra to known reference samples, known reference

11:46:11  11   spectra?

11:46:11  12       A.    Yes.

11:46:12  13       Q.    And are those spectra from outside MAS or

11:46:16  14   generated within MAS?

11:46:19  15             MR. CIRSCH:  Object to form.

11:46:21  16             THE WITNESS:  The reference spectras have

11:46:24  17   been generated by MAS.

11:46:25  18       Q.    (By Mr. Chachkes)  And do your analysts

11:46:27  19   compare their EDXA spectra to any third-party

11:46:34  20   reference spectra?

11:46:42  21       A.    Possibly.  I mean, there's plenty of

11:46:47  22   publications or book chapters in the past on things

11:46:51  23   like tremolite, richterite, winchite.  Not so much on

11:46:58  24   richterite and winchite because it's a mineral that

11:47:03  25   nobody seems to have.  We believe we have some now,

67

11:47:05  1    but we'll have to check it just to determine the

11:47:08  2    sodium concentrations versus the potassium

11:47:12  3    concentrations.

11:47:13  4        Q.    Okay.  So sitting here today, you don't

11:47:14  5    know whether your analysts compare their EDXA spectra

11:47:17  6    to third-party standards?

11:47:19  7        A.    No, I didn't say that.

11:47:20  8              MR. CIRSCH:  Object to form.

11:47:21  9              THE WITNESS:  We have our own standards,

11:47:23  10   we have the NIST standards.  And quite frankly,

11:47:25  11   a TEM analyst identifying tremolite and

11:47:28  12   anthophyllite or iron-rich anthophyllite is

11:47:33  13   almost elementary compared to for people with

11:47:37  14   analysts with a lot of experience.  We have the

11:47:40  15   references.

11:47:43  16             If you have any particular issue with any

11:47:45  17   particular EDXA spectra that you think has been

11:47:50  18   misidentified as one of the regulatory asbestos

11:47:52  19   types in these reports, I would be happy to look

11:47:54  20   at it and we can discuss it.

11:47:56  21       Q.    (By Mr. Chachkes)  I would like you to

11:47:58  22   listen carefully to the question.

11:47:58  23             The question is:  For the EDXA spectra in

11:48:04  24   your report, the conclusions made about which mineral

11:48:06  25   that is based on the EDX -- which crystal that is

68

11:48:10  1    based on the EDXA spectra, was that done comparing

11:48:14  2    the spectra to a third-party standard?

11:48:16  3              MR. CIRSCH:  Object to form.

11:48:17  4              THE WITNESS:  Are you asking a third-party

11:48:19  5    standard spectra or a third-party standard

11:48:23  6    mineral like NIST?

11:48:26  7        Q.    (By Mr. Chachkes)  Okay.  How about a

11:48:29  8    third-party standard, any third-party standard,

11:48:32  9    somebody else other than your lab generated this

11:48:34  10   spectra, you used that as a standard?

11:48:36  11       A.    I don't know if we've looked at any other

11:48:39  12   third-party spectra other than what has been -- I

11:48:45  13   think Jim Millette has published in the past.  I know

11:48:48  14   we have his stuff.  I believe McCrone has also.  I

11:48:53  15   have to look in the particle analysis if they've done

11:48:56  16   that.  But typically we rely on the actual minerals

11:48:59  17   and the spectras that we've generated in the past

11:49:01  18   from the standards.

11:49:02  19       Q.    So the question isn't about whether

11:49:04  20   third-party standards exist.  I'm talking about the

11:49:07  21   functional day-to-day your analysts doing an EDXA

11:49:11  22   spectra.  Sitting there, does he look over at some

11:49:15  23   third-party document, or does he look at an MAS

11:49:19  24   internal document to determine this is what I'm

11:49:21  25   looking at?

69

11:49:22 1    MR. CIRSCH:  Object to form.

11:49:23 2    THE WITNESS:  I doubt he's looking at when

11:49:25 3 he takes a spectra of either tremolite series or

11:49:28 4 anthophyllite series that he's turning over and

11:49:31 5 looking at a known reference.  These analysts

11:49:34 6 have been doing this for years and years and

11:49:37 7 years.

11:49:37 8    We have references, but I can't imagine

11:49:43 9 every time he takes an EDX spectra that looks

11:49:47 10 the same time after time after time that he's

11:49:49 11 looking at a third-party reference at that

11:49:51 12 particular point in time.

11:49:52 13    Q.    (By Mr. Chachkes)  Okay.  How many

11:49:56 14 different analysts do you have doing EDXA spectra?

11:49:59 15    A.    Four.

11:49:59 16    Q.    Does NIST have an EDXA reference spectra

11:50:06 17 for the various asbestos?

11:50:11 18    MR. CIRSCH:  Object to form.

11:50:12 19    THE WITNESS:  I think you already asked

11:50:14 20 that.  And besides not having a -- providing a

11:50:16 21 TEM photo, they do not provide an actual

11:50:22 22 spectra.  But I think most -- I think there's a

11:50:26 23 number of third-party references I believe just

11:50:28 24 give you the ratios of what you would see in

11:50:31 25 EDXA for the magnesium, the silicon, the

70

11:50:37 1 calcium, potentially some iron, tremolite, or

11:50:41 2 actinolite.

11:50:43 3    Q.    (By Mr. Chachkes)  Why is EDXA useful?

11:50:47 4    A.    Provides the inorganic, and depending on

11:50:52 5 your detector, organic chemistry of any particular

11:50:56 6 elongated particulate.

11:50:58 7    Q.    When you look at an EDXA spectra, do you

11:51:03 8 assume it's a regulated particle and then look to

11:51:07 9 which regulated particles have the metal-to-silicon

11:51:11 10 ratio that correspond?

11:51:14 11    MR. CIRSCH:  Object to form.

11:51:15 12    THE WITNESS:  Well, we typically don't do

11:51:18 13 an EDX spectra unless it meets the definition of

11:51:22 14 a regulated -- it has the potential for a

11:51:27 15 regulated asbestos fiber or bundle.

11:51:29 16    So it's got to be at least .5 micrometers

11:51:33 17 in length or greater, it's got to have an equal

11:51:36 18 to -- greater than or equal to 5-to-1 aspect

11:51:41 19 ratio, and parallel sides.  Then the analyst --

11:51:46 20 first thing I would assume is do EDXA and check

11:51:50 21 the chemistry.  And then SAED.

11:51:55 22    Q.    (By Mr. Chachkes)  If your analyst sees

11:51:58 23 something that's, what did you say, greater than .55

11:52:04 24 millimeters?

11:52:05 25    A.    Microns.

71

11:52:06 1    Q.    Microns, I'm sorry.

11:52:06 2    A.    Micrometers.

11:52:06 3    Q.    Okay.  So strike that.

11:52:08 4    If your analyst sees something that's

11:52:11 5 greater than .5 micrometers and has an aspect ratio

11:52:14 6 of at least 5-to-1, then he might do EDXA?

11:52:18 7    A.    If it has parallel sides, yes.  And he may

11:52:25 8 do SAED.  It doesn't matter which one.  But then he

11:52:29 9 would have to go through the sequence of determining

11:52:31 10 if it meets the definition for the regulated asbestos

11:52:35 11 chemistry and the crystalline structure.

11:52:37 12    Q.    Are there minerals that exist in the world

11:52:40 13 other than regulated particles, regulated asbestos

11:52:44 14 particles, that are greater than .5 micrometers and

11:52:50 15 can have an aspect ratio of greater than 5-to-1?

11:52:53 16    MR. CIRSCH:  Object to form.

11:52:54 17    Q.    (By Mr. Chachkes)  And with parallel

11:52:56 18 sides?

11:52:56 19    A.    Yes.

11:52:56 20    Q.    Potentially dozens if not hundreds; right?

11:53:01 21    A.    I haven't counted them all up.  But what

11:53:04 22 we potentially see is asbestiform talc bundles or

11:53:08 23 fibers all the time.  So, yeah, you have to

11:53:12 24 distinguish between a talc fiber or bundle and an

11:53:17 25 anthophyllite fiber or bundle.

72

11:53:18 1    Q.    The question really is about minerals, so

11:53:20 2 let's focus on what I've just asked, which is:  There

11:53:25 3 are potentially dozens if not hundreds of minerals

11:53:29 4 that can have parallel sides, that can have -- be

11:53:34 5 bigger than .5 micrometers, and have aspect ratios

11:53:37 6 that are 5-to-1 or greater?

11:53:39 7    MR. CIRSCH:  Object to form.

11:53:40 8    THE WITNESS:  And I apologize, but I just

11:53:42 9 stated I haven't counted them up.  And really,

11:53:46 10 we're not interested in the hundreds or whatever

11:53:47 11 it is around the world.

11:53:49 12    It's primarily what do we find in the talc

11:53:55 13 deposits that are asbestiform or fibrous and

11:54:00 14 meet those definitions.  And typically the only

11:54:04 15 thing we routinely see is fibrous talc.  Every

11:54:10 16 now and then an antigorite fiber may show up.

11:54:16 17    But I don't -- to answer your question you

11:54:19 18 asked, I haven't counted how many are out there.

11:54:21 19    Q.    (By Mr. Chachkes)  Does MAS conduct

11:54:24 20 qualitative EDS analysis or quantitative EDS

11:54:27 21 analysis?

11:54:28 22    A.    I believe every spectra in here is

11:54:31 23 quantitative EDS analysis.

11:54:33 24    Q.    So you actually calculate the peak sizes

11:54:36 25 and do the math?

73

| | |
|---|---|
| 11:54:37 1 | A. We can, but we take the raw data, so that |
| 11:54:41 2 | has to have at least 300 seconds of collection. But |
| 11:54:46 3 | it's easy to do. You can actually calculate the |
| 11:54:51 4 | concentration of the oxides under the peaks. We |
| 11:54:54 5 | don't normally do that unless it's necessary. |
| 11:54:58 6 | Q. So when you -- just to summarize, when you |
| 11:55:07 7 | do identification of mineral by EDXA, you are |
| 11:55:13 8 | assuming that it's not any of the potentially dozens |
| 11:55:17 9 | or hundreds of other minerals that aren't regulated; |
| 11:55:22 10 | correct? |
| 11:55:22 11 | MR. CIRSCH: Object to form. |
| 11:55:23 12 | THE WITNESS: That's not what I said. I |
| 11:55:24 13 | said I didn't know them all. But there's no |
| 11:55:27 14 | minerals out there that has all the |
| 11:55:29 15 | characteristics of a specific type of a |
| 11:55:32 16 | regulated asbestos fiber, and that's why you go |
| 11:55:36 17 | through the analytical process. |
| 11:55:39 18 | You can get other fibrous materials, but |
| 11:55:42 19 | they'll have aluminum or the |
| 11:55:47 20 | magnesium-to-silicon ratios are off. But you |
| 11:55:50 21 | just don't see that many of these other than |
| 11:55:53 22 | fibrous talc. |
| 11:55:54 23 | So of course we don't make an assumption |
| 11:55:56 24 | what it is. That's why you do the chemistry and |
| 11:55:59 25 | the selected area electron diffraction. |

74

| | |
|---|---|
| 11:56:04 1 | Q. (By Mr. Chachkes) How many minerals have |
| 11:56:06 2 | the same constituent elements as regulated asbestos? |
| 11:56:13 3 | MR. CIRSCH: Object to form. |
| 11:56:14 4 | THE WITNESS: Don't know. |
| 11:56:14 5 | Q. (By Mr. Chachkes) It could be hundreds? |
| 11:56:16 6 | MR. CIRSCH: Object to form. |
| 11:56:17 7 | THE WITNESS: It's not a matter if it has |
| 11:56:19 8 | the same constituents -- |
| 11:56:21 9 | Q. (By Mr. Chachkes) My question was -- |
| 11:56:22 10 | MR. CIRSCH: Hold on. Let him answer the |
| 11:56:24 11 | question, please. |
| 11:56:25 12 | THE WITNESS: I haven't -- again, I |
| 11:56:26 13 | haven't tried to sit down and go through all the |
| 11:56:28 14 | minerals in the world that may have magnesium, |
| 11:56:31 15 | silicon, or magnesium, silicon, and calcium. |
| 11:56:37 16 | What's important is the ratio to the standards |
| 11:56:40 17 | to the chemistry to the selected area electron |
| 11:56:44 18 | diffraction. |
| 11:56:44 19 | MR. CHACHKES: Okay. Let's mark as |
| 11:56:45 20 | Exhibit 12. |
| 21 | (Defendants' Exhibit 12 was marked for |
| 11:56:58 22 | identification.) |
| 11:56:58 23 | Q. (By Mr. Chachkes) This is an extracted |
| 11:57:00 24 | page from page 132 of your report. Do you recognize |
| 11:57:05 25 | this as one of your EDXA spectra? |

75

| | |
|---|---|
| 11:57:08 1 | A. I do recognize it. |
| 11:57:10 2 | Q. Okay. Now, up at the top it says -- do |
| 11:57:13 3 | you see where it says tremolite? |
| 11:57:14 4 | A. Yes. |
| 11:57:14 5 | Q. You typed that in, right, or your lab |
| 11:57:17 6 | typed that in? |
| 11:57:19 7 | A. After they identified it, yes. |
| 11:57:21 8 | Q. Okay. What's the name of the software you |
| 11:57:28 9 | use to generate this spectra? |
| 11:57:31 10 | A. You got me there. I don't know the name |
| 11:57:33 11 | of the software. It's whatever the EDS system is on |
| 11:57:37 12 | this particular one. It's not a light element |
| 11:57:39 13 | detector. It comes with the EDXA system. I don't |
| 11:57:44 14 | know what they call their software. |
| 11:57:46 15 | Q. Do you run the EDXA yourself? |
| 11:57:49 16 | A. Not anymore, no. |
| 11:57:50 17 | Q. Did you run any EDXA for any of the |
| 11:57:53 18 | samples in the MDL? |
| 11:58:00 19 | A. No, sir. |
| 11:58:00 20 | Q. And walk me through how you determine the |
| 11:58:03 21 | chemical composition of a -- what you're looking at |
| 11:58:07 22 | from the spectra. |
| 11:58:10 23 | MR. CIRSCH: Object to form. |
| 11:58:11 24 | THE WITNESS: How far back do you want me |
| 11:58:14 25 | to start? |

76

| | |
|---|---|
| 11:58:14 1 | Q. (By Mr. Chachkes) Well, let me ask you |
| 11:58:15 2 | this. |
| 11:58:16 3 | A. Electrons hit the solid -- electron beam |
| 11:58:20 4 | hits the solid with enough energy to eject elements |
| 11:58:23 5 | out of their orbital. |
| 6 | Q. We're not -- |
| 11:58:26 7 | A. You don't want me to go back that far? |
| 11:58:27 8 | Q. No. |
| 9 | A. Okay. |
| 11:58:27 10 | Q. So you look at the areas of the peaks; |
| 11 | right? |
| 11:58:30 12 | A. No, what we -- we look at the peak ratios, |
| 11:58:34 13 | the areas -- you can't look at the areas, but the |
| 11:58:37 14 | peak ratios is what's important here. This is a |
| 11:58:42 15 | typical tremolite with a small amount of iron, so |
| 11:58:44 16 | this would not be enough iron to get into the |
| 11:58:46 17 | actinolite range. There's no potassium. I don't see |
| 11:58:52 18 | much of a sodium peak, so I would call this just |
| 11:58:57 19 | tremolite. |
| 11:58:57 20 | So the electron beam is put on a spot size |
| 11:59:01 21 | onto the bundle or fiber, and the system essentially |
| 11:59:04 22 | is turned on and starts collecting x-rays from the |
| 11:59:08 23 | different energy levels that are consistent with the |
| 11:59:12 24 | different elements. |
| 11:59:12 25 | Q. Okay. Let's just focus on you said you |

**77**

11:59:15 1 look at the ratios of the peaks; right?

11:59:18 2        MR. CIRSCH:  Object to form.

11:59:19 3        Q.    (By Mr. Chachkes)  Am I misstating your

11:59:21 4 testimony?

11:59:21 5        A.    No.  I guess I'm trying to understand what

11:59:24 6 you're asking.  Maybe you should repeat the question.

11:59:26 7        Q.    Okay.  You've got a -- I'm not asking how

11:59:30 8 the machine works.  I'm asking you how you take this

11:59:33 9 result in Exhibit 12 and turn that into a conclusion.

11:59:38 10        So I'm asking do you look at the ratio of

11:59:43 11 the peak heights -- is that one of the things you

11:59:47 12 look at?

11:59:48 13        A.    Yes.

11:59:48 14        Q.    Okay.  What's the ratio you look at

11:59:49 15 specifically?

11:59:51 16        MR. CIRSCH:  Object to form.

11:59:52 17        THE WITNESS:  You have a magnesium and

11:59:54 18 calcium peak that are pretty close.  Typically

11:59:57 19 the calcium peak can be a little lower.

11:59:59 20        If it's a light element detector, the

12:00:01 21 magnesium can be a little higher, the silicon

12:00:05 22 will be your primary peak, somewhere in the 25

12:00:09 23 to 30 percent of the magnesium for a non-light

12:00:10 24 element detector.  And the calcium peaks and the

12:00:15 25 magnesium peaks are usually very similar in

**78**

12:00:17 1 size.

12:00:17 2        And then we look at the amount of iron to

12:00:20 3 see if we're going to call it actinolite versus

12:00:23 4 tremolite.  And not aware of any other minerals

12:00:27 5 out there that have those ratios, so that's how

12:00:34 6 I call it tremolite.

12:00:35 7        Q.    (By Mr. Chachkes)  When you say ratio,

12:00:36 8 what are you doing?  You're adding, what, the height

12:00:38 9 of the metals to -- for the numerator and then on the

12:00:43 10 denominator is the height of the silicon peak?

12:00:47 11        A.    We're looking at the silicon peak versus

12:00:49 12 the magnesium and the calcium peak, and we're looking

12:00:53 13 at the magnesium and the calcium peak to determine

12:00:56 14 if -- how much they line up together.  It could be a

12:01:00 15 little higher, it could be lower, but I would call it

12:01:04 16 typical tremolite peak.

12:01:05 17        Q.    And if I --

12:01:06 18        A.    Tremolite chemistry.

12:01:08 19        Q.    If I want to go to a third-party source

12:01:11 20 that confirms that this is the appropriate way to

12:01:13 21 analyze EDXA data, what would you point me to?

12:01:16 22        MR. CIRSCH:  Object to form.

12:01:17 23        THE WITNESS:  I'd have to look through the

12:01:21 24 protocols, but I believe they give you all the

12:01:24 25 ratios and say the AHERA, the ISO.  They don't

**79**

12:01:28 1 give you a peak, but they'll write out what the

12:01:31 2 ratio ranges are.

12:01:33 3        Q.    (By Mr. Chachkes)  Okay.  And those ratios

12:01:35 4 are -- are they simply the peak height, or do they

12:01:37 5 take into account the peak area?

12:01:39 6        A.    Well, the peak height and the peak area

12:01:43 7 are consistent.  I mean, the peak area is going to --

12:01:50 8 the peak height is going to depend on the area,

12:01:52 9 because as the area of the peak builds up, that's

12:01:56 10 just more counts.

12:01:57 11        If you change the chemistry,

12:01:59 12 hypothetically, of, say, tremolite, you have added

12:02:03 13 more magnesium elements to it, you're going to have

12:02:07 14 higher peaks, so they're interrelated.

12:02:10 15        Q.    Do the standards that you're referring to

12:02:12 16 refer to simply peak height or they refer to peak

12:02:14 17 area?

12:02:14 18        MR. CIRSCH:  Object to form.

12:02:15 19        THE WITNESS:  All the standards in the TEM

12:02:17 20 protocols usually typically just give you

12:02:20 21 ratios.  So I don't -- and if you look in the

12:02:24 22 identification, usually they will spell it out,

12:02:27 23 like this is the ratio for tremolite, this is

12:02:29 24 the ratio for chrysotile, and so on.

12:02:30 25        Q.    (By Mr. Chachkes)  My question is the

**80**

12:02:31 1 ratio of what?  Is it ratio of just simply height, or

12:02:35 2 is it ratio of peak area?

12:02:38 3        A.    Peak area and peak height are

12:02:40 4 interchangeable.  It's not -- the peak area, if

12:02:44 5 you're going to calculate the oxides -- the peak

12:02:51 6 area -- it's not the peak area.

12:02:53 7        Let's make it simple.  It's not the peak

12:02:55 8 area.  It's the peak height.

12:02:57 9        Q.    Okay.  And that's what the standards say,

12:02:59 10 peak height?

12:03:00 11        MR. CIRSCH:  Object to form.

12:03:01 12        THE WITNESS:  I believe so.

12:03:01 13        Q.    (By Mr. Chachkes)  Okay.  And one measures

12:03:03 14 that simply -- you just take a ruler and place it

12:03:06 15 vertically and you could get a peak height?

12:03:09 16        A.    Yeah, you could, if you wanted to.

12:03:11 17        Q.    Okay.  Do you actually do that

12:03:12 18 quantitatively with numbers, or do you just kind of

12:03:15 19 eyeball it?

12:03:17 20        MR. CIRSCH:  Object to form.

12:03:18 21        THE WITNESS:  All the analysts would --

12:03:21 22 could probably draw that.  You know, it's years

12:03:24 23 and years' experience.  You don't have to take

12:03:25 24 the ratios.  And if you look at the standards,

12:03:29 25 they will look pretty much identical to that.

81

| | |
|---|---|
| 12:03:31 1 | But again, you have to be careful if |
| 12:03:33 2 | you're looking at a windowless detector, which |
| 12:03:38 3 | is more sensitive for the different elements. |
| 12:03:39 4 | Q.    (By Mr. Chachkes)  My question is about |
| 12:03:41 5 | what your analysts actually do.  Do they actually |
| 12:03:43 6 | quantify the heights and run the numbers, or are they |
| 12:03:46 7 | eyeballing it? |
| 12:03:49 8 | MR. CIRSCH:  Object to form. |
| 12:03:49 9 | THE WITNESS:  I think at this stage of |
| 12:03:51 10 | their careers they're just visually confirming |
| 12:03:54 11 | the proper elements and the proper ratios. |
| 12:03:56 12 | Q.    (By Mr. Chachkes)  And the software can |
| 12:04:01 13 | generate those numbers; right? |
| 12:04:04 14 | A.    The software generates the height?  The |
| 12:04:07 15 | ratios? |
| 12:04:08 16 | Q.    Yes. |
| 12:04:08 17 | A.    I don't know. |
| 12:04:09 18 | Q.    So look at the bottom of Exhibit 12 in the |
| 12:04:12 19 | bottom left.  Do you see how it says magnesium, |
| 12:04:19 20 | silicon, calcium, iron, down there on the bottom |
| 12:04:23 21 | left; do you see that? |
| 12:04:23 22 | A.    Yes. |
| 12:04:24 23 | Q.    You can print out some -- there's data |
| 12:04:26 24 | that goes there that the software can generate; |
| 25 | correct? |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

82

| | |
|---|---|
| 12:04:29 1 | A.    That's correct. |
| 12:04:29 2 | Q.    Why don't you generate it?  Why don't you |
| 12:04:31 3 | generate it? |
| 12:04:32 4 | MR. CIRSCH:  Object to form. |
| 12:04:33 5 | THE WITNESS:  There's no need to.  It's |
| 12:04:35 6 | not required for this type of analysis to |
| 12:04:38 7 | identify tremolite. |
| 12:04:39 8 | Q.    (By Mr. Chachkes)  Do you have that data |
| 12:04:41 9 | somewhere still saved in a machine somewhere? |
| 12:04:44 10 | A.    That, I don't know. |
| 12:04:45 11 | Q.    Okay.  We are going to request that to be |
| 12:04:48 12 | produced.  I know your machine generates it.  So if |
| 12:04:51 13 | you could see whether you could produce that, we'd |
| 12:04:54 14 | appreciate it. |
| 12:04:55 15 | MS. O'DELL:  We'll consider your request. |
| 12:04:58 16 | We're making no commitment we're going to do |
| 12:05:00 17 | that. |
| 12:05:00 18 | MR. CHACHKES:  Okay. |
| 12:05:00 19 | Q.    (By Mr. Chachkes)  You don't deliberately |
| 12:05:01 20 | delete that data, do you? |
| 12:05:03 21 | MR. CIRSCH:  Object to form. |
| 12:05:04 22 | THE WITNESS:  No, sir, I have not |
| 12:05:05 23 | deliberately deleted that data. |
| 12:05:07 24 | Q.    (By Mr. Chachkes)  You don't instruct your |
| 12:05:08 25 | researchers to delete that data, do you? |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

83

| | |
|---|---|
| 12:05:10 1 | MR. CIRSCH:  Object to form. |
| 12:05:11 2 | THE WITNESS:  No.  It's just not -- that |
| 12:05:14 3 | data is just not something I'm relying on for my |
| 12:05:16 4 | opinions in this case. |
| 12:05:17 5 | Q.    (By Mr. Chachkes)  And that data being the |
| 12:05:19 6 | specific numerical representation of the peak |
| 12:05:23 7 | heights? |
| 12:05:23 8 | MR. CIRSCH:  Object to form. |
| 12:05:24 9 | THE WITNESS:  I believe what that gives |
| 12:05:25 10 | you is the percentage of one element to the |
| 12:05:27 11 | other, not peak heights. |
| 12:05:29 12 | Q.    (By Mr. Chachkes)  You're sure of that? |
| 12:05:31 13 | MR. CIRSCH:  Object to form. |
| 12:05:31 14 | THE WITNESS:  Pretty sure. |
| 12:05:33 15 | Q.    (By Mr. Chachkes)  Okay.  But anyway, you |
| 12:05:37 16 | didn't produce that data in your report, did you? |
| 12:05:39 17 | MR. CIRSCH:  Object to form. |
| 12:05:39 18 | THE WITNESS:  No, sir.  It's not something |
| 12:05:41 19 | that's required to render my opinions in this |
| 12:05:43 20 | case -- |
| 12:05:44 21 | Q.    (By Mr. Chachkes)  Okay. |
| 12:05:45 22 | A.    -- in this MDL. |
| 12:05:56 23 | MR. CHACHKES:  Let's just mark this as |
| 12:05:57 24 | Exhibit 13. |
| 12:05:58 25 | (Defendants' Exhibit 13 was marked for |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

84

| | |
|---|---|
| 12:06:15 1 | identification.) |
| 12:06:16 2 | Q.    (By Mr. Chachkes)  All right.  Look on the |
| 12:06:19 3 | last page of Exhibit 13.  There appears to be an EDXA |
| 12:06:23 4 | spectra; do you see that? |
| 12:06:24 5 | A.    I do. |
| 12:06:25 6 | Q.    And it appears to be generated by the same |
| 12:06:29 7 | software as you're using.  All the fonts are the |
| 12:06:31 8 | same; everything appears to be the same.  Do you have |
| 12:06:34 9 | any opinion on that? |
| 12:06:34 10 | MR. CIRSCH:  Object to form. |
| 12:06:35 11 | THE WITNESS:  No. |
| 12:06:35 12 | Q.    (By Mr. Chachkes)  All that information on |
| 12:06:38 13 | the lower left-hand corner in the Exhibit 13, you |
| 12:06:42 14 | could generate that information; right? |
| 12:06:44 15 | MR. CIRSCH:  Object to form. |
| 12:06:45 16 | THE WITNESS:  I don't know if we have the |
| 12:06:47 17 | same software, same software upgrades, so I |
| 12:06:50 18 | can't comment on that. |
| 12:06:51 19 | Q.    (By Mr. Chachkes)  Can you generate that |
| 12:06:52 20 | information that's down there in the lower left-hand |
| 12:06:55 21 | corner -- |
| 12:06:55 22 | MR. CIRSCH:  Object to form. |
| 12:06:56 23 | Q.    (By Mr. Chachkes)  -- on Exhibit 13, last |
| 12:06:57 24 | page? |
| 12:06:57 25 | A.    And I don't mean to be disrespectful, but |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

85

```
12:07:00   1    I don't know.  I don't know if we have the same
12:07:02   2    updated software, et cetera, so I can't say one way
12:07:05   3    or the other.
12:07:05   4        Q.    Do you know whether the data you have from
12:07:13   5    your EDXA runs allows you to calculate numerical
12:07:20   6    values for the weight percentage of the elements?
12:07:23   7        A.    I believe I've just already stated I'm
12:07:27   8    not -- I don't know what software system we have and
12:07:31   9    can it do that or not.
12:07:32  10        Q.    Okay.  And same question, so whether you
12:07:35  11    can generate the standard definitions or atomic
12:07:39  12    percentages or all those other ones, you just don't
12:07:43  13    know one way or the other whether you can calculate
12:07:46  14    those numbers using your EDXA apparatus?
12:07:50  15              MR. CIRSCH:  Object to form.
12:07:51  16              THE WITNESS:  It may be possible and we
12:07:52  17    may be able to.  I just don't know until I ask.
12:08:01  18        Q.    (By Mr. Chachkes)  Do you know of any
12:08:06  19    third-party published source that approves of
12:08:11  20    eyeballing EDXA spectra to determine what the
12:08:14  21    composition of the material you're looking at?
12:08:17  22              MR. CIRSCH:  Object to form.
12:08:17  23              THE WITNESS:  Yes.
12:08:18  24        Q.    (By Mr. Chachkes)  What?
12:08:18  25        A.    All the assessors that ever walked in our
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

86

```
12:08:25   1    lab with the National Voluntary Laboratory
12:08:26   2    Accreditation Program do not require anybody to
12:08:28   3    measure peak heights and look at ratios for tremolite
12:08:32   4    or any of these.
12:08:35   5              You may want to make a green analyst who
12:08:38   6    hasn't been doing this for a while do that if he has
12:08:41   7    some issues, but it's not something that I've ever
12:08:44   8    seen the auditors say that is necessary.
12:08:46   9        Q.    Is there any --
12:08:47  10              MR. CIRSCH:  Did you finish your answer?
12:08:49  11              THE WITNESS:  Yes.
12:08:49  12        Q.    (By Mr. Chachkes)  Is there any
12:08:50  13    peer-reviewed literature that approves of eyeballing
12:08:54  14    EDXA patterns to determine the chemical composition
12:08:57  15    you're looking at?
12:08:58  16              MR. CIRSCH:  Object to form.
12:08:59  17        Q.    (By Mr. Chachkes)  Peer-reviewed
12:09:00  18    literature.
12:09:00  19        A.    I don't know of any peer-reviewed
12:09:02  20    literature that says that comparing the spectras or
12:09:07  21    looking at the spectras and comparing them should not
12:09:10  22    be done, that you have to use a ruler for every one
12:09:13  23    of them.  I'm not aware of any literature that states
12:09:15  24    that, peer-reviewed literature.
12:09:16  25        Q.    Not my question.  Any peer-reviewed
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

87

```
12:09:19   1    literature that says eyeballing it is okay?
12:09:22   2              MR. CIRSCH:  Object to form.
12:09:23   3              THE WITNESS:  I wouldn't put it eyeballing
12:09:26   4    comparing it to the standards and looking at the
12:09:28   5    ratios.
12:09:29   6              I'm not aware of any peer-reviewed
12:09:32   7    literature that makes that affirmative or
12:09:34   8    negative statement one way or the other.
12:09:36   9        Q.    (By Mr. Chachkes)  But you are aware of
12:09:37  10    peer-reviewed literature that uses actual
12:09:39  11    quantitative numbers and calculates the kind of
12:09:43  12    information we see in Exhibit 13 which is like weight
12:09:47  13    percentages; you're aware of that; right?
12:09:48  14              MR. CIRSCH:  Object to form.
12:09:50  15              THE WITNESS:  For this type of analysis
12:09:52  16    where you're just confirming, I'm not aware of
12:09:56  17    any.  Maybe there is.  Show some if you have
12:10:01  18    one.
12:10:01  19        Q.    (By Mr. Chachkes)  So when you say just
12:10:03  20    confirming, you're not using EDXA to determine in a
12:10:08  21    vacuum what I'm looking at.  You've already made some
12:10:10  22    assumptions about what you may be looking at?
12:10:12  23        A.    No, we never make assumptions.  We do the
12:10:15  24    chemistry, and the chemistry is unique.  If you go
12:10:18  25    through here -- I was just looking at some.  You
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

88

```
12:10:19   1    know, hornblende.  Well, there's no aluminum in
12:10:23   2    tremolite.  It's fairly straightforward.
12:10:26   3        Q.    Okay.  You don't redact the information
12:10:38   4    that's in the lower left-hand corner of what's been
12:10:41   5    marked as Exhibit 12; right?
12:10:44   6        A.    No.
12:10:44   7              MR. CIRSCH:  Object to form.
12:10:45   8        Q.    (By Mr. Chachkes)  And you've never
12:10:46   9    redacted that information, have you?
12:10:48  10              MR. CIRSCH:  Object to form.
12:10:49  11              THE WITNESS:  No.
12:10:49  12        Q.    (By Mr. Chachkes)  Were they trained not
12:10:56  13    to fill in the lower left-hand corner, your analysts?
12:11:00  14              MR. CIRSCH:  Object to form.
12:11:01  15              THE WITNESS:  They weren't trained one way
12:11:02  16    or the other.  It's not required for our
12:11:04  17    certifications.  NVLAP does not require you to
12:11:09  18    run weight percentages, oxides, or any of that.
12:11:11  19    You have to demonstrate your ability to identify
12:11:16  20    regulated asbestos.
12:11:21  21              We've never had it be suggested that we
12:11:22  22    are misidentifying tremolite in any
12:11:26  23    circumstance.
12:11:27  24        Q.    (By Mr. Chachkes)  All right.  So the
12:11:38  25    first step in analyzing an EDXA, though, is to
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

89

12:11:41  1   determine the ratio of the metals to silicon; right?

12:11:45  2   A.   The first step?

12:11:46  3   Q.   Yeah.

12:11:47  4   A.   The first step -- the first step is to

12:11:50  5   take the spectra and to verify that it is one of the

12:11:56  6   regulated asbestos minerals -- regulated asbestos

12:12:02  7   types that is of issue, or any issue, for any of

12:12:06  8   them.

12:12:06  9   Q.   Do you conclude you're looking at a

12:12:09 10   regulated asbestos prior to doing the ratio analysis?

12:12:14 11   A.   No.

12:12:15 12   Q.   Okay.  So prior to determining there's --

12:12:19 13   what you're looking at, what kind of mineral you're

12:12:21 14   looking at, you determine the ratio of the metals to

12:12:26 15   silicon; is that correct?

12:12:28 16   A.   Before anything is done, we take the

12:12:30 17   microchemistry of an individual fiber and look at the

12:12:34 18   typical elements that you would expect.

12:12:38 19   Q.   You seem to not want to answer about the

12:12:40 20   EDXA.

12:12:41 21   MR. CIRSCH:  I don't think he was finished

12:12:43 22   answering it.

12:12:43 23   Q.   (By Mr. Chachkes)  All right.  I'm talking

12:12:44 24   about the EDXA.

12:12:45 25   A.   That's what I'm saying.

90

12:12:46  1   Q.   So you've got the EDXA result in your

12:12:50  2   hands.  This result, 12, before you've determined

12:12:54  3   what it is, is the first step determining the ratio

12:12:57  4   of metals to silicon --

12:12:59  5   MR. CIRSCH:  Object to form.

12:13:00  6   Q.   (By Mr. Chachkes)  -- to interpret this

12:13:01  7   EDXA?

12:13:02  8   A.   The first step would be to look at this

12:13:04  9   EDXA -- and I'm just speaking for me -- and I would

12:13:07 10   see that the ratios are consistent with what I would

12:13:12 11   expect for tremolite from the standards.  That would

12:13:15 12   be my first step.

12:13:17 13   Q.   But you don't know whether those ratios

12:13:20 14   are consistent with other minerals as well that are

12:13:22 15   non-regulated?

12:13:25 16   MR. CIRSCH:  Object to form.

12:13:26 17   THE WITNESS:  I'm not aware of any ratios

12:13:28 18   like that for any other non-regulated fibrous

12:13:31 19   minerals.

12:13:33 20   Q.   (By Mr. Chachkes)  Are you excluding the

12:13:34 21   possibility that they exist, or you're saying you're

12:13:36 22   just not aware?

12:13:37 23   A.   We've never seen them, so I guess I'm

12:13:41 24   excluding the possibility that they exist.

12:13:44 25   Q.   Okay.

91

12:13:45  1   A.   It's hard to prove a negative, but it is

12:13:48  2   not one of the look-alikes of that type of ratio

12:13:52  3   that's fibrous.  And of course we're leaving out the

12:13:55  4   SAED to make sure it has an amphibole type

12:13:59  5   diffraction pattern.

12:14:00  6   Q.   Prior to any EDXA, you've already

12:14:04  7   determined it's an amphibole?

12:14:05  8   A.   No.  Nothing is determined about this

12:14:07  9   particular structure other than it's fibrous, it

12:14:15 10   meets the counting criteria for what would be a

12:14:19 11   regulated asbestos fiber if in fact the chemistry in

12:14:23 12   the crystalline structure are consistent with the

12:14:27 13   appropriate mineral.

12:14:29 14   Q.   Okay.  You would agree that two different

12:14:34 15   minerals can have similar EDXA readouts; correct?

12:14:38 16   MR. CIRSCH:  Object to form.

12:14:39 17   THE WITNESS:  It depends on what you mean

12:14:40 18   by similar.  I can't answer that hypothetical.

12:14:46 19   Q.   (By Mr. Chachkes)  Okay.  So, for example,

12:14:52 20   anthophyllite and cummingtonite have similar EDXA

12:14:56 21   spectra; correct?

12:14:57 22   A.   That's correct.  Anthophyllite, depending

12:15:01 23   on the iron content, anthophyllite, cummingtonite,

12:15:07 24   two regulated asbestos types, yes, they can have

12:15:10 25   similar EDS.

92

12:15:11  1   Q.   Okay.  When you say EDS, you mean the same

12:15:16  2   thing as EDXA?

12:15:18  3   A.   Correct.  I'm sorry.  I'm old, and that's

12:15:20  4   what we learned back in graduate school, it was EDS.

12:15:24  5   It's hard for me to go to EDXA.

12:15:26  6   Q.   All right.  So you discussed your first

12:15:27  7   step is to make some conclusions about what you're

12:15:28  8   looking at just by eyeballing it.

12:15:30  9   The next step, do you determine the ratios

12:15:33 10   of the metals to the silicon?

12:15:35 11   MR. CIRSCH:  Object to form.

12:15:36 12   THE WITNESS:  Well, let's back up here.  I

12:15:38 13   don't make any conclusions by eyeballing it.

12:15:41 14   The first thing we do is look at it and

12:15:44 15   say this could match the counting rules for a

12:15:48 16   regulated elongated particle.

12:15:48 17   It's at least greater than .5 micrometers

12:15:51 18   in length.  These are measurements.  These are

12:15:53 19   not eyeballing.  It has parallel sides and has

12:15:56 20   at least a 5-to-1 aspect ratio or greater.

12:16:00 21   Then the EDXA for me is taken to see if it

12:16:07 22   is consistent with the ratios and patterns I

12:16:11 23   would expect for some -- for the types of

12:16:13 24   regulated asbestos fibers we're looking at.

12:16:15 25   And we're not saying, okay, we're going to

93

12:16:18  1    eliminate this type or that type.  It's
12:16:21  2    whatever's present.
12:16:22  3            Then the SAED -- so it has a typical
12:16:25  4    amphibole diffraction pattern.  If it's
12:16:27  5    anthophyllite, potentially, we'll rotate the
12:16:30  6    stage 10 to 20 degrees to eliminate the
12:16:33  7    once-in-a-blue-moon reflection of a fibrous talc
12:16:37  8    that some people claim that's close to
12:16:39  9    anthophyllite.
12:16:40  10           And after all that, then we would -- I
12:16:43  11   would say that is a regulated asbestos fiber
12:16:46  12   type.  It meets all the criteria.
12:16:49  13           You keep saying eyeballing.  That's not
12:16:52  14   really much of a term --
12:16:54  15       Q.   (By Mr. Chachkes)  My questions are all
12:16:55  16   about --
12:16:58  17           MR. CIRSCH:  Wait, he's not finished.
12:16:59  18           THE WITNESS:  I'm not done.
         19           MR. CIRSCH:  You cut him off.
         20           THE REPORTER:  Wait.  Wait.  Wait.
         21           THE WITNESS:  What we're doing is we're
12:17:01  22   looking at a set criteria.  No decisions are
12:17:02  23   made ahead of time.  Nothing is -- well, I
12:17:07  24   believe it's that type of thing.  That doesn't
12:17:08  25   happen.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

94

12:17:08  1        Q.   (By Mr. Chachkes)  Let's start again.  I'm
12:17:10  2    only asking questions about EDXA.
12:17:12  3            Can you agree with me not to answer about
12:17:14  4    TEM or SAED to the following sets of questions?  I
12:17:19  5    just want to know how you do EDXA.  Can you do that?
12:17:24  6            MR. CIRSCH:  Object to form.
12:17:25  7            THE WITNESS:  I've already explained that
12:17:26  8    to you.
12:17:26  9        Q.   (By Mr. Chachkes)  Okay.  But can you
12:17:27  10   answer these following questions only referring to
12:17:28  11   EDXA?  Can you do me that favor?
12:17:30  12       A.   No.
12:17:31  13       Q.   Okay.
12:17:31  14       A.   If I feel that the question needs more
12:17:33  15   explanation, an answer needs more explanation, I
12:17:36  16   believe that's my right.
12:17:37  17       Q.   Okay.  You get the EDXA printout.  At what
12:17:40  18   point, if at all, do you calculate the ratio of
12:17:44  19   metals to silicon for the EDXA?
12:17:48  20           MR. CIRSCH:  Object to form.
12:17:49  21           THE WITNESS:  I've already gone over that.
12:17:50  22   I can't say anything more.
12:17:53  23           If I'm sitting at the TEM, I'm looking at
12:17:56  24   the monitor and I'm determining -- and the
12:17:59  25   ratios come up fairly quick.  We have them

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

95

12:18:02  1    tagged for silicon, magnesium, calcium, iron, or
12:18:07  2    whatever it happens to be, and the ratios are
12:18:09  3    fairly distinct compared to any other mineral
12:18:11  4    that I know out there, unless it's winchite or
12:18:15  5    richterite, and then we're looking at a little
12:18:17  6    bit of potassium or sodium.
12:18:21  7        Q.   (By Mr. Chachkes)  Okay.  When you say the
12:18:21  8    ratios come up quick, do you mean a precise number
12:18:23  9    comes up on some screen?
12:18:24  10       A.   This ratio -- magnesium, silicon, calcium,
12:18:30  11   and iron -- is almost instantaneous.  The only thing
12:18:33  12   that changes as you count, they all simultaneously
12:18:39  13   get higher.  There is nothing else to it.  You look
12:18:41  14   at that, you compare to the regulated standards, and
12:18:46  15   they all match.
12:18:47  16       Q.   Okay.  Looking at Exhibit 12, tell me what
12:18:50  17   the ratios are there.
12:18:54  18           MR. CIRSCH:  Object to form.
12:18:55  19           THE WITNESS:  Say silicon is 10.
12:18:59  20   Magnesium and calcium is approximately 3.  The
12:19:05  21   iron there would be less than 1.
12:19:08  22       Q.   (By Mr. Chachkes)  Okay.  And that's how
12:19:10  23   you kind of do it in the real world when you're
12:19:13  24   analyzing EDXA spectra?
12:19:16  25           MR. CIRSCH:  Object to form.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

96

12:19:16  1            THE WITNESS:  In the real world we have
12:19:17  2    standards, and after doing it thousands and
12:19:20  3    thousands of times, that's how it's done.
12:19:24  4        Q.   (By Mr. Chachkes)  Okay.  Basically the
12:19:25  5    way you just did it, I'm putting aside that you may
12:19:28  6    have an encyclopedic knowledge of what to compare the
12:19:31  7    ratios to.  You generate ratios the way you've just
12:19:36  8    done it, you look at it and you just read it and you
12:19:39  9    come up with the ratios?
12:19:41  10           MR. CIRSCH:  Object to form.
12:19:42  11           THE WITNESS:  I'm not generating ratios.
12:19:44  12   The tremolite fiber or bundle is generating the
12:19:47  13   ratios by the x-rays that are being generated
12:19:51  14   from the electron beam that are being counted at
12:19:54  15   specific energies.  Those ratios are fairly
12:19:57  16   standard.
12:19:58  17           What I do is interpret the overall pattern
12:20:02  18   and determine how well it matches with the
12:20:04  19   tremolite standards that are in each of the TEM
12:20:07  20   rooms.
12:20:07  21       Q.   (By Mr. Chachkes)  That step in the EDXA
12:20:11  22   analysis where you determine the ratios, do you do it
12:20:15  23   in the real world like we just saw now, you look at
12:20:22  24   the spectra and you say, okay, silicon 10, magnesium,
12:20:24  25   calcium 3, iron 1-ish, is that how you do it in the

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

97

```
12:20:26   1   real world?
12:20:27   2          MR. CIRSCH:  Object to form.
12:20:28   3          THE WITNESS:  In the real world I don't --
12:20:31   4   I look at the overall pattern, and the overall
12:20:35   5   pattern is unique with the -- then it's an
12:20:39   6   amphibole asbestos.  And that's how every
12:20:43   7   asbestos TEM lab in the country does it.
12:20:45   8          Q.   (By Mr. Chachkes)  Okay.  So does the
12:20:51   9   ratios of metal to silicon in the EDXA analysis have
12:20:57  10   a material impact on your conclusions about what
12:21:00  11   you're looking at?
12:21:02  12          MR. CIRSCH:  Object to form.
12:21:03  13          THE WITNESS:  The elemental spectras
12:21:06  14   always have a material impact on what I'm
12:21:08  15   looking at in the EDXA.
12:21:10  16          Q.   (By Mr. Chachkes)  I didn't ask about
12:21:11  17   that.  I asked about the specific ratio of metals to
12:21:15  18   silicon.
12:21:16  19          Does that particular numerical ratio have
12:21:20  20   a material impact on how you conclude what you're
12:21:21  21   looking at under the EDXA?
12:21:25  22          MR. CIRSCH:  Object to form.
12:21:26  23          THE WITNESS:  I don't understand the
12:21:27  24   question.  I think I've answered it over and
12:21:29  25   over.  I'll answer it one more time.
```

98

```
12:21:32   1          Q.   (By Mr. Chachkes)  No, no.  I want to make
12:21:33   2   sure you understand it.
12:21:34   3          Do you understand what I mean by the ratio
12:21:36   4   of metals to silicon:  do you understand that?
12:21:39   5          A.   Yes, sir.
12:21:40   6          Q.   Okay.  Do you calculate that number in
12:21:45   7   your head, write it down, print it out?  Do you
12:21:48   8   calculate that number?
12:21:50   9          MR. CIRSCH:  Object to form.
12:21:51  10          THE WITNESS:  I don't know how I do it.
12:21:56  11   Tremolite, the ratios to magnesium, silicon, and
12:22:00  12   calcium are fairly unique.  Not aware of any
12:22:03  13   other fibrous materials that will have those
12:22:06  14   specific ratios without some other additional
12:22:08  15   elements such as aluminum and an amphibole
12:22:12  16   diffraction pattern.
12:22:13  17          Q.   (By Mr. Chachkes)  Okay.  You keep
12:22:15  18   answering a different question, but what I heard is
12:22:16  19   that you don't calculate the ratio.  You actually run
12:22:20  20   the numbers and calculate the ratios of metal to
12:22:23  21   silicon; is that correct?  You don't run that number?
12:22:25  22          MR. CIRSCH:  Object to form.
12:22:26  23          THE WITNESS:  I look at -- when I'm doing
12:22:28  24   this, I look at every pattern and compare it to
12:22:32  25   the standard patterns for those three elements,
```

99

```
12:22:35   1   and then the iron depends on if we're going to
12:22:40   2   call it actinolite or tremolite.  That's how I
12:22:42   3   do it.
12:22:43   4          Q.   (By Mr. Chachkes)  Okay.  Do you calculate
12:22:44   5   the ratio of metals to silicon?  Do you do that?
12:22:47   6          MR. CIRSCH:  Object to form.
12:22:49   7          THE WITNESS:  I think I've told you at
12:22:53   8   least a half hour ago that I don't get a ruler
12:22:56   9   out and measure each of the primary elements
12:22:58  10   we're dealing with here, magnesium, silicon and
12:23:03  11   calcium.  I look at these distinct patterns,
12:23:06  12   EDXA patterns, and can look at that and tell you
12:23:10  13   that that is what matches for regulated
12:23:13  14   tremolite asbestos.
12:23:14  15          Q.   (By Mr. Chachkes)  Okay.  Putting aside
12:23:15  16   that you don't get a ruler out, do you kind of sort
12:23:20  17   of estimate that ratio of metals to silicon in your
12:23:24  18   head when you do this analysis?
12:23:25  19          MR. CIRSCH:  Alex, he's answered this
12:23:27  20   question a number of times.
12:23:28  21          MR. CHACHKES:  No, he said he doesn't take
12:23:30  22   out a ruler.
12:23:31  23          MR. CIRSCH:  A number of different times
12:23:32  24   he's testified as to how he does the process.
12:23:34  25   I'll let him answer it one more time and then
```

100

```
           1   I'm going to instruct him not to answer --
12:23:37   2          MR. CHACHKES:  You're at perfect liberty
12:23:38   3   to shut the questions down at any point.
12:23:40   4          MR. CIRSCH:  I know.  I'm going to let him
12:23:41   5   do it one more time.
12:23:42   6          MR. CHACHKES:  Okay.
12:23:42   7          Q.   (By Mr. Chachkes)  Do you estimate --
12:23:42   8   putting aside whether you use a ruler or not to make
12:23:45   9   it exact, do you estimate the ratio of metal to
12:23:48  10   silicon in the EDXA spectra?
12:23:50  11          A.   For at least the tenth time, and my last
12:23:53  12   time, when I generate a spectra of -- and I'll just
12:23:59  13   call it right now suspected regulated tremolite, I
12:24:03  14   look at the overall pattern for magnesium, silicon,
12:24:07  15   and calcium and determine that it is consistent with
12:24:11  16   the standards, and that's how I make that
12:24:14  17   determination.
12:24:14  18          Q.   And is that overall pattern that you say
12:24:16  19   you look at, is that the ratio of metals to silicon?
12:24:20  20          A.   I am not answering this question anymore.
12:24:24  21          MR. CIRSCH:  Object to form.  That's it.
12:24:25  22          Q.   (By Mr. Chachkes)  All right.  So you will
12:24:26  23   not answer that question?
12:24:28  24          A.   I've answered the question I'm estimating
12:24:31  25   at least ten times.
```

101

```
12:24:33   1    Q.   Okay.  And you won't come back at some
12:24:36   2   point and say, yes, indeed, I calculate a number that
12:24:41   3   is the ratio of metals to silicon.  You won't come
12:24:43   4   back and say that, will you?
12:24:43   5        MR. CIRSCH:  Object to form.
12:24:44   6        Don't answer the question, Dr. Longo.
12:24:45   7        Move on, please, Counsel.
12:24:47   8    Q.   (By Mr. Chachnes)  Okay.  Is the ratio of
12:24:52   9   metals to silicon for tremolite the same for every
12:24:55  10   EDXA printout?
12:25:00  11    A.   I think I've already gone over it a couple
12:25:04  12   of times that depending on your detector, your EDXA
12:25:08  13   detector, if it is a silicon drifted, lithium drifted
12:25:13  14   window or windowless detector, these ratios will
12:25:17  15   change because it's more sensitive.
12:25:19  16        For example, for chrysotile, even though
12:25:21  17   there is more magnesium in the formula than silicon,
12:25:28  18   regular -- with a silicon window you will see less
12:25:32  19   magnesium.  So it just depends on the EDS system.
12:25:38  20        We have both types.  So you could see a
12:25:40  21   tremolite spectra from the windowless detector that
12:25:45  22   will look different than the other one as you're
12:25:47  23   getting ready to pull out.
12:25:48  24    Q.   Are you aware that anthophyllite has a
12:25:51  25   ratio in the books published to be 7 to 8 for metals
```

102

```
12:25:56   1   to silicon?  Are you aware of that?
12:25:58   2        MR. CIRSCH:  Object to form.
12:25:58   3        THE WITNESS:  I don't know.  I would have
12:25:59   4   to look at it.
12:26:00   5    Q.   (By Mr. Chachnes)  Okay.  And you're not
12:26:02   6   looking to see whether there's a ratio of 7 to 8
12:26:05   7   metals to silicon, are you?
12:26:07   8        MR. CIRSCH:  Object to form.
12:26:08   9        THE WITNESS:  For anthophyllite, we look
12:26:10  10   at the EDXA standards, typically the NIST
12:26:16  11   standards, for that pattern -- I've already told
12:26:18  12   you I don't get out a ruler and measure these --
12:26:22  13   that the spectra has to be consistent, and it
12:26:25  14   has to be for the type of EDXA detector you're
12:26:29  15   using.
12:26:29  16    Q.   (By Mr. Chachnes)  It's a very simple
12:26:31  17   question.  Do you look for a 7 to 8 ratio metals to
12:26:35  18   silicon --
12:26:35  19        MR. CIRSCH:  Object to form.
12:26:36  20        THE WITNESS:  And it's a very simple
12:26:38  21   answer.  We look at the standard NIST type
12:26:40  22   spectras that give you the patterns for
12:26:42  23   potentially anthophyllite or potentially fibrous
12:26:46  24   talc.
12:26:48  25    Q.   (By Mr. Chachnes)  Are you aware that
```

103

```
12:26:49   1   tremolite has a published ratio for EDXA metals to
12:26:52   2   silicon of 5-to-8?
12:26:55   3        MR. CIRSCH:  Object to form.
12:26:55   4        THE WITNESS:  Published where?
12:26:57   5        MR. CIRSCH:  Yeah, will you show him the
12:26:58   6   document if your --
12:26:59   7    Q.   (By Mr. Chachnes)  Are you aware of any
12:27:00   8   publication that has that?
12:27:01   9    A.   I don't know.  Show me the publication and
12:27:03  10   I'll take a look at it, and I'll have to look at what
12:27:07  11   conditions this ratio is for what type of detector.
12:27:11  12    Q.   Okay.  So sitting here today, you can't
12:27:13  13   point me to a peer-reviewed publication that has
12:27:17  14   anything other than a 5-to-8 ratio for tremolite?
12:27:24  15        MR. CIRSCH:  Object to form.  You're
12:27:26  16   holding something in your hand.  Why don't you
12:27:28  17   show --
12:27:28  18        THE WITNESS:  I don't know.  I'd have to
12:27:29  19   look at the publication.  We look at the NIST
12:27:31  20   standards for determining if we have tremolite,
12:27:34  21   anthophyllite, anthophyllite solid solution
12:27:37  22   series, the tremolite solid solution series.
12:27:39  23    Q.   (By Mr. Chachnes)  Do the NIST standards
12:27:41  24   have ratios of metals to silicon?
12:27:45  25    A.   The NIST -- as I think we already talked
```

104

```
12:27:45   1   about, I don't believe the NIST standards sends you
12:27:47   2   any information other than this is tremolite or this
12:27:49   3   is anthophyllite or this is actinolite or this is
12:27:53   4   crocidolite or this is amosite.
12:27:54   5    Q.   Okay.
12:27:54   6        MR. CIRSCH:  As soon as you get to a good
12:27:56   7   place, Alex, maybe we can take a lunch break.
12:27:59   8        MR. CHACHKES:  Okay.
12:27:59   9    Q.   (By Mr. Chachnes)  Do you know what the
12:27:59  10   International Mineralogical Association is, the IMA?
12:28:04  11    A.   I don't know.
12:28:06  12    Q.   Are you aware -- so I guess you
12:28:10  13   wouldn't be aware they contain a comprehensive list
12:28:14  14   of minerals in their chemical formulas?
12:28:16  15        MR. CIRSCH:  Object to form.
12:28:17  16        THE WITNESS:  I'm sure they do.
12:28:18  17    Q.   (By Mr. Chachnes)  Have you ever looked at
12:28:20  18   that?
12:28:20  19    A.   I don't know.
12:28:29  20    Q.   Okay.  So would you agree with the
12:28:31  21   statement that talc and anthophyllite have materially
12:28:35  22   similar chemistries so it can be difficult to
12:28:38  23   distinguish them on EDXA?
12:28:41  24        MR. CIRSCH:  Object to form.
12:28:42  25        THE WITNESS:  Yes and maybe.
```

105

12:28:45 1    Q.    (By Mr. Chachkes)  Okay.  What part is

12:28:46 2    yes?

12:28:47 3        A.    Yes, they have similar chemical makeup.

12:28:50 4        Q.    And maybe they can be difficult to

12:28:52 5    distinguish on EDXA?

12:28:53 6        A.    Maybe, depending on the chemistry.  But we

12:29:00 7    don't distinguish fibrous talc from anthophyllite by

12:29:05 8    just EDXA.

12:29:06 9        Q.    Okay.  Am I correct that it can be

12:29:09 10   difficult under EDXA to distinguish anthophyllite

12:29:14 11   from talc?

12:29:16 12       MR. CIRSCH:  Object to form.

12:29:17 13       THE WITNESS:  I don't know about how

12:29:18 14   difficult or not difficult.  It's not something

12:29:20 15   we do to distinguish anthophyllite from talc

12:29:22 16   just on the EDXA other than, okay, it has the

12:29:25 17   appropriate chemistry.

12:29:28 18       MR. CHACHKES:  Okay.  We can take a break

12:29:32 19   here.  Lunchtime.

12:29:33 20       (Lunch recess from 12:29 p.m. to 1:35 p.m.)

13:36:03 21       Q.    (By Mr. Chachkes)  Dr. Longo, you had

13:37:02 22   mentioned before that you had looked at industrial

13:37:05 23   talc for asbestos; is that correct?

13:37:06 24       A.    Yes.

13:37:07 25       Q.    And for whom did you do that work?

106

13:37:10 1        A.    For whom?  Which plaintiffs' attorney?

13:37:13 2        Q.    Sure.

13:37:14 3        A.    I don't recall.

13:37:18 4        Q.    For what client, company, did you do that

13:37:20 5    work?

13:37:21 6        A.    I haven't done any work for any client

13:37:29 7    companies that I'm at liberty to talk about for

13:37:38 8    industrial talc.

13:37:45 9        Q.    Okay.  I'm just asking you yes or no, do

13:37:48 10   you remember the names of the companies or company?

13:37:50 11       A.    I can't talk about any potential work we

13:37:53 12   may or may not have done for an industrial talc

13:37:56 13   company.

13:37:56 14       Q.    No, this is just a yes or no.  Do you

13:37:58 15   remember the name?  I'm not asking for the name, just

13:38:01 16   do you remember the name?

13:38:03 17       A.    Again, I'm not saying I have or I haven't.

13:38:06 18   I'm just not at liberty if I have and if no report

13:38:10 19   has been issued, at liberty to talk about it.

13:38:13 20       Q.    Okay.  You mentioned that you might have

13:38:15 21   looked at industrial talc for plaintiff lawyers.  Was

13:38:18 22   that recent?

13:38:19 23       A.    I think the most recent one was back in

13:38:21 24   2017 for the Kazan firm.

13:38:24 25       Q.    Okay.  And you just don't know whether

107

13:38:26 1    that was associated with a particular company?

13:38:30 2        A.    Oh, the company, it was Nytal Vanderbilt

13:38:35 3    talc.

13:38:35 4        Q.    Okay.  But this is plaintiffs' side?

13:38:39 5        A.    Yes, sir.

13:38:39 6        Q.    What about the first time you ever looked

13:38:43 7    at industrial talc for asbestos, when was that?

13:38:45 8        A.    As I testified earlier, sometime in the

13:38:47 9    1990s or early 2000s.

13:38:50 10       Q.    Was that one engagement?  Multiple

13:38:56 11   engagements?

13:38:57 12       A.    I don't recall.

13:38:58 13       Q.    It could be one engagement; you just don't

13:39:00 14   remember?

13:39:01 15       A.    I'm sure it's more, but I just don't

13:39:02 16   recall.

13:39:03 17       Q.    Greater than five?  Less than five?

13:39:05 18       A.    I don't know what size bread box it is.

13:39:09 19       Q.    Okay.  So you've established probably more

13:39:12 20   than one, but after that you can't say?

13:39:14 21       A.    I just don't recall.

13:39:15 22       Q.    Okay.  What about more than one; you can

13:39:17 23   say it's more than one?

13:39:19 24       MR. CIRSCH:  Object to form.

13:39:20 25       THE WITNESS:  I believe so.

108

13:39:21 1        Q.    (By Mr. Chachkes)  Okay.  And did you

13:39:22 2    personally do the TEM work on that?

13:39:23 3        A.    Back in those days, probably.

13:39:27 4        Q.    Did you do any -- personally do any PLM

13:39:30 5    work?

13:39:30 6        A.    No.

13:39:30 7        Q.    Personally do any XRD work?

13:39:32 8        A.    No.

13:39:32 9        Q.    Personally do any EDXA work?

13:39:35 10       A.    Well, when I do TEM for this type of work,

13:39:38 11   I would have done EDXA.

13:39:40 12       Q.    Okay.  Can you estimate in that engagement

13:39:44 13   or engagements in the 1990s, early 2000s range, how

13:39:49 14   many hours you would have spent?

13:39:51 15       A.    No.

13:39:52 16       Q.    Could be under ten; could be over ten?

13:39:55 17       A.    I don't recall.

13:39:56 18       Q.    You know who McCrone is; right?

13:39:59 19       A.    I do.

13:40:00 20       Q.    You know they have people there who teach

13:40:02 21   graduate courses related to detecting asbestos?

13:40:05 22       MR. CIRSCH:  Object to form.

13:40:06 23       THE WITNESS:  I know they have continuing

13:40:10 24   education courses, yes.

13:40:11 25       Q.    (By Mr. Chachkes)  Have you ever taught at

109

13:40:12 1  a graduate school?

13:40:14 2      A.    Not in this type of work, no.

13:40:16 3      Q.    Okay.  In what type of work?

13:40:19 4      A.    Well, I was visiting assistant professor,

13:40:21 5  so it would have been materials science.

13:40:23 6      Q.    Okay.  Nothing to do with detecting

13:40:24 7  asbestos?

13:40:25 8      A.    No.

13:40:25 9      Q.    Do you know McCrone's Particle Atlas?

13:40:28 10     A.    Yes.

13:40:28 11     Q.    And that's something folks other than

13:40:31 12 McCrone use as a standard in this field?

13:40:36 13     A.    Yes.

13:40:36 14     Q.    Have you ever published anything that

13:40:39 15 other people outside of your lab use as a standard?

13:40:43 16          MR. CIRSCH:  Object to form.

13:40:45 17          THE WITNESS:  Not in a book, no.

13:40:47 18     Q.    (By Mr. Chachkes)  What about otherwise?

13:40:50 19     A.    Yes, if you go to Federal Mogul's and

13:40:54 20 search for wollastonite detection, one of our

13:40:58 21 protocols was published by them for the determination

13:41:02 22 of tremolite asbestos in wollastonite for Federal

13:41:07 23 Mogul involving their manufacture of OEM brakes.

13:41:11 24     Q.    What is Federal Mogul?  I'm not familiar

13:41:12 25 with that.

110

13:41:12 1      A.    It's a company that owns a bunch of

13:41:14 2  companies.

13:41:14 3      Q.    Okay.  So you published -- I'm sorry, say

13:41:20 4  it again.  What does it stand for?

13:41:22 5      A.    Well, I didn't publish it.  We wrote a

13:41:25 6  protocol for determining a problem they were having

13:41:29 7  with the supplier of a mineral called wollastonite,

13:41:29 8  which is a substitute fibrous material, and the

13:41:31 9  particular source that they were using stated that it

13:41:36 10 had a small amount of tremolite contamination in it.

13:41:38 11     Q.    Okay.  Did you ever published a standard

13:41:40 12 for finding asbestos that was for the general

13:41:44 13 scientific community, not for just one specific

13:41:49 14 client?

13:41:49 15          MR. CIRSCH:  Object to form.

13:41:50 16          THE WITNESS:  I was in charge of the ASTM

13:41:52 17 and the D2205 committee for the analysis of --

13:41:57 18 number count analysis of asbestos in settled

13:42:01 19 dust.  It's the D5755, I believe it is.

13:42:05 20     Q.    (By Mr. Chachkes)  Okay.  And that has

13:42:08 21 your name on it?

13:42:09 22     A.    No.  ASTM standards have ASTM on it.

13:42:13 23     Q.    Okay.  And that was -- that standard --

13:42:16 24 the contributors were many more people than you:

25 right?

111

13:42:19 1      A.    Yes.  Some people contributed, but I was

13:42:22 2  in charge of -- it was our method that we had given

13:42:25 3  to the EPA.  Then it was fighting over the

13:42:30 4  definitions.

13:42:31 5      Q.    Have you or MAS published any standard for

13:42:35 6  finding asbestos in any material or any mineral or

13:42:39 7  anywhere that is attributable exclusively to you or

13:42:43 8  MAS?

13:42:43 9      A.    No.

13:42:44 10     Q.    Have you published a methodology for

13:42:55 11 finding asbestos in talc?

13:42:57 12     A.    Have not.

13:42:59 13     Q.    You're aware that McCrone has done that;

13:43:01 14 right?

13:43:01 15          MR. CIRSCH:  Object to form.

13:43:02 16          THE WITNESS:  Jim Millette, yes, I'm

13:43:05 17 aware, 1990 and 2015, I believe, are the two

13:43:09 18 papers in Microscopy.

13:43:10 19     Q.    (By Mr. Chachkes)  You're aware that

13:43:11 20 McCrone has testing and training classes related to

13:43:14 21 finding asbestos; correct?

13:43:15 22          MR. CIRSCH:  Object to form.

13:43:16 23          THE WITNESS:  They teach a -- used to,

13:43:19 24 anyway, the McCrone Institute.  May still do it.

13:43:25 25     Q.    (By Mr. Chachkes)  Have you ever taught or

112

13:43:30 1  trained -- sponsored teaching or training classes for

13:43:34 2  finding asbestos for people outside of MAS?

13:43:36 3      A.    I've given a couple lectures and taught an

13:43:39 4  all-day two-day seminar at the American Industrial

13:43:44 5  Hygiene Association to help train, to give certified

13:43:48 6  industrial hygienists or industrial hygienists how to

13:43:51 7  perform TEM analysis for asbestos.

13:43:54 8      Q.    Okay.  Other than that, any?

13:43:57 9      A.    At Georgia Tech in their continuing

13:44:00 10 education program involving asbestos, seminar up at

13:44:08 11 Southern University of New York, I have taught there

13:44:13 12 for a week.  Again, it was TEM analysis for asbestos.

13:44:19 13     Q.    Okay.  Was it for finding talc, asbestos

13:44:24 14 in talc?

13:44:25 15     A.    No, it was just general finding asbestos

13:44:28 16 in whatever you wanted to look in.

13:44:30 17     Q.    Have you or MAS given any training or

13:44:36 18 classes relating to finding asbestos in talc?

13:44:39 19     A.    No.

13:44:39 20     Q.    Has any School of Public Health asked you

13:44:43 21 to assist them in finding asbestos in talc?

13:44:46 22     A.    No.

13:44:47 23     Q.    You're aware that a number of governmental

13:44:51 24 bodies are out there, not just in the U.S. but

13:44:54 25 elsewhere, looking into the question of whether

113

1 asbestos is in cosmetic talc; correct?

2 MR. CIRSCH: Object to form.

3 THE WITNESS: I'm aware of Canada and

4 maybe India, maybe. I've seen some articles.

5 Q. (By Mr. Chachkes) Okay. Have any of

6 those -- any governmental body, U.S. or otherwise,

7 asked you to assist in determining whether cosmetic

8 talc has asbestos?

9 MR. CIRSCH: Object to form.

10 THE WITNESS: No.

11 Q. (By Mr. Chachkes) Has any federal court

12 ever said that your methodology for finding talc

13 in -- asbestos in talc passes Daubert standards?

14 A. I'm not sure I've had a Daubert standard

15 in federal court yet. As for state court, I think

16 there's been seven, six or seven challenges.

17 Q. So my question is about federal court.

18 Has any federal court certified you under Daubert

19 standards for finding asbestos in talc?

20 MR. CIRSCH: Object to form.

21 THE WITNESS: As I just stated, I don't

22 believe I've been in federal court yet other

23 than this one for -- where any Daubert

24 challenges would arise.

25 Q. (By Mr. Chachkes) Has your methodology

114

1 for finding asbestos in talc ever been published in a

2 peer-review journal or literature otherwise?

3 MR. CIRSCH: Object to form.

4 THE WITNESS: Well, it's not my method,

5 and the Blount method by PLM has been published

6 and the ISO 22262-2 is an international

7 standard. So it's not my method; it's standard

8 protocols for doing the method.

9 Q. (By Mr. Chachkes) Is all your analysis

10 for -- all your analysis of cosmetic talc for

11 asbestos been for and sponsored by plaintiffs'

12 lawyers?

13 A. Yes.

14 Q. You mentioned the NVLA. What is that?

15 A. National Voluntary Laboratory

16 Accreditation Program for the determination of

17 asbestos in air samples by TEM and bulk analysis.

18 Q. Does the NVLA have an accreditation for

19 finding asbestos in talc?

20 A. It's hard to say because they don't really

21 dictate what the matrix is.

22 Q. When you say matrix, what do you mean by

23 that?

24 A. Well, it's just asbestos in materials.

25 I'm not sure they have a specific one for talc or a

115

1 specific one for joint compound or a specific one for

2 thermal insulation. It's just a matter of being able

3 to determine and detect and to record what is

4 present.

5 Q. Okay. Does the NVLA have an accreditation

6 standard for finding talc in something other than

7 air, like in -- I'm sorry, strike that.

8 Does the NVLA have an accreditation

9 standard for finding asbestos in something other than

10 air, like in talc?

11 MR. CIRSCH: Object to form.

12 THE WITNESS: Well, they accredited to the

13 EPA 600/R-93 PLM method. That's not specific

14 for talc. It's building materials.

15 Q. (By Mr. Chachkes) And do they accredit

16 you for methodology or something else?

17 A. To be able to perform the analysis.

18 Q. Meaning what?

19 A. Meaning if you -- we have round-robins

20 that you can adequately identify products that have a

21 certain concentration of asbestos in it that you

22 would routinely see for building products.

23 Q. Has NVLA ever accredited you specifically

24 for finding talc in asbestos?

25 A. I think, as I've already stated, they

116

1 don't have a previous matrix, meaning what is the

2 asbestos in. They go by the EPA 600/R-93 method for

3 analysis of bulk samples, typically building material

4 bulk samples for asbestos.

5 Q. So the NVLA, did they actually have

6 someone come to your lab and do this accreditation?

7 A. Yes.

8 Q. Okay. When that person came to your lab

9 for the accreditation, did they ask to see your

10 techniques and methodologies for finding asbestos in

11 talc?

12 MR. CIRSCH: Object to form.

13 THE WITNESS: Again, they don't say talc

14 and they don't say any particular thing. It's

15 just your overall methodology for performing the

16 analysis. And usually the auditor will bring

17 samples and have the analyst be able to

18 determine the type and the estimated weight

19 percent of what's in the sample.

20 Q. (By Mr. Chachkes) Okay. So the samples

21 that the NVLA brought for you to analyze for your

22 accreditation were not talc samples; correct?

23 A. I don't believe so, no.

24 Q. They were just straight-up samples of

25 different kinds of asbestos; right?

**117**

13:49:30 1    A.    In some building material.

13:49:32 2    Q.    Okay.  Is the NVLA accreditation standard

13:49:38 3    public?

13:49:39 4    A.    When you -- I don't understand what you

13:49:40 5    mean.

13:49:40 6    Q.    Obviously, they must have some standard

13:49:42 7    that they're comparing you to.  Is that written down,

13:49:44 8    or is it just in the minds of the NVLA?

13:49:49 9        MR. CIRSCH:  Form.

13:49:50 10       THE WITNESS:  I mean, there is a set this

13:49:50 11   is what you have to do and be able to do, plus

13:49:54 12   the PAT rounds that's sent out by the Research

13:50:02 13   Triangle Institute where they send samples out,

13:50:05 14   your analysts have to analyze them and send them

13:50:08 15   in, and they compare to see if you pass or fail.

13:50:10 16   Q.    (By Mr. Chachkes)  Okay.  My question was

13:50:14 17   do they have published standards?

13:50:16 18       MR. CIRSCH:  Object to form.

13:50:17 19   Q.    (By Mr. Chachkes)  Something written down

13:50:17 20   where I can look at it and read on the page, ah, this

13:50:20 21   is how they accredit me?

13:50:22 22       MR. CIRSCH:  Object to form.

13:50:23 23       THE WITNESS:  I think you can go to the

13:50:24 24   NIST website for this type of -- and download

13:50:29 25   it.  I'm sure it's public.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

---

**118**

13:50:32 1    Q.    (By Mr. Chachkes)  Now, you've run NIST

13:50:36 2    standards for EDSA; correct?

13:50:39 3    A.    Correct.

13:50:39 4    Q.    How often do you run those?

13:50:43 5    A.    I think you asked me earlier.  I don't

13:50:45 6    recall.  I brought some here because since we were

13:50:48 7    looking at the EDXA or talking about EDXA of

13:50:53 8    tremolite, it's in my reliance documents where we

13:50:56 9    measured the EDXA on 200 tremolite fibers and bundles

13:51:02 10   showing you the, quote, pattern.

13:51:06 11   Q.    I'm sorry, you're talking about the NIST

13:51:08 12   standard right now?

13:51:08 13   A.    Yes.

13:51:09 14   Q.    Okay.  So you analyzed 200 NIST standards?

13:51:11 15   A.    Well, 200 particles in a NIST standard.

13:51:13 16   Q.    Okay.  So you've at least done one NIST

13:51:16 17   standard.  Have you done more than one NIST standard?

13:51:19 18   A.    We have analyzed all the NIST standards to

13:51:26 19   generate standards of EDXA.

13:51:29 20   Q.    Same for SAED?

13:51:31 21   A.    Yes.

13:51:32 22   Q.    Same for TEM?

13:51:35 23   A.    Well, TEM would be EDXA and SAED.

13:51:39 24   Q.    Okay.  And do you keep those materials,

13:51:45 25   the standards you run?

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

---

**119**

13:51:46 1    A.    I believe so.

13:51:47 2    Q.    Okay.  And you said you brought something.

13:51:49 3    What did you bring?

13:51:50 4    A.    Well, I brought the EDXA on 200 tremolite

13:51:55 5    fibers and bundles that was done, the 1867.

13:52:01 6    Q.    Oh, I'm sorry, so this is something you've

13:52:04 7    already produced; you just brought it -- also brought

13:52:05 8    it?

13:52:06 9    A.    Yes.

13:52:06 10   Q.    Okay.

13:52:06 11   A.    I mean, it's in my reliance documents, and

13:52:08 12   it can give you a -- if you look at the ratios,

13:52:14 13   they're pretty much identical to what you were

13:52:16 14   showing me here.

13:52:17 15   Q.    Okay.  And did you bring any other

13:52:25 16   documents that haven't been produced?

13:52:27 17       Did you bring any documents that haven't

13:52:28 18   been produced?

13:52:29 19   A.    Well, these have been produced.

13:52:31 20   Q.    Right.  So I'm asking separate and apart

13:52:33 21   from that.

13:52:34 22   A.    Oh.

13:52:34 23   Q.    Did you bring any documents today that

13:52:35 24   haven't been produced?

13:52:36 25   A.    No.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

---

**120**

13:52:36 1    Q.    Okay.  So those are your NIST samples for

13:52:45 2    EDXA; right?

13:52:47 3    A.    Right.  We were looking at the

13:52:48 4    Addison-Davies method to see if boiling the acid --

13:52:52 5    boiling the tremolite in sulfuric acid for an hour

13:52:56 6    and then boiling it in sodium hydroxide for an hour,

13:53:00 7    did it change any chemical component or size

13:53:05 8    distribution of the NIST standard.

13:53:05 9    Q.    Did you produce your NIST standard

13:53:07 10   analysis for TEM?

13:53:11 11   A.    That is TEM.

13:53:11 12   Q.    Okay.  All right.  For what about PLM, did

13:53:15 13   you produce those?

13:53:16 14   A.    No.

13:53:16 15       MR. CIRSCH:  Object to form.

13:53:18 16       THE WITNESS:  You typically -- since it's

13:53:21 17   almost 100 percent tremolite, it's not usually a

13:53:23 18   standard that you develop for PLM.  You can look

13:53:25 19   at it and check your refractive indices and make

13:53:30 20   sure -- the oblique extinction, et cetera, but

13:53:34 21   you don't usually just run those.

13:53:36 22   Q.    (By Mr. Chachkes)  Okay.  So when you say

13:53:37 23   you don't usually, you did not run NIST standards for

13:53:40 24   PLM; is that what I'm hearing?

13:53:42 25   A.    I don't know if we have.  I don't believe

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

---

121

13:53:44 1   so.

13:53:44 2       Q.   Okay.  If you did, would you have kept the

13:53:47 3   material?

13:53:48 4           MR. CIRSCH:  Object to form.

13:53:49 5           THE WITNESS:  I don't know.

13:53:50 6       Q.   (By Mr. Chachkes)  Okay.  We would ask any

13:53:51 7   of that material be produced.

13:53:54 8           Any other NIST standards that you ran

13:53:57 9   under any other instruments that we haven't talked

13:53:59 10  about?

13:53:59 11      A.   No.

13:54:14 12          MS. TROVATO:  I'm sorry, I have Exhibit 10

13:54:15 13  to this deposition --

13:54:16 14          MR. CIRSCH:  That's been marked at a

13:54:18 15  previous deposition.

13:54:18 16          THE WITNESS:  That was marked on 3/21.

17          MS. TROVATO:  I want to mark it here.

13:54:21 18          MR. CHACHKES:  Okay.  Can we mark this as

13:54:22 19  Exhibit 14.

13:54:24 20          (Defendants' Exhibit 14 was marked for

13:54:33 21  identification.)

13:54:33 22      Q.   (By Mr. Chachkes)  Okay.  So Exhibit 14 is

13:54:34 23  what you were just referring to as the -- you ran a

13:54:37 24  NIST standard and the Addison-Davies technique,

13:54:39 25  that's 14; right?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

122

13:54:40 1       A.   Yes, sir.

13:54:40 2       Q.   Okay.  Looking back at -- can you go back

13:54:46 3   to Exhibit 12, which is the EDXA spectrum.

13:54:54 4           If I handed this to a very experienced

13:55:00 5   EDXA scientist, as experienced as you want, and I

13:55:06 6   gave him no context where it came from, you know,

13:55:12 7   anything other than just this printout, would they

13:55:14 8   identify this as tremolite and only tremolite?

13:55:17 9           MR. CIRSCH:  Object to form.

13:55:18 10          THE WITNESS:  I can't opine about what

13:55:20 11  other people would do.  If I looked at this, my

13:55:24 12  reaction would be that looks like tremolite.

13:55:27 13      Q.   (By Mr. Chachkes)  Okay.  I'm not talking

13:55:28 14  about you.  Again, this is about the question of what

13:55:32 15  a third-party would and how they would interpret

13:55:37 16  this.

13:55:37 17          Would somebody who is a very experienced

13:55:39 18  EDSA scientist look at this spectra and say I know

13:55:47 19  what this is, this is tremolite?  Or are there other

13:55:50 20  minerals that are consistent with this?

13:55:53 21          MR. CIRSCH:  Object to form.

13:55:54 22          THE WITNESS:  I can't speculate on what

13:55:55 23  other experienced TEM folks would do.  I can

13:55:58 24  just tell you, since I'm sitting here, that I

13:56:02 25  would say that's probably tremolite.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

123

13:56:04 1       Q.   (By Mr. Chachkes)  Okay.  Again, I know

13:56:05 2   what you think.  So these questions aren't about what

13:56:08 3   you think.

13:56:09 4           Do you think a third-party scientist

13:56:11 5   looking at Exhibit 12, without knowing context, just

13:56:15 6   looking at what's in Exhibit 12, this EDSA spectrum,

13:56:18 7   might say that also corresponds to minerals that

13:56:23 8   aren't tremolite?

13:56:25 9           MR. CIRSCH:  Object to form.  He's already

13:56:26 10  answered the question.  It calls for

13:56:28 11  speculation.

13:56:28 12          THE WITNESS:  I can't speculate what other

13:56:30 13  experienced microscopists would say that is.

13:56:34 14      Q.   (By Mr. Chachkes)  Okay.  And so you can't

13:56:36 15  testify to a reasonable degree of scientific

13:56:39 16  certainty that this EDSA pattern in a vacuum can only

13:56:46 17  correspond to a single mineral and only that mineral

13:56:50 18  tremolite?

13:56:50 19          MR. CIRSCH:  Object to form.

13:56:52 20          THE WITNESS:  Within a reasonable degree

13:56:56 21  of scientific certainty, if I looked at this

13:56:57 22  mineral, I would say that looks like tremolite.

13:56:59 23      Q.   (By Mr. Chachkes)  So I'm not asking about

13:57:00 24  you.  I'm asking -- this is a question about

13:57:02 25  reproducibility, that if some other scientist looked

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

124

13:57:06 1   at this, not you, okay, that are you testifying that

13:57:12 2   within a reasonable degree of scientific certainty

13:57:15 3   that this pattern can only correspond to tremolite?

13:57:20 4           MR. CIRSCH:  Object to form.

13:57:21 5           THE WITNESS:  I can't speculate what other

13:57:22 6   scientists -- and they wouldn't be much of a

13:57:25 7   scientist if they were going to look at this in

13:57:28 8   a vacuum and then make some judgment on it

13:57:31 9   without sitting at the TEM.

13:57:32 10          If another very experienced scientist was

13:57:34 11  sitting at a TEM looking at the counting rules

13:57:39 12  and it's a regulated asbestos, he would most

13:57:42 13  likely have some information about where it came

13:57:45 14  from --

13:57:45 15      Q.   (By Mr. Chachkes)  Okay.  So the counting

13:57:46 16  rules, how do they apply to Exhibit 12, the EDSA?

13:57:49 17      A.   Well, again, you cut me off.  What I'm

13:57:53 18  saying is I don't believe it would be a very -- that

13:57:56 19  it's very scientific to sit in a vacuum and not know

13:58:00 20  anything about anything and look at this, and how am

13:58:04 21  I supposed to know what some other experienced

13:58:06 22  scientist is going to say or do?

13:58:07 23      Q.   Okay.  I'll represent to you I've shown

13:58:10 24  this, what's in Exhibit 12, to a very experienced

13:58:15 25  mineralogist who also does EDXA work, and that

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

125

13:58:19 1 person's confirmed that this is not a unique pattern
13:58:22 2 for tremolite, that there are other minerals that
13:58:24 3 correspond.
13:58:25 4     Sitting here today, do you have anything
13:58:26 5 to provide me that disputes that?
13:58:28 6     MR. CIRSCH:  Object to form.  I mean, how
13:58:30 7 can he possibly testify to that?
13:58:36 8     MR. CHACHKES:  I mean, limit the speaking
13:58:37 9 objections, please.
13:58:38 10     THE WITNESS:  It's EDXA.  This came off a
13:58:41 11 tremolite fiber bundle that we verified, that in
13:58:45 12 the matrix that this came out of, it's well
13:58:48 13 established that those type of amphiboles are
13:58:50 14 formed.
13:58:52 15     What some other expert or experienced
13:58:57 16 microscopist is saying that it's going to be
13:59:00 17 confused with some other minerals, I can't
13:59:02 18 comment on it.  If you'd like to tell me what
13:59:05 19 those minerals are, I could certainly look and
13:59:08 20 see if there's -- (cell phone rings.)
13:59:10 21     Is that me?  I'm sorry.  It's not supposed
13:59:16 22 to be on.  I apologize.
13:59:24 23     Q.  (By Mr. Chachkes)  What work have you done
13:59:28 24 to survey the world of minerals to determine what
13:59:36 25 other minerals other than regulated asbestos could

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

126

13:59:40 1 have EDSA patterns that correspond to what I'm
13:59:46 2 looking at in Exhibit 12?
13:59:47 3     MR. CIRSCH:  Object to form.
13:59:48 4     THE WITNESS:  I've looked at all the
13:59:49 5 potential look-alikes, and again, you just can't
13:59:53 6 do an EDS pattern without looking at the
13:59:56 7 structure.  Some -- and I've looked at every one
13:59:59 8 that Sanchez says that could be look-alikes, and
14:00:06 9 a number of them are not fibrous and a lot of
14:00:09 10 them have aluminum in it.  So I'm not concerned
14:00:13 11 that this is anything but tremolite asbestos.
14:00:18 12     Q.  (By Mr. Chachkes)  Did you look at any
14:00:25 13 databases to compare this spectra to what the
14:00:28 14 databases say are the things that have similar EDSA
14:00:33 15 patterns?
14:00:33 16     MR. CIRSCH:  Object to form.
14:00:34 17     THE WITNESS:  No, I didn't look at any
14:00:37 18 databases.  This was done in regards to the
14:00:39 19 typical TEM protocols for identifying asbestos.
14:00:42 20 I'm not aware of any other minerals with all the
14:00:46 21 characteristics of both being fibrous, meaning
14:00:48 22 the counting definition, the amphibole
14:00:54 23 diffraction pattern for the d-spacings.  This is
14:00:57 24 not misidentified.
14:00:59 25     Q.  (By Mr. Chachkes)  Okay.  Did you look

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

127

14:01:00 1 at -- and I'm just talking about the EDSA now, I'm
14:01:03 2 not talking about counting or things that aren't the
14:01:06 3 EDSA -- I'm sorry.  EDXA.  Let me start that again.
14:01:11 4     I'm talking about just the EDXA now, not
14:01:15 5 talking about other methods of identifying what
14:01:17 6 you're looking at.  Did you look at any textbook or
14:01:21 7 peer-reviewed literature to see what this pattern
14:01:27 8 could also -- in Exhibit 12 -- could also correspond
14:01:30 9 to?
14:01:30 10     MR. CIRSCH:  Object to form.
14:01:31 11     THE WITNESS:  It doesn't correspond -- and
14:01:32 12 you're --
14:01:33 13     Q.  (By Mr. Chachkes)  The question is what
14:01:34 14 you looked at.
14:01:34 15     A.  **Please don't interrupt.**
14:01:37 16     MR. CIRSCH:  Let him answer the question,
14:01:38 17 please.
14:01:39 18     THE WITNESS:  You're trying to do this in
14:01:40 19 a vacuum.  Here's just an EDS pattern, I'm not
14:01:42 20 going to give you any other information, I'm not
14:01:43 21 going to let you look at what kind of -- it's a
14:01:46 22 fibrous structure or it's a particulate.  Not
14:01:50 23 going to let you look at the SAED patterns.
14:01:50 24     It's not following the procedure we've
14:01:52 25 used here for all these samples.  So I can't

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

128

14:01:55 1 comment on something that I wouldn't do as an
14:01:58 2 expert coming in here just looking at an EDS
14:02:01 3 pattern with -- EDXA pattern without any other
14:02:04 4 information.
14:02:04 5     Q.  (By Mr. Chachkes)  Okay.  So am I correct
14:02:06 6 that your answer is no, you did not look at a
14:02:09 7 textbook or peer-reviewed literature to determine
14:02:11 8 what this EDSA pattern could also correspond to other
14:02:15 9 than what you believe to be tremolite?
14:02:16 10     MR. CIRSCH:  Object to form.
14:02:17 11     THE WITNESS:  No.  I wouldn't just take an
14:02:19 12 EDS pattern by itself and then run it to see
14:02:23 13 what other possible minerals in the world have
14:02:26 14 the same elements.
14:02:27 15     I would only be testifying here that this
14:02:29 16 is tremolite -- regulated tremolite asbestos
14:02:33 17 based on the entirety of the analysis that's
14:02:35 18 done for each of these fibers or bundles.
14:02:37 19     Q.  (By Mr. Chachkes)  Okay.  Let's talk about
14:02:39 20 SAED for a moment.  You did SAED pattern analysis?
14:02:43 21     A.  **Yes.**
14:02:43 22     Q.  Okay.  Would you agree that the more
14:02:49 23 complete the SAED pattern an analyst obtains, the
14:02:52 24 more likely the analyst is to make an accurate
14:02:55 25 determination of the crystal structure?

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

129

```
14:02:56   1          MR. CIRSCH:  Object to form.
14:02:58   2          THE WITNESS:  No.
14:02:59   3      Q.    (By Mr. Chachkes)  Why not?
14:02:59   4      A.    For tremolite you just need the
14:03:03   5   d-spacings.  For anthophyllite, you just need to --
14:03:07   6   if it has anything close to the reflection or the
14:03:09   7   crystal orientation of fibrous talc, you just need to
14:03:12   8   turn it to make sure that the amphibole pattern comes
14:03:16   9   up.  You don't need to do anything more to adequately
14:03:20  10   identify if it's anthophyllite versus fibrous talc or
14:03:25  11   anthophyllite solid solution series.
14:03:28  12      Q.    Okay.  Is streaking in your SAED pattern
14:03:32  13   something that can get in the way of an accurate
14:03:35  14   determination?
14:03:35  15      A.    It depends on what type of asbestos it is.
14:03:38  16   If you're seeing streaking and you have the right
14:03:41  17   chemistry and it's tubular, then it's chrysotile.
14:03:44  18   But we don't see the streaking that's getting -- that
14:03:47  19   you say is getting in the way to adequately look at
14:03:50  20   these diffraction patterns.
14:03:51  21      Q.    If the dots on an SAED pattern are out of
14:03:56  22   focus, does that affect the accuracy in your
14:03:59  23   determining the crystal structure?
14:03:59  24      A.    Depends what you mean by out of focus.  As
14:04:01  25   long as you have the particular planes of dots, how
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

130

```
14:04:04   1   focused or out of focus it is sometimes doesn't
14:04:07   2   matter.  If it's way out of focus, yes, it would.
14:04:09   3      Q.    Would you agree that it's important to --
14:04:12   4   strike that.
14:04:13   5          Would you agree that the further out you
14:04:21   6   have complete dots in the pattern and the more
14:04:23   7   focused the image it is, the easier it is for the
14:04:26   8   analyst to study the crystal structure?
14:04:28   9          MR. CIRSCH:  Object to form.
14:04:29  10          THE WITNESS:  It depends.
14:04:32  11      Q.    (By Mr. Chachkes)  What does it depend on?
14:04:34  12      A.    Well, I have to get some examples and I
14:04:37  13   can show you.  You know, the patterns we have taken
14:04:41  14   have been adequate for the analyst, plus the EDXA
14:04:45  15   plus the fibrous nature to identify appropriately if
14:04:49  16   it's -- typically what we're seeing is either the
14:04:52  17   tremolite solid solution series, more tremolite than
14:04:56  18   winchite or richterite or actinolyte, and
14:04:59  19   anthophyllite solid solution series.  We don't take
14:05:02  20   it any further than that.
14:05:02  21      Q.    So you testified that to determine whether
14:05:04  22   something is tremolite, you just need to know the
14:05:07  23   d-spacing; correct?
14:05:08  24          MR. CIRSCH:  Object to form.
14:05:09  25          THE WITNESS:  And the EDXA as well as
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

131

```
14:05:16   1   the -- if it is fibrous or not.  That's all you
14:05:16   2   need.
14:05:16   3      Q.    (By Mr. Chachkes)  Okay.
14:05:17   4      A.    And that's all NVLAP requires.
14:05:21   5      Q.    Okay.  And that's expressly written in the
14:05:25   6   NVLA standard?
14:05:28   7      A.    I don't know if it's expressly written,
14:05:30   8   but it's not required for any of the audits that we
14:05:33   9   have, zone axis patterns for tremolite or any
14:05:35  10   regulated asbestos.
14:05:37  11      Q.    Okay.  So your opinion is that good
14:05:39  12   science is determined by whether something passes
14:05:42  13   NVLA accreditation?
14:05:44  14          MR. CIRSCH:  Object to form.
14:05:44  15          THE WITNESS:  It is good science.  I don't
14:05:48  16   know what good science mean.  I mean, versus bad
14:05:50  17   science?
14:05:55  18          NVLAP is coming in to determine that if
14:05:55  19   somebody sends you an air sample that you can
14:05:57  20   adequately identify, or bulk sample, identify
14:06:01  21   the asbestos to the degree that you're not
14:06:02  22   letting people walk into an environment where
14:06:04  23   they're getting exposed to asbestos.
14:06:07  24          We go to the -- so that we perform the
14:06:11  25   necessary analytical techniques for each of
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

132

```
14:06:14   1   these methods to positively affirm or deny that
14:06:19   2   there's any detectable asbestos present.
14:06:21   3      Q.    (By Mr. Chachkes)  Does the NVLA have in
14:06:23   4   it an example of d-spacing that corresponds to
14:06:27   5   tremolite?
14:06:29   6          MR. CIRSCH:  Object to the form.
14:06:30   7          THE WITNESS:  I believe so.
14:06:31   8      Q.    (By Mr. Chachkes)  Okay.  And we'd find
14:06:34   9   that on their website?
14:06:35  10          MR. CIRSCH:  Object to form.
14:06:36  11          THE WITNESS:  I think so.
14:06:37  12      Q.    (By Mr. Chachkes)  Okay.  And then you
14:06:38  13   said for anthophyllite, what do you need, again?
14:06:40  14      A.    For us, anthophyllite, we just make sure
14:06:44  15   it's not fibrous talc, since we're looking at talc
14:06:50  16   samples.  And that the anthophyllite chemistry, the
14:06:55  17   anthophyllite solid solution chemistry is
14:06:57  18   appropriate, what we typically see is, because we're
14:07:00  19   using heavy density liquid primarily, I think, all
14:07:03  20   here, all with what I call iron-rich.
14:07:07  21      Q.    My question is what SAED pattern
14:07:10  22   corresponds to anthophyllite?
14:07:12  23          MR. CIRSCH:  Object to form.
14:07:13  24          THE WITNESS:  Which one?  There's 277 zone
14:07:16  25   axes.  We look for a typical d-spacing of a
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

133

| | |
|---|---|
| 14:07:19 1 | different orientation for the two selected area |
| 14:07:23 2 | electron diffraction patterns we take. |
| 14:07:26 3 | Q.    (By Mr. Chachkes)  Okay.  So you determine |
| 14:07:28 4 | whether it's anthophyllite based on d-spacing when |
| 14:07:30 5 | you're talking about SAED only? |
| 14:07:33 6 | MR. CIRSCH:  Object to form. |
| 14:07:33 7 | THE WITNESS:  D-spacing and a second |
| 14:07:36 8 | pattern from a different crystalline orientation |
| 14:07:42 9 | so that you can rule out fibrous talc. |
| 14:07:45 10 | Q.    (By Mr. Chachkes)  Okay.  So for |
| 14:07:48 11 | tremolite, do you use two axes or just one? |
| 14:07:52 12 | A.    Just one.  It's not required for tremolite |
| 14:07:56 13 | since fibrous talc does not have any calcium in it. |
| 14:08:01 14 | And what you're looking for in an EDS pattern is make |
| 14:08:05 15 | sure there's no aluminum. |
| 14:08:07 16 | Q.    Okay.  And for anthophyllite, you use -- |
| 14:08:10 17 | you need two axes is what you're saying? |
| 14:08:13 18 | A.    Two axes unless -- I think there's one in |
| 14:08:16 19 | the entire bunch where we only did one. |
| 14:08:19 20 | One axis if it doesn't have that |
| 14:08:22 21 | pseudohexagonal pattern of talc.  There's one |
| 14:08:26 22 | reflection in talc -- I can't remember if it's the |
| 14:08:30 23 | 020 -- that some people say are similar.  Doesn't |
| 14:08:34 24 | look similar to me.  But we just do two anyway for |
| 14:08:38 25 | all these anthophyllite fibers and bundles. |

134

| | |
|---|---|
| 14:08:40 1 | Q.    Okay.  For talc you use two axes to |
| 14:08:43 2 | determine whether the SAED pattern corresponds to |
| 14:08:46 3 | talc? |
| 14:08:47 4 | A.    No, we use two for anthophyllite solid |
| 14:08:51 5 | solution series. |
| 14:08:52 6 | Q.    What about talc, how do you determine |
| 14:08:54 7 | something under SAED is talc? |
| 14:08:56 8 | A.    Chemistry and one SAED pattern that has |
| 14:09:01 9 | the hexagonal dot pattern. |
| 14:09:06 10 | Q.    Okay.  So you use -- for the SAED portion |
| 14:09:10 11 | of identifying something as talc, you use only one |
| 14:09:13 12 | pattern; is that correct? |
| 14:09:15 13 | A.    That's correct. |
| 14:09:15 14 | Q.    Okay.  If I took that one pattern that you |
| 14:09:21 15 | use to identify talc under SAED, can that pattern |
| 14:09:25 16 | only correspond to talc? |
| 14:09:29 17 | MR. CIRSCH:  Object to form. |
| 14:09:30 18 | THE WITNESS:  It can only correspond to |
| 14:09:32 19 | talc as long as you have the chemistry to go |
| 14:09:35 20 | along with it.  Again, nothing here is done in a |
| 14:09:37 21 | vacuum of just one and nothing else. |
| 14:09:39 22 | Q.    (By Mr. Chachkes)  Okay.  My question |
| 14:09:41 23 | really isn't a vacuum.  And I understand your |
| 14:09:43 24 | qualification you think it's completely unfair, but I |
| 14:09:46 25 | do want to hear what you have to say about this. |

135

| | |
|---|---|
| 14:09:48 1 | If I have an isolated SAED pattern for |
| 14:09:53 2 | talc in one axis and only that, no other information, |
| 14:10:00 3 | does that uniquely identify talc? |
| 14:10:02 4 | MR. CIRSCH:  Object to form. |
| 14:10:03 5 | THE WITNESS:  I would not call it.  I |
| 14:10:04 6 | don't know what somebody else would do.  I would |
| 14:10:07 7 | want to see what we're looking at.  Certainly if |
| 14:10:09 8 | it's a talc plate versus chemistry -- but we're |
| 14:10:13 9 | primarily interested in the fibrous talc. |
| 14:10:15 10 | If you're an experienced TEM analyst, you |
| 14:10:20 11 | wouldn't just do it -- to me, my opinion, you |
| 14:10:23 12 | just wouldn't try in a vacuum without any |
| 14:10:25 13 | information to look at a talc SAED and say |
| 14:10:30 14 | that's talc. |
| 14:10:30 15 | Q.    (By Mr. Chachkes)  Okay.  So recall that |
| 14:10:31 16 | when I asked you my question, I'm saying looking at |
| 14:10:34 17 | SAED in a vacuum and then you went on to talk about a |
| 14:10:37 18 | number of things that aren't SAED, like chemistry, |
| 14:10:41 19 | fibers, plates.  So this is a very specific question |
| 14:10:45 20 | and yes or no.  Does a one-axis SAED pattern for talc |
| 14:10:54 21 | uniquely identify this as talc? |
| 14:10:58 22 | MR. CIRSCH:  Object to form.  He's already |
| 14:10:59 23 | answered the question. |
| 14:10:59 24 | THE WITNESS:  I would not call it talc |
| 14:11:01 25 | just based on a one hexagonal pattern with no |

136

| | |
|---|---|
| 14:11:06 1 | other information. |
| 14:11:06 2 | Q.    (By Mr. Chachkes)  Okay. |
| 14:11:08 3 | A.    I would want to do -- and have the rest of |
| 14:11:08 4 | the information that we talked about. |
| 14:11:10 5 | I wouldn't do it.  Maybe somebody else |
| 14:11:12 6 | would.  I can't comment on what other people might or |
| 14:11:14 7 | might not do. |
| 14:11:15 8 | Q.    Okay.  So for tremolite, you are saying |
| 14:11:18 9 | you look at one axis as well; correct? |
| 14:11:20 10 | A.    Correct. |
| 14:11:21 11 | Q.    So same question.  In a vacuum, all you |
| 14:11:25 12 | have is the SAED pattern for one axis for something |
| 14:11:32 13 | you otherwise would call tremolite.  Does that |
| 14:11:34 14 | uniquely and only identify tremolite? |
| 14:11:37 15 | MR. CIRSCH:  Object to form. |
| 14:11:38 16 | THE WITNESS:  If you were going to do |
| 14:11:42 17 | that, and you were -- for whatever reason that |
| 14:11:46 18 | here is an SAED pattern, there is nothing else, |
| 14:11:52 19 | if it was a zone axis, then you'd have to get |
| 14:11:55 20 | two zone axes, and now you're dealing with like |
| 14:11:58 21 | no chemistry, no idea where the tremolite fiber |
| 14:12:01 22 | came -- if it is tremolite. |
| 14:12:03 23 | So I would not do it.  I can't talk about |
| 14:12:05 24 | what other people would do. |
| 14:12:06 25 | Q.    (By Mr. Chachkes)  Okay.  And indeed, a |

**137**

14:12:11  1  single axis SAED pattern for something that in your
14:12:18  2  report corresponds to tremolite can also correspond
14:12:23  3  to many other crystalline structures as well;
14:12:26  4  correct?
14:12:26  5          MR. CIRSCH:  Object to form.
14:12:27  6      Q.    (By Mr. Chachkes)  Just in a vacuum.
14:12:29  7  Again, with all the qualifications that you don't
14:12:32  8  want to do it in a vacuum, but my question is in a
14:12:35  9  vacuum.
14:12:35 10          MR. CIRSCH:  Object to form.
14:12:36 11          THE WITNESS:  It would be a typical
14:12:37 12  amphibole diffraction pattern.  You could say
14:12:39 13  it's an amphibole, but how far you're willing to
14:12:41 14  go on that on just that without any other
14:12:44 15  information, no chemistry, no structure
14:12:48 16  interface, no morphology, I would not call it
14:12:51 17  tremolite.
14:12:51 18      Q.    (By Mr. Chachkes)  Okay.  So for
14:12:54 19  anthophyllite, where you have two axes and so like
14:13:00 20  two SAED patterns, in a vacuum, do those two patterns
14:13:06 21  sitting in front of you, no other information,
14:13:08 22  uniquely identify what you're looking at as
14:13:11 23  anthophyllite?
14:13:11 24          MR. CIRSCH:  Object to form.
14:13:12 25          THE WITNESS:  I don't know.  Certainly

**139**

14:14:31  1          THE WITNESS:  I have not published any,
14:14:32  2  no.
14:14:32  3      Q.    (By Mr. Chachkes)  Have you taught SAED
14:14:34  4  pattern analysis?
14:14:35  5      A.    Been a while, but yes.
14:14:37  6      Q.    To whom?
14:14:38  7      A.    Graduate students back in the day when I
14:14:41  8  was visiting assistant professor.
14:14:42  9      Q.    How many orientations do you need to
14:14:47 10  uniquely identify a mineral with SAED and only SAED?
14:14:52 11      A.    A minimum of two, maybe three.
14:14:54 12      Q.    Measurements on an SAED are taken in
14:15:01 13  angstroms; correct?
14:15:02 14      A.    Yes, sir, an angle, angle between -- you
14:15:07 15  identify, say, the 002, then you have to get to
14:15:10 16  another orientation, say, the 010 or the minus 020,
14:15:17 17  and then take the angles and do the measurements or
14:15:20 18  use CrystalMaker.
14:15:21 19      Q.    Okay.  CrystalMaker software that helps
14:15:24 20  you analyze?
14:15:24 21      A.    Well, as long as it has the appropriate
14:15:26 22  standards in it, you could.
14:15:28 23      Q.    Do you use CrystalMaker?
14:15:30 24      A.    We have CrystalMaker.  But, no, it's not
14:15:32 25  required for what we do.

**138**

14:13:13  1  would rule out talc with the two patterns.
14:13:16  2          If I wasn't told that this came out of a
14:13:18  3  cosmetic talc bulk sample and wasn't allowed to
14:13:21  4  look at any chemistry, if I wasn't allowed to do
14:13:24  5  any EDXA and morphology, I probably would not
14:13:31  6  spend the time contemplating what that was.
14:13:33  7      Q.    (By Mr. Chachkes)  Okay.  You agree that
14:13:36  8  the same particle can have different SAED patterns at
14:13:42  9  different orientations; right?
14:13:43 10      A.    Yes.
14:13:43 11      Q.    And an SAED analyst can take measurements
14:13:49 12  of the crystals on various axes; correct?
14:13:53 13      A.    Yes.  You can get zone axis, and depending
14:13:56 14  on the orientation of the fiber or bundle, you may
14:13:59 15  get two -- tough to get three because of your limited
14:14:04 16  mobility of tilting the fiber; you have to double
14:14:08 17  tilt it.  You could probably get three if one wanted.
14:14:11 18      Q.    Okay.  Are you an expert in SAED pattern
14:14:17 19  analysis?
14:14:18 20      A.    I probably know more than the average
14:14:20 21  layperson.
14:14:21 22      Q.    Okay.  But are you an expert?  Are you
14:14:24 23  somebody, for example, who maybe published any
14:14:27 24  articles on SAED pattern analysis?
14:14:30 25          MR. CIRSCH:  Object to form.

**140**

14:15:33  1      Q.    Okay.  If you put what you otherwise
14:15:40  2  identified as an SAED pattern for tremolite into
14:15:44  3  CrystalMaker without the other end pop, the
14:15:47  4  identification, this is tremolite?
14:15:49  5          MR. CIRSCH:  Object to form.
14:15:50  6          THE WITNESS:  If you had the appropriate
14:15:51  7  zone axis and nothing else, it might.
14:15:54  8      Q.    (By Mr. Chachkes)  You don't know one way
14:15:55  9  or the other?  Have you ever done that?
14:15:57 10      A.    Have we used CrystalMaker?  We have used
14:15:59 11  it in the past, but we don't use it for this
14:16:02 12  analysis.
14:16:03 13      Q.    So have you done CrystalMaker on a single
14:16:06 14  axis?  Have you used CrystalMaker for a single axis
14:16:16 15  SAED pattern?
14:16:16 16          MR. CIRSCH:  Object to form.
14:16:17 17          THE WITNESS:  I don't recall doing that.
14:16:18 18      Q.    (By Mr. Chachkes)  Okay.  When I talked
14:16:20 19  about measurements being taken in angstroms, that's
14:16:22 20  the measurement between the dots; right?
14:16:23 21      A.    Yes.
14:16:24 22      Q.    And that's what we're calling d-space?
14:16:27 23      A.    D-space is between the planes.  That's the
14:16:28 24  measurement we do now.
14:16:30 25      Q.    What's the difference between what I said

141

14:16:32  1   and what you said?

14:16:33  2        A.   Well, you can get to the different planes,

14:16:35  3   but you can also get to -- the d-spacing is the

14:16:38  4   layers of atoms on top of each other.

14:16:40  5        Q.   Okay.  Can you describe how your analyst

14:16:50  6   calibrates the SAED apparatus?

14:16:55  7        A.   They do.

14:16:55  8        Q.   No, I'm sorry, can you describe how they

14:16:57  9   do it?

14:16:57  10        A.   Well, they get the working distance, and

14:16:59  11   typically they're using a gold standard for the rings

14:17:02  12   and the working distance so they can do that

14:17:05  13   calibration.

14:17:05  14        Q.   When you say a gold standard, what do you

14:17:07  15   mean by that?

14:17:07  16        A.   Well, you take something that's fibrous

14:17:11  17   and you put a gold film on the top so that you get

14:17:14  18   the outer rings of the gold, which is a standard

14:17:16  19   measurement, and then the working distance so you can

14:17:18  20   calibrate.

14:17:19  21        Q.   Literally a standard made of gold; is that

14:17:22  22   what you're saying?

14:17:23  23        A.   Yes.  Well, it's a very small piece of

14:17:26  24   gold wire --

      25        Q.   Okay.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

142

14:17:26  1        A.   -- that you sputter, so you're not using a

14:17:28  2   lot.

14:17:29  3        Q.   How often do your analysts calibrate the

14:17:33  4   SAED apparatus?

14:17:35  5        A.   Whatever is required for our NVLAP

14:17:37  6   accreditation.

14:17:38  7        Q.   Do you have any -- sitting here today, do

14:17:40  8   you know what that is?

14:17:40  9        A.   No.

14:17:41  10        Q.   Is that in your report?

14:17:43  11        A.   No, sir.

14:17:44  12        Q.   Okay.  So do your analysts tilt the stage

14:17:56  13   on the TEM to direct the electrons at a certain face

14:18:00  14   of the crystal?

14:18:01  15             MR. CIRSCH:  Object to form.

14:18:02  16             THE WITNESS:  The only fibrous material

14:18:06  17        that we tilt the stage is when we suspect the

14:18:10  18        anthophyllite solid solution series, where we

14:18:13  19        rotate it to make sure that the hexagonal

14:18:19  20        plane -- it's not even the hexagonal plane.

14:18:23  21        It's a -- I always forget.  It's either an 020

14:18:26  22        or an 002 reflection off the talc, fibrous talc

14:18:31  23        orientation.

14:18:37  24        Q.   (By Mr. Chachkes)  Okay.  Can you point me

14:18:37  25   to published peer-reviewed literature where that's an

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

143

14:18:37  1   appropriate way to identify that mineral?

14:18:39  2             MR. CIRSCH:  Object to form.

14:18:40  3             THE WITNESS:  I can't.  I mean, as I sit

14:18:46  4        here, I don't recall.

14:18:47  5        Q.   (By Mr. Chachkes)  Okay.  Are the TEMs in

14:18:51  6   your lab equipped with -- I'm going to butcher the --

14:18:56  7   is it goniometer?

14:18:57  8        A.   Goniometer.

14:18:58  9        Q.   Okay.  Are the TEMs in your lab equipped

14:19:00  10   with goniometers to rotate particles?

14:19:03  11        A.   Yes.  We have a double-tilt holder that we

14:19:05  12   use if we're going to do zone axis.  And we have a

14:19:08  13   goniometer that can rotate the sample I think up to

14:19:15  14   30 degrees, so it's usually at zero tilt.

14:19:21  15        Q.   Okay.  In your report I don't see any SAED

14:19:25  16   patterns done for a single subject crystal in three

14:19:29  17   different axes.  That's correct; right?

14:19:31  18        A.   That is correct, you will not find that.

14:19:32  19        Q.   And you didn't do that?

14:19:33  20        A.   No.

14:19:34  21        Q.   Okay.  Did your analyst document every

14:19:40  22   instance in the report where they used multiple SAED

14:19:44  23   patterns?

14:19:45  24        A.   I hope so.

14:19:52  25             MR. CHACHKES:  Maybe we should -- let's go

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

144

14:19:54  1   to this one.

14:20:30  2             (Defendants' Exhibit 15 was marked for

14:20:32  3        identification.)

14:20:32  4        Q.   (By Mr. Chachkes)  Okay.  Marked as

14:20:34  5   Exhibit 15, you recognize this as a three-axis SAED

14:20:38  6   for tremolite; right?

14:20:39  7        A.   I know that's what it states.

14:20:40  8        Q.   In your opinion, is that different?  Is

14:20:43  9   this not a three-axis?

14:20:46  10        A.   Well, it says it's -- you know the 100,

14:20:49  11   the 010, and the 001, that would be three crystal

14:20:53  12   orientations by the Miller indices.  Now, if that's

14:20:56  13   what we're looking at here or not, I would have to go

14:20:59  14   measure it, get the camera constant, et cetera.

14:21:03  15             So I'm not here to dispute it, but I can't

14:21:06  16   validate that's what it is.

14:21:08  17        Q.   Is there anything -- looking at this right

14:21:09  18   now, is there any reason you have to dispute that

14:21:11  19   indeed this is an accurate three-axis SAED for

14:21:16  20   tremolite?

14:21:17  21             MR. CIRSCH:  Object to form.

14:21:18  22             THE WITNESS:  I have no reason to dispute

14:21:19  23        it.  I have no reason to accept it.

      24        Q.   (By Mr. Chachkes)  Okay.

14:21:20  25        A.   If that's what you're saying it is, then

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

145

| | |
|---|---|
| 14:21:22 1 | that's what you're saying. |
| 14:21:23 2 | Q.    Okay.  You see that the pattern is |
| 14:21:26 3 | different for each of the three axes? |
| 14:21:27 4 | A.    Well, you have three different crystal |
| 14:21:29 5 | orientations. |
| 14:21:30 6 | Q.    Okay. |
| 14:21:31 7 | A.    Of course it's going to be different. |
| 14:21:32 8 | Q.    Okay.  So you predicted my next question, |
| 14:21:36 9 | which is in your experience, three different crystal |
| 14:21:38 10 | orientations for SAED for the same crystal may or |
| 14:21:42 11 | probably will produce three different patterns; |
| 12 | correct? |
| 14:21:44 13 | A.    That is correct. |
| 14:21:44 14 | Q.    Okay.  For tremolite it certainly will |
| 14:21:48 15 | produce three different patterns? |
| 14:21:50 16 | A.    For most of your fibrous crystals where |
| 14:21:54 17 | you can rotate it, yes. |
| 14:21:56 18 | Q.    Including anthophyllite and fibrous talc? |
| 14:22:01 19 | MR. CIRSCH:  Object to form. |
| 14:22:02 20 | THE WITNESS:  Including -- no.  Fibrous |
| 14:22:02 21 | talc, not.  You can rotate it.  You're only |
| 14:22:05 22 | going to get one pattern.  That's why if you do |
| 14:22:09 23 | see the reflection that some people will argue |
| 14:22:12 24 | looks a little bit like what anthophyllite can |
| 14:22:15 25 | do, you rotate it, and that never changes. |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

146

| | |
|---|---|
| 14:22:51 1 | MR. CHACHKES:  Okay.  Let's mark as 16. |
| 14:22:53 2 | (Defendants' Exhibit 16 was marked for |
| 14:23:07 3 | identification.) |
| 14:23:07 4 | Q.    (By Mr. Chachkes)  Okay.  So do you |
| 14:23:09 5 | recognize what's been marked as Exhibit 16? |
| 14:23:10 6 | A.    Yes, Verification of 0-Degree Amphibole |
| 14:23:13 7 | Diffraction Patterns, these are our documents. |
| 14:23:16 8 | Q.    Okay.  This was produced to us, I think, |
| 14:23:20 9 | Saturday.  Do you recall giving this to plaintiffs' |
| 14:23:23 10 | counsel recently -- |
| 14:23:24 11 | A.    I do. |
| 14:23:24 12 | Q.    -- to produce? |
| 14:23:27 13 | Okay.  What is it?  Can you just -- on a |
| 14:23:28 14 | high level, what am I looking at? |
| 14:23:31 15 | A.    High level, we're looking at the |
| 14:23:32 16 | d-spacings of, most likely, tremolite and |
| 14:23:40 17 | anthophyllite. |
| 14:23:40 18 | Q.    And this corresponds to a number of |
| 14:23:49 19 | samples that appear in your report; correct? |
| 14:23:51 20 | A.    It does. |
| 14:23:51 21 | Q.    Okay.  And to figure out which page |
| 14:23:56 22 | relates to which diffraction pattern, I can look on |
| 14:24:01 23 | that page and it's written in there somewhere; right? |
| 14:24:06 24 | A.    You'll have to -- I'm sorry. |
| 14:24:07 25 | Q.    I think I might have messed that up |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

147

| | |
|---|---|
| 14:24:12 1 | linguistically.  I'm going to do that again. |
| 14:24:13 2 | A.    That's fine. |
| 14:24:13 3 | Q.    If I want to figure out which sample a |
| 14:24:17 4 | particular verification page refers to, that sample |
| 14:24:20 5 | is written on the page; correct? |
| 14:24:21 6 | A.    Yeah, each sample number is on here. |
| 7 | Q.    Okay. |
| 14:24:24 8 | A.    You know, M68503-001.  So you would look |
| 14:24:28 9 | for '60, '70s, '80s, wherever it is, and then the |
| 14:24:36 10 | second number, -001, would be the number 1 or the |
| 14:24:38 11 | first asbestos structure or bundle that is the |
| 14:24:42 12 | diffraction pattern is being taken. |
| 14:24:44 13 | Q.    Sorry.  And you went a little quick for |
| 14:24:47 14 | me, and I apologize -- |
| 14:24:49 15 | A.    That's all right.  So you see the number |
| 14:24:50 16 | there, M68503 -- |
| 14:24:51 17 | Q.    Okay.  So I see that as MAS job number. |
| 14:24:53 18 | That's where you're pointing? |
| 14:24:54 19 | A.    Right. |
| 14:24:55 20 | Q.    And can you actually, just so we're on the |
| 14:24:55 21 | same page, literally, can you go to the first |
| 14:25:00 22 | verification? |
| 14:25:00 23 | Okay.  So you've got the MAS job number, |
| 14:25:02 24 | and I'm looking at the number that begins M68 |
| 14:25:05 25 | something, something, something.  Okay.  How does |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

148

| | |
|---|---|
| 14:25:06 1 | that tell me what sample that refers to? |
| 14:25:09 2 | A.    Well, our job number would be M68503.  If |
| 14:25:14 3 | you go to the various '60s, '70s, and '80s, you'll |
| 14:25:17 4 | see that number. |
| 14:25:18 5 | Q.    Sorry.  Let's pause.  '60s, '70s, and |
| 14:25:21 6 | '80s, you're referring to year -- |
| 14:25:22 7 | A.    The decades. |
| 14:25:22 8 | Q.    Okay. |
| 14:25:23 9 | A.    And so then you look for -- if it has |
| 14:25:26 10 | M68503 on there, you look for the first dash, 001. |
| 14:25:31 11 | Q.    And what's the first dash refer to? |
| 14:25:33 12 | A.    Right.  That will tell you that that is |
| 14:25:35 13 | the actual sample number.  Then you can go -- it will |
| 14:25:39 14 | tell you what tab to look under. |
| 14:25:41 15 | And then the second sample number is 001, |
| 14:25:44 16 | means that is the first asbestos, in this case, |
| 14:25:49 17 | anthophyllite solid solution series.  It's the very |
| 14:25:53 18 | first structure up.  So you can go then to the data |
| 14:25:56 19 | there and find that very first diffraction pattern. |
| 14:25:59 20 | Q.    Okay.  But when you say the data there, is |
| 14:26:02 21 | that data you're referring to in Exhibit 16? |
| 14:26:04 22 | A.    No, the data that is in the actual data |
| 14:26:07 23 | notebooks. |
| 14:26:07 24 | Q.    Got it.  And your ability to identify |
| 14:26:12 25 | '60s, '70s, '80s decades, is that something inherent |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

149

14:26:17 1 in the job number? Is that like coded in there? How
14:26:19 2 did you --
14:26:19 3 A. That's why I used all of them.
14:26:20 4 Q. Oh, okay.
14:26:21 5 A. If you'll give me one, I can -- you know,
14:26:22 6 I can probably find it. I didn't bring those along.
14:26:24 7 They're getting too big.
14:26:26 8 Q. Okay. I see on this page, date verified
14:26:31 9 11/19/18; do you see that?
14:26:33 10 A. Yes.
14:26:35 11 Q. What does that mean? What was verified?
14:26:37 12 A. That means that's the date that the data
14:26:39 13 was run for this particular program that did this
14:26:44 14 analysis.
14:26:45 15 Q. Is that the date of the SAED as well?
14:26:48 16 A. No. If you go over to the right-hand
14:26:51 17 side, it says date of photo --
14:26:53 18 Q. Okay.
14:26:54 19 A. -- 10/29/2018, and the SAED pattern should
14:26:57 20 have that date on it.
14:26:58 21 Q. Got it. And when you say the data was run
14:27:02 22 on November 19, 2018, was it put into some computer
14:27:07 23 program, or someone did a hand d-spacing? How was
14:27:11 24 that --
14:27:12 25 A. No. The information is put in, it's all

150

14:27:14 1 digital, and it does the calculation. When you put
14:27:17 2 in the, you know, the distance, the camera constant,
14:27:22 3 and then it will calculate the d-spacing.
14:27:24 4 Q. I'm sorry, when you say it, there's a
14:27:26 5 software that you're using?
14:27:28 6 A. Yes.
14:27:28 7 Q. And does the software kind of just read
14:27:30 8 the image? You don't have to actually calculate the
14:27:32 9 d-spacing by hand?
14:27:33 10 A. Well, you have to put in the information
14:27:35 11 on the camera constant, but then it will read the
14:27:39 12 pattern and calculate what the d-spacing is.
14:27:42 13 Q. Got it. And do you know the name of that
14:27:44 14 software?
14:27:45 15 A. I do not.
14:27:46 16 Q. Is that on your computer?
14:27:48 17 A. It's on the TEM computers.
14:27:52 18 Q. Okay. The numbers that it generates for
14:27:57 19 d-spacing, is that fully disclosed here on this page?
14:28:03 20 A. Yes.
14:28:04 21 Q. Okay.
14:28:05 22 A. Over here on the calculated spacing of
14:28:07 23 5.23, and if you go to anthophyllite, the d-spacing
14:28:11 24 is in that range of 5.02 to 5.54 on the range, plus
14:28:17 25 or minus 5 percent.

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

151

14:28:19 1 Q. And is the reason that zone axis
14:28:22 2 information on the lower left is not put in there is
14:28:24 3 because you really only ran one?
14:28:26 4 A. Well, you can get a zone axis -- if you
14:28:28 5 happen to hit a zone axis, it will -- you can
14:28:34 6 calculate through that. The second anthophyllite
14:28:36 7 pattern for this one fiber on the next page has a
14:28:41 8 zone axis that said it was near the 101.
14:28:43 9 Q. Got it. So you're saying is that the
14:28:48 10 first verification page that I'm looking at is one
14:28:51 11 zone axis, and the second page is another zone axis
14:28:54 12 for the same anthophyllite particle?
14:28:55 13 A. No. Not quite.
14:28:57 14 Q. Okay.
14:28:57 15 A. The first one is just d-spacing, the
14:28:59 16 second one is just d-spacing. In this particular
14:29:02 17 case when they went to the second orientation, they
14:29:05 18 got very close to the 101 zone axis.
14:29:08 19 Q. Okay. So there's two orientations on
14:29:11 20 these page 1 and page 2, one is one orientation, the
14:29:14 21 second is another orientation?
14:29:16 22 A. Correct, for the same fiber/bundle.
14:29:18 23 Q. Got it. We've looked through this, and
14:29:22 24 we've totaled 35 samples, which is less than the 72
14:29:28 25 samples in your report. Is that consistent with what

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

152

14:29:31 1 you believe this to be?
14:29:34 2 MR. CIRSCH: Object to form.
14:29:35 3 THE WITNESS: Well, a number of samples
14:29:38 4 were negative. There would be no zone axis
14:29:42 5 pattern.
14:29:42 6 A number of the samples would not have
14:29:45 7 been run through because we were doing
14:29:46 8 verification of Lee Poye's samples, and there's
14:29:51 9 a lot of different samples. I believe we have
14:29:53 10 produced all the ones that we have taken.
14:29:55 11 Q. (By Mr. Chachkes) Okay. There were 50
14:29:57 12 positives amongst the 72 samples you looked at, and
14:30:00 13 yet only 35 samples for which we have the diffraction
14:30:08 14 verifications. Am I incorrect there?
14:30:11 15 MR. CIRSCH: Object to form.
14:30:13 16 THE WITNESS: Well, a number of positive
14:30:15 17 samples there was no TEM because it was
14:30:19 18 negative. The Lee Poye verification on his, he
14:30:25 19 had six negatives where we found it positive by
14:30:29 20 PLM. And then an extra sample. I'll have to
14:30:35 21 add it all up now. I believe you have
14:30:38 22 everything if we went through and did the math.
14:30:40 23 Q. (By Mr. Chachkes) Okay. You had
14:30:41 24 personally in your lab, MAS, 50 positives; right?
14:30:46 25 MR. CIRSCH: Object to form.

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**153**

14:30:47 1    Q.    (By Mr. Chachkes)  Let's strike that.  All

14:30:57 2    right.

14:30:57 3         So the top of your own supplemental report

14:31:00 4    reads that -- I'm going to read a sentence from your

14:31:05 5    report, This new information changed the total number

14:31:07 6    of containers/samples analyzed from 71 to 72 and the

14:31:11 7    total positive samples from 49 to 50.

14:31:14 8         That's accurate; right?

14:31:15 9    A.    Yes.

14:31:15 10   Q.    Okay.  If there are 50 positives -- let's

14:31:19 11   only talk about the positives.  If there are 50

14:31:21 12   positive, why only have verifications for 35?

14:31:24 13   A.    Well, off the top of my head, five of the

14:31:29 14   positives out of six is from Lee Poye's analysis.  We

14:31:34 15   did not verify his negative samples.  Those became

14:31:38 16   positive because of the Blount PLM and the ISO PLM.

14:31:43 17   Also, the two samples in Lee Poye where we could not

14:31:47 18   verify the nine out of 11, they became positive by

14:31:52 19   PLM.  So now we're up to seven.

14:31:55 20   Q.    Of the 15 we're missing; right?

14:31:58 21   A.    Not missing any.

14:31:59 22   Q.    Okay.

14:31:59 23   A.    Now there's a number of samples through

14:32:02 24   here where the PLM and/or ISO was positive and the

14:32:05 25   TEM was not.  If the TEM is negative, there's no

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**154**

14:32:09 1    SAED.  I think that will get you to your number.

14:32:13 2    Q.    Got it.

14:32:15 3         So if there was a positive under TEM in

14:32:19 4    the MAS laboratory, I've got the verification here in

14:32:23 5    Exhibit 16?

14:32:26 6    A.    You are supposed to.

14:32:31 7         MS. O'DELL:  Let me just insert an

14:32:31 8    objection.  There were a number of I think six

14:32:33 9    files that were produced very similar to

14:32:35 10   Exhibit 16, so they're not all contained in that

14:32:37 11   exhibit and --

12            MR. CHACHKES:  And I agree --

14:32:44 13   MS. O'DELL:  The record shouldn't reflect

14:32:45 14   that they are.  There are five more documents

14:32:48 15   that are very similar to Exhibit 16 --

16            MR. CHACHKES:  Yeah.

14:32:51 17   Q.    (By Mr. Chachkes)  And I apologize.

14:32:51 18   Everything I said was correct, except you have to

14:32:54 19   take the six files that you gave me, put them

14:32:57 20   together, and we only have 35.

14:32:58 21   A.    I understood that.

14:32:59 22   MR. CHACHKES:  Okay.  So as long as the

14:33:01 23   witness understood, I think we're good.

14:33:03 24   MS. O'DELL:  That's not true, but I'm glad

14:33:06 25   we clarified.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**155**

14:33:08 1    MR. CHACHKES:  Well, I interpret "I

14:33:09 2    understood" differently than you do.

14:33:11 3    Q.    (By Mr. Chachkes)  Was a diffraction --

14:33:12 4    okay.  Skip that.

14:33:14 5         Now, what are these ranges up here at the

14:33:20 6    top?  I see like a table.  What's that?  The same

14:33:25 7    table appears to be reproduced in every single

14:33:27 8    verification page; am I right?

14:33:28 9    A.    Right.  That gives you the amphibole

14:33:30 10   types, the page number it's on, card number for the

14:33:33 11   mineral pallet diffraction file, and it gives the

14:33:37 12   calculated spacings in the range.

14:33:39 13        So these d-spacings are all tied back to a

14:33:44 14   standard that every lab should have for these

14:33:50 15   particular type of regulated asbestos structures.

14:33:53 16   Q.    Okay.  The page number refers to a page of

14:33:57 17   what, in the table?

14:33:59 18   A.    Page of the Mineral Powder Diffraction

14:34:02 19   File Data for that particular mineral.

14:34:03 20        So grunerite will be found on page 449.

14:34:07 21   It will be card number 31-631.  And on that card

14:34:11 22   number it will give you the calculated d-spacings for

14:34:15 23   that particular mineral.

14:34:16 24   Q.    Okay.  So it's a page within the Mineral

14:34:21 25   Powder Diffraction File, and then in that page is

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**156**

14:34:23 1    something called a card.  I imagine that's like a

14:34:25 2    little box?

14:34:26 3    A.    Correct.  And it will give you all the

14:34:30 4    d-spacing information that's published here.

14:34:32 5    Q.    Okay.  And the range, I see in the last

14:34:37 6    column on the right, that's the margin of error?

14:34:41 7    A.    Correct.

14:34:42 8    Q.    Now, if I'm reading this correctly, U4, on

14:34:47 9    this first page of the verification, you calculated a

14:34:50 10   spacing of 5.23; correct?

14:34:53 11   A.    Correct.

14:34:54 12   Q.    And that falls within every single

14:34:57 13   amphibole types range in that chart?

14:35:01 14   A.    That's correct.

14:35:01 15   Q.    How is it you identified this as

14:35:08 16   anthophyllite when it falls within five different

14:35:13 17   d-spacing ranges?

14:35:15 18   A.    Do I get to use the other data that's

14:35:17 19   generated, or is this one of those in a vacuum type

14:35:19 20   questions?

14:35:20 21   Q.    Let's say in a vacuum.  In a vacuum.

14:35:22 22   MR. CIRSCH:  Object to form.

14:35:23 23   THE WITNESS:  I wouldn't -- if I just had

14:35:25 24   the d-spacing without any information, I

14:35:28 25   wouldn't make that call.  I wouldn't say that it

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**157**

14:35:30 1  was anthophyllite. I would say it is consistent

14:35:32 2  with the typical amphibole d-spacing.

14:35:34 3     Q.    (By Mr. Chachkes) Okay. What other

14:35:36 4  amphibole in the Mineral Powder Diffraction File have

14:35:44 5  d-spacing ranges that span 5.23?

14:35:48 6     A.    Most of your amphibole minerals, both

14:35:52 7  monoclinic and orthorhombic, will have d-spacings in

14:35:56 8  this range.

14:35:57 9     Q.    What about nonamphiboles, are there

14:36:01 10 nonamphibole crystals that have d-spacings that the

14:36:03 11 range covers 5.23?

14:36:05 12    A.    I don't believe so.

14:36:06 13    Q.    The --

14:36:31 14    Are we done with this one?

14:36:32 15    A.    For now, yes.

14:36:34 16    Let's go to another exhibit. That's going

14:36:37 17 to be -- let her mark it up.

         18    A.    Oh. Sorry.

14:36:41 19    MR. CHACHKES:  That's going to be 17.

14:36:43 20    (Defendants' Exhibit 17 was marked for

         21    identification.)

14:36:59 22    Q.    (By Mr. Chachkes)  Is this the same sort

14:37:02 23 of document as 16?  Is this one of the --

14:37:04 24    A.    Yes.

14:37:04 25    Q.    Okay. At the top, I see that for your

**158**

14:37:23 1  SAED analysis you have an equation to determine

14:37:27 2  spacing; do you see that?

14:37:28 3     A.    We have the camera constant divided by the

14:37:34 4  measured distance, yes.

14:37:35 5     Q.    Okay. And in your -- your methodology

14:37:43 6  determined the spacing by dividing the camera

14:37:45 7  constant by the measured distance; is that correct?

14:37:48 8     A.    Correct.

14:37:49 9     Q.    And why does MAS use this formula?

14:37:52 10    A.    That's the standard formula. You can --

14:37:57 11 the pixels is part of the computer program where you

14:38:01 12 could -- in the old days you'd actually measure it.

14:38:03 13    Q.    Can you provide a reference in the

14:38:05 14 scientific literature that reflects this equation?

14:38:08 15    A.    CrystalMaker has it.

14:38:12 16    Q.    CrystalMaker software; right?

14:38:15 17    A.    Software. Yes, somewhere I can find it

14:38:17 18 from the old days the formula for this.

14:38:20 19    Q.    Okay. You didn't cite anything in your

14:38:22 20 paper, correct, in your reports; correct?

14:38:25 21    A.    No, because it's a standard method that

14:38:27 22 all TEM labs do that do this, so.

14:38:30 23    Q.    The manual -- I'm sorry, the measured

14:38:34 24 distance than the denominator, that's manually

14:38:38 25 measured, or is that measured automatically by

**159**

14:38:39 1  software?

14:38:39 2     A.    It's measured off the image that's been

14:38:43 3  calibrated.

14:38:43 4     Q.    Okay. It's measured off the image --

14:38:45 5     A.    Of the diffraction -- diffraction pattern

14:38:48 6  when you run the program, yes.

14:38:48 7     Q.    Okay. So it's measured by the program,

14:38:50 8  not somebody -- a human being with a ruler?

14:38:51 9     A.    Not anymore.

14:38:53 10    Q.    Okay. Used to be manual?

14:38:54 11    A.    Old days, yes.

         12    Q.    Okay.

14:38:56 13    A.    When you actually took a negative and

14:38:58 14 every TEM lab had a dark room. And thank goodness

14:39:03 15 those days are over.

14:39:04 16    Q.    Can you provide me a reference in the

14:39:07 17 scientific literature that permits the identification

14:39:16 18 of an asbestos type strictly by an EDS -- sorry --

14:39:25 19 SAED pattern? Strike that. Let me ask that better.

14:39:28 20    Can you provide me a reference in the

14:39:29 21 published literature -- in the scientific literature

14:39:31 22 that sanctions identifying an asbestos simply by a

14:39:39 23 single axis SAED pattern?

14:39:42 24    A.    I think we already talked about that. I'm

14:39:44 25 not sure any scientific literature would say if

**160**

14:39:47 1  you're only handed the information from one zone axis

14:39:51 2  diffraction pattern without the rest of the

14:39:55 3  information -- if you have a good zone axis and it

14:40:01 4  matches, you may be able to do the calculation.

14:40:06 5     So one zone axis -- you might be able to

14:40:11 6  do that if you're looking at between two different

14:40:14 7  minerals, say, a monoclinic versus an orthorhombic.

14:40:19 8     If you have no information whatsoever, I

14:40:25 9  don't know. I don't know if you could do it with

14:40:27 10 just one. I'd have to see.

14:40:28 11    Q.    Okay. The Mineral Powder Diffraction File

14:40:32 12 Data, is that a book I can go out in the library and

14:40:36 13 get?

14:40:37 14    MR. CIRSCH:  Object to form.

14:40:38 15    THE WITNESS:  I imagine, if it's only an

14:40:39 16 engineering library or a library at a

14:40:42 17 university. You can order it online.

14:40:44 18    Q.    (By Mr. Chachkes) Okay. It's generated

14:40:46 19 by somebody outside of MAS?

14:40:48 20    A.    No, this is not an MAS book. This is the

14:40:54 21 Mineral Powder Diffraction File Data Book. There's

14:40:55 22 an international standard for these types of cards

14:40:59 23 for the crystalline structure information.

14:41:01 24    Q.    Okay. What's the d-spacing for talc?

14:41:15 25    A.    I don't know.

161

14:41:17   1    Q.    Is the d-spacing for talc within the
14:41:22   2  ranges we see here for -- in your chart for regulated
14:41:26   3  asbestos?
14:41:26   4    A.    It's been a while since I've calculated
14:41:30   5  it, so I'd have to look that up.
14:41:33   6    Q.    Why do you only have amphiboles in your
14:41:41   7  reference chart?
14:41:46   8        MR. CIRSCH:  Object to form.
14:41:47   9        THE WITNESS:  Because this is the 0-degree
14:41:50  10  amphibole diffraction pattern table.
14:41:53  11    Q.    (By Mr. Chachkes)  So are you assuming
14:41:56  12  going into looking at the SAED pattern that you're
14:41:59  13  looking at an amphibole, or you're saying the
14:42:02  14  amphibole patterns that you're looking at could
14:42:04  15  only -- the patterns you're looking at could be
14:42:06  16  amphiboles?
14:42:07  17    A.    There's no serpentine materials in here.
14:42:12  18  We've never measured chrysotile -- ever detected
14:42:15  19  chrysotile asbestos in any of the TEM analysis
14:42:17  20  because of the heavy liquid density separation.
14:42:21  21        And we don't go in blind or in a vacuum
14:42:24  22  when we do this.  The chrysotile diffraction patterns
14:42:29  23  are very unique; the morphology is very unique.  So
14:42:33  24  when we have amphiboles, we have a different chart.
14:42:36  25    Q.    And again -- strike that.

162

14:42:44   1        I think I already asked this question, I
14:42:48   2  apologize if I'm asking it twice, but there are
14:42:51   3  nonamphiboles that have d-spacing within the ranges
14:42:53   4  we see in this chart, that is, crystals that are
14:43:00   5  nonamphiboles?
14:43:00   6    A.    Most amphiboles will have d-spacings in
14:43:03   7  this range.
14:43:04   8    Q.    My question is are there crystals that
14:43:08   9  aren't amphiboles and aren't serpentine that have
14:43:11  10  d-spacings in this range?
14:43:13  11        MR. CIRSCH:  Object to form.
14:43:14  12        THE WITNESS:  Nonamphiboles, not that I'm
14:43:16  13  aware of.
14:43:16  14    Q.    (By Mr. Chachkes)  For example, are there
14:43:17  15  any phyllosilicates that have d-spacing in these
14:43:21  16  ranges?
14:43:21  17    A.    I don't believe so.
14:43:22  18    Q.    Okay.  You're stating to within a degree
14:43:25  19  of scientific certainty there aren't any --
14:43:28  20        MR. CIRSCH:  Object --
14:43:28  21        THE WITNESS:  When I say I don't believe
14:43:29  22  so, I don't think I hold that within a
14:43:32  23  reasonable degree of scientific certainty.
14:43:33  24        Again, I'm not looking at this in a
14:43:36  25  vacuum.  If you have the amphibole d-spacing,

163

14:43:39   1  you have the appropriate chemistry.  In these
14:43:42   2  cases they did zone axis for these particular
14:43:44   3  samples, for these two samples, so zone axis for
14:43:52   4  1 and 2.
14:43:55   5        So, you know, I don't know how many
14:43:58   6  nonamphiboles are out there, but there's nothing
14:44:02   7  that I'm aware of if you're looking at all the
14:44:04   8  appropriate information and not looking at this
14:44:07   9  in a vacuum.  None of this has ever -- you've
14:44:10  10  got to understand, none of this is ever done in
14:44:12  11  a vacuum.  It's coupled with the chemistry,
14:44:14  12  coupled with the morphology, and also we have a
14:44:16  13  pretty good idea of what kind of matrix it's in.
14:44:20  14    Q.    (By Mr. Chachkes)  Okay.
14:44:21  15    A.    It's cosmetic talc.
14:44:22  16    Q.    So, I'm sorry, the methods you use to
14:44:26  17  identify asbestos are -- there's TEM, there's XRD,
14:44:34  18  and there's PLM.  Are those the three, the big three?
14:44:38  19    A.    Those are the -- really the only ones
14:44:41  20  is -- yeah, XRD is used, but the big two are TEM and
14:44:47  21  PLM.
14:44:47  22    Q.    Okay.  So is there anything in the
14:44:52  23  published scientific literature, peer-reviewed, that
14:44:55  24  says you can take an analysis under each of TEM, XRD,
14:45:00  25  and PLM, none of which conclusively point to a

164

14:45:04   1  regulated asbestos, but together you can determine
14:45:07   2  that it's a regulated asbestos?
14:45:09   3        MR. CIRSCH:  Object to form.
14:45:10   4        THE WITNESS:  Well, you're wrong about
14:45:18   5  this.  XRD cannot point to anything.  Can't tell
14:45:21   6  you if it's fibrous or not.
14:45:24   7        Polarized light microscopy by itself can
14:45:26   8  tell you if you have regulated asbestos.
14:45:29   9  Transmission electron microscopy itself can tell
14:45:31  10  you if it's regulated asbestos.
14:45:34  11        Both techniques have their strengths and
14:45:38  12  their weaknesses.  This type of analysis, in my
14:45:41  13  opinion, needs the suite of techniques: the PLM,
14:45:48  14  the Blount PLM, and TEM.
14:45:51  15        For Vermont and Italian talc, I don't
14:45:54  16  think XRD serves any useful purpose.
14:45:56  17    Q.    (By Mr. Chachkes)  Okay.  Let's just ask
14:45:58  18  the question again.
14:46:00  19        Now, the assumption of the hypothetical is
14:46:02  20  that your TEM result independently does not
14:46:07  21  conclusively point to a regulated asbestos, that your
14:46:11  22  XRD independently, that is, independent of the other
14:46:14  23  analyses, does not conclusively point to a regulated
14:46:17  24  asbestos, and that your PLM, similarly, independently
14:46:20  25  does not point to a regulated asbestos.

165

```
14:46:22   1        Can those three together conclusively
14:46:28   2   point to a regulated asbestos --
14:46:31   3        MR. CIRSCH:  Object to form.
14:46:32   4        Q.   (By Mr. Chachkes)  -- each one making up
14:46:33   5   for the other's defects, in a way?
14:46:36   6        MR. CIRSCH:  Object to form.
14:46:36   7        THE WITNESS:  Well, there's no defects
14:46:38   8   like you state.  I can't answer a question where
14:46:40   9   you're saying if all three are negative or
14:46:42  10   nondetects, because it's either nondetect or you
14:46:45  11   have identified the regulated asbestos.
14:46:47  12        So if you're telling me I have three
14:46:49  13   nondetects, then, no, I can't point to any
14:46:52  14   regulated asbestos in three nondetects.
14:46:54  15        Q.   (By Mr. Chachkes)  Okay.
14:46:55  16        A.   Before you start, we've been going over an
14:46:57  17   hour.  Can we go off the record?
14:46:59  18        Q.   Can I maybe ask a couple more questions on
14:47:01  19   the same line, and I'll finish it up, if that's okay?
14:47:03  20        A.   If you insist.
14:47:04  21        Q.   I don't do this that often but --
14:47:06  22        A.   That's fine.
14:47:07  23        Q.   It's fascinating science.
14:47:09  24        Okay.  So we agreed that the single zone
14:47:16  25   axis SAED pattern in a vacuum didn't point to
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

166

```
14:47:18   1   asbestos, right, even though you're saying it's
14:47:20   2   asbestos; right?
14:47:22   3        MR. CIRSCH:  Object to form.
14:47:23   4        THE WITNESS:  I don't think we agreed to
14:47:24   5   that.  It depends on the zone that you get.  If
14:47:28   6   you were to sit down and just look at that by
14:47:32   7   itself, a 302, you could probably eliminate a
14:47:36   8   lot.
14:47:37   9        But based with all the other information,
14:47:39  10   if the zone axis -- if you're getting a zone
14:47:42  11   axis, that means you have something that you got
14:47:44  12   a zone axis off of.
14:47:      13        Q.   (By Mr. Chachkes)  Right.
14:47:45  14        A.   But you're asking this hypothetical in a
14:47:47  15   vacuum.  That's not what we do.  I can't -- I've not
14:47:52  16   sat down and tried since graduate school where they
14:47:54  17   give you a mineral and just give you XRD pattern and
14:47:57  18   say go identify it.  It's not something that we would
14:48:01  19   ever do for any of these analyses without the
14:48:03  20   morphology and without the chemistry.
14:48:07  21        Q.   Okay.  Last question.  I'll ask it one
14:48:11  22   more time because I don't think I've gotten the
14:48:13  23   answer.  If you want to give the same answer, it's
14:48:16  24   fine, but I'm giving you the opportunity to answer
14:48:18  25   this.
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

167

```
14:48:19   1        If I had a single crystal, I had a TEM
14:48:21   2   analysis that in a vacuum could point to many things,
14:48:25   3   not just asbestos, an XRD that could point to many
14:48:29   4   things, not just asbestos, and in a vacuum PLM that
14:48:32   5   could point to many things, not just asbestos, is
14:48:35   6   there any published peer-reviewed literature that I
14:48:38   7   can look at that says that's a situation where you
14:48:41   8   can combine the three and say that indeed is
14:48:43   9   asbestos?
14:48:44  10        MR. CIRSCH:  Object to form.
14:48:45  11        THE WITNESS:  I can't answer a
14:48:46  12   hypothetical that would never happen in a
14:48:49  13   working real lab that does this analysis.  You
14:48:51  14   wouldn't sit there and go, I've run these three
14:48:53  15   and I have no clue what it is, now I'm going to
14:48:57  16   combine it all together and say, gee, that's
14:48:58  17   going to tell me.
14:48:59  18        I can't answer that hypothetical.
14:49:03  19   Somebody else will have to wade through that
14:49:05  20   one.
14:49:06  21        MR. CHACHKES:  Okay.  Let's take a break.
14:49:08  22        THE WITNESS:  Thank you.
14:49:08  23        (Recess from 2:49 p.m. to 3:07 p.m.)
15:07:57  24        Q.   (By Mr. Chachkes)  So Dr. Longo, in your
15:09:18  25   diffraction verification documents, sometimes the
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

168

```
15:09:25   1   bottom -- that's not a good example.
15:09:30   2        Let's look at Exhibit 16, and let's look
15:09:38   3   at the first verification page.  Sometimes in the
15:09:41   4   lower left, as we discussed, the zone axis
15:09:44   5   information is just not -- there's nothing filled in
15:09:47   6   there; right?
15:09:47   7        A.   Correct.
15:09:47   8        Q.   If it's blank, does that mean that this
15:09:54   9   particular image was not taken at a zone axis?
15:09:57  10        A.   That is correct.
15:09:58  11        Q.   Does MAS maintain nonasbestiform reference
15:10:06  12   samples for tremolite?
15:10:08  13        A.   Well, yes and no.  Most -- tremolite
15:10:15  14   standard has both.  If you go to the one I brought --
15:10:26  15   and when we say nonasbestiform, we're saying it's not
15:10:31  16   meeting the 5-to-1 aspect ratio.  That's less.  It
15:10:      17   certainly still could be asbestiform since it's
15:10:36  18   fibrous, but those we do not count in our analysis
15:10:39  19   using the TEM protocols, which are the standard
15:10:46  20   methods for scientists to identify asbestos.  And you
15:10:50  21   can understand, these protocols are all heavily
15:10:54  22   vetted and peer-reviewed.
15:10:55  23        For example, my ASTM D5755 method took six
15:11:03  24   years to get it through the 125 scientists.  And all
15:11:07  25   these methods have been published in the
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

169

15:11:10 1    peer-reviewed literature since any time anybody
15:11:14 2    publishes anything on the measurement of asbestos,
15:11:16 3    they will reference one of these protocols.
15:11:19 4        Q.    Do you remember what my original question
15:11:22 5    was?  So the question was do you have -- so let's
15:11:24 6    make it easier.
15:11:25 7            Do you have a bottle of nonasbestiform
15:11:27 8    tremolite at MAS?
15:11:29 9        MR. CIRSCH:  Object to form.
15:11:30 10       THE WITNESS:  I'm not sure a bottle of
15:11:32 11   nonasbestiform tremolite actually exists.  You
15:11:34 12   typically find both.  Somebody may call it
15:11:37 13   nonasbestiform; but when you go look through it,
15:11:40 14   or they say it's asbestos, you'll find
15:11:42 15   structures that are less than the 5-to-1 aspect
15:11:47 16   ratio.  We don't count those.
15:11:49 17       Q.    (By Mr. Chachkes)  Do you have a bottle at
15:11:52 18   MAS of nonasbestos -- of tremolite where, on average,
15:11:56 19   its aspect ratio is below 5-to-1?
15:11:59 20       MR. CIRSCH:  Object to form.
15:12:00 21       THE WITNESS:  I'm not sure any such thing
15:12:02 22   exists.  We don't have what doesn't exist.
15:12:05 23       Q.    (By Mr. Chachkes)  Okay.  Do you have a
15:12:06 24   bottle in your office of anthophyllite where the
15:12:11 25   aspect ratio of the anthophyllite is all underneath

171

15:13:22 1        A.    I can't tell you right now.  I mean,
15:13:24 2    sometimes I anticipate cross-exam -- you know,
15:13:29 3    discovery depositions, but I'm not aware of any that
15:13:32 4    somebody states this is all, quote, nonasbestiform or
15:13:35 5    all cleavage fragments.
15:13:38 6        Q.    Okay.
15:13:38 7        A.    What I see -- and I'll have to dig it
15:13:40 8    up -- is that if you have one, you have the other.
15:13:42 9        Q.    And you don't cite any such literature in
15:13:45 10   your expert report, do you?
15:13:47 11       A.    No, sir, I'm not making the claim that --
15:13:52 12   what I'm doing in my expert report is saying here's
15:13:55 13   what we measured using the standard TEM, well-vetted
15:14:00 14   protocols for the identification of regulated
15:14:02 15   asbestos.
15:14:02 16       Q.    Do you remember the question was about
15:14:03 17   whether --
15:14:04 18       MR. CIRSCH:  I don't know if he finished
15:14:05 19   the answer yet.
15:14:06 20       Q.    (By Mr. Chachkes)  Yeah.  Do you remember
15:14:08 21   the question?
15:14:00 22       MR. CIRSCH:  I --
15:14:00 23       THE WITNESS:  I remember --
15:14:12 24       THE REPORTER:  One at a time.
15:14:12 25       THE WITNESS:  I remember the question, but

170

15:12:14 1    5-to-1?
15:12:15 2        MR. CIRSCH:  Object to form.
15:12:16 3        THE WITNESS:  No.  You have them that have
15:12:19 4    a range of aspect ratios, less than 5-to-1,
15:12:23 5    greater than 5-to-1.  The average is typically
15:12:25 6    above 5-to-1.
15:12:26 7        Q.    (By Mr. Chachkes)  Okay.  So you don't
15:12:27 8    have a bottle in your office of an amphibole that has
15:12:37 9    aspect ratios averaging under 5-to-1?
15:12:41 10       MR. CIRSCH:  Object to form.
15:12:42 11       THE WITNESS:  No.  All the bottles with
15:12:44 12   standards we have are actual asbestos, but they
15:12:46 13   do have a portion that are below 5-to-1.
15:12:48 14       Q.    (By Mr. Chachkes)  And that's because it's
15:12:50 15   a big bell curve and some of that bell curve is over
15:12:53 16   on the less than 5-to-1 and some of it is on the
15:12:55 17   right?
15:12:55 18       A.    That's correct.  The NIST standard for
15:12:58 19   tremolite, I think the average -- even with the less
15:13:00 20   than 5-to-1, greater than 5-to-1, is around 10.
15:13:04 21       Q.    Is your opinion that there's literature
15:13:13 22   supporting your position that you always find both
15:13:16 23   asbestiform and nonasbestiform amphiboles together?
15:13:19 24       A.    I believe so.
15:13:20 25       Q.    Can you tell me --

172

15:14:14 1    the answer is it's not something that I was
15:14:16 2    relying on for my identification of regulated
15:14:18 3    asbestos.  I'm relying on the peer-reviewed
15:14:22 4    publications for the standard TEM methods and
15:14:26 5    standard PLM methods.
15:14:27 6        Q.    (By Mr. Chachkes)  Do you have a standard
15:14:28 7    in your lab of an SAED readout for an amphibole with
15:14:35 8    ratios of less than 5-to-1 aspect ratios?
15:14:39 9        MR. CIRSCH:  Object to form.
15:14:46 10       Q.    (By Mr. Chachkes)  So I'm not asking
15:14:47 11   whether you have incidentally such a thing but a
15:14:49 12   standard that you use to compare against?
15:14:52 13       A.    Well, no, there's nothing to compare.  The
15:14:56 14   less than 5-to-1 aspect ratio versus greater than
15:14:59 15   5-to-1 aspect ratio will have the identical
15:15:02 16   d-spacings and identical diffraction patterns.
15:15:05 17   There's no difference in a, quote, less than 5-to-1
15:15:08 18   and greater than 5-to-1.  You just will have the
15:15:12 19   exact same type of patterns for d-spacing, and if you
15:15:14 20   were to do a zone axis, you'll have the same zone
15:15:18 21   axis.
15:15:18 22       Q.    Okay.  So it's your opinion that for SAED,
15:15:20 23   a single nonasbestiform tremolite crystal and a
15:15:24 24   single asbestiform tremolite crystal will have the
15:15:28 25   same SAED patterns?

173

15:15:31  1        MR. CIRSCH:  Object to form.

15:15:32  2        THE WITNESS:  Yes.

15:15:32  3     Q.    (By Mr. Chachkes)  Okay.  Is the same true

15:15:33  4  for EDXA?

15:15:34  5     A.    It is.

15:15:34  6     Q.    Is the same true that the PLM will look

15:15:38  7  the same for an asbestiform fragment and a

15:15:41  8  nonasbestiform fragment of tremolite?

15:15:44  9     A.    Well, let's be clear.  I'm not calling it

15:15:47 10  asbestiform and nonasbestiform.  I'm calling it --

15:15:49 11  for the 22262-1, it's materials that are less than

15:15:54 12  3-to-1 aspect ratio.  They'll have the same

15:16:00 13  refractive indices, same information.

15:16:03 14        There's no difference in the crystalline

15:16:04 15  structure between what's less than 5-to-1 or less

15:16:08 16  than whatever the aspect ratio is for a particular

15:16:11 17  method that you're using.  There's no difference.

15:16:14 18        That's how you either count greater than

15:16:17 19  or equal to 5-to-1 aspect ratio for TEM.  Or in the

15:16:22 20  PLM we're looking at bundles that typically are -- I

15:16:26 21  think all of them were -- the individual fibers and

15:16:28 22  the bundles were greater than 20-to-1.

15:16:31 23        Where we draw the line is in the method

15:16:34 24  when it says anything less than 3-to-1 is not

15:16:36 25  counted.  And that's what we do.  We call them

174

15:16:38  1  cleavage fragments.

15:16:39  2     Q.    Have you ever heard anyone distinguishing

15:16:41  3  asbestiform and nonasbestiform tremolite by virtue of

15:16:44  4  whether it has parallel fibers?

15:16:48  5        MR. CIRSCH:  Object to form.

15:16:49  6        THE WITNESS:  Yes.  If it is a bundle, by

15:16:52  7     definition, it is asbestiform.  Both Ann Wylie

15:16:56  8     and both the 22262-1 and the R-93 as well as --

15:17:02  9     and TEM's different.  You take the overall

15:17:05 10     aspect ratio of a bundle width to length.

15:17:09 11     That's how we distinguish between a regulated

15:17:13 12     asbestos fiber and not.  But even in TEM, if it

15:17:15 13     is a bundle, hence it is asbestiform.

15:17:17 14     Q.    (By Mr. Chachkes)  Okay.  Would the SAED

15:17:19 15  pattern for tremolite with parallel fibers and

15:17:22 16  tremolite that does not exhibit parallel fibers be

15:17:26 17  the same?

15:17:27 18     A.    Yes.

15:17:28 19     Q.    Okay.  Same --

15:17:29 20     A.    For the right orientation, same

15:17:31 21  orientation, yeah.  Yes.

15:17:32 22     Q.    What about on all three orientations?

15:17:35 23     A.    I haven't done it on all three

15:17:37 24  orientations because we don't count those if it has

15:17:40 25  less than the counting aspects, and we typically only

175

15:17:43  1  do d-spacings following the peer-reviewed published

15:17:46  2  protocols.

15:17:47  3     Q.    Okay.  Do you have any opinion on whether

15:17:50  4  a tremolite with parallel fibers and a tremolite that

15:17:53  5  does not have parallel fibers would indeed have

15:17:56  6  identical d-spacings on all three axes for SAED?

15:18:03  7     A.    We haven't done three-axis SAEDs for

15:18:08  8  something that is not counted as a regulated asbestos

15:18:11  9  fiber.  Single individual fibers will have the same

15:18:16 10  d-spacing range, will have the same selected area

15:18:20 11  electron diffraction zone axis if you go to the

15:18:23 12  particular orientation.

15:18:25 13     Q.    So I'm going to ask again because my

15:18:29 14  question's only about -- it's not about what you've

15:18:30 15  done, it's about what something looks like.

15:18:37 16        Does the SAED for tremolite that has

15:18:39 17  parallel fibers look exactly the same on three axes

15:18:44 18  as a tremolite that does not have parallel fibers?

15:18:48 19        MR. CIRSCH:  Object to form.

15:18:49 20     Q.    (By Mr. Chachkes)  Putting aside whether

15:18:51 21  you've done it or not, as a matter of science, are

15:18:54 22  they the same?  You can say you don't know, but I

15:18:56 23  need that question answered.

15:18:57 24        MR. CIRSCH:  Object to form.

15:18:58 25        THE WITNESS:  It should be the same.  But

176

15:18:59  1     it's not something that we do, because it's not

15:19:01  2     part of the peer-reviewed published standard

15:19:04  3     protocols.  When it is -- when it is not

15:19:10  4     parallel sides or it doesn't meet the 5-to-1

15:19:12  5     aspect ratio, it is not recorded.

15:19:15  6     Q.    (By Mr. Chachkes)  Do you know of any

15:19:17  7  published literature that confirms that they should

15:19:20  8  be the same?

15:19:21  9     A.    It's not -- I believe so, yes.

15:19:35 10     Q.    What?

15:19:35 11     A.    Again, it has to do with surface charts.

15:19:41 12  I don't recall the citation.

15:19:42 13     Q.    Okay.  Sitting here today you can't give

15:19:44 14  me a citation for that?

15:19:45 15     A.    No, sir, I did not anticipate that we were

15:19:48 16  going to be debating non -- debating asbestos

15:19:54 17  minerals that we don't count or don't put into our

15:19:58 18  report.

15:19:58 19     Q.    Okay.  What about under PLM, does a

15:20:03 20  tremolite that has parallel fibers look the same

15:20:07 21  under PLM as a tremolite that does not have parallel

15:20:11 22  fibers?

15:20:11 23     A.    No.

15:20:12 24     Q.    What about TEM when you're looking at just

15:20:15 25  morphology, do the two look the same?

177

```
15:20:18   1       A.   If it's not parallel, it's not going to
15:20:20   2   look the same.  If it's PLM and you can't see the
15:20:22   3   individual fibers in the bundles, it's not going to
15:20:25   4   look the same.
15:20:25   5       Q.   Okay.  Do you have a standard reference
15:20:28   6   standard for PLM for tremolite that does not have
15:20:35   7   parallel fibers?
15:20:36   8       A.   And again, I guess we're going back to a
15:20:39   9   bottle of cleavage fragments.  No.  But we do
15:20:42  10   routinely see tremolite/actinolite cleavage fragments
15:20:48  11   that are less than 3-to-1 aspect ratio that is
15:20:51  12   recorded in -- and they have the same properties that
15:20:55  13   give us the refractive indices and identification.
15:20:57  14   Otherwise, you wouldn't be able to identify it.
15:20:59  15       Q.   Do you have a standard TEM photograph
15:21:03  16   showing morphology that is for tremolite that does
15:21:08  17   not exhibit parallel fibers?
15:21:12  18       A.   I don't know if we have recorded typical
15:21:17  19   nonparallel sides on a TEM structure that has the
15:21:22  20   same chemistry, but we do not record any of our
15:21:26  21   analyses as per the peer-reviewed published
15:21:30  22   protocols.
15:21:31  23       Q.   Okay.  Would your answers be the same for
15:21:36  24   anthophyllite?
15:21:36  25       A.   It would be the same.
```

178

```
15:21:38   1       Q.   Okay.  For all those questions whether you
15:21:40   2   keep the separate standard?
15:21:42   3       MS. O'DELL:  Object to the form.
15:21:44   4       THE WITNESS:  If -- we don't keep a
15:21:45   5   separate standard because we do not record
15:21:49   6   amphibole structures that have the same
15:21:51   7   chemistry, same diffraction pattern types, that
15:21:55   8   are not part of the counting protocols for these
15:21:58   9   peer-reviewed protocols for the analysis.
15:22:01  10       Q.   (By Mr. Chachkes)  Taking you back to your
15:22:05  11   November reports, your November 14 reports, it's my
15:22:09  12   understanding in it you confirmed that -- that
15:22:28  13   in it you confirm that the SAED confirmed regulated
15:22:33  14   asbestos; is that correct?
15:22:35  15       MR. CIRSCH:  Object to form.
15:22:36  16       THE WITNESS:  We confirmed that the -- I
15:22:42  17   don't believe we said it like that.  What we
15:22:44  18   confirmed is following the peer-reviewed
15:22:48  19   published protocols, either for TEM or polarized
15:22:53  20   light microscopy using the methodology that
15:22:56  21   takes you through the steps to determine if it's
15:22:59  22   regulated asbestos, primarily the counting rule,
15:23:02  23   the chemistry, and the crystalline structure.
15:23:05  24   That's why they have all three.  None of this is
15:23:08  25   done in a vacuum.  That's what we did.
```

179

```
15:23:11   1       Q.   (By Mr. Chachkes)  Let me just ask you the
15:23:15   2   straight question.  Did your November report confirm
15:23:17   3   that SAED patterns confirmed regulated asbestos in
15:23:21   4   J&J bottles of talc?
15:23:25   5       MR. CIRSCH:  Object to form.
15:23:25   6       THE WITNESS:  I'd have to see the context
15:23:27   7   because it has to be all the information that's
15:23:30   8   done.  Regulated asbestos goes with the counting
15:23:34   9   rules, that's the first -- counting rules on the
15:23:36  10   structure, parallel sides, the diffraction
15:23:40  11   pattern, and the chemistry.  That's how the
15:23:43  12   protocol says to do this.  Not just an SAED by
15:23:48  13   itself, not an EDS by itself, and not the
15:23:52  14   morphology by itself.  You have to use all three
15:23:55  15   for TEM analysis.  That's how the protocol goes.
15:24:03  16       MR. CHACHKES:  Okay.  Let me ask you in
15:24:04  17   this way.  Let's mark this next exhibit.
          18       (Defendants' Exhibit 18 was marked for
15:24:23  19   identification.)
15:24:23  20       Q.   (By Mr. Chachkes)  So can you confirm that
15:24:25  21   Exhibit 18 is one of your SAEDs?
15:24:29  22       MR. CIRSCH:  On the back of here I see
15:24:30  23   some -- okay.
          24       MS. TROVATO:  On the back -- sorry.
          25       MR. CHACHKES:  Here.  Take mine.
```

180

```
           1       MR. CIRSCH:  I wanted to make sure that
15:24:32   2   you --
15:24:38   3       Q.   (By Mr. Chachkes)  So can you confirm
15:24:41   4   Exhibit 18 is of your SAED patterns?
15:24:46   5       MS. O'DELL:  Would you direct us?  Is
15:24:47   6   there a specific page in his November report
15:24:48   7   that you're referring to?
15:24:50   8       THE WITNESS:  I see it right here.  It's
15:24:51   9   the M68233-001-001, which matches the M number
15:25:00  10   and fiber number.  It says that we -- date of
15:25:04  11   photo was 2/14/2018.  So that is one of our
15:25:09  12   diffraction patterns.
15:25:10  13       Q.   (By Mr. Chachkes)  Okay.  Does this
15:25:14  14   confirm that there is anthophyllite in J&J talc,
15:25:21  15   Exhibit 18 alone?
15:25:23  16       A.   You keep saying alone, and you keep saying
15:25:26  17   in a vacuum.  That's not how it's done.  The
15:25:30  18   methodology doesn't say take the SAED alone.  We have
15:25:34  19   the chemistry that goes with it and the morphology.
15:25:36  20   There's a reason it takes you through those steps.
15:25:39  21       Q.   Okay.  So the question is does Exhibit 18
15:25:45  22   alone confirm anthophyllite?
15:25:49  23       MR. CIRSCH:  Object.
          24       Q.   (By Mr. Chachkes)  It's just yes or no.
15:25:50  25       MR. CIRSCH:  It's not yes or no.
```

181

15:25:51 1    THE WITNESS: It's not yes or no. It's --
15:25:54 2 again, my answer is you do not look at these
15:25:57 3 patterns alone. You're using a peer-reviewed
15:26:01 4 published protocol that walks you through
15:26:04 5 morphology, EDXA, and a diffraction pattern.
15:26:09 6 That's how the protocol goes.
15:26:11 7    It's not my protocol. These are the
15:26:13 8 protocols for the ISO methods, for the AHERA
15:26:16 9 methods, the ASTM -- TEM methods. There is a
15:26:19 10 reason you do all of them.
15:26:21 11    Q.    (By Mr. Chachkes) Right. So it's my
15:26:23 12 understanding that this is an answerable question.
15:26:25 13 If you say it's completely unanswerable, tell me.
15:26:30 14 And I understand you don't like it when I've asked
15:26:32 15 you about something in a vacuum, but the question
15:26:34 16 stands. In a vacuum, Exhibit 18, is that a uniquely
15:26:37 17 anthophyllite pattern?
15:26:37 18    MR. CIRSCH: Object to form. That's been
15:26:39 19 asked and answered.
15:26:40 20    THE WITNESS: And my answer stands.
15:26:41 21    Q.    (By Mr. Chachkes) Okay. And that
15:26:43 22 answer's what? If you're not going to answer, just
15:26:48 23 tell me.
15:26:48 24    MS. O'DELL: He's already answered.
15:26:48 25    MR. CIRSCH: He's already answered the

182

15:26:51 1 question.
15:26:51 2    THE WITNESS: My answer stands. The
15:26:53 3 previous answer.
15:26:53 4    Q.    (By Mr. Chachkes) Okay. Now, I'm looking
15:26:54 5 at Exhibit 17, which I believe corresponds to this;
6 right?
15:26:58 7    A.    Yes.
15:26:59 8    Q.    Okay. Page 1 of the -- the first
15:27:03 9 verification, it shows date verified as 2/14. Do you
15:27:07 10 see that?
15:27:07 11    A.    Correct.
15:27:08 12    Q.    That means on the same day of the photo
15:27:12 13 you actually put this picture into the software to
15:27:14 14 determine the d-spacing; correct?
15:27:16 15    A.    That's correct.
15:27:17 16    Q.    Okay. For many of the SAED patterns that
15:27:21 17 have been produced in this case, the verification
15:27:24 18 came after your November report; correct?
15:27:27 19    A.    That's correct.
15:27:27 20    Q.    Some of them came after -- came as late as
15:27:33 21 January; right?
15:27:33 22    A.    That may be possible.
15:27:34 23    Q.    Okay. So you were using, for the purposes
15:27:36 24 of at least the November report, some of the EDSA
15:27:41 25 patterns you had not run d-spacing on?

183

15:27:44 1    MR. CIRSCH: Object to form.
15:27:45 2    THE WITNESS: That's correct. Well, we
15:27:46 3 had taken the data, and the photograph was
15:27:50 4 taken. You know, when the verification came
15:27:52 5 through, it may have been done later.
15:27:54 6    Q.    (By Mr. Chachkes) Yeah, and I might have
15:27:56 7 misspoke.
15:27:56 8    So what I'm saying is that for some of the
15:27:58 9 samples in the November report, you had not run the
15:28:01 10 d-spacing for the SAED; is that correct?
15:28:04 11    A.    That's possible.
15:28:05 12    Q.    Okay. Is the d-spacing important to
15:28:08 13 determining whether SAED is pointing towards a
15:28:11 14 regulated asbestos?
15:28:13 15    MR. CIRSCH: Object to form.
15:28:14 16    THE WITNESS: It's all important. If you
15:28:16 17 do this long enough, you can look at it and say
15:28:18 18 that's an amphibole diffraction pattern. But
15:28:20 19 the verification just solidifies it.
15:28:23 20    Q.    (By Mr. Chachkes) Okay. Why did you run
15:28:30 21 verifications after your first report and as late as
15:28:36 22 January for SAED verifications?
15:28:41 23    MR. CIRSCH: Object to form.
15:28:42 24    THE WITNESS: Because they've all been
15:28:44 25 taken, just getting to them. Certainly if it

184

15:28:46 1 didn't verify it, then we'd have something else
15:28:49 2 to talk about today.
15:28:50 3    Q.    (By Mr. Chachkes) How many particles did
15:29:02 4 your analyst conduct zone axis determinations on?
15:29:05 5    MR. CIRSCH: Object to form.
15:29:06 6    THE WITNESS: How many fibrous structures?
15:29:08 7    Q.    (By Mr. Chachkes) Yes.
15:29:09 8    A.    I haven't counted them up.
15:29:10 9    Q.    Could it be about a dozen?
15:29:12 10    MR. CIRSCH: Object to form.
15:29:13 11    THE WITNESS: Again, I haven't counted
15:29:14 12 them up.
15:29:15 13    Q.    (By Mr. Chachkes) Okay. And earlier we
15:29:18 14 talked about how it's difficult to distinguish talc
15:29:24 15 and anthophyllite with EDXA; right?
15:29:30 16    MR. CIRSCH: Object to form.
15:29:31 17    THE WITNESS: I didn't say it was
15:29:32 18 difficult. What I said was you would not
15:29:35 19 identify it by just EDXA. You would use the
15:29:38 20 procedures in place, all the procedures, to make
15:29:41 21 that determination if you have fibrous talc
15:29:44 22 versus anthophyllite.
15:29:44 23    Q.    (By Mr. Chachkes) And when you say all
15:29:45 24 the procedures, you mean procedures above and beyond
15:29:47 25 EDXA?

185

15:29:48 1     A.     Procedures that are stated in the

15:29:52 2   peer-reviewed protocols that we use.

15:29:54 3     Q.     That are above and beyond EDXA?

15:29:57 4     MR. CIRSCH:  Object to form.

15:29:59 5     THE WITNESS:  Well, they're all above and

15:30:02 6   beyond EDXA.  None of this is done in a vacuum.

15:30:05 7   No analyst is just looking at the EDXA and not

15:30:06 8   following the protocols as published in the

15:30:07 9   peer-reviewed literature for making these

15:30:09 10  determinations.

15:30:10 11    Q.     (By Mr. Chachkes) You were saying that a

15:30:11 12  way to tell the difference between talc and

15:30:15 13  anthophyllite in SAED is to tilt the goniometer --

15:30:27 14    A.     Goniometer.

15:30:28 15    Q.     -- goniometer; is that right?

15:30:30 16    A.     That's correct.

15:30:31 17    Q.     Okay.  In every instance -- are there

15:30:41 18  instances where you looked at a particle for a J&J

15:30:47 19  sample in the MDL and tilted the gon --

15:30:56 20    A.     Goniometer.

15:30:56 21    Q.     -- goniometer and determined, oh, well,

15:30:58 22  that's talc?

15:30:59 23    A.     That's certainly possible.

15:31:06 24    Q.     Okay.  Is it that you don't know because

15:31:09 25  your analyst would have done it and not reported that

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

186

15:31:11 1   to you?

15:31:12 2     MR. CIRSCH:  Object to form.

15:31:12 3     THE WITNESS:  Well, we were only taking a

15:31:14 4   random talc verification of some of these for

15:31:17 5   one fiber, it's at the end of the -- each of the

15:31:21 6   analyses where there was fibrous talc present in

15:31:24 7   the TEM, there is an SAED, EDS, and a picture

15:31:30 8   showing the morphology.

15:31:31 9     These particular ones are not talc.  These

15:31:36 10  are zone axis.  This happens to be the

15:31:41 11  historical 1978 that was produced through

15:31:47 12  Lanier, and these zone axis orientations are not

15:31:52 13  what the so-called look-alike zone axis for the

15:31:57 14  talc fiber.

15:31:59 15    Q.     (By Mr. Chachkes)  I'm sorry, you're

15:32:00 16  saying that what's in Exhibit 17 are non-MDL samples?

15:32:06 17    A.     No, it is an MDL sample.  I said it is an

15:32:08 18  MDL sample.

15:32:09 19    Q.     Oh, okay.  When you said produced through

15:32:11 20  Lanier, I didn't understand what you meant there.

15:32:14 21    A.     Well, it went to Lanier and went to us.

15:32:16 22    Q.     Okay.

15:32:18 23    A.     The 1978 --

15:32:21 24    Q.     Got it.

15:32:25 25    A.     -- two samples for one container.  I think

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

187

15:32:21 1   it's JBP-084.

15:32:31 2     Q.     Earlier we talked about how cummingtonite

15:32:39 3   and anthophyllite have the same chemistry; do you

15:32:42 4   remember that?

15:32:42 5     A.     Yes.

15:32:42 6     Q.     One way to tell them apart is to determine

15:32:45 7   the crystal system of the particle?

15:32:47 8     A.     Correct.  You could go in and do zone axis

15:32:50 9   and get a monoclinic versus the orthorhombic.

15:32:53 10    Q.     Okay.  So anthophyllite is orthorhombic,

15:32:56 11  and cummingtonite is monoclinic?

15:32:59 12    A.     That is correct.

15:32:59 13    Q.     Okay.  Did you do the analysis to

15:33:03 14  determine whether what you were looking at and

15:33:07 15  thought might be anthophyllite to see whether it was

15:33:10 16  monoclinic and thus cummingtonite?

15:33:12 17    A.     No, we don't do that.  We just call it the

15:33:15 18  anthophyllite solid solution series since both

15:33:18 19  anthophyllite, cummingtonite, and grunerite are

15:33:22 20  regulated asbestos.

15:33:22 21    Q.     Okay.

15:33:23 22    A.     There's no -- unless you want to do that

15:33:26 23  for some reason, there's no need to go any further.

15:33:28 24    Q.     Okay.  So everything in your expert report

15:33:31 25  that you identify as anthophyllite could very well be

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

188

15:33:36 1   cummingtonite, but your position it doesn't matter?

15:33:39 2     MR. CIRSCH:  Object to form.

15:33:40 3     THE WITNESS:  Well, everything could be

15:33:42 4   anthophyllite and it still doesn't matter.  You

15:33:45 5   know, if you use the analogy, well, I found the

15:33:48 6   weed and it's a particular weed that is a

15:33:50 7   problem and we need to get rid of it, now I want

15:33:53 8   to go look and see what color roots it has

15:33:55 9   because the weed itself all looks the same.

15:33:58 10    This particular one, these zone axes are

15:34:00 11  anthophyllite for, I believe, in these two --

15:34:05 12  this was the one that Dr. Sanchez says was

15:34:08 13  cummingtonite, and so we went back and did zone

15:34:11 14  axis just some time ago.  And actually, these

15:34:14 15  two structures are in fact anthophyllite.

15:34:17 16    Q.     (By Mr. Chachkes)  You mean you do zone

15:34:19 17  axis to determine whether it was orthorhombic or

15:34:22 18  monoclinic?

15:34:23 19    A.     Well, we did zone axis to make sure that

15:34:25 20  it was orthorhombic and had the reflections, that it

15:34:28 21  had the crystalline orientation specific for

15:34:30 22  orthorhombic anthophyllite.

15:34:32 23    Q.     Did you produce the material that shows

15:34:33 24  that sample to be orthorhombic?

15:34:36 25    A.     Number 17.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

189

| | |
|---|---|
| 15:34:37 1 | Q. That's number 17? Okay. |
| 15:34:40 2 | A. The first one, especially. I know for the |
| 15:34:42 3 | 301. |
| 15:34:44 4 | Q. And for the other -- it's fair to say that |
| 15:34:50 5 | most of the particles in this case that you've |
| 15:34:52 6 | identified as anthophyllite could very well be |
| 15:34:55 7 | cummingtonite, but you didn't make the distinction? |
| 15:34:59 8 | MR. CIRSCH: Object to form. |
| 15:34:59 9 | Q. (By Mr. Chachnes) Putting aside whether |
| 15:35:01 10 | it matters or not. |
| 15:35:02 11 | MR. CIRSCH: Object to form. |
| 15:35:03 12 | THE WITNESS: Well, most of these |
| 15:35:06 13 | elongated particles, these asbestiform bundles, |
| 15:35:10 14 | could be anthophyllite -- |
| 15:35:11 15 | Q. (By Mr. Chachnes) The ones -- |
| 15:35:12 16 | MR. CIRSCH: Hold on. |
| 15:35:13 17 | THE WITNESS: -- versus cummingtonite. |
| 15:35:15 18 | But it's a difference without any consequence. |
| 15:35:18 19 | They're both regulated asbestos. |
| 15:35:19 20 | Q. (By Mr. Chachnes) Right. Putting aside |
| 15:35:21 21 | the difference, okay -- this is just a question that |
| 15:35:25 22 | should be very simple -- most of the part -- except |
| 15:35:28 23 | for the one you went back and verified whether it was |
| 15:35:31 24 | orthorhombic or monoclinic, most of the particles you identify in |
| 15:35:34 25 | your report could either be -- that you identify as |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

190

| | |
|---|---|
| 15:35:37 1 | anthophyllite could either be anthophyllite or |
| 15:35:39 2 | cummingtonite, putting aside whether it even matters; |
| 15:35:42 3 | is that a correct statement? |
| 15:35:43 4 | MR. CIRSCH: Object to form. |
| 15:35:44 5 | THE WITNESS: No. You don't know if most |
| 15:35:46 6 | of the particles could. It could be this, it |
| 15:35:48 7 | could be that. It could be mostly all |
| 15:35:50 8 | anthophyllite. |
| 15:35:52 9 | You know, you think it's all |
| 15:35:54 10 | cummingtonite. But you're right, it doesn't |
| 15:35:55 11 | matter because I identified them as the |
| 15:36:01 12 | anthophyllite solid solution series. |
| 15:36:02 13 | Q. (By Mr. Chachnes) Okay. Is there |
| 15:36:03 14 | literature calling cummingtonite part of the |
| 15:36:05 15 | anthophyllite solid solution series? |
| 15:36:05 16 | A. Lots of it. |
| 15:36:05 17 | Q. Okay. Can you cite one for me? Let's |
| 15:36:10 18 | start with this. Any cited in your report? |
| 15:36:11 19 | A. Yes. |
| 15:36:12 20 | Q. Okay. Can you -- |
| 15:36:14 21 | A. Can I show it to you? |
| 15:36:16 22 | Q. Yes, show it to me. |
| 15:36:18 23 | A. And I produced it in other J&J. |
| 15:36:37 24 | It's easier for me just to look through |
| 15:36:41 25 | the references and find it for you. |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

191

| | |
|---|---|
| 15:36:43 1 | Q. That's okay. That's fine. We'll just |
| 15:36:44 2 | leave it as is. |
| 15:36:45 3 | A. I belive it's -- let me just make sure |
| 15:36:46 4 | it's in here. |
| 15:36:55 5 | It's reference 23, Manual of Mineralogy, |
| 15:36:58 6 | 21st Edition, Revised, Cornelis Klein and |
| 15:37:04 7 | Cornelius S. Hurlbut, Jr., from John Wiley & Sons, |
| 15:37:07 8 | and it's on page about 256, if I remember correctly. |
| 15:37:11 9 | Q. Okay. What other mono -- okay. |
| 15:37:15 10 | If your EDS doesn't tell you whether -- if |
| 15:37:19 11 | you haven't determined whether what you're looking at |
| 15:37:21 12 | is orthorhombic or monoclinic, are there any other |
| 15:37:24 13 | minerals that they could be that are indeed also |
| 15:37:28 14 | monoclinic? |
| 15:37:29 15 | A. No. Not after we do the full suite of |
| 15:37:31 16 | analyses. It's one of these regulated asbestos types |
| 15:37:34 17 | for the anthophyllite solid solution series. |
| 15:37:37 18 | Q. Okay. |
| 15:37:37 19 | A. These have been identified to the degree |
| 15:37:42 20 | necessary to make that statement. |
| 15:37:43 21 | Q. Okay. Just -- and we're going to ask a |
| 15:37:45 22 | question in a vacuum, and I understand all your |
| 15:37:48 23 | objections to answering questions about science in a |
| 15:37:50 24 | vacuum, but it's important to us. |
| 15:37:53 25 | If you have an SAED pattern where you |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

192

| | |
|---|---|
| 15:37:56 1 | didn't determine whether it's orthorhombic or not, |
| 15:38:00 2 | just looking at that pattern, in a vacuum, without |
| 15:38:03 3 | your other information, is it possible -- can you |
| 15:38:08 4 | exclude -- is it possible that correlates to any |
| 15:38:12 5 | other monoclinic minerals? |
| 15:38:14 6 | MR. CIRSCH: Object to form. |
| 15:38:15 7 | THE WITNESS: I've already answered this |
| 15:38:16 8 | question. |
| 15:38:16 9 | We don't look at it in a vacuum. You're |
| 15:38:18 10 | asking me to look at things in a vacuum that are |
| 15:38:21 11 | not part of the peer-reviewed published |
| 15:38:25 12 | identification protocols for asbestos. |
| 15:38:29 13 | That's what we do. We look at and follow |
| 15:38:29 14 | the procedures that are in the protocols. So |
| 15:38:33 15 | when we do this analysis, especially for |
| 15:38:36 16 | anthophyllite, we're looking at morphology, |
| 15:38:38 17 | we're looking at chemistry, and we're looking at |
| 15:38:40 18 | selected area electron diffraction. |
| 15:38:43 19 | Q. (By Mr. Chachnes) So -- |
| 15:38:43 20 | MR. CIRSCH: Hold on. |
| 15:38:44 21 | THE WITNESS: And that's my answer. |
| 15:38:45 22 | Q. (By Mr. Chachnes) So you understand I'm |
| 15:38:46 23 | allowed to ask questions that aren't specifically |
| 15:38:49 24 | correlating to something in a regulation; right? I |
| 15:38:51 25 | can ask about general science. You understand that; |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

193

| | |
|---|---|
| 15:38:53 1 | right? |
| 15:38:54 2 | MR. CIRSCH:  Object to form.  He can give |
| 15:38:56 3 | you an answer -- |
| 4 | Q.    (By Mr. Chachkes)  Yes or no? |
| 15:38:57 5 | MR. CIRSCH:  -- he thinks is appropriate. |
| 15:38:59 6 | Q.    (By Mr. Chachkes)  It's a yes or no |
| 15:39:01 7 | question. |
| 15:39:01 8 | A.    Well, yes, you can ask any question you |
| 15:39:04 9 | want.  But, no, I don't think it's appropriate to ask |
| 15:39:07 10 | questions that is not part of how we identify and ask |
| 15:39:12 11 | in a vacuum.  So my answer stands. |
| 15:39:13 12 | Q.    Okay.  So I'll ask you again, and if you |
| 15:39:14 13 | don't want to answer, you can give me the same |
| 15:39:16 14 | circular answer, but I'm going to ask you again. |
| 15:39:19 15 | MR. CIRSCH:  Object to the commentary on |
| 15:39:21 16 | the record, Alex.  There's a lot of it. |
| 15:39:17 17 | Q.    (By Mr. Chachkes)  If the -- looking at -- |
| 15:39:26 18 | if you haven't determined whether something is |
| 15:39:29 19 | orthorhombic or not, looking at the SAED pattern in a |
| 15:39:36 20 | vacuum, could it correspond to other minerals besides |
| 15:39:40 21 | cummingtonite and anthophyllite? |
| 15:39:43 22 | MR. CIRSCH:  Object to form. |
| 15:39:45 23 | THE WITNESS:  That's not how we have done |
| 15:39:46 24 | this analysis for every one of these samples |
| 15:39:49 25 | that we're dealing with in TEM, for the 100, |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

194

| | |
|---|---|
| 15:39:52 1 | almost 200 fibers and bundles that we've |
| 15:39:55 2 | identified.  We have used the peer-reviewed |
| 15:39:59 3 | standard published protocol specifically to |
| 15:40:02 4 | identify regulated asbestos.  We didn't look at |
| 15:40:05 5 | anything in a vacuum.  We don't do that. |
| 15:40:07 6 | Q.    (By Mr. Chachkes)  Okay.  Putting that |
| 15:40:09 7 | aside, this is just a matter of EDSA science.  EDSA |
| 15:40:14 8 | science tells me that Exhibit 18 looked at in |
| 15:40:19 9 | isolation could correspond to many minerals; right? |
| 15:40:25 10 | MS. O'DELL:  Objection. |
| 15:40:25 11 | Q.    (By Mr. Chachkes)  Just EDSA science? |
| 15:40:28 12 | A.    Again, we're not dealing with many |
| 15:40:30 13 | minerals.  We're dealing with regulated asbestos in a |
| 15:40:33 14 | talc deposit that has the ability to form these |
| 15:40:37 15 | billions of years ago under temperature and pressure. |
| 15:40:40 16 | We're using protocols that are specifically designed |
| 15:40:42 17 | to identify regulated asbestos.  And that's what we |
| 19 | do. |
| 19 | Q.    Okay. |
| 15:40:47 20 | A.    Asking things in a vacuum or hypotheticals |
| 15:40:49 21 | is not what we did. |
| 15:40:51 22 | MR. CHACHKES:  Okay.  How much time do we |
| 15:40:55 23 | have left on the tape? |
| 15:40:59 24 | THE VIDEOGRAPHER:  17. |
| 15:41:00 25 | MR. CHACHKES:  Why don't we just swap out |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

195

| | |
|---|---|
| 15:41:02 1 | the tape and we don't have to take a break. |
| 15:41:13 2 | (Recess from 3:41 p.m. to 4:01 p.m.) |
| 16:02:00 3 | Q.    (By Mr. Chachkes)  Dr. Longo, the court |
| 16:03:00 4 | reporter informed me that a couple of times I |
| 16:03:01 5 | mispronounced EDXA as EDSA.  Did you understand when |
| 16:03:08 6 | I said EDSA to mean EDXA? |
| 16:03:09 7 | A.    Yes.  Energy dispersive spectroscopy |
| 16:03:12 8 | analysis is also well known. |
| 16:03:13 9 | Q.    Okay. |
| 16:03:14 10 | A.    People have different acronyms for it, so |
| 16:03:18 11 | it's fine.  I think I was repeating what you were |
| 16:03:20 12 | saying. |
| 16:03:20 13 | Q.    Okay.  So is it your position that |
| 16:03:24 14 | reporting analytical sensitivity by weight percent |
| 16:03:27 15 | does not provide any useful information for |
| 16:03:30 16 | determining potential airborne exposure to asbestos |
| 16:03:32 17 | structures? |
| 16:03:32 18 | A.    Yes. |
| 16:03:33 19 | Q.    Is it your position that structures per |
| 16:03:37 20 | gram data is the most useful for potential airborne |
| 16:03:40 21 | exposure? |
| 16:03:40 22 | A.    Yes. |
| 16:03:41 23 | Q.    And in your report, in support of that |
| 16:03:44 24 | proposition, you cite ISO 10312; correct? |
| 16:03:50 25 | A.    Correct.  And it's in both of the ISO |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

196

| | |
|---|---|
| 16:03:51 1 | methods. |
| 16:03:51 2 | Q.    Okay.  ISO 10312 is a method for detecting |
| 16:03:57 3 | asbestos in ambient air; correct? |
| 16:03:58 4 | A.    Correct. |
| 16:03:59 5 | Q.    Have you ever conducted air testing |
| 16:04:02 6 | pursuant to the ISO 10312 method? |
| 16:04:08 7 | A.    In the past, yes. |
| 16:04:10 8 | Q.    Okay.  How many times? |
| 16:04:14 9 | A.    I don't know. |
| 16:04:15 10 | Q.    Over ten? |
| 16:04:16 11 | A.    I don't know. |
| 16:04:16 12 | Q.    Over one? |
| 16:04:18 13 | A.    Most likely over one, but how big the |
| 16:04:23 14 | bread box is, I don't know. |
| 16:04:25 15 | Q.    Okay.  Did you test anything under the |
| 16:04:30 16 | ISO 10312 method for this case, the MDL? |
| 16:04:36 17 | A.    Well, if you look at our report, we have |
| 16:04:38 18 | referenced a number of TEM methods for the counting |
| 16:04:40 19 | rules, including the two ISO methods, the ASTM |
| 16:04:46 20 | method, the AHERA method.  They all have the same |
| 16:04:48 21 | counting rules for the determination of a regulated |
| 16:04:51 22 | asbestos fiber.  The ISO methods are referred back to |
| 16:04:56 23 | in both the 22262-1 and -2 as the counting criteria |
| 16:05:01 24 | for fibers and bundles. |
| 16:05:03 25 | Q.    Did you do an ISO 10312 ambient air test |

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**197**

16:05:07 1 for the purposes of this MDL?

16:05:09 2 A. No.

16:05:09 3 Q. And this ISO method involves collecting

16:05:14 4 air samples and testing for fibers; correct?

16:05:17 5 A. Correct.

16:05:17 6 Q. And you're not testing ambient air fibers

16:05:19 7 in this case, in this expert report?

16:05:22 8 A. No, we're not testing ambient air. But

16:05:25 9 you have to understand once the asbestos gets on the

16:05:27 10 filter, the -- and I know it sounds silly, but the

16:05:32 11 asbestos fibers don't know if it came out of ambient

16:05:34 12 air, if it came out of a water sample, came out of a

16:05:37 13 dust sample, or it came out of a bulk sample like

16:05:40 14 cosmetic talc. What's most important is the counting

16:05:43 15 rules that are the same for all these different

16:05:47 16 methods, as in the ISO 22262-2 for the TEM analysis

16:05:52 17 of talc.

16:05:53 18 Q. You did not conduct an exposure assessment

16:05:55 19 for this case, did you?

16:05:56 20 A. I haven't conducted an exposure assessment

16:06:01 21 with any MDL samples.

16:06:04 22 Q. You did employ ISO 22262; correct?

16:06:08 23 A. Yes.

16:06:08 24 Q. That does not include a formula for

16:06:12 25 reporting of data as structures per gram; correct?

**198**

16:06:15 1 A. That's correct.

16:06:15 2 Q. The --

16:06:18 3 A. Well, that's not quite true. If you go to

16:06:20 4 the ISO TEM method that it references, it shows you

16:06:25 5 how to report it in fibers or bundles per gram. So

16:06:30 6 again, you have to look at the methodology that it

16:06:33 7 references.

16:06:34 8 Q. Okay. So let me -- which ISO, 1, 2, 3 --

16:06:39 9 can you tell me -- are you referring to?

16:06:40 10 A. It's the 137 --

16:06:43 11 Q. ISO -- so it's part 1; correct?

16:06:47 12 A. Well, it's in both. It's in part 1 and

16:06:50 13 part 2.

16:06:50 14 Q. Okay. So can you point to me in part 2

16:06:54 15 where -- and that's Exhibit 3 -- where it says --

16:06:57 16 that proper reporting is done in structures per gram?

16:07:02 17 A. Did you mark that as an exhibit?

16:07:08 18 Q. Exhibit 3, yeah. It's going to be down

16:07:11 19 from the beginning.

16:07:13 20 A. It's 1. Give me a second. I will in a

16:07:27 21 second. I'm sure it's in this pile.

22 MR. CIRSCH: It might be there.

16:07:36 23 THE WITNESS: There it is.

16:07:40 24 Q. (By Mr. Chackhes) It should be Exhibit 3.

16:07:41 25 Okay.

**199**

16:07:44 1 A. So if you go to 16 --

16:07:51 2 MR. CIRSCH: You're calling it Exhibit 3,

16:07:53 3 but it says on here Exhibit 5. I just want to

16:07:56 4 make sure that --

16:07:57 5 MR. CHACHKES: So Exhibit 3 should be

16:08:01 6 ISO-2?

16:08:02 7 MR. CIRSCH: It's got Exhibit 5 on it.

16:08:03 8 Q. (By Mr. Chachkes) I'm sorry, I'm reading

16:08:05 9 my number wrong -- strike that. My 3 looked like --

16:08:09 10 totally my fault.

16:08:10 11 All right. Before you is Exhibit 5, which

16:08:14 12 is part 2 of the ISO 22262 standard. Can you point

16:08:17 13 to me where it requires reporting in structures per

16:08:22 14 gram?

16:08:24 15 A. If you go to 16.3, last paragraph before

16:08:33 16 you get to 17, it says, If it is required to include

16:08:37 17 all fiber sizes in the measurement, determination of

16:08:40 18 mass fraction by TEM using 14.2.4 is the optimum

16:08:46 19 analytical procedure.

16:08:47 20 If you go to 14.2.4 -- 14.2.4.4,

16:09:12 21 Preparation of specimens for SEM or TEM observation,

16:09:17 22 then it references back to the ISO 13794.

16:09:22 23 Q. Okay. So you -- it's your understanding

16:09:25 24 that the ISO 22262 -- so first of all, the ISO 22262

16:09:31 25 -2, putting aside cross-references, itself doesn't

**200**

16:09:36 1 have a formula for reporting data as structures per

16:09:39 2 gram; correct?

16:09:40 3 A. That is correct.

16:09:41 4 Q. Okay.

16:09:41 5 A. And it doesn't have the formula for

16:09:43 6 calculating weight percent. It points you back to

16:09:48 7 the ISO TEM protocols.

16:09:51 8 Q. Okay. And then the reference to 14.2.4,

16:09:55 9 that section is entitled, Determination of asbestos

16:10:00 10 weight mass fraction from fiber measurement made by

16:10:03 11 PLM, SEM, or TEM.

16:10:04 12 That's the title; right?

16:10:04 13 A. Correct.

16:10:06 14 Q. Okay. I just want to do a little walk

16:10:11 15 through one of the calculations you made so I can

16:10:13 16 figure it out.

16:10:14 17 Can I have the exhibits? Mark this as

18 Exhibit 19.

19 (Defendants' Exhibit 19 was marked for

16:10:17 20 identification.)

16:10:48 21 Q. (By Mr. Chachkes) Okay. Can you tell me

16:10:51 22 just on a high level what this spreadsheet,

16:10:52 23 Exhibit 19, is meant to represent?

16:10:53 24 A. This represents the weight of the sample

16:10:54 25 that was used, it represents the weight of the sample

201

16:10:59  1   analyzed per grid opening, it tells you what the
16:11:04  2   filter size was, it tells you how many regulated
16:11:06  3   asbestos structures, and then it gives you the
16:11:08  4   calculation of how many asbestos structures per gram,
16:11:15  5   which if you're doing weight percent, you have to do
16:11:18  6   all the same -- get all the same information, but
16:11:22  7   instead of stopping at the number of structures per
16:11:26  8   gram, then you go through the calculation to
16:11:29  9   determine the weight of each of the structures and
16:11:33  10  then calculate a mass weight percent.
16:11:35  11       Q.   Okay.  So in Exhibit 19, I guess, on the
16:11:40  12  upper left I see a .03135.  That's the initial weight
16:11:46  13  prior to concentration method, or is that after
16:11:51  14  concentration?
16:11:52  15       A.   That is the weight prior to the
16:11:54  16  concentration method.
16:11:55  17       Q.   Okay.  So that's basically the
16:12:00  18  unconcentrated weight that you are trying to
16:12:02  19  determine how many structures are in there?
16:12:05  20       A.   Correct.
16:12:07  21       Q.   And you use a Sartorius scale; right?
16:12:14  22       A.   That's correct.
16:12:14  23       Q.   Does it have that many significant digits?
16:12:16  24       A.   It does.
16:12:17  25       Q.   Okay.  Does it have more than that, or is

202

16:12:19  1   that it?
16:12:20  2        A.   Let's see.  One, two, three, four, five.
16:12:24  3   I think it has six.
16:12:26  4        Q.   Okay.  But you only report five
16:12:29  5   significant digits; correct?
16:12:31  6        A.   Correct.
16:12:31  7        Q.   And then your analysts conduct heavy
16:12:38  8   liquid density separation; right?
16:12:40  9        A.   Correct.
16:12:40  10       Q.   After separation you have basically an
16:12:42  11  amphibole sludge and with much of the talc removed?
16:12:48  12       A.   Correct.
16:12:48  13       Q.   And what is the percentage of talc from
16:12:53  14  amphibole separation your analysts achieve in this
16:12:56  15  analysis?
16:12:57  16       A.   We haven't measured that.
16:12:58  17       Q.   Do you have the data and just didn't put
16:13:04  18  it on the sheet, or you just -- you don't even have
16:13:05  19  the data?
16:13:05  20       A.   We don't measure the amount that we
16:13:07  21  removed.
16:13:08  22       Q.   Okay.  Is there a way to calculate it?
16:13:12  23            MR. CIRSCH:  Object to form.
16:13:13  24            THE WITNESS:  Not without making the
16:13:15  25  measurement, no.

203

16:13:15  1        Q.   (By Mr. Chachkes)  If you're analyzing two
16:13:17  2   samples and sample A contains more amphiboles than
16:13:21  3   sample B, would you expect that following the
16:13:25  4   concentration there would be more products separated
16:13:25  5   out from A than B?
16:13:29  6        A.   I don't know if you can measure that.  If
16:13:32  7   it contains more amphibole fibers in the final
16:13:37  8   supernate, then you would have more fibers that you
16:13:41  9   counted.
16:13:42  10       Q.   And by supernate, that's kind of a synonym
16:13:47  11  for amphibole sludge --
16:13:49  12       A.   Well, it's the pellet.  Whatever has gone
16:13:52  13  down to the bottom of the centrifuge tube, any
16:13:56  14  potential amphiboles, some talc particles, you always
16:14:00  15  see talc particles, so it's not 100 percent
16:14:03  16  efficient.
16:14:03  17       Q.   The supernate's the solids that are left
16:14:06  18  over after the concentration?
16:14:07  19       A.   Correct.
16:14:08  20       Q.   So you can't say that if one sample has
16:14:10  21  more amphiboles than another that there will be more
16:14:13  22  supernate in the former than the latter?
16:14:17  23       A.   You would expect -- if it has more in
16:14:19  24  there you would expect more, but it's pretty tough to
16:14:22  25  make that determination before you measure it.

204

16:14:24  1        Q.   Yeah, I'm not asking you for a
16:14:26  2   calculation.  I'm just saying just seems like common
16:14:29  3   sense if you've got more to concentrate out, you'll
16:14:33  4   get more concentrate.
16:14:34  5            MR. CIRSCH:  Object to form.
16:14:35  6            THE WITNESS:  All things being equal,
16:14:37  7   that's correct.
16:14:38  8        Q.   (By Mr. Chachkes)  Okay.  After separation
16:14:38  9   you did not weigh the centrifuge that remained -- you
16:14:42  10  did not weigh the supernate that remained after
16:14:48  11  desiccation; correct?
16:14:49  12       A.   That's correct.
16:14:50  13       Q.   And I see a number, weight of sample
16:14:56  14  analyzed; do you see that there?
16:14:58  15       A.   Correct.
16:14:58  16       Q.   That's more significant digits than in the
16:15:02  17  initial weight; correct?
16:15:06  18       A.   That's correct.  You take the amount that
16:15:07  19  has theoretically gone down onto the filter, what you
16:15:12  20  start with, so that if you have 31.35, then you
16:15:18  21  calculate what's on the overall filter, and then you
16:15:20  22  calculate how many grid openings you look at, then
16:15:23  23  it's just the math.
16:15:24  24       Q.   Yeah, now my question is just about
16:15:25  25  significant digits.  You understand why significant

205

16:15:28 1 digits are important; right?

16:15:29 2 A. Yeah, but that's a mathematical

16:15:33 3 determination of significant digits.

16:15:34 4 Q. Right. Significant digits are important

16:15:37 5 because if I have a number with three significant

16:15:40 6 digits multiplied times a number with four

16:15:45 7 significant digits, the result should be reflecting

16:15:51 8 the least number of significant digits that went into

16:15:53 9 the equation; correct?

16:15:55 10 MR. CIRSCH: Object to form.

16:15:56 11 THE WITNESS: You can do it that way if

16:15:57 12 you like, or you can put it out to the

16:15:59 13 significant digits and then round it.

16:16:01 14 Q. (By Mr. Chachkes) Okay. Shouldn't you

16:16:04 15 have rounded the weight of the sample analyzed

16:16:06 16 because you've got more significant digits -- you've

16:16:08 17 got more digits than there are significant digits?

16:16:10 18 A. No. It's a mathematical -- it's a

16:16:13 19 mathematical equation or just simply dividing it on

16:16:18 20 how much of the original sample would cover the

16:16:21 21 filter.

16:16:22 22 Q. Okay. You've got a -- I'm going to phrase

16:16:25 23 this a different way.

16:16:26 24 You've got a greater precision in your

16:16:29 25 weight of sample analyzed than you do with the

207

16:17:42 1 weight of sample analyzed?

16:17:44 2 A. Well, you go back to the individual

16:17:46 3 structures and you multiply the length by the width

16:17:52 4 squared times the density of the particular type of

16:17:56 5 amphibole times pi. And then all those are added up,

16:17:59 6 and then you then go from the adding that up to what

16:18:03 7 the overall weight would be on the filter.

16:18:05 8 Q. Okay. And the weight of sample analyzed

16:18:10 9 is for one grid opening, ten grid openings, 100 grid

16:18:16 10 openings? What is it?

16:18:17 11 A. That's, as I believe, that's one grid

16:18:19 12 opening.

16:18:19 13 Q. Okay. So if you wanted to extrapolate,

16:18:25 14 putting aside --

16:18:26 15 A. I may be wrong on that. I have to check

16:18:29 16 that. I think it's all 100.

16:18:30 17 Q. Okay, if that's all 100. Now, that's what

16:18:37 18 percentage of the total supernate?

16:18:38 19 A. We haven't measured the total supernate.

16:18:41 20 We measure what we start with because the

16:18:43 21 calculations go back to what you start with. We

16:18:46 22 don't measure the supernate.

16:18:48 23 Q. What percentage of what you started with

16:18:50 24 is it?

16:18:51 25 A. We started with 31 milligrams, and that is

206

16:16:31 1 precision of the numbers that went into it?

16:16:35 2 MR. CIRSCH: Object to form.

16:16:36 3 THE WITNESS: I don't think it's any more

16:16:38 4 precision. It's taking the weight and dividing

16:16:40 5 it onto the filter, and then from the filter

16:16:43 6 you're looking at a number of area by 100 grid

16:16:45 7 openings, so you're calculating what the weight

16:16:48 8 would be if you put the whole -- to go back to

16:16:52 9 the sample to determine the amount of fibers.

16:16:55 10 That's just the way it's done.

16:16:56 11 Q. (By Mr. Chachkes) Does your Sartorius

16:16:59 12 scale have the capability of measuring a sample down

16:17:01 13 to .00017187 grams?

16:17:05 14 A. Not the Sartorius, but we do have a

16:17:08 15 microbalance, but that's not how this is done.

16:17:11 16 Q. So the -- this is just a yes or no. The

16:17:18 17 weight of sample analyzed is a number that is a

16:17:24 18 calculation; right?

16:17:24 19 MR. CIRSCH: Object to form.

16:17:26 20 THE WITNESS: Yes.

16:17:26 21 Q. (By Mr. Chachkes) Okay. And the

16:17:29 22 structures per gram of sample, that's also a number

16:17:31 23 that's calculated; right?

16:17:34 24 A. That's correct.

16:17:34 25 Q. And what's the equation to get me the

208

16:19:03 1 0.17. Well, we started with 0.3135 grams, and that

16:19:10 2 is .00017187 grams. So just divide the two.

16:19:15 3 Q. So is there any need to extrapolate here,

16:19:22 4 or is 100 percent of the supernate being looked at?

16:19:26 5 A. You're putting 100 percent of the

16:19:31 6 supernate down onto the filter.

16:19:32 7 Q. And that's 100 grid openings?

16:19:34 8 A. Well, the filter is 201 millimeters

16:19:38 9 squared. That's the filter where the material is put

16:19:41 10 through the filter to collect it.

16:19:43 11 And then you're looking at 100 grid

16:19:45 12 openings. So 100 grid openings is 1.1 millimeter.

16:19:50 13 So 1.1 millimeter of the 201 millimeters will now

16:19:54 14 give you the percentage of what you're looking at on

16:19:56 15 that filter.

16:19:57 16 Q. Why are you calculating that percentage?

16:20:02 17 Isn't 100 percent of what comes through the filter in

16:20:05 18 the grid openings -- in the 100 grid openings?

16:20:07 19 MR. CIRSCH: Object to form.

16:20:08 20 THE WITNESS: No.

16:20:08 21 Q. (By Mr. Chachkes) Okay.

16:20:09 22 A. Can I draw on something?

16:20:11 23 Q. Yeah.

16:20:13 24 A. The filter is much bigger than 100 grid

16:20:15 25 openings.

209

| | |
|---|---|
| 16:20:16 | **1**   Q.   Let me just -- here -- |
| 16:20:18 | **2**        MR. CIRSCH:   Here you go. |
| 16:20:22 | **3**        MR. CHACHKES:   That would be great.  Thank |
| 16:20:22 | **4**   you. |
| 16:20:22 | **5**        THE WITNESS:   So if you have a filter |
| 16:20:23 | **6**   that's this big -- that's not bad -- and then |
| 16:20:27 | **7**   your grids are 3 millimeters.  So -- shall I |
| 16:20:34 | **8**   make a happy face here? |
| 16:20:36 | **9**   Q.   (By Mr. Chachkes)  Please don't. |
| 16:20:37 | **10**   So each one of these grid openings -- and |
| 16:20:46 | **11**   I'm blowing it up. |
| 16:20:50 | **12**        So you're taking 7 millimeter plugs and |
| 16:20:53 | **13**   then each grid opening has 100 grids that are 100 by |
| 16:20:57 | **14**   100 microns, typically.  So the material is going on |
| 16:21:01 | **15**   this whole filter, and then you're just taking |
| 16:21:04 | **16**   sections of the filter out for your TEM grids. |
| 16:21:07 | **17**        MR. CHACHKES:   I see. |
| 16:21:08 | **18**        So can we just mark this as an exhibit, |
| 16:21:12 | **19**   Exhibit 20, please. |
| 16:21:13 | **20**        (Defendants' Exhibit 20 was marked for |
| | **21**   identification.) |
| 16:21:19 | **22**        THE WITNESS:   I didn't know you were going |
| 16:21:21 | **23**   to mark it. |
| 16:21:21 | **24**   Q.   (By Mr. Chachkes)  You did know I was |
| 16:21:23 | **25**   going to mark it. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

210

| | |
|---|---|
| | **1**   A.   That's true. |
| 16:21:24 | **2**   Q.   So what you've drawn in Exhibit 20 -- so I |
| 16:21:26 | **3**   just want to get my vocabulary correct -- that the |
| 16:21:31 | **4**   filter size is the big white circle in which you've |
| 16:21:33 | **5**   got the three dots, that's the -- thank you for |
| 16:21:35 | **6**   marking that. |
| 16:21:35 | **7**   A.   Filter, which is 201 millimeters squared. |
| 16:21:41 | **8**   Q.   Got it. |
| 16:21:42 | **9**   A.   And that's the filtration area so you're |
| 16:21:46 | **10**   always -- because it's in a device that holds it, |
| 16:21:49 | **11**   it's not the whole size of the filter, but it's |
| 16:21:52 | **12**   actually the area where filtrate is going down |
| 16:21:55 | **13**   through it. |
| 16:21:56 | **14**   Q.   Right.  Okay. |
| 16:21:56 | **15**        MR. CIRSCH:   You're pulling those numbers |
| 16:21:57 | **16**   from Exhibit 19; correct? |
| 16:21:59 | **17**        THE WITNESS:   Yes.  It's the same size for |
| 16:22:00 | **18**   every one. |
| 16:22:01 | **19**        MR. CHACHKES:   And if you would not |
| 16:22:03 | **20**   comment. |
| 16:22:04 | **21**   Q.   (By Mr. Chachkes)  And the black dots that |
| 16:22:05 | **22**   you have there, those are the grid openings? |
| 16:22:08 | **23**   A.   Those are the grids. |
| 16:22:09 | **24**   Q.   Okay. |
| 16:22:09 | **25**   A.   So a grid -- and this has been blown up -- |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

211

| | |
|---|---|
| 16:22:17 | **1**   is approximately 3 millimeters in diameter.  Now, on |
| 16:22:23 | **2**   this grid are openings. |
| | **3**   Q.   Okay. |
| 16:22:24 | **4**   A.   And each one of these openings looks like |
| 16:22:35 | **5**   this, and they are 100 micrometers in width in two |
| 16:22:47 | **6**   directions.  So when you look at a grid opening, |
| 16:22:49 | **7**   you're looking in this area. |
| 16:22:51 | **8**   Q.   Okay.  And I apologize for repeating it a |
| 16:22:56 | **9**   little bit, but the -- just want to make sure the |
| 16:22:59 | **10**   transcript's clear to correspond with the picture. |
| 16:23:02 | **11**        You've got drawn, it looks like a circle |
| 16:23:06 | **12**   with three black dots, that's the filter, and in the |
| 16:23:09 | **13**   filter there are -- those black dots are grids; |
| 16:23:12 | **14**   correct?  So far correct? |
| 16:23:13 | **15**   A.   So far correct. |
| 16:23:14 | **16**   Q.   Okay.  And how many grids -- I know your |
| 16:23:17 | **17**   picture only has three, but how many grids are |
| 16:23:20 | **18**   actually in your filter in the lab? |
| 16:23:22 | **19**   A.   We make three grids. |
| 16:23:24 | **20**   Q.   Oh, so there are three grids? |
| 16:23:26 | **21**   A.   Correct. |
| 16:23:27 | **22**   Q.   And then you've drawn a couple arrows to |
| 16:23:29 | **23**   emphasize what the grid is, and the grid has got |
| 16:23:32 | **24**   basically a bunch of grid openings and that's 100 |
| 16:23:34 | **25**   grid openings? |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

212

| | |
|---|---|
| 16:23:35 | **1**   A.   Correct. |
| 16:23:36 | **2**   Q.   Okay.  And each grid opening is, you said, |
| 16:23:39 | **3**   10 micrometers? |
| 16:23:40 | **4**   A.   100 micrometers. |
| 16:23:41 | **5**   Q.   100 micrometers.  Got it. |
| 16:23:43 | **6**   A.   100 micrometers, essentially a square, 100 |
| 16:23:49 | **7**   micrometers for each XY dimension. |
| 16:23:51 | **8**   Q.   Okay.  And when you extrapolate filters -- |
| 16:23:59 | **9**   if the fibers you find in the filters back to the |
| 16:24:03 | **10**   original weight of the sample, can you just walk me |
| 16:24:06 | **11**   through that in conceptual terms? |
| 16:24:08 | **12**   A.   In conceptual terms, you know the area |
| 16:24:12 | **13**   you've analyzed by the grid openings.  You know the |
| 16:24:15 | **14**   area of your filter, and you take the -- you |
| 16:24:20 | **15**   determine the ratio of the amount of material on the |
| 16:24:25 | **16**   filter and then go to the amount of material that |
| 16:24:28 | **17**   would be on each grid opening, and then you take the |
| 16:24:32 | **18**   number of fibers you have and then you |
| 16:24:36 | **19**   back-calculate. |
| 16:24:36 | **20**        So if I have three fibers in a known |
| 16:24:39 | **21**   amount, and that amount is some percentage of the |
| 16:24:43 | **22**   overall amount that I know that in the overall amount |
| 16:24:46 | **23**   on the filter, this is how many fibers and bundles |
| 16:24:52 | **24**   would be there because you have to assume a |
| 16:24:56 | **25**   homogenous distribution on the filter. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

213

16:24:58  1    Q.    And do you look at the -- for your fiber
16:25:05  2    count, do you look at each of the three grids?
16:25:08  3    A.    We keep one for archive; we look at two
16:25:11  4    grids and 50 openings on each grid.
16:25:13  5    Q.    Okay.  And why only 50 openings on each
16:25:18  6    grid?
16:25:18  7    A.    Well, typically the standard protocols,
16:25:23  8    the peer-reviewed protocols, usually state two grid
16:25:28  9    openings -- two grids, and so we put 50 on one and 50
16:25:33 10    on the other.
16:25:34 11    Q.    Why not 100 on one and 100 on the other?
16:25:37 12    A.    Well, that would take twice as much time.
16:25:40 13    And you could do that, or you could look at 300.  It
16:25:45 14    doesn't change anything other than reduce your --
16:25:48 15    increase your analytical sensitivity.
16:25:50 16    Q.    Okay.  Does the ISO 22262-2 lay out this
16:26:00 17    math for extrapolating from looking at a grid?
16:26:05 18    A.    No.  It referenced the protocols.  All TEM
16:26:11 19    analyses -- air sample, water sample, bulk sample --
16:26:15 20    is done in this manner.  All analytical chemistry is
16:26:19 21    done in this manner.
16:26:20 22         If you take a gallon of water out of Lake
16:26:24 23    Michigan and you want to determine the amount of lead
16:26:26 24    in there, for example, hypothetical, you don't
16:26:28 25    measure the whole gallon, you measure, typically, a

214

16:26:32  1    couple of milliliters of the material and then you
16:26:34  2    extrapolate back on the overall concentration that
16:26:37  3    would be there.
16:26:38  4         The ISO TEM air sample method is the same
16:26:40  5    way.  You're analyzing it and you find 4 or 5 fibers
16:26:46  6    in the grid opening, you're extrapolating back to
16:26:49  7    what is in the air samples.
16:26:51  8    Q.    Okay.  Now, when you said the
16:26:57  9    peer-reviewed literature suggests looking at two of
16:27:00 10    the grids, can you give me an example of some such
16:27:05 11    literature?
16:27:05 12    A.    Well, there's lots of peer-reviewed
16:27:07 13    literature that used the standard protocols.  If you
16:27:09 14    look at the AHERA, you look at ISO, you look at the
16:27:12 15    NIOSH 7402, you look at the PCM, anything that has to
16:27:18 16    do with TEM, you have two grid openings.  The 7402
16:27:23 17    says 40 openings among two grids.
16:27:28 18         If you have a high number of fibers, then
16:27:31 19    you may stop on your second opening on one grid and
16:27:34 20    then go to the second grid.  So the protocols
16:27:38 21    themselves state that.
16:27:39 22    Q.    Okay.  Your analysts employed ISO 22262-2
16:27:43 23    to test for asbestos by TEM: is that correct?
16:27:46 24    A.    Yes.
16:27:47 25    Q.    And they use TEM to identify the particles

215

16:27:55  1    morphologically as asbestos; is that correct?
16:27:58  2         MR. CIRSCH:  Object to form.
16:27:59  3         THE WITNESS:  They use TEM to identify
16:28:01  4    regulated asbestos using morphology, EDXA and
16:28:08  5    SAED.
16:28:09  6    Q.    (By Mr. Chachkes)  Okay.  So is there a
16:28:10  7    phrase that I can use that's not confusing to refer
16:28:12  8    to the visual aspect of TEM that's not, you know,
16:28:16  9    SAED or the other more different techniques?
16:28:19 10    A.    Well, if you say all the counting rules
16:28:21 11    for all the standard TEM methods that is not the
16:28:26 12    occupational exposure counting rules, they will all
16:28:30 13    state the same thing.
16:28:31 14    Q.    No, I'm just looking for a -- I want to
16:28:33 15    make sure we're speaking a common language, the
16:28:36 16    visual --
16:28:37 17    A.    How about just counting rules?
16:28:37 18    Q.    Well, we disagree as to what the counting
16:28:40 19    rules require.
16:28:41 20         So if I say the visual aspect of TEM as
16:28:46 21    opposed to the SAED and -- what do you call it when
16:28:57 22    you take a picture with the TEM?
16:28:59 23         MR. CIRSCH:  Object to form.
16:29:00 24         THE WITNESS:  Photomicrograph.
16:29:01 25    Q.    (By Mr. Chachkes)  Okay.  So they use

216

16:29:02  1    photomicrographs to determine -- from the TEM to
16:29:05  2    determine morphology?
16:29:06  3    A.    No.  They use the counting rules to
16:29:08  4    determine morphology, that it has parallel sides,
16:29:12  5    it's greater than .5 micrometers in length, it has at
16:29:15  6    least a 5-to-1 aspect ratio, and the chemistry in
16:29:20  7    SAED determines it to be a regulated asbestos, then
16:29:23  8    it's a regulated asbestos fiber.
16:29:25  9    Q.    I didn't ask what you look at to determine
16:29:28 10    whether it's asbestos or not.
16:29:29 11         What do you -- what physically are you
16:29:33 12    looking at to determine morphology?  It's the
16:29:35 13    photomicrograph; right?
16:29:37 14         MR. CIRSCH:  Object to form.
16:29:37 15         THE WITNESS:  No.  We're visually looking
16:29:40 16    through the microscope.  And I'll use an
16:29:42 17    example.  I'm looking at a magnification of
16:29:46 18    approximately 20,000 times, and in my field of
16:29:49 19    view a structure looking like this pen shows up.
16:29:55 20         The first thing I do is look at it and say
16:29:57 21    does it have parallel sides?  The answer is yes.
16:30:00 22    We have calibration standards and go is it
16:30:03 23    greater than .5 micrometers in length?  Yes.
16:30:08 24    Does it have an aspect ratio of greater than
16:30:11 25    5-to-1?  I can visually see that, but we take a

217

| | |
|---|---|
| 16:30:14 1 | photomicrograph -- it's close -- to make sure. |
| 16:30:16 2 | Q. (By Mr. Chachkes) So you use visual |
| 16:30:18 3 | inspection through the TEM to determine morphology? |
| 16:30:22 4 | MR. CIRSCH: Object to form. |
| 16:30:23 5 | THE WITNESS: With the counting rules, |
| 16:30:26 6 | that is correct. |
| 16:30:27 7 | Q. (By Mr. Chachkes) Okay. Well, it doesn't |
| 16:30:29 8 | matter what the counting rules are. If you want to |
| 16:30:32 9 | look at -- if you want to just see the morphology, |
| 16:30:34 10 | you use visual inspection? |
| 16:30:36 11 | MR. CIRSCH: Object to form. |
| 16:30:36 12 | THE WITNESS: The first thing we do is |
| 16:30:38 13 | look at it and if it has parallel sides and does |
| 16:30:42 14 | it meet the counting rules where this is an |
| 16:30:47 15 | elongated particle, that deserves further |
| 16:30:51 16 | examination. |
| 16:30:51 17 | Q. (By Mr. Chachkes) Can you tell me where |
| 16:30:53 18 | in ISO 22262 it provides -- directs you to look at |
| 16:31:01 19 | morphology under TEM? |
| 16:31:03 20 | A. I did. I gave you the ISO standard for |
| 16:31:06 21 | TEM and indirect prep, and in order to determine what |
| 16:31:11 22 | your weight percent is, you have to determine if it |
| 16:31:14 23 | is parallel sides, greater than .5 micrometers in |
| 16:31:17 24 | length, and so on and so forth. |
| 16:31:19 25 | Not all methods replicate previous |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

218

| | |
|---|---|
| 16:31:22 1 | methods. ISO 22262-2 does not put the entire |
| 16:31:28 2 | counting protocol in there. It directs you to the |
| 16:31:30 3 | TEM method where you have all these methodology to do |
| 16:31:36 4 | that. |
| 16:31:36 5 | Q. Okay. So it's not, per se in, 22262, but |
| 16:31:40 6 | you're saying there's a reference to another ISO |
| 16:31:44 7 | standard which you say requires visual inspection |
| 16:31:49 8 | under TEM to determine morphology? |
| 16:31:52 9 | MR. CIRSCH: Object to form. |
| 16:31:53 10 | THE WITNESS: Well, per se it doesn't |
| 16:31:55 11 | replicate the entire procedure. That's how |
| 16:31:57 12 | these standards work. |
| 16:31:59 13 | Once it has a document, in this case, |
| 16:32:03 14 | another ISO document that lays out all the |
| 16:32:06 15 | procedures and practices for how to identify |
| 16:32:09 16 | regulated asbestos, it just goes back to that. |
| 16:32:13 17 | Q. (By Mr. Chachkes) So -- |
| 16:32:14 18 | A. ASTM is the same way, and the definition |
| 16:32:17 19 | of asbestos fibers in ASTM has another document that |
| 16:32:20 20 | tells you all the different definitions. One builds |
| 16:32:25 21 | on the other. |
| 16:32:26 22 | Q. Okay. Just looking at 22262, there is a |
| 16:32:28 23 | section in there under part 1 that is labeled |
| 16:32:33 24 | Morphology: right? |
| 16:32:47 25 | Exhibit 4 is the one that's part 1? |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

219

| | |
|---|---|
| 16:32:49 1 | A. Oh, part 1, I'm sorry. |
| 16:32:51 2 | Q. Yeah. I'll just direct your attention to |
| 16:33:05 3 | 7.2. -- on page 22. |
| 16:33:22 4 | So there's a section on page 22 which has |
| 16:33:26 5 | the heading Morphology: correct? |
| 16:33:28 6 | A. That is correct. 7.2.3.7.1. I'm |
| 16:33:32 7 | surprised you didn't know that. |
| 16:33:34 8 | Q. I did, actually. |
| 16:33:36 9 | And the only heading, as far as you know, |
| 16:33:41 10 | in the ISO 22262 parts that actually says morphology |
| 16:33:47 11 | is this one? Or do you not know? I don't want to |
| 16:33:51 12 | spend all day on that one. |
| 16:33:52 13 | MR. CIRSCH: Form. |
| 16:33:53 14 | THE WITNESS: Well, this is a PLM |
| 16:33:54 15 | analysis. This is not TEM analysis. And ISO |
| 16:33:56 16 | has their PLM analysis setup, and these are the |
| 16:34:01 17 | counting rules of what you do when you're |
| 16:34:03 18 | analyzing under a polarized light microscope |
| 16:34:05 19 | versus a transmission electron microscope. |
| 16:34:07 20 | Q. (By Mr. Chachkes) Did you use PLM to |
| 16:34:12 21 | identify the morphology of the fibers you found in |
| 16:34:15 22 | the MDL? |
| 16:34:16 23 | MR. CIRSCH: Object to form. |
| 16:34:19 24 | THE WITNESS: Well, that's worded -- and I |
| 16:34:20 25 | apologize. That's worded poorly. |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

220

| | |
|---|---|
| 16:34:22 1 | For our ISO 22262-1 PLM analysis, yes. We |
| 16:34:28 2 | went through, and each of these regulated |
| 16:34:32 3 | asbestos fibers that we have in there in |
| 16:34:34 4 | pictures follow this morphology. |
| 16:34:37 5 | Q. (By Mr. Chachkes) Okay. In your reports |
| 16:34:43 6 | you write on page 12, Amphibole fibers or bundles |
| 16:34:49 7 | with substantially parallel sides and an aspect ratio |
| 16:34:53 8 | of 5-to-1 or greater and at least half a micrometer |
| 16:34:56 9 | in length were counted as regulated asbestos fibers |
| 16:35:00 10 | and bundles per the standard TEM counting rules |
| 16:35:03 11 | described by -- and then you cite six methods. Are |
| 16:35:07 12 | you with me so far? |
| 16:35:08 13 | A. I am. |
| 16:35:08 14 | Q. Which is the method you actually use? |
| 16:35:12 15 | A. Well, can't really point to any one method |
| 16:35:15 16 | because they all have the same counting rules. |
| 16:35:17 17 | Q. Okay. |
| 16:35:27 18 | A. What page was that? |
| 16:35:28 19 | Q. I was just talking about page 12 of your |
| 16:35:31 20 | January 15. |
| 16:35:32 21 | A. I think it states that. |
| 16:35:35 22 | This is for, again, TEM. And every one of |
| 16:35:45 23 | those TEM methods have those counting rules, so I |
| 16:35:48 24 | referenced them all. |
| 16:35:50 25 | MR. CHACHKES: So I'm going to mark as the |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

221

1   next exhibit ISO 13794.  We are on Exhibit 21.

2          (Defendants' Exhibit 21 was marked for

3   identification.)

4   Q.      (By Mr. Chachkes)  So we spoke a little

5   bit before about what's been marked as Exhibit 21;

6   right?

7   A.      Yes, sir, we have.

8   Q.      Okay.  And going to the seventh page in

9   section 1, Scope.  Section -- we're here.

10  Q.      What page?  7?  Did you say 7?

11  Q.      Actually, strike that.

12          I'm sorry.  So it was the seventh page of

13  the PDF, so let's strike that and start again.

14          Going to number 1 in the exhibit as

15  page 1, going to the heading 1, this is Scope; right?

16  It's the scope of the ISO standard?

17  A.      Correct.

18  Q.      Okay.  Subsection 1.1, which is substance

19  determined; do you see that?

20  A.      I do.

21  Q.      And then you see at the last sentence, The

22  method cannot discriminate between individual fibers

23  of asbestos and nonasbestos analogs of the same

24  amphibole mineral.

25          Do you see that?

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

222

1   A.      I do.

2   Q.      Do you agree with ISO 13794 that this

3   method cannot discriminate between individual fibers

4   of the asbestos and nonasbestos analogs of the same

5   amphibole material?

6   A.      Yes and no.  If you're analyzing samples

7   over and over from the same source and you're seeing

8   both what people will clearly say is asbestiform

9   bundles and you have some individual fibers in there,

10  in my opinion you can discriminate against that.

11          If I was looking at one fiber and I didn't

12  have any information about it and hadn't analyzed

13  sample after sample, I would say that one fiber, it's

14  asbestos, it's asbestiform because it's formed like

15  asbestos, but, no, it does not meet the geological

16  definition for asbestos, high tensile strength,

17  flexible, and so on and so forth.

18          But to me, asbestiform means that it is

19  fibrous like asbestos; I would call it asbestiform.

20  Q.      So it's your understanding when -- in this

21  exhibit, in this ISO standard, when it says it can't

22  discriminate between asbestos and nonasbestos

23  analogs, it's referring to geological definitions and

24  not regulatory definitions; is that your testimony?

25          MR. CIRSCH:  Object to form.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

223

1          THE WITNESS:  Well, it is regulatory.  If

2   it -- even though it cannot discriminate, you

3   have to count it, and it is a regulated asbestos

4   fiber if you decide it's asbestiform or not.  It

5   does not allow you to discriminate between the

6   two as long as it meets the counting rules.  It

7   is regulated.

8   Q.      (By Mr. Chachkes)  Okay.

9   A.      Now, we can argue over back and forth if

10  it is asbestiform or not.  But make no mistake, it is

11  a regulated asbestos fiber if it meets the counting

12  rules.

13  Q.      Okay.  So you're saying that something can

14  meet the counting rules, be regulated, but it might

15  be the non -- you might be counting nonasbestos

16  analogs?

17          MR. CIRSCH:  Object to form.

18          THE WITNESS:  It's not nonasbestos.

19          It's --

20  Q.      (By Mr. Chachkes)  I'm using the phrase

21  in --

22  A.      It is not nonasbestos.  If it meets all

23  the counting rules, it's a regulated asbestos fiber.

24  That's my position on that.

25  Q.      Okay.  In this last sentence of 1.1, it

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

224

1   makes a distinction between asbestos and nonasbestos

2   analogs; do you see that?

3   A.      I see that.

4   Q.      That's black and white; right?

5          MR. CIRSCH:  Object.

6          THE WITNESS:  That's what it states.

7   Q.      (By Mr. Chachkes)  Okay.  So tell me what

8   asbestos versus nonasbestos analogs mean in

9   ISO 13794.

10          MR. CIRSCH:  Object to form.

11          THE WITNESS:  They don't really define it

12  other than to say it may not.

13          In my opinion, if it is fibrous,

14  asbestiform, fibrous like asbestos-form, it is

15  asbestiform.

16  Q.      (By Mr. Chachkes)  Yeah, but what I want

17  is can you make any -- reading -- looking at that

18  sentence, there's a clear distinction between

19  asbestos and nonasbestos analogs.  What's the

20  difference?

21          It doesn't matter what you think.  What is

22  the ISO -- what distinction are they making?  Or you

23  just can't say?

24          MR. CIRSCH:  Object to form.

25          THE WITNESS:  It's not that they don't

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

225

16:40:40  1    say.  They don't tell you how to determine
16:40:41  2    between, quote, this nonasbestos -- this
16:40:44  3    nonasbestiform versus asbestiform.  There is no
16:40:50  4    method for doing that.
16:40:52  5         Q.    (By Mr. Chachkes)  Okay.  Is it your
16:40:53  6    opinion because they don't give a definition of the
16:40:56  7    distinction, they really didn't mean that
16:40:59  8    distinction?
16:40:59  9         A.    I can't say what the --
16:41:01  10             MR. CIRSCH:  Object to form.
16:41:02  11             THE WITNESS:  -- what Eric Chatfield had
16:41:05  12   in mind when he said that.
          13        Q.    (By Mr. Chachkes)  Okay.
16:41:07  14        But in the protocol, what I look at as a
16:41:09  15   scientist, and we look at these protocols, what does
16:41:13  16   it say to make the determination between the two?  It
16:41:17  17   doesn't give you any information.  Same thing with
16:41:19  18   the whole asbestiform, high tensile strength,
16:41:23  19   et cetera.
16:41:24  20        But we have the ability now, we have
16:41:26  21   analyzed so many samples and have analyzed so many
16:41:30  22   regulated asbestos fibers and bundles that we have
16:41:34  23   enough information if that is really at issue that
16:41:37  24   these are all asbestiform.
16:41:40  25        But no matter if you want to argue that

226

16:41:42  1    it's not, it is, for single fibers, it's all
16:41:45  2    regulated asbestos fibers per these protocols.
16:41:47  3         Q.    Yeah, you've already said that a number of
16:41:49  4    times, and I'm not going to take issue with your
16:41:51  5    opinion in that regard.
16:41:52  6         What I want to know is the phrase
16:41:56  7    nonasbestos analog appears in ISO 13794.  What does
16:42:00  8    it mean?  And if you have no idea, that's fine.
16:42:03  9             MR. CIRSCH:  Object to form.
16:42:04  10            THE WITNESS:  It's not that I don't have
16:42:05  11   any idea.  I have an opinion about it.  And it's
16:42:08  12   not my opinion that they're regulated asbestos
16:42:10  13   or not and you count them.  The protocol tells
16:42:13  14   you to count them, that this is a regulated
16:42:16  15   asbestos fiber, you will record it on a count
16:42:19  16   sheet.  All these protocols do that.
16:42:21  17        It doesn't give you the information to
16:42:22  18   make the determination.  Just like it doesn't
16:42:24  19   give you the information to determine if you
16:42:26  20   have high tensile strength.  It does not give
16:42:30  21   you the information to make the determination
16:42:31  22   what a population is.  It does not give you the
16:42:34  23   information to make a determination if it's
16:42:37  24   flexible or not.
16:42:37  25        Q.    (By Mr. Chachkes)  Putting aside what gets

227

16:42:39  1    counted and what doesn't get counted, what does
16:42:41  2    nonasbestos analogs in this sentence mean?  What does
16:42:45  3    that phrase mean?
16:42:46  4             MR. CIRSCH:  Object to form.  And this is
16:42:48  5    the last time he's going to answer this
16:42:51  6    question.
16:42:51  7             THE WITNESS:  I don't know what they're
16:42:52  8    saying what it means because they don't give you
16:42:54  9    any information to make that determination.
16:42:56  10        I look at just simply what does
16:42:58  11   asbestiform mean.  It means formed like
16:43:01  12   asbestos.
16:43:02  13        So you may not like my opinion, but that's
16:43:06  14   my opinion.
16:43:06  15        Q.    (By Mr. Chachkes)  You know that under 2.6
16:43:13  16   on page 2 it says, Asbestiform is a specific type of
16:43:17  17   mineral fibrosity in which fibers and fibrils possess
16:43:21  18   high tensile strength and flexibility.
16:43:24  19        You see that; right?
16:43:25  20        A.    What is it?  2.6?
16:43:27  21        Q.    2.6.  Do you see that?
16:43:27  22        A.    Yes, I do.
16:43:27  23        Q.    Would it be reasonable to conclude
16:43:29  24   nonasbestiform is something that is an analog to
16:43:33  25   something that is asbestiform under 2.6?

228

16:43:35  1         A.    No.
16:43:35  2             MR. CIRSCH:  Object to form.
16:43:36  3             THE WITNESS:  The protocol doesn't tell
16:43:38  4    you what any of that means.  High tensile
16:43:41  5    strength.  What tensile strength?  How do you
16:43:45  6    measure that?
16:43:46  7         That's just a general geological
16:43:48  8    definition for somebody who may be interested in
16:43:51  9    digging asbestos out of the ground, and is it
16:43:53  10   going to be fibrous enough to be profitable?
16:43:56  11        That has no meaning in the protocol.
16:43:57  12   Otherwise, in a protocol for how to do the
16:44:00  13   analysis, how do you determine it's high tensile
16:44:03  14   strength?  What does high tensile strength mean?
16:44:06  15   Is it 10,000 high, is it 2,000 high has no
16:44:11  16   bearing on the actual analysis in the protocol.
16:44:11  17        Q.    (By Mr. Chachkes)  Okay.
16:44:13  18        A.    This is nothing more than a standard
16:44:16  19   geological definition for a high fibrous mine of
16:44:20  20   asbestos.
16:44:20  21        Q.    In your opinion, is the sentence that this
16:44:24  22   method -- this ISO method can't discriminate between
16:44:28  23   individual fibers of asbestos and nonasbestiform
16:44:31  24   analogs, is it related to those definitions in 2.6,
16:44:35  25   2.7?

229

1     A.     No, because those definitions aren't
2  defined anywhere in the protocol for the analysis.
3     Q.     Okay.  And so when ISO uses the word
4  asbestos on page 1, it's not related to how ISO
5  defines asbestos on page 2?
6     MR. CIRSCH:  Object to form.
7     THE WITNESS:  On page 2, if you go to
8  page 3, they define what a fiber is.
9     Is it page 3 or page 4?  Give me a second.
10     ISO defines a fiber -- for the purpose of
11  this International Standard, a fiber is defined
12  to have an aspect ratio equal or greater than
13  5-to-1 and a minimum length of 5.0.
14     Fiber bundle, structure composed of
15  parallel smaller diameter fibers attached to
16  longer lengths.
17     Fibrous structure.
18     And then you go to, okay, once I've
19  defined it as a fiber, in the method tells you
20  to -- how to identify it if it is asbestos fiber
21  or not.
22     Nothing else in there tells you anything
23  about how to determine tensile strength, how to
24  determine flexibility, how to determine the
25  pop -- this one doesn't say population, but some

230

1  do.
2     Q.     (By Mr. Chachkes)  It's a simple -- very
3  simple question.  Page 1, the word asbestos is used.
4  On page 2 I see a definition of asbestos.  Is it your
5  testimony that the two are unrelated, or are they
6  related?
7     MR. CIRSCH:  Object to form.
8     Q.     (By Mr. Chachkes)  It's a yes or no.  Are
9  they related?
10     MR. CIRSCH:  Object to form.
11     THE WITNESS:  This is not a yes and no
12  question.  You have to take the whole protocol
13  into consideration to answer this question.
14     The whole protocol determines what is a
15  regulated asbestos, and then the asbestiform and
16  high tensile strength is just a general
17  definition.  That's what it means.
18     Q.     (By Mr. Chachkes)  Okay.  So if I want to
19  figure out what nonasbestos analog means in 1.1, I
20  could not use definitions like 2.6, 2.7, 2.8 to help
21  me determine that?
22     MR. CIRSCH:  Object to form.
23     THE WITNESS:  Well, those definitions tell
24  you what is a regulated asbestos fiber.  There
25  is nothing in the protocol that tells you how to

231

1  make the determination other than the counting
2  rules.
3     Certainly, if it doesn't have parallel
4  sides, if it is a piece of a chunk of rock,
5  yeah, that's nonasbestiform.  But when it has
6  the definition and meets the regulatory fiber
7  definition for asbestos, it is asbestos.
8     Q.     (By Mr. Chachkes)  Okay.  But you agree
9  with the sentence in -- all right.  Strike that.
10     You personally can distinguish between
11  asbestos and nonasbestos analogs with TEM; is that
12  correct?
13     MR. CIRSCH:  Object to form.
14     THE WITNESS:  Yes, I can.
15     Q.     (By Mr. Chachkes)  Using the ISO 13794
16  method; correct?
17     A.     Yes, I can.  If it doesn't meet the
18  counting rules, it doesn't have parallel sides, it
19  doesn't have the aspect ratio, I don't record that as
20  an asbestos -- as an asbestos -- regulated asbestos
21  fiber.
22     Outside those counting rules, there's
23  nothing else in there.  If it has parallel sides --
24  and what we're arguing is a small number of fibers.
25  I think in the MDL we had almost 90-something percent

232

1  bundles.
2     So then we're dealing with some single
3  fibers.  And because we have this -- and I'll call
4  it -- since a population is more than one, for these
5  two mine sources we're dealing with, we have a large
6  number of asbestiform bundles and a much smaller
7  number of individual fibers.
8     Q.     Would you agree that there are two types
9  of tremolite --
10     MR. CIRSCH:  Did you finish your answer,
11  Dr. Longo?
12     THE WITNESS:  I think so.
13     Q.     (By Mr. Chachkes)  Would you agree that
14  there's two kinds of tremolite: asbestiform and
15  nonasbestiform?
16     A.     I agree there's tremolite asbestos; and
17  then there's tremolite asbestos, regulated tremolite
18  asbestos.  Then there is what we don't count as a
19  regulated asbestos fiber because of various reasons.
20     Q.     Is there such a thing as nonasbestiform
21  tremolite?
22     A.     There is cleavage fragment type small
23  particulates of tremolite that we do not count.  You
24  can call it nonasbestiform; you can call it a
25  cleavage fragment.  But I would agree with that.

233

16:49:23 1 Anything below 5-to-1 aspect ratio we don't count.
16:49:27 2 And you can call it whatever you like, but it's not a
16:49:30 3 regulated asbestos fiber/bundle.
16:49:32 4 Q. Okay. Do you ever -- do you feel like you
16:49:39 5 have the ability to talk about a mineralogical --
16:49:42 6 what you called a mineralogical definition of
16:49:44 7 asbestos? Or is that outside of your expertise?
16:49:47 8 A. You mean a geological definition?
16:49:49 9 Q. Or a geological.
16:49:50 10 A. Sure.
16:49:50 11 Q. Okay. Geologically, what's a
16:49:52 12 nonasbestiform asbestos?
16:49:53 13 A. Rocks.
16:49:56 14 Q. That's it? Everything that's rock is
16:49:59 15 nonasbestiform asbestos?
16:50:01 16 MR. CIRSCH: Object to form.
16:50:02 17 THE WITNESS: If it doesn't have a fibrous
16:50:04 18 habit, it's nonasbestos.
16:50:07 19 Q. (By Mr. Chachkes) Okay.
16:50:08 20 A. Or habit -- excuse me -- not habitat. I
16:50:10 21 think that's where animals live. I apologize.
16:50:12 22 Strike that.
16:50:12 23 If the crystalline habit is not fibrous,
16:50:17 24 then it's not something that is mined or used as a
16:50:20 25 regulated -- and it's not determined to be a

234

16:50:24 1 regulated asbestos.
16:50:24 2 Q. All right. You remember the original
16:50:26 3 question was not about regulations; it was about the
16:50:28 4 geological definitions; right?
16:50:31 5 MR. CIRSCH: Object to form.
16:50:32 6 THE WITNESS: I believe I have enough
16:50:33 7 expertise to discuss the geological definitions,
16:50:36 8 to discuss this high tensile strength, to
16:50:40 9 discuss what the value of a mine is that has
16:50:42 10 very matted, very fibrous asbestos, like
16:50:45 11 chrysotile, versus what a ton of the same
16:50:49 12 asbestos where it's 7M and it's almost two
16:50:54 13 orders of magnitude difference. It's about the
16:50:56 14 viability of a particular asbestos mine.
16:50:58 15 Q. (By Mr. Chachkes) Okay. Tremolite alone
16:51:02 16 does not mean it's asbestos; would you agree with
16:51:04 17 that statement --
16:51:09 18 MS. O'DELL: Object to form.
19 Q. (By Mr. Chachkes) -- saying something's
20 tremolite?
21 MS. O'DELL: Object to form.
16:51:10 22 THE WITNESS: It depends on what you're
16:51:11 23 talking about. If you're talking about, say,
16:51:14 24 XRD 20, 30, 40 years ago, said tremolite in a
16:51:20 25 particular mine and over time that particular

235

16:51:24 1 mine has shown that the tremolite in there is
16:51:27 2 primarily asbestiform, then, yeah, you can take
16:51:30 3 all the data specifically and say, well, this
16:51:34 4 whole data with XRD shows that there was
16:51:37 5 tremolite present, but no, it doesn't -- XRD
16:51:39 6 does not give you fibrous. But after a while,
16:51:43 7 if you analyze enough samples out of the mine
16:51:45 8 and you're seeing regulated asbestos fibers and
16:51:47 9 bundles, then more likely than not those initial
16:51:51 10 XRD analysis was asbestos.
16:51:53 11 Q. (By Mr. Chachkes) Without referring to
16:51:55 12 the -- so you understand that I can look at a tree in
16:52:00 13 many different ways. I can look at it through a
16:52:02 14 microscope, I can look at it through a telescope, I
16:52:05 15 can look at it with my own eyes. So far you're with
16:52:08 16 me?
16:52:08 17 A. So far.
16:52:09 18 Q. Okay. Do you understand that the way I
16:52:10 19 look at it doesn't change the definition of whether
16:52:10 20 it's a tree or not; right?
16:52:14 21 MR. CIRSCH: Object to form.
16:52:15 22 Q. (By Mr. Chachkes) Is that true or not?
16:52:16 23 MR. CIRSCH: Object to form.
16:52:17 24 Q. (By Mr. Chachkes) I'm only asking about
16:52:20 25 the tree now.

236

16:52:21 1 A. I don't think you would be able to tell by
16:52:24 2 a telescope. But if you're looking at a tree, it's a
16:52:27 3 tree.
16:52:27 4 Q. Right. It doesn't matter how I'm looking
16:52:29 5 at it. A tree is a tree; is that correct?
16:52:32 6 MS. O'DELL: Object to form.
16:52:33 7 THE WITNESS: Your tree analogy for a
16:52:36 8 tree, that's correct.
16:52:36 9 Q. (By Mr. Chachkes) Okay. So are you
16:52:38 10 saying it's different for asbestos? I call something
16:52:41 11 asbestos or nonasbestiform depending on how I look at
16:52:44 12 it?
16:52:44 13 MR. CIRSCH: Object to form.
16:52:45 14 THE WITNESS: No. It's sort of a
16:52:46 15 misleading kind of analogy.
16:52:48 16 What I'm talking about is back 50 years
16:52:53 17 ago, when you're looking at a tree, you said it
16:52:56 18 was a tree. Somebody asked later that -- people
16:52:59 19 went in who actually knew what trees were and
16:53:02 20 said, well, 95 percent of these are oak trees 40
16:53:05 21 years later. Then you go, well, what was I
16:53:07 22 actually looking at 50 years ago for these same
16:53:10 23 trees? Well, oak trees.
16:53:11 24 Q. (By Mr. Chachkes) I'm just talking
16:53:13 25 about -- okay. Stick with me here. Don't talk about

237

16:53:16 1   history.  Don't talk about the way I'm looking at
16:53:18 2   things.  Don't talk about regulations.
16:53:20 3       Just strictly objectively, what is
16:53:24 4   nonasbestiform versus asbestiform?
16:53:27 5       MR. CIRSCH:  Object to form.
16:53:28 6   Q.   (By Mr. Chachkes)  And if you can do that
16:53:30 7   without telling me -- without -- can you do that
16:53:33 8   without talking about the device I'm looking at it
16:53:34 9   with?  Is that possible?
16:53:37 10      MR. CIRSCH:  Object to form.
16:53:38 11      THE WITNESS:  No --
16:53:40 12  Q.   (By Mr. Chachkes)  Okay.  What --
       13  A.   -- because --
16:53:43 14      MR. CIRSCH:  Let him answer.
16:53:43 15      THE WITNESS:  What we're doing here is
16:53:44 16  we're using sophisticated devices to make the
16:53:49 17  determination if these are regulated asbestos or
16:53:50 18  not.
16:53:50 19      I understand that maybe for whatever
16:53:52 20  reason you want to just pick little pieces here
16:53:55 21  and there, but this is not what we do with this
16:53:56 22  analysis.
16:53:57 23      We're using standard peer-reviewed
16:54:02 24  published protocols for the determination of
16:54:05 25  regulated asbestos fibers and bundles.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

238

16:54:08 1   Q.   (By Mr. Chachkes)  Tremolite -- just
16:54:10 2   saying something is tremolite does not mean it's
16:54:12 3   asbestos in certain contexts; is that true?
16:54:15 4       MS. O'DELL:  Object to the form.
16:54:16 5       THE WITNESS:  Again, when we do these
16:54:18 6   analyses, anything that doesn't meet the
16:54:20 7   regulated asbestos counting rules we do not
16:54:23 8   count.  You can call it whatever you like, but
16:54:25 9   it doesn't meet the counting rules.
16:54:27 10      Everything that we have published and
16:54:29 11  provided here is regulated asbestos fibers and
16:54:32 12  bundles.
16:54:33 13  Q.   (By Mr. Chachkes)  Okay.  What is a
16:54:34 14  cleavage fragment?
16:54:35 15  A.   Cleavage fragment, typically for
16:54:38 16  tremolite, is particulates that have an aspect ratio
16:54:41 17  of somewhere between 1-to-1 to 1-to-2, but they will
16:54:44 18  have the same chemistry and the same crystalline
16:54:47 19  pattern.
16:54:48 20  Q.   Do you agree with ISO 13794 when it
16:54:53 21  defines cleavage fragment as a fragment of a crystal
16:54:57 22  that is bounded by cleavage faces?
16:55:00 23  A.   Yes.
16:55:00 24  Q.   Would you agree with this statement:
16:55:03 25  Crushing of nonasbestiform amphiboles can -- I'm

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

239

16:55:09 1   sorry.  Strike that.  Start again.
16:55:19 2       Do you agree with this statement:
16:55:21 3   Crushing of nonasbestiform amphibole can lead to
16:55:24 4   elongate fragments that conform to the definition of
16:55:27 5   a fiber?
16:55:30 6   A.   I've not seen those with these counting
16:55:35 7   rules.  Certainly we have seen lots of these
16:55:38 8   fragments that are below 5-to-1 aspect ratio.
16:55:45 9       I'm not ruling it out, but we typically
16:55:47 10  don't see that.  When we did a size distribution
16:55:51 11  of --
16:55:52 12  Q.   I'm not talking about what you can't
16:55:54 13  see --
16:55:55 14      MR. CIRSCH:  Hold on.
16:55:56 15      THE WITNESS:  Hold on, hold on.
16:55:57 16      We don't typically see that but your
16:55:59 17  hypothetical, if it does have parallel sides, if
16:56:02 18  it does meet all the definitions of the counting
16:56:04 19  rules, you can call it what you like, but it's
16:56:07 20  regulated asbestos per the standard counting
16:56:10 21  rules for every one of these TEM methods that I
16:56:12 22  have referenced in my report.
16:56:15 23  Q.   (By Mr. Chachkes)  I kind of lost track
16:56:17 24  there.
16:56:17 25      Do you agree with the statement:  Crushing

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

240

16:56:20 1   of asbestiform amphibole can lead to elongate
16:56:23 2   fragments that conform to the definition of a fiber?
16:56:26 3       MR. CIRSCH:  Object to form.
16:56:27 4       THE WITNESS:  I've not seen one, so maybe
16:56:29 5   somebody else has.
16:56:30 6   Q.   (By Mr. Chachkes)  Okay.  Do you agree
16:56:32 7   with the statement:  Crushed nonasbestiform
16:56:34 8   amphiboles rarely have aspect ratios exceeding
16:56:37 9   30-to-1?
16:56:38 10  A.   I've not seen crushed -- I'm sorry, would
16:56:42 11  you repeat that?
16:56:43 12  Q.   Crushed nonasbestiform amphiboles rarely
16:56:46 13  have aspect ratios exceeding 30-to-1.
16:56:49 14  A.   I've rarely seen anything greater than
16:56:53 15  1-to-1, 2-to-1, 3-to-1.
16:57:00 16  Q.   The question is do you agree with that
16:57:02 17  statement, yes or no?
16:57:03 18  A.   That's too broad.  I mean, I would say
16:57:06 19  crushed particles of nonregulated asbestos fibers and
16:57:10 20  bundles, the aspect ratio very rarely exceeds 3-to-1,
16:57:18 21  4-to-1.
16:57:19 22  Q.   Okay.  ISO -- strike that.
16:57:24 23      What is the average width of a tremolite
16:57:28 24  fiber under the TEM?
16:57:31 25      MR. CIRSCH:  Object to form.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

241

```
16:57:31   1          THE WITNESS:  An individual fiber
16:57:32   2   typically can run anywhere from about .2 to .4,
16:57:39   3   seen some as high as .5 for an individual fiber.
16:57:42   4       Q.    (By Mr. Chachkes) Okay.  Do you have a
16:57:44   5   peer-reviewed reference to support that?
16:57:50   6          MS. O'DELL:  Your original question was
16:57:52   7   what he had seen.
16:57:54   8          MR. CHACHKES:  Actually, no.  The original
16:57:55   9   question was what is the average width.
16:57:56  10          THE WITNESS:  I think if you look at Wylie
16:57:58  11   and others, they say that single tremolite or
16:58:01  12   single amphibole fibers very rarely exceed .5,
16:58:04  13   .6.  So there's a number of references out
16:58:07  14   there.  I can't remember all the citations, but
16:58:09  15   there's a number of references on that.
16:58:11  16       Q.    (By Mr. Chachkes) The question is do you
16:58:12  17   have a peer-reviewed reference to cite to to support
16:58:15  18   your testimony that the average width of a tremolite
16:58:18  19   fiber is usually between .2 and .4?
16:58:21  20          MR. CIRSCH:  Object to form.
16:58:22  21          THE WITNESS:  I've seen as high as .5.
16:58:25  22   There's a range.  And it's been published
16:58:28  23   before, but no, I don't have the citation on me.
16:58:30  24       Q.    (By Mr. Chachkes) What's the average
16:58:31  25   width of an anthophyllite fiber under TEM?
```

242

```
16:58:37   1          MR. CIRSCH:  Object to form.
16:58:37   2          THE WITNESS:  Typically in the same range
16:58:40   3   as tremolite.
16:58:41   4       Q.    (By Mr. Chachkes) And do you have a
16:58:44   5   citation for a peer-reviewed paper to support that?
16:58:47   6       A.    Not that I can rattle off the top of my
16:58:51   7   head, no, sir.
16:58:52   8       Q.    What's the largest width an anthophyllite
16:58:54   9   particle can have and still be characterized as a
16:58:57  10   fiber under TEM?
16:59:00  11          MR. CIRSCH:  Object to form.
16:59:01  12          MS. O'DELL:  Would you repeat that,
16:59:03  13   please?
16:59:03  14       Q.    (By Mr. Chachkes) What is the largest
16:59:04  15   width of an anthophyllite particle -- strike that.
16:59:08  16          What is the largest width an anthophyllite
16:59:10  17   particle can have and still be characterized as a
16:59:12  18   fiber under TEM?
16:59:14  19       A.    Whatever width that will exceed equal to
16:59:22  20   5-to-1 aspect ratio.  So it doesn't have a cutoff on
16:59:26  21   the width for a single fiber.  As long as it
16:59:32  22   exceeds -- greater than or equal to 5 -- aspect ratio
16:59:35  23   of 5.
16:59:36  24       Q.    So the width doesn't matter; it's the
16:59:38  25   aspect ratio that matters?
```

243

```
16:59:40   1       A.    Correct.
16:59:40   2       Q.    Okay.  Do you have a reference,
16:59:43   3   peer-reviewed reference, to cite for that?
16:59:45   4       A.    Every one of the counting protocols do not
16:59:48   5   have a maximum on the width.  They all have the same
16:59:52   6   counting protocol for the aspect ratios for the
16:59:56   7   length, for greater than .5 micrometers.  So they're
17:00:00   8   all the same.
17:00:01   9          I'm not aware of any of these
17:00:03  10   peer-reviewed publications, protocols, stating that
17:00:08  11   there is a maximum width.
17:00:11  12          MR. CIRSCH:  We've been going about an
17:00:12  13   hour, so when you get to the next spot, can we
17:00:15  14   take a break?
17:00:16  15          MR. CHACHKES:  Sure.  Give me maybe like 5
17:00:17  16   more minutes; is that okay?
17:00:18  17          MR. CIRSCH:  It's up to the doctor.
17:00:18  18          THE WITNESS:  I would like to take a break
17:00:20  19   now.
17:00:20  20       Q.    (By Mr. Chachkes) Okay.  Can I just
17:00:22  21   ask -- let me ask one more --
          22       A.    Okay.
17:00:24  23       Q.    -- because it's just basically had the same
17:00:25  24   one, tremolite.
17:00:26  25          What is the largest width a tremolite
```

244

```
17:00:28   1   particle can have and still be characterized as a
17:00:30   2   fiber under TEM?  Is it same answer?
17:00:32   3       A.    It's the same answer.  Now, we don't see
17:00:34   4   any single fibers with widths that exceed or that are
17:00:39   5   any width.  I mean, it's in that range that I've
17:00:42   6   talked about.
17:00:43   7          Typically, when it gets larger, it is a
17:00:45   8   bundle, and you can have -- we've had bundles as wide
17:00:49   9   as 1 to 2 micrometers in diameter, but that's made up
17:00:53  10   of -- something that big is made up tens to hundreds
17:00:57  11   of individual fibers.
17:00:57  12       Q.    But hypothetically, you see a tremolite
17:00:58  13   particle with a width of 1, you would still
17:01:01  14   characterize that as a fiber if the aspect ratio was
17:01:06  15   in the right range?
17:01:08  16          MR. CIRSCH:  Object to form.
17:01:09  17          THE WITNESS:  Hypothetically, because I
17:01:11  18   don't believe we've ever seen one in any of
17:01:13  19   these protocol -- any of these analyses.  But if
17:01:14  20   it has -- if it meets the peer-reviewed counting
17:01:18  21   rules for regulated asbestos, yes, it would be
17:01:21  22   counted, hypothetically.
17:01:23  23          MR. CHACHKES:  Okay.  Let's take a break.
17:01:25  24          (Recess from 5:01 p.m. to 5:20 p.m.)
17:21:00  25       Q.    (By Mr. Chachkes) Going back to
```

245

17:21:07 1    Exhibit 21, which is ISO 13794, now, 2.7, that's a
17:21:16 2    definition of asbestos; correct?
17:21:20 3        A.    2.7?
17:21:21 4        Q.    Yes.  On page 2.
17:21:23 5        A.    Oh.
17:21:42 6        Q.    Is that a definition of asbestos?
17:21:45 7        A.    That's their definition, yes, sir.
17:21:47 8        Q.    Okay.  Now, I've heard you use the phrase,
17:21:50 9    the distinction, geological and regulatory
17:21:54 10   definitions as if they were different.  Which one is
17:21:57 11   this?
17:21:58 12       A.    It's just a general definition.
17:22:04 13       Q.    Okay.  It's not a geological definition,
17:22:07 14   it's not a regulatory definition, it's just a
17:22:09 15   definition?
17:22:10 16       A.    Let's see.  Crystallized in asbestiform
17:22:14 17   habit.  That's for both.  Long, thin, flexible,
17:22:18 18   strong fibers when crushed or processed.  They don't
17:22:20 19   define what strong is, but that's just a general
17:22:23 20   definition.
17:22:23 21       Q.    Okay.  Is it your opinion that there's no
17:22:28 22   such thing as a cleavage fragment for something that
17:22:31 23   has a greater than 5-to-1 aspect ratio?
17:22:33 24       A.    I never said that.
17:22:34 25       Q.    Okay.  Is there such a thing as a cleavage

246

17:22:40 1    fragment for something that has a greater than 5-to-1
17:22:41 2    aspect ratio?
17:22:41 3        A.    With parallel sides we've not seen one,
17:22:44 4    but I guess hypothetically it's possible.
17:22:46 5        Q.    Okay.  Is there anything in the published
17:22:55 6    literature that you've seen that suggests that there
17:22:58 7    are cleavage fragments with a greater than 5-to-1
17:23:02 8    aspect ratio?
17:23:02 9        A.    There's been a number of published
17:23:05 10   articles that state things like that, yes.
17:23:08 11       Q.    Are there any published articles that
17:23:11 12   state that there are cleavage fragments that have
17:23:13 13   greater than 3-to-1 aspect ratio?
17:23:15 14       A.    Yes, there is publications that state
17:23:19 15   that.
17:23:19 16       Q.    Okay.  If I pulled a hand-sized amphibole
17:23:27 17   rock out that had a greater than 5-to-1 aspect ratio,
17:23:32 18   would you call that a fiber?
17:23:34 19           MR. CIRSCH:  Object to form.
17:23:34 20           THE WITNESS:  If it is a rock and doesn't
17:23:36 21   have any parallel sides that define a fiber, no.
17:23:40 22       Q.    (By Mr. Chackhes)  Does MAS have a
17:23:42 23   protocol in place for describing the dimensions of
17:23:44 24   fibers under the visual inspection under TEM?
17:23:47 25       A.    Yes.

247

17:23:48 1        Q.    Is it written down?
17:23:51 2        A.    Yes.
17:23:51 3        Q.    Have you produced it?
17:23:53 4        A.    No.
17:23:54 5            MR. CHACHKES:  Okay.  We'd like that
17:23:56 6    produced.
17:23:56 7            MS. O'DELL:  We'll consider it.
17:23:57 8        Q.    (By Mr. Chachkes)  Okay.  Does MAS have a
17:23:58 9    protocol in place for describing the dimensions of
17:24:01 10   fibers -- sorry.
17:24:10 11           What do you call that protocol?  Is there
17:24:12 12   a name for it?
17:24:13 13       A.    Well, the protocol is the method we have
17:24:16 14   here.  It tells you how to make those measurements.
17:24:18 15   It has -- the microscopes have calibrated concentric
17:24:24 16   circles that allow you to make the measurements for
17:24:28 17   greater than .5 micrometers.  It is -- parallel sides
17:24:33 18   is a visual determination.
17:24:37 19           MR. CHACHKES:  Let's look at that.  Let's
17:24:39 20   look at some TEM photomicrographs.  Can we mark
17:24:43 21   this Exhibit 22?  Can we just put the sticker
17:24:52 22   here so it doesn't obstruct anything?
17:24:54 23           (Defendants' Exhibit 22 was marked for
17:25:15 24   identification.)
17:25:15 25       Q.    (By Mr. Chachkes)  All right.  Look at

248

17:25:16 1    Exhibit 22.  Can you tell me what -- that very top
17:25:22 2    row of three, is that asbestiform fibers, if you knew
17:25:28 3    you were looking at an amphibole?
17:25:30 4        A.    Top row, this one?
17:25:32 5        Q.    Yeah.
17:25:34 6        A.    Just looking at the photograph, I would
17:25:38 7    state that that is a regulated asbestos size --
17:25:41 8    asbestiform or not for these different photographs.
17:25:48 9        Q.    All right.
17:25:48 10       A.    Certainly one, I would say two.  I'd have
17:25:52 11   to be looking at that under a TEM to make that
17:25:55 12   determination if it's asbestiform or not.  It
17:25:57 13   certainly has the aspect ratio; it has parallel
17:26:01 14   sides.  That would be a regulated asbestos, at least
17:26:02 15   in TEM.  It's unclear.  This may be -- this may be
17:26:10 16   optical microscopy.
17:26:13 17       Q.    That third one on the very top row, what
17:26:17 18   could you see under TEM or do under TEM that would
17:26:20 19   make you say, oh, that's not regulated asbestos,
17:26:25 20   assuming it's an amphibole?
17:26:26 21       A.    Well I would have to be looking at it
17:26:28 22   under the TEM so -- you're looking at an optical
17:26:32 23   microscopy picture.
17:26:33 24       Q.    But what is it you would be -- what is it
17:26:36 25   that you could see under a TEM that would make you

249

```
17:26:38   1    think that's not -- because the aspect ratio
17:26:40   2    obviously is greater than 5-to-1; right?
17:26:41   3         A.   Well, I would take a look at it and see
17:26:43   4    parallel sides, is that multiple fibers.  I don't
17:26:48   5    know what magnification this is at.
17:26:50   6              So again, I would prefer to be looking at
17:26:51   7    something under a TEM than just play
17:26:54   8    guess-what-this-is.
17:26:54   9         Q.   Okay.  So it's possible what you're
17:26:56  10    looking at there which has an aspect ratio of -- it's
17:27:00  11    greater than 5-to-1; right?
17:27:01  12         A.   That's correct.
17:27:02  13         Q.   Okay.  It's possible that that's not --
17:27:04  14    that's nonasbestiform if it doesn't have parallel
17:27:08  15    sides; is that true?
17:27:09  16         A.   Again, this is an optical microscopy
17:27:11  17    picture.  So unless I was looking at this under the
17:27:14  18    TEM, but certainly has parallel sides.  I don't know
17:27:17  19    the width.  I can't really make out the micron bar, I
17:27:21  20    don't know the magnification.
17:27:22  21              So you'll have to get some other expert to
17:27:25  22    take a look at it, if he's willing to opine what that
17:27:29  23    is versus the counting rules in the TEM.
17:27:32  24         Q.   In the second row, assuming that
17:27:36  25    everything in the second row is amphibole, would you
```

250

```
17:27:40   1    call those asbestiform or not?
17:27:44   2         A.   Again, I'm looking at an optical
17:27:51   3    microscopy picture.  We've got a bundle that -- I
17:27:58   4    mean, I can't look at the micron bar.  Possibly just
17:28:01   5    the one in the middle because you can see individual
17:28:03   6    fibrils.
17:28:04   7         Q.   Okay.  If you saw that under your TEM,
17:28:07   8    would you label that as asbestos?
17:28:08   9         A.   Well, I'm not looking at it under TEM.  So
17:28:13  10    if it's under an optical microscopy method and it
17:28:16  11    meets the definition, it's got parallel sides, it
17:28:20  12    looks like it has multiple fibers in the bundle, that
17:28:23  13    by definition is asbestiform.
17:28:25  14         Q.   And why do you say it looks like it has
17:28:28  15    multiple fibers in the bundle?
17:28:29  16         A.   Because I can see them.
17:28:30  17         Q.   Okay.  You're referring to the lines that
17:28:34  18    go from the northwest towards the southeast starting
17:28:36  19    in the top?
17:28:37  20         A.   Yes, sir.
17:28:37  21         Q.   Okay.  In the third row, assuming those
17:28:40  22    are amphiboles, do you have enough information to
17:28:44  23    determine whether they're asbestiform?
17:28:46  24         A.   I can't really see what we have here under
17:28:50  25    these.  And I'm assuming the fourth and five row --
```

251

```
17:28:56   1         Q.   Well, let's not get ahead of ourselves.
17:29:00   2              Now, in the third row, do you have enough
17:29:04   3    information from these pictures to see whether
17:29:07   4    they're bundles or fibers?
17:29:09   5         A.   No.  It's too out of focus.
17:29:12   6         Q.   Okay.
17:29:12   7         A.   I would -- looks like you have dark field
17:29:15   8    here.  I would have to see this in the TEM.
17:29:17   9         Q.   Okay.  In the second row, far left, do you
17:29:21  10    have enough -- does it appear to you whether there
17:29:24  11    are bundles or fibers?
17:29:25  12         A.   No, you can't make out.  Most of these are
17:29:27  13    just particles.  And I would have to be looking at
17:29:31  14    this one that has parallel sides.  But I would have
17:29:36  15    to be determining if I could see individual fibers in
17:29:38  16    it or not.
17:29:39  17         Q.   In the fourth row, second from the bottom,
17:29:46  18    are these asbestiform?
17:29:48  19         A.   Maybe.
17:29:50  20         Q.   What additional information would you need
17:29:53  21    to determine that?
17:29:53  22         A.   I need to be looking at it in the TEM
17:29:58  23    or -- so that I can make a determination.  The size,
17:30:02  24    the magnification.
17:30:08  25         Q.   Do you have enough information in the
```

252

```
17:30:10   1    second -- in that second-to-last row, those three
17:30:13   2    pictures, to determine whether that's asbestiform?
17:30:15   3         A.   I wouldn't make that call either way
17:30:18   4    unless I could be looking at it under the TEM.  It
17:30:22   5    looks like very little magnification.  And I
17:30:25   6    apologize, but they're fairly poor photographs.
17:30:28   7         Q.   Okay.  In the last row, same question.  In
17:30:31   8    those three pictures at the very bottom of
17:30:34   9    Exhibit 22, are those -- see the single fibers -- the
17:30:37  10    single item in the middle, would you call that
17:30:40  11    asbestiform?
17:30:41  12         A.   It has parallel sides.  I can't see
17:30:48  13    individual fibers.  But I would call that a regulated
17:30:52  14    asbestos fiber or bundle, maybe.
17:30:55  15              Again, I would need to be looking at the
17:30:57  16    TEM analysis of these or at least better photographs.
17:31:01  17         Q.   Okay.  So the bottom six are all TEM
17:31:08  18    photomicrographs from you?  You realize that; right?
17:31:12  19              MR. CIRSCH:  Object to form.
17:31:13  20              THE WITNESS:  And that's fine.  If you
17:31:14  21    tell me which ones they are, at least I can get
17:31:17  22    better images.
17:31:17  23         Q.   (By Mr. Chachkes)  These are the images
17:31:20  24    you provided to us; right?
17:31:22  25         A.   Well, when we provide the book, we provide
```

253

| | |
|---|---|
| 17:31:25 | 1 a large photograph that has better resolution, |
| 17:31:30 | 2 et cetera. |
| 17:31:33 | 3    Q.   Okay.  Yeah, let's go look at -- let's |
| 17:31:34 | 4 look in the book, the upper left.  So from the |
| 17:31:38 | 5 bottom -- what? |
| 17:31:44 | 6    MS. TROVATO:  I'll let you know which one |
| 17:31:45 | 7 I have marked. |
| 17:31:47 | 8    MR. CHACHKES:  Okay.  I'm going to grab |
| 17:31:48 | 9 one for you from the book.  Just tear it out. |
| 17:31:54 | 10 Okay.  Let's mark it as Exhibit 23. |
| 17:31:59 | 11    (Defendants' Exhibit 23 was marked for |
| | 12    identification.) |
| 17:32:21 | 13    (Off the record.) |
| 17:32:21 | 14    Q.   (By Mr. Chachkes)  Okay.  So around |
| 17:32:23 | 15 page 985.  Okay.  So this one corresponds to second- |
| 17:32:28 | 16 to-the-last row, far right; correct? |
| 17:32:34 | 17    A.   Yes. |
| 17:32:34 | 18    Q.   Okay.  Are you looking at something that's |
| 17:32:36 | 19 asbestiform there? |
| 17:32:37 | 20    A.   I'm looking at a regulated asbestos |
| 17:32:43 | 21 structure.  We have talc underneath it.  But I would |
| 17:32:46 | 22 see individual fibers -- you know, I'm not on the |
| 17:32:51 | 23 TEM.  This is only 1/2 micrometer in width, but it |
| 17:32:54 | 24 looks like we have individual fibers in here.  So |
| 17:32:56 | 25 yes. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

254

| | |
|---|---|
| 17:32:56 | 1    Q.   Okay.  Is this -- so for those of us who |
| 17:33:03 | 2 are trying to determine whether you made the right |
| 17:33:05 | 3 call, is this photomicrograph enough to determine the |
| 17:33:08 | 4 morphology of what we're looking at? |
| 17:33:13 | 5    A.   Yes. |
| 17:33:14 | 6    Q.   Okay.  In your old reports, the reports |
| 17:33:33 | 7 that were the non-MDL samples, would you agree that |
| 17:33:36 | 8 you characterized the majority of the particles |
| 17:33:38 | 9 identified as fibrous, not bundles? |
| 17:33:41 | 10    MR. CIRSCH:  Object to form. |
| 17:33:42 | 11    THE WITNESS:  I don't think I ever counted |
| 17:33:45 | 12 them up. |
| 17:33:45 | 13    Q.   (By Mr. Chachkes)  Okay.  In your MDL -- |
| 17:33:50 | 14 but the majority, the large majority is fiber, not |
| 17:33:53 | 15 bundles in the old MDL reports? |
| 17:33:56 | 16    MS. O'DELL:  Object to form. |
| | 17    THE WITNESS:  I'm not sure I agree with |
| 17:33:58 | 18 that. |
| 17:33:58 | 19    Q.   (By Mr. Chachkes)  I'm sorry, the old |
| 17:33:59 | 20 non-MDL reports. |
| 17:34:00 | 21    A.   I'd have to look at them to see if I agree |
| 17:34:03 | 22 with that or not. |
| 17:34:03 | 23    Q.   Okay.  In your new -- the MDL reports, |
| 17:34:07 | 24 about 96 percent of the particles your analysts |
| 17:34:11 | 25 identify are bundles; correct? |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

255

| | |
|---|---|
| 17:34:12 | 1    A.   Correct. |
| 17:34:12 | 2    Q.   If there's a stark difference between the |
| 17:34:18 | 3 ratio of fibers to bundle found as compared between |
| 17:34:21 | 4 the MDL sample analysis and the non-MDL sample |
| 17:34:25 | 5 analysis, what would explain that? |
| 17:34:26 | 6    MR. CIRSCH:  Object to form. |
| 17:34:27 | 7    THE WITNESS:  That there was more bundles |
| 17:34:29 | 8 than fibers. |
| 17:34:30 | 9    Q.   (By Mr. Chachkes)  Aren't they supposed to |
| 17:34:31 | 10 be the same thing, representative sample of J&J talc? |
| 17:34:35 | 11    MR. CIRSCH:  Object to form. |
| 17:34:35 | 12    THE WITNESS:  Not necessarily. |
| 17:34:36 | 13    Q.   (By Mr. Chachkes)  Why not? |
| 17:34:37 | 14    A.   It's just a matter of where -- the area in |
| 17:34:40 | 15 the mine and what was dug out, if that was correct, |
| 17:34:42 | 16 then we should say that all J&J talc has these |
| 17:34:46 | 17 concentrations of asbestos.  So that doesn't bother |
| 17:34:50 | 18 me. |
| 17:34:50 | 19    Q.   You think it might be random chance that |
| 17:34:55 | 20 the same mine samples in your old reports you report |
| 17:35:00 | 21 majority of fibers, and in your new reports you |
| 17:35:04 | 22 report as almost exclusively bundles? |
| 17:35:06 | 23    MR. CIRSCH:  Object to form. |
| 17:35:08 | 24    THE WITNESS:  We just call them as we see |
| 17:35:09 | 25 them. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

256

| | |
|---|---|
| 17:35:10 | 1    Q.   (By Mr. Chachkes)  But is it random |
| 17:35:11 | 2 chance?  That's what I'm asking. |
| 17:35:12 | 3    A.   I don't know if it's random chance or not. |
| 17:35:16 | 4 These are what we distinguish as fibers and bundles. |
| 17:35:20 | 5    Q.   Okay.  One would expect a random sample of |
| 17:35:23 | 6 bottles from a Vermont mine over time to have the |
| 17:35:27 | 7 same ratio whether you are looking last year or this |
| 17:35:30 | 8 year; right? |
| 17:35:31 | 9    MR. CIRSCH:  Object to form. |
| 17:35:32 | 10    THE WITNESS:  I'm only aware of in the old |
| 17:35:36 | 11 samples that there was two that could be said |
| 17:35:39 | 12 came from Vermont.  So we're looking at a much |
| 17:35:42 | 13 bigger population of Vermont samples than we |
| 17:35:45 | 14 were of the originals.  And one of those was a |
| 17:35:50 | 15 MDL sample.  So you're comparing apples and |
| 17:35:54 | 16 oranges. |
| 17:35:55 | 17    Q.   (By Mr. Chachkes)  What about the Italian? |
| 17:35:56 | 18    A.   The Italian, I'd have to look at it and |
| 17:36:01 | 19 count them up because there wasn't that many fibers |
| 17:36:04 | 20 as compared to the others, so we have a bigger pool |
| 17:36:06 | 21 of fibers and bundles. |
| 17:36:07 | 22    Q.   If you did the entire set of MDL samples |
| 17:36:10 | 23 over again, would you expect to find the same ratio |
| 17:36:13 | 24 of bundles to fibers? |
| 17:36:17 | 25    MR. CIRSCH:  Object to form. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

257

17:36:17 1  THE WITNESS: I don't have any expectation
17:36:19 2  of what we're going to find or what we expect.
17:36:21 3  We just count using the protocols and make the
17:36:25 4  decision on what morphology it is.
17:36:27 5  Q. (By Mr. Chachkes) Okay. Have you
17:36:28 6  testified that the modified Blount TEM method you
17:36:31 7  employed in your March 2018 report is materially
17:36:35 8  identical to the ISO 22262?
17:36:37 9  A. I don't think I -- it's not identical.
17:36:43 10 The old Blount report uses a different heavy density
17:36:47 11 liquid separation. But the ISO, we can use the same
17:36:52 12 spin rate, same time for rpm and spin rate.
17:36:59 13  But the difference is -- even the old
17:37:03 14 Blount is the same. And that's -- what's interesting
17:37:06 15 about the ISO 22262-2, it gives you the leeway to use
17:37:11 16 whatever you need to use. And the only thing it
17:37:16 17 really specifies is the density of the heavy liquid.
17:37:21 18  Q. You used the Blount TEM method in your
17:37:23 19 March 2018 report; correct?
17:37:24 20  A. Correct.
17:37:24 21  Q. Was it materially identical to what's
17:37:28 22 mandated in ISO 22262?
17:37:32 23  A. ISO 22262 doesn't mandate any particular
17:37:35 24 conditions. So you can use whatever procedures you
17:37:41 25 feel work the best. And that's because the spin

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

258

17:37:45 1  rates and rpm does not really affect the overall
17:37:48 2  concentrations, and it happened to be the same
17:37:51 3  density, liquid density.
17:37:53 4  Q. You've testified that the same four
17:37:56 5  associates at MAS have conducted all of MAS's
17:37:58 6  analysis of Johnson's Baby Powder in your reports
17:38:01 7  going all the way back to 2017; is that correct?
17:38:03 8  MR. CIRSCH: Object to form.
17:38:04 9  THE WITNESS: We have some of the same
17:38:08 10 people, yes.
17:38:09 11  Q. (By Mr. Chachkes) Okay. What about are
17:38:11 12 they the same? Is it the same people who were
17:38:13 13 doing -- analyzing Johnson Baby Powder in early 2017
17:38:19 14 as are doing it now?
17:38:22 15  A. You'll have to clarify that question.
17:38:25 16  Q. Well, there were four people doing
17:38:28 17 analysis in the MDL report; right?
17:38:30 18  A. Correct.
17:38:30 19  Q. There are four people doing analysis in
17:38:33 20 the reports that rely on research all the way back
17:38:39 21 to -- analysis all the way back to 2017; correct?
17:38:42 22  A. I'd have to look at that.
17:38:43 23  Q. Okay. I'm asking is it the same four
17:38:46 24 people? You don't know?
17:38:48 25  MR. CIRSCH: Object to the form.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

259

17:38:49 1  THE WITNESS: I'd have to look and see who
17:38:50 2  the four people are because there are some folks
17:38:53 3  who started doing, you know, analysis now may
17:38:57 4  not have been doing analysis then, and there's
17:38:59 5  some folks doing analysis then that are not
17:39:02 6  doing analysis now. It's just easy to look in
17:39:05 7  the count sheets and see if they're the same or
17:39:08 8  not.
17:39:08 9  Q. (By Mr. Chachkes) Is there additional
17:39:12 10 data concerning the samples upon which you reported
17:39:15 11 for TEM that is in a file somewhere in your
17:39:20 12 laboratory but not printed out and not produced?
17:39:22 13  A. All the data for these particular samples
17:39:24 14 are here.
17:39:25 15  Q. Okay. Was there any data generated in
17:39:28 16 connection with the TEM analysis in this case that
17:39:30 17 was thrown away or deleted?
17:39:32 18  A. No, not that I'm aware of.
17:39:34 19  Q. You personally have not conducted any of
17:39:37 20 the PLM testing included in your MDL report; correct?
17:39:40 21  A. That is correct.
17:39:40 22  Q. Did you sit with your analysts as they did
17:39:42 23 the PLM testing?
17:39:45 24  A. I have probably looked in that optical
17:39:47 25 microscope 50 times in the last two months.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

260

17:39:50 1  Q. So when you say you've looked in it,
17:39:52 2  you've looked in it while your analysts were testing
17:39:58 3  MDL samples for the purposes of your current report?
17:40:00 4  A. Well, you can't -- both of you can't look
17:40:02 5  in the microscope at the same time. A lot of times
17:40:05 6  it's on the monitor that we use so that we can
17:40:09 7  increase the sensitivity. But, no, I don't
17:40:12 8  personally do the PLM analysis.
17:40:14 9  Q. Yeah, but I'm trying to get the sense of
17:40:16 10 were you actively involved looking through the
17:40:20 11 microscope or looking along with the other person
17:40:23 12 into the microscope for the PLM that's reported on in
17:40:25 13 the MDL?
17:40:27 14  A. I have been active with the PLM
17:40:29 15 microscopists looking at structures, looking at
17:40:34 16 different aspects of it, but ultimately he makes the
17:40:38 17 decision.
17:40:38 18  Q. Okay. So the decisions -- the opinions in
17:40:43 19 your report about whether the PLM was a positive for
17:40:46 20 asbestos, those are the opinions of your analysts?
17:40:50 21  A. It's not an opinion.
17:40:51 22  MS. O'DELL: Form.
17:40:52 23  THE WITNESS: It meets the definition. It
17:40:54 24 has the right crystalline information. It meets
17:40:58 25 all the different definitions. To me, that is

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

261

17:41:00 1   not an opinion.

17:41:01 2       Q.    (By Mr. Chachkes)  Okay.  Those are the

17:41:03 3   conclusions of your analysts?

17:41:05 4       A.    Yes.

17:41:06 5       Q.    Okay.  You have personally never tested a

17:41:08 6   talc sample for asbestos from start to finish

17:41:10 7   yourself?

17:41:11 8       A.    That is correct.

17:41:11 9       Q.    You're not trained in using PLM for the

17:41:14 10  purposes of testing talc for asbestos?

17:41:17 11          MR. CIRSCH:  Object to form.

17:41:18 12          THE WITNESS:  I have not taken a PLM

17:41:20 13  course for asbestos.

17:41:20 14      Q.    (By Mr. Chachkes)  You've not published

17:41:25 15  any PLM methodologies?

17:41:27 16      A.    No, sir.  We're not using our

17:41:29 17  methodologies.  We're using the standard protocol

17:41:33 18  talc.  So if we were to publish -- when we

17:41:36 19  publish this, we would be publishing that this is the

17:41:39 20  method we used.  That's like everybody else.

17:41:42 21      Q.    Have you published any PLM work testing

17:41:44 22  for asbestos in any context?

17:41:47 23      A.    Yes.

17:41:51 24      Q.    What is it?

17:41:52 25      A.    Our gasket study, our vermiculite studies,

262

17:41:59 1   our -- that have been published.  A number of papers

17:42:03 2   are published where it's going to be a study on

17:42:05 3   exposure.  You usually have to determine what the

17:42:08 4   concentration of asbestos is in the materials before

17:42:11 5   you publish that.

17:42:12 6       Q.    Those are published in peer-reviewed

17:42:14 7   literature?

17:42:14 8       A.    Yes, sir.

17:42:15 9       Q.    Okay.  But those are not finding asbestos

17:42:17 10  in talc; right?

17:42:21 11      A.    No, sir.  These are all construction

17:42:25 12  products.

17:42:26 13      Q.    Are you an expert in PLM?

17:42:30 14      A.    I think I know more than the average

17:42:32 15  layperson.

17:42:32 16      Q.    Are you an expert in PLM?

17:42:36 17          MR. CIRSCH:  Object to form.

17:42:37 18          THE WITNESS:  Again, that's up to a judge

17:42:38 19  to be an expert.

17:42:39 20          I know how the analysis is done, I could

17:42:42 21  do an analysis if I -- it would take me a lot

17:42:46 22  longer than what people typically do.

17:42:47 23      Q.    (By Mr. Chachkes)  One of the

17:42:48 24  disadvantages of PLM that you cite is that it cannot

17:42:51 25  resolve particles less than 1/2 micrometer; is that

263

17:42:56 1   correct?

17:42:56 2       A.    Individual fibers, unless they have a

17:42:58 3   number of fibers in a bundle.  But we don't see

17:43:00 4   individual fibers.  In fact, we haven't seen any

17:43:04 5   individual fiber in any of these analyses that we've

17:43:07 6   done.  They've all been very large bundles.

17:43:09 7       Q.    Is it unambiguously true that asbestos

17:43:19 8   particles must be at least 1/2 micrometer in the

17:43:21 9   smallest dimension to be visible under PLM?

17:43:23 10      A.    That's what's stated.  We never see

17:43:25 11  individual fibers of any size.  Everything that we

17:43:30 12  have run across is these very large bundles that have

17:43:33 13  multiple fibers in them.

17:43:35 14      Q.    But I'm talking about not what you're

17:43:37 15  actually seeing, but this is a matter of the

17:43:41 16  resolution.

17:43:42 17          Must asbestos particles be at least 1/2

17:43:45 18  micrometer in the smallest dimension to be visible

17:43:49 19  under PLM?

17:43:49 20      A.    It may be visible, but it's hard to go

17:43:53 21  through the dispersion staining and everything

17:43:55 22  associated to make a positive identification.

17:43:57 23          So maybe theoretically that's possible,

17:44:01 24  but it's not something that's routinely seen, that I

17:44:04 25  know of.

264

17:44:04 1       Q.    Do you have the ability to detect asbestos

17:44:08 2   fibers with a width of approximately .3 micrometers

17:44:13 3   by PLM?

17:44:15 4       A.    Again, it may be theoretically possible,

17:44:19 5   but I'm not aware that it's routinely done.  We've

17:44:23 6   never seen any in the cosmetic talc.

17:44:25 7       Q.    Shouldn't the particle distribution be on

17:44:33 8   a bell curve so that you would expect that some

17:44:37 9   exist?

17:44:37 10          MR. CIRSCH:  Object to form.

17:44:38 11          THE WITNESS:  I'm sure there is -- it is

17:44:41 12  in there because a lot of these we have positive

17:44:43 13  TEMs.  But these two techniques have different

17:44:47 14  size distributions that they can see or they can

17:44:49 15  resolve or not resolve to be able to absolutely

17:44:52 16  determine if it is regulated asbestos or not.

17:44:56 17      Q.    (By Mr. Chachkes)  Is it your position

17:45:01 18  that particles below 1/2 micrometer are not

17:45:04 19  resolvable because your analysts have never observed

17:45:08 20  particles of that width or smaller?

17:45:09 21      A.    It's my position that these are fibers,

17:45:12 22  and single fibers are not being resolved in this

17:45:15 23  matrix or seen by the PLM.

17:45:20 24      Q.    Is that because your analysts haven't

17:45:22 25  observed it, or is it just because of the nature of

265

17:45:24 1    the devices?  Do you have some higher level
17:45:27 2    understanding of the nature of the devices?
17:45:29 3          MR. CIRSCH:  Object to form.
17:45:30 4          Q.    (By Mr. Chachkes)  It is empirical or is
17:45:32 5    it something different?
17:45:32 6          MR. CIRSCH:  Object to form.
17:45:33 7          THE WITNESS:  I don't know if it's
17:45:36 8    empirical or not.
17:45:37 9          I mean, we haven't answered all the
17:45:40 10   questions about the PLM analysis of cosmetic
17:45:43 11   talc.  But we do know that to do a PLM analysis
17:45:48 12   properly, you have to spend the time necessary.
17:45:51 13   You have to look at the sample in dispersion
17:45:56 14   staining.  You need a high definition camera as
17:45:58 15   well as a monitor so that you can resolve and
17:46:02 16   get the focal plane necessary to see individual
17:46:04 17   fibers.
17:46:06 18         But we haven't run across individual
17:46:08 19   fibers.  I know every protocol says, well, you
17:46:10 20   can see down to .5, you can see down to .3.
17:46:14 21   There's one thing about seeing them.  There's
17:46:16 22   another thing going through the process of being
17:46:18 23   able to see the colors in the dispersion
17:46:21 24   staining, the extinction angle.
17:46:24 25         I just don't know if that's really

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

266

17:46:26 1    possible because this type of matrix that we're
17:46:30 2    looking at is so different than what PLM
17:46:32 3    analysts are typically dealing with.
17:46:35 4          Q.    (By Mr. Chachkes)  Did MAS test any talcum
17:46:41 5    powder samples with the ISO 22262 method prior to the
17:46:44 6    analysis included in your reports in this case?
17:46:47 7          MR. CIRSCH:  Object to form.
17:46:48 8          THE WITNESS:  No.  I mean, we may have --
17:46:51 9    you know, we're slowly trying to work through
17:46:54 10   the old non-MDLs so that we can compare apples
17:46:58 11   to oranges.  But when we get done with that,
17:47:03 12   we'll issue another report.
17:47:03 13         Q.    (By Mr. Chachkes)  Have you analyzed the
17:47:05 14   old talcum powder samples under ISO 22262 recently?
17:47:12 15   **A.    I don't know.  I haven't been focused in**
17:47:15 16   **on that.  There may be some done.**
17:47:17 17         Q.    Is it possible -- strike that.
17:47:22 18         ISO 22262 method is promulgated by the
17:47:28 19   International Organization for Standardization; is
17:47:28 20   that correct?
17:47:29 21   **A.    Yes, sir.**
17:47:29 22         Q.    Are you currently a member of any of the
17:47:32 23   ISO national standards bodies?
17:47:33 24   **A.    I am not.**
17:47:34 25         Q.    Did you vote on any of the ISO standards?

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

267

17:47:37 1    **A.    I did not.**
17:47:39 2          Q.    Did you participate in the drafting of any
17:47:42 3    ISO standards?
17:47:43 4    **A.    I did not.**
17:47:44 5          Q.    Have you spoken with any of the authors of
17:47:46 6    any of the ISO standards that we talked about today?
17:47:50 7    **A.    Not in some time, but not specifically**
17:47:53 8    **about the 22262-1 and 2.**
17:47:55 9          Q.    What about 3?
17:47:57 10   **A.    No, sir, I haven't spoken to anybody about**
17:48:00 11   **3 -- any of the authors of 3.**
17:48:01 12         Q.    Which of the three parts of the ISO 22262
17:48:06 13   did your analysts employ in the analysis of the ISO
17:48:11 14   PLM portion of your report?
17:48:15 15         MR. CIRSCH:  Object to form.
17:48:16 16         THE WITNESS:  All the counting rules, all
17:48:18 17   the -- what's defined as asbestiform, what's the
17:48:22 18   20-to-1.  Everything that's part 3.
17:48:26 19         Q.    (By Mr. Chachkes)  So you're saying it
17:48:28 20   didn't matter, it's the same in all of 1 -- part 1,
17:48:31 21   part 2, and part 3?
17:48:32 22   **A.    Well, I misunderstood the question.**
17:48:34 23         Q.    Yeah, let me ask it again a little better.
17:48:36 24         Which of part 1, part 2, or part 3 did
17:48:41 25   your analysts use when they analyzed the MDL samples

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

268

17:48:48 1    under PLM?
17:48:49 2    **A.    Part 1.**
17:48:49 3          Q.    Do you know when those methods in part 1
17:48:53 4    were promulgated?
17:48:55 5    **A.    Looks like 2012/07/01.**
17:49:06 6          Q.    What do you mean by 2012/07/01?
17:49:12 7    **A.    I'm just looking at when it says it was**
17:49:14 8    **issued.  ISO -- so it has 2012, first edition, and I**
17:49:22 9    **don't know if they're using 07 as the day and 01 as**
17:49:26 10   **the month or the other way around.**
17:49:27 11         Q.    So part 1 was promulgated in 2012?
17:49:31 12   **A.    Yes, sir.**
17:49:31 13         Q.    Okay.  Are you aware of any other talc
17:49:34 14   testing methods published in the scientific
17:49:36 15   literature from 1991 to 2014 that include a
17:49:41 16   concentration method?
17:49:43 17   **A.    Let's see.  When was --**
17:49:46 18         Q.    You should use yours.
17:49:49 19   **A.    I'm just looking at the date.**
17:49:51 20   **This one was 2014.**
17:49:53 21         Q.    You say this one's part 2; correct?
17:49:55 22   **A.    Part 2.**
17:49:55 23         Q.    Yeah.  So I'm saying between 1991 and
17:49:58 24   2014, are you aware of any testing -- talc testing
17:50:01 25   methods in the published scientific literature that

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

269

17:50:03 1 include a concentration method?

17:50:16 2 A. The 1989 and 1990 papers published by

17:50:19 3 Blount. She's analyzing talc. She's using the

17:50:23 4 concentration method.

17:50:25 5 Q. Are you aware of any other?

17:50:27 6 A. That specifically say talc, no.

17:50:30 7 Q. Are you aware of any other talc testing

17:50:33 8 methods published in the scientific literature prior

17:50:36 9 to 1991 that include a concentration method?

17:50:39 10 A. Not in the published literature, no.

17:50:44 11 Q. One strength of PLM is that it can provide

17:50:48 12 a qualitative estimate of the weight percentage of

17:50:52 13 asbestos; true?

17:50:53 14 A. That is a strength, yes.

17:50:55 15 Q. What does the word qualitative mean in

17:50:58 16 that answer?

17:50:59 17 A. That it's an estimate based on

17:51:01 18 petrographic standards for how much material is --

17:51:09 19 that you're estimating on.

17:51:11 20 Q. Your analysts conducted a visual

17:51:14 21 estimation of the concentration of asbestos fibers in

17:51:16 22 the talc samples?

17:51:17 23 A. Asbestos bundles, yes, sir.

17:51:19 24 Q. Okay. Your report also references

17:51:25 25 generated weight percentage standards; correct?

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

270

17:51:29 1 A. Yes.

17:51:29 2 Q. How were your lab's weight percentage

17:51:33 3 standards generated?

17:51:35 4 A. You mean the spike samples?

17:51:37 5 Q. Yes.

17:51:37 6 A. Taking that one JBP, I think it's number

17:51:51 7 13, and then you mix the appropriate materials

17:51:53 8 together so that you get a weight percent -- a

17:51:58 9 weighted percent, where you put -- say,

17:52:02 10 hypothetically, you know, 5 grams of tremolite and

17:52:05 11 then you then dilute the sample with additional talc

17:52:08 12 to make it .1 or .2 or .3. Standard method.

17:52:13 13 Q. Okay. Did you produce those generated

17:52:16 14 calculations?

17:52:17 15 A. No.

17:52:18 16 Q. Okay. We request that you produce those.

17:52:20 17 In your report you write that for positive

17:52:25 18 samples a visual estimation of the quantity of

17:52:28 19 asbestos observed was based on eye calibration

17:52:30 20 through review of lab-generated weight percentage

17:52:36 21 standards.

17:52:36 22 Does that ring a bell?

17:52:38 23 A. Yes.

17:52:38 24 Q. What is eye calibration?

17:52:39 25 A. It's a petrographic term for when you're

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

271

17:52:41 1 looking at the area that is covered by the asbestos

17:52:45 2 versus the area that you're looking at. So there's

17:52:48 3 calibrated petrographic materials to help optical

17:52:54 4 microscopists to make these qualitative estimates.

17:52:58 5 Q. How often do you update your lab's weight

17:53:02 6 percentage standards?

17:53:03 7 A. I think we updated them the last time we

17:53:08 8 sent stuff to Lee Poye.

17:53:10 9 Q. And what regularity -- with what

17:53:14 10 regularity do you update those?

17:53:17 11 A. We don't have a regulatory. We make new

17:53:19 12 standards and send them off; and if we need

17:53:22 13 additional standards, we make them again.

17:53:24 14 Q. Who generated those standards?

17:53:25 15 A. Victoria Panariello.

17:53:28 16 Q. Okay. Did you monitor her when she did

17:53:31 17 that?

17:53:32 18 A. Did I sit here and -- stand there and

17:53:33 19 watch her? No.

17:53:35 20 Q. Did you monitor her in any other way?

17:53:37 21 A. No.

17:53:37 22 Q. Are you aware your method includes a

17:53:41 23 qualification that visual estimations of asbestos

17:53:43 24 concentrations pursuant to this method have been

17:53:45 25 demonstrated to consistently yield an overestimate of

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

272

17:53:49 1 the proportion of asbestos?

17:53:53 2 MS. O'DELL: Object to the form.

17:53:54 3 THE WITNESS: I'm sorry, where is this

17:53:55 4 stated?

17:53:56 5 Q. (By Mr. Chachkes) In one of the ISO

17:53:57 6 documents that you're referring to, does it say that

17:54:00 7 this method that we're talking about consistently

17:54:04 8 yields an overestimate of the proportion of asbestos?

17:54:08 9 Are you aware of that?

17:54:09 10 A. I don't recall that.

17:54:10 11 Q. Okay. Do you believe that this

17:54:16 12 methodology we're talking about consistently yields

17:54:18 13 an overestimate of the proportion of asbestos?

17:54:20 14 A. No.

17:54:20 15 Q. Did your analyst use a point counting

17:54:45 16 method?

17:54:46 17 A. No.

17:54:46 18 Q. ISO 22262-2 includes a method for point

17:54:51 19 counting by PLM; correct?

17:54:53 20 A. It does.

17:54:54 21 Q. So instead of following the point counting

17:55:01 22 method in ISO 22262-2, you used an estimation based

17:55:07 23 on eyeball?

17:55:10 24 MR. CIRSCH: Form.

17:55:11 25 THE WITNESS: Estimation-based typical PLM

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

273

1  analysis, that's also in the 22262-1.  They give
2  you both, the ability to do either one.
3      Q.    (By Mr. Chachkes)  I'm talking about
4  22262-2, is there the eyeballing method in 22262-2?
5          MR. CIRSCH:  Object to form.
6          THE WITNESS:  We only do the section 16,
7  section 14 in the counting rules for TEM in the
8  ISO 22262-2.
9      Q.    (By Mr. Chachkes)  So is it your opinion
10 that the ISO 22262-2 point counting method is not
11 required; it's just merely optional?
12     A.    22262, if you are going to do PLM, it goes
13 back to the 1, and it provides you the ability to do
14 either/or.
15     Q.    Okay.  So it's your opinion that point
16 counting in 22262-2 is optional?
17         MR. CIRSCH:  Object to form.
18         THE WITNESS:  You're going to have to show
19 me where the point counting is in 22262-2.
20     Q.    (By Mr. Chachkes)  Okay.  Sitting here
21 today, rather than burning the time on that, do you
22 have any reason to believe it's not optional, that it
23 was required, you just didn't do it?
24         MS. O'DELL:  Object to the form.
25         THE WITNESS:  No, I don't believe that.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

274

1      Q.    (By Mr. Chachkes)  Okay.  Do you have any
2  reason to believe it's optional and so you had the
3  option of not going it?
4          MS. O'DELL:  Object to form.
5          MR. CIRSCH:  Object to form.
6          THE WITNESS:  We follow the 22262-1 PLM
7  method.  It provides the ability to do both
8  types of estimation.  And point counting is
9  another type of estimation.
10     Q.    (By Mr. Chachkes)  For those particles
11 that you determined were asbestiform in your report,
12 for each one, is it your opinion that these are
13 minerals with a fibrosity in which the fibers and
14 fibrils possess a high tensile strength and
15 flexibility?
16         MR. CIRSCH:  Object to form.
17         MS. O'DELL:  Would you repeat that,
18 please?
19         MR. CHACHKES:  Can you read that back?
20         (The record was read by the reporter.)
21         MR. CIRSCH:  Object to form.
22         THE WITNESS:  Again -- I guess we could
23 rehash this -- that is a general definition.
24 The protocol does not provide you any
25 methodology to determine high tensile strength

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

275

1  or any tensile strength.
2          It does not define what high is.  It does
3  not define how you determine flexibility on a
4  microscopic scale.
5          I guess that is just an opinion of
6  somebody taking a look at it.  But it's not
7  required for this analysis.
8      Q.    (By Mr. Chachkes)  I'm not asking a
9  question at all about what's required.  I'm asking
10 about what your opinion is.  Do the fibers you
11 identified as asbestiform in your report possess high
12 tensile strength and flexibility?
13         MR. CIRSCH:  Object to form.
14     Q.    (By Mr. Chachkes)  Did you determine that?
15     A.    You can't determine it.  The protocol
16 doesn't tell you how to determine it.  It doesn't
17 provide any guidance on how to determine it.  It
18 doesn't tell you what, quote, high tensile strength
19 is.
20         High tensile strength to me, personally,
21 probably 100 psi.  I don't think that's what they
22 mean, but at least there should be some guidance of
23 some sort to say, okay, somehow you have to put an
24 Instron inside your optical microscope and grab a
25 microscopic bundle and put it in the Instron and then

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

276

1  measure the tensile strength, and it has to be over
2  5,000 psi.  None of that exists.
3          A methodology is supposed to -- for a
4  person using a methodology is step A, step B, step C,
5  step D.  There is no methodology for determining
6  tensile strength, much less an undefined high tensile
7  strength.
8      Q.    Is there anything in the published
9  literature that allows a scientist to determine the
10 tensile strength and flexibility of a putative
11 asbestos fiber?
12     A.    Not individual fibers, no.  There's plenty
13 of literature that geologists walking around in a
14 mine can make a grab sample, usually 10 to
15 15 centimeters long, they'll tape it to paper, it's
16 very flexible at that, and then they'll put it in an
17 Instron and pull it, and then they can determine the
18 tensile strength.
19     Q.    Have you ever heard of -- sorry.
20     A.    Go ahead.  I'm sorry.
21     Q.    Did you ever hear of a PLM scientist
22 looking at a sample and pushing it down and if it
23 breaks versus whether it bends, that relates to
24 tensile strength?  Have you ever heard of that?
25         MR. CIRSCH:  Object to form.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

277

```
17:59:42   1          THE WITNESS:  No.  There's no protocol for
17:59:45   2   that.
17:59:45   3          MR. CIRSCH:  Alex, we probably should
17:59:47   4   break any time in the next few minutes, if we
17:59:50   5   can.
           6          MR. CHACHKES:  Yeah, we can take a break,
18:01:21   7   that's fine.
18:01:21   8          (Recess from 6:01 p.m. to 6:53 p.m.)
19:15:25   9      Q.    (By Mr. Chachkes)  Dr. Longo, your
19:15:52  10   analysts reported identifying cleavage fragments in
19:15:56  11   many of the samples by ISO PLM; correct?
19:15:58  12      A.    Yes.
19:15:58  13      Q.    How many anthophyllite cleavage fragments
19:16:01  14   did your analysts detect?
19:16:03  15      A.    I don't recall them detecting any.
19:16:04  16      Q.    How many tremolite cleavage fragments did
19:16:08  17   your analysts detect?
19:16:08  18      A.    We just determined -- we didn't do a count
19:16:11  19   of how many cleavage fragments, only that they were
19:16:13  20   present.
19:16:14  21      Q.    Did you produce the data regarding the
19:16:16  22   cleavage fragment particles in these samples?
19:16:20  23      A.    I produced all the data we have.  Some of
19:16:22  24   the photographs you can see some of the cleavage
19:16:26  25   fragments, others you can't.
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

278

```
19:16:27   1      Q.    Did you quantify identified cleavage
19:16:32   2   fragments the way you quantified identified
19:16:35   3   asbestiform fibers and bundles?
19:16:36   4      A.    No.
19:16:37   5      Q.    And you don't report on cleavage fragments
19:16:41   6   in your report; correct?  I'm sorry, strike that.
           7          You don't report on the concentration of
19:16:47   8   cleavage fragments in your report; correct?
19:16:49   9      A.    I do not.
19:16:50  10      Q.    Okay.  And you did not take that data?
19:16:54  11      A.    Other than to note that they were present.
19:16:57  12      Q.    Okay.  And you cannot state to a
19:17:00  13   reasonable degree of scientific certainty what the
19:17:02  14   concentration of cleavage fragments in any of these
19:17:04  15   samples were; correct?
19:17:05  16      A.    We did not quantify the numbers of
19:17:09  17   cleavage fragments that were observed other than that
19:17:12  18   they were present.
19:17:13  19          MR. CHACHKES:  Okay.  Let's look at this
19:17:15  20   one.
19:17:19  21          All right.  We're going to look at a
19:17:21  22   sample where the analyst reported both cleavage
19:17:24  23   fragments and asbestos by PLM.  Let's mark 24.
          24          (Defendants' Exhibit 24 was marked for
19:17:43  25   identification.)
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

279

```
19:17:43   1      Q.    (By Mr. Chachkes)  So you see at the
19:17:44   2   bottom, this is a -- actually, what do you call this
19:17:50   3   count sheet here, this sheet, Exhibit 24?
19:17:53   4      A.    It's the PLM analysis bench sheet.
19:17:56   5      Q.    Okay.  So this Exhibit 24, which is your
19:17:58   6   PLM analysis bench sheet for a particular sample, you
19:18:01   7   see at the bottom that both cleavage fragments and
19:18:07   8   asbestos particles were observed?
19:18:09   9      A.    Yes.
19:18:10  10      Q.    Okay.  I see it says -- is it both
19:18:15  11   actinolite and tremolite cleavage fragments were
19:18:18  12   observed?  Am I reading that right?
19:18:19  13      A.    Yes.
19:18:19  14      Q.    And let's go to -- and this is from your
19:18:24  15   report, pages 120 to 128 from your January report,
19:18:28  16   the analysis for bottle M68503-010-BL1; do you see
19:18:37  17   that?
19:18:37  18      A.    Yes.
19:18:38  19      Q.    Okay.  So let's turn to the picture -- the
19:18:47  20   first picture we get to, which is I guess on page 2
19:18:50  21   of this document.
19:18:51  22          Which are cleavage fragments and which are
19:18:53  23   asbestiform, or can you not tell?
19:18:56  24      A.    Well the one that we see here that's
19:18:58  25   measured as 69 micrometers, that is asbestiform.  We
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

280

```
19:19:03   1   have many talc particles, and --
19:19:06   2      Q.    How do you know which are the talc
19:19:10   3   particles?
19:19:10   4      A.    I'm looking at them.  Because under
19:19:13   5   dispersion staining they're usually anywhere from --
19:19:17   6   depending on the thickness of bluish to a brighter
19:19:20   7   yellow.
19:19:21   8          And potentially, one other asbestiform
19:19:28   9   down in the lower left-hand -- next to a fairly good
19:19:35  10   size talc particle.
19:19:36  11      Q.    It looks like the top of a T --
          12      A.    Yes --
19:19:37  13      Q.    -- on its side?
19:19:39  14      A.    -- that's a good description.
19:19:41  15          And as for cleavage fragments -- and I
19:19:44  16   would have to be looking in the microscope, but I
19:19:46  17   would say potentially one.
19:19:49  18      Q.    Where?
19:19:49  19      A.    There (indicating).
19:19:53  20      Q.    So you're pointing to it looks like a
19:19:56  21   yellow kernel of corn somewhere center left, and
19:19:59  22   there's a very small kind of orangish stain right to
19:20:03  23   the right of it; is that what you're looking at?
19:20:05  24      A.    That's what I'm saying, potentially one.
19:20:08  25      Q.    Okay.  What about the next page?  Do you
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

281

19:20:14  1    see any asbestiform particles, any cleavage
19:20:17  2    fragments?
19:20:18  3        A.    Well, we're looking at the exact same
19:20:25  4    material.  Now we're in perpendicular dispersion,
19:20:29  5    which you have this color change, so there's no new
19:20:33  6    information here.
19:20:35  7        Q.    Okay.  And so what you identified in the
19:20:37  8    previous page as a potential cleavage fragment, is
19:20:40  9    that what I see, it's kind of like center, down about
19:20:43 10    halfway, above what looks like a yellow delta.
19:20:53 11        A.    Yes.
19:20:57 12        Q.    Okay.  Looking at the purple page.  Tell
19:21:15 13    me when you're there.  There's something an arrow is
19:21:18 14    pointing at.  What's that?
19:21:19 15        A.    That's the same structure we've been
19:21:22 16    looking at.  It's at a higher magnification, 200
19:21:25 17    times.
19:21:25 18        Q.    Okay.
19:21:25 19        A.    So that's the actinolite/tremolite
19:21:30 20    asbestos bundle, and the resolution on the elongation
19:21:35 21    with the gypsum filter, if it's 530 nanometers,
19:21:42 22    you're not resolving any of these very small
19:21:45 23    particulates.
19:21:45 24        Q.    So you called it a bundle.  Where are the
19:21:47 25    fibers?

282

19:21:48  1        A.    Well, you can't see it there, but you can
19:21:51  2    see the fibers in the dispersion staining on both the
19:22:03  3    perpendicular and the parallel orientations.
19:22:06  4        Q.    Those are the first two pages we looked
19:22:09  5    at?
19:22:09  6        A.    Yes.
19:22:09  7        Q.    Okay.  Explain how you selected the
19:22:17  8    refractive index liquid when you conducted -- when
19:22:21  9    you're conducting analysis.
19:22:23 10        A.    The 1.605 is a common refractive indices
19:22:27 11    liquid that you can use.  You can use 1.605, you can
19:22:31 12    use a 1.63 or a 1.64; but that's, in my opinion, the
19:22:38 13    most common refractive indices liquid for amphiboles.
19:22:43 14        Q.    When you call it the most common, is
19:22:46 15    that -- can I find that in the peer-reviewed
19:22:48 16    literature?
19:22:48 17        A.    Let's see.  Would it say the most common?
19:22:58 18    I don't know.  But -- you know, I won't waste time,
19:23:02 19    but in the one they'll talk about the different
19:23:09 20    refractive indices liquids.  You can use others.
19:23:11 21        Q.    And you're looking at Exhibit 4, which is
19:23:12 22    the 22262 part 1?
19:23:14 23        A.    Yes.
19:23:14 24        Q.    I'm looking at page 15 where it says,
19:23:31 25    under 7.1.4.1, RI liquids in the range of 1.605 to

283

19:23:39  1    1.660 are required at intervals of 0005.
19:23:43  2        Do you see that?
19:23:45  3        A.    Yes.
19:23:50  4        Q.    Okay.  Is it what's in 7.1.4.1 that led
19:23:57  5    you to 1.605 as the RI liquid?
19:24:01  6        A.    Yes and no.  Yes, it states that 1.605.
19:24:07  7    But, no, it's the common refractive indices liquid
19:24:11  8    that we use that's in the R-93, so it's one of the
19:24:14  9    common refractive indices liquids for this type of
19:24:17 10    analysis.
19:24:18 11        Q.    Okay.  Did you use liquids at intervals of
19:24:23 12    005?
19:24:24 13        A.    No.  We just use 1.605.
19:24:32 14        Q.    Can RI liquid 1.605 determine whether a
19:24:38 15    particle is anthophyllite?
19:24:39 16        A.    Yes.
19:24:40 17        Q.    Can it be used to determine whether a
19:24:43 18    particle is talc?
19:24:44 19        A.    Yes.  You can determine the difference
19:24:49 20    between the talc and the anthophyllite and the
19:24:53 21    tremolite in 1.605.
19:24:55 22        You can use 1.55 if you want further
19:24:59 23    identification.
19:25:00 24        Q.    What color would anthophyllite appear as
19:25:03 25    using the RI liquid 1.605?

284

19:25:06  1        A.    Under dispersion staining it's typically a
19:25:10  2    lightish gold versus a darker, yellowish gold on the
19:25:17  3    tremolite, as I recall correctly.
19:25:19  4        Q.    What about talc, what color does that show
19:25:22  5    up?
19:25:22  6        A.    Anywhere from very bright, like as can be
19:25:30  7    seen in this, to, depending on the thickness, to a
19:25:34  8    bluish kind of grayish color.
19:25:37  9        Q.    Okay.  If the talc folds up on itself,
19:25:40 10    will it appear as a different color, that part that's
19:25:43 11    folded up on itself?
19:25:44 12        A.    We've never seen that, but I don't believe
19:25:46 13    so, no.
19:25:47 14        Q.    Okay.  Does the peer-reviewed literature
19:25:53 15    tell you what the colors will be for RI 1.605 for
19:25:57 16    anthophyllite talc and tremolite?
19:25:58 17        A.    Yes.  Depending on what type of microscope
19:26:04 18    you have, if it's got an angular condenser lens and
19:26:09 19    what the temperature is, you can go through the
19:26:11 20    wavelengths of light and colors and pick out the
19:26:15 21    refractive indices for these particular types of
19:26:18 22    amphiboles.
19:26:18 23        Q.    Okay.  Would you expect sometimes using RI
19:26:30 24    liquid 1.605 for anthophyllite to turn up as a color
19:26:32 25    that's completely different from lightish gold?

285

19:26:35 1    A.    Sometimes that happens, depending on the
19:26:39 2 thickness of the bundle, because of the way it's
19:26:43 3 transmitted through the light, so then you have to
19:26:46 4 look more around the edges of the bundle to get the
19:26:48 5 appropriate colors.
19:26:49 6         But I've seen it go from everything from a
19:26:51 7 goldish yellow to a reddish to a blue when you get
19:26:54 8 these really thick, multifiber bundles.
19:26:57 9    Q.    And where can I find in the peer-reviewed
19:27:01 10 literature this range of colors and what they
19:27:03 11 correspond to under RI 1.605?
19:27:06 12    A.    The Su article.  Or any article that tells
19:27:12 13 you how to do polarized light microscopy.  You can go
19:27:16 14 back to the early McCrone talc particle analysis.
19:27:31 15         MR. CHACHKES:  Okay.  Let's mark as the
19:27:32 16 next Exhibit 25.
19:27:59 17         (Defendants' Exhibit 25 was marked for
19:27:59 18 identification.)
19:27:59 19    Q.    (By Mr. Chachkes)  Okay.  In your expert
19:28:03 20 opinion, is -- this is a talc particle and an
19:28:06 21 anthophyllite particle?
19:28:08 22    A.    Well, you have one -- two talc particles
19:28:11 23 that you can see for sure.  This is out of focus.
19:28:15 24 And then you have the anthophyllite asbestos bundle.
19:28:20 25    Q.    So the -- I'm focusing on the talc

286

19:28:25 1 particle in the center.  It's your opinion that what
19:28:28 2 happened is there's an anthophyllite fiber that has
19:28:32 3 the exact length and is perfectly flush with the talc
19:28:37 4 particle that happened to match perfectly that edge?
19:28:41 5         MR. CIRSCH:  Object to form.
19:28:42 6         THE WITNESS:  Yes.
19:28:48 7    Q.    (By Mr. Chachkes)  Okay.  And is there a
19:28:49 8 chance that that actually is just the rolled up edge
19:28:51 9 of a talc?
19:28:52 10    A.    No.
19:28:52 11    Q.    And why do you say no?
19:28:53 12    A.    Because you have some rolling here a
19:28:56 13 little bit.  But it doesn't matter if it rolls up;
19:29:00 14 you're not going to get the same color like that.
19:29:02 15    Q.    And you said that you can get a range of
19:29:10 16 colors for anthophyllite, including red and blue.
19:29:13 17 Does the same apply for talc?
19:29:15 18    A.    No, that's not what I said.  I said if you
19:29:18 19 have a very thick bundle, you're going to have the
19:29:20 20 range of colors.  And it happens with the
19:29:22 21 actinolite/tremolite also, but you do get the primary
19:29:25 22 colors.  Once it gets to a certain thickness,
19:29:29 23 transmitting through the light is different.  So we
19:29:33 24 have some examples of those somewhere where you can
19:29:35 25 get the appropriate colors.  That's not rolled up

287

19:29:37 1 talc.
19:29:38 2    Q.    Okay.  And do you have a reference in
19:29:44 3 mind, peer-reviewed reference, that shows you what a
19:29:47 4 rolled up talc looks like in a PLM?
19:29:49 5    A.    I've never seen a peer-reviewed reference
19:29:53 6 that shows what that looks like.  You know, I'll
19:29:56 7 quote from Walter McCrone himself that he's never
19:30:01 8 seen a rolled up talc particle.
19:30:03 9    Q.    And you're citing what paper?
19:30:05 10    A.    It's in my report, the reference to it,
19:30:09 11 where he says exactly that he had -- for whatever
19:30:12 12 reason, that I have never seen a rolled up talc
19:30:15 13 particle.
19:30:16 14    Q.    Do you know what refractive index liquid
19:30:20 15 it takes to make the distinction between
19:30:22 16 anthophyllite and talc?
19:30:24 17    A.    You can use -- this is in 1.605.
19:30:30 18    Q.    Okay.  Go ahead.
19:30:32 19    A.    You can use that.  But if you're going to
19:30:35 20 look just at the talc alone, you use the 1.5 fiber
19:30:40 21 refractive indices liquid.
19:30:42 22    Q.    Okay.
19:30:43 23    A.    But you can't kind of mix and match here.
19:30:47 24 If you're going to -- and we do that sometimes when
19:30:48 25 there's no -- if there's no asbestiform bundles in

288

19:30:52 1 it, you'll see in some of our count sheets in there
19:30:56 2 that it will have 1.55.
19:30:57 3    Q.    But it is your opinion that you can use
19:31:00 4 1.605 to distinguish anthophyllite and talc?
19:31:04 5    A.    Correct.
19:31:05 6    Q.    Okay.  Is there additional data concerning
19:31:22 7 the samples upon which you reported ISO PLM, as in a
19:31:26 8 file somewhere in your laboratory but not printed out
19:31:28 9 or produced?
19:31:29 10    A.    I don't believe so.  I tried to produce
19:31:31 11 everything that we took.
19:31:32 12    Q.    Okay.  Was there any data generated in
19:31:34 13 connection with ISO PLM analysis in this case that
19:31:36 14 was either thrown away or deleted?
19:31:39 15    A.    No.
19:31:39 16    Q.    What are the differences, if any, between
19:31:45 17 how your analysts employed the Blount method and how
19:31:50 18 it is actually written in the 1991 article?
19:31:54 19    A.    The only difference is it's unable to
19:31:59 20 really interpret how she counts the particulates or
19:32:03 21 if she is counting the fibers per milligram of
19:32:06 22 material.  We've looked at that.
19:32:09 23         So she gives it in numbers of fibers or
19:32:12 24 numbers of bundles per milligram, a number count,
19:32:15 25 which is the same thing we do, of course, in the TEM,

289

1  where we just follow the procedure here for the ISO
2  22262-1 for an estimated weight percent.
3      Q.    Okay.  But otherwise, you followed the
4  1991 Blount method to the letter?
5      A.    Pretty much.
6      Q.    Following the Blount concentration, your
7  analysts conducted PLM pursuant to ISO 22262-1 PLM
8  method; right?
9      A.    That's correct.
10     Q.    Blount did not use that 22262-1 PLM;
11 correct?
12     A.    No, she used a fiber count method so that
13 if you look at her data, I think she has anywhere for
14 that sample I, which is the Johnson & Johnson Vermont
15 sample, 1989-1990, she finds in the range of about
16 100 to almost 235 milligrams -- fiber/bundles per
17 milligram.  So if you multiply that by 1,000 she's
18 finding the ranges of concentrations at the higher
19 end that we are.
20     Q.    And --
21     A.    So we followed the counting rules for
22 estimating weight percent.  She did what we do into
23 the TEM and did a number count per milligram of talc.
24     Q.    Dr. Blount's paper includes a particle
25 size distribution analysis; correct?

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

290

1      A.    Particle size distribution analysis for
2  the length and size of the asbestos -- tremolite
3  asbestos she was finding in the PLM, yes.
4      Q.    And she plotted the aspect ratios of the
5  particles she viewed by PLM?
6      A.    The fibrous asbestos, yes, she did.
7      Q.    She did this because asbestos has a
8  characteristic distribution?
9      A.    Milled tremolite has a characteristic
10 distribution, yes.
11     Q.    Okay.  And the nonasbestiform version of
12 the same amphibole has a different characteristic
13 distribution?
14     A.    Yes, it does.
15     Q.    And you did not generate a particle size
16 distribution chart like the one in Blount's paper --
17 the ones in Blount's paper in your report?
18     A.    Not for the MDL samples, no.  We did for
19 the original analysis so that we could compare it to
20 the NIST tremolite asbestos standard, to Blount's
21 particle size, as well as the Campbell particle size.
22     Q.    You included a table with average particle
23 size that your analysts recorded by TEM, however,
24 though; right?
25     A.    Correct.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

291

1      Q.    Dr. Blount included particles in her
2  particle size distribution that were below the 3-to-1
3  aspect ratio; correct?
4      A.    That's correct.
5      Q.    Do you have any other opinions regarding
6  Dr. Blount's 1990 or 1991 papers in this case beyond
7  those expressed in your report and that we just
8  discussed?
9      A.    No.
10     Q.    Is additional data concerning the samples
11 upon which you reported for Blount PLM in a file
12 somewhere in your laboratory but not printed out and
13 produced?
14     A.    No.  We've produced everything that we
15 generated for the MDL.
16     Q.    Okay.  And all data and material
17 information generated about your work for the Blount
18 PLM was produced?
19           MS. O'DELL:  Object to the form.
20           THE WITNESS:  As far as I know, everything
21     was produced for all the data we collected for
22     the MDL samples.
23     Q.    (By Mr. Chachkes)  Okay.  And I think I
24 already know the answer, but I'm going to ask it.
25 And any of the data you generated for your Blount PLM

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

292

1  analysis, was any of it thrown away or deleted?
2      A.    No.  We have many negatives, we have many
3  positives, so we just reported what we saw.
4      Q.    In your report at page 8 you state that
5  you found fibrous talc in 98 percent of the Italian
6  and Vermont talc samples by ISO 22262-1; correct?
7      A.    That's correct.
8      Q.    What's your definition of fibrous talc?
9      A.    Has greater than .5 micrometers in length,
10 has parallel sides, and it has at least 5-to-1 aspect
11 ratio.
12     Q.    Is there a scientific consensus that there
13 is such a thing as fibrous talc?
14           MR. CIRSCH:  Object to form.
15           THE WITNESS:  I don't believe so.
16     Q.    (By Mr. Chachkes)  Are you aware of any
17 epidemiologist or doctor who has studied the health
18 effects of fibrous talc?
19     A.    I don't testify about health effects of
20 fibrous talc or regulated asbestos, so I don't have
21 any opinions about that one way or the other if
22 anybody has studied it.  That's not my area.
23     Q.    You were disclosed for health and
24 regulatory definitions of talc; correct?
25           MS. O'DELL:  Object to the form.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

293

| | |
|---|---|
| 19:36:42 1 | THE WITNESS:  I don't believe so. |
| 19:36:43 2 | Q.    (By Mr. Chachkes)  Okay.  And you're not |
| 19:36:45 3 | here to testify about health and regulatory |
| 19:36:48 4 | definitions of talc? |
| 19:36:49 5 | A.    I'm not testifying that fibrous talc has |
| 19:36:52 6 | any impact on the human body whatsoever. |
| 19:36:55 7 | Q.    Are you aware of any regulatory |
| 19:36:57 8 | definitions of fibrous talc? |
| 19:37:00 9 | A.    Fibrous talc for the protocols that we |
| 19:37:05 10 | follow is not deemed a regulated asbestos fiber.  We |
| 19:37:10 11 | just follow the same counting rules that we do for |
| 19:37:13 12 | asbestos to characterize what we're looking at. |
| 19:37:18 13 | Q.    So ISO 22262, parts 1 through 3, they |
| 19:37:22 14 | don't define fibrous talc; correct? |
| 19:37:25 15 | A.    They define anything that is an elongated |
| 19:37:28 16 | structure and fibrous that if you care to write down |
| 19:37:33 17 | your findings you could put it in. |
| 19:37:35 18 | Q.    So they define fibrous talc in that way? |
| 19:37:37 19 | A.    They define elongated fiber materials that |
| 19:37:42 20 | you're going to -- if you wish to count into the TEM, |
| 19:37:46 21 | any elongated structure. |
| 19:37:48 22 | Q.    Okay.  And so it's your testimony that ISO |
| 19:37:55 23 | 22262 was meant as a method to count fibrous talc? |
| 19:38:01 24 | MR. CIRSCH:  Object to form. |
| 19:38:01 25 | THE WITNESS:  I didn't say that. |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

294

| | |
|---|---|
| 19:38:02 1 | Q.    (By Mr. Chachkes)  Is it a method to count |
| 19:38:03 2 | fibrous talc?  Is it meant as such as method? |
| 19:38:06 3 | MR. CIRSCH:  Object to form. |
| 19:38:07 4 | THE WITNESS:  I don't know what it was |
| 19:38:08 5 | meant for, but it gives you the tools if you |
| 19:38:10 6 | wish to do that.  They don't restrict what you |
| 19:38:13 7 | can or can't count.  Nowhere in the method does |
| 19:38:16 8 | it say don't count the fibrous talc. |
| 19:38:19 9 | Q.    (By Mr. Chachkes)  And can you identify |
| 19:38:26 10 | anywhere where there's a method and a peer-reviewed |
| 19:38:30 11 | literature or peer-reviewed publication where it |
| 19:38:34 12 | expressly refers to fibrous talc and a method to |
| 19:38:36 13 | count fibrous talc? |
| 19:38:38 14 | A.    All the methods allow you to do that. |
| 19:38:42 15 | Q.    Yeah, I'm not asking about what methods |
| 19:38:44 16 | allow you -- |
| 19:38:45 17 | A.    You interrupted me. |
| 18 | Q.    Okay. |
| 19:38:46 19 | A.    It's late. |
| 19:38:47 20 | All the methods give you the tools to do |
| 19:38:49 21 | that if you wish.  No method out there says do not |
| 19:38:52 22 | count this particular type of structure.  Just like |
| 19:38:55 23 | in Blount, where she counted the particulates and |
| 19:38:58 24 | tried to get a ratio of how many amphibole asbestos |
| 19:39:01 25 | was for every number of particulates.  The |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

295

| | |
|---|---|
| 19:39:04 1 | information doesn't change because somebody doesn't |
| 19:39:07 2 | say one way or the other if you should do it. |
| 19:39:10 3 | Q.    It's a simple question, if you would |
| 19:39:12 4 | answer the question I'm actually asking, which is is |
| 19:39:15 5 | there a published or peer-reviewed document that you |
| 19:39:17 6 | can point me to that expressly talks about a way to |
| 19:39:21 7 | count fibrous talc? |
| 19:39:22 8 | MR. CIRSCH:  Object to form. |
| 19:39:23 9 | Q.    (By Mr. Chachkes)  Putting aside whether |
| 19:39:25 10 | you can use some other method that doesn't say the |
| 19:39:28 11 | phrase fibrous talc -- to count fibrous talc, is |
| 19:39:30 12 | there something that expressly refers to fibrous talc |
| 19:39:32 13 | and a method to count it? |
| 19:39:34 14 | MR. CIRSCH:  Object to form. |
| 19:39:35 15 | THE WITNESS:  I'd have to go back and |
| 19:39:37 16 | relook.  None of the methods say do not count |
| 19:39:39 17 | fibrous talc. |
| 19:39:41 18 | Q.    (By Mr. Chachkes)  Sitting here -- okay. |
| 19:39:42 19 | MR. CIRSCH:  Let him finish. |
| 19:39:44 20 | THE WITNESS:  None of the methods say do |
| 19:39:46 21 | not count fibrous talc. |
| 19:39:47 22 | Q.    (By Mr. Chachkes)  Yes, you said that many |
| 19:39:49 23 | times.  I'm -- |
| 19:39:49 24 | MR. CIRSCH:  You're interrupting him |
| 19:39:51 25 | again.  Stop.  Stop. |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

296

| | |
|---|---|
| 19:39:52 1 | THE WITNESS:  Let me start over.  I lost |
| 19:39:54 2 | my train of thought. |
| 19:39:55 3 | None of the methods say do not count |
| 19:39:57 4 | fibrous talc.  The 7402 -- NIOSH 7402 |
| 19:40:01 5 | specifically says if it's fibrous talc, count |
| 19:40:05 6 | it, in TEM.  That's one.  And I'll have to -- |
| 19:40:08 7 | Q.    (By Mr. Chachkes)  So -- |
| 19:40:10 8 | MR. CIRSCH:  You keep interrupting him. |
| 19:40:12 9 | MR. CHACHKES:  I'm asking just to save -- |
| 19:40:12 10 | MS. O'DELL:  No, you're interrupting him. |
| 19:40:14 11 | MR. CIRSCH:  You keep doing it, Alex. |
| 19:40:16 12 | THE WITNESS:  So that's one. |
| 19:40:17 13 | Q.    (By Mr. Chachkes)  NIOSH? |
| 19:40:18 14 | A.    NIOSH 7402 TEM method, where you're |
| 19:40:20 15 | determining the percentage of asbestos -- regulated |
| 19:40:24 16 | asbestos defined by the counting rules versus other |
| 19:40:27 17 | things, and it actually has talc in there. |
| 19:40:30 18 | Q.    Okay.  So in there I can look, and it will |
| 19:40:32 19 | say here's how you count fibrous talc? |
| 19:40:35 20 | A.    I don't think they put it that simply. |
| 19:40:38 21 | But if you have knowledge about the protocols and |
| 19:40:41 22 | read through it, you would understand. |
| 19:40:43 23 | Q.    Okay.  Putting aside whether there are |
| 19:40:46 24 | documents that don't expressly say you can't use them |
| 19:40:50 25 | for this purpose, is there a document that says this |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

297

19:40:53  1    is how you count fibrous talc, using the phrase

19:40:56  2    fibrous talc?

19:40:57  3         A.    They all say it because they say this is

19:40:59  4    how you define a fiber.  Then how you identify what

19:41:03  5    that fiber is, you can make that decision.  But every

19:41:06  6    one of these TEM protocols say this is the definition

19:41:09  7    of a fiber.

19:41:10  8         Q.    Putting aside protocols and publications

19:41:16  9    that talk about fibers generally, and putting aside

19:41:18  10   your continued insistence on talking about things

19:41:21  11   that don't say something, is there something that

19:41:23  12   actually says this is how you count fibrous talc,

19:41:27  13   using the phrase fibrous talc?

19:41:29  14        MR. CIRSCH:  Object to form.

19:41:33  15        THE WITNESS:  It is my opinion that they

19:41:34  16   all give you the tools to count fibrous talc.

19:41:37  17   Do they actually say what every mineral --

19:41:39  18   elongated particle mineral is that you should or

19:41:42  19   should not count?  I'd have to go back and

19:41:44  20   check.

19:41:45  21        I'm going to give you the same answer for

19:41:47  22   the same question.  They all provide you the

19:41:49  23   tools or the counting procedures to count

19:41:53  24   whatever elongated particle you want and

19:41:56  25   identify it.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

298

19:41:56  1         Q.    (By Mr. Chachkes)  So sitting here today,

19:41:57  2    you can't tell me a counting protocol that expressly

19:42:01  3    mentions this is how you count, mentioning the phrase

19:42:04  4    fibrous talc?

19:42:06  5         MR. CIRSCH:  Object to form.  He's

19:42:07  6    answered the question.  I instruct him not to

19:42:09  7    answer any further.

19:42:11  8         MR. CHACHKES:  You're instructing him not

19:42:12  9    to answer?

19:42:13  10        MR. CIRSCH:  He answered the question.  I

19:42:13  11   mean, you're badgering him now with the same

19:42:15  12   question over and over again.

          13        MR. CHACHKES:  I'm asking a different

19:42:17  14   question.

19:42:17  15        MS. O'DELL:  Alex, I'm sure you're

19:42:19  16   aware --

19:42:20  17        MR. CHACHKES:  Who's objecting here?

19:42:21  18        MS. O'DELL:  I'm objecting right here, and

          19   I'm sure you're aware --

19:42:22  20        MR. CHACHKES:  Okay.  Can we just keep it

19:42:24  21   to one person?  It's a much more controlled

19:42:25  22   environment when we do that.

19:42:25  23        MS. O'DELL:  Let me -- don't interrupt me.

          24        MR. CHACHKES:  Okay.  Wait.  Which Lee is

19:42:26  25   objecting?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

299

19:42:31  1         MS. O'DELL:  CMO 11, as you know, Alex,

19:42:32  2    requires you to --

19:42:34  3         MR. CHACHKES:  I'm sorry, are you

19:42:35  4    testifying about a document?

19:42:36  5         MS. O'DELL:  I'm telling you what the

19:42:37  6    order says.

          7         MR. CHACHKES:  Oh, okay.  I'm sorry.

19:42:38  8         MS. O'DELL:  You may not be aware of the

19:42:39  9    order since you've not appeared in the MDL, but

19:42:42  10   it says to --

          11        MR. CHACHKES:  Actually --

19:42:42  12        MS. O'DELL:  -- treat the witness with

19:42:44  13   civility and respect.

19:42:46  14        He's answered your question, and you

19:42:47  15   should stop badgering him.

19:42:49  16        MR. CHACHKES:  Okay.  Your objection's

19:42:51  17   been made.

19:42:52  18        Q.    (By Mr. Chachkes)  Are fibrous talc and

19:42:53  19   asbestiform talc different?

19:42:55  20        A.    No.

19:42:59  21        Q.    In your report at page 30 you write that

19:43:03  22   others have reported that fibrous talc is a

19:43:06  23   geological metamorphic transformation of

19:43:09  24   anthophyllite to fibrous talc?

19:43:11  25        A.    Yes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

300

19:43:12  1         Q.    Okay.  And then you cite a couple of

19:43:15  2    things.  There's an MVA report -- two MVA reports,

19:43:19  3    right?  You can go to page 30, footnotes 42, 43.

19:43:28  4         A.    It should be reference 30, Virta, The

19:43:44  5    Phase Relationship of Talc and Amphiboles in a

19:43:47  6    Fibrous Talc Sample, Bureau of Mines report is one.

19:43:50  7         Veblen, 29, New Bio -- it's late -- I

19:43:56  8    can't even pronounce it -- Biopyriboles, Chester,

19:44:00  9    Vermont, talks about the polymorph transformation.

19:44:06  10   That's how fibrous talc is generated --

          11        Q.    Okay.

19:44:08  12        A.    -- is the -- during way back when, during

19:44:11  13   pressure and temperature, when you had the liquid

19:44:12  14   rock and -- depending on the minerals.  Those are two

19:44:16  15   references and there's others.  I didn't put all of

19:44:19  16   them in there.

19:44:19  17        Q.    Okay.  Let's talk about two references you

19:44:21  18   did put in.  You put in two references to MVA

19:44:24  19   reports, footnotes 42 and 43; correct?

19:44:55  20        Am I correct that 42 and 43 --

19:44:58  21        A.    You are correct.

19:44:58  22        Q.    Okay.  And those are reports prepared for

19:45:01  23   plaintiffs in talc litigation?

19:45:05  24        MR. CIRSCH:  Object to form.

19:45:06  25        THE WITNESS:  That's my understanding.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

301

1  Q.  (By Mr. Chachkes)  Okay.  In your footnote

2  42, you have the date of the MVA report as 2018, but

3  it was actually from 2017; correct?

4  A.  That's correct.

5  Q.  These MVA reports you cite in footnotes 42

6  and 43, those were not published; correct?

7  A.  No, sir.

8  Q.  And they're not peer-reviewed?

9  A.  As far as I know, they haven't been

10  published.

11  Q.  And they're not peer-reviewed, are they?

12  A.  Well, if you're talking about

13  peer-reviewed in a publication, no.

14  Q.  Okay.  Is there another form of peer

15  review you're aware of?

16  A.  Well, any time anybody looks over a report

17  and writes comments about it, it's peer-reviewed.

18  Q.  So would you call your expert report in

19  this case peer-reviewed?

20  A.  No, sir.

21  Q.  Didn't Rigler look over it?

22  A.  I'm talking about peer review where people

23  are looking for the scientific validity of it.  It's

24  not -- as far as I know, the MVA talc analysis has

25  not been published.

302

1  Q.  Okay.  And as far as you know, you don't

2  have any information that it's been peer-reviewed?

3  MR. CIRSCH:  Object to form.

4  THE WITNESS:  You know, I'll give you

5  that.  That's correct.

6  Q.  (By Mr. Chachkes)  What is MVA?  What does

7  it stand for?

8  A.  Millette, Vander Wood & Associates.

9  Q.  And both of these reports were authored by

10  Dr. Steve Compton?

11  A.  Yes, sir.

12  Q.  And you've testified in cases with

13  Dr. Compton before; correct?

14  A.  I understand he's been in the same cases

15  as me.

16  Q.  On plaintiffs' side?

17  MR. CIRSCH:  Object to form.

18  THE WITNESS:  Yes, sir.

19  Q.  (By Mr. Chachkes)  Okay.  He's also an

20  expert for plaintiffs' attorneys in asbestos

21  litigation?

22  A.  He has.

23  Q.  Describe how your analysts utilized

24  process blanks in their analysis.

25  A.  Every set of samples that are prepared, a

303

1  process blank is prepared along with it so that

2  everything is done exactly the same except no talc.

3  And then those samples are run through the whole

4  preparation process, and then they are analyzed in

5  the same manner as the talc samples.

6  Q.  Do your analysts run a process blank with

7  every single individual sample?

8  A.  No.  Every set of samples that are all

9  prepared at the same time.

10  Q.  Okay.  And so for the MDL samples, what

11  would constitute a set in that context?

12  A.  Let me look, because Rigler can talk about

13  it more tomorrow.

14  So we have a number of blanks, and

15  typically we have a chart that shows which process

16  blanks go to which set of samples.

17  I'll see if Rigler can bring that

18  tomorrow.

19  I don't have that information.  Typically

20  we give that.

21  Q.  Why do you say Rigler can bring it

22  tomorrow?  Was he involved in that process?

23  A.  Well, he was involved putting this report

24  together.  And since he's coming tomorrow, maybe he

25  can get in early enough to say which set of samples

304

1  were analyzed for each process blank.

2  Q.  Sitting here today, even with the report

3  before you, you can't tell me that?

4  A.  No, I don't see the chart that we have

5  prepared in the past.

6  Q.  Do your analysts run a process blank with

7  every sample analyzed by PLM?

8  A.  Well, you don't have anything that you're

9  generating.  A process blank would literally be

10  putting the glass slide on the polarized light

11  microscope and looking at it because you're not

12  filtering anything, you're not using reagents, so

13  there's no such thing as a process blank in polarized

14  light microscopy.

15  Q.  Okay.  Does the ISO method provide a

16  process blank protocol?

17  A.  I don't think so.

18  Q.  Do you follow a process blank procedure

19  pursuant to your lab's standard protocols?

20  A.  Yes.

21  Q.  Is that written down somewhere?

22  A.  I believe so.

23  Q.  All right.  We would request that be

24  produced.

25  Turning back to your TEM process blanks,

305

19:49:55 1  in your January 2019 report you write that, The
19:49:58 2  process laboratory blanks were prepared in the exact
19:50:02 3  manner as the talc samples but without any talc
19:50:04 4  material.
19:50:05 5      Does that sound familiar?
19:50:06 6  **A.   It does.**
19:50:06 7  Q.   Okay.
19:50:07 8  **A.   I wrote it.**
19:50:08 9  Q.   Was the first step in your process blank
19:50:10 10  protocol centrifuging a centrifuge tube with just
19:50:15 11  heavy liquid and no talc in it?
19:50:17 12  **A.   Correct.**
19:50:17 13  Q.   The first step of your process blank
19:50:19 14  protocol test tests both -- does it test both the
19:50:25 15  centrifuge tube and the heavy liquid for
19:50:27 16  contamination?
19:50:28 17  **A.   Well, since it's in the centrifuge tube,**
19:50:31 18  **whatever it's touched would be -- you would be**
19:50:33 19  **measuring that potential for contamination.**
19:50:36 20  Q.   It follows that your process blank
19:50:39 21  protocol did not include the portion of your method
19:50:41 22  before centrifugation where you transferred the
19:50:44 23  samples to a balance to be weighed?
19:50:46 24  **A.   Since we're putting no talc in it, that's**
19:50:49 25  **correct.**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

306

19:50:49 1  Q.   If there was a contamination on the scale,
19:50:52 2  that would not be accounted for in the process blank
19:50:54 3  protocol; correct?
19:51:00 4  **A.   If.   Well, there's no evidence that**
19:51:04 5  **there's an if in the scale.   It's not just taken out**
19:51:09 6  **and poured onto the scale.   You use weigh paper.**
19:51:13 7  **They're very careful about that.**
19:51:16 8      **But there is -- so there's no**
19:51:19 9  **contamination from the scale.**
19:51:20 10  Q.   But it's fair to say the process blank
19:51:23 11  protocol does not account for potential contamination
19:51:25 12  on the scale, putting aside whether there's
19:51:27 13  contamination or not?
19:51:28 14  **A.   The process blank is everything that is**
19:51:30 15  **touched: the liquid, the filtration, the filter, the**
19:51:37 16  **centrifuge tube, the additional material, the**
19:51:46 17  **apparatus that holds the filter, all that is checked.**
19:51:50 18  Q.   My question's about what wasn't checked.
19:51:53 19  Was the scale checked with the process blank
19:51:55 20  protocol?
19:51:56 21  **A.   You can't check the scale.**
19:51:57 22  Q.   Okay.   When you ran your process blanks,
19:52:00 23  that process did not involve scraping samples out of
19:52:03 24  the MCT tubes; right?
19:52:09 25  **A.   Scraping samples out of the MC tube -- the**

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

307

19:52:19 1  tube is cut with a guillotine.   The centrifuge tube
19:52:24 2  is cut with a guillotine.   There's no scraping for
19:52:26 3  the TEM.
19:52:27 4  Q.   When you ran your process blanks, the
19:52:30 5  process did not involve taking material out of the
19:52:33 6  MCT tubes; right?
19:52:35 7  **A.   Sure, it did.   It's the same way we take**
19:52:38 8  **the material out when we do the TEM analysis for the**
19:52:41 9  **process blanks.   The end of the tube is cut where the**
19:52:45 10  **heavy materials -- the heavy minerals are, and then**
19:52:49 11  **it's run the exact same way.**
19:52:51 12  Q.   Okay.   So the process blank protocol did
19:52:52 13  include the portion of your method where you scraped
19:52:54 14  the centrifuge from the tube which is --
19:52:56 15  **A.   It's not scraped.**
19:52:57 16      MR. CIRSCH:   Object to form.
19:52:58 17      THE WITNESS:   There's no scraping.
18  Q.   (By Mr. Chachkes)   Okay.
19:53:00 19  **A.   The tip is cut with a guillotine after**
19:53:02 20  **it's been flash frozen in liquid nitrogen, and then**
19:53:07 21  **that whole tip is put into a solution and then**
19:53:08 22  **washed.   There's no scraping.**
19:53:09 23  Q.   I'll pick a more palatable verb.
19:53:13 24      It follows that -- so you're saying your
19:53:14 25  process blank protocol included the portion of your

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

308

19:53:15 1  method where you removed from the centrifuge
19:53:22 2  material with a spatula?
19:53:27 3  **A.   There's no removing from the centrifuge**
19:53:29 4  **tube after the spin-down with a spatula.**
19:53:34 5  Q.   Do you just leave the material in the
19:53:36 6  centrifuge?
19:53:36 7  **A.   We cut the tip of -- the very bottom of**
19:53:38 8  **the centrifuge tube off for TEM analysis, and then**
19:53:41 9  **that whole tip is transferred inside and outside into**
19:53:44 10  **the solution that is then going to be filtered where**
19:53:47 11  **you dilute the heavy liquid density material, as we**
19:53:50 12  **do with the TEM analysis.**
19:53:53 13  Q.   What percentage of MAS's work is testing
19:53:55 14  talc for asbestos?
19:53:56 15  **A.   A lot.**
19:54:02 16  Q.   Over 80 percent?
19:54:03 17  **A.   I would say right now that our revenue is**
19:54:06 18  **approximately 70 percent of talc analysis and**
19:54:09 19  **everything associated with it.**
19:54:10 20  Q.   Is the remaining --
19:54:12 21      MR. CIRSCH:   I don't know if he was --
19:54:13 22  were you done?
19:54:13 23      THE WITNESS:   Yeah.
19:54:13 24  Q.   (By Mr. Chachkes)   Is the remaining
19:54:15 25  percentage primarily testing asbestos?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**309**

19:54:19 1    A.    Very small percentage of that.  Other

19:54:24 2  stuff that we do.

19:54:24 3    Q.    I'm sorry.

19:54:26 4    A.    Other nonlitigation projects that we do.

19:54:29 5    Q.    Of the 30 percent of your work that isn't

19:54:33 6  testing talc for asbestos, is that -- what's that

19:54:37 7  30 percent?  What are you testing for?

19:54:38 8    A.    Well, we do -- like today, I mean, the

19:54:46 9  analysts have around 100 regular, everyday PLM.  It's

19:54:49 10  testing for asbestos but not litigation related.

19:54:51 11    Q.    Okay.  My question didn't really relate to

19:54:54 12  litigation related or not.

19:54:56 13          Of the percentage of your work that's not

19:54:57 14  related to testing talc for asbestos, which is in the

19:55:01 15  range of 30 percent, is it primarily testing other

19:55:03 16  things for asbestos?  Strike that.  That was a

19:55:08 17  terrible question.

19:55:08 18          For the 30 percent of MAS's work that is

19:55:13 19  not testing talc for asbestos, is that remainder

19:55:17 20  primarily testing for asbestos in other materials or

19:55:21 21  testing asbestos itself?

19:55:22 22    A.    Well, let me back up.  All our litigation

19:55:24 23  work is approximately 70 percent.  I would say talc

19:55:29 24  is approximately, of that 70 percent, maybe 35,

19:55:33 25  40 percent.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**310**

19:55:35 1          And then the other portion of that

19:55:38 2  70 percent would be other litigation, other asbestos

19:55:41 3  testing, non-talc work.  And then we have 30 or

19:55:45 4  35 percent nonasbestos work.

19:55:48 5          Can we go off the record for a minute?

19:55:50 6    MR. CHACHKES:  Sure.

19:55:50 7    (Off the record.)

19:56:09 8    (Recess from 7:56 p.m. to 7:58 p.m.)

19:58:45 9    Q.    (By Mr. Chachkes)  What was the

19:59:03 10  approximate dates when MAS tested the samples that

19:59:05 11  are discussed in your January 2019 report, from

19:59:09 12  approximately what date to what date?

19:59:11 13    A.    You can look through the chain of

19:59:12 14  custodies or look through the -- but I think it was

19:59:17 15  like November, December, October, maybe.

19:59:21 16          And I want to circle back for a second

19:59:26 17  just to clarify.  I misspoke earlier.  The 70 percent

19:59:29 18  is not talc litigation or talc testing.  It's

19:59:33 19  approximately 30, 35 percent of what we do.  The

19:59:36 20  remaining 30 percent is nonlitigation work.  So I

19:59:41 21  know I misspoke earlier.

19:59:42 22    Q.    Okay.  Just to make sure the record's

19:59:46 23  clear, so you're saying about 70 percent of your work

19:59:48 24  is litigation related, about 30 is not?

19:59:50 25    A.    Correct.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**311**

19:59:51 1    A.    Okay.  And of the 70 percent, roughly half

19:59:54 2  of that is talc related, the other half is roughly

19:59:57 3  asbestos litigation related?

19:59:59 4    A.    Correct.

19:59:59 5    Q.    Okay.  And of the 30 percent that's not

20:00:02 6  litigation related, what percentage of that is

20:00:06 7  related to testing for asbestos in any context?

20:00:09 8    A.    Well, that would be encompassed in the

20:00:11 9  70 percent.  So I haven't broken that out, but the

20:00:15 10  other 30 percent is things like VOC testing for

20:00:18 11  consumer reports or just materials analysis or

20:00:23 12  projects.

20:00:25 13    Q.    Just -- what's VOC?

20:00:26 14    A.    Hmm?

20:00:28 15    Q.    I don't know what VOC is.

20:00:30 16    A.    Oh.  Volatile organic compounds.  It's

20:00:34 17  green labeling, furniture testing, pharmaceutical

20:00:38 18  work for our FDA certification -- not certification

20:00:41 19  but our FDA lab number.

20:00:44 20    Q.    So --

20:00:46 21    MR. CIRSCH:  Were you done, Bill?

20:00:47 22    THE WITNESS:  Yes.

20:00:48 23    Q.    (By Mr. Chachkes)  I recall that I had

20:00:49 24  asked you a question about when you did the testing

20:00:51 25  for the samples in your report, and you said

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**312**

20:00:54 1  November, October, December?

20:00:56 2    A.    It's all in the reports.  You can go

20:00:58 3  through the chain of custodies, you can see the dates

20:01:01 4  on the analysis.

20:01:01 5    Q.    And what year?  2018?

20:01:03 6    A.    Yes, sir.

20:01:03 7    Q.    And during that time frame were you

20:01:10 8  testing other samples of talc for asbestos?

20:01:16 9    A.    Yes.

20:01:16 10    Q.    And during that time frame were you

20:01:18 11  testing other materials, not talc, for asbestos?

20:01:23 12    A.    Yes.

20:01:23 13    Q.    In that time frame were you testing

20:01:25 14  asbestos?

20:01:27 15    A.    Well, we were doing regular PLM for

20:01:32 16  products for added -- that have asbestos added to it,

20:01:36 17  such as chrysotile, typically see chrysotile most of

20:01:39 18  the time, some amosite.

20:01:41 19    Q.    Okay.  Any products that you were testing

20:01:43 20  that have either tremolite or anthophyllite in them?

20:01:46 21    A.    Other than cosmetic talc, no.

20:01:49 22    Q.    How many TEMs does your lab have?

20:01:51 23    A.    Four.

20:01:52 24    Q.    Do you use all four at the same time?

20:01:57 25    A.    If four analysts are busy, yes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

313

20:01:59 1      Q.    Are they all in the same room?

20:02:01 2      A.    No.

20:02:01 3      Q.    Are they each -- do they each have their

20:02:06 4  own TEM room?

20:02:07 5      A.    Yes.

20:02:07 6      Q.    So in a given TEM room is it just the TEM

20:02:11 7  there that's for testing?

20:02:13 8      A.    Correct.

20:02:14 9      Q.    There's no PLM or XRD in the TEM room?

20:02:21 10     A.    No.

20:02:21 11     Q.    Do you use the same PLMs for

20:02:27 12  asbestos-containing material as you use for testing

20:02:29 13  talc?

20:02:30 14     A.    No.  We have a specific PLM scope that has

20:02:35 15  been modified to enhance sensitivity.

20:02:39 16     Q.    So that PLM is only used for talc?

20:02:41 17     A.    Yes.

20:02:41 18     Q.    Are your talc samples handled in the same

20:02:46 19  room as asbestos samples?

20:02:47 20     A.    No.

20:02:47 21     Q.    Does MAS have a clean room?

20:02:49 22     A.    We don't have a Class 100 clean room.  We

20:02:54 23  have a specific room set up just for cosmetic talc.

20:02:58 24     Q.    And what steps -- why haven't you

20:03:03 25  constructed a clean room?

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

314

20:03:06 1          MR. CIRSCH:  Object to form.

20:03:06 2          THE WITNESS:  Because there's no need to.

20:03:08 3      If there's any work that is done on any of these

20:03:11 4      materials, they're done in a biological hood so

20:03:17 5      that if there's any escape of material, it can

20:03:22 6      be filtered.  We don't do a clean room.

20:03:24 7      Q.    (By Mr. Chachkes)  Okay.

20:03:24 8      A.    It's a clean hood but not a clean room.

20:03:27 9      Q.    Okay.  So your aliquot of a particular

20:03:32 10  bottle for the purpose of doing a TEM test or whether

20:03:35 11  it's a PLM test, that aliquot's taken out in a hood?

20:03:38 12     A.    Yes.  Your experts have been to our lab

20:03:41 13  and one will be there tomorrow.  You can ask him what

20:03:44 14  they see when they get there to get their aliquots.

20:03:47 15     Q.    Does MAS test -- strike that.

20:03:49 16          Does the same analysts who test

20:03:54 17  asbestos-containing material in your lab, do they

20:03:56 18  also test for -- test talc for asbestos?

20:03:59 19     A.    No.  The same analysts for PLM?  I mean, I

20:04:05 20  guess I need clarification of that question.

20:04:07 21     Q.    How about for TEM?

20:04:08 22     A.    TEM, if we have other samples that are

20:04:11 23  being run, the same analyst will do that sample, too,

20:04:14 24  in the TEM.

20:04:15 25     Q.    Do your analysts wear any sort of special

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

315

20:04:18 1  clothing when testing talcum powder samples for

20:04:21 2  asbestos?

20:04:21 3      A.    No.  They use special hoods.  There is no

20:04:28 4  danger of being exposed to asbestos in the talcum

20:04:33 5  powder when you're pulling out TEM grids.  It's

20:04:37 6  trapped onto the TEM grids.

20:04:39 7          There's never been, that I've heard of, of

20:04:41 8  somebody getting exposed there.  Everything is done

20:04:43 9  in safety hoods.  So none of our analysts are being

20:04:46 10  exposed.

20:04:46 11     Q.    What was -- is it Dr. Rigler?

20:04:50 12     A.    Yes, it is.

20:04:51 13     Q.    What is Dr. Rigler's contribution to your

20:04:55 14  expert report in this case?

20:04:56 15     A.    His contribution was to review it, to

20:05:00 16  review all the data, to look at the data, make sure

20:05:04 17  it's matched in the appropriate places.  And he did

20:05:09 18  the QA/QC report, so you can ask him tomorrow why he

20:05:13 19  didn't put that one chart in.  That's primarily why

20:05:16 20  for this report.

20:05:17 21     Q.    When you say review the data, does that

20:05:20 22  mean he reviewed it in the same substantive way that

20:05:24 23  you did to make sure the analysts did their job?

20:05:26 24     A.    No.  But he would review it that the data

20:05:29 25  is there for the appropriate materials.  But he

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

316

20:05:34 1  doesn't review it like I do.

20:05:36 2          When I review the data, I review every

20:05:39 3  sheet, every micrograph, every diffraction pattern so

20:05:44 4  that I concur with the analysts' findings for the

20:05:48 5  various tests that we've done.

20:05:50 6      Q.    So is it fair to say that his review is

20:05:55 7  more sort of, let's say, a typo level and consistency

20:06:02 8  level as opposed to substantive level?

20:06:05 9      A.    You'll have to ask him how much

20:06:07 10  substantive level.  But he was a TEM microscopist.

20:06:11 11  He knows what the EDS pattern -- EDXA patterns look

20:06:17 12  like and what they should be.  He looks for the

20:06:20 13  identification.  But his -- but mine's more in depth

20:06:25 14  on the data than his is.

20:06:27 15     Q.    Okay.  Is he qualified to testify about

20:06:32 16  how EDXA is -- EDSA -- EDXA is run?

20:06:37 17     A.    Sure.

20:06:37 18     Q.    Okay.  And he's qualified to testify how

20:06:40 19  PLM is run?

20:06:40 20     A.    He's not a PLM analyst.  I don't know how

20:06:45 21  much knowledge he has or if he could -- like I could,

20:06:49 22  take me a while to sit down and actually analyze a

20:06:53 23  PLM sample.

20:06:53 24     Q.    What about XRD, is he an expert in XRD?

20:07:06 25     A.    I don't believe so.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

317

20:07:07 1    Q.    Okay.  What about SAED?

20:07:11 2    A.    Could he index a diffraction pattern by

20:07:16 3 hand?  You'll have to ask him.

20:07:18 4    Q.    Okay.  Did he do any sort of substantive

20:07:20 5 review of the SAED patterns?

20:07:23 6    A.    He knows the differences between talc

20:07:27 7 patterns and anthophyllite type patterns, but that

20:07:30 8 really was all my responsibility.

20:07:32 9    Q.    Okay.  Does he have any responsibility for

20:07:36 10 reviewing EDXA readouts?

20:07:40 11    A.    He did review them.  He knows EDS spectras

20:07:45 12 and the classic ratios of elements, silica to metals,

20:07:51 13 that you would expect for these types of regulated

20:07:56 14 asbestos fibers and bundles.

20:07:58 15    Q.    Is he qualified to testify to the same

20:08:05 16 degree and substance as you regarding your January

20:08:08 17 report?

20:08:09 18    A.    I don't know.  I don't believe -- I don't

20:08:11 19 believe he is as in-depth as I am on this January

20:08:15 20 report with the data.  I believe what his

20:08:19 21 responsibility is, he can recognize the appropriate

20:08:22 22 EDS patterns for the appropriate regulated asbestos.

20:08:26 23 He's not a PLM analyst.  He has reviewed -- he looks

20:08:31 24 over, makes sure the materials are present, the

20:08:36 25 QA/QC, the chains of custody, that sort of thing.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

318

20:08:38 1    Q.    Could he substitute for you as an expert

20:08:51 2 in the case presenting this report?

20:08:54 3    MR. CIRSCH:  Object to form.

20:08:55 4    THE WITNESS:  I don't know.

20:08:57 5    Q.    (By Mr. Chachkes)  That would be a

20:08:58 6 question for him?

20:08:59 7    A.    You know, if I leave here and get hit by a

20:09:02 8 bus, I guess we'll find out.

20:09:05 9    Q.    Would that be a question for him?

20:09:07 10    A.    Hoping that Dr. Longo get hits by a bus so

20:09:11 11 he can step in and take my place?

20:09:12 12    Q.    Let's take the latter first.

20:09:14 13    A.    You'll have to ask him.

20:09:15 14    Q.    Okay.  Why did you involve him?

20:09:21 15    A.    Because he's one of our senior scientists,

20:09:23 16 and I involved him very early on.  Dr. Rigler and I

20:09:27 17 spent a lot of time collaborating together when we

20:09:32 18 initially took on this project.

20:09:34 19    And the main thing was we didn't feel it

20:09:36 20 was the right thing to do to do the TEM long -- what

20:09:40 21 I call the TEM long method, where to get some

20:09:44 22 reasonable detection limits, you have to look at

20:09:46 23 500,000 grid openings.  That ties up a TEM too long,

20:09:52 24 and I just didn't think it was very efficient.

20:09:54 25    We talked about the heavy liquid density

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

319

20:09:56 1 separation early on, that that was the way to go, the

20:09:59 2 problems associated with it because of the density of

20:10:03 3 anthophyllite without iron versus iron.

20:10:06 4    Chrysotile issue, I'm sure we'll figure

20:10:09 5 out together on how to extract chrysotile using the

20:10:13 6 old Windsor method with citric acid.  He's a very

20:10:18 7 bright scientist.

20:10:19 8    Q.    You've issued reports on other bottles of

20:10:22 9 J&J talc not in the MDL where he wasn't a coauthor of

20:10:26 10 the report; correct?

20:10:26 11    A.    Is that right?

20:10:27 12    Q.    I'm asking.

20:10:28 13    A.    I think he's been on every report.

20:10:30 14    MR. CHACHKES:  Okay.

20:10:33 15    I think I have no further questions, but

20:10:36 16 there are other people, and I'm just going to

20:10:38 17 maintain the objection I stated at the

20:10:39 18 beginning, which is we'll have to review the

20:10:43 19 enormous amount of data that was belatedly

20:10:45 20 produced and determine whether to re-call the

20:10:46 21 witness.

20:10:46 22    MR. PROST:  I'm happy to go now.  I don't

20:10:50 23 have much.

20:13:19 24    (Off the record.)

20:13:19 25    MR. CHACHKES:  Just to amend what I said

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

320

20:13:21 1 before, I'm going to reserve time after the

20:13:23 2 other defendant or defendants ask their

20:13:27 3 questions, which will give me time to review my

20:13:33 4 notes to see if I'm actually done.

20:13:35 5    EXAMINATION

20:13:35 6 BY MR. PROST:

20:13:35 7    Q.    Hi, Dr. Longo.

20:13:37 8    A.    Good evening.

20:13:39 9    Q.    With respect to Dr. Rigler, did he subject

20:13:41 10 any substantive changes?

20:13:43 11    A.    He might have.

20:13:44 12    Q.    You don't recall any as you sit here?

20:13:47 13    A.    No.  I mean, we all have our own editing

20:13:51 14 style.  Sometimes he'd say this doesn't make any

20:13:52 15 sense, which is not uncommon with my struggle with

20:13:56 16 the English language.

20:13:57 17    Q.    Okay.  You mentioned that you do not store

20:14:01 18 talc and asbestos samples in the same room at MAS?

20:14:04 19    A.    Correct.

20:14:04 20    Q.    Do you store all of your talc samples in

20:14:08 21 the same room regardless of the manufacturer or

20:14:12 22 supplier?

20:14:13 23    A.    They are stored in the same room in

20:14:17 24 separate containers, separate sealed bags, and

20:14:21 25 separate locked cabinets.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

321

20:14:22 1 Q. Are there other talc samples provided by

20:14:24 2 other manufacturers or suppliers other than Johnson &

20:14:27 3 Johnson?

20:14:27 4 A. Yes.

20:14:28 5 Q. How many others?

20:14:29 6 A. A number.

20:14:32 7 Q. More than five?

20:14:35 8 A. I don't know.

20:14:37 9 Q. And these samples span decades from these

20:14:41 10 other manufacturers as to Johnson & Johnson?

20:14:44 11 A. Typically.

20:14:44 12 Q. With respect to fibrous talc, I think I

20:14:49 13 heard you say this, but fibrous talc is not asbestos;

20:14:52 14 right?

20:14:53 15 MS. O'DELL: Object to form.

20:14:54 16 THE WITNESS: It's not one of the

20:14:55 17 regulated asbestos types.

20:14:56 18 Q. (By Mr. Prost) And so no matter the shape

20:14:57 19 or size or aspect ratio, if it's chemically talc,

20:15:01 20 it's not asbestos?

20:15:02 21 A. It is not one of the regulated asbestos

20:15:07 22 types that we would report as asbestos.

20:15:09 23 Q. You attempted to quantify the fibrous talc

20:15:13 24 in your most recent January 15, 2019, report; is that

20:15:19 25 right?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

322

20:15:19 1 A. Yes.

20:15:19 2 Q. And just describe briefly how you did

20:15:21 3 that.

20:15:21 4 A. It's very qualitative. The analyst for

20:15:25 5 each of these samples going all the way back, they

20:15:28 6 make an estimate of the number of particles they're

20:15:33 7 seeing in the grid openings as they go through their

20:15:36 8 100 grid openings.

20:15:37 9 At the end of that analysis, they'll state

20:15:39 10 that I was typically seeing one or two or three, and

20:15:43 11 then they'll record one of the typical asbestos talc

20:15:49 12 fibers, diffraction pattern, EDS.

20:15:52 13 So it's a qualitative estimate.

20:15:54 14 Q. In your March 2018 report, did you attempt

20:15:59 15 to quantify the fibrous talc?

20:16:01 16 A. We collected the data, as I recall, but I

20:16:05 17 didn't go through the exercise of just doing the

20:16:07 18 math.

20:16:08 19 Q. Why did you change your methodology in the

20:16:11 20 quantification of fibrous talc between your

20:16:14 21 March 2018 report and in your most recent report?

20:16:16 22 MR. CIRSCH: Object to form.

20:16:17 23 THE WITNESS: I became curious on how much

20:16:20 24 fibrous talc is in the samples where we're

20:16:22 25 seeing fibrous talc. Some samples we see it,

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

323

20:16:25 1 some we don't, especially by TEM. PLM, it's

20:16:29 2 just about in every sample.

20:16:32 3 With the heavy liquid density separation,

20:16:35 4 you know, theoretically, you should be removing

20:16:37 5 all the fibrous talc along with the platy talc,

20:16:40 6 but there is some fibers in there.

20:16:42 7 A true quantitative analysis where -- is

20:16:45 8 to take any of these samples that have fibrous

20:16:48 9 talc in and do a regular no heavy liquid density

20:16:53 10 separation and see how many orders of magnitude

20:16:56 11 the fibrous talc is compared to what we're

20:16:59 12 seeing in TEM with the heavy density liquid

20:17:02 13 separation.

20:17:02 14 Q. (By Mr. Prost) On page 13 of your

20:17:04 15 January 2019 report, you quantify it as abundant,

20:17:10 16 common, or trace; is that right?

20:17:11 17 A. Yes.

20:17:12 18 Q. And is there any published or

20:17:16 19 peer-reviewed literature that guided those

20:17:19 20 categories, or is that something that you or MAS came

20:17:21 21 up with?

20:17:22 22 A. It was our collective -- what would you

20:17:26 23 say is trace, how do we kind of give some information

20:17:28 24 about it, because that's what we were doing for a

20:17:31 25 while.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

324

20:17:33 1 Now we're just using the trace as it's one

20:17:37 2 to three, on average, per opening. And to do the

20:17:41 3 analysis or do the semiquantitative estimation of the

20:17:45 4 number of fibrous talc structures per gram, we just

20:17:49 5 use one per grid opening.

20:17:51 6 Q. So there is no established standard for

20:17:54 7 those three categories that you relied upon?

20:17:59 8 MS. O'DELL: Object to the form.

20:18:00 9 THE WITNESS: I don't think I've seen a

20:18:02 10 document that says if you see fibrous talc, if

20:18:04 11 you only have one or two particles, that it's

20:18:06 12 trace. And it's not -- it's trace compared to

20:18:08 13 what you're seeing there so that you give

20:18:10 14 some qualitative estimate.

20:18:14 15 And we were using this before I got the

20:18:17 16 idea of actually doing a qualitative count based

20:18:21 17 on one fibrous talc structure per opening.

20:18:27 18 Q. (By Mr. Prost) Have you done any quality

20:18:29 19 assurance reports for fibrous talc?

20:18:32 20 A. No, sir.

20:18:33 21 Q. And how long have you been analyzing

20:18:43 22 materials for asbestos content? When is the first

20:18:46 23 time you did that? How many years ago?

20:18:48 24 A. The first TEM grids that I ever analyzed

20:18:53 25 are in a -- stuck on a petri dish and I have it on

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**325**

1 the wall. I think it was about approximately 1985 or
2 1986.
3     Q.   Is the first time that you ever documented
4 fibrous talc 2018?
5     A.   No. I used to do a lot of product ID in
6 the property damage cases, and one of the
7 fingerprints for U.S. Gypsum Audicote Acoustical
8 Plaster was that it had approximately 10 percent
9 International Talc in it. And International Talc,
10 obviously, eventually is Vanderbilt Talc when they
11 bought that. And it was a fibrous talc component, so
12 we were constantly analyzing for fibrous talc.
13     Because U.S. Gypsum Audicote was the only
14 acoustical plaster out there that had a combination
15 of 10 percent perlite -- excuse me -- 10 percent
16 chrysotile, 60 percent perlite, approximately
17 10 percent fibrous talc, and the rest of it was
18 bentonite clay, Wyoming type, and then a few
19 percentages, 2 or 3 percent of calcium carbonate.
20     That fibrous talc was the fingerprint for
21 that product. So we spent a lot of time in these
22 types of situations debating fibrous talc.
23     And I must have done that -- and that was
24 when I was doing all the TEM analysis on the product
25 ID. I bet I analyzed hundreds and hundreds and

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**327**

1     MR. CIRSCH: Object to form.
2     THE WITNESS: I am not a geologist. My
3 role is what's in the bottle.
4     Q.   (By Mr. Prost) Do you agree that the
5 geologic process that controls the formation of any
6 given talc deposits are unique?
7     MS. O'DELL: Object to the form.
8     THE WITNESS: I'm not a geologist. I
9 don't know how unique, especially for the
10 Vermont and Italian mines. We see from those
11 time periods that they have asbestos.
12     So I'll let other geologists say how
13 unique or not unique they are. That's not my
14 area.
15     Q.   (By Mr. Prost) You would expect the
16 accessory minerals in any given talc deposit to be
17 different from one continent to another, wouldn't
18 you?
19     MR. CIRSCH: Object to form.
20     THE WITNESS: I don't have an expectation
21 one way or the other.
22     Q.   (By Mr. Prost) You can't name for me the
23 mines in Vermont that would have been sourced for J&J
24 baby powder, can you?
25     A.   Besides Hammondsville, Argonaut, and

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**326**

1 hundreds of samples specifically, besides looking for
2 the other primary ingredients, is looking at and
3 making sure if it was U.S. Gypsum Audicote versus
4 National Gypsum spray -- God, I've forgotten the
5 name -- or one of the other without the fibrous talc.
6     Q.   That was all industrial talc?
7     A.   Yes.
8     Q.   So the first time you would have
9 documented the presence of fibrous talc in cosmetic
10 talc, would that have been 2018?
11     A.   Whenever we first started doing these
12 analyses. I think that was November, December,
13 January, or so, in early 2018.
14     Q.   I know you're not giving any medical
15 causation opinions with respect to disease or ovarian
16 cancer, am I also correct you're not going to offer
17 any opinions as to the root of exposure, whether it
18 be the female reproductive tract versus inhalation;
19 is that correct?
20     A.   That is correct. I will not be giving
21 those types of opinions.
22     Q.   You've never been to a talc mine?
23     A.   I still haven't.
24     Q.   You've not studied the geology of the
25 mines in Vermont or China, have you?

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**328**

1 what's the other one? I'm missing one.
2     Q.   You're not able to break down the samples
3 that you've tested in your reports pertaining to any
4 specific mine in Vermont or a year, are you?
5     A.   Without going through all the documents
6 showing that when you switched from Hammonds -- or
7 Argonaut, there's specific years in discovery, but I
8 haven't bothered doing -- I haven't done that, if
9 it's important.
10     Q.   All right. Do you know when Imerys began
11 supplying talc for Johnson & Johnson Baby Powder?
12     A.   It's always unclear to me. Of course,
13 it's the -- in 1980 we have some -- maybe with the
14 Vermont and the later '80s.
15     I haven't memorized -- and because we've
16 been going so long, I'm tired. I've had that
17 information at the tip of my tongue before, but I
18 would have to look it back up what Imerys says in
19 their sworn interrogatories when they started doing
20 that, as well as Johnson & Johnson when they say they
21 started buying it versus when it was their own mine
22 and that sort of thing.
23     Q.   Are you familiar or knowledgeable
24 regarding the selective mining processes that Imerys
25 would have used?

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**329**

20:23:45 1    A.    Is that like the video where they were
20:23:47 2    blowing it up?
20:23:50 3         I'm not here to talk about selective
20:23:52 4    mining processes or not. My role is just an analysis
20:23:57 5    of what's in these particular containers.
20:24:01 6    Q.    You're not familiar or knowledgeable
20:24:03 7    regarding the flotation process that Imerys used over
20:24:06 8    the years, are you?
20:24:07 9    A.    I've read a lot about it. In fact, we're
20:24:09 10   going to use one, I believe, with the citric acid to
20:24:13 11   try to concentrate the chrysotile if present.
20:24:17 12        So without looking at it and going through
20:24:13 13   the processes that have been stated in a lot of the
20:24:25 14   documents I've read, other than that, no.
20:24:27 15   Q.    Are you aware of any published literature
20:24:31 16   stating that any of the mines used to source
20:24:35 17   Johnson & Johnson Baby Powder were contaminated with
20:24:38 18   asbestos or amphibole asbestos?
20:24:40 19   A.    Published literature versus in-house
20:24:44 20   testing and company's own stuff?
20:24:47 21   Q.    Say peer-reviewed literature.
20:24:49 22   A.    I'm sorry, could you repeat that?
20:24:52 23   Q.    Are you aware of any peer-reviewed
20:24:54 24   literature stating that any of the mines used to
20:24:56 25   source Johnson & Johnson's Baby Powder or Shower to

**330**

20:24:59 1    Shower were contaminated with amphibole asbestos or
20:25:02 2    chrysotile?
20:25:03 3         MS. O'DELL: Object to the form.
20:25:04 4         THE WITNESS: I mean, the geological
20:25:06 5    reports that go back and -- and Alice Blount can
20:25:10 6    pick on -- Alice Blount didn't say that this
20:25:13 7    came from Vermont. I assume she knows where, as
20:25:15 8    a geologist, as a consultant, where that talc
20:25:18 9    came for that 1989 or that 1990 bottle of
20:25:22 10   Johnson's Baby Powder that she tested to show
20:25:25 11   tremolite asbestos.
20:25:27 12        But an actual peer-reviewed publication
20:25:30 13   stating that the accessory minerals are asbestos
20:25:33 14   type or regulated asbestos as counted by these
20:25:41 15   standard peer-reviewed protocols, I can't think
20:25:45 16   of any.
20:25:46 17   Q.    (By Mr. Prost) Have you read Alice
20:25:48 18   Blount's deposition transcript from the Ingham case?
20:25:50 19   A.    I have.
20:25:51 20   Q.    And is it your belief from reading that
20:25:55 21   testimony that she's saying that sample I from her
20:25:59 22   1990 report was a bottle of Johnson & Johnson Baby
20:26:03 23   Powder?
20:26:03 24   A.    She says it is.
20:26:03 25   Q.    Did you read where she said she bought

**331**

20:26:06 1    that bottle in 1996?
20:26:10 2         MR. CIRSCH: Object to form.
20:26:11 3         THE WITNESS: Well, that would have been
20:26:12 4    hard to go back in time with it. I think she
20:26:14 5    also testified that she bought a number of
20:26:16 6    bottles over the years.
20:26:17 7    Q.    (By Mr. Prost) You would agree she was a
20:26:19 8    bit confused in her deposition?
20:26:21 9         MR. CIRSCH: Object to form.
20:26:21 10        THE WITNESS: No, sir, I don't make that
20:26:23 11   judgment about anybody.
20:26:24 12   Q.    (By Mr. Prost) I've heard it read and
20:26:30 13   think you've probably been asked this before, but
20:26:32 14   would you agree that less than 1 percent of the
20:26:35 15   amphiboles in the world are asbestiform?
20:26:39 16        MR. CIRSCH: Object to form.
20:26:40 17        THE WITNESS: You know, I just don't know
20:26:51 18   what 1 percent of probably, I don't know, how
20:26:54 19   many zero tons of amphibole's out there.
20:26:57 20   Sometimes people seem to suggest that 1 percent
20:27:01 21   isn't very much. 1 percent of something really
20:27:02 22   big tends to be a lot.
20:27:04 23   Q.    (By Mr. Prost) You're familiar with
20:27:05 24   peer-reviewed studies, though, that have said that;
25   right?

**332**

20:27:09 1    A.    Yes, sir.
20:27:09 2    Q.    And you don't have reason to disagree with
20:27:11 3    that, do you?
20:27:13 4    A.    No, sir. I'm just curious on if you were
20:27:15 5    to take every amphibole mineral in the world and then
20:27:18 6    say only 1 percent of that is asbestos. There
20:27:22 7    certainly seems to be enough amphibole asbestos in
20:27:25 8    the world to supply a very large contingent of
20:27:29 9    products over the years until it got all banned or no
20:27:33 10   longer made for amphiboles.
20:27:34 11        So I don't have any -- I can't give you a
20:27:36 12   relationship what 1 percent means. It's not
20:27:40 13   1 percent of a pound. It's 1 percent of -- I don't
20:27:43 14   know how many -- how you would weigh it all.
20:27:47 15   Q.    I know you might think it's still a lot,
20:27:50 16   but you have no reason to disagree with the
20:27:52 17   peer-reviewed literature that you've seen that has
20:27:54 18   said that less than 1 percent of the amphiboles in
20:28:00 19   the earth's crust is asbestiform?
20:28:04 20   A.    No, sir. I just was curious how much of
20:28:06 21   the crust is made up of the percentage of what the
20:28:10 22   weight is.
20:28:11 23   Q.    I think I've seen you testify before --
20:28:13 24   and I want to see if you still agree -- if an
20:28:16 25   amphibole is crystallized in a nonasbestiform habit,

333

20:28:22   1    no matter how much you can grind it up, it can never
20:28:26   2    turn into asbestos or asbestiform?
20:28:29   3           MR. CIRSCH:  Object to form.
20:28:30   4           THE WITNESS:  It's unclear to me what an
20:28:33   5    nonasbestiform habit is other than you may have
20:28:36   6    massive, blocky.  It's all a geological shape.
20:28:39   7           If you grind up a rock, you do not produce
20:28:44   8    asbestos.  If you grind up tremolitic -- massive
20:28:50   9    tremolitic, you typically will get both, but you
20:28:53  10    will not get bundles.
20:28:55  11           What we do is count it as regulated
20:28:58  12    asbestos per the protocols.
20:29:01  13      Q.   (By Mr. Prost)  Right.  So if it
20:29:03  14    crystallizes in a nonasbestiform habit, tremolite,
20:29:06  15    for example, and you grind it up and it falls under
20:29:09  16    the counting rules you use, you call it asbestiform,
20:29:12  17    regardless; right?
20:29:14  18           MR. CIRSCH:  Object to form.
20:29:15  19           THE WITNESS:  Well, everything we've
20:29:17  20    looked at has crystallized in a fibrous habit.
20:29:20  21    Asbestiform habit and fibrous habit are the same
20:29:23  22    thing because we're looking at fibers.
20:29:25  23           If you look at all the crystalline habits,
20:29:27  24    there's a wide range, and most of them are not
20:29:29  25    fibrous, only one where they would call fibrous.

334

20:29:33   1           But you're not going to get an asbestiform
20:29:36   2    bundle from grinding up cleavage fragments.
20:29:40   3      Q.   (By Mr. Prost)  I'm not talking about what
20:29:42   4    you've seen or looked at or issued in your report;
20:29:44   5    but just hypothetically, if you have nonasbestiform
20:29:47   6    tremolite or amphibole that's crystallized in a
20:29:50   7    nonasbestiform habit, no matter -- if someone were to
20:29:54   8    grind that up so that the shape came out to be, under
20:29:58   9    the counting rules that you go by, you would still
20:30:00  10    call that asbestiform?
20:30:03  11           MR. CIRSCH:  Object to form.
20:30:04  12           THE WITNESS:  Well, it's a hypothetical I
20:30:05  13    don't believe exists.  If you grind up a rock or
20:30:08  14    something that's massive, you get little pieces,
20:30:10  15    irregular shapes.  To get a perfectly parallel
20:30:15  16    side I think is rare.
20:30:17  17           And you have to look at what else we're
20:30:20  18    seeing here.  Every bundle is asbestiform.  And
20:30:25  19    you would think you would have the same type of
20:30:27  20    crystalline habit that is generating both
20:30:31  21    asbestiform as well as some cleavage fragments.
20:30:34  22    We do see cleavage fragments.  But it's my
20:30:38  23    belief you get both.  It's never one or the
20:30:40  24    other.
20:30:40  25      Q.   (By Mr. Prost)  If an amphibole is

335

20:30:42   1    fibrous, in your opinion, is it necessarily
20:30:44   2    asbestiform?
20:30:47   3      A.   In my opinion, if it is fibrous, it is
20:30:49   4    asbestiform because it has a form like asbestos.
20:30:52   5      Q.   Are you aware of any peer-reviewed studies
20:30:55   6    to support that?
20:30:59   7      A.   Other than --
20:31:00   8      Q.   I'm sorry, that if an amphibole is
20:31:02   9    fibrous, it necessarily has to be asbestiform?
20:31:06  10      A.   You know, other than the geological
20:31:09  11    definition for a crystalline habit and that it is
20:31:12  12    fibrous and, you know, whatever the population is,
20:31:16  13    population is more than one.
20:31:18  14           But we're getting enough data now that
20:31:20  15    these populations -- and you just can't -- you know,
20:31:25  16    no longer look at from a sample from the same mine
20:31:30  17    that it's a unique thing.
20:31:31  18           All the samples from the mine that we're
20:31:33  19    seeing over and over again show asbestiform minerals
20:31:37  20    in it, specifically tremolite series and the
20:31:39  21    anthophyllite series.
20:31:42  22           It's just my opinion.  I mean, others may
20:31:44  23    disagree, but that's my opinion.
20:31:45  24      Q.   Is there a specific article or
20:31:48  25    peer-reviewed literature or study that says if you

336

20:31:50   1    have an amphibole and it's in a fibrous form, that it
20:31:53   2    is necessarily asbestos or asbestiform?
20:31:57   3           MR. CIRSCH:  Object to form.
20:31:58   4           THE WITNESS:  Every protocol that we're
20:31:59   5    using here has a definition of what you call a
20:32:01   6    regulated asbestos.  Everything that I have
20:32:04   7    reported has followed the peer-reviewed
20:32:06   8    protocols and methods to say it is a regulated
20:32:09   9    asbestos that is fibrous to whatever degree they
20:32:12  10    use for their counting rules.  In my opinion,
20:32:14  11    that makes it all asbestiform.
20:32:15  12      Q.   (By Mr. Prost)  So the counting rules and
20:32:16  13    the protocols that you used for your reports are what
20:32:22  14    you're talking about?
20:32:22  15      A.   Yes, sir.
20:32:23  16      Q.   No other articles or papers that you can
20:32:26  17    think of?
20:32:26  18      A.   Not as I sit here this second, no.
20:32:28  19      Q.   Are you aware of any peer-reviewed
20:32:30  20    articles or literature that say the opposite, that
20:32:32  21    you can have fibrous amphiboles that are not
20:32:35  22    asbestiform?
20:32:37  23      A.   There's a couple.
20:32:39  24           MS. O'DELL:  Object.
20:32:40  25      Q.   (By Mr. Prost)  And who would those be

337

1    from?

2    A.    Oh, I think Ann Wylie has published one or

3    two.  Just depends on who the authors are.

4    Q.    And you just disagree with that?

5    A.    Well, I don't agree with their opinions

6    that if it is a bundle.  But I disagree that if you

7    take an individual fiber that you can't tell one way

8    or the other because it has the same chemistry, it

9    has the same crystalline pattern, it has the same

10   surface charge, and it's called a regulated asbestos

11   fiber, if it meets all that counting criteria.  In my

12   opinion, if it is fibrous and it is asbestos, it is

13   asbestiform.

14   Q.    I know you think that or you testified

15   that high tensile strength and flexibility don't mean

16   much because they can't be measured, I think; is that

17   a fair way of describing what you've said or what

18   your opinion is?

19   A.    Well, it's not defined.  And both the

20   polarized light microscope as well as the

21   transmission electron microscope do not have any

22   ability to make those measurements.  It's just a

23   general description.

24   Q.    Wouldn't you agree that there's ways to

25   observe whether something has high tensile strength

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

338

1    and flexibility?

2    A.    Sure.  If you go to the mine and get a --

3    I think a 10 centimeter sample is the minimum, and

4    tape it to paper and go put it on an Instron, which

5    is a device that will measure tensile strength, I

6    wouldn't want to be standing around when you do it.

7    Because when they pop, they'll spread fibers

8    everywhere because you're just dealing with large

9    bundles.

10         With a transmission electron microscope,

11   with a polarized light microscope, or even XRD, it's

12   impossible.  There is no ability to make that

13   measurement.  And standard protocols for making

14   determinations or measurements lay out how you do

15   that.  They don't even define what high tensile

16   strength is.

17   Q.    Under PLM, is it your opinion that --

18   sounds like it is your opinion -- it is impossible to

19   make a determination whether a population of fibers

20   or a bundle has high tensile strength or flexibility?

21   A.    It is impossible.  And they don't provide

22   you any method for doing that.

23   Q.    In terms of curvature, splayed ends,

24   parallel sides, that sort of thing, you don't think

25   that gives any guidance on the observance of high

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

339

1    tensile strength and flexibility?

2    MR. CIRSCH:  Object to form.

3    THE WITNESS:  No.  You know, if you're

4    going to look at the published literature for

5    high tensile strength for chrysotile, amosite,

6    and crocidolite, you're running around 90,000 to

7    120,000 psi.

8          If you look at what the characteristics or

9    tensile strength is for tremolite anthophyllite,

10   it's about 4,000 psi, and it's brittle.  And

11   you're milling it.

12         So if you can see the bundles at times

13   that we get, you can see where it has been

14   milled and broken in half.  There's nothing

15   there to do that.

16         When we identify regulated asbestos in the

17   PLM method, it meets the criteria for what they

18   say is regulated.  It has -- those individual

19   fibers and those bundles are all greater,

20   typically, on average, greater than 20-to-1.

21         They can be broken down to smaller fibers

22   and bundles.  It's greater than -- the width of

23   the structure is greater than 5 micrometers.  It

24   meets the criteria for the ISO 22262-2.

25         Nowhere in any of that method does it tell

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

340

1    you, oh, you better measure the tensile

2    strength.

3    Q.    (By Mr. Prost)  The 34 or 35 samples from

4    your March 2018 report, you're still relying upon the

5    results of that report here in the MDL; is that

6    right?

7    A.    No, I'm not.  I'm relying on the MDL

8    report.  The only thing that the MDL does is verify

9    our earlier findings, but I'm not relying on it here.

10   Q.    Well, your MDL report includes the

11   findings of positive of what you're calling asbestos,

12   though, in those -- in terms of your computations of

13   the percentages?

14   A.    I'm sorry, could you repeat that?

15   Q.    Sorry, it was -- yeah, clumsy.

16         In your January 2019 MDL report, you're

17   including the findings of those original Johnson &

18   Johnson samples, those 35 in your overall

19   percentages, aren't you?

20   A.    No.  The only thing that's in there that

21   came from the original report is that MDL sample, the

22   1978 MDL sample.  That's the only sample.

23   Q.    You changed your methodology from the

24   March 2018 report until now.  Why did you do that?

25   MR. CIRSCH:  Object to form.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

341

```
20:37:23   1        THE WITNESS:  Because we -- we didn't
20:37:27   2   really change it.  We just started using the
20:37:31   3   definitions and the ability for the ISO 22262-2
20:37:35   4   because it's an International Standard that has
20:37:37   5   been peer-reviewed by all the international
20:37:41   6   scientists that are on it or in the committees,
20:37:44   7   and it provides a standard method other than
20:37:47   8   just the Blount heavy density liquid separation
20:37:50   9   and TEM.
20:37:51  10        Q.    (By Mr. Prost)  Is the method you're doing
20:37:53  11   now more reliable than what you did last year?
20:37:55  12        A.    No.
20:37:56  13        MR. CIRSCH:  Object to form.
20:37:56  14        THE WITNESS:  They are both reliable.
20:37:59  15        Q.    (By Mr. Prost)  Is your concentration
20:38:02  16   preparation any different now than what you did in
20:38:07  17   early 2018, that first report?
20:38:10  18        A.    No.  We are using the exact same method,
20:38:16  19   except the ISO 22262-2 says use heavy density liquid
20:38:22  20   of 2.85, if I remember, and Blount had said 2.81.
20:38:30  21        So now I have a method that specifically
20:38:32  22   uses 2.85 that we have been using under Blount.
20:38:37  23        Q.    For the Johnson & Johnson MDL samples, I
20:38:43  24   think you testified that some of those containers had
20:38:48  25   been previously opened?
```

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

342

```
20:38:51   1        MS. O'DELL:  Object to the form.
20:38:53   2        THE WITNESS:  Well, they got previously
20:38:55   3   opened when they were split.  I don't have any
20:38:59   4   history on what Johnson & Johnson did with
20:39:03   5   those, but certainly when they got split up in
20:39:06   6   New Jersey for samples, they were opened in some
20:39:10   7   manner.
20:39:10   8        Q.    (By Mr. Prost)  The Imerys samples, the
20:39:12   9   railcar samples, I haven't seen any photographs of
20:39:16  10   those, and I think when we talked last time you said
20:39:19  11   you could produce those?
20:39:20  12        A.    Oh, I forgot.  Yes.
20:39:21  13        Q.    You do have photos of those somewhere that
20:39:23  14   you can produce them?
20:39:23  15        A.    Yes.  It should -- I'll endeavor to get
20:39:27  16   those.
20:39:27  17        Q.    All right.  I guess we'll ask that those
20:39:30  18   be produced.
20:39:30  19        You're not familiar with how Imerys stored
20:39:35  20   those samples before they were produced: right?
20:39:38  21        A.    No.
20:39:38  22        Q.    Or what specific mines they came out of?
20:39:42  23        MS. O'DELL:  Object to the form.
20:39:43  24        THE WITNESS:  Well, I guess it would be
20:39:45  25   easy to track down if there is information and
```

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

343

```
20:39:49   1   testimony about when different mines were
20:39:52   2   started and stopped.
20:39:53   3        Q.    (By Mr. Prost)  Your opinion on fibers per
20:40:09   4   gram and your extrapolation from what you found in
20:40:12   5   the samples, am I correct that you are assuming that
20:40:17   6   the asbestos contamination is consistent throughout
20:40:21   7   the entire sample?
20:40:23   8        A.    The accessory mineral -- the findings of
20:40:25   9   the asbestos accessory minerals is consistent
20:40:30  10   throughout.  That's not me assuming it.  That's the
20:40:33  11   protocol.  Because all TEM analysis, air samples,
20:40:37  12   water samples, when you filter it or pull through a
20:40:40  13   filter, you make that assumption.
20:40:41  14        Q.    Your calculations assume that the fibers
20:40:44  15   are present at the same levels and evenly distributed
20:40:48  16   throughout every milligram of the sample: is that
20:40:53  17   right?
20:40:53  18        MR. CIRSCH:  Object to form.
20:40:54  19        THE WITNESS:  That there will be -- this
20:40:55  20   is what the range is that we should find, as we
20:41:00  21   talked about ad nauseam -- I'm sorry -- we
20:41:04  22   talked about earlier.
20:41:05  23        If we found one and analyzed it again and
20:41:07  24   found zero, that would not be surprising because
20:41:10  25   we're right at the detection limit.  But if we
```

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

344

```
20:41:12   1   found a significant number, 10, 15, 25, I would
20:41:17   2   expect that we would find positive samples in
20:41:19   3   each and every -- if we were to do that and do
20:41:22   4   that for some time, that there is enough in
20:41:26   5   there that would make that where we would find
20:41:28   6   similar concentrations.
20:41:29   7        Q.    (By Mr. Prost)  So at the detection limit
20:41:34   8   level where you're only finding a couple of fibers,
20:41:38   9   you wouldn't be surprised to examine the same sample
20:41:42  10   and not have a nondetect; is that right?
20:41:44  11        A.    That wouldn't surprise me, and it wouldn't
20:41:46  12   surprise me if we found two fibers the first time
20:41:49  13   or two asbestos -- regulated asbestos structures the
20:41:52  14   first time and next time you find four.  So you will
20:41:54  15   have a range at those lower detection limits.
20:41:58  16        Q.    Have you ever done a study to verify the
20:42:02  17   consistency of distribution throughout an entire
20:42:06  18   sample?
20:42:06  19        A.    No.  On the distribution and consistency
20:42:10  20   we haven't done any additional analysis that anybody
20:42:13  21   else has ever done in the past for analyzing a more
20:42:17  22   sensitive method.
20:42:21  23        Q.    You were shown an EDS -- EDXA spectra.  I
20:42:21  24   think it was Exhibit 12 maybe, if you could pull that
20:42:25  25
```

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

**345**

| | |
|---|---|
| 20:42:30 | 1 up. |
| 20:42:41 | 2       MR. CIRSCH: You can use this one for now. |
| 20:42:43 | 3       THE WITNESS: Oh, thank you. |
| 20:42:44 | 4    Q. (By Mr. Prost) You were asked some |
| 20:42:45 | 5 questions about how at the bottom there's references |
| 20:42:47 | 6 to the different -- what do you call it -- not |
| 20:42:51 | 7 minerals -- the components. You see what I'm talking |
| 20:42:55 | 8 about at the very bottom? |
| 20:42:59 | 9    A. **In the bottom left-hand corner?** |
| 20:43:01 | 10    Q. Correct. |
| 20:43:02 | 11    A. **Yes.** |
| 20:43:02 | 12    Q. Thanks. |
| 20:43:13 | 13    And you said, I think, that you weren't |
| 20:43:05 | 14 sure if the software automatically pulled up those |
| 20:43:07 | 15 calculations or the ratios, the different numbers; is |
| 20:43:10 | 16 that right? |
| 20:43:12 | 17    A. **That's correct.** |
| 20:43:13 | 18    Q. All right. |
| 20:43:14 | 19    A. **It's not so much the ratios; it's that you** |
| 20:43:17 | 20 **can do it by elemental percentage or the oxides.** |
| 20:43:20 | 21    Q. If the software automatically pulled that |
| 20:43:23 | 22 up, your analyst wouldn't delete it before they |
| 20:43:25 | 23 printed that, would they? |
| 20:43:28 | 24       MR. CIRSCH: Object to form. |
| 20:43:28 | 25       THE WITNESS: No. If it is on there for |

**347**

| | |
|---|---|
| 20:44:23 | 1 question. |
| 20:44:23 | 2    Are you aware of any other information |
| 20:44:25 | 3 that is available on the software that is not on |
| 20:44:29 | 4 there or that there's a switch that has turned it |
| 20:44:32 | 5 off? |
| 20:44:32 | 6    A. **Again, as I discussed earlier some many** |
| 20:44:35 | 7 **hours ago, that I would have to check, if my client** |
| 20:44:40 | 8 **asks. And if my client asks for me to check, I'll** |
| 20:44:42 | 9 **certainly take it under serious consideration.** |
| 20:44:45 | 10       MR. PROST: That's all I have for now. |
| 20:44:46 | 11       THE WITNESS: Thank you. |
| 20:44:47 | 12       MR. PROST: Alex, do you have some more |
| 20:44:49 | 13 questions? |
| 20:44:49 | 14       MR. CHACHKES: No. |
| 20:45:00 | 15       (Recess from 8:45 p.m. to 8:55 p.m.) |
| 20:56:20 | 16       EXAMINATION |
| 20:56:25 | 17 BY MS. O'DELL: |
| 20:56:25 | 18    Q. Dr. Longo, it's been a very long day, |
| 20:58:09 | 19 but -- |
| 20:58:10 | 20    A. **Yes, ma'am, it has.** |
| 20:58:11 | 21    Q. It has, I know, for you. I have a few |
| 20:58:14 | 22 questions for you. |
| 20:58:16 | 23    First, before we begin, would you please |
| 20:58:19 | 24 describe your educational background, your background |
| 20:58:24 | 25 and expertise. |

**346**

| | |
|---|---|
| 20:43:30 | 1 that particular software, it would be a toggle |
| 20:43:33 | 2 switch they would either turn on or turn off. |
| 20:43:35 | 3    What's more important is we're following |
| 20:43:36 | 4 the ISO method for quantitative EDS where we |
| 20:43:41 | 5 have collected the appropriate count times. |
| 20:43:44 | 6    Q. (By Mr. Prost) So the analyst could flip |
| 20:43:46 | 7 a switch, and it could produce those specific |
| 20:43:49 | 8 calculations for us? |
| 20:43:51 | 9    A. **I don't know that.** |
| 20:43:52 | 10       MR. CIRSCH: Object. |
| 20:43:53 | 11       THE WITNESS: It was talked about at |
| 20:43:55 | 12 length earlier. It's not something we routinely |
| 20:43:57 | 13 do or I'm relying on. |
| 20:44:03 | 14    Q. (By Mr. Prost) Is there anything else |
| 20:44:04 | 15 that you can think of where there's a switch that you |
| 20:44:08 | 16 could turn off information that the software was to |
| 20:44:10 | 17 automatically put on there? |
| 20:44:12 | 18       MS. O'DELL: Object to form. |
| 20:44:13 | 19       MR. CIRSCH: Objection. |
| 20:44:13 | 20       THE WITNESS: I never stated that the |
| 20:44:16 | 21 software automatically wants to do it and the |
| 20:44:18 | 22 analysts are fighting with the software where |
| 20:44:21 | 23 the software is saying, no, no, I need to do |
| 20:44:22 | 24 this. |
| 20:44:22 | 25    Q. (By Mr. Prost) I'll rephrase the |

**348**

| | |
|---|---|
| 20:58:26 | 1    A. **Yes. My educational background is that I** |
| 20:58:31 | 2 **graduated from the University of Florida with a** |
| 20:58:32 | 3 **bachelor's of science in microbiology. Went on to** |
| 20:58:35 | 4 **graduate school in the materials science department** |
| 20:58:38 | 5 **and graduated in 1983 with a Ph.D. in materials** |
| 20:58:41 | 6 **science and engineering.** |
| 20:58:42 | 7 **I started a small company, and we were one** |
| 20:58:45 | 8 **of the first TEM labs in the country that specialized** |
| 20:58:48 | 9 **in the analysis of asbestos by transmission electron** |
| 20:58:53 | 10 **microscopy. Went on to in 1988 open the doors of** |
| 20:58:57 | 11 **Materials Analytical Services and have been there** |
| 20:59:00 | 12 **ever since as president.** |
| 20:59:01 | 13 **While I was at the University of Florida,** |
| 20:59:04 | 14 **I stayed on while I started that first little company** |
| 20:59:06 | 15 **and eventually became visiting assistant professor at** |
| 20:59:10 | 16 **the University of Florida, which I gave up that** |
| 20:59:12 | 17 **position in approximately 1986 or so.** |
| 20:59:17 | 18 **Materials Analytical Services grew at some** |
| 20:59:20 | 19 **point to almost 80 employees, where we specialized in** |
| 20:59:24 | 20 **everything from analysis of asbestos to materials to** |
| 20:59:29 | 21 **semiconductors, even doing work for the Department of** |
| 20:59:33 | 22 **Defense on various types of contracts.** |
| 20:59:37 | 23 **Since that time, we've probably analyzed** |
| 20:59:41 | 24 **somewhere in the order of 300,000 or 400,000** |
| 20:59:44 | 25 **individual asbestos samples. We worked with various** |

349

1 states and agencies in litigation for property damage
2 and developed techniques for reverse engineering
3 asbestos-containing products so you could identify
4 the manufacturer.
5        And I was the expert for the City of
6 New York, the State of New York, the State of Hawaii,
7 the State of Utah, the City of Chicago, plus the
8 entire school system and public buildings in the
9 State of Texas.
10       We were the referee lab for the
11 bankruptcies that involved both U.S. Gypsum,
12 W.R. Grace, U.S. Mineral as well -- additionally,
13 Turner & Newall's Limpet, as the referee lab where if
14 somebody had made a claim, it was up to us to
15 validate that the particular sample coming out of a
16 particular building was, in fact, that manufacturer's
17 product.
18       I have published in the peer-reviewed
19 literature on the types of testing that we've done
20 for both asbestos and nonasbestos type products.
21       I have taught at the American Industrial
22 Hygiene Association for teaching other industrial
23 hygienists the utility of transmission electron
24 microscopy specifically for asbestos as well as other
25 industrial hygiene applications for particle size

350

1 analysis, fugitive type particulates for air quality.
2        Our laboratory is one of the few in the
3 country that does VOC testing for all the green
4 labeling.  We're certified to do that by the ISO
5 certification.
6        Our laboratory also has an FDA laboratory
7 number so that we do do pharmaceutical or UPS type
8 testing to verify, typically, different chemicals and
9 materials that may be emitted or inhaled or injected
10 or taken by mouth.
11       I've been doing this for almost 30 years,
12 and my specialty has been and my research over the
13 years has been asbestos-containing products and the
14 propensity or not to cause significant exposure
15 during the use of those products.
16       I was the primary author of the ASTM
17 Method for the Analysis of Asbestos Fibers and
18 Bundles in Settled Dust, the D2205 committee for ASTM
19 standard method, which is probably the most rigorous
20 peer-reviewed methodology outside of ISO.
21       To get your committee -- your
22 subcommittee, your committee, and eventually all
23 40,000 members have the ability for the final time
24 when it becomes a standard to vote negative on it.
25 One negative vote sends it back.  I did that once.  I

351

1 won't do it again.
2        And I'm a member of various organizations.
3 The American Industrial Hygiene Association, the
4 microscopy -- materials science microscopy, as well
5 as I'm a board certified forensic engineer, which is
6 not just pay your money; you actually have to qualify
7 from your experience and renew that.  I finally
8 became a fellow in forensic engineering for what I
9 do.
10       I guess that's it.
11    Q.   Have you been qualified as an expert in
12 asbestos testing and allowed to testify in federal
13 court?
14    A.   Yes.  I've been in federal court many
15 times on our asbestos type work, and in fact I've had
16 a handful of appellate opinions that the methodology
17 we use is sound science.  I've been qualified as both
18 a materials scientist in the areas of microscopy, in
19 the areas of asbestos analysis, in the areas of
20 industrial hygiene specifically to do with asbestos.
21 And I'm still not a certified industrial hygienist.
22    Q.   What were you asked to do in this case?
23    A.   I was asked to determine, using standard
24 protocols, peer-reviewed protocols that are normally
25 used for the determination of asbestos in materials,

352

1 air, bulk samples, water samples, what have you, if
2 there was in fact regulated asbestos in these
3 containers of Johnson & Johnson Baby Powder, Shower
4 to Shower during the time that Johnson & Johnson was
5 manufacturing that before they sold it to Valeant,
6 Valeant Pharmaceuticals.
7        And using standard methodology to
8 determine if there was detectable amounts of
9 regulated asbestos in these containers, historical
10 containers as well as more contemporary containers.
11 For this particular case for the MDL we have not
12 gotten to the MDL China mines but to verify if it
13 was, in fact, present or not.
14    Q.   Okay.  Is the methodology that you used in
15 your work in this case supported by the peer-reviewed
16 literature?
17    A.   Yes.  We're using standard protocols that
18 other scientists in the field of asbestos testing
19 have used in the years.
20        If there's a publication involving
21 asbestos analysis of some sort or asbestos in some
22 product or asbestos release, the protocols that we
23 use are typically referenced in those peer-reviewed
24 publications as well as these are standards, standard
25 testing protocols that are accepted across the

353

21:05:59 1 country for these types of analysis and across the
21:06:02 2 world, especially the International Standards
21:06:05 3 organization protocols that we use.
21:06:07 4     Q.    And is that because of the methodology
21:06:08 5 that you use and because of the fact that it's
21:06:12 6 generally accepted in the scientific community, is
21:06:14 7 the process that you undertook here something that
21:06:18 8 could be replicated by another scientist or lab?
9     MR. PROST:  Objection --
21:06:24 10     MR. SILVER:  Objection to form.
21:06:24 11     MR. CHACHKES:  Objection.  Leading.
21:06:26 12     MS. WOODS:  Join.
21:06:26 13     THE WITNESS:  Absolutely.  They just would
21:06:28 14 follow the methodology that we have laid out in
21:06:29 15 the reference protocols, and as long as they are
21:06:32 16 qualified that they can do this type of
21:06:34 17 analysis, they should all be able to be
21:06:37 18 replicated.
21:06:39 19     Q.    (By Ms. O'Dell)  Let's talk about your
21:06:40 20 results just very briefly.
21:06:45 21     What were your find -- let me back up and
21:06:48 22 ask this question.
21:06:49 23     What time period did the samples you
21:06:51 24 tested for your January 2019 report, what time period
21:06:56 25 does that cover?

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

354

21:06:58 1     A.    The 1960s, the 1970s, the 1980s, the
21:07:03 2 1990s, and the early 2000s.
21:07:05 3     Q.    What were the sources from which talc was
21:07:08 4 mined?
21:07:10 5     A.    The '60s up until about '67 or so would be
21:07:13 6 from Italy; from there to approximately 2002, 2003,
21:07:21 7 it would be from Vermont; and after that it's from
21:07:24 8 China.
21:07:25 9     Q.    What were your findings regarding
21:07:27 10 regulated asbestos fibers?
21:07:29 11     A.    Our results overall for 72 what I'll call
21:07:35 12 historical containers that includes 15 historical
21:07:38 13 railroad car samples from Imerys, and out of that 72
21:07:44 14 samples, 50 were positive for regulated asbestos, and
21:07:48 15 that gives you a percentage of approximately
21:07:50 16 66 percent or so.
21:07:52 17     If we break it down -- and, oh, that
21:07:54 18 includes seven MDL samples that came from the Korean
21:08:00 19 mine, or what we call the Asian talc.
21:08:04 20     If we break it down for the Johnson's Baby
21:08:08 21 Powder, we analyzed 34 historical samples with Asian.
21:08:13 22 Out of that 34, 24 were positive, or 71 percent.
21:08:18 23     We also analyzed 23 historical Shower to
21:08:21 24 Shower containers that were Johnson & Johnson, and 18
21:08:25 25 were positive, or 78 percent.

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

355

21:08:28 1     Of the 15 Imerys railroad car samples,
21:08:31 2 eight were positive, or 53 percent.
21:08:36 3     Excluding the seven Asian Johnson Baby
21:08:40 4 Powder containers would give us 65 Johnson Baby
21:08:43 5 Powder and STS and Imerys railroad car samples
21:08:47 6 analyzed; 44 were positive, or 68 percent, for
21:08:49 7 amphibole asbestos.
21:08:51 8     And then we have a break -- then, of
21:08:53 9 course, we have the breakdown of each of these
21:08:57 10 without the Asian.
21:08:58 11     Q.    What were the results for fibrous talc?
21:09:04 12     A.    The qualitative analysis of fibrous
21:09:10 13 talc -- let me just jump to the results section.
21:09:16 14     Q.    Page 9.
21:09:18 15     Thank you.  Been a long day.
21:09:21 16     Q.    Sure.
21:09:22 17     A.    Using the ISO PLM method, found that of
21:09:32 18 the 56 Italian/Vermont/China source containers that
21:09:36 19 we analyzed, 55, or 98 percent, contained fibrous
21:09:41 20 talc.  The Blount PLM method showed of the 72, 20
21:09:45 21 contained fibrous talc.
21:09:47 22     The TEM analysis showed that -- and I have
21:09:54 23 that somewhere -- that there was similar
21:09:56 24 concentration by the heavy density liquid method by
21:10:01 25 TEM, which is biased against finding fibrous talc,

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

356

21:10:06 1 because unless it has iron in it, you'll have the
21:10:09 2 same density as platy talc.
21:10:12 3     So, really, the best predictor of fibrous
21:10:16 4 talc would be the ISO PLM that does not use heavy
21:10:20 5 density liquid, and most all the samples except for
21:10:23 6 one that we tested had it in there.
21:10:42 7     MS. O'DELL:  Nothing further, Doctor.
21:10:43 8 Thank you.
21:10:45 9     THE WITNESS:  Thank you.
21:10:47 10     MR. CHACHKES:  Nothing more here.
21:10:50 11     FURTHER EXAMINATION
12 BY MR. PROST:
21:10:52 13     Q.    Just one follow-up.
21:10:53 14     You're talking about the results,
21:10:54 15 Dr. Longo.  Turn to page 6 of your report.
21:10:58 16     You talk about how the analysis of 34
21:11:01 17 historical Johnson's Baby Powder containers you
21:11:06 18 determined were 71 percent positive.
21:11:09 19     And then number 2, you say the analysis of
21:11:11 20 22 historical Shower to Shower, or 77 percent,
21:11:16 21 positive; but the analysis of the Imerys 15 railroad
21:11:19 22 car samples were only 53 percent positive.
21:11:23 23     Do you have an explanation for the
21:11:28 24 25 percent difference there between the Imerys
21:11:31 25 railroad car samples and the finished product

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

357

21:11:34  1  samples?

21:11:34  2  A.  Yes, sir.

21:11:36  3  Q.  What is that?

21:11:36  4  A.  Only eight were positive out of the 15.

21:11:40  5  Q.  Do you have an explanation for why there

21:11:43  6  would be such a discrepancy in the positive findings

21:11:46  7  using your methodology?

21:11:47  8  MS. O'DELL:  Object to the form.

21:11:48  9  THE WITNESS:  I don't look at it as a

21:11:49  10  discrepancy.  We call them like we see it.  So

21:11:52  11  if it's only eight out of the 15, that's all we

21:11:55  12  saw.

21:11:57  13  Q.  (By Mr. Prost)  And you expect that if the

21:11:58  14  raw talc supplied had a certain percentage of

21:12:02  15  asbestos, you would see the same percentage in the

21:12:04  16  finished product?

21:12:05  17  MS. O'DELL:  Object to form.

21:12:07  18  THE WITNESS:  No, I wouldn't expect to see

21:12:09  19  the same percentage, usually, because you're --

21:12:11  20  flotation, you're using various methods.  And we

21:12:16  21  don't have a lot of data from the 1990s.  So

21:12:23  22  there may be, you know, a difference in the two.

21:12:26  23  But we don't have enough data to make that yet,

21:12:29  24  to make that jump on why one versus the other.

21:12:33  25  Q.  (By Mr. Prost)  So your opinion as to what

358

21:12:35  1  could explain the difference is that there's a

21:12:38  2  flotation method and it's a small sample size?

21:12:41  3  A.  No.  I never said that.  I said there is a

21:12:44  4  processing on it, but we don't have a lot of samples

21:12:46  5  from 1990 and 2000.  And, you know, we'll just have

21:12:51  6  to see as we go forward with additional testing.

21:12:55  7  Q.  So the smaller the sample size, the less

21:12:57  8  reliable the findings, you would agree?

21:13:00  9  A.  No --

21:13:00  10  MS. O'DELL:  Object to form.

21:13:00  11  THE WITNESS:  I don't agree that the

21:13:02  12  findings are not reliable at all.  They are

21:13:03  13  reliable.  Why there's 53 percent versus some of

21:13:06  14  the others, you know, hopefully we can answer

21:13:10  15  this question some day.  Or we get a larger

21:13:17  16  sample size and see if there is actually a

21:13:17  17  difference.

21:13:17  18  MR. PROST:  No further questions.

21:13:22  19  MR. SILVER:  Hold on.  Yes, we do.  We

21:13:23  20  have one more.  We can feed it to him or just

21  ask him.

22  THE WITNESS:  Why don't you just go ahead

21:13:27  23  and ask me.

24  ///

25  ///

359

21:13:27  1  EXAMINATION

21:13:27  2  BY MR. SILVER:

21:13:27  3  Q.  Dr. Longo, in your report you characterize

21:13:29  4  the Imerys samples as railcar samples.  Where did you

21:13:32  5  get that description from?

21:13:33  6  A.  It was on the -- I believe it was right on

21:13:36  7  the containers as well as from the MDL for the chain

21:13:40  8  of custodies that they sent.

21:13:42  9  Q.  And sitting here today, you believe that

21:13:43  10  all those samples were actually railcar samples?

21:13:47  11  MS. O'DELL:  Object to the form.

21:13:48  12  THE WITNESS:  I don't know if they all

21:13:49  13  were.  We'd have to look at the chain of

21:13:51  14  custodies.  But I think there were one or two

21:13:53  15  that said something different than railroad car

21:13:57  16  samples, but I just characterized them all as

21:14:00  17  railroad car samples.

21:14:01  18  MR. SILVER:  Thank you.  No further

21:14:03  19  questions.

21:14:09  20  (Deposition concluded at 9:14 p.m.)

21  (Pursuant to Rule 30(e) of the Federal

22  Rules of Civil Procedure and/or O.C.G.A. 9-11-30(e),

23  signature of the witness has been waived.)

24  (Original transcript sent to Mr. Frost.)

25

360

1  C E R T I F I C A T E

2

3  STATE OF GEORGIA:

4  COUNTY OF HALL:

5

6  I hereby certify that the foregoing

7  transcript was taken down, as stated in the

8  caption, and the questions and answers thereto

9  were reduced to typewriting under my direction;

10  that the foregoing pages 1 through 359 represent

11  a true, complete, and correct transcript of the

12  evidence given upon said hearing, and I further

13  certify that I am not of kin or counsel to the

14  parties in the case:  am not in the regular

15  employ of counsel for any of said parties;  nor

16  am I in anywise interested in the result of said

17  case.

18  This, the 7th day of February, 2019.

19

20  _____

FRANCES BUONO, B-791

21  Georgia Certified Court Reporter

22

23

24

25

361

1                    COURT REPORTER DISCLOSURE

2

3          Pursuant to Article 10.B. of the Rules and
     Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia which states: "Each court
4    reporter shall tender a disclosure form at the time
     of the taking of the deposition stating the
5    arrangements made for the reporting services of the
     certified court reporter, by the certified court
6    reporter, the court reporter's employer, or the
     referral source for the deposition, with any party to
7    the litigation, counsel to the parties or other
     entity.  Such form shall be attached to the
8    deposition transcript," I make the following
     disclosure:

9

10         I am a Georgia Certified Court Reporter.  I am
     here as a representative of Atlanta Reporters, Inc.
     Atlanta Reporters was contacted to provide court
11   reporting services for the deposition.  Atlanta
     Reporters will not be taking this deposition under
12   any contract that is prohibited by O.C.G.A.
     15-14-37(a) and (b).

13

14         Atlanta Reporters has no contract/agreement to
     provide reporting services with any party to the
15   case, any counsel in the case, or any reporter or
     reporting agency from whom a referral might have been
16   made to cover this deposition.  Atlanta Reporters
     will charge its usual and customary rates to all
17   parties in the case, and a financial discount will
     not be given to any party to this litigation.

18

19

20

21                    _____
                      FRANCES BUONO, B-791
22                    Georgia Certified Court Reporter

23

24

25

Exhibit F

```
  1                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
  2

  3

  4    IN RE:  JOHNSON & JOHNSON      )
       TALCUM POWDER PRODUCTS         )
  5    MARKETING SALES                )
       PRACTICES, AND PRODUCTS        )  MDL NO.16-2738(FLW) (LHG)
  6    LIABILITY LITIGATION           )
                                      )
  7

  8

  9

 10

 11            VIDEO-RECORDED DEPOSITION OF

 12               MARK W. RIGLER, PH.D.

 13

 14               February 6, 2019

 15                  9:14 a.m.

 16

 17             11340 Lakefield Drive
                     Suite 200
 18             Johns Creek, Georgia

 19

 20

 21

 22        Frances Buono, RPR, CCR-B-791

 23

 24         Atlanta Reporters, Inc.
        Georgia Certified Court Reporters
 25              (866) 344-0459
            www.atlanta-reporters.com
```

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporter.com

---

2

```
  1                 APPEARANCES OF COUNSEL

  2

  3    On behalf of the Plaintiffs:

  4        LEE CIRSCH, Esq.
           The Lanier Law Firm
  5        21550 Oxnard Street
           3rd Floor
  6        Woodland Hills, California  91367
           Lee.cirsch@lanierlawfirm.com
  7

  8        P. LEIGH O'DELL, Esq.
           Beasley Allen Law Firm
  9        218 Commerce Street
           Montgomery, Alabama  36103-4160
 10        Leigh.odell@beasleyallen.com

 11
           MICHELLE A. PARFITT, Esq.
 12        JAMES GREEN, Esq.
           Ashcraft & Gerel, LLP
 13        1825 K. Street
           Suite 700
 14        Washington, D.C.  20036
           Mparfitt@ashcraftlaw.com

 15

 16        DENNIS M. GEIER, Esq.
           Cohen Placitella Roth, PC
 17        127 Maple Avenue
           Red Bank, New Jersey  07701
 18        Dgeier@cprlaw.com

 19
 20
 21
 22
 23
 24
 25
```

Atlanta Reporters, Inc.     www.atlanta-reporters.com

---

3

```
  1           APPEARANCES OF COUNSEL (continued)

  2

  3    On behalf of the Defendant,
       Johnson & Johnson and Johnson & Johnson Consumer
  4    Inc.:

  5        ALEX V. CHACHKES, Esq.
           NINA TROVATO, Esq.
  6        Orrick, Herrington & Sutcliffe, LLP
           51 West 52nd Street
  7        New York, New York  10019-1642
           Achachkes@orrick.com
  8        Ntrovato@orrick.com

  9
           JACK N. FROST, JR., Esq.
 10        Drinker Biddle & Reath LLP
           600 Campus Drive
 11        Florham Park, New Jersey  07932-1047
           Jack.frost@dbr.com

 12

 13    On behalf of the Defendant,
       Imerys Talc America, Inc.:

 14
           MARK K. SILVER, Esq.
 15        Coughlin Duffy, LLP
           350 Mount Kemble Avenue
 16        Morristown, New Jersey  07962
           Msilver@coughlinduffy.com

 17

 18        MARK A. PROST, Esq.
           Sandberg Phoenix & von Gontard, P.C.
 19        600 Washington Avenue
           15th Floor
 20        St. Louis, Missouri  63101-1313
           Mprost@sandbergphoenix.com
 21
 22
 23
 24
 25
```

Atlanta Reporters, Inc.     www.atlanta-reporters.com

---

4

```
  1           APPEARANCES OF COUNSEL (continued)

  2

  3    On behalf of the Defendant,
       PTI:
  4
           MICHAEL ANDERTON, Esq.
  5        Tucker Ellis, LLP
           950 Main Avenue
  6        Suite 1100
           Cleveland, Ohio  44113-7213
  7        Michael.anderton@tuckerellis.com

  8

       On behalf of the Defendant,
  9    PCPC:

 10        REBECCA WOODS, Esq.
           Seyfarth Shaw
 11        1075 Peachtree Street, NE
           Suite 2500
 12        Atlanta, Georgia  30309
           Rwoods@seyfarth.com

 13

 14    Also Present:

 15        George Montiel, Videographer

 16                    - - -

 17
 18
 19
 20
 21
 22
 23
 24
 25
```

Atlanta Reporters, Inc.     www.atlanta-reporters.com

**5**

1    INDEX TO EXAMINATIONS

3    Examination                        Page

5    Examination by Mr. Chachkes          7
6    Examination by Mr. Silver          214
7    Examination by Ms. O'Dell          219

9              - - -

25    Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**6**

1              INDEX TO EXHIBITS

2    Defendants'
3     Exhibit      Description              Page

     1    Invoices                         204
5
     2    Excerpt - Trial transcript,      136
6         February 20, 2018, Vol. XIV, Lanzo
          vs. Cyprus Amax
7
     3    MAS TEM Coefficient of Variation for  173
8         Tremolite and Anthophyllite in Talc,
          A Quality Control Study, 9-6-18
9
     4    Graph                            177
10

12    (Original Exhibits 1 through 4 have been
      attached to the original transcript.)

14              - - -

25    Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**7**

1    (Reporter disclosure made pursuant to
2    Article 10.B. of the Rules and Regulations of
3    the Board of Court Reporting of the Judicial
4    Council of Georgia.)
5    (Identification statement by
6    videographer.)
7         MARK W. RIGLER, PH.D.,
8    having been first duly sworn, was examined and
9    testified as follows:
10              EXAMINATION
11    BY MR. CHACHKES:
12    Q.    Good morning, Dr. Rigler.
13    A.    **Good morning.**
14    Q.    How are you?
15    A.    **Good; you?**
16    Q.    Good.
17         MR. CHACHKES:  So just for the record, I
18    have the same late production objections as
19    yesterday and the same request to keep the
20    deposition open.  I assume you have the same?
21         MS. O'DELL:  We have the same opposition.
22    Q.    (By Cyprus Chachkes)  Okay.  So what I've
23    done is I've brought some exhibits from yesterday, so
24    if you're wondering why there's stamps on them, it's
25    because they're the stamps from Dr. Longo's

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**8**

1    deposition.  We are going to use some of the same
2    exhibits, if that's okay.
3    A.    **Yes.**
4    Q.    So what's been marked yesterday -- so all
5    the stamps are February 5, 2019, Longo.  And I'm
6    going to use those exhibits unless I use a new
7    exhibit.
8    A.    **Okay.**
9    Q.    So I'm just going to hand you what's been
10    marked yesterday as Exhibit 2.  And you recognize
11    that as the January 15 version of the report that you
12    cosigned?
13    A.    **Yes.**
14    Q.    Okay.  And what was your involvement in
15    drafting this report?
16    A.    **I reviewed the report, looked over the
17    data, and made typographical and grammatical
18    corrections throughout the report.**
19    Q.    Okay.  Do you feel qualified to testify to
20    every matter that's in that report?
21         MS. O'DELL:  Object to the form.
22         THE WITNESS:  As I say, I am qualified to
23    testify on what's in this report now, yes.
24    Q.    (By Mr. Chachkes)  Okay.  So if Dr. Longo
25    were to, for example, not show up at a trial, you

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**9**

09:16:20  1  could testify to everything that you could testify

09:16:21  2  to?

09:16:22  3  A.  Well, I'm not Dr. Longo, of course.

09:16:26  4  However, I can testify as to what's in this report,

09:16:29  5  yes.

09:16:29  6  Q.  Okay.  To what degree is Dr. Longo more

09:16:33  7  qualified about something in that report than you?

09:16:36  8  A.  Dr. Longo has a degree in materials

09:16:39  9  science, and my degree is in microbiology, my Ph.D.

09:16:44  10  So he has more experience in the materials area, so I

09:16:53  11  would, you know, defer to him on those topics.

09:16:57  12  Q.  Okay.  Well, there's no microbiology in

09:17:01  13  the report; right?

09:17:02  14  A.  Not that I know of, no.  But there are

09:17:04  15  microscopic things in the report, and that's one of

09:17:07  16  my areas of qualification, electron microscopy and

09:17:12  17  the microscopic world, if you will.

09:17:14  18  Q.  So that's sort of a comparison of your

09:17:16  19  relative expertise.  What about your relative ability

09:17:19  20  to talk about substantive matters, data, you know,

09:17:23  21  what analysts did?  Is there any difference there

09:17:26  22  between you and Dr. Longo?

09:17:27  23  A.  Well, Dr. Longo is the head of the

09:17:31  24  laboratory, so I would defer to him on a number of

09:17:35  25  those areas, and specific areas.

**10**

09:17:38  1  Q.  Okay.  For example?

09:17:39  2  A.  Well, for example, there may be some

09:17:42  3  situations where he directed the study and that

09:17:49  4  would -- I would defer those things to him.

09:17:51  5  Q.  Did you direct any of the studies in that

09:17:54  6  report?

09:17:54  7  A.  As far as me directing the studies in

09:17:57  8  here, that was mainly Dr. Longo.

09:17:58  9  Q.  Okay.  What studies in there did you

09:18:02  10  direct?

09:18:03  11  A.  Again, they were mainly directed by

09:18:06  12  Dr. Longo.

09:18:06  13  Q.  You say mainly.  I'm just wondering is

09:18:09  14  there anything left over that you directed?

09:18:11  15  MS. O'DELL:  Object to the form.

09:18:12  16  THE WITNESS:  In terms of the study

09:18:16  17  process, originally we conferred on it in the

09:18:20  18  very beginning, but Dr. Longo was the one who

09:18:24  19  mainly carried out the processes and direction

09:18:28  20  of the studies.

09:18:29  21  Q.  (By Mr. Chachkes)  Okay.  So the

09:18:31  22  conceptualization of the experimental procedures you

09:18:35  23  participated, but in the actual execution you did not

09:18:38  24  participate?

09:18:39  25  MS. O'DELL:  Object to the form.

**11**

09:18:41  1  THE WITNESS:  Well, in terms of looking at

09:18:42  2  data, quality control issues, that type of

09:18:45  3  thing, which would be part of the study, I would

09:18:47  4  say, yes, I was part of that.

09:18:49  5  Q.  (By Mr. Chachkes)  Okay.  So the actual

09:18:51  6  experimentation process, the -- people call it wet

09:18:54  7  work; are you familiar with that?

09:18:55  8  A.  Yes.

09:18:56  9  Q.  Okay.  So the actual experimental process

09:18:58  10  and the wet work, you did not participate in that?

09:19:01  11  A.  Again, Dr. Longo directed those activities

09:19:06  12  in this study; and again, I will defer those things

09:19:10  13  to him, you know, if -- once we get to those topics

09:19:14  14  and we talk about those topics, because right now

09:19:17  15  we're talking about things in general.

09:19:18  16  Q.  I'm not asking about Dr. Longo.  I'm

09:19:20  17  asking about you.

09:19:20  18  A.  Sure.

09:19:21  19  Q.  What in the report -- which experiments

09:19:23  20  did you participate in, if any?

09:19:24  21  A.  I told you in the beginning what I did

09:19:28  22  here, which was mainly review the data, review the

09:19:31  23  report for typographical or grammatical errors, also

09:19:36  24  checking data, that type of thing.

09:19:38  25  Q.  So can you confirm you did not participate

**12**

09:19:41  1  in the actual experimenting that's reported on in the

09:19:44  2  exhibit?

09:19:44  3  MS. O'DELL:  Object to the form.

09:19:47  4  THE WITNESS:  Again, I was part of the

09:19:48  5  study working on part of the study, so I

09:19:50  6  consider myself as someone who participated in

09:19:53  7  the study.

09:19:53  8  Q.  (By Mr. Chachkes)  Okay.  So --

09:19:55  9  A.  That's the way it works in the laboratory.

09:19:57  10  Q.  Let's be more specific.

09:19:58  11  A.  Sure.

09:19:59  12  Q.  So you understand what an experiment is;

09:20:04  13  right?

09:20:04  14  MS. O'DELL:  In what context?

09:20:07  15  THE WITNESS:  Yeah, in what context?

09:20:08  16  Q.  (By Mr. Chachkes)  Okay.  So you're

09:20:09  17  unclear on what an experiment is?

09:20:11  18  A.  No, I'm not unclear on what an experiment

09:20:13  19  is.  I'm wondering what you're asking as far as your

09:20:15  20  question.

09:20:15  21  Q.  What does the word experiment mean to you?

09:20:17  22  A.  Well, it would be a set of tests after

09:20:21  23  coming up with a hypothesis about a particular

09:20:23  24  situation what the questions are.

09:20:25  25  Q.  Let's use your definition.  Were you

## 13

09:20:26  1   involved in any experiments where you were actually

09:20:29  2   testing -- testing -- J&J bottles of talc?

09:20:35  3       A.   I was not -- I was not handling and

09:20:39  4   testing the talc myself.  Our analysts in the

09:20:42  5   laboratory were directed to do that.

09:20:44  6       Q.   Did you ever use a PLM for the purposes of

09:20:48  7   this report?

09:20:49  8       A.   No, I did not.

09:20:50  9       Q.   Did you ever use a TEM for the purposes of

09:20:52  10  this report?

09:20:53  11      A.   Not for the purposes of this report.

09:20:55  12      Q.   Did you ever use an XRD device for the

09:20:59  13  purposes of this report?

09:21:01  14      A.   We do not have the XRD device or that type

09:21:04  15  of device at our laboratory.

09:21:06  16      Q.   Did you ever do an SAED experiment for the

09:21:08  17  purposes of this report?

09:21:10  18      A.   Again, same answer as with the TEM.

09:21:13  19      Q.   So that's a no?

09:21:15  20      A.   Correct.

09:21:16  21      Q.   Okay.  And did you ever do EDXA work

09:21:21  22  experiments on J&J bottles of talc for this report?

09:21:24  23      A.   That would be the same answer.

09:21:26  24      Q.   Which is a no?

09:21:26  25      A.   Yes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

## 14

09:21:27  1       Q.   And did you -- let's -- so once the

09:21:36  2   experiments were done and you saw the data, did you

09:21:39  3   do any substantive contribution to the report other

09:21:46  4   than correct typos?

09:21:47  5       MS. O'DELL:  Object to the form.

09:21:48  6       THE WITNESS:  In terms of looking at what

09:21:50  7   was done during the study and working with the

09:21:55  8   TEM manager on the study and the quality

09:21:59  9   control, yes.

09:22:00  10      Q.   (By Mr. Chachkes)  Okay.  So can you be

09:22:02  11  more specific?  So you did quality control.  What's

09:22:04  12  that?

09:22:05  13      A.   Well, I monitored the reporting that was

09:22:08  14  done in terms of what samples were analyzed, what

09:22:12  15  replicates, duplicates, and blanks that would be

09:22:16  16  tested in terms of what were necessary for us to meet

09:22:20  17  the QC standards.

09:22:22  18      Q.   Okay.  And who set the QC standards?

09:22:25  19      A.   Well, the QC standards are set by NVLAP

09:22:30  20  NIST, the National Institutes of Standard and

09:22:31  21  Technology, for TEM labs that are analyzing for

09:22:36  22  asbestos.

09:22:36  23      Q.   Other than ensure that folks complied with

09:22:42  24  the QC standards, what did you do?

09:22:46  25      So let's say after the experiments were

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

## 15

09:22:48  1   done, you had the data?

09:22:49  2       A.   Well, then I would review the data, go

09:22:54  3   through the data, and then see again if it met the QC

09:22:59  4   qualifications.

09:23:01  5       Q.   Okay.  Anything else that you did once the

09:23:03  6   data was done?

09:23:04  7       A.   Not that I can recall as I sit here.

09:23:09  8       Q.   Okay.  During any of the experiments did

09:23:13  9   you sit over the shoulder of any analyst and watch

09:23:17  10  the work they were doing?

09:23:18  11      A.   Yeah.  I'm at the laboratory mostly on a

09:23:23  12  daily basis, so I was able to go in and look and see

09:23:25  13  what analysts were doing at any particular time.

09:23:33  14      Q.   Were you substantively contributing

09:23:33  15  at those moments when you were looking at what

09:23:35  16  analysts were doing?

09:23:36  17      A.   What do you mean by that?

09:23:37  18      Q.   Well, were you telling them to change

09:23:41  19  their behavior or to do something that they weren't

09:23:43  20  otherwise going to do?  Anything that affected their

09:23:46  21  experimental work?

09:23:47  22      MS. O'DELL:  Object to the form.

09:23:48  23      THE WITNESS:  No.  No.

09:23:48  24      Q.   (By Mr. Chachkes)  And so you're an

09:23:52  25  employee of MAS?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

## 16

09:23:53  1       A.   Yes.

09:23:53  2       Q.   How long have you been an employee there?

09:23:55  3       A.   Over 30 years.

09:23:57  4       Q.   Let's go back to the report.  Are there

09:24:04  5   any sections of the report that you can say you

09:24:06  6   didn't work on?

09:24:08  7       MS. O'DELL:  Object to the form.

09:24:09  8       THE WITNESS:  I would have to look.  If

09:24:14  9   you're talking about the reports in front of me

09:24:16  10  here --

09:24:17  11      Q.   (By Mr. Chachkes)  Yes, the January 15

09:24:19  12  expert report for the MDL.

09:24:20  13      A.   The J3 portions of the report.

09:24:24  14      Q.   And you would say you had some involvement

09:24:26  15  in all other portions?

09:24:28  16      A.   In other portions, yes.

09:24:29  17      Q.   How much time did you devote to the work

09:24:32  18  underlying this report and the report itself?

09:24:34  19      A.   I didn't keep track of it.  I have no

09:24:39  20  idea.

09:24:39  21      Q.   Over 10 hours?

09:24:41  22      A.   Probably over 10 hours.

09:24:42  23      Q.   Over 20 hours?

09:24:43  24      A.   Again, that would be a guesstimate.  I

09:24:45  25  don't know beyond that.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

17

| 09:24:48 | 1 | Q. | More than 15 hours? |

09:24:48 1    Q.    More than 15 hours?

09:24:48 2    A.    I don't know.

09:24:49 3    Q.    So probably over 10 hours, but you don't

09:24:52 4 know beyond that?

09:24:52 5    A.    Correct.

09:24:53 6    Q.    Okay.  And were you involved in the

09:24:58 7 creation of the protocols to test J&J talc in this

09:25:03 8 case?

09:25:04 9    A.    In terms of the protocols for the testing,

09:25:09 10 we used standard methods throughout for the analysis.

09:25:14 11 Dr. Longo essentially put together the way the test

09:25:18 12 or the study was going to be done, but we, you know,

09:25:21 13 overall use the standard methods throughout.

09:25:23 14    Q.    When you say Dr. Longo put together the

09:25:26 15 way -- you said the way the studies would be

09:25:28 16 conducted?

09:25:29 17    A.    Yes.

09:25:29 18    Q.    Was that something in writing?

09:25:31 19    A.    Well, he directs the study on a daily

09:25:35 20 basis.

09:25:35 21    Q.    The question is was it in writing?

09:25:38 22    A.    Was it in writing?  I don't know.  You'd

09:25:42 23 have to ask Dr. Longo.

09:25:43 24    Q.    Okay.  So you're unaware of whether he

09:25:46 25 communicated with the analysts about protocol in

Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

18

09:25:48 1 writing?

09:25:49 2    A.    Well, the --

09:25:50 3        MS. O'DELL:  Object to form.

09:25:51 4        THE WITNESS:  -- laboratory has protocol

09:25:52 5 for the way that talc is analyzed and

09:25:59 6 asbestos-bearing products are analyzed, so we

09:26:01 7 have written protocol for those things.

09:26:03 8        MR. CHACHKES:  Okay.  And I think I've

09:26:06 9 requested that those be produced.  And I don't think

09:26:07 10 those have been produced.

09:26:09 11        MS. O'DELL:  I think it's reflected in his

09:26:11 12 report, but we will consider your request.

09:26:13 13    Q.    (By Mr. Chachkes)  Okay.  Do you

09:26:21 14 communicate with the analysts by email at all?

09:26:23 15    A.    Communicate with the analysts by email?

09:26:26 16 No.  I can go speak to them.

09:26:29 17    Q.    Okay.  There's no sort of like weekly

09:26:33 18 email or monthly email where you summarize what's

09:26:36 19 going on?

09:26:37 20    A.    No.

09:26:37 21    Q.    Did you ever change an analyst's

09:26:42 22 determinations where an analyst came up with some

09:26:44 23 conclusion and you said maybe that's not right, go

09:26:46 24 back?

09:26:47 25    A.    No.

Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

19

09:26:49 1    Q.    Do you consider yourself an expert in TEM

09:26:56 2 analysis?

09:26:56 3    A.    Well, the term expert, I think, you

09:27:00 4 probably have to defer that to the court.  I mean, I

09:27:04 5 have more than the layperson's knowledge so -- but I

09:27:08 6 would defer that to the court.

09:27:10 7    Q.    Okay.  Have you --

09:27:13 8    A.    I mean, I've been qualified as an expert

09:27:16 9 before, but in this case...

09:27:19 10    Q.    When is the first time you ever used a

09:27:21 11 TEM?

09:27:21 12    A.    The first time I used a TEM?  Let's see.

09:27:24 13 That would probably have been sometime in the early

09:27:29 14 '80s, I would say, yeah.

09:27:31 15    Q.    How many times have you used an SAED to

09:27:35 16 characterize a particle?

09:27:36 17    A.    SAED?

09:27:37 18    Q.    SAED.

09:27:39 19    A.    I don't know if I could count the number

09:27:40 20 of times.

09:27:41 21    Q.    How many times have you used EDXA to

09:27:45 22 characterize a particle?

09:27:47 23    A.    Same answer on that.  Yes.

09:27:48 24    Q.    What about PLM, do you consider yourself

09:27:53 25 an expert on PLM?

Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

20

09:27:54 1    A.    I am not a PLM microscopist.

09:27:56 2    Q.    Okay.  What was your contribution to the

09:27:58 3 PLM aspects of the January 15 report?

09:28:03 4    A.    Well, as far as PLM contributions, again,

09:28:07 5 I'm not the PLM analyst, so we just wanted to be sure

09:28:13 6 that the quality program was being followed in the

09:28:18 7 laboratory.

09:28:18 8    Q.    When you say that a quality program was

09:28:21 9 being followed, is that the same contribution you

09:28:31 10 made to the other portions of the report?

09:28:33 11        MS. O'DELL:  Object to form.

09:28:34 12        THE WITNESS:  Yes.  Well, I would say yes

09:28:35 13 to that.  Yes.

09:28:36 14    Q.    (By Mr. Chachkes)  Okay.  Did you ever

09:28:43 15 personally test a talc sample for asbestos

09:28:45 16 contamination?

09:28:46 17    A.    Did I ever personally test them?

09:28:48 18    Q.    Yes.

09:28:48 19    A.    Not that I can recall as I sit here.

09:28:50 20    Q.    Okay.

09:28:55 21    A.    We've done tissue testing for talc and

09:29:00 22 asbestos in tissue, yes.

09:29:01 23    Q.    But just testing talcum powder that came

09:29:05 24 out of a bottle, you've never done that?

09:29:07 25    A.    I've not personally tested that.

Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

21

```
09:29:09  1    Q.   You have an undergraduate degree in
09:29:21  2  biology?
09:29:21  3    A.   Yes.
09:29:21  4    Q.   And a Ph.D. in microbiology?
09:29:24  5    A.   Yes.
09:29:24  6    Q.   Did you take any geology courses at any
09:29:27  7  point in your education?
09:29:27  8    A.   No, but at the University of Georgia one
09:29:31  9  of my very good friends in graduate school was a
09:29:34 10  geologist, and we discussed a lot of issues
09:29:38 11  surrounding the phyllosilicates.  He was a kaolin
09:29:44 12  person.  He was a clay person.
09:29:44 13        In Georgia we have a lot of red clay, and
09:29:46 14  so that was one of his areas that he enjoyed, and I
09:29:51 15  learned quite a bit from him.  Very strong geology
09:29:56 16  department at the University of Georgia.
09:29:57 17    Q.   Other than talking to a friend about
09:29:59 18  geology, do you have any formal geology education?
09:30:03 19        MS. O'DELL:  Object to form.
09:30:04 20        THE WITNESS:  No.
09:30:04 21    Q.   (By Mr. Chachkes)  Did you take any
09:30:06 22  mineralogy courses during any part of your
09:30:07 23  educations?
09:30:07 24    A.   It's interesting because in the electron
09:30:11 25  microscopy courses that you take, the substances that
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

22

```
09:30:17  1  we analyzed, you know, varied from biological
09:30:20  2  substances to mineralogical substances.  So you would
09:30:24  3  get a portion of that with that training, and I got
09:30:27  4  some of that.
09:30:28  5    Q.   Okay.  Have you ever physically analyzed a
09:30:33  6  mineral under a microscopy technique?
09:30:36  7    A.   I, again, think the answer to that is I
09:30:41  8  have sat with the analysts, that includes the PLM
09:30:46  9  analysts, watched them do the work, and participated
09:30:51 10  that way in terms of the -- that kind of an analysis.
09:30:55 11    Q.   Other than watching other people analyze
09:30:57 12  minerals under microscopy techniques, have you any
09:31:01 13  experience analyzing minerals under microscopy
09:31:03 14  techniques?
09:31:03 15    A.   Well, by electron microscopy in terms of
09:31:09 16  seeing these minerals and having run into them during
09:31:13 17  an analysis.  And again, I've been doing electron
09:31:17 18  microscopy since the '80s, so the tissue analysis
09:31:21 19  that I've done in the past we've come across, you
09:31:26 20  know, mineral types and there's tissues and how to
09:31:28 21  analyze those.  So I've done that in tissue samples
09:31:32 22  at the optical or the bulk PLM level very limited,
09:31:37 23  say.
09:31:37 24    Q.   Okay.  Have you ever personally run a
09:31:39 25  microscopy analysis of minerals that aren't in
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

23

```
09:31:44  1  tissue?
09:31:45  2    A.   Yes.
09:31:48  3    Q.   Can you explain?
09:31:49  4    A.   Again, at MAS I've had a variety of roles
09:31:55  5  from the early '90s when I was hired there; and MAS
09:32:02  6  is a materials characterization laboratory, so I
09:32:06  7  worked on hundreds of different kinds of projects
09:32:09  8  using microscopy and gas chromatography, all kinds of
09:32:15  9  chemical techniques.
09:32:16 10        So I have run into situations where I've
09:32:18 11  examined minerals that have been in materials such as
09:32:22 12  plastics or polymers, for instance, where we have
09:32:25 13  done cutting or thin sectioning of that kind of
09:32:29 14  material, and you would look at the inclusions in the
09:32:32 15  polymers because they are -- they're additives, they
09:32:36 16  may be for a variety of different reasons, and then
09:32:39 17  you end up analyzing them or seeing them.  And this
09:32:43 18  was mostly by SEM or TEM.
09:32:46 19    Q.   And you personally did those experiments?
09:32:48 20    A.   Yes, I've personally done those things.
09:32:50 21    Q.   Have you ever personally done a microscopy
09:32:52 22  investigation of a mineral or a solid solution that's
09:32:56 23  just mineral or solid solution?
09:32:59 24    A.   Can you explain a bit more?
09:33:01 25    Q.   Do you know what a solid solution is?
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

24

```
09:33:03  1    A.   Yes.
09:33:03  2    Q.   So, for example, a bottle of talc just
09:33:06  3  contains minerals; right?
09:33:08  4    A.   Yes.
09:33:08  5    Q.   Okay.  So have you ever --
09:33:09  6        MS. O'DELL:  Object to the form.
09:33:10  7    Q.   (By Mr. Chachkes)  -- personally done a
09:33:12  8  microscopy analysis of something that just contains
09:33:15  9  minerals, doesn't contain anything else like plastics
09:33:18 10  or other things?
09:33:19 11    A.   Well, I think if you look at it from the
09:33:23 12  viewpoint of if you have a plastic or whatever it may
09:33:29 13  be and a mineral inclusion in there, you're looking
09:33:31 14  at the mineral, you know, aside from the other
09:33:33 15  polymeric material that's there.  So the answer to
09:33:36 16  that is yes.  And as far as a solid solution series
09:33:39 17  mineral, yes.
09:33:40 18    Q.   Okay.  I want to be clear what you're
09:33:42 19  answering because you've talked about plastics, and
09:33:44 20  my question was saying expressly exclude those.  So
09:33:47 21  let me ask it again just to make sure I have a clear
09:33:50 22  answer.
09:33:50 23    A.   All right.
09:33:50 24    Q.   Have you ever personally done a microscopy
09:33:53 25  analysis of minerals and only minerals, where it's
```

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

25

09:33:57 1 just minerals you're looking at?

09:33:58 2    A.    The answer to that is yes.

09:34:00 3    Q.    Okay.  Can you give me an example?

09:34:02 4    A.    Again, I will go back to studies that
09:34:06 5 we've done on client samples over the years, most of
09:34:10 6 them being particulate types of samples.  In the
09:34:13 7 early days when I came to MAS, we were looking at a
09:34:16 8 lot of asbestos-bearing materials.  So part of my
09:34:21 9 training at the company was looking at those
09:34:24 10 materials by SEM or TEM.

09:34:26 11    Q.    Okay.  So those asbestos-bearing materials
09:34:28 12 were only minerals, the -- you say asbestos-bearing,
09:34:32 13 but the thing that was bearing them was minerals?

09:34:34 14    A.    Yeah.  I mean, if you're looking at
09:34:36 15 something like vermiculite, you know, pure -- yeah.

09:34:39 16    Q.    Got it.  Did you take any crystallography
09:34:43 17 courses during your education?

09:34:44 18    A.    Once again, that's part of the TEM
09:34:47 19 training that I got.

09:34:48 20    Q.    Okay.  Was the TEM training you got, that
09:34:50 21 was, I'm sorry, in college?

09:34:52 22    A.    Yeah, in graduate school.

09:34:53 23    Q.    Graduate school.  Was that a particular
09:34:55 24 course, or was that just part of your thesis work?

09:34:58 25    A.    No, that's a course.  They had courses in

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

26

09:35:01 1 scanning electron microscopy and transmission
09:35:04 2 electron microscopy, and those were all part of the
09:35:06 3 course that you took.  You had to learn about
09:35:11 4 electron optics; you had to learn about how electrons
09:35:14 5 interact with materials.  So that would all be part
09:35:18 6 of my training.

09:35:19 7    Q.    Okay.  You're not a geologist?

09:35:21 8    A.    That's correct.

09:35:22 9    Q.    You're not a mineralogist?

09:35:24 10    A.    No.

09:35:24 11    Q.    Okay.  You're not a crystallographer?

09:35:28 12    A.    Well, I know crystallography.  But as far
09:35:31 13 as being a, quote, crystallographer, if there is such
09:35:35 14 a person that just specializes in that, the answer is
09:35:37 15 no.

09:35:37 16    Q.    You're not a certified industrial
09:35:39 17 hygienist?

09:35:39 18    A.    Correct.

09:35:39 19    Q.    You have done exposure assessments;
09:35:39 20 correct?

09:35:42 21    A.    Yes.

09:35:42 22    Q.    Okay.  Have you done exposure studies?

09:35:46 23    A.    The answer to that is I have been involved
09:35:49 24 in exposure studies, yes.

09:35:51 25    Q.    Okay.  You're not a pathologist?

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

27

09:35:56 1    A.    No, I'm not a medical doctor.

09:35:57 2    Q.    Okay.  You don't have any medical
09:35:59 3 training?

09:36:00 4    A.    Well, the medical training I have is
09:36:06 5 related to my training as a -- in undergraduate as a
09:36:09 6 biologist.  The curriculum that I took at Villanova
09:36:15 7 was for premed, and that included courses that
09:36:18 8 doctors would take prior to medical school, things
09:36:21 9 like histotechnique, which is the study of how you
09:36:26 10 prepare tissues, how to prepare and section those
09:36:29 11 tissues.  Also, you know, you would -- I took
09:36:33 12 comparative anatomy.  I taught anatomy at Emory
09:36:38 13 University for a semester down here in Atlanta.

09:36:42 14    So I have training in a number of areas
09:36:45 15 that doctors would have, all the way from neurology
09:36:49 16 to pathology, that type of thing.

09:36:50 17    Q.    You're not a statistician?

09:36:52 18    A.    No.  But we use statistics in our work.

09:36:55 19    Q.    Okay.  You're not a geostatistician?

09:36:58 20    A.    No.

09:36:58 21    Q.    Have you ever created a method for
09:37:10 22 microscopy investigation that has been published in a
09:37:15 23 peer-reviewed publication?

09:37:15 24    A.    Yes.

09:37:16 25    Q.    Can you give me an example?

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

28

09:37:18 1    A.    I would say we did a study a number of
09:37:24 2 years ago on the famous Kent Micronite filter.  It
09:37:31 3 was a blue filter that was with -- made by Lorillard
09:37:36 4 and they put that on cigarettes to essentially be a
09:37:40 5 filtration device.  So that was one that I did.

09:37:44 6    Q.    Okay.

09:37:45 7    A.    And that was published.

09:37:46 8    Q.    Okay.  And that was a methodology for
09:37:48 9 investigating the subject matter?

09:37:50 10    A.    Yes.

09:37:50 11    Q.    Okay.  What about methodologies for
09:37:57 12 looking for asbestos in talc?

09:38:03 13    A.    As far as methodologies for looking for
09:38:05 14 asbestos in talc, the answer to that is yes.

09:38:07 15    Q.    Okay.  So you've published in the
09:38:08 16 peer-reviewed --

09:38:09 17    A.    Oh, I'm sorry, published.  No.  Not yet.

09:38:11 18    Q.    Okay.  Are you working on something?

09:38:13 19    A.    Well, I can't confirm or deny that right
09:38:16 20 now.

09:38:16 21    Q.    Well, it's a deposition.  You have to.

09:38:18 22    A.    Well, I can --

09:38:19 23    Q.    Are you working on something right now?

09:38:21 24    A.    Our experience with publications is that
09:38:26 25 we don't talk about those things because in the past

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

29

| | |
|---|---|
| 09:38:30 | 1 we were working on a publication and somehow, some |
| 09:38:35 | 2 way, some attorney groups got hold of it, and they |
| 09:38:39 | 3 influenced the editor on that document.  So we don't |
| 09:38:43 | 4 talk about those things anymore. |
| 09:38:45 | 5 Q.    Okay.  So pending question is:  Are you |
| 09:38:48 | 6 working on a publication about finding talc in |
| 09:38:52 | 7 asbestos, and you are refusing to answer? |
| 09:38:54 | 8 MS. O'DELL:  Object to the form. |
| | 9 THE WITNESS:  No. |
| 09:38:55 | 10 MS. O'DELL:  That's not what he said. |
| 09:38:56 | 11 Q.    (By Mr. Chachkes)  Okay.  So are you |
| 09:38:57 | 12 working on a publication about finding talc in |
| 09:38:59 | 13 asbestos? |
| 09:39:00 | 14 A.    No. |
| 09:39:00 | 15 MS. O'DELL:  Object to the form. |
| 09:39:01 | 16 Q.    (By Mr. Chachkes)  I'm sorry.  Are you |
| 09:39:02 | 17 working on a publication about finding asbestos in |
| 09:39:04 | 18 talc? |
| 09:39:04 | 19 MS. O'DELL:  Object to the form. |
| 09:39:05 | 20 THE WITNESS:  I answered the question |
| 09:39:07 | 21 twice. |
| 09:39:07 | 22 Q.    (By Mr. Chachkes)  The answer is yes? |
| 09:39:09 | 23 A.    I just answered the question twice.  I |
| 09:39:11 | 24 said no. |
| 09:39:11 | 25 Q.    Okay.  All right.  Are you working on any |

30

| | |
|---|---|
| 09:39:18 | 1 publications about talc that you hope to get into the |
| 09:39:20 | 2 peer-reviewed literature? |
| 09:39:21 | 3 MS. O'DELL:  Object to the form. |
| 09:39:22 | 4 THE WITNESS:  I've already answered that |
| 09:39:25 | 5 question before, and I can neither confirm nor |
| 09:39:31 | 6 deny that right now. |
| 09:39:31 | 7 Q.    (By Mr. Chachkes)  Okay.  I'll give you |
| 09:39:32 | 8 one more chance.  If you would answer the question |
| 09:39:35 | 9 are you working on any publications about talc that |
| 09:39:37 | 10 you intend to put in the peer-reviewed literature, |
| 09:39:39 | 11 and you're refusing to answer? |
| 09:39:40 | 12 A.    No, I'm not -- |
| 09:39:41 | 13 MS. O'DELL:  Object to the form. |
| 09:39:43 | 14 THE WITNESS:  I'm not refusing to answer. |
| 09:39:45 | 15 I've already answered. |
| 09:39:45 | 16 Q.    (By Mr. Chachkes)  Your answer is you can |
| 09:39:47 | 17 neither confirm nor deny? |
| | 18 A.    Correct. |
| | 19 Q.    And that's different from a refusal to |
| | 20 answer? |
| 09:39:49 | 21 MS. O'DELL:  Yes. |
| 09:39:50 | 22 THE WITNESS:  No, that's an answer. |
| 09:39:51 | 23 MR. CHACHKES:  Okay.  And so, Counsel, |
| 09:39:51 | 24 that's your position, you're going to not allow |
| 09:39:54 | 25 that question? |

31

| | |
|---|---|
| 09:39:55 | 1 MS. O'DELL:  The question was asked, and |
| 09:39:57 | 2 the witness answered it. |
| 09:39:58 | 3 MR. CHACHKES:  Okay. |
| 09:40:00 | 4 MR. SILVER:  Please note that Imerys will |
| | 5 be -- |
| | 6 THE REPORTER:  I'm sorry, I can't hear |
| | 7 you. |
| 09:40:07 | 8 MR SILVER:  Imerys will be calling the |
| 09:40:07 | 9 Special Master at the break to have the witness |
| 09:40:09 | 10 compelled to answer the question, but we will |
| 09:40:13 | 11 wait for a break now. |
| 09:40:14 | 12 Q.    (By Mr. Chachkes)  Okay.  Has any |
| 09:40:15 | 13 governmental body asked you to test talc? |
| 09:40:19 | 14 A.    Not that I know of, no. |
| 09:40:20 | 15 Q.    Has any School of Public Health asked you |
| 09:40:22 | 16 to test talc? |
| 09:40:23 | 17 A.    School of Public Health, no. |
| 09:40:25 | 18 Q.    Have you ever taught any courses to train |
| 09:40:27 | 19 microscopists? |
| 09:40:30 | 20 A.    The answer to that is yes, I've been part |
| 09:40:33 | 21 of some seminars for training. |
| 09:40:38 | 22 Q.    What seminars? |
| 09:40:42 | 23 A.    A number of years ago at the American |
| 09:40:46 | 24 Industrial Hygiene Conference there was a session on |
| 09:40:48 | 25 electron microscopy of asbestos-bearing materials and |

32

| | |
|---|---|
| 09:40:52 | 1 I had a session in that. |
| 09:40:53 | 2 Q.    And you taught microscopy techniques to |
| 09:40:57 | 3 the participants? |
| 09:40:57 | 4 A.    Yes. |
| 09:40:58 | 5 Q.    Have you ever attended a McCrone training |
| 09:41:05 | 6 or testing class? |
| 09:41:06 | 7 A.    The answer to that is yes. |
| 09:41:07 | 8 Q.    Can you tell me when? |
| 09:41:08 | 9 A.    The one that I -- wait a minute.  Let me |
| 09:41:11 | 10 see if that was McCrone.  I think that was -- that |
| 09:41:17 | 11 was a different group for training for mold spore |
| 09:41:21 | 12 analysis. |
| 09:41:22 | 13 Q.    Okay.  So you've tested -- you've tested a |
| 09:41:24 | 14 McCrone class for mold spore analysis? |
| 09:41:27 | 15 A.    No.  It was another group. |
| 09:41:28 | 16 Q.    Okay.  Have you ever attended a McCrone |
| 09:41:31 | 17 testing or training class? |
| 09:41:32 | 18 A.    Yes. |
| 09:41:32 | 19 Q.    For asbestos? |
| 09:41:33 | 20 A.    No.  The one that we had, I believe at our |
| 09:41:37 | 21 laboratory, we had them come in.  Again, it was for |
| 09:41:39 | 22 mold analysis, mold spore analysis. |
| 09:41:42 | 23 Q.    Any other McCrone testing or training |
| 09:41:44 | 24 class that you have attended? |
| 09:41:46 | 25 A.    Not that I can recall as I sit here. |

33

09:41:48 1    Q.    Okay.  Were you consulted by the FDA in
09:41:53 2    their recent testing of talc?
09:41:54 3    A.    No.
09:41:55 4    Q.    Have you been consulted by any foreign
09:41:59 5    bodies about testing of talc?
09:42:01 6        MS. O'DELL:  Object to the form.
09:42:02 7    Q.    (By Mr. Chachkes)  Foreign countries?
09:42:04 8    A.    No.
09:42:05 9    Q.    Has any third-party consulted with you
09:42:14 10   about the testing of talc that isn't someone who's
09:42:17 11   paying you?
09:42:18 12       MS. O'DELL:  Object to the form.
09:42:21 13       THE WITNESS:  Ask the question again.
09:42:22 14   Q.    (By Mr. Chachkes)  Has any third-party --
09:42:23 15   has anybody asked you at MAS to consult about testing
09:42:26 16   of talc that isn't paying you?
09:42:28 17       MS. O'DELL:  Object to the form.
09:42:29 18       THE WITNESS:  Not that I know of.  You
09:42:31 19   would have to ask Dr. Longo about that.
09:42:33 20   Q.    (By Mr. Chachkes)  Is all the talc testing
09:42:36 21   that you've been involved with been done at the
09:42:38 22   request of plaintiffs' lawyers who pay you?
09:42:40 23   A.    I have no idea who all of the folks are
09:42:43 24   that have asked us to test talc.  You would, again,
09:42:46 25   have to ask Dr. Longo.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

34

09:42:47 1    Q.    You just don't know where the money comes
09:42:49 2    from for your work?
09:42:50 3        MS. O'DELL:  Object to the form.
09:42:51 4        THE WITNESS:  No.
09:42:51 5    Q.    (By Mr. Chachkes)  Have you ever testified
09:42:54 6    in a federal court about testing talc?  A federal
09:42:57 7    court.
09:42:57 8    A.    I don't think so.
09:42:59 9    Q.    Has any federal court ever said your work
09:43:01 10   or your methodology has passed Daubert or standards
09:43:04 11   for scientific rigor?
09:43:06 12   A.    I want to say yes to that.
09:43:08 13   Q.    And why do you want to say yes to that?
09:43:09 14   A.    Because I believe they have, but I would
09:43:11 15   have to check the record.
09:43:12 16   Q.    What about has any federal court ever said
09:43:14 17   your methodology or your work regarding to talc
09:43:19 18   analysis has passed Daubert standards for scientific
09:43:22 19   rigor?
09:43:23 20       MS. O'DELL:  Object to the form.
09:43:24 21       THE WITNESS:  That I don't believe has
09:43:25 22   been done.
09:43:27 23   Q.    (By Mr. Chachkes)  How many publications
09:43:29 24   do you have in the peer-reviewed literature?
09:43:31 25   A.    I hadn't counted them.  They're on my CV.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

35

09:43:34 1    You can count them.
09:43:35 2    Q.    How many were not funded by MAS?
09:43:42 3        MS. O'DELL:  Object to the form.
09:43:43 4    Q.    (By Mr. Chachkes)  If any?
09:43:44 5    A.    Not funded by MAS?
09:43:46 6    Q.    Yeah.
09:43:47 7    A.    None of them were funded by MAS.
09:43:49 8    Q.    Who were they funded by?
09:43:51 9    A.    Again, most all of them were done as pure
09:43:56 10   research and the -- well, I guess if you're looking
09:44:02 11   at it as funded by, I don't know what you mean by
09:44:04 12   funded by MAS.  But we essentially -- when you do a
09:44:09 13   research study, it's typically not funded by anybody.
09:44:12 14   Q.    So this is -- were all your peer-reviewed
09:44:17 15   publications done based on work done at MAS?
09:44:21 16   A.    Yes.  Well, not all of them.  I mean,
09:44:25 17   there were a lot of them I did at graduate school,
09:44:27 18   yes.
09:44:27 19   Q.    So other than your graduate school
09:44:29 20   peer-reviewed publications where your -- are your
09:44:33 21   peer-reviewed publications from your work at MAS?
09:44:35 22   A.    All of them?  At this point I'd have to go
09:44:41 23   and look.
09:44:41 24   Q.    Okay.
09:44:41 25   A.    I can't recall.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

36

09:44:42 1    Q.    For those peer-reviewed works that you
09:44:45 2    published based on work done at MAS, the underlying
09:44:49 3    work at MAS was funded by someone; correct?
09:44:53 4        MS. O'DELL:  Object to the form.
09:44:54 5        THE WITNESS:  No, not necessarily.  No.
09:44:56 6    We did work that wasn't funded by others that
09:45:00 7    were published.
09:45:01 8    Q.    (By Mr. Chachkes)  So you've done work at
09:45:03 9    MAS that was purely academic, not really funded by
09:45:07 10   anybody or for any purpose other than academics?
09:45:09 11       MS. O'DELL:  Object to the form.
09:45:10 12       THE WITNESS:  To my knowledge, yes.
09:45:11 13   Q.    (By Mr. Chachkes)  And how many of your
09:45:13 14   publications could qualify as that?
09:45:15 15   A.    Again, I don't know, I would have to go
09:45:19 16   and look.
09:45:19 17   Q.    Would you agree it's important to disclose
09:45:23 18   sources of funding for publications in peer-reviewed
09:45:27 19   literature?
09:45:27 20   A.    Sure.
09:45:27 21   Q.    Are there any publications you have that
09:45:31 22   were funded by plaintiffs' lawyer monies?
09:45:34 23       MS. O'DELL:  Object to the form.
09:45:36 24       THE WITNESS:  Again, I would have to go --
09:45:37 25   I would have to look.

Atlanta Reporters, Inc. 866-344-0459  www.atlanta-reporters.com

37

```
09:45:38   1      Q.    (By Mr. Chachkes)  Okay.
09:45:39   2      A.    Off the top of my head, I don't recall.
09:45:41   3      Q.    But if it were, it would be important to
09:45:43   4    disclose that fact?
09:45:44   5      A.    And it would be disclosed because the
09:45:46   6    publications, the editorial process requires that.
09:45:49   7      Q.    And there's no publications in the
09:45:53   8    peer-reviewed literature regarding testing for
09:45:57   9    talc -- testing talc; right?
09:46:00  10      MS. O'DELL:  Object to the form.  Object
09:46:01  11    to the form.
09:46:02  12      THE WITNESS:  Your question again, I'm
09:46:03  13    sorry?
09:46:03  14      Q.    (By Mr. Chachkes)  You don't have any
09:46:04  15    peer-reviewed publications regarding the testing of
09:46:06  16    talc; right?
09:46:07  17      A.    I don't, no.
09:46:07  18      Q.    What about peer-reviewed publications
09:46:12  19    regarding the testing of talc in ovarian tissue?
09:46:14  20      MS. O'DELL:  Object to the form.  Are you
09:46:15  21    talking about his publications or in --
09:46:18  22      MR. CHACHKES:  Of course, yes.
09:46:20  23      MS. O'DELL:  It's not clear on the
          24    question.
          25      THE WITNESS:  Yeah.
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

38

```
09:46:20   1      MS. O'DELL:  So would you ask the question
09:46:21   2    again, please.
09:46:21   3      Q.    (By Mr. Chachkes)  Do you have any
09:46:23   4    publications in the peer-reviewed literature about
09:46:23   5    testing ovarian tissue for talc?
09:46:26   6      A.    No.
09:46:27   7      Q.    Do you have any publications in the
09:46:30   8    peer-reviewed literature about testing ovarian tissue
09:46:35   9    for asbestos?
09:46:35  10      A.    No.
09:46:38  11      Q.    Do you have any publications -- actually,
09:46:45  12    skip that.
09:46:49  13      Have you been a coauthor on all of
09:46:51  14    Dr. Longo's reports testing Johnson & Johnson talcum
09:46:58  15    powder products?
09:46:58  16      A.    The answer to that is I don't know.  A
09:47:04  17    number of them, yes.
09:47:05  18      Q.    Okay.  Are you aware of any report by
09:47:08  19    Dr. Longo where he issued an expert report in
09:47:11  20    litigation about testing Johnson Baby Powder and
09:47:15  21    whether it contains asbestos?
09:47:17  22      A.    I don't recall as I sit here.
09:47:19  23      Q.    2017, what percentage of your time did you
09:47:24  24    spend working on talc-related litigation projects?
09:47:27  25      A.    I always get that question.  I have no
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

39

```
09:47:30   1    idea.  I don't keep track of it.
09:47:32   2      Q.    Over 50 percent?
09:47:34   3      A.    Again, I don't know.
09:47:35   4      Q.    It could be over 50 percent, but you don't
09:47:38   5    know?
09:47:38   6      MS. O'DELL:  Object to the form.
09:47:39   7      THE WITNESS:  I do not know.  It could be
09:47:40   8    as little as 10 percent.  It could be 5 percent.
09:47:43   9    I don't know.
09:47:44  10      Q.    (By Mr. Chachkes)  Could it be 50 percent?
09:47:46  11      A.    No, I don't think so.
09:47:47  12      Q.    2018, what percentage of your time did you
09:47:50  13    spend working on talc-related litigation projects?
09:47:53  14      A.    Same answer.
09:47:54  15      Q.    What's the majority of your time spent on
09:47:58  16    at MAS?
09:47:58  17      A.    At the laboratory?
09:47:59  18      Q.    Just at MAS generally.
09:48:01  19      A.    Oh, a variety of different things on a
09:48:03  20    daily basis.
09:48:04  21      Q.    If you had to pick one thing that you
09:48:07  22    spend most of your time on, what's that?
09:48:09  23      A.    Most of my time -- I would say most of my
09:48:18  24    time is spent on technological issues surrounding
09:48:25  25    analyses that we do.
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

40

```
09:48:24   1      Q.    Of what?
09:48:25   2      A.    Of all kinds of materials.
09:48:27   3      Q.    What material do you spend most of your
09:48:30   4    time on?
09:48:31   5      MS. O'DELL:  Object to the form.
09:48:32   6      THE WITNESS:  What material did I spend
09:48:33   7    most of my time on?
09:48:34   8      Q.    (By Mr. Chachkes)  Correct.
09:48:35   9      A.    That would vary by the week.
09:48:36  10      Q.    Okay.
09:48:37  11      A.    Yeah.
09:48:37  12      Q.    There are weeks where it's asbestos;
          13    right?
09:48:40  14      A.    There can be some that are, yes.
09:48:42  15      Q.    Okay.  What's another material that you
09:48:44  16    might have spent a majority of your time on that's
09:48:48  17    not asbestos?
09:48:49  18      MS. O'DELL:  Object to the form.
09:48:50  19      THE WITNESS:  Tissue.
09:48:50  20      Q.    (By Mr. Chachkes)  Tissue for looking at
09:48:51  21    whether it contains asbestos?
09:48:52  22      A.    In some cases, yes.
09:48:53  23      Q.    Okay.  What are -- I mean, is there a
09:48:57  24    solid chunk of time, like really a significant chunk
09:49:01  25    of your time, let's say, over 5 percent of a year
```

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

41

09:49:04 1 where you're spending doing some scientific work that

09:49:06 2 has nothing to do with talc or asbestos?

09:49:09 3 A. Yes.

09:49:09 4 Q. Okay. What would that be?

09:49:11 5 A. Well, once again, technological issues

09:49:17 6 surrounding things at our laboratory. For instance,

09:49:17 7 as a chief science officer I get all kinds of

09:49:22 8 questions about what we're looking at as far as

09:49:27 9 instrumentation in our laboratory in order to do

09:49:30 10 certain kinds of analyses.

09:49:34 11 We have clients -- potential clients that

09:49:38 12 call in and they want to do an analysis on maybe a

09:49:42 13 drug of some kind, something like that.

09:49:44 14 So it would be up to me working with

09:49:47 15 another scientists there at the laboratory to

09:49:50 16 understand what resources we need to be able to do

09:49:52 17 that kind of test, whether we will do that kind of

09:49:55 18 test.

09:49:55 19 Q. Do you bill for your time working for

09:50:01 20 plaintiffs in talc cases?

09:50:03 21 A. Yes.

09:50:03 22 Q. Do you write down the hours?

09:50:05 23 A. I do keep some of the hours, yes.

09:50:08 24 Q. Okay. You say some? There's some times

09:50:12 25 you work for plaintiffs' lawyers and you don't charge

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

42

09:50:14 1 them?

09:50:15 2 MS. O'DELL: Object to the form.

09:50:16 3 THE WITNESS: Uh-huh. Yes.

09:50:17 4 Q. (By Mr. Chachkes) Why?

09:50:18 5 A. Because it just happens.

09:50:19 6 Q. But for the most part you bill for your

09:50:21 7 time?

09:50:21 8 A. Yes.

09:50:21 9 A. And --

09:50:23 10 A. I don't bill for it. MAS bills for it.

09:50:25 11 Yes.

09:50:26 12 Q. Can you estimate how much time you spent

09:50:29 13 working on the MDL projects?

09:50:30 14 A. No. I think we already talked about that

09:50:34 15 earlier.

09:50:35 16 Q. Okay.

09:50:35 17 A. Yep.

09:50:36 18 Q. Do you have any estimate as to what

09:50:44 19 percentage of your time recently has been for

09:50:46 20 litigation-related projects as opposed to

09:50:49 21 nonlitigation-related projects?

09:50:51 22 A. No.

09:50:51 23 Q. Could it be 50 percent?

09:50:53 24 MS. O'DELL: Objection.

09:50:54 25 THE WITNESS: I have no idea.

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

43

09:50:55 1 Q. (By Mr. Chachkes) Okay. You testified in

09:51:00 2 your first talc case in the Ingham matter in Missouri

09:51:03 3 last year?

09:51:04 4 A. Yes.

09:51:05 5 Q. You testified regarding your tissue

09:51:07 6 analysis?

09:51:07 7 A. Yes.

09:51:08 8 Q. And you testified at trial about

09:51:09 9 extrapolating asbestos content from TEM testing;

09:51:12 10 correct?

09:51:14 11 A. Yes.

09:51:14 12 Q. Do you know how much money MAS has made in

09:51:19 13 asbestos litigation over the years?

09:51:20 14 A. I have no idea.

09:51:21 15 Q. Do you know how much money MAS has made

09:51:24 16 over -- for talc litigation over the years?

09:51:26 17 A. No.

09:51:26 18 A. You have no involvement in that aspect

09:51:29 19 of --

09:51:29 20 A. I wouldn't know.

09:51:33 21 Q. To your knowledge, did MAS ever test

09:51:37 22 cosmetic talcum powder for asbestos before being

09:51:40 23 engaged by plaintiffs' lawyers for that kind of work?

09:51:43 24 MS. O'DELL: Object to the form.

09:51:44 25 THE WITNESS: The answer to that question

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

44

09:51:45 1 is probably.

09:51:47 2 Q. (By Mr. Chachkes) Why do you say

09:51:48 3 probably?

09:51:48 4 A. Because of the work that has been done

09:51:54 5 over the years. We did quite a bit of testing in the

09:51:58 6 past, I believe, on talc that was used in industrial

09:52:09 7 applications; but also the suppliers use the same

09:52:13 8 kind of talc in, for instance, cosmetics and drug

09:52:19 9 applications.

09:52:19 10 Q. So it's your testimony that talc

09:52:22 11 manufacturers use the same exact talc for industrial

09:52:26 12 purposes and cosmetic purposes?

09:52:27 13 A. No, that's not my testimony.

09:52:29 14 MS. O'DELL: Object to form.

09:52:30 15 Q. (By Mr. Chachkes) Did MAS ever -- I'm

09:52:30 16 going to focus on the word cosmetic here.

09:52:32 17 A. Okay.

09:52:33 18 Q. Did MAS ever test cosmetic talcum powder

09:52:37 19 for asbestos prior to being engaged to do that work

09:52:38 20 for plaintiffs' lawyers?

09:52:39 21 MS. O'DELL: Object to the form.

09:52:40 22 THE WITNESS: The answer to that again, as

09:52:43 23 I said before, is probably.

09:52:45 24 Q. (By Mr. Chachkes) Okay. So was it J&J

09:52:49 25 cosmetic talcum powder? Colgate cosmetic talcum

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

45

09:52:53  1  powder?  What cosmetic talcum powder do you think
09:52:58  2  that was?
09:52:58  3        A.    I don't know.  I do know, again, that a
09:53:00  4  number of different types of talcum powders were
09:53:03  5  tested at MAS prior to this litigation.
09:53:04  6        Q.    Well, you cited some industrial talcum
09:53:14  7  powder --
09:53:14  8        A.    Yes.  Well, I just used a --
09:53:14  9        THE REPORTER:  Wait.  One at a time.
09:53:16  10        THE WITNESS:  Sorry.  Ask the question
09:53:16  11  again.
09:53:16  12        Q.    (By Mr. Chachkes)  Okay.  You have no
09:53:18  13  specific memory of testing any cosmetic talcum powder
09:53:22  14  prior to being engaged by plaintiff lawyers to do
09:53:27  15  this?
09:53:27  16        MS. O'DELL:  Object to the form.
09:53:28  17        THE WITNESS:  Again, now you've asked the
09:53:32  18  question differently than before.  The answer
09:53:36  19  again is, as I said, MAS has been involved in
09:53:40  20  testing talcum powders in the past prior to this
09:53:44  21  litigation, and some of them most probably were
09:53:49  22  cosmetic types, too.
09:53:50  23        Q.    (By Mr. Chachkes)  When you say most
09:53:52  24  probably, did you have a personal involvement in
09:53:53  25  those testings?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

46

09:53:54  1        A.    Being at the laboratory and seeing samples
09:54:01  2  that have come in and had come in over that period of
09:54:05  3  time, again, the answer to that is probably.
09:54:09  4        Q.    Okay.  So but what about personally
09:54:11  5  involved in the experimentation on talc prior to
09:54:14  6  being engaged by plaintiff lawyers, were you
09:54:17  7  personally involved in any such investigations?
09:54:20  8        A.    The answer to that is probably also.
09:54:22  9        Q.    Okay.  So you've run TEM on talcum powder
09:54:26  10  at MAS prior to being engaged by --
09:54:29  11        A.    Well, when you say --
09:54:31  12        MS. O'DELL:  Object to the form.
09:54:33  13        THE WITNESS:  -- personally involved,
09:54:33  14  again, part of the work that I have done in the
09:54:36  15  past as a laboratory manager would be to be at
09:54:39  16  the location where the analyst is analyzing that
09:54:41  17  talc or that product and looking over their
09:54:45  18  shoulder and seeing what they're doing.  So that
09:54:48  19  would be the personal involvement right there.
09:54:50  20        Q.    (By Mr. Chachkes)  Okay.  Can you name any
09:54:58  21  cosmetic talcum powder that MAS looked at prior to
09:55:00  22  being engaged at -- engaged by plaintiff lawyers to
09:55:03  23  do that, to look at cosmetic talcum powder?
09:55:06  24        A.    I can't recall that as I sit here.
09:55:08  25        Q.    Okay.  Do you believe MAS is the best lab

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

47

09:55:12  1  in the world to analyze talc for asbestos?
09:55:15  2        MS. O'DELL:  Object to the form.
09:55:16  3        THE WITNESS:  I like the way you put that.
09:55:19  4  Do like that.
09:55:22  5        I would say that, yes, we're one of the
09:55:26  6  best in the world, yes.
09:55:26  7        Q.    (By Mr. Chachkes)  Can you name some
09:55:28  8  others that are in your league?
09:55:30  9        MS. O'DELL:  Object to the form.
09:55:31  10        THE WITNESS:  Well, that again calls for a
09:55:35  11  judgment on these other laboratories.  So, you
09:55:42  12  know, I respect the other laboratories that are
09:55:44  13  doing this work.  But as far as best in the
09:55:48  14  world, I would put MAS right there.
09:55:50  15        Q.    (By Mr. Chachkes)  Okay.  The question was
09:55:51  16  what other laboratories are up there?
09:55:53  17        A.    I think Jim Millette's lab was -- is
09:56:00  18  definitely up there.
09:56:02  19        Q.    What about McCrone?
09:56:03  20        A.    Yes.
09:56:04  21        Q.    Are there academic laboratories that can
09:56:09  22  analyze for asbestos in talc at the level you do?
09:56:13  23        A.    Academic laboratories?
09:56:14  24        Q.    Yes.
09:56:15  25        A.    With the quality control we have?  I can't

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

48

09:56:20  1  think of any.
09:56:21  2        Q.    Okay.  You do better analysis of
09:56:23  3  asbestos -- of talc for asbestos than academic
09:56:26  4  laboratories that focus on mineralogy exclusively?
09:56:29  5        MS. O'DELL:  Object to the form.
09:56:30  6        THE WITNESS:  When it comes to quality
09:56:32  7  control, yes.
09:56:32  8        Q.    (By Mr. Chachkes)  What about in terms of
09:56:35  9  accurate results?
09:56:36  10        A.    Same.  Same answer.
09:56:37  11        Q.    Are MAS's analyses of talc for asbestos
09:56:44  12  reproducible by other labs?
09:56:48  13        MS. O'DELL:  Object to the form.
09:56:49  14        THE WITNESS:  Again, I don't know how to
09:56:50  15  answer that.  But they should be if they use the
09:56:54  16  same technologies and techniques.
09:56:57  17        Q.    (By Mr. Chachkes)  Even though their
09:56:58  18  quality controls aren't up to your standards?
09:57:01  19        MS. O'DELL:  Object to the form.
09:57:02  20        THE WITNESS:  Oh, well, in that case the
09:57:03  21  answer is I couldn't tell you.
09:57:04  22        Q.    (By Mr. Chachkes)  Okay.  So there's no
09:57:05  23  lab you can cite right now -- academic, professional,
09:57:09  24  industrial, or otherwise -- that can reproduce your
09:57:13  25  results with the same accuracy?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**49**

09:57:14 1    MS. O'DELL:  Object to the form.  That's
09:57:15 2  not his question.
09:57:17 3    Q.    (By Mr. Chachkes)  It's a question.
09:57:18 4    A.    **Ask it a different way.**
09:57:20 5    Q.    No.
09:57:21 6    Can you reread the question, please.
09:57:31 7    (The record was read by the reporter.)
09:57:32 8    MS. O'DELL:  Object to the form.
09:57:33 9    THE WITNESS:  Well, if they -- again, if
09:57:34 10  they use the same techniques, they should be
09:57:38 11  able to, sure.
09:57:39 12    Q.    (By Mr. Chachkes)  Okay.  So anyone
09:57:46 13  following the ISO 22262 protocol should be able to
09:57:50 14  reproduce your results?
09:57:51 15    MS. O'DELL:  Object to the form.
09:57:53 16    THE WITNESS:  If they're following the
09:57:54 17  protocol, it's most likely that they could, yes.
09:57:56 18    Q.    (By Mr. Chachkes)  Okay.  Has MAS received
09:58:01 19  any accolades from any academic institutions for its
09:58:07 20  testing of talc?
09:58:07 21    A.    **Academic institutions?**
09:58:09 22    Q.    Yes.
09:58:09 23    A.    **I have no idea.**
09:58:11 24    Q.    Has any renowned -- nationally or
09:58:15 25  internationally renowned TEM scientist identified MAS

**50**

09:58:19 1  as one of the best labs in the world for testing
09:58:22 2  talc?
09:58:23 3    MS. O'DELL:  Object to the form.
09:58:24 4    THE WITNESS:  Well, I think if you want to
09:58:25 5  talk about good laboratories in that kind of
09:58:27 6  testing, you would definitely look to NIST NVLAP
09:58:33 7  as the national standard for TEM laboratories
09:58:36 8  and testing.  So, you know, they would -- you
09:58:44 9  know, based on their assessments, their audits
09:58:47 10  of our laboratory, then I would say yes.
09:58:49 11    Q.    (By Mr. Chachkes)  Okay.  So NIST and
09:58:51 12  NVLAP have told MAS that you're one of the best labs
09:58:55 13  in the world for testing talc?
09:58:57 14    MS. O'DELL:  Object to the form.
09:58:58 15    THE WITNESS:  No, they don't say things
09:58:59 16  like that.
09:58:59 17    Q.    (By Mr. Chachkes)  Okay.  They just
09:59:00 18  accredit you?
09:59:00 19    A.    **Yeah, of course.  Yeah.**
09:59:02 20    Q.    They didn't give you some super
09:59:04 21  accreditation that only you get or you're above and
09:59:07 22  beyond other laboratories; correct?
09:59:08 23    A.    **No --**
09:59:08 24    MS. O'DELL:  Object to the form.
09:59:10 25    THE WITNESS:  -- there's no such thing.

**51**

09:59:11 1    Q.    (By Mr. Chachkes)  All right.  So let me
09:59:11 2  ask the same question again.
09:59:11 3    Are there any nationally or
09:59:13 4  internationally renowned TEM scientists that have
09:59:14 5  identified MAS as one of the best labs in the world
09:59:17 6  for testing talc?
09:59:18 7    MS. O'DELL:  Object to the form.
09:59:19 8    THE WITNESS:  Well, let me answer it.
09:59:20 9  There haven't been any that haven't said we're
09:59:23 10  not the best either, okay?
09:59:25 11    Q.    (By Mr. Chachkes)  Have any nationally or
09:59:28 12  internationally renowned PLM scientists identified
09:59:31 13  MAS as one of the best labs -- strike that.
09:59:35 14    Have you ever presented at any conferences
09:59:37 15  about testing talc with TEM?
09:59:40 16    A.    **No.**
09:59:40 17    Q.    Have you ever presented any conferences
09:59:42 18  about testing talc with PLM?
09:59:44 19    A.    **No.**
09:59:44 20    Q.    Have you ever presented -- have you ever
09:59:50 21  been invited to any conferences on the subject matter
09:59:53 22  of testing talc?
09:59:55 23    A.    **I can't recall any invitations.**
09:59:57 24    Q.    When did you personally first learn about
10:00:01 25  the ISO 22262-2 TEM method?

**52**

10:00:05 1    A.    **Oh, I don't know, a couple of years ago.**
10:00:08 2    Q.    From whom did you learn it?
10:00:09 3    A.    **I can't recall.**
10:00:14 4    Q.    When was the first time that anyone at MAS
10:00:21 5  tested a talc sample using the ISO 22262 method?
10:00:25 6    A.    **It probably was a couple of years ago, I**
10:00:28 7  **would think.**
10:00:29 8    Q.    Sometime in 2017?
10:00:30 9    MS. O'DELL:  Object to form.
10:00:31 10    THE WITNESS:  Again, I don't know an exact
10:00:32 11  date for that.
10:00:33 12    Q.    (By Mr. Chachkes)  Could it have been in
10:00:34 13  2016?
10:00:34 14    A.    **I don't know.  We have been using it for**
10:00:36 15  **quite a while.  So as far as the exact date, I don't**
10:00:40 16  **know.**
10:00:40 17    Q.    Could it have be in 2015?
10:00:42 18    MS. O'DELL:  Object to the form.
10:00:43 19    THE WITNESS:  I don't know.
10:00:44 20    Q.    (By Mr. Chachkes)  You're the lab manager;
10:00:46 21  right?  You were --
10:00:46 22    A.    **I was for a time, yes.**
10:00:47 23    Q.    Okay.  Would you be aware of any ISO 22262
10:00:52 24  test of talc in your laboratory?
10:00:56 25    A.    **Yes.**

53

10:00:56 1    Q.    Could the first test have been in 2018?

10:01:00 2    A.    Again, I don't know.  It's been at least,

10:01:04 3    I don't know, two or three years at least.

10:01:06 4    Q.    Okay.  Did your analyst use ISO 22262 on

10:01:13 5    any talc samples prior to the testing reported on in

10:01:16 6    this report?

10:01:17 7          MS. O'DELL:  Object to the form.

10:01:18 8          THE WITNESS:  I don't know.

10:01:19 9    Q.    (By Mr. Chachkes)  Your report includes

10:01:27 10   EDXA spectra for several particles; correct?

10:01:29 11   A.    The reports do, yes.

10:01:30 12   Q.    Yeah.  What is EDXA?

10:01:35 13   A.    Energy dispersive spectroscopy -- x-ray

10:01:38 14   energy dispersive spectroscopy.

10:01:38 15   Q.    Can you identify a particle of asbestos

10:01:39 16   using EDXA alone?

10:01:42 17   A.    You mean a fiber, that type of thing, a

10:01:45 18   bundle, fiber bundle?  You're just saying particle,

10:01:48 19   so --

10:01:48 20   Q.    Okay.

10:01:50 21   A.    Yeah, I'm just trying to be specific.

10:01:52 22   Q.    So was the answer different to my question

10:01:54 23   whether I used the word particle or a fiber or

10:01:56 24   bundle?

10:01:57 25   A.    No.

54

10:02:00 1    Q.    Okay.  So let me ask again.

2    A.    Okay.

10:02:02 3    Q.    Can you identify a particle of asbestos by

10:02:04 4    EDXA alone?

10:02:06 5    A.    Yes.  Well, no, not by just EDXA, no.

10:02:10 6    Q.    Okay.  Why not?

10:02:11 7    A.    Well, they have the chemistry, and they

10:02:14 8    would be similar to the chemistry of another type of

10:02:17 9    fiber too.

10:02:18 10   Q.    Can you distinguish anthophyllite from

10:02:21 11   talc using EDXA alone?

10:02:24 12   A.    No.  You need other methodologies, and

10:02:29 13   that's what we use.  We use a suite of methodologies.

10:02:32 14   Q.    Can you distinguish anthophyllite from

10:02:39 15   cummingtonite with EDXA alone?

10:02:41 16   A.    The answer to that is no.

10:02:43 17   Q.    So for the EDXA process, walk me through

10:02:50 18   the steps.  What do you do?

10:02:52 19   A.    Where do you want to start on that?

10:02:55 20   Q.    Well, you've got a particle?

10:02:56 21   A.    Okay.

10:02:57 22   Q.    You've decided I want to do EDXA on that?

10:03:01 23   A.    Right.

10:03:01 24   Q.    What do you do next?

10:03:02 25   A.    Well, essentially what the analyst does is

55

10:03:04 1    they will set the microscope up for the EDX process,

10:03:10 2    and that involves setting some lenses and condensers

10:03:14 3    in there so that you can focus the beam on the

10:03:17 4    particle.

10:03:17 5          Then the beam is focused.  The

10:03:20 6    spectrometer is put into place in the microscope.

10:03:24 7    Then you, of course, begin the process of collecting

10:03:29 8    x-rays from the specimen.

10:03:31 9    Q.    And then you get an EDXA spectrum?

10:03:35 10   A.    Yes.

10:03:36 11   Q.    Let's look at an example spectrum so you

10:03:39 12   could tell me about it.  There's probably one that's

10:03:42 13   already been marked.

10:03:52 14         I'm going to present to you with what was

10:03:54 15   marked yesterday as Longo Number 12.  Do you see

10:03:57 16   that?

10:03:57 17   A.    Yes.

10:03:58 18   Q.    And that's an EDXA spectra from your

10:04:03 19   expert report; correct?

10:04:05 20         MS. O'DELL:  Object to the form.

10:04:07 21         THE WITNESS:  If it's from our report,

10:04:09 22   yes.

10:04:09 23   Q.    (By Mr. Chachkes)  Okay.  It is from your

10:04:11 24   report.  So is that what an EDXA spectra looks like?

10:04:20 25   A.    Yes.

56

10:04:21 1    Q.    And you'll notice on the bottom left-hand

10:04:26 2    corner it says elements and it has got some elements

10:04:28 3    and it says total?

10:04:29 4    A.    Yes.

10:04:29 5    Q.    Your software can generate information

10:04:31 6    that fills in that; correct?

10:04:32 7    A.    Yes.

10:04:33 8    Q.    Why don't you turn that -- why don't you

10:04:35 9    use it, that software?

10:04:36 10   A.    We do.

10:04:38 11   Q.    Okay.  Why in these experiments did you

10:04:41 12   not put in the information that can be generated on

10:04:45 13   the bottom left-hand side of Exhibit 12?

10:04:48 14         MS. O'DELL:  Object to the form.

10:04:49 15         THE WITNESS:  Well, there could be any

10:04:50 16   number of reasons for that.  Typically, when

10:04:54 17   we're looking at these types of particles, they

10:04:58 18   have characteristic spectra for the -- if it's a

10:05:02 19   particular asbestos type.

10:05:03 20         For instance, this is tremolite.  You can

10:05:07 21   turn the -- the data's there, so you can turn

10:05:12 22   that data on to show you what the oxides are for

10:05:15 23   the oxides.

10:05:16 24   Q.    (By Mr. Chachkes)  Is it a coincidence

10:05:19 25   that the data was not turned on for any of these, or

57

10:05:22 1   were the analysts actually instructed not to turn it
10:05:25 2   on?
10:05:25 3       A.   No, it's not a coincidence.
10:05:27 4       Q.   Okay.  They were instructed to not
10:05:28 5   generate that data?
10:05:29 6       A.   No.  No, no, no.  No.
10:05:31 7       Q.   Now, is it standard operating practice not
10:05:36 8   to generate that data?
10:05:37 9       A.   Is it standard operating practice --
10:05:39 10      -- at MAS not to generate that data?
10:05:41 11      A.   They don't have to generate it.  It's not
10:05:43 12  required.
          13      Q.   Okay.
10:05:43 14      A.   It's not required by the method.
10:05:45 15      Q.   Is that data in the software, you just
10:05:51 16  choose not to print it out?
10:05:53 17          MS. O'DELL:  Object to the form.
10:05:54 18          THE WITNESS:  I would have to check on
10:05:55 19  that to see.  So that's my answer to that right
10:05:59 20  now.
10:05:59 21      Q.   (By Mr. Chachkes)  Okay.
10:06:00 22      A.   Yeah.
10:06:00 23      Q.   And is that data -- you wouldn't
10:06:04 24  deliberately delete that data; right?
10:06:06 25      A.   No, never.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

58

10:06:07 1       Q.   Is that data still at MAS, that if I asked
10:06:10 2   you to redo these with the data printed out, could
10:06:12 3   you do it?
10:06:13 4       A.   I don't know.  We would have to ask Bill
10:06:16 5   to see if it, in fact, is.  It depends on the
10:06:21 6   software.
10:06:23 7       Q.   Okay.
10:06:23 8       A.   Yeah.
10:06:24 9          MR. CHACHKES:  We would request that data
10:06:25 10  be produced.  So if -- we'll make a formal
10:06:30 11  request for that.
10:06:30 12          MS. O'DELL:  I think the data that's
10:06:32 13  available has been produced, it's provided in
10:06:34 14  the report, and so there's no further data.
10:06:36 15      Q.   (By Mr. Chachkes)  We'll --
10:06:37 16      A.   Well, this is adequate to tell if this is
10:06:39 17  a characteristic spectrum of tremolite, but you can't
10:06:44 18  say, well, we know this is tremolite.  We have other
10:06:46 19  methods that have to be coupled together to be able
10:06:48 20  to, you know, 99.9 percent say it is.
10:06:52 21  I'm just talking about the data down
10:06:53 22  there.
10:06:54 23      A.   Okay.
10:06:54 24      Q.   Let's look at what was marked yesterday as
10:06:56 25  Exhibit 13.  If you could look at like the last page.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

59

10:07:08 1   Maybe just flip it up to the last page.
10:07:08 2       A.   Okay.
10:07:10 3       Q.   You see there, it's an EDXA printout.
10:07:15 4   This is not yours.
10:07:15 5       A.   Sure.
10:07:15 6       This is from Connecticut.
10:07:17 7       A.   Uh-huh.
10:07:17 8       Q.   And you see that -- it looks like it was
10:07:18 9   generated from the same software as yours, it's the
10:07:21 10  same fonts, same format.  Is that a reasonable
10:07:24 11  conclusion?
10:07:25 12      A.   I don't know --
10:07:26 13          MS. O'DELL:  Object to the form.
10:07:27 14          THE WITNESS:  -- we'd have to see.  You
10:07:29 15  know, they're all -- there are a number of
10:07:31 16  different EDS software packages out there.
10:07:34 17      Q.   (By Mr. Chachkes)  Do you know the name of
10:07:36 18  your EDS software package?
10:07:38 19      A.   I want to say it's called Revolutions.
10:07:40 20      Q.   Are there different versions of the
10:07:42 21  Revolution software?
10:07:43 22      A.   I don't know.
10:07:44 23      Q.   And the information in the lower left, you
10:07:48 24  see that's generated for each of the relevant
10:07:52 25  elements, weight percentage, standard deviation,

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

60

10:07:55 1   atomic percentage, oxide percentage, other
10:07:56 2   information; do you see that?
10:07:57 3       A.   Yes.
10:07:59 4       Q.   Can you generate all that information if
10:08:00 5   you wanted to for your EDXA?
10:08:04 6          MS. O'DELL:  Object to the form.
10:08:06 7          THE WITNESS:  Again, it depends on the way
10:08:07 8   the software operates, if it's set up to be able
10:08:11 9   to collect that information and make those
10:08:12 10  statistics.
10:08:12 11      Q.   (By Mr. Chachkes)  For the EDXA
10:08:15 12  experiments that you ran for the purposes of the MDL
10:08:18 13  report, would you be able to generate that
10:08:21 14  information or you just don't know?
10:08:23 15          MS. O'DELL:  Object to form.
10:08:24 16          THE WITNESS:  I don't know.
10:08:24 17      Q.   (By Mr. Chachkes)  Okay.  Do you
10:08:27 18  understand that that information, some people find
10:08:30 19  that useful?
10:08:31 20          MS. O'DELL:  Objection.
10:08:31 21          THE WITNESS:  It can be, yeah.
10:08:33 22      Q.   (By Mr. Chachkes)  Why?
10:08:33 23      A.   Well, it can be useful in -- for instance,
10:08:37 24  if you're a research geologist and you're trying to
10:08:41 25  determine the composition and the makeup of an

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**61**

10:08:43 1  unknown, that would be very helpful.

10:08:44 2      Q.    Okay.  Why is it very helpful?

10:08:46 3      A.    Again, if they are -- if they're trying to

10:08:49 4  understand the composition of these materials, then

10:08:52 5  that information is part of info to try to figure out

10:09:00 6  what you're working with.

10:09:01 7      Q.    That information that we're talking about

10:09:05 8  a researcher can use to estimate the composition, the

10:09:11 9  chemical composition, of the subject particle; right?

10:09:14 10     MS. O'DELL:  Object to form.

10:09:14 11     THE WITNESS:  Yeah, they can estimate it.

10:09:15 12  They can estimate it.

10:09:16 13     MS. O'DELL:  Dr. Rigler, give me just a

10:09:19 14  second before you answer.

10:09:20 15     THE WITNESS:  Sure.  Sorry.

10:09:20 16     MS. O'DELL:  Thank you.

10:09:20 17     Q.    (By Mr. Chachkes)  And one of the ways you

10:09:23 18  do that is by -- you take the ratios of the peak

10:09:29 19  areas of the metals to the silicon; right?

10:09:32 20     A.    That's one way to do it.

10:09:33 21     Q.    And if you were going to generate peak

10:09:40 22  areas for your EDXA you could do that; right?

10:09:43 23     A.    Yeah.  I would say yes to that.  Again, I

10:09:46 24  would have to look at the package to see what's in

10:09:49 25  there.

**62**

10:09:49 1      Q.    It's pretty fundamental.  I would think

10:09:51 2  all packages have that; right?

10:09:53 3      MS. O'DELL:  Object to the form.

10:09:54 4      THE WITNESS:  Yes, but they vary in the

10:09:55 5  software, the way that the company has put the

10:09:59 6  software together.

10:10:00 7      Q.    (By Mr. Chachkes)  Okay.  So this process

10:10:02 8  of comparing ratios of metals to silicon, are you

10:10:06 9  comparing peak areas or just simply peak heights?

10:10:09 10     A.    Again, that varies.  In a lot of cases

10:10:13 11  it's peak heights if you're working with -- depending

10:10:17 12  on what your methodology is.

10:10:18 13            For instance, I believe one of the

10:10:21 14  standard methodologies for asbestos analysis is in

10:10:24 15  the AHERA regulations, and I believe there they use

10:10:30 16  peak ratios in that, which I believe are based on

10:10:33 17  peak heights.

10:10:34 18     Q.    Okay.  And what about for an unknown

10:10:40 19  chemical or crystal, what's more useful to determine

10:10:46 20  the chemical composition, peak heights or peak areas?

10:10:49 21     MS. O'DELL:  Object to the form.

10:10:50 22     THE WITNESS:  Either one can be used,

10:10:51 23  depending upon how you're calibrated.

10:10:54 24     Q.    (By Mr. Chachkes)  It's your belief that

10:10:55 25  the peer-reviewed literature reflects that either

**63**

10:10:59 1  peak heights or peak areas can be used to determine

10:11:02 2  the chemical composition of the subject of an EDXA

10:11:04 3  analysis?

10:11:05 4      A.    Well --

10:11:05 5      MS. O'DELL:  Object.

10:11:06 6      THE WITNESS:  -- if we step back a minute,

10:11:12 7  these kinds of spectra are not the kinds of

10:11:15 8  spectra that we get when we're doing something

10:11:17 9  like mass spectrometer where we're really

10:11:20 10  looking at an area under a peak.  You can do

10:11:24 11  peak heights on those, half width max types of

10:11:29 12  estimates with those.

10:11:31 13            These are spectrometers, and what they do

10:11:33 14  is they collect data in electron channels for

10:11:37 15  electron voltage.  So typically what you do is

10:11:41 16  you bombard your specimen with the electron beam

10:11:46 17  for a period of time to get enough counts so

10:11:50 18  that the peaks are stable at a stable height,

10:11:54 19  and then you can compare the peak heights.

10:11:57 20            So peak area, you know, for this kind of a

10:12:02 21  spectrometer, again, you'll get different

10:12:05 22  opinions, but it's not the same type of thing

10:12:07 23  with the mass spectrometer.  So peak heights

10:12:09 24  work very well for these.

10:12:11 25     Q.    (By Mr. Chachkes)  Okay.  It's not a

**64**

10:12:12 1  question about what works very well or --

10:12:15 2      A.    Well, it is kind of a question about what

10:12:16 3  works really well.

10:12:17 4      Q.    Okay.  Focus on my question.

10:12:18 5      A.    I hear you, but you're kind of going to

10:12:21 6  it --

10:12:21 7      Q.    Focus on my question.

10:12:23 8      A.    I'm focusing.

10:12:24 9      Q.    The question is about peer-reviewed

10:12:27 10  literature --

10:12:27 11     A.    Let me just finish.

10:12:28 12     MS. O'DELL:  Sorry.

10:12:29 13     THE WITNESS:  Let me finish.  I'm not

10:12:29 14  finished.

10:12:30 15     MS. O'DELL:  Please finish.

10:12:33 16     THE WITNESS:  Okay.  Peak heights work

10:12:34 17  very well for this type of a spectrometer.  Now,

10:12:38 18  we can get in all the minutia of area versus

10:12:41 19  peak height, but we have to know what kind of

10:12:44 20  system that we're talking about.

10:12:46 21     Q.    (By Mr. Chachkes)  Same question.

10:12:47 22     A.    Okay.

10:12:48 23     Q.    Focus on what I'm asking, which is about

10:12:50 24  the peer-reviewed literature.

25     A.    Okay.

65

| | |
|---|---|
| 10:12:51 1 | Q. In the peer-reviewed literature where |
| 10:12:53 2 | folks are looking at EDXA spectra to determine the |
| 10:12:57 3 | chemical composition of an unknown subject -- |
| 10:13:00 4 | A. Okay. |
| 10:13:01 5 | Q. -- does the peer-reviewed literature |
| 10:13:04 6 | support both using peak heights and peak area to make |
| 10:13:07 7 | that determination? |
| 10:13:09 8 | MS. O'DELL: Object to the form. |
| 10:13:10 9 | THE WITNESS: I would have to review the |
| 10:13:12 10 | literature. Standard methods use peak height. |
| 10:13:19 11 | Some may use peak area also. So as far as that, |
| 10:13:22 12 | I would have to go and review it. |
| 10:13:24 13 | Q. (By Mr. Chachkes) When you say standard |
| 10:13:25 14 | methods, you mean in the peer-reviewed literature or |
| 10:13:28 15 | something else? |
| 10:13:28 16 | A. Sure. It would be -- if it's a standard |
| 10:13:31 17 | method it's going to be peer-reviewed. |
| 10:13:33 18 | Q. Okay. Looking at Exhibit 12 again, going |
| 10:13:40 19 | back to your EDXA printout, did you do a |
| 10:13:46 20 | comprehensive review of what minerals could |
| 10:13:50 21 | correspond to this EDXA spectra other than what you |
| 10:13:55 22 | believe it to be, which is tremolite? |
| 10:13:57 23 | A. I didn't do a comprehensive review of |
| 10:13:59 24 | this. |
| 10:13:59 25 | Q. Did anybody do a comprehensive review of |

66

| | |
|---|---|
| 10:14:02 1 | the EDXA spectra to determine what other minerals |
| 10:14:05 2 | they could correspond to? |
| 10:14:07 3 | A. A comprehensive review. What do you mean |
| 10:14:13 4 | by that? |
| 10:14:13 5 | Q. So, for example, if an expert in |
| 10:14:16 6 | mineralogy and EDXA mineralogy were to tell you this |
| 10:14:19 7 | spectra in Exhibit 12 can correspond to dozens if not |
| 10:14:24 8 | hundreds of other minerals, sitting here today, do |
| 10:14:26 9 | you have any reason to dispute that? |
| 10:14:27 10 | MS. O'DELL: Object to the form. |
| 10:14:29 11 | THE WITNESS: I would say that it could |
| 10:14:31 12 | correspond to a number of other minerals, yes. |
| 10:14:34 13 | MR. CHACHKES: Okay. |
| 10:14:35 14 | MS. O'DELL: Alex, excuse me. We've been |
| 10:14:38 15 | going about an hour, a little over an hour. Can |
| 10:14:40 16 | we take a short break, please? |
| 10:14:41 17 | MR. CHACHKES: Yeah. Let me see if I can |
| 10:14:43 18 | finish this part. |
| 10:14:44 19 | MS. O'DELL: Are you ready for a break, |
| 10:14:46 20 | Doctor? |
| 10:14:46 21 | THE WITNESS: Sure. |
| 10:14:48 22 | MR. CHACHKES: That's fine, we'll take a |
| 10:14:50 23 | break. |
| 10:14:51 24 | (Recess from 10:14 a.m. to 10:37 a.m.) |
| 10:38:00 25 | Q. (By Mr. Chachkes) We spoke earlier about |

67

| | |
|---|---|
| 10:38:03 1 | you record your time; correct? |
| 10:38:05 2 | A. As far as recording the time -- |
| 10:38:08 3 | Q. Yes. |
| 10:38:09 4 | A. Yes, some of it, but not all of it. |
| 10:38:11 5 | Q. Okay. And who do you give those time |
| 10:38:13 6 | sheets to? |
| 10:38:13 7 | A. I don't -- as I say, I go in and speak to |
| 10:38:20 8 | Bill's assistant and then give her the hours that I |
| 10:38:25 9 | have. |
| 10:38:25 10 | Q. Is it your understanding that the other |
| 10:38:26 11 | people in your laboratory are giving their hours to |
| 10:38:28 12 | Bill's assistant? |
| 10:38:29 13 | A. I don't know what they're doing. |
| 10:38:31 14 | Q. Okay. Have they been instructed to keep |
| 10:38:33 15 | their time? |
| 10:38:33 16 | A. You'd have to ask Bill about that. |
| 10:38:36 17 | Q. Okay. So I'd like to request of |
| 10:38:37 18 | plaintiffs all invoices billed on behalf of the MDL |
| 10:38:41 19 | at MAS. |
| 10:38:46 20 | So let's -- |
| 10:38:48 21 | A. I wanted to -- before we got started, I |
| 10:38:51 22 | wanted to bring up a point about the publications, |
| 10:38:52 23 | because I know you were asking about that. |
| 10:38:54 24 | Q. Okay. |
| 10:38:54 25 | A. And it is our policy at our laboratory to |

68

| | |
|---|---|
| 10:38:58 1 | not discuss any possible publications that we may |
| 10:39:02 2 | have pending. It's part of our policy, and it's |
| 10:39:06 3 | actually what we consider as proprietary. |
| 10:39:13 4 | MR. CHACHKES: I'm going to ask counsel |
| 10:39:14 5 | again, are you going to allow me to ask a full |
| 10:39:18 6 | set of questions about what the pending |
| 10:39:19 7 | publication is? |
| 10:39:20 8 | MS. O'DELL: No. |
| 10:39:20 9 | MR. CHACHKES: Okay. We'll raise it with |
| 10:39:21 10 | the magistrate. |
| 10:39:21 11 | MS. O'DELL: He's answered your question. |
| 10:39:23 12 | These are the invoices. It's two copies of one |
| 10:39:26 13 | invoice, and you're welcome to ask him questions |
| 10:39:28 14 | about it if you'd like. |
| 10:39:29 15 | MR. CHACHKES: Okay. And we're also |
| 10:39:30 16 | requesting all invoices from all people for who |
| 10:39:35 17 | do bill time, the analysts, Bill, the works. |
| 10:39:39 18 | MR. PARFITT: We'll take that under |
| 10:39:39 19 | advisement. |
| 10:39:39 20 | MS. O'DELL: Your request is noted. There |
| 10:39:43 21 | will be an objection to that. |
| 10:39:45 22 | MR. CHACHKES: Okay. Let's just mark -- |
| 10:39:47 23 | let me see if these are different. Yeah. |
| 10:39:49 24 | MS. O'DELL: Let's see. |
| 10:39:51 25 | MR. CHACHKES: Yeah, they're different. |

**69**

| | |
|---|---|
| 10:39:51 | 1   One is for 9,000 and one is for 14. |
| 10:39:54 | 2   MS. O'DELL:  Oh, yeah. |
| 10:39:56 | 3   Q.   (By Mr. Chachkes)  By the way, did you |
| 10:39:59 | 4   bring any documents with you today? |
| 10:40:00 | 5   A.   I did. |
| 10:40:00 | 6   Q.   What documents did you bring with you? |
| 10:40:02 | 7   A.   Let me get them out. |
| 10:40:11 | 8   MS. O'DELL:  May I see those just a minute |
| 10:40:13 | 9   to make sure. |
| 10:40:19 | 10   THE WITNESS:  The request. |
| 10:40:20 | 11   Q.   (By Mr. Chachkes)  You don't have to hand |
| 10:40:22 | 12   them to me, just tell me what they are. |
| 10:40:24 | 13   A.   Okay.  Let's see.  This is the notice of |
| 10:40:27 | 14   oral and videotaped deposition. |
| 10:40:28 | 15   Q.   Well, let me just ask this question.  Did |
| 10:40:29 | 16   you bring any documents that I might not already |
| 10:40:31 | 17   have?  So I have your report, I have the subpoena, I |
| 10:40:36 | 18   have the things lawyers exchange.  Is there |
| 10:40:40 | 19   anything -- |
| 10:40:40 | 20   A.   You have the quality report? |
| 10:40:42 | 21   Q.   Yes, we have the quality report; correct? |
| 10:40:45 | 22   And you brought that? |
| 10:40:46 | 23   A.   I brought a copy of that.  There was one |
| 10:40:48 | 24   minor typographical error I found in that. |
| 10:40:50 | 25   Q.   We'll get to that. |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**70**

| | |
|---|---|
| 10:40:52 | 1   A.   Okay. |
| 10:40:52 | 2   Q.   Anything else you brought that I might not |
| 10:40:54 | 3   otherwise have? |
| 10:40:55 | 4   A.   You probably have everything.  I brought |
| 10:40:59 | 5   the starting weight sheets, the weight sheets that |
| 10:41:04 | 6   we've used for the analysis.  I think you guys had |
| 10:41:09 | 7   requested all of that.  What else?  And the reports. |
| 10:41:11 | 8   The same ones that you have here. |
| 10:41:13 | 9   Q.   So starting weight sheets, have those been |
| 10:41:16 | 10   produced? |
| 10:41:17 | 11   A.   Yeah, I think they were sent over. |
| 10:41:19 | 12   MS. O'DELL:  Yes, those were produced.  I |
| 10:41:21 | 13   have one more invoice.  I would ask that you not |
| 10:41:24 | 14   mark this one because I need a clean copy and I |
| 10:41:26 | 15   don't know why I don't have one in my folder, |
| 10:41:29 | 16   actually, so I'll get a copy at the break. |
| 10:41:31 | 17   MR. CHACHKES:  Okay.  Do you mind if I |
| 10:41:32 | 18   take a photo of it? |
| 10:41:33 | 19   MS. O'DELL:  No.  You're welcome to. |
| 10:41:34 | 20   MR. CHACHKES:  Okay.  We will start with |
| 10:41:35 | 21   that and then we can -- |
| 10:41:35 | 22   MS. O'DELL:  Yeah.  I'll copy it at the |
| | 23   break.  I just would prefer -- |
| | 24   MR. CHACHKES:  Oh, we'll copy it at the |
| | 25   break.  So why don't we do this, why don't we -- |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**71**

| | |
|---|---|
| 10:41:38 | 1   MS. O'DELL:  I just prefer that that not |
| 10:41:41 | 2   be marked. |
| 10:41:42 | 3   MR. CHACHKES:  Why don't we hold up the |
| 10:41:43 | 4   invoices until a break.  I don't have to ask |
| 10:41:45 | 5   about them now.  We'll do it as a set.  I don't |
| 10:41:47 | 6   want to -- |
| 10:41:47 | 7   MS. O'DELL:  Sure. |
| 10:41:48 | 8   Q.   (By Mr. Chachkes)  Okay.  All right.  Back |
| 10:41:51 | 9   to EDXA. |
| 10:41:52 | 10   A.   All right. |
| 10:41:54 | 11   Q.   So -- now, you're aware that crystals have |
| 10:42:05 | 12   certain characteristic ratios of metals to silicon? |
| 10:42:08 | 13   A.   Yes. |
| 10:42:09 | 14   Q.   Okay.  And are you aware that tremolite |
| 10:42:11 | 15   has a ratio of 5-to-8? |
| 10:42:14 | 16   A.   It can vary. |
| 10:42:16 | 17   Q.   When you say it can vary, what do you mean |
| 10:42:19 | 18   by that? |
| 10:42:19 | 19   A.   Well, it can vary.  I mean, per the |
| 10:42:22 | 20   formula based on how many metal ions that tremolite |
| 10:42:27 | 21   has, it can vary a bit. |
| 10:42:29 | 22   Q.   When you say a bit, what's the margin |
| 10:42:32 | 23   error there? |
| 10:42:33 | 24   A.   You know, as far as a margin of error, |
| 10:42:36 | 25   peak height ratios, that type of thing, it just |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

**72**

| | |
|---|---|
| 10:42:41 | 1   varies.  So, you know, it varies. |
| 10:42:45 | 2   Q.   Do you have any opinion sitting here today |
| 10:42:47 | 3   as to what the peer-reviewed literature suggests as |
| 10:42:51 | 4   the acceptable variations when you're looking at an |
| 10:42:54 | 5   EDXA for determining a mineral from the |
| 10:42:58 | 6   metal-to-silicon ratio? |
| 10:42:59 | 7   MS. O'DELL:  Object to form. |
| 10:43:01 | 8   THE WITNESS:  I would have to look at the |
| 10:43:05 | 9   literature to see what they are because I know |
| 10:43:08 | 10   over the years as I've looked at different |
| 10:43:11 | 11   references, and I've noticed the slightly |
| 10:43:14 | 12   different, you know, ratios for the same |
| 10:43:17 | 13   material. |
| 10:43:18 | 14   Q.   (By Mr. Chachkes)  Okay.  Because the |
| 10:43:19 | 15   ratio actually should be a certain number because |
| 10:43:22 | 16   it's based on the chemical formula which is what the |
| 10:43:25 | 17   definition of the mineral is; correct? |
| 10:43:27 | 18   A.   Well, yes, but by electron spectroscopy |
| 10:43:32 | 19   you can have a variation in the energy depending upon |
| 10:43:36 | 20   takeoff angle and this and that kind of thing, |
| 10:43:39 | 21   depending on the material.  So you can have some |
| 10:43:42 | 22   variation there.  You know, purely based on the |
| 10:43:44 | 23   formula, again, using a spectrometer, you're going to |
| 10:43:48 | 24   get some variation.  But ideally the ratio is going to |
| 10:43:48 | 25   Q.   Okay.  But ideally the ratio is going to |

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

73

| | |
|---|---|
| 10:43:52 | 1 be a definite number because it's based on the |
| 10:43:57 | 2 chemical formula, and the chemical formula for a |
| 10:43:58 | 3 mineral is set in stone, as it were? |
| | 4          MS. O'DELL:  Object to the form. |
| 10:44:02 | 5          THE WITNESS:  Well, again, now, if you're |
| 10:44:03 | 6 just talking about the formula, then, yes, you |
| 10:44:05 | 7 would have ratios based on the formula.  You |
| 10:44:08 | 8 know, forget the EDXA for a minute. |
| 10:44:10 | 9          But based on the chemical formula and the |
| 10:44:12 | 10 loading of the ions, you know, in that formula, |
| 10:44:15 | 11 you're going to have, you know, a set amount |
| 10:44:19 | 12 there.  But when it comes to the actual |
| 10:44:21 | 13 spectroscopy you're going to have a little bit |
| 10:44:23 | 14 of variation. |
| 10:44:24 | 15     Q.   (By Mr. Chachkes)  Okay.  And just by way |
| 10:44:25 | 16 of example, anthophyllite, the chemical formula, has |
| 10:44:29 | 17 seven magnesiums, eight silicon; right? |
| 10:44:32 | 18     A.   Uh-huh. |
| 10:44:33 | 19     Q.   Is that a yes? |
| 10:44:34 | 20     A.   Yes. |
| | 21     Q.   I'm sorry -- |
| 10:44:38 | 22     A.   It's okay. |
| 10:44:38 | 23          -- show up on the transcript. |
| 10:44:38 | 24          And then that ratio of 7-to-8 is the ideal |
| 10:44:44 | 25 metal-to-silicon ratio under EDXA for anthophyllite? |

74

| | |
|---|---|
| 10:44:48 | 1     A.   Well, no, that's for the formula.  That |
| 10:44:50 | 2 would be for the formula.  Once again, when you get |
| 10:44:53 | 3 to a spectroscopic method, it's going to vary a bit. |
| 10:44:57 | 4     Q.   So did you -- so in Exhibit 12, do you see |
| 10:45:03 | 5 how tremolite is written there at the top? |
| 10:45:05 | 6     A.   Yes. |
| 10:45:05 | 7     Q.   That's not what the machine generated |
| 10:45:07 | 8 based on the spectra; you typed that in; correct? |
| 10:45:12 | 9     A.   The analyst typed that in, yes.  But that |
| 10:45:14 | 10 correlates with tremolite, with a tremolite spectrum. |
| 10:45:18 | 11     Q.   And so do you expect in this Exhibit 12 |
| 10:45:25 | 12 EDXA spectra that the ratio of metal to silicon is |
| 10:45:31 | 13 going to be 5-to-8 or somewhere in the vicinity of |
| 10:45:34 | 14 5-to-8? |
| 10:45:35 | 15     A.   It could be, yes. |
| 10:45:36 | 16     Q.   And when you say it could be, would you |
| 10:45:42 | 17 identify something that has a metal-to-silicon ratio |
| 10:45:45 | 18 nowhere near 5-to-8 as tremolite under EDXA? |
| 10:45:49 | 19          MS. O'DELL:  Object to the form. |
| 10:45:50 | 20          THE WITNESS:  Can you just restate the |
| 10:45:52 | 21 question, please? |
| 10:45:53 | 22     Q.   (By Mr. Chachkes)  Okay.  What margin of |
| 10:45:54 | 23 error in the metal-to-silicon ratio would be so great |
| 10:45:59 | 24 that you would say, well, that's not tremolite? |
| 10:46:02 | 25     A.   Well, again, if, for instance, in this |

75

| | |
|---|---|
| 10:46:07 | 1 spectrum, in Number 12, if the magnesium was up in |
| 10:46:11 | 2 the middle somewhere up high towards the silicon |
| 10:46:14 | 3 peak, you might have a question about it at that |
| 10:46:16 | 4 point.  If the calcium peak was down lower, then you |
| 10:46:20 | 5 might have a question about it at that point too. |
| 10:46:22 | 6          So you can get some variation again like |
| 10:46:26 | 7 that, depending upon the mineralogy of tremolite in |
| 10:46:29 | 8 that area.  So again, you're going to have a little |
| 10:46:32 | 9 bit of variation.  But if it's too far away from |
| 10:46:35 | 10 that, then, yeah, there's a question about that. |
| 10:46:37 | 11     Q.   Do you have any opinions sitting here |
| 10:46:39 | 12 today whether the EDXA spectra in 12 is more like |
| 10:46:44 | 13 another mineral than tremolite? |
| 10:46:47 | 14          MS. O'DELL:  Object to the form. |
| 10:46:48 | 15          THE WITNESS:  Well, I don't have an |
| 10:46:50 | 16 opinion on that right now. |
| 10:46:52 | 17     Q.   (By Mr. Chachkes)  And so did you actually |
| 10:46:55 | 18 run the metal-to-silicon ratios for your EDXA? |
| 10:46:59 | 19          MS. O'DELL:  Object to the form. |
| 10:47:00 | 20          THE WITNESS:  I didn't run it, no. |
| 10:47:02 | 21     Q.   (By Mr. Chachkes)  Okay.  Did anybody run |
| 10:47:03 | 22 it? |
| 10:47:03 | 23     A.   I don't know.  I would have to check. |
| 10:47:04 | 24     Q.   As the author of the expert report that |
| 10:47:09 | 25 has these EDXA spectra upon which you're making |

76

| | |
|---|---|
| 10:47:12 | 1 conclusions, wouldn't that be important information |
| 10:47:14 | 2 to know? |
| 10:47:14 | 3          MS. O'DELL:  Object to the form. |
| 10:47:21 | 4          MS. PARFITT:  Objection. |
| 10:47:22 | 5          THE WITNESS:  The information that we have |
| 10:47:23 | 6 from the spectrometer is accurate, and the peak |
| 10:47:29 | 7 ratios that you see here are consistent with |
| 10:47:34 | 8 tremolite.  It could be consistent with some |
| 10:47:37 | 9 other minerals.  That's why we do not use EDS; |
| 10:47:42 | 10 that's why we would do electron diffraction, and |
| 10:47:45 | 11 we also look at the shape and the form of the |
| 10:47:47 | 12 material, too.  So those things together allow |
| 10:47:51 | 13 us to say, yeah, this is tremolite. |
| 10:47:53 | 14     Q.   (By Mr. Chachkes)  Okay.  Do you go into |
| 10:47:54 | 15 the EDXA -- do you take the EDXA spectra, say, I'm |
| 10:48:02 | 16 going to assume it's an asbestos and now I'm going to |
| 10:48:05 | 17 figure out which one?  You don't do that, do you? |
| 10:48:07 | 18          MS. O'DELL:  Object to the form. |
| 10:48:08 | 19          THE WITNESS:  Typically what happens is |
| 10:48:12 | 20 the analyst will take a spectrum, they'll look |
| 10:48:17 | 21 at the spectrum, then they will flip over -- and |
| 10:48:20 | 22 they're in the same spot, they'll refigure the |
| 10:48:24 | 23 scope, and then they will do electron |
| 10:48:26 | 24 diffraction. |
| 10:48:26 | 25          They'll look at the diffraction pattern, |

77

10:48:28 1  and then they will make a decision at that

10:48:29 2  particular point as to whether it's consistent

10:48:32 3  with that form or not.  Then they'll index the

10:48:35 4  pattern.  They'll confirm that with verification

10:48:38 5  of the indexing of the pattern.

10:48:39 6      Q.    (By Mr. Chachkes)  Okay.  So the EDXA --

10:48:44 7  so the judgment call by the analyst to what mineral

10:48:48 8  they're looking at is based on a combined looking at

10:48:51 9  the EDXA spectra and the SAED?

10:48:56 10     A.    Yes, and also the form.  The form.

10:49:02 11     Q.    And when you say the form, what do you

10:49:03 12 mean, the form?

10:49:04 13     A.    Well, for instance, if it's a round

10:49:09 14 structure or something that is not fibrous or

10:49:12 15 crystalline as you would expect tremolite to be,

10:49:14 16 then, you know, it's a guess as it could be some

10:49:17 17 other form.

10:49:19 18     Q.    Can you cite to me any peer-reviewed

10:49:21 19 literature or textbook, even, that says taking

10:49:26 20 simultaneously the data from an EDXA, SAED, and the

10:49:32 21 form is the proper way to identify a mineral?

10:49:37 22         MS. O'DELL:  Object to the form.

10:49:38 23         THE WITNESS:  Well, I mean, if you want to

10:49:39 24     look at the way EPA said to do it and continues

10:49:42 25     to say to do it, you know, in the '70s and the

78

10:49:47 1  '80s and was published, this is the way to do

10:49:50 2  it.

10:49:50 3      Q.    (By Mr. Chachkes)  Okay.  So you've cited

10:49:52 4  the EPA.  Anything else, any other published sources?

10:49:55 5      A.    It's also done -- there are a number

10:49:57 6  of ASTM -- they are referenced here in our report.

10:49:59 7      Q.    Okay.  Is it your opinion that 22262

10:50:03 8  sanctions that methodology?

10:50:05 9      A.    To my knowledge, yes.

10:50:06 10     Q.    Okay.  And when you say EPA, what document

10:50:09 11 are you referring to?

10:50:10 12     A.    That would be the AHERA document.

10:50:15 13 CFR 763.

10:50:15 14     Q.    And so if you're cited CFR -- say it

10:50:21 15 again?

10:50:21 16     A.    763.

10:50:22 17     Q.    763?

10:50:23 18     A.    Yep.

10:50:23 19     Q.    And then we cited 22262.  Any other

10:50:26 20 document that supports your methodological approach?

10:50:29 21     A.    Let me look here.  We've referenced them

10:50:32 22 here.  There are a couple of ASTMs too.  There's an

10:50:36 23 ISO document -- well, the ISO is the 22 -- let me see

10:50:39 24 which ones we've got.

10:50:45 25         The ASTM D5755-09, D5756, the ISO 10312,

79

10:51:03 1  and there's also ISO 13794.  The EPA one's here, it's

10:51:12 2  40 CFR part 763.  They're on page 11 of the report.

10:51:19 3      Q.    Okay.  Any other published literature that

10:51:21 4  approves of this method that you're using?

10:51:23 5         MS. O'DELL:  Object to the form.

10:51:25 6         THE WITNESS:  Probably there are, but

10:51:25 7     these are major standards that are used.

10:51:32 8      Q.    (By Mr. Chachkes)  Sitting here today can

10:51:33 9  you think of any others?

10:51:34 10     A.    I'm trying to think of them.  As I sit

10:51:40 11 here, I can't, but I know there are some others.

10:51:42 12     Q.    Okay.

10:51:42 13     A.    Yeah.

10:51:43 14     Q.    Now, let's take, for example, 22262.

10:51:48 15 There's a section on EDXA; correct?

10:51:54 16     A.    To my knowledge there is, yes.

10:51:55 17     Q.    Right.  And there's a section on SAED?

10:51:58 18     A.    I would have to look at it.  I don't have

10:52:00 19 it right in front me.

10:52:00 20     Q.    Okay.

10:52:01 21     A.    If you've got it, I'll look at it.  I

10:52:03 22 don't have it right in front of me.

10:52:03 23     Q.    Does 22262 expressly say you consider the

10:52:08 24 EDXA and SAED together even though that independently

10:52:12 25 they may be inconclusive?

80

10:52:13 1      A.    I --

10:52:13 2         MS. O'DELL:  Excuse me.

10:52:15 3         Dr. Rigler, I've got a copy here that was

10:52:17 4     marked, if you need to see 22262-2.  I'll

10:52:20 5     provide it to you if counsel will not do that.

10:52:23 6         THE WITNESS:  Okay.

10:52:23 7      Q.    (By Mr. Chachkes)  Let me ask this

10:52:24 8  question.  Are you able to answer the question --

10:52:26 9         MS. PARFITT:  Give him a chance to look at

10:52:28 10     the document.

10:52:28 11         MR. CHACHKES:  I'm going to ask the

10:52:30 12     question.  You can --

10:52:30 13         MS. PARFITT:  No.  Give him a chance,

10:52:33 14     Alex --

10:52:33 15     Q.    (By Mr. Chachkes)  Can you answer --

10:52:33 16         MS. PARFITT:  Alex, he's not going to

10:52:34 17     answer the question.

10:52:34 18     Q.    (By Mr. Chachkes)  Can you answer the

10:52:35 19 question without being given the document?  That's a

10:52:37 20 simple question.  Can you --

10:52:37 21         MS. PARFITT:  We need to --

10:52:38 22         MR. CHACHKES:  Are you going to shut that

10:52:40 23     down?

10:52:40 24         MS. PARFITT:  I'm going to tell him to

10:52:41 25     look at the document.  The appropriate thing --

81

10:52:43 1    MR. CHACHKES:  Okay.  Another list for the
10:52:43 2  magistrate.
3        Go ahead.
10:52:45 4        MS. PARFITT:  Excuse me.  Let's make it
10:52:46 5  clear.  So the question for the magistrate is
10:52:48 6  when you talk about a document and the witness
10:52:50 7  wants to see it, you want to bring up to the
10:52:53 8  magistrate that you aren't going to give it to
10:52:55 9  him?  Is that the subject matter?
10:52:56 10        MR. CHACHKES:  Let's look at the
10:52:57 11  transcript.  Did he say he wanted to see it?
10:52:58 12  You said he wanted to see it.
10:52:59 13        MS. PARFITT:  Dr. Rigler, would you like
10:53:02 14  to see the document?
10:53:02 15        THE WITNESS:  Sure.
10:53:03 16        MS. PARFITT:  Thank you.
10:53:04 17        MR. CHACHKES:  All right.
10:53:05 18        MS. PARFITT:  It's amusing, isn't it?  Why
10:53:08 19  don't you act appropriate.
10:53:09 20        Q.    (By Mr. Chachkes)  Anyway, is it your
10:53:10 21  opinion that 22262 says you can take an inconclusive
10:53:15 22  EDXA and you can take an inconclusive SAED and
10:53:19 23  together make a determination of what mineral you're
10:53:22 24  looking at?
10:53:23 25        MS. O'DELL:  Object to the form.

82

10:53:24 1        THE WITNESS:  I would have to take a break
10:53:26 2    to read it and review it, and then I can give
10:53:28 3    you an answer to that question.
10:53:29 4        Q.    (By Mr. Chachkes)  Okay.  Sitting here
10:53:29 5  today, you can't answer that off the top of your
10:53:32 6  head?
10:53:32 7        MS. PARFITT:  Objection.  Misstates his
10:53:34 8    testimony.
9        THE WITNESS:  That's right.
10        Q.    (By Mr. Chachkes)  Okay.
10:53:34 11        A.    I could give you an answer.  I just need
10:53:36 12  some time to review the document.
10:53:37 13        Q.    Okay.  And is it the same answer for the
10:53:38 14  other standards that you cited?  Sitting here today,
10:53:42 15  could you tell me just off the top of your head
10:53:44 16  whether those other standards that you cited allow
10:53:47 17  for someone to take an inconclusive SAED and
10:53:50 18  inconclusive EDXA together with maybe a visual
10:53:56 19  morphology decision and judge what mineral you're
10:53:59 20  looking at?
10:54:00 21        MS. O'DELL:  Object to the form.
10:54:00 22        THE WITNESS:  Well, the answer to the
10:54:02 23  question is these parts are required to be able
10:54:09 24  to come up with an answer of what the mineral
10:54:11 25  is.

83

10:54:11 1        So, yes, you start with an inconclusive;
10:54:15 2    yes, you start with an inconclusive; yes, you
10:54:17 3    start with an inconclusive; and you put those
10:54:19 4    together to come up with a conclusive answer.
10:54:21 5        Q.    (By Mr. Chachkes)  Okay.
10:54:21 6        A.    Yep.
10:54:22 7        Q.    At a break I would like you to look at
10:54:26 8  your document --
10:54:28 9        A.    Okay.
10:54:28 10        Q.    -- and specifically look for somewhere
10:54:30 11  where it says you can take three separate and
10:54:32 12  independent inconclusive analytical results and
10:54:36 13  combine them to make a conclusive result.  Okay?
10:54:43 14        MS. O'DELL:  Object to the form.
10:54:44 15        THE WITNESS:  Well, let me just state that
10:54:48 16  in science, one of the best ways to come up with
10:54:51 17  a good answer is use multiple techniques to be
10:54:54 18  able to make a conclusion.  You use one
10:54:57 19  particular technique, that's good.  You use
10:55:02 20  another technique in conjunction with that,
10:55:04 21  that's better.  Use three techniques in
10:55:07 22  conjunction with that, that's very good.
10:55:09 23        So typically this is the way that we work
10:55:13 24  as scientists.  So that's the way that these
10:55:19 25  documents are written, you know.  Again, a good

84

10:55:22 1    example is AHERA as to how they would do that,
10:55:24 2    they want the scientists to do it.
10:55:25 3        Q.    (By Mr. Chachkes)  Will you do me that
10:55:28 4  favor during a break look at 22262 and coming up
10:55:31 5  with your specific opinion as to whether it allows
10:55:34 6  for someone to take an inconclusive -- three
10:55:37 7  inconclusive results, combine them for a conclusive
10:55:39 8  result?
10:55:39 9        MS. O'DELL:  Object to the form.
10:55:40 10        And you're not required to do any homework
10:55:42 11  for counsel during a break.
10:55:45 12        Q.    (By Mr. Chachkes)  Okay.  So you will not
10:55:48 13  during a break do that; correct?
10:55:49 14        MS. PARFITT:  You want him to do it right
10:55:51 15  now?  It's on your time.
10:55:53 16        MR. CHACHKES:  It's a question for the
10:55:54 17  witness.
10:55:54 18        MS. PARFITT:  The question for the witness
10:55:56 19  is -- you were asking him to do homework off the
10:55:59 20  record on his break; am I correct?  Is that what
10:56:01 21  you're asking him?
10:56:02 22        MR. CHACHKES:  He has a --
10:56:02 23        MS. PARFITT:  Let me ask you a question.
10:56:03 24        MR. CHACHKES:  If you're just going to
10:56:04 25  talk over me, there's no conversation here.

85

```
10:56:05   1        MS. PARFITT:  You know, Alex, you have a
10:56:07   2   difficult time talking over people as well, so
           3   I'm not trying to --
10:56:10   4        MR. CHACHKES:  I'll let you finish.  Go
           5   ahead.
           6        MS. PARFITT:  Thank you.  I appreciate
10:56:13   7   that.  It's very kind of you.
10:56:13   8        Are you asking him to do a project for you
10:56:16   9   on his break; is that what you're asking him?
10:56:18  10        MR. CHACHKES:  He has come here as an
10:56:20  11   expert on the subject matter of how one
10:56:21  12   determines whether there's asbestos in talc, and
10:56:23  13   he has testified that there are various
10:56:24  14   standards by which they sanction his
10:56:27  15   methodology.  I want a specific opinion as to
10:56:30  16   how indeed that happens.
10:56:32  17        So he should be able to do that.  He
10:56:34  18   should have come prepared for that.  So I want
10:56:35  19   him to read the document and come back with
10:56:38  20   specifics.  That's what I want.
10:56:39  21        MS. PARFITT:  Well, I think there may be a
10:56:41  22   miscommunication.  I don't think he's telling
10:56:43  23   you he can't do it.  The difference is if you
10:56:46  24   want to ask him that question, he goes through
10:56:48  25   it right now while we're on the record, that's
```

86

```
10:56:51   1   fine.
10:56:51   2        MR. CHACHKES:  I'll tell you what we'll
10:56:53   3   do.  I plan to finish without exhausting my
10:56:56   4   seven-hour time.  If it takes a few hours to go
10:57:00   5   through documents, we'll do that at the end,
           6   okay?
           7        MS. PARFITT:  Go through --
           8        THE WITNESS:  Well, I think --
10:57:02   9        MR. CHACHKES:  He can do it on the record.
10:57:02  10   He can just sit there reading the documents on
10:57:04  11   the record.  We'll stay here until 9:00 if
10:57:06  12   that's what's required.
10:57:08  13        MS. PARFITT:  That's fine.
10:57:11  14        MR. CHACHKES:  Okay.  I mean, right now I
10:57:13  15   understand the dispute to be not whether he can
10:57:17  16   go through the documents and give me the answer.
10:57:18  17   You just want it on the record.
10:57:19  18        MS. PARFITT:  What I would like to have on
10:57:20  19   the record is your question and his response and
10:57:22  20   he will tell you -- since I'm not testifying --
10:57:24  21   he will tell you whether he can respond in kind
10:57:27  22   to your question and in an appropriate manner.
10:57:30  23   If the appropriate manner for him to respond to
10:57:33  24   your question requires him to look at something,
10:57:36  25   then he's entitled to do it.
```

87

```
10:57:36   1        MR. CHACHKES:  And I would appreciate in
10:57:37   2   the future when I ask those questions you don't
           3   tell the witness how the appropriate manner is,
10:57:39   4   that he is allowed to finish answering the
10:57:40   5   questions.
           6        MS. PARFITT:  Well, let's not trip a
10:57:43   7   witness.  I think let's have a very honest
10:57:45   8   discussion with the witness, all right?
10:57:46   9        So that's what we're trying to do is have
10:57:49  10   an honest discussion with the witness, and I see
10:57:55  11   you're trying to do that.
10:57:55  12   Q.   (By Mr. Chachkes)  Okay.  So you said the
10:57:58  13   analyst is simultaneously doing an EDXA and an SAED;
          14   correct?
10:58:03  15   A.   They can.
10:58:03  16   Q.   They can.
10:58:04  17   A.   Well, I mean, simultaneously -- you have
10:58:06  18   to do one at a time, but you can do them essentially
10:58:11  19   in the same sitting.
10:58:12  20   Q.   Would the analyst -- would it be
10:58:15  21   appropriate for an analyst to take something like
10:58:18  22   Exhibit 12 without having done the SAED yet, without
10:58:20  23   having done visual morphology yet, to make a
10:58:23  24   conclusion about what mineral they're looking at?
10:58:26  25   A.   Well, that's not the way we do it.
```

88

```
10:58:30   1   Q.   Would it be appropriate to do it that way?
10:58:32   2   A.   I'm telling you that's the way we do it.
10:58:33   3   Q.   The question is as an expert in the area,
10:58:35   4   is it appropriate to do it?  If they did it, would it
10:58:37   5   be inappropriate?
10:58:38   6   A.   They could do it.
10:58:39   7        MS. O'DELL:  Object to the form.
10:58:40   8        THE WITNESS:  They could do it if they
10:58:41   9   wanted to, but that's not the way we do it.
10:58:43  10   Q.   (By Mr. Chachkes)  Okay.  And it wouldn't
10:58:44  11   be inappropriate -- when I say inappropriate, bad
10:58:47  12   science?
           13        MS. O'DELL:  Object to the form.
10:58:49  14        THE WITNESS:  Bad science?  I don't know
10:58:51  15   what you mean by that.
10:58:52  16   Q.   (By Mr. Chachkes)  Okay.  So something
10:58:55  17   that would not give you within a reasonable degree of
10:59:00  18   scientific certainty the conclusion that, ah, this is
10:59:01  19   the mineral I'm looking for?
10:59:02  20   A.   Well, they would want to do that.  They
10:59:05  21   would be required to do that at our laboratory.
10:59:07  22   Q.   Yeah.
10:59:08  23   A.   They wouldn't just look at one of these
10:59:09  24   and say, yeah, it's tremolite.
10:59:11  25   Q.   Okay.  But I'm asking -- it's not
```

**89**

```
10:59:12  1   empirically what's going on, so focus on the
10:59:15  2   question.  The question is, is it bad science to take
10:59:17  3   only, like in Exhibit 12, EDXA and a spectrum and
10:59:25  4   make a conclusion about the mineral?
10:59:27  5        MS. O'DELL:  Object to the form.
10:59:28  6        THE WITNESS:  Is it bad science?  It's
10:59:31  7   observation.  They can make an observation which
10:59:33  8   may lead them to additional kinds of
10:59:37  9   observations.  You may take an expert in
10:59:40 10   mineralogy who looks at this and goes yeah, it's
10:59:43 11   tremolite.  You may take an expert in mineralogy
10:59:46 12   in academia that would say it was.
10:59:49 13        Q.   (By Mr. Chachkes)  Okay.  So it is good
10:59:50 14   science to take something like the EDXA printout in
10:59:54 15   isolation and say I know what mineral that is?
10:59:55 16        MS. O'DELL:  Object to the form.
10:59:56 17   Misstates his testimony.
10:59:57 18        THE WITNESS:  Right, we -- again, that's
10:59:59 19   not the way that we do that at our laboratory.
11:00:01 20   And you may have an academic that does that
11:00:03 21   who's a crystallographer or mineralogist who
11:00:06 22   looks at that and goes, yeah, it's tremolite.
11:00:09 23        Q.   (By Mr. Chachkes)  So what is your
11:00:16 24   recommended procedure for -- when is the tremolite
11:00:18 25   typed in the top?  Is it right after the EDXA
```

**90**

```
11:00:20  1   printout comes up?
11:00:21  2        A.   Well, as I say, they've done the
11:00:25  3   diffraction, they've looked at this.  They may do
11:00:28  4   another EDS on this to verify what they got to start
11:00:31  5   with, and then they would probably type that in there
11:00:34  6   then.
11:00:34  7        Q.   Okay.  I've seen no sample for which there
11:00:36  8   are two EDS.  Does that mean we have not received
11:00:39  9   these duplicate EDS runs?
11:00:42 10        MS. O'DELL:  Object to the form.
11:00:43 11        THE WITNESS:  Well, no.  Again, they may
11:00:46 12   do -- they may start to do an EDS on that, go,
11:00:51 13   yeah, that looks like tremolite, let me do the
11:00:53 14   diffraction on this, right, and then they may
11:00:55 15   come back and do a 300 seconds on the EDS.
11:00:59 16        So, you know, they're not going to call it
11:01:01 17   unless they've done it from the diffraction.
11:01:05 18        Q.   (By Mr. Chachkes)  Do you have a policy at
11:01:08 19   MAS for the order in which the various analyses are
11:01:10 20   done?
11:01:10 21        A.   Well, we have a protocol for that --
         22        Q.   Okay.
11:01:13 23        A.   -- yeah.
11:01:13 24        Q.   Is it written?
11:01:14 25        A.   To my knowledge, yes.
```

**91**

```
11:01:15  1        Q.   Okay.  I would ask that that be produced.
11:01:18  2        Sitting here now, do you remember what
11:01:20  3   that protocol is, which comes first, like EDS or SAED
11:01:27  4   or visual morphology under TEM?
11:01:29  5        A.   Yeah, I want to say that it is EDS first,
11:01:31  6   and then they do the diffraction, but I would have to
11:01:35  7   look and see what it is.
11:01:37  8        Q.   Do the analysts type in the mineral
11:01:41  9   identification at the top of the printout at the time
11:01:45 10   they do the EDS before they do the diffraction?
11:01:48 11        MS. O'DELL:  Object to the form.  Asked
11:01:49 12   and answered.
11:01:49 13        THE WITNESS:  Again, I would have to -- I
11:01:52 14   would have to see.  I can't recall right now.
11:01:55 15   They're not going to type that on there unless
11:01:57 16   they're sure that -- understand that.
11:01:59 17        Q.   (By Mr. Chachkes)  It's a question
11:02:00 18   about timing.
11:02:01 19        A.   Yes, I understand the question about
11:02:03 20   timing.  I get that.  I get it.
11:02:04 21        They can start to do an EDS, then they can
11:02:07 22   do diffraction, and then they can make the call on
11:02:11 23   that.  They're not going to make the call unless
11:02:13 24   they're sure.
11:02:14 25        Q.   Do you know whether the -- so it's
```

**92**

```
11:02:18  1   possible that they go back into the software after
11:02:22  2   the diffraction and type in the name of the mineral
11:02:26  3   at the top of the EDS?
11:02:27  4        MS. O'DELL:  Object to the form.
11:02:28  5        THE WITNESS:  I don't know.  I would have
11:02:29  6   to find out.  But again, they're not going to
11:02:32  7   type that in there unless they're sure of it.
         8        Q.   (By Mr. Chachkes)  Okay.
11:02:34  9        A.   That's what you need to understand.
11:02:35 10        Q.   Yeah, I know -- I understand your --
11:02:35 11        A.   I want you to understand that.  You don't
11:02:37 12   seem to understand that.
11:02:38 13        Q.   You have said that ten times --
11:02:39 14        A.   Good.
11:02:40 15        Q.   -- it's on the record --
11:02:41 16        A.   I want to make it clear.
11:02:42 17        Q.   What I understand or don't understand is
11:02:43 18   really not at issue.  It's what you understand, okay?
11:02:46 19   Do you understand that?
11:02:46 20        A.   Sure.
         21        Q.   Okay.
11:02:48 22        A.   And what I'm telling you is it's not typed
11:02:50 23   on there unless they're sure of it.
11:02:52 24        Q.   All right.  Now you've said that many
11:02:52 25   times.
```

93

11:02:53 1    A.    I can say it again.

11:02:54 2    Q.    Okay.  And so do you -- I guess I'd have

11:02:59 3    to talk to the analyst to figure out how they do

11:03:01 4    this.

11:03:01 5        MS. O'DELL:  Object to form.

11:03:02 6        THE WITNESS:  You can talk to Dr. Longo

11:03:03 7    and he can also tell you.

11:03:04 8    Q.    (By Mr. Chachkes) Yeah, but he's not

11:03:05 9    doing the runs either, is he?

11:03:07 10    A.    Well, he directs the lab.

11    Q.    All right.

11:03:08 12    A.    So it's his responsibility.

11:03:10 13    Q.    Okay.  And looking at Exhibit 12, the

11:03:18 14    EDXA, what tells you that this is tremolite?

11:03:20 15    A.    The peak sets that you have here.

11:03:23 16    Q.    Okay.  And when you say -- walk me through

11:03:26 17    that.

11:03:26 18    A.    The peak sets?

11:03:27 19    Q.    Yes.  Why are these peak sets tremolite

11:03:30 20    and not some other mineral?

11:03:32 21    A.    Some other mineral.  Well, again, until

11:03:35 22    you do the diffraction, you may not be completely

11:03:38 23    sure of it, but the mag and the silicon ratios look

11:03:42 24    correct and as well as the calcium ratios for

11:03:44 25    tremolite.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

94

11:03:45 1        Now, there's a small iron peak there.  If

11:03:47 2    that iron peak was increased significantly, it would

11:03:50 3    be actinolite.

11:03:52 4    Q.    Okay.  Are there any instances where your

11:04:01 5    analysts get an EDS printout or spectra and say, ah,

11:04:09 6    that's not an asbestos?

11:04:12 7    A.    I'm sure there are, yeah, yes.

11:04:14 8    Q.    Okay.  Give me an instance where there's

11:04:16 9    magnesium silicon peaks.  What --

11:04:18 10        MS. O'DELL:  Object to the form.

11:04:18 11    Q.    (By Mr. Chachkes)  What were they looking

11:04:20 12    for?

11:04:20 13        MS. O'DELL:  Object to the form.

11:04:21 14    Incomplete hypothetical.

11:04:23 15        THE WITNESS:  Well, they may be looking at

11:04:27 16    certain types of clay minerals that may have a

11:04:31 17    mag-silicon ratio.  You know, forget the calcium

11:04:34 18    for a minute.  But they may go, well, you know,

11:04:36 19    that's not talc.  They may do a diffraction on

11:04:39 20    it and they get some diffuse pattern, something

11:04:42 21    like that, and they go, you know, it's not that

11:04:44 22    so they'll move on.  Essentially it's sort of a

11:04:48 23    screening process.

11:04:49 24    Q.    (By Mr. Chachkes)  Okay.  Are there

11:05:00 25    instances where an EDXA looks more like talc than

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

95

11:05:10 1    actinolite?

11:05:12 2    A.    Well -- it looks more like talc than

11:05:19 3    actinolite, you're saying?

11:05:20 4    Q.    Yeah.

11:05:21 5    A.    I'd have to think about that.  It's

11:05:23 6    possible.  Yeah, it's possible.

11:05:25 7    Q.    Okay.  And what would you be looking for?

11:05:27 8    A.    Well, depending upon how much iron was in

11:05:33 9    there.  You know, you can have fibrous talc that

11:05:35 10    would have, you know, some iron with it, that kind of

11:05:39 11    thing.  So it would just depend on the -- it would

11:05:41 12    depend on the form and look at the diffraction

11:05:43 13    pattern.

11:05:43 14    Q.    Is there an EDXA in isolation that you

11:05:47 15    would say that's definitely talc, it is not

11:05:50 16    actinolite?

11:05:50 17    A.    Yeah, I mean, again, if the iron -- if it

11:05:56 18    practically has no iron and you're looking at the

11:05:58 19    form of it and it's a plate, you go, well, yeah,

11:06:01 20    that's most likely talc; you do the diffraction on

11:06:05 21    it, it's most likely talc.

11:06:05 22    Q.    So you brought in form, you brought in

11:06:07 23    diffraction --

11:06:07 24    A.    Right.

11:06:08 25    Q.    -- so I'm saying let's put those aside.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

96

11:06:10 1    Just in isolation, just looking at the EDXA, is there

11:06:13 2    an EDXA that in isolation you can say that's

11:06:15 3    definitely talc, it's not actinolite?

11:06:17 4        MS. O'DELL:  Object to the form.

11:06:18 5        THE WITNESS:  Again, if it had no iron --

11:06:24 6    I mean, you're looking at the thing.  It's not

11:06:26 7    like you're not looking at it.  It's on the

11:06:28 8    screen in front of you, so you can't divorce

11:06:30 9    that from it.  So if I'm looking at the form of

11:06:32 10    it, I can tell whether it's platy or whether

11:06:33 11    it's fibrous.

11:06:35 12    Q.    (By Mr. Chachkes)  Okay.  Is there an

11:06:38 13    instance -- there's an EDXA in isolation that you

11:06:42 14    know is definitely tremolite and not actinolite?

11:06:45 15        MS. O'DELL:  Object to the form.

11:06:47 16        THE WITNESS:  No.  No, not in isolation.

11:06:49 17    Q.    (By Mr. Chachkes)  Okay.  Do your analysts

11:07:02 18    record peak heights?

11:07:03 19    A.    Do they record peak heights?

11:07:06 20    Q.    Yes.

11:07:06 21    A.    I don't think so.

11:07:07 22    Q.    Okay.  Do they record peak areas?

11:07:10 23    A.    Again, the software does that.

11:07:12 24    Q.    The judgment that your analysts make when

11:07:17 25    they're typing in the top of the EDXA of this

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

97

```
11:07:19  1    mineral --
11:07:20  2        A.    Yes.
11:07:20  3        Q.    -- as far as the EDXA printout goes, it's
11:07:22  4    qualitative, not quantitative?
11:07:24  5        A.    Well, yeah, it is a qualitative analysis
11:07:28  6    as they're looking at this.
11:07:29  7        Q.    And do you understand, when I say
11:07:31  8    qualitative, it's not based on precise numbers, it's
11:07:34  9    based on kind of their eyeball look at it?
11:07:36 10        MS. O'DELL:  Object to the form.
11:07:37 11        THE WITNESS:  That's the way most, I would
11:07:40 12    say, laboratories do this.
11:07:41 13        Q.    (By Mr. Chachkes)  So you include a lot of
11:07:48 14    SAED patterns for -- in your report; right?
11:07:52 15        A.    Yes.
11:07:52 16        Q.    Okay.  What is SAED?
11:07:53 17        A.    Selected area electron diffraction.
11:07:55 18        Q.    Can you just at a high level tell me how
11:07:58 19    that works?
11:08:00 20        A.    Tell you how it works?
11:08:01 21        Q.    Yeah, just -- you know, you've got -- it's
11:08:03 22    in the TEM, what do you do?
11:08:04 23        A.    Yep.  We talked about it a little bit
11:08:07 24    before.  You essentially set the microscope up to
11:08:13 25    isolate the beam on the area of interest, and then
```

98

```
11:08:17  1    it's very much like -- the sample is much like a
11:08:23  2    prism.
11:08:24  3        You know how you hold a prism up in the
11:08:26  4    light and it breaks it all up into colors.  All
11:08:28  5    right.  So the reason that's happening is because the
11:08:30  6    electrons or, in this case, the wavelength of light,
11:08:33  7    is slowed so that you get the different colors.
11:08:38  8        In this case, the electron beam goes
11:08:40  9    through the specimen and it strikes the lattice
11:08:44 10    planes.  These are the planes that make up the
11:08:46 11    crystal and they reflect off and they give you all of
11:08:48 12    these spots, patterns.  And they're specific for the
11:08:51 13    kind of material that you're looking at.
11:08:52 14        Q.    Okay.  Can you identify a particle as
11:08:55 15    asbestos with SAED alone?
11:08:58 16        MS. O'DELL:  Object to the form.
11:08:59 17        THE WITNESS:  You can get to an
11:09:06 18    understanding of whether this is an amphibole,
11:09:11 19    and then from there you need the other
11:09:12 20    information to help make the conclusion.
11:09:15 21        Q.    (By Mr. Chachkes)  And can you understand
11:09:20 22    if a particle is an amphibole based on an SAED
11:09:25 23    with -- in isolation that's only done with one axis?
11:09:27 24        A.    Yes, you can could that.
11:09:29 25        Q.    Okay.  So you can see an SAED that's only
```

99

```
11:09:32  1    done in one axis, pick it up and say I am sure that's
11:09:36  2    an amphibole?
11:09:36  3        A.    Yeah, if you measure it out, if you do the
11:09:40  4    verification, you know, you do the measurements on
11:09:42  5    it, it will give you the lattice parameters of an
11:09:46  6    amphibole of some type or, you know, maybe a
11:09:49  7    serpentine of some type if it's chrysotile.  And then
11:09:52  8    you can go, yeah, this is a -- it possibly is at this
11:09:56  9    point.
11:09:56 10        Q.    Okay.  I'm not asking if it possibly is.
11:09:58 11    I'm saying is there a one-axis diffraction pattern
11:10:01 12    that is uniquely -- strike that.
11:10:07 13        A.    Yeah.
11:10:07 14        Q.    If I had a one-axis diffraction pattern
11:10:12 15    for a phyllosilicate, there's no way you're going to
11:10:15 16    confuse that with an amphibole?
11:10:17 17        A.    Probably not.
11:10:19 18        Q.    Why not?
11:10:20 19        A.    They're stacked layers versus what is in
11:10:28 20    an amphibole where you have essentially -- I don't
11:10:34 21    know how to describe it.  They're like railroad iron,
11:10:41 22    what do you call it, like railroad tracks.  That's
11:10:44 23    how they're stacked up in an amphibole; whereas in a
11:10:47 24    phyllosilicate, you've got flat planes mostly.
11:10:50 25        Q.    Okay.  If I were to hand you a one-axis
```

100

```
11:10:51  1    SAED right now, you could tell me whether it was an
11:10:54  2    amphibole versus a phyllosilicate?
11:10:56  3        A.    Probably.  I don't know if I could tell
11:10:59  4    you as I sit here right now, but, you know, based on
11:11:01  5    the knowledge of the planes, measuring the crystal
11:11:08  6    planes, it's a good possibility you could say, yeah,
11:11:10  7    it's probably an amphibole.
11:11:11  8        Q.    Okay.  Within a reasonable degree of
11:11:13  9    scientific certainty?
11:11:13 10        A.    Yeah, I think you could say that, but
11:11:17 11    you'd want more data on it to be able to call the
11:11:20 12    class.
11:11:20 13        Q.    Did you do a comprehensive review of
11:11:23 14    crystalline material to determine whether there are
11:11:28 15    SAED patterns in one axis that look like amphiboles?
11:11:35 16        MS. O'DELL:  Object to the form.
11:11:36 17        THE WITNESS:  Well, I think the answer to
11:11:37 18    that is there are a number of them, and
11:11:42 19    depending upon the plane, the axis of the plane,
11:11:52 20    you know, you've got to do the measurements on
11:11:54 21    those.
11:11:54 22        So the answer to that is there are a
11:11:57 23    number of different planes; but in any one
11:12:00 24    sitting, again, if you get a good diffraction
11:12:04 25    pattern, you can still measure that pattern and
```

**101**

11:12:08 1    come up with whether it is an amphibole.

11:12:10 2        Q.    (By Mr. Chachkes)  The original question

11:12:12 3    is whether you did a comprehensive review of minerals

11:12:14 4    other than amphiboles, other than serpentine, to

11:12:17 5    determine whether there are one-axis SAED diffraction

11:12:21 6    patterns that you can't without more axes determine

11:12:25 7    whether it's an amphibole or another class.  Did you

11:12:29 8    do that?

11:12:29 9        MS. O'DELL:  Object to -- excuse me.

11:12:30 10        MR. CHACHKES:  Let me finish my question.

11:12:31 11        Q.    (By Mr. Chachkes)  Did you do such a

11:12:32 12    comprehensive review?

11:12:34 13        MS. O'DELL:  Objection to form.  That

11:12:35 14    wasn't the previous question.  Object to the

11:12:37 15    form.

11:12:37 16        THE WITNESS:  Well, I didn't do a

11:12:39 17    comprehensive review.

11:12:40 18        Q.    (By Mr. Chachkes)  Okay.  Did anybody do a

11:12:41 19    comprehensive review?

11:12:42 20        A.    Well --

11:12:45 21        MS. O'DELL:  Object to the form.

11:12:46 22        THE WITNESS:  -- understand -- once again,

11:12:48 23    understand that there's a huge body of

11:12:53 24    literature and standard methodologies that are

11:12:55 25    used for identifying these classes of minerals.

**102**

11:13:00 1    It's well known.

11:13:01 2        You don't have to have -- I mean, you have

11:13:04 3    to have an awareness of that there that there

11:13:07 4    could be others, but focused in on these types

11:13:10 5    of minerals, you know, there's plenty of data to

11:13:15 6    be able to make a decision based on looking at

11:13:18 7    one plane.

11:13:20 8        For instance, chrysotile is a good

11:13:22 9    example.  You can look at the diffraction

11:13:24 10    pattern and see that it's streaked and right

11:13:27 11    away know that I possibly have this kind of, you

11:13:32 12    know, asbestiform mineral.  Let me look at the

11:13:36 13    morphology, oh, it's rolled up like a scroll.

11:13:39 14    That's chrysotile.  Oh, when I do the EDS, I've

11:13:42 15    got practically a 1-to-1 mag-silicon ratio.

11:13:47 16    Wow.  You know, 99 percent sure that this is

11:13:49 17    chrysotile.

11:13:49 18        Q.    (By Mr. Chachkes)  The original question

11:13:51 19    was did anybody at MAS --

11:13:52 20        A.    I answered that.

11:13:53 21        Q.    Okay.  Let me ask --

11:13:54 22        A.    Not to cut you off --

11:13:23 23        Q.    You just did cut me off.

11:13:54 24        A.    -- but I already answered that.

11:13:55 25        Q.    Okay.  Let me ask again.

**103**

11:13:56 1        Did anybody at -- it's a yes or no

11:13:59 2    question.

11:13:59 3        Did anybody at MAS do a comprehensive

11:14:01 4    review to determine what I've asked?

11:14:05 5        MS. O'DELL:  Object --

11:14:05 6        THE WITNESS:  You'd have to ask Bill

11:14:07 7    Longo.

11:14:07 8        MS. O'DELL:  Excuse me.

11:14:08 9        THE WITNESS:  You'd have to ask Dr. Longo.

11:14:08 10        Q.    (By Mr. Chachkes)  Okay.  Sitting here

11:14:09 11    today you don't know?

11:14:09 12        MS. O'DELL:  Object to form.

11:14:22 13        THE WITNESS:  He could give you that

11:14:22 14    answer.

11:14:22 15        Q.    (By Mr. Chachkes)  Okay.  What about

11:14:22 16    you --

11:14:22 17        THE REPORTER:  Wait, wait.  You're talking

11:14:22 18    at the same time.

11:14:22 19        THE WITNESS:  Dr. Longo.  Sorry.

11:14:22 20    Dr. Longo.

11:14:22 21        Q.    (By Mr. Chachkes)  Okay.  But you can't

11:14:22 22    give me the answer?  I have to ask Dr. Longo?

11:14:26 23        A.    I don't know.  That's my answer.  Ask

11:14:29 24    Dr. Longo.

11:14:29 25        Q.    Is there a -- so there are SAED axes;

**104**

1    correct?

11:14:38 2        A.    Yes.

11:14:38 3        Q.    And you can take an SAED image or pattern

11:14:44 4    on an axis or off an axis; right?

11:14:47 5        A.    Uh-huh, yes.

11:14:47 6        Q.    All right.  Is there an off-axis single

11:14:53 7    SAED diffraction pattern that is signature-only

11:14:57 8    amphiboles?

11:14:57 9        A.    I would have to review that, but typically

11:15:07 10    the answer is if you get -- if you verify the

11:15:15 11    spacing, the atomic spacings, at the variance for

11:15:19 12    each one of the minerals, one of the -- you know,

11:15:23 13    asbestiform minerals -- you know, they're in a group,

11:15:26 14    there's a range for actually that spacing too, so --

11:15:30 15    but if you come within that spacing, then you most

11:15:32 16    likely have an amphibole.

11:15:33 17        Q.    I wasn't asking you about most likely.

11:15:35 18    I'm asking about conclusive, 100 percent, you know

11:15:38 19    that's an amphibole.

11:15:39 20        MS. O'DELL:  Object to the form.

11:15:40 21        THE WITNESS:  I just told you.

11:15:41 22        Q.    (By Mr. Chachkes)  Okay.  You used the

11:15:44 23    word most likely.  Let me ask you a different way.

11:15:47 24        A.    What -- I try to answer -- you keep

11:15:49 25    breaking these technologies up that we're using to

105

11:15:54 1 verify this, which includes morphology, the shape and
11:15:57 2 form, which includes the chemistry, the EDS, and the
11:16:01 3 SAED required in the standard methods, all right.
11:16:04 4 These are the things. Each one of them by
11:16:08 5 themselves, no.
11:16:09 6     Q.    Okay. I'm only asking questions. I'm not
11:16:12 7 telling you what your report is consisting of. I'm
11:16:14 8 not telling you anything. I'm just asking questions.
11:16:16 9 So if you could just focus on the question --
11:16:19 10     A.    I'm trying to focus on it, but you keep
11:16:21 11 bringing up things that don't go together. All
11:16:24 12 right. They don't go together for the analysis.
11:16:25 13     Q.    Okay. If I were to tell you that a career
11:16:36 14 academic mineralogist looked at one of your single
11:16:40 15 axis identifications of an asbestos and said that
11:16:47 16 SAED diffraction pattern can correspond to many
11:16:52 17 different minerals, would you have reason to dispute
11:16:55 18 that?
11:16:55 19     A.    No.
11:16:56 20     MS. O'DELL:   Object to the form.
11:16:57 21     Q.    (By Mr. Chachkes) Okay. If I brought in
11:16:58 22 that same mineralogist who said this single axis
11:17:02 23 diffraction pattern that you have can correspond to
11:17:07 24 some nonamphibole minerals, do you have -- sitting
11:17:11 25 here today do you have a reason to dispute that?

106

11:17:13 1     A.    Yes.
11:17:14 2     Q.    Okay. What is that reason?
11:17:14 3     A.    Well, I would have to see what the -- what
11:17:18 4 they were disputing. I'd have to see the data first.
11:17:20 5 And then I would like to know the qualifications of
11:17:23 6 this expert and I would like to see what their
11:17:25 7 quality control is in order to be able to say this
11:17:29 8 person -- especially in academia, because academia
11:17:32 9 most of the time doesn't have any kind of quality
11:17:34 10 control.
11:17:34 11     So I look a little bit less on their --
11:17:40 12 you know, they may have been a professor in this for
11:17:42 13 who knows how long. How long have they worked in the
11:17:45 14 laboratory? What's their quality control? What have
11:17:48 15 they done? This is what I want to know.
11:17:50 16     Q.    Do you --
11:17:51 17     A.    The analysts that we have -- so let me
11:17:53 18 answer the question.
11:17:54 19     The analysts we have essentially go
11:17:57 20 through a process where they are tested by NIST
11:18:02 21 NVLAP. Think are tested on a quarterly basis on
11:18:05 22 unknowns that NIST sends to us that we have to
11:18:08 23 identify, okay.
11:18:10 24     So what academic professor does that?
11:18:13 25 None that I know of.

107

11:18:14 1     A.    Okay.
11:18:14 2     A.    So you can bring up all the academic
11:18:17 3 professors, and I will dispute, you know, a lot of
11:18:19 4 what they do.
11:18:20 5     Q.    Okay. If a supremely complicated --
11:18:27 6 strike that.
11:18:27 7     If a supremely qualified mineralogist and
11:18:31 8 SAED expert were to tell you that one of your single
11:18:34 9 axis diffraction patterns that you identified as
11:18:37 10 asbestos can correspond to a nonamphibole -- on a
11:18:43 11 theoretical basis based on the structure of the
11:18:45 12 nonamphibole, sitting here today, do you have a
11:18:46 13 reason to dispute that?
11:18:47 14     MS. O'DELL:   Object to the form.
11:18:49 15     THE WITNESS:   Yes.
11:18:49 16     Q.    (By Mr. Chachkes) Okay. What is that?
11:18:50 17     A.    I just told you. I'm not going to go
11:18:51 18 through the answer all over again.
11:18:54 19     Q.    Okay. That was all practical. I'm now
11:18:56 20 talking about theoretical.
11:18:56 21     A.    Same for that one, too. Same answer.
11:18:57 22     Q.    SAED patterns correspond to the lattice of
11:19:02 23 a mineral; correct?
11:19:03 24     A.    Correct.
11:19:03 25     Q.    Is there a nonamphibole that has a lattice

108

11:19:09 1 that could possibly give you a single axis
11:19:13 2 diffraction pattern that looks like an amphibole?
11:19:17 3     A.    I don't know the answer to that because
11:19:20 4 most of them are -- they have diffraction data for
11:19:24 5 all these minerals, and there will be slight
11:19:27 6 differences between them. So, you know, I would have
11:19:29 7 to look at the data.
11:19:29 8     Q.    Okay. Can you identify -- okay, I think I
11:19:33 9 already asked -- did I already ask you if you can
11:19:35 10 identify a particle with SAED alone?
11:19:35 11     A.    Yeah.
11:19:36 12     Q.    Okay. I'm not going to --
11:19:37 13     A.    Yep.
11:19:38 14     Q.    -- again.
11:19:39 15     Did I ask whether you can distinguish
11:19:41 16 anthophyllite from talc --
11:19:42 17     A.    Yes.
11:19:42 18     Q.    -- SAED alone?
11:19:43 19     A.    Yes.
11:19:44 20     Q.    Okay. Sorry if I'm --
11:19:46 21     A.    That's okay.
11:19:46 22     Q.    Oh, I know where I am.
11:19:48 23     Can you distinguish anthophyllite from
11:19:50 24 cummingtonite with SAED alone?
11:19:53 25     A.    Let's see. The answer to that is

109

11:20:00 1  possibly.

11:20:02 2      Q.    When you say possibly, can you be

11:20:04 3  specific?

11:20:04 4      A.    Again, you'd have to do -- you'd have to

11:20:08 5  do zone axis in a couple of different zones to tell,

11:20:11 6  and then you probably can say it's most likely.  But

11:20:14 7  again, you'd want to do -- you'd want to do the EDS

11:20:17 8  and you'd, of course, look at the form of it, too.

11:20:19 9      Q.    So how many zone axes would you need if

11:20:22 10 you only had SAED to rely on to determine whether you

11:20:25 11 were looking at anthophyllite or cummingtonite?

11:20:28 12     MS. O'DELL:  Object to the form.

11:20:29 13     THE WITNESS:  You could do -- you could

11:20:31 14     use one.  It depends on the pattern that you

11:20:34 15     see.  If it was more of an orthorhombic pattern,

11:20:39 16     you know, most likely anthophyllite; if it was

11:20:44 17     more a monoclinic pattern, most likely

11:20:45 18     cummingtonite.

11:20:45 19     Q.    (By Mr. Chachkes)  Okay.  Let me just show

11:20:45 20 you what was marked yesterday as Exhibit 15.

11:20:55 21     Do you have 15?  No.  Here it is, I'm

11:20:58 22 sorry.  Okay.

11:21:01 23     I'll represent to you what was -- what's

11:21:05 24 in Exhibit 15 is pulled from a textbook.  Do you

11:21:08 25 recognize that as an SAED pattern in three axes?

110

11:21:10 1      A.    Yes.

11:21:11 2      Q.    And is there any reason to believe this is

11:21:12 3  an incorrect three-axes SAED pattern for tremolite?

11:21:16 4      MS. O'DELL:  Object to form.

11:21:17 5      THE WITNESS:  I have no idea on that.

11:21:18 6      What was this published in: do you know?

11:21:20 7      Q.    (By Mr. Chachkes)  It's not coming to my

11:21:21 8  mind right now but --

11:21:22 9      A.    I need to know that.

11:21:22 10     Q.    Okay.

11:21:23 11     A.    Yep.  I can't make any decisions on that

11:21:26 12 unless I know the surrounding stuff here.

11:21:27 13     Q.    That's fine.

11:21:28 14     A.    Yeah.

11:21:28 15     Q.    Sitting here today, any reason to believe

11:21:30 16 this is incorrect?

11:21:31 17     MS. O'DELL:  Object to the form.

11:21:33 18     THE WITNESS:  Again --

11:21:34 19     MS. O'DELL:  He's answered your question.

11:21:36 20     THE WITNESS:  Yep.  It's hard to tell

11:21:38 21     without, you know, knowing where this is from.

11:21:42 22     Q.    (By Mr. Chachkes)  Okay.  Is it your

11:21:44 23 understanding that tremolite can have different SAED

11:21:48 24 patterns in the three different axes?

11:21:52 25     A.    Again, it could.  But once again, when you

111

11:21:55 1  measured that, when you measure out for each one of

11:21:57 2  the sets or wherever it would be, there are

11:21:59 3  parameters -- lattice parameters in each one of those

11:22:03 4  zones, and that would still be tremolite.

11:22:04 5      Q.    Okay.  If --

11:22:06 6      A.    It would still be tremolite.

11:22:07 7      Q.    Okay.

11:22:08 8      A.    Okay.

11:22:08 9      Q.    Are you done?

11:22:09 10     A.    Yeah.

11:22:09 11     Q.    Okay.  If you had an SAED pattern for a

11:22:11 12 mineral in three separate axes and each one was

11:22:14 13 exactly the same, could it possibly be tremolite?

11:22:17 14     MS. O'DELL:  Object to the form.

11:22:18 15     THE WITNESS:  I don't know.

11:22:18 16     Q.    (By Mr. Chachkes)  Wouldn't that mean it

11:22:20 17 was a symmetric lattice and that tremolite doesn't

11:22:24 18 have a symmetric lattice?

11:22:27 19     A.    Again, I don't know how to answer that

11:22:28 20 question.

11:22:29 21     Q.    Are you aware of what the lattice of

11:22:30 22 tremolite looks like?

11:22:31 23     A.    Yes.  I am.  It is monoclinic.

11:22:35 24     Q.    Okay.  Is it perfectly symmetrical in the

11:22:38 25 X, Y, and Z axes?

112

11:22:40 1      A.    I don't know.  I'd have to look at it.

11:22:42 2      Q.    Okay.  We can take a break now, if you

11:22:51 3  like.

11:22:51 4      A.    Do you need a break?

11:22:52 5      Q.    Yeah.

11:22:54 6      A.    Sure.

11:22:54 7      (Recess from 11:22 a.m. to 11:42 a.m.)

11:42:33 8      Q.    (By Mr. Chachkes)  Would you agree with

11:42:52 9  the statement that the more complete the SAED pattern

11:42:56 10 an analyst obtains, the more likely the analyst is to

11:43:00 11 make an accurate determination of the crystal

11:43:02 12 structure?

11:43:03 13     A.    I don't know what you mean by complete.

11:43:08 14 Aside from the definition of the SAED pattern,

11:43:16 15 sometimes they can be faint; they can be light.  So

11:43:21 16 the more defined the pattern is, I would say that

11:43:24 17 helps.

11:43:24 18     Q.    Okay.  When you say defined, you mean the

11:43:26 19 kind of the -- when you say faint and light, that's

11:43:31 20 just a matter of how dark the dot is?

11:43:32 21     A.    Yeah, well, the diffraction pattern

11:43:34 22 sometimes can be very -- it can be very faint, so,

11:43:38 23 you know, it just depends.  So the more defined the

11:43:43 24 pattern is, the better.

11:43:43 25     Q.    What about the more focused the pattern,

**113**

11:43:46 1   the better?

11:43:47 2       A.   Again, the pattern is usually going to be

11:43:52 3   focused properly -- when the microscope is set up

11:43:55 4   properly, you're going to get a good defined pattern.

11:43:58 5   So it's mainly the ability to see all the spots there

11:44:04 6   associated with that particular zone.

11:44:06 7       Q.   If you get a SAED pattern where the dots

11:44:09 8   are unfocused, can that hamper the ability to

11:44:14 9   identify the crystal?

11:44:15 10      MS. O'DELL:  Object to the form.

11:44:16 11      THE WITNESS:  The answer to that is no.

11:44:18 12  Sometimes we see patterns that are smeared or

11:44:21 13  diffuse.  Again, chrysotile is a good example of

11:44:23 14  that.

11:44:24 15      But if you see a very diffuse pattern,

11:44:28 16  then you may have what's more like an amorphous,

11:44:31 17  not a very crystalline material, and you'll see

11:44:34 18  that in rings.

11:44:35 19      Q.   (By Mr. Chachkes)  Are there instances

11:44:36 20  where you are unable to obtain a clear SAED pattern

11:44:40 21  so your data in that scenario is inconclusive?

11:44:42 22      MS. O'DELL:  Object to the form.

11:44:45 23      THE WITNESS:  You will work to get the

11:44:51 24  best pattern that you can out of the structure

11:44:52 25  that you have, so the answer to that is you

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**114**

11:44:54 1   won't use a pattern that's not acceptable.

11:44:57 2       Q.   (By Mr. Chachkes)  Right.  The question

11:44:58 3   isn't about -- so the question is -- let me ask a

11:45:01 4   different question.

11:45:01 5       A.   Okay.

11:45:02 6       Q.   In doing the MDL samples, did you ever run

11:45:04 7   across a case where you were unable to obtain a clear

11:45:09 8   SAED pattern and so the SAED was inconclusive?

11:45:12 9       MS. O'DELL:  Object to the form.

11:45:13 10      THE WITNESS:  I don't know of any, no.

11:45:14 11      Q.   (By Mr. Chachkes)  Analysts can use the

11:45:18 12  information obtained from SAED to make distinctions

11:45:22 13  in the crystal system of the lattice, for example,

11:45:27 14  whether it's triclinic, monoclinic, cubic, or

11:45:30 15  orthorhombic?

11:45:33 16      A.   Yes.

11:45:33 17      Q.   Okay.  Sorry.

11:45:37 18      A.   I paused.

11:45:38 19      Q.   Yes.

11:45:50 20      Describe how you or your analysts

11:45:53 21  calibrate the SAED apparatus.

11:45:56 22      A.   The electron diffraction?  Again, I'm not

11:45:59 23  an expert in that particular area, but what they

11:46:02 24  typically do is they'll do a sizing based on gold, a

11:46:08 25  film of gold, and from that they will make

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**115**

11:46:12 1   calculations on what the gold lattice parameters are,

11:46:17 2   and then they will compare that to the unknown using

11:46:21 3   that particular configuration.

11:46:23 4       Q.   Okay.  Sometimes you say diffraction

11:46:27 5   pattern, and just to be clear --

11:46:29 6       A.   Sure.

11:46:29 7       Q.   -- diffraction pattern, you're being

11:46:32 8   synonymous with SAED?

11:46:34 9       A.   Yes.

11:46:34 10      Q.   And how do your analysts determine when

11:46:38 11  it's appropriate to take multiple axes for a single

11:46:42 12  sample under SAED?

11:46:43 13      A.   That's a good question.  Typically we'll

11:46:46 14  do that for anthophyllite to verify that it is

11:46:50 15  anthophyllite.  We'll take multiples on that.

11:46:52 16      It's not required in the standard method

11:46:55 17  to do that because typically you can do it in one

11:46:58 18  zone for the amphiboles.  But to show that it's not

11:47:04 19  fibrous talc versus anthophyllite, you're essentially

11:47:04 20  going to take another one to verify it.

11:47:10 21      Q.   Okay.  For tremolite, you take one axis?

11:47:12 22      A.   Yes, you can.

11:47:13 23      Q.   Okay.  Not what -- I'm not asking about

11:47:15 24  what you can do.  So let me put it --

11:47:17 25      A.   Yes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**116**

1       Q.   Okay.

11:47:18 2       A.   The answer's yes.

11:47:19 3       Q.   Okay.  There are no SAED patterns that you

11:47:23 4   created for the MDL samples that weren't produced;

5   correct?

11:47:25 6       A.   Correct.

11:47:26 7       Q.   And I'm seeing one SAED pattern for the

11:47:29 8   tremolite, meaning can I conclude that you've only

11:47:32 9   taken one SAED pattern for the tremolites?

11:47:34 10      A.   I would say yes to that.

11:47:35 11      Q.   Okay.  And I'm seeing two SAED patterns

11:47:39 12  for anthophyllite.  Is it okay for me to conclude

11:47:41 13  that you take only two patterns for anthophyllite?

11:47:45 14      A.   Most likely yes, because again, we want to

11:47:48 15  be able to distinguish that from fibrous talc.

11:47:52 16      Q.   Let's look at another exhibit.  What

11:48:00 17  number is that?  Is that like 16?  Let's look at 16.

11:48:08 18      A.   Okay.

11:48:08 19      Q.   Do you recognize what's been marked as

11:48:10 20  Longo Exhibit 16?

11:48:13 21      A.   Yes.

11:48:15 22      Q.   What's a diffraction verification?

11:48:17 23      A.   These are diffractions that have been done

11:48:21 24  on a sample that's already been analyzed, and what

11:48:24 25  the analyst does is they go back in and they verify

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

117

11:48:27 1 the diffraction pattern. They verify that it is, in
11:48:31 2 fact, whatever it was called before.
11:48:33 3    Q.    Yeah, I see that -- do you see the date
11:48:37 4 verified down there in the lower left?
11:48:39 5    A.    **Which one are we looking at? Page 1?**
11:48:40 6    Q.    Let's look at the first page of that --
      7    A.    **Okay.**
11:48:42 8    Q.    -- that you actually see a verification.
11:48:44 9 Most if not all of the verifications are after the
11:48:47 10 date of your first report; is that correct?
11:48:51 11         MS. O'DELL: At least on this page?
      12         THE WITNESS: Yeah.
11:48:53 13         MR. CHACHKES: Well, it's a question.
11:48:54 14         THE WITNESS: I would think -- what's the
11:48:55 15    question again?
11:48:56 16    Q.    (By Mr. Chachkes) The question is were
11:48:56 17 most if not all of your verifications for the MDL
11:48:59 18 samples done after the date of your first report,
11:49:02 19 which was October 14?
11:49:03 20    A.    **I don't know. I'd have to look at these**
11:49:05 21 **and compare that to that date.**
11:49:06 22    Q.    Okay. This verification, for example, was
11:49:13 23 done after the date of your first report; correct?
11:49:16 24    A.    Yes.
11:49:16 25    Q.    Okay. And you're --

118

11:49:18 1    A.    **Are you talking about the November report?**
11:49:19 2    Q.    November 14 --
11:49:20 3    A.    **Yes.**
11:49:20 4    Q.    -- I'm saying that's the first report.
11:49:21 5    A.    **Sure.**
11:49:22 6    Q.    So at the very least, you had already
11:49:25 7 determined by October 14 that this sample on the
11:49:29 8 first page corresponded to anthophyllite before you
11:49:37 9 had done the verification; correct?
11:49:44 10    A.    **Well, the answer to that is yes, we**
11:49:46 11 **already had determined it was anthophyllite.**
11:49:47 12    Q.    Okay. And so the verification's, what,
11:49:49 13 kind of a belt and suspenders?
11:49:51 14    A.    **Sure.**
11:49:51 15         MS. O'DELL: Object to the form.
11:49:52 16         THE WITNESS: Well, I mean, it's a
11:49:54 17    follow-up.
11:49:54 18    Q.    (By Mr. Chachkes) Okay. And I see that
11:49:58 19 there's a range in the table of amphibole types up
11:50:02 20 there at the top; do you see that?
11:50:04 21    A.    Yes.
11:50:04 22    Q.    What does the range column mean?
11:50:07 23    A.    **That is the actual atomic spacing for that**
11:50:11 24 **lattice parameter. And, for instance, if you take**
11:50:15 25 **grunerite at the beginning there, you'll see it's**

119

11:50:18 1 4.94 to 5.46. So within that range, if your spacing
11:50:23 2 falls within that range, it could be grunerite.
11:50:28 3    Q.    Now, for this verification page, you
11:50:34 4 calculated a d-spacing of 5.23; correct?
11:50:38 5    A.    **Correct.**
11:50:38 6    Q.    And that falls within the range of every
11:50:40 7 single amphibole on that list; right?
11:50:43 8    A.    **Correct.**
11:50:43 9    Q.    How was it that this verifies that this is
11:50:46 10 anthophyllite when it falls within the range of every
11:50:48 11 amphibole in your list?
11:50:49 12    A.    **Well, again, this is not -- this is an**
11:50:52 13 **incomplete. We have to look at the EDS, and we also**
11:50:56 14 **have to look at the form again. So with that**
11:50:59 15 **standard methodology, then we can come to a**
11:51:02 16 **conclusion that it is anthophyllite.**
11:51:03 17         **So it's not done in a vacuum, if you will.**
11:51:05 18 **The only thing that's done in a vacuum is putting the**
11:51:08 19 **sample into the electron microscope.**
11:51:10 20         **But that is true, and you will see that**
11:51:13 21 **for these lattice parameters.**
11:51:18 22    Q.    For this sample that we're looking
11:51:22 23 at, the d-spacing indeed corresponds to grunerite,
11:51:24 24 actinolite, tremolite, crocidolite, and
11:51:27 25 anthophyllite; correct?

120

11:51:27 1         MS. O'DELL: Object to the form.
11:51:28 2         THE WITNESS: Well, I mean, it's within
11:51:29 3    the range there. Again, this is why you can't
11:51:32 4    just use the one method to say, oh, I'm going to
11:51:35 5    use SAED and say that it is anthophyllite.
11:51:38 6         You've got to go look at the form of it;
11:51:40 7    you've got to go do the EDS to prove that it is.
11:51:44 8    So yeah.
11:51:47 9    Q.    (By Mr. Chachkes) Yeah, you would not use
11:51:48 10 EDS d-spacing alone to determine the mineral you're
11:51:53 11 looking at because it falls under too many different
11:51:55 12 minerals; correct?
11:51:55 13         MS. O'DELL: Object to the form.
11:51:56 14         THE WITNESS: It tells you that it is an
11:51:58 15    amphibole, that it is in that range. And again,
11:52:00 16    we do -- let's see. There should be another one
11:52:03 17    here of the same one. Let's see.
11:52:10 18         Number 301 01. If you go to the next
11:52:12 19    page, you'll see this is the same structure
11:52:14 20    again, same structure again, the second
11:52:17 21    verification. Down here you'll see the zone, it
11:52:20 22    was a 101, and the d-spacing for that zone are
11:52:25 23    shown there for each one of the angles -- you
11:52:27 24    know, each one of the lattice parameters, and
11:52:30 25    this verifies it as anthophyllite if you were

121

11:52:34 1 looking at the table, the spacing table. So
11:52:37 2 then we look at the EDS, the EDS confirms again
11:52:40 3 the chemistry. So, you know, it's dead to right
11:52:45 4 anthophyllite.
11:52:46 5 Q. (By Mr. Chachkes) So you're just looking
11:52:47 6 at -- so I see the spacing here is 21.2?
11:52:50 7 A. Right. Now that's in -- this zone is 101
11:52:54 8 zone.
11:52:55 9 Q. Okay.
11:52:56 10 A. Okay. That is what it would be in the 101
11:52:58 11 zone.
11:52:58 12 Q. And you don't have ranges for the 101
11:53:01 13 zone, do you?
11:53:02 14 A. Well, there are tables for the ranges in
11:53:03 15 the 101 zone. We don't have one right here --
11:53:04 16 Q. Okay.
11:53:07 17 A. -- but there are table ranges for that.
11:53:09 18 Q. When you say -- so for this table on the
11:53:12 19 second page of -- the second verification, are you
11:53:16 20 looking at the 5.05 down at the bottom?
11:53:19 21 A. Yes.
11:53:19 22 Q. Okay. That 5.05 falls within every single
11:53:23 23 amphibole type in your table as well?
11:53:26 24 A. No, no. It's a combination of the HKO,
11:53:29 25 the HKL, the zone that you're in what the angle is.

122

11:53:32 1 There are tables for these. You know what I'm
11:53:35 2 saying? We had talked about that a little bit
11:53:37 3 before. There are tables for these. And in each one
11:53:41 4 of the zones there are spacings, spacing tables, and
11:53:45 5 these fit in the anthophyllite zone.
11:53:48 6 Q. When you say these, do you mean the 101
11:53:51 7 spacing of 21.2?
11:53:52 8 A. Well, yes.
11:53:53 9 Q. Okay. And that table's not reproduced in
11:53:55 10 this page; correct?
11:53:56 11 A. No, it's not here.
11:53:57 12 Q. So in the peer-reviewed literature I would
11:53:59 13 find that a 101 zone spacing of 21.2 will correspond
11:54:09 14 uniquely to anthophyllite?
11:54:09 15 A. The answer to that is yes.
11:54:11 16 Q. Okay. Can you tell me what peer-reviewed
11:54:13 17 literature?
11:54:13 18 A. Let's see. There's a large body of card
11:54:19 19 data, diffraction card data, and again, there are
11:54:22 20 zone tables in that data, and that's where it comes
11:54:25 21 from. That's why we do the -- that's why we do the
11:54:29 22 double verification on anthophyllite, you know,
11:54:30 23 because it doesn't fit with talc.
11:54:33 24 Q. Can you tell me conclusively whether there
11:54:38 25 are other minerals that in the zone 101 have spacing

123

11:54:47 1 of 21.2 in that range?
11:54:49 2 A. I can't tell you that as I sit here.
11:54:51 3 Q. Okay. Does the verification -- have you
11:55:04 4 ever done a verification and the spacing fell outside
11:55:07 5 the range of what you had already identified?
11:55:09 6 A. I don't know the answer to that.
11:55:10 7 Q. Did that happen for the MDL at all? You
11:55:13 8 just don't know?
11:55:14 9 A. I don't know.
11:55:15 10 MS. O'DELL: Object to the form.
11:55:15 11 THE WITNESS: Yeah, I don't know.
11:55:16 12 Q. (By Mr. Chachkes) If it happened, you
11:55:18 13 would have reported it; right?
11:55:19 14 A. Well, yes. I would think so, yes.
11:55:21 15 Q. Did you do any of these d-spacing
11:55:30 16 verifications prior to the first draft, the
11:55:33 17 November 14 version of your report?
11:55:35 18 A. I --
11:55:36 19 MS. O'DELL: Feel free to look through it
11:55:37 20 if you need to. Look at the dates.
11:55:39 21 THE WITNESS: Let's see what we've got
11:55:40 22 here. Yeah, it looks like a few. Some of them
11:55:47 23 were here. Get towards the back. They were
11:55:49 24 done in October.
11:55:52 25 It looks like about half of them; half of

124

11:55:54 1 them were done before that first report.
11:55:56 2 Q. (By Mr. Chachkes) Can I conclude because
11:56:00 3 some were done after and some were done before the
11:56:02 4 first report, it wasn't material to your findings in
11:56:05 5 the first report?
11:56:07 6 MS. O'DELL: Object to the form.
11:56:10 7 THE WITNESS: Are you saying the ones that
11:56:12 8 are after that are not material? What's the
11:56:14 9 question?
11:56:15 10 Q. (By Mr. Chachkes) No.
11:56:15 11 So clearly before -- at the time of your
11:56:18 12 first report there were MDL samples on which you had
11:56:23 13 not done a d-spacing verification; correct?
11:56:25 14 A. No, we did the verification. I mean, we
11:56:28 15 did -- I mean, you have to understand it was called
11:56:31 16 at the time based on the data that we had for that
11:56:38 17 pattern, that chemistry, that morphology.
11:56:40 18 So again, I would say that they all have
11:56:46 19 been verified prior to that.
11:56:47 20 Q. Okay. So I want to make sure we're clear
11:56:50 21 here.
11:56:50 22 A. Sure.
11:56:51 23 Q. So going back to the first verification, I
11:56:54 24 see -- it says date verified November 19; correct?
11:56:57 25 A. Yes.

125

| | | |
|---|---|---|
| 11:56:57 | 1 | Q. You're saying there was another |
| 11:56:59 | 2 | verification prior to November 14? |
| 11:57:01 | 3 | A. Sure. |
| | 4 | Q. And you did -- |
| 11:57:01 | 5 | A. The actual analysis, when it was actually |
| 11:57:03 | 6 | done. |
| 11:57:03 | 7 | MR. CHACHKES: Okay. So we would actually |
| 11:57:06 | 8 | request that that other data be produced. |
| 11:57:08 | 9 | MS. O'DELL: It's been produced. |
| 11:57:09 | 10 | THE WITNESS: You already have it. It's |
| 11:57:10 | 11 | all in the reports. |
| 11:57:11 | 12 | Q. (By Mr. Chachkes) Okay. |
| 11:57:12 | 13 | A. Yeah. |
| 11:57:12 | 14 | Q. So was there a -- why did you redo it on |
| 11:57:16 | 15 | 11/19? |
| 11:57:17 | 16 | A. It's just part of our quality control. We |
| 11:57:20 | 17 | eventually have to do it as part of quality. |
| 11:57:22 | 18 | Q. So every single d-spacing that you did, |
| 11:57:25 | 19 | you did twice? |
| 11:57:26 | 20 | A. If it was anthophyllite, yeah. |
| 11:57:28 | 21 | Q. Okay. So the tremolites were all done -- |
| 11:57:34 | 22 | so let me just -- I'm looking at a page for tremolite |
| 11:57:37 | 23 | where the verification is 11/19. |
| 11:57:41 | 24 | A. Okay. I mean, we've got anthophyllites |
| 11:57:45 | 25 | that were double-verified before that report also |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

126

| | | |
|---|---|---|
| 11:57:48 | 1 | that was on 10/31/2018. |
| 11:57:51 | 2 | Q. Right. |
| 11:57:51 | 3 | A. There are a number of them here in the |
| 11:57:53 | 4 | report. |
| 11:57:53 | 5 | Q. So -- |
| 11:57:54 | 6 | A. Numerous. |
| 11:57:55 | 7 | Q. You're saying some of the tremolites were |
| 11:57:57 | 8 | double-verified? |
| 11:57:58 | 9 | MS. O'DELL: Object to the form. |
| 11:57:59 | 10 | THE WITNESS: No, I don't think the |
| 11:58:00 | 11 | tremolites were. The anthophyllites are. |
| 11:58:03 | 12 | Q. (By Mr. Chachkes) Okay. |
| | 13 | A. Yes. |
| 11:58:03 | 14 | Q. I can show you. I just don't have the |
| 11:58:04 | 15 | page numbers. |
| 11:58:05 | 16 | A. Okay. |
| 11:58:05 | 17 | Q. If you look at that one -- |
| | 18 | A. All right. |
| 11:58:07 | 19 | Q. -- in the exhibit -- |
| 11:58:09 | 20 | MS. O'DELL: So let's be clear on the |
| 11:58:10 | 21 | record. Is there a sample number -- |
| | 22 | Q. (By Mr. Chachkes) You say the sample |
| 11:58:12 | 23 | number. What's the sample number for that one? |
| 11:58:13 | 24 | A. M68503-020-002. |
| 11:58:20 | 25 | Q. And that was the tremolite; correct? |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

127

| | | |
|---|---|---|
| 11:58:22 | 1 | A. That was a tremolite, yes. |
| 11:58:23 | 2 | Q. And it was verified after the date of the |
| 11:58:25 | 3 | first report; correct? |
| 11:58:26 | 4 | A. 11/19/2018. What is the date of the first |
| 11:58:31 | 5 | report? |
| 11:58:33 | 6 | MS. O'DELL: 11/14. |
| 11:58:33 | 7 | Q. (By Mr. Chachkes) 11/14. |
| 11:58:34 | 8 | A. 14. Okay. Yeah. |
| 11:58:34 | 9 | Q. So that was verified after the date of the |
| 11:58:37 | 10 | first report; correct? |
| 11:58:38 | 11 | A. Uh-huh. |
| 11:58:38 | 12 | Q. That means that as of the date of the |
| 11:58:40 | 13 | first report it had not been verified? |
| 11:58:41 | 14 | MS. O'DELL: Objection to form. |
| 11:58:43 | 15 | MS. PARFITT: Objection. |
| 11:58:44 | 16 | THE WITNESS: Well, let's back up just a |
| 11:58:45 | 17 | second. The actual date of the photo, okay, the |
| 11:58:48 | 18 | diffraction photo, was 10/26/2018, okay. So it |
| 11:58:52 | 19 | actually was done before that. |
| 11:58:54 | 20 | Q. (By Mr. Chachkes) The photo was taken -- |
| 11:58:55 | 21 | A. The photo was taken, okay, and that's the |
| 11:58:58 | 22 | data. The photo is the data. So regardless of this |
| 11:59:02 | 23 | right here, all right, that is the pattern, and |
| 11:59:06 | 24 | that's what it was. |
| 11:59:10 | 25 | Q. You know what I'm talking about; right? |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

128

| | | |
|---|---|---|
| | 1 | A. Yeah, I know what you mean. |
| | 2 | Q. The actual -- |
| | 3 | A. I get that. |
| 11:59:13 | 4 | MS. O'DELL: Let him finish. |
| 11:59:13 | 5 | Q. (By Mr. Chachkes) Let me just finish. |
| | 6 | A. Okay. |
| 11:59:14 | 7 | Q. Taking the photo and turning it into |
| 11:59:16 | 8 | useful data in a verification that gives you |
| 11:59:17 | 9 | d-spacing, you didn't do that until after the report? |
| 11:59:19 | 10 | MS. O'DELL: Object to form. |
| 11:59:20 | 11 | THE WITNESS: Well, again, I would have to |
| 11:59:21 | 12 | consult with the laboratory to see, you know, |
| 11:59:25 | 13 | what actually was done here. But the data |
| 11:59:27 | 14 | existed before the report was done. |
| 11:59:28 | 15 | Q. (By Mr. Chachkes) That's not my question. |
| 11:59:29 | 16 | A. I understand that. But understand that it |
| 11:59:33 | 17 | was already verified prior to that or wouldn't have |
| 11:59:35 | 18 | ended up in the report as tremolite. |
| 11:59:37 | 19 | Q. Was it verified with d-spacing prior to |
| 11:59:39 | 20 | the report at 11/14? |
| 11:59:41 | 21 | A. I would have to check on that, but to my |
| 11:59:43 | 22 | knowledge, it would be, yeah. |
| 11:59:44 | 23 | Q. Okay. So this would be a second d-spacing |
| 11:59:47 | 24 | calculation that you did for the tremolite? |
| 11:59:49 | 25 | MS. O'DELL: Object to the form. |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

129

| | |
|---|---|
| 11:59:50 1 | THE WITNESS: Yes. |
| 11:59:50 2 | Q. (By Mr. Chachkes) Okay. |
| 11:59:52 3 | A. Yes. |
| 11:59:52 4 | Q. When you did the first one -- strike that. |
| 11:59:58 5 | A. Okay. |
| 11:59:58 6 | Q. D-spacing's important to determining |
| 12:00:03 7 | whether you're accurately identifying a mineral using |
| 12:00:08 8 | diffraction patterns? |
| 12:00:11 9 | MS. O'DELL: Objection to form. |
| 12:00:12 10 | THE WITNESS: It's part of the standard |
| 12:00:13 11 | methodology. |
| 12:00:14 12 | Q. (By Mr. Chachkes) Is it an important |
| 12:00:15 13 | part? |
| 12:00:15 14 | MS. O'DELL: Objection to form. |
| 12:00:16 15 | THE WITNESS: Well, I would think that if |
| 12:00:17 16 | you wanted the answer that, again, is it part of |
| 12:00:22 17 | the methodology, a lot of standards use that, so |
| 12:00:25 18 | yes. |
| 12:00:26 19 | Q. (By Mr. Chachkes) Okay. Your methodology |
| 12:00:29 20 | of -- that you've described today for how you did |
| 12:00:33 21 | SAED -- strike that. |
| 12:00:37 22 | A. Good. |
| 12:00:37 23 | Q. Let's look at a specific section from your |
| 12:00:44 24 | report. And so you -- yes. |
| 12:00:53 25 | This is sample M68503-208 -- go slow |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

130

| | |
|---|---|
| 12:01:00 1 | here -- -028. Sorry. It's page 585 of the version |
| 12:01:07 2 | of the January 15 report that was produced to us. |
| 12:01:12 3 | And plaintiffs' counsel -- |
| 12:01:13 4 | MS. O'DELL: I didn't catch that number. |
| 12:01:15 5 | Excuse me. What was it? |
| 12:01:16 6 | MR. CHACHKES: It was M68503-028. |
| 12:01:23 7 | MS. O'DELL: What's the page of the |
| 12:01:27 8 | report? |
| 12:01:27 9 | MR. CHACHKES: 585 of the version produced |
| 12:01:27 10 | to us. And you brought us versions separated by |
| 12:01:27 11 | decades, so you can find it in the 1970s |
| 12:01:30 12 | notebook. Okay. |
| 12:01:36 13 | Q. (By Mr. Chachkes) And let's mark this as |
| 12:01:38 14 | a separate exhibit just so you can have it in front |
| 12:01:40 15 | of you without a huge binder. |
| 12:01:40 16 | MS. O'DELL: It's -- |
| 12:01:46 17 | MR. CHACHKES: You want to do it in the |
| 12:01:46 18 | binder? That's fine. If you can locate it, I |
| 12:01:50 19 | don't care. |
| 12:01:50 20 | MS. O'DELL: I just don't want -- if he |
| 12:01:51 21 | needs to look at any other data, I want it to be |
| 12:01:54 22 | available to him. You're welcome to hand him |
| 12:01:55 23 | the exhibit, but I want to find it as well. |
| 12:01:56 24 | MR. CHACHKES: If you're going to find it, |
| 12:01:57 25 | it's just easy enough to do it that way. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

131

| | |
|---|---|
| 12:02:05 1 | MS. O'DELL: And it's M68503-028? |
| 12:02:10 2 | MR. CHACHKES: -028, correct. |
| 12:02:17 3 | THE WITNESS: What's the decade? |
| 12:02:19 4 | Q. (By Mr. Chachkes) I'm told the '70s. |
| 12:02:38 5 | A. Let's see what it says here -- 03 -- |
| 6 | MS. O'DELL: Is that it? |
| 12:02:39 7 | THE WITNESS: Should be section 8 -- you |
| 12:02:41 8 | said 028? It should be section -- well, it's |
| 12:02:44 9 | section 8 in ours. I'm not sure what it is in |
| 12:02:47 10 | here. |
| 12:02:50 11 | MS. O'DELL: Here we go. |
| 12:02:51 12 | THE WITNESS: Section 8. Okay. There we |
| 12:03:07 13 | go. |
| 12:03:08 14 | Q. (By Mr. Chachkes) Okay. Are you there? |
| 12:03:11 15 | A. Yes. |
| 12:03:11 16 | Q. Okay. So it's anthophyllite, so you would |
| 12:03:13 17 | expect two diffraction patterns; correct? Can you |
| 12:03:19 18 | see two diffraction patterns? |
| 12:03:21 19 | A. In this, there may be just one here. |
| 12:03:24 20 | There may be two on the verification, but let's see |
| 12:03:26 21 | if there is. Let's see. |
| 12:03:31 22 | 41391. Yes. There's two of them. |
| 12:03:32 23 | Q. Why did you say there may be just one? |
| 12:03:34 24 | A. Oh, well, I was thinking the -- I was |
| 12:03:37 25 | thinking anything else but anthophyllite. But |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

132

| | |
|---|---|
| 12:03:40 1 | they're both here. |
| 12:03:41 2 | Q. So for anthophyllite you always expect two |
| 12:03:43 3 | patterns in your report; correct? |
| 12:03:45 4 | A. There should be, yes. |
| 12:03:45 5 | Q. Okay. Now, looking at these diffraction |
| 12:03:49 6 | patterns, is there -- for this single sample that |
| 12:03:54 7 | we're looking at, can you use just those diffraction |
| 12:03:58 8 | patterns to tell whether or not it's cummingtonite as |
| 12:04:05 9 | an option? |
| 12:04:06 10 | MS. O'DELL: Object to the form. |
| 12:04:21 11 | THE WITNESS: What's the question again? |
| 12:04:23 12 | Q. (By Mr. Chachkes) So can you tell from |
| 12:04:25 13 | the two diffraction patterns that you have for sample |
| 12:04:28 14 | M68503-028 whether this is anthophyllite versus |
| 12:04:35 15 | cummingtonite, just focusing on the diffraction |
| 12:04:37 16 | patterns? |
| 12:04:38 17 | A. No. |
| 12:04:38 18 | Q. And why not? |
| 12:04:39 19 | A. Well, they can have a similar diffraction |
| 12:04:42 20 | pattern if this looks like -- this looks like an |
| 12:04:47 21 | orthorhombic pattern, just looking at it. So the |
| 12:04:54 22 | cummingtonite is going to have more of a monoclinic |
| 12:04:56 23 | pattern. |
| 12:04:56 24 | Q. But you answered no. Why did you answer |
| 12:04:58 25 | no? |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**133**

| | | |
|---|---|---|
| | 1 | A. What -- |
| 12:05:00 | 2 | Q. You said no to my question. |
| 12:05:01 | 3 | A. What was the question again? |
| 12:05:02 | 4 | Q. Can you tell whether -- from just the EDS |
| 12:05:06 | 5 | patterns whether this is cummingtonite or |
| 12:05:07 | 6 | anthophyllite? |
| 12:05:07 | 7 | A. Well, again, the answer is still no. |
| 12:05:16 | 8 | Q. I'm sorry, let me ask the question again |
| 12:05:18 | 9 | because I'm told by my associate that I misspoke. |
| 12:05:23 | 10 | Can you tell from the diffraction patterns |
| 12:05:28 | 11 | alone for sample M68503-028 whether this is |
| 12:05:37 | 12 | anthophyllite or cummingtonite? |
| 12:05:39 | 13 | A. I think I just answered that twice. |
| 12:05:41 | 14 | Q. Okay. And the answer was no? |
| 12:05:42 | 15 | A. Yeah. I mean, it appears to be an |
| 12:05:44 | 16 | orthorhombic pattern. |
| 12:05:47 | 17 | Q. Okay. What is the definition of |
| 12:05:53 | 18 | asbestiform? |
| 12:05:54 | 19 | A. Well, it actually means asbestos-like, |
| 12:05:59 | 20 | that's what the word means, like asbestos. |
| 12:06:01 | 21 | Q. So what is asbestos? |
| 12:06:03 | 22 | A. Well, the classic definition of |
| 12:06:09 | 23 | asbestiform would be a structure that is 1/2 a micron |
| 12:06:13 | 24 | in size with substantially parallel sides. Some |
| 12:06:18 | 25 | literature adds the stipulations of tensile strength |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**135**

| | | |
|---|---|---|
| 12:07:41 | 1 | the standards that you look at, the aspect ratio |
| 12:07:41 | 2 | is -- if you're talking OSHA, the aspect ratio is |
| 12:07:44 | 3 | 3-to-1. If you're talking AHERA, EPA, the aspect |
| 12:07:48 | 4 | ratio is 5-to-1. If you're talking ISO, the ratio is |
| 12:07:53 | 5 | 5-to-1. If you're talking ASTM, the ratio is 5-to-1. |
| 12:07:57 | 6 | So we go by 5-to-1, yeah. |
| 12:07:59 | 7 | Q. Am I correct in concluding that every time |
| 12:08:04 | 8 | in your expert report you use the word asbestos or |
| 12:08:06 | 9 | asbestiform, you're -- among the other qualifications |
| 12:08:11 | 10 | you said it's got at least a 5-to-1 ratio? |
| 12:08:13 | 11 | A. It should, yes. |
| 12:08:14 | 12 | Q. Okay. What about at least a 3-to-1 ratio? |
| 12:08:16 | 13 | A. And again, that's an OSHA. We're looking |
| 12:08:20 | 14 | at 5-to-1. OSHA will call it at that. They will |
| 12:08:25 | 15 | call it asbestos at that ratio. |
| 12:08:29 | 16 | So but in all of our reporting we're at |
| 12:08:33 | 17 | 5-to-1. So we do see 3-to-1 structures, and as far |
| 12:08:39 | 18 | as the body's concerned, it's going to treat the |
| 12:08:41 | 19 | 3-to-1 to 5-to-1 probably in the same manner. So |
| 12:08:46 | 20 | I've always testified that way. The structures that |
| 12:08:49 | 21 | it encounters, regardless of the aspect ratio, have |
| 12:08:52 | 22 | to be dealt with in the body. |
| 12:08:54 | 23 | Q. For the purposes of your report, did you |
| 12:08:56 | 24 | count a 3-to-1 as a fiber, an asbestos fiber? |
| 12:08:59 | 25 | A. Not that I'm aware of. |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**134**

| | | |
|---|---|---|
| 12:06:24 | 1 | and all of that kind of thing, and most of them, |
| 12:06:27 | 2 | those definitions, are sort of on a geological macro |
| 12:06:31 | 3 | scale. That's what they're meant to describe. |
| 12:06:33 | 4 | Q. Okay. For your purposes, when you use the |
| 12:06:35 | 5 | word asbestos or asbestiform in your report, you're |
| 12:06:38 | 6 | saying -- are you saying anything more than 1/2 a |
| 12:06:42 | 7 | micron in size, substantially parallel sides? |
| 12:06:45 | 8 | A. Yes. I mean, it's a regulated definition. |
| 12:06:51 | 9 | Q. Yeah, but what I'm asking is if -- is |
| 12:06:54 | 10 | there any other qualification in your definition when |
| 12:06:57 | 11 | you use the phrase -- the words asbestiform or |
| 12:07:00 | 12 | asbestos in your report? |
| 12:07:01 | 13 | A. Well, we're going by the -- again, by the |
| 12:07:04 | 14 | classic definition of what I just described. Then |
| 12:07:09 | 15 | you go in and you do the diffraction, the EDS, and |
| 12:07:13 | 16 | the form of it of course -- you know, and then you |
| 12:07:16 | 17 | make a decision on that. But as far as, you know, |
| 12:07:18 | 18 | using that term, you know, it's mainly based on that |
| 12:07:22 | 19 | definition. |
| 12:07:23 | 20 | Q. Substantially parallel sides, 1/2 a |
| 12:07:26 | 21 | micron? |
| 12:07:26 | 22 | A. 1/2 a micron, yeah, yeah. |
| 12:07:29 | 23 | Q. Okay. What about aspect ratio, is that |
| 12:07:30 | 24 | part of your definition? |
| 12:07:31 | 25 | A. Well, again, it depends on the -- some of |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**136**

| | | |
|---|---|---|
| 12:09:02 | 1 | Q. Okay. Let me show you some testimony from |
| 12:09:06 | 2 | Dr. Longo from -- oh. Well, no, let's do this. |
| 12:09:17 | 3 | Can we mark this as the next exhibit. |
| | 4 | (Defendants' Exhibit 2 was marked for |
| 12:09:37 | 5 | identification.) |
| 12:09:37 | 6 | Q. (By Mr. Chachkes) Okay. Can you turn to |
| 12:09:44 | 7 | page 3021. This is the deposition -- this is an |
| 12:09:51 | 8 | examination of Dr. Longo under oath. |
| 12:09:55 | 9 | Can you turn to page 3021? It's the very |
| 12:09:59 | 10 | last sheet. I'm going to read you a question and |
| 12:10:01 | 11 | answer. You can following along. It starts at |
| 12:10:04 | 12 | line 4. |
| 12:10:05 | 13 | Line 4, My question to you, Dr. Longo, is |
| 12:10:07 | 14 | that transmission electron microscopy cannot tell you |
| 12:10:11 | 15 | if you identify a single fiber whether or not that |
| 12:10:14 | 16 | particle is asbestiform or nonasbestiform; correct? |
| 12:10:18 | 17 | Answer: That is correct. |
| 12:10:21 | 18 | Do you agree with that testimony? |
| 12:10:24 | 19 | MS. O'DELL: Object to the form. |
| 12:10:25 | 20 | THE WITNESS: I don't -- I haven't read |
| 12:10:27 | 21 | this, so I don't know what preceded the question |
| 12:10:30 | 22 | there. I see what it says. So I don't have an |
| 12:10:35 | 23 | opinion on that. |
| 12:10:35 | 24 | Q. (By Mr. Chachkes) Okay. Putting aside |
| 12:10:38 | 25 | the transcript, I'm just going to ask you the |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

137

| | |
|---|---|
| 12:10:40 1 | question independent of whatever this means in the |
| 12:10:42 2 | transcript. |
| 12:10:44 3 | Do you, Dr. Rigler, believe that |
| 12:10:49 4 | transmission electron microscopy cannot tell you if |
| 12:10:51 5 | you identify a single fiber whether or not that |
| 12:10:54 6 | particle is asbestiform or nonasbestiform? |
| 12:10:56 7 | MS. O'DELL:  Object to form. |
| 12:10:58 8 | THE WITNESS:  Again, if they're including |
| 12:11:05 9 | things like tensile strength, flexibility, that |
| 12:11:09 10 | type of thing, you can't do that by TEM.  So as |
| 12:11:15 11 | far as the form goes, like asbestos, having a |
| 12:11:18 12 | form of asbestos which is fibrous, the |
| 12:11:21 13 | description of it, you definitely can. |
| 12:11:23 14 | So but again, I don't know what the |
| 12:11:25 15 | context of this is, so, you know, I don't have |
| 12:11:30 16 | an opinion on that in reference to this. |
| 12:11:32 17 | Q.    (By Mr. Chachkes)  Okay.  Have you ever |
| 12:11:33 18 | known Dr. Longo to use a geologic definition of |
| 12:11:37 19 | asbestos? |
| 12:11:37 20 | A.    No. |
| 12:11:38 21 | Q.    Okay.  And so when he testified that a TEM |
| 12:11:42 22 | cannot tell you if you identify a single fiber |
| 12:11:45 23 | whether or not that particle is asbestiform or |
| 12:11:47 24 | nonasbestiform, you understand that to mean his |
| 12:11:50 25 | regulatory definition; correct? |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

139

| | |
|---|---|
| 12:13:36 1 | could be correct? |
| 12:13:36 2 | A.    I don't know. |
| 12:13:38 3 | Q.    Is there any peer-reviewed literature or |
| 12:13:41 4 | regulatory material that says that TEM cannot tell |
| 12:13:47 5 | you if you identify a single fiber whether or not |
| 12:13:49 6 | that particle is asbestiform or nonasbestiform? |
| 12:13:52 7 | A.    I mean, I can't think of any as I sit |
| 12:13:56 8 | here.  I can't think of any. |
| 12:13:57 9 | Q.    Okay.  Is there any regulatory material or |
| 12:14:00 10 | peer-reviewed material that says the opposite, that |
| 12:14:03 11 | TEM can tell you that if you identify a single fiber, |
| 12:14:07 12 | whether or not that particle is asbestiform or |
| 12:14:09 13 | nonasbestiform? |
| 12:14:11 14 | MS. O'DELL:  Object to the form. |
| 12:14:13 15 | THE WITNESS:  You're saying that it is not |
| 12:14:24 16 | asbestiform? |
| 12:14:25 17 | Q.    (By Mr. Chachkes)  So what I'm saying is, |
| 12:14:28 18 | is there any peer-reviewed literature or regulatory |
| 12:14:30 19 | material that confirms that TEM can tell you if you |
| 12:14:35 20 | identify a single fiber whether or not that particle |
| 12:14:38 21 | is asbestiform or nonasbestiform? |
| 12:14:42 22 | A.    Well, there are -- yes.  I mean, there are |
| 12:14:45 23 | a number of regulatory documents that say that it |
| 12:14:48 24 | can. |
| 12:14:48 25 | Q.    Okay.  Is 22262 one of those documents? |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

138

| | |
|---|---|
| 12:11:52 1 | MS. O'DELL:  Excuse me.  Object to the |
| 12:11:53 2 | form.  Doesn't speak to the context. |
| 12:11:56 3 | You may answer. |
| 12:11:57 4 | THE WITNESS:  Can you restate? |
| 12:12:00 5 | MR. CHACHKES:  Do you mind reading it |
| 12:12:02 6 | back. |
| 12:12:05 7 | (The record was read by the reporter.) |
| 12:12:44 8 | THE WITNESS:  Well, I mean, it would be |
| 12:12:47 9 | based on the regulatory definition.  So, I mean, |
| 12:12:52 10 | that's all I can say about that. |
| 12:12:55 11 | Again, I don't know what the context was |
| 12:12:57 12 | in this.  I can't speak for Dr. Longo.  So |
| 12:13:02 13 | that's the best answer I can give. |
| 12:13:04 14 | Q.    (By Mr. Chachkes)  Is there any world in |
| 12:13:05 15 | which it's correct to say that under your regulatory |
| 12:13:08 16 | definition a TEM cannot tell you if you identify a |
| 12:13:11 17 | single fiber whether or not that particle is |
| 12:13:14 18 | asbestiform or nonasbestiform? |
| 12:13:15 19 | MS. O'DELL:  Object to the form. |
| 12:13:17 20 | THE WITNESS:  It's such a broad question |
| 12:13:22 21 | about that, I don't know quite how to answer it, |
| 12:13:26 22 | other than the way that I've already answered |
| 12:13:28 23 | it.  Because when you say in any world, I mean, |
| 12:13:32 24 | it's very broad.  Broad question. |
| 12:13:34 25 | Q.    (By Mr. Chachkes)  Is there any way that |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

140

| | |
|---|---|
| 12:14:52 1 | A.    I would have to -- again, I would want to |
| 12:14:55 2 | review 22262 again to look at that before I make that |
| 12:14:59 3 | answer. |
| 12:14:59 4 | Q.    Well, you're using 22262 in this MDL case; |
| 12:15:04 5 | right? |
| 12:15:04 6 | A.    Yeah.  I just need to review it again. |
| 12:15:06 7 | Q.    And you use TEM to identify whether a |
| 12:15:08 8 | single fiber is or is not asbestiform in this case; |
| 12:15:11 9 | right? |
| 12:15:11 10 | MS. O'DELL:  Object to the form. |
| 12:15:12 11 | THE WITNESS:  Yes. |
| 12:15:12 12 | Q.    (By Mr. Chachkes)  And that was pursuant |
| 12:15:13 13 | to 22262; correct? |
| 12:15:15 14 | A.    Well, no, it was not just the 22262. |
| 12:15:18 15 | There were the other methods that were there, too. |
| 12:15:18 16 | Q.    Okay. |
| 12:15:21 17 | A.    Yeah. |
| 12:15:21 18 | Q.    Did you follow the 22262 protocol for TEM? |
| 12:15:25 19 | A.    To my knowledge, we did.  And that also |
| 12:15:31 20 | is -- is also the same type of protocol that is in |
| 12:15:34 21 | the ASTM and also the EPA methods.  So yeah. |
| 12:15:39 22 | Q.    Does 22262 expressly say you can use TEM |
| 12:15:43 23 | to identify whether or not a particle is asbestiform |
| 12:15:47 24 | or nonasbestiform? |
| 12:15:49 25 | A.    Again, I would like to review that just to |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

141

12:15:53  1   be able to verify that it says -- actually says that.
12:15:58  2        Q.    You were involved in many more reports
12:16:19  3   concerning J&J talc other than the MDL reports;
12:16:23  4   right?
12:16:24  5        MS. O'DELL:  Object to the form.
12:16:25  6        THE WITNESS:  Some other reports.
12:16:27  7        Q.    (By Mr. Chachkes)  So those were bottles
12:16:27  8   that were not -- those are different bottles, not the
12:16:29  9   MDL bottles?
12:16:30  10       MS. O'DELL:  Object to the form.
12:16:31  11       THE WITNESS:  They may have been, yes.
12:16:32  12       Q.    (By Mr. Chachkes)  You didn't issue any
12:16:34  13  other reports on the bottles at issue in this case,
12:16:37  14  have you?
12:16:38  15       MS. O'DELL:  Object to the form.
12:16:39  16       THE WITNESS:  Again, I don't recall.
12:16:42  17       Q.    (By Mr. Chachkes)  Are you aware that in
12:16:46  18  the old reports the majority of particles you
12:16:50  19  identified were fibers, and in this MDL the majority
12:16:53  20  of particles you identified were bundles; are you
12:16:56  21  aware of that?
12:16:57  22       A.    I'd have to look back at the reports to
12:16:59  23  make that conclusion.
12:17:01  24       Q.    Okay.  Given that the old reports and the
12:17:07  25  new reports are both on J&J bottles, would you expect

142

12:17:11  1   the same fiber-to-bundle ratio in the two separate
12:17:16  2   sets of reports?
12:17:17  3        MS. O'DELL:  Object to form.
12:17:18  4        THE WITNESS:  Not necessarily.
12:17:18  5        Q.    (By Mr. Chachkes)  Why not?
12:17:19  6        A.    You get variation depending upon where the
12:17:22  7   material was mined and combined.
12:17:25  8        Q.    For a -- if you isolate a single mine,
12:17:30  9   let's say, just Vermont --
12:17:31  10       A.    Okay.
12:17:31  11       Q.    -- would you expect the old reports, the
12:17:35  12  fiber-to-bundle ratio, to match the MDL report?
12:17:38  13       MS. O'DELL:  Object to the form.
12:17:39  14       THE WITNESS:  I would expect that they may
12:17:47  15    follow the same kinds of trends, you know, as
12:17:51  16    far as aspect ratio, that type of thing, yeah.
12:17:53  17       Q.    (By Mr. Chachkes)  But what about the
12:17:55  18  fiber-to-bundle ratio?
12:17:56  19       A.    Again, I'd have to look at that.  I can't
12:17:59  20  make a conclusion on that without looking at it.
12:18:01  21       Q.    Okay.  So sitting here today you can't
12:18:05  22  tell me if you would expect a certain degree of
12:18:08  23  reproducibility for the Vermont mine bottles from the
12:18:12  24  old reports as compared to the MDL bottles in this
12:18:14  25  report?

143

12:18:14  1        MS. O'DELL:  Object to the form.
12:18:16  2        THE WITNESS:  Could you just restate that?
12:18:27  3        MR. CHACHKES:  Do you mind reading that
12:18:29  4    back.
12:18:29  5        THE WITNESS:  I know she can read it back,
12:18:31  6    but can you restate it another way?
12:18:32  7        Q.    (By Mr. Chachkes)  It's going to be read
12:18:33  8   back.  Sorry.
12:18:34  9        MS. O'DELL:  And if you still need that
12:18:36  10   question rephrased, you may --
12:18:37  11       THE WITNESS:  That would be nice.
12:18:38  12       MS. O'DELL:  You may ask that.
12:18:40  13       THE WITNESS:  I'd like it to be rephrased.
12:18:42  14       MR. CHACHKES:  As long as we keep talking,
12:18:44  15   she keeps typing.
12:18:48  16       (The record was read by the reporter.)
12:19:12  17       MS. O'DELL:  Object to the form.
12:19:14  18       THE WITNESS:  Rephrase.
12:19:15  19       Q.    (By Mr. Chachkes)  Would you expect that
12:19:18  20  your fiber-to-bundle ratio for the Vermont samples
12:19:22  21  from your old reports would be reproducible in
12:19:29  22  analyzing another set of bottles like the set of
12:19:32  23  bottles in the MDL?
12:19:33  24       MS. O'DELL:  Object to the form.
12:19:36  25       Q.    (By Mr. Chachkes)  From the same mine?

144

12:19:37  1        MS. O'DELL:  Object to the form.
12:19:38  2        THE WITNESS:  You know, I'm not a
12:19:39  3    geologist.  But once again, the -- you would
12:19:45  4    have -- I would expect some variation.  I would
12:19:48  5    expect some variation.
12:19:49  6        Q.    (By Mr. Chachkes)  When you say some
12:19:50  7   variation, can you quantify?
12:19:51  8        A.    No.  No.  But I would expect because the
12:19:55  9   materials out of the ground are, you know --
12:19:59  10  depending upon the way they have been mixed, ground,
12:20:02  11  mined, all of that, you could have some variation in
12:20:06  12  that.  Whether they were using a specific kind of
12:20:09  13  flotation process at one time versus another, all of
12:20:12  14  that kind of thing, you could get some variation.
12:20:15  15       Q.    Okay.  Is it your position that the
12:20:19  16  modified Blount TEM method you employed in your
12:20:24  17  March 2018 report is materially identical to ISO
12:20:28  18  22262?
12:20:29  19       A.    It is substantially the same.
12:20:35  20       Q.    Is it materially the same?
12:20:36  21       A.    Substantially the same.  If you're saying
12:20:39  22  exactly the same, is that what you're asking?
12:20:41  23       Q.    Well, let's do that.  Is it exactly the
12:20:44  24  same?
12:20:44  25       A.    Okay.  I'd say substantially the same.

145

| | |
|---|---|
| 12:20:46 1 | Q.   Okay.  What degree do they differ? |
| 12:20:50 2 | What ways do they differ? |
| 12:20:50 3 | A.   There may be some variation, slight |
| 12:20:52 4 | variation in the densities, the heavy density liquid. |
| 12:20:55 5 | Q.   Any other variation? |
| 12:20:56 6 | A.   I can't think of any right off the bat. |
| 12:20:59 7 | Q.   What's the average width of a tremolite |
| 12:21:02 8 | fiber under TEM? |
| 12:21:03 9 | A.   That varies depending on the size. |
| 12:21:05 10 | Q.   And when you say depending on the size, |
| 12:21:09 11 | what do you mean by that? |
| 12:21:10 12 | A.   Well, I mean, it depends.  It varies.  It |
| 12:21:13 13 | can be 1/10 of a micron and up. |
| 12:21:14 14 | Q.   So there's no -- in the published |
| 12:21:21 15 | literature there's no average width of a tremolite |
| 12:21:22 16 | fiber? |
| 12:21:23 17 | MS. O'DELL:  Object to the form. |
| 12:21:24 18 | THE WITNESS:  Oh, gosh.  I don't know. |
| 12:21:32 19 | There may be.  But as far as there being an |
| 12:21:36 20 | arrange width, again, it depends on how it's |
| 12:21:38 21 | been mined and milled and processed. |
| 12:21:41 22 | Q.   (By Mr. Chachkes)  Is there an average |
| 12:21:42 23 | width of an anthophyllite fiber under TEM? |
| 12:21:44 24 | A.   Same answer. |
| 12:21:45 25 | Q.   What's the largest width an anthophyllite |

146

| | |
|---|---|
| 12:21:48 1 | particle can have and still be characterized as a |
| 12:21:51 2 | fiber under a TEM? |
| 12:21:52 3 | A.   As far -- as long as there are bundled |
| 12:21:59 4 | fibrils in there, you know, it could be pretty large. |
| 12:22:03 5 | Q.   Well, the question's really what's the |
| 12:22:05 6 | largest width an anthophyllite particle can have and |
| 12:22:08 7 | still be characterized as a fiber? |
| 12:22:10 8 | A.   Well, if it has the aspect ratio, it will |
| 12:22:13 9 | still be -- it can be pretty large.  It will still be |
| 12:22:15 10 | considered as a fiber by TEM. |
| 12:22:17 11 | Q.   Okay.  And so you don't have an upper |
| 12:22:19 12 | boundary by which you'll no longer say that's an |
| 12:22:23 13 | anthophyllite fiber? |
| 12:22:25 14 | MS. O'DELL:  Object to the form. |
| 12:22:26 15 | Q.   (By Mr. Chachkes)  The width, I'm talking |
| 12:22:27 16 | about. |
| 12:22:27 17 | A.   On a width.  Well, again, it's got to meet |
| 12:22:30 18 | the aspect ratio. |
| 12:22:31 19 | Q.   But any time it meets the aspect ratio, it |
| 12:22:34 20 | doesn't matter how wide it is, you can still |
| 12:22:37 21 | characterize it as an anthophyllite particle? |
| 12:22:38 22 | A.   Well, I mean, when you go from the TEM to |
| 12:22:41 23 | the PLM scale, you're going orders of magnitude in |
| 12:22:44 24 | size, and these are called fibrils.  So, you know, |
| 12:22:47 25 | they can be pretty darn large. |

147

| | |
|---|---|
| 12:22:49 1 | Q.   What's the largest width a tremolite |
| 12:22:52 2 | particle can have and still be characterized as a |
| 12:22:56 3 | fiber under TEM?  Same answer? |
| 12:22:58 4 | A.   Yeah. |
| 12:22:58 5 | Q.   Okay.  Are all of the fibers that you've |
| 12:23:05 6 | identified in your reports as asbestos or asbestiform |
| 12:23:11 7 | formed in the fibrous crystalline habit? |
| 12:23:14 8 | A.   Originally, you know, looking at the |
| 12:23:18 9 | structures, we get into that question of them being |
| 12:23:22 10 | formed in a crystalline habit.  So that is a growth |
| 12:23:29 11 | mode for the production of the fibrils; but also, if |
| 12:23:34 12 | you -- how do you want to say it? |
| 12:23:41 13 | If massive tremolite, for instance, is |
| 12:23:46 14 | milled a certain way, it can break in cleavage planes |
| 12:23:51 15 | that will make it into the fibrils that are, you |
| 12:23:56 16 | know, regulated type fibrils.  Sure, you'll get |
| 12:23:59 17 | cleavage fragments, ones that appear triangular and, |
| 12:24:04 18 | you know, different kinds of shapes, but you will |
| 12:24:06 19 | produce these other kind of fibrils too that will |
| 12:24:09 20 | meet the definition. |
| 12:24:10 21 | Q.   Okay.  So a mineral that has a |
| 12:24:18 22 | nonregulated and a regulated version can be connected |
| 12:24:23 23 | in the cleavage plane but can be broken up such that |
| 12:24:27 24 | it would become in your mind a regulated asbestos |
| 12:24:29 25 | fiber? |

148

| | |
|---|---|
| 12:24:30 1 | MS. O'DELL:  Object to the form. |
| 12:24:31 2 | THE WITNESS:  Well, this does happen. |
| 12:24:35 3 | This does happen.  And there's a recent |
| 12:24:40 4 | publication for -- I think it's amosite, |
| 12:24:45 5 | grunerite, that shows this happens. |
| 12:24:48 6 | Q.   (By Mr. Chachkes)  Okay.  What's the |
| 12:24:49 7 | publication you're citing now? |
| 12:24:50 8 | A.   It's a 2019.  It's a recent publication. |
| 12:24:54 9 | Q.   Can you tell me the name of it? |
| 12:24:55 10 | A.   It's by Germine and Puffer, I believe it |
| 12:24:59 11 | is. |
| 12:25:00 12 | Q.   And you don't cite that in your report, do |
| 12:25:02 13 | you? |
| 12:25:02 14 | A.   Excuse me? |
| 12:25:03 15 | Q.   You don't cite that in your report -- |
| 12:25:04 16 | A.   No, no.  That's a recent publication. |
| 12:25:06 17 | Q.   And who are Germain and Puffer? |
| 12:25:09 18 | A.   They're a couple of researchers, I |
| 12:25:11 19 | believe, at UC Cal. |
| 12:25:12 20 | Q.   Do you know who funded their research? |
| 12:25:13 21 | A.   I think the university did. |
| 12:25:16 22 | Q.   Okay.  So am I correct in understanding |
| 12:25:20 23 | your testimony that not everything you've identified |
| 12:25:23 24 | as asbestos and asbestiform in your report was formed |
| 12:25:28 25 | in the -- necessarily formed in the crystalline |

149

| | |
|---|---|
| 12:25:31 | 1   habit? |
| 12:25:31 | 2       MS. O'DELL:  Object to the form. |
| 12:25:33 | 3       THE WITNESS:  Well, again, it's not part |
| 12:25:34 | 4   of the definition, that it be in the crystalline |
| 12:25:37 | 5   habit.  The definition has the parameters that |
| 12:25:40 | 6   we discussed already.  If it is in that form, |
| 12:25:45 | 7   it's going to be classified like that. |
| 12:25:48 | 8       Q.   (By Mr. Chachkes)  If something is formed |
| 12:25:53 | 9   in the crystalline habit and has an aspect ratio |
| 12:25:56 | 10  under 5-to-1, would you call it regulated asbestos? |
| 12:25:59 | 11      A.   Well, if it's 3-to-1, OSHA would. |
| 12:26:02 | 12      Q.   If something was formed in the fibrous |
| 12:26:04 | 13  crystalline habit and was in a 2-to-1 aspect ratio, |
| 12:26:08 | 14  would you call it asbestos? |
| 12:26:10 | 15      A.   That wouldn't meet the definition. |
| 12:26:12 | 16      Q.   Okay.  Does MAS have a protocol in place |
| 12:26:18 | 17  for describing the dimensions of fibers under a TEM? |
| 12:26:22 | 18      A.   Yes. |
| 12:26:22 | 19      Q.   Is it written? |
| 12:26:24 | 20      A.   Yes, it's in accordance with the standard |
| 12:26:26 | 21  methods, all of these standard methods we've |
| 12:26:28 | 22  discussed. |
| 12:26:29 | 23      Q.   Okay.  So your written protocol for |
| 12:26:37 | 24  identifying what's asbestos or not under a TEM is |
| 12:26:39 | 25  just basically a repeat of the regulations? |

151

| | |
|---|---|
| 12:27:35 | 1   samples you've reported on for TEM that is somewhere |
| 12:27:39 | 2   in your laboratory, like an electronic file that's |
| 12:27:41 | 3   not been produced, not in paper form for us? |
| 12:27:44 | 4       A.   Not that I know of, no. |
| 12:27:45 | 5       Q.   Was there any data generated in connection |
| 12:27:48 | 6   with the TEM analysis in this case that was thrown |
| 12:27:53 | 7   away or deleted? |
| 12:27:54 | 8       A.   No. |
| 12:27:54 | 9       Q.   I'm moving on to a new topic.  It's |
| 12:27:59 | 10  12:30ish.  I'm happy to keep going.  It would be a |
| 12:28:02 | 11  good breaking point but -- |
| 12:28:04 | 12      A.   I'm good to go.  We can go. |
| 12:28:06 | 13      Q.   Okay.  I mean, we're going to have a lunch |
| 12:28:08 | 14  and we're going to come back, so it's not like we're |
| 12:28:11 | 15  going to finish before lunch. |
| 12:28:13 | 16      A.   Oh.  Oh, well. |
| 12:28:13 | 17      MS. O'DELL:  It's up to you, Doctor.  If |
| 12:28:15 | 18  you want to go a little longer -- |
| 12:28:16 | 19      THE WITNESS:  We can take a break if you |
| 12:28:16 | 20  want to take a break. |
| 12:28:17 | 21      MS. PARFITT:  It's up to you. |
| 12:28:18 | 22      MS. O'DELL:  It's really up to you. |
| 12:28:21 | 23      THE WITNESS:  Okay.  That's good.  Break. |
| 12:28:22 | 24      (Lunch recess from 12:28 p.m. to 1:38 p.m.) |
| 13:38:49 | 25      Q.   (By Mr. Chachkes)  Good afternoon. |

150

| | |
|---|---|
| 12:26:41 | 1       A.   Yes. |
| 12:26:42 | 2       Q.   Okay.  No change whatsoever -- |
| 12:26:44 | 3       A.   Well, I mean, it's -- it's in accordance |
| 12:26:49 | 4   with the regulation. |
| 12:26:50 | 5       Q.   Okay.  What form is it in?  Is it like a |
| 12:26:55 | 6   piece of paper on a wall so TEM scientists can look |
| 12:26:57 | 7   at it?  Is it an email?  What it is? |
| 12:26:59 | 8       MS. O'DELL:  Object to the form. |
| 12:27:00 | 9       THE WITNESS:  It's a protocol.  We have a |
| 12:27:02 | 10  protocol that the analysts have to abide by. |
| 12:27:05 | 11      Q.   (By Mr. Chachkes)  Just physically, is it |
| 12:27:07 | 12  a piece of paper that analysts memorize -- |
| 12:27:10 | 13      A.   It's a document, yeah. |
| 12:27:11 | 14      Q.   Okay.  Do the analysts have it near |
| 12:27:13 | 15  them -- |
| 12:27:14 | 16      A.   It's a standard operating procedure we |
| 12:27:16 | 17  have. |
| 12:27:16 | 18      Q.   Okay.  So we would ask that that be |
| 12:27:18 | 19  produced. |
| 12:27:19 | 20      Does MAS have a protocol in place for |
| 12:27:22 | 21  describing the dimensions of fibers under TEM, or is |
| 12:27:26 | 22  that the same answer? |
| 12:27:27 | 23      A.   Same answer. |
| 12:27:27 | 24      Q.   Same, okay. |
| 12:27:33 | 25      Is there additional data concerning the |

152

| | |
|---|---|
| 13:39:27 | 1       A.   Good afternoon. |
| 13:39:27 | 2       Q.   Am I correct that you are not going to |
| 13:39:30 | 3   testify about the PLM results in your report? |
| 13:39:34 | 4       A.   That's correct. |
| 13:39:34 | 5       Q.   Okay.  I'll skip PLM questioning because |
| 13:39:38 | 6   of that. |
| 13:39:38 | 7       Am I correct that you are not going to |
| 13:39:40 | 8   testify about J3 results in your report? |
| 13:39:43 | 9       A.   Dr. Longo will testify on that. |
| 13:39:45 | 10      Q.   Okay.  Not you; right? |
| 13:39:47 | 11      A.   Correct. |
| 13:39:47 | 12      Q.   Okay.  So I'm going to skip questions on |
| 13:39:50 | 13  J3. |
| 13:39:51 | 14      Let me just ask one question, though.  Why |
| 13:39:54 | 15  did MAS use J3? |
| 13:39:57 | 16      A.   MAS used J3 to do XRD analysis.  MAS |
| 14:03:03 | 17  doesn't have XRD capabilities. |
| 14:04:05 | 18      Q.   But they did some other things beyond XRD; |
| 14:04:08 | 19  right? |
| 14:04:09 | 20      A.   J3? |
| | 21      Q.   Yeah. |
| 14:04:09 | 22      A.   Yes. |
| 14:04:10 | 23      Q.   Okay.  Why did they do those things? |
| 14:04:13 | 24      A.   To my knowledge, it was to help verify |
| 14:04:17 | 25  results. |

153

13:40:18  1      Q.      Verify results of things that were
13:40:20  2  otherwise being duplicated by MAS?
13:40:23  3      A.      There may have been some of that, yes.
13:40:25  4  Again, if you would ask Dr. Longo about that, please.
13:40:27  5      Q.      Okay.  What's an example of silicate, some
13:40:32  6  silicate materials?
13:40:33  7      A.      Well, a whole group of phyllosilicates are
13:40:39  8  clay, clay minerals.  There's lots of silicates.  I
13:40:43  9  mean, the earth's crust is covered with silicates.
13:40:46 10      Q.      Is talc a silicate?
13:40:47 11      A.      Yes.
13:40:47 12      Q.      Are you aware that there's different
13:40:50 13  grades of talc?
13:40:50 14      A.      Yes.
13:40:51 15      Q.      What are those grades?
13:40:54 16      A.      Well, they vary by composition, color,
13:40:57 17  size, particle size, that type of thing.
13:40:59 18      Q.      Is talc an asbestiform mineral?
13:41:05 19      A.      Fibrous talc could be described as an
13:41:10 20  asbestiform, yes.
13:41:11 21      Q.      Are asbestiform minerals silicates?
13:41:15 22      A.      Yes.
13:41:16 23      Q.      Do you know how many amphibole mineral
13:41:23 24  species there are?
13:41:24 25      A.      Quite a few.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

154

13:41:24  1      Q.      Do you have an estimate?
13:41:25  2      A.      Not right off the top of my head.  I bet
13:41:29  3  it's many.
13:41:30  4      Q.      Like more than 10?
13:41:31  5      A.      Yes.
13:41:31  6      Q.      More than 30?
13:41:33  7      A.      Yes.
13:41:33  8      Q.      When it comes time to give analysts in
13:41:40  9  your labs samples of J&J talc to analyze, do you
13:41:44 10  distribute them completely randomly?
13:41:47 11      MS. O'DELL:  Object to the form.
13:41:48 12      THE WITNESS:  Again, you would have to ask
13:41:49 13  Dr. Longo about that.  The TEM manager is the
13:41:54 14  one who distributes the samples once they come
13:41:57 15  in.
13:41:57 16      Q.      (By Mr. Chachkes)  Okay.  Would it be
13:41:59 17  better to distribute them randomly?
13:42:01 18      MS. O'DELL:  Object to the form.
13:42:03 19      THE WITNESS:  Well, I mean, we're going to
13:42:07 20  analyze the samples that we receive, so, you
13:42:11 21  know, random or not, it wouldn't make any
13:42:14 22  difference.
13:42:14 23      Q.      (By Mr. Chachkes)  Would you expect two
13:42:21 24  analysts to identify the same asbestos concentration
13:42:24 25  from the same bottle of J&J talc?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

155

13:42:27  1      A.      The answer to that is yes, I would expect
13:42:35  2  that.
13:42:36  3      Q.      And is that empirically what you've been
13:42:40  4  seeing?
13:42:41  5      MS. O'DELL:  Object to the form.
13:42:42  6      THE WITNESS:  Again, I don't know which
13:42:44  7  ones you're referring to here.  But from a
13:42:49  8  quality standpoint, they do see the same things.
13:42:52  9      Q.      (By Mr. Chachkes)  Okay.  If one --
13:42:54 10  hypothetically, if one analyst looked at a bottle and
13:42:57 11  saw 10,000 fibers per gram and another analyst looked
13:43:00 12  at the same bottle and got a nondetect, would that be
13:43:03 13  within the margin of error?
13:43:06 14      MS. O'DELL:  Object to the form.
13:43:10 15      THE WITNESS:  That would depend on the
13:43:12 16  statistics that we were using, whether -- that
13:43:17 17  would depend.
13:43:19 18      Q.      (By Mr. Chachkes)  Depend on what?
13:43:20 19      A.      It would depend on the number of
13:43:22 20  structures that they saw.
13:43:23 21      Q.      Okay.  Well, you know how you determine
13:43:27 22  structures; correct?
13:43:28 23      A.      Yes.  Yes.
13:43:28 24      Q.      And you know the number of structures you
13:43:30 25  need to extrapolate to 10,000 per gram?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

156

13:43:33  1      A.      Well, again, that varies.  That can vary,
13:43:39  2  as I say, depending on what the detection limit is.
13:43:42  3  So when you're saying a certain number per gram,
13:43:48  4  that's based on it being above a certain detection
13:43:51  5  limit.  So you may want to ask the question again to
13:43:55  6  clarify a little more.
13:43:55  7      Q.      Well, let's say one analyst analyzed an
13:44:02  8  aliquot from a bottle and saw 10 fibers and another
13:44:05  9  analyst analyzed an aliquot and didn't detect any
13:44:08 10  fibers.  Would that be within the margin of error?
13:44:11 11      A.      No.
13:44:11 12      Q.      Why not?
13:44:12 13      A.      That would be outside the margin of error.
13:44:14 14      Q.      Can you narrow for me what that margin of
13:44:17 15  error is?
13:44:18 16      A.      Well, in our laboratory the coefficient of
13:44:23 17  variation between analysts is around I think 5 or
13:44:27 18  7 percent, something like that.  So I would expect
13:44:35 19  the variation to be not much more than that.  Maybe
13:44:40 20  1 fiber difference, something like that, depending
13:44:42 21  upon how many fibers they found.
13:44:44 22      Q.      When you say coefficient of variation,
13:44:46 23  you're referring to the coefficient of variation
13:44:49 24  study that you all did?
13:44:49 25      A.      Yes.  Yes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

157

13:44:50  1    Q.    And were you part of that?

13:44:51  2    A.    Yes.

13:44:51  3    Q.    What about would the same coefficient of

13:45:00  4    variation apply to the difference in type of asbestos

13:45:06  5    that the analysts are finding?

13:45:08  6    A.    It should.  Yes.

13:45:10  7    Q.    Okay.  So you would expect that the ratio

13:45:12  8    of tremolite to anthophyllite in a bottle should

13:45:17  9    remain relatively constant amongst different analysts

13:45:20 10    within 5 to 7 percent?

13:45:21 11    A.    Yes.

13:45:21 12    Q.    If the numbers were completely out of

13:45:29 13    whack with that, let's say there was 30 percent

13:45:32 14    difference, would you believe you need to rerun the

13:45:35 15    results, or would you average the two?  What would be

13:45:38 16    your reaction?

13:45:39 17         MS. O'DELL:  Object to the form.

13:45:40 18         THE WITNESS:  Well, if the analysts

13:45:44 19    weren't seeing the same thing -- I mean, this is

13:45:48 20    the way we run the QC.  For instance, if they

13:45:52 21    haven't found -- if you put them in the same

13:45:56 22    grid square and they haven't found the same

13:45:59 23    number of structures there, then you

13:46:03 24    typically -- we go back, we look at what was

13:46:05 25    there, we sit down with the analyst and try to

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

158

13:46:08  1    understand why there is a difference like that,

13:46:11  2    and then we resolve the difference at that

13:46:14  3    point.

13:46:14  4         Now, that's the way the process typically

13:46:17  5    works.

13:46:17  6    Q.    (By Mr. Chachkes)  Was your coefficient of

13:46:19  7    variation study analysts looking at the same grid

13:46:22  8    square?

13:46:22  9    A.    Yes.

13:46:22 10    Q.    Okay.  Let's do it in a completely

13:46:25 11    different hypothetical.

13:46:25 12    A.    All right.

13:46:26 13    Q.    The two analysts in your lab take aliquots

13:46:29 14    out of a bottle that are different, so they end up

13:46:31 15    looking at different grid squares.

13:46:33 16    A.    Yes.

13:46:33 17    Q.    Would you expect the results to be the

13:46:35 18    same?

13:46:36 19         MS. O'DELL:  Object to the form.

13:46:37 20         THE WITNESS:  If the sample was

13:46:41 21    homogeneous, let's hypothetically say that it is

13:46:46 22    completely homogeneous, then, yes, I would

13:46:48 23    expect the same kinds of results.

13:46:50 24    Q.    (By Mr. Chachkes)  Do you know whether or

13:46:51 25    not bottles are homogeneous, samples are homogeneous?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

159

13:46:56  1    A.    They should be because they're mixed prior

13:46:59  2    to the actual analysis, you know, they're mixed in

13:47:02  3    preparation, the sample is.

13:47:03  4    Q.    Wouldn't you expect greater variation when

13:47:06  5    two analysts are looking at their own grids

13:47:12  6    separately rather than comparing what they see under

13:47:15  7    the same grid?

13:47:16  8         MS. O'DELL:  Object to the form.

13:47:17  9         THE WITNESS:  Yeah.  That's a good

13:47:19 10    question.  We're not doing chemistry here.

13:47:23 11    We're doing particle analysis.  So in chemistry

13:47:26 12    where you have something that is in, for

13:47:29 13    instance, in solution, it's mixed in solution,

13:47:31 14    it's dispersed in that solution by Brownian

13:47:37 15    motion forces that keep it very random and

13:47:39 16    mixed.

13:47:40 17         Wherein a particle solution, if you want

13:47:44 18    to call it that, you can have variation based on

13:47:46 19    the particle size and a number of factors, but

13:47:50 20    the objective is to make the samples as

13:47:53 21    homogeneous as possible.

13:47:54 22         So you would expect them, if they took a

13:47:56 23    sample from the same bottle and they're both

13:47:58 24    homogeneous, you should get close to the same

13:48:01 25    answer.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

160

13:48:01  1    Q.    (By Mr. Chachkes)  Okay.  In your

13:48:04  2    experience do two of your analysts looking at the

13:48:06  3    same exact grid identify the same bundle-to-fiber

13:48:11  4    ratio?

13:48:12  5    A.    I would say that most of the time they do.

13:48:18  6    There may be some slight variations in the size of

13:48:23  7    the structure.  It will be the same structure because

13:48:25  8    you can see it in the images that they make, but they

13:48:30  9    may have some slight variation in the size based on

13:48:33 10    the microscope that's being used because a couple of

13:48:37 11    the scopes we have have slightly different graticules

13:48:42 12    in the scope so there may be a little difference in

13:48:45 13    the length or the width, just a slight amount.

13:48:47 14    Q.    But generally speaking, you would expect

13:48:49 15    two analysts in your laboratory looking at the same

13:48:51 16    grid pattern to roughly identify the same

13:48:55 17    fiber-to-bundle ratio?

13:48:56 18    A.    Yes.

13:48:58 19    Q.    Roughly speaking, you would expect two

13:49:00 20    analysts looking at the same grid opening to --

13:49:08 21    roughly speaking, you would expect two analysts

13:49:10 22    looking at the same grid opening to identify the same

13:49:14 23    asbestos type composition, like anthophyllite versus

13:49:17 24    tremolite versus no detect?

13:49:20 25    A.    Yes.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

161

13:49:20 1      Q.      Okay.  And that's based on the coefficient
13:49:22 2  of variation study?
13:49:23 3      A.      Yes, and also their training.  So they're
13:49:27 4  well versed in this.
13:49:28 5      Q.      Okay.  You wouldn't know whether Lee Poye
       6  would expect the same thing?
       7          THE REPORTER:  I'm sorry, you would or
       8  wouldn't?
13:49:39 9      Q.      (By Mr. Chachkes)  You would not expect --
13:49:40 10  you would not know whether Lee Poye would say the
13:49:41 11  same thing --
       12          MS. O'DELL:  Object to the form.
13:49:42 13      Q.      (By Mr. Chachkes)  -- is that outside of
13:49:43 14  your knowledge?
13:49:44 15          MS. O'DELL:  Excuse me, I didn't mean to
13:49:46 16  interrupt you.  Are you finished?
13:49:48 17          Object to the form.
13:49:49 18          THE WITNESS:  All right.  Well, as being a
13:49:54 19  certified laboratory and having earned
13:49:57 20  protocols, I would expect that their analysts
13:49:59 21  would find the same kinds of things.  There may
13:50:03 22  be some variation, but again, you know, there is
13:50:10 23  slight variation between laboratories.
13:50:12 24      Q.      (By Mr. Chachkes)  Okay.  Did you ever
13:50:13 25  quantify the slight variation between laboratories?

162

13:50:16 1          MS. O'DELL:  Object to the form.
13:50:17 2          THE WITNESS:  In this case, no.  We did
13:50:20 3  see variation, and that's in the report.  But
13:50:25 4  again, it doesn't change what has been found.
13:50:30 5  There were, I believe, a couple by TEM that we
13:50:33 6  weren't able to verify, so, you know, it does
13:50:35 7  happen.
13:50:35 8      Q.      (By Mr. Chachkes)  Would you --
13:50:41 9      A.      But for the most part, we did agree.
13:50:44 10      Q.      Okay.  Let's compare -- let's talk about
13:50:48 11  on the one hand the non-MDL samples that you guys
13:50:52 12  have analyzed of J&J talc, and on the other hand MDL
13:50:56 13  samples of J&J talc.
13:50:57 14          Would you expect the results for, let's
13:51:01 15  say, 150 tests of the non-MDL samples to look roughly
13:51:08 16  like the 150 tests of the MDL samples?
13:51:13 17          MS. O'DELL:  Objection to form.  Without
13:51:15 18  limitation on time, et cetera?  Product?
13:51:19 19          THE WITNESS:  It's a hypothetical.  But if
13:51:23 20  there -- I mean, if they're the same product
13:51:26 21  from the same lot, I would expect similar
13:51:29 22  results.
13:51:29 23      Q.      (By Mr. Chachkes)  What about without that
13:51:33 24  qualification, let's say we know they're from the
13:51:36 25  same mine but you know nothing else, would you expect

163

13:51:42 1  the results from the non-MDL samples to look like the
13:51:46 2  MDL samples?
13:51:47 3      A.      I mean, if they're splits of the same
13:51:51 4  sample or -- oh, they're different.
13:51:51 5      Q.      They're different.  So you understand that
13:51:53 6  the non-MDL samples are literally different bottles
13:51:56 7  than the MDL samples?
13:51:58 8      A.      Yeah.  I don't have an opinion on that.  I
13:52:04 9  don't have an opinion.  I'd have to think about that.
13:52:06 10      Q.      Would you expect the type of asbestos
13:52:08 11  found to be roughly the same?
13:52:11 12      A.      Same answer.
13:52:12 13      Q.      Okay.  No opinion?
13:52:15 14      A.      Yeah, right.
13:52:16 15      Q.      If you had an analyst who told you he had
13:52:24 16  a nondetect for asbestos in a bottle, a sample from a
13:52:28 17  bottle --
13:52:28 18      A.      Yes.
13:52:29 19      Q.      -- would you expect another analyst
13:52:32 20  separately on a different day analyzing that same
13:52:35 21  bottle to get a nondetect?
13:52:38 22      A.      If the sample was prepared the same way
13:52:47 23  and the detection limit was the same, I would expect
13:52:52 24  similar results.
13:52:53 25      Q.      Okay.  That goes to the reproducibility of

164

13:52:58 1  your --
13:52:59 2      A.      Yeah.
13:53:03 3      Q.      Okay.  When you present -- what's more
13:53:05 4  accurate of a representation of what's in a bottle of
13:53:09 5  J&J talc, a single analysis or multiple analyses
13:53:16 6  separately averaged?
13:53:18 7          MS. O'DELL:  Object to the form.
13:53:19 8          THE WITNESS:  Let me put it in terms of
13:53:28 9  how FDA does their thing.  A laboratory runs a
13:53:35 10  study to validate a method.  That's the way it's
13:53:39 11  done.  They will validate the method based on
13:53:43 12  accuracy, precision, reproducibility, stability,
13:53:46 13  all these different factors.
13:53:48 14          And when they're done with that, when
13:53:51 15  they're done with that validation study, now
13:53:53 16  they have a method that they will use that is
13:53:56 17  allowed to use one sample from that to get a
13:54:00 18  result.  Because they validated their
13:54:06 19  methodology and are using a standard
13:54:07 20  methodology, that's what's allowed by FDA.
13:54:11 21          So I would expect one sample should be
13:54:12 22  fine.  You can do more, you can average more,
13:54:16 23  but the one sample should be representative
13:54:19 24  based on the methodology.
13:54:20 25      Q.      (By Mr. Chachkes)  So my question was not

165

13:54:22  1  about adequacy or what follows regulatory methods.
13:54:28  2  I'm just saying what would you personally believe to
13:54:30  3  be more reliable, a single analysis from a bottle or
13:54:36  4  multiple separate analyses from a bottle averaged?
13:54:39  5      MS. O'DELL:  Object to the form.
13:54:40  6      THE WITNESS:  I would say the single
13:54:42  7  sample based on the methodology that we use that
13:54:45  8  has been validated, published.  A single sample
13:54:50  9  should be fine.
13:54:51  10     Q.    (By Mr. Chachkes)  Do you expect that the
13:54:52  11  multiple samples' average would be precisely the
13:54:55  12  same?
13:54:56  13     A.    I don't know about --
13:54:57  14     MS. O'DELL:  Object to form.
13:54:58  15     THE WITNESS:  -- precisely the same, but
13:54:59  16  they should be very similar.
13:55:01  17     Q.    (By Mr. Chachkes)  But you're not going to
13:55:02  18  say that one's better in terms of a more accurate
13:55:05  19  representation of what's in the bottle?
13:55:07  20     MS. O'DELL:  Object to the form.
13:55:08  21     THE WITNESS:  Well, now you've got an
13:55:09  22  average.  So you got an average of multiples,
13:55:13  23  they should be very similar.
13:55:14  24     If you take a single, you should get a
13:55:17  25  representative that is close to the average, you

166

13:55:20  1  know, within one standard definition of the
13:55:22  2  average.  So that's what I would expect.
13:55:24  3      Q.    (By Mr. Chachkes)  Okay.
13:55:25  4      A.    And it's acceptable to have something
13:55:27  5  within two to three standard deviations.
13:55:30  6      Q.    I'm just asking a question about which
13:55:31  7  would be more representative of what objectively is
13:55:34  8  in the bottle, one analysis or multiple analyses
13:55:39  9  averaged, which would be more representative?
13:55:41  10     MS. O'DELL:  Object to the form.
13:55:42  11     THE WITNESS:  Well, the single can be
13:55:43  12  representative, absolutely.
13:55:44  13     Q.    (By Mr. Chachkes)  And --
13:55:45  14     A.    I know you're saying more, I get that.
         15     Q.    Yeah.
13:55:47  16     A.    I understand that.
13:55:47  17     Q.    Can you answer the question?
13:55:48  18     A.    Sure.
13:55:48  19     Q.    Which is more representative?
13:55:49  20     A.    Which is more representative?
13:55:51  21     Q.    Yeah.
13:55:51  22     A.    Any of those three, if there were three of
13:55:54  23  them, would be representative.  Any of them.
13:55:55  24     Q.    Okay.  So if someone presented you a data
13:55:59  25  for one analysis of the asbestos concentration for a

167

13:56:04  1  bottle and someone else presented you, let's say, ten
13:56:07  2  different analyses, separate analyses averaged, you
13:56:10  3  would say those are equally representative, the
13:56:13  4  standard definitions, the margin of error, same for
13:56:16  5  both?
13:56:17  6      MS. O'DELL:  Object to the form.
13:56:18  7      THE WITNESS:  Well, the ten will give you
13:56:21  8  an average with a standard deviation, and if
13:56:23  9  that single one falls within that, it's still
13:56:27  10  adequate analysis of that and it's still
13:56:30  11  acceptable.
13:56:30  12     Q.    (By Mr. Chachkes)  The question is would
13:56:32  13  those two examples have the same standard deviations
13:56:35  14  and margins of error?
13:56:37  15     MS. O'DELL:  Object to the form.
13:56:38  16     THE WITNESS:  Well, they won't.  Of
13:56:39  17  course, you've got one that's got ten and one
13:56:41  18  has one.  But I'm going by a method that's been
13:56:44  19  validated as accepted as a standard method.  You
13:56:48  20  should be able to take one sample and it be
13:56:50  21  representative, yes.
13:56:50  22     Q.    (By Mr. Chachkes)  When you say they won't
13:56:51  23  have the same margin of error, the average of ten
13:56:54  24  would have a smaller margin of error; correct?
13:56:57  25     A.    Not --

168

13:56:57  1      MS. O'DELL:  Object to the form.
13:56:59  2      THE WITNESS:  -- necessarily.  It could.
13:57:00  3  It could.  Yep.
13:57:01  4      Q.    (By Mr. Chachkes)  Okay.  In what instance
13:57:01  5  would the ten done by the exact same procedure have a
13:57:04  6  larger margin of error when averaged than the one?
13:57:07  7      A.    Well, the one's not going to -- the one is
13:57:10  8  the one.  So what I'm saying is the one would fall
13:57:14  9  within the group of ten, so it would be
13:57:16  10  representative.
13:57:17  11     Q.    I'm not asking questions about
13:57:18  12  representative in any way whatsoever.
13:57:20  13     A.    I know.  I'm trying to answer from a
13:57:21  14  scientific point of view.
13:57:23  15     Q.    Yeah.  So if you want to be a scientist
13:57:25  16  about it, I would appreciate you under -- like,
13:57:27  17  listen to the words I'm saying, okay?  I'm talking
13:57:29  18  about the standard deviations, not what's
13:57:32  19  representative, just the math of standard deviations.
13:57:35  20     A.    Well, there's no --
13:57:36  21     MS. O'DELL:  Object --
13:57:36  22     THE WITNESS:  -- no standard deviation in
13:57:38  23  one.  So you're trying to compare ten to one and
13:57:41  24  say standard deviation, and it's not working.
13:57:43  25     Q.    (By Mr. Chachkes)  Okay.  How about

**169**

13:57:43  1  comparing two averaged and 100 averaged --

13:57:46  2  A.  Well, now all of a sudden now we're at two

13:57:51  3  and ten instead of one and ten.

13:57:53  4  Q.  100.

13:57:54  5  A.  Or 100.  Yeah, no, I'm talking about you

13:57:55  6  want to know about one, and I'm telling you one is

13:57:57  7  representative.  That's my opinion.

13:57:58  8  Q.  Just asking about standard deviations.  Is

13:58:01  9  it possible to talk about the math of standard

10  deviations without saying the word representative?

11  MS. O'DELL:  Object to the form.

12  THE REPORTER:  Wait.  I'm sorry, say it

13  again, please.

13:58:07  14  Q.  (By Mr. Chachkes)  Is it possible to talk

13:58:08  15  about the math of standard deviations without using

13:58:11  16  the word representative?

13:58:12  17  MS. O'DELL:  Object to the form.

13:58:13  18  THE WITNESS:  I'm not quite sure what

13:58:18  19  you're getting at.

13:58:18  20  Q.  (By Mr. Chachkes)  Okay.  Every time I ask

13:58:21  21  you about standard deviations, you say

13:58:23  22  representative.  I'm just talking about the math.  Do

13:58:25  23  you understand that?

13:58:26  24  A.  Yeah, but --

13:58:26  25  MS. O'DELL:  Object to the form.

**170**

13:58:27  1  THE WITNESS:  -- I mean as far as -- I

13:58:31  2  mean, if you read back some of what I said, how

13:58:34  3  many times did I say representative with that?

13:58:36  4  Was it quite a few?

13:58:37  5  Q.  (By Mr. Chachkes)  It's a bit of a burden

13:58:39  6  to put on the reporter.

13:58:40  7  A.  I know, but I'm like I don't recall it

13:58:41  8  being so much a part of the standard deviation, you

13:58:44  9  know, answer.

13:58:45  10  Q.  Okay.  Let me see if you can answer this

13:58:46  11  question without using the words representative or

13:58:49  12  what's regulatory or -- just about a question about

13:58:52  13  standard deviation.  Listen to the question.

13:58:54  14  MS. O'DELL:  You may answer it any way you

13:58:56  15  choose.

13:58:56  16  THE WITNESS:  I know.  I mean, when I say

13:58:59  17  representative, I'm talking about that sample

13:59:01  18  being representative of the bottle.

13:59:03  19  Q.  (By Mr. Chachkes)  Okay.

13:59:04  20  A.  That's what I'm talking about

13:59:05  21  representative.  I didn't say it was representative

13:59:07  22  about standard deviation.

23  Q.  Okay.

13:59:08  24  A.  I said it's representative of what is in

13:59:09  25  the bottle.

**171**

13:59:10  1  Q.  This is a new, independent question.

13:59:12  2  A.  Okay.

13:59:12  3  Q.  And --

13:59:13  4  A.  New question.

13:59:14  5  Q.  You've got two samples from one -- a

13:59:19  6  bottle?

13:59:19  7  A.  Yes.

13:59:19  8  Q.  Separately analyzed?

13:59:21  9  A.  Okay.

13:59:21  10  Q.  Average them on one hand?

13:59:23  11  A.  Yes.

13:59:23  12  Q.  You've got 100 samples from that same

13:59:25  13  bottle average -- and separately analyze those and

13:59:28  14  average them, which is going to have a higher

13:59:31  15  standard deviation?

13:59:33  16  MS. O'DELL:  Object to the form.

13:59:34  17  THE WITNESS:  I can't tell you that.

13:59:35  18  Q.  (By Mr. Chachkes)  Okay.  Why can't you

13:59:36  19  tell me that?

13:59:36  20  A.  Because I don't have the numbers.  I don't

13:59:39  21  have any numbers to work with.

13:59:40  22  Q.  In what world is this hypothetical such

13:59:44  23  that the standard deviation is smaller for the two on

13:59:48  24  average than the 100 on average?

13:59:49  25  MS. O'DELL:  Object to the form.

**172**

13:59:50  1  THE WITNESS:  It could be the same.

13:59:53  2  Standard deviation could be exactly the same.

13:59:54  3  Q.  (By Mr. Chachkes)  Okay.  Is there any

13:59:55  4  situation where the two is going to have a lower

13:59:57  5  deviation?

13:59:57  6  A.  A lower standard deviation?

13:59:59  7  Q.  Right.

14:00:04  8  A.  The two have a lower standard deviation?

14:00:07  9  Q.  Right.

14:00:07  10  A.  Possibly.

11  Q.  How?

14:00:07  12  A.  Well, it depends on how close the results

14:00:09  13  are.  The closer they are, the smaller the standard

14:01:11  14  deviation.

14:01:15  15  Q.  Okay.  That's your opinion of how standard

14:00:13  16  deviation is calculated?

14:00:15  17  MS. O'DELL:  Object to the form.

14:00:15  18  THE WITNESS:  We didn't talk about how

14:00:17  19  it's calculated.  There's a formula for that.

20  Q.  (By Mr. Chachkes)  Okay.

14:00:19  21  A.  Okay.  But the closer the values are to

14:00:25  22  each other, the smaller the standard deviation's

14:00:29  23  going to be.

14:00:29  24  Q.  Did your analysts use the point counting

14:00:32  25  method?

173

| | |
|---|---|
| 14:00:32 1 | A. Are we back to PLM? |
| 14:00:34 2 | Q. Well, there's a point counting method for |
| 14:00:37 3 | PLM and SEM. |
| 14:00:38 4 | A. Yeah. |
| 14:00:38 5 | Q. So you don't do SEM, right? |
| 14:00:39 6 | A. No. |
| 14:00:40 7 | Q. Okay. All right. I'm going to skip that. |
| 14:00:42 8 | A. No. No. No. Yep, okay. |
| 14:00:43 9 | Q. I'll skip that, that's fine. |
| 14:00:49 10 | So let's talk about the coefficient of |
| 14:00:50 11 | variation study. I'm just going to give it to you. |
| 14:00:52 12 | A. Okay. |
| 14:00:53 13 | Q. We will mark it as an exhibit. What's the |
| 14:00:56 14 | next exhibit? She has to mark it. |
| 15 | A. Yep. |
| 16 | (Defendants' Exhibit 3 was marked for |
| 14:01:22 17 | identification.) |
| 14:01:22 18 | Q. (By Mr. Chachkes) All right. So is this |
| 14:01:26 19 | the coefficient of variation study that you referred |
| 14:01:29 20 | to earlier? |
| 14:01:30 21 | A. Yes. |
| 14:01:42 22 | Q. And that's where you got that 5 to 7 |
| 14:01:45 23 | percent deviation number from? |
| 14:01:46 24 | A. Yes. |
| 14:01:46 25 | Q. Is there a right answer and a wrong answer |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

174

| | |
|---|---|
| 14:01:51 1 | as to whether someone you're looking at visually |
| 14:01:54 2 | under TEM is a fiber or bundle? |
| 14:01:56 3 | MS. O'DELL: Object to the form. |
| 14:01:57 4 | THE WITNESS: Is a fiber or a bundle a |
| 14:02:02 5 | right answer or a wrong answer? I would say |
| 14:02:04 6 | yes. |
| 14:02:05 7 | Q. (By Mr. Chachkes) So is the coefficient |
| 14:02:10 8 | of variation also -- can we also refer to it as an |
| 14:02:13 9 | error rate? Is that the same thing? |
| 14:02:14 10 | A. Yes. |
| 14:02:14 11 | Q. And for this coefficient of variation you |
| 14:02:18 12 | bought off-the-shelf J&J baby powder and added a |
| 14:02:22 13 | known tremolite asbestos and anthophyllite asbestos |
| 14:02:24 14 | standard reference material? |
| 14:02:26 15 | A. Yes. |
| 14:02:27 16 | Q. And you spiked the J&J baby powder with |
| 14:02:31 17 | enough asbestos to reach a concentration of about |
| 14:02:33 18 | .3 percent? |
| 14:02:33 19 | A. Yes. |
| 14:02:34 20 | Q. And the highest concentration of any |
| 14:02:35 21 | bottle that you've tested in this case is |
| 14:02:38 22 | .035 percent; correct? |
| 14:02:42 23 | MS. O'DELL: Object to the form. |
| 14:02:43 24 | THE WITNESS: I would have to check and |
| 14:02:44 25 | see. |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

175

| | |
|---|---|
| 14:02:44 1 | Q. (By Mr. Chachkes) Okay. Do you have -- |
| 14:02:44 2 | just sitting here today, without referring to the |
| 14:02:46 3 | report, do you have an idea of what the highest |
| 14:02:48 4 | concentration of any bottle of MDL samples that you |
| 14:02:51 5 | tested is? |
| 14:02:52 6 | MS. O'DELL: Object to the form. |
| 14:02:53 7 | THE WITNESS: Again, I can't remember off |
| 14:02:54 8 | the top of my head right now, yeah. |
| 14:02:55 9 | Q. (By Mr. Chachkes) That's fine. It's not |
| 14:02:57 10 | a memory test. |
| 11 | A. Yep. |
| 14:02:58 12 | Q. For the coefficient of variation you |
| 14:03:00 13 | prepared 25 grid openings; correct? |
| 14:03:02 14 | A. Yes. |
| 14:03:02 15 | Q. And then you had four TEM analysts look at |
| 14:03:06 16 | the exact same grids and analyze them for tremolite |
| 14:03:09 17 | and anthophyllite asbestos; correct? |
| 14:03:10 18 | A. Yes. Yes. |
| 14:03:11 19 | Q. And so those four analysts were looking at |
| 14:03:13 20 | the exact same thing? |
| 14:03:14 21 | A. Yes. |
| 14:03:14 22 | Q. And these are the analysts who did the |
| 14:03:19 23 | testing of the MDL samples? |
| 14:03:21 24 | A. To my knowledge, yes. |
| 14:03:22 25 | Q. Do you consider the error rate that is |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

176

| | |
|---|---|
| 14:03:28 1 | your conclusion in the coefficient of variation study |
| 14:03:31 2 | to be a good one for a lab? |
| 14:03:33 3 | A. Yes. |
| 14:03:33 4 | Q. Looking specifically at the count sheets |
| 14:03:37 5 | for tremolite, two of the analysts found nine |
| 14:03:42 6 | structures in the sample and two found ten |
| 14:03:44 7 | structures; correct? |
| 14:03:45 8 | A. Yes. |
| 14:03:45 9 | Q. And that's the 6 percent error rate you |
| 14:03:49 10 | were talking about, the roughly 6 percent error rate? |
| 14:03:51 11 | MS. O'DELL: Object to the form. |
| 14:03:52 12 | THE WITNESS: That's part of the way it's |
| 14:03:54 13 | calculated, yes. |
| 14:03:55 14 | Q. (By Mr. Chachkes) Okay. What other ways |
| 14:03:58 15 | was it calculated? |
| 14:03:59 16 | A. That's the way it was calculated according |
| 14:04:01 17 | to the formula we used. |
| 14:04:02 18 | Q. Okay. |
| 14:04:03 19 | A. Yep. |
| 14:04:03 20 | Q. Your analysts wrote down whether the |
| 14:04:08 21 | structure they found was a fiber or bundle; right? |
| 14:04:10 22 | A. Yes. |
| 14:04:11 23 | Q. This is a part of the study parameters; |
| 24 | right? |
| 14:04:17 25 | A. Yes. |

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

177

14:04:17 1  Q.   Let me --

14:04:22 2  A.   I mean, the rate is based on the number of

14:04:24 3  structures that they counted.  Now, they may have

14:04:26 4  been a fiber or a bundle, but it's the total number

14:04:29 5  of structures they counted.  Yep.

14:04:31 6       MR. CHACHKES:  Let's mark as the next

14:04:32 7  exhibit, what are we on, 4?

        8       (Defendants' Exhibit 4 was marked for

14:04:52 9  identification.)

14:04:52 10  Q.   (By Mr. Chachkes)  So what we have marked

14:04:55 11  as Rigler 4 is a demonstrative we worked up so that

14:04:57 12  we can see -- compare the analysts' work against each

14:04:59 13  other.

14:05:00 14       Can you just confirm that -- let's look,

14:05:03 15  for example, at analyst 1, what they found for grid

14:05:10 16  opening A8-E2?

14:05:16 17  A.   Which analysis is this?  Which sample is

14:05:17 18  this?

14:05:18 19  Q.   So this is -- you've gone to the appendix,

14:05:21 20  right, of Rigler 3.

14:05:26 21  A.   What?  Where are we --

14:05:29 22  Q.   So Rigler 3 is the coefficient of

14:05:32 23  variation study.

14:05:33 24  A.   Okay.

14:05:33 25  Q.   And if you go into -- there are sheets for

178

14:05:38 1  different analysts; right?

14:05:39 2  A.   Yeah, these are the count sheets, right.

14:05:41 3  Q.   Right.  So if you go to the first analyst

14:05:48 4  and you go to A8-E2 --

14:05:51 5  A.   Okay.

14:05:51 6  Q.   -- you see that the structure identified

14:05:53 7  was a bundle --

14:05:54 8  A.   Okay.

14:05:54 9  Q.   -- right?

14:05:55 10  A.   Yes.

14:05:56 11  Q.   Okay.  And then in my demonstrative you

14:05:58 12  see that's a bundle; right?

14:06:00 13  A.   Right.

14:06:00 14  Q.   And then you go to analyst number 2 -- is

14:06:06 15  that the second page?

14:06:07 16  A.   Yes.

14:06:07 17  Q.   Okay.  And it says in the upper left-hand

14:06:09 18  corner analyst 2?

14:06:10 19  A.   Yes.

14:06:10 20  Q.   Okay.  That for A8-E2 that analyst

14:06:16 21  identified a fiber?

14:06:17 22  A.   Okay.

14:06:17 23  Q.   Is that correct?

14:06:18 24  A.   Uh-huh.

14:06:19 25  Q.   Okay.  And that's reflected in the

179

14:06:21 1  demonstrative?

14:06:22 2  A.   Yep.

14:06:22 3  Q.   And analyst number 3, A8-E2, that analyst

14:06:27 4  detected a fiber?

14:06:28 5  A.   Yes.

14:06:29 6  Q.   Okay.  And then analyst number 4, A8-E2,

14:06:34 7  that analyst detected a bundle?

14:06:36 8  A.   Yes.  Yep.

14:06:37 9       MS. O'DELL:  Did you say A8-2 twice?

        10       THE WITNESS:  This one.

14:06:41 11       MR. CHACHKES:  A8-E2.

14:06:43 12       THE WITNESS:  Yeah.  Is that grid square?

14:06:44 13       MS. O'DELL:  Yeah.

        14       THE WITNESS:  Yeah.

14:06:45 15       MS. O'DELL:  Got it.  And then for --

14:06:49 16  Q.   (By Mr. Chachkes)  Okay.  So what we've

14:06:51 17  done is we've summarized these grid openings in this

14:06:55 18  demonstrative in that way --

14:06:56 19  A.   Right.

14:06:56 20  Q.   -- do you follow me so far?

14:06:58 21  A.   Yes.

14:06:58 22  Q.   And your analysts are trained to

14:07:00 23  distinguish between a fiber and a bundle; right?

14:07:02 24  A.   Yes.

14:07:02 25  Q.   And you ran this experiment to detect how

180

14:07:06 1  good your analysts were at identifying the same

14:07:09 2  thing?

14:07:09 3       MS. O'DELL:  Object to the form.

14:07:10 4  Q.   (By Mr. Chachkes)  Is that a yes?

14:07:11 5  A.   That would be yes.

14:07:11 6  Q.   But out of the 11 grid openings, your

14:07:14 7  analysts only came to consensus on the type of

14:07:16 8  structure they found only once?

14:07:18 9       MS. O'DELL:  Object to the form.

14:07:19 10       THE WITNESS:  Every time they came to the

14:07:20 11  consensus that it was tremolite.

14:07:22 12  Q.   (By Mr. Chachkes)  This is not the

14:07:23 13  question.

14:07:23 14  A.   But that is the answer.  This is what

14:07:25 15  we're concerned about here, is it asbestos.

14:07:27 16  Q.   The question before you is:  Out of 11

14:07:30 17  grid openings your analysts only came to a consensus

14:07:33 18  on the type of structure they found only once?

14:07:36 19  A.   What's that?  Out of 11 grid openings?

14:07:39 20  Q.   Right.

14:07:40 21  A.   No.

14:07:40 22  Q.   Okay.  Look at the demonstrative.

        23  A.   Okay.

14:07:43 24  Q.   For A8-E2 your analysts did not find the

14:07:46 25  same structure; right?  Two found bundle, two found

181

14:07:52 1 fiber?

14:07:52 2    A.    Uh-huh.

14:07:53 3    Q.    For A8-E4 they all agree it's a fiber?

14:07:57 4    A.    Uh-huh.

14:07:57 5    Q.    For A8-E5 they did not agree whether it

14:08:00 6 was a bundle or fiber.

14:08:02 7    A.    Okay.

14:08:03 8         MS. O'DELL:  And feel free to check if you

14:08:05 9 need to check the data.  It's in the

14:08:08 10 demonstrative.

14:08:08 11   Q.    (By Mr. Chachkes)  Yeah.  I mean, if you

14:08:09 12 think we're putting a fraudulent --

14:08:00 13   A.    No --

14:08:00 14   Q.    -- in front of you --

14:08:13 15   A.    -- no.

14:08:13 16        MS. O'DELL:  I think mistakes can happen.

14:08:00 17        THE WITNESS:  I'm sure they can.

14:08:15 18        MS. O'DELL:  I think probably the others

14:08:16 19 happen, too, but I'm not suggesting that in this

14:08:18 20 situation.

14:08:18 21   Q.    (By Mr. Chachkes)  So you can see for the

14:08:20 22 11 grid openings on the demonstrative we put before

14:08:23 23 you, there was only one instance where the analysts

14:08:27 24 agreed on the fiber structure.

14:08:30 25   A.    Okay.

182

14:08:31 1    Q.    Right?

14:08:32 2    A.    Okay.

14:08:32 3    Q.    And did you -- did you determine an error

14:08:39 4 rate for your analysts' ability to determine

14:08:42 5 morphology?

14:08:43 6    A.    No.

14:08:44 7    Q.    If you did based on this, it would be a

14:08:47 8 pretty high error rate, wouldn't it?

14:08:49 9         MS. O'DELL:  Object to the form.

14:08:50 10        THE WITNESS:  Well, it's not an error as

14:08:51 11 to what the material is, is it?  It's all

14:08:53 12 tremolite.  It's all tremolite asbestos.  It all

14:08:56 13 meets the definition for tremolite asbestos,

14:08:57 14 bundle, fiber.

14:08:59 15   Q.    (By Mr. Chachkes)  I'll ask the question

14:09:00 16 again.

14:09:00 17   A.    Okay.

14:09:00 18   Q.    If you were to determine an error rate for

14:09:03 19 determining the morphology of what the analysts in

14:09:06 20 the coefficient of variation were looking at, it

14:09:09 21 would be a very high error rate, wouldn't it?

14:09:11 22        MS. O'DELL:  Object to the form.

14:09:12 23        THE WITNESS:  No.  No, it wouldn't.

14:09:12 24   Q.    (By Mr. Chachkes)  Even though they only

14:09:13 25 agreed once out of 11 times?

183

14:09:15 1         MS. O'DELL:  Object to the form.

14:09:16 2         THE WITNESS:  No.

14:09:16 3    Q.    (By Mr. Chachkes)  Why?

14:09:17 4    A.    It's not.

14:09:18 5    Q.    Why?

14:09:18 6    A.    Well, the max I can see here is it might

14:09:23 7 be -- it might be maybe 50 percent, maybe, if that's

14:09:28 8 what it is.

14:09:28 9    Q.    Okay.

14:09:29 10   A.    And I don't agree with it, okay, because

14:09:32 11 the objective here is is it asbestos?  Is it

14:09:35 12 asbestiform asbestos?  The answer is yes.

14:09:37 13   Q.    So a 50 percent error rate in your mind is

14:09:39 14 not high?

14:09:40 15        MS. O'DELL:  Object to the form.

14:09:41 16        THE WITNESS:  No, this is not --

14:09:43 17        MS. O'DELL:  Give me a moment.

14:09:45 18        Object to the form.

14:09:46 19        Go ahead.

14:09:46 20        THE WITNESS:  I mean, again, the objective

14:09:48 21 here is to determine if this is asbestos, is

14:09:51 22 this asbestiform.  And the answer to that is

14:09:54 23 yes.  You're going to have some variation based

14:09:56 24 on what they see in the microscope, all right,

14:10:01 25 and that is totally acceptable.

184

14:10:03 1    Q.    (By Mr. Chachkes)  Okay.  When you say

14:10:05 2 totally acceptable, what do you mean by that?

14:10:06 3    A.    Well, it's acceptable based on what the

14:10:13 4 asbestiform is, according to the definition.  All

14:10:16 5 right.  Fiber, bundle, .5 or greater, 5-to-1 aspect

14:10:22 6 ratio.  Every one of these fits that.

14:10:24 7    Q.    So -- well, that's not quite correct;

14:10:28 8 right?  A8-G4, three analysts found no detectable

14:10:34 9 asbestos and only one found asbestos; right?

14:10:36 10   A.    That happens.

14:10:36 11   Q.    Okay.

14:10:36 12   A.    That can happen.

14:10:37 13   Q.    And then A8-G5, three analysts found no

14:10:41 14 asbestos and one identified a bundle?

14:10:43 15   A.    Again, that can happen.

14:10:45 16   Q.    And you testified before that there's a

14:10:49 17 right answer and a wrong answer as to whether

14:10:52 18 something's a fiber or a bundle; right?

14:10:54 19   A.    Yes.

14:10:54 20   Q.    Do you know for grid opening A8-E4 which

14:10:59 21 analyst got it wrong and which analyst got it right?

14:11:01 22        MS. O'DELL:  Object to the form.

14:11:02 23        THE WITNESS:  They both got it right.

14:11:04 24 They all got it right.

14:11:05 25   Q.    (By Mr. Chachkes)  Okay.  And so if

185

14:11:08 1  there's objectively a right answer to whether it's a
14:11:11 2  fiber or bundle, how can something be both a fiber
14:11:14 3  and a bundle?
14:11:15 4      A.    As I say, the analyst, their job is to
14:11:22 5  figure out whether it meets the definition, all
14:11:24 6  right?  Fiber or bundle, it meets the specification
14:11:28 7  for whether it is asbestos, asbestiform asbestos.
14:11:33 8      Q.    Okay.  Putting --
14:11:34 9      A.    That's what we're concerned about here.
14:11:36 10     Q.    Putting aside whether there's -- what they
14:11:38 11 identified as asbestiform, I'm just talking about the
14:11:41 12 morphology.
14:11:41 13     A.    Sure.
14:11:42 14     Q.    For A8-E2, two analysts must have gotten
14:11:46 15 it wrong and two must have gotten it right.
14:11:48 16     MS. O'DELL:  Object to the form.
14:11:49 17     THE WITNESS:  No.  They all got it right.
14:11:50 18     Q.    (By Mr. Chachkes)  Okay.  So you don't
14:11:50 19 care whether an analyst correctly identifies
14:11:54 20 something as a bundle or fiber?
14:11:56 21     MS. O'DELL:  Object to the form.
14:11:56 22     MS. PARFITT:  Misstates his testimony.
14:11:59 23     THE WITNESS:  What I've said is it meets
14:12:00 24 the definition.  That's what is of concern to
14:12:03 25 me.  That's the most important part.

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

186

14:12:04 1      Q.    (By Mr. Chachkes)  The question is do you
14:12:06 2  care whether one of your analysts misidentifies a
14:12:09 3  bundle as a fiber or a fiber as a bundle?
14:12:11 4      MS. O'DELL:  Object to the form.
14:12:13 5      Q.    (By Mr. Chachkes)  Do you care?
14:12:14 6      MS. O'DELL:  Object to the form.
14:12:15 7      THE WITNESS:  I care if they identify it
14:12:19 8  properly according to the regulations, and in
14:12:22 9  all cases they have.
14:12:23 10     Q.    (By Mr. Chachkes)  I'll ask the same
14:12:24 11 question again.
14:12:24 12     A.    And I'll answer it the same way every
14:12:26 13 time.
14:12:26 14     Q.    We'll add this to the list of things we're
14:12:28 15 going to get the magistrate to --
14:12:30 16     A.    Fine.
14:12:30 17     Q.    -- answer.
14:12:30 18     A.    That's fine.
14:12:30 19     Q.    Do you care --
14:12:31 20     A.    I'm going to answer it the same way, so we
14:12:33 21 can move on.
14:12:34 22     Q.    I want a clear record.  If you don't want
14:12:36 23 to answer -- do you care --
14:12:37 24     A.    I've answered already.
14:12:37 25     MS. O'DELL:  Excuse me.  He's answered

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

187

14:12:39 1  your question.
14:12:39 2      THE WITNESS:  Numerous times.
14:12:41 3      MS. O'DELL:  Excuse me.  Three or four
14:12:42 4  times.  If you want to waste your time, but
14:12:45 5  don't badger the witness.
14:12:46 6      MR. CHACHKES:  I'm not going to badger the
14:12:47 7  witness --
14:12:50 8      MS. O'DELL:  You are badgering the
14:12:50 9  witness.
14:12:50 10     MR. CHACHKES:  -- clear answer.
14:12:50 11     MS. O'DELL:  He's answered your question
14:12:51 12 very clearly.
14:12:52 13     MR. CHACHKES:  I'm going to ask the same
14:12:53 14 question again.  You can tell me I'm not allowed
14:12:56 15 to, and I'll move on.
14:12:56 16     MS. O'DELL:  I'm telling you that the
14:12:57 17 rules require that you not badger the witness.
14:12:57 18 That's what I'm stating to you.
14:13:01 19     MR. CHACHKES:  I'm -- level voice.  It's a
14:13:02 20 calm question.  It's a serious question.  So.
14:13:04 21     MS. O'DELL:  That doesn't mean you're not
14:13:08 22 badgering the witness, as you are well aware.
14:13:09 23     MR. CHACHKES:  I believe I'm entitled to a
14:13:11 24 clear answer to a clear question.
14:13:13 25     MS. O'DELL:  You're not entitled to the

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

188

1  answer that you want.  You're entitled to an
14:13:13 2  answer, and he's answered your question.
3      MR. CHACHKES:  Let's maybe -- I don't
4  think this colloquy is productive.  I'm going to
14:13:19 5  ask the same question again.  If you want to say
14:13:19 6  don't ask it, you can order me not to ask it.
14:13:22 7  I'm going to ask it again.
14:13:23 8      Q.    (By Mr. Chachkes)  Do you care whether
14:13:24 9  your analysts misidentify a bundle as a fiber or a
14:13:28 10 fiber as a bundle?  Just the morphology I'm talking
14:13:30 11 about.
14:13:31 12     A.    Asked and answered.
14:13:32 13     MS. O'DELL:  Excuse me.  Object to the
14:13:33 14 form.
14:13:34 15     Q.    (By Mr. Chachkes)  So you believe you've
14:13:37 16 already answered that?
14:13:37 17     A.    Yes.
14:13:38 18     Q.    Okay.  And if I were to say you don't care
14:13:41 19 about whether an analyst is misidentifying a
14:13:44 20 morphology, would I be wrong or right?
14:13:46 21     MS. O'DELL:  You would be misstating his
14:13:48 22 testimony.  Object to the question.
14:13:49 23     Q.    (By Mr. Chachkes)  If I said you do care
14:13:52 24 that an analyst misidentified the morphology of
14:13:56 25 asbestos, would I be wrong or right?

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

189

14:13:57 1     MS. O'DELL:  Object to the form.  He's
14:13:59 2     answered your question.
14:13:59 3     THE WITNESS:  I've already answered the
14:14:01 4     question.
14:14:01 5     MR. CHACHKES:  Okay.  We're going to add
14:14:03 6     that to the list of questions for the
14:14:04 7     magistrate.
14:14:09 8     Q.     (By Mr. Chachkes)  Does whether you
14:14:12 9     identify something as a bundle or a fiber affect the
14:14:15 10    concentration values in your report?
14:14:19 11    A.     No.
14:14:19 12    Q.     Not at all?
14:14:24 13    A.     No.
14:14:24 14    Q.     Does the Rigler 4 demonstrative which is
14:14:32 15    derived from your coefficient of variation study lead
14:14:36 16    you to believe that maybe the TEM is not the best
14:14:39 17    apparatus for resolving morphology?
14:14:41 18    A.     No.
14:14:42 19    MS. O'DELL:  Object to the form.
14:14:43 20    THE WITNESS:  It is the best.
14:14:45 21    Q.     (By Mr. Chachkes)  No evidence will shake
14:14:46 22    you from that opinion?
14:14:47 23    A.     No.
14:14:47 24    Q.     Okay.  Let's talk about asbestos.  Ready?
14:14:56 25    A.     **I thought that's what we've been talking**

190

14:14:58 1     about.
14:14:58 2     Q.     Completely different topic.
14:14:59 3     A.     **All right.**
14:15:00 4     Q.     You talk about the Blount paper in your
14:15:02 5     expert report; correct?
14:15:04 6     A.     **Yes.**
14:15:04 7     Q.     Okay.  In the Blount paper there's a
14:15:06 8     particle size distribution?
14:15:09 9     A.     **Yes.**
14:15:09 10    Q.     Okay.  And out in the published literature
14:15:16 11    there are publications that have particle sized
14:15:21 12    distributions that -- strike that.
14:15:25 13    That there's a characteristic -- there is
14:15:27 14    a characteristic particle size distribution for
14:15:30 15    asbestos; is that correct?
14:15:31 16    A.     **Well, depending on how that sample's been**
14:15:43 17    **processed, you're going to have different fiber**
14:15:45 18    **sizes, different -- they're going to be different.**
14:15:48 19    **You're going to have different aspect ratios and**
14:15:51 20    **different sizes.**
14:15:51 21    Q.     For any given sample that everyone agrees
14:15:56 22    is asbestos, it's going to have a characteristic
14:15:59 23    particle size distribution; right?
14:16:00 24    MS. O'DELL:  Object to the form.
14:16:01 25    THE WITNESS:  It can.

191

14:16:02 1     Q.     (By Mr. Chachkes)  Okay.  Meaning some
14:16:06 2     of -- strike that.
14:16:06 3     Does a -- you understand what a cleavage
14:16:10 4     fragment is?
14:16:11 5     A.     Yes.
14:16:11 6     Q.     Would you call a cleavage fragment
14:16:13 7     asbestos?
14:16:13 8     A.     **If it was of the size and shape that met**
14:16:16 9     **the regulatory definition, yes.**
14:16:16 10    Q.     Do cleavage fragments have a different
14:16:21 11    particle size distribution than asbestos?
14:16:26 12    MS. O'DELL:  Object on the form.
14:16:27 13    THE WITNESS:  They can.
14:16:29 14    Q.     (By Mr. Chachkes)  Okay.  Using -- when I
14:16:31 15    say geological definition, I've heard you guys talk
14:16:34 16    about --
14:16:34 17    A.     Yes.
14:16:34 18    Q.     -- I'm going to use your phrase geological
14:16:37 19    definition of asbestos.
14:16:39 20    A.     **All right.**
14:16:39 21    Q.     Using a geological definition of asbestos,
14:16:42 22    can you have a cleavage fragment that is greater than
14:16:46 23    5-to-1 aspect ratio?
14:16:48 24    MS. O'DELL:  Object to the form.
14:16:49 25    THE WITNESS:  In my opinion, the answer to

192

14:16:52 1     that is yes.
14:16:53 2     Q.     (By Mr. Chachkes)  Okay.  And using the
14:16:56 3     geological definition of asbestos as you have used
14:17:02 4     it, there can be an asbestiform particle that has an
14:17:06 5     aspect ratio of below 3-to-1?
14:17:08 6     MS. O'DELL:  Object to the form.
14:17:10 7     THE WITNESS:  Are you talking about what
14:17:13 8     kind of particle?
14:17:14 9     Q.     (By Mr. Chachkes)  Asbestiform particle.
14:17:15 10    A.     **Smaller than 3-to-1?**
14:17:17 11    Q.     Yeah.
14:17:17 12    A.     **I mean, from a regulatory standpoint, it**
14:17:22 13    **would be 3-to-1, 5-to-1.  So --**
14:17:27 14    Q.     Yeah.  I don't want to interrupt.
14:17:29 15    So for just a geological definition as
14:17:31 16    you've -- as --
14:17:34 17    A.     **Yeah.**
14:17:34 18    Q.     It's just a geological definition as you
14:17:39 19    have used that phrase, can there be, under the
14:17:42 20    geological definition, asbestos with an aspect ratio
14:17:45 21    below 3-to-1?
14:17:46 22    MS. O'DELL:  Object to the form.
14:17:47 23    THE WITNESS:  Well, the geological
14:17:51 24    definition that we've talked about has to do
14:17:54 25    with macro, large, very large that you can hold

193

14:17:58  1     in your hand kinds of particles.  So in most
14:18:03  2     cases of that size, you know, you may see some
14:18:08  3     that are in that range, but you have to use the
14:18:09  4     PLM to see them, probably.
14:18:11  5         Q.   (By Mr. Chachkes)  Okay.  If I took, under
14:18:14  6     the geological definition, a tremolite particle that
14:18:17  7     had a 6-to-1 aspect ratio and I snapped it into two
14:18:21  8     3-to-1 aspect ratio particles, under the geological
14:18:24  9     definition those two particles would still be
14:18:27 10     asbestos; right?
14:18:28 11         A.   Yes.  I mean, if they were -- yeah.  They
14:18:32 12     were on a -- yes, they would be.
14:18:34 13         Q.   Let me ask it --
14:18:35 14         A.   If they were equally divided.
14:18:36 15         Q.   Yeah.  Let me just ask a better question
14:18:38 16     to be fair.
14:18:39 17              If I had a tremolite particle that was --
14:18:42 18     that had a 6-to-1 aspect ratio and I snapped it into
14:18:46 19     three parts perfectly evenly so that each had a
14:18:50 20     2-to-1 aspect ratio, under the geological definition
14:18:53 21     each of those would still be asbestos; right?
14:18:54 22              MS. O'DELL:  Object to the form.
14:18:56 23              THE WITNESS:  On a microscopic scale they
14:18:58 24         wouldn't be.  I mean, they wouldn't fit the
14:19:00 25         regulatory definition.

194

14:19:00  1         Q.   (By Mr. Chachkes)  I'm talking about the
14:19:01  2     geological.
14:19:02  3         A.   I mean --
14:19:08  4              MS. O'DELL:  Object to the form.
14:19:09  5              THE WITNESS:  Yeah, I don't -- I mean, I
14:19:11  6         think on a microscale versus, you know, what I
14:19:14  7         can see in my hand.  See what I'm saying?
14:19:17  8         Q.   (By Mr. Chachkes)  No.
14:19:18  9         A.   Yeah.  Well, that's how I feel about the
14:19:22 10     question you just asked me.  I'm not quite sure of
14:19:24 11     exactly -- I mean, I understand what the concept is,
14:19:28 12     but when you're saying on a geological scale, I mean,
14:19:32 13     if the aspect ratio is less than 3-to-1, it wouldn't
14:19:35 14     come under the regulatory definition.
14:19:37 15         Q.   Right.  But I'm not asking about
14:19:38 16     regulatory.
14:19:39 17         A.   Well, that's where I am with it.
14:19:41 18         Q.   Right.
14:19:43 19         A.   I mean, if you're going to say it's
14:19:45 20     asbestiform, it's got to have that ratio.  It's got
14:19:50 21     to have at least a 5-to-1 ratio.
14:19:52 22         Q.   So if I have a chunk of gold and I break
14:19:54 23     it in half, each half would still be gold; right?
14:19:57 24         A.   Yeah.
14:19:57 25         Q.   If I break those two halves again, each

195

14:20:00  1     part would still be gold?
14:20:01  2         A.   Correct.
14:20:01  3         Q.   And I can keep going doing that until I
14:20:05  4     had very small pieces and they still would be gold?
14:20:07  5         A.   Sure.
14:20:08  6         Q.   You're saying the same does not apply to
14:20:08  7     asbestos, that I could break asbestos and at a
14:20:10  8     certain point it's not asbestos?
14:20:11  9              MS. O'DELL:  Object to the form.
14:20:12 10              THE WITNESS:  Well, I mean, chemically it
14:20:15 11         still is.  Yes.
14:20:17 12         Q.   (By Mr. Chachkes)  Okay.  You use -- so I
14:20:26 13     didn't see the phrase asbestiform talc in your
14:20:28 14     report; is that correct?
14:20:30 15         A.   I don't -- it might be in there, yeah, I
14:20:33 16     think it is.  Yeah.
14:20:34 17         Q.   Okay.  In your report at page 8 you talk
14:20:37 18     about fibrous talc, you found fibrous talc in
14:20:42 19     98 percent of the Italian and Vermont talc samples by
14:20:45 20     ISO 22262.  Does that ring a bell?
14:20:48 21         A.   Yes.
14:20:48 22         Q.   What is your definition of fibrous talc?
14:20:50 23         A.   It would be talc that had that aspect
14:20:52 24     ratio of 5-to-1.
14:20:53 25         Q.   You would require parallel sides as well?

196

14:20:56  1         A.   Yes.
14:20:56  2         Q.   Is there a scientific consensus that there
14:21:01  3     is such a thing as fibrous talc?
14:21:02  4         A.   Yes.
14:21:02  5         Q.   Are you aware of any epidemiologist or
14:21:07  6     doctor who has studied the health effects of fibrous
14:21:09  7     talc?
14:21:10  8              MS. O'DELL:  Object to the form.
14:21:11  9              THE WITNESS:  Well, if the talc -- if
14:21:18 10         there's fibrous talc in with -- let's just say
14:21:22 11         we called it talc, whether it's got a fibrous
14:21:24 12         component or not, platy, you know, mostly platy.
14:21:30 13         As far as IARC is concerned, they say that that
14:21:35 14         is -- that will be -- if it has asbestos in it,
14:21:38 15         it's going to be regulated and hazardous to
14:21:44 16         health.
14:21:44 17         Q.   (By Mr. Chachkes)  The question was are
14:21:45 18     you aware of any epidemiologist or doctor who has
14:21:48 19     studied the health effects of fibrous talc?
14:21:50 20              MS. O'DELL:  Object to the form.
14:21:53 21         Q.   (By Mr. Chachkes)  It's a yes or no
14:21:54 22     question.
14:21:54 23         A.   Yes, there have been numerous studies on
14:21:59 24     fibrous talc, and I don't know if they're in some of
14:22:04 25     our reference material or not, but there have been

197

14:22:05 1  numerous studies that have been done.

14:22:07 2      Q.    Can you name a single doctor or

14:22:09 3  epidemiologist who has done a study on the health

14:22:11 4  effects of fibrous talc --

14:22:13 5          MS. O'DELL:  Object to the form --

14:22:14 6          THE WITNESS:  Are you talking about

14:22:15 7  medical doctors, Ph.D.s, what?  You said doctor.

14:22:18 8      Q.    (By Mr. Chachkes)  Let's say medical

14:22:20 9  doctor.

14:22:22 10     A.    Yeah, let's say doctors like you said

14:22:22 11 before, then yes, there are.

14:22:23 12     Q.    Okay.  Start with medical doctors.

14:22:25 13     A.    Okay.

14:22:30 14     Q.    Can you name a medical doctor who has

14:22:30 15 studied the health effects of fibrous talc?

14:22:30 16     A.    There are --

14:22:31 17         MS. O'DELL:  Object to the form.

14:22:31 18         THE WITNESS:  I can't name one right now

14:22:35 19 as I sit here, but there are that have done

14:22:36 20 those studies.

14:22:37 21     Q.    (By Mr. Chachkes)  Can you name an

14:22:38 22 epidemiologist?

14:22:39 23         MS. O'DELL:  Object to the form.

14:22:40 24         THE WITNESS:  There are ones that have.

14:22:41 25     Q.    (By Mr. Chachkes)  Can you name one?

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

198

14:22:42 1      A.    No, not as I sit here right here.

14:22:44 2      Q.    Can you name just a general doctor who has

14:22:46 3  studied the health effects of fibrous talc?

14:22:49 4          MS. O'DELL:  Object to the form.

14:22:49 5          THE WITNESS:  It's the same answer to the

14:22:51 6  question.  Doctor, doctor.

14:22:52 7      Q.    (By Mr. Chachkes)  Okay.  Well, there's

14:52:53 8  medical doctor and regular -- and other -- like

14:52:53 9  you're a doctor --

10     A.    Well --

11         THE REPORTER:  Wait.  Wait.

14:22:58 12         THE WITNESS:  I know, but we said doctors.

14:23:02 13     Q.    (By Mr. Chachkes)  But sitting here today

14:23:03 14 you can't name just a Ph.D. who has studied -- just

14:23:06 15 by name -- a Ph.D. who has studied the health effects

14:23:09 16 of fibrous talc -- exposure to fibrous talc?

14:23:10 17         MS. O'DELL:  Object to form.

14:23:12 18         THE WITNESS:  As I sit right here, I can't

14:23:14 19 name them, but they do exist.  I have reference

14:23:17 20 material and I'd be happy to get that for you.

14:23:20 21     Q.    (By Mr. Chachkes)  Can you identify --

14:23:21 22     A.    Would you like to have that material?

14:23:23 23 Would you like to have that --

14:23:24 24     Q.    This deposition doesn't work if you ask

14:23:26 25 questions back to me.

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

199

14:23:27 1      A.    I understand.  I understand.

14:23:27 2      Q.    Can you identify any published authority

14:23:29 3  for your definition of fibrous talc?

14:23:31 4      A.    Sure.

14:23:31 5      Q.    What?

14:23:32 6      A.    I would want to say EPA right now.

14:23:46 7      Q.    Any other?

14:23:47 8      A.    I'd have to think about that.

14:23:50 9      Q.    Specifically what EPA document?

14:23:53 10     A.    I'll have to find that for you.  Be happy

14:23:58 11 to find that.

14:23:58 12     Q.    In the method in the 22262 method that you

14:24:04 13 used in your report, does it use the phrase fibrous

14:24:08 14 talc?

14:24:08 15     A.    I don't recall.  I'd have to look through

14:24:10 16 it.

14:24:11 17     Q.    Does it use the phrase asbestiform talc?

14:24:13 18     A.    Same answer.

14:24:14 19     Q.    Do you think those phrases are in there?

14:24:17 20     A.    I would have to look.

14:24:18 21     Q.    Are fibrous talc and asbestiform talc

14:24:24 22 different?

14:24:25 23     A.    Fibrous talc and asbestiform talc, if it

14:24:29 24 meets the definition, it would be considered

14:24:31 25 asbestiform talc, and you could still call it fibrous

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

200

14:24:34 1  talc.

14:24:35 2      Q.    Are they --

14:24:35 3      A.    So they could be one and the same.

14:24:37 4      Q.    Could they be one and the same --

14:24:39 5      A.    Let's say they are.  If they meet the

14:24:41 6  definition, then they are.

14:24:43 7      Q.    So the two phrases are synonymous?

14:24:46 8      A.    If they meet the specifications for the

14:24:48 9  regulated fiber, the definition, than they are.

14:24:50 10     Q.    Is there a situation where fibrous talc

14:24:53 11 and asbestiform talc aren't the same?

14:24:56 12         MS. O'DELL:  Object to the form.

14:24:57 13         THE WITNESS:  Again, if they don't meet

14:24:58 14 the aspect ratio, then they wouldn't be the

14:25:03 15 same.

14:25:03 16     Q.    (By Mr. Chachkes)  Well, then they

14:25:04 17 wouldn't be fibrous talc and asbestiform --

14:25:06 18     A.    Sure.  They could be --

14:25:06 19         MS. O'DELL:  Object to the form.

14:25:09 20         THE WITNESS:  -- fibrous at 4-to-1,

14:25:09 21 3-to-1, 2-to-1.  Sure.  They will have a fibrous

14:25:13 22 form.

14:25:13 23     Q.    (By Mr. Chachkes)  So you're saying that

14:25:14 24 if there's -- you could have fibrous talc at a 2-to-1

14:25:18 25 aspect ratio, but it would not be asbestiform talc?

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**201**

14:25:21 1    A.    Correct.

14:25:21 2    Q.    Are there two kinds of tremolite,

14:25:34 3  asbestiform and nonasbestiform?

14:25:36 4    A.    Yes.

14:25:36 5    Q.    Just identifying something as tremolite

14:25:41 6  doesn't mean it's asbestiform?

14:25:43 7        MS. O'DELL:  Object to the form.

14:25:44 8        THE WITNESS:  It can be massive tremolite.

14:25:47 9  You know, if it's fibrous and it meets the

14:25:49 10  definition, then it's going to be asbestiform.

14:25:51 11  I mean, according to the definition.

14:25:53 12    Q.    (By Mr. Chachkes)  The question is just

14:25:54 13  identifying something as tremolite does not mean it's

14:25:56 14  asbestiform; is that correct?

14:25:57 15        MS. O'DELL:  Object to the form.

14:25:58 16        THE WITNESS:  Once again, you would have

14:26:02 17  to look at the form.

14:26:03 18    Q.    (By Mr. Chachkes)  To determine whether

14:26:04 19  it's asbestiform?

14:26:05 20    A.    Yes.

14:26:06 21        MS. O'DELL:  Object to the form.

14:26:07 22    Q.    Just identifying

14:26:08 23  something as anthophyllite doesn't mean it's

14:26:10 24  asbestiform; correct?

14:26:11 25        MS. O'DELL:  Object to the form.

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**202**

14:26:12 1        THE WITNESS:  Once again, if it meets the

14:26:15 2  definition than it would be.

14:26:17 3    Q.    (By Mr. Chachkes)  Okay.  And if it

14:26:19 4  doesn't meet the definition, it wouldn't be?

14:26:21 5        MS. O'DELL:  Object to the form.

14:26:22 6        THE WITNESS:  Well, it's still

14:26:23 7  anthophyllite.  It may be, you know, below the

14:26:28 8  aspect ratio again.  Causes the same health

14:26:30 9  effects.

14:26:30 10    Q.    (By Mr. Chachkes)  What's a cleavage

14:26:36 11  fragment again?

14:26:36 12        MS. O'DELL:  Asked and answered.

14:26:38 13        THE WITNESS:  Yeah.  Talked about that

14:26:39 14  already.

14:26:39 15    Q.    (By Mr. Chachkes)  So what is it?

14:26:41 16    A.    It is a -- it's a form that would not have

14:26:45 17  parallel sides.  Wouldn't have the aspect ratio.

14:26:49 18  It's going to be an odd shape.

14:26:50 19    Q.    Is something that had nonparallel sides

14:26:55 20  with an aspect ratio of 6-to-1, would that be a

14:26:59 21  cleavage fragment?

14:27:00 22        MS. O'DELL:  Object to the form.

14:27:01 23        THE WITNESS:  Most likely.

14:27:02 24    Q.    (By Mr. Chachkes)  Do you agree with the

14:27:03 25  statement:  Crushing of nonasbestiform amphibole can

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**203**

14:27:06 1  lead to elongate fragments that conform to the

14:27:09 2  definition of an asbestiform fiber?

14:27:11 3        MS. O'DELL:  Object to form.

14:27:12 4        THE WITNESS:  Yes.

14:27:12 5    Q.    (By Mr. Chachkes)  Do you agree with this

14:27:13 6  statement:  Crushed nonasbestiform amphiboles rarely

14:27:17 7  have aspect ratios exceeding 30-to-1?

14:27:21 8    A.    I mean, that is -- that's been stated, but

14:27:29 9  it's as rarely -- so it's not 100 percent.  So you

14:27:35 10  can have some.

14:27:35 11    Q.    But you agree with the statement?

14:27:38 12        MS. O'DELL:  Object to the form.  He just

14:27:40 13  said what he thought about the statement.

14:27:41 14        THE WITNESS:  Yeah.

14:27:41 15    Q.    (By Mr. Chachkes)  It's yes or no.  Do

14:27:43 16  crushed -- do you agree with this statement, yes or

14:27:45 17  no:  Crushed nonasbestiform amphiboles rarely have

14:27:48 18  aspect ratios exceeding 30-to-1?

14:27:50 19        MS. O'DELL:  You may answer it any way

14:27:52 20  you'd like, Doctor.  You're not restricted.

14:27:54 21        THE WITNESS:  I mean, I've already

14:27:55 22  answered part of the question, and I would say

14:27:56 23  yes, you know.

14:28:00 24        MS. O'DELL:  We have been going about an

14:28:01 25  hour.  Why don't we take a quick break.

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**204**

14:28:04 1        MR. CHACHKES:  Sure.

14:28:43 2        (Recess from 2:28 p.m. to 2:52 p.m.)

14:52:54 3        (Defendants' Exhibit 1 was marked for

14:52:54 4  identification.)

14:52:54 5    Q.    (By Mr. Chachkes)  Okay.  Dr. Rigler, this

14:53:11 6  has already been marked as Rigler Exhibit 1.  Can you

14:53:15 7  confirm that those are MAS invoices?

14:53:17 8    A.    Let's see.  It has MAS on the letterhead.

14:53:26 9  They look like they are, yep.

14:53:29 10    Q.    Okay.  It looks like the first page is an

14:53:31 11  April invoice.  Am I right there?

14:53:33 12    A.    April 8 to April 11, 2018.

14:53:38 13    Q.    Okay.  And it looks like the second one on

14:53:42 14  page 2 is a March invoice?

14:53:44 15    A.    Let's see.  Yes.

14:53:46 16    Q.    And then page 3 looks like a single block

14:53:50 17  billing for, I'm guessing, the report, the

14:53:56 18  November 15 report?

14:53:56 19    A.    I don't know.  I have no idea.  First time

14:53:59 20  I've seen these.

14:53:59 21    Q.    Okay.

14:54:00 22    A.    Yeah, so I don't know.

14:54:01 23    Q.    Okay.  So you wouldn't know whether

14:54:03 24  there's other billing --

14:54:04 25    A.    I have no idea.

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

205

| | | |
|---|---|---|
| 14:54:05 | 1 | Q. And you don't know whether there's |
| 14:54:07 | 2 | underlying documents that support these? |
| 14:54:09 | 3 | A. I don't know. |
| 14:54:10 | 4 | Q. And you don't -- |
| 14:54:11 | 5 | A. Have to ask Dr. Longo. |
| 14:54:12 | 6 | Q. Okay. And you don't know what the block |
| 14:54:14 | 7 | billing is for on number 3? |
| 14:54:15 | 8 | A. No. |
| 14:54:16 | 9 | Q. The third page, that is? |
| 14:54:17 | 10 | A. No, I don't. |
| 14:54:18 | 11 | Q. Do you know why the number 14 appears on |
| 14:54:22 | 12 | the third page? |
| 14:54:23 | 13 | A. That would be the department number. |
| 14:54:26 | 14 | Q. It's your department? |
| 14:54:27 | 15 | 14, yes. |
| 14:54:28 | 16 | Q. And what's that called? |
| 14:54:31 | 17 | A. I think it's called legal. |
| 14:54:33 | 18 | Q. Okay. So you're in legal? |
| 14:54:34 | 19 | A. Yes. |
| 14:54:35 | 20 | Q. Are you in any other departments? |
| 14:54:36 | 21 | A. No. |
| 14:54:37 | 22 | Q. Is Dr. Longo in legal? |
| 14:54:39 | 23 | A. Yes. |
| 14:54:39 | 24 | Q. Is he in any other departments? |
| 14:54:41 | 25 | A. Well, he is the departments. |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

206

| | | |
|---|---|---|
| | 1 | Q. Oh, okay. |
| 14:54:44 | 2 | A. He's MAS. |
| 14:54:44 | 3 | Q. Is he in every department, 1 through |
| 14:54:47 | 4 | whatever? |
| 14:54:47 | 5 | A. I would say yes to that, but you need to |
| 14:54:50 | 6 | ask him about that. |
| 14:54:50 | 7 | Q. What is the department called legal?  What |
| 14:54:52 | 8 | is it? |
| 14:54:53 | 9 | A. 14.  It just says 14. |
| 14:54:54 | 10 | Q. No, I mean substantively, what does legal |
| 14:54:58 | 11 | do?  Why is there a group called legal? |
| 14:55:01 | 12 | A. It's just called. I don't know.  That's |
| 14:55:02 | 13 | what they've always called it. |
| 14:55:03 | 14 | Q. Does it do all the work that is for |
| 14:55:06 | 15 | litigations? |
| 14:55:07 | 16 | A. I don't -- |
| 14:55:09 | 17 | MS. O'DELL:  Object to form. |
| | 18 | THE WITNESS:  -- know.  You'd have to ask |
| 14:55:11 | 19 | Dr. Longo.  Because they came up with the |
| 14:55:13 | 20 | numbers and designations. |
| 14:55:14 | 21 | Q. (By Mr. Chachkes)  When you do work that |
| 14:55:16 | 22 | is billable to, let's say, a company that's not |
| 14:55:21 | 23 | involved in litigation, does that go through unit 14? |
| 14:55:24 | 24 | A. For me? |
| 14:55:25 | 25 | A. Yes. |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

207

| | | |
|---|---|---|
| 14:55:25 | 1 | A. I guess it does. |
| 14:55:27 | 2 | Q. Okay. |
| 14:55:27 | 3 | A. I just give them the hours. |
| 14:55:29 | 4 | Q. Okay.  I'm done with that one. |
| 14:55:34 | 5 | A. All right. |
| 14:55:34 | 6 | MR. CHACHKES:  I still have a request |
| 14:55:35 | 7 | pending for billing. |
| 14:55:37 | 8 | MS. O'DELL:  That's what I have in my |
| 14:55:39 | 9 | possession. |
| | 10 | MR. CHACHKES:  Okay. |
| 14:55:39 | 11 | MS. O'DELL:  If we receive any others, |
| 14:55:41 | 12 | I'll let you know. |
| 14:55:43 | 13 | Q. (By Mr. Chachkes)  Okay.  Can you pull up |
| 14:55:50 | 14 | Exhibit 5, which is, I think, if I've got it right, |
| 14:56:04 | 15 | 22262-2. |
| 14:56:14 | 16 | MR. SILVER:  Alex, just for the record, |
| 14:56:16 | 17 | when you say exhibit numbers, these are exhibits |
| 14:56:17 | 18 | to the depo of Dr. Longo that happened on |
| 14:56:21 | 19 | February 5 of 2019? |
| 14:56:23 | 20 | MR. CHACHKES:  Correct.  And a good |
| 14:56:24 | 21 | clarification. |
| 14:56:24 | 22 | Q. (By Mr. Chachkes)  So this is Exhibit 5 to |
| 14:56:28 | 23 | yesterday's Longo deposition, if you can -- |
| 14:56:29 | 24 | A. I don't have that. |
| 14:56:30 | 25 | Q. It's probably in this stack.  I'll help |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

208

| | | |
|---|---|---|
| 14:56:32 | 1 | you find it. |
| 14:56:40 | 2 | MS. O'DELL:  Are you referring to 22262-2? |
| 14:56:42 | 3 | MR. CHACHKES:  Part 2, yes. |
| | 4 | MS. O'DELL:  Part 2. |
| 14:56:45 | 5 | MR. CHACHKES:  Dash 2.  Okay. |
| 14:56:51 | 6 | MS. O'DELL:  I think I gave you mine. |
| | 7 | MR. CHACHKES:  That one's his.  It's got |
| 14:56:58 | 8 | the stamp on it. |
| | 9 | MS. O'DELL:  It does, but I think I gave |
| | 10 | him mine earlier. |
| | 11 | THE WITNESS:  Yeah, I think you did.  It's |
| | 12 | in there.  She has it, hers. |
| 14:56:59 | 13 | Q. (By Mr. Chachkes)  Okay. |
| 14:56:59 | 14 | A. There we go. |
| 14:57:02 | 15 | Q. Can you turn to page -- well, do you see |
| 14:57:06 | 16 | where there's a section 3, Terms and Definitions, |
| 14:57:10 | 17 | it's very near the front? |
| 14:57:12 | 18 | A. Yes. |
| 14:57:12 | 19 | Q. And there's a definition for asbestiform |
| 14:57:14 | 20 | that's 3.5? |
| 14:57:22 | 21 | A. Yes. |
| 14:57:23 | 22 | Q. And do you see where there's a definition |
| 14:57:25 | 23 | for asbestos, 3.6? |
| 14:57:26 | 24 | A. Yes. |
| 14:57:27 | 25 | Q. You didn't apply -- when you talk about |

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

209

| | | |
|---|---|---|
| 14:57:36 | 1 | asbestos in your report, it's not the definition of |
| 14:57:40 | 2 | asbestos that's in 3.6; correct? |
| 14:57:43 | 3 | MS. O'DELL:  Object to the form. |
| 14:57:44 | 4 | THE WITNESS:  Yeah.  The 3.6 definition is |
| 14:57:49 | 5 | the one that we say is -- this is a geological |
| 14:57:54 | 6 | definition. |
| 14:57:54 | 7 | Q.    (By Mr. Chachkes)  Right.  And so my |
| 14:57:55 | 8 | question is when I read the word asbestos in your |
| 14:57:57 | 9 | report, it's not the 3.6 definition in this |
| 14:58:02 | 10 | Exhibit 5; right? |
| 14:58:03 | 11 | MS. O'DELL:  Object to the form. |
| 14:58:04 | 12 | THE WITNESS:  It is based on the |
| 14:58:08 | 13 | regulatory definition. |
| 14:58:09 | 14 | Q.    (By Mr. Chachkes)  And the same question: |
| 14:58:11 | 15 | Is it the -- it's different from the definition in |
| 14:58:15 | 16 | 3.6; correct? |
| 14:58:16 | 17 | A.    The regulatory definition? |
| 14:58:18 | 18 | Q.    The definition you're looking at right in |
| 14:58:20 | 19 | front of you -- |
| | 20 | A.    Yes. |
| 14:58:21 | 21 | Q.    -- that's 3.6? |
| 14:58:22 | 22 | A.    Yes. |
| 14:58:22 | 23 | Q.    So in your report when you use asbestos, |
| 14:58:24 | 24 | it's different than 3.6? |
| 14:58:26 | 25 | MS. O'DELL:  Object to the form. |

210

| | | |
|---|---|---|
| 14:58:27 | 1 | Go ahead. |
| 14:58:29 | 2 | THE WITNESS:  The regulatory definition, |
| 14:58:32 | 3 | again, depending upon the document that you look |
| 14:58:34 | 4 | at, will include some of this language.  For |
| 14:58:37 | 5 | instance, the EPA includes some of this same |
| 14:58:41 | 6 | language that's in 3.6, so you'll have some |
| 14:58:43 | 7 | overlap there. |
| 14:58:44 | 8 | Q.    (By Mr. Chachkes)  I'm not asking about |
| 14:58:45 | 9 | overlap. |
| 14:58:46 | 10 | Can I assume that whenever you use the |
| 14:58:47 | 11 | phrase asbestos in your report you mean verbatim what |
| 14:58:50 | 12 | is in 3.6 that's right in front of you? |
| 14:58:53 | 13 | MS. O'DELL:  Object to the form.  That's |
| 14:58:55 | 14 | not what he said. |
| 14:58:56 | 15 | THE WITNESS:  I hear what you're saying. |
| 14:59:00 | 16 | Again, the regulatory definition by standard |
| 14:59:07 | 17 | groups, such as EPA, ASTM, they have this |
| 14:59:16 | 18 | language in their definition, all right.  So |
| 14:59:20 | 19 | there's an overlap there. |
| 14:59:21 | 20 | If you want to say we don't do that, what |
| 14:59:24 | 21 | I would say is there is an overlap there, but |
| 14:59:28 | 22 | this is a geological definition, and we -- you |
| 14:59:35 | 23 | can't measure this flexibility and strength at |
| 14:59:37 | 24 | the level of the structures that we're looking |
| 14:59:40 | 25 | at. |

211

| | | |
|---|---|---|
| 14:59:40 | 1 | Q.    (By Mr. Chachkes)  Okay. |
| 14:59:41 | 2 | A.    So I hope I've answered your question. |
| 14:59:43 | 3 | Q.    I thought it was a simple question, so I |
| 14:59:45 | 4 | guess I have to ask it again. |
| 14:59:46 | 5 | But, I mean, when you say there is |
| 14:59:50 | 6 | asbestos in your report in J&J's bottles of cosmetic |
| 14:59:56 | 7 | talc, do you mean to say that it contains a group of |
| 14:59:59 | 8 | silicate materials belonging to the serpentine and |
| 15:00:02 | 9 | amphibole groups which have crystallized in the |
| 15:00:05 | 10 | asbestiform habit, causing them to be easily |
| 15:00:08 | 11 | separated into long, thin, flexible, strong fibers |
| 15:00:12 | 12 | when crushed or processed? |
| 15:00:14 | 13 | A.    If -- again, you know, we go by what's in |
| 15:00:21 | 14 | the definition, the regulatory definition.  And |
| 15:00:24 | 15 | again, that does overlap -- some of the wording in |
| 15:00:30 | 16 | those regulatory documents overlap what's in here |
| 15:00:35 | 17 | too.  So that would be applicable, if that helps |
| 15:00:38 | 18 | answer the question. |
| 15:00:39 | 19 | Q.    I think you know what the question is. |
| 15:00:41 | 20 | It's a very simple one. |
| 15:00:42 | 21 | Is that your definition of asbestos in |
| 15:00:44 | 22 | your report? |
| 15:00:45 | 23 | MS. O'DELL:  Object to the form. |
| 15:00:46 | 24 | Q.    (By Mr. Chachkes)  Yes or no? |
| 15:00:48 | 25 | MS. O'DELL:  Object to the form -- |

212

| | | |
|---|---|---|
| 15:00:49 | 1 | THE WITNESS:  Part of it is. |
| 15:00:50 | 2 | MS. O'DELL:  -- ask -- |
| 15:00:50 | 3 | Q.    (By Mr. Chachkes)  -- which part isn't? |
| 15:00:51 | 4 | THE REPORTER:  Wait. |
| 15:00:51 | 5 | MS. O'DELL:  Asked and answered. |
| 15:00:56 | 6 | THE WITNESS:  The strong fibers, the long, |
| 15:01:00 | 7 | flexible, strong fibers portion of it. |
| 15:01:01 | 8 | Q.    (By Mr. Chachkes)  Okay.  You have not |
| 15:01:02 | 9 | determined that J&J talc -- one way or the other, |
| 15:01:06 | 10 | whether it is or isn't, you haven't done a |
| 15:01:09 | 11 | determination of what you're calling asbestos in J&J |
| 15:01:12 | 12 | talc is easily separated into long, thin, flexible, |
| 15:01:16 | 13 | strong fibers when crushed or processed? |
| 15:01:18 | 14 | MS. O'DELL:  Object to form. |
| 15:01:19 | 15 | THE WITNESS:  I don't know how we would do |
| 15:01:20 | 16 | that. |
| 15:01:20 | 17 | Q.    (By Mr. Chachkes)  Okay.  And can you turn |
| 15:01:24 | 18 | to the next page, to cleavage fragment.  Is that the |
| 15:01:28 | 19 | definition of cleavage fragment in 3.12 that you use |
| 15:01:32 | 20 | in your report? |
| 15:01:33 | 21 | A.    I don't believe we're -- ask the question |
| 15:01:38 | 22 | again.  Is that what we use in our report? |
| 15:01:40 | 23 | Q.    Let me take a step back. |
| | 24 | A.    Is that the -- |
| 15:01:42 | 25 | Q.    Do you use the phrase cleavage fragment in |

213

15:01:45 1 your report?

15:01:46 2     MS. O'DELL: Object to form.

3     THE WITNESS: We have used cleavage in our

15:01:48 4 report.

15:01:48 5     Q. (By Mr. Chachkes) Okay. Cleavage

15:01:49 6 fragment?

15:01:49 7     **A. I want to say yes to that.**

8     Q. Okay.

15:01:51 9     **A. I'd have to look, but I believe so, yes.**

15:01:53 10     Q. When I read cleavage fragment in your

15:01:55 11 report, is it the definition I'm reading in 3.12?

15:01:59 12     **A. We would, again, refer to how it was --**

15:02:06 13 **that it didn't meet the regulatory definition of**

15:02:09 14 **parallel sides, less than 1/2 a micron, 5-to-1 aspect**

15:02:13 15 **ratio.**

15:02:14 16     Q. Okay. And you would say that in your

15:02:18 17 report, something that is a fragment of a crystal

15:02:23 18 that is bounded by cleavage faces is not a cleavage

15:02:27 19 fragment if it has an aspect ratio of greater than

15:02:29 20 5-to-1?

15:02:30 21     MS. O'DELL: Object to form.

15:02:31 22     THE WITNESS: Correct. If it had the

15:02:32 23 defining characteristics of the regulatory

15:02:34 24 definition.

15:02:39 25     MR. CHACHKES: Okay. No further

214

15:02:41 1 questions.

15:02:42 2     Subject to the same objection and

15:02:46 3 complaint we had yesterday about late produced

15:02:49 4 documents, I'll pass the witness.

15:02:52 5     MS. O'DELL: You know our position. We

15:02:53 6 don't believe they're late produced.

15:02:55 7     MR. CHACHKES: I thought you were agreeing

15:02:56 8 it was late produced, no?

15:02:56 9     MS. O'DELL: I just wanted to make sure

15:02:58 10 you didn't think my silence was acquiescence.

15:03:00 11 We're opposed.

15:03:03 12     EXAMINATION

15:03:04 13 BY MR. SILVER:

15:03:05 14     Q. Good afternoon, Dr. Rigler. My name is

15:03:05 15 Mark Silver. I am representing Imerys Talc America.

15:03:06 16 I only have a couple of questions for you.

15:03:09 17     With my questions, after I ask them, make

15:03:10 18 sure that your attorneys have a chance to respond.

15:03:13 19 There are some based on off-record conversations they

15:03:16 20 may or may not instruct you to answer and/or you

15:03:19 21 won't feel comfortable answering.

15:03:21 22     We're going to do what's known as making a

15:03:22 23 record so that we can have a collegial disagreement

15:03:26 24 at some hopefully later date and not today, but we'll

15:03:28 25 see how it goes.

215

15:03:30 1     The first one is easy. I just want to

15:03:30 2 make sure that I understand an answer you gave

15:03:32 3 earlier.

15:03:35 4     It was my understanding that you were

15:03:36 5 asked by Mr. Chachkes about whether you were working

15:03:39 6 on something that you intended to be published in

15:03:43 7 peer-reviewed literature relating to talc, and you

15:03:45 8 responded you could not confirm or deny.

15:03:47 9     Is that an accurate summarization of your

15:03:50 10 testimony?

15:03:50 11     **A. That is what I said.**

15:03:51 12     Q. Okay. And my understanding is you cannot

15:03:53 13 confirm or deny because you and/or MAS believe that

15:03:58 14 work, if it exists, would be proprietary; is that

15:04:01 15 correct?

15:04:01 16     **A. And it's our policy also.**

15:04:03 17     Q. Okay. So that work --

15:04:06 18     **A. Yes.**

15:04:06 19     Q. Is there a written policy on what MAS

15:04:09 20 considers proprietary?

15:04:09 21     **A. That's Dr. Longo's policy, so you'll have**

15:04:11 22 **to discuss that with him.**

15:04:12 23     Q. Okay. But have you ever seen a written

15:04:14 24 policy on it?

15:04:15 25     **A. I don't recall seeing one. But again,**

216

15:04:19 1 talk to Dr. Longo.

15:04:20 2     Q. Okay. But your understanding, because

15:04:22 3 you're the one -- right now, your understanding is

15:04:24 4 it's proprietary, and you got that understanding from

15:04:26 5 a conversation with Dr. Longo?

15:04:28 6     **A. It is proprietary --**

15:04:29 7     MS. O'DELL: Object to form.

15:04:31 8     THE WITNESS: -- and that's -- yeah, I

15:04:31 9 have to abide by that.

15:04:32 10     Q. (By Mr. Silver) But my question is you

15:04:35 11 got that understanding because you had a conversation

15:04:37 12 with Dr. Longo about it?

15:04:38 13     **A. That's his policy. Yes.**

14     Q. Okay.

15:04:40 15     **A. Yes.**

15:04:41 16     Q. So I'm going to ask you something a little

15:04:44 17 more discrete and let's see if we get -- if you give

15:04:48 18 the same answer, you give the same answer.

15:04:49 19     **A. All right.**

15:04:50 20     Q. This work, whether you're doing it or not,

15:04:53 21 that's intended to be published in peer-reviewed

15:04:57 22 literature, does it have anything to do with any of

15:04:59 23 the opinions contained in any of the MDL reports that

15:05:02 24 have been produced in this case?

15:05:03 25     MS. O'DELL: Object to the form.

**217**

| | |
|---|---|
| 15:05:04 1 | THE WITNESS:  I can't answer that.  I |
| 15:05:08 2 | don't have an answer for that. |
| 15:05:09 3 | Q.  (By Mr. Silver)  Okay.  Same question, |
| 15:05:11 4 | does this work intending to be published in |
| 15:05:15 5 | peer-reviewed literature, if it's being done, have |
| 15:05:16 6 | anything to do with any of the samples that were |
| 15:05:22 7 | provided by Imerys in this litigation? |
| 15:05:25 8 | MS. O'DELL:  Objection.  Form. |
| 15:05:26 9 | THE WITNESS:  Again, I can't -- I can't |
| 15:05:28 10 | answer that.  You'll have to talk to Dr. Longo. |
| 15:05:31 11 | Q.  (By Mr. Silver)  All right.  This work |
| 15:05:32 12 | that you're intending to be published in |
| 15:05:35 13 | peer-reviewed literature, whether or not it's being |
| 15:05:37 14 | done, is it being funded in any way directly or |
| 15:05:40 15 | indirectly by any of the plaintiffs' counsel? |
| 15:05:43 16 | **A.  I don't know.** |
| 15:05:45 17 | Q.  This work, whether it's being done or not, |
| 15:05:47 18 | with respect to being intended to be published in |
| 15:05:50 19 | peer-reviewed literature, are you working with any |
| 15:05:54 20 | other scientists or experts that are also working |
| 15:06:04 21 | on -- in this talc litigation? |
| 15:06:05 22 | MS. O'DELL:  Object to the form. |
| 15:06:06 23 | THE WITNESS:  I don't know what their -- |
| 15:06:09 24 | how they're working, in what capacity that way. |
| 15:06:12 25 | I don't know. |

**218**

| | |
|---|---|
| 15:06:13 1 | Q.  (By Mr. Silver)  Okay.  This work, whether |
| 15:06:15 2 | it's being done or not, is it being worked in |
| 15:06:17 3 | conjunction with scientists outside of MAS? |
| 15:06:22 4 | **A.  Yes.  If it is, in fact.** |
| 15:06:25 5 | Q.  If it is, in fact, being done. |
| 15:06:27 6 | I apologize, I don't have realtime here. |
| 15:06:37 7 | With respect to the work, if it is being |
| 15:06:41 8 | done on Imerys samples, do you have an |
| 15:06:47 9 | understanding -- strike that.  I'll just state it. |
| 15:06:50 10 | To the extent there is work being done, |
| 15:06:53 11 | Imerys is hereby giving MAS notice verbally and will |
| 15:06:56 12 | follow it up in writing that it does not have Imerys' |
| 15:06:59 13 | consent to use any of the samples that was produced |
| 15:07:01 14 | in this litigation.  If work's being done and you're |
| 15:07:03 15 | using it, MAS is on notice.  Imerys will send |
| 15:07:07 16 | followup in writing. |
| 15:07:13 17 | One more. |
| 15:07:16 18 | Any of the work that's being done, if it's |
| 15:07:19 19 | being done with an intent to publish in a peer |
| 15:07:21 20 | review, does it have anything to do with any of the |
| 15:07:23 21 | underlying data used in any of the MDL reports? |
| 15:07:25 22 | **A.  I don't know.  I have no idea.  I can't** |
| 15:07:29 23 | **make a comment on it.** |
| 15:07:34 24 | MR. SILVER:  No further questions. |
| 15:07:35 25 | THE WITNESS:  Thank you. |

**219**

| | |
|---|---|
| 15:07:41 1 | MR. FROST:  I don't have a mic. |
| 15:07:48 2 | MR. CHACHKES:  Switch with me. |
| 15:07:48 3 | MS. O'DELL:  So we've got second J&J |
| 15:07:50 4 | counsel? |
| 15:07:51 5 | MR. FROST:  J&J is just joining in the |
| 15:07:52 6 | instruction that if there are any Johnson & |
| 15:07:55 7 | Johnson samples being used in the work that may |
| 15:07:56 8 | or may not be being done, you know, at this |
| 15:08:01 9 | point we do not consent to releasing any of the |
| 15:08:01 10 | confidentially on the samples that exist under |
| 15:08:03 11 | the MDL order. |
| 15:08:08 12 | MS. O'DELL:  Any further questions |
| 15:08:10 13 | for Imerys? |
| 15:08:13 14 | Okay. |
| 15:08:13 15 | EXAMINATION |
| 15:08:16 16 | BY MS. O'DELL: |
| 15:08:16 17 | Q.  Okay.  Dr. Longo [sic], I've got just a |
| 15:08:28 18 | few questions for you. |
| 15:08:30 19 | Would you please describe for us your |
| 15:08:34 20 | educational background?  Let's start there. |
| 15:08:36 21 | **A.  I have a Bachelor of Science degree in** |
| 15:08:43 22 | **biology from Villanova University.  And as I stated** |
| 15:08:46 23 | **before, this was a premedical curriculum, so it was** |
| 15:08:50 24 | **heavy on chemistry, organic chemistry.  Also I think** |
| 15:08:56 25 | **I had comparative anatomy, all the typical** |

**220**

| | |
|---|---|
| 15:09:01 1 | **undergraduate courses you have.  But the ones that I** |
| 15:09:03 2 | **selected beyond that were related to the medical** |
| 15:09:06 3 | **field.** |
| 15:09:08 4 | **And then I have a Ph.D. from the** |
| 15:09:13 5 | **University of Georgia in microbiology and a heavy** |
| 15:09:18 6 | **emphasis in that on pathogenic organisms, also using** |
| 15:09:24 7 | **electron microscopy techniques in the analysis of** |
| 15:09:28 8 | **different types of samples.** |
| 15:09:30 9 | Also have postgraduate training at the |
| 15:09:33 10 | University of Georgia, also -- we did a lot of |
| 15:09:37 11 | research projects for my major professor at that |
| 15:09:42 12 | time. |
| 15:09:42 13 | Then I also taught a semester course at |
| 15:09:49 14 | Emory University in human anatomy. |
| 15:09:52 15 | So you want me to go on some more? |
| 15:09:55 16 | Q.  You can stop when you're finished, when |
| 15:09:58 17 | you feel like you've described that.  And if you -- |
| 15:10:01 18 | well, let me break right here and just ask this |
| 15:10:02 19 | question. |
| 15:10:03 20 | **Would you describe briefly your experience** |
| 15:10:09 21 | **in testing for the presence of asbestos?** |
| 15:10:12 22 | **A.  Okay.  I've been with MAS since the early** |
| 15:10:20 23 | **'90s.  I think I came to work there in 1989.  And** |
| 15:10:25 24 | **we -- one of the first projects that I worked on** |
| 15:10:27 25 | **while I was there was the analysis of these Kent** |

221

15:10:32  1  filter cigarettes that had crocidolite asbestos in
15:10:36  2  the filters, and that asbestos was in those filters
15:10:39  3  up to 10 percent by weight.  10 percent.  They were
15:10:43  4  essentially solid crocidolite asbestos.
15:10:47  5      One of the things that the manufacturers
15:10:51  6  had touted was that they were -- how can I put it --
15:10:56  7  the best cigarettes for human health, essentially.
15:10:59  8  And if you talk to people that had smoked those, one
15:11:04  9  of the complaints they had was the filter worked so
15:11:06  10  well that all you got was hot air out of them, and we
15:11:09  11  can see why.
15:11:10  12      But nonetheless, we published a paper
15:11:13  13  based on our findings in manipulating the way that a
15:11:19  14  smoker would with those cigarettes to see if there
15:11:22  15  were asbestos shed from those filters.
15:11:26  16      Well, it turns out that we weren't the
15:11:28  17  first ones that found that information out, that at
15:11:31  18  the time there was a laboratory -- trying to remember
15:11:36  19  the name -- Ernest Fullam laboratory who actually did
15:11:40  20  work for the manufacturer, and they actually had
15:11:42  21  looked at that smokescreen for asbestos and found
15:11:47  22  that they had plenty of it coming out of there at the
15:11:50  23  time.  So what we did was a study where we quantified
15:11:53  24  that amount.
15:11:54  25      And then that was published rapidly in the

222

15:11:57  1  Journal of Cancer so that it could get out and people
15:12:01  2  could know that if they had smoked these cigarettes
15:12:03  3  before, it was time to talk to a doctor.
15:12:05  4      So that was one of the first studies that
15:12:08  5  I worked on on the asbestos side.
15:12:11  6      The other, we developed a filter cassette
15:12:15  7  at the laboratory that we were in the process of
15:12:18  8  manufacturing, and so we were in that business for a
15:12:23  9  while so I helped with that technology.
15:12:25  10      But we also did things like testing
15:12:28  11  batteries.  I know that you've heard the Sears
15:12:31  12  DieHard batteries.  So we did tests on those
15:12:34  13  batteries because they were coming back -- people
15:12:37  14  were buying them and then the battery would die
15:12:39  15  within a very short period of time, and the
15:12:43  16  contention was that these batteries were defective.
15:12:46  17      Well, what was happening was they were
15:12:47  18  buying batteries from people, charging them up, and
15:12:50  19  putting them back on the shelf.  So we essentially
15:12:53  20  proved that that was happening.  And that was a large
15:12:55  21  study that we did in the early '90s also.  So it was
15:12:58  22  a big materials analysis study.
15:13:01  23      But over the years I've participated in
15:13:03  24  hundreds of studies that have analyzed all kinds of
15:13:06  25  particulates using the technologies that we have at

223

15:13:08  1  our laboratories.  So not just asbestos, but, you
15:13:12  2  know, other types of particulates.
15:13:13  3      Q.   Are the testing methodologies that are
15:13:18  4  employed at MAS methodologies that are generally
15:13:23  5  accepted?
15:13:23  6      A.   Yes.
15:13:25  7      MR. CHACHKES:  Objection.  Leading.
15:13:26  8      THE WITNESS:  These are -- in cases where
15:13:31  9  we're doing analysis, we're using standard
15:13:33  10  methodologies.  Whether it be mass
15:13:36  11  chromatography, ion chromatography, all these
15:13:43  12  are standard methods that we work, and we create
15:13:45  13  SOPs from the standard methods.  So they are
15:13:45  14  incorporated into the actual methods that we
15:13:51  15  use.
15:13:51  16      And again, here in the asbestos analysis
15:13:54  17  area, we have multiple standard methodologies
15:13:57  18  that we use.
15:13:57  19      Q.   (By Ms. O'Dell)  Have you employed those
15:13:59  20  standard methodologies in your work in preparing the
15:14:03  21  report for the MDL?
15:14:05  22      MR. CHACHKES:  Objection.  Leading.
15:14:06  23      THE WITNESS:  Yes.  Yes, we have.  And
15:14:08  24  they are all listed in the report.
15:14:10  25      Q.   (By Ms. O'Dell)  You've talked today about

224

15:14:12  1  a quality control program that you have at MAS.
15:14:16  2  Please describe that, you know, generally.
15:14:19  3      A.   Okay.  The quality program for us to be
15:14:25  4  certified by NVLAP NIST, National Institute of
15:14:30  5  Standards and Technology, is essentially along the
15:14:33  6  lines of what's called ISO 17025, which is
15:14:37  7  methodologies for laboratories.
15:14:41  8      And they have an entire suite of quality
15:14:46  9  controls that you use for all of your
15:14:49  10  instrumentation, for your calibration methods, and
15:14:53  11  for the analysts, because in these cases, the
15:14:56  12  analysts are essentially the machines.  They're not
15:15:00  13  like gas chromatographs; they are people, and the
15:15:03  14  people have to be certified for the methods.
15:15:05  15      So they are put through the rigors of
15:15:08  16  actually extensive training in the beginning when
15:15:12  17  they come to our laboratory, and then they have to
15:15:15  18  take periodic tests, if you will, from the American
15:15:19  19  Industrial Hygiene Institute, AIHA, and also NIST
15:15:25  20  NVLAP.  They'll send us blind samples, and then what
15:15:29  21  we have to do is analyze them and identify them.
15:15:32  22      So -- and we do the same thing for other
15:15:34  23  programs.  Like we do mold analysis, and we're part
15:15:37  24  of the AIHA, American Industrial Hygiene
15:15:41  25  Association's, certification for our laboratory.

**225**

15:15:43   1    We also have what's called A2LA.  That's
15:15:47   2    another certifying body.  They're all based upon the
15:15:52   3    ISO 17025 for laboratories.  So it's very extensive
15:15:56   4    quality control.
15:15:56   5    Q.    For approximately how many years has MAS
15:16:00   6    had a quality control program like you described?
15:16:03   7    A.    Since as long as I've been there.
15:16:06   8    Q.    So more than 30 years?
15:16:07   9    A.    Oh, yeah.  Yeah.
15:16:08   10   Q.    What's your responsibility in the quality
15:16:10   11   control process?
15:16:12   12   A.    Well, we have a quality control officer,
15:16:17   13   and my responsibility is to see that quality of
15:16:26   14   program's followed for the work that we do.
15:16:29   15        Now, I mean, the program's followed
15:16:33   16   according to the certifying body, so we have to
15:16:37   17   follow their protocols and standards.  And so we just
15:16:43   18   have to be sure that we've documented all of our
15:16:46   19   activities for quality in all these areas.
15:16:49   20   Q.    Are the quality control standard
15:16:55   21   procedures that you've described applied both in --
15:16:59   22   are they applied in nonlitigation matters, I'm
15:17:02   23   assuming?
15:17:02   24   A.    Yes.
15:17:02   25   Q.    Are they applied in litigation matters?

**226**

15:17:04   1    A.    Yes.  They're applied in all matters of
15:17:06   2    analysis.  So we -- I mean, machine calibration,
15:17:15   3    analyst training calibration, if you will, that way,
15:17:19   4    all of that has to be followed.
15:17:21   5    Q.    Is the methodology that you've used in
15:17:51   6    rendering your opinions in this case the same
15:17:53   7    methodology that you use in nonlitigation matters?
15:17:55   8    A.    Yes.  Same standard types of methods.
15:17:59   9    Yes.
15:17:59   10   Q.    Is there anything -- strike that.  Let me
15:18:03   11   ask this.
15:18:03   12        What was your responsibility in relation
15:18:07   13   to the MDL report?
15:18:10   14   A.    As I stated earlier, it was report review,
15:18:14   15   documentation review.  As far as data review, I had a
15:18:20   16   big portion of the data review.  And then the quality
15:18:23   17   review.
15:18:25   18   Q.    Okay.  You've been asked a number of
15:18:33   19   questions about the policy at MAS regarding ongoing
15:18:46   20   research or ongoing discussions about research --
15:18:50   21   A.    Yes.
15:18:50   22   Q.    -- and -- do you have an understanding as
15:18:56   23   to why it is the policy at MAS not to discuss studies
15:19:00   24   that have not been completed or still being
15:19:03   25   formulated?

**227**

15:19:06   1    MR. SILVER:  Objection to form.
15:19:08   2    THE WITNESS:  Well, of course, there's
15:19:09   3    client confidentiality, which we hold to the
15:19:13   4    highest in terms of any discussions of any work
15:19:15   5    that we're doing for anyone else.  As you've
15:19:19   6    seen today, I haven't talked about any clients
15:19:22   7    that we work with, and can't do that.
15:19:24   8    As far as publications, that type of
15:19:27   9    thing, we don't -- again, that's just a policy.
15:19:31   10   We had a bad experience a number of years ago,
15:19:35   11   and since that time we've adopted that policy,
15:19:38   12   and it's part of the confidential documentation
15:19:42   13   that we keep.
15:19:49   14   MR. O'DELL:  Nothing further.  Thank you.
15:19:53   15   MR. CHACHKES:  Nothing more here.
15:20:02   16   MR. FROST:  I just want to make it clear,
15:20:06   17   until we can resolve this issue regarding the
15:20:08   18   publication or the potential publication of
15:20:09   19   these issues, we would like to and deem that
15:20:12   20   this deposition remains open.
15:20:14   21   MS. O'DELL:  We oppose that, as I think
15:20:17   22   the rule is very clear in terms of discovery of
15:20:20   23   confidential proprietary matters, and Dr. Rigler
15:20:23   24   has testified these are proprietary matters, and
15:20:27   25   so we would oppose holding the deposition

**228**

15:20:29   1    open --
           2    MR. FROST:  Sure.  That's fine.
15:20:31   3    MS. O'DELL:  -- and certainly discovery.
15:20:34   4    MR. FROST:  Thank you.
15:20:36   5    (Deposition concluded at 3:20 p.m.)
           6    (Pursuant to Rule 30(e) of the Federal
           7    Rules of Civil Procedure and/or O.C.G.A.
           8    9-11-30(e), signature of the witness has been
           9    reserved.)
           10   (Original transcript sent to Jack Frost.)
           11
           12
           13
           14
           15
           16
           17
           18
           19
           20
           21
           22
           23
           24
           25

229

1          C E R T I F I C A T E

2

3     STATE OF GEORGIA:

4     COUNTY OF HALL:

5

6              I hereby certify that the foregoing

7     transcript was taken down, as stated in the

8     caption, and the questions and answers thereto

9     were reduced to typewriting under my direction:

10    that the foregoing pages 1 through 228 represent

11    a true, complete, and correct transcript of the

12    evidence given upon said hearing, and I further

13    certify that I am not of kin or counsel to the

14    parties in the case; am not in the regular

15    employ of counsel for any of said parties; nor

16    am I in anywise interested in the result of said

17    case.

18              This, the 8th day of February, 2019.

19

20    _____

21    FRANCES BUONO, B-791

      Georgia Certified Court Reporter

22

23

24

25

---

231

DEPOSITION OF MARK W. RIGLER, PH.D. /FCB

2     I do hereby certify that I have read all
      questions propounded to me and all answers given by
3     me on the 6th day of February, 2019, taken before
      Frances Buono, and that:

4     _____ 1)  There are no changes noted.

5     _____ 2)  The following changes are noted:

6     Pursuant to Rule 30(e) of the Federal Rules of
      Civil Procedure and/or the Official Code of Georgia
7     Annotated 9-11-30(e), both of which read in part:
      Any changes in form or substance which you desire to
8     make shall be entered upon the deposition...with a
      statement of the reasons given...for making them.
9     Accordingly, to assist you in effecting corrections,
      please use the form below:

10

11    Page No. ___ Line No. ___ should read: _____
      _____
12    Page No. ___ Line No. ___ should read: _____
      _____
13
14    Page No. ___ Line No. ___ should read: _____
      _____
15
      Page No. ___ Line No. ___ should read: _____
16    _____
17    Page No. ___ Line No. ___ should read: _____
      _____
18
      Page No. ___ Line No. ___ should read: _____
19    _____
20    Page No. ___ Line No. ___ should read: _____
      _____
21
22    Page No. ___ Line No. ___ should read: _____
      _____
23    Page No. ___ Line No. ___ should read: _____
      _____
24
25    Page No. ___ Line No. ___ should read: _____

---

230

1          COURT REPORTER DISCLOSURE

2

3     Pursuant to Article 10.B. of the Rules and
      Regulations of the Board of Court Reporting of the
      Judicial Council of Georgia which states: "Each court
4     reporter shall tender a disclosure form at the time
      of the taking of the deposition stating the
5     arrangements made for the reporting services of the
      certified court reporter, by the certified court
6     reporter, the court reporter's employer, or the
      referral source for the deposition, with any party to
7     the litigation, counsel to the parties or other
      entity.  Such form shall be attached to the
8     deposition transcript," I make the following
      disclosure:

9

10    I am a Georgia Certified Court Reporter.  I am
      here as a representative of Atlanta Reporters, Inc.
      Atlanta Reporters was contacted to provide court
11    reporting services for the deposition.  Atlanta
      Reporters will not be taking this deposition under
12    any contract that is prohibited by O.C.G.A.
      15-14-37(a) and (b).

13

14    Atlanta Reporters has no contract/agreement to
      provide reporting services with any party to the
      case, any counsel in the case, or any reporter or
15    reporting agency from whom a referral might have been
      made to cover this deposition.  Atlanta Reporters
16    will charge its usual and customary rates to all
      parties in the case, and a financial discount will
17    not be given to any party to this litigation.

18

19

20    _____

21    FRANCES BUONO, B-791
      Georgia Certified Court Reporter

22

23

24

25

---

232

1     DEPOSITION OF MARK W. RIGLER, PH.D. /FCB

2     Page No. _____ Line No. _____ should read: _____

3     Page No. _____ Line No. _____ should read: _____

4

5     Page No. _____ Line No. _____ should read: _____

6

7     Page No. _____ Line No. _____ should read: _____

8     Page No. _____ Line No. _____ should read: _____

9

10    Page No. _____ Line No. _____ should read: _____

11    Page No. _____ Line No. _____ should read: _____

12

13    Page No. _____ Line No. _____ should read: _____

14

15    If supplemental or additional pages are necessary,
      please furnish same in typewriting annexed to this
16    deposition.

17    _____

18    MARK W. RIGLER, PH.D.

      Sworn to and subscribed before me,
19    This the _____ day of _____, 20___.

20    _____

      Notary Public
21    My commission expires: _____

22

23

24

25

Exhibit G

*Johnson & Johnson*

Central File

TALC - ANALYTICAL

*What is cost of each single electron & microscope*

*quick scan*

New Brunswick, N.J.
January 3, 1974

Subject: PURCHASE OF A TRANSMISSION ELECTRON
MICROSCOPE PLUS ATTACHMENTS

Dr. E. R. L. Gaughran
   to
Dr. T. H. Shelley

Over the past three years, there seems to have been
general agreement that Transmission Electron Microscopy
is the only absolute proof with electron diffraction
for the identification of asbestos in talc.  We have
elected to use outside laboratories since any results
generated in-house were suspect.  In view of the
latest findings at Windsor Minerals, it appears wise
that we maintain a closer surveillance on both the
ore and finished product on an in-house basis.

The approximate cost of a T.E.M. plus accessories is
$175,000.  I think it is something we perhaps should
consider in the near future.  Needless to say, it
was not forecasted for 1974.

A. J. Goudie

ab

cc:  Mr. G. Lee
     Dr. F. R. Rolle

EXHIBIT

159

J&J-0084692

JNJMX68_000017515

Protected Document--Subject to Protective Order

Exhibit H

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

*THIS DOCUMENT RELATES TO ALL CASES*

MDL NO. 16-2738 (FLW) (LHG)

**EXPERT REPORT OF ANN G. WYLIE, PHD
FOR GENERAL CAUSATION *DAUBERT* HEARING**

Date: February 25, 2019

_____
Ann G. Wylie, Ph.D.

## I.   SUMMARY OF OPINIONS

I have been asked to provide my opinion in the form of an overview of the nature of talc, amphibole, and serpentine minerals associated in and around talc deposits. I will discuss the differences between amphibole particles that form as asbestos (asbestos fiber) and those that form from crushing rock (cleavage fragments) and the distinctions between these two forms of amphibole. I will describe the conditions necessary for mineral fiber to form, provide an overview of the ways in which talc forms and describe the evidence on the association of different talc ores with asbestos. I will also provide my perspectives on how regulatory analytical techniques have been used to incorrectly classify cleavage fragments as asbestos fibers.

The opinions expressed in this report are rendered with a reasonable degree of scientific certainty. Based on my education, training and experience as a geologist and my review of relevant information for this matter, I have reached the following conclusions and opinions:

A.   Talc is a mineral and a component of cosmetic and industrial talc products. It is formed by alteration of Mg-rich rocks. Talc for cosmetic use is mined in only a few places because of the stringent requirements for the product.

B.   Amphibole and serpentine are both common rock-forming minerals. Both are hydrated, both can be found in Mg-rich rocks, and both can be associated with talc ore. Both occur rarely as asbestos.

C.   Amphiboles, talc (and other minerals) may form elongated fragments when they are broken during mining, mineral processing and rock and soil excavation. These fragments are not "asbestos," nor "asbestiform" and they do not have the properties of asbestos.

D.   Mineral fiber is uncommon. Amphiboles that form in the asbestiform habit (e.g., asbestos) exhibit special properties that are different than those same amphiboles that otherwise form in nature.

E.   Many naturally occurring minerals will form elongated particles that meet regulatory criteria for fiber. Unfortunately, analytical protocols developed for occupational monitoring for airborne fiber during asbestos use and for determination of clean air after removal of asbestos from school buildings will produce false positives for mineral fiber when applied to rock powders. Regulatory criteria are broad and obscure the fundamental characteristics of asbestos.

F.   Amphibole populations of asbestos fibers and cleavage fragments each have distinctive characteristics in their optical properties, dimensions and habits. The two types of microscopy used in making this distinction, polarized light microscopy (PLM) for optical properties and electron microscopy for dimensions and habit. The reports provided by plaintiffs' experts Drs. Longo and Rigler examining the body powder products at issue in this litigation do not present evidence consistent with the optical properties or habit of asbestos.

1

G. PLM can be used effectively to detect and identify asbestos in talc products because there are optical properties that are characteristic of cleavage fragments and others that are characteristic of asbestos.

H. The photomicrographs found in Drs. Longo and Rigler's reports document the presence of cleavage fragments. Particles labeled as bundles do not have morphology consistent with that designation (i.e., they are not bundles).

I. Evidence of fiber bundles is lacking in Drs. Longo and Rigler's transmission electron microscopy (TEM) photomicrographs of tremolite and anthophyllite, despite the fact that the particles are labeled as bundles. There is a wide range in the width of particles identified as tremolite and anthophyllite, and the particle shapes are consistent with a population dominated by cleavage fragments.

J. In general, to determine if a particle is asbestiform, one cannot simply calculate its aspect ratio. Aspect ratio does not tell anything about actual size, only relative size. Aspect ratio has no dimension. Characteristic of both asbestos and cleavage fragments is an increase in aspect ratio with increasing length, i.e., longer elongated mineral particles (EMPs) have higher aspect ratios. Differences or similarities in aspect ratio frequencies may, therefore, be due to differences in length frequencies rather than habit.

K. TEM techniques do not readily distinguish between EMPs of talc and anthophyllite. PLM is the most reliable instrument to make this distinction.

L. Based on their geologic settings, reports from mine geologists and literature descriptions of the ore deposits providing cosmetic talc for the relevant body powder, it is unlikely that asbestos could be found in the talc products from these mines.

M. The formation of talc does not require nor favor the formation of asbestos in the ore.

N. In rushing to deal with the asbestos problem of the 1960s, the Occupational Safety and Health Administration (OSHA) oversimplified its regulations, and in so doing, confused the distinctions between asbestos and cleavage fragments. Today, all regulatory language specifies the asbestiform habit, and by policy and practice regulatory bodies do not regulate cleavage fragment EMPs as asbestos.

## II.    BACKGROUND AND QUALIFICATIONS

I graduated *cum laude* from Wellesley College with a degree in Geology in 1966. I received my Ph.D. from Columbia University in 1972 with a major in economic geology, and minors in mineralogy, petrology and mining engineering. I was appointed Assistant Professor by the Department of Agronomy at the University of Maryland in 1972, but one year later the appointment was transferred to the newly formed Department of Geology. I retired as Professor of Geology and Distinguished Scholar Teacher in 2014, but continue to hold an appointment as Professor Emerita. In addition to my academic appointments, between 2000 and 2014, I held a variety of senior level administrative appointments, including Assistant President and Chief of Staff, Vice President for Administrative Affairs, and Senior Vice President and Provost.

Between 1979 and 2017, I published, among others, 38 articles on talc, amphibole and/or asbestos in highly regarded peer-reviewed publications. My curriculum vitae is attached as Exhibit A.

My most recent papers include:

> Wylie, A and P Candela (2015). Methodologies for determining the sources, characteristics, distribution, and abundance of asbestiform and non-asbestiform amphibole and serpentine in ambient air and water. *Journal of Toxicology and Environmental Health*, Part B: Critical Reviews. 18: 1-42.

> Wylie, A.G. (2016). Amphiboles: Fibers, fragments and mesothelioma. *Canadian Mineralogist* 54(6): 1403-1435.

> Kerrigan, RJ, Candela PA, Piccoli PM, Frank M and Wylie A (2017). Olivine + quartz + water $\pm$ HCl at mid-crustal conditions: controls on the growth of fibrous talc as determined from hydrothermal diamond anvil cell experiments. *Canadian Mineralogist*. 55(1): 101-113

> Wylie, A.G. (2017). Mineralogy of Asbestos and fibrous erionite. In *Current Cancer Research: Asbestos and Mesothelioma*, Joseph Testa Ed. Springer, Heidelberg pp, 11-41.

I am being compensated at a rate of $350 per hour for my expert work in this litigation.

## III.   OPINIONS

### A.  What is talc?

*Summary: Talc is a mineral and a component of cosmetic and industrial talc products. It is formed by alteration of Mg-rich rocks. Talc for cosmetic use is mined in only a few places because of the stringent requirements for the product.*

A **mineral name** specifies 1) the chemical composition, and 2) the atomic structure; together these must be unique to be called by a mineral name.

**Talc** is hydrated magnesium silicate (meaning it contains water, magnesium and silicon) with a chemical formula of $Mg_3Si_4O_{10}(OH)_2$. It belongs to a group of minerals known as sheet silicates, due to the sheet-like arrangement of the atoms in the structure.

Talc is the softest mineral known, and it can be broken easily with your fingernail into flat plate-like particles; the particles are referred to as "platy." These smooth, flat particles give the material a greasy or slippery feel and make it suitable for body powder. Talc may also form irregularly shaped or even elongated prismatic particles, but these are less desirable for cosmetic talc. Mineral talc can also form as fibers. In New York State, for example, the fibers are asbestiform and probably formed from the alteration of anthophyllite. Talc fiber may also form directly from metamorphic fluids without alteration from an amphibole (Kerrigan et al 2017). This type of talc fiber is a normal, but not abundant, component of most talc ore.

Confusingly, the term "talc" is also used to refer to mineral products containing the mineral talc in proportions that vary from about 30 to 100 percent. I will use "talc" to mean the mineral, and specify **industrial or cosmetic talc** when referring to a mineral product that contains it. **Talc ore** means the rock from which the talc was extracted.

Talc ore is formed by **hydrothermal alteration of other minerals during metamorphism**. This means that at some time in the geologic past, elevated temperature and fluid pressure prevailed in rock, resulting in chemical reactions with one set of minerals changing into (metamorphosing) another set. Hydrothermal means hot water and metamorphism means mineral transformations. Talc results if the starting rock is of the right composition, water is present and the right temperature and pressure are in place.

Talc ore is mined for both industrial and cosmetic use, but from different ore bodies and in different mines. Industrial talc used in paint, plastic, rubber and ceramic tile, for example, is unsuitable for cosmetic purposes due to its physical properties and mineral composition. Industrial talc products vary widely in color, texture and talc content. In Texas, for example, the talc ore that is mined for ceramics is black. Some industrial talc contains < 50% mineral talc.

Talc ore used for cosmetic purposes, however, is different. For talc to be sold as body powder, it must meet specifications in color, texture, mineral composition and absorbance, which ore from only a few mines can provide. For example, cosmetic talc product normally contains ≥95% mineral talc, is very white and must be substantially free of quartz. Talc ores from which a product of this purity can be extracted economically are uncommon.

### B. What are amphibole and serpentine minerals?

*Summary. Amphibole and serpentine are both common rock-forming minerals. Both are hydrated, both can be found in Mg-rich rocks, and both can be associated with talc ore. They occur rarely as asbestos.*

### 1. Amphibole.

Amphibole minerals are a family of double-chain hydrated silicate minerals. Amphiboles are referred to as rock-forming minerals because of their abundance. Overall, amphibole can be found in six to ten percent of the crustal rock of the contiguous US (Wylie and Candela, 2015), but in some areas it is more abundant. Amphibole is most common in metamorphic rocks and metamorphic rocks are common in old and new mountain belts. Amphiboles are also found in the oldest rocks that form the continental cores, and in and around intrusive igneous rock, such as granite, which crystallizes from liquids (magma). Figure 1 shows the distribution of igneous and metamorphic rocks in the US that may contain amphibole and serpentine.



*Figure 1. This map was produced by Kuryvial et al (1974), US EPA. It shows the distribution of rocks likely to contain amphibole and serpentine.*

Amphiboles are composed of the most common elements found in the crust of the earth. These elements and abundances are: oxygen (46.6%), silicon (27.7%), aluminum (8.2%), iron (5.0%), calcium (3.6%), potassium (2.8%), sodium (2.6%) and magnesium (2.1%). (Rudnick and Gao, 2003).

Amphiboles are so common in some rocks that the names of several main rock categories refer to the amphibole component. These include amphibolite, greenstone (green amphibole), and blue schist (blue amphibole). Amphiboles also occur in smaller quantities in marble and granite (e.g., the dark streaks in granite used for countertop materials and building stone commonly contains amphibole), or in large quantities in some metamorphosed banded iron formations, the major ore of iron worldwide. Amphiboles may also occur in soils formed from underlying amphibole containing rock and in deposits left by glaciers. Amphibole-rich rock is mined for building roads and rail lines and has been used in a crushed form on "clay" tennis courts. Mines of many different commodities penetrate rock containing amphibole, including iron, gold, talc, copper and crushed stone. Amphibole may be a common component of dimension stone for floor tiles and it forms nephrite, the name for common jade.

The amphibole minerals most commonly associated with talc are tremolite, actinolite and anthophyllite. The ideal formulas are $Ca_2(Mg,Fe)_5Si_8O_{22}(OH)_2$ for the tremolite-actinolite continuum (nomenclature based on Mg/(Mg+Fe)), and anthophyllite, $Mg_2(Mg,Fe)_5Si_8O_{22}(OH)_2$. Nomenclature of these amphiboles is formally determined by precise chemical analysis and standards established by the International Mineralogical Association.

## 2.  Serpentine.

Like talc, serpentine is formed by alteration of ultramafic rock and carbonates, and like talc, it is a hydrated magnesium sheet silicate. Serpentine contains 13% water, while talc contains about 5%. (Veblen and Wylie, 1993).

There are three serpentine minerals that have the same ideal chemical formula ($Mg_3Si_2O_5(OH)_4$) and all have a sheet-like atomic structure. However, they crystallize in three distinct atomic arrangements. The three forms are called **chrysotile, antigorite and lizardite**. Chrysotile forms from rolled sheets forming tubes that are about 0.025 μm in diameter and have an inner hollow tube of about 0.005 μm (Veblen and Wylie 1993); these are **fibrils** of chrysotile asbestos.

Serpentine is the major mineral in the rock **serpentinite**. Serpentinites are common throughout the Appalachian Mountains and in California in large blocks, varying in size from feet to miles. In these occurrences, serpentinite was thought to have originated as a piece of ocean crust thrust onto the continent during mountain building processes associated with plate tectonics.

Serpentine may also form as a mineral component of some metamorphosed carbonate rocks.

### C. What is a mineral fiber and what is "asbestos"?

*Summary: Mineral fiber is uncommon. Amphiboles that form in the asbestiform habit (e.g., asbestos) exhibit special properties that are different than those same amphiboles that otherwise form in nature.*

In most dictionaries, the definition of fiber is 'threadlike'. When minerals form in nature as bundles of easily separable, long, very thin, very narrow crystals that are flexible (high tensile strength), the description "threadlike" may apply. Such material is called asbestos. Under U.S. regulatory policy, the term "asbestos" has been applied only to six asbestiform minerals mined and sold as "asbestos," namely chrysotile and the asbestiform varieties of actinolite, grunerite (amosite), anthophyllite, riebeckite (crocidolite) and tremolite.

Asbestos is not a mineral, but a **set** of durable, chemical and heat resistant minerals that form in the **asbestiform habit**. Habit is a mineralogical term specifying the physical form a mineral takes when it forms (grows) in nature, e.g., globular, granular, prismatic, fibrous. The habit of growth of asbestos is referred to as **asbestiform. This means that the occurrence of the mineral is as** narrow, fairly uniform single crystals called **fibrils** occurring in bundles (common) and matted masses (rare). Asbestos is easily separated into fibrils and fiber bundles with hand pressure.

The term "fibrous" is much broader than asbestiform, which it includes. Fibrous also applies to wide, brittle, glassy fibers called byssolite, and even materials that look like they may be made up of fiber are referred to with this term.

The habit of asbestos is well illustrated in Figure 2 below. The very narrow fibers and fibrils are not connected laterally to each other so they can scatter and separate easily. Note the similarity in the width of the fibrils. Amphibole asbestos almost always occurs in amphibole bearing rock and chrysotile asbestos almost always occurs in serpentinite. However, only about 0.1% of amphibole minerals are formed in the asbestiform habit and occurrences are localized and uncommon (Wylie and Candela, 2015).

Mineral fiber forms in nature only under very special circumstances. An environment containing water-rich fluid, saturated with the mineral in solution, and a space in which to grow fiber unimpeded is necessary for the rapid precipitation of very fine fibrils of asbestos. Such environments are limited in scope and time.

6



*Figure 2. Asbestos from USGS (Usgsprobfe.cr.usgs.gov/picts2.html): a) tremolite asbestos, Death Valley California; b) Richterite-winchite asbestos, Libby MT; and c) UICC chrysotile A*

In regions where heat flow is high and volcanism is active, there will likely be asbestiform mineral fiber. For example, mineral fiber is common in areas with Cenozoic (last 65 million years) volcanism, such as Turkey, Oregon and Nevada, where asbestiform fibers of the mineral erionite formed in altered volcanic glasses and tuffs, or southern Italy, where fibers of the amphibole fluoro-edenite formed in seams and cavities in volcanic rocks around Mt. Etna. (Gianfagna et al., 2007). This is not a normal environment for talc deposits.

Asbestiform fiber can form when fluid pressures are very high because of tectonics (mountain building), as evidenced by the fibrous masses of amphibole glaucophane winding around blocks of other rock in the blue schist of California that formed during subduction of the Pacific Plate under North America, or, the mountain of very short mass fiber chrysotile that occurs at the Coalinga deposit of California. The **mass fiber** anthophyllite-asbestos ores at Paakkila, Finland, and elsewhere were probably formed by high fluid pressure events during retrograde metamorphism.

Asbestiform mineral fiber can form when rocks are under tension and hot water carrying dissolved components of amphibole or serpentine is available. This is the most common environment for the formation of asbestos fiber. This may be expansion upward as over burden is removed or the crust thins, in faults that pull rock apart, and in the axes of folds. Fiber that forms under these circumstances occurs in well-defined planes called seams or veins containing fibers that grow perpendicular to the wall of the seam, parallel to the direction of expansion. This fiber is called **cross fiber**. In the event that the movement involved lateral motion, mineral fiber may form parallel to the wall of the seam, and this is referred to as **slip fiber**. Amosite and crocidolite ores are from veins, primarily cross fiber. Most chrysotile deposits are also cross fiber (with the notable exception of the Coalinga mountain in California). Tremolite asbestos and actinolite asbestos also form in cross fiber and slip fiber veins.

Figure 3 below includes pictures of "asbestiform" ice. Ice is a mineral. I took the first picture while hiking in the Catoctin Mountains. It had been quite cold for many days and there had been some snow. The day before this was taken, the day was warm, and the upper several inches of soil had thawed, leaving a very muddy surface layer in some places. The next night, the temperature dropped quickly and the mud froze with fibers of ice forming rapidly in the mud.

Not everything is understood about how mineral fiber forms, however. For example, it was recently discovered that the form of fibrous ice shown in Figure 3(b) grows on a substrate of wood. The individual fibers remained as separate fibrils due to a chemical released by fungus living in the wood. While fungus may not be implicated in the origin of asbestos, the chemistry of the fluids from which asbestos forms likely influences fiber formation in similar ways. In fibrous ice, individual fibers of ice share a common axis of elongation, but because of their rapid nucleation and growth, or in one case, the presence of fungus, fibers are not connected to each other, so they separate readily. Fibrous ice, like asbestos, only forms in very particular environments. Unlike asbestos, fibrous ice lacks durability, so while it is asbestiform in habit, it is not asbestos.

 

*Figure 3. Fibrous Ice. a) Ice from saturated muds, Catoctin Mountains, MD. b) Fibrous ice formed in forest in Germany (from Eos. V 96. Number 16. 2015, p. 3)*

Importantly, asbestos fiber exhibits many properties different from those characteristic of fragments of the same mineral, even if the particles are of roughly the same length. Fibers of

asbestos are narrower than cleavage fragments of the same length. Fibers of asbestos possess high tensile strength and flexibility, both attributable to the narrowness of fibrils. High tensile strength promotes the preservation of long fiber during crushing. Bundles of even a few fibrils will exhibit properties that are anomalous when viewed by polarized light microscopy (Verkouteren and Wylie 2002).

### D.  What are cleavage fragments?

*Summary: Amphiboles, talc (and other minerals) may form elongated cleavage fragments when rocks are broken during mining, mineral processing and rock and soil excavation. These fragments are not "asbestos," nor "asbestiform," and they do not have the properties of asbestos.*

Amphiboles possess in their atomic structure two planes that have weaker bonds than other directions in the lattice, meaning they will break, or "cleave," preferentially along these weak planes. For this reason, when amphibole-bearing rock is crushed during mining and mineral processing, amphibole of all compositions will form elongated fragments (EMPs). These are referred to as **cleavage fragments**, cleavage because they were "cleaved" from a larger piece of amphibole, and "fragment" because they were formed by fracture. Amphibole, like almost all rock, is brittle unless asbestiform, and it readily forms EMPs when crushed.

For visual reference, Figure 4 is non-asbestiform amphibole EMPs of the amphibole riebeckite, formed by crushing more massive material. The image in Figure 5 is reproduced from the United States Geological Survey's website (usgsprobe.cr.usgs.gov/picts2.html). The particles shown are non-asbestiform amphibole, in this case tremolite, which was crushed, forming EMPs. The sizes and shapes of the amphibole cleavage fragments depicted in Figures 4 and 5 are similar to cleavage fragments formed by crushing many common, durable, silicate minerals.



*Figure 4. Cleavage fragments of amphibole riebeckite as seen by PLM. Largest particles are about 20μm in length.*



*Figure 5. Tremolite cleavage fragments viewed by SEM (USGS).*

Cleavage fragments are elongated chunks of rock and are generally wider than asbestos fiber of the same composition and length. Cleavage fragments are brittle. They are never "threadlike." They do not exhibit enhanced tensile strength. Mineral fiber cannot be produced from cleavage fragments. I am unaware of any literature that supports the notion that non-asbestiform minerals such as tremolite could be modified during processing and turned into asbestos. If a mineral does not form as fibers in nature, it cannot form the very thin fibers characteristic of asbestos by crushing it. Moreover, while asbestos fiber bundles may disaggregate after entering the respiratory system, resulting in increases in the dose of fiber over time, cleavage fragments do not disaggregate after entering the body because they are single structures.

### E.   Regulatory Terminology: Fibers and elongated mineral particles (EMPs).

*Summary: Many naturally occurring minerals will form elongated particles that meet regulatory criteria for fiber. Unfortunately, analytical protocols developed for occupational monitoring and for determination of clean air after removal of asbestos from school buildings, will produce false positives when applied to durable EMPs in rock powders. The regulatory criteria are broad and obscure the fundamental characteristics of asbestos.*

Federal protocols for monitoring known occupational exposure to asbestos specify the term **fiber** to mean any airborne particle that is greater than 5 μm in length that has a length to width ratio of at least 3:1. For assessing the cleanliness of a building after asbestos removal, federal AHERA (US EPA 2002) rules require that airborne asbestos fibers longer than 0.5 μm with a length to width ratio of at least five (5:1) be counted. Other federally recognized methods for monitoring asbestos use other fiber definitions in exposure assessments. In short, there are multiple definitions of the term fiber used in regulatory protocols; none describes thread-like asbestos mineral fiber very well (Candela and Wylie, 2015).

NIOSH introduced the term elongate mineral particles (EMP**s**) in 2006 (NIOSH, 2006). An EMP that was formerly referred to as fiber based on dimensions is now called an elongated mineral particle. EMP is a neutral term because it assumes nothing about the manner in which it formed: growth or fracture. It may be an elongated rock fragment formed during crushing rock (cleavage fragment) or liberated during soil formation, or it may be asbestos. Particles counted by occupational monitoring protocols for asbestos are not necessarily mineral fibers, but they are all EMPs.

The chart on the next page shows the types of material that qualify as EMPs. It illustrates the fact that many common minerals can form EMPs and that many particles could be incorrectly classified as mineral fiber by federal asbestos counting criteria. Because they are common, miners of many different materials have routinely been exposed to EMPs. This Table is published in Toxicology and Applied Pharmacology (Weill et al., 2018).



### F.  How to distinguish cleavage fragments from asbestiform fiber by microscopy.

*Summary: Amphibole populations of asbestos fibers and cleavage fragments each have distinctive characteristics in their optical properties, dimensions and habits. The two types of microscopy used in making this distinction are: polarized light microscopy for optical properties and habit and electron microscopy for dimensions and habit. The reports provided by plaintiffs' experts Drs. Longo and Rigler examining Johnson's Baby Powder and Shower to Shower do not present evidence based on optical properties and habit for a population of asbestos fibers.*

The distinction between cleavage fragments and asbestiform fibers is widely understood by science, industry and government. For example, the distinction is made by OSHA, which, by policy, regulates only fibers and not cleavage fragments (Crane, 2018). As discussed in the section entitled "Initial regulation of asbestos," below, other federal agencies also make the distinction in policy. Unfortunately, when OSHA removed cleavage fragments from asbestos regulation in 1993, it did not mandate a method to differentiate them from fiber, essentially leaving it up to others to sort out. OSHA's regulatory approach is consistent with counting EMPs as asbestos **only** when there is evidence of asbestos in the workplace already. In other words, OSHA do not follow its counting protocol as a definition of fiber because it is overly broad and inconsistent with its acknowledgement that non-asbestiform amphibole is not covered by its regulations.

Despite the lack of regulatory guidance, scientists have developed approaches for distinguishing between cleavage fragments and asbestiform fiber by employing all types of **microscopy** to look at populations of particles in mineral powders. While a single particle observed by microscopy might be confidently called a fiber or fiber bundle or fragment because of some defining characteristic(s), other particles cannot so easily be labeled, and must be viewed as part of a population of particles. The criteria for distinguishing mineral fiber from mineral fragments are different and complementary depending on what type of microscopy is being used: polarized light microscopy or electron microscopy. Each is explained below.

### 1.  Polarized light microscopy (PLM).

*Summary: Polarized light microscopy (PLM) can be used effectively to detect and identify asbestos in talc products because there are optical properties characteristic of cleavage fragments and other characteristics of asbestos fibers.*

PLM employs plane polarized light to examine minerals. PLM is the primary tool used by geologists today to study rocks and rock powders, as it has been for a hundred years. In the study of powders, the samples are mounted in immersion oils of known index of refraction. Because minerals are crystalline, possessing a well-ordered arrangement of atoms, they will interact with polarized light in ways that change the nature of the light. These changes are referred to as optical properties. The optical properties of thousands of minerals are well documented and together they form a unique set that enables identification of most silicate and carbonate minerals. PLM is a powerful tool for the examination of talc products for asbestos and the identification of the minerals that compose it.

The ideal particle size for powdered minerals to be studied by polarized light microscopy is > 1 to about 150 µm. Powdered talc I have seen ranges in size from about 1 to 200 µm. Normally, it has passed through a 200 mesh sieve, making 74 µm the maximum middle dimension of particles in most cosmetic talc. My own examinations of body powders have found abundant large particles that are easy to study by polarized light microscopy. **It is these large particles that contain virtually all the mass of a powdered sample.**

The mineral forming EMPs can be identified by a set of well-established optical properties, and if asbestiform, bundles of even a few fibrils will exhibit optical properties that are anomalous (Verkouteren and Wylie, 2002). Figure 6 shows two EMPs photographed at the same magnification. Both are amphibole, but one is asbestos and one is a cleavage fragment. These particles typify their respective groups.

 

*Figure 6. Tremolite. (a)Tremolite asbestos from Metsovo, Greece by PLM, crossed polars. The field of view is approximately 250 µm across and this particle is about 165 µm long. Many tiny, easily separable fibrils make up the particle (b) Tremolite from cosmetic talcum powder. The field of view is also about 250 µm and the particle is 70 µm long and 9 µm wide. It is not a fiber bundle.*

The U.S. Environmental Protection Agency (EPA) polarized light microscopy (PLM) method (1993) specifies the characteristics of asbestos, summarized as follows: means aspect ratio (length/width) ranging from 20:1 to 100:1 or higher for fibers longer than 5 micrometers, very thin fibrils, usually less than 0.5 micrometers in width, and 2 or more of the following properties: fibers occurring in bundles, bundles displaying splayed ends, matted masses of individual fibrils and fibers showing curvature. These characteristics are evident in the asbestos shown in Figure 6(a).

The particle shown in Figure 6(b) is bounded by planes that have broken during grinding. It behaves as a single particle optically, so it is **not** composed of smaller fibrils. Its shape, surface morphology, length to width ratio and dimensions are characteristic of cleavage fragments.

If amphibole asbestos is present in cosmetic talc because it was in the ore and processed with the talc, it can be found by PLM. The high tensile strength of asbestos preserves long fibers, and fiber bundles would be expected among the larger particles. Furthermore, distinguishing between anthophyllite-asbestos and talc is straight-forward by PLM. The detection limit of amphibole in

14

talc by PLM is theoretically limited only by the number of analyses, but practically there is a limit, probably < 0.01%, unless a procedure for concentrating amphibole, such as heavy liquid separation, is employed. PLM cannot be readily used to provide abundances on the basis of numbers of fibers/unit weight.

*Summary: The optical photomicrographs of tremolite and anthophyllite found in the expert reports of Drs. Longo and Rigler document the presence of cleavage fragments. Particles labeled as bundles do not have features consistent with that designation.*

The January 15, 2019, report of Drs. Longo and Rigler provides many photographs of EMPs labeled by Drs. Longo and Rigler as fibers and most commonly, fiber bundles of amphibole. Some were taken under polarized light and some showed dispersion in $n_D$= 1.605 oil. The particles labeled as bundles, however, do not display the characteristics of fiber bundles. Their optical properties and shape are consistent with cleavage fragments and inconsistent with asbestos. Their optical properties are those of single crystals, not composite fiber bundles. An example is shown in Figure 7. Furthermore, the data presented in the report are insufficient to differentiate anthophyllite from tremolite, as in one common orientation, tremolite will display parallel extinction, the only distinguishing characteristic mentioned by Drs. Longo and Rigler.



M68503-026BL1-002 Actinolite/Tremolite Crossed Polars

*Figure 7. The particle in the upper right-hand corner is labeled as tremolite. The photograph was taken at 200X under crossed polars. The particle is about 40μm long. The uniform first order white interference color is indicative of a single crystal, not a fiber bundle.*

15

## 2. Transmission electron microscopy (TEM).

*Summary: Evidence of fiber bundles is lacking in Drs. Longo and Rigler's TEM photomicrographs labeled as tremolite and anthophyllite, despite the fact that the particles are called bundles. There is wide range in the width of particles identified as tremolite and anthophyllite and the particle shapes are consistent with a population dominated by cleavage fragments.*

Electron microscopy may be used to detect amphibole in talc. The mineral identity of a particle viewed with an electron microscope is usually decided by particle shape, qualitative chemical composition as established by energy dispersive spectroscopy (EDS also known as EDXA) and atomic structure as determined from zone axis electron diffraction patterns.

The particles examined are usually the smallest in a sample, so bundle structures are less common and the uniformity of width of fibrils in one or sometimes two modes is evident. There are many data sets providing the lengths and widths of amphibole fragments and fibers available for study. In 2016, I published a paper using 35 sets of dimensional data gathered by electron microscopy (Wylie, 2016). Almost all of these data sets are publically available. These data sets demonstrate the ubiquity and abundance of fibrils longer than 5 micrometers with very narrow widths, < 0.3 μm, a characteristic lacking in Drs. Longo and Rigler's tremolite populations and largely absent in the EMP populations labeled as anthophyllite. Furthermore, none of Longo and Rigler's optical microscopy photographs of particles identified by them as anthophyllite demonstrate the presence of bundles of fibers that could disaggregate and form such fiber.



*Figure 8. This photograph, taken from the Jan 15, 2019 report of Drs. Longo and Rigler, is reported to be a bundle. It appears to be a single crystal. No criteria are provided for designation as a bundle.*

I found three particles out of more than 100 labeled as anthophyllite by Drs. Longo and Rigler that have Length > 8μm and Width < 0.25μm, widths and lengths inconsistent with a normal cleavage fragment population.  I would need to see more evidence than that presented in the reports, however, to conclude that they are anthophyllite fibers. Talc, sepiolite, jimthompsonite, clinojimthompsonite and chesterite, all magnesium silicates which occur together, may also form fibers. There has been no evidence presented by optical microscopy that fiber bundles of anthophyllite are present, and it has not been reported from the mine.

### 3.   Aspect ratio.

In general, to determine if a particle is asbestiform, one cannot simply calculate its aspect ratio. Aspect ratio does not tell anything about actual size, only relative size. Aspect ratio has no dimension. Characteristic of both asbestos and cleavage fragment is an increase in aspect ratio with increasing length, i.e., longer EMPs have higher aspect ratios. Differences or similarities in aspect ratio frequencies may, therefore, be due to differences in length frequencies rather than habit.

### 4.   The anthophyllite asbestos-talc controversy.

*Summary: Transmission electron microscopy techniques do not readily distinguish between EMPs of talc and anthophyllite. PLM is the most reliable instrument to make this distinction.*

From both transmission electron microscopy (TEM) and scanning electron microscopy (SEM), we can obtain dimensions and much information about chemical composition of mineral particles, except their water content. The lack of information on water content has resulted in much confusion about identification of anthophyllite and talc in fiber by electron microscopy. Talc contains about 5% water, and anthophyllite contains 2%. These two minerals have almost the same ratio of MgO to $SiO_2$, similar electron diffraction patterns in certain orientations and both can form fibers. To confuse the matter more, in the industrial talc from the unusual deposits of Gouverneur, NY, not only are there fibers of mineral talc, but also, in small quantities, fibers formed of intergrowths of talc, anthophyllite and other chain silicates occur, and in eastern Vermont, the Mg silicates chesterite (prismatic), jimthompsonite (prismatic), and clinojimthompsonite (fibrous) have been found in altered serpentinites between the chlorite and the actinolite zones.

In order to distinguish between talc and a fiber of anthophyllite by TEM, one must follow carefully the ISO 10312 TEM method or other approved method that specifies that a fiber should be classified on the basis of morphology and EDXA composition, but also specifies that a list of minerals consistent with that composition be made. A zone-axis selected area electron diffraction (SAED) pattern should be tested for consistency with the crystal structure of the suspected mineral, but also tested for inconsistency with crystal structures of the other minerals of similar composition. If this requirement is not followed, there is no reliable method to tell if a particle is anthophyllite or talc. I did not see any evidence that Drs. Longo and Rigler did such testing, and therefore the distinctions between anthophyllite, talc, and other Mg-silicates may be unreliable.

17

### G. Differences in talc ore deposits and the distinctive and well-studied cosmetic talc deposits in Southern Vermont and Northern Italy.

*Summary: Based on their geologic settings, reports from mine geologists and literature descriptions of the ore deposits providing cosmetic talc for Johnson's Baby Powder and Shower to Shower, it is highly unlikely that asbestos could be found in the talc products from these mines.*

Talc may form without amphibole or serpentine forming in the ore. Talc without amphibole occurs when temperatures and/or fluid pressures were not high enough for amphibole to form. Talc without serpentine means the temperatures were too high and/or fluid pressure too low for serpentine to form or remain stable. However, talc deposits may form over a range of temperature and fluid pressures accompanied by migration of chemical elements, so amphibole, talc and serpentine can be present together in those circumstances, as explained below.

During metamorphism (the changing of one rock type to another), the set of minerals in a rock is determined by temperature, pressure and the chemical components available.[1] The number of such minerals will normally not be very large. The metamorphic mineral groups most likely to be found in and around talc ore are: chlorite, amphibole, carbonate, sepiolite and serpentine. Quartz, iron oxides and sulfides are known in some places. To minimize these accessory minerals in cosmetic talc products, talc ore is selectively mined for the highest talc content, and then it may be subject to purifying processes such as flotation, magnetic separation and air classification.

There are two types of talc ore deposits:

A.   Talc ore formed from alteration of ultramafic rock (Type I). Ultramafic rocks that host talc deposits are much richer in Mg and lower in Si, Ca, K, Al and Na than average crustal rock. There are two types of ultramafic rock that serve as hosts to the talc ore: Serpentinite (Type Ia) and Ultramafic Igneous Rock (dunite, peridotite) (Type Ib). Type Ia includes the deposits of Southern Vermont used in the cosmetic talc products at issue in this litigation.

B.   Talc formed from alteration of Mg-rich carbonate rocks (limestone, dolomite) by fluids (Type II). There are three subtypes based on source of fluids: a) Type IIa: regional metamorphism, b) Type IIb: a proximal igneous body, and 3) Type IIc: distal igneous body. The deposits of the Chisone Valley, Italy used in the cosmetic talc products at issue are probably of Type IIc.

---

[1] During metamorphism, physical and chemical conditions may change rapidly and equilibrium may not be attained. Detailed lattice imaging studies of minerals from these environments by high resolution electron microscopy have revealed a world that can be much more complex than I describe herein, in which it is assumed that particles found in talc products are made up of a single mineral. At the sub-micron scale, amphibole, talc, and a family of single, double, quadruple chain and sheet silicates, and combinations of these, may be intergrown within a single particle. We know this is true from studies of fibrous talc from New York and the talc-amphibole-biopyrobole intergrowths from Chester, Vermont (Veblen and Busek, 1980). However, detailed studies by high resolution TEM are limited and unless evidence is found otherwise, particles in mineral powders are normally considered to be single minerals.

While the minerals associated with talc in both Type I and Type II may be the same (carbonate minerals, chlorite, talc, tremolite, actinolite, serpentine, anthophyllite, olivine, mica and quartz), there is a great deal of variability in presence and abundance of these minerals among talc deposits. There is also variability in the likelihood of finding asbestos associated with talc ore. While the ore from every talc mine or mining district may fit into the classification scheme outlined above, in fact, every deposit is unique in some way(s). In the section below, I will give examples, paying particular attention to the characteristics of deposits mined for cosmetic talc.

### 1.  TYPE Ia: Serpentinite host.

Cosmetic talc ores in Southern Vermont utilized in the talcum powder products at issue are examples of talc ores formed from the alteration of **serpentinite**, a rock composed almost exclusively of the serpentine minerals.

Serpentinite blocks altered during regional metamorphism lose water to surrounding rock and gain Si and $CO_2$ (among others) from it. This process results in the formation of a series of layers, or zones, dominated by a single mineral encircling the serpentinite. These separate and discrete zones extending outward from the serpentinite core are illustrated in Figure 9, which is taken from the work of Sanford (1982). For the levels of metamorphism known as "greenschist and epidote-amphibolite facies," the amphibole is tremolite-actinolite. For higher levels of metamorphism, the amphiboles will be actinolite, hornblende and anthophyllite.



*Figure 9. Idealized blackwall metasomatism and the formation of talc from serpentine with chemical exchanges to form talc and talc carbonate from serpentine. Ca and Fe may enter to form amphibole, and, in some instances, Mg will leave. The original boundary before metasomatism is labeled "blackwall." As the serpentinite was heated, water was driven out, and Si was driven in, forming the layers. Cosmetic talc ore is mined from talc zone. The talc carbonate zone is called "grit."*

It is the contrast in initial chemical composition of the serpentinite and the surrounding sediment and the availability of water from the serpentinite as it dehydrates during metamorphism that results in the limited mineralogy of these well-defined zones. The transformation is referred to as **black wall metasomatism** for the black color of the chlorite rich zone at the contact with amphibole-chlorite. The chlorite-amphibole/chlorite boundary marks the contact between the original serpentinite and surrounding rock. If amphibole asbestos were to form during metasomatism, it would be most likely deposited by hot fluids escaping the dehydrating serpentinite and well outside the talc zone. In fact, I have seen amphibole asbestos in veins in rock surrounding a large talc free serpentine body in Maryland.

It is common for one or more of the expected blackwall zones to be absent. For example, amphibole may not form at all if temperatures do not rise high enough. Zones may vary a great deal in thickness, from inches to many feet. Only when the talc zone is large and pure enough is it considered ore. Furthermore, although referred to as a single mineral zone, the boundaries are not perfect, and even under careful mining of high-grade talc ore, they might be breached, and trace quantities of amphibole, chlorite or carbonate rock incorporated in talc ore from time to time.

Talc ore formed from serpentinite may contain trace amounts of iron oxides, and/or sulfides, which were part of the original ultramafic rock. If present, the ore may be treated at the mine to remove them.

**There is nothing about the mode of formation of this type of talc deposits that favors the formation of asbestos**. However, because Mg-rich rocks can be hosts for asbestos, and because asbestos deposits are localized, and because during the 350 million years that have elapsed since these talc deposits formed, periods of faulting may have occurred, each deposit must be considered independently, and regular examination of the mine and mill products is necessary to ensure its absence as mining progresses.

*Comments on Windsor County talc deposits:*

Dr. Fred Pooley, a distinguished mineral scientist from the Department of Mineral Exploitation, University College Cardiff, UK, visited the talc mines owned by Windsor Minerals in Southern Vermont in 1972. It is my understanding that the ore from this mine was the source of some of the talcum powder products involved in this litigation. He and his team examined the samples he collected from throughout the mine, including ore and foot and hanging wall, and examined them by PLM, X-ray diffraction and transmission electron microscopy. According to his report (Pooley, 1972), **there were no asbestiform amphiboles or chrysotile detected**. Pooley does not report the presence of anthophyllite. Non-asbestiform tremolite and actinolite near the unmined edges of the formation were reported, but amphibole is not disseminated throughout the talc ore. The inner zone is talc high enough in purity to be suitable for cosmetic use. His observations are consistent with the presence of well-defined mineral zones, as would be expected in this type of deposit, enabling the amphibole zones to be avoided in mining or be wasted (discarded as waste rock). The mineralogy of the Windsor mine places it in the "epidote amphibolite facies" of metamorphism as is so well described by the pioneering models in Sanford (1982).

Pooley's detailed descriptions are consistent with published descriptions of talc mines in the Ludlow, Vermont area. The minerals list in the ore from several mines, including the Argonaut mine, by Mindat.org are: apatite, chromite, actinolite, chlorite, magnetite, and magnesite. Chidester et al (1951) describe a large, well-defined mass of actinolite in the Hammondsville mine along the edge of the orebody. Gillson (1927) described the actinolite in talc ore from Windsor County as showing "no effect of stress during deformation" (the lack of asbestos fiber would be consistent). The geologists writing these early reports were well aware of asbestos and the fact that it is not mentioned means it was not observed.

## 2.  Type IIc. Carbonate Host: Distal igneous source.

Cosmetic talc ores in Italy used for Johnson's Baby Powder and Shower to Shower are examples of the alteration of a carbonate by heat and fluids from a distant source. In this category are the Regal, Treasure and Yellowstone mines in southwest Montana, the Italian mines at Chisone Valley, and the talc mines of the Allamore talc district of Texas. The cosmetic talc mines in China may also be of this type. If amphibole is absent, as Van Gosen reports for the Montana deposits (Van Gosen et al., 2004), temperatures were not likely not high enough for formation of tremolite. If tremolite is present but uncommon, as is the case for Italy and Texas, its formation was limited in some other manner, such as the abundance of Ca. Sepiolite fiber is known from Montana, as is fibrous talc (Greenwood, 1998), but these fibers were likely fiber-forming events at temperatures too low for amphibole fiber to form.

**There is nothing about the mode of formation of this type of talc deposits that favors the formation of asbestos.** However, because Mg-rich rocks can be hosts for asbestos, because asbestos deposits are normally localized, and because it is possible for asbestos to form long after the talc deposit was formed, each deposit must be considered independently, and regular examination of the mine and mill products is necessary to ensure its absence as mining progresses. **However, this type of deposit is not known for associated asbestos.**

*Comments on the Val Chisone, Italy, talc deposits.*

In 1972, the Department of Mineral Exploitation at University College Cardiff examined hand specimens and powders from an Italian mine, which I understand provided talc product for the talcum powder products at issue (Lightfoot et al., 1972). The team was led by distinguished mineral scientist Dr. Fred Pooley. The samples were studied by PLM, TEM and X-ray diffraction. Pooley and his team found tremolite only in association with carbonate, which could be found as nodules in the ore and elsewhere and wasted. They did not report tremolite in powdered talc ore. They did not report anthophyllite. They did not find tremolite-asbestos. They did not find chrysotile asbestos. They did report fibrous (but not asbestiform) talc.

Greco and Pelizza (1984) report on a visit to the Fontane mine from Val Chisone, Italy. They mention wasting inclusions. Sandrone and Zucchetti (1988) reported on the geology of the Val Chisone (Pinerolo District) cosmetic talc mines. They noted the same accessory minerals reported elsewhere by Dunning et al (1989): zoisite, epidote, rutile, sphene, tremolitic amphibole, quartz and pyrite. **There are no reports of asbestos.** The mineralogy is consistent with the "greenschist" and "epidote amphibolite" levels of metamorphism, where anthophyllite is not expected to form.

21

### 3.   When is asbestos likely to be found in talc ores?

*Summary: The formation of talc does not require or favor the formation of asbestos in the ore.*

Asbestos is uncommon, but it is known to favor Mg-rich rocks. While all types of talc deposits can be asbestos-free, some types of talc deposits are more likely to be accompanied by amphibole asbestos than others in the immediate surroundings, although not necessarily in the ore. Amphibole-asbestos is known to be associated with deposits of Type Ib, Type IIa and Type IIb. These generalizations may not apply if there is superimposed on a talc deposit later tectonic events that favor fiber formation, such as faulting or igneous intrusions, but the well-defined planar features of faulting and the presence of igneous rock would be evident during mining and are rare.

Chrysotile forming veins of asbestos has not been reported in cosmetic talc ore to my knowledge.

### H.   Initial regulation of asbestos.

*Summary: In rushing to deal with the asbestos problem of the 1960s, OSHA oversimplified its regulations, and in so doing, confused the distinctions between asbestos and cleavage fragments. Today, all regulatory language specifies the asbestiform habit, and by regulatory policy and practice, regulatory bodies do not regulate cleavage fragment EMPs as asbestos.*

In the first regulatory definition of asbestos from OSHA in 1971, the critical distinction of minerals that form in the asbestiform habit was made for serpentine and the amphibole minerals riebeckite and grunerite when they were identified as chrysotile, crocidolite and amosite, terms for specifically designating the asbestiform habit. OSHA did not, however, draw that distinction for the amphiboles tremolite, actinolite and anthophyllite. More concerning is the fact that OSHA neglected other amphiboles that occur as asbestos and cause asbestos related diseases. Instead, OSHA simply defined asbestos as a particle of one of three asbestos types (amosite, crocidolite or chrysotile) or a particle of one of three minerals (tremolite, actinolite or anthophyllite) with a length of greater than 5 microns and an aspect ratio of 3:1 or greater.

This designation of size and shape was selected as part of a counting strategy, principally to eliminate clearly nonfibrous "particulates" from assays and to improve both the precision and accuracy of fiber counting on air filter from an area of known asbestos manipulation. The federal regulatory definition was written without adequate consultation with the mineral experts at the United States Geological Survey or the U.S. Bureau of Mines, and, consequently, it was not mineralogically valid as a description of mineral fiber.

Although the counting criteria were not mineralogically specific for asbestos, its use was not an issue when the definition was employed in measuring levels of exposure only to asbestos known to be present in the dusts. Most in the mining and construction industries never thought that counting criteria could become a definition that transformed ordinary rock fragments into asbestos. In essence, this was not an issue in 1971 when the definition was employed in measuring levels of exposure in areas where asbestos was known to be present. However, monitoring was expanded to areas where both asbestiform and non-asbestiform dusts could be present, and problems with the counting definition emerged.

22

In 1992, OSHA conducted a review of the health effects of inhalation of non-asbestiform amphiboles. The process included weeks of oral testimony and the submission of written documents from industry, academia, and other regulatory bodies such as NIOSH. I participated in these hearings, and presented data gathered at the University of Maryland and the US Bureau of Mines Research Center in College Park. The work at the University of Maryland was funded by the Bureau of Mines, which was interested in identifying asbestos in mining and differentiating it from the many EMPs commonly found there. The agency determined that "available evidence supports a conclusion that exposure to non-asbestiform cleavage fragments is not likely to produce a significant risk of developing 'asbestos-related' disease" (Federal Register, v. 55, no. 29, February 12, 1990, p. 4939). Consequently, OSHA removed them from the asbestos standard, and to this day, OSHA and The Mining Safety and Health Administration (MSHA) continue to discriminate fragments from mineral fiber (Crane, 2018).

The regulatory landscape since 1971 has changed, and today, differences between amphibole and asbestiform amphibole (i.e., asbestos) are recognized in all regulatory definitions of asbestos. The MSHA states that its regulations apply to "asbestiform hydrated silicates that separate into flexible fibers made of fibrils," and the EPA applies asbestos regulations to "the asbestiform varieties of: Chrysotile (serpentine); crocidolite (riebeckite); amosite (cummingtonite-grunerite); anthophyllite; tremolite; and actinolite" (40 CFR 763.83).

In their 2001 *Toxicology profile for asbestos*, the **U.S. Agency for Toxic Substances and Disease Registry ("ATSDR") states**: "Asbestos is the name given to a group of six different fibrous minerals (amosite, chrysotile, crocidolite, and the fibrous varieties of tremolite, actinolite, and anthophyllite) that occur naturally in the environment… Asbestos minerals consist of thin, separable fibers that have a parallel arrangement. Nonfibrous forms of tremolite, actinolite and anthophyllite also are found naturally. However, because they are not fibrous, they are not classified as asbestos minerals" (2001.09 - ATSDR Toxicological Profile for Asbestos).

**The National Institute for Occupational Safety and Health ("NIOSH") published a Roadmap for research on asbestos in 2011** (2011.04 – NIOSH Roadmap). In it, NIOSH defines "asbestos" as "a term used for certain minerals that have crystallized in a particular macroscopic habit with certain commercially useful properties," and "asbestiform" as "a term applied to minerals with a macroscopic habit similar to that of asbestos." NIOSH expressly clarifies that non-asbestiform minerals are not "asbestos" or "asbestos minerals." I served as a reviewer for NIOSH on the first public draft of this document. I believe it introduced the term EMP to make it clear that just because a mineral is elongated and meets the definition of a fiber under asbestos monitoring protocols, it need not be asbestos.

The **U.S. Geological Survey** is the government agency tasked with providing information on rocks and minerals for the nation. In its publication, *Some Facts about Asbestos* (2001.03 – Some Facts about Asbestos), the USGS states: "Asbestos is made up of fiber bundles. These bundles, in turn, are composed of extremely long and thin fibers that can be easily separated from one another. The bundles have splaying ends and are extremely flexible." The document recognizes that this property may not be evident in every particle, presenting difficulties in discriminating among between cleavage fragments and asbestos fibers. "***To resolve this problem, the analyst can compare the shapes of several hundred amphibole particles in the sample with those of***

*asbestos reference materials and determine whether a sample is asbestiform with a fair degree of certainty*." This is the approach I take in studying amphibole.

The **World Health Organization** (WHO) has also made it very clear that elongated amphibole particles may be asbestiform or cleavage fragments. The International Agency for Research on Cancer (IARC), an agency of the WHO, published a definition of asbestos in 1977, restricting it to the asbestiform habit. "Asbestos is the generic name used for a group of naturally occurring mineral silicate fibres of the serpentine and amphibole series. Government agencies in various countries, and industrial groups, currently characterize six fibrous silicates as 'asbestos': the fibrous serpentine mineral chrysotile and the fibrous amphiboles actinolite, amosite, anthophyllite, crocidolite and tremolite" (IARC, 1977). In 2010, in its monograph on talc, IARC stated: "Asbestos is a commercial term that describes six minerals that occur in the asbestiform habit: actinolite, anthophyllite, chrysotile, grunerite, riebeckite and tremolite. Similarly to talc, these six minerals occur more commonly in a non-asbestiform habit, and may also be elongated without being asbestiform. Actinolite, anthophyllite and tremolite may occur in some talc deposits; when asbestiform, they constitute asbestos and, when not asbestiform, they are referred to as mineral fragments or cleavage fragments" (IARC, 2010 p. 277). I participated in the workgroup that wrote the monograph on talc, and the need to distinguish between these habit forms of amphibole was discussed extensively.

## IV.    CONCLUSION

There are significant differences between amphibole particles that form as asbestos (asbestos fiber) and those that form from crushing rock (cleavage fragments) including the way they form, the nature of their surfaces, their dimensions, and the occurrence in bundles.  Applying only the criteria length > 0.5 μm and length:width of 5:1 or greater as discriminating criteria is scientifically unreliable and invalid.

Talc, a component of cosmetic and industrial talc products, is a mineral that is formed by alteration of Mg-rich rocks. Talc for cosmetic use is mined in only a few places because of the stringent requirements for the product.

Amphibole and serpentine are different but common rock-forming minerals that are hydrated and can be found in Mg-rich rocks. Both occur only rarely as asbestos. Amphiboles that form in the asbestiform habit (e.g., asbestos) exhibit special properties that are different from those same amphiboles that otherwise form in nature. Although talc and asbestos can form in proximity to one another, the formation of talc does not require or favor the formation of asbestos in the ore. Based on their geologic settings, reports from mine geologists, and literature descriptions of the ore deposits used to source the talc for the cosmetic talc products at issue in this litigation, it is unlikely that asbestos occurs in these deposits.

While amphiboles, talc and other minerals may form elongated fragments when they are broken during mining, mineral processing and rock and soil excavation, these fragments are *not* "asbestos," or "asbestiform" because they do not have the properties of asbestos. Amphibole populations of asbestos fibers and cleavage fragments have distinctive optical properties, dimensions and habit. There are two types of microscopy used in making this distinction. Polarized light microscopy (PLM) can be used effectively to detect and identify asbestos in talc

products because there are optical properties that are characteristic of cleavage fragments and others that are characteristic of asbestos. Electron microscopy may be used to identify dimensions and habit.

The reports provided by Drs. Longo and Rigler examining the talcum powder products at issue do not present evidence consistent with the optical properties, dimensions or habit of asbestos. Instead, the photomicrographs found in their reports document the presence of cleavage fragments. In addition, the particles Drs. Longo and Rigler have labeled as bundles do not have morphology consistent with that designation (i.e., they are not bundles). As a result, Drs. Longo and Rigler's conclusions are scientifically unreliable.

Further, contrary to the reports provided by Drs. Longo and Rigler, one cannot simply calculate a particle's aspect ratio to determine whether a particle is asbestiform. This is not a scientifically valid approach because aspect ratio does not tell anything about actual particle size, only relative size, and has no dimension. An increase in aspect ratio with increasing length is a characteristic of both asbestos and cleavage fragments. Thus, differences or similarities in aspect ratio frequencies cannot, in isolation, be used to determine whether a particle has an asbestiform habit. In addition, the transmission electron microscopy (TEM) techniques utilized by Drs. Longo and Rigler are scientifically unreliable because they do not readily distinguish between EMPs of talc and anthophyllite. PLM is the most reliable instrument to make this distinction.

In rushing to deal with the asbestos problem of the 1960s, OSHA oversimplified its regulations, and in so doing, confused the distinctions between asbestos and cleavage fragments. As a result, analytical protocols developed for occupational monitoring for airborne fiber during asbestos use for determination of clean air after removal of asbestos from school buildings are overly broad and will produce false positives for mineral fiber when applied to rock powders. Indeed, such regulatory criteria ignore the fundamental characteristics of asbestos. Many naturally occurring minerals will form elongated particles that meet regulatory criteria for fiber even though they do not have the optical properties, dimensions and habit of asbestos. Notably, current regulatory language specifies that asbestos materials are limited to those that form in the asbestiform habit, specifically.

## Bibliography

40 C.F.R. 763.83

Argonaut Mine (Argonaut Talc Mine), Ludlow, Windsor Co., Vermont, USA, Mindat.org, https://www.mindat.org/loc-69593.html.

Berry G, Reid A, Aboagye-Sarfp P, de Klerk NH, Olsen NJ, Merler E, Franklin P, Musk AW (2012) Malignant mesothelioma in former miners and millers of crocidolite at Wittenoom (Western Australia) after more than 50 years follow-up. *British Journal of Cancer* 106:1016-1020.

Carbone J, Ly BH, Dodson RF, Pagano I, Morris PT, Dogan US, Gazdar AF, Pass HI and Yang H (2012) Malignant mesothelioma: Facts, myths and hypotheses. *Journal of Cell Physiology* 227:44-58.

Chidester AH, Billings MP and Cady WM (1951) Talc Investigations in Vermont. *USGS Circular* 95

Crane D (2018) OSHA and Elongate Mineral Particles. *Journal of Toxicology and Applied Pharmacology* 361: 165-167.

Dunning FW, Garrard P, Haslam HW and Ixer RA (1989) *Mineral Deposits of Europe Volume 4:* Southwest and eastern Europe with Iceland. Published by the Institute of Mining and Metallurgy and the Mineralogical Society. p. 239.

USEPA (1993) Test Method: Method for the determination of asbestos in bulk building materials. Perkins RL and Harvey BW June 1993, *EPA/600/R-93/116* https://www.nist.gov/sites/default/files/documents/nvlap/EPA-600-R-93-116.pdf.

USEPA (2002) 40 CFR Part 763, Appendix A to Subpart E. http://www2.epa.gov/sites/production/files/documents/2003pt763_0.pdf.

Federal Register, v. 55, no. 29, February 12, 1990, p. 4939.

Gianfagna, A, Andreozzi, GB, Ballirano P, Mazziotti-Tagliani, S, and Bruni, BM (2007) Structural and chemical contrasts between prismatic and fibrous fluoro-edenite from Biancavilla, Sicily, Italy. *Canadian Mineralogist* 45: 249-262.

Gillson JL (1927) Origin of the Vermont talc deposits. *Economic Geology* 22: 246-287.

Greco OD and Pelizza S (1984) The underground Fontane Talc mine: main characteristics of the deposit and exploitation methods. *Boelettino della Associaizione Mineralia Subalpina*. 21.

Greenwood WS (1998) *A mineralogical analysis of fibrous talc*. Master of Science thesis, Department of Geology University of Maryland, College Park MD.

IARC (2010). Talc not containing asbestiform fibres. *IARC Monographs on the Evaluations of Carcinogenic Risk to Humans. Volume 93. Caron Black, Titanium Dioxide, and Talc, pp. 277-413*.

IARC (1977) *IARC Monographs on the Evaluations of Carcinogenic Risk of Chemicals to Man. Volume 14. Asbestos*.

Kerrigan RJ, Candela PA, Piccoli PM, Frank M and Wylie A (2017). Olivine + quartz + water ± HCl at mid-crustal conditions: controls on the growth of fibrous talc as determined from hydrothermal diamond anvil cell experiments. *Canadian Mineralogist* 55(1): 101-113.

Kuryvial RJ, Wood RA and Barret, RE (1974) Identification and Assessment of Asbestos Emissions from Incidental Sources of Asbestos. *Environmental Protection Agency Report*, EPA-650/2-74-087.

Langer AM, Nolan RP, Constantopoulos SH and Moutsopoulos HM (1987) Association of Metsovo lung and pleural mesothelioma with exposure to tremolite-containing whitewash. *The Lancet* 329:965-967.

Lentz T, Rice CH, Succop PA, Lockey JE, Dement JM and LeMaster GK (2003) Pulmonary deposition modeling with airborne fiber exposure data: a study of workers manufacturing refractory ceramic fibers. *Applied Occupational and Environmental Hygiene* 18:278-288.

Lightfoot, JJ Kingston GA, Pooley FD, 8 September 1972, Department of Mineral Exploitation, University College Cardiff report "An examination of Italian Mine samples and relevant powders." 124 pages.

Lippmann, M (2014) Toxicological and epidemiological studies on effects of airborne fibers: Coherence and public health implications. *Critical Reviews in Toxicology* 44(8): 643-695.

Ludlow, Town of Ludlow, Windsor County, Vermont, United States. Mindat.org, https://www.mindat.org/feature-5238156.html.

Pooley FD. Report of the examination of rock samples from the Vermont Mine (Windsor Minerals talc mine) Department of Mineral Exploitation, University College Cardiff, 50 pages.

Rudnick, R.L. and Gao, S. (2003) Vol. 3: The Crust, 3.01—The Composition of the Continental Crust. In: Holland, H.D. and Turekian, K.K., Eds., *Treatise on Geochemistry*, Elsevier-Pergamon, Oxford, 1-64.

Sandrone R and Zucchetti S (1988) Geology of the Italian high quality cosmetic talc from the Pinerolo district (Western Alps). Symposium held in Cagliari, 1988, https://researchgate.net/publication/303834083.

Sanford RF (1982) Growth of ultramafic reaction zones in greenschist to amphibolite facies metamorphism. *American Journal of Science* 282:543-616.

Shedd K (1985) Fiber dimensions of crocidolite from Western Australia, Bolivia, and the Cape and Transvaal Provinces of South Africa. *United States Bureau of Mines Report of Investigation* 8998.

Siegrist and Wylie (1980) characterizing and discriminating the shape of asbestos particles. *Environmental Research* 23: 348-361.

Van Gosen BS, Lowers HA, Sutley SJ, Gent C. (2004). Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. *Environmental Geology* 45: 9220-939.

Veblen and Busek (1980) Microstructures and reaction mechanisms in biopyriboles. *American Mineralogist* 65:599-623.

Veblen, DR and Wylie, AG (1993) Mineralogy of Amphiboles and 1:1 Layer Silicates in *Health Effects of Mineral Dusts*, G.D. Guthrie & B.T. Mossman (eds.). Reviews in Mineralogy, v. 28, Min. Soc. Am., p. 61-131.

Verkouteren JR, and Wylie AG (2002) Anomalous Optical Properties of Fibrous Tremolite, Actinolite and Ferro-Actinolite. *American Mineralogist* 87: 1090-1095.

Virta RL (2001) Some Facts About Asbestos. U.S. Geological Survey. Fact Sheet 012-01.

Weill, et al. (2018) The Monticello Conference On Elongated Mineral Particles. *Toxicology and Applied Pharmacology* 361:1-186.

Wylie, A.G. (2016) Amphiboles: Fibers, fragments and mesothelioma. *Canadian Mineralogist* 54(6): 1403-1435.

Wylie, A.G. (2017) Mineralogy of Asbestos and fibrous erionite. In *Current Cancer Research: Asbestos and Mesothelioma*, Joseph Testa Ed. Springer, Heidelberg pp. 11-41.

Wylie A and Candela P (2015) Methodologies for determining the sources, characteristics, distribution, and abundance of asbestiform and non-asbestiform amphibole and serpentine in ambient air and water. *Journal of Toxicology and Environmental Health, Part B: Critical Reviews* 18: 1-42.

Wylie A and Schweitzer P (1982) The effects of sample preparation and measuring techniques on the shape and shape characterization of mineral particles: The case of wollastonite. *Environmental Research* 27: 52-73.

**Additional References:**

## Scientific Literature

Dunning FW, Garrard P, Haslam HW, and Ixer RA. Eds. (1989) *Mineral Depositions of Europe. Volume 4/5: Southwest and Eastern Europe, with Iceland.* The Institution of Mining and Metallurgy and the Minerological Society.

Veblen DR and Ribbe RH, eds. (1982) *Amphiboles: Petrology and experimental phase relations.* Reviews in Minerology Volume 9B. Mineralogical Society of America..

Deer WA, Howie RA, Zussman J (1997) *Rock-forming Minerals Volume 2B: Double Chain Silicates, 2nd edition.* The Geological Society.

Bailey, SW, ed. (1988) Hydrous Phyllosilicates (exclusive of micas). Reviews in Minerology V. 19. Mineralogical Society of America.


## Longo and Rigler Analyses

Longo, Rigler, and Egeland, MAS Project 14-1852 - Below the Waist Application of Johnson & Johnson Baby Powder (Sept. 2017)

Longo and Rigler, Supplemental Expert Report & Analysis of Johnson and Johnson Baby Powder and Valeant Shower to Shower Talc Products for Amphibole Asbestos (Mar. 11, 2018)

Longo and Rigler, The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos (Nov. 14, 2018)

Longo and Rigler, The Analysis of Johnson & Johnson's Historical Product Containers and Imerys's Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos (Jan. 15, 2019)

## Depositions and Exhibits

Deposition of William Longo, Nov. 6, 2018

Deposition of William Longo, Nov. 27, 2018

Deposition of William Longo, Dec. 5, 2018

Deposition of William Longo, Feb. 5, 2019, and Exhibits

Deposition of Rigler, Feb. 6, 2019, and Exhibits

Deposition of William Longo, Oct. 24, 2018

Deposition of William Longo, Oct. 31, 2018

Deposition of William Longo, Jan. 7, 2019

# EXHIBIT A

# CURRICULUM VITAE
## Ann G. Wylie

1.      **PERSONAL INFORMATION**

Ann Gilbert Wylie
Emerita Professor of Geology
University of Maryland
College Park, MD 20742
E-mail:          awylie@umd.edu
Phone:          (301) 405-4079

Web site:          http://www.geol.umd.edu/pages/faculty/WYLIE/wylie.html

| **Educational:** | Ph.D. | 1972 | Columbia University, New York, New York |
| | | | Major:    Economic Geology |
| | | | Minors:    Mineralogy, Mining Engineering, and Petrology |
| | B.A. | 1966 | Wellesley College, Wellesley, Massachusetts |
| | | | Major:    Geology |

**Employment:**

*a.      Academic:*

October 2014 – present          Professor Emerita

March 1, 2014 – June 30, 2014,  Interim Vice President for Information Technology and Chief Information Officer

Oct 2012 – January 2014          Special Advisor to the President for MPower, UMD

Oct 2012 – June 2014          University Marshall

2011-Oct.2012          Senior Vice President and Provost, UMD

2009-   2011          Vice President for Administrative Affairs, UMD

2008 – 2009          Interim Vice President for Administrative Affairs, UMD

2004-2006          Interim Dean of the Graduate School, UMD

2002-2008          Assistant President and Chief of Staff, UMD

| | |
|---|---|
| 2000-2002 | Associate Provost, UMD |
| 1998-2000 | Acting Associate Dean, College of Computer, Mathematical and Physical Sciences, UMD |
| 1996-1997 | Undergraduate Director, Department of Geology, UMD |
| 1992-2014 | Professor, Department of Geology, UMD |
| 1990-1994 | Associate Chairman and Director of Graduate Studies, Geology Department, UMD |
| 1989-1990 | Acting Chairman, Geology Department, UMD |
| 1986-1987 | Special Assistant to the Dean for Graduate Studies and Research, UMD |
| 1984-1986 | Acting Associate Dean for Research, Graduate School, UMD |
| 1977-1992 | Associate Professor, Department of Geology, UMD |
| 1973-1977 | Assistant Professor, Department of Geology, UMD |
| 1972-1973 | Assistant Professor, Department of Agronomy, UMD |
| 1967-1969 1970-1971 | Preceptor, Geology Department, Columbia University |
| 1966-1967 | Teaching Assistant, Geology Department, Columbia University |

**b.    *Other Positions*:**

| | |
|---|---|
| January 1981- August 1981 | Mineralogist, U.S. Bureau of Mines, |

2.      **Research, Scholarly, and Creative Activities**

a.      **Books**

i.      ***Chapters or Articles in Books:***

Gilbert, J. Ann (1967) "Units, Numbers, Symbols and Constants", Encyclopedia of Atmospheric Sciences and Astrogeology, Rhodes Fairbridge (ed.). Reinholt Publishing Company, p. 1049-1062.

Wylie, A.G. (1981) Numerous Mineral Descriptions in Encyclopedia of Mineralogy, K. Frye (ed.). Reinholt Publishing Company.

Steel, E. and A. Wylie (1981) "Mineralogical Characteristics of Asbestos". In Geology of Asbestos Deposits, P.H. Riordon (ed.). Society of Mining Engineers of AIME, p. 93-100.

Candela, P.A. and Wylie, A.G. (1989) Genesis of the Ultramafite-associated Fe-Co-Cu-Zn-Ni deposits of the Sykesville District, Maryland Piedmont. Field Trip Guide T241, International Geological Congress, published by American Geophysical Union.

**Invited**
Veblen, D.R. and A.G. Wylie (1993) "Mineralogy of Amphiboles and 1:1 Layer Silicates" in Health Effects of Mineral Dusts, G.D. Guthrie & B.T. Mossman (eds.). Reviews in Mineralogy, v. 28, Min. Soc. Am., p. 61-131.

**Invited**
Wylie, A.G. (1995) "The Analysis of Industrial Mineral Products for Crystalline Silica by Optical and Electron Microscopy: A Literature Review". In: Review Papers on Analytical Methods, Chemical Manufacturers Association.

**Invited**
Wylie, A.G. and P.A. Candela (1999) "Metallic Mineral Deposits - Chromite". In Geol. of Pennsylvania, Pennsylvania Geol. Survey and Pittsburgh Geol. Survey, Special Publication 1, p.588-595.

**Invited**
Wylie, A.G. (2017) Mineralogy of Asbestos and fibrous erionite. In *Current Cancer Research: Asbestos and Mesothelioma*, Joseph Testa Ed. Springer, Heidelberg 11-41.

b.      Edited publications
Weill P, Chatfield E, Gibbs G, Wylie A, eds. The Monticello Conference on elongated mineral particles,  Journal of Toxicology and Applied Pharmacology 367:1-186.

b.      **Articles in Refereed Journals**

Wylie, A.G. and P.J.M. Ypma (1974) "Determination of the Optical Parameters, n and k, of Absorbing Minerals with the Microscope: Isotropic Minerals". Economic Geology 52, p. 1300-1327.

Wylie, A.G. (1979) "Fiber Length and Aspect Ratio of Some Selected Asbestos Samples". Annals of the New York Academy of Science 330, p. 640-643.

Wylie, A.G. (1979) "Optical Properties of the Fibrous Amphiboles". Annals of the New York Academy of Science 330, p. 600-605.

Zoltai, Tibor and A.G. Wylie (1979) "Definitions of Asbestos-related Mineralogical Terminology". Annals of the New York Academy of Science 330, p. 640-643.

Rohl, A.N., A.M. Langer and A.G. Wylie (1979) "Mineral Characterization of Asbestos-Containing Spray Finishes". In Asbestos Materials in Schools: A Guidance Document, Part I, EPA C0090, p. 59-64.

Wylie, A.G. and C. Huggins (1980) "Characteristics of a Potassian Winchite - Asbestos from the Allamoore Talc District, Texas". Canadian Mineralogist 18, p. 101-107.

Siegrist, H.G. and A.G. Wylie (1980) "Characterizing and Discriminating the Shape of Asbestos Particles". Environmental Research 23, p. 348-361.

Campbell, W., C. Huggins and A.G. Wylie (1980) "Chemical and Physical Characterization of Amosite, Chrysotile, Crocidolite and non-fibrous Tremolite for Oral Ingestion Studies by NIEHS". Bureau of Mines Report of Investigation #8452, p. 1-63.

Wylie, A.G. and Peter Schweitzer (1982) "The effects of Sample Preparation on Size and Shape of Mineral Particles: The Case of Wollastonite". Environmental Research 27, p. 52-73.

Shedd, K.B., R.L. Virta and A.G. Wylie (1982) "Are Zeolites Dimensionally Equivalent to Asbestos?" In Process Mineralogy II: Applications in Metallurgy, Ceramics and Geology, R.D. Hagne (ed.). Proceeding of Metallurgical Society of AIME, p. 395-399.

Wylie, A.G., K.B. Shedd and M.E. Taylor (1982) "Measurement of the Thickness of Amphibole Asbestos Fibers with the Scanning Electron Microscope and the Transmission Electron Microscope". Microbeam Analysis Society-Electron Microscope Society of America, Proceedings of the Annual Meeting, Washington, D.C., August (1982) p. 181-187.

Shedd, K.B., R.L. Virta and A.G. Wylie (1982) "Size and Shape Characterization of Fibrous Zeolites by Electron Microscopy". Bureau of Mines Report of Investigation #8674, p. 1-20.

Virta, R.L., K.B. Shedd, A.G. Wylie and J.G. Snyder (1983) "Size and Shape Characteristics of Amphibole Asbestos and Amphibole Cleavage Fragments Collected on Occupational Air Monitoring Filters". In Aerosols in the Mining and Industrial Work Environments Volume 2: Characterization, V.A. Parple and B.H. Kiu (eds.). Ann Arbor Science, p. 633-643.

Wylie, A.G. (1984) "Membrane Filter Methods for Estimating Asbestos Fiber Exposure". In Definitions for Asbestos and Other Health-Related Silicates, ASTM STP 834, B. Levadie (ed.). American Society of Testing and Materials, Philadelphia, p. 105-117.

Wylie, A.G., R. Virta and E. Russek (1985) "Characterizing and Discriminating Airborne Amphibole Cleavage Fragments and Amosite Fibers: Implications for the NIOSH Method", American Industrial Hygiene Association Journal 46, p. 197-201.

Wylie, A.G., R. Virta and J. Segretti (1987) "Characterization of Mineral Populations by Index Particle: Implications for the Stanton Hypothesis". Environmental Research 43, p. 427-439.

Wylie, A.G., Candela, P.A. and Burke, T.M. (1987) "Compositional Zoning in Unusual Zinc-rich Chromite from the Sykesville District, Carroll County, Maryland". American Mineralogist 72, p. 413-423.

Wylie, A.G. (1988) "Relationship between the Growth Habit of Asbestos and the Dimensions of Asbestos Fibers". Mining Engineering, November (1988) p. 1036-1040.

Muller, P.D., Candela, P.A. and Wylie, A.G. (1989) "Liberty Complex: Polygenetic Melange in the Central Maryland Piedmont". GSA Special Paper 228 Melanges and Olistostrome of the U.S. Appalachian, J.W. Horton and N. Rast (eds.), p. 113-135.

Candela, P.A., Wylie, A.G. and Burke, T.M. (1989) Genesis of the Ultramafic Rock-Associated Fe-Cu-Co-Zn-Ni Deposits of the Sykesville District, Maryland Piedmont". Economic Geology 84, p. 663-675.

Wylie, A.G. (1990) "Discriminating Amphibole Cleavage Fragments from Asbestos: Rationale and Methodology". Proceedings of the VIIth International Pneumoconiosis Conference, Pittsburgh, p.1065-1069.

Linder, D.E., Wylie, A.G. and Candela, P.A. (1992) "The Mineralogy and Origin of the State Line Talc Deposit, Pennsylvania". Economic Geology 87, p. 157-165.

Wylie, A.G. and Bailey, K.F. (1992) "The Mineralogy and Size of Airborne Chrysotile and Rock Fragments: Ramifications of Using the NIOSH 7400 Method". American Industrial Hygiene Association Journal 53, p. 442-447.

Wylie, A.G. (1993) "Modeling Asbestos Populations: The Fractal Approach". Canadian Mineralogist 30, p. 437-446.

Wylie, A.G., Bailey, K., Kelse, J. and Lee, R. (1993) "The Importance of Width in Fiber Carcinogenicity and its Implications for Public Policy". American Industrial Hygiene Association Journal 54, p. 239-252.

Wolven-Garrett, A., R.J. Wulf, A.G. Wylie, EL Wynder, J Yourik, B Sakarian, W. Zavadoski, R. Zaaenshi (1995) Talc: Consumer uses and health perspectives: Executive Summary. Regulatory Toxicology and Pharmacology v.21 #2 213-215.

Verkouteren, J.R., Wylie, A.G., Steel, E.B. and Lim, M.S. (1995) "Analysis of the Tremolite/Actinolite series using high precision refractive index measurements," Proceedings of the 29th Annual Meeting of the MAS, Breckinridge, CO, p.27-28.

Wylie, A.G., Skinner, H.C., Marsh, J., Snyder, H., Garzione, C., Hodkinson, D. and Winters, R. (1997) "Mineralogical Features Associated with Cytotoxic and Proliferative Effects of Fibrous Talc and Asbestos on Rodent Tracheal Epithelial and Pleural Mesothelial cells. Journal of Toxicology and Applied Pharmacology 147, p. 143-150.

Wylie, A.G. (1999) "The habit of asbestiform amphibole: Implications for the analysis of bulk samples". Advances in Environmental Measurement Methods for Asbestos, ASTM STP 1342, M.E. Beard, H.L. Rooks (eds.), p. 53-69.

Verkouteren, J. R., and Wylie, A.G. (2000) The Tremolite-Actinolite-Ferro-actinolite series: Systematic Relationships among Cell Parameters, Composition, Optical Properties, and Habit and Evidence of Discontinuities. American Mineralogist 85, p.1239-1254.

Wylie, A.G. and Verkouteren, J.R. (2000) "Amphibole Asbestos from Libby, Montana: Aspects of Nomenclature". American Mineralogist 85, p. 1540-1542.

Verkouteren, J.R., and Wylie, A.G. (2002) Anomalous Optical Properties of Fibrous Tremolite, Actinolite and Ferro-Actinolite. American Mineralogist 87, p. 1090-1095.

Candela, P.A., Crummett, C.D., Earnest, D.J., Frank, M.R. and Wylie, A.G. (2007) Low pressure decomposition of chrysotile as a function of time and temperature. American Mineralogist 92, p.1704-1713.

Schwartz, C.W., Wylie, A.G., Davis, A.P., and James, B.R. (2009). "Column Expansion Testing of Chromium Tailings Subgrade Fills." Contemporary Topics in Ground Modification, Problem Soils, and Geo-Support (Iskander, M., Laefer, D.F., and Hussein, M.H., eds.). Geotechnical Special Publication 187, American Society of Civil Engineers, Reston, VA, pp. 442-449.

Taylor, E, Wylie, A., Mossman, B. and Lower, S (2013) Repetitive dissociation from crocidolite asbestos acts as a persistent signal for epidermal growth factor receptor" Langmuir 29(21) p. 6323-6330.

Wylie, A and P Candela (2015) Methodologies for determining the sources, characteristics, distribution, and abundance of asbestiform and non-asbestiform amphibole and serpentine in ambient air and water.  Journal of Toxicology and Environmental Health, Part B: Critical Reviews. 18: 1-42.

Wylie, A.G. (2016) Amphiboles: Fibers, fragments and mesothelioma.  Canadian Mineralogist 54(6) 1403-1435.

Kerrigan, RJ, Candela PA, Piccoli PM, Frank M and Wylie A (2017). Olivine + quartz +

water ± HCl at mid-crustal conditions: controls on the growth of fibrous talc as determined from hydrothermal diamond anvil cell experiments. Canadian Mineralogist.

**c.     Book Reviews Other Articles, and Notes**

**Invited**
Book review of Optical Mineralogy: Theory & Technique by E.G. Ehlers. In: American Scientist, Nov./Dec. (1988).

**Invited**
Book review of Ultramafic Rocks of the Appalachian Piedmont, GSA Spec. Paper 231, Steven K. Mittwede and E.F. Stoddard (eds.), 103 pages, Economic Geology 85 (1990).

**d.     Other Publications**

Gilbert, Jean Ann (1972) Determination of the Index of Refraction and Coefficient of Absorption Under the Microscope: A New Method and Some of Its Applications. Ph.D. Thesis, Columbia University.

Wylie, A.G., L. Johnson, R. Reichlin, E. Steel, and R. Virta (1977). "Mineralogy and Size Distribution of Asbestos". University of Maryland Electron Microscope Central Facility. Newsletter #5.

Lowry, J. and A.G. Wylie (1979) "Mineralogy and Fiber Size Analysis of Amosite". University of Maryland, Electron Microscope Central Facility Newsletter #7.

Steel, E. and A.G. Wylie (1979) "Characteristics of the Asbestiform Habit". Society of Mining Engineers-American Institute of Mining Engineering Annual Meeting, Tucson. Preprint, p. 1-6.

**Invited**
Wylie, A.G., K.B. Shedd and M.E. Taylor (1982) "Volume Measurements of Asbestos in the SEM". University of Maryland Electron Microscope Central Facility, Newsletter #9.

**Invited**
Wylie, A.G. (1988) "The Relationship Between the Growth Habit of Asbestos and the Dimensions of Asbestos Fibers". Society of Mining Engineers Preprint #88-85, p.1-7.

**Invited**
Wylie, A.G. (1989) "Mineralogical Definitions for Asbestos Fibers and Cleavage Fragments". Report of the Committee on Geology and Public Policy GPP012. Geological Society of America, p. 2-4.

**Invited**
Wylie, A.G. (1996) "Factors Affecting Risk from Biologically Active Minerals", Proceedings, Mineral Dusts: Their Characterization and Toxicology, Washington, D.C. Society for Mining Metallurgy & Exploration, Littletown, Colorado, Sept. 19-20, 1996, p. 33-46.

Prestegaard, K., Wylie, A.G. and Piccoli, P.M. (1999) Characterization of Grout Samples at Winding Ridge." Power Plant Research Program, Maryland Department of Natural Resources.

Schwartz, C., A.G. Wylie, A. Davis, B. James (2000) "Investigation of the Expansive Behavior of Chromium Tailings: Final Report on Phase II Investigations".

Piccoli, P.M., DeHarde, A., Wylie, A.G., and Prestegaard, K. (2000) "Development of a Grout for the Kempton Mine: Characterization (XRD, Chemical Analyses, and SEM/EPMA Data) of Starting Materials. Power Plant Research Project Report, Maryland Department of Natural Resources.

Weill, D., Chatfield, E, Cox, T, Gamble, J, Gibbs, G., and Wylie, A. ( 2016) Letter to the Editor in reference to: Hwang et al. The Relationship Between Various Exposure Metrics for Elongate Mineral Particles (EMP) in the Taconite Mining and Processing Industry, Journal of Occupational and Environmental Health, Vol. 11, pp 613-624, Journal of Occupational and Environmental health 12:6 D86-D87. DOI: 10.1080/15459624.2015.1006639

Wylie, A.G., Virta R.L., Shedd, K.B., and Snyder, J.G., 2015, Size and shape characteristics of airborne amphibole asbestos and amphibole cleavage fragments: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2HP87

Wylie, A.G., Schweitzer, P., and Siegrist, H.G., 2015, Size and shape characteristics of amphibole cleavage fragments from milled riebeckite: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2S98X

Wylie, A.G., and Virta, R.L., 2015, Size and shape characteristics of mountain-leather actinolite: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2WT68

Wylie, A.G., and Virta, R.L., 2015, Size and shape characteristics of South African actinolite asbestos (ferro-actinolite): Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2S138

Wylie, A.G., and Virta, R.L., 2016, Size and shape characteristics of Indian tremolite asbestos: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M21H7S

Wylie, A.G., and Virta, RL 2016, Size distribution measurements of amosite, crocidolite, chrysotile, and nonfibrous tremolite: Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2798Z

**e.      Abstracts and Professional Papers presented**

Gilbert, Jean Ann and P.J. Ypma (1969) "The Use of an Electro-Optical Compensator for the Determination of the Optical Properties of Opaque Minerals Under the Microscope", GSA Annual Meeting, Atlantic City, New Jersey.

Siegrist, H.G. and A.G. Wylie (1979) "Characterizing and Discriminating the Shape of Asbestos Particles", GSA Annual Meeting San Diego, California.

**Invited**
Wylie, A.G. and P. Schweitzer (1980) "The Effects of Grinding on the Shape of Wollastonite Particles". Symposium on Electron Microscopy and X-ray Applications to Environmental and Occupational Health Analysis, Penn State.

Huggins, C., A.G. Wylie and W. Campbell (1980) "Preparation and Selected Properties of Amosite, Chrysotile, Crocidolite and Non-fibrous Tremolite for Use in NIEHS Oral Ingestion Studies". Symposium on Electron Microscopy and X-ray Applications, Penn State.

Rosemeier, R.G., M.E. Taylor and A.G. Wylie (1981) "Low Cost 210K Gain Transmission Electron Microscope Image (TEMI) Intensifier". Electron Microscopy Society of America, Annual Meeting, Atlanta.

Virta, R., K. Shedd, A.G. Wylie and J. Snyder (1981) "Size and Shape Characteristics of Amphibole Asbestos and Amphibole Cleavage Fragments Collected on Occupational Air Monitoring Filters". Proceedings of the International Symposium on Aerosols in the Mining and Industrial Work Environment, University of Minnesota USBM-NIOSH, Minneapolis, Minnesota.

Broadhurst, C.L., Candela, P.A., Wylie, A.G. and Burke, T.M. (1983) "A Geochemical Study of the Host Rocks of the Copper-Iron-Cobalt Ores of Sykesville, Maryland: An Ultramafite-Associated Deposit. Geol. Soc. Am. Natl. Meeting, November, (1983).

Burke, T.M., P.A. Candela, and A.G. Wylie (1985) "Evidence for Detrital Ultramafic Bodies in the Eastern Piedmont of Maryland". Geol. Soc. of America Northeastern Section, March (1985).

Wylie, A.G., P.A. Candela and T.M. Burke (1985) "Genesis of High-zinc Chromite and Associated Cobalt Mineralized Blackwall in the Sykesville District, Maryland Piedmont". Geol. Soc. of Amer. National Meeting, November (1985).

Muller, P.D., Candela, P.A. and A.G. Wylie (1985) "Liberty Complex: Polygenetic Melange in the Central Maryland Piedmont". Geol. Soc. of Amer. National Meeting, November (1985).

**Invited**
Candela, P.A. and Wylie, A.G. (1987) "The Geology of Radon in the Maryland Piedmont: The Development of a Research Plan". Southwest Geol. Soc. Amer.

Candela, P.A., Wylie, Ann G. and Muller, P. (1987) "Ore Deposits as Tectonic Indicators in Melange Terrane". AGU.

Wylie, A.G., Candela, P.A. and Burke, T.M. (1987) The Genesis of Ultramafite-Associated Fe-Cu-Co-Zn-Ni Deposits of the Sykesville District, Maryland Piedmont". Southeast Geol. Soc. Amer.

Linder, D.E. and Wylie, A.G. (1988) "Zeolites from the Paleozoic Metavolcanic James Run Formation, Piedmont Province, MD" Southeast Geol. Soc. Amer.

**Invited**
Wylie, A.G. "Discriminating Amphibole Cleavage Fragments from Asbestos: Rationale and Methodology. Abstracts of Communication. VII International Pneumoconiosis Conference, Aug. 23-26,1988. Pittsburgh, NIOSH-ILD-BOM-MSHA-OSHA, p. 124.

**Invited**
Wylie, A.G. (1989) "Distinguishing Tremolite-Asbestos from Tremolite Cleavage Fragments on a Light Optical and Morphological Basis", VII International Pneumoconiosis Conference Proceeding of Workshop: Hazard Recognition of Mineral Dust. Pittsburgh, NIOSH-ILD-BOM-MSHA-OSHA.

**Invited**
Wylie, A.G., (1989) Fiber Mineralogy and Identification. Society of Mining Engineers Annual meeting

Wylie, A.G., Linder, D. and Candela, P. (1990) "Sedimentary Features of Appalachian Serpentinites". Geol. Soc. of Amer. National Meeting, Nov. (1990), p. A230.

**Invited**
Skinner, C. and Wylie, A. (1990) "Fibrous Tremolites". Bloss Symposium, VPI, Blacksburg, Virginia.

**Invited**
Wylie, A.G. (1992) The Analysis of Industrial Mineral Products for Crystalline Silica by Optical and Electron Microscopy. The Measurement of Crystalline Silica International Symposium, August (1992).

Wylie, A.G. (1993) The Fractal Distribution of the Mass of Asbestos Fiber and its Application to the Analysis of Industrial Minerals. Geological Society of America Annual Meeting, Boston.

Verkouteren, J.R. and Wylie, A.G. (1994) "Anthophyllite, Tremolite, and Actinolite Asbestos: Reference Materials and Optical Properties" Inter/Micro 94, Chicago.

Verkouteren, J.R., Wylie, A.G., Steel, E.B., Lim, M.S. (1995) "Analysis of the Tremolite-Actinolite Series using High Precision Refractive Index Measurements". Microbeam Analysis.

**Invited**
Wylie, A.G. (1996) Factors Affecting Risk from Biologically Active Minerals. Proceedings Society of Mining, Metallurgy & Exploration Symposium. Mineral Dusts: Their Characterizations and Toxicology. Washington DC 33-46

**Invited**
Wylie, A.G. (1997) "The Habit of Asbestiform Amphiboles: Implications for the Analysis of Bulk Samples" 1997 Boulder Conference: Advances in Environmental Measurement Method for Asbestos. University of Colorado, Boulder, July 13-17 (1997).

Verkouteren, J.R. and A. G. Wylie (2001) "Microdiffraction Analysis of Fibrous Talc: Asbestos in Crayons". 2001 Denver X-ray Conference, Steamboat Springs, Colorado, USA, August 2, 2001.

Piccoli, P.M., DeHarde, A., Wylie, A.G. (2001) "Recycling coal Combustion Byproducts: a Laboratory Study to Evaluate Grout Formulations for Use in the Kempton Mine Complex, Western Maryland. Geological Society of America, Abstracts with Programs.

Verkouteren, J.R. and A.G. Wylie (2001) "Identification of Tremolite-Actinolite Asbestos". 2001 Asbestos Health Effects Conference, May 24-25, 2001, Oakland, CA.

Verkouteren, J.R., A. G. Wylie, E. Windsor, J. Courny, R. Perkins, T. Ennis (2002) "Powder X-Ray Diffraction for Asbestos Analysis". International Centre for Diffraction Data. Annual Meeting of Members, ICDD Headquarters, Newtown Square, PA, March 20, (2002).

Greenwood, W. and A.G. Wylie (2002) "The Optical Properties and Chemical Composition of Fibrous Talc". ASTM Johnson Conference, July 21-25, Johnson, Vermont.

Verkouteren, J.R., and A.G. Wylie (2002) "A PLM Method for Quantitative Analysis of Amphibole Asbestos in Bulk Materials at 0.01 wt.%". ASTM Johnson Conference, July 21-25, Johnson, Vermont.

Verkouteren, J.R. and A.G. Wylie (2002) "Optical Characteristics and Mineralogy of Environmental Amphibole Asbestos", ASTM Johnson Conference, July 21-25, Johnson, Vermont.

Verkouteren, JR and A G Wylie "Micro-diffraction Analysis of Fibrous Talc: Asbestos in Crayons. Denver x-ray conference.

Crummett, C.D., Candela, P.A., Wylie, A. G., and Earnest, D.J. (2004) "Examination of the Thermal Transformation of Chrysotile by Using Dispersion Staining and

Conventional X-ray Diffraction Techniques". AGU Fall Meeting, V41C-1405.

Earnest, D. J., Candela, P.A., Wylie, A. G., Crummett, C. D, Frank, M. (2004) "Synchrotron Radiation Study of the Kinetics of Dehydration of Chrysotile Fiber". AGU Fall Meeting, V23C-06.

Frank, MR, Candela, PA, Earnest, DJ and Wylie, AG, Wilmot, M, Maglio SJ (2005) Experimental Study of the Thermal Decomposition of Lizardite up to 973 K, GSA Annual Meeting

Kerrigan, RJ, Candela, PA, Piccoli, PM, and Wylie, AG, (2007), Growth of Fibrous Talc and Anthophyllite in the Hydrothermal Diamond Anvil Cell (HDAC), American Geophysical Union Fall Meeting, December 10-14, 2007, San Francisco.

Taylor, ES, **Lower, SK**, **Wylie, AG**, and **Mossman, BT**: The strength of disease: molecular bonds between asbestos and human cells, EOS Trans. AGU, *89*(53): B53B-0479, **2008**.

Schwartz, C.W., Wylie, A.G., Davis, A.P., and James, B.R., (2009), Column Expansion Testing of Chromium tailings Subgrade Fills, International Foundation Congress and Equipment Expo, March 15019, Orlando, FL, 8 pages.

**Invited**
Wylie, A.G. (2010) Mineralogical Characteristics of Asbestos. GSA meeting, Northeastern/Southeastern sections, Baltimore.

Taylor E, Mossman BT, Wylie AG,  Lower SK. (2010) Molecular Methods for the induction of Mesothelioma by Asbestos. GSA meeting Northeastern/Southeastern sections. Baltimore.

Taylor, ES, Lower SK, Mossman, BT and Wylie, AG,  2011. Molecular methods for the Induction of mesothelioma by Asbestos. Biophysics Journal 100. P160a.

**Invited**
Wylie, A. G. (2013) A Review:  Mineralogy and dimensional characteristics of amphiboles from the vermiculite deposit, Rainy Creek Complex, Libby, Montana.  GSA meeting Northeastern Section, Bretton Woods, New Hampshire

**Invited**
Mossman, B.T., Sonali, H, Taylor, E, Lower, S, Dragon, J, bond, J, Wylie, A, and Shukla, A (2013) New Data on How Asbestos Fibers Interact with Cells to Trigger Extracellular Signal-Regulated Protein Kinase, i.e., ERK, Pathways Critical to Toxicity and Disease, 10th International Meeting on fibre/Particle Toxicology, June 407, Dusseldorf, Germany

Wylie, AG and Segrave, A (2019) Can the carcinogenic potential be predicted from metrological properties. ASTM Beard Conference. Denver April.

**f.      Published Guides for Field Trips:**

Wylie, A. and P. Candela (1987) "The Geology of the Maryland Piedmont". 3-day Trip and Guide Book. Department of Geology Annual Trip, October 1987.

Candela, P. and A. Wylie (1988) "The Ultramafite-associated Cu-Fe-Co-Ni-Zn Deposits of the Sykesville District, Maryland Piedmont". Goldschmidt Conference Field Trip, May, 1988.

Candela, P. and Wylie, A. (1989) "Fe-Cu-Co-Ni-Zn deposits of Sykesville, Md." International Geological Congress,T241  July 1989. John Wiley and sons

Candela, P. and A. Wylie (1990) "The Ultramafite-associated Cu-Fe-Co-Ni-Zn Deposits of the Sykesville District, Maryland Piedmont".  Goldschmidt Conference Field Trip, May, 1990.

Wylie, AG. (2018) Geology of the Catoctin Mountains, MD. June 9, 2018. Geological Society of Washington Spring Field Trip.

**g.      Contracts and Grants**

Principal Investigator, "Mineralogical Analysis of Road Aggregate Used in Maryland", Maryland Highway Administration, $8,089. November 1974-July 1975.

Co-Principal Investigator, "Optical Microscopic Electron Optical and Microprobe Characterization of Asbestos-Related Materials", U.S. Bureau of Mines, $16,645. December 1975-November 1976.

Principal Investigator, "Serpentines", Faculty Research Board, University of Maryland, $750. Summer 1976.

Principal Investigator, "Optical Microscopic and Electron Optical Characterization of Asbestos-Related Materials", U.S. Bureau of Mines, $11,188. December 1976-November 1977.

Principal Investigator, "Characterization of Asbestos-Related Materials Including Particle Size Distribution, Aspect Ratio and Orientation", U.S. Bureau of Mines, $21,437. December 1977-November 1978.

Principal Investigator, "Mineralogical and Size Distribution Studies of Amphibole Asbestos", U.S. Bureau of Mines, $84,200. April 1979-April 1981.

Principal Investigator, "Dispersion Staining in Optical Mineralogy", Undergraduate Fund for Improvement of Instruction, University of Maryland, $700. 1982.

Principal Investigator, "Quality Control in the Analysis of Asbestos by PLM", $10,000. Sept. 1985-Sept. 1986. Occupational Medical Center.

Principal Investigator "Mineralogy of the Sand Fraction of Aquifer in Northwestern Washington". United States Geological Survey, $2,450. June-October 1986.

Univ. of Maryland General Research Board Semester Research Award, $1,500. 1987.

Mineralogy of Waste Product of Sand and Gravel Processing". Aggregate Industries, $12,000. 1987-1988.

Characterization and Quantification of Fibrous Tremolite in Tremolitic Talc. Southern Talc Company, $17,000. 1989-1990.

Principal Investigator, "Mineralogical Characteristics of Fibrous Talc". R.T. Vanderbilt Company, $23,500. September 1992-December 1997.

Project Director, "Fellowship for the Study of Industrial Talc". R.T. Vanderbilt Company, $33,500. January 1, 1993-December 31, 1997.

Co-Project Director,(with C Schwartz) "Research and Laboratory Testing of Chromium Processing Waste at Dundalk Marine Terminal", Maryland Department of Transportation, $100,000. December 1996-December 1997.

Co-Project Director (with K Prestegaard and A Amde) "Characterization of Coal Combustion Products and Derived Grout Materials," Nuclear Power Plant Research Program, Maryland Department of the Environment, $10,000, 1998.

Co-Project Director (with K Prestegaard and A Amde) "Characterization of Coal Combustion Products and Derived Grout Materials, Nuclear Power Plant Research Program, Maryland Department of the Environment, $60,000, 1999

Co-Project Director, (with K Prestegaard and A Amde)"Characterization of Coal-Combustion Products and Derived Grout Material". Power Plant Research Program, Maryland Department of Natural Resources, $40,000, 2000.

Co-Project Director, (with K Prestegaard and A Amde)"Characterization of Coal-Combustion products and Derived Grout Material (supplement)□□□ Power Plant Research Program, Maryland Department of Natural Resources, $60,000, 2000.

Co-Project Director, (with K Prestegaard and A Amde) "A study of the Mineralogical Transformations in Fly-Ash Based Grouts. Maryland Department of Natural Resources, Power Plant Research Program, $30,000, 2000-2001

Co-Project Director (with P Candela) "A study of the thermal transformation of chrysotile", Ford, GM and Chrysler, $610,000, 2004-2006

h.    **Fellowship, Prizes and Awards**

Seven College Conference of Women's Colleges Scholarship to Wellesley College, 1962-1966.

Wellesley College Scholar, 1966.
Wellesley College B.A., *cum laude*

Faculty Fellowship, Columbia University, 1969-70, 1971-72.

Citation from Governor, State of Maryland, for recognition of assistance in implementation of Title IX in Maryland, 1983.

Butler Prize, Geological Society of Washington, 1989. Given for the best paper read before the Society, 1989.

Distinguished Scholar-Teacher 1994 UMCP.

Fellow Geological Society of America 1990

Honorary Membership in Zeta Nu chapter of Eta Sigma Phi 2011

Outstanding Woman of the Year, President's Commission on Women's Issues, 2012

President's Medal, University of Maryland, 2014

## 3.     Teaching, Mentoring, and Advising

### a.     Courses taught
Course

| | Approximate Average Enrollment |
|---|---|
| Physical Geology | 150 |
| Economic Geology | 10 |
| Optical Mineralogy | 6-10 |
| Ore Microscopy | 3 |
| Senior Thesis Research | 10 |
| Advanced Topics in Economic Geology | 14 |
| Geology of Maryland | 6 |
| Geology and Public Policy | 15 |
| Environmental Geology | 60 |

### b.     Advising: Research Direction

### i.     *Undergraduate Thesis (beginning 1980) Major Advisor:*

**1980**    [1]Ed. Jacobsen "Coal Geology of Garrett County, Maryland"

---

[1]Winner of the AAPG National Undergraduate Research Award

**1982**   Sharron O'Donnell "Coal Geology of Southwestern Kentucky
Eric Windsor "Shape Characterization of Amphiboles"
Morris Levin "Characterization of Part of the Sykesville Magnetite District by a
Magnetometer"
Lyle Griffith "The Use of a Magnetometer in Characterizing the Beasman
Prospect, Sykesville, MD."
[2]John Varndell "Heavy Element and Particle Size Relationships in a Sludge
Disposal Site, Baltimore, Maryland"
Joe Segretti "Relationship between cytotoxicity and coating of chrysotile fibers"
Mark Beal, A Geologic Evaluation of a Placer Gold Deposit in Southern
Fauquier Co., Virginia

**1983**   Keith Mason "A Preliminary Evaluation of Copper and Cobalt in Conjunction
with Iron Mining in the Beasman Prospect of Sykesville, Md."
Michael D. Jones "Chromium in the Soils and Streambeds above the Hunting
Hill Serpentinite Body, Montgomery County, Md."
Theresa Baker "Crack Growth in Quartz: The Effects of Chemical
Environments"
Mark Hevey "Gas Production and Faulting in Gas Field, Kansas"

**1984**   Brian Hart "A Potential Field Study of the Magnetite Bearing Deposits of the
Central Portion of the Sykesville Mining District"
Katherine Heller "A Reconnaissance Study of the Origin of Small Talc and
Serpentine Bodies in the Wissahickon Formation within the Maryland
Piedmont"

**1987**   Dan Linder "Comparison of the James Run with the Sykesville and Morgan Run
Formation"
Bethany Baker "Observation on the Geology of Montgomery County from
geomagnetic, aeroradioactivity and gravity surveys"
Valerie Gray "Reconnaissance Study on the Source of Gamma Radiation
Fluctuation in Eastern Montgomery County"

**1988**   Tom Davis "Comparative Geothermometry by Using Garnet-Biotite and Fe-Ti
Oxides in the Loch Raven Schist

**1991**   Dan Galasso "Geochemical Prospecting of Heavy Minerals to Determine if a
Marker Exists for the Sykesville District of Carroll County, MD"

**1994**   David Berry "Analysis of Trace Quantities of Amphibole Asbestos Based on the
Fractal Model for Mass Distribution"

**1995**   Bob Schultz "Determination of Asbestos in a Matrix Through Employment of the
Fractal Model for Mass Distribution"
Allan Jackson-Gewirtz "A Comparison of Methods of Analysis of Powdered

---

[2]2nd Place Winner of the AAPG National Undergraduate Research Award

Samples"

Roberta Winters "Biological Effect of Fiber Size and Mineralogy: The Case of Talc Fibers in Hamster Tracheal Epithelial (HTE) and Rat Macrophage Cells (RMC)"

Mi Lim "Anomalous Optical Properties of Tremolite-Actinolite Fibers"

**1996**   Tom Biolsi "Effects of absorption and thickness in measuring the index of refraction of blue glass and riebeckite and its application to crocidolite"

Katherine White "X-ray diffraction and optical analysis of picrolite from the State Line Quarry, PA"

Christine Rosenfeld, "Characterization of the Chemistry of the Zeolites Erionite and Mordenite as a Function of Morphology: An SEM/EDS study"

**1997**   Matt McMillan "Lattice dimensions *vs*. chemical composition and optical properties of tremolite"

**1999**   Russell Meyer "Lattice Dimensions, chemical composition and optical properties of crocidolite"

**ii.**   **Master of Science Degree Awarded**

**1985**   John Ossi, M.S., "A New Petrographic Method For Interpreting Coal-Forming Environments of Deposition"

**1988**   Robert Virta, M.S., "An Evaluation of the Adequacy of Morphological Data for Determining the Carcinogenicity of Minerals"

**1990**   Dan Linder, M.S., "The Mineralogy and Origin of the State Line Talc Deposit, Lancaster Co., Pennsylvania"

**1991**   Tim Rose, M.S., "Petrology and Chemical Variation of Peraluminous Granitic Rocks from the Northern Lobe of the Phillips Pluton, Maine"

**1996**   Jiang Feng, M.S., "Evidence for compositional variation in phyllite from Carroll and Frederick Counties, MD"

**1988**   William Greenwood, M.S. "Mineralogical Characteristics of Fibrous Talc"

Diane Hanley, M.S., "Overland flow evaluation of lava flow platform"

**1999**   Mark Watson, M.S., "Effects of intergrowths on the Physical Characteristics of fibrous Anthophyllite"

**2001**   Amina DeHarde, M.S., "Characterization of Grouts made from Coal Combustion By-Products: Mineralogy and Physical Properties"

**2005**   Courtney Crummett, M.S. (co-chair) "Examination of the Thermal decomposition of Chrysotile"

    **iii.**    **Ph.D.**

**1991**    James Crowley, Ph.D., "Geochemical Study of Playa Efflorescent Salt Crusts and Associated Brines by Using Spectral Reflectance, X-ray Diffraction and Brine Chemical Data"

**1999**    Martitia Tuttle, Ph.D., "Late Holocene Earthquakes and their Implications for Earthquake Potential of the New Madrid Seismic Zone, Central United States"

4.    **SERVICE**

a.    **Professional**

i.    ***Offices and Committee Membership Held in Professional Organizations***

Geological Society of America (Fellow)
Mineralogical Association of Canada
Geological Society of Washington
American Association for the Advancement of Science
American Geophysical Union
Geological Society of America Campus representative (1985-2000)
Chairman, Sigma Xi Graduate Student Research Award Selection Committee, UMCP
     (1986, 1987)
Mineralogical Society of America: Tellers committee, 1989-1991.
Representative to American Geological Institute, K-12 Education Committee, 1991
Field Trip Chairman, Geological Society of Washington, 1990.
Delegate to AAPG - Geological Society of Washington 1995-96.

ii.    ***Reviewing Activities for Journals and Agencies***

| | |
|---|---|
| *American Mineralogist* | Environmental Protection Agency |
| *Canadian Mineralogist* | U.S. Geological Survey |
| *Science* | *Economic Geology* |
| *Environmental Research* | Society of Mining Engineers |
| U.S. Bureau of Mines | *American Industrial Hygiene Journal* |
| *European Journal of Mineralogy* | *Critical Reviews in Toxicology* |
| *Periodico di Mineralogia* | *Scientific Reports* |
| National Institute for Occupational Safety and Health | |

iii.    ***Other Professional Activities***

Co-Chairman, New York Academy of Sciences, Workshop #1. Significance of Aspect
     Ratio in Regulation of Asbestos Fiber Exposure, Conference on the Scientific Basis
     for the Public Control of Environmental Health Hazards, New York (1978).
Invited Chairman and Organizer of "Asbestiform Minerals Symposium", AIME Annual
     Meeting (1979) Tucson, Arizona.
Appointed by the U.S. Secretary of Education to the Task Force on Asbestos in the
     Schools (1980-1984).
Session Chairman, EPA Conference on Monitoring and Evaluation of Airborne Asbestos
     Levels Following Abatement, March, 1984.
Appointed reference analyst for U.S. Navy Asbestos Analysis Quality Assurance Program
     (administered by Research Triangle Institute) 1984-1990.
Session Chairman, Economic Geology III, Geol. Soc. of Amer. National Meeting,
     November 1985.
Member, ASTM Task Group for writing Standard Methods of Analyses of Asbestos by
     TEM, SEM, Phase Contrast Optical Microscopy and Polarized Light Microscopy.
     1985-1990. Author of Polarized Light Microscopy Method (grey sheets).

Expert witness, Occupational Safety and Health Administration hearing on asbestos regulation, 1985, 1990.

Invited participant, Penn. Geol. Survey Conference on Mapping in the Piedmont, 1987.

Expert panel member, EPA, Superfund Bulk Asbestos Method, 1990-1991.

Member IARC  Work Group for Talc, Carbon Black, and Titanium Dioxide, Lyon France 2006.

Wellesley College, Class of 1966 Class Officer 1981-86, 2006-11; Annual giving committee 2012-2016

Member, Peer Review Panel, NIOSH, Roadmap for Scientific Research on Asbestos and Other Mineral Fibers, 2007

Testimony, US House Senate, Committee on Environment and Public Work June 12, 2007 and follow-up letter, June 16, 2007

Member, Scientific Advisory Board, National Stone, Sand and Gravel Association 2011-present

Member, Frederick Regional Higher Education Advisory Board 2013-2015

Member, Frederick Center for Research and Education in Science and Technology (CREST) Governing Board 2015-2018

Member Planning Committee for NIOSH EMP workshop on Terminology and Characterization, Paul Middendorf Chair 2016 (rescheduled by CDC to 2017).

Invited participant and member of the Planning Committee, National Academies Workshop on elongated Mineral Particles, May   15-16   2017. (rescheduled to January 2018: cancelled by NIOSH in January)

Co-chair NSSGS/Society of Toxicology Monticello Conference on EMPS, October 2017, Charlottesville, VA

Guest editor. Special issue of Toxicology and Applied Pharmacology: The Monticello Conference.

Invited speaker and session co-moderator, JIFSAN workshop. Asbestos in talc. Nov 2018


### c.        Selected University of Maryland Service

Chairman, Institutional Review Board (IRB) 1984-1986

Supervisory responsibility for Animal Care and Use Committee and actions (1984-1986)

Chair, General Research Board 1984-1986

Chair, Creative and Performing Arts Board 1984-1986

Member Review Committee for Dean of the College of Computer Mathematical and Physical Sciences 1990

Member, Review Committee for Chair of Department of Economics 1998

Chair, Earth System Science Director Search Committee 1998

Chair, Limited Enrollment Committee, 2000-2002

Chair, Campus Assessment Working Group, 2000-2002

Chair, Search Committee, Vice President for Research 2002

Chair, Search Committee, Vice President for Administration and Finance, 2004

Chair, UMCP Graduate Council, 2004-2006

UMCP Strategic Planning Steering Committee, Graduate Education Chair, 2008

Chair, UMCP Finance Committee, 2008-2011

Chair, UMCP Sustainability Council 2009-2011

Chair, Student Fee Review Committee 2008-2011

Chair, UMCP Facilities Council, 2011-2012

MPowering the State, UMB-UMCP Steering committee 2011-2013

Carey School of Law Dean Search committee 2013-2014

Facilitator, Leadership Fellows Program, UMCP Advance. 2013-2014

College of Computer, Mathematical and Natural Sciences, University of Maryland, Board of Visitors, 2013-2018

Member. UM Investigation Committee for scholarly misconduct case. 2015

Chair, Investigation Committee to review UM Maryland Industrial Partnership grant to Fifth Quarter Fresh and School of Public Health. 2016

# EXHIBIT B

# Previous Four Years of Expert Testimony for Ann Wylie, Ph.D.

Dr. Ann Wylie has not testified as an expert at trial or by deposition during the previous four years.

Exhibit I

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

## EXPERT REPORT OF M. DARBY DYAR, PHD
## FOR GENERAL CAUSATION *DAUBERT* HEARING

Date: February 25, 2019

M. Darby Dyar, Ph.D.

# TABLE OF CONTENTS

**Page**

I.     EXECUTIVE SUMMARY ........................................................................... 1

II.    BACKGROUND AND QUALIFICATIONS ............................................ 5

III.   BACKGROUND: WHAT IS AN ASBESTIFORM MINERAL .............. 7

     A.     MINERAL SPECIES IDENTIFICATION .................................. 8

     B.     ASBESTIFORM HABIT ............................................................ 10

     C.     MEASUREMENTS OF CONCENTRATION ........................... 13

IV.   MINERAL IDENTIFICATION USING CHEMICAL COMPOSITION: EDS ......... 14

     A.     HOW EDS WORKS .................................................................. 14

     B.     FACTORS AFFECTING ACCURACY OF EDS ...................... 16

     C.     THE ANALYSTS USED BY DRS. LONGO AND RIGLER DO NOT USE EDS IN A WAY ACCEPTED BY THE SCIENTIFIC COMMUNITY, RESULTING IN UNSUPPORTABLE CONCLUSIONS .................... 19

     D.     EDS DATA FROM DRS. LONGO AND RIGLER SHOW GREAT VARIABILITY .................................................. 19

     E.     DRS. LONGO AND RIGLER AND THEIR ANALYSTS APPEAR TO HAVE DELIBERATELY AVOIDED REPORTING THE DATA THAT WOULD ACTUALLY BE USEFUL HERE ............... 22

     F.     LACK OF DATA ON AND MISUSE OF STANDARDS ......... 24

     G.     SPECIES IDENTIFICATIONS VARY BY DATE AND BY ANALYST .. 24

     H.     CONCLUSIONS REGARDING EDS ...................................... 27

V.     MINERAL IDENTIFICATION USING CRYSTAL STRUCTURE: SAED ......... 28

     A.     INTRODUCTION TO SELECTED AREA ELECTRON DIFFRACTION (SAED) ............................................................. 28

     B.     TO UNIQUELY IDENTIFY AN UNKNOWN MINERAL, SAED PATTERNS SHOULD BE TAKEN FROM MULTIPLE AXES ............... 29

C.     SAED IMAGES IN THE LONGO/RIGLER MDL REPORTS ARE OF VERY LOW QUALITY AND ARE POORLY DOCUMENTED .................................................................. 31

D.     THE SAED PATTERNS IN THE LONGO/RIGLER MDL REPORTS DO NOT UNIQUELY IDENTIFY TREMOLITE OR ANTHOPHYLLITE ............................................ 33

E.     DRS. LONGO AND RIGLER USE INCOMPLETE *D*-SPACING DATA .................................................................. 35

F.     UNFEASIBLE *D*-SPACINGS IN LONGO/RIGLER DIFFRACTION VERIFICATION DOCUMENTS ........................ 37

G.     THE D-SPACING FOR WHAT DRS. LONGO AND RIGLER IDENTIFY AS ANTHOPHYLLITE ACTUALLY CORRESPONDS TO ONE OF TWO OTHER MINERALS ....................................... 38

H.     DRS. LONGO AND RIGLER AND THEIR ANALYSTS DO NOT FOLLOW EPA METHODOLOGY, INCLUDING CONFIRMATION ON AT LEAST TWO ZONE AXES ................ 40

I.     CONCLUSIONS RELATING TO SAED ANALYSIS ............... 41

VI.     MINERAL IDENTIFICATION USING PLM ..................................... 43

A.     HOW PLM WORKS .......................................................... 43

B.     ALL OF THE ISO PLM TESTS RETURNED RESULTS CONSISTENT WITH FINDING NO ASBESTOS ...................... 46

C.     DISPERSION STAINING WAS NOT USED CORRECTLY ......... 47

D.     THE "POINT COUNTING" METHOD WAS NOT USED, YET IT IS THE ONLY WAY TO ESTIMATE CONCENTRATION BY PLM, AS RECOGNIZED BY ISO 22262 ......................... 50

E.     CONCLUSIONS RELATING TO PLM ANALYSIS ................... 51

VII.    MORPHOLOGY IDENTIFICATION USING VISUAL INSPECTION BY TEM .................................................................................. 52

A.     DIFFERENCES AMONG FIBERS, BUNDLES, AND FRAGMENTS ..... 52

B.     DRS. LONGO AND RIGLER MISIDENTIFY CLEAVAGE FRAGMENTS AS BUNDLES AND FIBERS .......................... 54

C.     RESULTS OF ANALYSTS WORKING FOR DRS. LONGO AND RIGLER ARE INCONSISTENT .................................. 56

D.  STATISTICAL DISTINCTIONS BETWEEN FIBERS
     AND FRAGMENTS .......................................................................... 59

     1.  BACKGROUND ON STATISTICAL TESTS
          OF POPULATION DIFFERENCES .................................... 59

     2.  STATISTICALLY SIGNIFICANT DIFFERENCES
          ARE SEEN BETWEEN ASBESTIFORM TREMOLITE
          AND NON-ASBESTIFORM TREMOLITE CLEAVAGE
          FRAGMENTS ...................................................................... 61

     3.  COMPARISON TO RESULTS IN THE
          LONGO/RIGLER MDL REPORTS ................................... 65

E.  SUMMARY OF PARTICLE MORPHOLOGY CONCLUSIONS ......... 67

VIII.  CONCLUSION ................................................................................................ 68

I.   **EXECUTIVE SUMMARY**

To confirm the presence of asbestos in talcum powder, there are three questions to consider:

    1.    **Mineralogy**: Are the mineral species present among those that include asbestos?

    2.    **Physical properties (habit)**: Do the minerals have an "asbestiform" habit, occurring as particles that are lengthwise separable into flexible fibers?

    3.    **Concentration**: What are the abundances of the minerals?

The expert reports dated November 14, 2018, January 15, 2019 and February 2, 2019 from plaintiffs' experts William E. Longo and Mark W. Rigler (the "Longo/Rigler MDL Reports") fail to demonstrate that **any** of these three requirements is true of the impurities allegedly occurring in the tested talcum powder. Instead, they (or more specifically, their five analysts) applied a methodology that was inherently designed to achieve the results they desired for purposes of this litigation.

As an initial matter, many minerals have very similar chemical formulas, and many minerals occur with fibrous shapes, but not all of these minerals are "asbestos." Asbestos minerals have both a specific chemical composition and a unique 'habit' or morphology. Asbestos is defined as one of six particular minerals exhibiting the characteristics of an asbestiform habit, meaning they can be separated into flexible fibers with high tensile strength. Drs. Longo and Rigler confuse "counting criteria" with this definition, using a disingenuous distinction between what they call the "geological definition" and what they wrongly invent as the "regulatory definition." This is not scientifically proper.

- **EDS (mineral chemistry)**. Drs. Longo and Rigler opine on tests run by their analysts using Energy Dispersive Spectroscopy ("EDS") to identify the chemistry of certain particles that they have isolated in the samples tested. EDS, properly used, can somewhat measure the chemistry of a mineral, or at least narrow down the possible chemistries, even if it cannot tell a scientist whether that mineral's shape is asbestiform or not. But the analysts do not follow generally accepted scientific methodology in their EDS analysis. For example:

  o They "eyeball" the EDS spectra and rely only on the images generated by an EDS analysis to evaluate the chemical composition of each mineral.

  o They visually compare their spectra to "reference standards" apparently belonging to their lab only, which standards are not in the published literature, which likely represent only asbestiform minerals and which Drs. Longo and Rigler did not produce (such that it cannot be determined if these standards have any scientific validity whatsoever).

  o In doing so, they deliberately choose not to generate **quantitative numbers** that would more accurately determine chemical compositions, which is the very purpose of an EDS analysis of an unknown mineral. The quantitative data is necessary to make scientifically valid conclusions, and their conclusions are therefore unsupportable.

-1-

As a result, Drs. Longo and Rigler and their analysts used a flawed methodology that resulted in wildly inconsistent results across different analysts and over time. In science, proof involves demonstrating that a result is replicable. Consequently, the particles that they identify as "anthophyllite" may actually be talc, cummingtonite or other minerals. The particles that they identify as "tremolite" could be other amphiboles[1], diopside (pyroxene) or other minerals.

Finally, confirming the lack of reproducibility in their methodologies, I have analyzed the EDS interpretations of each of the five separate analysts used by Drs. Longo and Rigler. Although there should be parallel results across analysts, there is clear evidence of personal biases, which is unsurprising given the unscientific and subjective nature of the methodologies employed.

- **SAED (crystal structure)**. Drs. Longo and Rigler opine on tests run by their analysts using selected area electron diffraction (SAED) to identify the crystal structure of selected particles in the samples tested. Again, they do not follow generally accepted scientific methodology in their SAED analysis. For example:

  o A majority of the patterns they generate are of poor quality, making them impractical or impossible to interpret.

  o For an accurate identification of an unknown mineral, at least two (and preferably more) SAED patterns must be taken with the sample oriented along a "zone axis."[2] Yet for those minerals identified as "tremolite," they use only one SAED pattern, resulting in inconclusive data that would be consistent with many other minerals, including those that have no asbestiform habit. Similarly, for those minerals that they identify as "anthophyllite," the analysts took two SAED patterns for only two samples, and these are insufficient to uniquely identify anthophyllite.

  o A fundamental part of analyzing SAED results is to calculate the "*d*-spacings" between layers of atoms, which may be diagnostic of each mineral species. It appears that Drs. Longo and Rigler and their analysts did not initially use *d*-spacings at all, once again adopting qualitative "eyeball" methodologies found nowhere in the literature over quantitative, accepted science. **After** generating their first report, they used a small number of *d*-spacing measurements to "verify" their prior conclusions. Yet those "verifications" show *d*-spacings that are consistent with **25% of all common rock-forming minerals**. Even Drs. Longo and Rigler concede they do not uniquely identify any one mineral.

  o Some of the Longo/Rigler *d*-spacing interpretations even have impossible values, demonstrating significant flaws in the methodology used.

---

[1] Amphibole is the group name of a group of hydrous silicate minerals that include, among other individual minerals, tremolite, actinolite and anthophyllite.

[2] The zone axis is the direct crystal axis that is parallel to the electron beam at the orientation when the SAED pattern is recorded

o The EPA "Yamate III" protocol for analyzing talc for impurities – which Drs. Longo and Rigler say they followed – requires two SAED zone axis determinations. Yet, of the more than 70 bottles tested, Drs. Longo and Rigler only did this for **two** bottles.

As a result, what Drs. Longo and Rigler identify as anthophyllite or tremolite in the samples analyzed may actually be hundreds of other possible minerals or individual crystal structures.

- **TEM visual inspection**. The analysts in the Longo/Rigler MDL Reports purport to find the concentration of "asbestos" using visual inspection techniques under TEM. They do not, however, follow generally accepted scientific methodology in this analysis. For example:

  o Use of TEM images to **visually** distinguish non-asbestiform amphiboles and asbestiform amphiboles is scientifically invalid, as stated by the very protocols upon which Drs. Longo and Rigler rely.

    ▪ Indeed, Drs. Longo and Rigler and their analysts did not apply objective criteria for distinguishing between cleavage fragments, bundles and fibers, as demonstrated by the inconsistent results of their analysts.

    ▪ Moreover, the results reported in the Longo/Rigler MDL Reports are inconsistent from analyst to analyst, highlighting the unreliability of their method of visual identification using TEM.

  o The analysts used by Drs. Longo and Rigler utilized the concept of "aspect ratio" – the ratio of a particle's length to width – and counted all particles greater than 0.5 μm in length that have substantially parallel sides and an aspect ratio greater than 5:1. Yet, as Drs. Longo and Rigler admit, a particle that is non-asbestiform **can also have an aspect ratio greater** than 5:1. This means that the Longo/Rigler MDL Reports do not distinguish asbestiform minerals from non-asbestiform minerals (e.g., "cleavage fragments") in this regard.

  o This is scientifically invalid because, based on peer-reviewed studies, it is known that size distributions for non-asbestiform particles are different than those for asbestiform particles. Using statistical methods – methods not used by Drs. Longo and Rigler – asbestiform and non-asbestiform populations can readily be distinguished. **However, Drs. Longo and Rigler deliberately did not compile data in the low aspect ratio range, making a valid particle analysis impossible**.

  o To the extent analysis is possible of the aspect ratio size population they did measure, statistical tests of aspect ratio populations establish that the particles measured by the analysts used by Drs. Longo and Rigler belong to the population represented by **non-asbestiform tremolite**.

- **PLM (mineral identification)**. The analysts used polarizing light microscope (PLM) images to identify the nature of any asbestos in the tested samples and the concentration. They did not, however, follow generally accepted scientific methodology in their PLM analysis. For example:

o   The analysts purported to follow the methodology found in a peer-reviewed article by Su (2003). But Su sets forth a particular methodology to do dispersion staining, an absolutely critical step of the analysis, which was not followed.

o   Otherwise, the PLM images from the Longo/Rigler MDL Reports are in many cases ambiguous because talc and amphiboles have overlapping and similar optical properties, and they can easily be confused for each other.

o   The analysts doing the PLM work purported to use two methodologies to determine concentration of asbestos contaminants – "ISO" PLM and "Blount" PLM – which should have consistent results. All tests using the former were either negative or under 0.1% by weight percentage (consistent with the absence of asbestos). Ten of the tests using the latter were positive at concentrations up to seven times the results of the former, which indicates a complete lack of reliability and reproducibility in this PLM testing.

o   Dr. Longo and Rigler's "concentration" analysis did not use "point counting," which is the standard method to estimate concentration of phases by PLM. Rather, Drs. Longo and Rigler's analysts used, once again, visual reference charts that appear to be unique to their lab, are not in the peer-reviewed literature, and are not produced (such that it cannot be determined if these standards have any scientific validity whatsoever).

In summary, the results in the Longo/Rigler MDL Reports are the product of fundamentally flawed methodologies and are **not the result of work done according to generally accepted scientific standards and methodologies.** Despite producing lengthy, descriptive reports and undertaking extensive measurements according to government protocols, Drs. Longo and Rigler did not properly train their personnel for the task of characterizing impurities in talc, where the possible mineralogy is unconstrained. Thus, they lack the background to understand or interpret their results, especially where, as here, the impurities are tiny, and many possible minerals can be present.

**The Longo/Rigler MDL Reports simply fail to demonstrate that *any* asbestos minerals are present in the material Drs. Longo and Rigler tested in *any* concentration with *any* asbestiform shapes.**[3] Indeed, every methodological error in their testing results in false positive findings of asbestos, but not false negatives. Given that Drs. Longo and Rigler's testing can only be described as a series of errors, each of which acts to amplify the errors preceding it, the results of Drs. Longo and Rigler's testing cannot be considered scientifically valid.

All opinions in this report are stated to a reasonable degree of scientific certainty, and the methods used are among those that I employ in my professional work as a mineralogist.

---

[3]     IARC (2012) defines the minerals that can be asbestos as follows: "the generic commercial designation for a group of naturally occurring mineral silicate fibres of the serpentine and amphibole series. These include the serpentine mineral chrysotile [], and the five amphibole minerals – actinolite, amosite [], anthophyllite, crocidolite [], and tremolite." International Agency for Research on Cancer (2012), *Monographs on the Evaluation of Carcinogenic Risks to Humans Vol. 100C: Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite and Anthophyllite)*, 219.

## II.    BACKGROUND AND QUALIFICATION

I studied geology at Wellesley College, where my thesis involved field work to create a geologic map of the nearby Broadmoor Wildlife Sanctuary. I received my Ph.D. from the Massachusetts Institute of Technology in geochemistry and mineralogy. My Ph.D. thesis, entitled "Crystal chemistry and statistical analysis of iron in mineral standards, micas, and glasses," focused on minerals from a cross-section of geological problems. I was next a member of the Research Faculty at the California Institute of Technology, before holding faculty positions in the Department of Geological Sciences at the University of Oregon, Department of Geology and Astronomy at West Chester University, and most recently, at Mount Holyoke College, where I began in the Department of Geology and Geography before moving to chair the Department of Astronomy. I now hold an endowed chair as Kennedy-Schelkunoff Professor of Astronomy. I am also a member of the graduate faculty at the University of Massachusetts in Amherst, and a Senior Scientist at the Planetary Science Institute.

Over the course of my years in academia, I have taught mineralogy at least 20 times, including as a teaching assistant at MIT and at all three academic institutions where I have been a faculty member. I have supported public outreach related to mineralogy through the creation of two software programs used in many US states for teaching mineralogy to K-12 students. They include *The Study of Minerals* (1997) and *Hands-On Mineral Identification* (1999). I have also authored two textbooks: *Mineralogy and Optical Mineralogy: A Three-Dimensional Approach* with Mickey E. Gunter (first published in 2008, now in its 2nd edition and also available as an iBook) and *Geostatistics Explained, An Introductory Guide for Earth Scientists* with Steven McKillip (2010).

My research has resulted in more than 250 papers published in peer-reviewed journals, and it spans a number of different topics in mineralogy. Areas of interest have included metamorphic rocks from western Maine, tourmaline mineralogy from worldwide occurrences, mineralogy of rocks (xenoliths) from 90 km below Earth's surface (brought up by volcanoes), and many other rock types. The study of amphibole minerals has been a constant theme throughout my career, starting with a chapter in my thesis, extending to studies of its chemical variation that continue to this day.[4] I have also published several papers relating to the mineralogy of asbestiform minerals, including papers on serpentine and amphibole asbestiform minerals.[5]

---

[4]      *See* Dyar (1984) *American Mineralogist*, **69**, 1127-1144; Dyar et al. (1996), in Dyar et al., EDXA, *Mineral Spectroscopy: A Tribute to Roger G. Burns*, Special Publication #5, Geochemical Society, 273-289. Delaney et al. (1996), in Dyar et al., EDXA, *Mineral Spectroscopy: A Tribute to Roger G. Burns*, Special Publication #5, Geochemical Society, 170-177; King et al. (2000) *Earth and Planetary Science Letters*, **178**, 97-112. Gunter et al. (2003) *American Mineralogist*, **88**, 1944-1952; Minitti et al. (2008) *Earth and Planetary Science Letters*, **266**, 46-60; Minitti et al. (2008) *Earth and Planetary Science Letters*, **266**, 288-302; Sanchez et al. (2008) *European Journal of Mineralogy*, **20**, 1043-1053; Lupulescu et al. (2009) *Canadian Mineralogist*, **47**, 909-916; McCanta et al. (2009) *Geochimica et Cosmochimica Acta*, **72**, 5757-5780; Gunter et al. (2011) *American Mineralogist*, **96**, 1414-1417; Dyar et al. (2016) *American Mineralogist*, **101**, 1171-1189; Chan et al. (2016) *Canadian Mineralogist*, **54**, 337-351; Mueller et al. (2017) *European Journal of Mineralogy*, **29**, 167-180; Di Guiseppe et al. (submitted) *Toxicology and Applied Pharmacology.*

[5]      O'Hanley and Dyar (1993) *American Mineralogist*, **78**, 391-404; O'Hanley and Dyar (1998) *Canadian Mineralogist*, **36**, 727-739; Gunter et al. (2003) *American Mineralogist*, **88**, 1944-1952; Gunter et al. (2011) *American*

The unifying theme of my research is developing and using analytical techniques to solve geological problems, most of which involve identifying and quantifying minerals in mixtures. NASA is especially interested in this problem because many techniques that are used on planetary surfaces and in orbits involve acquiring signatures of rocks and then extracting individual mineralogy from those mixed signals. For example, in my work as a Participating Scientist on the science team for the Mars Exploration Rover *Curiosity*, we studied the problem of identifying individual minerals based on rock measurements.[6] I studied meteorites from Mars and examined the spectra signatures of individual minerals and also the rock from which they were separated.[7] We sometimes even create "fake rocks" from mineral mixtures and then make measurements of the mixtures to try to understand how to determine abundances of those minerals.[8] My research depends heavily on the use of robust statistical analyses, and I often utilize machine learning techniques to solve problems in an unambiguous way.[9]

I work hard to uphold the standards of my profession by reviewing research proposals and journal publications continuously. I have been an Associate Editor for the *American Mineralogist* since 2000, handling up to 30 papers each year. I have edited one book for the Geochemical Society and one special volume of the *American Mineralogist*. I personally review at least a dozen manuscripts for a wide variety of journals every year, as well as many research proposals. I serve on review panels for the National Science Foundation and NASA almost every year, in which capacity I sometimes review as many as 18 proposals per year. As such, I am an experienced reviewer of scientific reports.

My research has been recognized with both national and international awards. I am a Fellow of the Mineralogical Society of America, the Geochemical Society and the Geological Society of America (GSA). I received the 2017 G. K. Gilbert award from the GSA for my outstanding contributions to planetary science and the 2018 Eugene Shoemaker Distinguished Scientist medal from NASA for "a scientist who has significantly contributed to the field of lunar and/or asteroid science throughout the course of their scientific career." I received the Hawley Medal from the Mineralogical Association of Canada in 2017, and currently hold the position of Helmholtz International Fellow with the German Aerospace Center (Deutsches Zentrum für Luft- und Raumfahrt).

A copy of my current curriculum vitae is attached hereto as Exhibit A. My hourly rate for this work has been $500 per hour.

---

*Mineralogist*, **96**, 1414-1417; Evans et al. (2012) *American Mineralogist*, **97**, 184-196; Swayze et al. (2018) *American Mineralogist*, **103**, 517-549; Di Guiseppe et al. (submitted) *Toxicology and Applied Pharmacology*.

[6]      Dyar et al. (2013) *Geological Society of American Annual Meeting*, Denver, Abstract #6-5; Dyar et al. (2014). *Lunar Planet. Sci.* **XLV**, Lunar Planet. Inst., Houston, CD-ROM #1788 (abstr.).

[7]      Dyar (2002) *LPI Conf.*, Houston, #6011; Dyar (2003) *Meteoritics and Planetary Science*, **38**, 1733-1752.

[8]      Carey et al. (2016) *Lunar Planet. Sci.* **XLVII**, Lunar Planet. Inst., Houston, (abstr.) #2626.

[9]      Boucher et al. (2015) *Journal of Chemometrics*, doi: 10.1002/cem.2727; Dyar et al. (2016) *Spectrochimica Acta B.*, **126**, 53-64; Boucher et al. (2015) *Spectrochimica Acta B*, **107**, 1-10; Carey et al. (2015) *Journal of Raman Spectroscopy*, **46**, 894-903; Boucher et al. (2017) *Journal of Chemometrics*, **31**, e2877; and Giguere et al. (2017) *Applied. Spectroscopy*, **71**, 1457-1470.

## III.   BACKGROUND: WHAT IS AN ASBESTIFORM MINERAL?

The definition of asbestos involves three different characteristics of a particle: **chemical composition, crystal structure and physical properties**.

By way of overview, the asbestiform nature of asbestos minerals is seen in **Figure 1**, which shows photomicrographs of tremolite and anthophyllite – two of the amphibole minerals that will form the basis for much discussion in this report.



*Figure 1. Microscopic images of tremolite (left) and anthophyllite (right) asbestos reference standards from the U.S. National Institute of Standards and Technology. All of these particles meet the standard definition of "asbestiform" articulated in Gunter (2010) and can "be separated lengthwise into fibers." Images from ISO 22262-1, Figures D.23, D.25, D.32, and D.34.*

Each of these minerals has a specific chemical composition, crystal structure and physical properties. This is what makes them asbestos.

Thus, this Introduction explains the criteria relevant to the study of potentially asbestiform minerals in talcum powder. There are three issues to consider:

1.      **Mineralogy**: Are the mineral species among those that include asbestos?

2.      **Physical properties (habit)**: Do the minerals have an 'asbestiform' habit – in other words, is this the asbestiform version of a mineral and not the non-asbestiform version?

3.      **Concentration**: What are the abundances of the minerals?

### A.      Mineral Species Identification

> **Summary:** Many minerals have very similar chemical formulas, and many minerals occur with fibrous shapes, but "asbestos" minerals have *both* a specific chemical composition and a unique 'habit' or morphology.

The strict definition of a mineral species is that it (1) occurs in nature, (2) is stable at room temperature, (3) is generally produced by inorganic processes, (4) can be represented by a **chemical formula**, and (5) has a **specific, ordered arrangement of atoms**. The last two of these are especially important to this report.

Mineralogists use very specific mineral species names, regulated by an international committee, to assure that minerals with the same name have all five of these characteristics in common. There are currently ~5,500 known mineral species, and many more are found every year.[10] Mineral classification is hierarchical, like biological classifications. Instead of the familiar "kingdom, phylum…genus, species" used in biology, mineralogists use mineral class, type, group and species. Species names are unique and highly specific. While there are **only six regulated asbestiform mineral species,** shown in red in **Table 1**, there are many other minerals related to them.

[**Table 1** on next page.]

---

[10]      Mineral species names and compositions are certified by the Commission on New Minerals and Mineral Names (CNMMN) of the International Mineralogical Association.

**Table 1.** Minerals Similar to Talc that Contain Si, Mg, Fe, Ca, Na, H and O*

| Mineral Species | Mineral Class | Chemical Formula | (Mg,Fe) : Si |
|---|---|---|---|
| Anthophyllite | Amphibole | $Mg_7Si_8O_{22}(OH)_2$ | 7 : 8 |
| Antigorite | Serpentine | $Mg_3Si_2O_5(OH)_4$ | 3 : 2 |
| Chesterite | inosilicate >1 chain | $Mg_{17}Si_{20}O_{54}(OH)_6$ | 17 : 20 |
| Chrysotile | Serpentine | $Mg_3Si_2O_5(OH)_4$ | 3 : 2 |
| Clinohumite | Nesosilicate | $(Mg,Fe)_9(SiO_4)_4(OH)_2$ | 9 : 16 |
| (clino)jimthompsonite | inosilicate >1 chain | $Mg_5Si_6O_{16}(OH)_2$ | 5 : 6 |
| Enstatite | Pyroxene | $Mg_2Si_2O_6$ | 1 : 1 |
| Grunerite | Amphibole | $Fe_7Si_8O_{22}(OH)_2$ | 7 : 8 |
| Hydroxylclinohumite | Nesosilicate | $Mg_9(SiO_4)_4(OH)_2$ | 9 : 16 |
| Cummingtonite | Amphibole | $Mg_7Si_8O_{22}(OH)_2$ | 7 : 8 |
| Minnesotaite | sheet silicate | $(Fe,Mg)_3Si_4O_{10}(OH)_2$ | 3 : 4 |
| Sepiolite | modulated layers | $Mg_4Si_6(OH)_{26}H_2O$ | 4 : 6 |
| Talc | sheet silicate | $Mg_3Si_4O_{10}(OH)_2$ | 3 : 4 |
| Tremolite | Amphibole | $Ca_2Mg_5Si_8O_{22}(OH)_2$ | 5 : 8 |
| Actinolite | Amphibole | $Ca_2(Mg,Fe)_5Si_8O_{22}(OH)_2$ | 5 : 8 |
| Ferrowinchite | Amphibole | $CaNaFe_4(Al,Fe)Si_8O_{22}(OH)_2$ | 5 : 8 |
| Richterite | Amphibole | $Na(CaNa)Mg_5Si_8O_{22}(OH)_2$ | 5 : 8 |
| Ferrorichterite | Amphibole | $Na(CaNa)Fe_5Si_8O_{22}(OH)_2$ | 5:8 |
| Riebeckite | Amphibole | $Na_2Fe^{2+}_3Fe^{3+}_2Si_8O_{22}(OH)_2$ | 5:8 |
| Magnesorioriebeckite | Amphibole | $Na_2Mg_3Fe^{3+}_5Si_8O_{22}(OH)_2$ | 5:8 |
| Aegirine-augite | Pyroxene | $(Ca,Na)(Mg,Fe,Al,Ti)(Si,Al)_2O_6$ | 1 : 1 |
| Diopside | Pyroxene | $CaMgSi_2O_6$ | 1 : 1 |
| Hedenbergite | Pyroxene | $CaFeSi_2O_6$ | 1 : 1 |

*Table 1. Formulas from the approved IMA "List of minerals" (http://nrmima.nrm.se/). Species names in red are termed "asbestos" when they occur in an asbestiform morphology. Shaded species in gray contain Na or Ca.*

As shown above, these minerals all contain Si and cations such as Mg, Fe and Ca. Each has a particular ratio of Si to the other cations (the far-right column), which is important in the context of an energy-dispersive X-ray (EDXA) analysis (discussed below).

The mineral species significant to this report are those that combine the elements silicon (Si), magnesium (Mg), iron (Fe), calcium (Ca) and sodium (Na) along with hydrogen (H) and oxygen (O). Notice that the minerals are grouped in two groups, with Ca- and Na-bearing samples in the bottom half of the table. Many minerals have closely related (in some cases, identical) formulas; yet only those highlighted in red are mineral species that are regulated. Thus, it becomes critically important to discriminate these minerals carefully by chemistry and by crystal structure. Tools for these analyses fall into these two groups: tests of mineral composition (the chemical formula criterion noted above) and tests of determination of crystal structure (atomic arrangement). In addition, a particle must have a fibrous morphology to be considered asbestos.

### B.    Asbestiform Habit

**Summary:** Asbestos is defined as one of six particular minerals exhibiting the characteristics of an asbestiform habit, meaning they can be separated into flexible fibers with high tensile strength. Drs. Longo and Rigler confuse "counting criteria" with this definition, using a disingenuous distinction between what they call the "geological definition" and what they wrongly invent as the "regulatory definition."

**Asbestos** is a **noun** describing a specific material with a distinctive shape that is **asbestiform** (**adjective**), which means the crystal can be separated into flexible fibers with high tensile strength.

IARC (2012) defines the minerals that can be asbestos as follows: "the generic commercial designation for a group of naturally occurring mineral silicate fibres of the serpentine and amphibole series. These include the serpentine mineral chrysotile [], and the five amphibole minerals – actinolite, amosite [], anthophyllite, crocidolite [], and tremolite." IARC (2012), p. 222, also states: "Asbestos fibres tend to possess good strength properties (e.g. high tensile strength, weak and friction characteristics); flexibility (e.g. the ability to be woven); excellent thermal properties (e.g. heat stability, thermal, electrical and acoustic insulation); absorption capacity; and, resistance to chemical, thermal and biological degradation." Thus, there is agreement in the scientific community that asbestos exhibits fibrosity, high tensile strength and flexibility. This is repeated over and again in the published literature, for example:

Zoltai, T., "*Amphibole Asbestos Mineralogy*," Reviews in Mineralogy & Geochemistry, (1981) 9(5): 237-278 (stating "the individual asbestos fibers and acicular cleavage fragments are strikingly different. The fibers are extremely strong and flexible, while the acicular cleavage fragments are weak and brittle.").

Zoltai, T., "*Amphibole Asbestos Mineralogy*," Reviews in Mineralogy & Geochemistry (1981) 9(5): 237-278, at 272 (concluding that "cleavage fragments of amphibole crystals should yield the opposite strength-diameter effect than that observed in asbestos fibers").

McCrone, W.C., *The Asbestos Particle Atlas 36* (1980) (describing chrysotile as having "distinctive fine flexible fibrils").

Gary, M., McAfee, R., and Wolf, C., Eds., (1974) *Glossary of Geology* ("Asbestos is a commercial term applied to a group of silicate minerals that readily separates into long, thin, strong fibers that have sufficient flexibility to be woven, are heat resistant and chemically inert, are electrical insulators, and are therefore suitable for uses … where incombustible, nonconducting, or chemically resistant material is required.").

Veblen D.R. and Wylie A. (1993) Reviews in Mineralogy, 28, 61-138 ("the asbestiform habit has a number of characteristics that differentiate it from other habits, but the main differences are the fibrillar structure and the fiber flexibility and strength").

Dyar and Gunter (2008) *Mineralogy and Optical Mineralogy* ("there are several types of minerals than can have asbestiform habits, which are distinguished by their fibrillar structure and the flexibility and strength of the fibers."

*Asbestos Fibers and Other Elongate Mineral Particles: State of the Science and Roadmap for Research*, (2011) U.S. Dept. of Health & Human Services, NIOSH, Current Intelligence Bulletin 62 at 6 (stating that "[t]he fibers of all varieties of asbestos are long, thin and usually flexible when separated"), 9 (stating that "[i]t has been suggested that crystals grown in an 'asbestiform' habit can be distinguished by certain characteristics, such as parallel or radiating growth of very thin and elongate crystals that are to some degree flexible, the presence of bundles of fibrils, and, for amphiboles, a particular combination of twinning, stacking faults, and defects"), 34 (describing chrysotile fibers as "consist[ing] of aggregates of long, thin, flexible fibrils that resemble scrolls or cylinders"), 36 (stating that "[a]sbestiform amphibole fibers consist of aggregates of long, thin, flexible fibrils that separate along grain boundaries between the fibrils").

*Asbestiform Fibers: Nonoccupational Health Risks*, National Research Council (1984) at 33 (stating that asbestos particles that have sufficiently small diameters have great strength and flexibility, and that the tensile strength of commercial quality asbestos fibers is 20 to 50 times greater than that of the non-asbestiform crystals of the same minerals), 38 (noting that the flexibility of asbestos fibers enables them to bend without breaking, which facilitates their passage through the respiratory tract into the deep lung), 41 (explaining that, "Asbestiform fibers, including asbestos fibers, are mineral fibers that are characterized by a specific set of interdependent physical properties, including fiber-like shape, enhanced strength and flexibility, increased durability, strong and defect-free surface structure, and the dependence of these properties on conditions of growth. The fiber properties that have been considered for possible association with deleterious health effects are respirability (i.e., fibers <3 μm diameter), size and aspect ratio, durability, flexibility and tensile strength, chemical composition, surface area, and surface charge.").

Gunter, M., *Defining Asbestos: Differences between the Built and Natural Environments*, 60 CHIMIA No. 10, 747, 748 (2010) (stating that a mineralogist would require that a fiber would need to exhibit a certain set of physical properties, i.e., be curved and flexible, in order to be classified as asbestos).

This usage is echoed in other documents, such as the methodology standards upon which Drs. Longo and Rigler purport to rely:[11]

ISO 22262-1, -2, -3: defining asbestiform as a "specific type of mineral fibrosity in which the fibres and fibrils possess high tensile strength and flexibility." ISO 22262-1 (2012) at 2; ISO 22262-2 (2014) at 8; ISO 22262-3 (2016) at 2.

---

[11]    *See* 40 C.F.R. Ch. I (7-1-03 Edition) (defining asbestiform as "a specific type of mineral fibrosity in which the fibers and fibrils possess high tensile strength and flexibility"); 40 C.F.R. 763.83 (defining asbestos as the "asbestiform varieties of" six minerals).

ISO 13794: defining asbestiform as a "specific type of mineral fibrosity in which the fibres and fibrils possess high tensile strength and flexibility." ISO 13794 (1999) at 2.

ISO 10312: defining asbestiform as a "specific type of mineral fibrosity in which the fibres and fibrils possess high tensile strength and flexibility." ISO 10312 (1995) at 2.

AHERA: defining asbestiform as a "specific type of mineral fibrosity in which the fibers and fibrils possess high tensile strength and flexibility." 40 CFR Ch. 1, Pt. 763 Subpt. E, App. A, 728 (July 1, 2013).

ASTM D5755: defining asbestiform as "a special type of fibrous habit in which the fibers are separable into thinner fibers and ultimately into fibrils. This habit accounts for greater flexibility and higher tensile strength than other habits of the same mineral." ASTM D5755 – 09 at 518-19.

ASTM D5756: defining asbestiform as "a special type of fibrous habit in which the fibers are separable into thinner fibers and ultimately into fibrils. This habit accounts for greater flexibility and higher tensile strength than other habits of the same mineral." ASTM D5756 – 02 (2008) at 532-33.

Further, if a particle is deemed to be fibrous, it does not mean it is asbestiform, as noted, for example, in Campbell et al. (1997), which recognizes that "the term fibrous has been used … to describe all kinds of minerals that crystallize in habits resembling organic fibers… asbestiform is a specific type of fibrosity."[12]

Drs. Longo and Rigler appear to agree that asbestos has these qualities, although Dr. Longo calls this a "mineralogical definition."[13] Dr. Longo then distinguishes this from what he calls a "regulatory definition." That is misleading, because in reality, Drs. Longo and Rigler are referring to the **counting criteria** in regulatory documents, not what asbestos is or is not. Indeed, some of the very documents that they use to draw this disingenuous distinction expressly **define** asbestos according to what Drs. Longo and Rigler want to call the "mineralogical definition," *e.g.*, ISO 22262. Along the same lines, there are other criteria used under air sampling methodology (EPA

---

[12]      Campbell et al. (1997) *Information Circular 8751*. U.S. Bureau of Mines.

[13]      01/07/19 Longo Depo. 79:4-11 ("[asbestos] has to have high tensile strength, flexible splayed fibers, for asbestiform, and that's a geological definition."); 10/31/18 Longo Depo. 43:16-20 ("Q. And some of the features of asbestos growing in the asbestiform habit, as a geologist would use the term, have to do with tensile strength and flexibility; correct? A. That is the geological definition"); 10/24/18 Longo Depo. 269:13-23 ("Q. So I believe you said that the definition of asbestiform habit that you just gave is not your definition, is that what you said? A. That's correct. I mean, it's the standard definition, it's fibrous. Now, what it also says for asbestiform, that it has to have high tensile strength, it has to have splayed ends, it has to have this, it has to have that. That's a geological definition . . ."); 2/05/2019 Longo Depo. 222:2-17 ("Q. Do you agree with ISO 13794 that this method cannot discriminate between individual fibers of the asbestos and nonasbestos analogs of the same amphibole material? A. … but, no, it does not meet the geological definition for asbestos, high tensile strength, flexible, and so on and so forth.").

Asbestos Hazard Emergency Response Act, AHERA[14] and EPA 600/R-93[15]) to describe fibers. In those documents, mean aspect ratios for populations of asbestos particles range from 20:1 to 100:1, which is inconsistent with the findings from Drs. Longo and Rigler. Certain protocols may look to whether the aspect ratios of detected particles are at least 3:1 for measurements by polarizing light microscopes[16] and at least 5:1 for TEM measurements.[17,18]

In other words, these aspect ratio dimensions alone do not imply that the observed particles are asbestos – there are non-asbestiform amphiboles and many other minerals that have aspect ratios above 3:1 or 5:1. Drs. Longo and Rigler confirmed this in their depositions.[19] This is discussed in more depth below in Section VII.

### C.     Measurements of Concentration

**Summary:** An appropriate analytical technique must be used to determine the degree to which there is asbestos in a talc sample, depending on the level of any impurity.

**If** asbestos minerals are present in talcum powder, it is important to be able to assess their abundance. There are spectroscopic methods, such as visible, Raman, and infrared spectroscopies, that work well on such powders, but they cannot detect minor phases that are $<\sim 1\%$. Particles that are present in very low abundances (such as parts per million) are nearly impossible to quantify. The measurement of small amounts of asbestos as an impurity in talc in greater detail in Section V, below.

---

[14]     US Code Title 15, Chapter 53, Subchapter II. Asbestos Hazard Emergency Response, https://www.govinfo.gov/content/pkg/USCODE-2011-title15/pdf/USCODE-2011-title15-chap53-subchapII.pdf.

[15]     EPA/600/R-93/116, https://tinyurl.com/y4z765xp.

[16]     40 C.F.R. 763, Subpart E, https://www.govinfo.gov/content/pkg/CFR-2009-title40-vol30/pdf/CFR-2009-title40-vol30-part763.pdf.

[17]     EPA/600/R-93/116, https://tinyurl.com/y4z765xp.

[18]     40 C.F.R. 763, Subpart E, https://www.govinfo.gov/content/pkg/CFR-2009-title40-vol30/pdf/CFR-2009-title40-vol30-part763.pdf.

[19]     2/5/19 Longo Depo. 246:5-15 ("Q. Okay. Is there anything in the published literature that you've seen that suggests that there are cleavage fragments with a greater than 5-to-1 aspect ratio? A. There's been a number of published articles that state things like that, yes. Q. Are there any published articles that state that there are cleavage fragments that have greater than 3-to-1 aspect ratio? A. Yes, there is publications that state that."); 2/6/19 Rigler Depo. 191:21-193:4 ("Q. Using a geological definition of asbestos, can you have a cleavage fragment that is greater than 5-to-1 aspect ratio? A. In my opinion, the answer to that is yes. Q. Okay. And using the geological definition of asbestos as you have used it, there can be an asbestiform particle that has an aspect ratio of below 3-to-1? A. Are you talking about what kind of particle? Q. Asbestiform particle. A. Smaller than 3-to-1? Q. Yeah. … in most cases of that size, you know, you may see some that are in that range, but you have to use the PLM to see them, probably.").

## IV.     MINERAL IDENTIFICATION USING CHEMICAL COMPOSITION: EDS

Drs. Longo and Rigler opine on the results of analyses done by their five analysts using electron dispersive spectroscopy (EDS or EDXA for x-ray spectroscopy).[20] This section discusses the use of EDS to the identification of mineral compositions.

### A.     How EDS Works

> **Summary:** EDS, when properly used, can provide a limited analysis of the *chemical makeup* of certain mineralogical samples.

In this technique, an electron source is used to produce high-energy electrons that are focused onto a tiny spot on a sample. The electrons interact with the atoms in the crystal structure, causing a low-energy inner shell electron to be ejected from the atom. Higher-energy electrons from higher shells in that atom quickly drop down to fill the void, and in doing so, they release energy in the form of x-rays. The energy is characteristic of each element and reflects the spacing of the two shells involved, which is unique to each element. A detector counts how many electrons are scattered and at what energies. This produces a graph of energy (*x* axis) vs. counts (*y* axis) as shown in **Figure 2**.

[**Figure 2** on next page.]

---

[20]     Both Drs. Longo and Rigler testified that they did not personally run any of the experiments on which they opine in their reports. Instead, they were involved in various levels of oversight and supervision. *See* 2/6/2019 Rigler Depo. 13:6-15 ("Q. Did you ever use a PLM for the purposes of this report? A. No, I did not. Q. Did you ever use a TEM for the purposes of this report? A. Not for the purposes of this report. Q. Did you ever use an XRD device for the purposes of this report? A. We do not have the XRD device or that type of device at our laboratory."); 11/27/18 Longo Depo. 447:6-10 ("Q. Okay. For any of the analyses that were done for the November 14, 2018, report, were you the analyst that reported the findings on the bench sheets? A. No."). There were five such analysts: four at Drs. Longo and Rigler's laboratory, and one at J3, a laboratory not formally affiliated with Drs. Longo and Rigler. *See* 2/5/19 Longo Depo. 258:16-18 ("Q: [T]here were four people doing analysis in the MDL report; right? A: Correct."); February 1, 2019 Report, at 4 ("MAS [i.e., Longo and Rigler] sent a number of historical J&J samples to J3 Resources for both PLM and XRD analysis using ISO 22262-1 and ISO 22262-3 protocols.").



***Figure 2**. EDS spectrum of the mineral species almandine (Fe₃Al₂Si₃O₁₂) from the classic book by Severin (1984).*[21]

Peaks in the EDS plots arise from individual elements, and the areas of the peaks are roughly proportional to the amounts present (e.g., Severin, 1984). In the example above, the mineral is almandine, which has a nominal formula of $Fe_3Al_2Si_3O_{12}$. There are three formula units of Si and three formula units of Fe. Notice how the total area of the Fe peaks is roughly comparable to the total are of the single Si peak because both elements are present in roughly equal proportions. There are only two formula units of Al, and that peak is thus somewhat smaller.

This example was purposely chosen to be simple. But in most EDS spectra, the correspondence between peak areas and elemental abundances is not so direct due to a host of factors[22] (see Section B below). There are ways to correct for them, and every TEM instrument sold today includes a software package based on the same physical principles that can make the appropriate corrections via detailed calculations. Such calibrations are used to convert the areas to true (albeit semi-quantitative) elemental percentages in the mineral. Independent software is also available for this purpose (e.g., Desktop Spectrum Analyzer II[23] or XIDENT[24]), which allows a user to import spectral files with a standard format and extract quantitative information from them.

Depending on the x-ray intensity and the type of detector used, some elements are difficult to measure by EDS. EDS **cannot** be used to quantify either hydrogen (H) or oxygen (O) accurately.

---

[21]     Severin (1984) *Energy Dispersive Spectrometry of Common Rock-Forming Minerals*, Kluwer.

[22]     Deriving quantitative information from an EDS spectrum is a complicated process due to instrumental (such as the type of window on the detector), experimental (which energy was used), and physical (absorption and fluorescence) factors. A nice summary of this is given at https://cstl.nist.gov/div837/837.02/epq/dtsa2/.

[23]     https://cstl.nist.gov/div837/837.02/epq/dtsa2/.

[24]     Rhoades (1976) *XIDENT – A computer technique for the direct indexing of electron diffraction spot patterns* (Research Report 70/76), https://ir.canterbury.ac.nz/handle/10092/11515.

Therefore, distinguishing among the minerals in talcum powder similar to talc (**Table 1**) requires that magnesium (Mg), iron (Fe), calcium (Ca) and silicon (Si) be distinctive for each phase and have x-ray peaks in the right energy region (0-10 keV), as seen in **Figure 2** above. EDS analyses are generally considered to be semi-quantitative for chemical analyses, with errors of about ±5% relative for major elements (Si, Al, Ti, Mg, Fe, Ca, Na, and K).[25,26] **Attaining such accuracy requires use of a calibration and ideal experimental conditions.**

###    B.    Factors Affecting Accuracy of EDS

> **Summary:** EDS can distinguish many minerals from one another, but it has significant limitations when minerals from completely different groups have similar chemistries. For example, EDS cannot accurately distinguish anthophyllite *amphibole* from talc *sheet silicate* (or even enstatite *pyroxene*), or tremolite *amphibole* from diopside *pyroxene*.

Mineral identification based on EDS data alone is quite dependent on coaxing the best possible chemical data out of a semi-quantitative instrument. To a first order, the areas of each peak in an EDS spectrum reflect the concentration of that element.[27] But as noted above, other factors, such as particle geometry, spectrometer model, type of detector,[28] detector sensitivity, and the efficiency of x-ray generation, come into play as well to affect the peak areas, requiring sophisticated calibration to obtain interpretable results. **Figure 3** shows the EDS pattern of cummingtonite from the classic book of EDS patterns by Severin (1984). This mineral has a composition of $(Mg,Fe)_7Si_8O_{22}(OH)_2$.[29] Even though this sample has more Mg than Fe atoms, the peak areas are radically different due to the factors noted above: 5% for Mg and 26% for Fe. **In other words, the peak areas are not directly proportional to the abundances of the elements.**

[**Figure 3** on next page.]

---

[25]    Newbury and Rotchie (2015) *Journal of Material Sciences*, **50**, 493-518; Miller and Mirtič (2013) *Geologija*, **56**, 5-17.

[26]    Hafner,    *Energy    Dispersive    Spectroscopy    on    the    SEM:    A    Primer*, http://www.charfac.umn.edu/instruments/eds_on_sem_primer.pdf.

[27]    Severin (2004) *Energy Dispersive Spectrometry of Common Rock Forming Minerals*. Springer, Kluwer.

[28]    As noted by Dr. Longo in deposition, EDS instruments can have Si-drifted, Li-drifted, or windowless detectors. 2/5/19 Longo Depo. 101:8-23. He continues: "if it's a light element detector, the magnesium can be a little higher, the silicon will be your primary peak, somewhere in the 25-30 percent of the magnesium for a non-light element detector. And the calcium peaks and the magnesium peaks are usually very similar in size." 2/5/19 Longo Depo. 77:17-78:6.

[29]    The ideal "end member" composition of cummingtonite is $Mg_7Si_8O_{22}(OH)_2$, but it forms a continuous series with grunerite ($Fe_7Si_8O_{22}(OH)_2$) so it can contain up to 3.5 formula units of Fe. In the formula given above, the "Mg,Fe" is a notation that indicates that there is more Mg than Fe.



***Figure 3.*** *EDS spectrum of the mineral species cummingtonite, (Mg,Fe)₇Si₈O₂₂(OH)₂, from Severin (1984).*[30]

When proper calibrations are used, EDS has ±5% or larger error bars, making it only semi-quantitative under the best of protocols (i.e., not sensitive enough for subtle chemical differences).[31] This can be a significant limitation on the usefulness of EDS in many contexts. For example, one way scientists use EDS readouts to roughly determine the chemical makeup of a sample is to use the ratio of the peak areas of the elements (e.g., Mg+Fe) to Si.[32] The right-hand column of **Table 1** shows these ratios in some rock-forming minerals containing Si, Mg, Fe and Ca. Those data suggest that only accurate analyses will allow these minerals to be distinguished on the basis of chemistry alone, given the error bars of EDS. The most accurate methods (such as electron probe microanalysis, EPMA, which has a beam size ~1000-20,000 nm) can measure mineral chemistry well enough to tell these minerals apart, but these methods lack the excellent spatial resolution of EDS on a TEM, which is roughly 0.5 nm (~1000× smaller than EPMA). Therefore, studies of asbestos-bearing rocks generally use EDS for chemical analyses, sacrificing accuracy for the ability to focus the beam on a tiny particle.

By way of specific example, **Figure 4** shows the Mg/Si ratios for selected **Table 1** minerals, along with propagated error bars of 5%, which are generally accepted best accuracies for analyses

---

[30]    As noted on the previous page, the ideal "end member" composition of cummingtonite is Mg₇Si₈O₂₂(OH)₂, but it forms a continuous series with grunerite (Fe₇Si₈O₂₂(OH)₂) so it can contain up to 3.5 formula units of Fe. In the formula given above, the "Mg,Fe" is a notation that indicates that there is more Mg than Fe. Figure from Severin (1984) *Energy Dispersive Spectrometry of Common Rock-Forming Minerals*, Kluwer.

[31]    Newbury and Ritchie (2015) *Journal of Material Sciences*, 50, 493-518; Miller and Mirtič (2013) *Geologija*, 56, 5-17.

[32]    Severin (1984) 23 (it is possible to "determine the approximate relative concentrations of the element. The number of characteristic X-rays is, to a first order, related to the number of atoms of a particular element in the sample…").

of particles and rough surfaces.[31] The **dashed** purple line in **Figure 4** shows that anthophyllite and enstatite are identical within the error bars. The **dotted** purple line shows that talc and sepiolite are indistinguishable. Within these error bars, talc and anthophyllite are also identical because their error bars overlap (thick purple shaded line).

The analogous conclusions can be drawn from the diagram at right for tremolite (amphibole) and diopside (pyroxene), where the $y$ axis is now (Mg+Ca)/Si. Again, these minerals have completely different crystal structures, yet their formulas are quite similar. The purple shaded bar here indicates how much these two minerals overlap. These two minerals would be indistinguishable to EDS, **even though they belong to completely different mineral groups** (amphibole and pyroxene, respectively) with very distinct properties.



**Figure 4**. *Ratios of the weight percentage of magnesium (Mg) to silicon (Si) along with propagated 5% errors on each measurement.[33] Formulas from webmineral.com with 5% errors added.*

Further, the EDS results in the Longo/Rigler MDL Reports labelled as "tremolite" may very well be consistent with minerals other than diopside. Drs. Longo and Rigler have never produced their quantitative data and, accordingly, this analysis cannot be completed.[34]

---

[33]    For example, anthophyllite contains 28.78 wt.% Si and 21.79 wt.% Mg. EDS determines these values to within ±5%, i.e., 28.78±1.44 and 21.79±1.09. So Mg/Si = 0.65 and the propagated error on Mg/Si is ±0.08. The same calculation is done here for talc, enstatite, sepiolite, tremolite, and diopside.

[34]    For example, these may include at least monticellite, bredigite, merwinite and rondorfite, which are other minerals that contain only Si, Mg and Ca. Many more common mineral species would be included in this list if Fe and Na were allowed as possible chemical constituents.

### C. The Analysts Used By Drs. Longo And Rigler Do Not Use EDS In A Way Accepted By The Scientific Community, Resulting In Unsupportable Conclusions

> **Summary:** The "eyeball" method of estimating EDS data employed by Drs. Longo and Rigler is not considered reliable by the scientific community. Drs. Longo and Rigler do not report the quantitative data one needs to make scientifically valid conclusions, and their conclusions are therefore unsupportable.

It is clear that Dr. Longo does not understand the limitations of EDS results that are explained above. He states, "I believe every spectra in here is quantitative EDS analysis" (2/5/19 Longo Depo. 72:22-23). He explains how his analysts use peak ratios (like those above) to identify minerals based on EDS spectra. To identify tremolite from anthophyllite, "[y]ou have a magnesium and calcium peak that are pretty close. Typically the calcium peak can be a little lower. … the magnesium can be a little higher, the silicon will be your primary peak, somewhere in the 25 to 30 percent of the magnesium … [a]nd the calcium peaks and the magnesium peaks are usually very similar in size. And then we look at the amount of iron to see if we're going to call it actinolite or tremolite. And not aware of any other minerals out there that have those ratios, so that's how I call it tremolite." (2/5/19 Longo Depo. 77:14-78:6).

It is apparent from these remarks that Dr. Longo, who admits he has never taken any courses in mineralogy (2/5/19 Longo Depo. 16:2-3), is unaware of the breadth of other possible minerals that can match these EDS patterns within the known analytical errors. His methodologies are contrary to those that are accepted in the scientific community.

### D. EDS Data from Drs. Longo And Rigler Show Great Variabilty

Turning now to EDS data in the Longo/Rigler MDL Reports, **Figure 5** shows several different talc spectra. Note the variable amounts of Fe in the sample, and the varying ratio between the intensities of the Mg and Si peaks. Do these grains really have different compositions, or are the variations from analytical imprecision? It would only be possible to make this determination with calibrated data.

[**Figure 5** on next page.]



*Figure 5. Talc spectra in the January 2019 Longo/ Rigler MDL report, showing variable ratios between the intensity/area of the Mg and Si peaks. Note also the varying amounts of Fe in these talcs.*

Similarly, **Figure 6** shows a number of different anthophyllite spectra from the January 2019 MDL Report. Although these are all identified as "anthophyllite," they could be almost any mineral containing Mg and Fe but no Ca (cf. top portion of **Table 1**).



***Figure 6.*** *Anthophyllite spectra in the January 2019 Longo/ Rigler MDL report showing Fe peaks that are larger than Mg peaks.*

In fact, these spectra in **Figure 6** closely resemble the spectrum of cummingtonite shown in **Figure 3**. Without a calibration to correct the peak areas for experimental variables, it is quite difficult to determine which minerals are present. Moreover, the formula of anthophyllite, $(Mg,Fe)_7Si_8O_{22}(OH)_2$ should have much more Mg than Fe, which is clearly not the case here.

It is **nearly impossible to tell some of these spectra apart** solely by visual inspection of their EDS patterns. Calibrations are needed to produce optimal, albeit semi-quantitative, results. These graphs show why the calibration procedure to convert from peak areas to elemental concentrations is routinely part of the software that comes with a TEM instrument.[35] It is irresponsible for Drs. Longo and Rigler to choose not to employ calibration software to assist with their mineral identifications.

---

[35]    This calibration is done using first principles calculations or by comparison with spectra of a small number of standards with known compositions, as described in Newbury (1995) "Standardless" quantitative electronic probe microanalysis with energy-dispersive x-ray spectrometry: Is it worth it? *Anal. Chem.*, **67**, 1866-1871.

### E. Drs. Longo And Rigler And Their Analysts Appear to Have Deliberately Avoided Reporting The Data That Would Actually Be Useful Here

**Summary:** EDS instruments and their accompanying standard software are capable of produce numerical data on chemical composition. Drs. Longo and Rigler appear to have deliberately avoided producing or reporting those data.

The more information extracted from an EDS analysis, the more a scientist can narrow down the composition of the subject mineral. A typical EDS output is shown in **Figure 7**, with each peak identified on the screen and the quantitative analysis given below the spectrum. Results include a listing of each element in weight %, the standard deviation of that number based on repeat analyses,[36] atomic %, and cations (positively charged ions), along with the total weight % of the summed elements.



Quantitative Results for Spectrum15
Analysis: Thin Film    Method: Standardless
Acquired 09-Dec-2016, 100.0 KeV @10 eV/channel

| Element | Weight % | Std. Dev. | Atomic % | Oxide % | | Cations | k-Ratio | Intensities | FWHM (eV) | ROI (gross) |
|---|---|---|---|---|---|---|---|---|---|---|
| Oxygen | 48.22 | 0.57 | 60.59 | 0.00 | | 0.0000 | 0.0000 | 0.0 | 61.7 | 4535.36 |
| Magnesium | 21.95 | 0.26 | 18.15 | 36.40 | (MgO) | 6.8920 | 0.2628 | 4497.9 | 74.0 | 4437.15 |
| Silicon | 29.58 | 0.35 | 21.17 | 63.27 | (SiO2) | 8.0359 | 0.3241 | 7089.0 | 82.2 | 7229.83 |
| Iron | 0.25 | 0.00 | 0.09 | 0.33 | (FeO) | 0.0347 | 0.0031 | 55.2 | 133.5 | 114.69 |
| Total | 100.00 | | | 100.00 | | 14.9626 | | | | |

*Figure 7. Mostly amphibole EDS spectrum from the Connecticut Geological Society using the eZAF Smart Quant calibration, from their web site at https://www.geologicalsocietyct.org/geoconnections-articles/recent-analyses-of-connecticut-amphiboles.*

Asked whether their EDS tools could produce this information, Dr. Rigler agreed. Looking at the precise readout that is in **Figure 7** above, he testified:

---

[36]  Notice that accuracy is not given in the output – only precision ("Std. Dev." in the table below the figure).

Q. Okay. It is from your report. So is that what an EDXA spectra looks like?

A. Yes.

Q. And you'll notice on the bottom left-hand corner it says elements and it has got some elements and it says total?

A. Yes.

**Q. Your software can generate information that fills in that; correct?**

**A. Yes.**[37]

The quantitative data are conspicuously lacking from all the EDS patterns in the Longo/Rigler MDL Reports. It is also curious that the printouts of EDS patterns from the Longo/Rigler MDL Reports list the elements chosen by the analyst (Mg, Si, etc.), followed by the word "Total," which implies that a column of numbers to the right of the element list gives a listing of peak areas. In the more typical EDS analysis from another lab, as seen in **Figure 7**, the composition is given in cations as $Si_{8.04}Mg_{6.98}Fe_{0.03}$. It would be very difficult to obtain these numbers simply by looking at the graph.

Yet the EDS protocol in the lab of Drs. Longo and Rigler does exactly that – the analysts "eyeball" the spectra and decide which mineral is present based on the peak areas.[38] This practice cannot be justified because it is highly subjective. Compositions are not given for any of the EDS patterns produced by Drs. Longo and Rigler, even though their EDS is equipped to provide this data.

Dr. Longo states that the quantitative numbers are "not something that's required to render my opinion in this case."[39] He also states that "you can't look at the areas, but the peak ratios is what's important here."[40] This practice of identifying mineralogy by visual inspection of EDS data may be defensible in other applications undertaken at Drs. Longo and Rigler's lab **where the material being tested is already known**. In such cases, EDS is used simply to distinguish among the known minerals. But "eyeballing" of compositions is completely inappropriate in talc testing because of the many different minerals that could be present and how similar they may appear.

Mineral identifications (like those in **Figure 7**) might have been easier if quantitative peak area data had been presented in the Longo/Rigler MDL Reports. It is a standard capability of EDS software to generate elemental composition data (literally one click of a button), but those data are missing from the Longo/Rigler MDL Reports. Had the list of peak areas for individual elements been included in the reports, these data could have corroborated the mineral species identifications made by the other techniques (e.g., PLM by Lee Poye at J3 Resources, Inc.). But because those

---

[37]     2/6/19 Rigler Depo. 55:23-56:7 (emphasis added).

[38]     2/5/19 Longo Depo. 81:18-83:14; 2/6/19 Rigler Depo. 96:24-97:12.

[39]     2/5/19 Longo Depo. 83:15-20.

[40]     2/5/19 Longo Depo. 76:10-14.

-23-

data are missing, little useful information can be gleaned from the EDS plots beyond the presence/absence of Ca.

### F.      Lack Of Data On And Misuse Of Standards

**Summary:** Dr. Longo testified that his analysts used "reference standards" of asbestiform minerals in their analysis, but Drs. Longo and Rigler did not produce any, and no such standards exist that could match the Longo/Rigler "eyeball" methodology.

In his deposition, Dr. Longo stated that "they routinely check reference samples,"[41] although none of the reports say this.[42] This lack of data on reference standards makes it impossible to assess the accuracy of the SAED analyses in the Longo/Rigler MDL Reports. Dr. Longo further states that his lab has asbestos reference samples "on the TEM walls."[43] In other words, in the laboratory of Drs. Longo and Rigler, analysts match the asbestos EDS patterns on their screens to ones printed out and hanging on the walls. Because the only reference standards used by the analysts are for asbestos minerals, the confirmation bias is apparent. It virtually guarantees that a particle they identify on the basis of EDS patterns will be asbestos, regardless of whether it really is.

### G.      Species Identifications Vary By Date And By Analyst

**Summary:** The mineral species identifications in the Longo/Rigler MDL Reports are not only scientifically indefensible, they appear demonstrably biased according to the particular EDS operator.

Because the mineral species identifications in the Longo/Rigler MDL Reports were made by naked-eye review of the EDS spectra, it would likely be difficult for different analysts to produce comparable results, and in fact, it was. **Figure 8** shows the distribution of mineral species by analyst. Despite the fact that most of these individuals worked on the project over time from 2018-2019 and the samples were randomly selected,[44] the **results appear to be biased by each operator's perceptions of peak intensities**. For example, Lee Poye identifies only anthophyllite. Mehrdad Motamedi and Anthony Keaton consistently find more tremolite than anthophyllite, and Jayme Callan finds more anthophyllite. It is difficult to understand how this could happen if the samples they were testing were randomly distributed.

[**Figure 8** on next page.]

---

[41]       2/5/19 Longo Depo. 41:10-18.

[42]       2/5/19 Longo Depo. 45:9-12.

[43]       2/5/19 Longo Depo. 41:10-18.

[44]       2/5/19 Longo Depo. 45:13-20 ("Q: How does your lab distribute samples to individual analysts to test? Is it random? Is it like some analysts get a certain kind of sample? A: It's random. Q: Is that the same for J3? Did you give them random samples? A: Random samples.").



*Figure 8. Distribution of mineral species identifications sorted by analyst for all samples reported to date.*[45]

If all samples were assigned to analysts at random, then the distribution of mineral species should all be the same.

Perhaps the distribution of mineralogy seen in **Figure 8** was the result of which localities each analyst happened to receive? For example, data in the Longo/Rigler MAS Reports indicate that samples mined from Vermont appear to have ~75% anthophyllite and 25% tremolite. So both Lee Poye and Jose Carrillo, who analyzed only Vermont samples (**Figure 9**), should have identical 75/25 ratios of anthophyllite/tremolite, and they do not.

[**Figure 9** on next page.]

---

[45]     This compilation includes all grains for which mineral species were identified with dimensions (i.e., TEM data) in each of four of the reports: 1) *Supplemental Expert Report & Analysis of Johnson and Johnson Baby Powder and Valeant Shower to Shower Talc Products for Amphibole Asbestos* March 11, 2018, 2) *Analysis of Historical Johnson's Baby Powder M69042 October 2018*, 3) *The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos* November 14, 2019, and 4) *The Analysis of Johnson & Johnson's Historical Product Containers and Imerys's Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos* January 15, 2019. This analysis thus includes data on 163 samples, with some repetition.



*Figure 9.* Distribution of mineral species identifications from Vermont vs. all other localities, sorted by analyst for all samples reported to date.

In other words, there is no justifiable explanation for why some analysts find different numbers of each mineral species. The logical conclusion is that the mineral species identifications are inconsistent and non-repeatable.

Furthermore, **Figure 10** shows that species identifications also appear to change over time.



*Figure 10.* Comparison of the identification of mineral species by the analytical team of Drs. Longo and Rigler over time. Colors and data sources as in **Figure 8**.

Most of the mineral species identified in 2017 were tremolite, while most of the sample species identified in 2018 were anthophyllite. This could only happen if the samples analyzed in 2017 were all from the same tremolite-bearing locality. But this would be unlikely if all samples were randomly tested.

-26-

These variations cast doubt over *all* **EDS-based species assignments made by this team**, and therefore make it unlikely that any asbestos mineral species could be identified on the basis of these EDS data. This conclusion is of no surprise given the analytical uncertainties of the technique, as explained above.

### H.   Conclusions Regarding EDS

- **The generally accepted error bars on EDS chemical analysis indicate that it is impossible to easily discriminate amphibole (or any other minerals with similar compositions) species from talc using this technique.** The compositions of a wide range of Si-Mg-Si minerals are so similar that EDS, especially qualitative EDS as used here, cannot distinguish among them.

- **EDS spectral printouts alone are insufficient to discriminate any particular mineral species.** It is impossible to tell anything quantitative about these compositions without calibrated results, which could easily have been produced by Drs. Longo and Rigler or their assistants using software already built into their instruments. Instead, the analysts "eyeballed" the mineral identifications, and compared their spectra only to known asbestos minerals without considering other possible phases that could have similar EDS data.

- **Drs. Longo and Rigler and their analysts thus used a flawed methodology that resulted in wildly inconsistent results across different analysts and over time.** In science, proof involves demonstrating that a result is replicable. Because the Longo/Rigler MDL Reports show no actual data (i.e., percentages of each element derived from a calibration) of any kind to substantiate their mineral species assignments, these results are not credible and cannot be scientifically considered.

- **EDS patterns alone cannot determine the morphology of a mineral particle.** Even if a EDS pattern can be matched with a specific mineral, this only identifies which mineral species is present. Such analysis cannot determine whether or not the mineral is asbestiform.

## V.    MINERAL IDENTIFICATION USING CRYSTAL STRUCTURE: SAED

The alternative to analyses from EDS is to identify minerals based on their crystal structure – i.e., the arrangement of the atoms. Analytical approaches to this problem generally exploit how energy in the form of light or x-rays passes through the arrangement of atoms in a crystal. The success of any technique in identifying a specific mineral species is dependent on the distinctiveness of each species' crystal structure.

### A.    Introduction To Selected Area Electron Diffraction (SAED)

> **Summary:** SAED, when properly used, can be used to create patterns of dots. When properly analyzed, these patterns can identify the *crystal structure* of the sample. This is done using the "*d*-spacing," corresponding to spaces between the dots.

A transmission electron microscope (TEM), the same instrument used for EDS, is employed to acquire SAED patterns. For SAED, the waves of electrons pass through the crystal structure and interact with the atoms, which act as a diffraction grating. Some electrons travel straight through the sample and others are scattered by the atoms. By using each mineral's unique crystal structure, the amount by which the electrons are diffracted can be calculated. In the resultant pattern of dots (e.g., **Figure 11**), **spacings between dots are inversely proportional to the spacings between atoms**.[46] Thus, the arrangement of dots can be diagnostic of a mineral structure.



*Figure 11. SAED pattern of M9042-001-005 from page 64 of the 2019.1.16 Longo/Rigler MDL report.*

**Optimal SAED patterns are acquired when the individual crystal happens to be lying with a zone axis parallel to the electron beam**. This is most easily done when a crystal exhibits elongate (like an amphibole) or sheet-like (sheet silicates) morphology. To obtain these special

---

[46]    Dyar and Gunter (2008) *Mineralogy and Optical Mineralogy*. Mineralogical Society of America.

orientations, most instruments allow the stage to be tilted to produce an optimal pattern, but this requires considerable skill and time.[47] In other words, the crystal must be oriented to obtain a zone axis pattern in which the reflections line up to produce an interpretable pattern.

### B.   To Uniquely Identify An Unknown Mineral, SAED Patterns Should Be Taken From Multiple Axes

> **Summary:** Multiple SAED patterns along multiple "zone axes" are required to uniquely identify a mineral.

For an accurate identification of an unknown mineral, at least two (and preferably more) SAED patterns must be taken with the sample oriented along a known zone axis.[48] Consider this simplified analogy: imagine a cube, with an atom at every corner, and in the middle of each face (**Figure 12**).[49]



*Figure 12.* *Crystal structure of copper, which is simply a cube with atoms at the corners and in the middle of each face. Viewed at this angle, the pattern of atoms can be easily discerned.*

If the cube is held with only one side facing the viewer, the corners would line up, and it would look something like **Figure 13**, with its SAED pattern shown at right.



*Figure 13.* *Crystal structure of copper, with a face of the cube facing the viewer.*

The resultant SAED pattern of the orientation in **Figure 13** is shown to the right. From this perspective, it is impossible to tell where all the atoms are – do they lie on the edges and corners,

---

[47]     ISO 22262-1 document, page 65.

[48]     Yamate, EPA (1984).

[49]     This example happens to be the structure of pure copper, taken from Wyckoff R W G (1963) Second edition. Interscience Publishers, New York, New York, cubic closest packed structure. *Crystal Structures* 1:7 - 83.

or on faces and corners, or both? How tall is this shape? Is it a cube or a rectangle with a square end? Viewed from only one angle, these questions cannot be answered.

So a view from a different angle, as seen in **Figure 14**, is needed to confirm where all the atoms are located. Now it can be seen that this is a cube with atoms at the corners and in the center of each face.



*Figure 14.* *Crystal structure of copper, viewed along a diagonal with opposite corners held vertical to the viewer. The resultant SAED pattern is shown at right.*

This example highlights the fact that a combination of views from different angles is needed to determine the full structure. Most minerals are far more complicated, and SAED patterns are correspondingly complex, but this is the gist of why multiple SAED images are required to identify a mineral.

By way of example, the patterns in **Figure 15** are the three SAED patterns for tremolite looking down the three zone axes. Note that each image is different. Each image taken in isolation can correspond to other minerals,[50] but together these three uniquely identify tremolite.



*Figure 15.* *Simulated SAED patterns for tremolite projected onto different crystallographic orientations, indicated by the numbers in parentheses in each pattern. Adapted from Figure 15.2 in Dyar and Gunter (2008).*

---

[50]     Yamate, EPA, 1984.

The difference between a real SAED pattern (**Figure 11**) and a simulated one (**Figure 15**) demonstrates the importance of operator skill in acquiring these patterns.

It is not a simple process to align a sample on a zone axis parallel to the electron beam. The ISO 22262-1 document, page 65, explains it like this:

> "Rotate the sample until the fibre image indicates that the fibre is oriented with its length coincident with the tilt axis of the goniometer, and adjust the sample height until the fibre is at the eucentric position. Tilt the fibre until an ED pattern appears which is a symmetrical, two dimensional array of spots. The recognition of zone-axis alignment conditions requires some experience on the part of the operator. During tilting of the fibre to obtain zone-axis conditions, the manner in which the intensities of the spots vary should be observed. If weak reflections occur at some points on a matrix of strong reflections, the possibility of twinning or multiple diffraction exists, and some caution should be exercised in the selection of diffraction spots for measurement and interpretation. It is important to recognize that not all zone-axis patterns that can be obtained are definitive."

### C. SAED Images In The Longo/Rigler MDL Reports Are Of Very Low Quality And Are Poorly Documented

**Summary:** The Longo/Rigler MDL Reports use visual inspection of low-quality and poorly documented images, which cannot uniquely identify minerals unless one has already concluded one is looking at asbestos *prior* to the SAED analysis.

As can be seen in examples from one of the Longo/Rigler MDL Reports (2018.1.16) in **Figure 16**, not all of the SAED patterns in the Longo/Rigler MDL Reports look like anything close to those in **Figure 15**. Most of these patterns are inconclusive and inconsistent, depending on the orientation of each crystal and its likely mineralogy.

[**Figure 16** on next page.]

-31-



**Figure 16.** *SAED patterns for "anthophyllite" from the 2019.1.16 Longo/Rigler MDL Report.*

Most of these images are of such low quality that they can only be used to indicate that this is a crystalline material. With only a few exceptions,[51] the reports do not indicate at what orientation each image was taken. Finally, spacings and angles between the dots are given only for a handful of samples given in the *Diffraction Verification* documents (see below). The SAED patterns are labeled with mineral species names using only visual inspection based on operator experience,[52] a methodology for which the Longo/Rigler MDL Reports cite no support. This practice may be able to distinguish among species for materials that are already known to contain asbestos, but it may fail in the applications where the spectrum of possible mineralogy is broad. The use of only visual inspection shows a lack of understanding of the complexity of identification of these minerals using electron diffraction.

---

[51]     In the *Diffraction Verification* documents, some zone axes are indicated, but only for a subset of particles examined. In the main reports, no information on orientation is given.

[52]     *See* 2/5/19 Longo Depo. 246:22-47:4.

### D.     The SAED Patterns In The Longo/Rigler MDL Reports Do Not Uniquely Identify Tremolite Or Anthophyllite

**Summary**: The *d*-spacing information given for the SAED patterns in the Longo/Rigler MDL Reports does not uniquely identify tremolite and anthophyllite because their methodology is flawed and inadequate.

It is not clear that Drs. Longo and Rigler's analysts even used the *d*-spacing values for their SAED images. Drs. Longo and Rigler testified that the *d*-spacing numbers that they produced (in their *Diffraction Verification* documents) were only used **after** the mineral identification as a way of "verifying" results.[53] If true, Drs. Longo and Rigler did not interpret the SAED patterns in a manner consistent with generally acceptable scientific principles, and indeed, Drs. Longo and Rigler do not cite any publication for interpreting a SAED report without using the *d*-spacing. Dr. Rigler testified that these numbers were generated after the initial expert reports were served,[54] but then changed his testimony when confronted with the implications of this (that conclusions were made without consulting *d*-spacings).[55]

Either way, the *d*-spacing values in the Longo/Rigler MDL Reports do not allow identification of tremolite and anthophyllite. Specifically, in the *Diffraction Verification* documents provided by Drs. Longo and Rigler, SAED patterns are "read" from 219 patterns from six samples by measuring and calculating the spacings between rows of dots. In those patterns, the space between the lines was measured and then converted to units of angstrom (Å)[56] using an **unspecified constant.** Lacking knowledge of that constant, *d*-spacings cannot be easily verified for the patterns in the Longo/Rigler MDL Reports.[57]

Take the following **Figure 17** as a specific example of a Longo/Rigler SAED pattern, to exemplify one of the many problems with their SAED analysis:

[**Figure 17** on next page.]

---

[53]     2/6/19 Rigler Depo. 116:22-118:17; 2/5/19 Longo Depo. 182:16-183:11.

[54]     2/6/19 Rigler Depo. 118:6-14.

[55]     2/6/19 Rigler Depo. 127:2-129:3.

[56]     The diffraction camera constant is unique to each particular TEM instrument, as well as the magnification and focal length used to obtain the pattern, and is expressed in units of mm × Å. It is divided by the distance between two adjacent dots to arrive at the *d*-spacing values. According to Dr. Rigler, the lab uses calculations based on lattice parameters of gold to calibrate their SAED patterns. 2/6/19 Rigler Depo. 114:20-115:3.

[57]     In the *Diffraction Verification* documents, the camera constant is given, but it is specified in units of pixels. Because the images have been scanned, it is impossible to apply that constant to the images, and thus the spacings cannot be verified.



*Figure 17. SAED pattern of M68233-001-001 from p. 693 of the 2019.1.16 Longo/Rigler MDL Report (colored annotation added).*

For the example shown in **Figure 17**, the relevant values are $d$(hk0) = 8.95 Å, $d$(hkl) = 1.77 Å, and θ = 85.5°. Next, it is necessary to find those three values in "look-up tables." Below is the only look-up table that Drs. Longo and Rigler used (found on each "Diffraction Verification" page):

| Amphibole Type | Pg. # | Card # | Calculated Spacing | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

This means that **Drs. Longo and Rigler used tables only for the five recognized asbestos amphibole species and therefore did not check to see if their values corresponded to non-asbestiform minerals**.[58] To the extent Drs. Longo and Rigler already concluded they were looking at asbestos prior to the SAED analysis, as strongly implied by the table, their analysis was predetermined and conclusion-oriented, not scientific.

---

[58]      2/6/19 Rigler Depo. 101:2-17.

### E.      Drs. Longo And Rigler Use Incomplete *d*-Spacing Data

> **Summary**: Use of only one *d*-spacing value, as reported by Drs. Longo and Rigler and their analysts, is almost never diagnostic of any mineral. Indeed, their *d*-spacing calculation can correspond to ~25% of all common rock-forming minerals, not one specific mineral.

As explained with the analogy using a cube, above, **finding only one *d*-spacing is only rarely diagnostic of any mineral** because minerals are three-dimensional. In the *Diffraction Verification* documents from Drs. Longo and Rigler, each page has a listing at the top that shows **one** of the calculated *d*-spacings for each of the five amphiboles:

| Amphibole Type | Pg. # | Card # | Calculated Spacing | Range +/- 5% |
|---|---|---|---|---|
| Grunerite | 449 | 31-631 | 5.2 | 4.94 - 5.46 |
| Actinolite | 4 | 25-157 | 5.13 | 4.87 - 5.39 |
| Tremolite | 1192 | 13-437 | 5.09 | 4.84 - 5.34 |
| Crocidolite | 993 | 19-1061 | 5.19 | 4.93 - 5.45 |
| Anthophyllite | 48 | 9-455 | 5.28 | 5.02 - 5.54 |

These pages then go on to provide a single "Calculated Spacing Å." For example, there are 31 pages of patterns for sample M69757, for which only **one** *d*-spacing has been calculated. No zone axis information is presented.

The problem here is that providing a single *d*-spacing is not diagnostic of any specific mineral species, or even mineral group. A search of the mineral database[59] from Dyar and Gunter (2008) shows **that 93 out of 369 (25%) mineral species have at least one *d*-spacing of 4.94 to 5.46** Å. A more comprehensive analysis using the American Mineralogist Crystal Structure database shows **more than one thousand** crystal structures that have at least one *d*-spacing in the range above.[60] Finally, a search was made of the Inorganic Crystal Structure Database,[61] which contains 203,830 inorganic crystal structures (minerals and chemical compounds). In that database, 8%, 7%, and 6% of the structures had *a*, *b*, or *c* axes for *d*-spacing in the range of 4.94 to 5.46 Å. Some of these are shown below in **Table 2**, where it is apparent that many different minerals, many of which are not amphiboles, have a unit cell dimension of 5.3 Å in some direction. Therefore, deriving a 5.3 Å spacing from an SAED pattern would be completely inconclusive. **A single unit cell dimension (*d*-spacing) is almost never diagnostic enough to uniquely identify a mineral species.**

---

[59]      The Mineral Database search engine and database, which is sold on the Apple web site at https://itunes.apple.com/us/app/mineral-database/id815681529?mt=12, was designed to allow searches on a database consisting only of common rock-forming minerals. The list of minerals with at least one *d*-spacing of 4.94 to 5.46 Å includes (in addition to the minerals listed in **Table 2**) such common minerals as aragonite, calcite, hematite, ilmenite, biotite and phlogopite mica, pyrite and quartz.

[60]      The database is found at http://rruff.geo.arizona.edu/AMS/amcsd.php, for minerals under Cell Parameter and Symmetry. Searching each of the *a*, *b* and *c* axes for *d*-spacing between 4.94 and 5.46 Å produces 1897 records, 1227 records, and 2245 records, respectively. Note that these are individual crystal structure refinements, and multiple examples of different mineral species are included.

[61]      https://ucsd.libguides.com/crystallography/icsd

**Table 2**. Unit Cell Dimensions for Selected Relevant Mineral Species

| Mineral | Formula | a (Å) | b (Å) | c (Å) |
|---|---|---|---|---|
| enstatite | $MgSiO_3$ | 18.2 | 8.8 | 5.2 |
| anthophyllite | $Mg_7Si_8O_{22}(OH)_2$ | 18.5 | 18.0 | 5.3 |
| magnesiocummingtonite | $Mg_7Si_8O_{22}(OH)_2$ | 9.5 | 18.2 | 5.3 |
| sepiolite | $Mg_4Si_6O_{15}(OH)_2.6H_20$ | 13.5 | 26.7 | 5.2 |
| antigorite | $Mg_3Si_2O_5(OH)_4$ | 5.3 | 9.5 | 14.9 |
| talc | $Mg_3Si_4O_{10}(OH)_2$ | 5.3 | 9.5 | 18.9 |
| tremolite | $Ca_2Mg_5Si_8O_{22}(OH)_2$ | 9.8 | 18.1 | 5.3 |
| actinolite | $Ca_2(Mg,Fe)_5Si_8O_{22}(OH)_2$ | 9.8 | 18.1 | 5.3 |
| ferrowinchite | $CaNaFe^{2+}_4(Al,Fe^{3+})Si_8O_{22}(OH)_2$ | 9.8 | 18.1 | 5.3 |
| richterite | $Na(CaNa)Mg_5Si_8O_{22}(OH)_2$ | 10.3 | 18.4 | 5.2 |
| ferrorichterite | $Na(CaNa)Fe^{2+}_5Si_8O_{22}(OH)_2$ | 10.0 | 18.2 | 5.3 |
| riebeckite | $Na_2Fe^{2+}_3Fe^{3+}_2Si_8O_{22}(OH)_2$ | 9.8 | 18.0 | 5.3 |
| magnesioriebeckite | $Na_2Mg_3Fe^{3+}_2Si_8O_{22}(OH)_2$ | 9.8 | 18.0 | 5.2 |

In his deposition on February 6, 2019, Dr. Rigler acknowledged this problem. When asked, "Can you distinguish anthophyllite from cummingtonite with SAED alone?", Dr. Rigler acknowledged that "you'd have to do zone axis in a couple of different zones to tell."[62] In his deposition, Dr. Longo confirmed this statement, saying that identification of anthophyllite requires measuring both "*d*-spacing and a second pattern from a different crystalline orientation."[63] Despite this acknowledgment, Drs. Longo and Rigler only report two zone axes for a single anthophyllite grain,[64] and give a single zone axis measurement for only two other samples (M69042-008 and M68503-001).

The testimony of Drs. Longo and Rigler confirms that their methodology does not identify specific minerals.[65]

---

[62]     2/6/19 Rigler Depo. 108:23-109:18.

[63]     2/5/19 Longo Depo. 133:3-9.

[64]     These zone axes are provided in the *Diffraction Verification* documents. Several values of *d*(hk0), *d*(hkl), and θ are given for sample M69757-007, but no zone axis is derived. For sample M69042-002, several values are given for sample *d*(hk0) only. For sample M68233, four different zone axes are presented; this is the only sample for which more than one zone axis is given.

[65]     2/5/19 Longo Depo. 157:3-8 ("Q. Okay. What other amphibole in the Mineral Powder Diffraction File have *d*-spacing ranges that span 5.23? A. Most of your amphibole minerals, both monoclinic and orthorhombic, will have *d*-spacings in this range."); 2/6/19 Rigler Depo. 119:3-8 ("Q. Now, for this verification page, you calculated a *d*-spacing of 5.23; correct? A. Correct. Q. And that falls within the range of every single amphibole on that list; right? A. Correct."); *see also id.* 119:22-120:8.

### F.   Unfeasible *d*-Spacings In Longo/Rigler *Diffraction Verification* Documents

> **Summary**: Some of the Longo/Rigler *d*-spacing interpretations have impossible values.

Lack of understanding of *d*-spacings is also shown by reports of indefensible *d*-spacings. Page 14 of the M69757 *Diffraction Verification* document demonstrates particularly poor methodology:

| | **VERIFICATION OF AMPHIBOLE DIFFRACTION PATTERN AT ZERO TILT** | |
|---|---|---|
| **Camera K (pixelÅ)** | **Meas. Distance (pixels)** | **Calculate Spacing (Å)** |
| 810.7 | 411.6 | 1.97 |

Streaking Observed: _____       Closely spaced dots: _____

Type of amphibole diffraction verified:       Anthophyllite

MAS Job #:       M69757-007-001                Film #: NA

Analyst:   JC                          Date of Photo: 12/15/2018

Date Verified:       12/18/2018              EDS Verified: YES

**Zone Axis Information**
d(hk0) =       10.1
d(hkl) =       1.97
Angle =       83
ZA =

Under the heading "Zone Axis Information," the *d*(hk0) value is indicated to be 10.1 Å. A user would then look for this value in the look-up tables. But as seen on the first page of the anthophyllite reference sheet shown below, **there are no (hk0) values higher than 9.25 Å**.

-37-

**ANTHOPHYLLITE**          *d*-Spacing (Å) and Interfacial Angle *θ* (°)          Page 1 of 32

( *JCPDS 9-455*: *a* 18.5Å  *b* 17.9Å  *c* 5.28Å  *α* 90° *β* 90° *γ* 90°, Orthorhombic)
[Space Group **Pnma** permits only h=2n diffractions for (hk0) and (k+l)=2n for (0kl)]

| Zone Axis | (h k 0) | (h k l) | *d*(hk0) | *d*(hkl) | (hk0)/(hkl) | *θ* | To C-Axis(°) |
|---|---|---|---|---|---|---|---|
| [ 0 1 0 ] | ( 2 0 0 ) | ( 1 0 1 ) | 9.25 | 5.08 | 1.82 | 74.1 | 90.0 |
| [ 0 1 1 ] | ( 2 0 0 ) | ( 0 1 1 ) | 9.25 | 5.06 | 1.83 | 90.0 | 73.6 |
| [ 0 1 1 ] | ( 2 0 0 ) | ( 1 1 1 ) | 9.25 | 4.88 | 1.89 | 74.7 | 73.6 |
| [ 0 1 0 ] | ( 2 0 0 ) | ( 2 0 1 ) | 9.25 | 4.59 | 2.02 | 60.3 | 90.0 |
| [ 0 1 1 ] | ( 2 0 0 ) | ( 2 1 1 ) | 9.25 | 4.44 | 2.08 | 61.3 | 73.6 |
| [ 0 1 2 ] | ( 2 0 0 ) | ( 1 2 1 ) | 9.25 | 4.42 | 2.09 | 76.2 | 59.5 |
| [ 0 1 2 ] | ( 2 0 0 ) | ( 2 2 1 ) | 9.25 | 4.08 | 2.27 | 63.8 | 59.5 |
| [ 0 1 0 ] | ( 2 0 0 ) | ( 3 0 1 ) | 9.25 | 4.01 | 2.31 | 49.4 | 90.0 |
| [ 0 1 1 ] | ( 2 0 0 ) | ( 3 1 1 ) | 9.25 | 3.91 | 2.36 | 50.6 | 73.6 |
| [ 0 1 2 ] | ( 2 0 0 ) | ( 3 2 1 ) | 9.25 | 3.66 | 2.53 | 53.6 | 59.5 |
| [ 0 1 0 ] | ( 2 0 0 ) | ( 4 0 1 ) | 9.25 | 3.48 | 2.66 | 41.2 | 90.0 |
| [ 0 1 1 ] | ( 2 0 0 ) | ( 4 1 1 ) | 9.25 | 3.42 | 2.71 | 42.4 | 73.6 |
| [ 0 1 2 ] | ( 2 0 0 ) | ( 4 2 1 ) | 9.25 | 3.24 | 2.85 | 45.5 | 59.5 |
| [ 0 1 0 ] | ( 2 0 0 ) | ( 1 0 2 ) | 9.25 | 2.61 | 3.54 | 81.9 | 90.0 |

A second sample, M69042-008 particle 37, lists a *d*-spacing of 13.46. In these cases, **either the measurement itself is bad or these cannot be anthophyllite, or both.**

In addition, many of the other *d*-spacings calculated in the *Diffraction Verification* documents lie outside their own stated ranges for amphiboles: M69757-005 particle 23; M69757-007 particles 30 and 31, M6942-002 particles 12, 15, 16, 19, 20, 22; M68503-001 particle 7, M68503-002 particle 10, M68503-026 particles 35, 57, and 58. In some cases, the values are likely for (hkl), which also has a wide range of values at 1.7±5% Å. But in most of these examples, the stated *d*-spacings are just anomalous and likely incorrect for any of the asbestiform amphiboles.

### G.    The *d*-Spacing For What Drs. Longo And Rigler Identify As Anthophyllite Actually Corresponds To One Of Two Other Minerals

> **Summary:** The *d*-spacing for "anthophyllite" identified by the Longo/Rigler MDL Reports actually corresponds to cummingtonite or grunerite.

In a small number of instances,[66] the Longo/Rigler MDL Reports identify the zone axis. For example, because the M68233-001-001 pattern in **Figure 17** was assumed to be anthophyllite (as indicated by the label on the image on page 693), the anthophyllite look-up table[67] was employed. Part of the relevant page from that look-up table is given below.

---

[66]    Zone axes are identified in 41 particles from only 6 of the 70 samples in the Longo/Rigler MDL reports.

[67]    Look-up tables were created by Su (2003) *How to Use the d-Spacing/Interfacial Angle Tables to Index Zone-Axis Patterns of Amphibole Asbestos Minerals Obtained by Selected Area Electron Diffraction in Transmission Electron Microscope*, 2008 report, Asbestos Analysis Consulting.

-38-

| ANTHOPHYLLITE | $d$-Spacing (Å) and Interfacial Angle $\theta$ (°) | | | | | | | Page 3 of 32 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

( **JCPDS 9-455**: $a$ 18.5Å   $b$ 17.9Å   $c$ 5.28Å   $\alpha$ 90° $\beta$ 90° $\gamma$ 90°, Orthorhombic)
[Space Group **Pnma** permits only **h=2n** diffractions for (hk0) and **(k+l)=2n** for (0kl)]

| Zone Axis | (h k 0) | (h k l) | $d$(hk0) | $d$(hkl) | (hk0)/(hkl) | $\theta$ | To C-Axis(°) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| [ 1  0  2 ] | ( 0  2  0 ) | ( 4  5  2 ) | 8.95 | 1.93 | 4.64 | 57.4 | 60.3 |
| [ 2  0  3 ] | ( 0  2  0 ) | ( 3  6  2 ) | 8.95 | 1.88 | 4.75 | 50.9 | 66.8 |
| [ 2  0  1 ] | ( 0  2  0 ) | ( 1  7  2 ) | 8.95 | 1.83 | 4.90 | 44.4 | 81.9 |
| [ 1  0  1 ] | ( 0  2  0 ) | ( 2  7  2 ) | 8.95 | 1.80 | 4.97 | 45.2 | 74.1 |
| [ 2  0  3 ] | ( 0  2  0 ) | ( 3  7  2 ) | 8.95 | 1.76 | 5.08 | 46.5 | 66.8 |
| [ 3  0  1 ] | ( 0  2  0 ) | ( 1  0  3 ) | 8.95 | 1.75 | 5.11 | 90.0 | 84.6 |
| [ 1  0  0 ] | ( 0  2  0 ) | ( 0  1  3 ) | 8.95 | 1.75 | 5.11 | 84.4 | 90.0 |
| [ 3  0  1 ] | ( 0  2  0 ) | ( 1  1  3 ) | 8.95 | 1.74 | 5.13 | 84.4 | 84.6 |
| [ 3  0  2 ] | ( 0  2  0 ) | ( 2  0  3 ) | 8.95 | 1.73 | 5.18 | 90.0 | 79.2 |
| [ 3  0  2 ] | ( 0  2  0 ) | ( 2  1  3 ) | 8.95 | 1.72 | 5.20 | 84.5 | 79.2 |

There is no listing specifically for $d$(hk0) = 8.95, $d$(hkl) = 1.77, (hk0)/(hkl) = 5.07, and $\theta$ = 85.5°. Therefore, the analyst chooses something close, as highlighted in yellow. Importantly, the **85.5° is not the same as 90°**, as can be plainly seen in **Figure 17**. This **indicates that the SAED pattern is NOT a match to anthophyllite, but likely from a different amphibole**. Either the analyst mis-read the table or she/he used the angle relative to the $c$-axis instead of to $\theta$. In either case, the methodology and the science are incorrect.

There are many amphibole minerals with similar compositions (**Table 1**). If a SAED pattern is not consistent with anthophyllite, then another amphibole file can be tried, such as that for the grunerite[68] mineral series, as given below. The yellow highlights in this table represent a good match to the M68233-001-001 SAED pattern. The $d$(hkl) and the angle are exact matches, suggesting that this mineral is from the cummingtonite-grunerite series. A different amphibole might give an even better match, but **there are no other look-up tables**.

This reliance on look-up tables that only exist for asbestiform mineral species virtually guarantees that an asbestos mineral will be identified. This is a serious flaw in methodology.

---

[68]     Minerals in the cummingtonite-grunerite series all have very nearly the same crystal structure (with slight variations due to the size difference between $Mg^{2+}$ and $Fe^{2+}$), and share the same look-up table. These minerals have a very different structure from anthophyllite even though the formulas are similar. So the failure by Drs. Longo and Rigler's analysts to use the proper look-up table is an egregious error.

GRUNERITE    *d*-Spacing (Å) and Interfacial Angle **θ** (°)    Page 1 of 23

(JCPDS 19-1601: *a* 9.562Å  *b* 18.380Å  *c* 5.338Å  α 90°  *β* 101.86° γ 90°, Monoclinic)
[Space Group C2/m permits only (h+k)=2n diffractions]

| Zone Axis | (h k 0) | (h k l) | *d*(hk0) | *d*(hkl) | (hk0)/(hkl) | **θ** | To C-Axis(°) |
|---|---|---|---|---|---|---|---|
| [ 2 0 -1 ] | ( 0 2 0 ) | ( 1 -5  2 ) | 9.190 | 2.005 | 4.58 | 57.0 | 116.3 |
| [ 1 0  0 ] | ( 0 2 0 ) | ( 0 6  2 ) | 9.190 | 1.988 | 4.62 | 49.5 | 101.9 |
| [ 2 0  3 ] | ( 0 2 0 ) | ( 3 5 -2 ) | 9.190 | 1.914 | 4.80 | 58.6 | 57.2 |
| [ 1 0 -1 ] | ( 0 2 0 ) | ( 2 4  2 ) | 9.190 | 1.913 | 4.80 | 65.4 | 128.0 |
| [ 1 0  2 ] | ( 0 2 0 ) | ( 4 -2 -2 ) | 9.190 | 1.911 | 4.81 | 78.0 | 47.1 |
| [ 3 0  1 ] | ( 0 2 0 ) | ( 1 1 -3 ) | 9.190 | 1.771 | 5.19 | 84.5 | 91.1 |
| [ 2 0 -1 ] | ( 0 2 0 ) | ( 1 -7  2 ) | 9.190 | 1.768 | 5.20 | 47.7 | 116.3 |
| [ 3 0  2 ] | ( 0 2 0 ) | ( 2 0 -3 ) | 9.190 | 1.754 | 5.24 | 90.0 | 80.3 |
| [ 3 0  2 ] | ( 0 2 0 ) | ( 2 -2 -3 ) | 9.190 | 1.723 | 5.33 | 79.2 | 80.3 |

This analysis shows that the analysists used by Drs. Longo and Rigler and their analysts incorrectly used the anthophyllite table to identify the zone axis in a particle that was likely from the cummingtonite/grunerite series. The same mismatch can be observed for all the values of *d*(hk0), *d*(hkl), and the interfacial angle θ compiled for anthophyllite in the report on sample M68233 entitled *Diffraction Verification*.

### H.    Drs. Longo And Rigler And Their Analysts Do Not Follow EPA Methodology, Including Confirmation On At Least Two Zone Axes

**Summary:** The EPA "Yamate III" methodology for confirming the presence of asbestos in talc requires *two* SAED zone axis determinations and an EDS analysis, which the Longo/Rigler MDL Reports do not provide.

The protocol for "Methodology for the Measurement of Airborne Asbestos by Electron Microscopy" (Yamate, EPA, 1984) states in Section 2, "Conclusions and Recommendations" (p. 3) that there are three necessary levels of effort:

The EM methodology for measuring the concentration of airborne asbestos fibers has been refined and specified, and is recommended for field evaluation. The methodology is based on a TEM analytical protocol that is divided into three levels of effort: Level I, for screening many samples; Level II, for regulatory action; and Level III, for confirmatory analysis of controversial samples. The three-level analytical methodology is cost-effective, and will provide the required results for proper assessment of asbestos.

Level III is used in these cases (Section 6, Level III Asbestos Analysis, Discussion of Protocol, from p. 44):

The Level III protocol is an extension of the Level II analysis procedures described in Section 5. This extension may be necessitated by the need for positive identification of the specific amphibole species in situations where (1) fundamental disagreements between parties involved in a litigation require further clarification;

(2) for identification purposes, e.g., as causative agents in medical diagnosis or studies; (3) for quality control of Level II analysis in special situations, and/or; (4) for source samples, whether as bulk material or bulk-air type where a legal judgment is anticipated.

The protocol states that identification requires **two** SAED zone axis determinations and an EDS analysis. Dr. Rigler stated in his deposition that anthophyllite particles were double-verified by *d*-spacing analysis (2/6/19 Rigler Depo. 125:18-20). But out of **hundreds of particles** studied by Drs. Longo and Rigler (or their analysts), zone axis determinations are provided for only 41 particles in **six** samples. In fact, zone axis information is provided for only **one** "anthophyllite," M68233.[69] **As such, Drs. Longo and Rigler and their analysts do not follow EPA protocol**.

Indeed, both Dr. Rigler and Dr. Longo admit to problems inherent in using too few zone axis, despite doing it themselves.

## I.     Conclusions Relating to SAED Analysis

- **SAED images in the Longo/Rigler MDL Reports are often of very low quality with poor documentation.** Some of them are uninterpretable. The reports do not provide the calibration constant needed to convert dot spacings into atom spacings.

- **Indexing of diffraction patterns using look-up tables is done incorrectly.** The use of asbestos mineral species' look-up tables to determine zone axes presumes that the mineral species of the sample has already been identified. Even lacking such information, Drs. Longo and Rigler and their analysts consistently use the anthophyllite look-up table, and do not consider whether another mineral species might give a better match. "Anthophyllite" diffraction patterns indexed by Drs. Longo and Rigler do not match those in look-up tables for that mineral.

- **Unfeasible *d*-spacings exist in the Longo/Rigler *Diffraction Verification* documents.** In two of the 41 cases for which zone axis information is provided, the calculated *d*-spacing is impossible. In several other cases, the single *d*-spacing lies outside the stated range for amphibole minerals.

- **Drs. Longo and Rigler and their analysts do not follow EPA methodology for "confirmatory analysis of controversial samples."** Although Drs. Longo and Rigler both admitted in deposition that two zone axis determinations are necessary to confirm the identity of anthophyllite, zone axis data are provided for only 41 particles in six samples, and the requisite two zone axes on the same sample aliquot are given for only three samples.

---

[69]     Although Drs. Longo and Rigler (or their analysts) believe this particle to be anthophyllite, it is actually a mineral in the cummingtonite-grunerite series.

-41-

- **Even when patterns are correctly acquired, the same mineral will have very different SAED patterns depending on its orientation.**

- **SAED patterns alone cannot determine the morphology of a mineral particle.** Even if an SAED pattern can be matched with a specific mineral and orientation, this only identifies which mineral species is present. Such analysis cannot determine whether or not the mineral is asbestiform.

## VI.    MINERAL IDENTIFICATION USING PLM

The Longo/Rigler MDL Reports purport to use polarizing light microscopy ("PLM") to identify asbestos in talc. This section discusses the proper use of PLM, as compared to how it was used in plaintiffs' experts' reports.

### A.    How PLM Works

> **Summary:** PLM, when properly used, can identify asbestos mineral content by observing the morphology and refractive indices of the particles in the sample.

PLM is a technique that uses a specially-equipped microscope to polarize the beams of light that pass through a sample (**Figure 18**). This "polarization" causes all the waves of light to vibrate in the same direction, creating a set of near-parallel light waves. When a sample is rotated on the microscope stage, the parallel waves of light interact with the sample differently depending on the angle between the layers of atoms in the sample and their spacings.



***Figure 18.*** *Photograph and sketch of a simple polarizing light microscope, from Dyar and Gunter (2008), Figure 17.2.*

The polarizers above and below the microscope stage allow a user to study how parallel waves of light interact with rows of atoms in a crystal structure. Changes in appearance upon rotation can be diagnostic of specific mineral groups and, sometimes, mineral species.

The PLM method is, by Longo's own admission, "primarily used today for the analysis of asbestos-added products where the asbestos contents of these products are typically over 1% by weight."[70] PLM allows mineral species to be identified using inherent properties of each mineral: the shape of the grains, the way they break and their densities.

Drs. Longo and Rigler and analysts examined 61 samples using PLM (ISO 22262-1 method), which requires that asbestos be idenitfied using six types of observations:

- Morphology
- Color and pleochroism
- Birefringence
- Extinction charactertistics
- Sign of elongation
- Refractive index

The last property, refractive index (R.I.), is a ratio between the speed of light traveling through a vacuum and how fast it travels through (in this case) a mineral. The value of $n$ is different in varying directions of a mineral, and so the change in refractive index with orientation can be diagnostic of a mineral group or species.

To measure the value of $n$ in an unknown grain, it is surrounded by an oil with a known $n$, and the crystal is examined. For example, in the protocol used by Drs. Longo and Rigler, "three mounts of the talcum powder samples are placed on two glass slides, a drop of the 1.605 refractive index fluid was placed on each of the three . . . mounts, stirred with the point of a scalpel blade, and then covered with . . . [a] glass cover slip."[71] This procedure is shown in **Figure 19**. In this method, grains with exactly the same $n$ will be invisible, while grains with higher or lower values of $n$ will appear to have positive or negative relief.

[**Figure 19** on next page.]

---

[70]     2/1/19 MDL Report, page 5.

[71]     2/1/19 Longo/Rigler MDL Report, page 10.



*Figure 19. For microscopy using refractive index oils, grains of mineral are placed on a microscope slide surrounded by a liquid with a refractive index matching the mineral. From Dyar and Gunter (2008), Figure 17.6.*

In the technique called "dispersion staining" used by Drs. Longo and Rigler, a special $10\times$ objective is used on the microscope to cause dispersion of light waves and create certain specific colors. The colors become more red, orange and yellow when $n_{mineral} > n_{oil}$, and more like indigo, purple and turquoise when $n_{mineral} < n_{oil}$. The color will change when the microscope stage is rotated because the densities of atoms are different along different planes in each crystal's structure.

The problems that arise from the optical images and their interpretation are similar to those of SAED. It is difficult to distinguish minerals with very similar structures (e.g., tremolite and actinolite) because the spacings of layers of atoms and the compositions are identical or very similar. As a result, many of the minerals from **Table 1**, as well as many other amphibole group minerals, will have overlapping optical characteristics that can make them difficult to distinguish from one another, rendering any optical analyses (even PLM, even using dispersion staining) inconclusive.

Consider, for example, the list of mineral refractive indices at this url: https://nature.berkeley.edu/classes/eps2/wisc/ri.html, or the extensive list of Shannon et al. (2017).[72] A survey of the Berkeley list shows that 87 of the 204 mineral species (43%) listed there have at least one refractive index that falls in the range of $n = 1.55$-$1.65$. Careful PLM work requires that refractive indices be obtained at different orientations (preferably using a range of oils to pinpoint the value of $n$ at each orientation) to refine the identification. It may be necessary in geological studies to corroborate microscope mineral identifications using chemical data obtained by a high-accuracy method.

---

[72]    Shannon et al. (2017) Refractive indices of minerals and synthetic compounds. *Amer. Mineral.*, **102**, 1906-1914. The refractive index table is available under the listing for page 1906 on this url: http://www.minsocam.org/MSA/AmMin/TOC/2017/Sep2017_data/Sep2017_data.html.

**B.** **All Of The ISO PLM Tests Returned Results Consistent With A Finding Of No Asbestos**

There are three sources of ISO PLM data: (1) results from the analysts working for Drs. Longo and Rigler; (2) results from the J3 laboratory that are reported in the Longo/Rigler MDL Reports; and (3) results from the J3 laboratory that (for some unknown reason) are not reported in the Longo/Rigler MDL Reports. The Longo/Rigler MDL Reports do not synthesize these data in one place. Notwithstanding that issue, the results appear to be as follows:

- All the reported ISO PLM test results – whether from Drs. Longo and Rigler's laboratory or the J3 laboratory – were either "no asbestos detected" or less than 0.1% by weight asbestos detected, which is consistent with detecting no asbestos.

- Of the at least 39 bottles tested by J3 using ISO PLM, the result of each was "no asbestos detected." [73]

- There are at least eight instances of, for a single bottle, J3 finding "no asbestos detected," while Drs. Longo and Rigler's analysts found "< 0.1% by weight" of asbestos by ISO PLM,[74] as follows:

| MDL SAMPLE | LONGO/RIGLER ISO PLM RESULT (wt%) | J3 RESOURCES ISO PLM RESULT (wt%) |
|---|---|---|
| M68503-004 | < 0.1 Trem/Act | No asbestos detected |
| M68503-026 | < 0.1 Trem/Act | No asbestos detected |
| M68503-023 | < 0.1 Anth | No asbestos detected |
| M68503-042 | < 0.1 Trem/Act, < 0.1 Anth | No asbestos detected |
| M68503-057 | < 0.1 Trem/Act, < 0.1 Anth | No asbestos detected |
| M68503-020 | < 0.1 Anth | No asbestos detected |
| M68503-059 | < 0.1 Trem/Act, < 0.1 Anth | No asbestos detected |

Thus, in summary, **all** the ISO PLM testing was consistent with the **absence of asbestos** in the samples.

Moreover, there are also 10 instances where the Longo/Rigler reports identify concentrations of asbestos by the "Blount PLM" method that, if correct, are well above the sensitivity limits of ISO PLM. Thus, **all** such "positives" should have registered as positives on the ISO PLM. Yet here are the results, comparing these 10 instances to the results from the PLM testing at J3:

---

[73]      These are Nos. M68503-010, M68503-009, M68503-024, M68503-004, M68503-014, M68503-011, M68503-027, M68503-019, M68503-038, M68503-026, M68503-005, M68503-029, M68503-021, M68503-023, M68503-028, 02D, M68503-046, M68503-042, M68503-057, M68503-020, 07D, 15D, 50D, M68503-059, 10D, 38D, 63D, 52D, 65D, 37D, 45D, 51D, 66D, 21D, M68503-001, 31F, 31G, M68503-016 and M68503-01.

[74]      These are Nos. M68503-004, M68503-026, M68503-023, M68503-042, M68503-057, M68503-020, M68503-059 and M68503-001.

| LONGO/RIGLER SAMPLE | LONGO/RIGLER BLOUNT PLM RESULT (wt%) | J3 RESOURCES ISO PLM RESULT (wt%) |
|---|---|---|
| O7D STS | 0.2 Trem/Act, 0.5 Anth | No asbestos detected |
| 15D STS | 0.3 Trem | No asbestos detected |
| 10D STS | 0.2 Trem/Act | No asbestos detected |
| 38D STS | 0.2 Trem/Act | No asbestos detected |
| 63D STS | 0.2 Trem/Act | No asbestos detected |
| 52D STS | 0.2 Trem/Act, 0.5 Anth | No asbestos detected |
| 65D STS | 0.2 Trem/Act, 0.2 Anth | No asbestos detected |
| 66 D STS | 0.1 Trem/Act | No asbestos detected |
| 31F STS | 0.3 Trem/Act, <0.1 Anth | No asbestos detected |
| 31G STS | 0.7 Tre/Act | No asbestos detected |

Thus, even where the Longo/Rigler Blount PLM testing result purportedly was seven times the sensitivity reported for the ISO PLM testing, it did not register on the latter. This represents a gross inconsistency, and suggests issues with the PLM work at either or both of Longo/Rigler's laboratory and J3. These results show that the PLM work in the Longo/Rigler MDL Reports does not appear to be reproducible.

## C.    Dispersion Staining Was Not Used Correctly

The Longo/Rigler MDL Reports purport to find asbestos using dispersion staining, but generally accepted scientific methodologies were not followed. The goal of this methodology is to "meet the requirements set forth by EPA (1993) and NIST (1994) [...in which] analysts must measure and record two principle refractive indices, $n_\alpha$ and $n_\gamma$, of every type of asbestos mineral found in bulk samples"[75]

The protocol described by the Su article, which Dr. Longo testified that his analysts followed,[76] sets forth a particular methodology to do the dispersion staining characterization described above. It recommends employing a statistical observation method to determine the refractive index. This involves the following:

> "To estimate $n_\alpha$, analysts randomly select a fiber, rotate it to the extinction position when the fiber elongation axis is nearly parallel (tremolite or actinolite) or exactly parallel (anthophyllite) to the N-S cross hair (assuming the vibration direction of polarizer is E-W) and observe its CSDS color. After 10 to 20 fibers are examined in this way, the fiber with the longest l0 is assumed to exhibit the RI value closest to $n_\alpha$. To estimate $n_\gamma$, 10 to 20 fibers are examined at the extinction position when the fiber elongation axis is nearly parallel (tremolite or actinolite) or exactly parallel (anthophyllite) to

---

[75]    Su (2003).

[76]    2/5/19 Longo Depo. 285:9-14.

the E-W cross hair; the fiber with the shortest l0 is then assumed to exhibit the RI value closest to $n_\gamma$."

There is no indication on any of the PLM outputs in the Longo/Rigler MDL Reports that multiple grains were measured, as recommended in the protocol.

Moreover, **Figure 20** shows an image from the Longo/Rigler MDL Report of a field of talc particles with one amphibole crystal that is a slightly different color than the surrounding talc.



*Figure 20*. *Dispersion staining PLM images showing the same field of view rotated 90°. The change in color of the amphibole grain is diagnostic. Images from pages 1094 and 1095 of the January 2019 Longo/Rigler MDL Report.*

Here, the surrounding talc crystals are scattered across the field of view. Some of them appear to have slightly different colors at the edges, but these are likely to be places where the sheets of talc curl up (like chocolate curls). Note that the color variations in these images are very subtle, and it is quite difficult to unequivocally determine if the crystal labelled "amphibole" is

truly a different color than the surrounding grains. This is why the Su (2003) paper recommends looking at many different grains to calculate refractive index correctly.[77]

Another issue is that the dispersion staining images should have used an immersion oil with a refractive index of 1.625 to identify anthophyllite, according to Su (2003) **Table 1**. Instead, the samples were analyzed using a "drop of the 1.605 refractive index fluid."[78] The report cites ISO 22262-1 as the source of the choice of 1.605, when in fact, the report states "For identification of tremolite, actinolite, anthophyllite, and richterite/winchite, RI liquids in the range 1.605 to 1.660 are required, at intervals of 0.005."[79] There is no evidence in the Longo/Rigler MDL Reports to indicate that such a progression of oils was used.

A second example of a confusing PLM image is given in **Figure 21**.



*Figure 21. Images of a talc grain with the leftmost edge curled up out of the page.*

The curled edge is erroneously identified in the Longo/Rigler MDL Reports as a separate crystal of anthophyllite, but this is highly unlikely. The "anthophyllite" grain would not just "happen" to lie exactly along the edge of the talc grain.

The view at left is pink because it is a dispersion staining image, in which a special wave plate is inserted in the microscope to make the colors more intense (and more diagnostic). These are images of a grain of talc. The straight edge of the talc grain is labeled as "anthophyllite," but in fact, this is a curled-up edge of the talc grain. Because of the curl, the grain is showing a different orientation within the crystal structure, which has different optical properties, and therefore shows

---

[77]   Su (2003) at 1980 ("After 10-20 fibers are examined in this way. …10-20 fibers are examined at the extinction position…").

[78]   1/16/19 Longo/Rigler MDL Report, page 9.

[79]   1/16/19 Longo/Rigler MDL Report, page 15.

up as blue. Very few of the PLM images in the Longo/Rigler MDL Reports have labels. There is little discussion of PLM results in any of the reports.

There is also no mention of utilizing proper protocol for distinguishing between talc and anthophyllite with dispersion staining. As noted in ISO 22262-1:

> "Some sources of talc contain fibres that can be mistaken for anthophyllite. These fibres have intergrowths of both the anthophyllite and talc crystal structures. The fibres exhibit refractive indices that are lower than those of anthophyllite and intermediate between those of talc and anthophyllite. If this type of fibre is present, examine the sample in a liquid of RI 1,615. If no γ indices are observed that are higher than 1,615, classify the fibres as talc. Classify any fibres with γ indices equal to or exceeding 1,615 as anthophyllite."

It does not appear that this protocol was followed.

**D.      The "Point Counting" Method Was Not Used, Yet It Is The Only Way To Estimate Concentration By PLM, As Recognized By ISO 22262**

> **Summary:** The ISO 22262-1 protocol provides a methodology for estimating concentration by PLM using "point counting." Drs. Longo and Rigler and their analysts did not do this. Instead, their estimates were based on purported charts generated by Drs. Longo and Rigler's lab's own methodology that are not accepted by the scientific community and that were not produced.

The standard method for estimating concentrations of minerals in geological materials by PLM is called "point counting."[80] In this technique, a sliver of rock or loose particles is placed on an *x-y* stage on a microscope so it can be moved in different directions. The operator then looks down the microscope and uses the technique of choice (usually the optical properties of the minerals as they interact with plane polarized light) to identify the grain at the center of the field of view. Then the stage is moved slightly and the process is repeated. Typically, 100-400 locations on a rock are thus analyzed, from which a quantitative estimate of the abundance of minerals in the rock can be obtained. It is well-recognized that the accuracy of a point count depends on the number of grains counted. This is acknowledged in ISO 22262-1, which says:

> "The statistical reliability of a point count for determination of asbestos depends on the number of asbestos points, not on the total non-empty points examined. Accordingly for comparison against a regulatory standard of 0.1 % asbestos by weight, continue point

---

[80]      An excellent summary of this method is given at http://geologylearn.blogspot.com/2015/08/point-counting-technique-used-in.html. *See also* Neilson and Brockman (1977) *Amer. Mineral.*, **62**, 1238-1244.

counting until either a minimum of 20 asbestos points, or the equivalent of 13,000 non-empty points have been accumulated."[81]

At his deposition, Dr. Longo confirmed that the Longo/Rigler MDL Reports did not use point counting.[82] Rather, the Longo/Rigler MDL Reports state that "a visual estimation of the quantity of asbestos observed was based on eye calibration through review of lab generated weight percent standards."[83] First off, Drs. Longo and Rigler did not produce those "lab generated weight percent standards," so there is no evidence that the standards are reliable or based in accepted science. Moreover, given the similarities in color of talc and amphibole in these images, these visual estimates are unreliable and unreproducible. The estimates of abundances are orders of magnitude different from the estimates produced by the TEM measurements due to analytical sensitivity issues, also noted by Drs. Longo and Rigler. Probably for this reason, little attention is paid to the amounts of amphibole observed by the PLM method. Instead, PLM is used in the Longo/Rigler MDL Reports mostly to determine presence/absence of amphibole in asbestos. For example, the January 2019 report notes that 20 of the 61 samples tested "were positive for regulated amphibole asbestos."[84]

Moreover, it is not clear what these "weight percentage standards" are, as Drs. Longo and Rigler did not produce them. In that sense, their results are unverifiable and unreproducible.

E.      **Conclusions Relating To PLM Analysis**

- **Dispersion staining was not used correctly.** In contrast to the recommended protocol, the Longo/Rigler MDL Reports use only a single refractive index liquid and do not count the requisite number of particles.

- **The Longo/Rigler MDL Reports purport to find asbestos using dispersion staining, but generally accepted scientific methodologies were not followed.** Indeed, it does not appear that the protocol cited was followed.

- **The reported quantities of asbestos based on PLM used "visual estimation" rather than point counting.** Apparently, the estimates were produced by comparisons against unspecified and unregulated "weight percentage standards." The results are very different from those obtained by TEM, and are mostly ambiguous.

- **Drs. Longo and Rigler and their analysts did not follow the methodology for estimating concentration by PLM using "point counting."** Instead, their estimates were based on purported charts generated by Drs. Longo and Rigler's lab's own methodology that are not accepted by the scientific community and that were not produced.

---

[81]    ISO 22262-1, page 29.

[82]    2/5/19 Longo Depo. 269: 20-23, 272:15-17.

[83]    1/16/19 Longo/Rigler MDL Report, page 9.

[84]    1/16/19 Longo/Rigler MDL Report, page 7.

## VII.   MORPHOLOGY IDENTIFICATION USING VISUAL INSPECTION BY TEM

The primary method used in the Longo/Rigler MDL Reports to establish having found asbestiform habit minerals is visual inspection using TEM images. Yet, the methods that they purport to follow expressly state that TEM "cannot be used to discriminate between individual fibers of the asbestos and non-asbestos analogs of the same amphibole material."[85]

Evaluation of whether a particle is a bundle, fiber or cleavage fragment by visual inspection is highly subjective and subject to personal biases, as will be shown below. This section addresses how the methodologies in the Longo/Rigler MDL Reports for identifying talc are scientifically unacceptable, and that the conclusions reached thereby are unsupportable.

### A.   Differences Among Fibers, Bundles And Fragments

> **Summary:** There are important morphological differences between asbestiform fibers, asbestiform bundles and non-asbestiform cleavage fragments.

Fibers are described as very thin fibrils, usually less than 0.5 mm in width (*cf.* **Figure 1**), rather than the chunky particles identified in the Longo/Rigler MDL Reports. Fibers are identified on the basis of their curvature, flexibility and high tensile strength. **Figure 22** below shows the visual difference between asbestiform and non-asbestiform versions of the same minerals:



*Figure 22. Examples of asbestiform vs. non-asbestiform particles from Figure 39 of the classic paper by Campbell et al. (1977).*

The differences between asbestiform and non-asbestiform minerals go back to the first definitions given in this report. Recall that the ISO 22262-1, 2, 3 documents define asbestiform as a "specific type of mineral fibrosity in which the fibres and fibrils possess high tensile strength

---

[85]   ISO 10312 (1995), at 1; *see* ISO 13794 (1999) (same), at 1; ISO 22262-1 (2012) at 31 ("Full details relating to identification of asbestos fibers using TEM are given in ISO 10312 and ISO 13794.").

and flexibility." The particles in the top row of **Figure 22** all seem to comply with this definition. A non-asbestiform particle is often called a cleavage fragment, which means it is a small particle that has broken off a larger crystal. These will appear to be chunkier, as seen in the bottom row of **Figure 22**.

Even if a particle of a mineral that can have an asbestiform habit is long and thin, it may not be an asbestos fiber. Again, that term relates as much to physical properties such as tensile strength and flexibility as it does to aspect ratio. **Figure 23a** shows three examples of fibers that are not "asbestos," but rather cleavage fragments of non-asbestiform amphibole.



***Figure 23a.*** *Images of non-asbestiform particles from Gunter (2010).*

Asbestos particles can come in fibers or bundles. Bundles occur as separable groups of parallel fibers with **splayed** ends and matted masses as seen in **Figure 23b**. They are defined in ISO 22262-1 as structures "composed of parallel, smaller diameter fibers attached along their lengths."



***Figure 23b.*** *Image of tremolite bundle of asbestiform particles from Harper et al. (2010).*[86]

---

[86]    Harper et al. (2014) Characterization of Lone Pine, California tremolite asbestos and preparation of research material. *Ann. Occp. Hyg.*, **2014**, 1-13.

The assessment of whether a particle is an asbestiform fiber or bundle versus a cleavage fragment is fairly straightforward. Asbestiform fibers are greatly elongated with high aspect ratios. At the end of a bundle, the fibers generally bend out like the straws at the end of a broom. Note in **Figure 23b** that the particles do splay out at the end, and it is obvious that the bundle at lower right is indeed "composed of parallel, smaller diameter fibers attached along their lengths."

Alternatively, cleavage fragments tend to be short and fat particles that cannot maintain the thinness and long aspect-ratios associated with asbestiform minerals because they are generally brittle. Non-asbestiform cleavage fragments are blocky, and may show stair-step cleavage fractures on the ends of the grains.

### B.    Drs. Longo And Rigler Misidentify Cleavage Fragments As Bundles And Fibers

**Summary:** Drs. Longo and Rigler and their analysts did not apply objective criteria for distinguishing between cleavage fragments, bundles and fibers, as demonstrated by the inconsistent results of their analysts.

The Longo/Rigler MDL Reports consistently demonstrate confusion over the identification of non-asbestiform cleavage fragments vs. the asbestiform habit. For example, the particles shown in **Figure 23c**, which are explicitly identified as fibers and bundles, are effectively identical to the non-asbestiform cleavage fragments in the Longo/Rigler MDL Reports shown in **Figure 23d**.



*Figure 23c. Particles from the 1/16/19 Longo/Rigler MDL Report and assignments. Compare to Figures 23a, b and c. This comparison shows visually that the bundles and fibers identified in the Longo/Rigler MDL Report are NOT fibers and bundles, but rather, non-asbestiform particles.*



*Figure 23d*. Dispersion staining photomicrographs from the January 2019 Longo/Rigler MDL report with ambiguous annotations. For sample M69503-010, the PLM ANALYSIS report states the presence of "actinolite/tremolite cleavage fragments" (p. 120).

For sample M69503-026, the PLM ANALYSIS report states the presence of "tremolite/actinolite asbestos observed. Actinolite/Tremolite cleavage fragments observed."

Compare these images to **Figure 23e**, which shows PLM dispersion staining images of tremolite cleavage fragments from the peer-reviewed paper by Pierce et al. (2017). These dispersion photomicrographs were imaged by RJ Lee Group and Forensic Analytical, Hayward, CA. Particles in **Figures 23e** and **23f** are effectively identical, and here, the analysts employed by Drs. Longo and Rigler correctly identify these particles as cleavage fragments.



*Figure 23e*. PLM dispersion staining images of tremolite **non-asbestiform cleavage fragments** from the peer-reviewed paper by Pierce et al. (2017).

But the particles seen in **Figure 23f**, which are strikingly similar, are indicated in the Longo/Rigler MDL Reports to be **asbestiform bundles**, even though they demonstrate none of the objective criteria for such bundles. **They look nothing like the bundle shown in Figure 23c.**

 

*Figure 23f (left) The TEM report for sample M69503-010 (p. 131) identified 4 bundles of tremolite. No mention is made of cleavage fragments (right).*

The TEM report for sample M69503-026 (p. 321) identified 31 bundles of tremolite. Note that the shape of the "bundles" identified in the Longo/Rigler TEM images is the same as the shape of the cleavage fragments in Pierce et al. (2017).

There is obvious confusion in the Longo/Rigler MDL Reports over these identifications. Nearly all of the amphiboles referred to as "fibers" and "bundles" in the Longo/Rigler MDL Reports are likely to be either non-asbestiform amphibole cleavage fragments, or in some cases, talc particles viewed on edge.

### C.      Results Of Analysts Working For Drs. Longo And Rigler Are Inconsistent

**Summary:** The results reported in the Longo/Rigler MDL Reports are inconsistent from analyst to analyst, highlighting the unreliability of their method of visual identification using TEM.

The inconsistent results of the analysts working for Drs. Longo and Rigler in characterizing fibers and bundles is further proof of the lack of repeatability of the analysis in the Longo/Rigler MDL Reports. Because criteria for describing particle morphology are so ambiguous, it comes as no surprise that different analysts would produce wildly variable results (**Figure 24**). Some analysts, such as Mehrdad Motamedi, are far more likely to classify a particle as a fiber, and Anthony Keaton, for example, finds far more fibers than either Jayme Callan or Lee Poye.

[**Figure 24** on next page.]



*Figure 24*. *Comparison of fiber vs. bundle identifications made by different analysts. Note that totals are different from those in the mineral identification figures because morphologies were not reported for some particles. Data sources as in* **Figure 8**.

**Figure 25 shows that the percentage of observed bundles vs. fibers also increases over time.** Because the talc samples studied were randomly selected from various collections, such a conclusion is highly unlikely, and simply shows operator bias. This renders the distinctions made in the Longo/Rigler MDL Reports between fibers and bundles arbitrary.



*Figure 25*. *Identifications of bundles vs. fibers over time by analysts working for Drs. Longo and Rigler. Data sources as in* **Figure 8**.

Finally, **Figure 26** shows results from a test undertaken to supposedly demonstrate the "Coefficient of Variation" of their analysts.[87] The stated goal of this document is "to determine the MAS [Longo/Rigler] TEM analysis coefficient of variation (CV or relative standard deviation RSD)" of measurements made on cosmetic talc spiked with asbestos standard reference material. In other words, this testing sought to confirm consistency of results from the company's testing.

---

[87]      TEM Coefficient of Variation for Tremolite and Anthophyllite in Talc: A Quality Control Study.

Two TEM grids were studied. Supposed "asbestos" particles were searched for in each of 100 squares in each grid. Then four of the analysts working for Drs. Longo and Rigler were asked to measure the particles and judge if they are fibers or bundles. Each analyst looked at exactly the same particles. The document does calculate the mean and standard deviation of the **number** of particles observed on each sample. Standard deviation in this instance indicates how reproducible the measurement is, but says nothing about accuracy – i.e., how close it is to the true value.



*Figure 26. The Longo/Rigler MDL report entitled TEM Coefficient of Variation for Tremolite and Anthophyllite in Talc: A Quality Control Study shows results from four different analysts who identified the same particles in the same set of two TEM grids, one for tremolite (top) and one for anthophyllite (bottom). Out of 44 particles, there are only 9 cases in which all four analysts agree on whether a particle is a fiber or a bundle. In other words, they disagree 80% of the time. This represents an unacceptable inconsistency and reveals the arbitrary nature of these judgments.*

But the document also shows the alarming inconsistency of analysts working for Drs. Longo and Rigler with respect to identification of bundles vs. fragments. **Figure 26** shows that the four analysts all agreed on fiber vs. bundle identification for only 9 of the 44 particles. In other words, only 20% of the time did the four analysts concur on their judgments. This result, when

coupled with the results presented in **Figures 24** and **25,** firmly establishes that the visual distinctions made between particles and bundles by Drs. Longo and Rigler's analysts are scientifically invalid and unacceptable.

### D.    Statistical Distinctions Between Fibers And Fragments

As noted above, visual distinctions between fibers, bundles of fibers and non-asbestiform cleavage fragments are quite subjective – and in the case of the analysts employed by Drs. Longo and Rigler, done unreliably and in a way that is not reproducible. There is a scientifically accepted methodology, however, for determining whether a population of amphibole is asbestiform or non-asbestiform, based on their **statistical** distinction between their distributions of sizes.

Specifically, a population of amphiboles will have different, characteristic distributions of aspect ratio, depending on whether they are asbestiform or non-asbestiform.[88] These can be analyzed accurately and in a way that is reproducible using statistics.

### 1.    Background on statistical tests of population differences

**Summary:** A *t* test assesses whether two populations have the same or different means. We can use this test to determine whether the data from the Longo/Rigler MDL Reports show a population of non-asbestiform cleavage fragments or asbestiform fibers.

As noted in my geostatistics textbook, "today's earth scientists need to be able to critically evaluate sampling designs, to understand the concept of statistical analysis, and be able to evaluate and interpret the results of statistical tests applied in a wide range of fields."[89] In considering the problem of particle size distributions in talcum powder impurities, only the most basic of such statistical methods is necessary – the need to distinguish among the average particle dimensions based on the ratio of length to width (aspect ratio). Comparisons between the mean ($\approx$average) are so basic that even Microsoft Excel can calculate them. Here, the need for statistics is based on the problem of discriminating among known populations of non-asbestiform tremolite, asbestiform tremolite and the particle measurements in the Longo/Rigler MDL reports. For simplicity, these populations can be compared two at a time.

The appropriate test here is called a **two-tailed *t* test**. It allows for testing of the hypothesis that "the two samples are drawn from populations with different means."[90] In conducting this analysis, the underlying assumption is that the two populations (here, asbestiform vs. non-

---

[88]    2/5/19 Longo Depo. 290:11-21 ("Q. Okay. And the nonasbestiform version of the same amphibole has a different characteristic distribution? A. Yes, it does. Q. And you did not generate a particle size distribution chart like the one in Blount's paper -- the ones in Blount's paper in your report? A. Not for the MDL samples, no."); 2/6/19 Rigler Depo. 190:10-25 ("Q. That there's a characteristic -- there is a characteristic particle size distribution for asbestos; is that correct? A. Well, depending on how that sample's been processed, you're going to have different fiber sizes, different – they're going to be different. You're going to have different aspect ratios and different sizes. Q. For any given sample that everyone agrees is asbestos, it's going to have a characteristic particle size distribution; right? A. It can."); *id.* 191:10-13 ("Q. Do cleavage fragments have a different particle size distribution than asbestos? A. They can.").

[89]    McKibbin and Dyar (201) *Geostatistics Explained*. Cambridge University Press.

[90]    *ibid.*

asbestiform) have comparable variation – this is called "equal variance" in statistics-speak. Then a critical value for the *t* test is selected to specify the desired level of confidence for the answer. It is conventional to use a 95% confidence limit, which means that conclusions can be drawn with a 95% chance that they are correct.

Thus, **Figure 27a** shows a normal distribution for a hypothetical population.



*Figure 27a. Schematic of a normal population distribution illustrating the concept of confidence interval.*

Here, the 95% confidence interval, which is estimated from a sample by using the *t* statistic, is indicated in blue, where SEM is the standard error of the mean of the population.[91] Therefore, 5% of the means of this sample will lie outside this range, but if the mean lies within the 95 interval, then it will be considered to have come from a population with a mean the same as this one.

The *t* test is used to assess whether the mean of a sample lies within or outside the 95% confidence limit of a population, implying that the two samples come from the same population. **Figure 27b** shows two populations that are being compared:



*Figure 27b. Adapted from https://rexplorations.wordpress.com/2015/08/13/hypothesis-tests-2-sample-tests-ab-tests/.*

---

91      McKillip and Dyar (2010) *Geostatistics Explained*. Cambridge University Press.

In the figure, the two populations barely overlap, and only within the 2.5% confidence limit on the extreme edges of the curves. As illustrated, these two populations can be said to derive from different sources.

A *t* test assesses whether two populations have the same or different means, which can be employed to assess if the data from the Longo/Rigler MDL Reports come from a population of non-asbestiform cleavage fragments or asbestiform fibers.

### 2.    Statistically significant differences are seen between asbestiform tremolite and non-asbestiform tremolite cleavage fragments

**Summary:** Use of the *t* test applied to peer-reviewed data shows two distinct populations of shapes: asbestiform and non-asbestiform.

Now, consider the application of the two-tailed *t* test to making distinctions between asbestiform and non-asbestiform particle morphologies. Here, the hypothesis is whether the aspect ratio (particle length divided by width) is statistically different for non-asbestiform tremolite than for asbestiform tremolite. To understand this problem, comparisons among pairs of datasets can be made using three available populations of data:

1.    Non-asbestiform amphiboles from the compilation of **Wylie and Virta (2016)**, who provide data on the lengths and widths of amosite, crocidolite, chrysotile and nonfibrous tremolite;[92]

2.    Asbestiform tremolite data from **Harper et al. (2014)**;[93] and

3.    Particles in the **Longo/Rigler MDL Report**.

Using these data, the first test is whether asbestiform and non-asbestiform particle populations are different. These are shown here, in **Figure 28a**:

[**Figure 28a** on next page.]

---

[92]    Wylie and Virta (2016) Size distribution measurements of amosite, crocidolite, chrysotile, and nonfibrous tremolite. *Digital Repository at the University of Maryland*, http://dx.doi.org/10.13016/M2798Z.

[93]    Harper et al. (2014) Characterization of Lone Pine, California tremolite asbestos and preparation of research material. *Ann. of Occp. Hyg.*, **2014**, 1-13, https://academic.oup.com/annweh/article/59/1/91/2464346#supplementary-data.



*Figure 28a. Distribution of aspect ratios for non-asbestiform vs. asbestiform particles of amphibole, the dominant impurity found in talcum powder. This graph shows all the data in the two repositories, Wylie and Virta (2016) and Harper et al. (2014).*

Using the available peer-reviewed data, cleavage fragments (non-asbestiform tremolite) are indicated in green and asbestiform tremolite in red. Note that asbestiform fibers can have extremely large aspect ratios – the longest particle in the asbestos suite is 55 μm × 0.15 μm – it is so large that it has been cropped out of the figure for clarity. In fact, there are 13 samples in the asbestiform data set with aspect ratios over 100. By contrast, of the 615 non-asbestiform tremolite cleavage fragments, only one has an aspect ratio greater than 32 (it has a value of 115.38). In other words, the two types of particles have very different characteristics. Note also the shaded bar, which indicates the region with an aspect ratio of 5:1 or less. Most of the non-asbestiform tremolite is within that region, most of the asbestiform tremolite is outside.

**Figure 28b** is the exact same graph as **Figure 28a**, just with the "less than 5:1" region deleted, which becomes interesting when discussing the population distributions. Again notice that there are many particles even at very high aspect ratios above 10 – this is a characteristic of asbestiform fibers. In comparison, almost none of the non-asbestiform particles has an aspect ratio above 10.

[**Figure 28b** on next page.]



***Figure 28b.*** *The same data as* ***Figure 28a****, except with the "5:1 and less" region deleted.*

Visual examination of these plots suggests that non-asbestiform tremolite has different shapes than asbestiform tremolite. This can be proven using the statistical *t* test described above to see if these samples come from the same population. **Figure 27a** showed the distribution curve for ONE population – but now the test asks if the asbestiform population is the same as the non-asbestiform population. In other words, do the two population distribution curves overlap?

To make this comparison rigorously, the *t* test described above is used to compare the means of these two populations. **The results shown below in Table 3 demonstrate that these two populations are statistically different.** The top half of the table compares all the population data for asbestiform vs. non-asbestiform tremolite – some 615 and 817 samples, respectively. There, the value of the *t* statistic is -21.44, a value that is far outside the 95% confidence limit. This means that the **non-asbestiform and asbestiform tremolite particles really are drawn from samples with different means**.

[**Table 3** on next page.]

**Table 3.** Results of *t*-Tests Assuming Equal Variance

*ALL Non-asbestiform tremolite (NAT) compared to asbestiform tremolite (AT)*

|  | NAT | AT |
|---|---|---|
| Mean | 2.70 | 25.73 |
| # Observations | 615 | 817 |
| *t* Stat | -21.44 | |
| *t* Critical two-tail | 1.96 | |

**-21.44 lies outside the 95% confidence interval, so the means are different and these samples are not drawn from the same population.**

*Non-asbestiform tremolite (NAT) compared to asbestiform tremolite (AT) with aspect ratios >5:1*

|  | NAT | AT |
|---|---|---|
| Mean | 10.76 | 26.77 |
| # Observations | 35 | 780 |
| *t* Stat | -3.54 | |
| *t* Critical two-tail | 1.96 | |

**-3.54 lies outside the 95% confidence interval, so the means are different and these samples are not drawn from the same population.**

### 3.      Comparison to results in the Longo/Rigler MDL Reports

**Summary:** Use of the *t* test applied to data from the Longo/Rigler MDL Reports vs. published population data shows that the particles in talcum powder belong to the population of non-asbestiform amphibole.

Returning to the visual evidence presented in **Figures 28a and b**, now consider **Figure 28c**, which is **Figure 28b** with results from the Longo/Rigler MDL Report added in black:



*Figure 28c. Data from Figure 28b with Longo/Rigler MDL Report results added in black.*

**Significantly, the data from the Longo/Rigler MDL Reports appears to be trending toward a peak aspect ratio below 5:1, which is characteristic of non-asbestiform tremolite.**

Unfortunately, the data collected by the analysts working for Drs. Longo and Rigler do not represent the population of non-asbestiform particles because **they only counted particles with aspect ratios of greater than 5:1.**[94] Their experimental design neglected to count the vast majority of particles in the typical size range for cleavage fragments, as seen in **Figure 28b**. This omission renders their analysis completely invalid. Indeed, this is a rejection of ISO 22262 methodologies, in particular as found on page 23 of ISO 22262-1, which makes certain observations about whether a population can be considered asbestiform based on observations of the **entire** population, but certainly not the population cut off at a 5:1 aspect ratio.

---

[94]      The methodologically recognized dimensions for fibers are 3:1 for polarizing light microscopes (PLM) and 5:1 for TEM measurements. Although the Longo/Rigler MDL Reports utilize PLM for evaluating optical properties, the reports do not give aspect ratios for studied particles, either on the photomicrographs themselves or in any tables.

| **Table 4.** Results of *t*-Tests Assuming Equal Variance | | |
|---|---|---|
| *Particles measured in the Longo/Rigler MDL Reports compared to asbestiform tremolite (AT) with aspect rations >5:1* | | |
| | **AT** | **LONGO/RIGLER** |
| Mean | 26.77 | 13.34 |
| # Observations | 780 | 632 |
| *t* Stat | 12.09 | |
| *t* Critical two-tail | 1.96 | |
| **12.09 lies outside the 95% confidence interval, so the means are different and these samples are not drawn from the same population.** | | |
| *Particles measured in the Longo/Rigler MDL Reports compared to non-asbestiform tremolite (NAT) with aspect ratios >5:1* | | |
| | **NAT** | **LONGO/RIGLER** |
| Mean | 10.76 | 13.34 |
| # Observations | 35 | 632 |
| *t* Stat | -1.41 | |
| *t* Critical two-tail | 1.96 | |
| **-1.41 lies inside the 95% confidence interval, so the means are the same; samples are drawn from the same population.** | | |

Fortunately, the Wylie and Virta (2016) data set is large enough to include a significant number of samples with aspect ratios >5:1, so comparisons with that limited size range can still be made.[95] To make this conclusion using statistics, **Table 4** shows results from *t* tests comparing data from the Drs. Longo and Rigler's MDL Reports for particles with aspect ratios >5:1 against data from Wylie and Virta (2016)[96] and Harper et al. (2014).[97] The top set of data compares asbestiform particle aspect ratios against data from Drs. Longo and Rigler's MDL Reports. Here, the *t* statistic of 10.68 lies outside the value of 1.96 for the 95% confidence limit. This establishes that particles measured by Drs. Longo and Rigler do not belong to the same populations as those of asbestiform tremolite on the basis of their shapes. In other words, the **asbestiform and non-asbestiform populations are so different** that they can be distinguished even when a flawed experimental design provides data on particles with aspect ratios greater than 5:1. **In summary, the data from the Longo/Rigler MDL Reports show that even though counts and measurements are only reported for particles with aspect ratios >5:1, statistical tests show that they have identified a population of *non*-asbestiform cleavage fragments in the talcum powder tested.**

---

[95]     Note that the available morphology data for asbestiform and non-asbestiform particles come from analyses of the mineral tremolite, which is the dominant species identified by Drs. Longo and Rigler in their November 2018 MDL Report (67%). Most, if not all, of the anthophyllite particles identified by Drs. Longo and Rigler are likely to be talc, and there is no relevant data set for talc.

[96]     Wylie and Virta (2016) Size distribution measurements of amosite, crocidolite, chrysotile, and nonfibrous tremolite. *Digital Repository at the University of Maryland*, http://dx.doi.org/10.13016/M2798Z.

[97]     Harper et al. (2014) Characterization of Lone Pine, California tremolite asbestos and preparation of research material. *Ann. of Occp. Hyg.*, **2014**, 1-13, https://academic.oup.com/annweh/article/59/1/91/2464346#supplementary-data.

### E.  Summary Of Particle Morphology Conclusions

In summary, the following flaws in evaluating particle morphology render the Longo/Rigler MDL Reports conclusions invalid:

- **Using TEM to visually distinguish non-asbestiform amphiboles and asbestiform amphiboles is scientifically invalid, as stated in the very protocols upon which Drs. Longo and Rigler purport to rely.**

- **Drs. Longo and Rigler and analysts only counted particles with aspect ratios >5:1 in their TEM studies, which improperly biases their results toward finding an asbestiform particle population.**

- **Particles in the Longo/Rigler MDL Reports belong to the non-asbestiform tremolite population.**

- **There is no evidence to suggest that the particles measured by Drs. Longo and Rigler and analysts are asbestos.**

## VIII.   CONCLUSIONS

The core problem with the Longo/Rigler MDL Reports is that the methods utilized in the testing and analyses produce completely inconsistent results, rendering them unscientific and subjective. Indeed, **the analysis by Drs. Longo and Rigler presented in the Long/Rigler MDL Reports applied a methodology that was inherently designed to achieve the results they desired for purposes of this litigation, and not scientific**.

Despite producing lengthy, descriptive reports and undertaking extensive measurements according to government protocols, Drs. Longo and Rigler did not properly train their personnel for the task of characterizing impurities in talc, where the possible mineralogy is unconstrained. Thus, they lack the background to understand or interpret their results, especially where, as here, the impurities are tiny, and many possible minerals can be present. Personnel employed by Drs. Longo and Rigler lack sufficient knowledge of proper mineralogical terminology beyond the six defined asbestos mineral species, have **no** understanding of the limitations and errors associated with the techniques used, and fail to compare their results to foundation studies in this discipline.

The Longo/Rigler MDL Reports fail to demonstrate an understanding of the accuracy of the Energy Dispersive Spectroscopy (EDS) technique, which is only semi-quantitative with large error bars. The technique is rarely used to determine the chemical composition of minerals in unbounded studies where the possible minerals present cover a large range of possibilities. Within generally accepted error bars on this technique (ignored and unstated by Drs. Longo and Rigler), asbestos minerals are indistinguishable from many of their non-asbestiform counterparts. In particular, EDS cannot differentiate between talc and anthophyllite. It is simply incorrect for Drs. Longo and Rigler to assert that individual amphibole mineral species can be identified by EDS alone.

The Longo/Rigler MDL Reports also use single crystal selected area electron diffraction (SAED) to confirm the EDS mineral identifications based on crystal structure. But the vast majority of the patterns collected by Drs. Longo and Rigler are not indexed, making them very difficult to interpret. **Moreover, 25% of all common rock-forming minerals have overlapping similar or identical *d*-spacings to what Drs. Longo and Rigler report**. There is no SAED evidence to prove definitively that any specific asbestiform minerals are present.

Polarizing light microscope (PLM) images of various types are used in the Longo/Rigler MDL Reports to prove presence of asbestos in the samples. Again, the PLM images themselves do not uniquely identify "asbestos" mineral species. Rather, some of them can be interpreted to suggest the presence of amphibole group minerals (there are 76 end-members, and many more intermediates) or something else. The latter might be talc, which appears to have very close to the same color as amphibole in the dispersion staining images. The PLM images alone do not categorically prove the presence of any specific mineral species.

The experimental design used by Drs. Longo and Rigler for interpreting the number of non-talc particles present in talcum powder ignores well-known databases on particle dimensions, which indicate that non-asbestiform particles occur with aspect ratios (particle length divided by width) averaging 2.7. They ignore all particles with aspect ratios less than 5:1, rendering the particle dimension analyses nearly useless for distinguishing cleavage fragments from fibers.

Because the distribution of non-asbestiform particles has some samples in the range above 5:1, **it is possible** to compare that truncated (aspect ratio greater than 5:1) dataset for cleavage fragments (average aspect ratio of 10.8) to that of asbestiform tremolite with ratios above 5 (average ~26.8). The average aspect ratio for all particles measured by Drs. Longo and Rigler is 13.3, suggesting that they are a population of cleavage fragments. **Statistical analyses of these aspect ratio populations establish that the particles measured by Drs. Longo and Rigler belong to the population represented by *non-asbestiform* amphibole.**

**There is no evidence (EDS, SAED, or otherwise) to confirm that any of the "fibers" identified as anthophyllite by Drs. Longo and Rigler are really anthophyllite**.

In summary, the Longo/Rigler MDL Reports contain only subjective analyses with inconsistent results that do not stand up to scientific scrutiny. It appears that Drs. Longo and Rigler and their analysts are just using the equipment and methodology with which they are familiar from their work in bulk asbestos sampling to undertake analyses in a totally different application for which they are inappropriate. The Longo/Rigler MDL Reports are far from the type of quantitative study that would withstand scientific review or be accepted for publication in a peer-reviewed scientific journal. **The Longo/Rigler MDL Reports completely fail to demonstrate that *any* recognized asbestos minerals are present in talcum powder in *any* concentration with *any* asbestiform shapes.**

Finally, given the compounding nature of all of the individual methodological errors in the Longo/Rigler MDL Reports, any resultant conclusions drawn from testing by Drs. Longo and Rigler and associates are scientifically invalid. Every methodological error in their testing results in false positive findings of asbestos, but not false negatives. The testing described in the reports can only be described as a series of errors, each of which acts to amplify the errors preceding it. **The results reported in the Longo/Rigler MDL Reports cannot be considered scientifically valid, calling into question the competence of Drs. Longo and Rigler and their analysts to undertake such work.**

## MATERIALS REVIEWED AND CONSIDERED

### Longo and Rigler Analyses

| |
|---|
| Analysis of Historical Johnson's Baby Powder M69042 (Oct. 2018) |
| Longo, Rigler, and Egeland, MAS Project 14-1852 - Below the Waist Application of Johnson & Johnson Baby Powder (Sept. 2017) |
| Longo and Rigler, Supplemental Expert Report & Analysis of Johnson and Johnson Baby Powder and Valeant Shower to Shower Talc Products for Amphibole Asbestos (Mar. 11, 2018) |
| Rigler, MAS TEM Coefficient of Variation for Tremolite and Anthophyllite in Talc - A Quality Control Study (Sept. 6, 2018) |
| Longo and Rigler, Analysis of Johnson's Baby Powder Historical Samples - Asian - M69248 (7 Samples) (Nov. 2, 2018) |
| Longo and Rigler, The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos (Nov. 14, 2018) |
| Longo and Rigler, The Analysis of Johnson & Johnson's Historical Product Containers and Imerys's Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos (Jan. 15, 2019) |
| Longo and Rigler, Quality Assurance Report - Johnson and Johnson's JBP and STS, Imerys Railcar and Asian Talc for Amphibole Asbestos (Jan. 31, 2019) |
| Diffraction Verifications-M68233 |
| Diffraction Verifications-M68503 |
| Diffraction Verifications-M69042 |
| Diffraction Verifications-M69248 |
| Diffraction Verifications-M69751 |
| Diffraction Verifications-M69757 |
| Global particle table M65205-001 |
| Global particle table M65208-001 |
| Global particle table M65228-001 |
| Global particle table M65329-018 |
| Global particle table M65329-041 |
| Global particle table M65329-043 |
| Global particle table M66173-002 |
| Global particle table M66173-003 |
| Global particle table M66203-001 |
| Global particle table M66203-006 |
| Global particle table M66203-007 |
| Global particle table M66352-002 |
| Global particle table M66405-001 |
| Global particle table M66510-001 |
| Global particle table M66512-001 |
| Global particle table M66514-001 |

| Global particle table M66515-001 |
| Global particle table M66516-001 |

**Depositions and Exhibits**

| Deposition of William Longo, Nov. 6, 2018 |
| Deposition of William Longo, Nov. 27, 2018 |
| Deposition of William Longo, Dec. 5, 2018 |
| Deposition of William Longo, Feb. 5, 2019, and Exhibits |
| Deposition of Rigler, Feb. 6, 2019, and Exhibits |
| Deposition of William Longo, Oct. 24, 2018 |
| Deposition of William Longo, Oct. 31, 2018 |
| Deposition of William Longo, Jan. 7, 2019 |

**Scientific Literature**

| Bloss (1999) *Optical Crystallography*, MSA Monograph Series |
| Campbell et al. (1997) Information Circular 8751, U.S. Bureau of Mines. |
| Dyar and Gunter (2008) *Mineralogy and Optical Mineralogy*, Mineralogical Society of America |
| Gary, McAfee, and Wolf, Eds. (1974) *Glossary of Geology* |
| Gunter (2010) *Defining Asbestos: Differences between the Built and Natural Environments*, 60 CHIMIA No. 10, 747, 748 |
| Harper et al. (2014) Characterization of Lone Pine, California tremolite asbestos and preparation of research material. *Ann. Occp. Hyg.*, **2014,** 1-13. |
| McCrone (1980) *Asbestos Particle Atlas*. Ann Arbor Science |
| McKillup and Dyar (2010) *Geostatistics Explained*, Cambridge University Press. |
| Miller and Mirtič (2013) Accuracy and precision of EDS analysis for identification of metal-bearing minerals in polished and rough particle samples, *Geologija*, **56**, 5-17. |
| Neilson and Brockman (1977) The error associated with point-counting, *Amer. Mineral.*, **62**, 1238-1244 |
| Newbury and Rotchie (2015) Performing elemental microanalysis with high accuracy and high precision by scanning electron microscopy/silicon drift detector energy-dispersive X-ray spectrometry (SEM/SDD-EDS), *Journal of Material Sciences*, **50**, 493-518 |
| Newbury (1995) "Standardless" quantitative electronic probe microanalysis with energy-dispersive x-ray spectrometry: Is it worth it? *Anal. Chem.*, **67**, 1866-1871. |
| Pierce et al. (2017) Evaluation of the presence of asbestos in cosmetic talcum products, *Inhalation Toxicology*, **29**, 443-456 |
| Rhoades (1976) XIDENT – A computer technique for the direct indexing of electron diffraction spot patterns. Research Report 70/76, Dept. of Mechanical Engineering, Univ. of Canterbury, Christchurch, New Zealand |
| Severin (2004) *Energy Dispersive Spectrometry of Common Rock Forming Minerals*, Springer, Kluwer. |
| Severin (1984) *Energy Dispersive Spectrometry of Common Rock-Forming Minerals*, Kluwer |

| |
|---|
| Shannon et al. (2017) Refractive indices of minerals and synthetic compounds, *Amer. Mineral.*, **102**, 1906-1914 |
| Su (2003) How to Use the *d*-Spacing/Interfacial Angle Tables to Index Zone-Axis Patterns of Amphibole Asbestos Minerals Obtained by Selected Area Electron Diffraction in Transmission Electron Microscope, 2008 report, Asbestos Analysis Consulting, Newark, DE |
| Su (2003) A rapid and accurate procedure for the determination of refractive indices of regulated asbestos minerals, *American Mineralogist*, **88**, 1979-1982 |
| Veblen and Wylie (1993) Mineralogy of amphiboles and 1:1 layer silicates, *Reviews in Mineralogy*, **28**, 61-138 |
| Walitzi et al. (1989) Verfeinerung der Kristallstruktur von Anthophyllite vom Ochsenkogel/Gleinalpe, Oesterreich, *Zeitschrift für Kristallographie - Crystalline Materials*, **188**, 327 |
| Wyckoff (1963) Cubic closest packed structure, *Crystal Structures* 1, 7 - 83 |
| Wylie and Virta (2016) Size distribution measurements of amosite, crocidolite, chrysotile, and nonfibrous tremolite, Digital Repository at the University of Maryland, http://dx.doi.org/10.13016/M2798Z. |
| Zoltai (1981) Amphibole Asbestos Mineralogy, *Reviews in Mineralogy & Geochemistry*, **9**, 237-278 |

## Standards and Regulations

| |
|---|
| 40 C.F.R. 1 (7-1-03 Edition). |
| 40 C.F.R. 763 |
| ASTM D5755 – 09 (2014) |
| ASTM D5756 – 02 (2008) |
| Asbestos Hazard Emergency Response Act, AHERA |
| International Agency for Research on Cancer (2012) *Arsenic, Metals, Fibres, and Dusts*, IARC Monographs on the Evaluation of Carcinogenic Risks to Humans |
| International Agency for Research on Cancer (2012), *Monographs on the Evaluation of Carcinogenic Risks to Humans Vol. 100C: Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite and Anthophyllite)*, |
| ISO 10312 (1995) |
| ISO 13794 (1999) |
| ISO 22262-1 (2012) |
| ISO 22262-2 (2014) |
| ISO 22262-3 (2016) |
| National Institute for Occupational Safety and Health (2011) *Asbestos Fibers and Other Elongate Mineral Particles: State of the Science and Roadmap for Research*, Current Intelligence Bulletin 62 |
| National Research Council (1984) *Asbestiform Fibers: Nonoccupational Health Risks* |
| Perkins and Harvey (1993) *Test Method: Method for the Determination of Asbestos in Bulk Building Materials*, EPA/600/R-93/116 |
| Yamate et al. (1984) Methodology for the measurement of airborne asbestos by electron microscopy, U.S. Environmental Protection Agency Report |

**Web Sources**

| |
|---|
| http://geologylearn.blogspot.com/2015/08/point-counting-technique-used-in.html |
| http://nrmima.nrm.se/ |
| http://rruff.geo.arizona.edu/AMS/amcsd.php |
| http://webmineral.com/ |
| http://www.charfac.umn.edu/instruments/eds_on_sem_primer.pdf |
| https://cstl.nist.gov/div837/837.02/epq/dtsa2/ |
| https://nature.berkeley.edu/classes/eps2/wisc/ri.html |
| https://rexplorations.wordpress.com/2015/08/13/hypothesis-tests-2-sample-tests-ab-tests/ |
| https://www.geologicalsocietyct.org/geoconnections-articles/recent-analyses-of-connecticut-amphiboles |

# EXHIBIT A

# CURRICULUM VITAE
## MELINDA DARBY DYAR

Department of Astronomy          Planetary Science Institute                    161 Chestnut St.
Mount Holyoke College            1700 East Fort Lowell, Suite 106          Amherst, MA 01002
South Hadley, MA 01075           Tucson, AZ 85719-2395                      (413) 348-9424
(413) 538-3073                   520-622-6300                           mdyar@mtholyoke.edu

**Education:**

Ph.D., Geochemistry, Massachusetts Institute of Technology, Cambridge, Mass. Thesis topic: Crystal chemistry and statistical analysis of iron in mineral standards, micas, and glasses. Advisor: Roger G. Burns.

B.A., Geology and Art History[1], Wellesley College, Wellesley, Mass. Thesis topic: Geology of the Broadmoor Wildlife Sanctuary, South Natick, MA: Structural and petrographic analysis. Advisor: Margaret Thompson. Summer Field Camp, Indiana University, Cardwell, Montana.

**Employment:**

Senior Scientist, Planetary Science Institute, 2015-present.

Kennedy-Schelkunoff Professor and Chair, Department of Astronomy, Mount Holyoke College and Five College Astronomy Department, 2011-present.

Associate Professor and Chair, Department of Astronomy, Mount Holyoke College and Five College Astronomy Department, 2002-2011.

Associate Professor Department of Earth and Environment, Mount Holyoke College and Five College Astronomy Department, 2002-2008.

Five College Graduate Faculty in Astronomy, University of Massachusetts, 2002-present.

Visiting Associate Professor, Department of Astronomy and Department of Earth and Environment, Mount Holyoke College and Five College Astronomy Department, 2001-2002.

Visiting Associate Professor, Department of Astronomy, University of Massachusetts (Amherst), 2001-2002.

Affiliated Staff, Department of Geological Sciences, University of Idaho, 2000-2018.

Visiting Assistant Professor, Department of Astronomy and Department of Earth and Environment, Mount Holyoke, 1998-2001.

Assistant Professor, Department of Geology and Astronomy, West Chester University, 1993-1998.

Visiting Assistant Professor, Department of Geology, Smith College, 1995-1996.

Assistant Professor, Department of Geological Sciences, University of Oregon, 1986-1993. Member, Materials Science Institute, 1987-1993.

Research Fellow, Division of Geological and Planetary Sciences, California Institute of Technology, 1985-1986 (G.R. Rossman, supervisor).

Post-Doctoral Fellow, Department of Earth, Atmospheric, and Planetary Sciences, Massachusetts Institute of Technology, 1985 (R.G. Burns, supervisor).

Research Assistant, Department of Earth, Atmospheric, and Planetary Sciences, Massachusetts Institute of Technology, 1980-1985.

Research Staff, Chevron Oil Field Research Company, La Habra, CA, summer, 1982.

Assistant Instructor, Indiana University Geologic Field Station, Cardwell, MO, summer, 1980.

**Professional Societies:**

| | |
|---|---|
| Association for Women Geoscientists | American Geophysical Union |
| Geological Society of America (Fellow) | North American Society for LIBS |
| Mineralogical Society of America (Fellow) | Geochemical Society (Fellow) |

---

[1] Course requirements for the art history major were completed while a graduate student at MIT.

**Honors:**

Sigma Xi, 1980
1984 Mineralogical Society of America (M.S.A.) Grant for Research in Crystallography
1990-1991 National Lecturer, Mineralogical Society of America
Outstanding Service Award, Mineralogical Society of America, 1991
**Fellow**, Mineralogical Society of America, 1995
Girls' Incorporated, Holyoke, Massachusetts, Honoree, 1 April, 2004
**Meribeth E. Cameron Faculty Award for Scholarship**, Mount Holyoke College, 2010
Participating Scientist, Mars Science Laboratory Science Team, 2012-2014
**J.K. Gilbert Award** for outstanding contributions to planetary science, Geological Society of America, 2016
**Fellow**, Geological Society of America, 2017
**Hawley Medal**, 2017, Mineralogical Association of Canada
**Eugene Shoemaker Distinguished Scientist Medal**, NASA Solar System Exploration Research Virtual Institutes, 2018
**Helmholtz International Fellow**, 2018-2021
**Fellow**, Geochemical Society, 2019.

**Professional Service:**

M.S.A. Research Grants Committee, 1991
M.S.A. Science Grants Committee, 1991
The Geochemical Society Program Committee, 1991-1994
National Science Foundation Instrumentation and Laboratory Instruction Panel, 1988 and 1992
National Science Foundation Undergraduate Curriculum and Course Development Panel, 1991
National Science Foundation Workshop: The Role of Faculty in the Disciplines in the
        Undergraduate Education of Future Teachers, invited participant, contributor to
        working paper, 1992
Program Committee, Geological Society of America National Meetings, 1992-1994
American Geophysical Union Workshop: Shaping the Future of Undergraduate Earth
        Science Education, invited participant and contributor to working paper, 1996
M.S.A. Lecture Program Committee, 1998-2000; Chair 1999-2000
M.S.A. Crystallography Research Grant Committee 1998-1999
Council for Undergraduate Research (C.U.R.), Councillor, 1999-2000
American Geological Institute (A.G.I.) Outreach Committee, 2000-2003
Associate Editor, *American Mineralogist*, 2000-present
Review Panel, NASA Cosmochemistry Program, 2001
Review Panel, NSF/NATO Postdoctoral Fellowship Program, 2002-2003
Judges Panel, Name the Rovers contest, 2003
Review Panel, NSF, CCLI Program, 2003
Instrument Selection Review Panel, Mars Science Lander 2009, NASA, 2004
Review Panel, NSF, CCLI Program, 2004
International Program Committee, Goldschmidt Conference, 2005
Executive Committee, AWIS National Meeting, 2005
Review Panel, NASA, 2006
Review Panel, NASA, 2007
Review Panel, NASA, 2008
Review Panel, NASA, 2008
Review Panel, NSF, 2008
Review Panel, NASA, 2009
Review Panel, NSF, 2009
Review Panel, NASA, 2009

Review Panel, NASA, 2010
Review Panel, NASA, 2011
Review Panel, NASA, 2012
Review Panel, NASA, 2013
Review Panel, NASA, 2015
Review Panel, NASA, 2016
Review Panel, NSF, 2017 (×2)
Review Panel, NASA, 2018

**Invited Talks and Professional Presentations:**
University of California at Riverside, 1986 and 1991[2]
University of Maine at Orono, 1987 and 1991[1]
Oregon State University, 1986 and 1991
Massachusetts Institute of Technology, 1987
Wellesley College, 1987
Smith College, 1988
State University of New York at Albany, 1989
Southern Methodist University, 1989
University of Washington, 1990
University of Saskatchewan, 1991[1]
San Diego State University, 1991[1]
University of California at Davis, 1991[1]
Sonoma State University, 1991[1]
University of Calgary, 1991[1]
University of New Mexico, 1991[1]
University of Houston, 1991[1]
Louisiana State University, 1991[1]
Texas Tech, 1991[1]
University of Chicago, 1992
Penn State University, 1992
University of Kentucky, 1992
University of Colorado at Boulder, 1993
European Research Conference, Hydrogen-Containing Defects in Minerals and Ceramics, 1993
Deep Continental Studies Workshop, Microknowledge and Megathinking, 1993
Portland State University, 1993
Hopi Buttes Workshop, invited participant, 1993
Rutgers University, 1994
University of North Carolina, 1994
Southern Methodist University, 1994
University of Massachusetts at Amherst, 1996
Mount Holyoke College, 1997
University of Western Ontario, 2000
University of Idaho, 2001
Eastern Washington University, 2001
Wellesley College, 2001
State University of New York at Stony Brook, 2003
Lunar and Planetary Institute, 2003
Brearley School, 2004

---

[2]talk sponsored by Mineralogical Society of America Lecture Program.

Massachusetts Institute of Technology, 2004
University of Massachusetts, 2004
Wellesley College, 2004
Rhode Island College, 2006
SUNY Binghamton, 2007
University of New Mexico, 2007
Colby College, 2008
Rutgers University, 2009
NASA Summer Science Institute, Goddard Space Flight Center, 2009
Hartwick College, 2010
M.I.T., 2011
Wellesley College, 2011
Brown University, 2011
Indiana University, 2011
TED talk, 2012
Texas Tech University, 2013
Skidmore College, 2014
University of Massachusetts Amherst, 2014
Rutgers University, 2014
Planetary Science Institute, 2015
TED-X, Springfield, MA 2015
University of Massachusetts, Amherst, 2015
Brown University, 2015
Amherst College, 2016
Rensselaer Polytechnical Institute, 2017
M.I.T., 2017
Williams College, 2018
Keynote Plenary Speaker, AAAS, January 2018
Colby College, 2018
University of Vermont (Burlington), 2018
Goddard Space Flight Center, 2019
Applied Physics Laboratory, 2019

**College and University Service:**

Structural Geologist Search Committee, University of Oregon (UO) 1987-1988
Chair, Affirmative Action Search Committee, UO, 1988
Chair, X-ray and Thin Section Committee, Dept. of Geological Sciences, UO, 1986-1987
Faculty Advisor, Condon Undergraduate Society, UO, 1986-1988
Affirmative Action Liaison, Dept. of Geological Sciences, UO, 1986-1989
Materials Science Institute Budget Committee, UO, 1987-1992
Treasurer, Materials Science Institute, UO, 1988-1992
Director, Materials Science Institute Research for Undergraduates Program, UO, 1988 & 1989
Physics Department Condensed Matter Search Committee, UO, 1988 and 1989
Graduate Teaching Fellow Coordinator, Dept. of Geological Sciences, UO, 1988-1989
Seismology Search Committee, Dept. of Geological Sciences, UO, 1988-1989
Volcanologist Search Committee, Dept. of Geological Sciences, UO, 1989-1990, 1990-1991
Telephone Counselor, Dept. of Geological Sciences, UO, 1990-1991
Chair, Displays Committee for Cascade Hall, UO, 1990-1993
Computer Coordinator, Dept. of Geological Sciences, UO, 1989-1993
Member, President's Task Force on Campus Infrastructure and Technology, UO, 1990-1992
Member, Committee on Campus Hazardous Waste Remediation, UO, 1988-1993

Member, University Library Committee, UO, 1987-1989
Member, Faculty Advisory to the Museum of Art, UO, 1989-1993
Chair, Faculty Advisory to the Museum of Art, UO, 1990-1993
Member, Departmental Computer Lab Managers, UO, 1989-1993
Board Member, Faculty Club of the University of Oregon, 1988-1993
Secretary-Treasurer, Faculty Club of the University of Oregon, 1989-1990
Member, Docent Council, University of Oregon Museum of Art, 1988-1993
Member, Board of Governors, University of Oregon Museum of Art, 1988-1993
Member, Curriculum Committee, Dept. of Geology and Astronomy, WCU, 1993-1996
Member, College of Arts and Sciences Recruitment Committee, WCU, 1994-1995Internship
Coordinator, Dept. of Geology & Astronomy, WCU, 1993-1997[3]
Member, Undergraduate Review Committee, Dept. of Geology & Astronomy, WCU, 1993-1998[2]
Member, Graduate Review Committee, Dept. of Geology & Astronomy, WCU, 1994-1998[2]
Member, Fellowship Committee, Mount Holyoke College, 2002-2006
Member, Planning and Budget Committee, 2003-2004
Chair, Fellowship Committee, Mount Holyoke College, 2003-2006
Coordinator of Universal Application Funding, 2003-2012
Member, Search Committee for Fellowships and Pre-Graduate Advising, 2009-2010
Task Force on Curriculum to Career, 2011
Member, Curriculum Committee, Five College Astronomy Department, 1999-present
Member, Radiation Safety Committee, Mount Holyoke College, 1999-present
Chair, Astronomy Department, 1999-present
Senate member, Five College Astronomy Department, 1999-present
Advisory Committee, 2017-2018

**Miscellaneous Presentations to the College Community and Beyond:**
Mathematics Department, MHC, 2000
Five College Geology Symposium, February 2001
Mount Holyoke Club of Bridgeport, CT, 2003
Lyon Lecture series, Denver, 25 Oct. 2003
Family Weekend, 31 Oct. 2003
Mathematics Department, MHC, February 2004
Five College Geology Symposium, February 2004
Mars lecture, AST 11, Amherst College, 5 March 2004
Fascinating Professor program, Francis Perkins scholars, 9 March, 2004
South Hadley Lions Club, 6 April 2004
East Longmeadow Library, 1 May, 2004
Dedication of Kendade Hall, 8 May, 2004
Class of 1959 reunion dinner, 28 May 2004
Mount Holyoke Club of South Hadley, 9 June, 2004
NOVA/WGBY fundraiser, Mount Holyoke College, 14 June, 2004
Summer math for high school students, summer Mars project, July, 2004
MHC Office of Admissions, summer staff training seminar, August, 2004
Family Weekend, 30 Oct. 2004
Hughes Symposium on Integrating Undergraduates into Research Programs, January 2005
Mount Holyoke Club of Houston, March, 2005
Springfield Star Club, April, 2005

---

[3]Maternity leave from West Chester University was taken during the academic years 1995-1996 and 1997-1998.

Mount Holyoke Reunion, June 2005
Century Club, Springfield, MA, March 2006
Mount Holyoke Reunion, June 2006
Mid-Coast Maine Mount Holyoke Club, June, 2006
MacDuffie School, January 2007
Mount Holyoke Club of New York City, March, 2007
Stargazers Club, North Scituate, RI, April 2007
Mount Holyoke Gala, Washington D.C., April 2009
Mount Holyoke Club of Bridgeport, December 2011
Development Office function in New York City, May 2012
Development Office function in San Francisco, October 2012
Development Office function in Los Angeles, October 2012
Development Office function in Boston, November 2012
Mount Holyoke Club of Cape Cod, May 2013
Mount Holyoke Club of New Hampshire, June 2013
Albany Area Amateur Astroomers, October, 2014
New England Society of Economic Geologists, January, 2015
Mount Holyoke Club of New Hampshire, October, 2015
Mount Holyoke Club of Fairfield County, October, 2015
Talk for 6th grade class at Common School, Amherst MA, May, 2017
Talk for the Development Office, October 2017
Reunion talk, class of 1967, May 2018

**Courses Taught:**

Mineralogy I and II (advanced undergraduate)
Igneous and Metamorphic Petrology (advanced undergraduate)
Introduction to Earth History (introductory historical geology)
Introduction to Geology (introductory physical geology)
Planet Earth (introductory geology/planetary science)
Geochemistry (graduate and undergraduate)
Spectroscopy (graduate and undergraduate)
Geometrics (applications of statistical methods) (graduate and undergraduate)
Planetary Science (introductory and advanced undergraduate)
Planetary Science seminar on Mars (advanced undergraduate)
Spectroscopy of the Planets (advanced undergraduate)
Meteorites (advanced undergraduate)

**Books and Electronic Media**:

Dyar, M.D., and Gunter, M.E. (2013) *Mineral Database*. App for I-pad, Mac, I-Phone.

McKillip, S. and Dyar, M.D. (2010) *Geostatistics Explained, An Introductory Guide for Earth Scientists*. Textbook. Cambridge University Press.

Dyar, M.D., and Gunter, M.E. (2008) *Mineralogy and Optical Mineralogy: A Three-Dimensional Approach*. Textbook. Mineralogical Society of America.

Dyar, M.D. (1999) *Hands-On Mineral Identification*. CD-ROM. Tasa Graphic Arts, Inc., Albuquerque, N.M.

Dyar, M.D., Busch, R.M., and Wiswall, G. (1997, 1998) *The Study of Minerals*. CD-ROM. Tasa Graphic Arts, Inc., Albuquerque, N.M.

Dyar, M.D., McCammon, C.A., and Schaefer, M.W., Eds. (1996) *Mineral Spectroscopy: A Tribute to Roger G. Burns*. Special Publication #5, The Geochemical Society, Washington, D.C., 400 pp.

**Papers:**

1.  Dyar, M.D., and Burns, R.G. (1981) Coordination chemistry of iron in glasses contributing to remote-sensed spectra of the moon. *Proc. Lunar and Planet. Sci. Conf.*, **12B**, 695-702.
2.  Burns, R.G., and Dyar, M.D. (1983) Spectral chemistry of green glass-bearing 15426 regolith. Proc. Lunar and Planet. Sci. Conf., 14, *J. Geophys. Res.*, **88**, B221-B228.
3.  Dyar, M.D., and Birnie, D.P. (1984) The effects of quench media on iron partitioning and ordering in a lunar glass. Proc. 1st Intl. Conf. on Glass in Planet. and Geolog. Phenomena, *J. Non-Cryst. Sol.*, **67**, 397-412.
4.  Stone, A.J., Parkin, K.M., and Dyar, M.D. (1984) STONE: a program for resolving Mössbauer spectra. DEC Users Soc. 11-720, Marlboro, Mass.
5.  Dyar, M.D. (1984) Precision and interlaboratory reproducibility of measurements of the Mössbauer effect in minerals. *Amer. Mineral.*, **69**, 1127-1144.
6.  Dyar, M.D. (1984) Experimental methods for quenching structures in lunar-analog silicate melts: variations as a function of quench media and composition. Proc. Lunar and Planet. Sci. Conf., 15, *J. Geophys. Res.*, **84**, supplement, C233-C239.
7.  Dyar, M.D. (1985) A review of Mössbauer data on inorganic glasses: the effects of composition on iron valency and coordination. *Amer. Mineral.*, **70**, 304-316.
8.  Birnie, D.P., and Dyar, M.D. (1986) Cooling rate calculations for silicate glasses. Proc. Lunar and Planet. Sci. Conf., 16, *J. Geophys. Res.*, **91(B4)**, D509-D513.
9.  DeGuire, M.R., Dyar, M.D., O'Handley, R.C., and Kalongi, G. (1986) Magnetic ordering in splat-quenched ferrite-silica compositions. *J. Magn. Magn. Mater.*, **54-57**, 1337-1338.
10. Dyar, M.D., and Burns, R.G. (1986) Mössbauer spectral study of ferruginous one-layer trioctahedral micas. *Amer. Mineral.*, **71**, 955-964.
11. Dyar, M.D. (1986) Practical application of Mössbauer goodness-of-fit parameters for evaluation of real experimental results: a reply. *Amer. Mineral.*, **71**, 1266-1267.
12. DeGuire, M.R., O'Handley, R.C., Kalongi, G., and Dyar, M.D. (1986) Spinel ferrite-silica glass obtained by splat quenching. *J. Non-Cryst. Sol.*, **81**, 351-364.
13. Dyar, M.D. (1986) Comment on ferrous/ferric Mössbauer analysis of simulated nuclear waste glass with and without computer fitting. *Commun., Am. Cer. Soc.*, **69(7)**, C-160-C-162.
14. Dyar, M.D. (1987) A review of Mössbauer data on trioctahedral micas: evidence for tetrahedral $Fe^{3+}$ and cation ordering. *Amer. Mineral.*, **72**, 102-112.
15. Dyar, M.D., Naney, M.T., and Swanson, S.E. (1987) Effects of quench methods on $Fe^{3+}/Fe^{2+}$ ratios: a Mössbauer and wet chemical study. *Amer. Mineral.*, **72**, 792-800.
16. Fudali, R.F., Dyar, M.D., Griscom, D.L., and Schreiber, H.D. (1987) The oxidation state of iron in tektite glass. *Geochim. Cosmochim. Acta.*, **51(10)**, 2749-2756.
17. Dyar, M.D., and Naney, M.T. (1988) Effects of quench methods on $Fe^{3+}/Fe^{2+}$ ratios: Reply. *Amer. Mineral.*, **73**, 1479.
18. Dyar, M.D. (1989) Application of Mössbauer goodness-of-fit parameters to experimental spectra: Further discussion. *Amer. Mineral.*, **74**, 688.
19. McGuire, A.V., Dyar, M.D., and Ward, K.W. [4] (1989) Neglected $Fe^{3+}/Fe^{2+}$ ratios: a study of $Fe^{3+}$ contents of megacrysts from alkali basalts. *Geology*, **17**, 687-689.
20. Dyar, M.D., McGuire, A.V., and Ziegler, R.D. (1989) Redox equilibria and crystal chemistry of coexisting minerals from spinel lherzolite mantle xenoliths. *Amer. Mineral.*, **74**, 969-980.
21. Dyar, M.D. (1990) Mössbauer spectra of biotite from metapelites. *Amer. Mineral.*, **75**, 656-666.
22. Guidotti, C.V., and Dyar, M.D. (1991) Ferric iron in metamorphic biotite and its petrologic and crystallochemical implications. *Amer. Mineral.*, **76**, 161-175.
23. Dyar, M.D., Perry, C.P., Rebbert, C.R., Dutrow, B., Holdaway, M.J., and Lang, H. (1991) Mössbauer spectroscopy of synthetic and naturally occurring staurolites. *Amer. Mineral.*, **76**, 27-41.
24. Burns, R.G., and Dyar, M.D. (1991) Crystal chemistry and Mössbauer spectra of babingtonite. *Amer. Mineral.*, **76**, 892-899.
25. Dyar, M.D., Colucci, M.T., and Guidotti, C.V. (1991) Forgotten major elements: Hydrogen and oxygen variation in biotite from metapelite. *Geology*, **19**, 1029-1032.

---

[4] Names of undergraduate coauthors are underlined.

26. Holdaway, M.J., Mukhopadhyay, B., Dyar, M.D., Dutrow, B.L., Rumble, D. III., and Grambling, J. (1991) A new perspective on staurolite crystal chemistry: Use of stoichiometric and chemical end-members for a mole fraction model. *Amer. Mineral.*, **76**, 1910-1919.

27. McGuire, A.V., Dyar, M.D., and Nielson, J.E. (1991) Metasomatic oxidation of upper mantle peridotite. *Contrib. Min. Petrol.*, **109**, 252-264.

28. Dyar, M.D., McGuire, A.V., and Mackwell, S.M. (1992) $Fe^{3+}/H^+$ and D/H in mantle kaersutites - Misleading indicators of mantle source fugacities. *Geology*, **20**, 565-568.

29. Dyar, M.D., McGuire, A.V., and Harrell, M.D. (1992) Crystal chemistry of iron in two styles of metasomatism in the upper mantle. *Geochim. Cosmochim. Acta*, **56**, 2579-2586.

30. Banfield, J.M., Dyar, M.D., and McGuire, A.V. (1992) The defect microstructure of oxidized mantle olivine from Dish Hill, California. *Amer. Mineral.*, **77**, 959-975.

31. McGuire, A.V., Francis, C.A., and Dyar, M.D. (1992) Mineral standards for electron microprobe analysis of oxygen. *Amer. Mineral.*, **77**, 1087-1091.

32. Holdaway, M.J., Gunst, R.F., Mukhopadhyay, B., and Dyar, M.D. (1993) Staurolite end member molar volumes determined from unit-cell measurements of natural specimens. *Amer. Mineral.*, **78**, 56-67.

33. O'Hanley, D.S., and Dyar, M.D. (1993) The crystal chemistry of lizardite 1T and the formation of magnetite in serpentines. *Amer. Mineral.*, **78**, 391-404.

34. Dyar, M.D. (1993) Mössbauer spectroscopy of tetrahedral $Fe^{3+}$ in trioctahedral micas - Discussion. *Amer. Mineral.*, **78**, 665-668.

35. Dyar, M.D., Guidotti, C.V., Holdaway, M.J., and Colucci, M. (1993) Nonstoichiometric hydrogen contents in common rock-forming hydroxyl silicates. *Geochim. Cosmochim. Acta*, **57**, 2913-2918.

36. Dyar, M.D., Mackwell, S.M., McGuire, A.V., Cross, L.R., and Robertson, J.D. (1993) Crystal chemistry of $Fe^{3+}$ and $H^+$ in mantle kaersutites: Implications for mantle metasomatism. *Amer. Mineral.*, **78**, 968-979.

37. Dyar, M.D. (1993) Instructional innovation. In The role of geosciences faculty in the undergraduate education of science and mathematics teachers. In *Proceedings, National Science Foundation Workshop, Role of Faculty from the Science Disciplines in the Undergraduate Education of Future Sciences and Mathematics Teachers,* 208-210.

38. Guidotti, C.V., Yates, M.G., Dyar, M.D., and Taylor, M. (1994) Petrogenetic implications of $Fe^{3+}$ content of muscovite in pelitic schists. *Amer. Mineral.*, **79**, 793-795.

39. Earley, D., Dyar, M.D., Ilton, E.S., and Granthem, A.A. (1995) The influence of structural fluorine on biotite oxidation in copper-bearing, aqueous solutions at low temperatures and pressures. *Geochim. Cosmochim. Acta*, **59**, 2423-2433.

40. Hower, J.C., Graham, U.M., Dyar, M. D., Taylor, M.E., and Rathbone, R.F. (1995) Approaches to the study of iron distribution among phases in high- and low-sulfur coal fly ash. In *Coal - Energy and the Environment*, S.-H. Chiang, ed., Proceedings 12th Ann. Pittsburg Coal Conference, 1138-1143.

41. Dyar, M.D., Treiman, A.H., Beauchamp, P.M., Blaney, D.L., Kim, S.S., Klingelhoefer, G., Mehall, G., Morris, R.V., Ninkov, Z., Sprague, A.L., Zolensky, M., and Pieters, C. (1995) Mineralogy. In Morris, C. and Treiman, A. H., eds., *Planetary Surface Instrumentation Workshop, Lunar and Planetary Institute, Tech. Rep.* 95-05, 65-84.

42. Dyar, M.D., Martin, S.V., Mackwell, S.J., Carpenter, S., Grant, C.A., and McGuire, A.V. (1996) Crystal chemistry of $Fe^{3+}$, $H^+$, and D/H in mantle-derived augite from Dish Hill: Implications for alteration during transport. In: M.D. Dyar, C.A. McCammon, and M. Schaefer, eds., *Mineral Spectroscopy: A Tribute to Roger G. Burns*, Special Publication #5, The Geochemical Society, 273-289.

43. Delaney, J.S., Bajt, S., Sutton, S.R., and Dyar, M.D. (1996) *In situ* microanalysis of $Fe^{3+}/\Sigma Fe$ ratios in amphibole by X-ray Absorption Near Edge Structure (XANES) spectroscopy. In: M.D. Dyar, C.A. McCammon, and M. Schaefer, eds., *Mineral Spectroscopy: A Tribute to Roger G. Burns*, Special Publication #5, The Geochemical Society, 170-177.

44. Robertson, J.D., and Dyar, M.D. (1996) Nuclear methods for analysis of boron in minerals. In: E.S. Grew and L.M. Anovitz, eds., *Boron: Mineralogy, Petrology, and Geochemistry in the Earth's Crust. Reviews in Mineralogy*, vol. 32, Mineralogical Society of America, 805-820.

45. Holdaway, M.J., Mukhopadhyay, B., Dyar, M.D., Guidotti, C.V., and Dutrow, B.L. (1997) Garnet-biotite geothermometry revised: New Margules parameters and a natural specimen data set from Maine. *Amer. Mineral.*, **82**, 582-595.

46. Bettison-Varga, L., Burger, R., Creasy, J., Dyar, D., Knight, P., Shapiro Ledley, T., and McManus, D. (1996) How should we integrate research and education? In: M.F.W. Ireton, C.A. Manduca, and D.A. Mogk,

    Eds., *Shaping the Future of Undergraduate Earth Science Education*, American Geophysical Union, 29-32.

47. Dyar, M.D. (1997) Color in minerals. In: J.B. Brady, Mogk, D.W., and Perkins, D., eds., *Teaching Mineralogy*, Mineralogical Society of America, 323-348.

48. Smyth, J.R., Dyar, M.D., May, H.M., Bricker, O.P., and Acker, J.G. (1997) Crystal structure refinement and Mössbauer spectroscopy of an ordered, triclinic clinochlore. *Clays Clay Mins.*, **45**, 544-550.

49. Delaney, J.S., Dyar, M.D., Sutton, S.R., and Bajt, S. (1998) Redox ratios with relevant resolution: Solving an old problem using the Synchrotron microXANES probe. *Geology*, **26**, 139-142.

50. Dyar, M.D., Taylor, M.E., Lutz, T.M., Francis, C.A., Robertson, J.D., Cross, L.M., Guidotti, C.V., and Wise, M. (1998) Inclusive chemical characterization of tourmaline: Mössbauer study of Fe valence and site occupancy. *Amer. Mineral.*, **83**, 848-864.

51. O'Hanley, D.S., and Dyar, M.D. (1998) The composition of chrysotile: integration of Mössbauer and electron microprobe data and the relationship between chrysotile and lizardite. *Canad. Mineral.*, **36**, 727-739.

52. Dyar, M.D., Delaney, J.S., Sutton, S.R., and Schaefer, M.W. (1998) $Fe^{3+}$ distribution in oxidized olivine: A synchrotron micro-XANES study. *Amer. Mineral.*, **83**, 1361-1365.

53. Dyar, M.D., Guidotti, C.V., Core, D.P., Wearn, K.M., Wise, M.A., Francis, C.A., Johnson, K., and Brady, J.B. (1999) Stable isotope and crystal chemistry of tourmaline across pegmatite - country rock boundaries at Black Mountain and Mount Mica, southwestern Maine, U.S.A. *Euro. J. Mineral.*, **11**, 281-294.

54. Bloodaxe, E.S., Hughes, J.M., Dyar, M.D., Grew, E.S., and Guidotti, C.V. (1999) Linking structure and chemistry in the schorl-dravite series. *Amer. Mineral.,* **84**, 922-928.

55. Tagg, S.L., Cho, H., Dyar, M.D., and Grew, E.S. (1999) Tetrahedral boron in naturally-occurring tourmaline. *Amer. Mineral.*, **84**, 1451-1455.

56. Francis, C.A., Dyar, M.D., Williams, M., and Hughes, J.M. (1999) The occurrence and crystal structure of foitite from a tungsten-bearing vein at Copper Mountain, Taos County, New Mexico. *Canad. Mineral.*, **37**(6), 1431-1438.

57. Woods, S., Mackwell, S.J., and Dyar, M.D. (2000) Hydrogen in diopside: Diffusion profiles. *Amer. Mineral.*, **85**, 480-487.

58. King, P.L., Hervig, R.L., Holloway, J.R., Delaney, J.S., and Dyar, M.D. (2000) Partitioning of $Fe^{3+}/Fe_{total}$ between amphibole and basanitic melt as a function of oxygen fugacity. *Earth Planet. Sci. Lets.*, 178, 97-112.

59. Hughes, J.M., Ertl, A., Dyar, M.D., Grew, E.S., Shearer, C.K., Yates, M.G., and Guidotti, C.V. (2000) Tetrahedrally coordinated boron in a tourmaline: Boron-rich olenite from Stoffhütte, Koralpe, Austria. *Canad. Mineral.*, 38, 861-868.

60. Hughes, K.-A., Hughes, J.M., and Dyar, M.D. (2001) Chemical and structural evidence for $^{[4]}B \leftrightarrow {}^{[4]}Si$ substitution in natural tourmalines. *Eur. J. Mineral.*, 13, 743-747.

61. Dyar, M.D. Delaney, J.S., and Sutton, S.R. (2001) Fe XANES spectra of iron-rich micas. *Eur. J. Mineral.*, 13, 1079-1098.

62. Righter, K., Dyar, M.D., Delaney, J.S., Vennemann, T.W., and Hervig, R.L. (2002) Correlations of octahedral cations with $OH^-$, $O^{2-}$, $Cl^-$, and $F^-$ in biotite from volcanic rocks and xenoliths. *Amer. Mineral.*, 142-153.

63. Dyar, M.D., Wiedenbeck, M., Robertson, J.D., Cross, L.R., Delaney, J.S., Ferguson, K., Francis, C.A., Grew, E.S., Guidotti, C.V., Hervig, R.L., Hughes, J.M., Husler, J., Leeman, W., McGuire, A.V., Rhede, D., Rothe, H., Paul., R.L., Richards, I., and Yates, M. (2002) Reference minerals for microanalysis of light elements. *Geostand. Newslet.*, **25**, 441-463.

64. Dyar, M.D. (2002) Optical and Mössbauer spectroscopy of iron in micas. In Mottana, A., and Sassi, F., Advances in Micas, Mineralogical Society of America and The Geochemical Society, *Reviews in Mineralogy and Geochemistry*, **46**, 313-349.

65. Mottana, A., Marcelli, A., Cibin, G., and Dyar, M.D. (2002) X-ray absorption spectroscopy of the micas. In Mottana, A., and Sassi, F., Advances in Micas, Mineralogical Society of America and The Geochemical Society, *Reviews in Mineralogy and Chemistry*, **46**, 371-412.

66. Dyar, M.D., Lowe, E.W., Guidotti, C.V., and Delaney, J.S. (2002) $Fe^{3+}$ and $Fe^{2+}$ partitioning among silicates in metapelites: A synchrotron micro-XANES study. *Amer. Mineral.*, **87**, 514-522.

67. Johnson, E.R., Rossman, G.R., Dyar, M.D., and Valley, J.W. (2002) Correlation between OH concentration and oxygen isotope diffusion rate in diopsides from the Adirondack Mountains, New York. *Amer. Mineral.*, **87**, 899-908.

68.  Aja, S.U., and Dyar, M.D. (2002) The stability of Fe-Mg chlorites in aqueous hydrothermal solutions: I. Results of experimental investigations between 25 and 200 °C and $P_v = P_{H20}$. *Appl. Geochem.*, **17**, 1219-1239.

69.  Dyar, M.D., Gunter, M.E., Delaney, J.S., Lanzarotti, A., and Sutton, S.R. (2002) Use of the spindle stage for orientation of single crystals for microXAS: Isotropy and anisotropy in Fe-XANES spectra. *Amer. Mineral.,* **87**, 1500-1504.

70.  Dyar, M.D., Gunter, M.E., Delaney, J.S., Lanzarotti, A., and Sutton, S.R. (2002) Systematics in the structure and XANES spectra of pyroxenes, amphiboles, and micas. *Canad. Mineral.*, **40**, 1375-1393.

71.  Bishop, J., Murad, E., and Dyar, M.D. (2002) The influence of octahedral and tetrahedral cation substitution on the structure of smectites and serpentines as observed through infrared spectroscopy. *Clay Mins.,* **37**, 617-628.

72.  Petersen, O.V., Francis, C.A., Dyar, M.D., and Rosing, M.T. (2002) Dravite from Qârusulik, Ameralik Fjord, southern West Greenland: a forgotten classic tourmaline occurrence. *extraLapis English*, **3**, 42-46.

73.  Gunter, M.E., Dyar, M.D., Twamley, B., Foit, F.F. Jr., and Cornelius, S.B. (2003) Composition, $Fe^{3+}/\Sigma Fe$, and crystal structure of non-asbestiform and asbestiform amphiboles from Libby, Montana, U.S.A. *Amer. Mineral.*, **88**, 1944-1952.

74.  Dyar, M.D. (2003) Ferric iron in SNC meteorites as determined by Mössbauer spectroscopy: Implications for martian landers and martian oxygen fugacity. *Meteor. Planet. Sci.,* 38, 1733-1752.

75.  Ertl, A., Hughes, J.M., Brandstätter, F., Dyar, M.D., and Prasad, P.S.R. (2003) Disordered Mg-bearing olenite from a granitic pegmatite at Goslarn, Austria: A chemical, structural, and infrared spectroscopic study. *Canad. Mineral.*, **41**, 1363-1370.

76.  Dyar, M.D., and Schaefer, M.W. (2004) Mössbauer spectroscopy on the surface of Mars: constraints and expectations. *EPSL*, **218**, 243-259.

77.  Dyar, M.D., Gunter, M.E., Davis, J.D., and Odell, M.R.L. (2004) Integration of new methods into teaching mineralogy. *J. Geosci. Educ.,* **52**, 23-31.

78.  Dyar, M.D., McEnroe, S.A., Murad, E., Brown, L., and Schiellerup, H. (2004) The relationship between exsolution and magnetic behavior in hemo-ilmenite: Insights from Mössbauer spectroscopy with implications for planetary magnetic anomalies. *Geophy. Res. Letts.,* **31**, L04608, doi : 10.1029/2003GL019076.

79.  Hughes, J.M., Ertl, A., Dyar, M.D., Grew, E.S., Wiedenbeck, M., and Brandstätter, F. (2004) Structural and chemical response to varying [4]B content in zoned Fe-bearing olenite from Koralpe, Austria. *Amer. Mineral.*, **89**, 447-454.

80.  Ertl, A., Pertlik, F., Dyar, M.D., Prowatke, S., Hughes, J.M., Ludwig, T., and Bernhardt, H.J. (2004) Fe-rich olenite with tetrahedrally coordinated $Fe^{3+}$ from Austria: Structural, chemical, and Mössbauer data. *Canad. Mineral.*, **42**, 1057-1063.

81.  Lane, M.D., Dyar, M.D., and Bishop, J.L. (2004) Spectroscopic evidence for hydrous iron sulfate in the martian soil. *Geophy. Res. Letts*., **31**, L19702, doi: 10.1029/2004GL021231.

82.  McCanta, M.C., Dyar, M.D., Rutherford, M.J., and Delaney, J.S. (2004) Iron partitioning between basaltic melts and clinopyroxene as a function of oxygen fugacity. *Amer. Mineral.*, **89**, 1685-1693.

83.  Bishop, J.B., Dyar, M.D., Lane, M.L., and Banfield, J. (2004) Spectral identification of hydrated sulfates on Mars and comparison with acidic environments on Earth. *Internat. J. Astrobio.*, **3**, 275-285.

84.  Losey, A., Rakovan, J.F., Hughes, J.M., Francis, C.A., and Dyar, M.D. (2004) Structural variation with composition in the lithiophilite-triphylite series. *Canad. Mineral.,* **42**, 1105-1115.

85.  Sutton, S.R., Delaney, J.S., Karner, J., Papike, J., Newville, M., Eng, P., Rovers, M., and Dyar, M.D. (2005) Vanadium K-edge XANES of synthetic and natural basaltic glasses and application to microscale oxybarometry. *Geochim. Cosmochim. Acta*., **69**, 2333-2348.

86.  Driscall, J., Jenkins, D.M., Dyar, M.D., and Bozhilov, K.N. (2005) Cation ordering in synthetic Fe-Mg-actinolite. *Amer. Mineral.*, **90**, 900-911.

87.  Dyar, M.D., Treiman, A.H., Pieters, C.M., Hiroi, T., and Lane, M.D. (2005) MIL03346, the most oxidized martian meteorite: A first look at petrography, mineral chemistry, and spectroscopy. *JGR, Planets,* **110**, E09005.

88.  Seaman, S.J., Dyar, M.D., and Marinkovic, N., and Dunbar, N. (2006) An FTIR Study of Hydrogen in Anorthoclase and Associated Melt Inclusions. *Amer. Mineral*, **91**, 12-20.

89.  Dyar, M.D. Agresti, D.G., Schaefer, M., Grant, C.A., and Sklute, E.C. (2006) Mössbauer spectroscopy of earth and planetary materials. *Ann. Revs. Earth Planet. Sci.*, **34**, 83-125.

90.  Cempírek, J., Novák, M., Ertl, A., Hughes, J.M., Rossman, G.R., and Dyar, M.D. (2006) Fe-bearing olenite with tetrahedrally coordinated Al from an abyssal pegmatite at Kutná Hora, Czech Repubic: Structure, crystal chemistry, and XANES spectra. *Canad. Mineral.*, **44**, 23-30.

91.  Schiffman, P., Zierenberg, R., Marks, N., Bishop, J.L., and Dyar, M.D. (2006) Acid fog deposition at Kilauea Volcano: A possible mechanism for the formation of siliceous-sulfate rock coatings on Mars. *Geology*, **34**(11), 921-924.

92.  Agresti, D., Dyar, M.D., and Schaefer, M.W. (2006) Velocity calibration for *in-situ* Mössbauer data from Mars. *Hyperfine Interactions*, **167**(1-3), 845-850, 10.1007/s10751-006-9370-x.

93.  Ertl, A., Kolitsch, U., Prowayke, S., Dyar, M.D., and Henry, D.J. (2006) The F-analogue of schorl from Grasstein, Trentino – South Tyrol, Italy: Crystal structure and chemistry. *Euro. J. Mineral.*, **18**, 583-588.

94.  Agresti, D.G., Dyar, M.D., and Schaefer, M.W. (2007) Velocity scales for Mars Mossbauer data. *Hyperfine Interactions*, **170**(1-3), 67-74, DOI 10.1007/s10751-006-9472-5.

95.  Dyar, M.D., Klima, R.L., Lindsley, D., and Pieters, C.M. (2007) Effects of differential recoil-free fraction on ordering and site occupancies in Mössbauer spectroscopy of orthopyroxenes. *Amer. Mineral.*, **92**, 424-428.

96.  Klima, R.A., Dyar, M.D., and Pieters, C.M. (2007) Spectroscopy of synthetic Mg-Fe pyroxenes I: Spin-allowed and spin-forbidden crystal field bands in the visible and near-infrared. *Meteor. Planet. Sci.*, 42(2), 235-254.

97.  Bishop, J.L., Schmifman, P., Murad, E., Dyar, M.D., Drief, A., and Lane, M.D. (2007) Characterization of Alteration Products in Tephra from Haleakala, Maui: A Visible-Infrared Spectroscopy, Mössbauer Spectroscopy, XRD, EMPA and TEM Study. *Clays Clay Mins.*, **55**(1), 1-17.

98.  Treiman, A.H., Dyar, M.D., McCanta, M., Noble, S.K., and Pieters, C.M. (2007) Martian dunite NWA 2737: Petrographic constraints on geological history, shock events, and olivine color. *JGR (Planets)*, **112**, E04002, doi:10.1029/2006JE002777.

99.  Lee, S.S., Guggenheim, S., Dyar, M.D., and Guidotti, C.V. (2007) Chemical composition, statistical analysis of the unit cell, and electrostatic modeling of the structure of Al-saturated chlorite. *Amer. Mineral.*, **92**, 954-965.

100. Taran, M.N., Dyar, M.D., and Matsyuk, S.S. (2007) Optical absorption study of natural garnets of almandine-skiagite composition showing intervalence $Fe^{2+}+Fe^{3+} \rightarrow Fe^{3+}+Fe^{2+}$ charge-transfer transition. *Amer. Mineral.*, **92**, 753-760.

101. Oyman, T., and Dyar, M.D. (2007) Chemical substitutions in oxidized tourmaline in granite-related hydrothermal systems, Western Turkey. *Canad. Mineral.*, **45**, 1397-1413.

102. Ertl, A., Hughes, J.M., Prowatke, S., Ludwig, T., Brandstätter, F., Körner, W., and Dyar, M.D. (2007) Tetrahedrally-coordinated boron in Li-bearing olenite from "mushroom". tourmaline from Momeik, Burma: Structure and chemistry. *Canad. Mineral.* , **45**, 891-899.

103. Minitti, M.E., Rutherford, M.J., Taylor, B.E., Dyar, M.D., and Schultz, P.H. (2008) Assessment of shock effects on amphibole water contents and hydrogen isotopic compositions: 1. Amphibolite experiments. *EPSL*, **266**, 46-40.

104. Mazeina, L., Navrotsky, A., and Dyar, M.D. (2008) Enthalpy of formation of Sulfate Green Rusts, $Fe^{II}_{1-x}Fe^{III}_x(OH)_{2+x-2y}(SO_4)_y\cdot nH_2O$. *Geochim. Cosmochim. Acta.*, **72**, 1143-1153.

105. Minitti, M.E., Leshin, L.A., Dyar, M.D., Ahrens, T.J., Guan, Y., and Luo, S. (2008) Assessment of shock effects on amphibole water contents and H isotopic compositions: 2. Kaersutitic amphibole experiments. *EPSL*, **266**, 288-302.

106. Bishop, J.L., Dyar, M. D., Sklute, E.C., and Drief, A. (2008) Physical alteration of antigorite: a Mössbauer spectroscopy, reflectance spectroscopy and TEM study with applications to Mars. *Clay Mins.*, 43, 55-67.

107. Burbine, T.H., Rivkin, A.S., Noble, S.K., Mothé-Diniz, T., Bottke, W.F., McCoy, T.J., and Dyar, M.D. (2008) Oxygen and asteroids. *Revs. Mineral. Geochem.*, **68**, 273-343.

108. Pieters, C. M., R. Klima, T. Hiroi, M. D. Dyar, M. D. Lane, A. H. Treiman, S. Noble, J. Sunshine, and J. Bishop (2008) The origin of brown olivine in Martian dunite NWA 2737: Integrated spectroscopic analyses of brown olivine. *J.Geophys. Res.*, doi:10.1029/2007JE002939.

109. Dyar, M.D., Grew, E.S., and Henry, D.J. (2008) Petrologic mineralogy – the study of minerals in context: A memorial in honor of Charles V. Guidotti. *Amer. Mineral.*, **93**, 261-262.

110. Dyar, M.D., Schaefer, M.W., Sklute, E.C., and Bishop, J.L. (2008) Mössbauer spectroscopy of phyllosilicates: Effects of fitting models on recoil-free fractions and redox ratios. *Clay Mins.*, **43**, 3-33.

111. Bishop, J.L., Lane, M.D., Dyar, M.D., and Brown, A.J. (2008) Reflectance and emissivity spectroscopy study of phyllosilicates: Smectites, kaolin-serpentines, chlorites and micas. *Clay Mins.,* **43**, 35-54.

112. Lane, M.D., Bishop, J.L., Dyar, M.D., King, P.L., Parente, M., and Hyde, B.C. (2008) Mineralogy of the Paso Robles soils on Mars. *Amer. Mineral.*, **93**, 728-739.

113. Tosca, N.J., McLennan, S.M., Dyar, M.D., Sklute, E.C., and Michel, F.M. (2008) Fe-oxidation processes at Meridiani Planum and implications for secondary Fe-mineralogy on Mars. *J. Geophys. Res. Planets*, **113** (E5), E05005.

114. Ertl, A., Dyar, M.D., Hughes, J.M., Brandstätter, F., Gunter, M., Prem, M., and Peterson, R.C. (2008) Pertlikite, a new netragonal Mg-rich member of the voltaite group from Madeni Zakh, Iran. *Canad. J. Mineral.*, **46**, 661-669.

115. Dyar, M.D. (2008) Mössbauer spectroscopy of environmental materials and their industrial utilization (book review). *Amer. Mineral.*, **93**, 1195.

116. Sanchez, M.S., Gunter, M.E., and Dyar, M.D. (2008) Characterization of historic amphibole samples from the former vermiculite mine near Libby, Montana U.S.A. *Euro. J. Mineral.*, **20**, 1043-1053.

117. Klima, R. L., Pieters, C. M. and M. D. Dyar (2008) Characterization of the 1.2 µm M1 pyroxene band: Extracting cooling history from near-IR spectra of pyroxenes and pyroxene-dominated rocks, *Meteor. Planet. Sci.*, **43**, 1591-1604.

118. Clegg, S.A., Wiens, R.C., Barefield, J., Sklute, E.C., and Dyar, M.D. (2009) Multivariate analysis of remote laser-induced breakdown spectroscopy spectra using partial least squares, principal component analysis, and related techniques. *Spectrochim. Acta Part B: Atom. Spectr.*, **64**, 79-88.

119. Li, Y.-L., Pfiffner, S.M., Dyar, M.D., Vali, H., Konhauser, K., Cole, D.R., and Phelps, T.J. (2009) Degeneration of superparamagnetic magnetite produced by *Shewanella algae* BrY. *Geobiology,* **7**, 25-34.

120. Hurowitz, J.A., Tosca, N.J., and Dyar, M.D. (2009) Acid production by FeSO₄·$n$H₂O Dissolution and implications for terrestrial and martian aquatic systems. *Amer. Mineral.*, **94**, 409-414.

121. Seaman, S.J., Dyar, M.D., and Marinkovic, N. (2009) The effects of heterogeneity in magma water concentration on the development of flow banding and spherulites in rhyolitic lava. *J. Volc. Geotherm Res.*, **183**, 157-169.

122. McCanta, M.C., Treiman, A.H., Dyar, M.D., Alexander, C.M.O'D., Rumble, D. III., and Essene, E.J. (2009) The LaPaz Icefield 04840 meteorite: Mineralogy, metamorphism, and origin of an amphibole- and biotite-bearing R chondrite. *Geochim. Cosmochim. Acta*, **72**, 5757-5780.

123. Dyar, M.D., Sklute, E.C., Menzies, O.N., Bland, P.A., Lindsley, D., Glotch, T., Lane, M.D., Wopenka, B., Klima, R., Bishop,. J.L., Hiroi, T., Pieters, C.M., and Sunshine, J. (2009) Spectroscopic characteristics of synthetic olivines, with an emphasis on fayalite: An integrated multi-wavelength approach. *Amer. Mineral.*, **94**, 883-898.

124. Lupulescu, M.V., Rakovan, J., Dyar, M.D., Robinson, G.W., and Hughes, J.M. (2009) Fluoro-potassichastingsite from the Greenwood Mine, Orange County, New York: a new end-member calcic amphibole. *Canad. Mineral.*, **47**, 909-916.

125. Dufresne, C.D.M., King, P.L., Dyar, M.D., and Dalby, K.N. (2009) Effect of SiO₂, total FeO, Fe³⁺/Fe²⁺, and alkali elements in basaltic glasses on mid-infrared spectra. *Amer. Mineral.*, **94**, 1580-1590.

126. Pieters, C.M., Goswami, J. N., Clark, R. N., Annadurai, M., Boardman, J., Buratti, B., Combe, J.-P., Dyar, M.D., Green, R., Head, J. W., Hibbitts, C., Hicks, M., Isaacson, P., Klima, R., Kramer, G., Kumar, S., Livo, E., Lundeen, S., Malaret, E. T., McCord, T., Mustard, J., Nettles, J., Petro, N., Runyon, C., Staid, M., Sunshine, J., Taylor, L. A., Tompkins, S., Varanasi, P. (2009) Character and Spatial Distribution of OH/H₂O on the Surface of the Moon seen by M³ on Chandrayaan-1. *Science*, **326**, 568-572.

127. Belley, F., Ferre, E.C., Martin-Hernandez, F., Jackson, M.J., Dyar, M.D., and Catlos, E. (2009) The magnetic properties of natural and synthetic (Fe$_x$,Mg$_{1-x}$)₂SiO₄ olivines. Earth. Planet. Sci. Letts., 284, 516-526.

128. Ertl, A., Hughes, J.M., Dyar, M. D., Rossman, G.R., and Prowatke, S. (2010) Tourmaline of the elbaite-schorl series from the Himalaya Mine, Mesa Grande, California, U.S.A.: A detailed investigation. *Amer. Mineral.*, **95**, 24-40.

129. Dyar, M. D., Hibbitts, C.A., and Orlando, T.M. (2010) Mechanisms for incorporation of hydrogen in and on terrestrial planetary surfaces. *Icarus*, **208**, 425–437, doi:10.1016/j.icarus.2010.02.014.

130. Groat, L.A., Rossman, G.R., Dyar, M.D., Turner, D., Piccoli, P.M.B., Schultz, A.J., and Ottolini, L. (2010) Crystal chemistry of aquamarine from the True Blue showing, Yukon Territory. *Canad. Mineral.*, **48**, 597-613.

131. Dyar, M.D., Glotch, T.D., Lane, M.D., Wopenka, B., Tucker, J.M., Seaman, S.J., Marchand, G.K., Klima, R., Hiroi, T., Bishop, J.L., Pieters, C., and Sunshine, J. (2011) Spectroscopy of Yamato 984028. *Polar Res.*, **4**, 530-540.

132. Grew, E.S., Marsh, J.H., Yates, M.G., Lazic, B., Armbruster, T., Locock, A., Bell, S., Dyar, M.D., Bernhardt, H.-J., and Medenbach, O. (2010) Menzerite-(Y), a new garnet species, $\{(Y, REE)(Ca, Fe^{2+})_2\}[(Mg,Fe^{2+})(Fe^{3+},Al)](Si_3)O_{12}$, end-member, $\{Y_2Ca\}[Mg_2](Si_3)O_{12}$, from a pyroxene granulite, Parry Sound, Ontario. *Canad. Mineral.*, **48**, 1171-1193.

133. Tucker, J.M., Dyar, M.D., Schaefer, M.W., Clegg, S.M., and Wiens, R.C. (2010) Optimization of laser-induced breakdown spectroscopy for rapid geochemical analysis. *Chem. Geol.*, 277, 137-148.

134. Klima, R.L., Dyar, M. D., and Pieters, C. M. (2010) Near-infrared spectra of clinopyroxenes: effects of calcium content and crystal structure. *Meteor. Planet. Sci.*, doi: 10.1111/j.1945-5100.2010.01158.x.

135. Scordari, F., Dyar, M.D., Schingaro, E., Matarrese, S., and Ottolini, L. (2010) XRD, micro-XANES, EMPA and SIMS investigation on phlogopite single crystals from Mt. Vulture (Italy). *Amer. Mineral.*, **95**, 1657-1670.

136. Dyar, M.D., Tucker, J.M., Humphries, S., Clegg, S.M., Wiens, R.C., and Lane, M. (2011) Strategies for Mars remote laser-induced breakdown spectroscopy analysis of sulfur in geological samples. *Spectrochimica Acta B.*, 66, 39-56.

137. Lane, M.D., Glotch, T.D., Dyar, M. D., Pieters, C.M., Klima, R., Hiroi, T., Bishop, J.L., and Sunshine, J. (2011) Mid-infrared spectroscopy of synthetic olivines: Thermal emission, attenuated total reflectance, and spectral and diffuse reflectance studies of forsterite to fayalite. *J. Geophys. Res. Planets.*, **116**, E08010, DOI: 10.1029/2010JE003588.

138. Hibbitts, C.A., Grieves, G.A., Poston, M.J., Dyar, M.D., Alexandrov, A.B., Johnson, M.A.,and Orlando, T. (2011) Thermal stability of water and hydroxyl on the surface of the Moon from temperature-programmed desorption measurements of lunar analog materials. *Icarus,* 213, *64-72*, 10.1016/j.icarus.2011.02.015.

139. Gunter, M.E., Dyar, M.D., Lanzirotti, A., Tucker, J.M., and Speicher, E.A. (2011) Differences in Fe-redox for asbestiform and nonasbestiform amphiboles from the former vermiculite mine, near Libby, Montana USA. *Amer. Mineral.*, **96**, 1414-1417.

140. Potter, S.L., Chan, M.A., Petersen, E.U., Dyar, M.D., and Sklute, E.C. (2011) Characterization of Navajo sandstone concretions: Mars comparison and criteria for distinguishing diagenetic origins. *EPSL*, **301**, 444-456.

141. Hyde, B.C., King, P.L., Dyar, M.D., Spilde, M.N., Ali, A.-M.S., and Kinkel, T. (2011) Methods to analyze metastable and microparticulate hydrated and hydrous iron sulfate minerals. *Amer. Mineral.*, **96**, 1856-1869.

142. Dutcher, B., Fan, M., Leonard, B., Dyar, M.D., Tang, J., Speicher, E.A., Pan, L. (2011) Use of nanoporous FeOOH as a catalytic support for $NaHCO_3$ decomposition aimed at reduction of energy requirement of $Na_2CO_3/NaHCO_3$ based $CO_2$ separation technology. *J. Phys. Chem. C.*, **115**, 15532-15544. DOI: 10.1021/jp204899r.

143. Dyar, M.D., Carmosino, M.L.,Tucker, J.M., Brown, E.A., Clegg, S.M., Wiens, R.C., Barefield, J.E., Delaney, J.S., Ashley, G.M., and Driese, S.G. (2012) Remote laser-induced breakdown spectroscopy analysis of East African Rift sedimentary samples under Mars conditions. *Chem. Geol.*, **294-295**, 135-151.

144. Schoonen, M., Sklute, E., Dyar, M.D., and Strongin, D. (2012) Reactivity of sandstones under conditions relevant to geosequestration: 1. Hematite-bearing sandstone exposed to supercritical carbon dioxide. *Chem. Geol.,* **296–297**, 96–102.

145. Evans, B.W., Dyar, M.D., and Kuehner, S.M. (2012) Implications of ferrous and ferric iron in antigorite. *Amer. Mineral.*, **97**, 184-196.

146. Dyar, M.D. (2012) Gender and geoscience specialization as a function of object and spatial visualization skills. In *Earth and Mind II: A Synthesis of Research on Thinking and Learning in the Geosciences*. GSA Special Paper **486**, 79-83, doi: 10.1130/2012.2486(13).

147. Dyar, M.D., Carmosino, M.L., Speicher, E.A., Ozanne, M.V., Clegg, S.M., and Wiens, R.C. (2012) Comparison of partial least squares and lasso regression techniques for laser-induced breakdown spectroscopy of geological samples. *Spectrochim. Acta B*, **70**, 51-67.

148. Wiens, R.C., Maurice, S., Barraclough, B., Saccoccio, M., Barkley, W.C., Bell, J.F. III, Bender, S. Bernardin, J., Blaney, D., Blank, J., Bouyé, M., Bridges, N., Caïs, P., Clanton, R.C., Clark, B., Clegg, S., Cousin, A., Cremers, D., Cros, A., DeFlores, L., Delapp, D., Dingler, R., D'Uston, C., Dyar, M.D., Elliott, T., Enemark, D., Fabre, C., Flores, M., Forni, O., Gasnault, O., Hale, T., Hays, C., Herkenhoff, K., Holm, R., Kan, E., Kirkland, L., Kouach, D., Landis, D., Langevin, Y., Lanza, N., LaRocca, F., Lasue, J., Latino, J., Limonadi, D., Lindensmith, C., Little, C., Mangold, N., Manhes, G., Mauchien, P., McKay, C., Miller, E., Mooney, J., Morris, R.V., Morrison, L., Nelson, T., Newsom, H., Ollila, A., Ott,

13

M., Pares, L., Perez, R., Provost, C., Reiter, J.W., Roberts, T., Romero, F., Sautter, V., Salazar, S., Simmonds, J.J., Stiglich, R., Storms, S., Striebig, N., Thocaven, J.-J., Trujillo, T., Ulibarri, M., Vaniman, D., Warner, N., Waterbury, R., Whitaker, R., Witt, J., and Wong-Swanson, B. (2012) The ChemCam instruments on the Mars Science Laboratory (MSL) rover: Body unit and combined system performance. *Space Sci. Revs.* DOI 10.1007/s11214-012-9902-4.

149. Ertl., A., Schuster, R., Hughes, J.M., Ludwig, T., Meyer, H.-P., Finger, F., Dyar, M.D., Ruschel, K., Rossman, G.R., Klötzi, U., Brandstätter, F., Lengauer, C.L., and Tillmans, E. (2012) Li-bearing tourmalines in Variscan pegmatites from the Moldanubic nappes, Lower Austria. *Euro. J. Mineral.*, **24**, 695–715.

150. Bishop, J.L., Franz, H.B., Goetz, W., Blake, D.F., Freissinet, C., Steininger, H., Goesmann, F., Brinckerhoff, W.B., Getty, S., Pinnick, V.T., Mahaffy, P.R., and Dyar, M.D. (2012) Coordinated analyses of Antarctic sediments as Mars analog materials using reflectance spectroscopy and current flight-like instruments for CheMin, SAM, and MOMA. *Icarus.* 10.1016/j.icarus.2012.05.014.

151. Segeler, C.G., Moore, P.B., Dyar, M.D., Leans, F., and Ferraiolo, J.A. (2012) Ferrolaueite, a new mineral from Monmouth County, New Jersey, USA. *Australian J. Mineral.*, **16**, 69-76.

152. Fernández-Remolar, D.C., Preston, L.J., Sánchez-Román, M., Izawa, M.R.W., Huang, L., Southam, G., Banerjee, N.R., Osinki, G.R., Flemming, R., Gómez-Ortiz, Ballesteros, O.P., Rodriguez, M., Amils, R., and Dyar, M.D. (2012) Carbonate precipitation under bulk acidic conditions as a potential biosignature for searching life on Mars. *EPSL*, **351-352**, 13-26.

153. Vaniman, D., Dyar, M.D., Wiens, R., Ollila, A., Lanza, N., Lasue, J., Rhodes, M., Clegg, S., and Newsom, H. (2012) Ceramic ChemCam calibration targets on Mars Science Laboratory. *Space Sci. Revs.*, DOI 10.1007/s11214-012-9886-0.

154. Dyar, M.D., Breves, E.A., Emerson, E., Bell, S.M., Nelms, M., Ozanne, M.V., Peel, S.E., Carmosino, M.L., Tucker, J.M., Gunter, M.E., Delaney, J.S.., Lanzirotti, A., and Woodland, A.B. (2012) Accurate determination of ferric iron in garnets in bulk Mössbauer spectroscopy and synchrotron micro-XANES. *Amer. Mineral.*, **97**, 1726-1740.

155. Bell, S.W., Thomson, B.J., Dyar, M.D., Neish, C.D., Cahill, J.T.S., and Bussey, D.B.J. (2012) Dating fresh lunar craters with Mini-RF. *J. Geophys. Res. Planets*, **117**, E00H30, doi:10.1029/2011JE004007.

156. Greenberger, R.N., Mustard, J.F., Kuma, P.S., Dyar, M.D., Breves, E.A., and Sklute, E.C. (2012) Low temperature aqueous alteration of basalt: mineral assemblages of Deccan basalts and implications for Mars. *J. Geophys. Res.,* **117**, E00J12 , DOI: 10.1029/2012JE004127.

157. Ertl, A., Kolitsch, U., Dyar, M.D., Hughes, J.M., Rossman, G.R., Pieczka, A., Henry, D.J., Pezzotta, F., Prowatke, S., Lengauer, C.L., Korner, W., Brandstatter, F., Francis, C.A., Prem, M., and Tillmanns, E. (2012) Limitations of $Fe^{2+}$ and $Mn^{2+}$ site occupancy in tourmaline: Evidence from Fe2+- and Mn2+-rich tourmaline. *Amer. Mineral.*, **97**, 1402-1416.

158. King, P.L., Sham , T.-K., Gordon, R.A., and Dyar, M.D. (2013) Microbeam X-ray analysis of $Ce^{3+}/Ce^{4+}$ in Ti-rich minerals: A case study with titanite (sphene) with implications for multivalent trace element substitution in minerals. *Amer. Mineral.*, **98**, 110-119.

159. Bishop, J.L., Perry, K.A., Dyar, M.D., Bristow, T.F., Blake, D.F., Brown, A.J. and Peel, S.E. (2013) Coordinated spectral and XRD analyses of magnesite-nontronite-forsterite mixtures and implications for carbonates on Mars. *J. Geophys. Res.*, **118**, doi:10.1002/jgre.20066.

160. Bishop, J.L., Loizeau, D., McKeown, N.K., Saper, L., Dyar, M.D., Des Marais, D., Parente, M., and Murchie, S.L. (2013) What the ancient phyllosilicates at Mawrth Vallis can tell us about possible habitability on early Mars. *Planet. Space Sci.*, DOI: 10.1016/j.pss.2013.05.006.

161. Bishop, J.L., Franz, H.B., Goetz, W., Blake, D.F., Freissinet, C., Steininger, H., Goesmann, F., Brinckerhoff, W.B., Getty, S., Pinnick, V.T., Mahaffy, P.R., and Dyar, M.D. (2013) Coordinated analyses of Antarctic sediments as Mars analog materials using reflectance spectroscopy and current flight-like instruments for CheMin, SAM, and MOMA. *Icarus*, **224**, 309-325.

162. Poston, M.J., Grieves, G.A., Aleksandrov, A.B., Hibbitts, C.A., Dyar, M.D., and Orlando, T.M. (2013) Water interactions with micronized lunar surrogates JSC-1A and albite under ultra-high vacuum with application to lunar observations. *J. Geophys. Res.*, **118**, 105–115, doi:10.1029/2012JE004283.

163. Osaky, M., Geramian, M., Dyar, M.D., Sklute, E.C., Valter, M., Ivey, D.G., Liu, Q., and Etsell, T.H. (2013) Characterization of petrological end members of oil sands from the Athabasca Region, Alberta, Canada. *Canad. J. Chem. Engineer.*, **91**, 1402-1415.

164. Popa, T., Fan, M., Argyle, M.D., Dyar, M.D., Gao, Y., Tang, J., Speicher, E.A., and Kammen, D.M. (2013) $H_2$ and $CO_x$ generation from coal gasification catalyzed by a cost-effective iron catalyst. *Applied Catalysis*, **464-465**, 207-217.

165. McCanta, M., Dobosh, P.A., and Dyar, M.D. (2013) Testing the veracity of LIBS analyses on Mars using the LIBSSIM program. *Space Science Reviews*, 81, 48-54.

166. Dyar, M.D., Klima, R.E., Fleagle, A., and Peel, S.E. (2013) Fundamental Mössbauer parameters of synthetic Ca-Fe-Mg pyroxenes. *Amer. Mineral.,* **98**, 1172-1186.

167. Osacky, M., Geramian, M., Dyar, M.D., Sklute, E.C., Valter, M., Ivey, D.G., Liu, Q., and Etsell, T.H. (2013) Characterization of petrologic end members of oil sands from the Athabasca region, Alberta, Canada. Canda. *J. Chem. Engineer.*, **9999**, 1-14.

168. Wiens, R.C., Maurice, S., Lasue, J., Forni, O., Anderson, R.B., Clegg, S., Bender, S., Blaney, D., Barraclought, B.L., Cousin, A., Deflores, L., Delapp, D., Dyar, M.D., Fabre, C., Gasnault, O., Lanza, N., Mazoyer, J., Melikechi, N., Meslin, P.-Y., Newsom, H., Ollila, A., Perez, R., Tokar, R.L., Vaniman, D., and the ChemCam team (2013) Pre-Flight calibration and initial data processing for the ChemCam laser-induced breakdown spectroscopy (LIBS) instrument on the Mars Science Laboratory (MSL) rover. *Spectrochimica Acta B.,* **B82**, 1-27.

169. Meslin, P.-Y., Anderson, R., Berger, G., Bish, D., Blake, D., Blaney, D., Bridges, N., Clark, B., Clegg, S., Cousin, A., D-'Uston, L., de la Torre, M., Dromart, G., Dyar, M.D., Ehlmann, B., Fabre, C., Fisk, M.R., Forni, O., Gasnault, O., Goetz, W., Herkenhoff, K., Lacour, J.L., Langevin, Y., Lanza, N., Lasue, J., Le Mouélic, S., Leshin, L., Leveille, R., Lewin, E., Madsen, M., Mangold, N., Maurice, S., McConnochie, T., Moores, J., Newson, H.E., Ollila, A., Perez, R., Rampe, E., Renno, N.O., Sautter, V., Schroder, S., Sirven, J.B., Vaniman, D., Wiens, R., Archer, D., Barraclough, B., Bender, S., Blank, J., DeFlores, L., Delapp, D., Gondet, B., Grotzinger, J., Harri, A.-M., Johnson, J., Melikechi, N., Mezzacappa, A., Mischna, M., Tokar, R., Yingst, R. (2013) Soil diversity and hydration as observed by ChemCam at Gale crater, Mars. *Science*, **341**, DOI: 10/1126/science.1238670.

170. Stolper, E.M., Baker, M.B., Newcombe, M.E., Schmidt, M.E., Treiman, A.H., Cousin, A., Dyar, M.D., Fisk, M.R., Gellert, R., King, P.L., Leshin, L., Maurice, S., McLennan, S.M., Minitti, M.E., Perrett, G., Rowland, S., Sautter, V., Wiens, R.C., and the MSL Scienec tean. (2013) The petrochemistry of Jake_M: a martian mugearite. *Science*, **341**, DOI: 10.1126/science.1239463.

171. McLennan, S.M., Anderson, R.B., Bell, J.F. III, Bridges, J.C., Calef, F. III, Campbell, J.L., Clark, B.C., Clegg, S., Conrad, P., Cousin, A., Des Marais, D.J., Dromart, G., Dyar, M.D., Edgar, L.., Ehlmann, B.L., Fabre, C., Forni, O., Gasnault, O., Gellert, R., Gordon, S., Grant, J.A., Grotzinger, J.P., Gupta, S., Herkenhoff, K.E., Huroqitz, J.A., King, P.L., Le Mouelic, S., Leshin, L.A., Leveille, R., Lweis, K.W., Mangold, N., Maurice, S., Ming, D.W., Morris, R.V., Nachon, M., Newson, H.E., Ollila, A.M., Perrett, G.M., Rice, M.S., Schmidy, M.E., Schwenzer, S.P., Stack, K., Stolper, E.M., Sumner, D.Y., Treiman, A.H., VanBommel, S., Vaniman, D.T., Vasavada, A., Wiens, R.C., and Yingst, R.A. (2013) Elemental geochemistry of sedimentary rocks in Yellowknife Bay, Gale Crater, Mars. *Science*, DOI: 10.1126/science.1244734

172. Dyar, M.D., Breves, E.A., Jawin, E., Marchand, G., Nelms, M., O'Connor, V., Peel, S., Rothstein, Y., Sklute, E.C., Lane, M.D., Bishop, J.L., and Mertzman, S.A. (2013) Mössbauer parameters of iron in sulfate minerals. *Amer. Mineral.*, **98**, 1943-1965.

173. Cuadros, J., Michalski, J.R., Dekov, V., Bishop, J., Fiore, S., and Dyar, M.D. (2013) Crystal-chemistry of interstratified clay minerals from seafloor hydrothermal sites. *Chem. Geol.*, **360**, 142-158.

174. Ollila, A.M., Newsom, H.E., Clark, B., III Wiens, R.C., Cousin, A., Blank, J.G., Mangold, N., Sautter, V., Maurice, S., Clegg, S.M., Gasnault, O., Forni, O., Tokar, R., Lewin, E., Dyar, M.D., Lasue, J., Anderson, R., McLennan, S.M., Bridges, J., Vaniman, D., Lanza, N., Fabre, C., Melikechi, N., Perrett, G.M., Campbell, J.L., King, P.L., Barraclough, B., Celapp, D., Johnstone, S., Meslin, P.-E., Rosen-Gooding, A., Williams, J., and the MSl Science Team (2013) Trace element geochemistry (Li, Ba, Sr, and Rb) using Curiosity's ChemCam: Early Results for Gale Crater from Bradbury Landing Site to Rocknest. *JGR Planets*, DOI: 10.1002/2013JE004517.

175. Izenberg, N.R., Klima, R.L., Murchie, S.L., Blewet, D.T., Holsclaw, G.M., McClintock, W.E., Malaret, E., Mauceri, C., Vilas, F., Sprague, A.L., Helbert, J., Domingue, D.L., Head, J.W. III, Goudge, T.A., Solomon, S.C., Hibbitts, C.A., and Dyar, M.D. (2014) The low-iron, reduced surface of Mercury as seen in spectral reflectance by MESSENGER. *Icarus*, **226**, 364-374.

176. Harding, S.C., Nash, B.P., Petersen, E.U., Ekdale, A.A., Bradbury, C.D., and Dyar, M.D. (2014) Mineralogy and geochemistry of the Main Glauconite Bed in the Middle Eocene of Texas: Paleoenvironmental implications for the Verdine Facies. *Plos One*, **9**, e87656, doi:10.1371/journal.pone.0087656.

177. Monterroso, R., Fan, M., Argyle, M.D., Varga, K., Dyar, D., Tang, J., Sun, Q., Towler, B., Elliot, K.W., and Kammen, D. (2014) Characterization of the mechanism of gasification of a powder riverbasin coal with a composite catalyst for producing desired syngasesand liquids. *Appl. Catalysis A*, **475**, 116-126.

178. McCanta, M.C., Dyar, M.D., and Treiman, A.H. (2014) Alteration of Hawaiian basalts under sulfur-rich conditions: Applications to understanding surface-atmosphere interactions on Mars and Venus. *Amer. Mineral.*, **99**, 291-302, doi:10.2138/am.2014.4584.

179. Melikechi, N., Mezzacappa, A., Cousin, A., Lanza, N.L., Lasue, J., Clegg, S.M., Berger, G., Wiens, R.C., Maurice, S., Tokar, R.L., Bender, S., Forni, O., Breves, E.A., Dyar, M.D., Frydenvang, J., Delapp, D., Gasnault, O., Newsom, H., Ollila, A.M., Lewin, E., Clark, B.C., Ehlmann, B.L., Blaney, D., and Fabre, C. (2014) Correcting for variable laser-target distances of laser-induced breakdown spectroscopy measurements with ChemCam using emission lines of Martian dust spectra. *Spectrochim. Acta B.*, **96**, 51-60.

180. Evans, K.A., Dyar, M.D., Reddy, S.M., Lanzirotti, A., Adams, D.T., and Tailby, N. (2014) Variation in XANES in biotite as a function of orientation, crystal composition, and metamorphic history. *Amer. Mineral.*, **99**, 443-457.

181. Isaacson, P.J., Klima, R.L., Sunshine, J.M., Pieters, C.M., Hiroi, T., and Dyar, M.D. (2014) Visible to near-infrared reflectance spectroscopy of pure synthetic olivine across the olivine solid solution. *Amer. Mineral.*, **99**, 467-478.

182. Lin, T.J., Breves, E.A., Dyar, M.D., Ver Eecke, H.C., Jamieson, J.W., and Holden, J.F. (2014) Magnetite formation from ferrihydrite by hyperthermophilic archaea from Endeavour Segment, Juan de Fuca Ridge hydrothermal vent chimneys. *Geobiology*, **12**, 200-211.

183. Dyar, M.D., Jawin, E., Breves, E.A., Marchand, G.J., Nelms, M., Lane, M.D., Mertzman, S.A., Bish, D.L., and Bishop, J.L. (2014) Mössbauer parameters of iron in phosphate minerals: Implications for interpretation of Martian data. *Amer. Mineral.*, **99**, 914-942.

184. McLennan, S.M., Anderson, R.B., Bell, J.F., Bridges, J.C., Calef, F., Campbell, J.L., Clark, B.C., Clegg, S., Conrad, P., Cousin, D., Des Marais, D.J., Dormart, G., Dyar, M.D., Edgar, L.A., Ehlmann, B.L., Fabre, C. Forni, O., Gasnault, O., Gellert, R., Gordon, S., Grant, J.A., Grotzinger, J.P., Gupta, S., Herkenhoff., K.E., Hurowitz, J.A., King, P.L., Le Mouélic, S., Leshin, L.A., Léveillé, R., Lewis, K.W., Mangold, N., Maurise, S., Ming, D.W., Morris, R.V., Nachon, M., Newsom, H.E., Ollila, A.M., Perrett, G.M., Rice, M.S., Schmidt, M.E., Schwenzer, S.P., Stack, K., Stolper, E.M., Sumner, D.Y., Treiman, A.H., VanBommel, S., Vaniman, D.T., Vasavada, A., Wiens, R.C., Yingst, R.A., MSL Sience Team. (2014) Elemental Geochemistry of Sedimentary Rocks at Yellowknife Bay, Gale Crater, Mars. *Science,* **24**, 343 (6169).

185. Clegg, S., Wiens, R., Misra, A., Sharma, S., Lambert, J., Bender, S., Newell, R., Nowak-Lovato, K., Smrekar, S., Dyar, M.D., and Maurice, S. (2014) Planetary geochemical investigations by Raman-LIBS spectroscopy. *Spectrochim. Acta B.,* **68**, 925-936, DOI: 10.1366/13-07386.

186. Bishop, J.L., Quinn, R., and Dyar, M.D. (2014) Spectral and thermal properties of perchlorate salts and implications for Mars. *Amer. Mineral.*, **99**, 1580-1592.

187. Jawin, E.R., Kiefer, W.S., Fassett, C.F., Bussey, D.B.J., Cahill, J.T.S. Dyar, M.D., Lawrence, S.J., and Spudis, P.D. (2014) The relationship between radar scattering and surface roughness of lunar volcanic features. *J. Geophys. Res.*, **119**, 2331-2348.

188. Blaney, D.L., Wiens, R.C., Maurice, S., Clegg, S.M., Anderson, R.B., Kah, L.C., Le Mouelic, S., Ollila, A., Bridges, N., Tokar, R., Berger, G., Bridges, J.C., Cousin, A., Clark, B., Dyarm M.D., King, P.L., Lanza, N., Mangold, N., Meslin, P.-Y., Newsom, H., Schröder, S., Rowland, S., Johnson, J., Edgar, L., Gasnault, O., Forni, O., Schmidt, M., Goetz, W., Stack, K., Sumner, D., Fisk, M., Maden, M.B., and the MSL Science Team. (2014) Chemistry and texture of the rocks at Rocknest, Gale Crater: Evidence for sedimentary origin and diagenetic alteration. *J. Geophys. Res., Planets*, **119**, 2109-2131.

189. Schröder, S. Meslin, P.-Y., Gasnault, O., Maurice, S., Cousin, A., Wiens, R.C., Rapin, W., Dyar, M.D., Mangold, N., Forni, O., Nachon, M., Clegg, S., Johnson, J.R., Lasue, J., Le Mouélic, S., Ollila, A., Pinet, P., Sautter, V., and Vaniman, D. (2015) Hydrogen detection with ChemCam at Gale crater. *Icarus*, **249**, 43-61.

190. Bishop, J.L., Lane, M.D., Dyar, M.D., King, S.J., Brown, A.J., and Swayze, G. (2014) Spectral properties of Ca-sulfates: Gypsum, bassanite, and anhydrite. *Amer. Mineral.*, **99**, 2105-2115.

191. Jackson, C.R.M., Cheek, L.C., Williams, K.B., Donaldson Hanna, Kerri, Pieters, C.M., Parman, S.W., Cooper, R.F., Dyar, M.D., Nelms, M., and Salvatore, M.R. (2014) Visible-infrared spectral properties of iron-bearing aluminate spinel under lunar-like redox conditions. *Amer. Mineral.*, **99**, 1821-1833.

192. Nachon, M., Clegg, S.M., Mangold, N., Schröder, S., Kah, L.C., Dromart, G., Ollila, A., Johnson, J.R., Oehler, D.Z., Bridges, J.C.., Le Mouelic, S., Forni, O., Wiens, R.C., Anderrson, R.B., Blaney, D.L., Bell, J.F., Clark, B., Cousin, A., Dyar, M.D., Ehlmann, B., Fabre, C., gasnault, O., Grotzinger, J., Lasue, J., Lewin, E., Leveille, R., MeLennan, S., Maurice, S., Meslin, P.-Y., Rapin, W., Rice, M., Sqyres, S., Stack, K., Sumner, D.Y., Vaniman, D., and Wellington, D. (2014) Calcium sulfate veins characterized by ChemCam/Curiosity at Gale crater, Mars. *J. Geophys. Res.*, **119**, 1991-2016.

193. Boucher, T.F., Carey, C., Mahadevan, S., and Dyar, M.D. (2015) Aligning mixed manifolds. *AAAI Conference Proceedings*, paper 1951.

194. Lane, M.D., Bishop, J.L., Dyar, M.D., Hiroi, T., Mertzman, S.A., Bish, D.L., King, P.L., and Rogers, A.D. (2015) Mid-infrared emission spectroscopy and visible/near-infrared reflectance spectroscopy of Fe-sulfate minerals. *Amer. Mineral.*, **100**, 66-82.

195. Boucher, T.F., Ozanne, M.V., Carmosino, M.L., Dyar, M.D., Mahadevan, S., Breves, E.A., Lepore, K.H., and Clegg, S.M. (2015) Nine machine learning regression methods for major elemental analysis of rocks using laser-induced breakdown spectroscopy. *Spectrochim. Acta B*, **107**, 1-10.

196. Carey, C., Dyar, M.D., Boucher, T., and Mahadevan, S. (2015) Machine learning tools for mineral recognition and classification from Raman spectroscopy. *J. Raman Spectros.*, **46**, 894-903.

197. Bartholomew, P.R., Dyar, M.D., and Brady, J.B. (2015) The role of intensity and instrument sensitivity in Raman mineral identification. *J. Raman Spectrosc.*, **46**, 889-893.

198. Carey, C., Boucher, T., Giguere, S., Mahadevan, S., and Dyar, M.D. (2015) Automatic whole-spectrum matching AI in Space Workshop, Intl. Joint Conf. Artificial Intelligence, Buenos Aires, July 2015.

199. Greenberger, R.N., Mustard, J.F., Cloutis, E.A., Pratt, L.M., Sauer, P.E., Mann, P., Turner, K., Dyar, M.D., and Bish, D.L. (2015) Serpentinization, iron oxidation, and aqueous conditions in an ophiolite: Implications for hydrogen production and habitability on Mars. *Earth Planet. Sci. Letts.*, **416**, 21-34.

200. Bishop, J.L., Murad, E., and Dyar, M.D. (2015) Akaganéite and schwertmannite: Spectral properties and geochemical implications of their possible presence on Mars. *Amer. Mineral.*, **100**, 738-746.

201. Forni, O., Gaft, M., Toplis, M.J., Clegg, S.M., Maurice, S., Wiens, R.C., Mangold, N., Gasnault, O., Sautter, V., LeMouelic, S., Meslin, P.-Y., Nachon, M., McInroy, R.E., Ollila, A.M., Cousin, A., Bridges, J.C., Lanza, N.L., and Dyar, M.D. (2015) First detection of fluorine on Mars: Implications for Gale Crater's geochemistry. *Geophys. Res. Letts.*, **42**, 1020-1028.

202. Schröder, S., Meslin, P.Y., Gasnault, O., Maurice, S., Cousin, A., Wiens, R.C., Rapin, W., Dyar, M.D., Mangold, N., Forni, O., Nachon, M., Clegg, S., Johnson, J.R., Lasue, J., Le Mouelic, S., Ollila, A., Sautter, V., and Vaniman, D. (2015) *Icarus*, **249**, 43-61.

203. Poston, M.J., Grieves, G.A., Aleksandrov, A.B., Hibbitts, C.A., Dyar, M.D., and Orlando, T.M. (2015) Temperature programmed desorption studies of water interactions with Apollo lunar samples 12001 and 72501. *Icarus*, **255**, 24-29.

204. Boucher, T., Dyar, M.D., Mahadevan, S., and Clegg, S.M. (2015) Comparison of linear and non-linear approaches to manifold learning predictions of chemical compositions in geological samples using laser-induced breakdown spectroscopy under Mars conditions. *J. Chemometrics*, doi: 10.1002/cem.2727.

205. Friedlander, L.R., Glotch, T.D., Bish, D.L., Dyar, M.D., Sharp, T.G., Sklute, E.C., and Michalski, J.R. (2015) Structural and spectroscopic changes to natural nontronite induced by experimental impacts between 10 and 40GPa. *J. Geophys. Res. Planets*, **120**, 888-912.

206. Boucher, T., Carey, C., Giguere, S., Mahadevan, S., Dyar, M.D., Clegg, S., Wiens, R. (2015) Manifold learning for regression of Mars spectra. AI in Space Workshop, Intl. Joint Conf. Artificial Intelligence, Buenos Aires, July 2015.

207. Michalski, J.R., Cuadros, J., Bishop, J.L., Dyar, M.D., Dekov, V., and Fiore, S. (2015) Constraints on the crystal-chemistry of Fe/Mg-rich smectitic clays on Mars and links to global alteration trends. *Earth Planet. Sci. Letts.*, **427**, 215-225.

208. Giguere, S., Carey, C., Boucher, T., Mahadevan, S., and Dyar, M.D. (2015) An optimization perspective on baseline removal for spectroscopy. AI in Space Workshop, Intl. Joint Conf. Artificial Intelligence, Buenos Aires, July 2015.

209. Ody, A., Poulet, F., Quantin, C., Bibring, J.P., Bishop, J.L., and Dyar, M.D. (2015) Candidates source regions of martian meteorites as identified by OMEGA/Mex. *Icarus*, **258**, 366-383.

210. Corona, J.C., Jenkins, D.M., and Dyar, M.D. (2015) The experimental incorporation of Fe into talc: a study using X-ray diffraction, Fourier transform infrared spectroscopy, and Mössbauer spectroscopy. *Contrib. Mineral. Petrol.*, 170, 29, 10.1007/s00410-015-1180-1.

211. Taran, M.N., Dyar, M.D., Naumenko, E.V., and Vyshnevsky, O.A. (2015) Spectroscopy of red dravite from Northern Tanzania. *Phys. Chem. Mineral.*, **42**, 559-568.

212. Dyar, M.D., McCanta, M., Breves, E., Carey, C.J., and Lanzirotti, A. (2016) Accurate predictions of iron redox state in silicate glasses: A multivariate approach using x-ray absorption spectroscopy. *Amer. Mineral.*, **101**, 744-748.

213. Dyar, M.D., Speicher, E.A., Gunter, M.E., Lanzirotti, A., Tucker, J.M., Carey, CJ, Peel, S.A., Brown, E.B., Oberti, R., and Delaney, J.S. (2016) Use of multivariate analysis for synchrotron micro-XANES analysis of iron valence state in amphiboles. *Amer. Mineral.*, **101**, 1171-1189.

214. Ertl, A., Kolitsch, U., Dyar, M.D., Meyer, H.-P., Henry, D.J., Rossman, G.R., Prem, M., Ludwig, T., Nasdala, L., Lengauer, C.L., Tillmanns E., and Niedermayr, G. (2016) Fluor-schorl, a new member of the tourmaline supergroup, and new data on schorl from the cotype localities. *Eur. J. Mineral.*, **28**, 163-177.

215. Lin, T.J., Ver Eecke, H.C., Breves, E.A., Dyar, M.D., Jamieson, J.W., Hannington, M.D., Dahle, H., Bishop, J.L., Lane, M.D., Butterfield, D.A., Kelley, D.S., Lilley, M.D., Baross, J.A., and Holden, J.F. (2016) Linkages between mineralogy, fluid chemistry, and microbial communities within hydrothermal chimneys from the Endeavour Segment, Juan de Fuca Ridge. *Geochem., Geophysi., Geosystems*, **17**, 300-323.

216. Maurice, S., Clegg, S.M., Wiens, R.C., Gasnault, O., Rapin, W., Forni, O., Cousin, A., Sauter, V., Mangold, N., Le Deit, L., Nachon, M., Anderson, R.B., Lanza, N.L., Fabre, C., Payre, V., Lasue, J., Maeslin, P.Y., Leveille, R.J., Barraclough, G., Beck, P., Bender, S.C., Berger, G., Bridges, J.C., Bridges, N.T., Dromart, G., Dyar, M.D., Francis, R., Frydenvang, J., Gondet, B., Ehlmann, B.L., Herkenhoff, K.E., Johnson, J.R., Langevin, Y., Madsen, M.B., Melikechi, N., Lacour, J.L., Le Mouelic, S., Lewin, E., Newsom, H., Olilla, A.M., Pinet, P., Schröder, S., Sirven, J.B., Tokar, R.L., Toplis, M.J., d'Uston, C., Vaniman, D.T., Vasavada, A.R. (2016) ChemCam activities and discoveries during the nominal mission of the Mars Science Laboratory in Gale crater, Mars. *J. Anal. Spectrosc.*, **31**, 863-889.

217. Mezzacappa, A., Melikechi, N., Cousin, A., Wiens, R.C., Lasue, J., Clegg, S., Tokar, S., Bender, S., Lanza, N.L., Maurice, S., Berger, G., Forni, O., Gasnault, O., Dyar, M.D., Boucher, T., Lewin, E., and Fabre, C. (2016) Application of distance correction to ChemCam LIBS measurements. *Spectroch. Acta.* B, **120**, 19-29, doi:10.1016/j.sab.2016.03.009.

218. Dyar, M.D., Fassett, C.I., Giguere, S., Lepore, K., Byrne, S., Boucher, T., Carey, CJ, and Mahadevan, S. (2016) Comparison of univariate and multivariate models for prediction of major and minor elements from laser-induced breakdown spectra with and without masking. *Spectroch. Acta B.*, **123**, 93-104.

219. Dyar, M.D., Giguere, S., Carey, CJ, and Boucher, T. S. (2016) Comparison of baseline removal methods for laser-induced breakdown spectroscopy of geological samples. *Spectroch. Acta B.*, **126**, 53-64.

220. Williams, K.B., Jackson, C.R.M., Cheek, L.C., Donaldson Hanna, K.L., Parman, S.W., Pieters, C.M., Dyar, M.D., and Prissel, T.C. (2016) Reflectance spectroscopy of chromium-bearing spinel with application to recent orbital data from the Moon. *Amer. Mineral.*, **101**, 726-734.

221. Berlanga, G., Hibbitts, C.A., Takir, D., Dyar, M.D., and Sklute, E.C. (2016) Spectral nature of $CO_2$ adsorption onto meteorites. *Icarus*, **280**, 366-377.

222. Chan, A., Jenkins, D.M., and Dyar, M.D. (2016) Partitioning of chlorine between NaCl brines and ferro-pargasite: Implications for the formation of chlorine-rich amphiboles in mafic rocks. *Canad. Mineral.*, **54**, 337-351.

223. McEnroe, S.A., Robinson, P., Miyajama, N., Fabian, K., Dyar, M.D., and Sklute, E. (2016) Lamellar magnetism and exchange bias in billion-year-old titanohematite with nanoscale ilmenite exsolution lamellae: I. Mineral and magnetic characterization. *Geophys. J. International.*, **206**, 470-486.

224. Clegg, S.M., Wiens, R.C., Anderson, R., Forni, O., Frydenvang, J., Lasue, J., Cousin, A., Payre, C., Boucher, T., Dyar, M.D., McLennan, S.M., Morris, R.V., Graff, T.G., Mertzman, S.A., Ehlmann, B.L., Belgacem, I., Newsom, H., Clark, B.C., Melikechi, N., Mezzacappa, A., McInroy, R.E., Martinez, R., Gasda, P., Gasnault, O., and Maurice, S. (2016) Recalibration of the Mars Science Laboratory ChemCam instrument with an expanded geochemical database. *Spectrochim. Acta B*, **129**, 64-85.

225. Burgess, K.D., Stround, R. M., Dyar, M.D., and McCanta, M.C. (2016) Sub-micron scale spatial heterogeneity in silicate glasses using abberation-corrected scanning transmision electron microscopy. *Amer. Miner.*, **101**, 2677-2688.

226. Lepore, K.H., Fassett, C.I., Breves, E.A., Byrne, S., Giguere, S., Boucher, T., Rhodes, J.M., Vollinger, M., Anderson, C.H., Murray, R.W., and Dyar, M.D. (2017) Matrix effects in quantitative analysis of laser-induced breakdown spectroscopy of rock powders doped with Cr, Mn, Ni, Zn, and Co. *Appl. Spectros.*, **71**, 600-626.

18

227. Giguere, S., Boucher, T., Carey, CJ, Mahadevan, S., and Dyar, M.D. (2017) A fully-customized baseline removal framework for spectroscopic applications. *Appl. Spectros.*, **71**, 1457-1470.

228. Edwards, P.H., Bridges, J.C., Wiens, R., Anderson, R., Dyar, M.D., Fisk, M., Thompson, L., Gasda, P., Filiberto, J., Schwenzer, S.P., Blaney, D., and Hutchinson, I. (2017) Basalt-trachybasalt samples in Gale Crater, Mars *Meteor. Planet. Sci.*, **52**, 2931-2410.

229. Anderson, D.E., Ehlmann, B.L., Forni, O., Clegg, S.M., Cousin, A., Thomas, N.H., Lasue, J., Delapp, D.M., McInroy, R.E., Gasnault, O., Dyar, M.D., Schröder, S., Maurice, S., and Wiens, R.C. (2017) Characterization of laser-induced breakdown spectroscopy (LIBS) emission lines for the identification of chlorides, carbonates, and sulfates in salt/basalt mixtures for the application to MSL ChemCam data. *J. Geophys. Res. Planets.*, **122**, 744-770, DOI: 10.1002/2016JE005164.

230. McCanta, M. and Dyar, M.D. (2017) Impact-related thermal effects on the redox state of Ca-pyroxene. *Meteor. Planet. Sci.*, **52**, 320-332.

231. Mueller, B.L., Jenkins, D.M., and Dyar, M.D. (2017) Chlorine incorporation in amphiboles synthesized along the magnesio-hastingsite–hastingsite compositional join. *Eur. J. Mineral.*, **29**, 167-180.

232. Boucher, T., Dyar, M.D., and Mahadevan, S. (2017) Proximal methods for calibration transfer. *J. Chemometrics*, **31**, e2877.

233. Sklute, E.C., Kashyap, S., Dyar, M.D., Holden, J.F., Tague, T., Wang, P., and Jaret, S.J. (2017) Spectral and morphological characteristics of synthetic nanophase iron (oxyhydr)oxides. *Phys. Chem. Minerals,* **45**, 1-26, DOI 10.1007/s00269-017-0897-y.

234. Fassett, C.I., Crowley, M.C., Leight, C., Dyar, M.D., Minton, D.A., Hirabayashi, M., Thomson, B.J., and Watters, W. (2017) Evidence for rapid topographic evolution and crater degradation on Mercury from simple crater morphometry. *Geophys. Res. Letts.*, **44**, 5326-5335.

235. McCanta, M., Dyar, M.D., and Dobosh, P. (2017) Extracting bulk rock properties from microscale measurements: Subsampling and analytical guidelines. *GSA Today*, **27**, doi: 10.1130/GSATG290A.1.

236. Michalski, J., Glotch, T., Friedlander, L., Dyar, M., Bish, D., Sharp, T., and Cater, J. (2017) Shock metamorphism of clay minerals on Mars by meteor impact. *Geophys. Res. Letts.*, **44**, 6562-6569. 10.1002/2017GL073423.

237. Farrand, W., Wright, S., Glotch, T., Schröder, C., Sklute, E., and Dyar, M.D. (2018) Spectroscopic examinations of hydro- and glaciovolcanic basaltic tuffs: Modes of alteration and relevance for Mars. *Icarus*, **309**, 241-259.

238. Taran, M.N., Dyar, M.D., Knomenko, V.M., and Boesenberg, J.S. (2017) Optical absorption, Mössbauer, and FTIR spectroscopic studies of two blue bazzites. *Phys. Chem. Mins.*, **44**, 497-507.

239. Ytsma, C. and Dyar, M.D. (2018) Effects of univariate and multivariate regression the accuracy of hydrogen quantification with laser-induced breakdown spectroscopy. *Spectrochim. Acta A*, 139, 27-37.

240. Breves, E.A., Lepore, K., Dyar, M.D., Bender, S.C., Tokar, R.L., and Boucher, T. (2017) Laser-induced breakdown spectra of rock powders at variable ablation and collection angles under Mars-analog conditions. *Spectrochim. Acta B*, **137**, 46-58.

241. McCanta, M., Dyar, M., Rutherford, M.J., Lanzirotti, A., Sutton, S., Thomson, B. (2017) In situ measurement of ferric iron in lunar glass beads using Fe-XAS. *Icarus*, **285**, 95-102, 10.1016/j.icarus.2016.12.029.

242. Sklute, E.C., Rogers, D., Gregerson, J.C., Jensen, H.B., Reeder, R.J., and Dyar, M.D. (2018) Amorphous salts formed from rapid dehydration of multicomponent chloride and ferric sulfate brines: Implications for Mars. *Icarus*, **302**, 285-295.

243. Taran, M.N., Dyar, M.D., and Khomenko, V.M. (2018) Spectroscopic study of synthetic hydrothermal $Fe^{3+}$-bearing beryl. *Phys. Chem. Minerals.*, **45**, 489-496.

244. Swayze, G.A., Lowers, H.A., Benzel W.M., Clark, R.N., Driscoll, R.L., Perlman, Z.S., Hoerfen, T.M., and Dyar, M. D. (2018) Characterizing the source of potentially asbestos-bearing commercial vermiculite insulation using in situ IR spectroscopy. *Amer. Mineral.*, **103**, 517-549.

245. Levy, J.S., Fassett, C.I., Rader, L.X., King, I.R., Chaffey, P.M., Wagoner, C.M., Hanlon, A.E., Watters, J.L., Kreslavsky, M.A., Holt, J.W., Russell, A.T., and Dyar, M.D. (2018) Distribution and characteristics of boulder halos at high latitudes on Mars: Ground ice and surface processes drive surface reworking. *J. Geophys. Res.*, **123**, 322-334.

246. Sun, Z., Chen, S.Y., Hu, J., Chen, A.M., Rony, A.H., Russell, C.K., Xiang, W.G., Fan, M.H., Dyar, M.D., and Sklute, E.C. (2018) $Ca_2Fe_2O_5$: A promising oxygen carrier for $CO/CH_4$ conversion and almost-pure $H_2$ production with inherent $CO_2$ capture over a two-step chemical looping hydrogen generation process. *Applied Energy*, **211**, 431-442.

247. Sklute, E.C., Kashyap, S., Dyar, M.D., Holden, J.F., Tague, T., Wang, P., and Jaret, S.J. (2018) Spectral and morphological characteristics of synthetic nanophase iron (oxyhydr)oxides. *Phys. Chem. Minerals.*, **45**, 1-26.

248. Dyar, M.D., Smrekar, S.E., and Glaze, L.S. (2018) The case for Venus. *Physics Today*, DOI:10.1063/PT.6.3.20180323a. https://physicstoday.scitation.org/action/showDoPubSecure?doi=10.1063%2FPT.6.3.20180323a&format=full

249. Thomas, N.H., Ehlmann, B.L., Anderson, D.E., Clegg, S.M., Forni, O., Schröder, S., Rapin, W., Meslin, P.-Y., Lasue, J., Delapp, D.M., Dyar, M.D. Gasnault, O., Wiens, R., and Maurice, S. (2018) Characterization of hydrogen in basaltic materials with laser-induced breakdown spectroscopy (LIBS) for application to MSL ChemCam. *J. Geophys. Research*, 10.1029/2017JE005467.

250. Breitenfeld, L.B., Dyar, M.D., Carey, CJ, Tague, T.J. Jr., Wang, P. (2018) Predicting olivine composition using Raman spectroscopy through band shift and multivariate analyses. *Amer. Mineral.*, **103**, 1827-1836.

251. Chrysochoou, M., Oakes, J., and Dyar, M.D. (2018) Investigation of iron reduction by green tea polyphenols. *Appl. Geochem.*, **97**, 263-269.

252. Lanzirotti, A., Dyar, M.D., Sutton, S., Newville, M., Head, E., Carey, CJ, McCanta, M., Lee, L., King, P.L., and Jones, J. (2018) Accurate predictions of microscale oxygen barometry in basaltic glasses using vanadium K-edge x-ray absorption spectroscopy: A multivariate approach. *Amer. Mineral.*, **103**, 1282-1297.

253. Jones, B.M., Aleksandrov, A., Hibbitts, K., Dyar, M.D., and Orlando, T.M. (2018) Solar wind-induced water cycle on the Moon. *Geophys. Res. Letts.*, **45**, 10959-10967.

254. Rucks, M., Whitaker, M., Glotch, T.D., Parise, J.B., Jaret, S.J., Catalano, T., and Dyar, M.D. (2018) Making tissintite: Mimicking meteorites in the multi-anvil. *Amer. Mineral.*, **103**, 1516-1519.

255. Kashyap, S., Sklute, E.C., Dyar, M.D., and Holden, J.F. (2018) Reduction and morphological transformation of synthetic nanophase iron oxide minerals by hyperthermophilic archaea. *Frontiers in Microbio.*, **9**, 1550, 10.3389/fmicb.2018.01550.

256. Dyar, M.D., Smrekar, S., and Kane, S. (2019) Venus: The Exoplanet Next Door. *Scientific American*, **320**, 56-63.

257. Knafelc, J., Filiberto, J., Ferre,E.C., Conder, J.A., Costello, L., Crandall, J.R., Dyar, M.D., Friedman, S.A., Hummer, D.R., and Schwenzer, S.P. (2019) The effect of oxidation on the miernalogy and magnetic properties of olivine. *Amer. Mineral.*, in press.

258. Loiselle, L., King, P.L., McCraig, M.A., Dyar, M.D., Leveille, R., Shieh, S.R., and Southam, G. (submitted) A spectral comparison of Meridiani-type jarosites using techniques relevant to the robotic exploration of biosignatures on Mars. *Life*.

259. Di Guiseppe, D., Harper, M., Bailey, M., Erskine, B., Della Ventura, G., Ardit, M., Pasquali, L., Tomaino, G., Ray, R., Mason, H., Dyar, M.D., Hanuskove, M., Giacobbe, C., Zoboli, A., and Gualitieri, A.F. (submitted) Characterization and assessment of the potential toxicity/pathogenicity potential of fibrous glaucophane. *Toxicology and Applied Pharmacology*.

**Abstracts and Presentations:**

1. Dyar, M.D., and Burns, R.G. (1981) Temperature-induced spectral variations of lunar-simulated Fe-Ti silicate glasses. In *Lunar and Planetary Science XII*, The Lunar and Planetary Science Institute, 243-245.

2. Burns, R.G., and Dyar, M.D. (1981) Coordination chemistry of iron in silicate glasses. Abstract to G.S.A. Annual Meeting, Cincinnati, OH, 420.

3. Dyar, M.D., and Consolomagno, G.J. (1982) Ferric iron in lunar glasses and the interpretation of lunar spectra. In *Lunar and Planetary Science XIII*, The Lunar and Planetary Science Institute, 193-194.

4. Consolomagno, G.J., and Dyar, M.D. (1982) Unsampled mare basalts and the evolution of the moon. In *Lunar and Planetary Science XIII*, The Lunar and Planetary Science Institute, 129-130.

5. Dyar, M.D., and Burns, R.G. (1982) Cation disorder and variable ferrous-ferric ratios in babingtonites. Abstract to G.S.A. Annual Meeting, New Orleans, LA, 480.

6. Dyar, M.D., and Burns, R.G. (1982) Optimization of experimental technique for measuring the Mössbauer effect in minerals. *Eos*, **63**, 1139.

7. Burns, R.G., and Dyar, M.D. (1983) Spectral chemistry of green glass-bearing 15426 regolith. In *Lunar and Planetary Science XIV*, The Lunar and Planetary Science Institute, 82-83.

8.  Dyar, M.D., and Birnie, D.P. (1983) Crystallization processes in lunar green glass-type compositions as viewed by the Mössbauer effect. Abstract to the Glass in Planetary and Geological Phenomena Conf., August, 1983, Alfred, NY.

9.  Dyar, M.D. (1983) Effects of quench media on iron-bearing glasses quenched from melts. Abstract to G.S.A. Annual Meeting, Indianapolis, IN, 564.

10. Dyar, M.D., and Birnie, D.P. (1984) Cooling rate dependence of 57-Fe coordination in quenched glasses. Abstract to Am. Ceram. Soc. Meeting, Pittsburg, PA, *Bull. Am. Ceram. Soc.*, 452.

11. Dyar, M.D. (1984) Quenching effects on iron site partitioning in the Apollo 17 orange glass composition. In *Lunar and Planetary Science XV*, The Lunar and Planetary Science Institute, 236-237.

12. Burns, R.G., and Dyar, M.D. (1984) Crystal chemistry of ferric micas. Abstract to G.S.A. Annual Meeting, Reno, NV, 459-460.

13. Dyar, M.D., Naney, M.T., and Swanson, S.E. (1984) The quench: a Mössbauer study of the influence of melt quenching on iron site occupancy in silicate glasses. Abstract to G.S.A. Annual Meeting, Reno, NV, 497.

14. Burns, R.G., Burns, V.M., Dyar, M.D., and Ryan, V.L. (1984) Stabilization of transition metal cations in meteoritic hibonites: evidence from Mössbauer spectroscopy. *EOS*, **65**, 1144.

15. Burns, R.G., and Dyar, M.D. (1984) Spectral chemistry of green glass-bearing 15426 regolith. *EOS*, Feb 21, 1984.

16. Dyar, M.D., Ryan, V.L., and Burns, R.G. (1985) Crystal chemistry and origin of blue color in meteoritic hibonite: evidence from Mössbauer spectra of 57-Fe-doped analogues. In *Lunar and Planetary Science XVI*, The Lunar and Planetary Science Institute, 202-203.

17. Dyar, M.D., Birnie, D.P., Naney, M.T., and Swanson, S.E. (1985) The theoretical determination and experimental effects of cooling history on silicate glasses. In *Lunar and Planetary Science XVI*, The Lunar and Planetary Science Institute, 200-201.

18. DeGuire, M.R., Dyar, M.D., O'Handley, R.C., and Kalongi, G. (1985) Iron environments in rapidly-solidified spinel ferrite-silica compositions. Abstract to Int'l. Conf. on Magnetism, San Francisco.

19. Burns, R.G., Burns, V.M., Dyar, M.D., Ryan, V.L., and Solberg, T. (1985) Iron coordination symmetries in silicates: correlations from Mössbauer parameters of ferrous and ferric iron in identical sites. Abstract to G.S.A. Annual Meeting, Orlando, FL, 535.

20. Dyar, M.D., Burns, R.G., and Rossman, G.R. (1985) Is there tetrahedral ferric iron in biotite? Abstract to G.S.A. Annual Meeting, Orlando, Fl., 571.

21. Phillips, W.S., and Dyar, M.D. (1986) Program SEARCH: A method for extracting exchange vectors from mineral compositional data. Abstract to Int'l Mineral. Assoc. Annual Meeting, Stanford, CA.

22. Dyar, M.D., Hickmott, D., Guidotti, C.V., and Cheney, J.T. (1986) M2/M1 ordering of iron in biotites from northwestern Maine. Abstract to Int'l Mineral. Assoc. Annual Meeting, Stanford, CA.

23. Dyar, M.D., Grover, T.W., Rice, J., and Guidotti, C.V. (1987) Presence of ferric iron and octahedral ferrous ordering in biotites from pelitic schists: implications for garnet-biotite geothermometry. Abstract to G.S.A. Annual Meeting, Phoenix, AZ, 650.

24. Dyar, M.D. (1988) Direct evidence of hydronium substitution in biotite. Abstract to G.S.A. Annual Meeting, Denver, CO, A102.

25. Perry, C.P., and Dyar, M.D. (1988) Increased resolution Mössbauer spectroscopy of natural and synthetic staurolites. *Eos*, **69**, 1483.

26. Ward, K.A., McGuire, A.V., and Dyar, M.D. (1988) Ferric iron content of megacrysts in alkali basalts. *Eos*, **69**, 1483.

27. Dyar, M.D., and McGuire, A.V. (1989) Crystal chemistry of clinopyroxene from mantle xenoliths. Abstract to G.S.A. Annual Meeting, St. Louis, MO, A241.

28. McGuire, A.V., and Dyar, M.D. (1989) Redox effects of mantle metasomatism. Abstract to G.S.A. Annual Meeting, St. Louis, MO, A105.

29. Mukhopadhyay, B., Holdaway, M.J., Gunst, R., and Dyar, M.D. (1990) End member thermochemical parameters and mixing parameters of 3-hydrogen Fe-staurolite. Abstract to G.S.A. Annual Meeting, Dallas, TX, A349.

30. Dyar, M.D. (1990) H, O, and $Fe^{3+}$ in biotite and muscovite. Abstract to G.S.A. Annual Meeting, Dallas, TX, A215.

31. Dyar, M.D. (1991) Hydrogen and oxygen variation in micas from metapelites. Abstract to A.G.U./M.S.A. Spring Meeting, Supplement to *EOS*, April 23, 1991, 142.

32. McGuire, A.V., Francis, C.A., and Dyar, M.D. (1991) Characterization of standards for quantitative EPMA of oxygen. *Microbeam Analysis-1991*, 54-56.

21

33. Colucci, M.T., Gregory, R.L., Dyar, M.D., and Guidotti, C.V. (1991) Hydrogen isotope partitioning between biotite and muscovite. Abstract to G.S.A. Annual Meeting, San Diego, CA, A394.

34. Dyar, M.D., and O'Hanley, D.S. (1991) The crystal chemistry of lizardite and the formation of magnetite. Abstract to G.S.A. Annual Meeting, San Diego, CA, A157.

35. Harrell, M.T., Dyar, M.D., and McGuire, A.V. (1991) Redox behavior of metasomatism in a composite xenolith. Abstract to G.S.A. Annual Meeting, San Diego, CA, A272.

36. Mukhopadhyay, B., Holdaway, M.J., and Dyar, M.D. (1991) Crystal chemistry of Fe and Mg-end member cordierite. Abstract to G.S.A. Annual Meeting, San Diego, CA, A391.

37. Banfield, J.F., Dyar, M.D., and McGuire, A.V. (1991) The defect microstructure of oxidized mantle olivine. Abstract to A.G.U. Fall Meeting, Supplement to *EOS*, October 29, 1991, 478.

38. Zhou, F., Lindsley, D., and Dyar, M.D. (1992) Experimental study and thermodynamic properties of Mg-Fe biotites at 800□C. Abstract to Third Goldschmidt Conference, 1992, Reston, VA.

39. Dyar, M.D., McGuire, A.V., and Mackwell, S.J. (1992) $Fe^{3+}/H^+$ and D/H in kaersutites - Misleading indicators of mantle source fugacities. Abstract to A.G.U. Spring Meeting, Montreal (invited).

40. McGuire, A.V., and Dyar, M.D. (1992) Characterization of cation oxidation states in geologic materials. Abstract to M.A.S. Annual Meeting, Boston (invited).

41. Dyar, M.D., Guidotti, C.V., Harper, G.D., McKibben, M.A., and Saccocia, P.J. (1992) Controls on ferric iron in chlorite. Abstract to G.S.A. National Meeting, Cincinnati, A130.

42. Colucci, M.T., Dyar, M.D., Gregory, R.T., Guidotti, C.V. and Holdaway, M.J. (1992) Stable isotope systematics of coexisting biotite and muscovite in high-grade pelitic rocks of southwestern Maine. Abstract to G.S.A. National Meeting, Cincinnati, A250.

43. Earley, D., III, Ilton, E.S., Dyar, M.D., and Veblen, D.R. (1992) Solid state redox chemistry of biotite during chemisorption of $Cu^{2+}$ and 25□C and 1 bar. Agronomy Abstracts, 368.

44. Dyar, M.D., Guidotti, C.V., Meadows, E., and Robertson, J.D. (1992) PIGE analyses of F and Li in muscovite and biotite from metapelites and associated granites of W. Maine. Abstract to A.G.U. Fall Meeting, Supplement to *Eos*, October 27, 1992, 618.

45. Robertson, J.D., Meadows, E., Cross, L., and Dyar, M.D. (1993) PIGE analysis of Li and F in mineral separates. *Bull. Amer. Physical Soc.*, **38**, 928-929 (invited).

46. Robertson, J.D., Cross, L.R., Grant, C., Dyar, M.D., and Guidotti, C.V. (1993) Determination of fluorine in minerals by proton-induced gamma-ray emission analysis. Abstract to G.S.A. Annual Meeting, Boston, MA, A371-A372.

47. Swope, J.R., Munoz, J.L., Smyth, J.R., and Dyar, M.D. (1993) Single-crystal x-ray study of halogen-rich 1M biotites with implications for octahedral Fe-Mg ordering. Abstract to G.S.A. Annual Meeting, Boston, MA, A371.

48. Dyar, M.D., Francis, C.A., Wise, M.A., Guidotti, C.V., McGuire, A.V., and Robertson, J.D. (1994) Complete chemical characterization of tourmaline. Abstract to A.G.U. Spring Meeting, Baltimore, MD, 187.

49. Francis, C.A., Dyar, M.D., McGuire, A.V., and Robertson, J.D. (1994) Mineral standards for geochemistry. Abstract to 16th Meeting of the International Mineralogical Association, Pisa, Italy, 124-125.

50. McGuire, A.V., and Dyar, M.D. (1994) Ferric iron in upper mantle minerals. Abstract to 16th Meeting of the International Mineralogical Association, Pisa, Italy, 272-273.

51. Dyar, M.D. and Guidotti, C.V. (1994) Ferric iron, H, and light elements in silicates from metapelites in western Maine, U.S.A. Abstract to 16th Meeting of the International Mineralogical Association, Pisa, Italy, 108-109.

52. Mukhopadhyay, B., Holdaway, M.J., Guidotti, C.V., Dyar, M.D., and Dutrow, B.L. (1994) Garnet-biotite geothermometer: a recalibration. Abstract to 16th Meeting of the International Mineralogical Association, Pisa, Italy, 290.

53. Holdaway, M.J., Mukhopadhyay, B., Dyar, M.D., Guidotti, C.V., and Dutrow, B.L. (1994) A re-examination of the muscovite-almandine-biotite-sillimanite geobarometer. Abstract to 16th Meeting of the International Mineralogical Association, Pisa, Italy, 177.

54. Swope, R.J., Munoz, J.L., Smyth, J.R., Zanetti, K.S., Dyar, M.D., and Guidotti, C.V. (1994) Crystal chemistry of 1M ferromagnesian micas: a single crystal X-ray study. Abstract to G.S.A. Annual Meeting, Seattle, WA, A166.

55. Earley, D., Dyar, M.D., Ilton, E.S., and Grantham, A.A. (1994) The influence of structural F on biotite oxidation in Cu-bearing, aqueous solutions at low temperatures and pressures. Abstract to G.S.A. Annual Meeting, Seattle, WA, A223.

56. Robertson, J.D., Dyar, M.D., Paul, R.L., Nabalek, P.I., and Glascock, M.D. (1994) Nuclear methods for analysis of boron in minerals. Abstract to G.S.A. Annual Meeting, Seattle, WA, A-516.

57. Grant, C.A., and Dyar, M.D. (1994) Sources of experimental and analytical error in measurements of the Mössbauer effect in minerals. Abstract to G.S.A. Annual Meeting, Seattle, WA, A-166.

58. Dyar, M.D., Guidotti, C.V., and Robertson, J.D. (1994) Complete chemical characterization of silicates from metapelites in western Maine: A spectroscopic and analytical challenge. Abstract to A.G.U. Fall Meeting, San Francisco, 624.

59. Grant, C.A., and Dyar, M.D. (1995) Fe site populations in cummingtonite-grunerite. Abstract to A.G.U. Spring Meeting, Baltimore, S157.

60. Taylor, M.E., and Dyar, M.D. (1995) Distribution and valence state of iron in tourmaline. Abstract to A.G.U. Spring Meeting, Baltimore, S157.

61. Hower, J.C., Graham, U.M., Dyar, M.D., and Taylor, M.E. (1995) Iron distribution among phases in high- and low-sulfur coal fly ash. Abstract to the Pittsburgh Coal Conf., Pittsburg.

62. May, H.M., Acker, J.G., Smyth, J.R., Bricker, O.P., and Dyar, M.D. (1995) Aqueous dissolution of low-iron chlorite in dilute acid solutions at 25°C. Abstract to Clay Minerals Society Annual Meeting, Baltimore, MD.

63. Hower, J.C., Graham, U.M., Dyar, M. D., Taylor, M.E., and Rathbone, R.F. (1995) Approaches to the study of iron distribution among phases in high- and low-sulfur coal fly ash. 1995 Ash Utilization Symposium, Lexington, KY.

64. Dyar, M.D., Martin, S.V., Mackwell, S.M., Carpenter, S, Grant, C.A., and McGuire, A.V. (1995) Fe(III), H, and D/H in mantle-derived augite megacrysts from Dish Hill: Implications for alteration during transport. Abstract to G.S.A. Annual Meeting, New Orleans, A48.

65. McGuire, A.V., Begay, S., Lameman, T.L., and Dyar, M.D. (1995) Comparison of ferric iron in pyroxenites and associated composite xenoliths from Kilbourne Hole and Potrillo Maar, NM. Abstract to G.S.A. Annual Meeting, New Orleans, A48.

66. Delaney, J.S., Bajt, S., Sutton, S., and Dyar, M.D. (1995) Quantitative *in situ* measurement of ferric/ferrous ratios in amphibole and implications for volatile fugacity variations. Abstract to A.G.U. Fall Meeting, San Francisco, F705-F706.

67. Delaney, J.S., Bajt, S., Dyar, M.D., Sutton, S.R., McKay, G., Roeder, P. (1996) Comparison of quantitative synchrotron microXANES (SMX) $Fe^{3+}/(Fe^{3+}+Fe^{2+})$ results for amphibole and silicate glass with independent measurements. Lunar and Planetary Science XXVII, pages 299-300 (extended abstract) Lunar and Planetary Institute, Houston TX.

68. Dyar, M.D., Kahlenberg, V., Langer, K., and Terzenbach, H. (1996) Polarized single crystal spectra of natural and reheated olivines in the near ultraviolet spectral region and the problem of $Fe^{3+}$-bearing structural defects. *Phys. Chem. Minerals*., 23, 285.

69. Dyar, M.D., Delaney, J.S., Sutton, S.R., and Bajt, S. (1996) *In situ* microanalysis of ferric/ferrous in geophysically important mineral groups. Abstract to G.S.A. Annual Meeting, Denver, A102.

70. Delaney, J.S., Sutton, S.R., Dyar, M.D., Bajt, S., Moore, G., Carmichael, I.S.E., and Roeder, P. (1996) *In situ* microanalysis of ferric/ferrous in geologically significant glasses. Abstract to G.S.A. Annual Meeting, Denver, A419.

71. Delaney, J.S., Bajt, S., Newville, M., Sutton, S.R., and Dyar, M.D. (1996) Measurement of Fe oxidation state and coordination in geological glasses by synchrotron microXANES spectroscopy. Abstract to AGU Fall Meeting, San Francisco, *Eos*, 77, 835.

72. Carmichael, S., Acosta, R., Dyar, M.D., and Wise, M.A. (1997) Contrasts in crystal chemistry of tourmaline in simple and complex pegmatites, S.W. Maine. Abstract to N.E. G.S.A., King of Prussia, PA, 35-36.

73. Dyar, M.D., Guidotti, C.V., Core, D., Wearn, K., Wise, M.A., Francis, C.A., Johnson, K., and Brady, J.B. (1997) Chemistry of tourmaline across pegmatite-country rock boundaries at Black Mountain and Mount Mica, southwestern Maine, U.S.A. Abstract to Tourmaline '97 conference, Brno, Czech Republic, 14-17.

74. Guidotti, C.V., Yates, M.G., Grew, E.S., Dyar, M.D., Wiedenbeck, M., and Fowler, G. (1997) Stoichiometry of natural tourmaline from western Maine. Abstract to G.S.A. Annual Meeting, Salt Lake City, A-401.

75. Dyar, M.D., Delaney, J.S., Sutton, S.R., and Guidotti, C.V. (1997) In situ microanalysis and partitioning of ferric/ferrous in metapelite from western Maine. Abstract to G.S.A. Annual Meeting, Salt Lake City, A-399.

76. Delaney, J.S., Sutton, S.R., Dyar, M.D., and Bajt, S. (1997) Chemical state microanalysis using synchrotron micro-XANES spectroscopy: progress and prospects. Abstract to Fall AGU Meeting, San Francisco, *Eos*, **78**(46) F789.

77. Dyar, M.D., Crowley, P.D., Harrington, D., Stamski, E., Nevle, R., Delaney, J.S., Sutton, S.R., Morrison, H., Chervasia, M.B., Brown, Z., Gutmann, E., Guetschau, H., and Monders, A. (1997) Coordination effects on Fe pre-edge SmX spectra of garnet. Abstract to Fall AGU Meeting, San Francisco, *Eos*, **78**(46) F769.

78. Francis, C.A., Dyar, M.D., and DeMark, R.S. (1997) A fourth world occurrence of foitite at Copper Mountain, Taos Co., New Mexico. *New Mexico Geology*, **20**(2), 64.

79. Delaney, J.S., Sutton, S.R., and Dyar, M.D. (1998) Variable oxidation states of iron in martian meteorites. 29th Lunar and Planetary Science Conference, Houston, #1241.

80. Crowley, P.D., Stamski, R.E., Dyar, M.D., Nevle, R.J., Delaney, J.S., Monders, A.G., Jin Young, S., Guetschow, H.A., Gutmann, E.D., Harrington, D.F., Graham, R., Cheversia, M.B., Sutton, S.R., and Shea-McCarthy, G. (1998) Partitioning of ferric and ferrous iron between coexisting mafic silicates from Adirondack Metamorphic Rocks. National Synchrotron Light Source Activity Report 1997, B-228.

81. Crowley, P.D., Stamski, R.E., Dyar, M.D., Nevle, R.J., Delaney, J.S., Morrison, H.R., Cheversia, M.B., Brown, Z.M., Monders, A.G., Harrington, D.F., Guetschow, H.A., Gutmann, E.D., Graham, R., Sutton, S.R., and Shea-McCarthy, G. (1998) Coordination effect on Fe pre-edge SmX spectra of garnet. National Synchrotron Light Source Activity Report 1997, B-228.

82. Delaney, J.S., Bajt, S., Sutton, S.R., and Dyar, M.D. (1998) Ferric/ferrous microanalysis of geological glasses by synchrotron micro-XANES (SmX). National Synchrotron Light Source Activity Report 1997, B-229.

83. Delaney, J.S., Dyar, M.D., Sutton S.R., Bajt, S. (1998) Redox ratios with outrageous resolution: Solving an old geological problems with the synchrotron microXANES probe. National Synchrotron Light Source Activity Report 1997, B-229.

84. Dyar, M.D., Guidotti, C.V., Grew, E.S., Yates, M., Delaney, J.S., McGee, J.J., McGuire, A.V., Paul, R.L., Robertson, J.D., Cross, L.R., Sisson, V.M., Wiedenbeck, M.W., and Fowler, G. (1998) Interlaboratory comparison of tourmaline analyses: major elements including B, Li, and Fe. Abstract to 17th International Mineralogical Association meeting, Toronto, paper #494.

85. Dyar, M.D., Delaney, J.S., Sutton, S.R., Graham, C., and Kinny, P. (1998) Comparison of microanalysis and bulk analysis of ferric iron, water, and D/H in mantle kaersutite. Abstract, Geological Society of America, Annual Meeting, Toronto, A-186.

86. Bloodaxe, E.S., Hughes, J.M., Dyar, M.D., Grew, E.S., and Guidotti, C.V. (1998) Linking structure and chemistry in tourmalines. Abstract, Geological Society of America, Annual Meeting, Toronto, A-382.

87. Delaney, J.S., Dyar, MD., and Sutton, S.R. (1999) Mineralogical $Fe^{3+}/\Sigma Fe$ measurements as proxies of volatile budgets: I. Preamble. 30th Annual Lunar and Planetary Science Conference, #1704.

88. Dyar, M.D., Delaney, J.S., and Sutton, S.R. (1999) Mineralogical $Fe^{3+}/\Sigma Fe$ measurements as proxies of volatile budgets: II. Comparison of micro- and macro-scale data, and applications such as $K_D$ derivation. 30th Annual Lunar and Planetary Science Conference, #1445.

89. Delaney, J.S., Dyar, M.D., Sutton, S.R., Polyak, D., and Stefanis, M. (1999) Mineralogical $Fe^{3+}/\Sigma Fe$ measurements as proxies of volatile budgets: III. Oxidation state zoning in martian basalt. 30th Annual Lunar and Planetary Science Conference, #1861.

90. Dyar, M.D., Delaney, J.S., McGuire, A.V., Stefanis, M.S., and Polyak, D.E. (1999) Mineralogical $Fe^{3+}/\Sigma Fe$ measurements as proxies of volatile budgets: IV. Crystal chemistry of iron in extraterrestrial pyroxene. 30th Annual Lunar and Planetary Science Conference, #1712.

91. Polyak, D.E., Dyar, M.D., Delaney, J.S., and Tegnar, C. (1999) Mineralogical $Fe^{3+}/\Sigma Fe$ measurements as proxies of volatile budgets: V. Crystal Chemistry of Fe in plagioclase from four heavenly bodies. 30th Annual Lunar and Planetary Science Conference, #1911.

92. Hughes, J.M., Ertl, A., Dyar, M.D., Grew, E.S., Shearer, C.K., Yates, M.G. (1999) Boron in the tourmaline tetrahedral site: Chemistry and structure of a boron-rich olenite. 2nd European Workshop on Tourmaline and Borosilicates. Paris.

93. Dyar, M.D., Grew, E.S., Guidotti, C.V., Hughes, J.M., Bloodaxe, E., Tagg, S.L., Cho, H., Shearer, C.K., Robertson, J.D., Paul, R.L., and Yates, M.G. (1999) The search for tetrahedral boron in tourmaline: an analytical challenge. 2nd European Workshop on Tourmaline and Borosilicates. Paris.

94. Delaney, J.S., Sutton, S.R., and Dyar, M.D. (1999) Iron in martian meteorites: Microanalysis of $Fe^{3+}/\Sigma Fe$ by synchrotron microXANES (SmX) as indicators of variable oxygen fugacity. Science Highlights, Activity Report 1998, National Synchrotron Light Source, 2-53-2-56.

95. King, P.L., Delaney, J.S., Dyar, M.D., Hervig, R.L., Holloway, J.R., and Righter, K. (1999) Micro-analysis of $Fe^{3+}/Fe_{total}$ in natural and synthetic amphiboles. Activity Report 1999, National Synchrotron Light Source, 7-305.

24

96. Dyar, M.D., Polyak, D.E., Delaney, J.S., Sutton, S.R., McEnroe, S.A., and Tegner, C. (1999) Feldspar with and without micro-inclusions: Ferric iron determination by SmX. Abstract, Geological Society of America, Annual Meeting, Denver, A-358.

97. Dyar, M.D., Delaney, J.S., and Sutton, S.R. (2000) Advances in interpretation of Fe XANES pre-edge spectra, and resultant improvements in microanalysis of ferric/ferrous ratios on thin sections. 31st Annual Lunar and Planetary Science Conference, Houston.

98. Dyar, M.D., Delaney, J.S., Kinny, P.D., and Graham, C.M. (2000) Implications of dehydrogenation processes in amphibole for planetary hydrogen and oxygen budgets. 31st Annual Lunar and Planetary Science Conference #1768.

99. Delaney, J.S., Sutton, S.R, Newville, M., Jones, J.H., Hanson, B., Dyar, M.D., and Schreiber, H. (2000) Synchrotron micro-XANES measurements of Vanadium oxidation state in Glasses as a function of oxygen fugacity: experimental calibration of data relevant to partition coefficient determination. 31st Annual Lunar and Planetary Science Conference #1806.

100. Delaney, J.S., and Dyar, M.D. (2000) Correction of the calibration of ferric/ferrous determinations in pyroxene from Martian samples and achondrite meteorites by synchrotron microXANES spectroscopy. 31st Annual Lunar and Planetary Science Conference, #1981.

101. Dyar, M.D., Wiedenbeck, M., Cross, L., Delaney, J.S., Francis, C.A., Grew, E.S., Guidotti, C.V., Hervig, R.L., Hughes, J.M., Leeman, W., McGuire, A.V., Paul, R.L., Robertson, J.D., and Yates, M. (2000) Mineral standards for microanalysis of light elements (invited). Geoanalysis 2000, Pont à Mousson, Lorraine France.

102. Dyar, M.D. (2000) Spectroscopy of Iron in Mica (invited). Micas 2000 Conference, Italian National Academy, Rome.

103. Mottana, A., Marcelli, A., Cibin, G., and Dyar, M.D. (2000) X-ray absorption spectroscopy of the micas. Micas 2000 Conference, Italian National Academy, Rome.

104. Dyar, M.D., Lowe, E.W., Delaney, J.S., and Sutton, S.R. (2000) Microanalysis of $Fe^{3+}$ and $Fe^{2+}$ partitioning among minerals in metapelites (invited). Geological Soc. Amer., Reno, NV, A-53.

105. Guidotti, C.V., Grew, E.S., Yates, M.G., Dyar, M.D., Francis, C.A., Fowler, G., Husler, J., Shearer, C.K., and Wiedenbeck, M. (2000) Lithium in coexisting micas and tourmaline from western Maine. Geological Soc. Amer., Reno, NV, (invited), A-53.

106. Cartwright, B., Dyar, M.D., Seaman, S.J., and Delaney, J.S. (2000) Plagioclase ferrous/ferric correlation with magma oxygen fugacity in a volcanic succession. Geological Soc. Amer., Reno, NV, A-434.

107. Dyar, M.D., Rossman, G.R., Delaney, J.S., Sutton, S.R., and Newville, M. (2001) Interpretation of Fe- Xanes pre-edge spectra: Predictions based on Co and Fe optical spectra. 32nd Annual Lunar Planet. Sci. Conf., #1816.

108. Dyar, M.D., Delaney, J.S., and Tegner, C. (2001) Ferric iron in feldspar as an indicator of evolution of planetary oxygen fugacity. 32nd Annual Lunar Planet. Sci. Conf., #1065.

109. Gunter, M.E., Brown, B.M., Bandli, B.R., and Dyar, M.D. (2001) Amphibole asbestos, vermiculite mining, and Libby, Montana: What's in a name? Eleventh Annual Goldschmidt Conference, #3435.

110. Consolmagno, G.J., and Dyar, M.D. (2001) Rethinking the magma ocean. Geological Soc. Amer. Boston, MA, #19689.

111. Dyar, M.D., and Gunter, M.E. (2001) Mössbauer spectroscopy of amphibole-asbestos from Libby, Montana: Implications for asbestos classification. Geological Soc. Amer. Boston, MA, #26963.

112. Driscall, J.I., Jenkins, D.M., and Dyar, M.D. (2001) Iron-magnesium intersite partitioning in amphiboles synthesized near the tremolite-ferro-actinolite join. Geological Soc. Amer. Boston, MA, #25521.

113. Delaney, J.S., and Dyar, M.D. (2001) Magmatic magnetite in martian meteorite melt inclusions from Chassigny. *Meteor. Planet. Sci.*, 36, Suppl., A48.

114. Tegner, C., Delaney, J.S., and Dyar, M.D. (2001) Ferric/ferrous iron in plagioclase of the Skaergaard intrusion. *Eos, Trans. AGU*, 82(47), Fall Mtng. Suppl., V32E-1037.

115. Delaney, J.S., Mollel, G., Ashley, G.M., Dyar, M.D., and Sutton, S.R. (2001) Micrometer scale ferric/ferrous zoning quantified by synchrotron micro-XANES spectroscopy of pyroxene phenocrysts in phonolitic eruptives from Plio-Pleistocene volcano, Satiman, Tanzania. *Eos, Trans. AGU*, 82(47), Fall Mtng. Suppl., V32D-0996.

116. Bishop, J.L., Pieters, C.M., Dyar, M.D., Hamilton, V.E., and Harloff, J. (2002) A spectral, chemical, and mineralogical study of Mars analog rocks. 33rd Ann. Lunar Planet. Sci. Conf., #1161.

117. McEnroe, S.A., Dyar, M. D., and Brown, L.B. (2002) Magnetic signatures on planets without magnetic fields. 33rd Ann. Lunar Planet. Sci. Conf., #1287.

118. Gunter, M.E., Dyar, M.D., Delaney, J.S., Sutton, S.R., and Lanzirotti, A. (2002) Effects of preferred orientation on microscale XANES measurements of $Fe^{3+}/\Sigma Fe$ in biopyriboles. 33rd Ann. Lunar Planet. Sci. Conf., #1654.

119. Therkelsen, J.P., Dyar, M. D., and Morgan, P. (2002) Geologic and temporal constraints on the martian dichotomy using outflow channels. 33rd Ann. Lunar Planet. Sci. Conf., #1691.

120. Therkelsen, J.P., Dyar, M. D., Delaney, J.S., Johnson, J., and Horz, F. (2002) Effects of shock on ferric iron and major elements in plagioclase, pyroxene, and olivine: First reconnaisance. 33rd Ann. Lunar Planet. Sci. Conf., #1696.

121. Delaney, J.S., and Dyar, M.D. (2002) Compositional and oxidation state zoning in martian pyroxene: Paradox or process indicator. 33rd Ann. Lunar Planet. Sci. Conf., #1659.

122. Dyar, M.D., Housely, R.M., and Stiltner, S.A. (2002) Mössbauer study of $^{57}Fe$-doped synthetic anorthite: Implications for interpretation of lunar anorthite spectra. 33rd Ann. Lunar Planet. Sci. Conf., #1725.

123. Seaman, S., Dyar, M.D., and Marinkovic, N. (2002) Fourier transform infrared spectroscopy (FTIR) studies of volcanic materials. N.E. G.S.A. Mtng., #32249.

124. Therkelsen, J.P., Dyar, M. D., Delaney, J.S., Johnson, J., and Hörz, F. (2002) Effects of shock on ferric iron and major elements in plagioclase, pyroxene, and olivine. N.E. G.S.A. Mtng., #31944.

125. Law, A.D. and Dyar, M.D. (2002) Studies of the Orthamphiboles. V. – Reconsideration of Doublet Assignments in Mössbauer Spectra. 18th IMA Meeting Edinburgh, Scotland, p 92, A-4-12.

126. Dyar, M.D. (2002) Mössbauer spectroscopy of SNC meteorites. Unmixing the SNC's. LPI Conf., Houston, #6011.

127. Delaney, J.S., and Dyar, M.D. (2002) What should we be looking for in Martian meteorites? Is evidence of crustal process or mantle process more important… and to whom? Unmixing the SNCs. LPI Conf., #6021.

128. Delaney, J.S., Dyar, M.D., Hörz, F., and Johnson, J.R. (2003) Evidence for coordination and redox changes of iron in shocked feldspar from synchrotron micro-XANES. 34th Ann. Lunar Planet. Sci. Conf., #1417.

129. Schaefer, M.W., Dyar, M.D., and Benison, K.C. (2003) Mössbauer spectroscopy of Mars-analog rocks from an acid saline sedimentary environment. 34th Ann. Lunar Planet. Sci. Conf., #1690.

130. Bishop, J.L., Drief, A., and Dyar, M.D. (2003) The influence of abrasion on martian dust grains: evidence from a study of antigorite grains. 34th Ann. Lunar Planet. Sci. Conf., #1512.

131. Dyar, M.D., and Schaefer, M.W. (2003) Mössbauer spectroscopy on the martian surface: Constraints on Interpretation of MER data. 34th Ann. Lunar Planet. Sci. Conf., #1329.

132. Schaefer, M.W., and Dyar, M.D. (2003) Mössbauer spectroscopy on the martian surface: Predictions. 34th Ann. Lunar Planet. Sci. Conf., #1381.

133. McCanta, M.C., Rutherford, M.J., Dyar, M.D., and Delaney, J.S. (2003) $Fe^{3+}/\Sigma Fe$ ratios in pigeonite as a function of $f_{O2}$: A preliminary investigation. 34th Ann. Lunar Planet. Sci. Conf., #1361.

134. Dyar, M.D. (2003) Mössbauer spectroscopy of mineral separates from SNC meteorites. 34th Ann. Lunar Planet. Sci. Conf., #1701.

135. Delaney, J.S. and Dyar, M.D. (2003) Comparison of synchrotron microXANES determination of $Fe^{3+}/\Sigma Fe$ with Mössbauer values for clean mineral separates of pyroxene from Martian meteorites. 34th Ann. Lunar Planet. Sci. Conf., #1979.

136. Tegner, C., Delaney, J.S., Dyar, M.D., and Lundgaard, K.L. (2003) Iron in plagioclase as a monitor of oxygen fugacity in Skaergaard, Bushveld, and Bjerkreim-Sokndal layered intrusions, and anorthosite of the Rogaland Igneous Province. EGS/AGU/EUG, EAE03-A-08789.

137. Seaman, S.J., Dyar, M.D., and Marinkovic, N. (2003) Aspects of the behavior of water during feldspar crystallization in rhyolitic magmas. EGS/AGU/EUG, EAE03-A-14375.

138. Bishop, J.L., Drief, A., and Dyar, M.D. (2003) The influence of abrasion on martian dust grains: evidence from a study of antigorite. 6th Intl. Mars. Conf., Pasadena, July 2003, #3008.

139. Seaman, S.J., Dyar, M. D., and Marinkovic, N. (2003) FTIR study of the effects of heterogeneity in water concentration on the origin of flow banded rhyolites. G.S.A. Annual Mtng., #67831.

140. Sutton, S.R., Karner, J.M., Papike, J.J., Delaney, J.S., and Dyar, M.D. (2004) Oxygen barometry of basaltic glasses based on vanadium valence determinations using synchrotron microXANES. 35th Ann. Lunar Planet. Sci. Conf., #1725.

141. Karer, J.M., Sutton, S.R., Papike, J.J., Delaney, J.S., Shearer, C.K., Newville, M., Eng, P., Rivers, M., and Dyar, M.D. (2004) A new oxygen barometer for solar system basaltic glasses based on vanadium valence. 35th Ann. Lunar Planet. Sci. Conf., #1269.

142. Pieters, C.M., Dyar, M.D., Hiroi, T., Bishop, J., Sunshine, J., Klima, R. (2004) Pigeonite masquerading as olivine at Mars: First results from the Mars Spectroscopy Consortium. 35th Ann. Lunar Planet. Sci. Conf., #1171.

143. McCanta, M.M., Rutherford, M.J., and Dyar, M.D. (2004) The relationship between clinopyroxenite $Fe^{3+}$ and oxygen fugacity. 35th Ann. Lunar Planet. Sci. Conf., #1198.

144. Sunshine, J.M., Bishop, J. ,Dyar, M.D., Hiroi, T., Klima, R., and Pieters, C.M. (2004) Near-infrared spectra of martian pyroxene separates: first results from the Mars Spectroscopy Consortium. 35th Ann. Lunar Planet. Sci. Conf., #1636.

145. Dyar, M.D., Mackwell, S.J., Seaman, S.J., and Marchand, G.J. (2004) Evidence for a wet, reduced martian interior. 35th Ann. Lunar Planet. Sci. Conf., #1348.

146. Dyar, M.D., Schaefer, M.W., Griswold, J.L., Hanify, K.M., and Rothstein, Y. (2004) Mars mineral spectroscopy web site: A resource for remote planetary spectroscopy. 35th Ann. Lunar Planet. Sci. Conf., #1356.

147. Sheffer, A.A., and Dyar, M.D. (2004) $^{57}Fe$ Mossbauer spectroscopy of fulgurites : Implications for chemical reduction. 35th Ann. Lunar Planet. Sci. Conf., #1372.

148. Schaefer, M.W., Dyar, M.D., Rothstein, Y., Hanify, K.M., and Griswold, J.L. (2004) Temperature dependence of the Mössbauer fraction in Mars-analog minerals. 35th Ann. Lunar Planet. Sci. Conf., #1768.

149. Berlin, J., Spilde, M., Brearley, A.J., Draper, D.S., and Dyar, M.D. (2004) *In situ* determination of $Fe^{3+}/\Sigma Fe$ of spinels by electron microprobe: an evaluation of the Flank method. Oxygen Workshop, #3033.

150. Sheffer, A.A., and Dyar, M.D. (2004) $^{57}Fe$ Mossbauer spectroscopy of fulgurites : Implications for chemical reduction. Goldschmidt Conference 2004, Copenhagen, #472.

151. Bishop, J.L., Dyar, M.D., Parente, M., Drief, A., and Mancinelli, R.L. What iron oxides/hydroxides can tell us about surface alteration, aqueous processes, and life on Mars. 2nd Conference on Early Mars, #8046.

152. Keskula-Snyder, A.J., Seaman, S.J., ,and Dyar, M.D. (2005) Water in glass and feldspar in icelandic rhyolites. N.E.G.S.A. meeting, Abstract #34-4.

153. Delaney, J.S., Dyar, M.D., Gunter, M.E., Sutton, S.R., and Lanzirotti, A. (2005) Broad spectrum characterization of returned samples: Orientation constraints of small samples on X-ray and other spectroscopies. 36th Ann. Lunar Planet. Sci. Conf., #1130.

154. Dyar, M.D., Pieters, C.M., Hiroi, T., Lane, M.D., and Marchand, G.J. (2005) Integrated spectroscopic studies of MIL 03346. 36th Ann. Lunar Planet. Sci. Conf., #1261.

155. Lane, M.D., Bishop, J.L., Dyar, M.D., Forray, F.L., and Hiroi, T. (2005) Integrated spectroscopic studies of anhydrous sulfate minerals. 36th Ann. Lunar Planet. Sci. Conf., #1442.

156. Bishop, J.L., Schiffman, P., Lane, M.D., and Dyar, M.D. (2005) Solfataric alteration in Hawaii as a mechanism for formation of the sulfates observed on Mars by OMEGA amd the MER instruments. 36th Ann. Lunar Planet. Sci. Conf., #1456.

157. Klima, R.L., Pieters, C.M., and Dyar, M.D. (2005) Pyroxene spectroscopy: Effects of major element composition on near, mid, and far-infrared spectra. 36th Ann. Lunar Planet. Sci. Conf., #1462.

158. Dyar, M.D., Lane, M.D., Bishop, J.L., O'Connor, V., Cluotis, E., and Hiroi, T. (2005) Integrated spectroscopic studies of hydrous sulfate minerals. 36th Ann. Lunar Planet. Sci. Conf., #1622.

159. Sklute, E.C., Rothstein, Y., Schaefer, M.W., Menzies, O.N., Bland, P.A., and Berry, F.J. (2005) Temperature dependence and recoil-free fraction effects in olivines across the Mg-Fe solid solution. 36th Ann. Lunar Planet. Sci. Conf., #1888.

160. Agresti, D.G., Dyar, M.D., and Schaefer, M.W. (2005) MERVIEW: A new computer program for easy display of MER-acquired Mössbauer data. 36th Ann. Lunar Planet. Sci. Conf., #1941.

161. Sklute, E.C., Dyar, M.D., Minitti, M.E., Leshin, L.A., Guan, Y., Luo, S., and Ahrens, T.J. (2005) Mössbauer spectroscopy of shocked amphiboles. 36th Ann. Lunar Planet. Sci. Conf., #2040.

162. Schaefer, M.W., Dyar, M.D., Agresti, D.G., and Schaefer, B.E. (2005) Error analysis of remotely-acquired Mössbauer spectra. 36th Ann. Lunar Planet. Sci. Conf., #2047.

163. Rothstein, Y., Dyar, M.D., Schaefer, M.W., Lane, M.D., and Bishop, J.L. (2005) Fundamental Mössbauer parameters of hydrous iron sulfates. 36th Ann. Lunar Planet. Sci. Conf., #2108.

164. Rothstein, Y., Sklute, E.C., Dyar, M.D., and Schaefer, M.W. (2005) Effects of variable temperature on Mössbauer data acquisition: laboratory-based and MER A results. 36th Ann. Lunar Planet. Sci. Conf., #2216.

165. Bentley, M.S., Ball, A.J., Dyar, M.D., Pieters, C.M., Wright, I.P., and Zarnecki, J.C. (2005) Space weathering: laboratory analyses and in-situ instrumentation. 36th Ann. Lunar Planet. Sci. Conf., #2255.

166. Delaney, J.S., Dyar, M.D., Gunter, M.E., Sutton, S.R. and Lanzirotti, A. (2005) Geometric constraints of *in situ* synchrotron micro-XANES determinations of oxidation state. 15th Goldschmidt Conf.

167. Dyar, M.D., Delaney, J.S., Gunter, M.E., Sutton, S.R., and Lanzirotti, A. (2005) Transmission and fluorescence mode microXAS analysis of oriented mineral grains. 15th Goldschmidt Conf.

168. Bishop, J.L., Lane, M.D., and Dyar, M.D. (2005) Spectral identification of hydrated sulfates on Mars and comparison with sulfate-rich terrestrial sites. EGU05-A-05737.

169. O'Connor, V.A., Brady, J.B., Dyar, M.D., Lane, M.D., and Bishop, J.L. (2005) Chemistry, crystallography, and spectroscopy of hydrous sulfates. *GSA Annual Mtng.*, Salt Lake, Abstr. 126-10.

170. Schaefer, M.W., and Dyar, M.D. (2005) Comparison of several methods of Mössbauer spectroscopic analysis. *GSA Annual Mtng.*, Salt Lake, #126-5.

171. Bishop, J.L., Bibring, J.-P., Dyar, M.D., Gendrin, A., Lane, M.D., Mustard, J., Parente, M. (2005) Searching for aqueous activity on Mars through analyses of OMEGA spectra, *AAS-DPS 37th Annual Meeting*, Cambridge, U.K., abs.#21.08.

172. Agresti, D.G., Dyar, M.D., and Schaefer, M.W. (2005). Velocity calibration for in-situ Mössbauer data from Mars. *Internat. Conf. Appl. Mössbauer Effect* (Sept. 5-9, 2005, Montpelier), T6-P1.

173. Bishop, J.L., Rothstein, Y., Dyar, M.D., Lane, M.D., Klima, R., Brophy, G. (2005) Distinguishing Na, K, and H₃O⁺ Jarosite and Alunite on Mars using VNIR, Emittance and Mössbauer Spectroscopy on the MER and Mars Express/OMEGA Missions. Eos Trans. AGU, 86(52), Fall Meet. Suppl., Abstract P21A-0126.

174. Low, P.C., Dyar, M.D., and Seaman, S.J. (2005) Oxidation state of iron in feldspars from felsic to intermediate volcanic rocks as an indicator of magma oxygen. *EOS*, Transactions of the American Geophysical Union, Fall, 2005 Annual Meeting, V23B-04.

175. Lane, M.D., Dyar, M.D., and Bishop, J.L. (2005) The use of the thermal infrared region for studying the chemistry and hydration state of sulfates on Mars. *EOS*, Transactions of the American Geophysical Union, Fall, 2005 Annual Meeting, P21C-0164.

176. Seaman, S.J., Dyar, M. D., and Marinkovic, N. (2005) Flow Banding in Rhyolites: A Manifestation of Water Concentration Heterogeneity in the Melt? *EOS*, Transactions of the American Geophysical Union, Fall, 2005 Annual Meeting, V41I-05.

177. Keskula-Snyder, A.J., Seaman, S.J., ,and Dyar, M.D. (2005) Water concentrations and distribution in evolving melts as suggested by melt inclusions and matrix glasses. *EOS*, Transactions of the American Geophysical Union, Fall, 2005 Annual Meeting, V13B-0538.

178. Agresti, D.G., Dyar, M.D., and Schaefer, M.W. (2006). Velocity calibration for Mars Mössbauer data. *Nassau Conference on Application of the Mossbauer Effect.* New York.

179. Lupulescu, M., Rakovan, J., Dyar, M.D., and Pyle, J.M. (2006) F-, Cl- and K-rich amphiboles of the Hudson Highlands, New York. *GSA Abstracts with Programs,* 38(2), Abstr. 100433.

180. Dopfel, E.C., Dyar, M. D., and Sorensen, S.S. (2006) Crystal chemistry and spectroscopy of jadeite. *GSA Abstracts with Programs*, 38(2), Abstr. 100772.

181. Agresti, D.G., Dyar, M.D., and Schaefer, M.W. (2006) Derivation of velocity scales for Mars Mössbauer data. . *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #1517 (abstr.).

182. Bishop, J.L., Schiffman, P., Dyar, M.D., Lane, M.D., Murad, E., and Drief, A. (2006) Soil-Forming Processes on Mars as Determined by Mineralogy: Analysis of Recent Martian Spectral, Chemical and Magnetic Data and Comparison with Altered Tephra From Haleakala, Maui. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #1423 (abstr.).

183. Bishop, J.L., Dyar, M.D., Parente, M., Drief, A., Mancinelli, R. L., Lane, M.D., and Murad, E. (2006) Understanding Surface Processes on Mars Through Study of Iron Oxides/Oxyhydroxides: Clues to Surface Alteration and Aqueous Processes. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #1438 (abstr.).

184. Burbine, T.H., Dyar, M.D., Seaman, S.J., and McCoy, T.J. (2006) Water content of nominally anhydrous minerals in the Ibitira eucrite. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #2220 (abstr.).

185. Dyar, M.D., Rothstein, Y., Schaefer, M.W., and Agresti, D.G. (2006) Mössbauer Spectroscopy of outcrop at the Meridiani Planum Site. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #2382 (abstr.).

186. Greenwood, J.P., Gilmore, M.S., Blake, R.E., Martini, A.M., Gomes, M., Tracy, S., Dyar, M.D., Gilmore, J.A., and Varekamp, J. (2006) Nascent jarosite mineralization of sulphur springs, St. Lucia, W.I.: Implications for Meridiani jarosite formation. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #2230 (abstr.).

187. Lane, M.D., Dyar, M.D., Bishop, J.L., King, P.L., and Cloutis, E. (2006) Laboratory emission, visible-near infrared, and Mössbauer spectroscopy of iron sulfates: application to the bright Paso Robles soils in Gusev crater. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #1799 (abstr.).

188. McCanta, M.C., Dyar, M.D., and Hörz, F.P. (2006) Shock oxidation of pyroxene: effects on redox ratio. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #1903 (abstr.).

189. McCanta, M.C., Dyar, M.D., Treiman, A.H., Pieters, C.M., Hiroi, T., Lane, M.D., and Bishop, J.L. (2006) Mössbauer and synchrotron microXANES analysis of NWA2737. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #1751 (abstr.).

190. Pieters, C.M., Dyar, M.D., Hiroi, T., Lane, M.D., Treiman, A.H., McCanta, M., Bishop, J.L., and Sunshine, J. (2006) Optical properties of martian dunite NWA 2737: a record of martian processes. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #1634 (abstr.).

191. Klima, R.L. Pieters, C.M., and Dyar, M.D. (2006) Pyroxene spectroscopy at visible wavelengths: effect of iron content on spin-forbidden absorption features. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #1637 (abstr.).

192. Rothstein, Y., Dyar, M.D., and Bishop, J.L. (2006) Mössbauer spectroscopy of synthetic jarosite with variable compositions and temperatures. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #1727 (abstr.).

193. Schaefer, M.W., Dyar, M.D., and Agresti, D.G. (2006) Comparison of Mössbauer spectra of soils from Gusev crater and Meridiani Planum. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #2111 (abstr.).

194. Sheffer, A.A., Dyar, M.., and Sklute, E.C. (2006) Lightning strike glasses as an analog for impact glasses: [57]Fe Mössbauer spectroscopy of fulgurites. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #2009 (abstr.).

195. Sklute, E.C., Dyar, M.D., and Schaefer, M.W. (2006) Mössbauer spectroscopy of olivines across the Mg-Fe solid solution. *Lunar Planet. Sci. XXXVII.*, Lunar Planet. Inst., Houston, CD-ROM #2109 (abstr.).

196. Treiman, A.H., McCanta, M., Dyar, M.D., Pieters, C.M., Hiroi, T., Lane, M.D., and Bishop, J.L. (2006) Brown and clear olivine in Chassignite NWA 2737: water and deformation. *Lunar Planet. Inst.*, Houston, CD-ROM #1314 (abstr.).

197. Bishop J. L., Lane M. D., Dyar M. D., Brown A. J., and Parente M. (2006) Sulfates on Mars as markers of aqueous processes: An integrated multi-disciplinary study of minerals, Mars analog sites and recent mission data. *Mars Water Workshop*, NASA-Ames Research Center, Moffett Field, CA, February 23-24, 2006.

198. Bishop J. L., Lane M. D., Dyar M. D., and Brown A. J. (2006) Sulfates on Mars: Indicators of aqueous processes on Mars. *Astrobiology Science Conference*, Washington, DC, March 26-30, 2006.

199. Bishop, J.L., Brown, A.J., Cloutis, E., Dyar, M.D., Hiroi, T., Lane, M.D., Milliken, R.E., Murad, E., and Mustard, J.F. (2006) A Multispectral Study of Clay Minerals: Mössbauer, Reflectance, Transmittance, and Emission Spectroscopy. 3rd Mid-European Clay Conference, Opatija, Croatia.

200. Dyar, M.D., Bishop, J.L., and Drief, A. (2006) The Influence of Physical Alteration on the Mössbauer and Reflectance Spectra of Antigorite and Applications to Soil Alteration Processes on Mars. 3rd Mid-European Clay Conference, Opatija, Croatia.

201. Sanchez, M.S., Gunter, M. E., Dyar, M.D., Badger, S.R., Hobbs, G.C., Van Orden, D.R., and Potter, M.S. (2006) Characterization of historical amphibole samples from the former vermiculite mine near Libby, Montana U.S.A. Abstract to G.S.A. Annual Meeting, Philadelphia, #118-6.

202. Dyar, M.D., and Guidotti, C.V. (2006) Iron site occupancy and valence state in metapelitic chlorite from western Maine. Abstract to G.S.A. Annual Meeting, Philadelphia, #16-3.

203. Low, P.C., Seaman, S.J., Williams, M., Jercinovic, M., Dyar, M.D., and Karlstrom, K.E. (2006) Compositional and textural evidence of an igneous origin for olivine coronas in lherzolite from mile 91 canyon. Abstract to G.S.A. Annual Meeting, Philadelphia, #118-22.

204. Seaman, S.J., Helfrich, E., and Dyar, M.D. (2006) The role of water in the growth of spherulites in rhyolitic lava flows. Abstract to G.S.A. Annual Meeting, Philadelphia, #107-7.

205. Lane, M.D., Bishop, J.L., Parente, M., Dyar, M.D., King, P.L., and Cloutis, E. (2006) Determining the chemistry of the bright Paso Robles soils on Mars using multispectral data sets. *Workshop on Martian Sulfates as Recorders of Atmospheric-Fluid-Rock Interactions.*

206. Bishop, J.L., Brown, A., Parente, M., Lane, M. D., Dyar, M.D., Schiffman, P., Murad. E., and Cloutis, E. (2006) VNIR spectra of sulfates formed in solfataric and aqueous acid sulfate environments and

applications to Mars. *Workshop on Martian Sulfates as Recorders of Atmospheric-Fluid-Rock Interactions*, #7037.

207. Clegg, S.M., Wiens, R.C., Dyar, M.D., Vaniman, D.T., Thompson, J.R. Sklute, E.C., and Barefield, J.E., and Maurice, S. (2006) Laser Induced Breakdown Spectroscopy (LIBS) remote detection of sulfates on Mars Science Laboratory Rover. *Workshop on Martian Sulfates as Recorders of Atmospheric-Fluid-Rock Interactions.*

208. Dyar, M.D., Podratz, L., Sklute, E.C., Rusu, C., Rothstein, Y., Tosca, N., Bishop, J.L., and Lane, M.D. (2006). Mössbauer spectroscopy of synthetic alunite group minerals. *Workshop on Martian Sulfates as Recorders of Atmospheric-Fluid-Rock Interactions*, #7053.

209. Sklute, E.C., Dyar, M.D., Bishop, J.L., Lane, M.D., King, P.L., and Cloutis, E. (2006) Mössbauer spectra of sulfates and applications to Mars. *Workshop on Martian Sulfates as Recorders of Atmospheric-Fluid-Rock Interactions*, #7057.

210. Greenwood, J.P., Gilmore, M.S., Martini, A.M., Blake, R.E., Dyar, M.D., Gilmore, J.A., and Varekamp, J. (2006) Martian and St. Lucian jarosite: What we can learn about Meridiani from an Earth analog. *Workshop on Martian Sulfates as Recorders of Atmospheric-Fluid-Rock Interactions*, #7050.

211. Dyar, M.D., Sklute, E.C., Schaefer, M.W., and Bishop, J.L. (2007) Mössbauer spectroscopy of clay minerals at variable temperatures. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #2282 (abstr.).

212. Weins, R.C., Maurice, S., Clegg, S., Vaniman, D., Thompson, J., Dyar, M.D., Sklute, E.C., Newsom, H., Lanza, N., Sautter, V., Dubessy, J., Lacour, J.-L., Sallé, B., Mauchien, P., Blaney, D., Langevin, Y., Herkenhoff, K., Bridges, N., Manhes, G., and the ChemCam team. (2007) Preparation of onboard calibration targets for the ChemCam instruments on the Mars Science Laboratory rover. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #2047 (abstr.).

213. Podratz, L.A., Gunter, M.E., Williams, T.J., Tosca, N., and Dyar, M.D. (2007) Refinement of the jarosite-alunite cell parameters as a function of compositional variance. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #2274 (abstr.).

214. Lane, M.D., Dyar, M.D., and Bishop, J.L. (2007) Spectra of phosphate minerals as obtained by visible-near infrared reflectance, thermal infrared emission, and Mössbauer lab analyses. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #2210 (abstr.).

215. Dyar, M.D., McCanta, M.C., Treiman, A.H., Sklute, E.C., and Marchand, G.J. (2007) Mössbauer spectroscopy and oxygen fugacity of amphibole-bearing R-chondrite LAP04840. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #2047 (abstr.).

216. Bishop, J.L., Lane, M.D., Dyar, M.D., and Brown, A.J. (2007) Multi-spectral study of phyllosilicates and applications to Mars. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #1815 (abstr.).

217. Klima, R.L., Pieters, C.M., and Dyar, M.D. (2007) VIS-NIR spectroscopy of synthetic pyroxenes: calcium-bearing pyroxenes and application to the HED meteorites. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #1733 (abstr.).

218. Lane, M.D., Bishop, J.L., Dyar, M.D., Parente, M., King, P.L., and Hyde, B.C. (2007) Identifying the phosphate and ferric sulfate minerals in the Paso Robles soils (Gusev crater) using an integrated spectral approach. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #2176 (abstr.).

219. Klima, R., Pieters, C.M., Sunshine, J., Hiroi, T., Bishop, J., Lane, M., Dyar, M.D., and Treiman, A.H. (2007) Coordinated spectroscopic and petrologic investigation of LAP04840: First results of infrared, thermal, and Raman spectroscopy. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #1710 (abstr.).

220. Clegg, S.M., Weins, R.C., Dyar, M.D., Vaniman, D.T., Thompson, J.R., Sklute, E.C., Barefield, J.E., Sallé, B.,Sirven, J.-B., Mauchien, P., Lacour, J.-L., and Maurice, S. (2007) Sulfur geochemical analysis with remote laser-induced breakdown spectroscopy on the 2009 Mars Science Laboratory rover. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #1960 (abstr.).

221. McCanta, M.C., Treiman, A.H., Alexander, C.M.O'D, and Dyar, M.D. (2007) Mineralogy and petrology of the amphibole-bearing R-Chondrite LAP04848. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #2149 (abstr.).

222. Sklute, E.C., Dyar, M.D., Clegg, S.M., Wiens, R.C., and Barefield, J.E. (2007) Laser-induced breakdown spectroscopy of samples with variable composition. *Lunar Planet. Sci. XXXVIII.*, Lunar Planet. Inst., Houston, CD-ROM #1949 (abstr.).

223. Nzokwe, G.Y., Ferré, E.C., Fifarek, R., Banerjee, S.K., Dyar, M. D., Hamilton, V.E., Maurizot, P. and Tessarolo, C. (2007) Laterites developed on a peridotitic bedrock and magnetic similitudes with Martian regoliths.

224. Dyar, M.D., Sklute, E.C., Schaefer, M.W., and Bishop, J.L. (2007) Mössbauer spectroscopy of phyllosilicates: dependence of recoil-free fractions and %Fe$^{3+}$ on lineshape models. *Clay Mins. Soc., 44th Ann. Mtng.*, Sante Fe, NM.

225. Clegg, S.M., Sklute, E.C., Dyar, M.D., Barefield, J.E., and Wiens, R.C. (2007) Quantitative analysis of samples with variable composition by remote laser-induced breakdown spectroscopy. *7th Mars Conference*, Pasadena, CA.

226. Lane, M.D., Bishop, J.L., Dyar, M.D., Parente, M., King, P.L., and Hyde, B.C. (2007) The ferric sulfate and ferric phosphate minerals in the light-toned Paso Robles rover track soils: A multi-instrument analysis. *7th Mars Conference*, Pasadena, CA.

227. Belley, F., Ferré, E.C., Martín-Hernández, F., Jackson, M.J., Dyar, M.D., and Catlos, E.J. (2007) Compositional, thermal, and orientation dependency of olivine magnetic properties. *EOS Trans. AGU*, 88(23) Jt. Assem. Suppl. Abstract GP21A-13.

228. Pieters, C.M., Klima, R.L., Hiroi, T., Dyar, M.D., Lane, M.D., Treiman, A.H., Noble, S.K., Sunshine, J.M., and Bishop, J.L. (2007) The origin of brown olivine in Martian dunite NWA 2737. *Met. Soc.*

229. Lane, M.D., and Dyar, M.D. (2007) Thermal emission spectroscopy of synthetic olivines: Fayalite to forsterite. *Met. Soc.*, abst. #5136.

230. Váczi, T., Nasdala, L., Kronz, A., Götze, J., Dyar, M.D., Hanchar, J.M., and Wildner, M. (2007) The location and valence of Fe in iron-doped zircon. *Austrian Mineralogical Society*.

231. Wiens, R.C., Clegg, S., Barefield, J. II., Vaniman, D., Lanza, N., Newsom, H., Herkenhoff, K., Bridges, N., Blaney, D., Maurice, S., Gasnault, O., Blank, J., Dyar, M.D., Milliken, R., Grotzinger, J., Crisp, J., and the ChemCam and MSL teams (2008) ChemCam remote analyses and imaging on the Mars Science Laboratory 2007 slow motion field test. *Lunar Planet. Sci. XXXIX,* Lunar Planet. Inst., Houston, CD-ROM #1500 (abstr.).

232. Dyar, M.D., Klima, R.L., and Pieters, C.M. (2008) Reflectance and Mössbauer spectroscopy of synthetic pyroxenes: I. Implications for interpreting cooling rates of remote-sense surfaces. *Lunar Planet. Sci. XXXIX,* Lunar Planet. Inst., Houston, CD-ROM #22248 (abstr.).

233. Klima, R.L., Dyar, M.D., and Pieters, C.M. (2008) Reflectance and Mössbauer spectroscopy of synthetic pyroxenes: II. Characterizing the cooling histories of HEDs using reflectance spectroscopy. *Lunar Planet. Sci. XXXIX,* Lunar Planet. Inst., Houston, CD-ROM #2289 (abstr.).

234. Elkinton, H., Jones, J.H., and Dyar, M.D. (2008) Differentiation of the HED parent body and an evaluation of the MELTS computational program. *Lunar Planet. Sci. XXXIX,* Lunar Planet. Inst., Houston, CD-ROM #2093 (abstr.).

235. Dyar, M.D., Clegg, S.M., Barefield, J.E. II, Wiens, R.C., Sklute, E.C., and Schaefer, M.W. (2008) Approaches to matrix-effect corrections in laser-induced breakdown spectroscopy of geologic samples. *Lunar Planet. Sci. XXXIX,* Lunar Planet. Inst., Houston, CD-ROM #2146 (abstr.).

236. Schaefer, M.W., Dyar, M.D., Clegg, S.M., and Wiens, R.C. (2008) An IDL routine for preprocessing and analysis of LIBS data. *Lunar Planet. Sci. XXXIX,* Lunar Planet. Inst., Houston, CD-ROM #2171 (abstr.).

237. Clegg, S.M., Wiens, R.C., Barefield, J.E. II., Dyar, M.D., Delaney, J.S., Ashley, G.M., and Driese, S.G. (2008) Simulated ChemCam laboratory investigations of East African Rift sedimentary samples. *Lunar Planet. Sci. XXXIX*, Lunar Planet. Inst., Houston, CD-ROM #2107 (abstr.).

238. Burbine, T.H., Dyar, M.D., and Hamilton, C.M. (2008) Integrating a planetary science curriculum into geology and astronomy curricula. *Lunar Planet. Sci. XXXIX*, Lunar Planet. Inst., Houston, CD-ROM #2274 (abstr.).

239. Bishop, J.L., Garcia, N., Dyar, M.D., Parente, M., Murad, E., Mancinelli, R.L., Drief, A., Lane, M.D. (2008) Maghemite as an astrobiology indicator on the Martian surface: Reduction of iron oxides by early organic compounds to generate magnetic phases. *Geophysical Research Abstracts*, 10.

240. Bishop, J.L., Alpers, C.N., Coleman, M.L., Sobron, P., Lane, M.D., Dyar, M.D., and Schiffman, P. (2008) Sulfates on Mars: Comparisons with spectra properties of analog sites. 17th Goldschmidt Conf.

241. Bishop, J.L., Lane, M.D., Dyar, M.D., Parente, M., Roach, L.H., Murchie, S., and Mustard, J.F.(2008) Sulfates on Mars: How Recent discoveries from CRSM, OMEGA and the MERs are changing our view of the planet. 17th Goldschmidt Conf., #18D-1678.

242. Alpers, C.N., Majzlan, J., Bender Koch, C., Bishop, J.L., Coleman, M.L., Dyar, M.D., Mcclesky, R.B. , Myneni, S.C.B. , Nordstrom, D.K., and Sobron, P. (2008) Chemistry and spectroscopy of iron-sulfate minerals from Iron Mountain, California, U.S.A. 17th Goldschmidt Conf., p. A17.

243. King P.L., Lane M.D., Hyde B.C., Dyar M.D., Bishop J.L. (2008) Fe-Sulfates on Mars: Considerations for Martian Environmental Conditions, Mars Sample Return and Hazards. Ground Truth From Mars: Science Payoff from a Sample Return Mission, LPI, #4017.

244. Van Alboom, A., De Resende, V.G., De Grave, E., Dyar, M.D., and Gómez, J.A. (2008) Low temperature Mössbauer spectra of rozenite and szomolnokite. EUCMOS 2008.

245. Gunter, M.E., and Dyar, M.D. (2008) Teaching Mineralogy to Earth Scientists Using Spiral Learning and Computer Animations. GSA National Meeting, Denver, Abstr. #221-13.

246. Klima, R., Pieters, C.M., and Dyar, M.D. (2008) Integrated spectroscopy of pyroxenes: pushing Remote Geochemical Analyses Further. GSA National Meeting, Denver, Abstr. #293-5.

247. Keskula, A., Seaman, S., and Dyar, M.D. (2008) Volatile Evolution in Silicic Magmas of Torfajökull Volcano, as Determined by FTIR Micro-Spectroscopy. GSA National Meeting, Denver, Abstr. #331-11.

248. Dyar, M.D., Schaefer, M.W., Clegg, S., Wiens, R., Tucker, J., and Barefield, J.E.II. (2008) Comparisons among calibration strategies for LIBS spectroscopy on Mars. Abstr. #08-RC-67-AAS-DPS. *Workshop on Martian Phyllosilicates: Recorders of Aqueous Processes?*

249. Tucker, J.M., Dyar, M.D., Clegg, S.M., Wiens, R.C., Barefield, J.E.II., Schaefer, M.W., and Bishop, J.L. (2008) Quantitative chemistry of phyllosilicate minerals using laser-induced breakdown spectroscopy. *Workshop on Martian Phyllosilicates: Recorders of Aqueous Processes?* Abstr. 7028.

250. Dyar, M.D., Schaefer, M.W., Clegg, S., Wiens, R., Tucker, J., and Barefield, J.E. II. (2008) Comparisons among calibration strategies for LIBS Spectroscopy on Mars, *DPS*, abstr. #32.14.

251. Belley, F., Ferre, E.C., Martin-Hernandez, F., Jackson, M.J., Dyar, M.D., Catlos, E J. (2008) Fe-Ti oxide inclusions in natural and synthetic $(Fe_x, Mg_{1-x})_2 SiO_4$ olivines. *EOS Trans. AGU*, 89(23) Jt. Assem. Suppl. Abstract GP31B-0080.

252. Bishop, J.L., Parente, M., Lane, M.D., Dyar, M.D., Bish, D.L., Sarrazin, P., King,P.L., McKeown, N., Milliken, R., Roach, L., Swayze, G., Weitz, C., Murchie, S., and Mustard, J.F. (2008) Coordinating CRISM observations of sulfates near Valles Marineris with the subsurface bright salty soils exposed in Gusev Crater via lab experiments. *EOS Trans. AGU*, 89(23) Jt. Assem. Suppl. Abstract P43B-1397.

253. Lane, M.D., Bishop, J.L., Dyar, M.D., King, P.L., and Hyde, B.C. (2008) Iron sulfate and sulfide spectroscopy at thermal infrared wavelengths for application to Mars. *EOS Trans. AGU*, 89(23) Jt. Assem. Suppl. Abstract P43B-1398.

254. Dyar, M.D., Tucker, J.M., Clegg, S.M., Barefield, J.E., and Wiens, R.C. (2008) Quantitative sulfur analysis using stand-off Laser-Induced Breakdown Spectroscopy. *EOS Trans. AGU*, 89(23) Jt. Assem. Suppl. Abstract P43B-1399.

255. <u>Knutson, J.</u>, Dyar, M.D., Sklute, E.C., Lane, M.D., Bishop, J.L. (2008) Using crystal structure groups to understand Mössbauer parameters of ferric sulfates. *EOS Trans. AGU*, 89(23) Jt. Assem. Suppl. Abstract P43B-1403.

256. Tucker, J.M., Dyar, M.D., Schaefer, M.W., Clegg, S.M., Barefield, J.E., Wiens, R.C., and Bishop, J.L. (2008) Laser-induced breakdown spectroscopy of phyllosilicates for ChemCam calibration. *EOS Trans. AGU*, 89(23) Jt. Assem. Suppl. Abstract P53A-1429.

257. Dyar, M.D., Henry, D., and Guidotti, C.V. (2009) Systematics of major element partitioning among graphitic metapelites from western Maine. GSA Abstracts with Programs, Vol. 41, No. 3.

258. Lane, M.D., Glotch, T.D., Dyar, M.D., Bishop, J.L., Pieters, C.M., Klima, R., Hiroi, T., and Sunshine, J.M. (2009) Thermal infrared spectroscopy of a synthetic olivine series (forsterite-fayalite) and interpretation of the Nili Fossae, Syrtis Major, and Isidis regions. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #2469 (abstr.).

259. Hibbits, C.A., Dyar, M.D., Orlando, T.M., Grieves, G., and Szanyi, J. (2009) Cold trapping of volatiles in the lunar regolith. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #1926 (abstr.).

260. Bishop, J.L., Dyar, M.D., Majzlan, J., and Lane, M.D. (2009) Spectral properties of copiapites with variable cation compositions and implications for characterization of copiapite on Mars. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #2073 (abstr.).

261. Dyar, M.D., Holden, J.F., Bishop, J.L., and Lane, M.D. (2009) Spectroscopic characterization of hydrothermal sulfide chimneys at the Juan de Fuca ridge. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #2221 (abstr.).

262. Dyar, M.D., Sklute, E.C., Bishop, J.L., Murad, E., and Muirhead, A.C. (2009) Mössbauer and reflectance spectroscopy of iron oxide mixtures. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #2209 (abstr.).

263. Klima, R.L., Pieters, C.M., and Dyar, M.D. (2009) Pyroxene spectroscopy: Probing composition and thermal history of the lunar surface. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #2155 (abstr.).

264. Cheek, L.C., Pieters, C.M., Dyar, M.D., and Milam, K.A. (2009) Revisiting plagioclase optical properties for lunar exploration. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #1928 (abstr.).

265. Sharma, S.K., Misra, A.K., Clegg, S.M., Barefield, J.E. II., Wiens, R.C., Quick, C.R., Dyar, M.D., McCanta, M.C., and Elkins-Tanton, L. (2009) Venus Geochemical Analysis by Remote Raman — Laser Induced Breakdown Spectroscopy (Raman-LIBS*) Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #2548 (abstr.).

266. Wiens, R.C., Clegg, S., Bender, S., Lanza, N., Barrachough, B., Perez, R., Maurice, S., Dyar, M.D., Newsom, H., and the Chemcam Team (2009) Initial calibration of the ChemCam LIBS instrument for the Mars Science Laboratory (MSL) rover. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #1461 (abstr.).

267. Tucker, J.M., Dyar, M.D., Clegg, S.M., Schaefer, M.W., Wiens, R.C., and Barefield, J.E. II. (2009) LIBS analysis of minor elements in geologic samples. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #2024 (abstr.).

268. Clegg, S.M., Barefield, J.E. II., Wiens, R.C., Quick, C.R., Sharma, S.K., Misra, A.K., Dyar, M.D., McCanta, M.C., and Elkins-Tanton, L. (2009) Venus Geochemical Analysis by Remote Raman — Laser Induced Breakdown Spectroscopy (Raman-LIBS*) Venus Geochemistry: Progress, Prospects, and New Missions*, Houston, CD-ROM #2013 (abstr.).

269. Van Alboom, A., de Resende, V.G., De Grave, E., and Dyar, M.D. (2009) Hyperfine interactions in rozenite. *ICAME* 2009.

270. Dyar M. D., Hiroi T., Glotch T., Lane M. D., Wopenka B., Klima R., Bishop J. L., Pieters C., Sunshine J., Marchand G. J. and Seaman S. J. (2009) Reflectance, Transmission, Emission, Raman, and Mössbauer Spectroscopy of Yamato 984028. *32nd Symposium on Antarctic Meteorites*.

271. Dyar, M.D., Tucker, J.M., Clegg, S.M., Schaefer, M.W., Wiens, R.C., and Barefield, J.E. II (2009) Probing Martian surface chemistry with LIBS: Major and minor element analyses with Laser-Induced Breakdown Spectroscopy. *New Martian Chemistry Workshop*, Abstract #8019.

272. McCord, T.B., Taylor, L.A., Orlando, T.M., Clark, R.N., Pieters, C.M., Combe, J.P., Kramer, G.Y., Sunshine, J.M., Dyar, M.D., and Hibbitts, C. (2009) Interpretations of OH/HOH IR absorptions on the Moon from Chandrayaan-1 Moon Mineralogy Mapper. *EOS Trans. AGU*, P34A-04, Jt. Assem. Suppl. Abstract.

273. Green, R.O., Pieters, C.M., Goswami, J., Clark, R.N., Annadurai, M., Boardman, J.W., Buratti, B.J., Combe, J.P., Dyar, M.D., Head, J.W., Hibbitts, C., Hicks, M., Isaacson, P., Klima, R.L., Kramer, G.Y., Kumar, S., Livo, K.E., Lundeen, S., Malaret, E., McCord, T.B., Mustard, J.F., Nettles, J.W., Petro, N.E., Runyon, C.J., Staid, M., Sunshine, J.M., Taylor, L.A., Tompkins, S., and Varanasi, P. (2009) Spectroscopic character and spatial distribution of hydroxyl and water absorption features measured on the lunar surface by the Moon Mineralogy Mapper imaging spectrometer on Chandrayaan-1. *EOS Trans. AGU*, P34A-02, Jt. Assem. Suppl. Abstract.

274. Lane, M.D., Glotch, T.D., Dyar, M.D., Pieters, C.M., Klima, R., Hiroi, T., Bishop, J.L., and Sunshine, J.M. (2009) Midinfrared multi-technique spectroscopy of synthetic olivines (forsterite to fayalite). *EOS Trans. AGU*, P23A-1232, Jt. Assem. Suppl. Abstract.

275. Clegg, S.M., Barefield, J.E., Humphries, S., Wiens, R.C., Vaniman, D., Dyar, M.D., Tucker, J.M., Sharma, S.K., and Misra, A.K. (2009) Remote Laser Induced Breakdown Spectroscopy (LIBS) geochemical investigation under Venus atmospheric conditions. *EOS Trans. AGU*, P31D-07, Jt. Assem. Suppl. Abstract.

276. Dyar, M.D., Hibbitts, C., Liu, Y., Taylor, L.A., Rossman, G.R., Orlando, T.M., Seaman, S.J., Tucker, J.M., and Pieters, C.M. (2009) Mechanisms for incorporation of hydrogen in and on the lunar surface. *EOS Trans. AGU*, P33D-07, Jt. Assem. Suppl. Abstract.

277. Tucker, J.M., Dyar, M.D., Gunter, M., Delaney, J.S., and Lanzirotti, A. (2009) High-resolution Fe XANES pre-edge spectroscopy of micas. *EOS Trans. AGU*, MR13A-1654, Jt. Assem. Suppl. Abstract.

278. Lambert, J., Morookian, J., Roberts, T. Polk, J., Smerkar, S., Clegg, S.M., Wiens, R.C., Dyar, M.D., and Treiman, A. (2010) Standoff LIBS and Raman spectroscopy under Venus conditions. *Lunar Planet. Sci. XXXXI*, Lunar Planet. Inst., Houston, CD-ROM #2608 (abstr.).

279.   Wiens, R.C., Clegg, S. M., Bender, S., Lanza, N., Barraclough, B., Perez, R., Forni, O., Maurice, S., Dyar, M.D., Newson, H. and the ChemCam team. Progress on calibration of the ChemCam instrument for the Mars Science Laboratory (MSL) rover. *Lunar Planet. Sci. XXXXI*, Lunar Planet. Inst., Houston, CD-ROM #2205 (abstr.).

280.   Moriarity, D., Hibbitts, C.A., Dyar, M.D., Harlow, G., Ebel, D., and Lisse, C. (2010) near-Far IR spectra of sulfide minerals relevant to comets. *Lunar Planet. Sci. XXXXI*, Lunar Planet. Inst., Houston, CD-ROM #2447 (abstr.).

281.   Hibbitts, C.A., Dyar, M.D., Orlando, T.M., Grieves, G., Moriarity, D., Poston, M., and Johnson, A. (2010) Thermal stability of water and hydroxyl on airless bodies. *Lunar Planet. Sci. XXXXI*, Lunar Planet. Inst., Houston, CD-ROM #2417 (abstr.).

282.   Tucker, J.M., Dyar, M.D., Schaefer, M.W., Clegg, S. M., and Wiens, R.C. (2010) Multivariate LIBS analysis of geologic materials. *Lunar Planet. Sci. XXXX*, Lunar Planet. Inst., Houston, CD-ROM #1970 (abstr.).

283.   Grieves, G. Hibbitts, C.A., Dyar, M.D., Orlando, T.M., Poston, M., and Johnson, A. (2010) Mobility and subsurface redistribution of volatiles through regolith dust. *Lunar Planet. Sci. XXXXI*, Lunar Planet. Inst., Houston, CD-ROM # (abstr.).

284.   Dyar, M.D., Hibbitts, C.A., and Orlando, T.M. (2010) Mechanisms for incorporation of hydrogen in or on terrestrial planetary surfaces. *Lunar Planet. Sci. XXXXI*, Lunar Planet. Inst., Houston, CD-ROM #2116 (abstr.).

285.   Dyar, M.D., Lane, M.D., Glotch, T., Hiroi, T., Wopenka, B., Klima, R., Bishop, J.L., Pieters, C., Sunshine, J., Marchand, G.J., and Seaman, S.J. (2010) Spectroscopy of Yamato 984028. *Lunar Planet. Sci. XXXXI*, Lunar Planet. Inst., Houston, CD-ROM #1831 (abstr.).

286.   Clegg, S.M., Barefield, J.E., Wiens, R.C., Sharma, S.K., Misra, A.K., Tucker, J., Dyar, M.D., Lambert, J., Smrekar, S., and Treiman, A. (2010) Venus geochemical analysis by remote Laser-Induced Breakdown Spectroscopy (LIBS). *Lunar Planet. Sci. XXXXI*, Lunar Planet. Inst., Houston, CD-ROM #1631 (abstr.).

287.   Barbieri, L., Dickson, J.L., Head, J.W., and Dyar, M.D. (2010) Deciphering Late-Amazonian climate change on Mars: Evidence for episodic gully activity preserved in gully fan stratigraphy. *Lunar Planet. Sci. XXXXI*, Lunar Planet. Inst., Houston, CD-ROM #2745 (abstr.).

288.   Dyar, M.D., Tucker, J.M., Gunter, M.E., and Lanzirotti, A. (2010) Iron redox in fibers and fragments of Libby, Montana asbestos. *45th Ann. GSA NE Section Mtng.*, Abstr. #169670.

289.   Reynolds, V.S., Crapster-Pregont, E.J., Dyar, M.D., Jawin, E., McDonough, W.F., Qui, L., and Rumble, D. (2010) Lithium and oyxgen isotopes and oxidation state of lower oceanic crust: Atlantic Massif, 30° N. *Goldschmidt Conf. 2010*, Abstract #3044.

290.   Hyde, B.C., King, P.L., Dyar, M.D., Splide, M.N., Ali, A.-M., and Atudorei, N.V. (2010) Hydrated and hydrous iron sulfate synthesis and analysis on the bulk and micro-scales. *GSA Ann. Mtng.,* Abstract #262-4.

291.   Schoonen, M.A.A., DeCesare, M.R., Murphy, R.T., Strongin, D.R., and Dyar, M.D. (2010) Influence of $H_2S$ and $SO_2$ in $CO_2$ fluid reactivity of sandstone under near-field and far-field conditions. *GSA Ann. Mtng.*, Abstract #137-10.

292.   Dyar, M.D., Peel, S.E., and Klima, R.L. (2010) Relationships between crystal structure and NIR spectroscopy of synthetic pyroxenes. *GSA Ann. Mtng.*, Abstract #213-15.

293.   Clegg, S.M., Barefield, J.E., Humphires, S.D., Wiens, R.C., Vaniman, D.T., Sharma, S.K., Misra, A.K., Dyar, M.D., and Smerkar, S.E. (2010) Remote Raman – laser-induced breakdown spectroscopy (LIBS) geochemical investigation under Venus atmospheric conditions. *EOS Trans. AGU*, P44A-07.

294.   Orlando, T.M., McLain, J., Poston, M., Grieves, G., Alexandrov, A., Dyar, M.D., and Hibbittts, C.(2010) Probing adsorbed water on lunar regolith materials using thermal and non-thermal desorption. *EOS Trans. AGU*, P13E-02.

295.   Holden, J.F., Ver Eecke, H.C., Lin, T.J., Butterfield, D.A., Olson, E.J., Jamieson, J., Knutson, J.K., and Dyar, M.D. (2010) Modeling the growth and constraints of thermophiles and biogeochemical processes in deep-sea hydrothermal environments. *EOS Trans. AGU*, OS14A-01.

296.   Dyar, M.D., Tucker, J.M., Humphries, S., Clegg, S.M., Wiens, R.C., and Carmosino, M.L. (2010) Geochemical predictions of elemental compositions using remote LIBS under Mars conditions. *EOS Trans. AGU*, P54A-07.

297.   Tucker, J.M., Dyar, M.D., Humphries, S., Clegg, S.M., Wiens, R.C., and Lane, M.D. (2010) Strategies for Mars remote laser-induced breakdown spectroscopy analysis of sulfur in geological samples. *EOS Trans. AGU*, P11C-1349.

34

298. Sharma, S.K., Misra, A.K., Acosta, T.E., Dyar, M.D., Speicher, E.A., Clegg, S.M., Wiens, R.C., and Treiman, A.H. (2011) Raman spectroscopy of low concentration of minerals in basaltic glass analog matric applicable to planetary exploration. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1250 (abstr.).

299. Dyar, M.D., Carmosino, M.L., Tucker, J.M., Speicher, E.A., <u>Brown, E.B.</u>, Clegg, S.M., Wiens, R.C., Barefield, J.E., Delaney, J.S., Ashley, G.M., and Driese, S.G. (2011) Error analysis for remote laser-induced breakdown spectroscopy analysis using combinations of igneous, sedimentary, and phyllosilicate samples. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1258 (abstr.).

300. <u>Jawin, E.R.</u>, Dyar, M.D., Lane, M.D., Bishop, J.L., and Marchand, G.J. (2011) Inter-relationships among Mössbauer parameters of phosphate minerals and crystal structures. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1259 (abstr.).

301. Lane, M.D., Mertzman, S.A., Dyar, M.D., and Bishop, J.L. (2011) Phosphate minerals measured in the visible-near infrared and thermal infrared: spectra and XRD analyses. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1013 (abstr.).

302. <u>Bell, S.W.</u>, Thomson, B. J., Dyar, M.D., and Bussey, D.B.J. (2011) Dating fresh lunar craters with Mini-RF. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1342 (abstr.).

303. <u>Carmosino, M.L.</u>, Bender, S., Speicher, E.A., Dyar, M.D., Clegg, S.M., and Wiens, R.C. (2011) End-to-end models for effects of system noise on LIBS analyses of igneous rocks. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1739 (abstr.).

304. Dyar, M.D., Sklute, E.C., <u>Knutson, J.K.</u>, Glotch, T.D., Che, C., Zelin, S.L., Lin, J., and Holden, J.F. (2011) Spectroscopy of mineral reaction products form bioreduction by hyperthermophiles: Potential for remote sensing biomarkers. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1375 (abstr.).

305. Cheek, L.C., Pieters, C.M., Parman, S.W., Dyar, M.D., and Speicher, E.A. (2011) First look at spectral characteristics of plagioclase with variable iron content: Applications to remote sensing of the lunar crust. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1617 (abstr.).

306. Poston, M.J. Aleksandrov, A.B., Grieves, G.A., Hibbitts, C.A., Dyar, M.D., and Orlando, T.M. (2011) Thermal desorption properties of water and hydroxyl adsorbed on micronized lunar surrogates JSC-1A and albite. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #2189 (abstr.).

307. Aveline, D.C., Abbey, W.J., Choukroun, M., Treiman, A.H., Dyar, M.D., Smrekar, S.E., and Feldman, S.M. (2011) Rock and mineral weathering experiments under model Venus conditions. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #2165 (abstr.).

308. McCanta, M.C., Dyar, M.D., Elkins-Tanton, L.T., and Treiman, A.H. (2011) Weathering of Hawaiian basalts under sulfur-rich conditions: applications to understanding surface-atmosphere interactions on Venus. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1396 (abstr.).

309. Clegg, S.M., Sharma, S.K., Misra, A.K., Dyar, M.D., Hecht, M., Lambert, J., Feldman, S., Dallmann, N., Wiens, R.C., Humphries, S.D., Vaniman, D.T., Speicher, E.A., Carmosino, M.L., Smrekar, S., Treiman, A., Wang, A., Maurice, S., and Esposito, L. (2011) Remote Raman-laser-induced breakdown spectroscopy (LIBS) geochemical investigation under Venus atmospheric conditions. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1568 (abstr.).

310. Klima, R.L., Dyar, M.D., and <u>Peel, S.E.</u> (2011) Spectral modeling and crystallographic parameters of Al and Ti-rich pyroxenes. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #2181 (abstr.).

311. <u>Peel, S.E.</u>, Dyar, M.D. Klima, R.L., and <u>Fleagle, A.L.</u> (2011) Crystal structure parameters as predictors of VNIR spectroscopy of synthetic pyroxenes. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1394 (abstr.).

312. Speicher, E.A., Dyar, M.D., <u>Carmosino, M.L.</u>, Tucker, J.M., Clegg, S.M., and Wiens, R.C. (2011) Single variable and multivariate analyses of remote laser-induced breakdown spectra for predictions of Rb, Sr, Cr, Ba, S, and V in igneous rocks. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #2385 (abstr.).

313. Speicher, E.A., Dyar, M.D., Gunter, M.E., Lanzirotti, A., Tucker, J.M., <u>Peel, S.E.</u>, <u>Brown, E.B.</u>, and Delaney, J.S. (2011) Synchrotron micro-XANES analysis of $Fe^{3+}$ in oriented amphiboles. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #2287 (abstr.).

314. Greenberger, R.N., Mustard, J.F., Kumar, P.S., Dyar, M.D., Speicher, E.A., and Sklute, E. C. (2011) Weathering products of Deccan basalts and implications for Mars. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #2548 (abstr.).

315. Greenwood, J.P., Itoh, S., Sakamoto, N., Warren, P.H., Dyar, M.D., and Yurimoto, H. (2011) Origin of lunar water and evidence for a wet Moon from D/H and water in lunar apatites. *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #2753 (abstr.).

316. Perry, K.A., Bishop, J.L., Dyar, M.D., Blake, D.F., Peel, S., and Brown, A.J. (2011) Spectral analysis of nontronite-magnesite-olivine mixtures and implications for carbonates on Mars. . *Lunar Planet. Sci. XLII*, Lunar Planet. Inst., Houston, CD-ROM #1554 (abstr.).

317. Dyar, M.D., Carmosino, M.L., Speicher, E.A., Clegg, S.M., and Wiens, R.C. (2011) Effects of training set selection on quantitative LIBS analyses of geological samples. 3rd North American Symposium on Laser-Induced Breakdown Spectroscopy, Clearwater Beach, FL, July 2011.

318. Carmosino, M.L., Dyar, M.D., Speicher, E.A., Clegg, S.M., and Wiens, R.C. (2011) Binary classification for empirical description of quantification limits in LIBS instruments. 3rd North American Symposium on Laser-Induced Breakdown Spectroscopy, Clearwater Beach, FL, July 2011, P02.

319. Speicher, E.A., Dyar, M.D., Carmosino, M.L., Clegg, S.M., and Wiens, R.C. (2011) Univariate and multivariate analyses of remote laser-induced breakdown spectra from prediction of trace Cr, Rb, and Sr in igneous rocks under Mars atmospheric conditions. 3rd North American Symposium on Laser-Induced Breakdown Spectroscopy, Clearwater Beach, FL, July 2011.

320. Hibbitts, C.A., Dyar, M.D/., Orlando, T., Grieves, G., and Poston, M. (2011) Why there is water on the Moon but apparently none on main-belt basaltic asteroids? EPS-DPS Joint Meeting 2011, EPSC-DPS2011-1668.

321. Dyar, M.D., Carmosino, M.L., Speicher, E.A., Ozanne, M.V., Clegg, S.M., and Wiens, R.C. (2011) Approaches to calibration of quantitative elemental analysis with laser-induced breakdown spectroscopy (LIBS). *GSA Ann. Mtng.*, 43, 234.

322. Dyar, M.D., Nelms, M., Speicher, E.A., Ozanne, M.V., Gunter, M.E., and Lanzirotti, A. (2011) Multivariate analysis of XANES spectra for measurement of ferric iron in garnets, amphiboles, micas, and glasses. *GSA Ann. Mtng.*, 43, 232.

323. Greenberger, R.N., Mustard, J.T., Kumar, P.S., Dyar, M.D., Speicher, E.A., and Sklute, E.C. (2011) A vertical section of Deccan basalts as a spectroscopic and mineral assemblage analog to phyllosilicate stratigraphies on Mars. *GSA Ann. Mtng.*, 43, 267.

324. Shank, E.M., Klima, R.L., and Dyar, M.D. (2011) Characterizing pyroxene cooling rate using reflectance spectra. *EOS Trans. AGU*, P43A-1657.

325. Poston, M.J., Grieves, G.A., Aleksandrov, A.B., Hibbitts, C.A., Dyar, M.D., Johnson, M.A,m McLain, J., and Orlando, T.M. (2011) Water interactions with micronized lunar surrogates and application to behavior of water on the Moon. *EOS Trans. AGU*, P13D-1729.

326. Dyar, M.D., Hibbitts, C.A., Orlando, T.M., Poston, M.J., and Grieves, G.A. (2011) Effects of crystallinity, composition, and texture on hydrogen solubility and adsorption in lunar surface materials and their relevance to remote sensing. *EOS Trans. AGU*, P13C-06.

327. Hibbitts, C.A., Orlando, T.M., Dyar, M.D., Grieves, G.A., Poston, M.J., and McLain, J. (2011) Review of laboratory and modeling efforts to understand and predict the evolution of water and hydroxyl on the Moon. *EOS Trans. AGU*, P13H-02.

328. Lane, M.D., Bishop, J.L., and Dyar, M.D. (2011) Iron sulfates measured using thermal infrared emission and visible-near infrared reflectance spectroscopy. *EOS Trans. AGU*, P23B-1709.

329. Farrell, W.M., Bussey, B., Collier, M.R., Delory, G.T., Dyar, M.D., Elphic, R.C., Halekas, J.S., Hibbitts, C., Hodges, R.R., Hurley, D.M., Grieves, G.A., Keller, J.W., Killen, R.M., Marshall, J.R., Orlando, T.M., Saranto, M., and Stubbs, T.J. (2011) Solar wind manufacturing of water on the Moon: An ongoing NLSI discussion. *EOS Trans. AGU*, P13H-05.

330. Jawin, E.R., Kiefer, W.S., Bussey, B., Cahill, J.T., Dyar, M.D., Fassett, C.I., and Spudis, P.D. (2012) Analyzing the evolution of surface roughness of lunar mare. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #1343 (abstr.).

331. Jawin, E.R., Kiefer, W.S., Bussey, B., Cahill, J.T., Dyar, M.D., Fassett, C.I., Lawrence, S., and Spudis, P.D. (2012) The relationship between radar scattering and surface roughness of lunar volcanic domes. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #1333 (abstr.).

332. Newson, H.E., Blaney, D., Wiens, R.C., Clegg, S., Lanza, N., Vaniman, D., Maurice, S., Gasnault, O., King, P., Bridges, N., Dyar, M.D., Melikechi, N., Blank, J.G., Cousin, A., Ollila, A., Baxter, A., Vasavada, A., Mangold, N., Le Mouelic, S., and the ChemCam Team (2012) Operational strategies for the ChemCam experiment on MSL. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #2477 (abstr.).

333.  Sharp, T.G., Michalski, J.R., Dyar, M.D., Bish, D.L., Friedlander, L.R., and Glotch, T. (2012) Effects of shock metamorphisms on phyllosilicate structures and spectroscopy. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #XXXX (abstr.).

334.  Ozanne, M.V., Dyar, M.D., Carmosino, M.L., Breves, E.A., Clegg, S.M., and Wiens, R.C. (2012) Comparison of lasso and elastic net regression for major element analysis of rocks using laser-induced breakdown spectroscopy (LIBS). *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #2391 (abstr.).

335.  Carmosino, M.L., Breves, E.A., Dyar, M.D., Ozanne, M.V., Clegg, S.M., and Wiens, R.C. (2012) Behavior of feature selection in LIBS spectroscopy as a function of varying distance and data pre-processing. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #2285 (abstr.).

336.  Dyar, M.D., Hibbitts, K.A., King, P.L., Breves, E.A., Orlando, T.M., Poston, M.J., Grieves, G.A., Tucker, J.M., and Seaman, S.J. (2012) Remote sensing of H in lunar surface materials: the effect of composition on hydrogen solubility and quantification. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #2264 (abstr.).

337.  Friedlander, L.R., Glotch, T., Michalski, J.R., Sharp, T.G., Dyar, M.D., and Bish, D.L. (2012) Spectroscopic studies of nontronite after inpacts at 3 pressures. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #XXXX (abstr.).

338.  Dobosh, P.A., Breves, E.A., Dyar, M.D., and McCanta, M. (2012) LIBSSIM: Simulation of LIBS sample on rock surfaces. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #1480 (abstr.).

339.  Greenberger, R.N., Mustard, J.F., Kumar, P.S., Dyar, M.D., Speicher, E.A., and Sklute, E.C. (2012) Mineral assemblages of Deccan basalts and Al-phyllosilicate deposits on Mars: Implications for leaching processes on Mars. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #1907 (abstr.).

340.  McCanta, M.C., Dyar, M.D., Dobosh, P.A. and Newson, H.E. (2012) Using the LIBSSIM program to calculate rock composition: Testing the potential of LIBS analyses. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #1993 (abstr.).

341.  Greenspon, A.S., Hibbitts, K.A., and Dyar, M.D. (2012) Compositional dependencies in ultraviolet reflectance spectra of synthetic glasses relevant to airless bodies. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #2490 (abstr.).

342.  Clegg, S/M., Sharman, S.K., Misra, A.K., Dyar, M.D., Dallman, N., Wiens, R.C., Vaniman, D.T., Speicher, E.A., Smrekar, S.E., Treiman, A. Wang, A., Maurice, S., and Esposito, L. (2012) Raman and laser-induced breakdown spectroscopy (LIBS) remote geochemical analysis under Venus atmospheric pressure. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #2105(abstr.).

343.  Sklute, E.C., Glotch, T.D., and Dyar, M.D. (2012) VNIR optical constant determination of synthetic jarosites for quantitative abundance analysis of remote sensing data sets. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #XXXX (abstr.).

344.  Clegg, S.M., Lasue, J., Forni, O., Bender, S., Wiens, R.C., Maurice, S., Barraclough, B., Blaney, D., Cousin, A., deFlores, L., Delapp, D., Dyar, M.D., Fabre, C., Gasnault, O., Lanza, N., Morris, R.V., Nelson, H., Newsom, H., Ollila, A., Perez, R., Sautter, V., and Vaniman, D.T. (2012) ChemCam flight model calibration. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #2076 (abstr.).

345.  Poston, M.J., Grieves, G.A., Aleksandrov, A.B., McLain, J.L., Hibbitts, C.A., Dyar, M.D., and Orlando, T.M. (2012) Formation and time evolution off hydroxyl on lunar regolith by proton implantation and diffusion. *Lunar Planet. Sci. XLIII*, Lunar Planet. Inst., Houston, CD-ROM #XXXX (abstr.).

346.  Bishop, J. L., Loizeau, D., McKeown, N. K., Saper, L., Dyar, M. D., Des Marais, D. J., Parente, M. & Murchie, S. L. (2012) Early Martian Habitability and Phyllosilicates at Mawrth Vallis. *Third Conference on Early Mars: Geologic, Hydrologic, and Climatic Evolution and the Implications for Life*, abs. #7014.

347.  Gunter, M.E., and Dyar, M.D. (2012) Spiraling systematically through a mineralogy course. *GSA Ann. Mtng.*, 44, 242-1.

348.  Dyar, M.D. and Gunter, M.E. (2012) use of the spindle stage for orientation of single crystals for Fe-XANES spectroscopy. *GSA Ann. Mtng.*, 44, 16-4.

349.  Dyar, M.D. (2012) Multivariate analysis, chemometrics, and the future of spectroscopy: How statistics can complement spectroscopy. *GSA Ann. Mtng.*, 44, 267-13 (invited).

350.  Lane, M.D., Bishop, J.L., and Dyar, M.D. (2012) Thermal Infrared Emission Measurements of Iron Sulfate and Phosphate Samples for Application to Mars. *AGU Fall Mtng.*, P11E-1871.

351.  Bishop, J.L., Lane, M.D., and Dyar, M.D. (2012) Reflectance spectra of hydrated sulfates, phosphates and perchlorates. *AGU Fall Mtng.*, P11E-1872.

352. Dyar, M.D., Nelms, M., and Breves, E.A. (2012) Measuring H, O, Li, B, and Be on planetary surfaces: Calibration of laser-induced breakdown spectroscopy (LIBS) under air, vacuum, and $CO_2$. *AGU Fall Mtng.,* P11F-02.

353. Michalski, J.R., Glotch, T.D., **Friedlander, L.**, Bish, D.L., Sharp, T.G., and Dyar, M>D. (2012) Effects of shock metamorphism on clay mineralogy: Implications for remote sensing of martian clays. *AGU Fall Mtng.,* P13A-1901.

354. Maurice, S., Wiens, R.C., Blaney, D., Bridges, J., Bridges, N., Clark, B., Clegg, S., Dromart, G., D'Uston, C., yar, D., Fabre, C., Gasnault, O., Herkenhoff, K., Langevin, Y., Mangold, N., Mauchien, P., McKay, C., Newsom, H., Vaniman, D., Anderson, R., Barraclough, B., Bender, S., Berger, G., Blank, J., Cousin, A., DeFlores, L., Delapp, D., Donny, C., Ehlmann, B., Forni, O., Gondet, B., Guillemot, P., Johnson, J., Johnstone, S., Lacour, J.-L., Lafaille, V., Lanza, N., Lasue, J., Moores, J., Le Mouelic, S., Lewin, E., Lorigny, E., Melikechi, N., Meslin, P.-Y., Mezzacappa, A., Nelson, T., Ollila, A., Pinet, P., Sautter, V., Schröder, S., Sirven, J.-B., Tokar, R., Toplis, M., Yana, C., Léveille, R., and the MSl science team. Overview of 100 sols of ChemCam operations at Gale crater. *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #1979 (abstr.).

355.  Wiens, R.C., Maurice, S., Sautter, V., Blaney, D. bridges, N., Clark, B., Clegg, S., Dromart, G. D'Uston, C. Fabre, C., Gasnault, O., Herkenhoff, K., Langevin, Y., Mangold, N., Mauchien, P., McKay, C., Newsom, H., Vaniman, D., Anderson, R., Baroukh, J., Barraclough, B., Bender, S., Berger, G., Blank, J., Cousin, A., Cros, A., DeFlores, L., Delapp, D., Donny, C., Forni, O., Gondet, B., Guillemot, P., Johnstone, S., Lacour, J.-L., Lafaille, V., Lanza, N., Lasue, J., Le Mouelic, S., Lewin, E., Lorigny, E., Melikechi, N., Meslin, P.-Y., Mezzacappa, A., Nelson, T., Ollila, A., Perez, R., Pinet, P., Saccoccio, M., Schröder, S., Sirven, J.-B., Tokar, R., Toplis, M., Yana, C., Dyar, M.D., Ehlmann, B., Johnson, J., Léveille, R., Moores, J., Bridges, J., Fisk, M.R., Grotzinger, J., and the MSl science team (2013) Compositions determined for ChemCam along Curiosity's traverse from Bradbury Station to Glenelg in Glae Crater, Mars. *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #1363 (abstr.).

356. Tokar, R.L., Wiens, R.C., Maurice, S., Lasue, J., Johnson, J.R., Anderson, R.B., Cousin, A., Forni, O., Delapp, D.M., Lanza, N.L., Clegg, S.M., Bender, S.C., Barraclough, B.L., Dyar, M.D., and the MSL Science Team (2013) Searching for chemical variation across the surface of "Rocknest_3" using MSL ChemCam spectra. *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #1283 (abstr.).

357. Blaney, D.L., Anderson, R., Berger, G., Bridges, J., Bridges, N., Clark, B., Clegg, S., Dyar, M.D., Ehlmann, B., Goetz, W., King, P.L., Lanza, N., Mangold, N., Meslin, P.-Y., Newson, H., and the MSL Science Team (2013) Assessment of potential rock coatings at Rocknest, Gale Crater, with ChemCam. *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #1568 (abstr.).

358. Bridges, J.C., Schwenzer, S.P., Westall, F., and Dyar, M.D. (2013) Gale Crate's Bathurst Inlet and Rocknest_3 compositions. *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #1973 (abstr.).

359. Clegg, S.M., Mangold, N., Le Mouelic, S., Olillia, A., Anderson, R., Blaney, D.L., Clark, B., Cousin, A., Dyar, M.D., Ehlmann, B., Fabre, C., Forni, O., Lasue, J., Meslin, P.-Y., Schröder, S., Sirven, J.-B., Vaniman, D., Maurice, ., and Wiens, R.C. (2013) High calcium phase observed at Rocknest with ChemCam. *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #2087 (abstr.).

360. Olillia, A.M., Newsom, H,E., Wiens, R.C., Lasue, J., Clegg, S.M., Cousin, A., Gasnault, O., Forni, O., Maurice, S., Schröder, S., Meslin, P.-Y., Dyar, M.D., Blank, J,G., Clark, B., Barraclough, B., and the MSL Team. (2013) Early results from Gale Crater on ChemCam detections of carbon, lithium, and rubidium. *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #2188 (abstr.).

361. Lasue, J., Forni, O., Anderson, R.B., Berger, G., Clegg, S.M., Cousin, A., Dyar, M.D., Fabre, C., Gasnault, O., Lewin, E., Meslin, P.-Y., Maurice, S., Tokar, R.L., Wiens, R.C., and the MSL team. (2013) Partial Least Squares sensitivity analysis and improvements for CHEMCAM LIBS data analysis on Mars. *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #2230 (abstr.).

362. Shank, E.M., Klima, R.L., and Dyar, M.D. (2013) Charactrizing pyroxene cooling rate using reflectance spectra (2013) *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #2371 (abstr.).

363. Ehlmann, B.L., Clegg, S.M., Anderson, R.B., Forni, O., Lasue, J., Lanza, N.L., Meslin, P.-Y., Olilla, A., Dyar, M.D., Stolper, E.M., Rossman, G.R., Sautter, V., Blaney, D., Clark, B.C., Maurice, S., Wiens, R.C., and the MSL Science Team. An expanded training set for processing of MSL ChemCam LIBS data: Spectral library samples added and effects on elemental composition results from Mars. *Lunar Planet. Sci. XLIV,* Lunar Planet. Inst., Houston, CD-ROM #2600 (abstr.).

364. Poston, M.J., Aleksandrov, A.B., Grieves, G.A., Hibbitts, C.A., and Dyar, M.D. (2013) Thermal stability of adsorbed water molecules on lunar materials. *Lunar Planet. Sci. XLIV*, Lunar Planet. Inst., Houston, CD-ROM #217 (abstr.).

365. Berlanga, G., Hibbitts, C.A., Takir, D., and Dyar, M.D. (2013) Spectral nature of $CO_2$ adsorption on meteorites. *Lunar Planet. Sci. XLIV*, Lunar Planet. Inst., Houston, CD-ROM #2904 (abstr.).

366. Lin, T.J., Breves, E.A., Dyar, M.D., and Holden, J.F. (2013) Hyperthermophile-mienral interactions and correlating mineral transformations. *Lunar Planet. Sci. XLIV*, Lunar Planet. Inst., Houston, CD-ROM #2560 (abstr.).

367. Newsom, H.E., Berger, J., Olilla, A., Gordon, S., Wiens, R.C., Sautter, V., Maurice, S., Blaney, D., Ehlmann, B., Dyar, M.D., Bridges, N., Clark, B., Clegg, S., DeFlores, L., Dromart, G., D'Uston, C., Fabre, C., gasnault, O., Herkenhoff, K., Langevin, Y., Mangold, N., Mauchien, P., McKay, C., Vaniman, D., Anderson, R., Baroukh, J., Barraclough, B., Bender, S., Berger, G., Blank, J., Cousin, A., Cros, A., Delapp, D., Donny, C., Forni, O., Gondet, B., Guillemot, P., Johnstone, S., lacour, J.-L., Lafaille, V., Lanza, N., Lasue, J., Le Moulic, S., Lewin, E., Lorigny, E., Melikechi, N., Meslin, P.-Y., mezzacappa, A., Nelson, T., Perez, R., Pinet, P., Saccoccio, M., Schröder, S., Sirven, J.-B., Tokar, R., Toplis, M., Yana, C., Gellert, R., King, P.L., Schmidt, M., Boynton, W., Leveille, R., Bridges, J., and the MSL Science Team (2013) Regional and global context of soil and rock chemistry from Che,mCam and APXS at Gale Crater. *Lunar Planet. Sci. XLIV*, Lunar Planet. Inst., Houston, CD-ROM #1832 (abstr.).

368. Harding, S.C., Ekdale, A.A., Petersen, E.U., Nash, B.P., and Dyar, M.D. (2013) Ichnology and mineralogy of the Main Glauconite Bed, Claiborne Group, Middle Eocene, Texas: Paleoenvironmental implications. Gulf Coast Assoc. Geological Soc., 63rd Ann. Mtng.

369. Michalski, J., Cuadros, J., Dekov, V., Bishop, J.L., Fiore, S., and Dyar, D. (2013) Constraints on the crystal chemistry of Martian clays from infrared spectroscopy of analogue materials. *Euro. Planet. Sci. Conf.*

370. Dyar, M.D., Breves, E., Blau, H., Boucher, T., Clegg, S., Anderson, R., Lanza, N., Newsom, H., Treiman, A. (2013) Mineralogy at Gale Crater on Mars as measured by the ChemCam LIBS. *Sci-X* 2013, Milwaukee, Abstract #260.

371. Boucher, T., Dyar, M.D., Carmosino, M., Mahadevan, S., Clegg, S., and Wiens, R. (2013) Manifold regression of LIBS data from geological samples for application to ChemCam on Mars. *Sci-X* 2013, Milwaukee, *Sci-X* 2013, Milwaukee, Abstract #24.

372. Clegg, S., Forni, O., Lasue, J., Anderson, R., Dyar, M., Bender, S., Tokar, R., Maurice, S., Wiens, R., and the Chemcam Science Team (2013) ChemCam quantitative geochemical analysis on Mars Curiosity rover, *Sci-X* 2013, Milwaukee, Abstract #309.

373. Clegg, S., Wiens, R., Misra, A., Sharman, S., Bender, S., Newell, R., Lambert, J., Smrekar, S., Dyar,m M.D., and Maurice, S. (2013) Planetary geochemical investigations by Raman-LIBS spectroscopy (RLS). *Sci-X* 2013, Milwaukee, Abstract #663.

374. Dyar, M.D., King, P.L., Larsen, J.F., and Hibbitts, C.A. (2013) Quantifying H abundance on the Moon: The roles of composition, optical constraints, and band shape. *Geological Society of American Annual Meeting, Denver*, Abstract #67-6.

375. Dyar, M.D., Bridges, J., and Wiens, R.C. (2013) Mineralogy at Bradbury Landing and Yellowknife Bay, Gale Crater, Mars as measured by the ChemCam LIBS. *Geological Society of American Annual Meeting, Denver*, Abstract #6-5.

376. Holden, J.F., Lin, T.J., Ver Eecke, H.C., Breves, E. Dyar, M.D., Jamieson, J.W., Hannington, M.D., Butterfield, D.A., Bishop, J.L., and Lane, M.D. (2013) Microbial and mineral descriptions of the interior habitable zones of active hydrothermal chimneys from the Endeavour Segment, Juan de Fuca Ridge. *AGU Fall Mtng.*, B13C-0479.

377. Stander, A., Nelms, M., Wilkinson, K., Dyar, M.D., and Cardace, D. (2013) Potential hydrogen yields from ultramafic rocks of the Coast Range Ophiolite and Zambales Ophiolite: Inferences from Mössbauer spectroscopy. *AGU Fall Mtng.*, B13C-0482.

378. Wiens, R.C., Maurice, S., Grotzinger, J.P., Gellert, R., Mangold, N., Sautter, V., Ollila, A., Dyar, M.D., Le Mouelic, S., Ehlmann, B.L., Clegg, S.M., Lanza, N., Cousin, A., Forni, O., Gasnault, O., Lasue, J., Blaney, D.L., Newsom, H.E., Herkenhoff, K.E., Anderson, R.B., D'Uston, L., Bridges, N.T., Fabre, C., Mselin, P.-Y., Johnson, J., Vaniman, D., Bridges, G., Dromart, G., Schmidt, M.E., and the mSL Science Team. *AGU Fall Mtng.*, P21D-05.

379. Clegg, S.M., Mangold, N., Nachon, M., Le Mouelic, S., Ollila, A., Vaniman, D.T., Kah, L.C., Dromart, G., Bridges, J., Rice, M.S., Wellington, D.F., Bell, J.F., Anderson, R.B., Clark, B.C., Cousin, A., Forni, O.,

Lasue, J., Schroeder, S., Meslin, P.-Y., Dyar, M.D., Blaney, D.L., Maurice, S., Wiens, R.C., and the MSL Science Team. *AGU Fall Mtng.*, P23C-1797.

380. Schoonen, M.A., Sklute, E.C., Strongin, D.R., and Dyar, M.D. (2013) Reactivity of iron-bearing minerals in deep saline formations subjected to carbon injection. *AGU Fall Mtng.*, V41A-2738.

381. McCanta, M.C., Dyar, M.D., and Breves, E. (2013) Effects of composition on Fe-XANES redox calibrations in glasses. *AGU Fall Mtng.*,V44B-03.

382. Hibbitts, C.A., Dyar, M.D., and Greenspon, A.S. (2014) Ultraviolet reflectance spectra material relevant to airless bodies. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #2611 (abstr.).

383. Ollila, A.M., Newsom, H.E., Wiens, R.C., Maurice, S., Sautter, V., Mangold, N., Clark, B., Vaniman, D., Blank, J.G., Bridges, J., Cousin, A., Clark, B., Dyar, M.D., King, P.L., Lasue, J., Anderson, R., Clegg, S.M., Dyar, M.D., Fabre, C., Lanza, N., RosenGooding, A., and the MSL Team. (2014) Trace element (strontium, barium, rubidium, and lithium) analyses by ChemCam for the first 360 sols in Gale Crater, Mars. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #2490 (abstr.).

384. Clegg, S.M., Wiens, R.C., Maurice, S., Gasnault, O., Sharma, S.K., Misra, A.K., Newell, R., Bender, S., Forni, O., Lasue, J., Dyar, M>D., and Nowak-Lovato, K.L. (2014) Remote Raman and LIBS spectroscopy for future Mars rover missions. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #2463 (abstr.).

385. Clegg, S.M., Anderson, R., Forni, O., lasue, J., Dyar, M.D., Morris, R.V., Ehlmann, B.L., McLennan, S.M., Bender, S., Cousin, A., Gasnault, O., artinez, R., McInroy, R., Delapp, D., Melikechi, N., Mesline, P.-Y., Ollila, A., Tokar, R.L., Maurice, S., and Wiens, R.C. (2014) Expansion of the ChemCam calibration batabase. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #2378 (abstr.).

386. Poston, M.J., Aleksandrov, A.B., Grieces, G.A., Hibbitts, C.A., Dyar, M.D., and Orlando, T.M. (2014) Temperature program desorption measurementsof water molecules on lunar samples 12001 and 72501. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #2283 (abstr.).

387. Blaney, D.L., Wiens, R.C., Maurice, S., Clegg, S.M., Anderson, R.B., Kah, L.C., Le Mouelic, S., Ollila, A., Bridges, N., Berger, G., Bridges, J.C., Cousin, A., Clark, B., Dyar, M.D., King, P.L., Lanza, N., Mangold, N., Schmidt, P., Goetz, W., Stack, K., Sumner, D., Fisk, M., Maden, M.B., Tokar, R., and the MSL Science Team (2014) Rocknest and beyond: iron-bearing cemented sediments in Gale Crater from ChemCam observations. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #2122 (abstr.).

388. Nachon, M., Clegg, S.M., Mangold, N., Schroder, S., Kah, L.C., Dromart, G., Ollila, A., Johnson, J.R., Oehler, D.Z., Bridges, J.C., LeMoeulis, S., Forni, O., Wiens, R.C., Anderson, R.B., Blaney, D.L., Bell, J.F. III, Clark, B., Cousin, A., Dyar, M.D., Ehlmann, B., Fabre, C., Gasnault, O., Grotzinger, J., Lasue, J., Lwein, E., Leveille, R., McLennan, S., Maurice, S., Meslin, P.-Y., Rice, M., Squyres, S.W., Stack, K., Sumner, D., Vaniman, D., and Wellington, D. (2014) Calcium sulfate characterized by ChemCam/*Curiosity* at Gale Crater, Mars. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #2006 (abstr.).

389. Dyar, M.D., Dobosh, P., Bridges, J., Wiens, R., Johnson, J., and the MSL Science Team (2014) Mineralogy at Bradbury Landing site and YellowKnife Bay in Gale Crater, Mars, as measured using cation ratios, for sols 13-360. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #1788 (abstr.).

390. Michalski, J.R., Cuadros, J., Dekov, V., Bishop, J.L., Fiore, S., and Dyar, M.D. (2014) Constraints on the crystal chemistry of Fe-Mg clays on mars based on infrared analyses of fe-rich seafloor clays. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #1781 (abstr.).

391. Ferrari, S., Helbert, J., Maturilli, A., Muller, N., Dyar, M.D., and Elkins-Tanton, L.T. (2014) the surface of Venus after VIRTIS on Venus Express: laboratory analogs and the Venus Emissivity Mapper. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #1775 (abstr.).

392. Fisk, M., Dyar, M., Cousin, A., Bridges, N., Bridges, J., Anderson, R., Johnson, J., Blaney, D., Mangold, N., Herkenhoff, K., Wiens, R., Clegg, S., Meslin, P.-Y., gasnault,O., Forni, O., Clark, B., Pinet, P., and the MSL Science Team. Silica-Fe-rich components of rocks, Gale Crater, Mars. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #1674 (abstr.).

393. Jackson, C.R.M., Cheek, L.C., Williams, K.B., Donaldson hanna, K., Pieters, C.M., Parman, S., Cooper, R.F., Dyar, M.D. Nelms, M., and Salvatore, M.R. (2014) Visible to near-infrared spectra of iron-bearing spinel with application to Sinus Aestuum and lunar spinel anorthosite. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #1561 (abstr.).

394. Mezzacappa, A., Melikechi, N., Cousin, A., Lasue, J., Lanza, N., Wiens, R.C., Clegg, S.M., Maurice, S., Bender, S., berger, G., Forni,O., Gasnault, O., Newsom, H., Ollila, A.M., Clark, B., Dyar, M.D., Blaney,

D., and the MSL Science Team (2014) Effects of distance correction on ChemCam LIBS measurements (sols 13-360). *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #1517 (abstr.).

395.  Dobosh, P.A., and Dyar, M.D. (2014) Software tools for exploring and analyzing ChemCam data. *Lunar Planet. Sci. XLV*, Lunar Planet. Inst., Houston, CD-ROM #1188 (abstr.).

396.  Dyar, M.D., Treiman, A.H., Clegg, S.M., Wiens, R.C., Filiberto, J., Sharma, S.K., and Misra, A.K. (2014) *Venus Exploration Targets Workshop*, LPI, CD-ROM #6010 (abstr.)

397.  Clegg, S.M., Dyar, M.D., Sharman, S.K., Misra, A.K., Wiens, R.C., Smrekar, S.E., and Maurice, S. (2014) raman and laser-induced breakdown spectroscopy (LIBS) geochemical analysis under Venus atmosphereic pressure. *Venus Exploration Targets Workshop*, LPI, CD-ROM #tbd (abstr.)

398.  Helbert, J., Müller, N., Ferrari, S., Dyar, D., Smrekar, S.E., Head, J.W., and Elkins-Tanton, L. (2014) Mapping the surface composition of Venus in the near-Infrared. *Venus Exploration Targets Workshop*, LPI, CD-ROM #tbd (abstr.)

399.  Ferrari, S., Helbert, J., Maturilli, A., Dyar, M.D., Müller, N., and Elkins-Tanton, L. (2014) The surface of Venus after VIRTIS on Venus Express: Laboratory analogs and the Venus Emissivity Mapper.. *Venus Exploration Targets Workshop*, LPI, CD-ROM #tbd (abstr.).

400.  Dyar, M.D., Bridges, J.C., Dobosh, P., Edwards, P., Wiens, R., Johnson, J., Maurice, S., and the MSL team. Mineralogy en route to Mount Sharp, Mars, as measured using cation ratios from ChemCam data. Mars 8, Pasadena, CA, Abstr. #1159.

401.  Cousin, A., Mesline, P., Wiens, R., Rapin, W., Mangold, N., Fabre, C., Tokar, R., Ollila, A., Schroder, S., Lasue, J., Maurice, S., Sautter, V., Newsom, H., Vaniman, D., Le Mouelic, S., Dyar, D., Berger, G., Blaney, D., Nachon, M., Dromarrt, G., Lanza, N., Clark, B., Clegg, S., Goetz, W., Berger, J., Barrachough, B., Delapp, D., and the MSL Science Team (2014) Chemistry of coarse particles in soils and their relationship with local rocks. Mars 8, Pasadena, CA, Abstr. #1095.

402.  Wiens, R.C., Maurice, S., Blaney, D.L., Gortzinger, J.P., Mangold, N., Clegg, S., Sauter, V., Bridges, J., Bridges, N., Clark, B., D'Uston, C., Dyar, M.D., Edgar, L., Ehlmann, B., Forni, O., Fabre, C., Gasnault, O., Herkenhoff, K., Johnson, J., Leveille, R., Newsom, H., Vaniman, D., Cousin, A., Deflores, L., Lanza, N., Lasue, J., Meslin, P.-Y., Pinet, P., Schroder, S., Rapin, W., Fisk, M.R., Melikechi, N., Mezzacappa, A., Le Deit, L., Le Mouelic, S., Nachon, M., Toplis, M., Jackson, R., Williams, J., and Williams, A. (2014) Geochemistry at Gale from ChemCam: Implications for martian igneous and sedimentary processes and for habitability. Mars 8, Pasadena, CA, Abstr. #1170.

403.  Friedlander, L.R., Glotch, T.D., Michalski, J.R., Bish, D.L., Sharp, T., and Dyar, M.D. (2014) The impact of impacts on martian phyllosilicates. Mars 8, Pasadena, CA, Abstr. #1034.

404.  Blaney, D.L., Wiens, R.C., Maurice, S., Clegg, S.M., Anderson, R.B., Kah, L.C., Le Mouelic, S., Ollila, A., Bridges, N., Berger, G., Bridges, J.C., Cousin, A., Clark, B., Dyar, M.D., King, P.L., Lanza, N., Mangold, N., Meslin, P.-Y., Newsom, H., Schroder, S. Rowland, S., Johnson, J., Edgar, L., Forni, O., Schmidt, M., Goetz, W., Stack, K., Sumner, D., Fisk, M., Maden, M.B., Tokar, R., and the MSL Science Team (2014) Rocknest, Bradbury Plateau, and Kimberly: Iron cemented sediments observed in Gale Crater with ChemCam. Mars 8, Pasadena, CA, Abstr. #1258.

405.  Anderson, R.B., Clegg, S.M., Ehlmann, B.L., Morris, R.V., McLennan, S.M., Boucher, T., Dyar, M.D., McInroy, R., Delapp, D., Wiens, R.C., Frydenvang, J., Forni, O., Maurice, S., Gasnault, O., Lasue, J., and Fabre, C. (2014) Expanded compositional database for ChemCam quantitative calibration. Mars 8, Pasadena, CA, Abstr. #1275.

406.  Nachon, M., Clegg, S.M., Mangold, N., Schroder, S., Kah, L.C., Dromart, G., Ollilia, A., Johnson, J.R., Oehler, D.Z., Bridges, J.C., Dyar, M.D., Ehlmann, B., Fabre, C., Gasnault, O., Grotzinger, J., Lasue, J., Lewin, E., Leveille, R., McLennan, S., Maurice, S., Meslin, P.-Y., Rice, M., Squyres, S.W., Stack, K., Sumner, D.Y., Vanima, D., and Wellington, D. (2014) Calcium sulfate characterized by ChemCam/ Curiosity at Gale Crater, Mars. Mars 8, Pasadena, CA, Abstr. #1334.

407.  Lasue, J., Clegg, S.M., Forni, O., Anderson, R.B., Dyar, M.D., Fabre, C., Gasnault, O., Lewin, E., Maurice, S., Tokar, R.L., Wiens, R.C., and the MSL Science Team (2014) ChemCam LIBS multivariate regression models accuracy assessment. Mars 8, Pasadena, CA, Abstr. #1444.

408.  Dyar, M.D., Dobosh, P., Bridges, J., Wiens, R., Johnson, J., and the MSL Science Team (2014) Mineralogy at Bradbury Landing site and YellowKnife Bay in Gale Crater, Mars, as measured using cation ratios, for sols 13-360. Lunar Planet. Sci. XLV, Lunar Planet. Inst., Houston, CD-ROM #1788 (abstr.).

409.  Dyar, M.D., Breves, E.A., Boucher, T.F., and Mahadevan, S. (2014) Successes and challenges of laser-induced breakdown spectroscopy (LIBS) applied to chemical analyses of geological samples. *Microscopy and Microanalysis 2014*, Hartford, CT.

410. Carey, C., Boucher, T., Mahadevan, S., Dyar, M.D., and Bartholomew, P. (2014) Machine learning tools for mineral recognition and classification from Raman spectroscopy. *Geo-Raman 8*, St. Louis, MS, Abstract #5053.

411. Brady, J.B., Dyar, M.D., McGowan, E., and Bartholomew, P. (2014) Building analytical competence for geoscience students through use of Raman spectroscopy. *Geo-Raman 8*, St. Louis, MS, 5053. Abstract #5037.

412. Helbert, J., Ferrari, S., Maturilli, and Dyar, D. (2014) Obtaining 1 micron emissivity measurements of Venus analog materials at 730K. *Asia Oceania Geosciences Society*, Sappora, Japan, PS07-A028.

413. Clegg, S., Forni, O., Iasue, J., Dyar, M.D., Morris, R., Ehlmann, B., McLennan, S., Bender, S., Cousin, A., Gasnault, O. (2014) Generating multivariate calibration methods from the ChemCam laboratory instrument. *Sci-X 2014*, Reno, NV, abstract #194.

414. Carey, C.J., Boucher, T.F., Mahadevan, S.,Dyar, M.D., and Bartholomew, P. (2014) Machine learning tools for mineral recognition and classification from Raman spectroscopy. *Sci-X 2014*, Reno, NV, abstract #274.

415. Boucher, T.F., Dyar, M.D., Carey, C.J, Mahadevan, S., Mezzacappa, A., Melikechi, N. (2014) Recognizing the contribution of dust to ChemCam spectra of rocks and minerals on Mars. *Sci-X 2014*, Reno, NV, abstract #377.

416. Boucher, T., Dyar, M.D., Carey, C.J., Mahadevan, S. (2014) Using manifold embedding to preprocess LIBS spectra to improve regression model performance for chemical decomposition. *Sci-X 2014*, Reno, NV, abstract #432.

417. Dyar, M.D., Shaner, A.J., Shipp, S. (2014) Exciting the public about LIBS through outreach about the ChemCam laser on Mars Science Laboratory. *Sci-X 2014*, Reno, NV, abstract #733.

418. Bishop, J., Murad, E., and Dyar, M.D. (2014) Akaganéite and schweertmannite – spectral properties and geochemical implications of their presence on Mars. *92nd Duetsche Mineralogische Gesellschaft*, 2014, abstract #ENV-T11.

419. Dyar, M.D., and McCanta, M. (2014) Ferric iron concentrations in silicate glasses: a Mössbauer and XAS study. *AGU*, Abstract #V53B-4858.

420. Dyar, M.D., McCanta, M., Lanzirotti, A., Sutton, S., Carey, C., Mahadevan, S., and Rutherford, M. (2014) Redox state of iron in lunar glasses using x-ray absorption spectroscopy and multivariate analysis. *AGU*, Abstract #P12B-01.

421. Michalski, J., Cuadros, J., Dekov, V., Dyar, M., Bishop, J., and Stephen, N. (2014) Constraints on the crystal chemistry of Fe/Mg-rich smectitic clays on Mars and links to global alteration trends. *AGU*, Abstract #P34A-01.

422. Fisk, M., Dyar, M., Bridges, J., Anderson, R., Schmidt, M., Gasnault, O., Mangoild, N., Tokar, R., Wiens, R., Gellert, R., Blake, D., Schwenzer, S., and Edwards, P. (2014) Hypotheses on the source of potassium enrichment in some Gale Crater rocks. *AGU*, Abstract #P54A-08.

423. Greenberg, R., Mustard, J., Cloutis, E., Pratt, L., Sauer, P., Mann, P., Turner, K., and Dyar, M. (2014) Aqueous conditions and habitability associated with formation of a serpentinite: Using analyses of ferric iron and stable carbon isotopes to reconstruct hydrogen production. *AGU*, Abstract #P33C-4040.

424. Edwards, P., Bridges, J., Dyar, M., Fisk, M., Schwenzer, S., Forni, O., and Wiens, R. (2014) Comparing MSL ChemCam analyses to shergottite and terrestrial rock types. *AGU*, Abstract #P43D-4010.

425. Helbert, J., Maturilli, A., Ferrari, S., Dyar, M., and Smrekar, S. (2014) First laboratory high-temperature emissivity measurements of Venus analog measurements in the near-infrared atmospheric windows. *AGU*, Abstract #P21B-3911.

426. Burgess, K.D., Stround, R. M., De Gregorio, B.T., Dyar, M.D., and McCanta, M.C. (2015) Measurement of Fe oxidation state using aberration-corrected scanning transmission electron microscopy. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, (abstr.).

427. Boucher, T., Dyar, M.D., Carey, C., Giguere, S., Mahadevan, S., Clegg, S., Anderson, R., and Wiens, R. (2015) Calibration transfer of LIBS spectra to correct for Mars-Earth lab differences. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #2773 (abstr.).

428. Breves, E.A., Breitenfeld, L.B., Ketley, M.N., Roberts, A.L., Dyar, M.D., Fassett, C.I., Sklute, E.C., Lepore, K.H., Marchand, G.J., Rhodes, J.M., Vollinger, M., Byrne, S.A., Crowley, M.C., Boucher, T.F., and Mahaevan, S. (2015) Cr, Ni, Mn, Co, Zn, and S standards for use in laser-induced breakdown spectroscopy. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #2338 (abstr.).

429. Dyar, M.D., Dobosh, P., Bridges, J., and Wiens, R. (2015) Pure mineral phases sqamples by the ChemCam instrument in Gale crater, Mars, as measured using cation ratios for sols 13-801. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #1514 (abstr.).

430. Giguere, S., Carey, C., Dyar, M.D., Boucher, T.F., Parente, M., Tague, T.J. Jr., and Mahadevan, S. (2015) Baseline removal in LIBS and FTIR spectroscopy: Optimization techniques. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #(abstr.).

431. McCanta, M.C., Dyar, M.D., Carey, C., Mahadevan, S., Lanzirotti, A., and Sutton, S. (2015) Preliminary calibration for measuring ferric iron in silicate glasses: A Mössbauer and X-ray absorption spectroscopy study. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #1388 (abstr.).

432. Glotch, T.D., Dyar, M.D., Bleacher, J.E., Schoonen, M.A.A., Petro, N.E., and Jones, A. (2015) Remote, in situ, and synchrotron studies for science and exploration (RIS$^4$E): First year of science and exploration. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, (abstr.).

433. Breves, E.A., Lepore, K.H., and Dyar, M.D. (2015) Laser-induced breakdown spectroscopy of glasses and rocks at varying ablation and collection angles. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #2536 (abstr.).

434. Dyar, M.D., Breves, E.A., Lepore, K.H., Boucher, T.F., Bender, S., Tokar, R., Berlanga, G., Clegg, S.M., and Wiens, R.C. (2015) Calibration suite for Mars-analog laser-induced spectroscopy. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #1510 (abstr.).

435. Michalski, J.R., Sharp, T.G., Freidlander, L., Glotch, T., Bish, D., and Dyar, M.D. (2015) Effects of shock metamorphism on the structure of kaolinite. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #2246 (abstr.).

436. Byrne, S.A., Dyar, M.D., Bessette, E.E., Breitenfeld, L.B., Crowley, M.C., Hoff, C.M., Marchand, G.J., Ketley, M.N., Roberts, A.L., Sklute, E.C., and Parente, M. (2015) Pure mineral separates for mixing experiments to simulate planetary surfaces. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #1499 (abstr.).

437. McCanta, M.C., Dyar, M.D., Rutherford, M.J., Lanzirotti, A., and Sutton, S. (2015) In situ measurement of ferric iron in lunar glasses using Fe-XAS: Implications for lunar eruption mechanisms. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #1500 (abstr.).

438. Lepore, K.H., Boucher, T.F., Breves, E.A., Dyar, M.D., Fassett, C.I., Sklute, E.C., Marchand, G.J., Rhodes, J. M., Vollinger, M., Byrne, S.A., Breitenfeld, L.B., Ketley, M.N., Crowley, M.C., Roberts, A.L., and Mahadevan, S. (2015) Nickel calibration for use in laser-induced breakdown spectroscopy on Mars. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #2720 (abstr.).

439. Fassett, C.I., and Dyar, M.D. (2015) Accumulation of meteoritic nickel on Mars. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #1875 (abstr.).

440. Carey, C., Dyar, M.D., Boucher, T.F., Giguere, S., Hoff, C.M., Breitenfeld, L.B., Parente, M., Tague, T.J. Jr., Wang, P., and Mahadevan, S. (2015) Baseline removal in Raman spectroscopy: optimization techniques. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #2464 (abstr.).

441. Sklute, E.C., Dyar, M.D., Friedlander, L., Glotch, T.D., Bish, D.L., Sharp, T.G., and Michalski, J.R. (2015) Mössbauer analysis of shocked clays – What do we really know about Mars? *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, #2048 (abstr.).

442. Tokar, R.L., Wiens, R.C., Maurice, S., Pilleri, A., Gellert, R., Anderson, R.B., Bender, S.C., Clegg, S.M., Dyar, M.D., Fabre, C., Forni, O., Gasnault, O., Lasue, J., and Melikechi, N. (2015) Relationship between MSL/ChemCam laser focus, plasma temperature, and compositional calibrations. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., #1369 Houston, (abstr.).

443. Helbert, J., Ferrarri, S., Maturilli, A., Dyar, M.D. Müller, N., and Smrekar, S. (2015) Studying the surface composition of Venus in the near-infrared. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, (abstr.).

444. Parente, M., Saranathan, AM., and Dyar, D. (2015) An overview of the spectroscopy lab at UMass, Amherst. *Lunar Planet. Sci. XLVI*, Lunar Planet. Inst., Houston, (abstr.).

445. Treiman, A.H. and Dyar, M.D. (2015) Instrument requirements for geochemistry (elemental abundances): an approach. *Venus Science Priorities*, abstract #4020.

446. Giguere, S., Boucher, T., Carey, C., Dyar, M.D., and Mahadevan, S. (2015) A framework for fully-customized baseline removal. *Sci-X 2015*, Providence, RI, paper #288.

447. Boucher, T., Dyar, M.D., Carey, C., Guguere, S., and Mahadevan, S. (2015) A convex optimization approach to calibration transfer. *Sci-X 2015*, Providence, RI, paper #287.

448.   Lepore, K., Breves, E., Dyar, M.D. (2015) Exploring matrix effects on quantitative analysis of LIBS data from rock powders doped with Cr, Ni, Mn, Co, Zn, and S. *Sci-X 2015*, Providence, RI, paper #140.

449.   Breves, E., Lepore, K., Dyar, M.D. (2015) Laser-induced breakdown spectra of rocks at variable ablation and collection angles. *Sci-X 2015*, Providence, RI, paper #89.

450.   Dyar, M.D., Boucher, T., Carey, C., Giguere, S., and Mahadevan, S. (2015) Choices and improvements in baseline removal in LIBS spectroscopy. *Sci-X 2015*, Providence, RI, paper #138.

451.   Carey, C., Boucher, T., Giguere, S., Dyar, M.D., and Mahadevan, S. (2015) Optimal preprocessing and similarity for automatic whole-spectrum matching. *Sci-X 2015*, Providence, RI, paper #767.

452.   Boucher, T.F., Dyar, M.D., Carey, CJ, Mahadevan, S. (2016) Calibration transfer for spectroscopy in space science. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2784.

453.   Carey, CJ, Breitenfeld, L.B., Dyar, M.D., Crowley, M.C., Leight, C., Watts, E. (2016) Quantifying mineral abundances in mixtures using Raman spectroscopy: Toward a method for spectral unmixing. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2626.

454.   Thomas, N.H., Ehlmann, B.L., Clegg, S.M., Forni, O., Schröder, S., Anderson, D.E., Rapin, W., Cousin, A., Meslin, P.-Y., Lasue, J., Delapp, D.M., McInroy, R.E., Dyar, M.D., Rossman, G.R., Gasnault, O., Wiens, R., Maurice, S. (2016) Characterization of hydrogen in basaltic materials with laser-induced breakdown spectroscopy (LIBS). *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2494.

455.   Smrekar, S.E., Hensley, S., Dyar, M.D., Helbert, J., and the VERITAS team (2016) VERITAS (Venus Emissivity, Radio Science, InSAR, Topography and Spectroscopy): A proposed Discovery mission. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2439.

456.   Breitenfeld, L.B., Dyar, M.D., Crowley, M.C., Leight, C., and Watts, E. (2016) Quantifying mineral abundances in mixtures using Raman spectroscopy: Creating mineral mixtures. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2430.

457.   Anderson, D.E., Ehlmann, B.L., Forni, O., Clegg, S.M., Cousin, A., Thomas, N.H., Lasue, J., Delapp, D.M., McInroy, R.E., Gasnault, O., Dyar, M.D., Maurice, S., Wiens, R.C. (2016) Emission Lines Selected for the identification of chlorides, carbonates, and sulfates dispersed in basaltic rock using laser-induced breakdown spectroscopy (LIBS). *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2303.

458.   Mueller, N., Tsang, C., Smrekar, S., Helbert, J., and Dyar, M.D. (2016) Venus atmosphere variability as error source for surface emissivity. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2260.

459.   Dyar M.D., Breitenfeld, L.B., Carey, CJ, Bartholomew, P., Tague, T.J., Wang, P., Mertzman, S., Byrne, S.A., Crowley, M.C., Leight, C., Watts, E., Campbell, J.C. Celestian, A., McKeeby, B., Jaret, S. Glotch, T., Berlanga, G., and Misra, A.K. (2016) Interlaboratory and cross-instrument comparison of Raman spectra of 96 minerals. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2240.

460.   Dehouck, E., McLennan, S.M., Sklute, E.C., and Dyar, M.D. (2016) Stability of 2-line ferrihydrite at Gale Crater, Mars: Experimental approach. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2223.

461.   Dyar, M.D., Breves, E.A., Sklute, E.C. (2016) Facilities for Mössbauer and laser-induced breakdown spectroscopy at Mount Holyoke College. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2205.

462.   Kashyap, S., Sklute, E.C., Holden, J.F., Dyar, M.D. (2016) Characterization of nanophase iron oxides produced through bioreduction by hyperthermophiles. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2223.

463.   Lepore, K.H., Giguere, S., Boucher, T., Byrne, S., Fassett, C.I., and Dyar, M.D. (2016) Univariate vs. multivariate models for predictions of major and trace elements from LIBS spectra with and without masking. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2191.

464.   Breitenfeld, L.B., Dyar, M.D., Tague, T.J., Wang, P., Mertzman, S., Byrne, S.A., Crowley, M.C., Leight, C., and Watts, E. (2016) Quantifying mineral abundances in mixtures using Raman spectroscopy: Calculating Raman coefficients using a diamond reference. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2186.

465.   Filiberto, J., Knafelc, J., Dyar, M.D., Ferre, E.C., Friedman, S.A., Walsh, K., and Feinberg, J.M. (2016) Olivine oxidation and implications for planetary processes. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2171.

466.   Bridges, J.C., Edwards, P.H., Anderson, R., Dyar, M.D., Fisk, M., Thompson, L., Gasda, P., Schwenzer, S.P., Goetx, W., Blaney, D., Filiberto, J., and Wiens, R.C. (2016) Igneous differentiation on Mars: Trachybasalts in Gale Crater./ *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2160.

467. Sklute, E.C., Hiroi, T., Pieters, C., Milliken, R., Glotch, T.D., and Dyar, M.D. (2016) Preliminary VNIR optical constants of bytownite using radiative transfer theory. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2147.

468. Sklute, E.C., Dyar, M.D., Kashyap, S., Holden, J.F., and Jaret, S. (2016) Spectral characteristics of nanophase iron oxides and hydroxides. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #2112.

469. Helbert, J., Matturilli, A., Ferrari, S., Dyar, M.D., Muller, N., ands Smrekar, S. (2016) Progress on studying the surface composition of Venus in the near-infrared. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #1947.

470. Helbert, J., Wendler, D., Walter, I., Widemann, T., Marcq, E/. Maturilli, A., Ferrari, S., D'Amore, Muller, N., Dyar, M.D., Smrekar, S. (2016) The Venus Emissivity Mapper (VEM) concept. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #1913.

471. Rogers, A.D., Gregerson, J., Sklute, E.C., Rucks, M., Jensen, H.B., Reeder, R.J., and Dyar, M.D. (2016) Sequestration of mixed salts in the amorphous soil fraction on Mars. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #1736.

472. Wiens, R.C., Mangold, N., Maurice, S., Gasnault, O., Clegg, S.M., Blaney, D.L., Gasda, P., Frydenvang, J., Forni, O., Cousin, A., Lasue, J., Lanza, N., Anderson, R.B., Sautter, V., Bridges, J., Le Deit, L., Nachon, M., Rapin, W., Mesline, P.-Y., Newsom, H., Clark, B., Vaniman, D., Bridges, N., Herkenhoff, K., Ehlmann, B., Dyar, M.D., Fisk, M., Francis, R., Leveille, R., Johnson, J.R., Melikechi, N., Jackson, R., Fabre, C., Payre, V., Grotzinger, J.P., Vasavada, A.R., Crisp, J. (2016) Major-element compositions seen by ChemCam along the Curiosity rover traverse: The first 8,000 observations. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #1336.

473. Giguere, S., Dyar, M.D., Carey, C., Boucher, T., Mahadevan, S. (2016) A fully-customized baseline removal framework. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #1321.

474. Giguere, S., Dyar, M.D., Carey, C., Boucher, T., and Mahadevan, S. (2016) Fully-customized baseline removal applied to LIBS spectroscopy under Mars conditions. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #1318.

475. Breves, E.A., Lepore, K., Dyar, M.D., Bender, S.C., and Tokar, R. (2016) Laser-induced breakdown spectra of rock powders at variable ablation and collection angles under a Mars-analog atmosphere. *Lunar Planet. Sci. XLVII*, Lunar Planet. Inst., Houston, (abstr.) #1318.

476. Carey, CJ, and Dyar, M.D. (2016) Whole spectrum unmixing for Raman and FTIR applications. Sci-X 2016, Minneapolis, Abstract #162.

477. Gemp, I., Dyar, D., Parente, M., Saranath, A. (2016) Deep Semi-Supervised Generative Models for spectroscopic data. Sci-X 2016, Minneapolis, Abstract #710.

478. Boucher, T., and Dyar, D. (2016) Big data for extraterrestrial spectroscopy. Sci-X 2016, Minneapolis, Abstract #712.

479. Lepore, K., Fassett, C., Breves, E., Giguere, S., Boucher, T., Rhodes, J.M., Vollinger, M., Anderson, C., Murray, R., and Dyar, R. (2016) Quantitative analysis of rock powders doped with Cr, Mn, Ni, Zn, and Co. Sci-X 2016, Minneapolis, Abstract #861.

480. Dyar, M.D., Giguere, S., Carey, CJ, Boucher, T., and Gemp, I. (2016) Baseline removal versus feature selection in LIBS. Sci-X 2016, Minneapolis, Abstract #862.

481. Dyar, M.D. (2016) The future of spectroscopy. GSA National Meeting, Denver, paper 197-1.

482. McCanta, M., Dyar, M.D., Rutherford, M., and Lanzirotti, A. (2016) In situ measurements of ferric iron in lunar glass beads using Fe-XAS. GSA National Meeting, Denver, paper 197-7.

483. McEnroe, S., Robinson, P., Dyar, M.D., Tegner, C., and Church, N. (2016) Crystal magnetic signature of planets: Tracking the solid solution of Fe and exsolution of magnetite in plagioclases of 21.05 Ga rocks from the Bushveld Complex, South Africa, by magnetic, chemical, and Mössbauer properties. GSA National Meeting, Denver, paper 197-14.

484. Sklute, E.C., Dyar, M.D., Kashyap, S., and Holden, JH. (2016) The challenge of distinguishing iron (hydr)oxides and what It meanbs for Mars. GSA National Meeting, Denver, paper 197-10.

485. Klima, R.L., Dyar, M.D., Lane, M.D., and Glotch, T. (2016) Synthetic pyroxenes: Strengthening the foundation of remote geochemical analysis. GSA National Meeting, Denver, paper 197-5.

486. Fassett, C.I., Dyar, M.D., and Lepore, K. (2016) Attempting to quantify meteoritic contamination of Mars sediments at the MSL landing site. GSA National Meeting, Denver, paper 197-9.

487. Carey, C., Dyar, M.D., Boucher, T., and Giguere, S. (2017) Web-based software for preprocessing, matching, fitting, prediction and visualization of spectroscopic data: The data exploration, visualization, and

Analysis of Spectra (DEVAS) website. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1097.

488. Dyar, M.D., Helbert, J., Boucher, T., Wendler, D., Walter, I., Widemann, T., Marcq, E., Maturilli, A., Ferrari, S., D'Amore, M., Mueller, N., and Smreker, S. (2017) Probing rock type, Fe redox state, and transition metal contents with six-window VNIR spectroscopy under Venus conditions. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #3014.

489. Ytsma, C.R., Dyar, M.D., Lepore, K.M., Waggoner, C., and Hanlon, A. (2017) Normalization and baseline removal effects on univariate and multivariate hydrogen prediction accuracy using laser-induced breakdown spectroscopy. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #2979.

490. Leight, C., Fassett, C.I., Crowley, M.C., and Dyar, M.D. (2017) Crater morphometry and degradation on Mercury: Mercury Laser Altimeter (MLA) measurements and comparison to stereo-DTM derived results. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #2809.

491. Wendler, D., Helbert, J., Walter, I., Widemann, T., Guignan, G., Marcq, E., Maturilli, A., Ferrari, S., D'Amore, M., Meller, N., Dyar, M., and Smrekar, S. (2017) Yhe Venus Emissivity Mapper (VEM) prototype. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #2645.

492. Berlanga, G., Dyar, M.D., Breitenfeld, L., Wagoner, C., Hanlon, A., Bartholomew, P., Dharma, S.K., and Misra, A.K. (2017) Detection limits for silicates in Raman spectra of mixtures with volcanic glass. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #2255.

493. Mueller, N., Tsang, C.C., Smreker, S., Helbert, J., and Dyar, M.D. (2017) Derivation of thermal emission from VIRTIS on Venus Express 1000–1400 nm spectra. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #2200.

494. Gregerson, J., Rogers, A.D., Sklute, E.C., Reeder, R.J., and Dyar, M.D. (2017) Phase transitions of amorphous iron(III) sulfates at an intermediate humidity. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #2100.

495. Breitenfeld, L.B., Dyar, M.D., Carey, C., Tague, T.J., and Wang, P. (2017) Predicting olivine composition using Raman spectroscopy through band shift and multivariate analysis. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1898.

496. Gemp, I., Durughar, I., Parente, M., Dyar, M.D., and Mahadevan, S. (2017) Deep learning models for spectroscopic data: Semi-supervised generative models applied to laser-induced breakdown spectroscopic data. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1696.

497. Lanzirotti, A., Dyar, M.D., Sutton, S.R., Newville, M., Head, E., Carey, C., McCanta, M., and Jones, J. (2017) Preliminary calibration for accurate predictions of microscale oxygen barometry in silicate glasses using vanadium X-ray absorption spectroscopy: A multivariate approach. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1650.

498. Helbert, J., Maturilli, A., Dyar, M.D., Ferrari, S., Mueller, N., and Smrekar, S. (2017) First set of laboratory Venus analog spectra for all atmospheric windows. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1512.

499. McCanta, M., and Dyar, M.D. (2017) Visible/near-infrared spectra of Ca-pyroxene: Effects of $Fe^{3+}$ and shock. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1431.

500. Rader, L.X., Fassett, C.I., Levy, J.S., King, I.R., Chaffey, P., Wagoner, C., Hanlon, Watters, J.L., Kreslavsky, M.A., Holt, J.W., and Dyar, M.D. (2017) The geographic distribution of boulder halo craters at mid-to-high latitudes on Mars. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1294.

501. Lepore, K.H., Mackie, J., Dyar, M.D., Ytsma, C., and Fassett, C.I. (2017) Unreported emission lines of Ce, La, Pb, Rb, Se, Sr, Y, and Zr detected using laser-induced breakdown spectroscopy. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1293.

502. Mackie, J., Dyar, M.D., Ytsma, C., Lepore, K., Fassett, C.I., Hanlon, A., Wagoner, C., and Treiman, A. (2017) Standards for analysis of Ce, La, Pb, Rb, Se, Sr, Y, and Zr in rock samples using laser-Induced breakdown spectroscopy and X-ray fluorescence. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1292.

503. Lepore, K.H., Breves, E.A., Dyar, M.D., Bender, S.C., and Tokar, R.L. (2017) Laser-induced breakdown spectroscopy of rock powders performed at variable angles of ablation and collection. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1122.

504. Sklute, E.C., Carey, C., Dyar, M.D., and Glotch, T.G. (2017) Web-based, open-source, visible and near-infrared optical constant determination of geological materials. *Lunar Planet. Sci. XLVIII*, Lunar Planet. Inst., Houston, (abstr.) #1071.

505. Dyar, M.D., Helbert, J., Maturilli, A., Ferrari, S., Müller, N., and Smrekar, S. (2017) Emissivity measurements for hot planetary surfaces. GSA, Seattle, Paper #54-1.

506. Lanzirotti, A., Sutton, S.R., Dyar, M.D., McCanta, M.C., and Head, E. (2017) Advances in high-resolution synchrotron micro-XANES for constraining the redox evolution of terrestrial and extraterrestrial magma. Fall AGU, Abstract #V53B-08.

507. Helbert, J., Dyar, M.D., Maturilli, A., D'Amore, M., Ferrari, S., Müller, N., and Smrekar, S. (2017) Venus surface peeking through the atmosphere - gaining a global perspective on the surface composition through near infrared observations. Fall AGU, Abstract #P13G-02.

508. Dyar, M.D., Boucher, T.F., Parente, M., Gemp, I., and Mullen, T.H. (2017) Calibration transfer in LIBS and Raman spectroscopy for planetary applications. Fall AGU, Abstract #P13G-01.

509. Mullen, T.H., Parente, M., Gemp, I., and Dyar, M.D. (2017) A deep learning approach to LIBS spectroscopy for planetary applications. Fall AGU, Abstract #P11E-2542.

510. Müller, N., Tsang, C., Nunes, D.C., Helbert, J., Dyar, M.D., and Smrekar, S.E. (2017) Near-infrared multispectral mapping of Venus supports the hypothesis that tessera plateau material was formed in the presence of surface water. Fall AGU, Abstract #P53A-2645.

511. Kashyap, S., Sklute, E., Dyar, M.D., and Holden,J.F. (2017) Biogenic iron oxide transformation by hyperthermophiles: spectral and physiological potentials. Fall AGU, Abstract #P41B-2837.

512. Fassett, C., Crowley,M.C., Leight, C., Dyar, M.D., Minton, D., Hiranayashi, M., Thomson, B.J., and Watters, W.A. (2017) Using measurements of topography to infer rates of crater degradation and surface evolution on the Moon and Mercury. Fall AGU, Abstract #P24C-01.

513. Rader, L.X., Thomson, B.J., Fassett, C.I., Beyer, R.A., and Dyar, M.D. (2018) Mapping stratigraphic layers of exposed impact craters on the edge of Valles Marineris. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #2723.

514. Ytsma, C.R., Dyar, M.D., Lepore, K., and Ostrand, C. (2018) Predicting lithium, boron, carbon, and sulfur under vacuum, Earth, and Martian atmospheres. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #2409.

515. Lane, M.D., Klima, R.L., Glotch, T.D., and Dyar, M.D. (2018) Mid-infrared spectra of synthetic pyroxenes over the entire Ca-Mg-Fe quadrilateral. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #2722.

516. Clegg, S.M., Dyar, M.D., Newell, R.T., DeCroix, D.S., Okhuysen, B.S., Sharma, S.K., Maurice, M., Wiens, R.C., and Glaze, L. (2018) Venus elemental and mineralogical camera (VEMCAM). *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #2676.

517. Orlando, T.M., Jones, B., Alexandrov, A., Hibbitts, C.A., and Dyar, M.D. (2018) Diurnal variation of th solar wind-induced optical signature of water on the lunar surface. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1660.

518. Valvur, H.T., Kashyap, S., Sklute, E., Holden, J.F., Wang, P., Tague, T.J., and Dyar, M.D. (2018) Spectroscopy of nanophase iron (oxyhydr)oxides bioreduce by *Geobacter Metallireducens*. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1439.

519. Mikuchi, J., Lee, P.A., Dyar, M.D., Sklute, E.C., and Taylor, E. (2018) Ice-covered chemosynthetic ecosystems: Mineral availability and microbiological accessibility (ICE-MAMBA). *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1361.

520. Helbert, J., Maturilli, A., Dyar, M.D., Ferrari, S., Müller, N., and Smrekar, S. (2018) Orbital spectroscopy of the surface of Venus. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1219.

521. Mullen, T., Parente, M., and Dyar, M.D. (2018) Domain adversarial neural networks applied to laser-induced breakdown spectroscopy. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1182.

522. Mullen, T., Dyar, M.D., Parente, M., and Breitenfeld, L. (2018) Improving matching accuracy in Raman spectroscopy by quantifying the wavenumber shift in Raman spectroscopy between instruments. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1185.

47

523. Lepore, K.H., Dyar, M.D., and Remi, S. (2018) SuperLIBS: A high-capacity laser-induced breakdown spectroscopy system analogous to SuperCam Mars 2020. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1179.

524. Sklute, E.C., Kashyap, S., Wang, P., Tague, T.J. Jr., Dyar, M.D., and Holden, J.F. (2018) FTIR and Raman spectroscopic analysis of nanophase iron (oxyhydr)oxides bioreduced by hyperthermophilic archaea. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1153.

525. King, J.L., Watts, J.C., Dyar, M.D., Bleacher, J., McAdam, A., Hurowitz, J., and Young, K. (2018) Comparison of univariate and multivariate calibration methods for geological trace elements with handheld XRF. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1176.

526. King, J.L., Watts, J.C., Dyar, M.D., Bleacher, J., McAdam, A., Hurowitz, J., and Young, K. (2018) Preliminary comparison of handheld XRF spectrometers for geological univariate calibrations. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1172.

527. Watts, J.C., King, J.L., Dyar, M.D., Ytsma, C., Bleacher, J., McAdam, A., Hurowitz, J., and Young, K. (2018) Filter selection for analysis of geological samples with handheld Bruker Tracer XRF. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1169.

528. Kashyap, S., Sklute, E., Ross, L., Emerson, D., Tague, T.J. Jr., Wang, P., Holden, J.F., and Dyar, M.D. (2018) Spectroscopic characterization of natural biogenic iron (oxyhydr)oxides from freshwater and marine environments. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1130.

529. Lane, M.D., Allain, J.P., Cahill, K.S., Clark, R.N., Cloutis, E.A., Dyar, M.D., Helbert, J., Hendrix, A.R., Holsclaw, G., Osterloo, M., Pearson, N., Savin, D.W., and the TREX team. Toolbox for research and exploration (TREX): The fine particle spectral library. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1098.

530. McCanta, M.C., Dyar, M.D., Breitenfeld, L., and Lanzirotti, A. (2018) Mapping ferric iron variation in lunar glass beads: Observing changing oxidation conditions in situ. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1073.

531. McCanta, M.C., Dyar, M.D., Steven, C., Gunter, M., and Lanzirotti, A. (2018) In situ measurements of $Fe^{3+}$ in pyroxene using x-ray absorption spectroscopy using an oriented crystal calibration to refine geothermobarometric calculations. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1074.

532. Dyar, M.D., McCanta, M.C., Lanzirotti, A., Gunter, M., Steve, C., Breitenfeld, L., and Wagoner, C. (2018) Orientation dependence of vanadium x-ray absorption spectra: Implications for studies of V valence and resultant fugacity. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1067.

533. Sklute, E.S., Kashyap, S., Wang, P., Tague, T.Jr., Dyar, M.D., and Holden, J.F. (2018) Effects of surrounding medium (fluid vs. air) on spectral properties of nanophase iron (oxyhydr)oxides. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1064.

534. Breitenfeld, L.B., Dyar, M.D., Tokle, L., and Robertson, K. (2018) Predicting ilmenite-geikielite composition using Raman spectroscopy. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1072.

535. Levy, J.S., Fassett, C.I., Rader, L.X., King, I.R/. Chaffey, P.M., Wagoner, C.M., Hanlon, A.E., Watters, J.L., Kreslavsky, M.A., Holt, J.W., Russell, A.T., and Dyar, M.D. (2018) Distribution and characteristics of boulder halos at high latitudes on Mars: Reworking of sediment and ice indicates boulders outlast the craters that excavate them. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1093.

536. Cohen, B.A., Petro, N.E., Lawrence, S.J., Dyar, M.D., Elardo, S.M., Grinspoon, D.H., Hiesinger, H., Liu, Y., McCanta, M.C., Norman, M.D., Schwenzer, S.P., Swindle, T.D., vander Bogert, C.H., and Wiens, R.C. (2018) CURIE: Constraining solar system bombardment using in situ radiometric dating. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #1029.

537. Widemann, T., Marcq, E., Tsang, C., Mueller, N., Kappel, D., Helbert, J., and Dyar, M.D. (2018) The Venus Emissivity Mapper — Investigating the atmospheric structure and dynamics of Venus' polar region. *Lunar Planet. Sci. XLIX*, Lunar Planet. Inst., Houston, (abstr.) #2386.

538. Breitenfeld, L.B., and Dyar, M.D. (2018) Calculating mineral Raman Coefficients using a diamond reference. *GeoRaman-8*, p. 26.

539. Breitenfeld, L.B., and Dyar, M.D. (2018) Effect of grain size on Raman signal of silicates. *GeoRaman-8*, p. 121.

540. Dyar, M.D., and Breitenfeld, L.B. (2018) Predicting pyroxene composition with Raman spectroscopy through use of machine learning approaches. *GeoRaman-8*, p. 30.

541. Dyar, M.D., Helbert, J., Maturilli, A., Walter, I., Widemnn, T., Marcq, E., Ferrar, S., D'Amore, M., Muller, N., and Srekar, S. (2018) Venus surface oxidation and weathering as viewed from orbit with six-window VNIR spectroscopy. *VEXAG 15*, Abstract #8015.

542. Helbert, J., Dyar, D., Walter, I., Wendler, D., Widemann, T., Marcq, E., Guignan, G., Maturilli, A., Ferrari, S., Mueller, N., Kappel, D., D'Amore, M., Boerner, A., Tsang, C., Arnold, G., Smreekar, S., and Ghail, R. (2018) The Venus Emissivity Mapper (VEM) — Obtaining global mineralogy of Venus from orbit. *VEXAG 15*, Abstract #8023.

543. Lepore, K., and Dyar, M.D. (2019) Temporal changes in LIBS spectra observed using time-series collection protocols. *LPSC L*, Abstract #1095.

544. Watts, J.C., King, J., Mulkahey, C., Tremblay, C., and Dyar, M.D. (2019) Preliminary assessment of the effect of bulk composition on accuracy of Olympus Delta pXRF analyses. *LPSC L*, Abstract #1074.

545. Ytsma, C.R., and Dyar, M.D. (2019) Updated hydrogen, lithium, boron, carbon, and sulfur prediction accuracies with LIBS under vacuum, Earth, and martian atmospheres. *LPSC L*, Abstract #1081.

546. Izenburg, N.R., and Dyar, M.D (2019) VEXAG Venus Exploration documents 2019 update. *LPSC L*, Abstract #1083.

547. Lepore, K., Ytsma, C., and Dyar, M.D. (2019) Comparisons among laser-induced breakdown spectra from ChemCam, ChemLIBS, and SuperLIBS. *LPSC L*, Abstract #1103.

548. McCanta, M.C., and Dyar, M.D. (2019) Effects of oxidation and shock on pyroxene spectral features. *LPSC L*, Abstract #1383.

549. Ytsma, C.R., Hurowitz, J., and Dyar, M.D. (2019) LIBS and PIXL Prediction accuracies for Ni, Mn, S, and mMajor elements: A comparative study using the same standards. *LPSC L*, Abstract #1080.

550. Dyar, M.D., Ytsma, C.R., and Lepore K. (2019) Standards for geochemical aAnalysis of major, minor, and trace elements in rock powders. *LPSC L*, Abstract #1396.

551. Burbine, T.H., Wallace, S.M., and Dyar M.D. (2019) Applying the Bus-DeMeo asteroid taxonomy to meteorite spectra. *LPSC L*, Abstract #1655.

552. Breitenfeld, L.B., Dyar, M.D., Tremblay, C. (2019) Quantification of mineral abundances in binary mixtures using Raman spectroscopy and multivariate analysis. *LPSC L*, Abstract #1754.

553. Rollosson, L.M., Michaud, D.D., Ytsma, C.R., and Dyar, M.D. (2019) Accuracy of univariate analysis of major, minor, and trace elements in doped samples using SciAps Z-300 portable LIBS, *LPSC L*, Abstract #1077.

554. Michaud, D.D., Rollosson, L.M., Ytsma, C.R., and Dyar, M.D. (2019) Limits of detection for minor and trace elements using SciAps Z-300 Portable LIBS. *LPSC L*, Abstract #1079.

555. Wallace, S.M., Burbine, T.H., Sheldon, D, and Dyar, M.D. (2019) Machine learning applied to asteroid taxonomy based on reflectance spectroscopy: An objective method. *LPSC L*, Abstract #1097.

556. Roberts, S.E., Sheffer, A.A., McCanta, M.C., Dyar, M.D., and Sklute, E.C (2019) Investigating redox change during impacts. *LPSC L*, Abstract #1285.

557.  Sklute, E.C., Taylor, E.C., Mikuchi, J.A., Dyar, M.D., and Lee, P.A. (2019) Preliminary FTIR of bioreduction products from the halotolerant and psychrotolerant Shewanella strain, BF02, an important astrobiological analogue microbe. *LPSC L*, Abstract #1430.

558.  Glotch, T.D., Ye, C., Young, J.M., Londsley, D.H., Nekvasil, H., Dyar, M.D., and Sklute, E.C. (2019) Spectroscopy of synthetic pigeonite standards. *LPSC L*, Abstract #2420.

559.  Steven, C.J., Dyar, M.D., McCanta, M.C., Lanzarotti, A., Leight, C., Wagoer, C., Breitenfeld, L.B., and Gunter, M.E. (2019) Toward quantifying oxygen fugacity in Solar System materials: In situ multivalent element analyses in pyroxene. *LPSC L*, Abstract #1393.

560.  Orlando, T.M., Clendenen, A.R., Schieber, G.L., Jones, B.M., Loutzenhiser, P.D., Aleksandrov, A.B., Hibbitts, C.A., and Dyar, M.D. (2019) Formation, transport, and release of molecular water on and within lunar materials. *LPSC L*, Abstract #2267.

561.  Helbert, J., Dyar, D., Walter, I., Rosas-Ortiz, Y., Widemann, T., Marcq, E., Guignan, G., MAturilli, A., Varatharajan, I., Ferrari, S., Mueller, N., Kappel, D., D'Amore, M., Boerner, A., Tsang, C., Arnold, G., Smrekar, S, and Ghail, R. (2019) The Venus Emissivity Mapper — Obtaining Global Mineralogy of Venus from Orbit on the ESA EnVision and NASA VERITAS Missions to Venus. *LPSC L*, Abstract #2046.

**Theses Supervised:**

Reich, D.R. (M.S., University of Oregon, 1989) Geology and Petrology of the Mt. Emily Volcanic Center.

Hull, C.D. (Ph.D., University of Oregon, 1990) Multicomponent Chemical Equilibrium Modeling of Fluids and U-Th Geochronology of Minerals in Geothermal Systems.

Harrell, M.D. (Honors College, B.A., University of Oregon, 1991) *In situ* Alteration of a Rock from the Earth's Mantle

Moeller, K. J. (M.S., University of Oregon, 1991) Crystal Chemistry of Chlorites from Metapelites.

Grant, C. G. (Ph.D., 1995, Chemistry, University of Oregon) Sources of Experimental and Analytical Error in Measurements of the Mössbauer Effect in Amphibole.

Taylor, M.E. (M.A., West Chester University, 1996) Crystal Chemistry of Iron in Tourmaline.

Voci, Christopher (M.A., West Chester University, 1996) Pb Stability in Pyromorphite from Landfills.

Stefanis, M. (B.A., Mount Holyoke College, 1999) An Interpretation of the Rocks at the Mars Pathfinder Landing Site.

Polyak, D.E. (B.A., Mount Holyoke College, 1999) Crystal Chemistry of Iron in Plagioclase from Four Heavenly Bodies.

Blackwell, M.A. (B.A., Mount Holyoke College, 2000) Recoil-free Fraction Effects in Amphibole.

Lowe, E.W. (B.A., Mount Holyoke College, 2000) Distribution Coefficients for $Fe^{3+}$ and $Fe^{2+}$ in Metapelites from Western Maine.

Cartwright, B.M. (M.S., University of Massachusetts, 2003) Plagioclase $Fe^{3+}/Fe^{2+}$ Correlation with Magma Oxygen Fugacity in a Volcanic Succession: The Atascosa Mountains, South-central Arizona. Co-supervised with Sheila Seaman.

Makuch, L.B. (B.A., University of Massachusetts, 2002) The Ares Project. Honors College.

Therkelsen, J.B. (B.A., Amherst College, 2002) Shock-induced changes in redox state of experimentally shocked plagioclase, pyroxene, and olivine.

Peek, K.M. (B.A., Mount Holyoke College, 2002) The disruption of an icy satellite and the evolution of the resulting debris ring. A formation scenario for Saturn's rings.

Dickson, J. (B.A., Hampshire College, 2002) Water on Mars: A synthesis of hydrologic features on the surface of Mars.

Daane, A.R. (B.A., Mount Holyoke College, 2004) Brightness and color variations in the hot pulsating horizontal branch star PG1627+017.

Hunter, M.O. (B.A., Mount Holyoke College, 2004) Pacific Equatorial Current systems during the waning of the 2002-2003 El Niño.

O'Connor, V. (B.A., Smith College, 2005) Comparative crystal chemistry of hydrous iron sulfates from different terrestrial environments.

Dopfel, E. (B.A., Mount Holyoke College, 2006) The chemical activators of cathodoluminescence in jadeite.

Sklute, E.C. (B.A., Mount Holyoke College, 2006) Mössbauer spectroscopy of synthetic olivine across the Fe-Mg solid solution.

Rothstein, Y. (B.A., Mount Holyoke College, 2006) Spectroscopy of jarosite and implications for the mineralogy of Mars.

Howenstine, J. (B.A., University of Massachusetts, 2006) Analysis of depth-diameter relationship of martian craters.

Bendersky, C. (B.A., Mount Holyoke College, 2007) The onset of thermal metamorphism in enstatite chondrites.

Walker, C.A. (B.A., Mount Holyoke College, 2007) Variations of solar wind parameters over a solar cycle: Expectations for NASA's Solar Terrestrial Relations Observatory (STEREO) Mission.

Graham, S. (B.A., Mount Holyoke College, 2007) GPS geodetic constraints on the November 21, 2004 Mw 6.3 earthquake off the northwest coast of Dominica: implications for in situ volatile solubilities and eruptions dynamics.

Barkley, M. (B.A., Mount Holyoke College, 2007) The effects of F-OH⁻ substitution on the crystal structure of pegmatitic topaz.

Cadieux, Sarah Beth (B.A., Mount Holyoke College, 2008) Carbon-isotope stratigraphy of Upper Cretaceous deposits of the Dalmatian Island of Brač, Croatia.

Langford, Amy (B.A., Mount Holyoke College, 2008) Unbiased search for molecular outflows in the Taurus Molecular Cloud.

Emerson, Erica (B.A., Mount Holyoke College, 2008) Analysis of iron oxidation in garnets.

Tucker, Jonathan (B.A., Amherst College, 2009) Calibrating ChemCam: Preparing to Probe the Red Planet.

Knutson, J.K. (B.A., Mount Holyoke College, 2010) Exploring biotite iron transformation by the hyperthermophilic archaeon Pyrobaculum Islandicum.

Barbieri, Lindsay (B.A., Hampshire College, 2010) Deciphering Late-Amazonian climate change on Mars using evidence preserved in gully fan stratigraphy.

Bell, S. (B.A., Amherst College, 2011) Fresh lunar crater ejecta as revealed by the Miniature radio Frequency (Mini-RF) instrument on the Lunar Reconnaissance Orbiter.

Ozanne, M.V. (B.A. Mount Holyoke College, 2012) Comparison of shrunken regression methods for major elemental analysis of rocks using laser-induced breakdown spectroscopy (LIBS).

DeVeaux, M.L. (B.A. Mount Holyoke College, 2012) Evaluation of statistical methods for classification of laser-induced breakdown spectroscopy (LIBS) data.

Williams, Molly (B.A., Mount Holyoke College, 2012) Characterizing Fe(III) transformation in a deep-sea hyperthermophilic archaeon.

Kashyap, Srishti (B.A., Mount Holyoke College, 2013) Isolating and characterizing an Fe(III) transforming deep sea thermophilic archaeon.

Breitenfeld, Laura (B.A., Mount Holyoke College, 2017) Predicting olivine composition using Raman spectroscopy through band shift and multivariate nnalyses.

Ytsma, Caroline (B.A. Smith College, 2018) Univariate and multivariate quantification of hydrogen, lithium, boron, carbon, and sulfur under vacuum and in Earth and Mars atmospheres using laser-induced breakdown spectroscopy.

Carey, CJ (Ph.D., University of Massachusetts, 2018) Graph construction for manifold discovery.

Boucher, Thomas (Ph.D., University of Massachusetts, 2018) Transfer learning with mixtures of manifolds.

**Graduate Committees:**

McCanta, Molly (Ph.D., Brown University, 2004)

Buczkowski, Debra (Ph.D., University of Massachusetts, 2006)
Keskula-Snyder, Anna (Ph.D., University of Massachusetts, 2006)
Klima, Rachel (Ph.D., Brown University, 2007)
Amy Stander (MS, URI, 2013)
Tommy Boucher (Ph.D., UMass, 2018 Computer Science)
C.J. Carey (Ph.D., UMass, 2017, Computer Science)
S. Giguere (Ph.D., UMass, current student, Computer Science)
S. Kashyap (Ph.D., UMass, current student, Microbiology)

**EXTERNAL GRANT:**

**PREVIOUS FUNDING:**

**American Chemical Society, Petroleum Research Fund:**
"Cation Ordering in Synthetic Trioctahedral Micas"
    $18,000 funded, 7/1/87-8/31/89
    $4,500 supplement, 5/1/88-9/30/88
    $2,500 supplement, 5/1/89-7/1/89
"Detailed Crystal Chemistry of Iron-Bearing Phyllosilicates"
    $40,000 funded, 5/1/91-8/31/93
    $3,000 supplement, 6/1/91-9/30/91

**National Science Foundation, Earth Sciences Division:**
"Crystal Chemistry and Petrogenesis of Biotites from Pelitic Schists"
    $60,000 funded, 7/1/87-6/30/90
"Crystal Chemistry of Metapelitic Minerals in a Petrologic Context"
    $50,226 funded, 1/1/89-12/31/90
"Crystal Chemistry of Hydrogen and Oxygen in Common Phyllosilicate Minerals"
    $61,774 funded, 1/1/92-12/31/93
"Development of Standards for Light Element Analysis in Geological Materials: Collaborative Research"
    $ 21,639 funded, 6/1/93-12/31/95
"The Boron Budget in High-Grade Pelitic Metamorphic Rocks: How, When, and Where does the Boron
    Go?" (Joint with C.V. Guidotti and E.S. Grew)
    $56,333 funded for period 1/1/96-12/31/97
"Hydrogen Partitioning and $Fe^{3+}$ Exchange in Mantle Minerals: Effects on Mechanical Behavior -
    Collaborative Research" (Joint with S.J. Mackwell)
    $142,997 funded for period 11/1/93 to 5/31/98
    $5,000 supplement funded for 5/1/94 to 9/1/94
"Redox Processes in Rio Grande Rift and Colorado Plateau Xenoliths: Collaborative Research"
    (Joint with A.V. McGuire)
    $55,598 funded for period 6/1/94-5/31/98
    $7,000 supplement funded for 5/1/95 to 9/1/95
"Synchrotron MicroXANES Study of Iron Redox in Mantle Phases"
    $60,000 funded for period 8/15/98 - 2/28/01
"R.U.I.: Acquisition of a New Mössbauer spectrometer"
    $49,840 funded for period from 3/1/99 - 2/28/01
"R.U.I.: Collaborative Research: Chemical Equilibria Involving Iron and Hydrogen in Metapelites from
    Western Maine"
    $27,468 funded for period from 8/1/99 - 7/31/01
"RUI: Acquisition of a Scanning Electron Microscope at Mount Holyoke College"
    $226,560 funded for period from 6/1/02-5/30/03

"RUI: Collaborative Research: Hydrogen and Ferric Iron in Felsic Melts"
        (collaborative with Sheila Seaman, University of Massachusetts)
        $86,000 funded for period from 1/1/03-12/31/06
"RUI: Collaborative Research: Improvements in the Application of the Mössbauer Effect to Studies of
        Minerals"
        (collaborative with Martha Schaefer, LSU)
        $76,939 funded for period from 1/1/05-12/31/08
"Redox Ratios by Fe-XANES"
        (collaborative with M. Gunter and A. Lanzirotti)
        $104,897 funded for period from 6/1/08-5/31/11
"Effects of Composition and Cooling Rate on Fe XANES Glass Calibrations"
        (Collaborative with Molly McCanta at Tufts University)
        $115,363 funded to MHC for period from 8/1/12 – 7/31/15

**National Science Foundation, Division of Computation and Data-Enabled Science and Engineering:**
"Transfer Learning for Chemical Analyses from Laser-Induced Breakdown Spectroscopy"
        (Sridhar Mahadevan, UMass, Co-I)
        $141,129 to MHC for period from 9/1/13 – 8/31/15

**National Science Foundation, Division of Undergraduate Education:**
"Undergraduate Research Program in Materials Science"
        $14,500 funded, 5/1/88-9/30/88
"Undergraduate Research Program in Materials Science"
        $36,600 funded, 5/1/89-12/31/89
"Equipment for Program Improvement in Mineralogy/Petrology"
        $45,000 funded, 1/1/89-12/31/89
        $40,000 match from University of Oregon
        $7,500 match from I.B.M. and Novell
 "Support for Development of Minerals and Mineralogy: A Three-Dimensional Approach"
        $75,000 funded for period from 3/1/00 - 2/28/02
"A Modular, Inquiry-Based Regional Approach to Introductory Laboratories"
        (S. Good, C.G. Fisher, R.M. Busch, T.M. Lutz, L. Srogi, and C.G. Wiswall, Co-I's) NSF grant
        DUE-9850923, $40,800 funded, 6/1/98-5/31/2000.
"An Integrative Curriculum in Earth, Human, and Environmental Sciences
        (Joint with L. Savoy, M.J. Markley, A. Werner, M.A. McMenamin, S. Dunn, and T. Millete)
        $170,000 funded for period from 1/1/00 - 6/30/05
"Support for Development of Minerals and Mineralogy: A Three-Dimensional Approach"
        $417,244 funded for period from 3/1/02 – 2/28/08
"An Integrative Curriculum in Planetary Science"
        (C.M. Hamilton, T. Burbine, co-Is)
        $91,900 funded for period from 9/1/05 – 8/31/07
"Scaffolding Effective Practice for Use of Animations in Teaching Mineralogy and Physical Geology"
        (M. Gunter and L. Wenk, Co-I's)
        $150,000 funded for period from 1/1/09 -12/31/10
"Building Analytical Competence for Geoscience Students through use of Spectroscopic Tools"
        (Collaborative with John B. Brady and Eileen McGowan)
        $73,375 funded to MHC for period 8/15/12-7/31/15

**National Science Foundation Scholarships in Science, Technology, Engineering, and Mathematics**
"Improving Recruitment and Retention of Transfer Students to STEM Majors at Mount Holyoke College"
        (Sarah Bacon and Becky Packard, Co-Is)

$600,000 for period from 1/1/12-12/31/16

**Packard Foundation**
"Earth and Environmental Sciences in California and the Southwest" (Joint with A. Ellison, L. Savoy, and T. Millette)
$200,000 funded for period from 1/1/00 - 12/31/02

**Tektronix Foundation:**
"Request for Upgrade to Mössbauer Spectroscopy Laboratory"
$4,000, 1987; $6,000, 1988; $10,000, 1989

**NASA, Cosmochemistry Division:**
"Synchrotron microFTIR characterization of hydrogen in nominally anhydrous minerals in martian materials."
$68,000 funded for period from 1/1/01 - 12/31/02
"Ferric Iron and Hydrogen in Mars Minerals"
$45,000 funded for period from 1/1/03 - 12/31/03
"Acquisition of a 4.5K Mössbauer Spectrometer"
$35,345 funded for period from 1/1/05 to 12/31/06

**NASA, Exobiology Program:**
"Biogenic iron oxide transformations by thermophilic and mesophilic iron-reducing microbes"
James Holden, University of Massachusetts, PI
$208,316 to MHC for period from 4/1/14-3/31/18

**NASA, Mars Fundamental Research Program:**
"Temperature Dependence and Resolution of Fundamental Mössbauer Parameters in Mars-Analog Minerals"
$150,000 funded for period from 10/1/02 – 9/30/06
"Taking Apart the Rocks of Mars" (C. Pieters, P.I., J. Bishop, J. Sunshine, T. Hiroi, Co-Is)
NNG04GB53G
$60,000 funded for period from 12/31/03 – 11/30/06
"Analysis and Characterization of Sulfates and Sulfides Using Multiple Spectral Techniques (M. Lane, P.I., J.L. Bishop, Co-I)
$31,000 funded for period from 1/1/05-12/31/06
"Temperature Dependence and Resolution of Fundamental Mössbauer Parameters in Mars-Analog Minerals"
(collaborative with M. Schaefer, LSU)
$90,000 funded for period from 3/1/06-2/28/09
"Mineral Standards and Technique Development for Laser-Induced Breakdown Spectroscopy"
$375,000 funded for period from 3/1/06-2/28/09
"Formation of Magnetic Minerals on Mars by Alteration of Nanophase Ferric Oxides/Oxyhydroxides"
(Janice Bishop, SETI/Ames, PI)
$30,000 funded for period from 3/1/06-2/28/09
"Further Analysis and Characterization of Sulfates and Sulfides Using Multiple Spectral Techniques"
(collaborative with Melissa Lane, Planetary Science Institute (PI), and Janice Bishop, SETI)
$32,000 funded for period from 3/1/06-2/28/09
"Characterizing the Rocks of Mars through Integrated Spectroscopy"
(collaborative with C. Pieters (PI), J. Bishop, M. Lane, T. Hiroi, J. Sunshine)
$60,000 to MHC for period from 3/1/07 – 2/28/11
"Analysis and Characterization of Phosphates Using Multiple Spectral Techniques"

(collaborative with Melissa Lane (PI), Planetary Science Institute, and Janice Bishop, SETI)
$45,947 funded for period from 3/1/08-2/28/12
"The State of Sulfur on Mars: Understanding the Interrelationships Among the Crystal Structure, Chemistry, and Spectroscopy of Sulfates and Sulfides "
(collaborative with Melissa Lane (PI), Planetary Science Institute, and Janice Bishop, SETI)
$97,754 funded to MHC for period from 6/1/10-5/31/13
"Technique Development for Laser-Induced Breakdown Spectroscopy: Calibration, Classification, and Light Element Analysis"
(collaborative with Sam Clegg and Roger Wiens, LANL, and Martha Schaefer)
$719,000 funded for period from 3/1/09 – 5/30/14
"Effects of Shock Metamorphism on Phyllosilicate Spectroscopy"
(Joseph Michalski, P.I.)
$67,941 funded to MHC for period from 6/1/10-5/31/14
"Impact History and Meteoritic Contributions to the Martian Upper Crust"
(collaborative with Caleb Fassett, PI)
$261,888 funded to MHC for period 6/1/14-5/31/18
"Transfer learning for chemical analyses from laser-induced breakdown spectroscopy on the surface of Mars"
(collaborative with Sridhar Mahadavean)
$445,093 funded to MHC for period 11/29-14-11/30/17


**NASA, Lunar Advanced Science and Exploration Research Program:**
"Thermodynamics, VIS-IR Spectroscopy, and Mapping of Adsorbed Water on the Moon"
(K. Hibbitts, PI)
$33,920 to MHC for period from 6/1/08 – 5/31/09
"Pyroxene Spectroscopy as a Tool to Probe the Composition and Thermal History of the Lunar Surface"
(Rachel Klima, PI)
$104,914 to MHC for period from 1/1/10 – 5/31/13
"The Stability and Transport of Water on the Moon"
(Karl Hibbitts, P.I.)
$106,614 funded to MHC for period from 9/1/11-6/30/15
"Solar Wind Induced Production of Hydroxyl and Water on the Moon"
(Thomas Orlando, PI)
$9,313 to MHC for period from 9/1/11-6/30/15


**NASA, Mars Science Laboratory Participating Scientist Program:**
"Enhancing Science Return from ChemCam through Laboratory and Statistical Analyses and Integration with APXS"
$476,885 for period from 2/15/12-12/31/16


**NASA, Lunar Science Institute Program:**
"The Moon as Cornerstone to the Terrestrial Planets: The Formative Years"
C.M. Pieters, PI, Brown University
$135,000 funded to MHC for period from 4/9/09 – 4/8/14


**NASA Planetary Geology and Geophysics Program:**
"Integrated Spectroscopy of Pyroxenes: Composition, Structure, and Thermal History"
(Rachel Klima, PI)
$32,711 to MHC for period from 8/5/11-8/4/14
"Pyroxene Spectroscopy, Composition, Structure, and Thermal History"
(Rachel Klima, PI)

$91,313 to MHC for period from 6/1/13 – 5/31/16

**NASA Solar System Workings Program:**
 "SuperCam-Analog Laser-induced Breakdown Spectrometer at Mount Holyoke College"
$445,095 for period 10/1/16-9/30/18

CURRENT FUNDING:

**NASA, Solar System Exploration and Research Virtual Institute Program:**
"Remote, In Situ, and Synchrotron Studies for Science and Exploration"
Tim Glotch, Stony Brook Univ., PI (**Dyar is Deputy PI**)
$777,256 to MHC for period from 1/1/14-12/31/18
"Volatiles, Regolith and Thermal Investigations Consortium for Exploration and Science (VORTICES)"
Ben Bussey, APL, PI
$51,998 to PSI for period from 1/1/14-12/31/18
"Environment and Evolution of Exploration Destinations: Science and Engineering Synergism"
Carle Pieters, Brown Univ., PI
$135,600 to MHC for period from 1/1/14-12/31/18
"TREX: Toolbox for Research and Exploration"
Amanda Hendrix, PSI, PI
$5,483,517 to PSI 6/1/17 – 5/31/22

**NASA, Exobiology Program:**
"ICE-MAMBA Ice-covered Chemosynthetic Ecosystems: Mineral Availability and MicroBiological Accessibility"
Jill Mikuchi, Univ. of Tennessee, PI
$208,316 to PSI for period from 1/22/17-1/21/20
"Fe(III) Oxide Reduction by a Hyperthermophillic Crenaraeon: Novel Mechanisms and Detection"
James Holden, Univ. of Massachusetts, Amherst, PI
$230, 236 to Planetary Science Institute for period from 10/1/18 – 9/30/21

**NASA Emerging Worlds Program:**
"Volatile Adsorption onto Primitive Grains for Understanding the Formation of the Early Solar System"
Karl Hibbitts, PI
$13,858 to PSI for period from 3/1/5-2/28/18

**NASA Solar System Workings Program:**
"Oxidation State of Lunar Glasses: Implications for Surface and Eruptive Processes on the Moon"
Molly McCanta, PI
$136,530 to PSI for period from 10/1/16-3/30/19
"Towards Quantifying Oxygen Fugacity in Solar System Materials: In Situ Multivalent Element Analyses in Pyroxene"
Molly McCanta, PI
$267,184 to Dyar for period from 10/1/18 – 9/30/21

**NASA Planetary Data Archiving, Restoration, and Tools:**
"Advanced XAS Calibration Tools for In Situ Analysis of Redox States of Fe, Ti, Mn, Cr, V, and Eu in Extraterrestrial Glasses"
$208,997 to PSI for period from 1/15/17-1/14/20

**NSF Information Integration and Informatics**

"Collaborative Research: Deep Learning for Spectroscopy"
  Collaborative with Sridhar Mahadevan and Mario Parente
  $373,793 to MHC for period from 4/1/16-3/31/20

**NSF Petrology and Geochemistry:**
"Refining Geothermobarometry in Pyroxenes using In Situ Measurements of $Fe^{3+}$"
  $172,000 fto MHC or period from 7/1/18 – 6/30/2101

**NSF Planetary Astronomy:**
"Formation, Stability, and Detection of Amorphous Ferric Sulfate Salts on Mars"
  Elizabeth Sklute, PI
  $232,273 to MHC for period from 10/1/18 – 9/30/21

# EXHIBIT B

# Previous Four Years of Expert Testimony for Melinda Darby Dyar, Ph.D.

Dr. Melinda Darby Dyar has not testified as an expert at trial or by deposition during the previous four years.

Exhibit J

*Environmental Health Perspectives*
*Vol. 94, pp. 225–230, 1991*



# Amphibole Content of Cosmetic and Pharmaceutical Talcs

## by A. M. Blount*

Pharmaceutical and cosmetic-grade talcs were examined for asbestiform amphibole content using a new density-optical method. Talcs under the Food and Drug Administration are not regulated as to asbestos content; however, all talcs were well below the level mandated by the Occupational Safety and Health Administration for industrial talcs. Only one was found to contain an amphibole particle size distribution typical of asbestos.

## Introduction

In 1973 the Food and Drug Administration (FDA) proposed a regulation on the permissible asbestos content of talc (*1*). This regulation proposed to limit the amount of amphibole minerals to less than 0.1% and chrysotile to less than 0.01%. However, the optical microscopy method proposed was so complicated, lengthy, and subject to error that the proposed method was never finalized. Since then no final ruling has been issued.

The Occupational Safety and Health Administration, on the other hand, has been more rigorous and has instituted regulations despite the lack of methods to carry out the required measurements. One regulation, instituted in 1986, defines amphibole minerals as asbestos if the length to width ratio is 3:1 or greater. Because many nonfibrous cleavage fragments of amphibole minerals have a 3:1 aspect or greater and because there is no good evidence for adverse effects of these particles, a stay has been in affect on this part of the regulation (*2*). The second applicable regulation is the Hazard Communication Regulation (*3*), which applies to all chemicals used in the workplace. Specifically, it requires labeling of substances containing > 1% of a chemical hazardous to health and > 0.1% of a carcinogenic chemical.

Unfortunately, asbestos and amphiboles cannot be measured using currently developed methods to the level of 0.1% in the presence of talc. Some investigators have suggested that tremolite can be measured to that level by X-ray diffraction. But others have shown that the peak intensities vary between nonfibrous and fibrous tremolite (*4*) so that the 0.1% level of detection and measurement is doubtful except in cases where the sample has been spiked so that the exact nature of the tremolite is known. For anthophyllite there is little argument about the fact that detection cannot be made to 0.1%. However, the main problem with using X-ray diffraction for detection of amphibole minerals is that it gives no information about the shape of the particles, and shape is important in view of the uncertainty in the outcome of the asbestos regulation pertaining to nonfibrous amphiboles.

The talcs that are pharmaceutical grade fall under the domain of the FDA and are therefore nonregulated in regard to fibrous mineral content. In the course of developing a technique to facilitate quantification of amphiboles in talc (*5*), pharmaceutical and high-grade talcs were examined. They were found to have very low amphibole content and, because of this, were extensively used in examining the lower limit of detection of the new method. The purpose of this paper is to describe the results of analyses for content and shape of amphibole mineral fragments in cosmetic and pharmaceutical talc powders of the United States.

## Methods

The method proposed by the FDA in 1973 for analysis of talc was an optical procedure as described below (*1*):

Weigh out 1 milligram of a representative portion of talc on each of two microscope slides. Mix the talc with a needle on one slide with a drop of 1.574 refractive index liquid, and then the other with 1.590 liquid, and place on each a square or rectangular cover glass sufficiently large so that the liquid will not run out from the edge (ca. 18 mm square) and will provide a uniform particle distribution. Fibers counted by this method should meet the following criteria: (i) Length to width ratio of 3 or greater (ii) length of 5 $\mu$m or greater (iii) width of 5 $\mu$m or less. Count and record the number of asbestos fibers in each 1 milligram as determined from a scan of both slides with a polarizing microscope at a magnification of approximately 400×. In the 1.574 refractive index liquid, chrysotile fibers with indices less than 1.574 in both extinction positions may be present: in the 1.590 refractive index liquid, the other five amphibole types of asbestos fibers with indices exceeding 1.590 in both extinction positions may be present. Check the extinction and sign of elongation for tentative identification. For specific identification of asbestos fibers, make additional mounts in appropriate refractive index liquids, and refer to the optical crystallographic data in the table. A count of not more than 1000 amphibole types of asbestos and not more than 100 chrysotile asbestos fibers per milligram-slide constitutes the maximum limit for the presence of these asbestos fibers in talc. These limits assure a purity of at least 99.9 percent free of amphibole types of asbestos fibers and at least 99.99 percent free of chrysotile asbestos fibers.

The problem with the proposed method is that talc flakes are often oriented vertically or at a sufficient angle that they appear to be needles and thus must be tested for refractive index (Fig. 1). A typical number of such particles is five per field of view. This

---
*Geology Department, Rutgers University, Newark, NJ 07102.

The general procedure involves weighing about 60 mg sample into a microcentrifuge tube and adding heavy liquid of density 2.810. After these are mixed, the tube with sample is placed in a vacuum for 3 min to remove the small bubbles adhering to the particles. After centrifuging the sample for 10 min at 7000 rpm, the heavy particles are removed from the bottom of the tube with a micropipette.

The counting of particles can be done either on a membrane filter (Nuclepore, 1.0 $\mu$m pore size) which has been placed on a microscope slide or as particles directly on the glass slide. In the first case, the heavy liquid with sample is forced through a membrane filter followed by distilled water to clean out the heavy liquid. The filter is then placed on a glass slide while wet. When dry, 1.584 refractive index liquid is placed on the filter followed by a cover glass. The photographs shown in this paper are of particles on filters.

The second case, particles directly on the microscope slide, requires transferring the heavy particles and some of the heavy liquid to a second centrifuge tube. Distilled water is added and the sample centrifuged. The liquid is pipetted off and more distilled water added. This is repeated several times to clean out the heavy liquid. Finally, the particles with several drops of water are transferred to a glass microscope slide. The advantage of this procedure is that any refractive index liquid can be used, whereas, in the former case, the refractive index is constrained by having to match the index of the membrane filter (either 1.584 or 1.625). The 1.584 value is good for analyzing amphiboles in talc, but the centrifuge method described has application to other mineral combinations, such as talc-quartz. With other combinations, refractive indices other than the two exhibited by the membrane filter may be more appropriate.

The particles are counted in 20 FOV. Being concentrated from 60 mg or more of sample, one will see more amphiboles than in 100 FOV using the old method. The number of amphibole particles per milligram (ppmg) is calculated:

$$ppmg = amphibole\ particles/mg =$$

$$\frac{(number\ of\ amphibole\ counted/number\ FOV\ counted) \times total\ number\ FOV}{(efficiency) \times (number\ of\ mg\ of\ sample)}$$

Efficiency of the spin-down is determined experimentally. For more details of the method see Blount (5).

Figure 3 illustrates the results obtained when testing the method using known mixtures. Because it is difficult to measure and mix in very small weights of amphibole, a sample containing 2% tremolite in talc was mixed with pure talc to make mixtures containing very low percentage values of tremolite. For example, sample A (Fig. 3) consisting of 0.06% tremolite was made by weighing 58.9 mg of pure talc with 1.7 mg of talc containing 2% tremolite (1.7 mg/60.6 mg × 2% = 0.06%). It is not necessary to make a homogeneous mixture since the entire sample is used in the experiment. Also, the talc containing amphibole was put in the tube second in order not to give the amphibole any "head-start" in sinking to the bottom.

The centrifuge method was also tested with a commercial talc. 100 FOV were counted in ten 1-mg samples according to the FDA procedure for amphibole. This was compared with 20 FOV counts on 60-mg centrifuge samples (Fig. 4). The agreement is quite good. The standard deviations were determined in two

FIGURE 1. Talc flakes in 1.584 refractive index liquid. Note that there are particles in this field that have aspect ratios greater than 3:1. Width of view 0.13 mm.

means that some 20,000 particles would need to be examined in a typical case. In additon, chlorite is often present and when on edge must be examined in two extinction positions. This is clearly beyond what could be expected of any sane microscopist for a routine analysis. Since no other procedure has been developed as an alternative, a compromise has been to count 100 fields of view (FOV). In this way one need only examine about 500 particles in detail.

Because 500 particles is still a lengthy process, a more rapid and equally accurate method has been developed based on concentrating the amphibole particles by density difference. Figure 2 illustrates that there is a distinct break in density ranges between talcs and amphiboles. A heavy liquid of intermediate density is used, either Klein's (cadmium borotungstate) or Clerici's (thallium formate-malonate) solution. Experimentation showed that a heavy liquid of density 2.810 gives good separation even though values given in the literature and shown in Figure 2 would suggest that the density should be slightly higher. Because the density difference between particles and liquid is small, to get separation in a reasonable length of time a microcentrifuge is used with tubes containing 1.5 mL liquid. The height of the liquid column is, in this case, about 10 mm.



FIGURE 2.   Specific gravities of talc and amphibole (6).



FIGURE 3. Percent tremolite in talc as determined by the centrifuge/optical method (shaded bars) compared with that actually present in experimental mixtures (black bars). The dashed part of the shaded bars indicates +2 SD (right arrow) or −2 SD (left arrow).



FIGURE 4. Comparison of traditional (100 FOV) count with centrifuge/optical count of same talc. The three lower bars indicate the values in particles/mg obtained by the centrifuge/optical method for three 60-mg samples. The top bar is the average of ten 100 FOV (traditional method). The dashed part of all the bars is +2 SD.

ways: for the traditional method by calculating in the usual way from multiple analyses and for the centrifuge method by means of the Poisson distribution from single counts. Standard deviations are high for the centrifuge method because of the very few particles counted. These could be decreased by making a larger count, but isnce the purpose of the study was to find a reasonably rapid method of monitoring amphibole content of talcs, larger counts were not generally made.

## Results

High-grade talc products from five deposits in Montana, three in Vermont, and one each in North Carolina and Alabama were examined using the centrifuge/optical method. In addition, four talcs from outside the U.S. but available in the U.S. market were included in this study. Talcs from other districts in the U.S. were examined, but these talcs had grades with less stringent requirements and are not included in this report.

Results of particle counts are shown in Table 1. The FDA has equated 0.1% with 1000 particles per milligram. In order for amphibole particle content to be less than 0.1%, 20 or less particles must be observed in 20 FOV (5). Since all were well below this

value, more extensive counts were not generally made.

It should be borne in mind that the 0.1% indicated is percent by count and not percent by weight or volume. The question of the validity of this relation has been considered (5). Briefly, the relation implies (1000 amphibole particles)/(1,000,000 total particles). Counts of total particles per milligram of talc have shown that 1 million particles per milligram of talc is a low value. Most show at least 2 to 3 times this number. The only exception was a baby powder with very large flakes which showed 0.4 to 0.8 million particles per milligram. It was not clear, however, whether this was a true value or due to the problem of counting where large, flakey particles could potentially hide other particles even in the most carefully prepared samples. Using 1000 particles/mg = 0.1% would, in most samples, give a percentage value on the high side and in this sense be a conservative answer.

The counts shown in Table 1 were made of regulatory fibers i.e., aspect ratio > 3:1. In some samples there were as many or more nonregulatory particles of amphibole as regulatory fibers. The shape of the amphibole varies greatly and seems to be highly characteristic·of each deposit. In Table 1, the particles having aspect ratios less than 6:1 are designated cleavages and prismatic pieces. Those greater than 6:1 and less than 15:1 are labeled

Case 3:16-md-02738-MAS-RLS   Document 9741-5   Filed 05/07/19   Page 606 of 608 PageID: 46976

**Table 1. Counts of regulatory fibers in processed talcs.**

| Sample | Counts, particles/mg | SD | Particle shapes | Particles/FOV[a] |
|---|---|---|---|---|
| A | 38 | 25 | Cleavages | 3/100 |
| B | ND[b] | | | 0/20 |
| C | ND | | | 0/20 |
| D | < 25[c] | | Cleavages | 0/20 |
| E | ND | | | 0/20 |
| F | ND | | | 0/20 |
| G | ND | | | 0/20 |
| H | 17 | 17 | Cleavages and needles | 2/20 |
| I | 226 | 59 | Needles and fibers | 17/20[d] |
| | 283 | 100 | Needles and fibers | 8/20 |
| | 291 | 98 | Needles and fibers | 9/20 |
| | 341 | 108 | Needles and fibers | 10/20 |
| | 102 | 51 | Needles and fibers | 3/20 |
| J | 25 | 14 | Cleavages | 1/20 |
| | 27 | 27 | Cleavages | 3/20 |
| K | 25 | 25 | Cleavages | 1/20 |
| L | < 10[c] | | Needles | 0/20 |
| M | 39 | 21 | Cleavages and fibers | 4/20 |
| N | 25 | 17 | Prismatic pieces | 3/20 |
| O | ND | | | 0/20 |

[a]FOV, fields of view.
[b]ND, none detected.
[c]No particles seen during a 20 FOV count, but some particles could be seen during a random scan of the filter. Value shown is the lower limit of detection.
[d]Large sample used for this analysis (305 mg).

"needles." The remainder, which are greater than 15:1, are labeled "fibers." Whereas in many samples only a few particles were counted as shown in the right-hand column of Table 1, it should be remembered that even if only one particle was present in 20 FOV that about 300 were present on the slide. Because of the low interference by talc particles, these were seen so that it was easy to get a sense of the general particle shape.

The shape distribution of particles for several samples was determined. Figure 5 shows a photograph of a particle of tremolite in sample I. The particle is composed of fibrils. The length and width of 100 amphibole particles in this talc were measured. The resulting distribution of aspect ratios is shown in Figure 6. The results when compared with the aspect ratios determined for tremolite asbestos with SEM by Campbell et al. (7) show sample I has a distribution similar to asbestos. Sample M was analyzed in the same way (Figs. 6 and 7). The graph of aspect ratio verses percent is compared with Campbell's results for nonfibrous tremolite. The similarity of the curves indicates that the tremolite in this talc is of the nonfibrous type.

Because the fractions produced by centrifuge are not generally pure after a single spin-down, a sample containing a variety of particle shapes was tested to see if the aspect ratio distribution results become biased in favor of larger, chunky grains (low aspect ratio) over small, long grains (high aspect ratio). The sample used contained 6.5% tremolite, a sufficient quantity that the traditional optical method could be used to compare with the centrifuged sample. The resulting aspect ratio distribution curves (Fig. 8) do not show significant differences. With the traditional method, 69% of the amphibole particles have an aspect ratio of 3:1 or greater, whereas for the centrifuged samples the value is 64%, a variation which is not significant. The differences shown for 5:1 and 10:1 are probably due to the limited number of particles measured, in this test 100 particles in each sample.

Despite the similarity of the curves, the mean length and mean width of the amphibole particles measured using the centrifuge method are greater than those obtained using the traditional method (Table 2). Analysis of size distribution indicates that the proportion larger than 15 $\mu$m is greater in the centrifuged sample. This difference in dimension distribution does not appear, however, to affect the aspect ratio distribution. Other investigators have found that as particles increase in length, the aspect ratio shifts to higher values (8, 9). This applies to both asbestos and nonasbestiform amphiboles, so presumably the effect of centrifuging down longer particles would be to force the aspect ratio distribution peak to higher values.

## Discussion

The high-grade talc powders are uniformly low in amphibole content. Counts obtained were 0 to 341 particles/mg. Indeed, talc from some districts appears to be completely free of such minerals. In those containing amphibole minerals there are two distinct types: cleavage type and asbestos type. These two types show distinctly different aspect ratio distributions as demonstrated in Figure 6 (samples I and M). The aspect ratio difference probably accounts in a large part for the higher particle count per milligram of sample I compared with the others which show cleavage fragments. It is easy to see that the number of particles showing greater than 3:1 aspect ratio would be greater in the former case even if the total number of particles of amphibole were equal. This observation reinforces the original decision to count particles visually rather than attempting to use X-ray diffraction. It is not wise to try to convert information on dimensions to percent by weight or volume because a few very large particles can drastically affect the resulting value. Campbell et al. (8) discuss this in some detail.



FIGURE 5.   Particle of amphibole in centrifuged sample I. Width of view 0.07 mm and 1.584 refractive index liquid. Particle is on a membrane filter.



FIGURE  6.    Percent amphiboles in each aspect ratio group for talc sample *I* (left) and *M* (right) compared with tremolite asbestos (*7*) and tremolite (nonasbestiform) (*7*).



FIGURE  7.   Particle of amphibole in centrifuged sample *M*. Width of view 0.07 mm and 1.584 refractive index liquid. Particle is on a membrane filter.



FIGURE  8.   Percent amphiboles in each aspect group for a sample handled in two ways: solid line shows results using traditional method and dashed line shows results using centrifuge method. Dimensions of 100 particles measured for each curve.

Case 3:16-md-02738-MAS-RLS   Document 9741-5   Filed 05/07/19   Page 608 of 608 PageID: 46978

Table 2. Summary of size and aspect ratio data used to construct Figure 8.

| Method | Size, % | | |
|---|---|---|---|
| | 5–10 $\mu$m | 10–15 $\mu$m | $\geq$ 15 $\mu$m |
| Traditional | 57 | 26 | 16 |
| Centrifuge | 33 | 27 | 38 |
| | Mean length, $\mu$m | Mean width, $\mu$m | Mean aspect ratio, $\mu$m |
| Traditional | 12.5 | 3.0 | 4.4 |
| Centrifuge | 17.5 | 4.7 | 4.6 |

Further, the results from this study demonstrate the utility of the centrifuge method not only for obtaining a count of particles, but also for obtaining information on the shape of particles in a population. It should be emphasized that the aspect ratio curves determined for samples $I$ and $M$ would have been virtually impossible to obtain using the FDA procedure. The determination would have required examining over 3000 FOV. As indicated previously, many talc flakes on edge appear to be fibers and must be examined during such a scan, making the whole job impossibly tedious.

Finally, even in those cases where one may wish to use the standard 100 FOV count, the centrifuge method offers a way to screen samples between those times when a more lengthy count is made, and it permits a double check of values so determined. In addition, the tendency to bring down a disproportional number of larger particles has the advantage that with true asbestiform amphiboles one

generally sees some particles showing bundles of fibrils which removes any doubt about the nature of the amphibole.

## REFERENCES

1. Food and Drug Administration. Asbestos Particles in Food and Drugs. Fed. Reg. 28: 27076–27081 (1973).
2. Occupational Safety and Health Administration. Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite; Extension of Partial Stay and Amendment of Final Rule. Fed. Reg. 55: 50685–50687 (1990).
3. Occupational Safety and Health Administration. Hazard Communication; Final Rule. Fed. Reg. 25: 53280–53348 (1984).
4. McCrone, L. B. Analysis of Talc by X-Ray Diffraction and Polarized Light Microscopy. NIOSH Report, Contract 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: 0–41, National Institute of Occupational Safety and Health, Cincinnati, OH, 1977.
5. Blount, A. M. Detection and quantification of asbestos and other trace minerals in powdered industrial-mineral samples. AIME Process Mineral. 9: 557–570 (1990).
6. Troger, W. E. Optical determination of rock-forming minerals. E. Schweizerbatt'sche Verlagsbuchhanlung 0–188, Stuttgart, Germany, 1979.
7. Campbell, W. J., Blake, R. L., Brown, L. L., Cather, E. E., and Sjoberg, J. J. Selected Silicate Minerals and Their Asbestiform Varieties. U.S. Bureau of Mines Information Circular 8751: 0–56, Pittsburgh, PA, 1977.
8. Campbell, W. J., Higgins, C. W., and Wylie, A. Chemical and Physical Characterization of Amosite, Chrysotile, and Nonfibrous Tremolite for Oral Ingestion Studies by the National Institute of Environmental Health Sciences. U.S. Bureau of Mines Report of Investigations 8452: 0–63, Pittsburgh, PA, 1980.
9. Wylie, A. G. Relationship between the growth habit of asbestos and the dimensions of asbestos fibers. Mining Engineer. 40: 1036–1040 (1988).