# EXHIBIT D3

New Brunswick, N. J.
July 13, 1966

Subject: JOHNSON'S Baby Powder
Historical Survey

Mr. W. H. Ashton

A historical survey of JOHNSON'S Baby Powder has been conducted. The information for this survey was compiled from the files of the Johnson and Johnson museum.

The first Baby Powder formula found was in a memorandum dated April 8, 1907. This formula is described and the subsequent changes* in formulations, along with the corresponding dates, are presented in this memorandum. Any ingredient which is not mentioned in any particular change is present as shown in the next previous change in which the given ingredient is described.

*The formula alterations involving the perfume are not given.

Formula in Existence on October 2, 1908

| | |
|---|---|
| 212 lbs. | Talcum |
| 9 lbs. | Boracic Acid |
| 1 lb. | Perfume |
| 5 lbs. | Starch |
| 227 | |

The above formulation was altered as follows:

| Date of Memo Describing Change | Description of Change |
|---|---|
| March 3, 1910 | The use of starch was discontinued and the boracic acid powder was increased to 11 1/2 lbs. (5%) |
| March 24, 1920 | The boracic acid was increased to 12 lbs. (5%) |
| August 6, 1923 | Talcum Powder 94 lbs. (94%) <br> Boracic Acid 6 lbs. (6%) <br> Perfume 2 3/10 fluid ozs. |
| August 28, 1926 | Started to change from California Talc to E.G.T. Extra 00000 Italian Talc |

| Date of Memo Describing Change | Description of Change |
| --- | --- |
| December 9, 1926 | On Italian Talc permanently. |
| January 17, 1933 | Use E.G.T. Italian # 00000 or T Super Italy Talc |
| September 13, 1933 | Use Talcum E.G.T. Italian # 00000 |
| January 17, 1941 | Use 50% Italian Talc and 50% California "P special". |
| April 14, 1941 | Changed from boric acid powder technical to the U.S.P. grade of boric acid powder as stocks were exhausted. |
| April 25, 1941 | Reduced boric acid from 5% to 3% (due to shortage of boric acid). |
| June 16, 1941 | Use of 75% Domestic and 25% Italian Talc (to conserve the Italian Talc) was adopted. |
| July 11, 1941 | Reduced the boric acid from 3% to approximately 1 1/2%. |
| July 17, 1941 | Changed to 100% Domestic talc (does not effect Chicago's production immediately). |
| June 25, 1942 | The content of boric acid was increased from 1 1/2% to approximately 5%. |
| April 20, 1944 | Reduced the boric acid content 50%. After the emergency, will go back to the regular formula. |
| January 22, 1945 | Boric Acid content of 2.5% returned to its original formula 5%. |
| February 16, 1945 | The 100% Domestic talc changed to 75% Domestic talc and 25% Italian talc. |
| January 28, 1946 | Boric Acid reduced to 2.5%. Temporary measure due to present shortage. |

| Date of Memo Describing Change | Description of Change |
|---|---|
| March 13, 1946 | Cancel above under January 28, 1946. Use original 5% boric acid. |
| April 5, 1946 | 1 - 220 lb. bag Italian Talc<br>4 1/2 - 50 lb. bags Domestic Talc<br>To use up present stock of Italian Talc prior to the use of 100% Italian Talc. Effective: approximately April 15, 1946. |
| June 25, 1946 | Changed to 100% Italian Talc. Stocks of Domestic Talc have been exhausted. Effective: immediately. Cancels above under April 5, 1946. |
| October 18, 1946 | Reduced Boric Acid to 2.5% because of scarcity of this item. (New Brunswick only). |
| March 10, 1947 | Boric Acid increased from 2.5% to 5.0%. Does not apply to Chicago (contingent on Chicago supplies of boric acid). |
| August 4, 1953 | Eliminate 5% boric acid and replace with 0.4% citric acid by weight. |
| July 2, 1954 | New concentration of citric acid (Formula # 28) 0.15%. |
| September 8, 1954 | Use 60% regular Italian talc and 40% Extra Prima talc. To preserve present stock until present emergency has passed. |
| November 17, 1954 | For Dallas: Adjust new formula in December 1954, 0.15% citric acid replaced by 0.4% sodium sesquicitrate. |
| August 17, 1955 | Replace Formula # 28 with Formula # 29 (0.15% citric acid replaced by 0.40% sodium sesquicitrate). |
| Oct - 1973<br>Process spec: 40116 | Talc & perfume only |

N. A. Poirier
N. A. Poirier

teh
cc: Dr. R. A. Fuller
    Dr. T. H. Shelley
    Dr. R. L. Sundberg
    Mr. E. J. Resco ←

JNJ 000085378