# EXHIBIT D4

# Johnson & Johnson

## Formula Declaration Report

Date: 03-Dec-2009

| | | | |
|---|---|---|---|
| **Project Name:** | Kansas | **Product Form:** | Powder |
| **GNPP Number:** | | **Brand(s):** | Johnsons Baby |
| **Date:** | 03-Dec-2009 | **Product Use(s):** | Leave On |
| **Product Name:** | Johnson's Baby Powder Formula | **End User(s):** | 0-3 Years (uncompromised/normal) |
| **Formula Lab Notebook Ref. #:** | 11582-165 | **Use Area(s):** | Body Care |
| **Optiva Formula Number:** | FML_JJB93530788 \ 001 | **Similar Formula To:** | |
| **GSS Product Specification #:** | | **Differences from Similar Formula:** | |
| **Product Function:** | Skin protectant | **Selling Location(s):** | North American Selling Region (US and CA) |
| **Launch Date:** | | | |
| **Formula Prepared by:** | Rafael Costa | **Key Claims:** | |
| **Formula Status:** | Development | | |

| RM-GSS# | SAP Number | Ingredient Trade Name | CTFA/INCI Name | Manufacturer | Formula % Weight | % Active Concen-tration | % (w/w) Active | % (w/w) Active Range | CAS No. | Function | Origin | Re-viewed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RM015 | | Talc USP, BC | Talc | Whittaker, Clark & Daniels - S Plainfield NJ (CMS) | 99.800000 | | | | | Skin Protectant | Mineral | No |
| | | | Talc | | | 100 | 99.80 | 99.80 - 99.80 | | | | |
| RM-009446 | | Essential Baby Powder Oil Option A, 6114660 | Fragrance | BELL FLAVORS & FRAGRANCES - MIDDLETOWN NY (CMS) | 0.200000 | | | | 112-31-2 | Fragrance | | No |
| | | | | **Total:** | 100% | | | | | | | |

**Formula Comments**

**Product Attributes**

| | |
|---|---|
| Flash-point (closed cup) (in deg C) | |
| Specific Gravity | |
| Formulation pH range | |
| Color | |
| Odor | |
| Water Solubility | |
| Describe the product delivery system | Bottle |
| Are there any special storage conditions? | |
| Does the product contain any organic peroxides? If yes, please contact Global Transportation to identify any additional testing needed. | |

**Additional Product Information**

1. Has this product been on the market previously in this or another form? If yes, please indicate differences of this product from previous product. Also, if this product was marketed previously, where and for how long?


2. Is this product similar to any other J&J products marketed in your country or elsewhere? If yes, please provide details on the related product, where it is marketed and for how long.


3. Is this product similar to any competitive products you are aware of? If yes, please provide details of the related products, including sample or English language copy of the label.


4. Are you aware of any patents that might cover this product? If yes, please provide details.