# EXHIBIT D5

REPORT-11/16/71
J&J Italian Talcs

JNJTALC000294523

*Johnson & Johnson*

**New Brunswick, N.J.**
December 3, 1971

**Subject:** <u>Examination of Johnson & Johnson Italian Talcs</u>

Dr. W. Nashed

Here are the identities of the <u>Italian ground</u> and <u>domestically ground</u> samples of Italian talcs reported by McCrone in the attached report.

<u>Italian Ground</u>:

This is a sample of Italian talc processed and ground in Italy and sold in the U.S.A. as EGT EXTRA 00000. It was the type of talc used in Johnson's Baby Powder® prior to the introduction of Vermont talc in 1964.

The particular sample examined by McCrone was from a reference lot (Q.C. #42771E) which was approved and set aside several years ago as a laboratory standard.

<u>Domestically Ground</u>:

This is a sample of commercially available Italian talc obtained from the Metropolital Talc Co. in 1970. This talc, bearing the Vendor's code ITALIAN TALC 1615 AGIT, is now used in our adult body powder SHOWER TO SHOWER®.

Since the Italian talc rock is actually ground at the Metropolitan Talc Co. in South Plainfield, N.J., we refer to it as "domestically ground".

R. S. Russell
Pharmaceutical Res.

jss
CC:  Mr. W. H. Ashton
     Dr. R. L. Sundberg

RECEIVED
1971
W. Nashed
JOHNSON & JOHNSON

JNJTALC000294524