# EXHIBIT D6

10/9/2018

Element Formula Declaration Report FML_JNJ93001125\001 2018109_1048

Data As Of : 09-Oct-2018 16:00:02

# Formula Declaration Report

*Date : 09 - Oct - 2018*

Johnson & Johnson

| | |
|---|---|
| **Project Name:** | Not Available |
| **Project ID:** | Not Available |
| **Product Name:** | Johnson's Original Baby Powder |
| **Lab Notebook Ref. Number:** | 9883-052 |
| **Formula Number:** | FML_JNJ93001125\001 |
| **GSS Product Specification Number:** | PR3011 |
| **Product Function:** | Not Available |
| **Ship-to-Trade Date:** | Not Available |
| **Formula Prepared by:** | JnJ Data Load User |
| **Formula Status:** | Commercial |

| | |
|---|---|
| **Brand(s):** | Johnsons Baby |
| **Product Type:** | Leave On |
| **End User(s):** | 0-3 Years |
| **Use Condition:** | UNCOMPROMISED |
| **End Use:** | Body Care |
| **Similar Formula To:** | Not Available |
| **Differences from Similar Formula:** | Not Available |
| **Selling Location(s):** | NA, United States of America |
| **Key Claims:** | Not Available |
| **Legal Product Category:** | Cosmetic |

| RM GSS Spec Number | SAP Number | Ingredient Trade Name | CTFA/INCI Name | Manufacturer | Formula % Weight | % Active Concen-tration | % (w/w) Active | % (w/w) Active Range | CAS No. | Function | Origin | Reviewed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RM07557 | | 0816694 Essential Oil Baby Powder Frag. 6106826 | Fragrance | BELL FLAVORS & FRAGRANCES MIDDLETOWN NY (CMS) | 0.22 | | | | Not Applicable | | Synthetic | NO |
| | | | Fragrance | | | 100 | 0.22 | 0.22-0.22 | FRAGRANCE | | | |
| RM08031 | 719141 | Olympic H | Talc | | 99.78 | | | | 14807-96-6 | | Mineral | NO |
| | | | Talc | | | 100 | 99.78 | 99.78-99.78 | 14807-96-6 | | | |
| | | | | Total | 100.0% | | | | | | | |

## Alternate Ingredients

| Primary RM-GSS Number | Alternate RM-GSS Number | SAP Number | Ingredient Trade Name | CTFA/INCI Name | Manufacturer | Formula % Weight | % Active Concen-tration % (w/w) Active Range | % (w/w) Active | CAS No. | Origin |
|---|---|---|---|---|---|---|---|---|---|---|

**Formula Comments**
Not Available

### Product Attributes

| | |
|---|---|
| Flash-point (closed cup) (in deg C) | Not Available |
| Specific Gravity | Not Available |
| Formulation pH range | Not Available |
| Color | Not Available |
| Odor | Not Available |
| Water Solubility | Not Available |
| Describe the product delivery system | Not Available |
| Are there any special storage conditions? | Not Available |
| Does the product contain any organic peroxides? If yes, please contact Global Transportation to identify any additional testing needed. | Not Available |

### Additional Product Information

1. Has this product been on the market previously in this or another form? If yes, please indicate differences of this product from previous product. Also, if this product was marketed previously, where and for how long?

2. Is this product similar to any other J&J products marketed in your country or elsewhere? If yes, please provide details on the related product, where it is marketed and for how long.

3. Is this product similar to any competitive products you are aware of? If yes, please provide details of the related products, including sample or English language copy of the label.

JNJTALC000891091

JNJTALC000891092

CREATED FOR PURPOSES OF LITIGATION

10/9/2018

Element Formula Declaration Report FML_JNJ93001125\001 20181009_1048

4. Are you aware of any patents that might cover this product? If yes, please provide details.

Johnson & Johnson - Confidential

09 - Oct - 2018

2/2

https://element.jnj.com/FormulaReporting/#/MainPage/DeclarationReport



# SAFETY DATA SHEET

Issue Date  10-Jul-2015

## 1. IDENTIFICATION

**Product identifier**

| | |
|---|---|
| Product Name | Johnson's Baby Powder |
| Specification No. | PR3011 |
| Pure substance/mixture | Mixture |

**Other means of identification**

| | |
|---|---|
| Product Code | NA-9883-052 |

**Recommended use of the chemical and restrictions on use**

| | |
|---|---|
| Recommended Use | Personal care. |
| Uses advised against | None known |

**Details of the supplier of the safety data sheet**

| | |
|---|---|
| Supplier Address | Johnson & Johnson Consumer Companies Inc.<br>199 Grandview Road, Skillman, New Jersey 08558<br>Canada: 1-877-223-9807 USA: 1800-361-8068 |
| Emergency telephone number | Call 3E company at 1-877-236-9871. Provide Technician with the following tracking code: 2277, Hours Open: 24 hours emergency assistance |

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**
This chemical is considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

| Combustible dust |
|---|

**Label elements**

Emergency Overview

**Warning**

**Hazard statements**
May form combustible dust concentrations in air

**Precautionary Statements - Prevention**
Keep away from open flames

**Precautionary Statements - Response**
None

Page 1

CREATED FOR PURPOSES OF LITIGATION

JNJTALC000891093

SDS Code: NA-9883-052

**Precautionary Statements - Storage**
None

**Precautionary Statements - Disposal**
None

**Hazards not otherwise classified (HNOC)**
Not applicable

**Other Information**
None

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Mixture**

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---|---|---|---|
| Talc | 14807-96-6 | 60 - 100 | * |

## 4. FIRST AID MEASURES

**Description of first aid measures**

| | |
|---|---|
| Eye contact | Rinse immediately with plenty of water, also under the eyelids, for at least 15 minutes. If eye irritation persists: Get medical advice/attention. |
| Skin contact | It is unlikely that emergency treatment will be required. If adversed effects occur, rinse immediately with plenty of water. If irritation persists, seek medical advice/attention. |
| Inhalation | It is unlikely that emergency treatment will be required. If adverse effects occur, remove to uncomtaminated area. If discomfort persists, contact a physcian. |
| Ingestion | Not an expected route of exposure. If swallowed, do not induce vomiting: seek medical advice immediately and show this container or label. |

**Most important symptoms and effects, both acute and delayed**

| | |
|---|---|
| Symptoms | No information available. |

**Indication of any immediate medical attention and special treatment needed**

| | |
|---|---|
| Note to physicians | Treat symptomatically. |

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media**

Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

    **Unsuitable extinguishing media** None known

**Specific hazards arising from the chemical**
May form combustible dust in the air. Avoid generating dust. Keep away from ignition source.

    **Explosion data**

    **Sensitivity to Mechanical Impact** None

CREATED FOR PURPOSES OF LITIGATION

JNJTALC000891094

SDS Code:  NA-9883-052

| Sensitivity to Static Discharge | None |
|---|---|

**Protective equipment and precautions for firefighters**

As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions, protective equipment and emergency procedures**

| Personal precautions | Use personal protective equipment as required. See section 8. |
|---|---|

**Environmental precautions**

| Environmental precautions | Do not allow into any sewer, on the ground or into any body of water. |
|---|---|

**Methods and material for containment and cleaning up**

| Methods for cleaning up | Collect spillage. |
|---|---|

## 7. HANDLING AND STORAGE

**Precautions for safe handling**

| Advice on safe handling | No special precautions are needed in handling this material. |
|---|---|

**Conditions for safe storage, including any incompatibilities**

| Storage Conditions | Store in accordance with:. Product packaging. |
|---|---|
| Incompatible materials | None known based on information supplied. |

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Control parameters**

**Exposure Guidelines**   .

| Chemical Name | ACGIH TLV | OSHA PEL | NIOSH IDLH |
|---|---|---|---|
| Talc<br>14807-96-6 | TWA: 2 mg/m³ particulate matter containing no asbestos and <1% crystalline silica, respirable fraction | (vacated) TWA: 2 mg/m³ respirable dust <1% Crystalline silica, containing no Asbestos<br>TWA: 20 mppcf if 1% Quartz or more, use Quartz limit | IDLH: 1000 mg/m³<br>TWA: 2 mg/m³ containing no Asbestos and <1% Quartz respirable dust |

*ACGIH TLV: American Conference of Governmental Industrial Hygienists - Threshold Limit Value*
*OSHA PEL: Occupational Safety and Health Administration - Permissible Exposure Limits*
*NIOSH IDLH  Immediately Dangerous to Life or Health*

**Appropriate engineering controls**

| Engineering Controls | None. |
|---|---|

**Individual protection measures, such as personal protective equipment**

| Eye/face protection | None. |
|---|---|
| Skin and body protection | None. |
| Respiratory protection | None. |
| General Hygiene Considerations | Handle in accordance with good industrial hygiene and safety practice. |

CREATED FOR PURPOSES OF LITIGATION

JNJTALC000891095

SDS Code:  NA-9883-052

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Information on basic physical and chemical properties**

| | | | |
|---|---|---|---|
| Physical state | Solid | | |
| Appearance | powder | Odor | No information available |
| Color | white | Odor threshold | No information available |

| Property | Values | Remarks • Method |
|---|---|---|
| pH | No information available | |
| Melting point / freezing point | No information available | |
| Boiling point / boiling range | No information available | |
| Flash point | No information available | |
| Evaporation rate | No information available | |
| Flammability (solid, gas) | No information available | |
| Flammability Limit in Air | | |
|    Upper flammability limit: | No information available | |
|    Lower flammability limit: | No information available | |
| Vapor pressure | No information available | |
| Vapor density | No information available | |
| Relative density | No information available | |
| Water solubility | No information available | |
| Solubility in other solvents | No information available | |
| Partition coefficient | No information available | |
| Autoignition temperature | No information available | |
| Decomposition temperature | No information available | |
| Kinematic viscosity | No information available | |
| Dynamic viscosity | No information available | |
| Explosive properties | No information available | |
| Oxidizing properties | No information available | |

**Other Information**

| | |
|---|---|
| Softening point | No information available |
| Molecular weight | No information available |
| VOC Content (%) | No information available |
| Density | No information available |
| Bulk density | No information available |

## 10. STABILITY AND REACTIVITY

**Reactivity**

None under normal use conditions

**Chemical stability**

Stable under recommended storage conditions

**Possibility of Hazardous Reactions**

   Hazardous polymerization   None under normal processing.

**Conditions to avoid**

dust formation

**Incompatible materials**

None known

Page 4

CREATED FOR PURPOSES OF LITIGATION

JNJTALC000891096

SDS Code: NA-9883-052

### Hazardous Decomposition Products

None under normal use conditions

## 11. TOXICOLOGICAL INFORMATION

### Information on likely routes of exposure

| | |
|---|---|
| Inhalation | No known effect |
| Eye contact | No known effect |
| Skin contact | This product has been evaluated against skin irritation and no adverse effects are expected from the use of this finished product. |
| Ingestion | No data available |

### Delayed and immediate effects as well as chronic effects from short and long-term exposure

| | |
|---|---|
| Skin corrosion/irritation | No known effect. |
| Serious eye damage/eye irritation | No known effect. |
| Irritation | No known effect |
| Corrosivity | No known effect. |
| Sensitization | This product has been evaluated for dermal sensitization and no adverse health effects are expected from the use of the finished product. |
| Germ cell mutagenicity | No known effect. |
| Carcinogenicity | No known effect. |

### Numerical measures of toxicity

| | |
|---|---|
| Reproductive toxicity | No known effect. |
|    Developmental Toxicity | No known effect. |
|    Teratogenicity | No known effect. |
| STOT - single exposure | No known effect. |
| STOT - repeated exposure | No known effect. |
|    Chronic toxicity | No known effect. |
|    Target Organ Effects | No known effect. |
|    Neurological effects | No known effect. |
|    Other adverse effects | No known effect. |
| Aspiration hazard | No known effect. |

*This product has been evaluated against the applicable toxicological health hazards and no adverse health effects are expected from the use of this finished product.

## 12. ECOLOGICAL INFORMATION

### Ecotoxicity

Available upon request

### Persistence and degradability
Available upon request.

### Bioaccumulation
Available upon request.

### Mobility
Available upon request.

### Other adverse effects
Available upon request

## 13. DISPOSAL CONSIDERATIONS

CREATED FOR PURPOSES OF LITIGATION

JNJTALC000891097

SDS Code: NA-9883-052

### Waste treatment methods

| | |
|---|---|
| Disposal of wastes | Disposal should be in accordance with applicable regional, national and local laws and regulations. |

## 14. TRANSPORT INFORMATION

**DOT**
| | |
|---|---|
| 14.1 UN/ID no. | Not regulated |
| 14.2 Proper shipping name | Not regulated |
| 14.3 Hazard Class | Not regulated |
| 14.4 Packing Group | Not regulated |
| 14.5 Special Provisions | Not regulated |

**TDG**
| | |
|---|---|
| 14.1 UN/ID no. | Not regulated |
| 14.2 Proper shipping name | Not regulated |
| 14.3 Hazard Class | Not regulated |
| 14.4 Packing Group | Not regulated |
| 14.5 Special Provisions | Not regulated |

**IMDG**
| | |
|---|---|
| 14.1 UN/ID no. | Not regulated |
| 14.2 Proper shipping name | Not regulated |
| 14.3 Hazard Class | Not regulated |
| 14.4 Packing Group | Not regulated |
| 14.5 Marine pollutant | Not applicable |
| 14.6 Special Provisions | None |
| 14.7 Transport in bulk according to Annex II of MARPOL 73/78 and the IBC Code | No information available |

**ICAO TI IATA**
| | |
|---|---|
| 14.1 UN/ID no. | Not regulated |
| 14.2 Proper shipping name | Not regulated |
| 14.3 Hazard Class | Not regulated |
| 14.4 Packing Group | Not regulated |
| 14.5 Environmental hazard | Not applicable |
| 14.6 Special Provisions | None |

## 15. REGULATORY INFORMATION

**International Inventories**
| | |
|---|---|
| TSCA | Not Listed |
| DSL/NDSL | Not Listed |
| EINECS/ELINCS | Not Listed |
| ENCS | Not Listed |
| IECSC | Not Listed |
| KECL | Not Listed |
| PICCS | Not Listed |
| AICS | Not Listed |

**Legend:**
**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

CREATED FOR PURPOSES OF LITIGATION

JNJTALC000891098

## US Federal Regulations

### SARA 313
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA). This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

### SARA 311/312 Hazard Categories
| | |
|---|---|
| Acute health hazard | No |
| Chronic Health Hazard | No |
| Fire hazard | No |
| Sudden release of pressure hazard | No |
| Reactive Hazard | No |

### CWA (Clean Water Act)
This product does not contain any substances regulated as pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42)

### CERCLA
This material, as supplied, does not contain any substances regulated as hazardous substances under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302) or the Superfund Amendments and Reauthorization Act (SARA) (40 CFR 355). There may be specific reporting requirements at the local, regional, or state level pertaining to releases of this material

## US State Regulations

### California Proposition 65
This product is not subject to warning labeling under California Proposition 65

### U.S. State Right-to-Know Regulations

| Chemical Name | New Jersey | Massachusetts | Pennsylvania |
|---|---|---|---|
| Talc 14807-96-6 | X | X | X |

### U.S. EPA Label Information

**EPA Pesticide Registration Number** Not applicable

## 16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION

Issue Date            10-Jul-2015
Preparation Date:     10-Jul-2015

### Disclaimer
The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness nor shall any of this information constitute a warranty, whether expressed or implied, as to the safety of the goods, the merchantability of the good, or the fitness of the goods for a particular purpose. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.

End of Safety Data Sheet

CREATED FOR PURPOSES OF LITIGATION

JNJTALC000891099

Johnson&Johnson                                                                                    **ISSUED**

## Consumer Group

| Type | : Product Specification |
|---|---|
| Title | : JOHNSON'S BABY POWDER FORMULA 9883-052 |
| Number | : PR3011 |

| | | | |
|---|---|---|---|
| Revision | 10 | | |
| Issued Date | 2012-10-05 | Expiration Date | None |
| Spec Should not be Issued Before Date | NA | Effective Timeline (days) | 0 |
| Geographical Scope | Local | Specification Category | Permanent |
| Review Interval (Months) | 0 | | |

## Related Information

SCO                                SCO-486657

## Organizations (refer to the Organizations section in GSS)

| Organization Type | Organization Name |
|---|---|
| Franchise | Baby Care |
| Marketing Company | J&J Canada, J&J Consumer Products USA |
| Product Category | Powder |
| Manufacturing Location | TPM - PTI - Pharma-Tech Industries (Royston) |
| Specification Type | Product Specification |
| Brand | JOHNSONS |
| Region | North America |

## Revisions

| Rev | State | Description of Change | Reason for Change | Revised By | Issued Date | Expiration Date |
|---|---|---|---|---|---|---|
| 2.0 | Obsolete | Interim Specification made Standard. Interim section deleted. Index Page, revised product and package codes. Sec. 2.3 Fineness, modified. Sec. 2.4 Bulk Density, deleted & renumbered remaining sections. Sec. 3.0, added oz. to US sizes. Sec. 3.2. added TM & AQL. Sec. 4.3, removed Can. and added sizes. Sec. 5.0, deleted Bulk Density. Secs. 2.5 and 5.2, deleted Micro Trial Batch TM, SOPB30 and added QSP8006. Sec. 5.1, changed to NOTE and renumbered remaining section; removed the word document and replaced it with Sec. 5.1 & revised appearance of section. Sec. 5.2, added new section and Package** references. (J. Payeur) | Support production at Royston with new Olympic H talc and new fragrance. Support APR 2003-108. | Corporate | 2003-12-08 | None |

PR3011 Rev10

THIS DOCUMENT IS STRICTLY CONFIDENTIAL AND REMAINS PROPERTY OF JOHNSON & JOHNSON
IT MUST NOT BE COPIED OR USED BY ANY UNAUTHORIZED PERSON

Page: 1 of 10

**CREATED FOR PURPOSES OF LITIGATION**

JNJTALC000891100

## Global Attributes

| | |
|---|---|
| Product Code | 3001,3011,3021,3016,7676,7763,7764,7766,6124,3045,2665 |
| ERP Code | 100776300, 100776400, 100776600, 100776700, 100266500, 100612400, 100300160, 100301160, 100301660, 100302160, 100304520 |
| Project | NA |
| Reference | Cdn Code 01006124 |

## Content

| Name | Format | File Size |
|---|---|---|
| PR3011 Rev10.doc | generic | 77824 |

## Reference Documents

| Name | Description |
|---|---|
| Doc-0439689 | Update specification Format<br>Delink PS01648 from BOS<br>Update Product Category, Net Content Section and Marketing Company |
| Doc-0439690 | Clarify Storage and Shipping conditions |

## Related Specifications

| Number | Type |
|---|---|
| QSP1002 | Quality System Procedure |
| QSP1009 | Quality System Procedure |
| QSP1011 | Quality System Procedure |
| QSP1019 | Quality System Procedure |
| TM6015 | Test Method |
| TM6146 | Test Method |
| TM6215 | Test Method |
| TM7070 | Test Method |
| TM7167 | Test Method |
| TM7250 | Test Method |
| TM7252 | Test Method |
| TM7253 | Test Method |
| TM7291 | Test Method |
| TM7614 | Test Method |
| TM7930 | Test Method |

PR3011 Rev10

THIS DOCUMENT IS STRICTLY CONFIDENTIAL AND REMAINS PROPERTY OF JOHNSON & JOHNSON
IT MUST NOT BE COPIED OR USED BY ANY UNAUTHORIZED PERSON

**CREATED FOR PURPOSES OF LITIGATION**

Page: 3 of 10

JNJTALC000891101

SUBJECT: JOHNSON'S BABY POWDER FORMULA 9883-052

1.0 PRODUCT DESCRIPTION

A fine white flowable powder consisting of talc and fragrance. This product is intended to be used to provide a soft, smooth feeling on the skin.

2.0 PROPERTIES & REQUIREMENTS

2.1 Appearance (TM7252):

ATR & Shelf Life: Soft, white, fine lubricating powder free from dirt, foreign matter, grittiness and clumps of talc.

2.2 Odor / Smell (TM7253):

ATR & Shelf Life: Characteristic of JOHNSON'S Baby Powder perfumed with Frag. 6106825

2.3 Fineness (TM7167 and TM7070):

ATR & Shelf Life:
99.98% minimum through 60-mesh sieve
99.7% minimum through 100-mesh sieve
98.5% minimum through 200-mesh sieve

2.4 Microbial Requirement (TM-000469)

| Product | Microbial Limits Testing Specification | TM | Dilution Factor | Neutralizing Media |
|---|---|---|---|---|
| Anhydrous Topical | TAMC $\leq$ 100 CFU/gr or mL TCYM$\leq$ 10 CFU/gr. or mL Absence of Gram negative rods, Sa, Ca and Clostridium Species in 1 gram | TM-000469 | 1:10 | TSB Cap IV |

2.5 Net Contents (TM7291)

2.5.1 Net Contents for U.S. based on 28.35 gm/oz. (Reference QSP1002):

| Size | Label Claim (LC) | 95% at or Above LC | Individual Minimum 100% at or Above | Lot Average |
|---|---|---|---|---|
| 1.5 oz. | 42.5 g | 42g | 38.5 g | $\geq$ 1.65 SD above LC |
| 4 oz. | 113.4 g | 113.4 g | 106.4 g | $\geq$ 1.65 SD above LC |
| 9 oz. | 255.2 g | 255.2 g | 242.2 g | $\geq$ 1.65 SD above LC |
| 15 oz. | 425.3 g | 425.3 g | 407.3 g | $\geq$ 1.65 SD above LC |
| 22 oz. | 623.7 g | 623.7 g | 599.7 g | $\geq$ 1.65 SD above LC |

2.5.2 Special Canadian Requirements

| Label Claim (LC) | 97.5 NLT | NMT 1 Bottle Less Than | Lot Average |
|---|---|---|---|
| 42 g | 38.22 g | 34.44 g | NLT 42.0 g |
| 113 g | 107.9 | 102.8 g | NTL 113.0 g |
| 255 g | 246.0 | 237.0 | NLT 255.0 g |
| 425g | 412.25 g | 399.50 | NLT 425.0 g |
| 623 g | 609.0 g | 594.0 | NLT 623.0 g |

THIS DOCUMENT IS STRICTLY CONFIDENTIAL AND REMAINS PROPERTY OF JOHNSON & JOHNSON
IT MUST NOT BE COPIED OR USED BY ANY UNAUTHORIZED PERSON
**CREATED FOR PURPOSES OF LITIGATION**
PR3011 Rev10
Page: 5 of 10
JNJTALC000891102

SUBJECT: JOHNSON'S BABY POWDER FORMULA 9883-052

| | | | | |
|---|---|---|---|---|
| | | on the screen or in the bottle. | | |
| | 3.2 | <u>Leakage</u> | | |
| | | Filled containers shall not leak excessively when shaken repeatedly. | TM6146 | NDA |
| | | Powder loss must be no more than 0.09 grams. | TM6146 | NDA |
| | 3.3 | <u>Container</u> | | |
| | | Foreign matter absent | TM6015 | 1.5 |
| | | Defective container (dents/creases/ stress marks) | TM6015 | 1.5 |
| | | Legible date code | TM6015 | 1.5 |
| | | Date coding correct | TM6015 | NDA |
| | | Workmanship | TM7252 | 1.5 |
| | | Missing Label | TM6015 | NDA |
| | | High Cap | TM6015 | 1.5 |
| | | Appearance | TM6015 | 1.5 |
| | | Bottle Scuffing | TM6015 | 1.5 |
| | | Excessive Dusting | TM6015 | 1.5 |
| | 3.4 | <u>Closure</u> | | |
| | | Defective sifter (chipped, dented, broken) | TM6015 | 1.5 |
| | | Defective cap (chipped, dented, broken) | TM6015 | 1.5 |
| | | Scuffing of the cap | TM6015 | 1.5 |
| | | Missing cap | TM6015 | 1.5 |
| | | Cap shall not pull off | NA* | NDA |
| | | Cap torque (reference P3009) | TM7250 | 1.5 |
| | | * Cap does not pull off when grasped by hand and pulled upward. | | |
| | 3.5 | <u>Quality Seals, Tamper Evident, and Individual Bottle Shrink Film</u> | | |
| | | Defective seal or film (dirty) | TM6015 | 1.5 |
| | | Correct seal and film | TM6015 | NDA |
| | | Missing seal or film | TM6015 | 1.5 |
| | 3.6 | <u>Therimage Labels</u> | | |
| | | Defective Therimage label front and back | | |
| | | (Distortion, scratches dirty) | TM6015 | 1.5 |
| | | Correct Therimage label | TM6015 | NDA |
| | | Missing Therimage label | TM6015 | 1.5 |
| | | IRC or POP Label (If required) | TM6015 | 1.5 |
| | | UPC Label | TM6015 | 1.5 |
| | | Mis-aligned Label | TM6015 | 1.5 |
| | 3.7 | <u>Shipper</u> | | |
| | | Damaged/defective shipper | TM6015 | 1.5 |
| | | Defective printing | TM6015 | 1.5 |
| | | Date coding correct | TM6015 | NDA |
| | | Printing per label control specification | TM6015 | 1.5 |
| | | Shipper Contents | TM6015 | 1.5 |
| | | Pallet Pattern Correct | TM6015 | 1.5 |
| | | Shipper Sealing | TM6015 | 1.5 |
| | 3.8 | <u>Shrink Film Integrity</u> | | |
| | | Shrink Film shall be intact and secure bundled containers | TM6015 | 1.5 |
| 4.0 | | <u>SAMPLING REQUIREMENTS</u> | | |
| | 4.1 | <u>Analytical</u> | | |

PR3011 Rev10

THIS DOCUMENT IS STRICTLY CONFIDENTIAL AND REMAINS PROPERTY OF JOHNSON & JOHNSON
IT MUST NOT BE COPIED OR USED BY ANY UNAUTHORIZED PERSON

**CREATED FOR PURPOSES OF LITIGATION**

Page: 7 of 10

JNJTALC000891103

SUBJECT: JOHNSON'S BABY POWDER FORMULA 9883-052

### OPERATOR

| Characteristics | T.M. | Frequency | Sample Size |
|---|---|---|---|
| Sifting & Clogging | TM6215 | 1xShift/Line/& at C/O | 1 |
| Leakage | TM6146 | 1xShift/Line/& at C/O | 10 |
| Checkweigher | | | |
|    Gross Underfill | SOPB2 | 2xShift/Line/& at C/O | 1 |
|    Accuracy | SOPB2 | 2xShift/Line/& at C/O | 5 |
|    % Marginal | SOPB2 | 1xShift/Line | Shift Calculation |
| Torque | TM7250 | 1xShift/Line/& at C/O | 10 |
| Bottle Date Code | | | |
|    Legibility/Accuracy | TM6015 | 1xShift/Line/& at C/O | 10 |
| Appearance | TM7252 | 1xShift/Line/& at C/O | 1 |
| Cap Pull Off | NA* | 1xShift/Line/& at C/O | 10 |

\* Cap does not pull off when grasped by hand and pulled downward

### MATERIAL HANDLER / INSPECTOR / PACKER

| Characteristics | T.M. | Frequency | Sample Size** |
|---|---|---|---|
| Defective Quality Seal or Film | TM6015 | 2/shift | 12 bottles |
| Correct Quality Seal and Film | TM6015 | 2/shift | 12 bottles |
| Missing Quality Seal or Film | TM6015 | 2/shift | 12 bottles |
| Defective Therimage Label (Front & Back) | TM6015 | 2/shift | 12 bottles |
| Correct Therimage Label (Front & Back) | TM6015 | 2/shift | 12 bottles |
| Missing Therimage Label | TM6015 | 2/shift | 12 bottles |
| Defective Sifter | TM6015 | 2/shift | 12 bottles |
| Defective Cap | TM6015 | 2/shift | 12 bottles |
| Scuffing of the Cap | TM6015 | 2/shift | 12 bottles |
| Missing Cap | TM6015 | 2/shift | 12 bottles |
| Foreign Matter | TM6015 | 2/shift | 12 bottles |
| Defective Container | TM6015 | 2/shift | 12 bottles |
| Bottle Scuffing | TM6015 | 2/shift | 12 bottles |
| Excessive Powder on Container | TM6015 | 2/shift | 12 bottles |
| Bottle Date Code (Legible & Correct) | TM6015 | 2/shift | 12 bottles |
| High Cap | TM6015 | 2/shift | 12 bottles |
| Shrink Film Integrity | TM6015 | 2/shift | 12 bottles |
| * Tamper Evident Shrink Banding | TM6015 | 2/shift | 12 bottles |
| Mis-Aligned Shrink Wrap | TM6015 | 2/shift | 12 bottles |
| Contamination in the Shrink Wrap | TM6015 | 2/shift | 12 bottles |
| Workmanship | TM6015 | 2/shift | 12 bottles |
| Shipper Date Code | TM6015 | 2/Shift | 1 case |
| Shipper Sealing | TM6015 | 2/Shift | 1 case |
| Defective Shipper Graphics | TM6015 | 2/Shift | 1 case |
| Defective Shipper | TM6015 | 2/Shift | 1 case |
| Mis-Aligned UPC Label | TM6015 | 2/Shift | 1 case |
| Pallet Pattern | TM6015 | 2/Shift | 1 pallet |

\*\*   Note: All 12 bottles are taken from 1 case of finished product.

\*    1. Film must be under the neck –band a minimum of 270 deg around the bottle
      2. No more than two perforations can be broken
      3. No quality seal labels were missing and label's edge was covered 360 deg by the film
      4. No Film Bands pulled off.
      (They must be removed by twisting with at least 4 perforations to break from each band)

PR3011 Rev10 — THIS DOCUMENT IS STRICTLY CONFIDENTIAL AND REMAINS PROPERTY OF JOHNSON & JOHNSON IT MUST NOT BE COPIED OR USED BY ANY UNAUTHORIZED PERSON — **CREATED FOR PURPOSES OF LITIGATION** — Page: 9 of 10

JNJTALC000891104