# EXHIBIT D7

10/10/2018  
Element Formula Declaration Report FML_STS93000785\001 20181010_118

Data As Of : 10-Oct-2018 17:00:03

# Formula Declaration Report

Johnson & Johnson

*Date : 10 - Oct - 2018*

| Project Name: | Not Available |
| --- | --- |
| Project ID: | Not Available |
| Product Name: | SHOWER TO SHOWER ISLAND FRESH |
| Lab Notebook Ref. Number: | 9146-087 |
| Formula Number: | FML_STS93000785\001 |
| GSS Product Specification Number: | PR0713 |
| Product Function: | Body Powder |
| Ship-to-Trade Date: | Not Available |
| Formula Prepared by: | JnJ Data Load User |
| Formula Status: | Commercial |

| Brand(s): | Shower to Shower |
| --- | --- |
| Product Type: | Rinse Off |
| End User(s): | Not Available |
| Use Condition: | Not Available |
| End Use: | Not Available |
| Similar Formula To: | FML_STS93000779\001 |
| Differences from Similar Formula: | fragrance |
| Selling Location(s): | NA, United States of America |
| Key Claims: | Not Available |
| Legal Product Category: | Not Available |

| RM GSS Spec Number | SAP Number | Ingredient Trade Name | CTFA/INCI Name | Manufacturer | Formula % Weight | % Active Concen-tration | % (w/w) Active | % (w/w) Active Range | CAS No. | Function | Origin | Reviewed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| RM06031 | 719141 | Olympic H | Talc | | 43.95 | | | | 14807-96-6 | | Mineral | NO |
| | | | Talc | | | 100 | 43.95 | 43.95-43.95 | 14807-96-6 | | | |
| RM06141 | 711054 | 50 percent Encapsulated Perfume Oil IF-06 IFF (FR711054) | Fragrance; Modified food starch; Maltodextrin | Encapsulation Technologies (Middlesex NJ) | 0.2 | | | | FRAGRANCE; 66829-29-6; 9050-36-6 | | Plant, Synthetic | NO |
| | | | Fragrance | | | 50 | 0.1 | 0.09-0.11 | FRAGRANCE | | | |
| | | | Modified food starch | | | 20 | 0.04 | 0.04-0.05 | 68130-14-3 | | | |
| | | | Maltodextrin | | | 30 | 0.06 | 0.06-0.09 | 9050-36-6 | | | |
| RM08700 | 7816194\00015340 | Corn Products Dusting Corn Starch 034500 (Inactive) | Zea Mays (Corn) Starch | Ingredion Incorporated (Bedford IL) | 45 | | | | 9005-25-8 | | Plant | NO |
| | | | Zea Mays (Corn) Starch | | | 100 | 45.0 | 45.0-45.0 | 9005-25-8 | | | |
| RM06140 | 711053 | Fragrance 3275-BC | Fragrance | International Flavors & Fragrances (Hazlet NJ US) | 0.35 | | | | FRAGRANCE | | Plant, Synthetic | NO |
| | | | Fragrance | | | 100 | 0.35 | 0.35-0.35 | FRAGRANCE | | | |
| RM07502 | 7816117 | Tricalcium Phosphate, Powder - NF Grade, FCC Grade | Calcium Hydroxyapatite | INNOPHOS INC - CHICAGO HEIGHT IL (CMS) | 0.5 | | | | 1306-06-5; 12167-74-7 | | Mineral | NO |
| | | | Calcium Hydroxyapatite | | | 100 | 0.5 | 0.5-0.5 | 1306-06-5; 12167-74-7 | | | |
| RM08015 | 7820010; 300069719 | Sodium Bicarbonate USP 3 | Sodium Bicarbonate | | 10 | | | | 144-55-8 | | Synthetic | YES |
| | | | Sodium Bicarbonate | | | 100 | 10.0 | 9.98-10.0 | 144-55-8 | | | |
| | | | | Total | 100.0% | | | | | | | |

## Alternate Ingredients

| Primary RM-GSS Number | Alternate RM-GSS Number | SAP Number | Ingredient Trade Name | CTFA/INCI Name | Manufacturer | Formula % Weight | % Active Concen-tration % (w/w) | % (w/w) Active Active Range | CAS No. | Origin |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| RM08700 | RM-018197 | 7816194\00015340 | Corn Products Powdered Dusting Corn Starch (qualification on going - GCC-061527) | Zea Mays (Corn) Starch | Ingredion Incorporated | 45 | | | 9005-25-8 | Plant |
| | | | | Zea Mays (Corn) Starch | | | 100 | 45.0  45.0-45.0 | 9005-25-8 | |

## Formula Comments
Not Available

JNJTALC001021615

10/10/2018

Element Formula Declaration Report FML_STS93000785\001 20181010_118

**Product Attributes**

| Flash-point (closed cup) (in deg C) | Not Available |
|---|---|
| Specific Gravity | Not Available |
| Formulation pH range | Not Available |
| Color | White |
| Odor | To match approved standard |
| Water Solubility | Not Available |
| Describe the product delivery system | Not Available |
| Are there any special storage conditions? | Not Available |
| Does the product contain any organic peroxides? If yes, please contact Global Transportation to identify any additional testing needed. | Not Available |

**Additional Product Information**

1. Has this product been on the market previously in this or another form? If yes, please indicate differences of this product from previous product. Also, if this product was marketed previously, where and for how long?
   yes

2. Is this product similar to any other J&J products marketed in your country or elsewhere? If yes, please provide details on the related product, where it is marketed and for how long.
   yes FML_STS93000779\001

3. Is this product similar to any competitive products you are aware of? If yes, please provide details of the related products, including sample or English language copy of the label.

4. Are you aware of any patents that might cover this product? If yes, please provide details.

10 - Oct - 2018

**Johnson & Johnson - Confidential**

JNJTALC001021616