# EXHIBIT E8

## Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

KIRK VON SALZEN and
JANET VON SALZEN,

    Plaintiffs,

vs.

AMERICAN INTERNATIONAL      Case No. JCCP 4674/
INDUSTRIES INC. (sued       BC680576
individually and as
successor to PINAUD, INC.,
BARBARA ALICE, INC., ED
PINAUD, INC. d/b/a ED.
PINAUD, and NESTLE-LE MUR
COMPANY); et al.,

    Defendants.

DEPOSITION OF

WILLIAM E. LONGO, PhD

June 27, 2018

11:28 a.m.

11555 Medlock Bridge Road, Suite 100
Johns Creek, Georgia

Debra R. Luther, RMR, CRR, CCR-B-881

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
(866) 344-0459
www.atlanta-reporters.com

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com

## Page 2

APPEARANCES OF COUNSEL

On behalf of the Plaintiffs:

    STUART J. PURDY, Esq.
    Simon Greenstone Panatier, PC
    3780 Kilroy Airport Way
    Suite 540
    Long Beach, California  90806
    spurdy@sgptrial.com

On behalf of the Defendant
    Johnson & Johnson and
    Johnson & Johnson Consumer Inc.:

    ALEXANDER G. CALFO, Esq.
    King & Spalding, LLP
    633 West Fifth Street
    Suite 1700
    Los Angeles, California  90071
    acalfo@kslaw.com

On behalf of the Defendants
    Imerys Talc America, Inc.:

    FREDERIC W. NORRIS, Esq.
    Dentons US, LLP
    601 South Figueroa Street
    Suite 2500
    Los Angeles, California  90017-5704
    rick.norris@dentons.com

On behalf of the Defendant
    Shulton, Inc.:

    JOHN D. COSMICH, Esq.
    Cosmich, Simmons & Brown, PLLC
    One Eastover Center, Suite 200
    100 Vision Drive
    Jackson, Mississippi  39211
    cos@cs-law.com
    (Appearance by telephone)

Also Present:
    Mr. Connor Scott (via telephone)

Atlanta Reporters, Inc.    www.atlanta-reporters.com

## Page 3

INDEX TO EXAMINATIONS

| Examination | Page |
|---|---|
| Examination by Mr. Norris | 5 |
| Examination by Mr. Calfo | 113 |
| Further Examination by Mr. Norris | 177 |

- - -

(Original Exhibits 1 through 7 and 9 through 12 have been attached to the original transcript.  Exhibit 8 was not provided to court reporter at time of production.)

Atlanta Reporters, Inc.    www.atlanta-reporters.com

## Page 4

INDEX TO EXHIBITS

| Defendant's Exhibit | Description | Page |
|---|---|---|
| 1 | Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Notice of Taking Depositions of Plaintiffs' Expert Witnesses and Requests for Production of Documents | 5 |
| 2 | Letter of 6/18/2018 from Romano to Kagan | 5 |
| 3 | Notes by Dr. Longo | 5 |
| 4 | Letter of 6/7/2018 from Jenna Sanchez to Dr. Longo | 6 |
| 5 | Argonaut Fact Sheet | 29 |
| 6 | Luzenac America Technical Report, Analysis of Fibrous Material from Argonaut Waste Rock | 29 |
| 7 | PLM and XRD Analysis of 26 Johnson & Johnson Talc Samples, by Lee Poye of J3 Resources, 2/8/2018 | 32 |
| 8 | QC reports | 43 |
| 9 | Amphibole Content of Cosmetic and Pharmaceutical Talcs (Blount, 1991) | 50 |
| 10 | Detection and Quantification of Asbestos and Other Trace Minerals (Blount, 1990) | 54 |
| 11 | Occupational Exposure to Asbestos, Tremolite, Anthophyllite, and Actinolite (OSHA, 1992) | 99 |
| 12 | Excerpt from report for test samples M66352-001 and M66352-002 | 181 |

Atlanta Reporters, Inc.    www.atlanta-reporters.com

49

12:49:31 1   cross-examined in trial --
12:49:33 2       Q.    Okay.
12:49:34 3       A.    -- that others believe that have some
12:49:37 4   impact on, which it doesn't.  We use less material.
12:49:43 5   I pick the 90 minutes centrifuge time versus I
12:49:49 6   think -- trying to remember -- she may have said
12:49:52 7   10 minutes.
12:49:53 8             The heavy density liquid that we use is
12:49:58 9   2.85 grams per centimeter cubed; she uses 2.81 grams
12:50:05 10  per centimeter cubed.  And of course she uses
12:50:09 11  polarized light microscopy, and we use transmission
12:50:14 12  electron microscopy.
12:50:14 13      Q.    Does she place the vials in a furnace to
12:50:19 14  remove any organic material?
12:50:22 15      A.    Oh, that's a good point.  No, she didn't
12:50:25 16  do that.  That has to be done for the TEM.  We're not
12:50:29 17  doing that for the Blount method that we're running
12:50:33 18  now, I don't think.
12:50:36 19      Q.    Did she place the material in the vacuum
12:50:40 20  for 15 minutes?
12:50:42 21      A.    I don't recall.
12:50:45 22      Q.    If she said 3 minutes, does that sound --
12:50:49 23      A.    That sounds right.
12:50:51 24            MR. NORRIS:  I don't want to confuse you,
12:50:52 25  so let's just make sure we're all on the same

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

50

12:50:56 1   page.  Let's mark as Exhibit 9 the Blount paper.
12:51:18 2             (Defendant's Exhibit 9 was marked for
12:51:34 3   identification.)
12:51:34 4       Q.    (By Mr. Norris)  You see on the second
12:51:46 5   page, top right-hand corner, it's 3 minutes?  Any
12:51:54 6   reason why you chose 15 minutes?
12:51:56 7       A.    Just to make sure it completely outgasses,
12:51:59 8   which was the point of that, remove air bubbles.
12:52:08 9       Q.    Did Blount described preparing and mixing
12:52:14 10  the samples with the disposable mixing rod?
12:52:17 11      A.    No.
12:52:21 12      Q.    But you guys do that; correct?
12:52:23 13      A.    Correct.
12:52:23 14      Q.    Blount set the rpm at 7,000 rpm, and you
12:52:35 15  set them at 9,000; correct?
12:52:38 16      A.    That's correct.
12:52:41 17      Q.    Has your modified Blount method been
12:52:45 18  published in any literature, peer-reviewed or
12:52:49 19  otherwise?
12:52:50 20      A.    Our modified -- now you've got me saying
12:52:54 21  it -- our enhanced Blount method has not been
12:53:02 22  published in any peer-reviewed literature.
12:53:03 23      Q.    Has it been considered and approved by
12:53:10 24  ASTM?
12:53:10 25      A.    It hasn't been approved or not approved by

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

51

12:53:13 1   ASTM.
12:53:13 2       Q.    Has it been considered or approved by ISO?
12:53:17 3       A.    Heavy liquid density method has been
12:53:20 4   approved by ISO.  Is it exactly like Blount?  No.
12:53:23 5   But it does provide the same amount of -- same heavy
12:53:25 6   density material.  It leaves it up to you in how much
12:53:29 7   you want to put in and gives you the option to use
12:53:33 8   PLM, SEM, and TEM.
12:53:35 9       Q.    ISO gives you the option of using PLM,
12:53:40 10  SEM, or TEM?
12:53:40 11      A.    Yes.
12:53:40 12      Q.    But has your methodology that you follow
12:53:43 13  in these steps been approved by ISO?
12:53:46 14      A.    It's not really my methodology.  It's our
12:53:48 15  using of standard procedures.  Is what we're doing
12:53:52 16  exactly what ISO does?  No.  But everything you're
12:53:56 17  talking about, of course, has no effect on the
12:54:00 18  results.
12:54:01 19      Q.    In your opinion, obviously?
12:54:03 20      A.    Well, it's more than that.  If you just
12:54:05 21  look at it simply, you know, putting it in the vacuum
12:54:08 22  longer, well, you're not generating more air bubbles;
12:54:11 23  you're just removing them.  Centrifuging it longer
12:54:15 24  times, nothing changes.
12:54:16 25            If there's nothing in there or it's below

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

52

12:54:18 1   our detection limit, it's still going to be below our
12:54:22 2   detection limit.  It's just a matter of if you're
12:54:26 3   going to do it in a way that provides the best
12:54:30 4   opportunity to see if materials can be detected or
12:54:33 5   not.
12:54:34 6       Q.    Okay.
12:54:35 7       A.    And I appreciate the differences, but in
12:54:40 8   my opinion it doesn't affect anything.
12:54:41 9       Q.    Understood.  Let me just run through this
12:54:43 10  really quickly.  Has your -- and with your
12:54:45 11  counsel's -- not with your counsel's permission, but
12:54:47 12  with Stu's permission, I'm going to ask a compound
12:54:50 13  question.
12:54:51 14            Has your methodology been considered or
12:54:53 15  approved by EPA, FDA, MSHA, USGS, OSHA, or NIOSH?
12:55:00 16      A.    I'm not aware of any of those methods
12:55:03 17  using heavy liquid density separation for bulk
12:55:08 18  samples like talc.  There are methods out there for
12:55:11 19  separating vermiculite with heavy density liquid
12:55:15 20  methods, there are methods for talc, but the ones you
12:55:18 21  have talked about, none of them are using heavy
12:55:21 22  liquid density method for talc.
12:55:24 23      Q.    And I understand and appreciate your
12:55:27 24  clarification of my question or your thought process
12:55:29 25  of my question, but I am actually just asking

Atlanta Reporters, Inc.  866-344-0459   www.atlanta-reporters.com

Page 53

```
12:55:31   1   specific on the methodology that you use, the
12:55:33   2   step-by-step methodology, have any of those agencies
12:55:36   3   approved or considered it?
12:55:37   4        A.   Well, they haven't considered, they
12:55:42   5   haven't said you can't do it, and they're silent on
12:55:45   6   it.  The heavy liquid density separation method for
12:55:49   7   removing amphiboles in talc has not been discussed or
12:55:52   8   not been written up or not approved or disapproved by
12:55:56   9   any of those organizations.
12:56:01  10        MR. CALFO:  I think you better break it
12:56:04  11   up.
12:56:04  12        MR. NORRIS:  I know.  I think so.  And
12:56:10  13   again --
12:56:10  14        MR. PURDY:  Sure.  When we get to a new
12:56:14  15   topic, I'll start to raise that.  I mean, these
12:56:18  16   just have all been asked so many times not only
12:56:21  17   by -- we don't even have the different firm
12:56:24  18   argument that Johnson & Johnson has for the same
12:56:26  19   firm, although maybe Alston & Bird asks
12:56:29  20   questions a little differently.  It's just very,
12:56:31  21   very, very repetitive.  It's unfortunate, but go
12:56:35  22   ahead.
12:56:36  23        MR. NORRIS:  All right.  I'm going to move
12:56:38  24   on from that.
12:56:40  25        Q.   (By Mr. Norris)  When Blount decided on
```

Page 54

```
12:56:43   1   the 2.81 heavy density liquid, that was as a result
12:56:50   2   of multiple tests of liquid densities ranging from
12:56:55   3   below 2.1 to above 2.1; correct?
12:57:20   4        I'm going to give you another document
12:57:22   5   while you're looking for that answer.  I'd like to
12:57:24   6   mark as Exhibit 10 a publication by Blount titled
12:57:32   7   Detection and Quantification of Asbestos and Other
12:57:35   8   Trace Minerals, dated 1990, and that will be
12:57:41   9   Exhibit 10.
12:57:54  10        (Defendant's Exhibit 10 was marked for
12:57:55  11   identification.)
12:57:55  12        Q.   (By Mr. Norris)  I'm looking at page 560
12:58:41  13   of Exhibit 10.
12:58:50  14        A.   She used one type.  She just adjusted it.
12:58:54  15   We do the same thing.
12:59:20  16        Q.   You understand that she added extra weight
12:59:25  17   drop-by-drop to determine the best weight to use for
12:59:29  18   this method; correct?
12:59:30  19        A.   That's not really what she's doing.  She's
12:59:32  20   adding drops of water.  She's mixing it to adjust the
12:59:36  21   density.
12:59:37  22        We do the same thing.  We adjusted ours to
12:59:40  23   2.5.
12:59:40  24        She's taking one type of heavy liquid
12:59:43  25   density and she's basing it on the densities of
```

Page 55

```
12:59:48   1   tremolite, anthophyllite, actinolite, and she chose
12:59:52   2   2.81.
12:59:52   3        Q.   Because her tests indicated that the best
12:59:54   4   density for a heavy liquid to separate talc from
12:59:57   5   amphibole was 2.81; correct?
12:59:59   6        A.   That's what she states.
13:00:01   7        Q.   Okay.  How did you go about determining
13:00:03   8   2.85 was the value you were going to use?
13:00:06   9        A.   Because 2.81 -- because 2.85 is much
13:00:13  10   lower -- is still low enough than tremolite, and 2.85
13:00:20  11   is heavier, so we were trying to make it more
13:00:23  12   efficient to remove the talc because you're using a
13:00:27  13   heavier liquid than the 2.81.  That was our decision.
13:00:31  14        Q.   Did you perform tests at 2.82, 2.83, 2.84
13:00:36  15   before selecting 2.85?
13:00:38  16        A.   No.
13:00:45  17        Q.   Blount in her paper mentions counting 20
13:00:53  18   fields of view.  Just for purposes of my -- I just
13:00:58  19   want to make sure I understand and am interpreting
13:01:00  20   her correctly or your understanding of it.
13:01:02  21        When she says fields of view, is that the
13:01:06  22   same thing as the grid openings that you're counting?
13:01:08  23        A.   Yes and no.  A grid opening is not a field
13:01:12  24   of view, depending on your magnification.  She's
13:01:14  25   using polarized light microscopy, and she's using one
```

Page 56

```
13:01:20   1   magnification.  So typically a magnification of --
13:01:23   2   whatever the magnification she's using, she's saying
13:01:26   3   this is what I can see.  And then she's moving it.
13:01:29   4        In a TEM grid, your field of view at 200X
13:01:33   5   is most of the grid openings, or 50X.  At 20,000 to
13:01:39   6   25,000 your field of view is approximately 1/20 of a
13:01:47   7   grid opening, and a grid opening is 100 microns by
13:01:52   8   100 microns.
13:01:53   9        So it's two completely different things,
13:01:56  10   but we call it grid openings, and if you say I have a
13:02:00  11   200 mesh or a 100 mesh grid, then we know the size.
13:02:05  12        Q.   Okay.  All right.  When you performed your
13:02:09  13   calculations on how many fibers per gram were present
13:02:13  14   in these samples, how did you go about performing
13:02:18  15   that mathematical calculation?
13:02:21  16        A.   Well, we start with 20 milligrams.  That's
13:02:25  17   put into the heavy liquid density solution.  After
13:02:30  18   it's spun, we take the -- we harvest the amphiboles
13:02:37  19   or the minerals that -- the amphibole minerals
13:02:41  20   technically that have a higher density than 2.85.  We
13:02:45  21   filter it all onto a 20 millimeter square filter.
13:02:53  22   From there we take the TEM samples.
13:02:58  23        So say, for example, you find one fiber
13:03:04  24   and you're starting with 20 milligrams on the filter
13:03:08  25   and you look at 100 grid openings, so you take the
```

## Page 57

1 average size of the grid openings, multiply it by 100
2 and then divide that into the overall surface area of
3 the filter and then calculate one fiber found on that
4 100 grid openings and mathematically going back to
5 what it would be for what's in the entire sample in
6 the grid and then divide by 20.
7    Q.   My question was not -- is there an
8 equation somewhere that I can look at that was used?
9    A.   Any individual who is a TEM -- your expert
10 should be able to do it.  Any individual who runs
11 TEMs or knows TEMs will know how to do this.
12    Q.   Okay.
13    A.   So if you think about it, you start with
14 20 milligrams of material.
15    Q.   Understood.
16    A.   That's your starting weight.  We're using
17 everything from that 20 milligrams of material, the
18 heavy density liquid separates 99.9 percent of the
19 talc, but you're putting everything that you
20 harvested from the bottom of the heavy liquid density
21 on a 20 millimeter diameter filter.
22         You calculate the surface area of that,
23 and then you calculate how many fibers, if any, you
24 found on the 100 grid openings, if you count 100 grid
25 openings, then you take the ratio of the two, then

## Page 58

1 you can calculate back to the 20 milligrams, and then
2 the 20 milligrams, if you have that much in
3 20 milligrams, then how much is in 1 gram.
4    Q.   Let me make it very simple.  Safe to say
5 that you did not use the calculation that Blount
6 used?
7    A.   That's safe to say because it's unclear
8 how Blount did her calculation.  We've looked at it,
9 and I would need to talk to Blount.  It doesn't
10 provide the information I believe necessary to do
11 that.
12         And it's PLM.  It's not TEM.  You can't
13 take how do you calculate how much apple is there if
14 you're using an orange type thing.  It's totally two
15 different calculations.
16    Q.   Well, let me ask you this.  In your
17 calculation do you have to determine the efficiency
18 ratio of your ability to separate the amphiboles from
19 the talc?
20    A.   No.
21    Q.   Why not?
22    A.   That has nothing to do with the
23 calculation.  We're only -- we're calculating what we
24 have found, not what potentially is there.  That's an
25 unknown.

## Page 59

1    Q.   Well, do you agree that Blount's
2 calculation addressed an efficiency ratio?
3    A.   She did.
4    Q.   Okay.  So another thing that is different
5 from Blount's method is you have not used her
6 calculation for determining fibers per gram; is that
7 correct?
8    A.   We have not used her PLM calculation.  It
9 has no bearing on TEM.  At some point, if we could do
10 the research and go all the way down where we say we
11 find 15 million per gram and may in fact be 30
12 million per gram, if you start looking at the
13 efficiency of it.
14         But I just don't think that is applicable
15 here because she's doing this an on optical
16 microscopy level; we're doing it on a TEM level.  I
17 just don't believe that's valid, what she's doing,
18 how repeatable that is over and over and over and you
19 really know what you're starting with on how many
20 fibers per milligram you have.
21    Q.   Also, Blount recommended that you use an
22 index of refraction of 1.584.  Is that purely for PLM
23 purposes?
24    A.   Yes.
25    Q.   Okay.

## Page 60

1    A.   There's no light in the transmission
2 electron microscope.  It's all electrons.
3    Q.   Okay.  What about your method is identical
4 to her method?
5    A.   Identical?  Since we changed the method,
6 there's not much identical to it because we're using
7 two different counting methods.
8         Her name gets on here as the Blount method
9 because at least she's the first person to publish
10 using heavy density liquid material and analyzing
11 cosmetic talc.  I mean, others have done this.  Even
12 R. J. Lee, when they issued a report -- a TEM report,
13 called it the Blount method.  They didn't do an
14 identical method, and they called it the Blount
15 method.
16         You know, and Pooley proposed it; he just
17 called it a heavy density liquid method.  When the
18 Colorado School of Mines proposed using this for
19 cosmetic talc, they just called it the heavy liquid
20 density method.  Maybe that would have been better
21 and we could eliminate at least 15 minutes of
22 cross-examination at trial.
23    Q.   After performing the heavy density
24 separation method that you used, what percentage of
25 the material remaining after separation is an

## Page 185

```
 1              C E R T I F I C A T E
 2
 3    STATE OF GEORGIA:
 4    COUNTY OF GWINNETT:
 5
 6          I hereby certify that the foregoing
 7    transcript was taken down, as stated in the
 8    caption, and the questions and answers thereto
 9    were reduced to typewriting under my direction;
10    that the foregoing pages 1 through 184 represent
11    a true, complete, and correct transcript of the
12    evidence given upon said hearing, and I further
13    certify that I am not of kin or counsel to the
14    parties in the case; am not in the regular
15    employ of counsel for any of said parties; nor
16    am I in anywise interested in the result of said
17    case.
18          This, the 6th day of July 2018.
19
20          _____
             DEBRA R. LUTHER, B-881
21          Georgia Certified Court Reporter
22
23
24
25
     Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com
```

## Page 186

```
 1              COURT REPORTER DISCLOSURE
 2
          Pursuant to Article 10.B. of the Rules and
 3    Regulations of the Board of Court Reporting of the
      Judicial Council of Georgia which states: "Each court
 4    reporter shall tender a disclosure form at the time
      of the taking of the deposition stating the
 5    arrangements made for the reporting services of the
      certified court reporter, by the certified court
 6    reporter, the court reporter's employer, or the
      referral source for the deposition, with any party to
 7    the litigation, counsel to the parties or other
      entity.  Such form shall be attached to the
 8    deposition transcript," I make the following
      disclosure:
 9
          I am a Georgia Certified Court Reporter.  I am
10    here as a representative of Atlanta Reporters, Inc.
      Atlanta Reporters was contacted by King & Spalding,
11    LLP, to provide court reporting services for the
      deposition.  Atlanta Reporters will not be taking
12    this deposition under any contract that is prohibited
      by OCGA 15-14-37(a) and (b).
13
          Atlanta Reporters has no contract/agreement to
14    provide reporting services with any party to the
      case, any counsel in the case, or any reporter or
15    reporting agency from whom a referral might have been
      made to cover this deposition.  Atlanta Reporters
16    will charge its usual and customary rates to all
      parties in the case, and a financial discount will
17    not be given to any party to this litigation.
18
19
20          _____
             DEBRA R. LUTHER, B-881
21          Georgia Certified Court Reporter
22
23
24
25
     Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com
```

## Page 187

```
 1         DEPOSITION OF WILLIAM E. LONGO, PhD /DRL
 2    I do hereby certify that I have read all
      questions propounded to me and all answers given by
 3    me on the 27th day of June 2018, taken before
      Debra R. Luther, and that:
 4
      _____ 1)  There are no changes noted.
 5    _____ 2)  The following changes are noted:
 6    Pursuant to Rule 30(e) of the Federal Rules of
      Civil Procedure and/or the Official Code of Georgia
 7    Annotated 9-11-30(e), both of which read in part:
      Any changes in form or substance which you desire to
 8    make shall be entered upon the deposition...with a
      statement of the reasons given...for making them.
 9    Accordingly, to assist you in effecting corrections,
      please use the form below:
10
11    Page No. _____ Line No. _____ should read: _____
      _____
12
      Page No. _____ Line No. _____ should read: _____
13    _____

14    Page No. _____ Line No. _____ should read: _____
      _____
15
      Page No. _____ Line No. _____ should read: _____
16    _____

17    Page No. _____ Line No. _____ should read: _____
      _____
18
      Page No. _____ Line No. _____ should read: _____
19    _____

20    Page No. _____ Line No. _____ should read: _____
      _____
21
      Page No. _____ Line No. _____ should read: _____
22    _____

23    Page No. _____ Line No. _____ should read: _____
      _____
24
      Page No. _____ Line No. _____ should read: _____
25    _____

     Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com
```

## Page 188

```
 1         DEPOSITION OF WILLIAM E. LONGO, PhD /DRL
 2    Page No. _____ Line No. _____ should read: _____
      _____
 3
      Page No. _____ Line No. _____ should read: _____
 4    _____

 5    Page No. _____ Line No. _____ should read: _____
      _____
 6
      Page No. _____ Line No. _____ should read: _____
 7    _____

 8    Page No. _____ Line No. _____ should read: _____
      _____
 9
      Page No. _____ Line No. _____ should read: _____
10    _____

11    Page No. _____ Line No. _____ should read: _____
      _____
12
      Page No. _____ Line No. _____ should read: _____
13    _____

14    If supplemental or additional pages are necessary,
15    please furnish same in typewriting annexed to this
      deposition.
16

17
18          _____
                  WILLIAM E. LONGO, PhD
19
      Sworn to and subscribed before me,
20
      This, the _____ day of _____ 20____.
21
      _____
22    Notary Public
      My commission expires: _____
23
24
25

     Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporters.com
```