# EXHIBIT E9

**Page 193**

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

JOANNE ANDERSON and
GARY ANDERSON,

    Plaintiffs,

vs.   Case No. JCCP 5674/BC666513

BORG-WARNER CORPORATION by
its successor-in-interest
BORG-WARNER MORSE TEC,
INC., et al.,

    Defendants.

Pages 193 - 313

_____

CAROLYN WEIRICK and ELVIRA
GRACIELA ESCUDERO LORA,

    Plaintiffs,

vs.   Case No. JCCP 4674/BC656425

BRENNTAG NORTH AMERICA,
INC., etc., et al.,

    Defendants.

VOLUME II

CONTINUATION OF THE DEPOSITION OF

WILLIAM E. LONGO, PhD

April 17, 2018
12:00 p.m.

3945 Lakefield Court
Suwanee, Georgia

Debra R. Luther, RMR, CRR, CCR-B-881
Atlanta Reporters, Inc.
Georgia Certified Court Reporters
(866) 344-0459
www.atlanta-reporters.com

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporter.com

**Page 194**

APPEARANCES OF COUNSEL (by telephone)

On behalf of the Plaintiffs:

    CHRIS J. PANATIER, Esq.
    Simon Greenstone Panatier Bartlett, PC
    3232 McKinney Avenue
    Suite 610
    Dallas, Texas 75204
    cpanatier@sgpblaw.com

On behalf of the Defendant
  Johnson & Johnson:

    MEL D. BAILEY, Esq.
    Bailey, Crowe & Kugler, LLP
    6550 Bank of America Plaza
    901 Main Street
    Dallas, Texas 75202-5605
    mbailey@bcklaw.com

On behalf of the Defendants
  Imerys Talc America, Inc., and
  Cyprus Amax Minerals Company:

    BRENDAN G. KRASINSKI, Esq.
    Alston & Bird, LLP
    4200 One Atlantic Center
    1201 West Peachtree Street, NW
    Atlanta, Georgia 30309
    brendan.krasinski@alston.com

On behalf of the Defendant
  Chanel, Inc. (Weirick only):

    CHRISTOPHER O. MASSENBURG, Esq.
    Manion, Gaynor & Manning
    One Canal Place, Suite 3000
    365 Canal Street
    New Orleans, Louisiana 70130
    cmassenburg@mgmlaw.com

- - -

Atlanta Reporters, Inc.   www.atlanta-reporters.com

**Page 195**

INDEX TO EXAMINATIONS

| Examination | Page |
|---|---|
| Further Examination by Mr. Massenburg | 198 |
| Further Examination by Mr. Bailey | 256 |
| Further Examination by Mr. Krasinski | 268 |
| Examination by Mr. Panatier | 300 |
| Further Examination by Mr. Bailey | 308 |

- - -

Atlanta Reporters, Inc.   www.atlanta-reporter.com

**Page 196**

INDEX TO EXHIBITS

Defendant's

| Exhibit | Description | Page |
|---|---|---|
| 12 | (Not provided) | 202 |
| 13 | Photomicrographs | 270 |
| 14 | Presentation: The Asbestiform and Nonasbestiform Mineral Growth Habit and Their Relationship to Cancer Studies (2003) | 270 |

(Original Exhibits 13 and 14 have been attached to the original transcript. Exhibit 12 was not provided to reporter at time of production.)

Atlanta Reporters, Inc.   www.atlanta-reporter.com

**277**

1 these protocols were developed and based on
2 health-based issues.
3     Q.    And so do you think the manner in which --
4 whether amphiboles grow in the asbestiform habit or
5 nonasbestiform habit is irrelevant, in your opinion?
6     A.    I'm not saying it's irrelevant or not.
7 Again, we get to this definition on geological
8 commercial definition.  It's not appropriate when
9 doing analysis in using these health-based
10 definitions for what is a fiber, what is a bundle, of
11 asbestos.  So we classify these structures according
12 to the protocols that are written for this by EPA, by
13 the definition of fibers and bundles by ISO, by ASTM.
14 You know, we've gone over this in the past.
15     Q.    Okay.  And you consistently refer to the
16 fact that you're relying on the health-based
17 definitions?
18     A.    Well, yes, I'm relying on the definitions
19 in the standard protocols that we use to identify
20 asbestos fibers.  My understanding is these are
21 health-based definitions.  I don't testify about the
22 health effects of asbestos, but certainly our
23 laboratory follows the standard TEM protocols, the
24 standard for the definition of what we -- that
25 defines what we call asbestos fibers and bundles.

**278**

1     Q.    Was Alice Blount using commercial
2 definitions of asbestos or health-based definitions
3 of asbestos when she wrote her 1991 paper?
4     A.    She called it asbestos by PLM.  She stated
5 that she's still a geologist -- you know, bickering
6 or arguing back and forth on what these definitions
7 are, but she called what she found asbestos.
8     Q.    So is that a health-based -- again, my
9 question was whether she used a health-based
10 definition or a commercial-based definition.
11     A.    Well, it's a PLM analysis.  I don't know
12 if she used health-based or not.  She didn't do TEM,
13 she didn't do SEM, so she wasn't following these
14 other protocols.
15     What she called what she found was
16 asbestos.  She showed that she had a population, she
17 compared that tremolite population in her 1989 or
18 1990 bottle, compared it to what she called tremolite
19 asbestos, and compared what her population was on the
20 chart to what tremolite asbestos was, what she found
21 in the sample, and then compared that to what she
22 said was nonasbestiform.
23     When we do a population of what we found,
24 it falls in that range.  If we were just to look at
25 these four structures and look at the average aspect

**279**

1 ratio, it would fall in the range that she said was
2 asbestos when she analyzed it by PLM.
3     You would have to ask Alice Blount if she
4 was doing a health-based versus just the geological
5 definition.  She used a PLM definition, I guess.
6     Q.    What is the basis of your opinion that
7 there is a difference between geological asbestos and
8 asbestos when it's being referred to in the context
9 of health?
10     A.    The basis of my opinion is that the
11 asbestiform definition was primarily a
12 geological/commercial for the reasons I've already
13 stated a number of times.  The 600/R-93 method uses
14 the commercial asbestos -- asbestiform definition
15 that's, you know, 1 to 20, 1 to 100.  It was not
16 really designed for these accessory minerals, in my
17 opinion.
18     When you go to other microscopy
19 techniques, even the EPA says you -- and it's EPA's
20 definition that are used, and their methods say you
21 cannot use the PLM R-93 geological definition for
22 other microscopy methods that are health-based.  They
23 wrote that in a response to the sand and gravel
24 institution by R. J. Lee where they specifically
25 talked about the fact that their NIOSH 7400 and their

**280**

1 NIOSH 7402 was health-based and it wasn't appropriate
2 to use the geological definition.
3     So I'm consistent with the EPA and
4 consistent for all the labs out there that routinely
5 analyze samples by TEM using these definitions of
6 what a fiber and a bundle is to be called asbestos.
7     Q.    If you turn to the next page, Why is this
8 distinction important?
9     Are you there?
10     A.    I'm there.
11     Q.    Okay.  First sentence of the first
12 paragraph says, The nonasbestiform minerals are
13 common hard rock-forming minerals found throughout
14 the earth's crust.
15     Do you agree that nonasbestiform minerals
16 are common?
17     MR. PANATIER:  Asked and answered.
18     THE WITNESS:  I've already stated that
19 nonasbestos regulated asbestos amphiboles are
20 found throughout the earth's crust and it's very
21 common.
22     Q.    (By Mr. Krasinski) Okay.  And do you
23 agree that -- the next sentence says, Unlike
24 asbestos, they are not rare.
25     Do you agree that asbestos is rare?

281

```
14:41:49  1         MR. PANATIER:  Asked and answered.
14:41:50  2         THE WITNESS:  I don't know what rare
14:41:53  3   means.  As compared to the rest of the earth's
14:41:56  4   crust for the chrysotile, the amphibole -- the
14:42:02  5   grunerite, the tremolite, actinolite,
14:42:08  6   anthophyllite mines, you know, I don't know.  I
14:42:12  7   don't know how rare that is to the rest of the
14:42:15  8   earth's crust.  I don't know what their
14:42:16  9   definition of rare is.
14:42:18 10         Q.    (By Mr. Krasinski)  Do you have any idea
14:42:20 11   about what percent of amphiboles are actually
14:42:23 12   asbestiform?
14:42:24 13         A.    Again, I'm not a geologist, so you can ask
14:42:28 14   a geologist what their definition of what the
14:42:34 15   percentage is.  I don't have an opinion on that.
14:42:35 16         Q.    Is that at all important to your opinion?
14:42:37 17         A.    It's not -- no, it's not important to my
14:42:41 18   opinion on what we're finding in these samples that
14:42:45 19   are determined to meet the asbestos definition for
14:42:50 20   the analytical methods we're using.
14:42:53 21         I'm not here to talk about what's in the
14:42:55 22   earth's crust.  I'm here to discuss what findings of
14:42:59 23   what we -- for the -- you know, I guess we're up to
14:43:02 24   20 containers that have some concentration of
14:43:06 25   amphibole asbestos in it.  That's my area.  I can let
```

282

```
14:43:09  1   a geologist talk about how rare one is versus the
14:43:13  2   other.
14:43:17  3         Q.    Okay.  If you can turn back to 6, those
14:43:23  4   drawings there, do you see the sentence -- and it's
14:43:31  5   the one that contains the bold and underlined part of
14:43:35  6   the end that says, Under the light microscope, this
14:43:39  7   polyfilamentous characteristic of fibers is evident
14:43:43  8   and is the single most important morphological
14:43:49  9   characteristic of the asbestiform habit.
14:43:50 10         A.    I see that.
14:43:51 11         Q.    Do you agree with that?
14:43:52 12         A.    Under the polarized light microscope for
14:44:01 13   the methods that's out there, that's all you're going
14:44:04 14   to see is polymorphic -- polyfilamentous
14:44:10 15   characteristics.  You're going to see bundles of
14:44:12 16   fibers.  Typically you don't resolve single fibers.
14:44:16 17   That's what TEM does.  If you're looking at a
14:44:24 18   commercial mine and you're doing a geological
14:44:28 19   definition or a commercial, I assume that's very
14:44:30 20   important.
14:44:30 21         Q.    Okay.  Is it important in analyzing
14:44:33 22   materials such as talcum powder to try to determine
14:44:37 23   if what you're finding is asbestos or not, is that an
14:44:41 24   important morphological characteristic?
14:44:44 25         A.    If you're looking at milled, processed
```

283

```
14:44:48  1   talcum powder, typically you won't see any of the
14:44:51  2   asbestos by PLM.  It's important by TEM, and what we
14:44:55  3   found was asbestos.
14:44:56  4         Q.    Why won't you see it by PLM?
14:45:00  5         A.    **The concentration is too low and you're**
14:45:03  6   **dealing with small fibrous structures and it's going**
14:45:08  7   **to be beyond the resolution of the PLM**, especially
14:45:13  8   doing cross-polarization and trying to determine if
14:45:17  9   you have asbestos or not.  Most of what we find is
14:45:22 10   going to be nondetectable by PLM, as demonstrated by
14:45:28 11   the JP3 group when they analyzed the same samples
14:45:33 12   that we did by TEM and the only time they found,
14:45:37 13   quote, asbestiform or PLM analysis by R-93 was the
14:45:42 14   two spike samples of .1 and .3 percent tremolite in
14:45:51 15   them.  So just regular PLM for every sample that we
14:45:57 16   found positive that they analyzed, even a sample up
14:46:02 17   to 15 million asbestos fibers and bundles per gram
14:46:07 18   would have been nondetectable by PLM.
14:46:14 19         Q.    So, Dr. Longo, what I guess I'm not
14:46:18 20   understanding is that you used the Blount method,
14:46:20 21   right, and the whole point of using the Blount method
14:46:23 22   was to concentrate any potential amphiboles or
14:46:26 23   asbestos -- I guess really tremolite particles;
         24   right?
14:46:30 25         A.    Tremolite, iron-rich anthophyllite, but we
```

284

```
14:46:32  1   have analyzed samples where we found noniron-rich
14:46:36  2   anthophyllite.
         3         Q.    Okay.
14:46:36  4         A.    So it was the concentrate of amphiboles
14:46:40  5   that we would have a more sensitive detection limit
14:46:43  6   by TEM.
14:46:44  7         Q.    Right.  And also, to clear out -- you read
14:46:49  8   Dr. Blount's testimony -- I heard you mention it a
14:46:52  9   few times -- right?
14:46:53 10         A.    Yes.
14:46:53 11         Q.    So one of the reasons she said also that
14:46:56 12   she did it was so that none of these particles would
14:47:01 13   hide behind the talc?
14:47:02 14         A.    Correct.
14:47:03 15         Q.    So part of it is not because of resolution
14:47:05 16   but to separate out -- I mean, it's a density
14:47:09 17   separation technique to separate in this case the
14:47:12 18   amphiboles that you want to be looking for from the
14:47:14 19   talc that is just interfering?
14:47:18 20         A.    Correct.  What I said was that for the
14:47:21 21   detection limit we did that, and I testified in the
14:47:24 22   past that you don't have to look at hundreds and
14:47:27 23   hundreds and hundreds of grid openings to get a
14:47:30 24   reasonable detection limit.
14:47:32 25         For the resolution and the ability to see
```

285

```
14:47:35   1   small bundles, single fibers, like we found in this
14:47:38   2   particular sample, the historic would be completely
14:47:43   3   invisible by PLM.
           4        Q.   Well --
14:47:45   5        A.   Now, using the Blount method, as I've
14:47:48   6   testified to in the past, the Blount method biases to
14:47:53   7   materials we found here, but it may be better for
14:47:57   8   some of the larger asbestos structures.  I may do a
14:47:59   9   couple test samples with the Blount method on ours
14:48:02  10   and see -- and run the Blount method exactly to see
14:48:06  11   what can be detected.
14:48:07  12             I think that would be a good study after
14:48:10  13   reading her deposition, since she seemed to be able
14:48:12  14   to find asbestos in numbers of samples that she
14:48:15  15   didn't report, but she said she did it.  So after
14:48:18  16   reading her testimony, I think I'd like to do a
14:48:21  17   side-by-side on some of these samples just to see if
14:48:25  18   it's visible by her method because you're looking at
14:48:29  19   such a bigger area than the TEM.
14:48:36  20        Q.   Well, I guess the question is why did it
14:48:39  21   take reading her testimony for you to reach that
14:48:42  22   conclusion when that was the result of her -- what
14:48:45  23   she reported in the paper from '91 you've been
14:48:49  24   relying on this entire time?
14:48:50  25        A.   Well, the '91 was one sample.  She's now
```
Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

286

```
14:48:54   1   done a number of samples, and I think she testified
14:48:56   2   that the samples she's analyzed, she's found asbestos
14:49:00   3   in over-the-counter products in the '70s, the '80s,
14:49:04   4   the '90s.
14:49:05   5             You know, I'm a scientist.  If I think
14:49:07   6   there may be a companion method that may fill in some
14:49:10   7   of the blanks here, I'm willing to try it, especially
14:49:13   8   since I've read her testimony.
14:49:15   9        Q.   Well, why would -- when you're using her
14:49:17  10   density separation method, I guess I don't understand
14:49:21  11   why you're considering it a companion method instead
14:49:24  12   of her method.  Using PLM, that is.
14:49:27  13        A.   Because PLM does not resolve the majority
14:49:30  14   of the small single fibers and bundles.  You have to
14:49:34  15   have a fairly sophisticated amount of the larger
14:49:38  16   structures because of resolution issues.  TEM in my
14:49:41  17   opinion is still the best method, and this may be a
14:49:44  18   good screening method.
14:49:45  19             But as a scientist, because of her
14:49:47  20   testimony where she was routinely finding it in a
14:49:52  21   number samples for the '70s, '80s, and '90s, I
14:49:55  22   believe she testified to, I believe it's worth
14:49:57  23   looking at.
14:49:58  24        Q.   Dr. Longo, did you see in her testimony
14:50:01  25   where Dr. Blount said that if somebody was analyzing
```
Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

287

```
14:50:05   1   talc for asbestos, it would be best to start with an
14:50:08   2   optical microscopy method like PLM?
14:50:10   3        A.   I saw that.
14:50:11   4        Q.   And would you agree or disagree with that?
14:50:16   5        A.   Well, my testimony has been pretty
14:50:18   6   consistent over the last year or so -- not quite a
14:50:21   7   year -- but getting there --
14:50:23   8        Q.   And I'm just trying to see if -- your
14:50:25   9   testimony before was you don't need to do PLM, and
14:50:28  10   now you're saying you might do it based on reading
14:50:32  11   her testimony.
14:50:32  12             So having relied on her methodology that
14:50:34  13   she laid out in her 1991 paper and now having read
14:50:38  14   her testimony, I'm wondering if that's changed your
14:50:41  15   opinion that -- whether you now believe PLM --
14:50:44  16        A.   No, it has not changed my opinion for
14:50:46  17   these types of samples.  The best -- the gold
14:50:49  18   standard is TEM because it provides you the ability
14:50:52  19   to see all sizes of asbestos fibers as defined by the
14:50:58  20   protocols.  It's still the best method.
14:51:02  21             But I feel that based on her testimony
14:51:05  22   that I'm going to go back to one of our highest
14:51:09  23   concentrations and see if anything can be detected by
14:51:13  24   her concentration method versus PLM that has been
14:51:17  25   done on that sample and it came up negative.  And 15
```
Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

288

```
14:51:24   1   million tremolite fibers and bundles per gram is not
14:51:27   2   negative.
14:51:30   3        Q.   Okay.  Did you also see where Dr. Blount
14:51:35   4   testified that TEM is not good at identifying
14:51:37   5   asbestos a lot of times, that it's just good for
14:51:40   6   looking for structures?
14:51:41   7        A.   And I respect Dr. Blount, but I have to
14:51:46   8   strongly disagree.  TEM is the best method for
14:51:51   9   identification of the minerals, especially when
14:51:53  10   you're dealing with structures that are out of the
14:51:55  11   resolution ability of PLM.  So I disagree with that
14:52:03  12   point of hers.
14:52:03  13        Q.   Okay.  Then I think, obviously, you
14:52:05  14   disagree with her testimony that PLM is better than
14:52:08  15   TEM at identifying whether structures are really
14:52:11  16   asbestos.  Is it fair to say you disagree with her on
14:52:15  17   that point as well?
14:52:16  18        A.   Again, as I understand it, she's a
14:52:19  19   geologist.  For a geologist who's looking at
14:52:22  20   geological -- for their definitions it's up to who's
14:52:25  21   doing it.  She feels PLM is better.
14:52:29  22             For the types of protocols we're using
14:52:31  23   that my understanding is they are health-based and
14:52:34  24   we're looking at individual fibers and bundles, the
14:52:37  25   best protocol for that is TEM.
```
Atlanta Reporters, Inc.  866-344-0459  www.atlanta-reporters.com

## Page 309

15:26:28  1  including your other workload, a couple months?
15:26:31  2      A.   Let's see.  We did the study in September
15:26:37  3  of 2017, and we issued the report in January of 2018.
15:26:42  4      Q.   During that time you did a number of other
15:26:45  5  things?
15:26:45  6      A.   Correct.  You know, we have other things
15:26:46  7  we're working on, regular lab work.  So it does take
15:26:52  8  a while to analyze these samples.
15:26:54  9      Q.   That's what I'm getting at.  How long
15:26:56 10  would you say if you started tomorrow analyzing a
15:26:59 11  similar amount of samples that you had in the
15:27:02 12  below-the-waist study, how long would it take if you
15:27:05 13  stuck to it and didn't do any other work to complete
15:27:08 14  your findings?
15:27:10 15      A.   If that's the only thing we were working
15:27:12 16  on, maybe a month.
15:27:18 17           MR. BAILEY:  Okay.  No further questions.
15:28:43 18           MR. PANATIER:  All right.  Thank you.
15:28:50 19           (Deposition concluded at 3:28 p.m.)
         20           (Pursuant to Rule 30(e) of the Federal
         21  Rules of Civil Procedure and/or OCGA 9-11-30(e),
         22  signature of the witness has been reserved.)
         23           (Original transcript sent to King &
         24  Spalding.)
         25

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

## Page 310

1           C E R T I F I C A T E
2
3  STATE OF GEORGIA:
4  COUNTY OF GWINNETT:
5
6           I hereby certify that the foregoing
7  transcript was taken down, as stated in the
8  caption, and the questions and answers thereto
9  were reduced to typewriting under my direction;
10 that the foregoing pages 193 through 309
11 represent a true, complete, and correct
12 transcript of the evidence given upon said
13 hearing, and I further certify that I am not of
14 kin or counsel to the parties in the case; am
15 not in the regular employ of counsel for any of
16 said parties; nor am I in anywise interested in
17 the result of said case.
18          This, the 22nd day of April 2018.
19
20          _____
            DEBRA R. LUTHER, B-881
21          Georgia Certified Court Reporter
22
23
24
25

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

## Page 311

1           COURT REPORTER DISCLOSURE
2
        Pursuant to Article 10.B. of the Rules and
3  Regulations of the Board of Court Reporting of the
   Judicial Council of Georgia which states: "Each court
4  reporter shall tender a disclosure form at the time
   of the taking of the deposition stating the
5  arrangements made for the reporting services of the
   certified court reporter, by the certified court
6  reporter, the court reporter's employer, or the
   referral source for the deposition, with any party to
7  the litigation, counsel to the parties or other
   entity.  Such form shall be attached to the
8  deposition transcript," I make the following
   disclosure:
9
        I am a Georgia Certified Court Reporter.  I am
10 here as a representative of Atlanta Reporters, Inc.
   Atlanta Reporters was contacted by King & Spalding to
11 provide court reporting services for the deposition.
   Atlanta Reporters will not be taking this deposition
12 under any contract that is prohibited by OCGA
   15-14-37(a) and (b).
13
        Atlanta Reporters has no contract/agreement to
14 provide reporting services with any party to the
   case, any counsel in the case, or any reporter or
15 reporting agency from whom a referral might have been
   made to cover this deposition.  Atlanta Reporters
16 will charge its usual and customary rates to all
   parties in the case, and a financial discount will
17 not be given to any party to this litigation.
18
19
20
                        _____
21                      DEBRA R. LUTHER, B-881
                        Georgia Certified Court Reporter
22
23
24
25

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com

## Page 312

1       DEPOSITION OF WILLIAM E. LONGO, PhD /DRL
2     I do hereby certify that I have read all
   questions propounded to me and all answers given by
3  me on the 17th day of April 2018, taken before
   Debra R. Luther, and that:
4
5  _____ 1)  There are no changes noted.
   _____ 2)  The following changes are noted:
6
        Pursuant to Rule 30(e) of the Federal Rules of
7  Civil Procedure and/or the Official Code of Georgia
   Annotated 9-11-30(e), both of which read in part:
8  Any changes in form or substance which you desire to
   make shall be entered upon the deposition...with a
9  statement of the reasons given...for making them.
   Accordingly, to assist you in effecting corrections,
10 please use the form below:

11 Page No. _____ Line No. _____ should read: _____
12 _____
   Page No. _____ Line No. _____ should read: _____
13 _____
14 Page No. _____ Line No. _____ should read: _____
15 _____
   Page No. _____ Line No. _____ should read: _____
16 _____
17 Page No. _____ Line No. _____ should read: _____
18 _____
   Page No. _____ Line No. _____ should read: _____
19 _____
20 Page No. _____ Line No. _____ should read: _____
21 _____
   Page No. _____ Line No. _____ should read: _____
22 _____
23 Page No. _____ Line No. _____ should read: _____
24 _____
25 Page No. _____ Line No. _____ should read: _____
   _____

Atlanta Reporters, Inc.     866-344-0459     www.atlanta-reporters.com