# EXHIBIT E12

## Page 1

```
 1        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                        STATE OF MISSOURI
 2

 3

 4    TRACEY YVETTE YOUNG, et al.,  )
                                    )
 5              Plaintiffs,         )
                                    ) Case No.
 6          vs.                     )
                                    ) 1522-CC09728-02
 7    JOHNSON & JOHNSON; JOHNSON &  )
      JOHNSON CONSUMER COMPANIES,   )
 8    INC.; and IMERYS TALC         )
      AMERICA, INC., f/k/a          )
 9    LUZENAC AMERICA, INC.,        )
                                    )
10              Defendants.         )
      _____)
11

12

13            VIDEO-RECORDED DEPOSITION OF

14               WILLIAM E. LONGO, PhD

15

16               January 25, 2019

17                 9:24 a.m.

18

19            11555 Medlock Bridge Road
                     Suite 100
20            Johns Creek, Georgia

21

22
          Debra R. Luther, RMR, CRR, CCR-B-881
23
              Atlanta Reporters, Inc.
24         Georgia Certified Court Reporters
                  (866) 344-0459
25            www.atlanta-reporters.com
```

Atlanta Reporters, Inc.        866-344-0459        www.atlanta-reporters.com

## Page 2

```
 1              APPEARANCES OF COUNSEL

 2

 3    On behalf of the Plaintiffs:

 4        LEE CIRSCH, Esq.
          The Lanier Law Firm
 5        21550 Oxnard Street
          Third Floor
 6        Woodland Hills, California  91367
          lee.cirsch@lanierlawfirm.com
 7

 8    On behalf of the Defendants
          Johnson & Johnson and
 9    Johnson and Johnson Consumer Companies, Inc.:

10        JOHN L. EWALD, Esq.
          Orrick, Herrington & Sutcliffe, LLP
11        51 West 52nd Street
          New York, New York  10019-6142
12        jewald@orrick.com

13

14    On behalf of the Defendant
          Imerys Talc America, Inc.:

15        MARK A. PROST, Esq.
          STEVEN T. WALSH, Esq.
16        Sandberg, Phoenix & Von Gontard, PC
          600 Washington Avenue
17        15th Floor
          St. Louis, Missouri  63101-1880
18        mprost@sandbergphoenix.com
          swalsh@sandbergphoenix.com
19

20    Also Present:

21        George Montiel, Videographer

22
                        - - -
23

24

25
```

Atlanta Reporters, Inc.                    www.atlanta-reporters.com

## Page 3

### INDEX TO EXAMINATIONS

| Examination | Page |
| --- | --- |
| Examination by Mr. Ewald | 5 |
| Examination by Mr. Prost | 109 |

- - -

Atlanta Reporters, Inc.          www.atlanta-reporters.com

## Page 4

### INDEX TO EXHIBITS

| Defendant's Exhibit | Description | Page |
| --- | --- | --- |
| 1 | Deposition notice | 5 |
| 2 | Tracey Young Reliance List | 7 |
| 3 | Appendix A, Johnson & Johnson Reliance and Reviewed Documents | 7 |
| 4 | Summary sheet for Robin Alander | 13 |
| 5 | McCrone letter of 2/21/1991 from Sprague to Johnson, with TEM analysis of Windsor samples | 31 |
| 6 | Excerpt from Manual of Mineralogy, 21st Edition, (Klein and Hurlbut) | 90 |
| 7 | Selected Silicate Minerals and Their Asbestiform Varieties, Mineralogical Definitions and Identification-Characterization (Bureau of Mines Information Circular/1977) | 91 |
| 8 | ISO 22262-1 | 104 |

(Original Exhibits 1 through 8 have been attached to the original transcript.)

Atlanta Reporters, Inc.          www.atlanta-reporters.com

81

13:15:56  1   see it better, better resolution in time that's
13:16:02  2   being done to fully characterize as best you can
13:16:06  3   the samples you're looking at, using the
13:16:12  4   standard R-93 method without going to these
13:16:17  5   extra lengths, you're not -- in my opinion, very
13:16:21  6   rarely are you going to detect something.
13:16:29  7       Q.    (By Mr. Ewald)  Without having conducted
13:16:30  8   PLM testing on cosmetic talc under the, I'll use your
13:16:40  9   term, standard R-93 way, how can you reach the
13:16:44  10  conclusion that asbestos would not be found by the
13:16:50  11  analyst?
13:16:52  12      A.    **I'm not sure I've seen very many positive**
13:16:57  13  **PLMs from the past, and just going on my experience**
13:17:01  14  **on how analysts typically approach these types of**
13:17:04  15  **analyses with asbestos-added products where they may**
13:17:07  16  **spend 10 minutes verifying and determining the**
13:17:11  17  **asbestos content in those samples because of the**
13:17:14  18  **amount present -- and that's my opinion.  If you're**
13:17:18  19  **not doing this level of PLM analysis, you're not --**
13:17:26  20  **your chances of detecting something are very slim.**
13:17:29  21      Q.    For any of the historical testing of
13:17:31  22  Johnson & Johnson talc products, do you have any
13:17:36  23  evidence as to the level of analysis done by an
13:17:44  24  analyst on any sample?
13:17:46  25      A.    **I wasn't present when Johnson & Johnson**

Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

82

13:17:48  1   **did their analysis or had their consultants do the**
13:17:56  2   **analysis.  I'm just basing that on my experience**
13:17:59  3   **running one of these labs for all these years on what**
13:18:02  4   **is typically routine.  Why they're missing it in the**
13:18:06  5   **past, and if -- you know, I wasn't there.**
13:18:09  6       **All I can say is, one, forget -- you know,**
13:18:12  7   **the Blount PLM, of course, is doing the heavy liquid**
13:18:15  8   **density concentration which was not used; we**
13:18:18  9   **understand that.  And, two, a thorough examination**
13:18:22  10  **using the ISO 22262-1 requires that the analyst spend**
13:18:28  11  **whatever time needed until he feels comfortable that**
13:18:32  12  **he has looked at every millimeter of area for these**
13:18:35  13  **three sample preps and has the high-resolution**
13:18:40  14  **capability of being able to individually inspect it**
13:18:44  15  **not in the microscope but up on a monitor as they go**
13:18:48  16  **through the identification.**
13:18:50  17      **And I have no -- I don't know if they just**
13:18:54  18  **looked at it under normal -- one polar, two polars,**
13:18:59  19  **versus analyzing the entire sample under dispersion**
13:19:03  20  **staining.**
13:19:05  21      **Other than that, why these materials were**
13:19:08  22  **missed in the past, I don't know.**
13:19:19  23      Q.    So is it your opinion that the ISO 22262-1
13:19:26  24  method itself requires a more rigorous analysis than
13:19:36  25  R-93?

Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

83

13:19:38  1       A.    **If you do the R-93 analysis and spend the**
13:19:47  2   **time necessary and have the setup where the analyst**
13:19:52  3   **is not constrained by time, has the experience, and**
13:19:57  4   **using the system we have set up in the microscope,**
13:20:01  5   **you should get similar results for the same sample.**
13:20:08  6       **If you analyze the sample as typical**
13:20:12  7   **asbestos-containing analysis -- asbestos-containing**
13:20:16  8   **products that the R-93 was designed for and stated,**
13:20:22  9   **your chances of fully characterizing the cosmetic**
13:20:27  10  **talc samples is very slim.**
13:20:30  11      Q.    Can you point me to any published article
13:20:37  12  or test method that talks about the necessity of a
13:20:53  13  high-resolution camera in order to identify asbestos
13:21:00  14  in cosmetic talc?
13:21:01  15      A.    **No.**
13:21:11  16      Q.    You're familiar with the work of
13:21:18  17  Dr. Compton at MVA; correct?
13:21:21  18      A.    **I am.**
13:21:22  19      Q.    And some of his testing of Johnson &
13:21:27  20  Johnson cosmetic talc shows up on your reliance list
13:21:31  21  in this case; correct?
13:21:34  22      A.    **Just the ore samples.**
13:21:36  23      Q.    And in his testing of the ore samples he
13:21:40  24  used TEM; correct?
13:21:41  25      A.    **He did.**

Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

84

13:21:41  1       Q.    And he didn't concentrate; correct?
13:21:44  2       A.    **Did not.**
13:21:44  3       Q.    So what's your explanation for how he is
13:21:50  4   able -- withdrawn.
13:21:52  5       Do you know how many grid openings
13:21:55  6   Dr. Compton looked at as a standard matter in his
13:21:59  7   analysis of Johnson & Johnson cosmetic talc ore?
13:22:03  8       A.    **I don't recall how many grid openings.**
13:22:06  9       Q.    But do you recall if it was less than 500?
13:22:11  10      A.    **I don't recall how many grid openings.**
13:22:13  11      Q.    Do you have an explanation for how
13:22:15  12  Dr. Compton purports to find asbestos in Johnson &
13:22:18  13  Johnson talc using TEM without concentration?
13:22:23  14      A.    **He's looking at ore samples, which is not**
13:22:29  15  **the processed material, so I can't really compare his**
13:22:33  16  **ore sample analysis to the milled processed materials**
13:22:39  17  **that you find in the actual containers.  So you can't**
13:22:50  18  **compare the apples and oranges here.**
13:22:52  19      Q.    In some of the cases in which you testify,
13:23:19  20  you have to put in an affidavit, is that right, about
13:23:22  21  your opinions in the matter?
13:23:24  22      A.    **Yes.**
13:23:25  23      Q.    And do you have a paragraph in there where
13:23:27  24  you talk about how many asbestos-containing products
13:23:33  25  you have tested -- personally tested over the years,

Atlanta Reporters, Inc.  866-344-0459    www.atlanta-reporters.com

**85**

13:23:37 1     or is it MAS generally?  I can't remember.
13:23:40 2        MR. CIRSCH:  Object to form.
13:23:40 3        THE WITNESS:  I don't know.  I'd have to
13:23:42 4     look at the affidavit.
13:23:45 5     Q.    (By Mr. Ewald)  Separate from the
13:23:46 6 affidavit, do you have an estimate about how many
13:23:49 7 products you have personally tested for the presence
13:23:52 8 of asbestos over your career?
13:23:57 9     **A.    That I've personally tested?**
13:23:59 10    Q.    Personally tested.
13:24:00 11    **A.    Over my career?**
13:24:02 12    Q.    Yes.
13:24:06 13    **A.    Thousands.**
13:24:07 14    Q.    And how many of those occasions involved
13:24:11 15 you analyzing the sample using PLM?
13:24:17 16    **A.    Not any, that I'm aware of.  Those would**
13:24:23 17 **all be TEM analysis.**
13:24:28 18    Q.    Have you ever personally analyzed a sample
13:24:38 19 for the presence of asbestos using PLM?
13:24:41 20    **A.    From start to finish?  No.**
13:24:44 21    Q.    What training, if any, do you have with
13:24:49 22 respect to using PLM to analyze samples for the
13:24:54 23 presence of asbestos?
13:24:55 24    **A.    I mean, besides understanding the**
13:25:01 25 **procedure that's used and why you do the different --**

**86**

13:25:04 1 **how you gather the information for their refractive**
13:25:07 2 **indices, the elongation, the dispersion staining, the**
13:25:13 3 **procedure that's used and periodically will be asked**
13:25:18 4 **by one of the analysts to take a look at this, what**
13:25:22 5 **do you think, but I don't routinely -- I don't do PLM**
13:25:25 6 **analysis.**
13:25:26 7    Q.    How did you obtain the knowledge that you
13:25:32 8 do have with respect to PLM?
13:25:33 9    **A.    Well, over the years as a materials**
13:25:36 10 **scientist, optical microscopy is one of the**
13:25:39 11 **techniques that I have used to look at and identify**
13:25:45 12 **things of interest, and as a PhD in materials science**
13:25:50 13 **and as somebody who has used optical microscopes**
13:25:57 14 **routinely and polarized light for looking at, I**
13:25:59 15 **understand the principles of how it's done.  I guess**
13:26:01 16 **that's what PhDs do.**
13:26:03 17    Q.    For the PLM testing for this January 2019
13:26:09 18 report, do you have an understanding of what the
13:26:12 19 analyst did to differentiate between
13:26:18 20 tremolite/actinolite on one hand and anthophyllite on
13:26:21 21 the other?
13:26:23 22    **A.    The refractive indices, the extinction**
13:26:27 23 **angle, which anthophyllite will go extinct parallel,**
13:26:31 24 **depending on where the fibers are perpendicular,**
13:26:34 25 **where tremolite/actinolite is oblique, and under**

**87**

13:26:38 1 **dispersion staining you can have differentiation in**
13:26:41 2 **the color that you're seeing under dispersion**
13:26:48 3 **staining, the intensities of the golds, sort of the**
13:26:53 4 **gold to bluish and the extinction angle, as well as**
13:26:59 5 **looking at the refractive indices, determination in**
13:27:05 6 **the 1.605 refractive indices fluid.**
13:27:10 7    Q.    Do you know whether tremolite and
13:27:14 8 actinolite have can have a low extinction angle?
13:27:19 9    **A.    Well, it has an oblique extinction angle**
13:27:22 10 **off of 90 degrees.  It can be anywhere from 2 to**
13:27:24 11 **3 degrees, 4 degrees, up to 10 to 15 degrees.  And**
13:27:27 12 **that's the primary -- and anthophyllite is typically**
13:27:32 13 **parallel extension.**
13:27:39 14    Q.    The report talks about using -- and you
13:27:41 15 just referenced it -- a 1.605 refractive indices; is
13:27:48 16 that correct?
13:27:48 17    **A.    The RI fluid is 1.605.**
13:27:53 18    Q.    And did your analyst in doing the PLM test
13:27:59 19 for this January 2019 report use any other dispersion
13:28:07 20 liquids?
13:28:08 21    **A.    Refractive indices liquids, no.**
13:28:12 22    Q.    Do you know whether your lab has any other
13:28:18 23 refractive indices liquids available?
13:28:21 24    **A.    We have them all.  When I say that,**
13:28:24 25 **occasionally they'll use the 1.55 to verify the**

**88**

13:28:27 1 **fibrous talc.  We have them all.  We have a big set**
13:28:30 2 **of them.**
13:28:30 3    Q.    Do you know whether your analyst for the
13:28:36 4 work done in this January 2019 report used the 1.550
13:28:45 5 refractive index for any sample they looked at?
13:28:48 6    **A.    I don't know, but I'm just saying**
13:28:50 7 **occasionally the analyst will do that.**
13:28:51 8    Q.    How would we know whether or not the
13:28:54 9 analyst did that?
13:28:54 10    **A.    If you go through all the PLM analyses,**
13:28:57 11 **usually when there's other things besides asbestos,**
13:29:01 12 **occasionally you might see the 1.55 for fibrous talc.**
13:29:05 13 **I don't know if that happened here or not, but I know**
13:29:08 14 **in other cosmetic talc manufacturers, products where**
13:29:18 15 **we've analyzed, that had shown up.  But for the**
13:29:20 16 **amphiboles, it's 1.605.**
13:29:59 17    Q.    Okay.  Let's go back to the report.  And
13:30:08 18 page 23 -- I'll let you make a note about that --
13:30:25 19        MR. CIRSCH:  You can keep that.
13:30:27 20        THE WITNESS:  Hopefully I won't have to
13:30:29 21     use it anymore.  Golly.
13:30:31 22    Q.    (By Mr. Ewald)  So from 23 to page 25 of
13:30:42 23 your January 2019 report, you have a discussion in a
13:30:48 24 section entitled Crystalline Habit an Asbestiform
13:30:49 25 Definitions; do you see that?

89

| | | |
|---|---|---|
| 13:30:51 | 1 | A.   I do. |
| 13:30:52 | 2 | Q.   And I'm not here to point out typos, but |
| 13:30:55 | 3 | is that supposed to be "and" in the title? |
| 13:30:58 | 4 | A.   Yes. |
| 13:31:00 | 5 | Q.   Trying to help you. |
| 13:31:05 | 6 | A.   **Where are my English majors?  I even know** |
| 13:31:09 | 7 | **that.** |
| 13:31:09 | 8 | Q.   Now, in the very end of that little |
| 13:31:14 | 9 | section on page 25 you cite in footnote 23 to the |
| 13:31:21 | 10 | Manual of Mineralogy, 21st Edition, revised, Cornelis |
| 13:31:28 | 11 | Klein and Cornelius S. Hurlbut and -- well, first of |
| 13:31:33 | 12 | all, you cite to that; correct? |
| 13:31:35 | 13 | A.   Yes. |
| 13:31:36 | 14 | Q.   And in some previous depositions and |
| 13:31:39 | 15 | testimony you I believe have pointed that out as some |
| 13:31:44 | 16 | support for your definition currently of what |
| 13:31:47 | 17 | asbestiform is; correct? |
| 13:31:49 | 18 | A.   **What a crystalline habit is, and in that** |
| 13:31:55 | 19 | **crystalline habit in that book -- and I think it's** |
| 13:31:57 | 20 | **page 240-something, it shows you the different** |
| 13:32:03 | 21 | **crystalline habits, and in that habit is fibrous,** |
| 13:32:05 | 22 | **like asbestos.** |
| 13:32:07 | 23 | **The asbestiform definition I use is that** |
| 13:32:11 | 24 | **if it is fibrous and it's asbestos, it is** |
| 13:32:15 | 25 | **asbestiform.  I do not use Ann Wylie's definition** |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

90

| | | |
|---|---|---|
| 13:32:18 | 1 | **because it's sort of meaningless in these types of** |
| 13:32:23 | 2 | **analyses.** |
| 13:32:27 | 3 | MR. EWALD:  Let's look at the Manual of |
| 13:32:33 | 4 | Mineralogy that was just referenced. |
| 13:32:34 | 5 | Mark this as Exhibit 6, please. |
| 13:32:39 | 6 | (Defendant's Exhibit 6 was marked for |
| 13:32:51 | 7 | identification.) |
| 13:32:51 | 8 | Q.   (By Mr. Ewald)  First of all, is this the |
| 13:32:57 | 9 | book that is referenced in Exhibit 23? |
| 13:33:00 | 10 | A.   It is. |
| 13:33:00 | 11 | Q.   And for the record, I have not provided |
| 13:33:04 | 12 | Dr. Longo with the entire manual.  I have provided |
| 13:33:07 | 13 | him with the entirety of Chapter 6, which is called |
| 13:33:11 | 14 | Physical Properties of Minerals. |
| 13:33:24 | 15 | A.   Okay. |
| 13:33:25 | 16 | Q.   Now, can you identify, Dr. Longo, what |
| 13:33:27 | 17 | from this manual you are relying on for your opinions |
| 13:33:31 | 18 | in this case. |
| 13:33:31 | 19 | A.   **Well, if you go to the very first section,** |
| 13:33:38 | 20 | **Crystal Habits and Aggregates, and they go through** |
| 13:33:43 | 21 | **different types.  And if you go to the pictures on** |
| 13:33:48 | 22 | **page 251, which is the same thing in Campbell, it** |
| 13:33:52 | 23 | **gives you the different types of crystalline habits** |
| 13:33:58 | 24 | **that crystalline minerals will be presented in, from** |
| 13:34:03 | 25 | **the top, massive and granular, then you have fibrous** |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

91

| | | |
|---|---|---|
| 13:34:07 | 1 | **as asbestos, and then you have things like dendritic** |
| 13:34:11 | 2 | **or geode or colloform.** |
| 13:34:16 | 3 | **And it gives you the different geometrical** |
| 13:34:20 | 4 | **structures that crystallines can form in, depending** |
| 13:34:25 | 5 | **on the chemistry of the mineral and where it was** |
| 13:34:28 | 6 | **formed.  And that's a crystalline habit.  It's just** |
| 13:34:32 | 7 | **the geometrical shape of the particular minerals** |
| 13:34:34 | 8 | **they're presented in when they're dug out of the** |
| 13:34:36 | 9 | **ground.** |
| 13:34:44 | 10 | Q.   Is there any other aspect of this manual |
| 13:34:52 | 11 | that you rely on for your opinions regarding |
| 13:34:56 | 12 | crystalline habit, fibrous, and asbestiform? |
| 13:34:59 | 13 | A.   **No.** |
| 13:35:00 | 14 | Q.   Okay.  Now, in the deposition that |
| 13:35:14 | 15 | happened a week ago, I believe you also made |
| 13:35:21 | 16 | reference in discussion about crystalline habit and |
| 13:35:25 | 17 | asbestiform, the Campbell 1977 article; is that |
| 13:35:28 | 18 | correct? |
| 13:35:28 | 19 | A.   **The crystalline habit.** |
| 13:35:45 | 20 | MR. EWALD:  Let's mark this as Exhibit 7. |
| 13:35:47 | 21 | (Defendant's Exhibit 7 was marked for |
| 13:36:07 | 22 | identification.) |
| 13:36:07 | 23 | Q.   (By Mr. Ewald)  And we marked as |
| 13:36:09 | 24 | Exhibit 7, Doctor, the Bureau of Mines Information |
| 13:36:12 | 25 | Circular/1977, Selected Silicate Minerals and Their |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

92

| | | |
|---|---|---|
| 13:36:19 | 1 | Asbestiform Varieties. |
| 13:36:19 | 2 | Am I correct that this document is also |
| 13:36:25 | 3 | listed in your report as something that you rely on? |
| 13:36:28 | 4 | A.   **It is.** |
| 13:36:29 | 5 | Q.   Now, can you please identify within what |
| 13:36:41 | 6 | has been marked as Exhibit 7 you rely on for the |
| 13:36:45 | 7 | crystalline habit. |
| 13:36:46 | 8 | A.   **If you look at page 24, Figure 21.** |
| 13:37:05 | 9 | Q.   Yes? |
| 13:37:06 | 10 | A.   **You see some of the same types of** |
| 13:37:09 | 11 | **drawings: columnar, lamellar, massive, bladed, platy.** |
| 13:37:16 | 12 | **Some of the same types of drawings, not as eloquent** |
| 13:37:20 | 13 | **as in Manual of Mineralogy but same sort of --** |
| 13:37:23 | 14 | Q.   I don't know why you're insulting |
| 13:37:26 | 15 | Dr. Campbell. |
| 13:37:26 | 16 | A.   **I am not.** |
| 13:37:27 | 17 | Q.   Anyway, go ahead, I'm sorry. |
| 13:37:28 | 18 | A.   **This was done by Dr. Campbell.  It is very** |
| 13:37:32 | 19 | **good.  It would be much better than me.** |
| 13:37:35 | 20 | Q.   Anyway, I apologize for the interruption. |
| 13:37:37 | 21 | Continue. |
| 13:37:37 | 22 | A.   **So you can see some of the same sort of** |
| 13:37:40 | 23 | **structures they're talking about: bladed, platy,** |
| 13:37:43 | 24 | **lamellar, massive.  They don't really have --** |
| 13:37:51 | 25 | **radiating more than dendritic, reticulated.  So it's** |

Atlanta Reporters, Inc. 866-344-0459   www.atlanta-reporters.com

**125**

14:35:13 1 Shin group.

14:35:15 2     Q.   And then you did not -- well, strike that.

14:35:18 3       Do you have an understanding of when

14:35:19 4 Imerys first began to supply talc for Johnson &

14:35:27 5 Johnson Baby Powder?

14:35:27 6     A.   Other than what's in Johnson & Johnson's

14:35:33 7 interrogatories, which has this -- where it was

14:35:41 8 coming from Vermont, and what they state they got it,

14:35:44 9 I don't remember off the top of my head the exact

14:35:46 10 years that Imerys started supplying it.

14:35:49 11     Q.   All right. You've made no attempt to

14:35:51 12 calculate a percentage of positive asbestos samples

14:35:54 13 that were supplied by Imerys versus all of them,

14:35:59 14 nothing like that, have you?

14:36:00 15     MR. CIRSCH: Object to form.

14:36:00 16     THE WITNESS: No.

14:36:02 17     Q.   (By Mr. Prost) You mentioned in the 15

14:36:04 18 railroad car samples that there was a percentage of

14:36:08 19 positive findings of asbestos, and it looked like it

14:36:11 20 was a bit lower than all of the samples you studied.

14:36:20 21     A.   For just the Imerys samples, that's

14:36:22 22 correct.

14:36:22 23     Q.   And do you have any explanation why the

14:36:25 24 Imerys samples would be lower than the finished

14:36:28 25 product samples that you've tested?

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**126**

14:36:32 1     MR. CIRSCH: Object to form.

14:36:34 2     THE WITNESS: Let's see. Eight out of 15,

14:37:15 3 that's 50-something. That's slightly lower.

14:37:20 4 And on a population of 15 samples versus 56 or

14:37:27 5 57 containers, I'm not sure that's enough

14:37:30 6 difference in samples spread to say one's lower

14:37:33 7 than the other yet. But if you just do the

14:37:37 8 math, I would agree; it's slightly lower.

14:37:41 9     MR. PROST: It's already 2:38, so I'm

14:37:43 10 going to go ahead and stop now but reserve the

14:37:46 11 right to ask some more questions.

14:37:59 12     MR. EWALD: We are breaking for the day,

14:38:01 13 and we'll resume at some later identified date.

14:38:12 14     (Deposition adjourned at 2:38 p.m.)

14:38:21 15     (Pursuant to Rule 30(e) of the Federal

16 Rules of Civil Procedure and/or OCGA 9-11-30(e),

17 signature of the witness has been reserved.)

18     (Original transcript sent to Shook,

19 Hardy & Bacon, LLP.)

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**127**

1          C E R T I F I C A T E

3 STATE OF GEORGIA:

4 COUNTY OF GWINNETT:

6     I hereby certify that the foregoing

7 transcript was taken down, as stated in the

8 caption, and the questions and answers thereto

9 were reduced to typewriting under my direction;

10 that the foregoing pages 1 through 126 represent

11 a true, complete, and correct transcript of the

12 evidence given upon said hearing, and I further

13 certify that I am not of kin or counsel to the

14 parties in the case; am not in the regular

15 employ of counsel for any of said parties; nor

16 am I in anywise interested in the result of said

17 case.

18     This, the 26th day of January 2019.

20     _____

    DEBRA R. LUTHER, B-881

21     Georgia Certified Court Reporter

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

**128**

1     COURT REPORTER DISCLOSURE

3     Pursuant to Article 10.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia which states: "Each court reporter shall tender a disclosure form at the time of the taking of the deposition stating the arrangements made for the reporting services of the certified court reporter, by the certified court reporter, the court reporter's employer, or the referral source for the deposition, with any party to the litigation, counsel to the parties or other entity. Such form shall be attached to deposition transcript," I make the following disclosure:

    I am a Georgia Certified Court Reporter. I am here as a representative of Atlanta Reporters, Inc. Atlanta Reporters was contacted by Shook, Hardy & Bacon, LLP, to provide court reporting services for the deposition. Atlanta Reporters will not be taking this deposition under any contract that is prohibited by OCGA 15-14-37(a) and (b).

    Atlanta Reporters has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. Atlanta Reporters will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

20     _____

    DEBRA R. LUTHER, B-881

21     Georgia Certified Court Reporter

Atlanta Reporters, Inc. 866-344-0459 www.atlanta-reporters.com

129

1      DEPOSITION OF WILLIAM E. LONGO, PhD /DRL

2      I do hereby certify that I have read all
questions propounded to me and all answers given by
3  me on the 25th day of January 2019, taken before
Debra R. Luther, and that:

4
_____ 1)  There are no changes noted.
5  _____ 2)  The following changes are noted:

6      Pursuant to Rule 30(e) of the Federal Rules of
Civil Procedure and/or the Official Code of Georgia
7  Annotated 9-11-30(e), both of which read in part:
Any changes in form or substance which you desire to
8  make shall be entered upon the deposition...with a
statement of the reasons given...for making them.
9  Accordingly, to assist you in effecting corrections,
please use the form below:

10

11  Page No. _____ Line No. _____ should read: _____
_____
12
Page No. _____ Line No. _____ should read: _____
13  _____

14  Page No. _____ Line No. _____ should read: _____
_____
15
Page No. _____ Line No. _____ should read: _____
16  _____

17  Page No. _____ Line No. _____ should read: _____
_____
18
Page No. _____ Line No. _____ should read: _____
19  _____

20  Page No. _____ Line No. _____ should read: _____
_____
21
Page No. _____ Line No. _____ should read: _____
22  _____

23  Page No. _____ Line No. _____ should read: _____
_____
24
Page No. _____ Line No. _____ should read: _____
25  _____

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com

130

1      DEPOSITION OF WILLIAM E. LONGO, PhD /DRL

2  Page No. _____ Line No. _____ should read: _____
_____
3
Page No. _____ Line No. _____ should read: _____
4  _____

5  Page No. _____ Line No. _____ should read: _____
_____
6
Page No. _____ Line No. _____ should read: _____
7  _____

8  Page No. _____ Line No. _____ should read: _____
_____
9
Page No. _____ Line No. _____ should read: _____
10  _____

11  Page No. _____ Line No. _____ should read: _____
_____
12
Page No. _____ Line No. _____ should read: _____
13  _____

14
If supplemental or additional pages are necessary,
15  please furnish same in typewriting annexed to this
deposition.
16

17

18      _____
WILLIAM E. LONGO, PhD
19
Sworn to and subscribed before me,
20
This, the _____ day of _____ 20____.
21
_____
22  Notary Public
My commission expires: _____
23

24

25

Atlanta Reporters, Inc.       866-344-0459        www.atlanta-reporters.com