# EXHIBIT E19

```
                                                          Page 1270

 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 FOR THE COUNTY OF LOS ANGELES
 3    DEPARTMENT NER              HON. C. EDWARD SIMPSON, JUDGE
 4
 5                                          )ASBESTOS
      LAOSD ASBESTOS CASES,                 )No. JCCP 4674
 6    Coordinated Proceeding Special Title  )
      (Rule 3.550)                          )
 7    _____)
                                            )
 8    TINA HERFORD and DOUGLAS HERFORD,     )
                                            )
 9                              Plaintiffs, )
                                            )
10                  vs.                     )No. BC646315
                                            )
11    AT&T CORP., a subsidiary of AT&T INC. and )
      its subsidiary PACIFIC BELL TELEPHONE  )
12    COMPANY, et al.,                      )
                                            )
13                              Defendants. )
      _____)
14
15
16
17           REPORTER'S TRANSCRIPT OF PROCEEDINGS
18              WEDNESDAY; OCTOBER 25, 2017
19                    A.M. SESSION
20
21
22    (APPEARANCES, NEXT PAGE.)
23
24
25
26    PAGES 1274 - 1392
27                              IRENE KUBERT, CSR, CRR, RMR
                                Court Reporter Pro Tempore
28                              License No. 10105
```

Page 1271

1  APPEARANCES:
2
3  FOR PLAINTIFFS:   SIMON GREENSTONE PANATIER BARTLETT
                BY:  CHRISTOPHER J. PANATIER, ESQ.
4                    LEAH C. KAGAN, ESQ.
                3780 KILROY AIRPORT WAY
5               SUITE 540
                LONG BEACH, CALIFORNIA 90806
6               (562) 590-3400
7               BY: JAY STUEMKE, ESQ.
                3232 McKINNEY AVENUE
8               SUITE 610
                DALLAS, TEXAS 75204
9
10 FOR JOHNSON & JOHNSON:  KING & SPALDING
                BY:  ALEXANDER G. CALFO, ESQ.
11                   JULIA E. ROMANO, ESQ.
                655 WEST FIFTH STREET
12              17TH FLOOR
                LOS ANGELES, CALIFORNIA 90071
13              (213) 443-4347
14    and
15              TUCKER ELLIS, LLP
16              BY:  SHARLA J. FROST, ESQ.
                     GWENDOLYN S. FROST, ESQ.
17              405 MAIN STREET
                SUITE 500
18              HOUSTON, TEXAS 77002
                (281) 657-0732
19
      and
20
                ORRICK, HERRINGTON & SUTCLIFFE, LLP
21              BY:  MORTON DONALD DUBIN II, ESQ.
                51 WEST 52ND STREET
22              NEW YORK, NEW YORK 10019
                (212) 506-3752
23
24 FOR IMERYS TALC AMERICA and CYPRUS AMAX:
25              ALSTON & BIRD
                BY:  TODD B. BENOFF, ESQ.
26                   PETER E. MASAITIS, ESQ.
                333 SOUTH HOPE STREET
27              16TH FLOOR
                LOS ANGELES, CALIFORNIA 90071
28              (213) 576-1000

Page 1272

1           M A S T E R   I N D E X
2
3           OCTOBER 25, 2017; A.M. SESSION
4
5       CHRONOLOGICAL/ALPHABETICAL INDEX OF WITNESSES
6
7  PLAINTIFFS'       DIRECT  CROSS  REDIRECT  RECROSS
8  LONGO, WILLIAM E.   1276   1342

Page 1273

1                EXHIBITS
2
3           OCTOBER 25, 2017; A.M. SESSION
4
5              FOR      IN    WITHDRAWN/
   PLAINTIFFS'         I.D.   EVIDENCE   REJECTED
6
7  1205  Longo CV         1284
8  1206  Longo's          1304
         Report
9
   1207  Photos with      1304
10       Longo's
         Report
11
   1208  Longo's          1305
12       Size-
         Distribution
13       Analysis
14 1208-A Longo's         1305
         Quality
15       Control
         Analysis
16
   3099  Longo            1276
17       Presentation
18
19
20             FOR      IN    WITHDRAWN/
   DEFENDANTS'         I.D.   EVIDENCE   REJECTED
21
   201   40 CFR           1364
22       763.83
         Subpart E
23

Page 1274

1  CASE NUMBER:       BC464315
2  CASE NAME:         HERFORD VS. AT&T
3  PASADENA, CALIFORNIA      WEDNESDAY, OCTOBER 25, 2017
4  DEPARTMENT NER        HON. C. EDWARD SIMPSON, JUDGE
5  REPORTER:          IRENE KUBERT, CSR NO. 10105
6  TIME:              A.M. SESSION
7  APPEARANCES:       (AS HERETOFORE NOTED.)
8                     -o0o-
9
10      (At 9:07 a.m. the following
11      proceedings were held in open court
12      out of the presence of the jury:)
13      THE COURT:  Good morning.
14      (A chorus of "good mornings" was
15      heard.)
16      THE COURT:  What do we have planned for us this
17 morning?
18      MR. PANATIER:  We're going to call
19 Dr. William Longo live.  He's here.  And then in the
20 afternoon we have our treating surgeon, who is going to
21 come hopefully right at 1:30.  And if Dr. Longo is still
22 going, we would like to interrupt that testimony to call
23 the surgeon; and then Dr. Longo will finish.
24      THE COURT:  Okay.  I think we're ready.
25      MR. BENOFF:  Your Honor, before they come in, just
26 some follow-up issues related to motions in limine on
27 Dr. Longo.
28      THE COURT:  No, you should have brought those up

Page 1295

1  .1 percent, you most -- you would not be able to say
2  there was anything present.
3      Q.   Okay.  All right.  And then so I called it a
4  microscope, but XRD isn't actually a microscope.
5      A.   No.  I was going to correct you, but I
6  didn't know if I should or not.
7      Q.   Well, I corrected myself.  So that's not a
8  microscope, but it is an analytical tool?
9      A.   It is an analytical tool.  But not being a
10 microscope, you can say there's tremolite there but you
11 don't know the morphology because it's not a microscope.
12     Q.   And then polarized light microscopy or just
13 light microscopy in general -- what can we do with that
14 as it pertains to something like asbestos?
15     A.   Typically polarized light microscopy in
16 asbestos is for what we call bulk samples.  These are --
17 you take a piece of a ceiling tile and you send it to
18 our lab or one of the other labs that are certified to
19 do this.  And they'll pick it apart, and they'll be
20 picking little fiber materials that they can see in the
21 bulk sample and put it in the polarized light.
22          By changing the direction of the light and
23 polarization, you can get these asbestos fibers to turn
24 colors and lose colors, depending on what you're
25 doing -- you can use refractive index oils -- and
26 determine exactly what asbestos it is.
27          So you can say, yes, it's one of the
28 different asbestos -- regulated asbestos, and this is

Page 1296

1  approximately how much.
2      Q.   Does light microscopy have any limitations
3  when it comes to looking for asbestos in a sample?
4      A.   Yes, because it uses light.
5      Q.   And what are those limitations?
6      A.   It can't resolve by polarized light.  It can
7  resolve things smaller than the wavelength of light.
8  And when you polarize it -- and that's the key here, to
9  see the color changes, is to do the polarization -- is
10 very limited on looking at smaller and smaller-sized
11 bundles and fibers of asbestos.
12          So you can only see the very biggest
13 bundles.  You can't see individual fibers or resolve
14 them to where you can analyze what it is.  You can maybe
15 see it.  But to get the polarization and the dispersion
16 staining that they do, you have to have a certain
17 thickness of fiber.  And that's the problem with it.
18     Q.   What approximately is the thickness of the
19 fiber that a light microscope can see?
20     A.   To see, you can see down to .25 micrometers,
21 but you're not -- it's not just seeing.  You've got to
22 do the different polarizations to be able to see the
23 color changes.  And there you have a problem because you
24 can't -- you might be able to see the fiber, but you
25 can't identify it.
26          So you have to have approximately a half a
27 micron, maybe up to a micron in size, depending on how
28 good your PLM scope is.  So any single fibers will be

Page 1297

1  absolutely missed.  Any small bundles will absolutely be
2  missed.
3      Q.   I'll draw a little example here.  So if you
4  had a fiber that was on your slide in the microscope and
5  let's say it was 100 microns long but it was .25 or less
6  microns wide -- so its width is less than .25 and its
7  length is 100 -- would you expect to be able to see that
8  fiber with a light microscope?
9      A.   Probably not.  You're right on the edge.
10 But you would be able to see if something is there.  But
11 you wouldn't be able to go through the analytical
12 polarization to identify.  That's really what we're
13 talking about.  It's not so much seeing it.  Can we tell
14 what it is.
15     Q.   Okay.  All right.  And then TEM,
16 transmission electron microscopy -- comparing the
17 magnification abilities of that to light microscope, can
18 you do that?
19     A.   A polarized light microscope, if you're
20 following the protocols, call for about 400 to 500
21 times.  You know, they've got new digital state of the
22 art.  We were actually looking at one yesterday that I
23 want so bad because I'm a nerd.
24     Q.   Right.
25     A.   It can go up to 4,000 times.  That's a
26 $100,000 optical microscope.  The transmission electron
27 microscope, on the other hand, typically we've had
28 microscopes, and still do, that easily go up to a

Page 1298

1  million times.  So you can start actually seeing the
2  atom structure and the lattices where you can actually
3  see where the atoms are at such high magnification.  So
4  it doesn't have any size restriction on what size fiber
5  you can see.
6      Q.   You can go to a million times with an
7  electron microscope?
8      A.   Depending on -- the ones that they have in
9  universities or in Japan, you can go to two, three
10 million times.  And then if you just take a picture and
11 go 8 by 10, you add another three or four times on
12 there.  We have pictures that are taken at a 6 million
13 magnification.
14     Q.   So when we look through a transmission
15 electron microscope -- these are just some examples --
16 are these the types of structures that you might see if
17 you're doing an analysis specifically for asbestos?
18     A.   Yes.  The only thing we're missing would be
19 what's known as a matrix.
20     Q.   And what is a matrix?
21     A.   Well, if we go to the far left and we see --
22 see that one fiber there?
23     Q.   Yep.
24     A.   That's a borderline.  You would call that a
25 matrix.
26     Q.   Why?
27     A.   Because it's got material around it.
28     Q.   Okay.  So like this stuff here and down

8 (Pages 1295 - 1298)

Page 1299

1 here?
2  A. Yeah, but really what we see is -- I call it
3 the hairy-ball effect, where you've got something
4 that's -- you have fibers sticking out of it. That's a
5 matrix.
6  Q. And these are just terms that are used to
7 characterize what the technician sees; is that fair?
8  A. It's fair. When the counting rules were
9 first being put together, everybody could agree that
10 that's a single fiber.
11  Q. Uh-huh.
12  A. Very rarely could you get technicians and
13 analysts, and even me and others, to say exactly how
14 many fibers are in that bundle.
15  Q. Right.
16  A. Right. So instead of trying to say, okay,
17 I've got a bundle, but there's really 25 fibers in
18 there, we all agreed -- it's agreed that it's just
19 called a bundle.
20  Q. So it's --
21  A. One bundle. And it's a structure. You'll
22 hear "asbestos structures." A fiber is a structure. A
23 bundle is a structure. And then a cluster is also a
24 structure.
25  Q. Okay. So, for instance, this is -- so it
26 looks like -- I mean in that last example in the
27 cluster, it looks like there's lots of different fibers;
28 right? But if they're overlapping, you just call them

Page 1300

1 one structure?
2  A. If there are two overlapping, that's two.
3  Q. Okay.
4  A. If I get a third one in there -- if I had a
5 pointer, I could show you. If you look at the cluster
6 towards the top, you see where we have three
7 intersecting sides?
8  Q. Like up there there are three. One, two,
9 three?
10  A. Three. And then we have intersecting sides
11 here. So we would call that one structure on the count
12 sheet.
13  Q. Even though it might be multiple fibers?
14  A. Correct.
15  Q. Now, is this a picture of the scanning
16 electron microscope at MAS, your actual scope?
17  A. Yes.
18  Q. Is that your actual Sumo wrestler doll?
19  A. No, that's not my actual Sumo wrestler doll.
20 When you buy this level of microscope, they give you one
21 of those.
22  Q. Okay.
23  A. We won't be collecting a bunch of them.
24  Q. All right. So this is a scanning electron
25 microscope. And just briefly, what's the difference
26 between a scanning electron microscope and a
27 transmission electron microscope?
28  A. If we can go back to that photograph?

Page 1301

1  Q. Sure.
2  A. No, the one where we showed the different
3 microscopes.
4  Q. Oh, sure.
5  A. So we have a transmission electron
6 microscope. And the T, transmission, means your
7 sample -- it's an electron beam. Optical uses light.
8 And let's pretend the wavelength of light, one photon,
9 is this big, one wave. You can't really see anything
10 smaller than that wavelength of light unless you do some
11 digital enhancement, because that's what we call
12 resolution.
13   You have to have something smaller, looking
14 at your object, than what the object is. So if this is
15 a wavelength of light -- and I said maybe the best
16 optical microscope, 4,000 times. An electron would fit
17 on the tip of my finger if we scaled it. So we're using
18 electrons -- hence, the name transmission electron
19 microscopes -- to image what we're interested in.
20   In the transmission, if you go right in the
21 middle, right there -- in the middle of that column, you
22 can see something sticking off to the right-hand side.
23 That's where the sample goes.
24   So the electron beam comes down the column.
25 We usually run ours at 100,000 volts. It makes the
26 electrons -- a lot of electronic engineering -- it makes
27 it into a nice beam. It goes through our sample that we
28 have sitting in front of it. It's like an X-ray. X-ray

Page 1302

1 goes through, and the bone stops the X-rays, and then
2 the tissue, not so much. And you take the photograph of
3 it, and it gives you that.
4   We're doing just about the same thing here.
5 The fibers stop some of the electrons because of the
6 thickness. And right next to it the electrons freely go
7 through, and that gives you that nice resolution just
8 like that.
9   We're actually looking at structures inside
10 those fibers. Do you see that contrast difference in
11 the fibers?
12  Q. Like where they cross over in kind of --
13  A. If you go to that really long one --
14  Q. This one?
15  A. No, over here.
16  Q. Oh, this right here.
17  A. And you see the contrast difference through
18 there? That's the crystalline structure of that fiber
19 where we have some defects. And it's causing scatter of
20 the electrons. That's why it's such a valuable tool, is
21 when you have really thin samples, you can see the
22 internal structure.
23  Q. And how does that compare with an SEM?
24  A. The SEM is a scanning electron microscope.
25 So doesn't have the beam going through. It scans like a
26 TV. Hence the scanning name. And it rasters very fast,
27 like the old TVs, not the new digital ones. So it scans
28 very fast. So if I had an electron beam scanning over

9 (Pages 1299 - 1302)

Page 1303

1 my finger, areas where the electrons hit the most are
2 causing the material underneath to eject electrons
3 because of the energy.
4      We have detectors that see that and know how
5 to map it in space so you get high contrast. Very, very
6 good method for looking at three-dimensional surface
7 features.
8    Q.   Okay. And is this one of the TEMs at MAS?
9    A.   It is.
10   Q.   And here's another one. Just generally, are
11 these different in some way?
12   A.   The one before that is 120,000 volt. That's
13 one of our typical asbestos TEMs because we only go up
14 sometimes 50,000 or 60,000.
15      The next one is a 200,000 volt. And that's
16 our high-resolution TEM. That one will go up to a
17 million times.
18   Q.   And let me just ask you, because I'm
19 thinking about it. In your lab, before you do a sample,
20 do you do blanks or lab blanks or controls?
21   A.   Yes. When we process the samples, we put a
22 lab blank along with it so that it -- everything happens
23 the same as with the real sample except there's no real
24 sample. Whatever process we have to prepare that
25 sample, we do the exact same thing so we can look for
26 potential contamination in the lab.
27   Q.   And did you do that for the studies we asked
28 you to conduct?

Page 1304

1    A.   Yes.
2    Q.   Okay. All right. So did you analyze
3 samples of Johnson & Johnson's Baby Powder as well as
4 Shower to Shower?
5    A.   Yes, sir.
6    Q.   And I guess so we can -- really quick, are
7 you here to talk about who owned what mines?
8    A.   No.
9    Q.   Or the geology of mines?
10   A.   I'm not a geologist.
11   Q.   Okay. And are you here to talk about what
12 mines supplied talc to which samples you looked at?
13   A.   No, sir.
14   Q.   What was your purpose in looking at these
15 samples?
16   A.   As a microscopist, I was asked to look at
17 these samples to see if we could detect any amphibole
18 asbestos in the samples. That was our job.
19   Q.   Okay. So just so we can talk about this
20 going forward, we have marked your report as Plaintiffs'
21 Exhibit 1206.
22      (Plaintiffs' Exhibit 1206 was marked
23       for identification by the judicial
24       assistant.)
25   MR. PANATIER: Photographs of the product as 1207.
26      (Plaintiffs' Exhibit 1207 was marked
27       for identification by the judicial
28       assistant.)

Page 1305

1   MR. PANATIER: So that's those two.
2    Q.   Did you do what's called a size-distribution
3 analysis?
4    A.   Yes.
5   MR. PANATIER: And we're going to mark that as
6 Exhibit 1208.
7      (Plaintiffs' Exhibit 1208 was marked
8       for identification by the judicial
9       assistant.)
10   Q.   BY MR. PANATIER: And then did you do
11 quality control analysis?
12   A.   Yes.
13   MR. PANATIER: We'll mark that as 1208-A.
14      (Plaintiffs' Exhibit 1208-A was
15       marked for identification by the
16       judicial assistant.)
17   MR. PANATIER: There you go.
18   Q.   All right. So I think that's all of the
19 documentation your lab provided to us. And I will --
20 I'm going to give you a big report called Backup Data if
21 you need to refer to it. Okay?
22   A.   Okay.
23   Q.   All right. So first of all, did you have a
24 methodology that you followed to prepare the samples?
25   A.   Yes.
26   Q.   Okay. And this is a picture of an article
27 "Amphibole content of cosmetic and pharmaceutical
28 talcs," by A.M. Blount.

Page 1306

1      Is this the methodology that you followed?
2    A.   Yes, sir.
3    Q.   Now, there's a preparation methodology.
4 That's what this says. Can you please explain your
5 preparation methodology and why you chose this
6 methodology to prepare the samples.
7    A.   The preparation methodology is --
8 essentially you start with the sample of talc, and you
9 can either take that, suspended it in water or what have
10 you, filter it onto a filter, and then prepare it for
11 transmission electron microscopy.
12      When you do that, you're not only -- if, by
13 chance, there is detectable asbestos in there, you're
14 not only getting that on the filter, you're getting all
15 the talc. And there is so much more talc than asbestos,
16 we have to dilute the samples so it doesn't cover up the
17 grids so badly that you can't see through them or
18 analyze what's under them.
19      Or you can use the Blount method in which,
20 instead of putting it just in water, you put it in
21 what's known as a heavy liquid. And what "heavy liquid"
22 means is it has certain densities. And densities is the
23 amount of atoms per mass.
24      So if I have a heavy liquid that has a
25 density of 2.85 grams per cubic foot centimeter and I
26 want to find tremolite that has a density of 3.1 to
27 3.2 grams per centimeter, it's heavier than that density
28 liquid. Talc, on the other hand, has a density of 2.6.

10 (Pages 1303 - 1306)

```
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
                      FOR THE COUNTY OF LOS ANGELES
DEPARTMENT NER                        HON. C. EDWARD SIMPSON, JUDGE
```

| | |
|---|---|
| LAOSD ASBESTOS CASES,<br>Coordinated Proceeding Special Title<br>(Rule 3.550) | ) No. JCCP 4674<br>)<br>)<br>) |
| TINA HERFORD and DOUGLAS HERFORD,<br><br>                         Plaintiffs,<br><br>                 vs.<br><br>AT&T CORP., a subsidiary of AT&T INC. and its subsidiary PACIFIC BELL TELEPHONE COMPANY, et al.,<br><br>                         Defendants. | )<br>)<br>)<br>)<br>)<br>) No. BC646315<br>)<br>)<br>)<br>)<br>)<br>) |

   I, IRENE KUBERT, CSR No. 10105, Official Reporter Pro Tempore of the Superior Court of the State of California, for the County of Los Angeles, do hereby certify that the foregoing pages, 1274 through 1392, comprise a full, true, and correct transcript of the proceedings and testimony taken in the matter of the above-entitled cause on October 25, 2017.

   Dated this 25th day of October, 2017.

*[signature: Irene Kubert]*

IRENE KUBERT, RMR, CRR, CLR
Official Reporter Pro Tempore, CSR No. 10105