# EXHIBIT E20

Case 3:16-md-02738-MAS-RLS Document 9742-26 Filed 05/07/19 Page 2 of 7 PageID: 47784
TRIAL DAY 14, PM SESSION, on MAY 15, 2018
ANDERSON, et al. vs. BORG-WARNER CORPORATION, et al.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT NO. 2                HON. GLORIA WHITE-BROWN, JUDGE

```
COORDINATED PROCEEDING                    )  J.C.C.P. NO. 4674
SPECIAL TITLE (RULE 3.550)                )
                                          )
LAOSD ASBESTOS CASES                      )
                                          )
_____)
                                          )
JOANNE ANDERSON AND GARY ANDERSON,        )  NO. BC666513
                                          )
                       PLAINTIFFS,        )
                                          )  PAGES 1786-1887
            VS.                           )
                                          )
BORG-WARNER CORPORATION BY ITS            )
SUCCESSOR-IN-INTEREST BORG-WARNER MORSE   )
TEC, INC., ET AL.,                        )
                                          )
                       DEFENDANTS.        )
_____)
```

Certified Transcript

REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS

MAY 15, 2018; P.M. SESSION

**APPEARANCES:**          (SEE FOLLOWING PAGE)

GAYE L. LIMON, CSR #7416
OFFICIAL REPORTER PRO TEMPORE

Case 3:16-md-02738-MAS-RLS Document 9742-26 Filed 05/07/19 Page 3 of 7 PageID: 47785
TRIAL DAY 14, PM SESSION, on MAY 15, 2018
ANDERSON, et al. vs. BORG-WARNER CORPORATION, et al.

2 (Pages 1786 to 1787)

Page 1786

```
 1   FOR THE PLAINTIFFS:   SIMON GREENSTONE PANATIER BARTLETT
                           BY:  DAVID C. GREENSTONE, ESQ.
 2                         CHRIS PANATIER, ESQ.
                           CONOR NIDEFFER, ESQ.
 3                         3780 KILROY AIRPORT
                           SUITE 540
 4                         LONG BEACH, CALIFORNIA 90806
 5
     FOR THE DEFENDANTS    BAILEY CROWE KUGLER & ARNOLD, LLP
 6   JOHNSON & JOHNSON AND BY:  MEL D. BAILEY, ESQ.
     JJCI:                 CORI STEINMANN, ESQ.
 7                         6550 BANK OF AMERICA PLAZA
                           901 MAIN STREET
 8                         DALLAS, TEXAS 75202
 9                           -AND-
10                         KING & SPALDING
                           BY:  ALEXANDER G. CALFO, ESQ.
11                         633 WEST FIFTH STREET
                           SUITE 1700
12                         LOS ANGELES, CALIFORNIA 90071
```

```
 1   CASE NUMBER:       BC666513
 2   CASE NAME:         JOANNE ANDERSON, GARY ANDERSON V.
 3                      BORG-WARNER CORPORATION,
 4                      ETC., ET AL.
 5   WEST COVINA, CALIFORNIA    MAY 15, 2018
 6   DEPARTMENT 2       HON. GLORIA WHITE-BROWN, JUDGE
 7   REPORTER:          GAYE L. LIMON, CSR #7416
 8   TIME:              1:47 P.M.
 9   APPEARANCES:
10       THE DEFENDANT REPRESENTED IN COURT BY COUNSEL,
11       ALEXANDER G. CALFO, ESQ., AND MEL D. BAILEY,
12       ESQ., CORI STEINMANN, ESQ.; DAVID C. GREENSTONE,
13       ESQ., CHRIS PANATIER, ESQ., AND CONOR NIDEFFER,
14       ESQ., REPRESENTING THE PLAINTIFFS.
15
16            -O0O-
17
18       (THE FOLLOWING PROCEEDINGS WERE HELD
19        IN THE PRESENCE OF THE JURY:)
20
21   THE COURT:  EVERYONE MAY BE SEATED.  WE ARE BACK ON THE
22   RECORD IN THE ANDERSON V. JOHNSON & JOHNSON, ET AL.  ALL
23   PARTIES ARE IN THEIR RESPECTIVE PLACES.  JURORS AND ALTERNATE
24   JURORS ARE PRESENT.
25       MR. PANATIER, YOU MAY PROCEED WITH YOUR DIRECT
26   EXAMINATION.
```

Page 1787

```
 2              MASTER INDEX
 3          MAY 15, 2018; P.M. SESSION
 4
 5    CHRONOLOGICAL AND ALPHABETICAL INDEX OF WITNESSES
 6
 7   PLAINTIFF'S       DIRECT  CROSS  REDIRECT  RECROSS
 8   LONGO, WILLIAM
 9     (RESUMED)       1787(P)
10   LONGO, WILLIAM            1820(B)
11
12       LEGEND:  (P) = MR. PANATIER
                  (G) = MR. GREENSTONE
13                (B) = MR. BAILEY
                  (C) = MR. CALFO
```

```
18            EXHIBITS
19                 FOR     IN      WITHDRAWN/
20   PEOPLE'S      I.D.   EVIDENCE   REJECTED
21   861-A SUMMARY  1787
```

```
 1
 2            WILLIAM LONGO,
 3   CALLED AS A WITNESS BY THE PLAINTIFF, HAVING BEEN PREVIOUSLY
 4   SWORN, RESUMES HIS TESTIMONY AS FOLLOWS:
 5
 6       DIRECT EXAMINATION (RESUMED)
 7   BY MR. PANATIER:
 8       Q   DR. LONGO, JUST FOR SOME HOUSEKEEPING, INSTEAD OF
 9   MARKING ALL OF THESE, I AM GOING TO -- I HAVE A LITTLE
10   PRINTOUT.
11       I WANT TO ASK YOU:  HAVE YOU REVIEWED ALL OF
12   THESE TESTING RESULTS, THE INTERNAL DOCUMENTATION THAT WERE
13   CONTAINED IN THE BINDERS, AND RELIED UPON THEM?
14       A   YES, SIR.
15       MR. PANATIER:  I JUST MARKED A SUMMARY OF THAT AS
16   861-A, YOUR HONOR.
17       THE COURT:  OKAY.  SO MARKED.
18
19       (MARKED FOR IDENTIFICATION:
20        EXHIBIT 861-A, SUMMARY.)
21
22       Q   BY MR. PANATIER:  ALL RIGHT.  SO LET'S GET BACK
23   TO OUR TALC FIBER HERE.
24       WHY IS IT IMPORTANT TO UNDERSTAND -- THERE IT IS.
25   WHY IS IT IMPORTANT TO UNDERSTAND THE MINERALOGY OF TALC WHEN
26   YOU ARE DOING THESE ACTUAL MEASUREMENTS IN THESE TESTS?
27       A   IT IS IMPORTANT FOR ALL THE MATERIALS BUT
28   ESPECIALLY FOR TALC FIBERS BECAUSE THOSE ARE TRANSITIONAL
```

Case 3:16-md-02738-MAS-RLS   Document 9742-26   Filed 05/07/19   Page 4 of 7 PageID: 47786
TRIAL DAY 14, PM SESSION, on MAY 15, 2018
ANDERSON, et al. vs. BORG-WARNER CORPORATION, et al.

15 (Pages 1836 to 1839)

### Page 1836

1  A  YES. SOMEBODY WHO IS USING ASBESTOS PRODUCTS AS
2  A JOB, TYPICALLY, THEIR WORK CLOTHES WILL BECOME
3  CONTAMINATED; AND THOSE WORK CLOTHES, IF CONTAMINATED AND IN
4  THE LAUNDRY, THE PERSON DOING THAT CAN HAVE A SUBSTANTIAL
5  EXPOSURE, YES, SIR.
6    Q  I DON'T REMEMBER HER DEPOSITION, BUT IN THIS
7  COURT, BOTH MR. ANDERSON AND MRS. ANDERSON SAID THAT
8  MR. ANDERSON'S CLOTHES WOULD BE FILTHY IN DOING THIS BRAKE
9  WORK AND THAT SHE WOULD THEN HAVE TO SHAKE IT OUT BEFORE SHE
10 COULD PUT IT IN THE LAUNDRY.
11     DID YOU HAVE ANY INFORMATION ABOUT THAT?
12  A  NO. BUT IF, IN FACT, THAT CLOTHING IS
13 CONTAMINATED FROM THAT BRAKE JOB, YES, SHE WOULD HAVE AN
14 EXPOSURE.
15  Q  EVERY TIME -- AND YOU'VE MEASURED THESE
16 EXPOSURES; RIGHT?
17  A  YES, SIR.
18  Q  AND HOW HIGH ARE THEY?
19  A  FOR ONE COMPRESSED AIR BLOWOUT OR ONE SANDING OF
20 BRAKE SHOES IN THE -- YOU KNOW, POINT-SOMETHING FIBERS PER
21 CC.
22  Q  I AM TALKING ABOUT LAUNDRY SHAKEOUTS WHERE
23 SOMEBODY COMES HOME WITH CLOTHING FULL OF ASBESTOS WORKING
24 WITH ASBESTOS PRODUCTS AND THEIR SPOUSE SHAKES IT OUT. HAVE
25 YOU DONE TESTING TO SUPPORT THOSE KIND OF CLAIMS AND
26 LITIGATION?
27  A  WE'VE DONE TESTING FOR CUTTING OF
28 ASBESTOS-CONTAINING CEMENT PIPE, BUT WE'VE ALSO DONE TESTING

### Page 1837

1  WHERE IT IS A VERY -- IT IS A BRAKE JOB WHERE IT IS ONE
2  COMPRESSED BLOWOUT OR IT IS ONE SANDING, AND THOSE LEVELS ARE
3  AROUND THE .1 FIBER PER CC RANGE.
4    Q  I MUST NOT BE MAKING MY QUESTION CLEAR. LAUNDRY
5  THERE ON THE LIST -- MY QUESTION IS YOU HAVE STUDIED, HAVEN'T
6  YOU, HOW MUCH ASBESTOS DUST IS EMITTED BY SHAKING OUT LAUNDRY
7  WHEN IT HAS BEEN INTRODUCED TO ASBESTOS DUST FROM USING SOME
8  OF THESE PRODUCTS YOU ARE TESTING? RIGHT?
9    A  YES, SIR. I'M TALKING ABOUT BRAKE JOBS, LAUNDRY
10 WITH WORK CLOTHES ON A BRAKE JOB SIMILAR TO WHAT HAS BEEN
11 TESTIFIED HERE. THOSE RANGES ARE .1 FIBERS PER CC.
12   Q  WELL ABOVE BACKGROUND, ACCORDING TO WHAT YOU GAVE
13 US EARLIER; RIGHT?
14   A  YES, IT IS.
15   Q  SUBSTANTIALLY ABOVE BACKGROUND. TRUE?
16   A  THAT'S TRUE.
17   Q  YOU KNEW, IF YOU READ HER DEPOSITION, THAT SHE
18 DID THAT WORK FOR DECADES; CORRECT?
19   A  THE BRAKE JOBS?
20   Q  SHAKING OUT THE LAUNDRY.
21   A  I GUESS OVER THE TIME THE 17 OR 18 BRAKE JOBS AND
22 CLUTCHES, YES, SIR.
23   Q  YOU TESTIFIED IN CASES, HAVEN'T YOU, DR. LONGO,
24 WHERE, NOT ONLY WAS THE ONLY EXPOSURE TO ASBESTOS THROUGH
25 BRAKES BUT THAT THERE WERE FEWER BRAKES JOBS THAN
26 MR. ANDERSON'S TALKING ABOUT HERE, HAVEN'T YOU?
27   A  NO. I DON'T THINK SO. CERTAINLY NOTHING WITH
28 LAUNDRY.

### Page 1838

1   Q  I'M TALKING ABOUT BRAKE WORKERS. YOU'VE
2  TALKED -- YOU'VE TESTIFIED IN CASES WHERE THERE ARE BRAKE
3  WORKERS, AND THAT'S THEIR ONLY KNOWN EXPOSURE TO ASBESTOS;
4  RIGHT?
5   A  YES, SIR. CAREER BRAKE MECHANICS.
6   Q  YOU'VE TESTIFIED IN CASES WHERE PEOPLE'S ONLY
7  KNOWN EXPOSURE TO ASBESTOS IS SHAKING OUT LAUNDRY; RIGHT?
8   A  YES, SIR.
9   Q  AND IN THOSE CASES WHERE THERE'S A LAWSUIT -- YOU
10 WERE ASKED TO COME IN AND TESTIFY THAT THE PERSON MAKING THE
11 CLAIM HAD A SUBSTANTIAL EXPOSURE FROM SHAKING OUT THE
12 LAUNDRY; RIGHT?
13  A  YES, SIR.
14  Q  SO WE TALKED ABOUT DOING THIS PIPE-COVER TESTING.
15 HOW MUCH DID YOU MAKE PER TEST WHEN PLAINTIFFS' ATTORNEYS
16 WERE HIRING YOU TO DO THESE WORK PRACTICE STUDIES?
17  A  WE -- THE COMPANY CHARGES ANYWHERE FROM 15- TO
18 $25,000, SOME AS HIGH AS 30- OR $40,000 PER STUDY, IF EITHER
19 PLAINTIFFS OR DEFENDANTS HIRE US TO DO THESE STUDIES.
20    MR. BAILEY:  CORI, COULD YOU PUT UP SLIDE 2, PLEASE.
21  Q  DO YOU SEE THAT? BENDIX BRAKES WORK SIMULATION
22 DEMONSTRATION. THAT'S THE WORK PRACTICE YOU WERE TALKING TO
23 ME ABOUT EARLIER; RIGHT?
24  A  THAT'S ONE OF THESE.
25  Q  THIS IS A STUDY FOR BENDIX BRAKES FOR FORD
26 VEHICLES WHERE AN ATTORNEY REPRESENTING A PLAINTIFF ASKED YOU
27 TO CONDUCT A STUDY OF THOSE PRODUCTS; RIGHT?
28  A  THAT IS CORRECT.

### Page 1839

1   Q  WHEN DID YOU DO THAT WORK? DO YOU RECALL?
2   A  I'M LOOKING AT THE ADDRESS. NORCROSS, GEORGIA.
3  THAT WOULD -- THAT WAS THE FIRST BUILDING WE WERE IN. SO
4  THAT HAD TO BE PRE-1999.
5   Q  I AM JUST TRYING TO GET SOME SORT OF FEEL OF WHAT
6  YOU WERE DOING DURING DIFFERENT -- SAY, FIVE- OR TEN-YEAR
7  PERIODS.
8     YOU TOLD US EARLY ON YOU WERE DOING TESTS OF PIPE
9  COVERING. WHEN DID YOU START DOING THESE BRAKE TESTS?
10  A  I THINK THAT WAS 1998 OR 1999.
11  Q  TIME FLIES. ALMOST 20 YEARS AGO; RIGHT?
12  A  I KNOW. YOU HAVEN'T AGED BUT I HAVE.
13    MR. BAILEY:  SLIDE 3, PLEASE.
14  Q  NOW, HERE FEL-PRO AUTOMOTIVE GASKETS. YOU'VE
15 TESTED FEL-PRO AUTOMOTIVE GASKETS TO SEE IF THEY HAVE
16 ASBESTOS; CORRECT?
17  A  THAT IS CORRECT.
18  Q  AND YOU KNOW BECAUSE YOU READ THE TESTIMONY IN
19 THIS CASE THAT MR. AND MRS. ANDERSON CLAIM TO HAVE BEEN -- TO
20 HAVE USED FEL-PRO AUTOMOTIVE GASKETS; RIGHT?
21  A  THAT IS CORRECT.
22  Q  YOU'VE TESTED THESE FOR ASBESTOS CONTENT; RIGHT?
23  A  YES.
24  Q  AND YOU TESTED THIS IN A LAWSUIT WHERE
25 PLAINTIFFS' ATTORNEY ASKED YOU TO DO THAT BECAUSE THEY WERE
26 MAKING A CLAIM AGAINST THE MANUFACTURER OF FEL-PRO AUTOMOTIVE
27 GASKETS; CORRECT?
28  A  I BELIEVE SO.

Case 3:16-md-02738-MAS-RLS   Document 9742-26   Filed 05/07/19   Page 5 of 7 PageID: 47787

TRIAL DAY 14, PM SESSION, on MAY 15, 2018
ANDERSON, et al. vs. BORG-WARNER CORPORATION, et al.

16 (Pages 1840 to 1843)

## Page 1840

1  Q  AND WHAT WOULD THE CHARGE FOR THAT TEST HAVE
2  BEEN?
3  A  THAT, I DON'T RECALL.  PROBABLY BACK THEN MAYBE
4  $15,000 MY COMPANY WOULD HAVE CHARGED FOR.
5  Q  HOW MANY OF THESE WORK PRACTICE STUDIES HAVE YOU
6  DONE IN YOUR CAREER?
7  A  WHERE ONE SIDE OR THE OTHER, PLAINTIFFS OR
8  DEFENDANTS, HAVE COMMISSIONED US, PROBABLY 50.
9  Q  ALWAYS SOMEWHERE BETWEEN 15,000.  AND I THINK YOU
10  SAID ON THE HIGH END 40,000 A MINUTE AGO?
11  A  I WOULD SAY THE MAJORITY ARE 15,000.
12  MR. BAILEY:  SLIDE 4, PLEASE, CORI.
13  Q  YOU'VE ALSO TESTED SANDING CLUTCH PLATES FOR
14  BORG-WARNER; CORRECT?
15  A  YES, SIR.
16  Q  THIS WOULD BE IN CASES -- AND YOU'VE TESTIFIED
17  ABOUT THE RESULTS OF THIS IN TRIAL; RIGHT?
18  A  I DON'T THINK I EVER HAVE.
19  Q  THIS WAS BROUGHT IN A CASE WHERE YOU WERE OFFERED
20  AS AN EXPERT WITNESS, I TAKE IT, TO TESTIFY ABOUT THE RESULTS
21  OF YOUR WORK; RIGHT?
22  A  CORRECT.  BUT I DON'T THINK I'VE EVER TESTIFIED
23  IN COURT ABOUT THESE RESULTS.
24  Q  OKAY.  YOU DID THE WORK, AND THE PURPOSE OF THE
25  WORK WAS TO SEE WHETHER OR NOT ASBESTOS WAS GENERATED IN
26  WORKING WITH THESE BORG-WARNER CLUTCH BRAKES -- CLUTCH
27  PLATES; CORRECT?
28  A  YES, SIR.

## Page 1841

1  Q  AND YOU READ THE DEPOSITION, I GUESS, OF THE
2  PLAINTIFFS.  THEY IDENTIFIED THE CLUTCHES THEY WERE USING AS
3  BORG-WARNER; RIGHT?
4  A  CORRECT.  BUT NOT SANDING.  JUST TAKING THEM OUT.
5  Q  IN COURT BOTH MR. AND MRS. ANDERSON TALKED ABOUT
6  HOW IT IS THEY WENT ABOUT TAKING THESE CLUTCHES OFF.  YOU
7  HADN'T BEEN PROVIDED WITH ANY TESTIMONY FROM THE COURTROOM,
8  HAVE YOU?
9  A  NOT CONCERNING THE CLUTCHES, NO.
10  Q  OKAY.  NOW, FOR BRAKES, FOR CLUTCHES, FOR
11  GASKETS, MRS. ANDERSON ALSO TOLD US THAT SHE WOULD HAVE THE
12  RESPONSIBILITY OF SWEEPING UP THE DEBRIS AND THE DUST THAT
13  FELL UNDERNEATH THE CAR.  DID YOU SEE THAT IN HER DEPOSITION?
14  A  YES, SIR.
15  Q  NOW, YOU'VE ALSO BEEN PAID BY PLAINTIFFS'
16  ATTORNEYS TO STUDY HOW MUCH ASBESTOS DUST IS CREATED IN
17  SWEEPING UP AFTER ASBESTOS PRODUCTS ARE USED; RIGHT?
18  A  IN SOME CASES, YES.
19  Q  YOU RECOGNIZE AND ALWAYS HAVE THAT THE SWEEPING
20  UP OF ASBESTOS DEBRIS AND DUST CREATES ANOTHER OPPORTUNITY
21  FOR SUBSTANTIAL EXPOSURE TO ASBESTOS; RIGHT?
22  A  THAT IS CORRECT.
23  Q  AND YOU'VE TESTIFIED ABOUT THAT IN A NUMBER OF
24  COURTROOMS, HAVEN'T YOU?
25  A  YES, SIR.
26  **Q  SO WE WENT THROUGH WHEN IT IS YOU WERE TESTING**
27  **PIPE COVERING, WHEN IT IS YOU WERE TESTING BRAKES.  IT'S**
28  **TRUE, ISN'T IT, THAT NO ONE ASKED YOU TO INVESTIGATE OR TEST**

## Page 1842

1  **TALCUM POWDER UNTIL 2017 OR THEREABOUT; RIGHT?**
2  **A  THAT'S CORRECT.**
3  **Q  SO YOU'D BEEN HEAVILY INVOLVED IN LITIGATION FROM**
4  **1990 UP UNTIL 2017 BEFORE ANY OF THESE PLAINTIFFS' LAWYERS**
5  **THAT YOU HAD WORKED FOR ALL THESE YEARS EVER ASKED YOU TO DO**
6  **ANY TYPE OF TESTING ON TALCUM POWDER.  THAT'S TRUE, ISN'T IT?**
7  **A  NO.**
8  **Q  WHEN DID YOU FIRST GET CONTACTED BY MARK LANIER?**
9  **A  THAT'S DIFFERENT.  I'VE BEEN CONTACTED OVER THE**
10  **YEARS ABOUT TESTIFYING AND WORKING IN THIS AREA AND HAVE**
11  **TURNED IT DOWN.  IN 2016 IT WAS EITHER MARK LANIER OR JOE**
12  **SATTERELY.**
13  **Q  PRIOR TO THAT YOU'D NEVER TESTED A TALCUM POWDER**
14  **AT ALL FOR ANY REASON; RIGHT?**
15  **A  THAT'S CORRECT.**
16  Q  LET ME ASK JUST A COUPLE QUESTIONS OTHER THAN
17  YOUR NAME HERE, AND THAT IS, WHO YOU ARE AND WHAT YOU DO.
18  YOU TOLD US YOU'RE NOT AN INDUSTRIAL HYGIENIST;
19  CORRECT?
20  A  I'M NOT A CERTIFIED INDUSTRIAL HYGIENIST.
21  Q  WHAT INDUSTRIAL HYGIENISTS DO, THEY GO INTO
22  WORKPLACES OR PLACES WHERE THERE IS AN OPPORTUNITY FOR
23  EXPOSURE TO SOMETHING AND TAKE MEASUREMENTS.  THAT'S THE
24  FIRST PART OF BEING AN INDUSTRIAL HYGIENIST; CORRECT?
25  A  THAT'S ONE OF THE THINGS THEY CAN DO, YES.
26  Q  AND THEY SOMETIMES MAKE EVALUATIONS AS TO WHAT
27  THEIR EXPOSURE LEVELS ARE AND WHETHER OR NOT THEY CARRY ANY
28  RISK WITH THEM.  TRUE?

## Page 1843

1  A  THAT'S PART OF IT, YES.
2  Q  ALL RIGHT.  YOU'RE NOT A STATISTICIAN; CORRECT?
3  A  THAT IS CORRECT.
4  Q  YOU'RE NOT AN EPIDEMIOLOGIST; CORRECT?
5  A  THAT'S RIGHT.
6  Q  THE JURY'S HEARD ABOUT EPIDEMIOLOGY.  THAT'S NOT
7  SOMETHING YOU ARE INVOLVED IN, IS IT?
8  A  NO, SIR, IT IS NOT.
9  Q  YOU'RE NOT A GEOLOGIST; RIGHT?
10  A  I AM NOT.
11  Q  BY THAT, WHEN WE TALK ABOUT GEOLOGY IN THE MINES
12  AND THINGS OF THAT NATURE, THAT'S AN AREA THAT YOU DON'T HAVE
13  ANY FORMAL TRAINING IN; CORRECT?
14  A  I'M NOT A GEOLOGIST.
15  Q  NOR DO YOU HAVE ANY INTENTION OF TESTIFYING ABOUT
16  ANYTHING THAT IS DRIVEN BY GEOLOGY AS AN EDUCATION OR
17  TRAINING; RIGHT?
18  A  NO, SIR.  HOW THE MINES WERE FORMED, WHY THEY
19  HAVE ACCESSORY MINERALS WITH ASBESTOS, AND THE METAMORPHOSE
20  AND HOW IT CHANGES OVER TIME AND THE DIFFERENT SITUATION --
21  THAT'S NOT SOMETHING I TESTIFY ABOUT.
22  Q  WHERE MINERALS ARE, WHERE THEY ARE NOT, WHY
23  THEY'RE THERE, WHY THEY'RE FORMED, OR WHY THEY'RE NOT --
24  THAT'S A QUESTION FOR GEOLOGISTS AND MINERALOGISTS; RIGHT?
25  A  THAT'S A PRETTY BROAD AREA.  I DON'T TALK ABOUT
26  HOW THE MINES ARE FORMED.  I TALK ABOUT ACCESSORY MINERALS.
27  THAT'S SOMETHING WE DO AND ANALYZE ALL THE TIME.  THE
28  MINERALOGY ON THE IDENTIFICATION OF ASBESTOS, OF COURSE, I

Case 3:16-md-02738-MAS-RLS   Document 9742-26   Filed 05/07/19   Page 6 of 7 PageID: 47788
TRIAL DAY 14, PM SESSION, on MAY 15, 2018
ANDERSON, et al. vs. BORG-WARNER CORPORATION, et al.

17 (Pages 1844 to 1847)

## Page 1844

1  HAVE LOTS OF TRAINING IN THAT.
2      BUT MY PRIMARY FUNCTION WAS TO LOOK AT THESE TALC
3  SAMPLES, TALCUM POWDER SAMPLES, IN USING MATERIAL SCIENCE
4  SKILLS LIKE ELECTRON MICROSCOPY SKILLS, WAS THERE ASBESTOS
5  THERE OR NOT?  THAT'S WHAT WE DO.
6      Q    AND AS FAR AS QUESTIONS THAT ARE RAISED BEYOND
7  THAT WOULD REQUIRE A GEOLOGIST TO OFFER AN EDUCATED AND
8  TRAINED OPINION, YOU'RE NOT A GEOLOGIST?
9      A    I DON'T HAVE A DEGREE IN GEOLOGY.
10     THE COURT:  IS THIS A GOOD TIME TO TAKE A BREAK?
11     MR. BAILEY:  IT IS, YOUR HONOR.
12     THE COURT:  WE ARE GOING TO TAKE A RECESS AT THIS
13 POINT.  REMEMBER THE ADMONITION NOT TO FORM OR EXPRESS AN
14 OPINION.  WE ARE GOING TO RETURN AT 3:25.  THAT GIVES YOU
15 ABOUT 12 MINUTES.  AND THEN WE WILL CONTINUE WITH THE
16 TESTIMONY.  PLEASE RETURN IN 12 MINUTES.
17
18     (RECESS).
19
20     (THE FOLLOWING PROCEEDINGS WERE HELD
21      IN THE PRESENCE OF THE JURY:)
22
23     THE COURT:  EVERYONE BE SEATED.  BACK ON THE RECORD IN
24 THE ANDERSON V. JOHNSON & JOHNSON, ET AL.
25     AND, MR. BAILEY, YOU MAY PROCEED WITH YOUR
26 CROSS-EXAMINATION.
27     MR. BAILEY:  THANK YOU, YOUR HONOR.
28     Q    DR. LONGO, WE'VE HEARD EVIDENCE IN THIS CASE

## Page 1845

1  THROUGHOUT ABOUT PEOPLE WHO HAVE PUBLISHED ARTICLES IN THE
2  PEER-REVIEW LITERATURE.  YOU'RE FAMILIAR WITH THAT PROCESS;
3  CORRECT?
4      A    I AM.
5      Q    YOU'VE NEVER PUBLISHED ANY PAPERS ON TALC, HAVE
6  YOU?
7      A    I HAVE NOT.
8      Q    YOU'VE NEVER BEEN TO A TALC MINE, HAVE YOU?
9      A    I HAVE NOT.
10     Q    YOU'VE NEVER TESTED COSMETIC TALC OUTSIDE OF
11 LITIGATION; CORRECT?
12     A    THAT IS CORRECT.
13     Q    YOU'VE NEVER TESTED COSMETIC TALC WHEN YOU
14 WEREN'T BEING PAID TO DO IT BY PLAINTIFFS' COUNSEL.  TRUE?
15     A    THAT'S TRUE.  WE FIRST STARTED TESTING COSMETIC
16 TALC WHEN WE WERE CONTACTED BY PLAINTIFFS' FIRMS TO DO THAT.
17     Q    IN ALL THE WORK THAT YOU'VE DONE ON BRAKES, ON
18 PIPE COVERING, ON BOILERS, ON JOINT COMPOUND, THAT TOOK A
19 SUBSTANTIAL PERCENTAGE OF YOUR TIME 10 OR 20 YEARS AGO,
20 DIDN'T IT?
21     A    ABOUT 30, 35% OF MY TIME I SPENT ON THAT TYPE OF
22 RESEARCH.
23     Q    AND IN THE 1990s, THE VAST MAJORITY OF THE
24 CASES YOU WERE TESTIFYING ABOUT WERE PIPE COVERING,
25 BOILERMAKERS, BOILERS, THINGS OF THAT NATURE.  TRUE?
26     A    NO.  THE VAST MAJORITY WHAT WE WERE DOING WAS
27 PROPERTY DAMAGE CASES WHERE WE WERE HIRED BY ALL THESE CITIES
28 AND STATES TO ANALYZE THE ASBESTOS-CONTAINING ACOUSTICAL

## Page 1846

1  PLASTERERS AND FIREPROOFING AND DETERMINE WHO MADE IT.
2  THAT'S PROBABLY THE MAJORITY OF THE WORK I WAS DOING IN THE
3  1990s.
4      Q    YOU WERE GOING INTO BUILDINGS BUILT IN THE '50s
5  AND '60s THAT WERE FULL OF ASBESTOS; RIGHT?
6      A    NO.  WE WERE THE LAB WHERE CONSULTANTS WHO WERE
7  TAKING SAMPLES UNDER A HIRA AND SENDING THEM TO FIREPROOFING
8  ACOUSTICAL PLASTERERS AND WOULD ESSENTIALLY REVERSE ENGINEER
9  THEM ALL THE WAY BACK TO THE MANUFACTURER WHO MADE THEM.
10     Q    YOU WERE TRYING TO IDENTIFY THE NAME OF THE
11 MANUFACTURER THAT MADE IT, THAT MADE THE PRODUCTS THAT WERE
12 USED IN THESE BUILDINGS; CORRECT?
13     A    THAT IS CORRECT.
14     Q    THESE BUILDINGS WERE BUILT, LIKE MRS. ANDERSON'S
15 HOME, IN THE '50s AND THE '60s MANY TIMES, WEREN'T THEY?
16     A    NO.  THESE WERE BIG SCHOOLS.  THESE WERE STATE
17 BUILDINGS.  THERE WAS NO RESIDENTIAL HOMES.  THERE'S NO
18 PRODUCT IDENTIFICATION IN RESIDENTIAL HOMES BECAUSE THERE'S
19 ONLY A COUPLE DIFFERENT ASBESTOS PRODUCTS EVER USED IN THESE
20 HOMES.
21     Q    THAT WAS A BAD QUESTION.
22         MANY OF THE BUILDINGS THAT YOU WERE LOOKING AT OR
23 THAT WERE BEING INVESTIGATED WERE BUILT IN THE '50s AND THE
24 '60s.  THAT'S TRUE, ISN'T?
25     A    MID '50s, '60s, '70s, YES.
26     Q    SOMEBODY WAS GOING IN TO TEST TO SEE IF THERE WAS
27 ASBESTOS, TAKING IT TO YOU, AND YOU WERE TRYING TO IDENTIFY
28 WHO MADE THE PRODUCT; CORRECT?

## Page 1847

1      A    CORRECT.  BUILDINGS LIKE THIS -- LIKE THIS
2  CEILING OR FIREPROOFING OR 50-, 60-, 70-STORY BUILDINGS OR
3  SCHOOL SYSTEMS, ONE AFTER ANOTHER, YES, SIR.
4      Q    WHERE YOU KNEW, BECAUSE OF CONSTRUCTION IN THE
5  '50s, THERE WAS ASBESTOS ALL OVER THE BUILDINGS?
6      A    NO.  WE KNEW WHAT WAS IN THERE BECAUSE SOMEBODY
7  WENT IN AND TOOK ASBESTOS-CONTAINING FIREPROOFING, WHICH
8  STARTED IN THE MID '50s BECAUSE OF CODES; AND SO YOU COULD
9  HAVE A TWO-HOUR OR THREE-HOUR WINDOW IN THE BUILDING OR
10 ACOUSTICAL PLASTERS WHERE -- LIKE THIS WHERE YOU DON'T WANT
11 SOUND BOUNCING AROUND.
12     MR. BAILEY:  I OBJECT AS NONRESPONSIVE.
13     THE COURT:  SUSTAINED.
14     Q    BY MR. BAILEY:  YOU ARE WELL AWARE AND DON'T
15 DISPUTE THAT, IN THE '50s AND '60s, WHAT WE ALL KNOW IS
16 THAT HOUSES WERE FULL OF ASBESTOS.  THAT'S A FACT.
17     A    NO, IT IS NOT.
18     Q    OKAY.  HOW MANY CASES DO YOU THINK YOU'VE
19 TESTIFIED OVER THE LAST TEN YEARS WHERE THE PRIMARY EXPOSURE
20 YOU WERE THERE TO TESTIFY ABOUT WAS ASBESTOS INSTALLED IN A
21 HOME?
22     A    VERY FEW FROM WHEN IT WAS -- THE HOME WAS
23 SOMEBODY BOUGHT IT.  I WOULD SAY THE MAJORITY OF IT IS WHEN,
24 DURING THE CONSTRUCTION STARTING IN THE LATE '50s AND OF
25 ALL THE RESIDENTIAL HOMES, THIS WOULD BE NEW CONSTRUCTION
26 WITH ASBESTOS-CONTAINING JOINT COMPOUND.  THAT IS THE PRIMARY
27 RESIDENTIAL HOME ASBESTOS BUT ONLY DURING CONSTRUCTION WHERE
28 SOMEBODY WHO'S GOING IN AND DOING MAJOR REMODELING.

Case 3:16-md-02738-MAS-RLS Document 9742-26 Filed 05/07/19 Page 7 of 7 PageID: 47789
TRIAL DAY 14, PM SESSION, on MAY 15, 2018
ANDERSON, et al. vs. BORG-WARNER CORPORATION, et al.

28 (Page 1888)

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                FOR THE COUNTY OF LOS ANGELES
 3     DEPARTMENT NO. 2     HON. GLORIA WHITE-BROWN, JUDGE
 4
 5     COORDINATED PROCEEDING              ) J.C.C.P. NO. 4674
       SPECIAL TITLE (RULE 3.550)          )
 6                                         )
       LAOSD ASBESTOS CASES                )
 7                                         )
       _____)
 8                                         )
       JOANNE ANDERSON AND GARY ANDERSON,  ) NO. BC666513
 9                                         )
                 PLAINTIFFS,               )
10                                         ) REPORTER'S
             VS.                           ) CERTIFICATE
11                                         )
       BORG-WARNER CORPORATION BY ITS      )
12     SUCCESSOR-IN-INTEREST BORG-WARNER MORSE )
       TEC, INC., ET AL.,                  )
13                                         )
                 DEFENDANTS.               )
14     _____)
15
16
17          I, GAYE L. LIMON, CSR #7416, OFFICIAL REPORTER PRO
18     TEMPORE OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR
19     THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT THE
20     FOREGOING PAGES, 1786 THROUGH 1887, COMPRISE A FULL, TRUE,
21     AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND TESTIMONY TAKEN
22     IN THE MATTER OF THE ABOVE-ENTITLED CAUSE ON MAY 15, 2018.
23          THIS TRANSCRIPT WAS PREPARED IN COMPLIANCE WITH
24     237(A)(2) OF THE CODE OF CIVIL PROCEDURE.
25          DATED THIS 16TH DAY OF MAY 2018.
26
27     _____, CSR #7416
28          GAYE L. LIMON,
            OFFICIAL PRO TEMPORE REPORTER
```