# EXHIBIT E21

```
1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
2              FOR THE COUNTY OF HUMBOLDT
3   CARLA ALLEN,
                   Plaintiff,
4
    vs.                                  Case. DR 180132
5
    BRENNTAG NORTH AMERICA, INC.,
6   (sued individually and as
    successor-in-interest to MINERAL
7   PIGMENT SOLUTIONS, INC., and as
    successor-in-interest to WHITTAKER
8   CLARK & DANIELS, INC.,) et al.,
9                  Defendant.
    _____/
10
11
12
13       REPORTER'S TRANSCRIPT OF PROCEEDINGS
14        HAD BEFORE JUDGE TIMOTHY A. CANNING
15                    Volume XVI
16                 Eureka, California
17            Wednesday, October 17, 2018
18
19
20
21
22
23  Reported By:
24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25  JOB NO. 148417
```

1  A P P E A R A N C E S:
2      KIRKLAND & ELLIS
3      Attorneys for the Defendants Johnson &
4      Johnson and Johnson & Johnson Consumer, Inc.
5         333 South Hope Street
6         Los Angeles, California 90071
7      BY: KIMBERLY BRANSCOME,  ESQ.
8          F. CHADWICK MORRIS, ESQ.
9          JAY BHIMANI, ESQ.
10
11
12
13
14      SIMON GREENSTONE PANATIER
15      Attorneys for the Plaintiff
16         1201 Elm Street
17         Dallas, Texas 75270
18      BY: DAVID GREENSTONE, ESQ.
19          CONOR NIDEFFER, ESQ.
20
21
22
23
24
25

1 APPEARANCES (CONT'D)

2     FOLEY & MANSFIELD

3     Attorneys for Colgate-Palmolive Company

4        300 South Grand Avenue

5        Los Angeles, California 90071

6     BY: GARY SHARP, ESQ.

7        PETER MULARCZYK, ESQ.

8

9

10

11     DENTONS US

12     Attorneys for Imerys Talc America, Inc.

13        One Market Plaza

14        Spear Tower

15        San Francisco, California 94105

16     BY: MORDECAI BOONE, ESQ.

17        JENNIFER LEE, ESQ.

18

19

20     QUINN EMANUEL URQUHART & SULLIVAN

21        50 California Street

22        San Francisco, California 94111

23     BY: MORGAN TOVEY, ESQ.

24

25

1  and what you were using as a framework is whether
2  or not you had a particle that was longer than 5
3  with as an aspect ratio greater than 3 to 1 for
4  PLM.  That's what you said, right?
5      A.  Okay --
6      Q.  Dr. Longo --
7      A.  It was bundles we were looking at.  Those
8  are bundles.  You've got pictures of every one of
9  them are a bundle; you can't see a single fiber.
10 You can see the reflection of the light through the
11 bundle and see these fibers.  But we followed the
12 method greater than 3 to 1.  The individual fibers
13 in these bundles are all greater than 15 to 1.
14     Q.  I realize that you don't hold yourself out
15 as a geologist or mineralogist, but do you know or
16 can you describe for the jury what are some of the
17 sub habits of the non-asbestiform habit?  Do you
18 know some of the ways you would characterize a
19 non-asbestiform particle?
20     A.  For these, typically they are less than 3
21 to 1.  They don't have parallel sides.  They
22 have -- they don't meet the definition of a
23 regulated asbestos fiber.  That's how you take out
24 the non-regulated asbestos fibers by the counting
25 rules.

1  Q.  You talked about the Campbell paper on
2  direct, 1977 paper that was published in the Bureau
3  of Mines, right?
4  A.  Correct.
5  Q.  The Campbell paper talks about how you
6  define something that is asbestiform and
7  non-asbestiform.  The non-asbestiform habit
8  includes particles that are sometimes called either
9  blocky or equant, e-q-u-a-n-t, or prismatic or
10 acicular.  Those are all habits of the
11 non-asbestiform habit, correct?
12 A.  Yes, sir.  That's what he states.
13 Q.  And each one of those types of particles
14 refers to something that is called a single
15 crystal, right?  Like a fiber that has just one
16 crystal, true?
17 A.  True.
18 Q.  A bundle -- we are talking about bundles.
19 If we think about a bundle of sticks or we think
20 about a broom with the thistles and each one of
21 those things being an individual crystal or we
22 think about string cheese with each strand being a
23 separate crystal, do you have those images in mind?
24 A.  Yes.
25 Q.  Bundles by definition are bundles of

1  multiple crystals, true?
2      A.   All going in -- all pointed in a
3  particular -- all in a parallel direction.
4      Q.   And for the record, I showed the witness
5  this board, aren't the images on here, sir,
6  actually something that was in a slide show from
7  your direct, and I'm going put it up here once I've
8  shown His Honor the board because I'm not sure he's
9  going to be able to see it.
10          THE COURT:  Thank you, sir.
11 BY MR. TOVEY:
12     Q.   This particle on the lower right hand
13 quadrant, and it's labeled asbestiform is the same
14 image that you had in your slide show for tremolite
15 asbestos, isn't it?
16     A.   No.  I don't -- we didn't have any SEM
17 slides of the samples we analyzed.  They were all
18 transmission electron microscopy.
19     Q.   We can agree, though, that the particle on
20 the bottom is a classic asbestos bundle, right?
21     A.   I would agree.
22     Q.   We can see that there is a -- that there
23 are a number of long, thin fibers that are loosely
24 held together as a bundle, right?
25     A.   Well, no.  You have SEM there.  I would

1   STATE OF CALIFORNIA    )
                           )            ss.
2   COUNTY OF HUMBOLDT     )
3
4           I, LINDA VACCAREZZA, CSR NO. 10201, do
5   hereby certify that I am a Freelance Certified
6   Shorthand Reporter in and for the State of California,
7   and that as such, I reported the proceedings had in
8   the above-entitled matter at the time and place set
9   forth herein;
10
            I further certify that my stenotype notes
11
    were thereafter transcribed by me, and that the
12
    foregoing pages numbered 3067 to 3288, constitute a
13
    full, true and correct transcription of my said
14
    notes.
15
16          I declare under penalty of perjury under
17  the laws of the State of California that the foregoing
18  is true and correct.
19
20              DATED:  18th day of October, 2018.
21
22              _____
                LINDA VACCAREZZA, CSR, RPR, CLR, CRP
23              License No. 10201
24
25