# EXHIBIT E31

TRIAL DAY 19, AUGUST 24, 2018 PM SESSION
WEIRICK, et al. vs. BRENNTAG NORTH AMERICA, INC., et al.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT NE-P                    HON. MARGARET L. OLDENDORF, JUDGE

CAROLYN WEIRICK, ET AL.,           )
                                   ) CASE NO. BC656425
            PLAINTIFFS,            )
                                   )
     VS.                           )
                                   )
BRENNTAG NORTH AMERICA, INC., ET   )
AL.,                               )
                                   )
            DEFENDANTS.            )
_____)

**Certified Transcript**

TRIAL DAY 19 - P.M. SESSION

REPORTER'S TRANSCRIPT OF PROCEEDINGS

AUGUST 24, 2018

**APPEARANCES:**

**FOR THE PLAINTIFFS:** SIMON GREENSTONE PANATIER
                       BY:  JAY STUEMKE, ESQ.
                       1201 ELM STREET, SUITE 3400
                       DALLAS, TEXAS 75270

                       SIMON GREENSTONE PANATIER
                       BY:  JORDAN BLUMENFELD-JAMES, ESQ.
                       3780 KILROY AIRPORT WAY, SUITE 540
                       LONG BEACH, CALIFORNIA 90806

            (APPEARANCES CONTINUED NEXT PAGE)

REPORTED BY:           DEBORAH MORIN, CSR NO. 11558
                       OFFICIAL REPORTER PRO TEMPORE

iDepo Reporters      www.iDepoReporters.com      323.393.3768

Case 3:16-md-02738-MAS-RLS   Document 9742-37   Filed 05/07/19   Page 3 of 6 PageID: 47887

TRIAL DAY 19, AUGUST 24, 2018 PM SESSION
WEIRICK, et al. vs. BRENNTAG NORTH AMERICA, INC., et al.

1    **APPEARANCES OF COUNSEL:**  (CONTINUED)
2
3    FOR THE DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON
     CONSUMER, INC.:
4
                          ORRICK, HERRINGTON & SUTCLIFFE, LLP
5                         BY:  L. CHRISTOPHER VEJNOSKA, ESQ.
                               WARRINGTON PARKER, ESQ.
6                         405 HOWARD STREET
                          SAN FRANCISCO, CALIFORNIA 94105
7
                          KING & SPALDING, LLP
8                         BY:  JENNIFER TAYLOR STEWART, ESQ.
                          633 WEST FIFTH STREET, SUITE 1700
9                         LOS ANGELES, CALIFORNIA 90071
10
11   FOR THE DEFENDANT IMERYS TALC AMERICA, INC.:
12                        DENTONS US, LLP
                          BY:  BRADFORD J. DEJARDIN, ESQ.
13                        601 SOUTH FIGUEROA STREET, SUITE 2500
                          LOS ANGELES, CALIFORNIA 90017
14
                          SELMAN BREITMAN
15                        BY:  JOHN P. KATERNDAHL, ESQ.
                          11766 WILSHIRE BOULEVARD, 6TH FLOOR
16                        LOS ANGELES, CALIFORNIA  90025
17
18
19
20
21
22
23
24
25
26
27
28

Case 3:16-md-02738-MAS-RLS   Document 9742-37   Filed 05/07/19   Page 4 of 6 PageID: 47888

TRIAL DAY 19, AUGUST 24, 2018 PM SESSION
WEIRICK, et al. vs. BRENNTAG NORTH AMERICA, INC., et al.

18 (Pages 2917 to 2920)

Page 2917

1  THE COURT: SO MARKED.
2
3    (DEFENDANTS' EXHIBIT 9665 MARKED FOR
4    IDENTIFICATION.)
5
6    MR. PARKER: WHEN THE COURT HAS HAD AN
7  OPPORTUNITY, I WILL ASK TO APPROACH.
8    THE WITNESS: THANK YOU.
9    THE COURT: YOU MAY APPROACH.
10 BY MR. PARKER:
11   Q  YOU KNOW THIS CONTAINS THE DEFINITION OF
12 ASBESTOS BECAUSE YOU HELPED WRITE IT; CORRECT?
13   A  YES, SIR.
14   Q  I BET YOU CAN EVEN TELL US WHERE IT IS. WHY
15 DON'T YOU DO THAT. WHY DON'T WE DO THAT.
16   A  WELL, DEPENDS ON WHAT DEFINITION YOU WANT, THE
17 ASBESTOS DEFINITION OR THE TEM COUNTING.
18   Q  I ACTUALLY WANT THE ONE THAT USES THE WORD
19 ASBESTOS IN ITS 3.1.2 AND 3.1.21.
20   A  OKAY.
21   THE COURT: NO OBJECTION TO PUBLISHING, I
22 PRESUME?
23   MR. STUEMKE: NO. SORRY.
24   THE COURT: GO AHEAD.
25 BY MR. PARKER:
26   Q  AND THAT THERE RIGHT BEFORE THE JURY UNDER
27 HEADING 3.1.2 IS THE WORD "ASBESTOS" AND THEN 3.1.21 --
28 I'M SORRY. 3.1.2.1 IS THE WORD "DISCUSSION"; CORRECT?

Page 2918

1  A  YES, SIR.
2  Q  IT SAYS UNDER DISCUSSION, "INCLUDED IN THE
3 DEFINITION OF ASBESTOS ARE THE ASBESTIFORM VARIETIES OF
4 SERPENTINE, CHRYSOTILE" -- WHAT'S THAT WORD?
5  A  GRUNERITE, ANTHOPHYLLITE, TREMOLITE, AND
6 ACTINOLITE.
7  Q  (READING.)
8    "INCLUDED IN THE DEFINITION ARE THE
9    ASBESTIFORM VARIETIES OF SERPENTINE
10   CHRYSOTILE, RIEBECKITE, CROCIDOLITE,
11   GRUNERITE (GRUNERITE ASBESTOS)
12   ANTHOPHYLLITE (ANTHOPHYLLITE ASBESTOS),
13   TREMOLITE (TREMOLITE ASBESTOS) AND
14   ACTINOLITE ASBESTOS."
15   DID I READ THAT RIGHT?
16 A  YES, SIR. THAT'S WHAT IT SAYS.
17   MR. PARKER: GETTING TOWARDS THE END THERE,
18 YOUR HONOR.
19 Q  NOW, LET'S SEE IF WE CAN GET THIS RIGHT.
20 ALICE BLOUNT, WHO YOU USE AS A REFERENCE SOURCE FOR
21 PREPARING SAMPLES, USED PLM?
22 A  YES. THAT WAS THE ANALYTICAL TECHNIQUE SHE
23 CHOSE.
24 Q  AND MCCRONE USED PLM, XRD, AND TEM TO TEST
25 COSMETIC TALC; CORRECT?
26 A  THAT'S CORRECT.
27 Q  AND WALTER MCCRONE, YOU CONSIDER HIM ONE OF
28 THE BEST OPTICAL MICROSCOPISTS IN THE WORLD; CORRECT?

Page 2919

1  A  THAT'S CORRECT.
2  Q  AND THEN JAMES MILLETTE -- YOU KNOW HIM?
3  A  YES, SIR. I'VE MET HIM A TIME OR TWO.
4  Q  THINK HE'S A GREAT SCIENTIST, DON'T YOU?
5  A  YES. HE IS ONE OF THE -- HE IS A GREAT
6 SCIENTIST. I CONSIDER HIM A COLLEAGUE, BUT LIKE ALL
7 SCIENTISTS, THERE'S THINGS WE AGREE ON AND THERE'S
8 THINGS WE DON'T.
9  Q  RIGHT. BUT AT LEAST WE CAN AGREE ON THIS. IN
10 THE PAST YOU HAVE ACTUALLY USED HIS SERVICES FOR QUALITY
11 CONTROL; CORRECT?
12 A  THAT'S CORRECT.
13 Q  AND HE WROTE AN ARTICLE. WELL, HOLD ON.
14 YOU'VE WRITTEN ARTICLES WITH HIM?
15 A  I HAVE.
16 Q  ONE, TWO, THREE, FOUR, FIVE, SIX. AT LEAST
17 SIX; CORRECT?
18 A  YES, SIR. WE'VE BEEN CO-AUTHORS ON A NUMBER
19 OF ANALYTICAL TECHNIQUES NOT INVOLVING TALC, BUT
20 ANALYTICAL TECHNIQUES AND STUDIES.
21 Q  AND HE PUBLISHED A PAPER IN 2015 REGARDING THE
22 ANALYSIS OF TALC FOR ASBESTOS; CORRECT?
23 A  YES, SIR.
24   MR. PARKER: YOUR HONOR, I'D LIKE TO PUBLISH
25 FOR THE JURY THE FIRST PAGE OF EXHIBIT 9290, WHICH PAGE
26 WAS SHOWN TO THE JURY YESTERDAY.
27   THE COURT: WHICH DOCUMENT IS THIS?
28   MR. PARKER: IT'S DR. JAMES MILLETTE. IT'S AN

Page 2920

1 ARTICLE ENTITLED "PROCEDURE FOR THE ANALYSIS OF TALC FOR
2 ASBESTOS."
3    THE COURT: OKAY. YOU MAY PUBLISH.
4    MR. PARKER: AND IF WE COULD HIGHLIGHT JUST
5 THE ABSTRACT.
6  Q  YOU'VE SEEN THIS BEFORE. YES?
7  A  YES, SIR, I HAVE.
8  Q  AND IN HERE, DR. MILLETTE IS SAYING WHAT?
9    "THE ANALYSIS OF TALC POWDER FOR
10   ASBESTOS IS MOST APPROPRIATELY DONE WITH A
11   COMBINATION OF POLARIZED LIGHT MICROSCOPY
12   (PLM), TRANSMISSION ELECTRON MICROSCOPY,
13   (TEM), AND IN SOME CASES, A SCREENING BY
14   X-RAY DIFFRACTION."
15   CORRECT?
16 A  YES, SIR. THAT'S WHAT HE STATED.
17 Q  AND HE ALSO RECOMMENDS TO USE A PLM METHOD
18 FROM EPA R-93; CORRECT?
19 A  YES, SIR, HE DOES.
20 Q  AND YOU DON'T THINK THERE'S ANYTHING WRONG
21 WITH USING PLM, XRD, AND TEM; CORRECT?
22 A  NO, SIR, I DON'T.
23 Q  AND THEN LEE POYE -- YOU SENT SAMPLES OF
24 MS. WEIRICK'S BOTTLES TO LEE POYE; CORRECT?
25 A  YES, SIR.
26 Q  NOW, LEE POYE -- I ASSUME YOU TRUST THE MAN.
27 HE'S A GOOD MAN?
28 A  YES, SIR. HE RUNS A VERY GOOD LAB.

Case 3:16-md-02738-MAS-RLS   Document 9742-37   Filed 05/07/19   Page 5 of 6 PageID: 47889

TRIAL DAY 19, AUGUST 24, 2018 PM SESSION
WEIRICK, et al. vs. BRENNTAG NORTH AMERICA, INC., et al.

19 (Pages 2921 to 2924)

### Page 2921

1  Q  AND YOU SELECTED HIM?
2  A  YES, SIR, I DID.
3  Q  AND HE USED PLM?
4  A  THAT'S WHY I HIRED HIM TO DO THAT, TO USE PLM
5  AND XRD. SO I WOULD HOPE HE WOULD DO THAT BECAUSE THAT
6  WAS THE INSTRUCTIONS, AND HE DID DO IT.
7  Q  AND HE DIDN'T FIND ANY ASBESTOS IN
8  MS. WEIRICK'S SAMPLE; CORRECT?
9  A  NOT USING THE R-93 EPA METHOD OR THE XRD, NO.
10 THAT'S THE PROBLEM WITH IT, OF COURSE.
11 Q  AND IT'S TRUE, ISN'T IT, THAT YOU --
12    MOTION TO STRIKE AFTER "NO."
13    THE COURT: OVERRULED.
14 BY MR. PARKER:
15 Q  ISN'T IT TRUE -- WELL, LET ME JUST SAY THIS.
16    IS IT YOUR OPINION THAT IF YOU USE THE PLM
17 METHOD, YOU CANNOT FIND IN MS. WEIRICK'S SAMPLE ANY
18 AMPHIBOLES AT ALL?
19 A  THE R-93 METHOD YOU WILL NOT FIND IT, NO.
20 Q  ISN'T IT TRUE, SIR, THAT THE REASON YOU DID
21 NOT WANT TO USE THE PLM METHOD IS YOUR RELIANCE ON
22 BLOUNT DESPITE DR. MILLETTE'S ARTICLE OF LEE POYE'S USE
23 BECAUSE YOU KNEW YOU WERE NOT GOING TO FIND ASBESTOS IN
24 MS. WEIRICK'S BOTTLE?
25 **A  NO. WE DIDN'T KNOW ANYTHING UNTIL WE DID THE**
26 **TEM ANALYSIS. AFTER WE SAW THE TEM ANALYSIS, WE KNOW**
27 **THOSE CONCENTRATIONS. THE PLM METHOD IS NOT APPROPRIATE**
28 **TO DO AN EVALUATION FOR THESE TYPES OF PRODUCTS.**

### Page 2922

1  Q  BUT YOUR SHOP -- AVOIDING THE "YOU" ISSUE,
2  YOUR SHOP DIDN'T EVEN TRY TO ANALYZE THE TALC IN
3  MS. WEIRICK'S BOTTLE USING A PLM METHOD; CORRECT?
4  A  WE DID NOT DO THE PLM METHOD ON THAT SAMPLE.
5  THAT'S CORRECT.
6  Q  THAT'S BECAUSE YOU KNEW IT WAS NOT GOING TO BE
7  ABLE TO FIND ASBESTOS IN THAT BOTTLE; CORRECT?
8  A  WELL, I HAVE A HYPOTHESIS AT THOSE LOW
9  CONCENTRATIONS YOU WILL NOT IN THAT THE MOST APPROPRIATE
10 METHOD IS TEM. HOWEVER, WE DID SEND IT OFF BECAUSE WE
11 ARE WRITING A PAPER TOGETHER COMPARING THE R-93, THE
12 XRD, AND TEM WHERE WE HAVE ALL OF THEM.
13    MR. PARKER: MOVE TO STRIKE EVERYTHING AFTER
14 THE STATEMENT, "WELL, I HAVE A HYPOTHESIS OF THOSE LOW
15 CONCENTRATIONS YOU WILL NOT IN THAT -- YOU WILL NOT IN
16 THAT THE MOST APPROPRIATE METHOD IS TEM."
17    THE COURT: MOTION TO STRIKE GRANTED.
18 BY MR. PARKER:
19 Q  AND, SIR, YOU SAID YOU HAVE A HYPOTHESIS, BUT
20 LET ME JUST ASK YOU. YOUR SHOP DID NOT TEST YOUR
21 HYPOTHESIS; CORRECT?
22 A  WE DID NOT DO PLM IN THOSE SAMPLES. THAT IS
23 CORRECT.
24 Q  WHAT YOU DIDN'T ALSO DO THEN, AT LEAST FOR
25 INDIVIDUAL FIBERS, IS DETERMINE WHETHER OR NOT IT MET
26 THE DEFINITION OF ASBESTIFORM IN THE EPA -- EPA AHERA
27 STANDARD, THE DEFINITION I READ TO YOU AND THAT WE READ
28 TOGETHER AND SHOWED THE JURY; CORRECT?

### Page 2923

1  A  THAT'S NOT MY OPINION. THESE ARE ASBESTIFORM.
2  THAT'S MY OPINION.
3     MR. PARKER: THAT WASN'T MY QUESTION. MOVE TO
4  STRIKE AS NONRESPONSIVE.
5     THE COURT: OVERRULED.
6  BY MR. PARKER:
7  Q  YOU DID NOT -- WE READ THE DEFINITION OF
8  ASBESTIFORM FROM EPA AHERA; CORRECT?
9  A  YES, SIR, WE DID.
10 Q  YOU DID NOT DETERMINE WHETHER OR NOT THE ITEMS
11 THAT YOU FOUND WERE ASBESTIFORM AMPHIBOLES AS DEFINED BY
12 THE EPA AHERA IN THE DEFINITIONS THAT I READ TO YOU?
13 A  NO, SIR. I DISAGREE. THAT'S NOT MY OPINION.
14 Q  NOW, WHATEVER YOU FOUND, LET'S JUST CLOSE IT
15 OUT THIS WAY. WHATEVER YOU FOUND, YOU'RE NOT HERE TO
16 TELL THE JURY THAT THERE'S ANY -- THAT THAT LED TO ANY
17 DISEASE THAT MS. WEIRICK MAY BE FACING; CORRECT?
18 A  THAT'S CORRECT. I AM NOT.
19    MR. PARKER: YOUR HONOR, IF I MAY HAVE JUST A
20 MOMENT.
21    THE COURT: SURE.
22    MR. PARKER: HAVE WE TAKEN AN AFTERNOON BREAK,
23 YOUR HONOR?
24    THE COURT: NO.
25    MR. PARKER: IF WE CAN DO THAT. IT MAY BE
26 THAT I CAN THEN AFTERWARDS SAY I'M DONE. IS THAT ALL
27 RIGHT WITH YOU?
28    THE COURT: SURE. LADIES AND GENTLEMEN, LET'S

### Page 2924

1  BREAK FOR 15 MINUTES. GET UP. STRETCH YOUR LEGS. WE
2  WILL BREAK UNTIL 3:20. YOU CAN LEAVE YOUR BOOKS.
3  PLEASE DON'T TALK ABOUT THE CASE. THANK YOU.
4
5     (THE JURORS EXITED THE COURTROOM.)
6     (THE FOLLOWING PROCEEDINGS WERE HELD
7     OUTSIDE THE PRESENCE OF THE JURY:)
8
9     THE COURT: ALL RIGHT. SO ONCE WE START, WE
10 HAVE AN HOUR AND TEN MINUTES TO GET EVERYTHING DONE.
11    MR. STUEMKE: YOUR HONOR, IF I MAY. COUNSEL,
12 I THINK, JUST OPENED THE DOOR TO THE WITNESS OFFERING AN
13 EXPOSURE OPINION GIVEN THAT THEY -- HE ASKED HIM WHETHER
14 YOU'RE NOT HERE TO SAY THAT THIS BOTTLE CAUSED ANY
15 DISEASE IN MS. WEIRICK.
16    COUNSEL KNOWS VERY WELL HE'S NOT OFFERED ANY
17 MEDICAL OPINION, NOR WOULD HE. HE'S TRYING TO
18 CAPITALIZE ON WHAT WE BELIEVE TO BE THE ERRONEOUS
19 EXCLUSION OF THE WITNESS' EXPOSURE OPINION AS IT WAS
20 EXPRESSED REPEATEDLY THROUGHOUT HIS DEPOSITION, AND THEY
21 HAVE JUST TRIED TO CAPITALIZE ON THAT ISSUE YET AGAIN,
22 IMPROPERLY, AND THEY'VE OPENED THE DOOR TO THIS WITNESS
23 TESTIFYING ABOUT HIS OPINION ABOUT HER EXPOSURE TO
24 ASBESTOS FROM THIS BOTTLE.
25    THE COURT: NO. I DISAGREE. I DISAGREE.
26 IT'S NOT OPENED.
27    (RECESS TAKEN.)
28    (THE JURY ENTERED THE COURTROOM.)

Case 3:16-md-02738-MAS-RLS   Document 9742-37   Filed 05/07/19   Page 6 of 6 PageID: 47890

TRIAL DAY 19, AUGUST 24, 2018 PM SESSION
WEIRICK, et al. vs. BRENNTAG NORTH AMERICA, INC., et al.

1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                    FOR THE COUNTY OF LOS ANGELES
3    DEPARTMENT NE-P            HON. MARGARET L. OLDENDORF, JUDGE
4
5    CAROLYN WEIRICK, ET AL.,         )
                                      ) CASE NO. BC656425
6              PLAINTIFFS,            )
                                      )
7         VS.                         )
                                      )
8    BRENNTAG NORTH AMERICA, INC., ET )
     AL.,                             )
9                                     )
               DEFENDANTS.            )
10   _____)
11
12
13
14         I, DEBORAH MORIN, CSR NO. 11558, OFFICIAL REPORTER
15   PRO TEMPORE OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,
16   FOR THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT THE
17   FOREGOING PAGES, 2861 THROUGH 2967, COMPRISE A FULL, TRUE AND
18   CORRECT TRANSCRIPT OF THE PROCEEDINGS AND TESTIMONY TAKEN IN
19   THE ABOVE-ENTITLED CAUSE ON AUGUST 24, 2018.
20         DATED THIS 25TH DAY OF AUGUST, 2018.
21
22                        *Deborah Morin*
23         _____, CSR NO. 11558
           DEBORAH MORIN, OFFICIAL REPORTER
24
25
26
27
28