# Exhibit A

Benjamin G. Neel, M.D., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

- - -

IN RE:  JOHNSON &          :
JOHNSON TALCUM POWDER       :
PRODUCTS MARKETING,         :
SALES PRACTICES, AND        :   NO. 16-2738
PRODUCTS LIABILITY          :   (FLW) (LHG)
LITIGATION                  :
                            :
THIS DOCUMENT RELATES       :
TO ALL CASES                :

- - -

March 19, 2019

- - -

Videotaped deposition of
BENJAMIN G. NEEL, M.D., Ph.D., taken
pursuant to notice, was held at Skadden
Arps, Four Times Square, New York, New
York, beginning at 8:56 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Benjamin G. Neel, M.D., Ph.D.

Page 2

1    APPEARANCES:
2
3    BEASLEY ALLEN, P.C.
     BY: MARGARET M. THOMPSON, M.D., ESQ.
4    BY: P. LEIGH O'DELL, ESQ.
     218 Commerce Street
5    Montgomery, Alabama 36104
     (334) 269-2343
6    Margaret.thompson@beasleyallen.com
     leigh.odell@beasleyallen.com
7
     - and -
8
     LEVIN PAPANTONIO THOMAS
9    MITCHELL RAFFERTY & PROCTOR, PA
     BY:  CHRISTOPHER V. TISI, ESQ.
10   316 South Baylen Street,
     Suite 600
11   Pensacola, Florida 32502
     (888) 435-7001
12   Ctisi@levinlaw.com
     - and -
13
14   NAPOLI SHKOLNIK, PLLC
     BY:  ALASTAIR J.M. FINDEIS, ESQ.
15   400 Broadhollow Road, Suite 305
     Melville, New York 11747
16   (631) 224-1133
     afindeis@napolilaw.com
17
     - and -
18
     RESTAINO LAW, LLC
19   BY: JOHN M. RESTAINO, JR., DPM, ESQ.
     130 Forest Street
20   Denver, Colorado 80220
     (303) 839-8000
21   Jrestaino@restainollc.com
     Representing the Plaintiffs
22
23
24

Page 3

1    APPEARANCES:  (Cont'd.)
2
     DRINKER, BIDDLE & REATH, LLP
3    BY:  SUSAN M. SHARKO, ESQ.
     600 Campus Drive
4    Florham Park, New Jersey 07932
     (973) 549-7000
5    susan.sharko@dbr.com
6    - and -
7    DRINKER BIDDLE & REATH, LLP
     BY: KATHERINE McBETH, ESQ.
8    One Logan Square,
     Suite 2000
9    Philadelphia, Pennsylvania 19103
     (215) 988-2706
10   katherine.mcbeth@dbr.com
     Representing the Defendants, Johnson
11   & Johnson entities
12
     TUCKER ELLIS, LLP
13   BY:  MICHAEL C. ZELLERS, ESQ.
     515 South Flower Street,
14   42nd Floor
     Los Angeles, California 90071
15   (213) 430-3301
     Michael.zellers@tuckerellis.com
16
     - and -
17
     TUCKER ELLIS, LLP
18   BY:  JAMES W. MIZGALA, ESQ.
     233 South Wacker Drive,
19   Suite 6950
     Chicago, Illinois 60606
20   (312) 624-6307
     james.mizgala@tuckerellis.com
21   Representing the Defendant, PTI
     Royston LLC and PTI Union LLC
22
23
24

Page 4

1    APPEARANCES:  (Cont'd.)
2
     SEYFARTH SHAW, LLP
3    BY:  THOMAS T. LOCKE, ESQ.
     975 F Street, NW
4    Washington, D.C. 20004
     (202) 463-2400
5    tlocke@seyfarth.com
     Representing the Defendant, PCPC
6
7
8    ALSO PRESENT:
9
     VIDEOTAPE TECHNICIAN:
10    Henry Marte
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 5

1           - - -
2         I N D E X
3           - - -
4
     Testimony of:
5
        BENJAMIN G. NEEL, M.D., Ph.D.
6
     By Dr. Thompson          12
7
8
9
           - - -
10
        E X H I B I T S
11
           - - -
12
13   NO.     DESCRIPTION        PAGE
14   Neel-1    Notice of Deposition  16
15   Neel-2    Expert Report      18
     Of Benjamin G. Need
16   MD, Ph.D.
     2/25/19
17
     Neel-3    Materials        19
18   Considered List
19   Neel-4    Appendix A       53
     GWAS Associations
20   For Ovarian Carcinomas
21   Neel-5    Curriculum Vitae    57
     Benjamin Neel
22   2/22/19
23
24

2 (Pages 2 to 5)

Benjamin G. Neel, M.D., Ph.D.

Page 6

E X H I B I T S (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Neel-6 | Invoices of Benjamin Neel, MD, PhD | 92 |
| Neel-7 | (Skipped) | |
| Neel-8 | Hallmarks of Cancer: The Next Generation (Hanahan) | 109 |
| Neel-9 | Inflammation and Cancer: Back to Virchow? (Balkwill) | 124 |
| Neel-10 | Oxidative Stress, Inflammation, and Cancer: How are they Linked? (Reuter) | 136 |
| Neel-11 | The Environment and Disease: Association or Causation Pltf_MedLit_00000135 | 146 |
| Neel-12 | Review of Ovarian Cancer: A Review (Reid) | 162 |
| Neel-13 | Cancer Prevention & Screening (Eeles) | 170 |
| Neel-14 | Ovarian Cancer: Etiology, Risk Factors And Epidemiology (Hunn) | 176 |

Page 7

E X H I B I T S (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Neel-15 | Risk Factors for Ovarian (Mallen) | 176 |
| Neel-16 | Benign Gynecologic Conditions are Associated (Park) | 180 |
| Neel-17 | African Americans And Hispanics Remain at Lower (Wu) | 183 |
| Neel-18 | 4/1/14 Letter to Epstein From Musser Re: Docket Numbers 94P-00420 | 185 |
| Neel-19 | IARC Monographs On the Evaluation (Volume 93) | 220 |
| Neel-20 | Systematic Review And Meta-Analysis (Taher) | 220 |
| Neel-21 | Foreign Body Granulomas in Normal Ovaries (Mostafa) | 228 |
| Neel-22 | Mechanisms of Genotoxicity of Particles and Fibers | 250 |

Page 8

E X H I B I T S (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Neel-23 | Does Long-Term Talc Exposure Have a Carcinogenic Effect (Keskin) | 257 |
| Neel-24 | Effects of Talc On the Rat Ovary (Hamilton) | 260 |
| Neel-25 | Federal Register 12/19/16 Volume 81 No. 243 | 261 |
| Neel-26 | The Relationship Between Perineal Cosmetic Talc (Heller) | 266 |
| Neel-27 | Ovarian Cancers Evolving Paradigms In Research & Care The National Academies Of Sciences Engineering Medicine | 288 |
| Neel-28 | Smooth Reference Equations for Slow Vital Capacity And Flow Volume Curve Indexes Correspondence | 304 |
| Neel-29 | Curriculum Vitae Of Dr. Saed | 312 |

Page 9

E X H I B I T S (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Neel-30 | Pycnogenol Reduces Talc-Induced Neoplastic Transformation (Buz'Zard) | 379 |
| Neel-31 | Alterations in Gene Expression in Human Mesothelial Cells (Shukla) | 390 |
| Neel-32 | The Primary Role Or Iron-Mediated Lipid Peroxidation (Akhtar) | 399 |
| Neel-33 | Cytotoxicity and Apoptosis Induction By Nanoscale Talc Particles (Akhtar) | 416 |

3 (Pages 6 to 9)

Benjamin G. Neel, M.D., Ph.D.

Page 10

1           - - -
2      DEPOSITION SUPPORT INDEX
3           - - -
4
5    Direction to Witness Not to Answer
6    PAGE  LINE
     None.
7
8    Request for Production of Documents
9    PAGE  LINE
     None.
10
11   Stipulations
12   PAGE  LINE
     None.
13
14   Questions Marked
15   PAGE  LINE
     None.
16
17
18
19
20
21
22
23
24

Page 11

1              - - -
2         THE VIDEOGRAPHER:  We are
3    now on the record.  My name is
4    Henry Marte.  I'm a videographer
5    with Golkow Litigation Services.
6         Today's date is March 19,
7    2019, and the time is 8:56 a.m.
8         This videotaped deposition
9    is being held at Four Times
10   Square, New York, New York, in the
11   matter of Talcum Powder
12   Litigation.
13        The deponent today is Dr.
14   Benjamin Neel.
15        All appearances are noted on
16   the stenographic record.
17        Will the court reporter
18   please administer the oath to the
19   witness.
20             - - -
21   ... BENJAMIN G. NEEL, M.D., Ph.D.,
22   having been first duly sworn, was
23   examined and testified as follows:
24             - - -

Page 12

1              EXAMINATION
2              - - -
3    BY DR. THOMPSON:
4         Q.   Good morning, Dr. Neel.
5         A.   Good morning.
6         Q.   My name is Margaret
7    Thompson, and I'll be taking your
8    deposition today.  Have you ever had your
9    deposition taken before?
10        A.   Yes.
11        Q.   What were the circumstances?
12        A.   In a -- in a case, the
13   so-called Potti-Nevins case.  I gave a
14   deposition for -- in the -- for the
15   defendant.  It was a matter involving
16   scientific fraud at Duke University.
17        Q.   Oh.  That's my alma mater.
18        A.   And I also was deposed in a
19   malpractice suit when I was a resident in
20   Boston.
21        Q.   As a defendant?
22        A.   As a defendant.
23        Q.   And are those the only two
24   times --

Page 13

1         A.   Yes.
2         Q.   -- that you've had your
3    deposition taken?
4         And I assume the scientific
5    fraud case was at least over four years
6    ago, right?
7         A.   It was a little over four
8    years ago, right before the -- the
9    deposition was taken right before I
10   started at NYU Langone, which was
11   January 2015.  So the deposition was
12   taken in October of 2014, so Columbus Day
13   weekend.
14        Q.   Okay.  And you're aware that
15   the purpose of today is for me to gain a
16   thorough understanding of your opinions
17   and the basis for those opinions?
18        A.   Yes.
19        Q.   Your report states that your
20   opinions are given to a reasonable degree
21   of scientific certainty.
22        What does that mean to you?
23        A.   It means that I've
24   considered all of the papers and also

4 (Pages 10 to 13)

Benjamin G. Neel, M.D., Ph.D.

Page 14

1  additional information that is contained
2  in my report.  And based on my more than
3  30 years of scientific credentials and
4  experience in the cancer biology and
5  cellular molecular biology field, that I
6  have offered my opinion based on that
7  criteria, those criteria.
8       Q.   And how confident do you
9  have to be in your opinions to be able to
10 claim that it's a reasonable degree?
11      A.   I'm quite confident in my
12 opinions on this matter based on my
13 30 years of experience.
14      Q.   Would that be 100 percent?
15      A.   I'm 100 percent -- I
16 wouldn't write it if I wasn't 100 percent
17 confident in my opinions.
18      Q.   And Dr. Neel, you are a
19 medical doctor as well as a Ph.D.
20 researcher, correct?
21      A.   That's correct.
22      Q.   Do you currently see
23 patients?
24      A.   No.

Page 15

1       Q.   When did you last have a
2  clinical practice?
3       A.   19 -- well I never had a
4  private practice or an individual
5  practice.  I stopped seeing patients when
6  I began my faculty position at Harvard
7  Medical School in 1988.
8       Q.   After residency?
9       A.   Yes.
10      Q.   In internal medicine?
11      A.   Yes.
12      Q.   And do you currently
13 diagnose ovarian cancer in women?
14      A.   No.
15      Q.   Do you treat women with
16 ovarian cancer?
17      A.   No.
18      Q.   Have you ever treated women
19 with ovarian cancer?
20      A.   Only in the context of my
21 health staff training.
22      Q.   Okay.  And would that be the
23 last time that you performed a pelvic
24 exam --

Page 16

1       A.   Yes.
2       Q.   -- as well?
3            So let me just review some
4  of the ground rules today to remind you.
5  If you don't understand a question,
6  please let me know so I can hopefully put
7  it in a form where you do understand.
8  Okay?
9       A.   Okay.
10      Q.   And I'll do my best to let
11 you finish your answer, and probably best
12 for you to let me finish my question too,
13 for lots of reasons, but primarily so our
14 court reporter can get both of our
15 statements down without any problems.
16 Okay?
17      A.   Sure.
18      Q.   And if you need a break,
19 just let me know --
20      A.   Okay.
21      Q.   -- and we'll take one.
22           I've marked Exhibit 1 as a
23 notice of deposition.
24           (Document marked for

Page 17

1  identification as Exhibit
2  Neel-1.)
3  BY DR. THOMPSON:
4       Q.   Have you seen this document,
5  Dr. Neel?
6       A.   Yes.
7       Q.   When did you see it?
8       A.   Yesterday.
9       Q.   And I understand that
10 objections have been filed.  But -- and
11 did you bring anything with you today in
12 response to this notice of deposition?
13      A.   No.
14      Q.   For example, Number 3 says a
15 copy of your complete file or files.  Do
16 you have a file related to the talcum
17 powder litigation?
18      A.   Only insofar as I collect
19 the papers for my report, yes.
20      Q.   How do you collect those?
21      A.   On my computer.
22      Q.   Do you have a certain
23 location where you maintain those files?
24      A.   Yes.

5  (Pages 14 to 17)

Benjamin G. Neel, M.D., Ph.D.

Page 18

1     Q.   And do you have any notes or
2  highlights on the articles?
3     A.   On the articles, no.
4     Q.   Any notes or -- in the file
5  where you keep your articles?
6     A.   Only insofar as I, you know,
7  was preparing my report.  There's some
8  notes about the text that I'm going to
9  use in my report.
10     Q.   Okay.  I also have marked a
11  copy of your expert report.
12         (Document marked for
13         identification as Exhibit
14         Neel-2.)
15  BY DR. THOMPSON:
16     Q.   Is this the report that you
17  were referring to that --
18     A.   Yes.
19     Q.   -- you kept drafts on your
20  computer?
21     A.   Yes.
22         MS. SHARKO:  For the record,
23  this is Exhibit 2?
24         DR. THOMPSON:  This is

Page 19

1  Exhibit 2.
2         MS. SHARKO:  Shall we be
3  calling these Neel-1 and 2?
4         MS. O'DELL:  I think
5  Michelle will write that in
6  afterwards.
7  BY DR. THOMPSON:
8     Q.   And we'll come back, of
9  course, to that report throughout the
10  day.  So feel free to keep that close by
11  if you'd like to.
12         (Document marked for
13         identification as Exhibit
14         Neel-3.)
15  BY DR. THOMPSON:
16     Q.   And I've marked as Exhibit 3
17  the -- and you say that attached to your
18  report are the references that you
19  listed.  And are those references that
20  are actually cited or referred to in the
21  report itself?
22     A.   Can I -- may I look?
23     Q.   Yes, please.
24     A.   Yes.  These references are

Page 20

1  the references that are cited by -- in
2  numerical order in the report.
3     Q.   And I'm also marking
4  Exhibit 3, which is an -- additional
5  references that -- it's titled "Materials
6  Considered."
7         And what is the list of
8  materials considered?
9     A.   I'm a little confused by
10  your question.  It says what they are.
11     Q.   How does that differ from
12  the references that are attached to your
13  expert report?
14     A.   Oh well, if I cited
15  something directly in the report, it's in
16  the references.  If there were things
17  that I was given or that I looked
18  through, that's on materials considered.
19     Q.   Were you -- were you given
20  the references on the materials
21  considered by counsel?
22     A.   A subset of the materials
23  were sent to me at the beginning.  I made
24  several other searches of my own and

Page 21

1  downloaded those papers.  And some of the
2  papers I was unable to easily access from
3  my remote location.  And I asked the
4  lawyers to have them sent to me.  So some
5  of them I got that way.
6     Q.   Would you be able to
7  identify which you found yourself and
8  which you were provided to by the
9  lawyers?
10     A.   Not easily.  I mean, I went
11  through and I spent many hours doing
12  this.  So I'm not sure.  Over time, that
13  blurs a little.
14     Q.   And I assume that the expert
15  reports and deposition transcripts were
16  provided to you, correct?
17     A.   Yes.
18     Q.   When was -- when were you
19  first contacted by lawyers representing
20  Johnson & Johnson about serving as an
21  expert?
22     A.   In May of 2017 I believe.
23     Q.   And who contacted you?
24     A.   John Winter.

6  (Pages 18 to 21)

Benjamin G. Neel, M.D., Ph.D.

Page 22

```
 1        Q.   And what did Mr. Winter ask
 2   you to do?
 3        A.   He asked me if I would be
 4   interested in considering being an expert
 5   witness in the talc litigation.
 6        Q.   And what did you agree to do
 7   at that time?
 8        A.   I agreed to look at the
 9   materials that he gave me and make a
10   decision subsequently.
11        Q.   Were you asked at that time
12   to offer any criticisms of any
13   plaintiffs' experts?
14        MS. SHARKO:  Well, I'm
15        going -- I'm going to object at
16        this point.  Isn't this privileged
17        conversations between counsel and
18        the witness?
19        DR. THOMPSON:  I believe
20        what he was asked to do at the
21        initiation is fair.
22        MS. SHARKO:  I think that's
23        privileged conversations between
24        the lawyer and the witness.
```

Page 23

```
 1        DR. THOMPSON:  Okay.  All
 2        right.
 3        MS. SHARKO:  You can ask --
 4        you can ask him what he did.  I
 5        don't think you can ask him about
 6        discussions between the lawyer and
 7        the witness.
 8   BY DR. THOMPSON:
 9        Q.   In that initial evaluation
10   that you performed to look, did that
11   include evaluating any expert reports
12   from plaintiffs?
13        A.   The initial -- are you
14   talking about the initial meeting with
15   Mr. Winter?
16        Q.   Well, you -- you said that
17   Mr. Winter furnished you with some
18   literature to review, correct?
19        A.   No.  I think I said -- maybe
20   I misspoke.  But I believe I said that
21   Mr. Winter asked me if I would be willing
22   to look at some material, and I said yes
23   at our initial meeting.
24        Q.   Okay.  I may have
```

Page 24

```
 1   misunderstood.
 2        Did he -- was any of that
 3   material that he asked you to look at,
 4   did that include defense -- plaintiff
 5   expert reports?
 6        A.   At the -- the initial batch
 7   of materials that I -- that I got had no
 8   expert reports from anyone in it.
 9        Q.   Okay.  Were you asked to do
10   any experiments?
11        A.   No.
12        Q.   Did you offer to do any
13   experiments?
14        A.   No.  I wouldn't be allowed.
15        Q.   Why is that?
16        A.   Because it would be a
17   conflict of interest violation of my
18   institution.
19        Q.   What is your institution's
20   conflict of interest policy?
21        A.   Well, I mean, that's a
22   pretty broad question.  Do you want to
23   maybe -- I mean, my conflict -- we have a
24   very long policy which I have not
```

Page 25

```
 1   committed to memory.
 2        Q.   Okay.  Did -- have you
 3   disclosed to your institution that you're
 4   serving as an expert for Johnson &
 5   Johnson?
 6        A.   Yes.
 7        Q.   And what details did you
 8   have to provide regarding that?
 9        A.   Just the name of the law
10   firm that I was working with.  I don't
11   remember the name of Mr. Winter's law
12   firm.  Because I recently revised the
13   disclosure because I'm working mostly
14   with Ms. Sharko now which is a different
15   firm.
16        Q.   And why would your
17   institution prevent you from doing any
18   experiments?
19        A.   I -- I can't comment on
20   the --
21        MS. SHARKO:  Object to the
22        form.
23        THE WITNESS:  I can't
24        comment on the basis of the
```

7 (Pages 22 to 25)

Benjamin G. Neel, M.D., Ph.D.

Page 26

1         conflict of interest policy.  I
2         can only tell you what it is.
3    BY DR. THOMPSON:
4         Q.    And what aspect or what
5    language in that policy has led you to
6    believe that you would be unable to do
7    any experiments?
8         A.    Because, for any kind of --
9    we're not allowed to take financial
10   remuneration from anyone and at the same
11   time do laboratory experiments on the
12   topic.  That's considered a conflict of
13   interest as I understand the conflict of
14   interest policy.
15        Q.    So what -- what entities
16   would that include?
17             MS. SHARKO:  Object to the
18   form.
19   BY DR. THOMPSON:
20        Q.    Pharmaceutical companies?
21        A.    Yes.  If I -- if I get
22   funding -- if I get compensation, private
23   compensation from a pharmaceutical
24   company, or if I own equity in a

Page 27

1    pharmaceutical company or founders
2    equity, I can't do experiments in my
3    laboratory.  That's considered to be a
4    conflict of interest at our institution.
5    And most reputable institutions that I
6    have experience with, and Canada.
7         Q.    So you receive only public
8    funding in your lab?
9         A.    I have -- at the present
10   time?  At the present time all of my
11   funding is public or startup funding for
12   my institution.
13        Q.    How about at any time?
14        A.    When I was at Princess
15   Margaret Cancer Centre in Toronto, which
16   was my second job, I received a -- a
17   grant from Novartis Pharmaceuticals to do
18   studies related to the possible uses of
19   SHIP2 inhibitors, which I'm an expert in,
20   in cancer.  So that was a two-year grant
21   that had specific aims and milestones and
22   reports that I had.  And it was more like
23   a pharmaceutical funding grant, but I was
24   not receiving any equity in the company

Page 28

1    or any compensation from the company.  It
2    was not -- it was just laboratory
3    funding.
4             When I was at Harvard
5    Medical School, I believe in the third --
6    no, it would have been more like the
7    fourth or fifth year that I was a faculty
8    member, I had a grant from Roche
9    Pharmaceuticals.  That was a two-year
10   grant, and it was a competitive grant
11   where Harvard had a -- Harvard, I think
12   it was the department of biochemistry --
13   one of the departments that I was
14   affiliated with at Harvard, had a -- a
15   relationship with Roche where you could
16   submit competitive grants and then they
17   were reviewed by a group that included
18   Harvard faculty and Roche faculty.  And
19   they chose the ones they were interested
20   in.  And then so I believe it was a
21   $75,000 grant that I got for two years.
22        Q.    Okay.  And --
23        A.    And that was on SHIP1, which
24   I'm also an expert in.  I identified both

Page 29

1    of those molecules.
2         Q.    Okay.  And that -- and that
3    policy goes for lab funding as well as
4    compensation, correct?
5         A.    Which policy?
6         Q.    The policy that would be
7    conflict of interest that prohibits you
8    from doing any experiments for
9    remuneration.
10        A.    No.  The conflict of
11   interest policy is that I can't receive
12   personal compensation.  We are allowed to
13   receive some -- we are allowed to
14   pursue 20 -- we're allowed to use
15   20 percent of our time outside of -- of
16   our hospital or medical school time for
17   consulting, expert witnesses,
18   participation in biotechnology companies.
19   That money has to be separate from your
20   lab money.
21        Q.    Okay.  But there would be
22   nothing that would prevent Johnson &
23   Johnson from providing laboratory funding
24   for -- for research or experiments?

8 (Pages 26 to 29)

Benjamin G. Neel, M.D., Ph.D.

Page 30

1      A.   There would, if I were
2   receiving compensation, as I am for
3   serving as an expert witness in this
4   case.  That would be a conflict in my --
5   my view of the conflict of interest
6   policy.  I didn't consult the -- the
7   hospital about that.
8      Q.   Okay.  And does that same
9   policy apply to anyone in your lab?
10      A.   Yes.
11      Q.   What did you know about
12   talcum powder and ovarian cancer before
13   you were approached by Mr. Winter?
14      A.   I had seen reports in the
15   process of litigation and, you know,
16   that's pretty much it.
17      Q.   And you had not reviewed any
18   of the literature regarding the issue,
19   correct?
20      A.   That's correct.
21      Q.   Did you have any opinions
22   formed at that time?
23      A.   No.
24      Q.   May I assume that all of the

Page 31

1   opinions that you plan to give today are
2   contained in your expert report?
3          MS. SHARKO:  Object to the
4      form of the question.  It depends
5      what you ask him.
6          THE WITNESS:  Should I
7      answer?
8          MS. SHARKO:  Yes, you can
9      answer.
10          THE WITNESS:  How could I
11      say that until I hear what you ask
12      me?  I can't answer that.
13   BY DR. THOMPSON:
14      Q.   Or additional opinions that
15   you give in response to my questions.
16   Would that be fair?
17      A.   Yes.
18      Q.   Who wrote your expert
19   report?
20      A.   I did.
21      Q.   Did you write every word of
22   the expert report?
23      A.   Yes.
24      Q.   Did you choose the

Page 32

1   literature to cite?
2      A.   Yes.
3      Q.   And did you choose the
4   quotes that you include in your report?
5      A.   Yes.
6      Q.   The references that you
7   cited that are attached to your report,
8   may I assume that those are the ones that
9   you deemed most important relating to
10   your opinions?
11      A.   Yes.
12      Q.   Did you perform any
13   searches?
14      A.   Yes.  As I said earlier, I
15   did several searches.
16      Q.   What terms did you use?
17      A.   Well, I can't remember all
18   of them in detail, but certainly talc and
19   inflammation.  Talc and ovarian cancer.
20   I don't remember all of them.  But those
21   are a couple.
22      Q.   And what's your favorite
23   search engine or site?
24      A.   I use both Google and PubMed

Page 33

1   for different searches.  I find them --
2   they provide different information.
3      Q.   The -- on the materials
4   considered, Exhibit Number 3, there are a
5   bunch of plaintiff expert reports listed.
6   Did you read all of those?
7      A.   No.
8      Q.   Can you go through and tell
9   me which ones you did read?
10      A.   I read Dr. Saed's report.  I
11   read Dr. Zelikoff's report.  And I read
12   Dr. Smith-Bindman's report, and I read is
13   it Dr. -- is it Levy or Levy's report?
14   I'm not sure how to pronounce his name.
15   I'm sorry.
16      Q.   Any others?
17      A.   No.
18      Q.   You did not look at
19   Dr. Crowley's report?
20      A.   No.
21      Q.   Why not?
22      A.   I just didn't think it
23   relevant.
24      Q.   Do you know what

9 (Pages 30 to 33)

Benjamin G. Neel, M.D., Ph.D.

Page 34

1    Dr. Crowley's report addressed?
2        A.   I don't recall.  I scanned
3    through the intros of all of them.  But I
4    didn't think it was really relevant.
5        Q.   Dr. Crowley's report
6    addressed the fragrance chemicals in
7    Johnson's Baby Powder.  Was that not
8    relevant for you?
9        A.   No, not in my opinion.
10       Q.   And why is that?
11       A.   Because that wasn't the
12   issue that I was asked to address.  I was
13   asked to address Johnson & Johnson Baby
14   Powder studies that used the Baby Powder.
15   So what was in them was irrelevant to the
16   conclusion.  It was just the conclusion,
17   the effects that were relevant.  And I
18   was asked to address the issue of talc
19   and ovarian cancer.
20       Q.   So it doesn't matter to you
21   what else is in the Baby Powder?
22       A.   Not from the standpoint of
23   experiments that involve the Baby Powder.
24   It's just the results of the Baby Powder.

Page 35

1        Q.   And throughout your report
2    you refer to talc.  What do you mean by
3    that?
4        A.   I mean talc.  What do you
5    mean by that?
6        Q.   Well, is it Baby Powder or
7    is it talc?
8        A.   No -- well, it's -- the talc
9    that I referred to is generic talc.  It
10   could be talc from chemical companies.
11   Whatever was used in the experiments in
12   the reports that -- and/or the studies
13   that I read that were epidemiological
14   based.
15       Q.   What are the products that
16   are at issue today in the litigation?
17       A.   I'm not an expert on what's
18   involved in litigation.  I know that
19   Johnson & Johnson Baby Powder and Baby
20   Shower (sic) are involved in the
21   litigation.  I'm not aware of any other
22   specific products that are involved.
23       Q.   So Johnson Baby Powder and
24   Shower to Shower are the products that we

Page 36

1    are talking about today, correct?
2        A.   I don't know.  That's -- I
3    mean, I considered them for sure.
4        Q.   Okay.  When you say talc are
5    you referring to talcum powder?
6        A.   Yes.
7        Q.   Are you referring to talcum
8    powder that's platy?
9        A.   I'm referring to the talcum
10   powder that was used in the
11   epidemiological studies and in the
12   experiments of Dr. Saed and others that I
13   considered for the purposes of my report.
14   I can't give you an exhaustive listing of
15   what they use.  But I did consider those
16   papers in issuing my opinion.
17       Q.   Well, those are two
18   different things.  The epidemiology
19   studies are typically done calling the
20   agent that's being asked about talcum
21   powder.  And Dr. Saed's experiments were
22   specifically done with Johnson's Baby
23   Powder, correct?
24       MS. SHARKO:  Object to the

Page 37

1    form of the question.  Lacks
2    foundation.
3        THE WITNESS:  The
4    epidemiological studies, in fact,
5    were performed using a variety of
6    different products.  So there
7    wasn't a single product used.  But
8    Johnson & Johnson products were in
9    some of them.  Some of the studies
10   also included cornstarch.
11       The Saed studies, as I
12   recall, but we have to look at
13   them in detail to be sure,
14   included talc from chemical
15   companies and Johnson & Johnson
16   products.
17   BY DR. THOMPSON:
18       Q.   And we will get to
19   Dr. Saed's work.  Did you see the paper
20   that Dr. Saed just published in the last
21   few weeks?
22       A.   I didn't see the final
23   version of the paper.  But I saw the
24   accepted version that was supplied to us

10 (Pages 34 to 37)

Benjamin G. Neel, M.D., Ph.D.

Page 38

```
 1   after his deposition.  And I reviewed
 2   that.
 3       Q.    Why did you not look at the
 4   final published paper?
 5       A.    Because the -- as far as I
 6   know, the paper was accepted.  So an
 7   accepted paper is the same as the
 8   published paper.  But I'm happy to look
 9   at it if you'd like.
10       Q.    I'm just asking you why you
11   didn't think that was important to look
12   at yourself.
13       A.    Because --
14           MS. SHARKO:  Object to the
15       form of the question.
16           THE WITNESS:  Because an
17       accepted paper, in my experience,
18       is identical to the actual paper
19       except for minor editorial, you
20       know, placements of figures and
21       things like that.  Once it's
22       accepted, it's not changed.
23   BY DR. THOMPSON:
24       Q.    So your opinion is that in
```

Page 39

```
 1   the final accepted paper, there was a
 2   discussion of talcum powder other than
 3   Johnson's Baby Powder; is that right?
 4       A.    I don't recall.  I'm happy
 5   to look at the paper.
 6       Q.    We'll look at that a little
 7   bit later.
 8           And does talcum powder
 9   include fibrous talc?
10       A.    Talcum powder includes what
11   I just said.  It's whatever was in the
12   products that were used in the
13   epidemiology studies and whatever was
14   used in any of the individual papers.
15   And I'm happy to go through any single
16   one of them with you and review the
17   details.  But I obviously can't remember
18   which products were used in every single
19   epidemiology study that I reviewed and in
20   every single paper that I reviewed,
21   including, you know, papers from Dr. Saed
22   and others.
23       Q.    From a molecular standpoint,
24   here to testify about the mechanism by
```

Page 40

```
 1   which talcum powder may cause or
 2   contribute to ovarian cancer, doesn't it
 3   make a difference what the components of
 4   that talcum powder are?
 5       A.    No.  If I am referring to
 6   the papers that are published by experts
 7   for the plaintiffs to argue for a
 8   pathogenic role, I should be considering
 9   what they use.  That's the only role of
10   an issue here in my opinion.
11       Q.    So if it's shown that talcum
12   powder contains fibrous talc, which is
13   listed as a Group 1 carcinogen by IARC,
14   that would not matter to you in your
15   opinions as to what the mechanism might
16   be for the carcinogenesis of Baby
17   Powder --
18           MS. SHARKO:  Object to
19       the from of the --
20   BY DR. THOMPSON:
21       Q.    -- correct?
22           MS. SHARKO:  Object to the
23       form of the question.  Lacks
24       foundation.
```

Page 41

```
 1           THE WITNESS:  Can you repeat
 2       the question, please?
 3   BY DR. THOMPSON:
 4       Q.    So if it's shown that talcum
 5   powder contains fibrous talc, which is
 6   listed as a Group 1 carcinogen by IARC,
 7   that would not matter to you in your
 8   opinions as to what the mechanism might
 9   be, correct?
10       A.    Yes.  That's correct.
11   Because my opinion is based on the
12   studies that involved the application of
13   talc, including Johnson & Johnson
14   products, perineally, and also in some
15   cases injected and applied to cells.  And
16   that would -- if, you know, the products
17   have any substance in them, then they
18   should have revealed a carcinogenic
19   effect in those studies or they should
20   have revealed something supporting the
21   plaintiffs' experts arguments.  But I
22   found no evidence that that's the case.
23   None.
24       Q.    Are you speaking of
```

11 (Pages 38 to 41)

Benjamin G. Neel, M.D., Ph.D.

Page 42

1  epidemiological evidence?
2      A.   I'm speaking of every -- of
3  all of the evidence that I covered in my
4  report.  And I'm happy to go through any
5  individual one.  But it's all of the
6  evidence that I considered in my report.
7  I found no compelling scientific evidence
8  to support the position that talc causes
9  ovarian cancer.
10     Q.   Okay.  We'll get to that a
11 little bit more later.
12          And you did not look at
13 Dr. Longo's reports, correct?
14     A.   That's correct.
15     Q.   And for the same reason that
16 you did not consider it relevant to your
17 opinions?
18     A.   Correct.
19     Q.   And do you know what
20 Dr. Longo's report addressed?
21     A.   I don't recall.  As I told
22 you I scanned through each of them to
23 decide which ones I should look at in
24 more detail.

Page 43

1      Q.   So you were not aware that
2  Dr. Longo actually tested a number of
3  Baby Powder and Shower to Shower samples
4  from Johnson & Johnson over decades when
5  they were produced, correct?
6      A.   Correct.
7          MS. SHARKO:  Object to the
8      form of the question.
9  BY DR. THOMPSON:
10     Q.   And you did not look at any
11 of the GYN oncology reports, correct?
12          That would be Dr. Daniel
13 Clarke-Pearson, Dr. Ellen Blair Smith or
14 Dr. Judy Wolf?
15     A.   That's correct.  I -- I
16 looked through them -- I looked at the --
17 at the general, you know, statements in
18 the beginning and decided they weren't
19 really relevant to my expertise.
20 Therefore, I didn't look at them in
21 detail.
22     Q.   Did you read the expert
23 report of Dr. David Kessler?
24     A.   No.

Page 44

1      Q.   Do you know who Dr. David
2  Kessler is?
3      A.   I don't recall.
4      Q.   And you have listed
5  references to various websites.  What was
6  the purpose for selecting these websites
7  to include on your materials considered?
8      A.   Well, there were different
9  purposes for different websites.  Do you
10 want to walk through them one by one?
11     Q.   No, we'll get back to some
12 of them I think.
13          Did you list any websites
14 that did identify a risk of ovarian
15 cancer with the perineal use of talcum
16 powder products?
17     A.   I don't recall what's in
18 every one of the websites, but I don't
19 believe so.
20     Q.   You are aware that there are
21 websites that would list talcum powder
22 use as a risk factor for ovarian cancer,
23 correct?
24     A.   I'm not aware of what

Page 45

1  websites that I didn't look at say.  I'm
2  aware of what websites that I did look at
3  say.
4      Q.   So you did not see any
5  websites that listed talcum powder use as
6  a risk factor; is that correct?
7          Or you don't know one way or
8  the other?
9      A.   I don't recall if I did or I
10 didn't.
11     Q.   And you reviewed IARC 2010,
12 correct?
13     A.   Correct.
14     Q.   And what is IARC?
15     A.   International Agency For
16 Research and Cancer, I believe.
17     Q.   And what is the subject
18 matter of the monograph from 2010?
19     A.   It covers several things.  I
20 don't remember the exact details, but
21 we -- I can look it up.
22     Q.   We'll come back to it.
23          And is it your understanding
24 that the IARC 2010 monograph reviewed

12 (Pages 42 to 45)

Benjamin G. Neel, M.D., Ph.D.

Page 46

1   literature as of 2006, correct?
2       A.   I can't recall in detail
3   when they cut off the literature.
4       Q.   We'll look at that.
5           And you are aware that the
6   IARC monograph in 2010, published,
7   reviewing literature up to 2006,
8   specifically dealt with non-asbestiform
9   talc, correct?
10      A.   That's my recollection.  But
11  again, I read that a while ago.  And I'm
12  happy to go back and look at it with you
13  if you want to jog my memory.
14      Q.   That's a pretty important
15  fact, don't you think?
16      A.   It's not material to the
17  question at hand as far as I can tell.
18  Because as, again, I was asked to review
19  the issue of, you know, Johnson & Johnson
20  products and/or talc and ovarian cancer
21  with respect to the evidence in the
22  scientific literature as to its
23  carcinogenicity, and that's what I
24  reviewed.  And whatever talc was used in

Page 47

1   those studies would have, you know, been
2   the relevant talc.  So that's what I
3   reviewed.
4       Q.   So studies that were --
5   would address asbestos and ovarian cancer
6   are not relevant?
7       A.   Not insofar as I can tell.
8   Because I was looking at the issue of
9   Johnson & Johnson products and/or talc as
10  defined by the authors of the papers that
11  used these materials, and/or the authors
12  of the epidemiological studies that
13  studied this issue on -- in offering my
14  opinion.
15      Q.   And you are talking about
16  the epidemiological studies, correct?
17      A.   No.  I'm talking about the
18  epidemiological studies which used
19  certain things.  And then I'm talking
20  about the bio -- biological studies such
21  as they are, that used various forms of
22  talc, whether it's Johnson -- in some
23  case it's Johnson & Johnson products
24  directly.  In other cases, talc from

Page 48

1   suppliers like -- chemical suppliers like
2   Sigma.
3           And each study is different.
4   But the -- the studies that I cited in my
5   report all used various forms of "talc"
6   and that's what I considered in offering
7   my opinion.
8       Q.   You'll agree that the
9   molecular studies identified where the
10  talc came from or the talcum powder came
11  from, correct?
12      A.   Yes.
13      Q.   The epidemiological studies
14  typically do not, correct?
15      A.   I don't believe that that is
16  correct.  Some of them say specifically
17  what products they are.  And some of them
18  are not as specific.  So it's not a
19  one-size-fits-all for that question.
20      Q.   Are you aware of an
21  epidemiological study that actually
22  refers to what actual product was used by
23  the women included in the study?
24      A.   My recollection is several

Page 49

1   said Johnson & Johnson's products.  But
2   we'd have to go through all of the
3   24-case-control studies and three cohort
4   studies that I looked at.
5       Q.   Do you know what Johnson &
6   Johnson's market share of Baby Powder has
7   been over the years?
8       A.   I have no idea.
9       Q.   You also reviewed the IARC
10  monograph in 2012, correct?
11      A.   Which one is that?
12      Q.   That's the one related to
13  asbestos.
14      A.   I looked at that very
15  cursorily.  I really didn't have the time
16  to do an exhaustive study of asbestos and
17  ovarian cancer.  I looked at it
18  cursorily.  And several other papers.
19      Q.   And even if Johnson &
20  Johnson's Baby Powder and Shower to
21  Shower have -- are shown to contain
22  asbestos, that was -- reviewing that
23  evidence and that data were not
24  important?

13 (Pages 46 to 49)

Benjamin G. Neel, M.D., Ph.D.

Page 50

1    A.   No, because the issue is
2    whether there is any compelling
3    scientific evidence that Johnson &
4    Johnson's products, when applied
5    perineally, give rise to an increased
6    incidence of ovarian cancer, and/or
7    whether there was any evidence that
8    Johnson & Johnson products, when applied
9    in experimental animals have any evidence
10   of causing pre or neoplastic conditions
11   of the ovaries or fallopian tubes.
12        That was the issue that I
13   considered in issuing my report.  And
14   therefore, the issue is what's -- what
15   the Johnson & Johnson products do, not
16   whether asbestos is involved in ovarian
17   cancer.
18        Q.   Are you aware of animal
19   studies that use Johnson & Johnson Baby
20   Powder?
21        A.   I would have to go back and
22   look at the actual studies to see what
23   was used in those studies.
24        Q.   You don't know that?

Page 51

1        A.   I don't remember.
2        Q.   That wasn't something that
3    would have been important?
4        A.   I read through all of the
5    animal studies, none of which show any
6    significant carcinogenic effect of talc
7    that was used in the studies.
8        Q.   We'll get to those.
9             You reviewed the Health
10   Canada risk assessment, correct?
11        A.   Are we talking about the
12   Taher, et al., paper?
13        Q.   No, we are talking about the
14   risk assessment published by -- draft
15   published by Health Canada.
16        A.   I haven't actually read the
17   draft.
18        Q.   Why not?
19        A.   I haven't seen it.
20        Q.   So you were not provided the
21   Health Canada risk assessment?
22        A.   I was given -- you know,
23   yesterday, you know, the lawyers showed
24   me briefly there was a health assessment.

Page 52

1    But I didn't have a chance to study it in
2    any detail.
3        Q.   You didn't ask --
4        A.   In any event, it's a draft,
5    so it hasn't been, you know, finalized.
6    So I don't really think it's relevant
7    until it's finalized.
8        Q.   Well, do you know anything
9    about the policy that Health Canada
10   follows to publish a draft to open up for
11   comments --
12        A.   No.
13        Q.   -- before it's finalized?
14        A.   No.
15        Q.   Did you review the
16   conclusions of the Health Canada risk
17   assessment draft that you were provided
18   yesterday?
19        A.   Not in -- I didn't have time
20   really to review it in any significant
21   detail.  So the answer to that is no.
22   But I'm happy to do it now.
23        Q.   Well, you know you referred
24   to the Health Canada risk assessment

Page 53

1    draft in your report?
2        A.   No, not that I recall.
3    Where do I refer -- I refer to the Taher,
4    et al., paper which was the basis for the
5    study that was being done at Health
6    Canada.
7        Q.   How do you know that the
8    Taher paper was the basis for the Health
9    Canada risk assessment?
10        A.   I think it says it in the
11   paper.
12        Q.   Okay.  We'll get to that
13   when we get to that section.
14             And you reviewed an FDA
15   letter in response to a citizen's
16   petition, correct?
17        A.   Yes.
18        Q.   And was that provided to you
19   by counsel?
20        A.   Yes.
21        (Document marked for
22        identification as Exhibit
23        Neel-4.)
24   BY DR. THOMPSON:

14 (Pages 50 to 53)

Benjamin G. Neel, M.D., Ph.D.

Page 54

1      Q.   I've marked as Exhibit 4
2  Appendix A to your report.  And just tell
3  me what this is.
4      A.   This is a list --
5          MS. SHARKO:  Just take your
6  time and look through it.
7          THE WITNESS:  This is a list
8  of the most recent genome-wide
9  association studies.  That show
10  genome-wide association -- that
11  show association with specific
12  single-nucleotide polymorphisms
13  with increased risk of ovarian
14  cancer.
15  BY DR. THOMPSON:
16      Q.   And how does something make
17  it to the -- this list?
18      A.   How does it make it to this
19  list?  When there's been a -- any
20  publication of a genome-wide association
21  study is aggregated.
22      Q.   And so that's when there
23  have been enough studies published on a
24  certain gene to reach statistical

Page 55

1  significance, correct?
2      A.   Yes.  Well, the statistical
3  significance of each -- well, there's
4  different levels of statistical
5  significance in the GWAS for every
6  location that's cited in the GWAS.  So
7  some of them are -- and if you go on the
8  website and look at it, you'll see that
9  it lists the P-value for every
10  association.
11          So some of them have reached
12  genome-wide significance, and some of
13  them haven't.  So the ones that are
14  believed to be documented associations
15  are those that have reached genome-wide
16  significance.  And that means that they
17  have less than 10-8.  There are other
18  genome-wide association snips that have
19  reached less than 10-8.
20      Q.   And there are snips --
21          MS. SHARKO:  Wait, wait,
22  wait.
23          Are you done with your
24  answer?

Page 56

1          THE WITNESS:  I wasn't done.
2  BY DR. THOMPSON:
3      Q.   Sorry.
4      A.   So some of -- you know, the
5  ones that are over 10-8 are the only ones
6  that can be considered as documented risk
7  SNPs.
8      Q.   And there are new SNPs being
9  reported all the time.  You would agree
10  with that, correct?
11      A.   Well, the SNPs aren't being
12  reported.  The SNPs have pretty much --
13  you know, the SNPs that are used in the
14  genome-wide association studies are the
15  SNPs that are on standard panels.
16          What do you mean new SNPs
17  being reported all the time?  There are
18  private SNPs between any two individuals.
19  If I sequence you and I sequence me, we
20  might find, you know, a new
21  single-nucleotide polymorphism.  But
22  that's a privity SNP for you or for me.
23  It's not one of the ones that was used to
24  map genes.

Page 57

1      Q.   Right.  I understand that.
2  But there is ongoing research in this
3  area, correct?
4      A.   Yes, there's ongoing
5  research in genetic basis of all cancers.
6          (Document marked for
7          identification as Exhibit
8          Neel-5.)
9  BY DR. THOMPSON:
10      Q.   Exhibit 5 is your CV.  It
11  appears that that was updated
12  February 22nd, 2019, correct?
13      A.   Yes.
14      Q.   And you have quite a few
15  publications, I see.
16      A.   Not as many as I'd like.
17      Q.   Well, you still have a lot
18  of time, right, in your career, I hope.
19          How -- how many of these
20  deal with ovarian cancer?
21      A.   I don't know.  We can go
22  through each of them.  I don't know
23  offhand.
24      Q.   Does eight sound about

15 (Pages 54 to 57)

Benjamin G. Neel, M.D., Ph.D.

Page 58

```
 1  right?
 2       A.   I can count them.  Possibly
 3  eight.  But you know, cancer biology is
 4  much more broad than a specific cancer.
 5  So, I mean, my expert opinion is based on
 6  30 years of research, actually more than
 7  30.  30 years as a faculty member at
 8  Harvard Medical School, Princess Margaret
 9  and now NYU.  And before that, you know,
10  graduate school and Ph.D. and post-doc --
11  Ph.D. and post-doc training.  So I've had
12  about 36 years of -- no, 39 years of --
13  wow, that's a lot of time -- 39 years of
14  research experience in this field.
15       From the earliest days of
16  the cancer biology field, I was involved
17  in, you know, some of the earliest major
18  discoveries that led to the molecular age
19  of cancer.
20       Q.   And obviously that
21  experience with other types of cancer are
22  relevant to the study of ovarian cancer
23  and the type -- subtypes, correct?
24       A.   I think so, yes.
```

Page 59

```
 1       Q.   Are there any articles on
 2  your CV that relate directly to talcum
 3  powder and potential carcinogenesis?
 4       A.   No.
 5       Q.   Are there any articles on
 6  your CV that relate to asbestos?
 7       A.   No.
 8       Q.   Are there any articles on
 9  your CV that relate to particles of any
10  kind?
11       A.   No.
12       Q.   Describe for me the
13  research -- understanding it's a big lab,
14  but generally speaking, what type of
15  research is your lab currently doing?
16       A.   Well, it's divided into
17  three main areas.  One area has to do
18  with SHIP2, which we discussed --
19  discovered, which is a critical component
20  of growth factor receptor, cytokine
21  receptor, and integrin signaling pathways
22  and is critical for the transduction of
23  signals from activated oncogenes, such as
24  the receptor tyrosine kinase
```

Page 60

```
 1  amplification, certain forms of KRAS
 2  mutations, certain forms of BRAF
 3  mutations.
 4       There's actually drugs in
 5  the clinic now that are trying to target
 6  this agent, this -- this molecule.
 7       It's also mutated in a
 8  germ -- under a germ-line mutations in a
 9  disease called Noonan syndrome.  And
10  we've done a lot of the work on that.
11  And there are also different germ-line
12  mutations in the disease cause Noonan
13  syndrome with multiple lentigines.  We've
14  done a lot of work on that.  We did the
15  first mouse models for both of those
16  disorders.
17       We discovered that there's a
18  third type of mutation in SHIP2 or PTPN11
19  that causes metachondromatosis, which is
20  a rare cancer of the bone.  We discovered
21  that SHIP2 acts as tumor suppressor gene
22  in that.
23       So our lab is working a lot
24  on using -- on figuring out how to best
```

Page 61

```
 1  deploy SHIP2 inhibitors in the -- in the
 2  clinic and how to combine them with other
 3  agents.  So that's about a third.
 4       And then we have a third of
 5  the lab that's working on ovarian cancer,
 6  pathogenesis, including studies related
 7  to the cell of origin, studies related to
 8  the heterogeneity in ovarian cancer using
 9  the single cell RNA sequencing, and
10  various type of single cell RNA FISH.
11       And then we have a fourth --
12  sorry, a third part of the lab, which
13  is -- oh, I forgot.  I'm sorry.
14       And then we've also
15  developed novel organoid systems for both
16  the fallopian tube and the ovarian
17  surface epithelium in the mouse.  And
18  we're using that -- those models to
19  engineer in the specific mutations that
20  have been found in ovarian -- human
21  ovarian cancer so we can develop
22  syngeneic mouse models to study how to
23  best treat these tumors using
24  combinations of targeted agents and
```

16 (Pages 58 to 61)

Benjamin G. Neel, M.D., Ph.D.

Page 62

1   immunotherapy, including platinum PARP
2   inhibitors, trying to figure out how
3   cyclin E tumors can be treated since
4   they're not treated by platinum very
5   well.
6           And then the third area of
7   the lab has to do with another
8   phosphatase that we discovered or that we
9   cloned.  We didn't discover it.  We were
10  the first to clone it, called PPM1 or
11  PP1B.  And we're working on how that's
12  involved in breast cancer pathogenesis
13  by -- and in particular how it
14  regulates -- how -- how knocking down or
15  inhibiting PP1B sensitizes breast cancer
16  cells, or certain types of breast cancer
17  cells, to hypoxia using -- and in
18  particular, how the -- there is an
19  interaction between this PP1B and this
20  novel E3 ligase called RNF213, which is
21  the disease gene for moyamoya syndrome
22  which is a very rare syndrome that causes
23  precocious strokes in children.
24          So that's the -- that's the

Page 63

1   major work being done in the lab.
2       Q.   In a nutshell, right?
3       A.   Yes.
4       Q.   Does your lab do both in
5   vitro and in vivo animal model research?
6       A.   Yes.
7       Q.   Do you do human research?
8       A.   What do you mean by human
9   research?
10      Q.   Anything that requires an
11  IRB, approval, the biomarkers in
12  patients, anything of that sort?
13      A.   We have -- so IRB approval
14  is required to get issues and it's
15  usually a pretty standard -- what they
16  call administrative approval.  So if
17  you're counting that, yes, we have
18  approval to get the tissues that we use
19  to make ovarian cancer xenographs.
20          We have a variety -- I
21  forgot to mention that we have a large
22  collection of ovarian cancer xenographs
23  in the lab that mainly came from my time
24  in Toronto.  So we have hundreds of them.

Page 64

1   About 50 of which are genomically
2   characterized, and we are collaborating
3   with people to use those.
4           And we are sometimes
5   making -- we also make organoid -- we're
6   working on organoid systems from humans.
7   So we get tissues from our Winthrop
8   colleagues.  And that's under an IRB
9   protocol, so -- but we don't do any
10  clinical trials.
11          I'm consulting on a clinical
12  trial that has to do with a different
13  area of research that we transiently were
14  involved in that's distantly related to
15  the moyamoya syndrome thing.  I don't
16  know that you want to go into that, but
17  I'm happy to discuss that.
18      Q.   Probably not.
19      A.   Has to do with -- has to do
20  with vitamin --
21          MS. SHARKO:  Let him finish.
22          THE WITNESS:  Has to do with
23  vitamin C and the connection
24  between vitamin C and this pathway

Page 65

1   that I mentioned to you of PP1B
2   and RNF213.
3           And we -- in reading the
4   literature on that, I realized
5   that there was a possible use of
6   vitamin C in myeloid dysplastic
7   syndrome and AML, and we got
8   together with some of my other
9   colleagues upstairs and did a
10  major paper that was published in
11  Cell last year and led to a
12  clinical trial.
13          So I'm helping the junior
14  faculty member in my department to
15  design that trial and to execute
16  it, which is running at the cancer
17  center right now.
18          So that's the only
19  connection.  But I'm actually not
20  on that IRB, because I'm not
21  really doing the study.
22  BY DR. THOMPSON:
23      Q.   Okay.  And I -- I am not
24  intentionally interrupting you.

17 (Pages 62 to 65)

Benjamin G. Neel, M.D., Ph.D.

Page 66

1  Sometimes it's hard to tell when there's
2  a pause.  Just so --
3       A.    I have to catch my breath,
4  you know.
5       Q.    -- so you know that.
6            And the tissue samples that
7  you use, is that something that some
8  would refer to as ex vivo research?
9       A.    So, you know, the use of the
10 word ex vivo is used pretty sloppily in
11 literature.  Including some e-mails -- I
12 actually think it's confusing when to use
13 in vivo and not -- when to use in -- some
14 people use in vivo to refer to mice, to
15 mouse experiments.  Some people don't.
16            Some people use in vivo
17 to -- some people -- I think what we can
18 all agree on is in vitro -- if it's a
19 pure biochemistry experiment where there
20 are no cells, that's in vitro.
21            Some people would then call
22 putting the same, you know, testing
23 agents on cells in vitro.  Some would
24 call it in vivo.

Page 67

1            And ex vivo, some people
2  would call taking cell -- taking human
3  cells out and doing the same kind of
4  studies that other people call in vitro.
5  So I can say what we do.
6            We -- as I told you, we make
7  organoids, which are these culture
8  systems that allow you to basically grow
9  the cells in much more physiologically
10 relevant settings involving extracellular
11 matrix and they form glands and things
12 like that.
13            We make organoids from
14 fallopian tube, from ovarian surface
15 epithelium of the mouse.  And we have
16 done more limited work on making
17 fallopian tube organoids from the human.
18            We also have been involved
19 in studies, some of which will come out
20 soon in Nature Medicine, on the use -- on
21 developing organoid conditions for
22 culturing human ovarian cancers.  And we
23 did that in my Toronto lab, which is
24 almost completely shut down.  They are

Page 68

1  going to shut down completely in two
2  months.
3            So if you call those ex
4  vivo, then that's ex vivo.  But it's very
5  confusing nomenclature.  So I prefer to
6  explain what we're actually doing, and
7  then you can judge what you want to call
8  it.
9       Q.    And I'm glad to know I'm not
10 the only one that's confused, so...
11      A.    I think it's sloppy, sloppy
12 wording.
13      Q.    And you have published with
14 immortalized cell lines, correct?
15      A.    Yes.
16      Q.    As of most researchers in
17 the -- that are doing in vitro research,
18 correct?
19      A.    Yes, but I -- the context is
20 important.  And, you know, it's like --
21 you use the right -- you have to -- if
22 you want to get definitive results or
23 interpretable results or convincing
24 results, you have to use the right cell

Page 69

1  system for the right experiment at the
2  right time.  That's the point.
3       Q.    What is contained in
4  Johnson's Baby Powder in your mind?
5       A.    I -- I have no knowledge as
6  to what's in Johnson & Johnson's Baby
7  Powder.  I'm not a chemist.  I'm not a,
8  you know, material scientist, so...
9       Q.    Do you even know what's on
10 the bottle as to what is contained?
11      A.    No.
12      Q.    And that doesn't matter to
13 you?
14      A.    Not for the purpose of
15 writing my report, no.  Or for examining
16 any of the studies that I referred to in
17 my report, no.  It doesn't.
18      Q.    Okay.  And -- and would you
19 give the same answers for the Shower to
20 Shower product?
21      A.    Yes.
22      Q.    And it's your understanding
23 that Johnson & Johnson owns and
24 manufactures Johnson's Baby Powder,

18 (Pages 66 to 69)

Benjamin G. Neel, M.D., Ph.D.

Page 70

1    correct?
2         MS. SHARKO:  Object to the
3    form of the question.  Lacks
4    foundation.
5         THE WITNESS:  So I have no
6    idea what the business structure
7    is that gives rise to Johnson &
8    Johnson's Baby Powder.
9    BY DR. THOMPSON:
10        Q.   Okay.
11        A.   All I know is that it's
12   called Johnson & Johnson's Baby Powder.
13        Q.   Okay.  And same answer for
14   Shower to Shower?
15        A.   Yes.
16        Q.   Are you familiar with the
17   various grades of talc?
18        A.   Not in any detail.  I'm not
19   a geologist.
20        Q.   And same answer that that
21   doesn't -- isn't important to you as far
22   as your opinions go in this case?
23        A.   No, because that wasn't what
24   I was addressing in my report, nor what

Page 71

1    I'm here to tell you about.
2         Q.   Do you know anything
3    regarding the particle size of Johnson's
4    Baby Powder or Shower to Shower?
5         A.   No.
6         Q.   Is it important for you to
7    know the quality of a talcum powder
8    product to assess its talc -- its health
9    effects?
10        A.   No, not for the purpose of
11   my report.
12        Q.   And would you describe
13   quality as to the amount of and type of
14   impurities in the talcum powder?
15        A.   I wouldn't describe quality
16   because I am not qualified to discuss
17   quality.
18        Q.   Does pure talc exist?
19        A.   I'm not a geologist.  I have
20   no opinion on that subject.  I have no
21   knowledge in that area.  I'm a cancer
22   biologist.
23        Q.   So if Johnson & Johnson
24   makes claims that their talc is pure, you

Page 72

1    would not know whether those claims would
2    be misleading or not, correct?
3         MS. SHARKO:  Object to the
4    form.  Lacks foundation.
5         THE WITNESS:  No, I wouldn't
6    have any knowledge of that.
7    BY DR. THOMPSON:
8         Q.   Is it important for you to
9    know the mineral content of a talcum
10   powder product?
11        A.   Not for the purposes of my
12   report, no.
13        Q.   Would it be important for
14   you to know whether there are fibers or
15   not in a talcum powder product to assess
16   the potential health effects?
17        A.   Not for the purposes of my
18   report which were to look at the specific
19   issues that I've already covered.
20        Q.   And that goes for the
21   opinions that you're giving today as
22   well?
23        A.   Absolutely.  Mm-hmm.  My
24   opinions that I'm giving today are based

Page 73

1    on my report and any questions that you
2    ask me.
3         Q.   So neither the type of
4    fibers or the number of fibers is
5    important in your -- in providing your
6    opinions for us today?
7         A.   That's correct.
8         Q.   And you understand that this
9    case involves women who use the Johnson &
10   Johnson products in the genital area and
11   subsequently developed ovarian cancer,
12   correct?
13        A.   I assume so.  I haven't read
14   the complaint.
15        Q.   Okay.  And when we talk
16   about ovarian cancer generally, we're
17   referring to epithelial ovarian cancer.
18   Would you agree to that?
19        A.   Who is "we"?
20        Q.   You and I today.
21        A.   Yeah.  Sure.
22        Q.   And I understand --
23        A.   But I don't -- but I don't
24   think it's meaningful to talk about

19 (Pages 70 to 73)

Benjamin G. Neel, M.D., Ph.D.

Page 74

1    epithelial ovarian cancer anymore.
2    Not -- I mean, that entity is too
3    nondescript to be meaningful from a 2019
4    cellular molecular biology perspective.
5         Q.   But you understand that that
6    is done in literature being published
7    every single day?
8         A.   It's not done by people who
9    are familiar with the relevant molecular
10   and cellular data.  There's lots of
11   papers published that aren't very good.
12        Q.   And understanding that there
13   are different histologic types, as well
14   as the -- Type 1 and Type 2 being
15   described.  And the field is obviously
16   evolving.  Would you agree?
17        A.   There were several --
18        Q.   There were.
19        A.   Can you make it a more
20   specific question there?
21        Q.   Yeah.
22        A.   Because I don't necessarily
23   agree with everything that you said.  So
24   if you break it down, maybe I can help

Page 75

1    get this.
2         Q.   I think that's a good
3    criticism of that question.
4              The study of ovarian cancer
5    is an evolving field.  Would you agree to
6    that?
7         A.   Yes.
8         Q.   And in fact, just a couple
9    years ago, National Academy of Science
10   Medicine and Engineering, supported by
11   CDC, sponsored a comprehensive study
12   entitled "Evolving Paradigms in Ovarian
13   Cancer."  Are you familiar with that?
14        A.   I remember reading it.
15   There's lots of review and things like
16   that.  But yeah.
17        Q.   And some of the areas that
18   are evolving would be the cell of origin
19   for ovarian -- epithelial ovarian cancer,
20   correct?
21        A.   Yes.
22        Q.   That's one of the things
23   that your lab is working on?
24        A.   Yes.  Although we think it's

Page 76

1    pretty much settled.  But...
2         Q.   But there is some debate
3    still as far as whether that applies to
4    some -- some ovarian cancers or all
5    ovarian cancers?
6         A.   Well, all cancers have a
7    cell of origin.  So I'm not clear what
8    your question is.
9         Q.   Bad question.  We'll move
10   on.
11             And there is certainly more
12   work being done with the histologic
13   subtypes and whether that's still a good
14   classification system, right?
15        A.   I don't think that there is
16   any disagreement among modern ovarian
17   cancer researchers at the top
18   institutions and who are up on the
19   literature as to the fact that it's
20   nonmeaningful to talk about all ovarian
21   cancer or all epithelial ovarian cancer
22   any more than it's legitimate to talk
23   about all breast cancer or all many
24   different types -- lung cancer.

Page 77

1              They are separate molecular
2    diseases.  Cancer is not a single
3    disease.  Ovarian cancer is not a single
4    disease.  And it's simply not meaningful
5    to talk about ovarian cancer or even
6    epithelial ovarian cancer.
7              In fact, I would say -- and
8    I would probably be going a little far,
9    but I would probably say that it's no
10   more meaningful to talk about ovarian
11   cancer as an entity than it is to
12   separate epithelial ovarian cancer from
13   germ cell cancers.  They're different
14   cells of origin and they have different
15   molecular defects.
16        Q.   How about at the patient
17   care level?
18        A.   Well, that's one of the
19   problems at the patient care level, is
20   the patient care level hasn't caught up
21   with the molecular biology.  And that's
22   the whole goal that what we're doing,
23   because it is ridiculous, in my opinion
24   to treat all ovarian cancer patients the

20  (Pages 74 to 77)

Benjamin G. Neel, M.D., Ph.D.

Page 78

1 same, and that's why we're not very good
2 at treating it.
3     Q.   But there is still evolution
4 and debate in the field.  Wouldn't you
5 agree?
6         MS. SHARKO:  Object to the
7     form.
8 BY DR. THOMPSON:
9     Q.   If we -- let's get out of
10 the molecular researchers at an elite
11 university and talk about medical or
12 gynecologic oncologists.  You agree that
13 there is going to be a lag time between
14 what you're discovering and how that new
15 novel information gets transmitted and
16 utilized by doctors in the field?
17         MR. LOCKE:  Objection to
18     form.
19 BY DR. THOMPSON:
20     Q.   Correct?
21     A.   So that's not -- I agree
22 that there's almost always a lag between
23 laboratory studies and implementation in
24 the clinic.  I think that that's not a

Page 79

1 good thing.  And I should point out that
2 I am not just a laboratory researcher,
3 I'm the director of the Perlmutter Cancer
4 Center at NYU Langone.  And my job is to
5 try to make sure that research, not just
6 in my lab but in other laboratories in
7 our institution, get translated as
8 quickly as possible in the form of
9 clinical trials at our institution and
10 elsewhere.
11         So I think that it is true
12 that modern information has not, you
13 know, transmitted to many people in
14 practice at other institutions.
15         But that doesn't mean that
16 the modern information isn't correct.
17     Q.   And I did not mean to
18 diminish your role at all.
19         Do you have any
20 understanding of how the talcum powder
21 products are actually used by women?
22     A.   I mean, only in the most
23 superficial and vague sense.
24     Q.   So no firsthand knowledge

Page 80

1 having talked to women about how they use
2 talcum powder products in the perineal
3 area?
4     A.   I think I'd get in trouble
5 if I had conversations with women about
6 that.  I do have experience in using
7 talcum powder products, however.
8     Q.   How is that?
9     A.   When my -- I'm the oldest
10 brother of four boys.  And my younger two
11 brothers, you know, are nine and 11 years
12 younger than I am.  And as the oldest
13 boy, I was taught to diaper them.  And
14 we -- they used -- I used talcum powder
15 products all the time on them.  I would
16 dust their bottoms with the talcum powder
17 products.
18     Q.   Would you currently dust
19 babies with talcum powder knowing what
20 you know?
21     A.   I don't have any babies, so
22 I haven't given it any thought.  I don't
23 have any reason to use it anymore.
24     Q.   If someone asked you for

Page 81

1 your advice?
2     A.   Well, my daughter is
3 pregnant, so maybe I'll have to think
4 about it.  But I wouldn't give any advice
5 on that.  I'm not -- I'm not a medical
6 doctor.  I don't really have any --
7 everything is different about how diaper
8 goes now.
9         We used to use all kinds of
10 different stuff.  I don't really remember
11 the details.  But, you know --
12     Q.   So if --
13     A.   -- I don't remember if we
14 used talc on our girls or not.
15     Q.   So if your daughter is
16 pregnant knows that you're -- you've
17 looked at this area, serving as an expert
18 for Johnson & Johnson, and asked you if
19 it was safe, would you recommend that she
20 use Johnson's Baby Powder with her new
21 baby, what would you tell her?
22         MR. LOCKE:  Objection.
23         THE WITNESS:  Well, my
24     daughter is -- can I answer that?

21 (Pages 78 to 81)

Benjamin G. Neel, M.D., Ph.D.

Page 82

1     My daughter who is pregnant
2     is an M.D. Ph.D. student at UCSF
3     and she wouldn't listen to me
4     anyway.
5  BY DR. THOMPSON:
6     Q.   Well, that --
7     A.   She's a -- she's got her own
8  opinion. And she's got a Ph.D. in cancer
9  biology herself so she wouldn't -- she
10 would research it herself. So I wouldn't
11 waste the time in telling my daughter who
12 is a Ph.D. at UCSF, which is a better
13 medical school than we have here.
14    Q.   Well, that may be true.
15    A.   It is true.
16    Q.   But if she did ask you, what
17 would you answer?
18    A.   I would tell her that she
19 should look into it herself.
20    Q.   Okay. And would that be the
21 same if the Baby Powder was shown to
22 contain asbestos?
23         MR. LOCKE: Objection.
24         THE WITNESS: I don't -- as

Page 83

1     I said, I wouldn't give anybody an
2     opinion on that. That's not my
3     place to give people opinions, so
4     it's -- I -- I don't know how to
5     answer your question.
6  BY DR. THOMPSON:
7     Q.   Well, you are giving
8  opinions today --
9     A.   I'm giving --
10    Q.   -- as to what women should
11 do, right?
12         MS. SHARKO: Object to the
13 form.
14         THE WITNESS: No. No.
15         MS. SHARKO: Lacks
16 foundation.
17         THE WITNESS: I'm not giving
18 my opinion on what women should
19 do. Women should decide for
20 themselves what they should do.
21    I'm giving an opinion on
22 whether talc or Johnson &
23 Johnson's products, whether
24 there's any biological

Page 84

1     plausibility to those agents
2     causing ovarian cancer. That's
3     the basis of my report. And as I
4     understand it, that's why I am
5     here today, to provide testimony
6     on that basis.
7  BY DR. THOMPSON:
8     Q.   And your opinion is there is
9  no biological plausibility to Baby Powder
10 products causing or contributing ovarian
11 cancer in the general sense?
12    A.   Yes. I -- that is
13 definitely my opinion. In fact, if
14 anything, there's evidence that it
15 doesn't.
16         There's no evidence that it
17 does. And the available evidence
18 suggests that it doesn't.
19    Q.   And you know that talcum
20 powder products are no longer used on
21 condoms or dusting diaphragms, correct?
22    A.   I don't know that.
23    Q.   Do you know that the FDA has
24 banned powdered medical exam gloves or

Page 85

1     surgical gloves?
2         MS. SHARKO: Object to the
3     form. Foundation.
4         THE WITNESS: I'm not an
5     expert in regulations that the FDA
6     might have. So I have no reason
7     to know one way or the other, nor
8     why they did it or didn't do it.
9  BY DR. THOMPSON:
10    Q.   So in doing your research
11 for your report, was it irrelevant that
12 talcum powder was no longer used on exam
13 gloves or surgical gloves?
14    A.   No, that wasn't relevant.
15 Because what I consider for my report was
16 the very clear issue of what, if any, is
17 the role of talcum powder products and/or
18 Johnson & Johnson products that contain
19 talc for ovarian cancer pathogenesis.
20    That was the basis of my
21 report and my reading and researching
22 related to this issue.
23    Q.   As a physician would you
24 agree with me that there are no -- no

22 (Pages 82 to 85)

Benjamin G. Neel, M.D., Ph.D.

Page 86

1  known medical benefits from the use of
2  talcum powder products for hygiene
3  purposes?
4      A.   As -- as you established
5  very early, I haven't seen a patient
6  since 1988 so I have no comment on that
7  as a physician.  I'm not a -- I'm not a
8  practicing physician.
9      Q.   So you don't know one way or
10 the other whether there are any medical
11 benefits?
12     A.   I'm not aware of there being
13 any medical benefits.  But I'm not in any
14 way current on the literature of, you
15 know, gynecology so -- or any other
16 possible use of talc.  So I wouldn't
17 really feel comfortable giving an opinion
18 on something that I'm not an expert on.
19          As opposed to the issue of
20 whether talc causes ovarian cancer, which
21 is right in my area of expertise and I'm
22 quite confident in giving you an opinion
23 on that.
24     Q.   Would the average layperson

Page 87

1  know that there are no medical benefits
2  from using Baby Powder?
3      A.   I have no idea what the
4  average layperson does.
5          As I say, I don't see
6  patients.  So I don't really have any way
7  to assess what the average layperson's
8  knowledge is or isn't of talc products.
9      Q.   Would the average layperson
10 understand that there are different
11 molecular subtypes of ovarian cancer?
12     A.   Almost certainly not, since
13 I find that many gynecological
14 oncologists don't, you know, in the
15 community.
16     Q.   Prior to being contacted
17 regarding serving as an expert in this
18 litigation, did Johnson & Johnson, or
19 anyone for that matter, ever contact you
20 to explore the relationship between
21 talcum powder and ovarian cancer in your
22 laboratory?
23     A.   No.
24     Q.   And over 39 years, and I

Page 88

1  think you told us before that you were
2  aware of some debate or discussion
3  regarding the safety of Baby Powder, did
4  anyone ask you to study that issue?
5          MS. SHARKO:  Object to the
6  form.  Lacks foundation.
7          THE WITNESS:  No one asked
8  me to look at this before
9  Mr. Winter came to me.
10         But, you know, I want to --
11 I'm not going to agree with the
12 premise of your question, because
13 I wasn't aware of a debate.
14         I think I said that I was
15 aware of reports in the press that
16 there was litigation.  That
17 doesn't mean that there's a
18 debate.  That just means there's
19 litigation, in my opinion.
20 BY DR. THOMPSON:
21     Q.   Fair enough.
22         So prior to the reports in
23 the news over the past few years, you
24 weren't aware of any concerns about Baby

Page 89

1  Powder in the '70s, '80s, going forward?
2      A.   No.  I wouldn't -- no.
3  Not -- not -- I only read about things
4  about -- you know, regarding talc since
5  Mr. Winter came to me in May of 2017.
6      Q.   And you weren't -- you
7  weren't aware of any concerns about Baby
8  Powder or talcum powder containing
9  asbestos?
10     A.   I -- I read things about
11 that in the course of doing my research
12 on this topic.  But I wasn't aware of it
13 before.
14     Q.   So prior to being consulted,
15 you were not aware of any concerns --
16     A.   Correct.
17     Q.    -- about Baby Powder.
18         I think we've answered this.
19 But other than the literature and
20 document review, you have not done any
21 research on the -- on talcum powder and
22 ovarian cancer, correct?
23     A.   Just to clarify.  I did do
24 one type of research, which is computer

23  (Pages 86 to 89)

Benjamin G. Neel, M.D., Ph.D.

Page 90

1    research which is in my report.  And I
2    want to make sure that I'm not misstating
3    that.
4         I did, you know, for
5    example, test the validity of some of
6    Dr. Saed's claims by just doing simple
7    searches on publicly available websites,
8    some of which were the websites that were
9    cited there.  So I don't know if you
10   count that as research.  But other than
11   that, no.
12        Q.   Okay.  Have you discussed
13   your opinions in this case with anyone
14   else?
15        A.   No.
16        Q.   You have not discussed your
17   opinions with any colleagues?
18        A.   None -- I mentioned that I
19   was participating in this case, but other
20   than that I have not discussed my
21   opinions on this -- I probably discussed
22   them with my wife.  But that's
23   privileged.
24        Q.   I'm not sure it is.  But

Page 91

1    we'll -- we'll give you a pass on that
2    one.
3         A.   Okay.  Actually I was asked
4    by -- last night, my -- there were people
5    in my house, and I said I can't discuss
6    this, so -- she told me I had to go to
7    sleep.
8         Q.   You told -- you mentioned
9    that you had told -- is that colleagues
10   that you've told that you're working on
11   the case?
12        A.   I had explained why I wasn't
13   going to be here today.  So -- and I had
14   to explain why I wasn't going to be
15   here -- why I went to the lawyers'
16   offices several times in the last couple
17   of weeks, so yes.
18        Q.   Okay.  Did you discuss any
19   details as far as your opinions --
20        A.   No.
21        Q.   -- in the case?
22        Do you know Liz Swisher?
23        A.   I don't know her personally.
24   I know her name, yes.

Page 92

1         Q.   I believe she participated
2    in one of the conferences where --
3         A.   I'm sure she did.
4         Q.   -- you were program
5    director?
6         A.   I haven't met her
7    personally.  I know who she is.
8         Q.   Okay.  And does that mean
9    that you have not discussed the case with
10   Liz -- Dr. Swisher?
11        A.   I have definitely not
12   discussed the case.  I don't know.  So I
13   couldn't discuss it.
14        Q.   I understand.
15        You brought with you today
16   invoices that you had submitted to
17   Johnson & Johnson, correct?
18        A.   I didn't bring anything with
19   me today.
20        Q.   Someone did.
21        A.   Okay.
22        Q.   But let me give you a copy
23   of the invoice marked as Exhibit 6.
24        (Document marked for

Page 93

1    identification as Exhibit
2    Neel-6.)
3    BY DR. THOMPSON:
4         Q.   Does this appear to be --
5    this document appear to be invoices that
6    you've submitted?
7         A.   Yes.
8         Q.   And did you prepare these
9    invoices yourself?
10        A.   Yes.
11        Q.   And it looks to me that
12   you've worked on the case about
13   122 hours.  Does that sound about right?
14        A.   Probably.  This doesn't even
15   include the latest invoice.  So it's a
16   little bit more.  Maybe 140 hours,
17   150 hours, something like that.
18        Q.   And you're billing at $750
19   an hour.
20        A.   Yes.
21        Q.   Correct?
22        What did you do to prepare
23   for your deposition today?
24        A.   What did I do?  I re-read

24 (Pages 90 to 93)

Benjamin G. Neel, M.D., Ph.D.

Page 94

1  some of the papers.  I read my report.  I
2  read some of the expert reports.  And I
3  had, as I just alluded to, several
4  discussions with Ms. Sharko and
5  Mr. Zellers.
6       Q.   Did you meet -- when did you
7  meet with the attorneys?
8       A.   I'd have to check my
9  calendar to get the exact dates.  You
10  know, I have so many things to keep in my
11  head, I only try to retain the stuff
12  that's material.
13       Q.   Has it been in the last few
14  days?
15       A.   I met with them very briefly
16  yesterday.  But yes, there have been a
17  couple of conferences.
18       Q.   And for how long did you
19  meet yesterday?
20       A.   An hour and a half maybe.
21  Maybe a little less.
22       Q.   Let's go to your report now.
23  I didn't see a section of your report
24  that describes the methodology that you

Page 95

1  used to reach your opinions.  Can you
2  describe for me as best you can how you
3  formulated the opinions that you gave in
4  your report?
5       A.   I read references that are
6  listed in the report, consulted some
7  additional references that I found were
8  not material.  I did the searches that I
9  explained earlier on GWAS.org and also on
10  the Sanger website and the CCLE website
11  at the Broad.
12       And I read the other expert
13  reports and some of their papers, and I
14  came up with my opinions.
15       Q.   Can you refer me to a
16  published article or textbook chapter or
17  treatise or anything that actually
18  describes the methodology that you used
19  in formulating your opinions and writing
20  your report?
21       A.   I don't think there is a
22  textbook that tells scientists how to
23  arrive at opinions.
24       Q.   How would someone else

Page 96

1  that's trying to study the same issue
2  replicate what you did to formulate their
3  own opinions?
4       A.   Well, the first thing they
5  could do is go to graduate school and
6  medical school, medical residency,
7  postdoctoral fellowship, and have
8  30 years in cancer biology.  That would
9  be the background that you would need to
10  have my opinions in this report.
11       And assuming that you found
12  someone with that degree of training and
13  expertise, they would almost certainly do
14  exactly what I did.
15       Q.   As you described reading the
16  references, searching for additional
17  references and then relying on your 39 --
18  is it 39 years of experience?
19       A.   I don't know.  You'd have to
20  count it.  It's very depressing for you
21  to keep repeating that number.
22       Q.   That is the first time I've
23  repeated it.
24       A.   That's the second time.

Page 97

1       Q.   Is it the second time?
2  Sorry about that.
3       A.   I said it once, and that was
4  depressing enough.
5       Q.   I'm afraid that I have more
6  experience -- or years than that.
7       But did you use the same
8  standards in reaching the opinions in
9  your report that you would use, for
10  example, if you were publishing a paper?
11       A.   Yeah, I think that's
12  actually a good analogy.  This is very
13  similar to a type of strategy that I
14  would use if I were writing a review
15  article.  So I've written about 37 -- or
16  co-authored 37 review articles, or a book
17  chapter.  That's the kind of approach
18  that I would use there.  Very, very
19  similar.  I should have said that
20  actually.  That's a very good analogy.
21       Q.   Oh, you're welcome.
22       Did you do a comprehensive
23  literature review on all relevant topics?
24       A.   I did -- as I think I would

25 (Pages 94 to 97)

Benjamin G. Neel, M.D., Ph.D.

Page 98

1  actually answer now the way you just
2  helped me answer, because I think that's
3  what -- I reviewed this to the degree of
4  depth that I would write an article on.
5  If I were going to write a review on
6  ovarian cancer and talc for a scientific
7  publication, this is the approach that I
8  would use.
9      Q.    Did you do any comprehensive
10 review on fibers and particles and their
11 role in carcinogenesis?
12     A.    No.
13     Q.    Did you do any literature
14 review on asbestos?
15     A.    Only a very limited amount
16 of review of asbestos in the context of
17 ovarian cancer.
18     Q.    Did you do any review on
19 fibrous talc?
20     A.    Not that I recall.  Only in
21 the context of it might have been
22 mentioned in some of the papers that I
23 reviewed.
24     Q.    What is fibrous talc?

Page 99

1      A.    I can't describe.  I'm not a
2  geologist.  I'm a cancer biologist.
3      Q.    Did you use the particular
4  method to weigh the evidence from the
5  literature?
6      A.    I -- it's very hard -- you
7  know, it's very hard to describe how a
8  scientist evaluates data.  We have a lot
9  of training in terms of looking at data
10 and assessing its strengths and
11 weaknesses and coming to a conclusion
12 about that.
13         For example, I am an editor
14 of six -- I'm on the editorial board of
15 six major cancer journals.  I review
16 papers all the time.  I'm reviewing a
17 paper right now, for example, in one of
18 the other areas, not in ovarian cancer,
19 but one of the other areas that I
20 mentioned earlier.  And I applied the
21 same standard to reviewing this
22 literature that I would apply to
23 reviewing a manuscript for Cell, Science,
24 Nature, all of these major journals.

Page 100

1         So I don't know how to
2  describe it any better than that.  It's
3  very similar to the strict approach that
4  we would use for evaluating a new paper
5  we got to review.
6         And that's the same standard
7  that I use when writing a review article.
8  I go to the literature, I read the papers
9  thoroughly, I don't take the conclusions
10 or the statements of the authors at face
11 value.  I look to see whether the data
12 supports it -- whether the data support
13 it, and then I reach a conclusion, and
14 I -- I put that in the review in the
15 context of my evaluation of the paper.
16 And that's what I did here.
17     Q.    So as far as weighing the
18 evidence, would you agree that it's kind
19 of a gestalt, based on your education and
20 experience?
21         MS. SHARKO:  Object to the
22 form of the question.
23         THE WITNESS:  Can you define
24 gestalt?  Because I know people

Page 101

1  use that in the common parlance.
2  And I want to make sure we're
3  being accurate, since it's on the
4  record and I'm testifying.
5  BY DR. THOMPSON:
6      Q.    How would -- in the way that
7  you would define it.
8      A.    I think it's more like what
9  Potter Stewart said about pornography.
10 You know it when you see it, and I know
11 that the studies that I read on the
12 biological plausibility of talc are bad.
13 And I can state exactly why they're bad
14 in multiple ways.  I think I did in my
15 report.
16     Q.    Yeah, and I'm sure you are
17 going to have more opportunity.
18         But would you say it's more
19 subjective than objective?
20     A.    No, I would say it's quite
21 the contrary.  It's quite objective.  Bad
22 science is very objective.  People who
23 are trained in the art can tell it.
24     Q.    But I'm talking about the

26 (Pages 98 to 101)

Benjamin G. Neel, M.D., Ph.D.

| Page 102 | Page 104 |
|---|---|
| 1  methodology, the objective methodology. | 1      A.   Absolutely. |
| 2      A.   I'm trying as best I can to | 2      Q.   Did you perform a Bradford |
| 3  explain the methodology. | 3  Hill analysis to determine causation in |
| 4          You read the paper, okay. | 4  this case? |
| 5  You look at the data.  You see if the | 5      A.   Well, I'm not an |
| 6  data supports the claims.  Okay.  And | 6  epidemiologist.  Bradford Hill criteria |
| 7  unfortunately, in many journals, the data | 7  are epidemiological criteria.  I did, you |
| 8  doesn't support the claims, even though | 8  know, read -- in the course of doing my |
| 9  the authors say it supports the claims. | 9  research, I did read the Bradford Hill |
| 10          So, you know, there is a lot | 10  paper, and I did address several of the |
| 11  of papers that are published that either | 11  issues that Bradford Hill addressed. |
| 12  overstate their data or provide evidence | 12          But, you know, as I said, |
| 13  that is not rigorous and they still get | 13  my -- my expertise, as I think you know, |
| 14  published, because, you know, there's a | 14  is primarily in the area of cancer |
| 15  paper for every journal and a journal for | 15  biology.  And, you know, I did read the |
| 16  every paper, as my mentor once said. | 16  epidemiological literature from the |
| 17      Q.   And that process is using | 17  standpoint of someone who is trained as a |
| 18  your professional judgment I assume, | 18  physician and also who is in charge of |
| 19  right? | 19  running the epidemiology and cancer |
| 20      A.   I think judgment is a little | 20  control program for our cancer center |
| 21  soft there.  It's using my professional | 21  grant.  So I do have a little -- I have |
| 22  experience. | 22  the ability to read that, but my |
| 23      Q.   Experience. | 23  expertise is primarily the cancer biology |
| 24      A.   And -- experience and | 24  expertise.  And that's where I -- I feel |

| Page 103 | Page 105 |
|---|---|
| 1  judgment. | 1  I have the most definitive training and |
| 2      Q.   And judgment. | 2  expert and -- and knowledge. |
| 3      A.   Yes. | 3      Q.   So I think you'd agree that |
| 4      Q.   Okay. | 4  you are not an epidemiologist, per se? |
| 5      A.   And training.  I mean, you | 5      A.   No, I'm not an |
| 6  know, I've been doing this for a while. | 6  epidemiologist.  I think I stated that. |
| 7      Q.   39 years, right? | 7      Q.   And -- and you don't hold |
| 8      A.   See, you're just doing that | 8  yourself out to be an epidemiologist -- |
| 9  to upset me.  It's not fair.  It's not | 9      A.   No. |
| 10  fair to upset the witness. | 10      Q.   -- correct? |
| 11      Q.   You know I'm going to get | 11          Have you ever performed a |
| 12  that in every time I can from now on. | 12  Bradford Hill analysis in the course of |
| 13      A.   I'm going to have to | 13  your work as a cancer biologist? |
| 14  calculate to see if it really is 39.  It | 14      A.   No. |
| 15  might be 38. | 15      Q.   Do you agree that scientists |
| 16      Q.   Regarding the report, do you | 16  can look at the same body of literature |
| 17  intend to write up your opinions as to a | 17  and reach different conclusions? |
| 18  review article in this case? | 18      A.   Sometimes. |
| 19      A.   I hadn't thought of doing | 19      Q.   And that's in a general |
| 20  it, no.  But... | 20  sense, I'm asking that question. |
| 21      Q.   But you'd be willing to | 21      A.   Sometimes.  But not often. |
| 22  submit your report to -- for peer review? | 22      Q.   So -- so credible and |
| 23      A.   Sure. | 23  qualified scientists don't always agree. |
| 24      Q.   Is that a fair assumption? | 24  Would you say that's right? |

27 (Pages 102 to 105)

Benjamin G. Neel, M.D., Ph.D.

Page 106

1        A.   When they don't agree,
2   that's because the data aren't strong
3   enough to reach agreement.  The essence
4   of science is that it's empirical, which
5   means that people can make the same
6   observations in different places at
7   different times when using the same
8   methods.  And they can, therefore, reach
9   the same conclusion.
10          When scientists disagree,
11  it's because the science is not settled.
12       Q.   And you would agree that
13  there are often debates in medicine and
14  science?
15       A.   I would answer the question
16  the same way I just answered.  That when
17  there are debates in medicine and
18  science, it's because the science has not
19  established to a reasonable scientific
20  certainty that something is or isn't
21  true.
22       Q.   And it's your opinion in
23  this case regarding the relationship
24  between the genital use of talcum powder

Page 107

1   and ovarian cancer, that the science is
2   settled?
3        A.   No.  It is my opinion that
4   there is no scientific evidence to
5   support the contention that talc applied
6   perineally causes ovarian cancer.  There
7   is --
8        Q.   So the science is not
9   settled?
10          MS. SHARKO:  Wait, wait.
11       Let him finish his answer.
12          DR. THOMPSON:  You don't
13       have to remind me every time --
14       when I do it, it's unintentional.
15       And I will pause as soon as I see
16       that he's going to continue to
17       talk.
18  BY DR. THOMPSON:
19       Q.   Go ahead, Dr. Neel.
20       A.   There is no -- the available
21  evidence does not support to any
22  scientific credibility that perineal talc
23  causes ovarian cancer.  That is my
24  opinion.

Page 108

1        Q.   You -- I just want to make
2   clear.
3          So in your opinion, the
4   science has settled that there's no
5   association, correct?
6        A.   You -- you can't -- in
7   science you can't prove a negative.
8   So -- you can only prove a positive.  And
9   I will restate my opinion, because that's
10  my opinion.
11          There is no credible
12  scientific evidence that perineal talc
13  causes ovarian cancer at all.  There's no
14  evidence.
15       Q.   Leave out the credible.  Is
16  there no evidence?
17       A.   In science there is no such
18  thing as uncredible -- incredible
19  evidence.  There's evidence and there's
20  bad science.
21       Q.   Okay.
22       A.   So if you'd like me to say
23  that there's bad science that claims that
24  ovarian cancer is caused by talc, I guess

Page 109

1   I could say that.  It's bad science.
2        Q.   And I don't want you to say
3   anything.  I just want -- want you to
4   give what your opinions are.
5        A.   No, there is no credible --
6   there is no credible scientific evidence
7   that perineal talc causes ovarian cancer
8   in my opinion.
9          DR. THOMPSON:  I'm at a
10       breakpoint if that -- if this is a
11       good time for -- for you, Doctor?
12          THE WITNESS:  Sure, I was
13       just going to say.  I think that
14       would be good actually.
15          THE VIDEOGRAPHER:  Remove
16       your microphone.  The time is
17       10:21 a.m.  Going off the record.
18          (Short break.)
19          THE VIDEOGRAPHER:  We are
20       back on the record.  The time is
21       10:40 a.m.
22  BY DR. THOMPSON:
23       Q.   Dr. Neel, looking at your
24  report, Page 8, you have a section that

28 (Pages 106 to 109)

Benjamin G. Neel, M.D., Ph.D.

Page 110

1    speaks of the hallmarks of cancer with a
2    reference to Dr. Hanahan's paper, 2011,
3    titled "Hallmarks of Cancer."  And that's
4    just been marked as Exhibit 8.
5              (Document marked for
6              identification as Exhibit
7              Neel-8.)
8    BY DR. THOMPSON:
9         Q.    You'll agree that this is a
10   classic paper in the field of cancer
11   biology, wouldn't you?
12        A.    Yeah, it's a review article,
13   but yes.
14        Q.    And -- right, a review
15   article.  It does -- it's not reporting
16   primary research.
17              And reading in the abstract,
18   talking about the hallmarks of cancer
19   which include sustaining proliferative
20   signaling, evading growth suppressors,
21   resisting cell death, enabling
22   replicative immortality, inducing
23   angiogenesis, and activating invasion and
24   metastases.

Page 111

1              Did I read that correctly as
2    far as the hallmarks?
3         A.    Yes.
4         Q.    With some difficulty.
5         MS. SHARKO:  Wait, wait.
6    Where are you reading from?
7         THE WITNESS:  She's right
8    there.
9         MS. SHARKO:  Oh, you are
10   reading from the paper.
11        THE WITNESS:  Reading from
12   the text.
13        MS. SHARKO:  Okay.
14   BY DR. THOMPSON:
15        Q.    And then the next sentence,
16   "Underlying these hallmarks are genome
17   instability which generates the genetic
18   diversity that expedites their
19   acquisition, and inflammation, which
20   fosters multiple hallmark functions."
21              Why did you not mention
22   inflammation in your description of the
23   cancer hallmarks as reported by Hanahan
24   in his review article, 2011?

Page 112

1         A.    Because the hallmarks are
2    the things you read.  As it says,
3    underlying these hallmarks are certain
4    things.  But the reason is that -- so
5    again, you have to distinguish between
6    inflammation that accompanies cancer and
7    those cancers that have a component of
8    inflammation in their initiation.  I
9    think that's what we are talking about
10   here.
11              And there is no evidence
12   that ovarian cancer, or at least serous
13   cancers, which is the major topic here,
14   have inflammation as part of their, you
15   know, initiation phase.  And there's
16   evidence against it.
17        Q.    So it's your opinion that
18   inflammation does not play a role in the
19   initiation of ovarian cancer?
20        A.    Yes.
21        Q.    And you would --
22        A.    In high grade serous ovarian
23   cancer.
24        Q.    And you would agree that

Page 113

1    there are certainly other cancer
2    researchers that would disagree with that
3    opinion, correct?
4         A.    I don't know who
5    specifically you're talking about.  But I
6    would -- I'm happy to go over, you know,
7    whatever particular, you know, opinion
8    you are talking about.
9         Q.    So you're not aware of any
10   scientist that would have the opinion
11   that inflammation can play a role in the
12   pathogenesis of epithelial ovarian
13   cancer?
14        A.    No, I didn't say that.
15        MR. LOCKE:  Objection to
16   form.
17        THE WITNESS:  I didn't say
18   that.
19              There's clearly -- am I --
20        MS. SHARKO:  Answer.  Go
21   ahead.
22        THE WITNESS:  She's not
23   looking.  So I assumed.
24   BY DR. THOMPSON:

29 (Pages 110 to 113)

Benjamin G. Neel, M.D., Ph.D.

| Page 114 | Page 116 |
|---|---|
| 1    Q.   I just wanted to make sure I | 1   which was not possible previously. |
| 2   asked the right question.  And I think I | 2        DR. THOMPSON:  Object as |
| 3   did, so -- | 3   nonresponsive. |
| 4        A.   Okay.  There's clearly | 4   BY DR. THOMPSON: |
| 5   inflammation in ovarian cancer.  But that | 5        Q.   Because my question was, are |
| 6   doesn't mean that inflammation is | 6   there other scientists who would disagree |
| 7   involved in the initiation of ovarian | 7   that inflammation does not play a role in |
| 8   cancer, which is the issue under study | 8   the pathogenesis of ovarian cancer? |
| 9   here.  Okay. | 9        A.   Well, again, in the -- I |
| 10        Q.   And my question was about | 10   don't think there's anybody who would |
| 11   the initiation. | 11   disagree with the statement that I just |
| 12        A.   Okay.  So in the context of | 12   made.  Okay. |
| 13   high grade serous cancer, there is no | 13        I think that when -- there's |
| 14   compelling evidence that there is any | 14   definitely inflammatory responses to the |
| 15   inflammation involved in that process. | 15   cancer.  Okay.  And cancer does play -- |
| 16   If you look at -- we now know, and again | 16   inflammation does play a role in the |
| 17   this is relatively recent information. | 17   pathogenesis of ovarian cancer from the |
| 18        But in the last 15 years or | 18   standpoint of when you have a fully |
| 19   so, it's becoming increasingly clear that | 19   developed ovarian cancer, whether there's |
| 20   there are very well-defined | 20   inflammation present, and to what type of |
| 21   pre-neoplastic lesions on the fallopian | 21   inflammation will affect clinical |
| 22   tube called STICs, which stands for | 22   response and also survival. |
| 23   serous tubular intraepithelial | 23        That doesn't mean that |
| 24   carcinomas -- and in serous tubal | 24   inflammation is causal to ovarian cancer. |

| Page 115 | Page 117 |
|---|---|
| 1   intraepithelial carcinomas -- and there's | 1   And I think that's where maybe there's |
| 2   earlier lesions that can be seen, called | 2   some confusion. |
| 3   STILs or p53 signatures. | 3        Q.   Would you agree that |
| 4        And those have been studied | 4   carcinogenesis usually refers to, not |
| 5   pathologically by Malmberg, et al. and | 5   only the initiation, but the promotion |
| 6   also by, you know, Dr. Shi, whose | 6   and progression of cancer? |
| 7   report -- expert report I did, has done | 7        A.   Yes.  But I think that, |
| 8   an independent -- I read, has done an | 8   again, the cancer is present from the |
| 9   independent assessment. | 9   standpoint once you have a STIC.  So that |
| 10        And if you look in those | 10   is a cancer. |
| 11   lesions, there's no evidence of | 11        Q.   So if there were scientists |
| 12   inflammation.  So that's -- we know for | 12   that did believe that inflammation plays |
| 13   sure that those lesions are | 13   a role in the pathogenesis of ovarian |
| 14   pre-neoplastic. | 14   cancer, not -- not limiting that to just |
| 15        So we have actually, since | 15   the initiation, would they just be wrong? |
| 16   the discovery of these lesions and the | 16        A.   I can't respond to a |
| 17   underlying molecular pathogenesis that | 17   hypothetical question like that without |
| 18   accompanies these lesions, we're able to | 18   seeing exactly what we're talking about. |
| 19   say with quite a bit of scientific | 19   So if you want to show me the actual |
| 20   confidence that they are pre-neoplastic | 20   context of the statement, I'm happy to |
| 21   and in the case of STICs, the first stage | 21   offer an opinion one way or the other |
| 22   in ovarian cancer. | 22   about that.  But I can't respond to a |
| 23        So we actually can see | 23   sort of, with respect, somewhat vague |
| 24   snapshots of the initiation process, | 24   hypothetical about scientists of -- that |

30 (Pages 114 to 117)

Benjamin G. Neel, M.D., Ph.D.

Page 118

1  aren't specified and exactly what they
2  said.
3      Q.   How about other subtypes
4  besides serous?
5      A.   Yeah, again, the -- there
6  are data that, for example, pelvic
7  inflammatory disease may be involved in
8  some forms of low grade serous cancer.
9  But there it's not clear if it's the
10 inflammation or the agent itself.  And
11 the recent data would suggest it's
12 probably a specific agent there as
13 opposed to inflammation, per se.
14     Q.   Back to the Hanahan article,
15 Page 658, "Emerging Hallmarks."  And his
16 paper does not deal exclusively with
17 ovarian cancer.  You'll agree, correct?
18     A.   Correct.
19     Q.   Under the chart, "Emerging
20 Hallmarks," he does list -- it's a he?
21     A.   Yeah.  It's
22 Hanahan/Weinberg.  I'm sure Bob Weinberg
23 would be very insulted if you thought
24 that he was --

Page 119

1      Q.   Yeah, I thought so.  But
2  I -- a lot of our other papers are
3  written by women.
4           And there is an emerging
5  hallmark described as tumor-promoting
6  inflammation.  And you would agree that
7  tumor-promoting inflammation is an
8  emerging hallmark, correct?
9      A.   In certain cancers,
10 inflammation plays a very important rule.
11 There's no evidence that that's for
12 ovarian cancer.  No compelling --
13     Q.   But you would agree that
14 other scientists have published that
15 inflammation does play a role in ovarian
16 cancer, correct?
17     A.   Again, I'm not sure what
18 exact publications that you're referring
19 to and in what context.  So I can't
20 comment on a vague question like that.  I
21 need to see the actual statement.
22     Q.   So you're not aware of any
23 literature where it is published that
24 inflammation plays a role in ovarian

Page 120

1  cancer?
2           MS. SHARKO:  Object to the
3  form.  Misstates his testimony.
4           THE WITNESS:  Yeah, again,
5  what I said before, was there's no
6  question that inflammatory cells
7  are involved in fully blown
8  ovarian cancer.
9           If you look at a full -- if
10 I take an ovarian cancer from a
11 patient, it will have between 20
12 and sometimes up to 85 or
13 90 percent inflammatory cells.
14          So there's no question that
15 the body tries to respond to the
16 cancer with an inflammatory
17 response.  But that's not the same
18 as saying that inflammation is
19 involved in the pathogenesis of
20 ovarian cancer.
21          For example, like
22 inflammation is clearly involved
23 in the pathogenesis of gastric
24 cancer caused by H. pylori.

Page 121

1           So you have to -- you know,
2  you have to consider the
3  specifics, which is why I can't
4  comment on your, you know,
5  question about other scientists
6  and inflammation.  I need to see
7  the actual claim.
8  BY DR. THOMPSON:
9      Q.   Okay.  Are the inflammatory
10 pathways outlined in the Hanahan study
11 plausible?
12     A.   Which inflammatory pathways
13 are you talking about?
14     Q.   The one that he describes --
15     A.   Where -- where are you in
16 the -- okay.  So, for example, on page
17 664, immune inflammatory cells --
18          I'm sorry.  I lost my
19 microphone.
20          Let's -- if you go to Page
21 664, under the title "Immune Inflammatory
22 Cells."
23          "Also, as discussed above,
24 infiltrating cells of the immune system

31 (Pages 118 to 121)

Benjamin G. Neel, M.D., Ph.D.

Page 122

1  are increasingly accepted to be generic
2  constituents of tumors." That's exactly
3  what I said. Okay. They are generic
4  constituents of tumors. That does not
5  speak to the initiation event. And again
6  these inflammatory cells operate in
7  conflicting ways, both tumor antagonizing
8  and tumor promoting --
9       MS. SHARKO: You have to
10  read a little slower.
11       THE WITNESS: Oh, I'm sorry.
12  I switch into fast mode when I'm
13  reading.
14       MS. SHARKO: That's okay.
15       THE WITNESS: "These
16  inflammatory cells operate in
17  conflicting ways. Both
18  tumor-antagonizing and
19  tumor-promoting leukocytes can be
20  found in various proportions, if
21  not in most, all neoplastic
22  lesions."
23       So that's -- that's exactly
24  what I said before. The cancer --

Page 124

1       A.  No. Again, this was a
2  general --
3       Q.  That's a yes-no question.
4  You left that out of your report, right?
5       A.  I didn't discuss it in
6  that -- in that particular place in my
7  report.
8       Q.  Okay. Let's go to another
9  general cancer article.
10       You are familiar with
11  Dr. Balkwill I'm sure?
12       A.  Yes.
13       Q.  And Dr. Balkwill, I think,
14  was a featured speaker at one of your
15  conferences --
16       A.  I know Fran personally.
17       Q.  -- and you know her.
18       A.  Yes.
19       Q.  Do you respect her as a
20  credible scientist?
21       A.  Yes.
22       DR. THOMPSON: I'm going to
23  mark Dr. Balkwill's review
24  article.

Page 123

1       there is no question that when you
2  have a cancer developing, that the
3  cell -- the body tries to respond
4  to it usually. And depending on
5  the nature of the response, that
6  response can antagonize the tumor
7  or it can help the tumor, because
8  the tumor adapts ways to respond
9  to it in a positive way.
10  BY DR. THOMPSON:
11       Q.  And --
12       A.  But that's not initiation.
13       Q.  Yeah, that wasn't my
14  question either.
15       A.  Okay.
16       Q.  But you will agree that in
17  using this review article to describe the
18  hall -- hallmarks of cancer, and it
19  wasn't a specific discussion of ovarian,
20  it was a discussion of all cancers, you
21  left out the -- several places in the
22  Hanahan report where the authors discuss
23  inflammation and its role in cancer,
24  correct?

Page 125

1       (Document marked for
2  identification as Exhibit
3  Neel-9.)
4       MS. SHARKO: Do we have an
5  Exhibit 7? This is Exhibit 9,
6  right?
7       MR. ZELLERS: Yes, it should
8  be 9. The last one was 8.
9       (Whereupon, a discussion was
10  held off the record.)
11       DR. THOMPSON: I don't have
12  a 7 sticker. But we'll -- we'll
13  figure that out at the break.
14  BY DR. THOMPSON:
15       Q.  Are you familiar with this
16  article --
17       A.  Yes.
18       Q.  -- titled, "Inflammation and
19  cancer: Back to Virchow?"
20       A.  Yes. Virchow.
21       Q.  Virchow, sorry.
22       And this article, reading
23  from the abstract again, "Reviews the
24  links between cancer and inflammation and

32 (Pages 122 to 125)

Benjamin G. Neel, M.D., Ph.D.

Page 126

1  discusses the implication of these links
2  for cancer prevention and treatment.  We
3  suggest that the inflammatory cells and
4  cytokines found in tumors are more likely
5  to contribute to tumor growth,
6  progression, and immunosuppression than
7  they are to mount an effective host
8  anti-tumor response.  Moreover cancer
9  susceptibility and severity may be
10  associated with functional polymorphisms
11  of inflammatory cytokine genes, and
12  deletion or inhibition of inflammatory
13  cytokines inhibits development of
14  experimental cancer.
15          "If genetic damage is the
16  'match that lights the fire' of cancer,
17  some types of inflammation may provide
18  the 'fuel that feeds the flames.'"
19          Would you agree with that
20  statement that Dr. Balkwill made in this
21  review article?
22      A.    Which statement?  There's a
23  number of statements there.
24          Would I agree with all of

Page 127

1  it?
2      Q.    Would you agree with all of
3  that?
4      A.    Insofar as it generally says
5  what's true in cancer in general, yes.
6  Insofar as it refers to specific issues
7  that are raised in my report and in my
8  testimony thus far, not completely.
9          And I would also note that
10  this paper is from 2001 which basically
11  makes it ancient history.
12      Q.    And if you --
13      A.    Just so you -- can I just
14  complete that?
15          There's been more learned
16  about ovarian cancer in the last ten
17  years than in all of reported history
18  before then.  So really, citing papers
19  from 2001 are really not relevant to
20  current ovarian cancer pathogenesis or
21  what our knowledge is of current ovarian
22  cancer pathogenesis.
23      Q.    Looking at the chart,
24  Panel 1, some associations between

Page 128

1  inflammation and cancer risk.
2          Cancer risk would be the
3  cause or the initiation of cancer, right?
4      A.    I'm not sure what she meant
5  there.  But generally that's true.
6      Q.    You wouldn't refer to risk
7  of -- when you have a cancer that's
8  already there, would you?
9      A.    No, definitely not.
10      Q.    And doctor --
11      A.    But actually in the -- can I
12  finish my statement?
13          But in the context of the
14  fact that cancer is a genetic disease and
15  the genetic damage that causes cancer is
16  what lights the fire, I think she's
17  actually said that this is not involved
18  in cancer initiation because this fuels
19  the flames.
20          So if you use her own
21  language, I think it supports my position
22  on this subject which has actually
23  developed much more since 2001.
24      Q.    And I'm looking at

Page 129

1  Panel 1 --
2      A.    Yes.
3      Q.    -- some associations between
4  inflammation and cancer risk.
5      A.    Mm-hmm.
6      Q.    And it does list ovarian --
7      A.    Yes, it does.
8      Q.    -- correct, in this chart?
9      A.    Mm-hmm.
10      Q.    And the inflammatory
11  stimulus or condition is listed as pelvic
12  inflammatory disease, talc, tissue
13  remodeling.
14      A.    Mm-hmm.
15      Q.    Is Dr. Balkwill wrong about
16  that?
17      A.    Yes.  She is incorrect
18  according to modern knowledge, yes, on
19  those details.
20      Q.    Despite --
21      A.    The tissue remodeling is
22  probably correct.  The other two are
23  unclear.  More recent evidence does
24  suggest a possible connection with pelvic

33 (Pages 126 to 129)

Benjamin G. Neel, M.D., Ph.D.

Page 130

1    inflammatory disease, as I already said.
2    But that's very -- very recent, hasn't
3    been firmly established yet.
4            And, in fact, the
5    conclusions of the articles that -- that
6    discuss the risk of pelvic inflammatory
7    disease state that more research is -- is
8    needed.
9            And I'm actually quite
10   interested in the recent abstract that
11   was at last year's ACR, I want to see if
12   the paper comes out on Chlamydia
13   trachomata and serous cancers, because
14   that would actually be quite interesting
15   as it would tie ovarian cancer
16   pathogenesis to a specific agent, which
17   has not been done before.
18       Q.    And -- and --
19       A.    There is increasing evidence
20   that specific infectious agents are
21   actually relevant in various cancers.  So
22   that would be interesting.
23           The talc data was quite
24   immature in 2001 so I don't really think

Page 131

1    it's even relevant to discuss it at this
2    point.  I think that we've had many --
3    much more data since then.  And that the
4    same data was available to IARC in 2010
5    and they found it not, you know,
6    compelling.
7        Q.    And IARC 2010 reviewing
8    literature up to 2006 specifically dealt
9    with non-asbestiform talc, correct?
10       A.    The same talc that
11   Dr. Balkwill lists in this paper.
12       Q.    How do you know what talc
13   she is referring to?
14       A.    Well, she just says talc
15   which is, you know, basically -- if we
16   look at the paper I'm sure we can find
17   the citations to the same papers that
18   IARC considered.
19       Q.    But you've -- you've already
20   testified that when you use talc, you're
21   referring to talcum powder products;
22   whereas, IARC was specific about
23   non-asbestiform talc, correct?
24           MR. LOCKE:  Objection to

Page 132

1    form.
2            THE WITNESS:  So there's two
3    questions there.  Can we break
4    them in half?
5            You said I've already
6    testified as to this.
7            What I testified to is that
8    I considered whatever was defined
9    as talc in the papers that I read.
10   And in some cases, specific talc
11   was defined as Johnson & Johnson
12   talc.
13           In others, it was just
14   generic talc.  In still others it
15   was defined as, for example, talc
16   from Sigma.
17           We'd have to go through
18   every single paper to see what
19   talc was used in the particular
20   study.  Some of the studies also
21   used a mixture -- not a mixture,
22   but they combined perineal powders
23   to include cornstarch.  So each
24   paper is different, okay?  We

Page 133

1        can't lump them together.
2    BY DR. THOMPSON:
3        Q.    Okay.
4        A.    What was the second half of
5    the question?  Because I didn't catch
6    that.
7        Q.    Let's go on.  Have you
8    talked to Dr. Balkwill about the opinions
9    regarding talc in this paper?
10       A.    No.  As I told you, I
11   haven't spoken to anybody about my
12   opinions in this case.
13       Q.    Did you review this paper
14   when you were looking at the subject of
15   talc and its relationship to ovarian
16   cancer?
17       A.    I did scan through this
18   paper.  That's -- I'm familiar with this
19   paper anyway.  But as I said, it's from
20   2001.  2001 really is like, it's like
21   ancient history in cancer biology.  I
22   know that sounds crazy, but it really is.
23       Q.    You would agree that our
24   plaintiffs in this case, most of which

34 (Pages 130 to 133)

Benjamin G. Neel, M.D., Ph.D.

Page 134

1  were using talcum powder throughout
2  decades, but certainly were using it in
3  2001, correct?
4      A.   I don't know what your -- I
5  don't know your specific plaintiffs,
6  except that I know that they had ovarian
7  cancer, for which I'm very sorry.
8      Q.   So when this paper came out
9  in 2001 stating that there was some
10  association between inflammation and
11  cancer risk, listing ovarian as the
12  malignancy that it applied to and talc as
13  an inflammatory stimulus and condition,
14  would that have caused anyone concern in
15  2001?
16          MR. LOCKE:  Objection.
17          MS. SHARKO:  Object to the
18      form.
19          THE WITNESS:  Who is
20      "anyone"?
21  BY DR. THOMPSON:
22      Q.   Would that have caused you
23  concern about whether talc should be used
24  by women in the genital region in 2001

Page 135

1  when this paper was published?
2      A.   So -- okay, if I were
3  involved in regulation in 2001, I would
4  have done exactly what I did in this
5  case, which was to review the literature
6  available at the time.  And I would have
7  found it wanting and not compelling, as
8  IARC did in 2010, when they reviewed the
9  literature that it was up to 2006, which
10  obviously included this paper in 2001.
11          So I think that the fact
12  that it's stated in this paper as an
13  association, does not mean that
14  Dr. Balkwill did an extensive review of
15  the literature, as I did.
16          And, therefore, I really
17  doubt that if Fran Balkwill were sitting
18  right here, she would say otherwise.
19      Q.   That's pure speculation,
20  correct?
21      A.   Okay.  Yes.
22      Q.   You don't know what kind of
23  review she did?
24      A.   Well, I do know that I

Page 136

1  reviewed all of the literature in this
2  area.
3      Q.   I asked what she did.
4      A.   I don't know what she did.
5  But we can look at her citations.
6      Q.   Have you spoken to
7  Dr. Balkwill about her opinions in this
8  paper?
9      A.   No.  I said that I hadn't.
10      Q.   And when was the last time
11  that you spoke to her?
12      A.   The last time I saw Fran was
13  probably 2015, maybe.  I don't know for
14  sure though.  I saw her at a meeting.
15      Q.   Are you familiar with Simone
16  Reuter?
17      A.   Well, I don't know.  I have
18  to see the spelling.  Maybe I am and it's
19  just not pronounced correctly.
20          (Document marked for
21      identification as Exhibit
22      Neel-10.)
23  BY DR. THOMPSON:
24      Q.   And this is another review

Page 137

1  article that will be Exhibit 10.  Have
2  you seen this article before?
3      A.   I don't think so.  But I
4  know these authors.
5      Q.   Okay.  And are they credible
6  researchers scientists in your opinion?
7      A.   No.
8      Q.   And what led you to make
9  that conclusion?
10      A.   I've reviewed some papers by
11  the senior author and I find them to be
12  very poor.
13      Q.   These authors are at M.D.
14  Anderson Cancer Center in Houston,
15  correct?
16      A.   I don't know if they're
17  still there.  But yes.  This is --
18      Q.   That's where they wrote this
19  paper?
20      A.   -- from 2010.
21      Q.   And M.D. Anderson certainly
22  has a good reputation as a cancer center,
23  correct?
24      A.   Well, I actually

35 (Pages 134 to 137)

Benjamin G. Neel, M.D., Ph.D.

Page 138

1  participated in external reviews of
2  various programs at M.D. Anderson. And I
3  find some of the scientists are good and
4  some of them are not very good. And I've
5  written that, and knowing -- we
6  participate in a review of one of the
7  departments there. So I'm pretty
8  familiar with the science at M.D.
9  Anderson.
10      It's a gigantic institution,
11  and the quality of the research varies
12  from laboratory to laboratory.
13      Q.   Okay. And this article is
14  titled, from 2010, "Oxidative Stress,
15  Inflammation, and Cancer: How Are They
16  Linked?"
17      And in the abstract, the
18  authors state, "How oxidative stress
19  activates inflammatory pathways leading
20  to transformation of a normal cell to
21  tumor cell, tumor cell survival,
22  proliferation, chemo resistance,
23  radioresistance, invasion, angiogenesis,
24  and stem cell survival is the focus of

Page 139

1  this review."
2      Would you agree that those
3  events, starting with inflammatory
4  pathways leading to, are hallmarks of
5  carcinogenesis?
6      A.   I think that as I said
7  before, in some cancers chronic
8  inflammation is definitely part of the
9  initiation event.
10      This paper is from 2010.
11  And it is generically talking about
12  pathways that are involved in cancer. It
13  has no specific relevance to ovarian
14  cancer. And in fact, as I said before,
15  the evidence today in 2019, which is a
16  lifetime ago from 2010 in cancer biology,
17  directly assesses this with knowledge of
18  the premalignant lesions and looking at
19  the premalignant lesions and finding no
20  inflammation.
21      Q.   At what point in time can we
22  consider an article that relates to
23  ovarian cancer as relevant?
24      A.   It depends on -- it depends

Page 140

1  on the specific topic. Different things
2  are developing at different times. So
3  the genomics, for example, the genetic
4  changes occurring, I would say largely
5  defined in the beginning of 2012.
6      The evidence showing cell of
7  origin is still somewhat emerging. It
8  depends on the specific details.
9      Q.   So any theory or any --
10  scratch that.
11      Any mechanism that describes
12  oxidative stress and inflammation as
13  relevant to the pathogenesis of
14  epithelial ovarian cancer is irrelevant?
15      A.   No, I didn't say that.
16  First of all, I think that you're
17  conflating several things. Oxidative
18  stress is separate from inflammation.
19  They can be linked, they can be separate.
20  We'd have to talk about each one of them
21  separately.
22      In terms of oxidative
23  stress, the oxidative stress in most
24  cases that's associated with cancer

Page 141

1  pathogenesis is coming from endogenous
2  reactive oxygen formation that's
3  catalyzed by cellular respiration through
4  mitochondria and the uncoupling reactions
5  that occur there.
6      Q.   And any scientist who
7  disagrees with that is wrong?
8      A.   With what?
9      Q.   What you just said?
10      A.   Which part? That oxidative
11  stress and inflammation are
12  intellectually linked?
13      Q.   That it's coming from --
14  catalyzed by cellular rest through
15  mitochondria --
16      A.   Respiration.
17      Q.   Respiration.
18      -- and not from exogenous or
19  extrinsic factors.
20      A.   It depends --
21      MS. SHARKO: Wait, wait.
22  What is the question?
23  BY DR. THOMPSON:
24      Q.   That the cancer would be

36 (Pages 138 to 141)

Benjamin G. Neel, M.D., Ph.D.

Page 142

1  coming from mitochondrial respiration --
2  endogenous mitochondrial respiration and
3  not extrinsic factors.
4      A.   It depends on the specific
5  cancer and it depends on the specific
6  context.
7          For example, in the case of
8  H pylori induced gastric cancer, the
9  H pylori provokes inflammation, and the
10  inflammation results in the immigration
11  of immune cells and they may contribute
12  to oxidative stress by producing reactive
13  oxygen species.
14          But in many cancers, the
15  reactive oxygen is coming from endogenous
16  respiration, and one of the theories for
17  obesity and causing cancer goes through
18  that.
19          In the case of ovarian
20  cancer, there may be -- there is evidence
21  that is still emerging about whether
22  follicular fluid has reactive oxygen
23  species in it, and that may contribute to
24  the incessant ovulation hypothesis.

Page 143

1      Q.   Okay.  I didn't ask about
2  H pylori or follicular fluid.
3      A.   Well, you asked about
4  cancer.
5          MS. SHARKO:  You don't need
6      to respond to that.  She's going
7      to ask you another question.
8  BY DR. THOMPSON:
9      Q.   These authors state,
10  "Overall, observations to date suggest
11  that oxidative stress, chronic
12  inflammation, and cancer are closely
13  linked."
14          Do you agree or disagree
15  with that statement?
16      A.   I think that it depends on
17  the context and that that -- a general
18  statement like that is not necessarily
19  correct for any individual cancer.
20      Q.   Well, the context is in a
21  review article about cancer in general.
22          "Overall, observations to
23  date suggest that oxidative stress,
24  chronic inflammation, and cancer are

Page 144

1  closely linked."
2          Do you agree or disagree
3  with that statement?
4      A.   I agree with that for some
5  cancers, but I don't agree with that for
6  all cancers.
7          So, again, to talk about
8  cancer as an entity is even more
9  irrelevant than to talk about epithelial
10  ovarian cancer as a -- as an entity.
11  It's like talking about infectious
12  disease.
13      Q.   Okay.  And in Table 2 of
14  this article, the authors include a
15  partial list of cancers that have been
16  linked to reactive oxygen species.  And
17  ovarian cancer is listed, isn't it?
18      A.   We can look at the
19  reference.  I have to see what the
20  reference is.
21      Q.   Well, I'm just asking you if
22  it's listed in this table.
23      A.   It's listed in the table.
24      Q.   Okay.  That was my question.

Page 145

1          In your report, you list the
2  differences between a risk factor and a
3  causal association, correct?
4      A.   Yes.
5      Q.   And what are those
6  differences?
7      A.   A causal association has
8  some biological plausibility attached to
9  it, a mechanistic plausibility.
10      Q.   And turning to Page 16 of
11  your report under plausibility.
12          MS. SHARKO:  You can't write
13      on the exhibits.
14          THE WITNESS:  Oh, I can't
15      draw?  Sorry.
16  BY DR. THOMPSON:
17      Q.   You state, "For an agent to
18  be adjudged the cause of cancer, there
19  must be a demonstration of a plausible
20  biochemical mechanism."
21          What do you mean by
22  demonstration?
23      A.   What do I mean by
24  demonstration?

37 (Pages 142 to 145)

Benjamin G. Neel, M.D., Ph.D.

Page 146

1    Q.   Yes.
2    A.   Experiment, scientific, you
3  know, proof.  Evidence.
4    Q.   Doesn't that mean more than
5  plausible?
6    A.   No.
7    Q.   Does plausible mean that
8  there has to have been an experiment
9  demonstrating the mechanism?
10   A.   There has to be some
11  evidence that the mechanism is true, yes.
12  You know, just a hypothesis is not
13  plausibility.  Not biochemical
14  plausibility.
15   Q.   So in your opinion, the
16  plausible mechanism has to be actually
17  demonstrated by an experiment, correct?
18   A.   Yes.
19   Q.   Let's look at the Bradford
20  Hill.
21       I believe you used this
22  reference when you were doing the
23  Bradford Hill evaluation in your report?
24   A.   Which reference?

Page 147

1    Q.   The Bradford Hill 1965.  The
2  original report.
3    A.   Mm-hmm.
4       DR. THOMPSON:  And I'll go
5  ahead and mark this Exhibit 11.
6       (Document marked for
7  identification as Exhibit
8  Neel-11.)
9  BY DR. THOMPSON:
10   Q.   Let's actually look at --
11  this will be Page 4, Page 298 of the
12  original paper.
13   A.   Page 2.  Line what?
14   Q.   298, under plausibility.
15   A.   Yep.
16   Q.   And at least the Bradford
17  Hill framework under plausibility states,
18  "It will be helpful if the causation we
19  suspect is biologically plausible.  But
20  this is a feature I am convinced we
21  cannot demand.  What is biologically
22  plausible depends on the biological
23  knowledge of the day."
24       Would you agree with me that

Page 148

1  Bradford Hill, when originally providing
2  his guidelines, did not require that the
3  mechanism be demonstrated by
4  experimentation?
5       MS. SHARKO:  Well, you
6  didn't read that whole -- the
7  whole section.  Right?
8       DR. THOMPSON:  I read what I
9  read.
10      If Dr. Neel needs to read
11  the whole section to answer my
12  question, he can.
13      THE WITNESS:  Yeah.  This
14  was in the context -- I read the
15  whole paper.  And this was in the
16  context of when you have a hazard
17  ratio of like, 240 to 1, like they
18  did for chimney sweeps, then, you
19  know, the requirement for
20  experiment is less.
21      But for, you know, a series
22  of epidemiological associations
23  which are conflicting and weak,
24  the biological plausibility

Page 149

1  becomes essential.
2       And then also this paper was
3  written in 1965 when cancer
4  biology was developed to a far
5  lesser extent.
6       So I think that the general
7  standard for a cancer biologist to
8  accept causation would require
9  experiments in 2019.  And I state
10  that as an editor -- a member of
11  the editorial board of six
12  journals, including the two most
13  prominent cancer biology journals.
14      I can assure you that no one
15  would accept a manuscript for
16  publication in a high quality
17  journal that did not have evidence
18  of biological plausibility
19  supported by experiments in 2019.
20  BY DR. THOMPSON:
21   Q.   I'm just asking you
22  Dr. Hill's statements regarding
23  plausibility.
24   A.   Well, I suspect Dr. Hill is

38 (Pages 146 to 149)

Benjamin G. Neel, M.D., Ph.D.

Page 150

1  no longer alive, but this is from 1965.
2  And I don't think we should be applying
3  1965 standards to 2019 science.
4      Q.   Isn't that what you applied
5  in your report when you did the causation
6  analysis?
7      A.   I applied the general
8  frame -- I applied the general framework.
9  I didn't apply the -- every conclusion in
10  Dr. Hill's paper.
11     Q.   Okay.
12     A.   Standards change over time.
13     Q.   But looking at Bradford
14  Hill, as published in 1965, and as you
15  said, you applied in your report to some
16  degree, you would agree that the
17  mechanism does not have to be proven,
18  correct?
19     A.   The mechanism does not have
20  to be proven to say what?
21     Q.   To say that -- to be
22  causative, the mechanism for how the
23  agent is associated with an outcome, that
24  causative, that it doesn't have to be

Page 151

1  proven?
2      A.   There has to be some
3  evidence for it.  Some -- some credible
4  scientific evidence for which there is
5  none in the current case.
6      Q.   Where could I find the --
7  the standard that you apply that it has
8  to be demonstrated in an experiment for
9  something to be causal?
10     A.   Where could you find that
11  standard?
12     Q.   Where would I find an
13  article that says that's the standard
14  that should be used?
15     A.   I'm telling you, I'm telling
16  you as a scientist who is the editor of
17  major scientific journals and a reviewer
18  for every major scientific journal, that
19  that is the accepted standard in science.
20          ==If you ask any major==
21  ==scientist in the United States what is==
22  ==the accepted standard for establishing==
23  ==causation, they will tell you a==
24  ==mechanism-based experiment.  I don't==

Page 152

1  ==think you can find a credible scientist==
2  ==in the world -- or in the United States==
3  ==or the world who would say otherwise.==
4  That is generally accepted scientific
5  practice in 2019.
6      Q.   And that's Dr. Neel's
7  standard?
8      A.   No.  That is generally
9  accepted scientific practice in 2019.
10         I'm sure that if -- you
11  know, if you asked any other significant
12  scientist in the United States, they
13  would agree with that statement.
14     Q.   But where can I find that
15  published?
16     A.   I don't -- I mean I don't
17  know if it is published.  But that is
18  generally the -- that is definitely the
19  standard.
20     Q.   You would agree that
21  plausible and demonstrable do not mean
22  the same thing, right?
23     A.   In the context of biological
24  plausibility, yes, they do -- they do

Page 153

1  mean the same thing essentially.
2          They mean experimentally
3  demonstrated or experimentally supported.
4      Q.   Does the Bradford Hill
5  analysis require the evidence to be
6  compelling?
7      A.   I don't know what -- what
8  the Bradford Hill analysis means, whether
9  Bradford Hill -- it doesn't mean -- I
10  don't know if he uses the word
11  compelling.  We can read through the
12  entire thing.
13         Again, I want to clarify, I
14  used the Bradford Hill framework to reach
15  my conclusions.  I didn't necessarily use
16  every single statement in Bradford Hill's
17  paper.
18     Q.   I agree.  But I'm just
19  talking about the Bradford Hill
20  guidelines that you cited and applied in
21  your report.
22     A.   Framework.
23     Q.   Do -- does the Bradford Hill
24  framework require that the evidence be

39 (Pages 150 to 153)

Benjamin G. Neel, M.D., Ph.D.

Page 154

1 compelling?
2      A.   We can read through the
3 whole thing and see if he uses the word
4 "compelling."
5      Q.   Okay.  Go ahead.
6      A.   Okay.
7      Q.   It would be under biological
8 plausibility.  That's what we're
9 referring to.
10      A.   Well, again, as I said
11 before, the -- this is one of the
12 criteria.  If the other criteria are
13 weak, this becomes extremely important.
14 And there is no strong evidence of
15 anything else.
16          So I don't really -- I don't
17 know if he uses the word "compelling" in
18 here.  But in my opinion, in order to
19 establish biological plausibility, there
20 has to be compelling scientific evidence,
21 yes.
22      Q.   Okay.  All right.  In your
23 opinion, does a Bradford Hill analysis
24 require the evidence to be convincing?

Page 156

1 used the Bradford Hill analysis, as a
2 framework.
3      Q.   And direct and plausible
4 mean different things, right?
5      A.   Direct and plausible mean
6 different things?  They clearly mean
7 different things, but they don't mean
8 different things in the context of
9 convincing scientific evidence of
10 biological plausibility.
11      Q.   Okay.  So in --
12      A.   The common use --
13      Q.   In the way that you have
14 interpreted a causation analysis, a
15 plausible mechanism would need to be
16 direct evidence, correct?
17          MS. SHARKO:  Were you done
18      with your last answer?
19          THE WITNESS:  I can answer
20      it in the context of this
21      question.
22          Can you repeat the question
23      though?
24 BY DR. THOMPSON:

Page 155

1      A.   Yes.  Not a Bradford Hill.
2 My analysis.  I can't really comment on
3 what Bradford Hill would see as the
4 standard.
5          As I said, I used the
6 Bradford Hill framework to frame my
7 report.  I did not use Bradford Hill's
8 personal opinion, obviously.  I used my
9 scientific opinion.
10      Q.   Okay.  But I'm -- but you
11 had referred to the Bradford Hill
12 analysis in your report, so I'm just
13 trying to understand how you used that
14 analysis in --
15      A.   As a framework.
16      Q.   -- as a framework.
17          Did the Bradford Hill
18 analysis require that evidence be direct?
19      A.   As I said, I used the
20 Bradford Hill -- the Bradford Hill paper
21 as a framework to discuss the issues
22 regarding the pathogenesis of ovarian
23 cancer and the relationship, if any, to
24 talc.  Okay.  That is the only way that I

Page 157

1      Q.   In the way that you have
2 interpreted a causation analysis, a
3 plausible mechanism would need to be
4 direct evidence, correct?
5      A.   It would need to be direct
6 experimental evidence.
7      Q.   Direct experimental
8 evidence.
9      A.   Yes, yes.
10      Q.   And --
11      A.   And can I finish?  I
12 actually wasn't finished.
13      Q.   I'm sorry.
14      A.   Direct experimental evidence
15 that is scientifically credible that
16 there is a causal relationship between
17 the agent and the disorder under
18 question, whether it's neoplastic or not.
19      Q.   And same thing with
20 definitive.  Does the Bradford Hill
21 framework work require that for evidence
22 to be plausible, it should be definitive?
23      A.   Again, I'm not using -- I'm
24 using Bradford Hill criteria as a

40 (Pages 154 to 157)

Benjamin G. Neel, M.D., Ph.D.

Page 158

1    framework for addressing the issues of
2    causation here in my report.
3          I don't know whether --
4    whether -- what was -- what was the word?
5    Credible?
6        Q.   We're on definitive.
7        A.   Definitive.  In my
8    professional opinion, evidence has to be
9    definitive to attribute causation.  Yes.
10         And by definitive, I mean
11   credible scientific data to support the
12   plausibility claim.  And there is none in
13   this case.
14       Q.   Does the evidence under a
15   Bradford Hill framework for the mechanism
16   to be plausible need to be conclusive?
17       A.   Again, I'm going to say the
18   same thing that I said before.
19         In order to have an argument
20   in favor of biological plausibility, the
21   data has to be conclusive and convincing.
22         Bad data are of no use.  Bad
23   experiments are of no use.  Sometimes
24   they are of less than no use, because

Page 159

1    they are misleading.
2        Q.   And this is the last one.
3        A.   Sure.
4        Q.   And I just want to
5    understand words that you have used in
6    your report.
7        A.   Mm-hmm.
8        Q.   Using a Bradford Hill
9    framework, does evidence for plausibility
10   need to be strong?
11       A.   In my opinion, to attribute
12   causation of any agent to the initiation
13   of any malignancy, the evidence has to be
14   strong, convincing, and definitive, yes.
15       Q.   Okay.  Let's move on to
16   another topic.
17         Is it your opinion that the
18   genital use of talcum powder is not a
19   risk factor for epithelial ovarian
20   cancer?
21       A.   Yes.  That's my opinion.
22       Q.   And can you cite any
23   literature that explicitly states that
24   talcum powder use in the perineal area is

Page 160

1    not a risk factor for epithelial ovarian
2    cancer?
3        A.   That states it's not?
4        Q.   Yes.  An article that says
5    we have reviewed the evidence and talcum
6    powder is not a risk factor for
7    epithelial --
8        A.   I think that it's not an
9    established risk factor.  There is no --
10   there is no agreement on talc being a
11   risk factor for ovarian cancer.  So it's
12   not an established risk factor.
13         I think, you know, we can go
14   to my report, but I'm pretty sure
15   statements were made to that effect by
16   IARC, possible.  They said the data
17   aren't compelling.  So yes.
18       Q.   Is it not what -- is it that
19   it's not well established, or is it not a
20   risk factor?
21       A.   There is no compelling
22   evidence.  There is no credible
23   scientific evidence that it's a risk
24   factor.  There is no consistent evidence

Page 161

1    that it's a risk factor.  There is no
2    agreed-upon definition that it's a risk
3    factor.
4        Q.   Is it a possible risk
5    factor?
6        A.   I think that, you know, IARC
7    considers it a possible carcinogen as of
8    2010.
9          I think the evidence that's
10   developed 2010 makes it less likely that
11   it's even possible.
12       Q.   Could credible scientists
13   look at the evidence and determine that
14   the genital use of talcum powder is a
15   risk factor for ovarian cancer?
16       A.   No, not in my opinion.  I
17   don't think so.
18       Q.   So would those doctors or
19   scientists, looking at the evidence and
20   reaching those opinions be uninformed?
21       A.   I can't comment on the basis
22   of their opinions without seeing their
23   opinions.
24       Q.   But at least in your

41 (Pages 158 to 161)

Benjamin G. Neel, M.D., Ph.D.

Page 162

1  opinion, they could not credibly come to
2  that conclusion?
3      A.   Not based on the evidence
4  that I reviewed and considered in my
5  report, no.
6      Q.   Okay.  And you have a
7  section in your report on risk factors
8  for ovarian cancer in which you discuss
9  some of them, beginning on Page 12.
10         You only cite one article,
11 and that is the Reid paper.  And we'll
12 mark that as 12.
13         (Document marked for
14         identification as Exhibit
15         Neel-12.)
16         MS. SHARKO:  Where -- where
17 are you talking about?
18         THE WITNESS:  It's on the
19 next page.
20         MS. SHARKO:  So we're not on
21 Page 12.
22         DR. THOMPSON:  Well, it
23 begins multiple factors likely
24 contribute to ovarian cancer, on

Page 163

1  Page 12.
2      THE WITNESS:  I got it.
3  BY DR. THOMPSON:
4      Q.   This is the paper that you
5  refer to in your report as really the
6  only paper that you -- that you cite on
7  risk factors for ovarian cancer, correct?
8      A.   Yes, because it's the most
9  recent comprehensive review on the
10 subject.
11     Q.   And the authors are
12 epidemiologists, correct?
13     A.   Yes.
14     Q.   They are not physicians,
15 correct?
16     A.   No, but Tom Sellers is an
17 expert in ovarian cancer epidemiology.  I
18 know him personally.  He is the director
19 of Moffitt Cancer Center in Tampa.
20     Q.   And the authors actually
21 state that "other possible risk factors
22 include environmental and lifestyle
23 factors such as asbestos and talc powder
24 exposures."

Page 164

1         Do they state that?
2      A.   Actually I think you're
3  misstating their conclusions.  I'll read
4  their conclusions.
5      Q.   Well, I -- only --
6      A.   "However a" --
7      Q.   I --
8      A.   You asked me a question.
9  Can I answer it?
10     Q.   I -- I am reading, did I
11 read this correctly:  "Other possible
12 risk factors include environmental and
13 lifestyle factors such as asbestos and
14 talc powder exposures and cigarette
15 smoking."
16         Did I read that correctly?
17     A.   Where are you reading at?
18     Q.   In the abstract?
19         MS. SHARKO:  So wait a
20 minute.  You asked him a question.
21 He tried to answer it.  You
22 interrupted him.
23         DR. THOMPSON:  Well, I asked
24 him --

Page 165

1         MS. SHARKO:  He gets to
2  answer the question or you
3  withdraw it.
4         DR. THOMPSON:  I asked him
5  if they stated that.  He did not
6  need to tell me about something
7  else when I was asking the
8  question, was that stated by the
9  authors.
10        MS. SHARKO:  You don't need
11 to raise your voice.  He's trying
12 to answer your question.
13        DR. THOMPSON:  Okay.  All
14 right.
15        Let's just start all over.
16 I think the record will speak for
17 itself.
18 BY DR. THOMPSON:
19     Q.   Dr. Neel, do the authors
20 state --
21     A.   Where are you quoting from
22 first?
23     Q.   In the abstract, the next to
24 the last sentence.

42 (Pages 162 to 165)

Benjamin G. Neel, M.D., Ph.D.

Page 166

1        Do the authors state:
2   "Other possible risk factors include
3   environmental and lifestyle factors such
4   as asbestos and talc powder exposures and
5   cigarette smoking"?
6        A.   Yes, that's what it says
7   there.  But it's out -- you are reading
8   it out of context.
9        Q.   I just ask if they say that.
10        But you didn't include in
11   your report where you use this article,
12   that the authors stated that possible
13   risk factors include environmental and
14   lifestyle factors such as asbestos and
15   talc exposure, did you?
16        A.   The entire -- my entire
17   report was focused around talc.  The
18   other -- what I cited in this context, in
19   my report, were the other claimed risk
20   factors in ovarian cancer.  I was
21   discussing the other risk factors.  The
22   rest of the report concerns my views on
23   talc as a risk factor.  So there was no
24   reason to cite it here.  The entire

Page 167

1   report concerns that.
2        But again, I must insist
3   that you are taking out of context
4   Dr. Reid -- Dr. Sellers' conclusions.  I
5   found Dr. Sellers' conclusions to be
6   quite continent with my own based on the
7   actual section --
8        Q.   And you'll have another
9   opportunity if Ms. Sharko wants to come
10   back.
11        MS. SHARKO:  Wait.
12        Were you done with your
13   answer?
14        THE WITNESS:  I was almost
15   done.  Okay.
16        MS. SHARKO:  Finish your
17   answer.
18        THE WITNESS:  If one goes to
19   Page 18 of the same paper that
20   you're citing, and actually reads
21   the section on asbestos and talcum
22   powder, you will see that his
23   opinions and mine are almost
24   identical.

Page 168

1        So I -- I don't really think
2   there's any conflict here.
3        And you stated out of
4   context what's in the abstract.
5        And -- and again, a lot of
6   times when authors are setting up
7   a paper, they will post, you know,
8   all possibilities that are in the
9   literature and then they will
10   reach their own conclusions.
11        So for you to lift that out
12   of context is really not accurate
13   in my opinion.
14   BY DR. THOMPSON:
15        Q.   And did you review any other
16   articles that discussed risk factors for
17   ovarian cancer other than the Reid paper?
18        A.   Yes, I -- I read multiple
19   papers on ovarian cancer pathogenesis,
20   but I can't tell you right now.
21        I cited this one, because
22   this is the most up-to-date comprehensive
23   view of ovarian cancer risk factors.
24        And my goal in my report was

Page 169

1   not to write a review of all the risk
2   factors for ovarian cancer.  The goal of
3   my report and the topic which I'm here to
4   testify here today on, is the role of
5   talc and Johnson & Johnson products in --
6   and the possible role of talc and Johnson
7   & Johnson products in ovarian cancer
8   pathogenesis.
9        The entirety of my report
10   focuses primarily on that issue.  This
11   section on other risk factors was in the
12   context of background of other issues
13   concerning ovarian cancer.  Not whether
14   or not talc was involved.
15        Q.   Okay.  Let's just look at
16   some other articles relating to risk
17   factors --
18        A.   Sure.
19        Q.   -- and see if there are
20   scientists that disagree with that
21   opinion.
22        A.   Well, I just want to clarify
23   again.  Dr. Sellers does not --
24        MS. SHARKO:  Wait, wait,

43 (Pages 166 to 169)

Benjamin G. Neel, M.D., Ph.D.

Page 170

1  wait.
2       THE WITNESS: -- disagree
3  with my opinion.
4  BY DR. THOMPSON:
5       Q.   I -- we have moved on from
6  Dr. Sellers.
7       A.   Okay.  Well, you said other
8  scientists so I just want to get --
9       Q.   Well, I'm about to show
10  you --
11       A.   Okay.
12       MS. SHARKO:  She's going to
13  ask you a new question.
14  BY DR. THOMPSON:
15       Q.   I'm going to ask you a new
16  question.
17       MS. SHARKO:  That was just a
18  speech.
19       THE WITNESS:  Okay.
20       MS. SHARKO:  Wait for a
21  question.
22       THE WITNESS:  I thought that
23  was -- okay.
24       MS. SHARKO:  Okay.

Page 171

1       There is exhibit -- what is
2  that, 13?
3       (Document marked for
4       identification as Exhibit
5       Neel-13.)
6  BY DR. THOMPSON:
7       Q.   And I'm handing you
8  Exhibit 13, which comes from a textbook
9  titled "Cancer Prevention and Screening."
10       And if you will turn to
11  Page 337.
12       MS. SHARKO:  Do you have the
13  year on this?
14       THE WITNESS:  2019.  It's on
15  the bottom of the first page.
16  BY DR. THOMPSON:
17       Q.   So you would agree that --
18       A.   What page please?
19       Q.   337.
20       A.   Okay.
21       Q.   So you'll agree that this is
22  an up-to-date chapter in a textbook as
23  well?
24       A.   Yes, but I've never heard of

Page 172

1  these authors.
2       Q.   Okay.  That wasn't the
3  question.
4       Under lifestyle factors,
5  these authors state, "A lot of work has
6  been done to clarify the risk reduction
7  of various lifestyle approaches, such as
8  alcohol, obesity, cigarette smoking and
9  talc use.  Some of these are subtype
10  specific, such as endometriosis,
11  cigarette smoking and obesity, while
12  others are general risk factors.
13       "Use of talc in the genital
14  area has consistently been shown to
15  increase the risk of ovarian cancer and,
16  therefore, is not recommended."
17       Did I read that correctly?
18       A.   Yes, you did.
19       Q.   So these authors at least do
20  consider talc use a risk factor, correct?
21       A.   Apparently.
22       Q.   And -- and consider it a
23  general risk factor, even understanding
24  that there are some risk factors that are

Page 173

1  subtype specific, correct?
2       A.   Well, I think these authors
3  have no knowledge of modern cancer
4  biology, because it's not possible to
5  cause the same genetic defects with a
6  different agent that works by different
7  mechanisms.
8       Q.   So the authors of this paper
9  in your opinion are wrong?
10       A.   Yes, in my opinion.
11       I should also -- can I just
12  say one other thing about this?
13       Q.   Yes.
14       A.   It's notable that they cite
15  references for alcohol, obesity and
16  cigarette smoking, but they don't cite
17  any references for talc use.  So I can't
18  respond to --
19       Q.   And there's no -- there's no
20  question pending on the table.
21       MS. SHARKO:  Let him finish.
22  Let him finish.
23       MS. O'DELL:  There's no
24  question --

44 (Pages 170 to 173)

Benjamin G. Neel, M.D., Ph.D.

Page 174

1   DR. THOMPSON:  There's no
2   question.
3   THE WITNESS:  I didn't
4   finish my answer.
5   MS. O'DELL:  This is not his
6   opportunity just to speak without
7   a question.  There is no question.
8   MS. SHARKO:  He was
9   answering the question.
10   DR. THOMPSON:  He was not
11   answering my question.
12   MS. SHARKO:  That's your
13   opinion, because you don't like
14   it.  Dr. Neel, finish your answer.
15   BY DR. THOMPSON:
16   Q.   Exhibit -- Exhibit 14 --
17   MS. SHARKO:  Stop.  Dr.
18   Neel, finish your answer.
19   BY DR. THOMPSON:
20   Q.   Are you finished with your
21   question, Dr. Neel?
22   A.   No, I was saying --
23   Q.   I mean your answer.
24   A.   -- in reading the piece --

Page 175

1   the part that you mentioned, it's notable
2   that they don't reference anything for
3   their statement on talc use.  It would be
4   much more helpful if we could see what
5   evidence they want to adduce to make
6   their claim.
7   I provided very substantial
8   evidence in support of my opinions.  And
9   I've also been able to discuss them.
10   This is, you know, an
11   isolated statement if a textbook that,
12   you know, probably hasn't undergone
13   scientific review.
14   Q.   Well, risk factors, you
15   cited one article.  We'll make that
16   clear.
17   MS. SHARKO:  Well, wait.
18   No, wait a minute.  You don't just
19   get to lob out comments.
20   BY DR. THOMPSON:
21   Q.   Did you cite one article in
22   your risk factor discussion in your
23   paper?
24   A.   I cited one article about

Page 176

1   risk factors, but I didn't cite one
2   article about talc, which is the issue.
3   Q.   Dr. Neel, if you would try
4   as best you can to answer my question.
5   A.   I am answering your
6   question.
7   Q.   And my question was just did
8   you cite one article.  And the answer
9   would be yes.
10   I just handed you a paper --
11   MR. LOCKE:  Objection.
12   MS. SHARKO:  You don't --
13   you don't need to respond to that
14   speech.  Let's move on to the next
15   exhibit.
16   DR. THOMPSON:  I don't think
17   I had a question.
18   (Document marked for
19   identification as Exhibit
20   Neel-14.)
21   BY DR. THOMPSON:
22   Q.   The next article is from
23   2012, "Ovarian Cancer Etiology, Risk
24   Factors, and Epidemiology."

Page 177

1   And these authors, turning
2   to Page 6, have a chart listing risk
3   factors for epithelial ovarian cancer.
4   If you'll turn to that, it's
5   on Page 6.
6   A.   Yeah I have it.
7   MS. SHARKO:  And this is
8   Exhibit 14 for the record.
9   DR. THOMPSON:  Exhibit 14.
10   MS. SHARKO:  Thank you.
11   BY DR. THOMPSON:
12   Q.   And at least these authors,
13   list under inflammatory risk factors that
14   increase the risk for ovarian cancer,
15   perineal talc use, endometriosis, and
16   pelvic inflammatory disease.
17   Would you agree that these
18   authors list talc -- perineal talc
19   exposure as a risk factor?
20   A.   They do.  But this is
21   completely non-consummate with modern
22   research.
23   Q.   I'm just asking you if the
24   authors list it.

45 (Pages 174 to 177)

Benjamin G. Neel, M.D., Ph.D.

Page 178

1      A.   Yes, they --
2      Q.   Okay.  And so these
3  scientists who do feel -- are of the
4  opinion that it's a risk factor are
5  wrong?
6      A.   I don't know that they're
7  scientists.  I mean, they --
8      Q.   They're doctors.  These
9  doctors --
10     A.   There's a big difference
11 between a doctor and a scientist.  Since
12 I have both degrees, I can state that to
13 a very strong degree of confidence.
14     Q.   Are you saying that someone
15 has to have two degrees to --
16     A.   No, but I'm saying that I'm
17 very familiar with the difference in the
18 training of the average physician and the
19 average scientist and their ability to
20 evaluate scientific data, and they're not
21 the same.
22     Q.   The next one --
23     A.   There are definitely --
24          Can I finish?  There are

Page 179

1  definitely physicians who are eminently
2  qualified to evaluate scientific data.
3  But the average practicing physician is
4  not able to evaluate modern molecular
5  data like the molecular biologist or
6  cancer biologist.  They're different
7  disciplines.
8      Q.   If an M.D., gynecologic
9  oncologist, who is familiar with the
10 literature in the field gives an opinion
11 that talcum powder use in the genital
12 area can cause or contribute to ovarian
13 cancer, are they wrong?
14     A.   Possibly.  In my opinion
15 they're wrong, because I've reviewed the
16 literature comprehensively including the
17 molecular literature, which they are
18 probably not capable of evaluating, and
19 they're not capable -- the average
20 gynecologist oncologist is definitely not
21 capable of evaluating the modern
22 molecular data, such as mutational
23 signatures and other more modern and
24 comprehensive analyses that would speak

Page 180

1  to any particular agent's ability to
2  cause any kind of cancer.
3          We know a lot -- and by the
4  way, again, you're citing papers from
5  2012.  That's a lifetime ago in cancer
6  biology, and specifically in ovarian
7  cancer pathogenesis.  We know much more
8  about the cell and molecular biology of
9  ovarian cancer today than we did then.
10         And the fact that they put
11 endometriosis in here is exemplary of
12 that, because we know that endometriosis
13 is a risk factor only insofar as the
14 cancer is probably coming from the
15 endometrial cells.
16     Q.   And let's turn --
17     A.   It's a cell of origin issue.
18 It's not a carcinogenesis issue.
19     Q.   The next -- the next paper
20 that I'm going to give you is titled
21 "Risk Factors For Ovarian Carcinoma."
22         (Document marked for
23         identification as Exhibit
24         Neel-15.)

Page 181

1  BY DR. THOMPSON:
2      Q.   And this was published in
3  2018, correct?
4      A.   Mm-hmm.
5      Q.   If you'll turn to Page 4.
6          MS. SHARKO:  So for the
7      record, this is Exhibit 15.
8          DR. THOMPSON:  I'm sorry.
9      Exhibit 15.
10         MS. SHARKO:  Okay.  Thank
11     you.
12         DR. THOMPSON:  I'll try to
13     be better about that.
14 BY DR. THOMPSON:
15     Q.   This article titled "Risk
16 Factors For Ovarian Cancer," if you'll
17 turn to Page 4.  There's a chart with
18 risk factors.
19         And this particular paper
20 does divide the risk factors up by
21 subtype, correct?
22     A.   Yes.
23         MS. SHARKO:  You are allowed
24     to read the paper.

46 (Pages 178 to 181)

Benjamin G. Neel, M.D., Ph.D.

Page 182

1    THE WITNESS: I'm looking at
2  it, yeah.
3    MS. SHARKO: Okay.
4    THE WITNESS: Mm-hmm.
5  BY DR. THOMPSON:
6    Q.  And the heading for Table 1
7  is "Summary of Putative Cells of Origin
8  and Identified Risk Factors For Specific
9  Ovarian Cancer Histologic Subtypes,"
10 correct?
11   A.  Yes.
12   Q.  And so these authors at
13 least considered the different subtypes
14 when they were trying to classify the
15 risk factors, correct?
16   A.  Yes.
17   Q.  And if you'll look in this
18 chart under the heading Lifestyle Risk
19 Factors, "Genital powder use is included
20 under subtype all serous and subtype
21 endometrioid and subtype clear cell."
22   A.  Mm-hmm.
23   Q.  Do you agree that authors
24 considered that a risk factor for those

Page 183

1  three subtypes?
2    A.  Yes.
3    Q.  Are these authors wrong?
4    A.  Yes.  And the reason they
5  are wrong is because, if you look at the
6  mutational signature, the type of
7  molecular causation of clear cell and
8  endometrioid cancer, it's completely
9  different than the molecular basis for
10 serous ovarian cancer.
11   One of them is caused by
12 chromosome abnormalities in copy number
13 variations, and the other is caused by
14 point mutations in pathways that I've
15 spent my entire career studying.
16   (Document marked for
17   identification as Exhibit
18   Neel-16.)
19 BY DR. THOMPSON:
20   Q.  Next, Exhibit 16.
21   This is another paper that
22 discusses risk factors.  It's part of the
23 African American cancer epidemiology
24 study that's published numerous articles.

Page 184

1    Looking at the -- and it was
2  published in 2018?
3    A.  Mm-hmm.
4    Q.  Looking at the end of the
5  paper, page -- I don't see the page.  But
6  at the very end before, in -- in
7  summary --
8    A.  In the discussion?
9    Q.  In -- in discussion,
10 conclusions.  It states, "In particular,
11 talc powder use" --
12   A.  I'm sorry, I can't see where
13 we are.
14   Q.  They --
15   A.  Oh, I see.  Okay.  I got it.
16   Q.  In the last -- next to the
17 last paragraph.
18   "In particular, talc powder
19 use is highly prevalent in the African
20 American community and has been found to
21 be associated with increased risk of
22 ovarian cancer in this and other studies.
23 Indeed, regression models excluding talc
24 use overestimated the associations in our

Page 185

1  analysis."
2    Do you agree that these
3  authors consider talc use to result in
4  increased risk of ovarian cancer in
5  African American population?
6    A.  This is yet another of many
7  case-control studies which, you know,
8  claim to see an association.  But they
9  are subject to the same type of recall
10 bias and other classification bias that
11 is prone to be found in case-control
12 studies.
13   The cohort studies don't
14 show this.  And they are much more
15 reliable in my opinion.
16   That -- you know, so yes,
17 they say it, but that doesn't make it
18 true.
19   Q.  So these authors are wrong
20 to consider talc use a risk factor for
21 ovarian cancer?
22   A.  I don't think they've done a
23 complete analysis of the literature and
24 they are probably not capable of

47 (Pages 182 to 185)

Benjamin G. Neel, M.D., Ph.D.

Page 186

1  evaluating the molecular issues.
2        (Document marked for
3     identification as Exhibit
4     Neel-17.)
5  BY DR. THOMPSON:
6     Q.   The next article is marked
7  Exhibit 17.  It's a patient by Wu and her
8  colleagues.
9        MS. SHARKO:  It's a paper.
10        DR. THOMPSON:  What did I
11     say?
12        MS. SHARKO:  Patient.
13        DR. THOMPSON:  Sorry.  Oh
14     boy.
15  BY DR. THOMPSON:
16     Q.   It's a paper.
17        MS. SHARKO:  It's almost
18     like a patient.
19  BY DR. THOMPSON:
20     Q.   Let's -- let's ask that
21  question over again.
22        Exhibit 17 is a paper by
23  Dr. Wu that discusses the nongenetic risk
24  factors for ovarian cancer, correct?

Page 187

1     A.   Mm-hmm.
2     Q.   And under the discussion
3  section of this paper, the authors state
4  that, first paragraph, "With the high
5  mortality" --
6     A.   Where -- I'm sorry, I have
7  to find it.
8     Q.   Under discussion, first
9  paragraph.  Page 1098.
10        "With the high mortality and
11  the lack of effective early screening for
12  ovarian cancer, better understanding of
13  preventive risk factors is a priority.
14  The primary motivation for this analysis
15  was to determine whether the six
16  confirmed nongenetic risk factors for
17  IEOC (parity, use of oral contraceptives,
18  tubal ligation, endometriosis, first
19  degree family history of ovarian cancer,
20  and use of genital talc in non-Hispanic
21  whites are also risk factors in Hispanics
22  and African Americans)."
23        Do you agree that these
24  authors believe the use of genital talc

Page 188

1  to be a confirmed nongenetic risk factor
2  for ovarian cancer?
3     A.   They apparently do.
4     Q.   And are these authors wrong
5  as well?
6     A.   Yes.  And I -- I --
7     Q.   You didn't hesitate with
8  that opinion, did you?
9     A.   No.  Because again, if
10  you -- if you -- you're pulling out
11  individual case-control studies.  And we
12  already know that 60 percent of the
13  case-control -- 67 percent of the
14  case-control studies reach one
15  conclusion, 33 percent reach the other
16  conclusion, and all the cohort studies
17  are negative.
18        That is why if you read a
19  review like Dr. Sellers' review, which is
20  a comprehensive review of the recent
21  literature concerning risk factors, you
22  will find an opinion very similar to
23  mine, which is that there is no
24  compelling evidence that talc was a

Page 189

1  causal -- is a cause of ovarian cancer.
2  And that's the basis of my opinion.
3        This is an -- this is a
4  single paper of a case-control study and,
5  you know, that's not as strong as
6  considering the entire body of the
7  evidence as I've done in my report.
8     Q.   But doctors and scientists
9  that have a different opinion as you've
10  stated are wrong, correct?
11        MS. SHARKO:  Object to the
12     form of the question.
13        THE WITNESS:  In -- in each
14     individual case, I'm happy to tell
15     you whether I think they are wrong
16     or not.  Okay.
17        Since I haven't met every
18     doctor and scientist who may have
19     a particular opinion, it would be
20     inappropriate for me to say that
21     all doctors and scientists who
22     have a different opinion are
23     wrong.
24        If someone comes up with

48 (Pages 186 to 189)

Benjamin G. Neel, M.D., Ph.D.

Page 190

```
 1        some evidence that is convincing,
 2     I will change my opinion.  Right
 3     now, all of the available evidence
 4     suggests that there is no
 5     association between genital talc
 6     and ovarian cancer.  And some of
 7     their evidence says that there
 8     isn't.
 9        So there is no evidence to
10     support the case that genital talc
11     application causes ovarian cancer
12     in my scientific opinion.
13  BY DR. THOMPSON:
14     Q.    Where is the evidence that
15  there isn't?
16     A.    Where is the evidence that
17  there isn't?
18     Q.    I think I asked you that
19  before and you could not cite to an
20  article that said it is not a risk
21  factor.
22     A.    I --
23     Q.    So I would like for you to,
24  if you do have one, I would like to know
```

Page 191

```
 1  what --
 2     A.    Oh.  So --
 3        MS. SHARKO:  Object.  Object
 4     to the form of the question.
 5     Lacks foundation.  Misstates his
 6     testimony and apparently asked and
 7     answered since you said you asked
 8     it before.
 9        DR. THOMPSON:  Well, he had
10     a different answer.  I wanted to
11     clarify it.
12        MS. SHARKO:  I don't think
13     so.
14  BY DR. THOMPSON:
15     Q.    Dr. -- Dr. Neel, do you
16  have -- just so I am clear.
17        Do you have an article that
18  you can point to that explicitly states
19  that talcum powder is not a risk factor
20  for ovarian cancer?
21     A.    So that was a different
22  question than you just asked before.
23  The -- the question you asked before is
24  do I have a paper that says that genital
```

Page 192

```
 1  talc is not a risk factor for ovarian
 2  cancer.  And I said that was a risk
 3  factor question.
 4        If you ask me is there any
 5  evidence that genital talc causes ovarian
 6  cancer, there are several papers which
 7  argue against that and I'm happy to cite
 8  those.
 9     Q.    My question was risk
10  factors, so...
11     A.    Okay.  But you didn't ask
12  that question right before.  So I was
13  answering it -- you know, you changed
14  your question, which is why it's a
15  different answer.
16        If you ask me the second
17  question I'd be happy to tell you.
18     Q.    Okay.  So just to be clear,
19  the answer to the question is, is there a
20  paper that explicitly states that talcum
21  powder is not a risk factor of ovarian
22  cancer, you don't have one to point to?
23     A.    There are -- there are many
24  papers that review the literature --
```

Page 193

```
 1     Q.    I need a yes or no --
 2     A.    You misstate --
 3     Q.    -- question.
 4        MS. SHARKO:  No, no, no.
 5     Wait.  Timeout.
 6        THE WITNESS:  You asked --
 7        DR. THOMPSON:  Well, he is
 8     answering all kinds of questions
 9     that are not what I'm asking.
10        MS. SHARKO:  Well, I
11     disagree.  But you've asked your
12     question.  He's entitled to answer
13     it.  If you want to withdraw your
14     question so be it.
15        But you can't interrupt him
16     because you don't --
17        DR. THOMPSON:  No, I want an
18     answer to my question.
19        MS. SHARKO:  -- you don't
20     like his answer.
21        DR. THOMPSON:  Okay.  Let's
22     go back and see what the question
23     and answer were.
24  BY DR. THOMPSON:
```

49 (Pages 190 to 193)

Benjamin G. Neel, M.D., Ph.D.

Page 194

1       Q.   Just to be clear, is there a
2  paper that explicitly states that talcum
3  powder is not a risk factor of ovarian
4  cancer?  You don't have one to point to.
5       And his answer, is there are
6  many papers --
7       A.   You didn't let me finish.
8  Would you like me to finish?
9       Q.   Okay.  Well, the question
10  though was point me to a paper that
11  explicitly states that talcum powder is
12  not a risk factor for ovarian cancer.
13       A.   Scientists don't generally
14  speak in that language.  What they would
15  say is very similar to what Dr. Sellers
16  said, and which most of the review
17  articles about this topic say and what I
18  say.  Which is there is no credible
19  scientific evidence that.
20       That is how scientists
21  speak.  We have a language that we use,
22  just like lawyers have a language that
23  lawyers use.
24       And in scientific credence

Page 195

1  saying that -- in scientific language,
2  saying that there's no credible
3  scientific evidence is the way we would
4  state the -- the conclusion.  And that's
5  how I'm stating it.  That's very similar
6  to how Dr. Sellers concluded it.  And
7  I -- I think that's the essence of my
8  statement.
9       Q.   So your answer would be
10  you're not able to answer that question?
11       MR. LOCKE:  Objection.
12       THE WITNESS:  No, my answer
13  is exactly what I said.
14  BY DR. THOMPSON:
15       Q.   Okay.  We'll -- we'll move
16  on.
17       But I don't believe I got
18  the answer to the question:  Can you
19  point me to an article that states that
20  talcum powder is not a risk factor for
21  ovarian cancer?
22       MS. SHARKO:  All right.
23  That's not a question.  That's an
24  editorial comment.

Page 196

1  BY DR. THOMPSON:
2       Q.   Can you point me --
3       MS. SHARKO:  No.  You asked
4  him that question already.
5       DR. THOMPSON:  But I still
6  haven't got an answer.  I'm going
7  to try one more time.
8  BY DR. THOMPSON:
9       Q.   Can you point me to an
10  article that explicitly states that
11  talcum powder is not a risk factor for
12  ovarian cancer?
13       MS. SHARKO:  Objection.
14  Asked and answered.
15       You may not like the answer,
16  but you got an answer.
17       DR. THOMPSON:  Okay.  The
18  record will speak for itself that
19  there is not an answer.
20       MS. O'DELL:  It was asked
21  but never answered.  He didn't
22  answer the question.
23       MS. SHARKO:  Okay.  I
24  thought -- I thought your side

Page 197

1  said the rule was that only one
2  lawyer can talk.
3       MS. O'DELL:  I think the
4  evidence will show, the record
5  will show over depositions that
6  you weren't defending, Susan, you
7  had plenty to say, so I don't know
8  that I would raise that.
9       DR. THOMPSON:  Including
10  last week.
11       MS. SHARKO:  So the rules
12  are that one lawyer gets to
13  question the witness.  So let's --
14       MS. O'DELL:  I'm not
15  questioning the witness.  But I'm
16  free to speak and I will speak.
17       MS. SHARKO:  You know what?
18  It seems like maybe we should just
19  take a lunch break and let
20  everybody simmer down.
21       DR. THOMPSON:  I only
22  have -- I don't need a lunch
23  break.
24       MR. TISI:  I'm going to tell

50 (Pages 194 to 197)

Benjamin G. Neel, M.D., Ph.D.

Page 198

1    you, can I have that section?
2          MS. SHARKO:  So now we have
3    a third plaintiff's lawyer
4    talking?
5          MR. TISI:  No, no, no.
6    We're off -- we're not talking
7    about this.
8          Can I have that clipped,
9    Ms. Sharko's comment so I can use
10   it in other depositions going
11   forward?  Please, thank you.  You
12   can send me that.
13         Because I expect we're going
14   to need it going forward, given
15   her behavior in the past.
16         Thank you.
17         DR. THOMPSON:  Okay.
18         MS. SHARKO:  You know,
19   Mr. Tisi, behave yourself.
20         DR. THOMPSON:  I want -- I
21   want to move on.
22         MR. TISI:  I -- I don't need
23   to be schooled by you.
24   BY DR. THOMPSON:

Page 199

1          Q.   Is it -- is it your
2    opinion --
3          MS. SHARKO:  Yeah, because
4    you don't listen.
5          MR. TISI:  That's because --
6    that's because I wouldn't listen
7    to somebody who tries to school
8    me.
9          DR. THOMPSON:  I really
10   don't want to waste my time, so...
11   BY DR. THOMPSON:
12         Q.   Is it your -- Dr. Neel, is
13   it your opinion that asbestos is not a
14   risk factor for ovarian cancer?
15         A.   I don't have an opinion on
16   asbestos in ovarian cancer.  I haven't
17   really given enough study to --
18         Q.   Okay.  So you don't have an
19   opinion one way or the other as to
20   whether asbestos --
21         A.   Not -- not a strong opinion,
22   no.
23         Q.   Okay.  Any opinion?
24         A.   I think the evidence is

Page 200

1    unclear.
2          Q.   What -- how do you define a
3    carcinogen?
4          A.   A carcinogen?  A carcinogen
5    is an agent that causes cancer.
6          Q.   And that would include
7    initiation?
8          A.   Mm-hmm.
9          Q.   And promotion?
10         A.   Probably -- so there's a
11   difference between health scientists and
12   experimental carcinogenecist would define
13   a carcinogen and how the public would use
14   the word carcinogen.
15         In the common parlance, a
16   promotor, a tumor promoter would probably
17   be considered a carcinogen.  But in
18   scientific language a carcinogen is just
19   the initiating event.
20         Q.   But you'll agree that in
21   some context at least, scientists refer
22   to a carcinogen in each of those phases?
23         A.   Yes.  Mm-hmm, yes.
24         Q.   And is it -- is that

Page 201

1    sometimes referred to as a complete
2    carcinogen?
3          A.   That's a kind of old term,
4    but yes.
5          Q.   I'm old.
6          MS. SHARKO:  Do you want
7    that on the record?
8          DR. THOMPSON:  What the hey.
9          MS. SHARKO:  You are not
10   old, Margaret.
11         DR. THOMPSON:  Thank you,
12   Susan.  That's the nicest thing
13   you've said today.
14         MS. SHARKO:  Chris will
15   order that page too.
16         MR. TISI:  I was -- I was
17   going to say.  I was going to -- I
18   wouldn't qualify it by today.  I'd
19   make it a year, but go ahead.
20   BY DR. THOMPSON:
21         Q.   So let's go to Page 14 of
22   your report --
23         A.   Do you have a long question?
24   Because if not, I'm going to have to take

51 (Pages 198 to 201)

Benjamin G. Neel, M.D., Ph.D.

Page 202

1    a break.  That coffee is having its
2    effect.
3         Q.   I'm fine breaking for lunch
4    or --
5         A.   If it's a short question I
6    can answer it.
7              MS. SHARKO:  No, we don't
8    want --
9              THE WITNESS:  Okay.
10             DR. THOMPSON:  Yeah,
11   let's -- let's go -- this is
12   actually a natural break so...
13             THE WITNESS:  Okay.
14             MS. SHARKO:  Okay.
15             THE VIDEOGRAPHER:  Stand by,
16   please.  The time is 11:54 a.m.
17   Off the record.
18             -  -  -
19        (Lunch break.)
20             -  -  -
21             THE VIDEOGRAPHER:  We are
22   back on the record.  The time is
23        1:02 p.m.
24   BY DR. THOMPSON:

Page 203

1         Q.   Dr. Neel, this morning you
2    testified that you are not an
3    epidemiologist.
4              Is it fair to say that your
5    opinions in this case are focused on
6    whether or not there's credible evidence
7    that talcum powder can cause ovarian
8    cancer from a molecular standpoint?
9         A.   I would say from a molecular
10   and -- and cellular standpoint.
11        Q.   From a molecular and
12   cellular standpoint?
13        A.   Yes.
14        Q.   And it's your opinion that
15   there's no cause and effect.  But is it
16   also your opinion that there's no
17   plausible biological mechanism for any
18   association between talcum powder use and
19   ovarian cancer?
20        A.   I don't think there's any
21   evidence one way or the -- any credible
22   evidence one way or the other.
23             So there's no -- there's no
24   credible evidence that talc causes

Page 204

1    transformation of ovarian cancer cells or
2    that talc causes inflammation that's
3    relevant to ovarian cancer pathogenesis.
4         Q.   So just to shorten that a
5    little bit, there's no credible evidence
6    that there's a plausible biological
7    mechanism for any association between --
8         A.   Yes.
9         Q.   Let me finish, sir.
10        A.   Sorry.
11        Q.   -- between -- just so the
12   record is clear --
13        A.   Sorry.
14        Q.   -- between talcum powder use
15   and ovarian cancer?
16        A.   Yes.  That's my testimony.
17        Q.   So this morning we discussed
18   risk factors, cause, association.  This
19   afternoon I'd like to delve into that
20   molecular cellular mechanism a little bit
21   more if that's okay.
22             On Page 12 of your report,
23   next to the last paragraph, you state,
24   "Taken together these findings clearly

Page 205

1    show that different types of ovarian
2    cancer originate in different cell types
3    that suffer different types of mutations
4    which are unlikely to be caused by the
5    same environmental agent."
6              Explain that sentence to me.
7         A.   Okay.  So there is Type 1
8    tumors and there's Type 2 tumors, and the
9    Type 1 tumors are caused largely by point
10   mutations, and the Type 2 tumors are
11   caused largely by copy number
12   abnormalities or copy number variation
13   and rearrangements.  And the underlying
14   mutagenic mechanisms that cause point
15   mutations and the repair defects that
16   cause point mutations are distinct from
17   the types of mutations -- mutational
18   processes that cause copy number
19   variation and translocations.
20             So an agent that does one
21   kind of genetic event is not likely to
22   cause the other.
23        Q.   Do you have -- what is the
24   basis for that opinion?  In other words,

52 (Pages 202 to 205)

Benjamin G. Neel, M.D., Ph.D.

Page 206

1  what article could you direct me to that
2  would make that same claim?
3      A.   I can't cite an article
4  off -- that's general scientific
5  knowledge in my field.  I can't cite a
6  specific article.
7      Q.   So it's not possible in your
8  opinion that the same environmental agent
9  could cause the molecular changes in both
10  types of cancers or more than one type of
11  cancer?
12      A.   It's -- I think I said it's
13  unlikely.
14      Q.   Oh, unlikely.  So --
15      A.   That's the word I'd like to
16  stick with, unlikely.
17      Q.   -- stick with unlikely.
18          Okay.
19      A.   I didn't say possible.  I
20  said unlikely.
21      Q.   Okay.  And I wasn't trying,
22  in that case, to -- to trick you.  I
23  was -- I was just trying to understand --
24      A.   Did you want to just tell me

Page 207

1  when you're trying to trick me?
2      Q.   Do you want me to give you a
3  warning before it's a trick question?
4      A.   Yeah.  Maybe.
5      Q.   So how would you answer the
6  question does smoking cause lung cancer?
7      A.   Yes.
8      Q.   Even though there's some
9  types of lung cancer that it may cause
10  and there's others that it might, and it
11  might cause more than one?
12      A.   There's --
13      Q.   Is that an analogy?
14      A.   No, it's not an analogy.
15  Actually it makes my point quite well.
16          Because smoking causes
17  specific types of DNA changes.  So the
18  carcinogenic agent in cigarette smoke
19  that causes lung cancer are benzopyrenes.
20  And there's actually a specific molecular
21  signature -- this is one of the major
22  advances that has happened in the last
23  three years primarily -- large scale
24  sequencing studies of exome sequencing,

Page 208

1  and in some cases whole genome
2  sequencing, has so many different types
3  of mutations that you can actually
4  categorize the mutations according to
5  their carcinogenic agent.
6          So benzopyrenes have a
7  particular mutational signature.  And so
8  you can actually see which forms of lung
9  cancer are caused by that signature and
10  which forms aren't.
11          So for example, nonsmokers
12  can get lung cancer, but smokers are
13  about 20 to 25 times more likely to get
14  cancer, and the cancers that come from
15  smoking have a characteristic molecular
16  signature, whereas the cancers that come
17  from -- that come in nonsmokers do not
18  have the character -- do not have the
19  same signature.  So you can tell them
20  apart easily.
21      Q.   And even different types of
22  cancer that are caused by smoking have
23  the -- that same molecular signature?
24      A.   No, not all signature -- not

Page 209

1  all smoking-associated cancers have the
2  mutational signature of smoking.  Only
3  the aerodigestive malignancies.
4      Q.   So there are some type of
5  lung cancer that may be caused by smoking
6  that don't -- aren't caused by that same
7  mutation?
8      A.   No, no, I didn't say that.
9  All --
10      Q.   Okay.  I'm just trying to
11  understand.
12      A.   All smoking-associated lung
13  cancers have the benzopyrene signature.
14  I don't remember the number.  They have
15  different -- different -- there is
16  several major groups that have been doing
17  this work, and they have different
18  numbers of the signatures.
19          So actually one of the
20  references that I cite has one of the
21  numbering systems.  So I can't tell you
22  the number.
23          But there's -- if you looked
24  at -- actually if you go to Cosmic, which

53 (Pages 206 to 209)

Benjamin G. Neel, M.D., Ph.D.

Page 210

1  is the website in my report, it has a
2  whole section on mutational signatures
3  and it tells you which ones are smoking
4  associated.
5      Q.   And --
6      A.   And -- and the -- so the
7  small cell lung cancer, squamous cell
8  lung cancer and many but not all
9  adenocarcinomas of the lung are caused by
10 smoking largely.
11     There are some lung cancers
12 that are probably caused by radon and
13 others that are -- we don't know the
14 pathogenesis yet.
15     Q.   What about when smoking is a
16 cocarcinogen?
17     A.   Yeah, so it's less --
18 less -- what do you mean by cocarcinogen?
19     Q.   For example, you agree that
20 smoking and asbestos together cause --
21 are more likely to cause cancer than
22 either by themselves?
23     A.   So smoking plus asbestos are
24 dramatically cocarcinogenic for lung

Page 211

1  cancer.  And I don't know if there's been
2  a detailed study of smoking plus asbestos
3  lung cancer that's been sequenced.
4      But I would strongly suspect
5  that mutational signature of benzopyrenes
6  is there.  But I don't know that.  I
7  don't know if it's been done.
8      Q.   So do we need to discount
9  any literature in which sequencing has
10 not been done yet for any type of cancer?
11     A.   Discount it from the
12 standpoint of what?
13     Q.   Is it not reliable?
14     A.   It depends what the question
15 is.  I mean, what aspect of the cancer
16 are you asking about?
17     Q.   I'm just asking that, if
18 literature, epidemiological literature
19 particularly, doesn't include the
20 molecular knowledge gained by sequencing
21 and other methods, should it be
22 discounted?
23     A.   Discounted in terms of what?
24     Q.   Should it not be considered

Page 212

1  reliable?
2      A.   No.  It's reliable insofar
3  as it's epidemiological evidence one way
4  or another for a particular disease.
5      But I should add there's
6  been extensive sequencing of ovarian
7  cancers over -- I don't remember if it
8  was 400 -- I'm blocking on whether it's
9  450 or 600 cases in the literature.
10 It's easy to find.  So it's not like
11 ovarian cancer has been sequenced.
12 That's how we know that the Type 1 tumors
13 and Type 2 tumors have completely
14 different mutational profiles.
15     Q.   Okay.  Well, the second
16 sentence in that paragraph is, "Studies
17 including epidemiological reports that
18 treat ovarian cancer as a single entity
19 should, in my opinion, be viewed with
20 skepticism."
21     And I guess my question
22 would -- because we have the sequencing
23 that -- sequencing that you're referring
24 to, should epidemiological studies that

Page 213

1  are treating ovarian cancer as a single
2  entity be discounted?
3      A.   I didn't say that.
4      I said they should --
5      Q.   Well, I'm kind of -- I'm
6  sorry.  I'm trying to --
7      A.   I stand by the wording in my
8  report.
9      Q.   Well --
10     A.   They should be viewed with
11 skepticism --
12     Q.   Well, I'm trying to --
13     A.   -- because they're not the
14 same disease.
15     Q.   I'm trying to determine what
16 you mean by "viewed as skepticism."  Are
17 they less reliable --
18     A.   They are less scientifically
19 plausible.
20     Q.   They're less scientifically
21 plausible?
22     A.   It is less plausible.  It is
23 implausible that a single agent acting
24 via a single carcinogenic mechanism would

Benjamin G. Neel, M.D., Ph.D.

Page 214

1  cause dramatically different mutational
2  processes leading to dramatically
3  distinct mutational signatures.
4       Type 1 tumors and Type 2
5  tumors originate in different cell types.
6  That's pretty clear.  And they have
7  dramatically different mutational
8  signatures.
9       The fact that they have
10  different mutational signatures means
11  that they're caused by different
12  molecular processes.
13       Therefore, it is highly
14  unlikely that a single agent acting via a
15  single pathogenic mechanism would lead to
16  distinct molecular signatures acting in
17  different cells of origin.
18       Q.   Are there risk factors and
19  protective risk factors for epithelial
20  ovarian cancer that cross all types in
21  your opinion?
22       A.   I don't really -- I can't --
23  you know, not coming to mind right away,
24  not that I know of, no.

Page 215

1       Q.   So --
2       A.   Well, so -- for example, let
3  me just -- what do you mean by all types?
4  So for example, the -- you know, obesity
5  is associated with, you know,
6  endometrioid and clear cell.  But those
7  are the same type of pathogenic
8  mechanisms.
9       Q.   How about the reproductive
10  risk for protective factors, for example,
11  parity, oral contraceptive use, that
12  appear to apply to all subtypes,
13  histologic subtypes, as well as Type 1
14  and Type 2.  Would you agree?
15       A.   Yeah, I think parity
16  probably does.  But I -- that's not clear
17  that could be a single entity either.
18  That could be more than one entity.  In
19  one case, it could be incessant
20  ovulation.  In the other case, it could
21  be the weak -- it could be that both
22  mechanisms have been purported to explain
23  the parity effect could operate
24  differently in different Type 1 and Type

Page 216

1  2 tumors.
2       Q.   What about age?
3       A.   Well, age is -- age is just
4  due to the accumulation of mutations.
5  All mutations are more common with age.
6  So age is -- age is a contributor to all
7  forms of cancer, but that's because the
8  chances of accumulating the necessary
9  mutations by any mutational process
10  increase with age.
11       Q.   What about BRCA1 and 2?
12       A.   BRCA1 and 2 are primarily
13  Type -- Type 2 tumors.
14       Q.   And only serous?
15       A.   Well, some people would
16  call, you know, the peritoneal carcinomas
17  and the carcinosarcomas separate.  But I
18  think molecularly they -- most people
19  would view them as Type 2 tumors,
20  effectively the same as serous cancer,
21  yes.
22       Q.   And you're including --
23       A.   High grade serous, not the
24  low grades.

Page 217

1       Q.   And you're including
2  endometrioid and clear cell with the Type
3  1 tumors?
4       A.   No.  Oh, with the Type 1,
5  yeah.  Sorry.  Yeah, I'm a little -- it's
6  a little -- it's the postprandial thing.
7  I shouldn't have eaten anything.
8       Q.   Let's go to your report on
9  Page 14.  And you begin Section 3, talc
10  and ovarian cancer.  And it looks like to
11  me this is where you put your major
12  opinions in bold.  And it says "Opinion."
13       In the paragraph that
14  states, "Talc is chemically inert and
15  nongenotoxic," you have three references
16  there.
17       This morning you testified
18  that you only saw the Health Canada risk
19  assessment yesterday and that you had not
20  read it, correct?
21       A.   I think that I -- I didn't
22  see the Health Canada actual text.  I
23  must have seen something that said it was
24  possibly carcinogenic, but I don't know

55 (Pages 214 to 217)

Benjamin G. Neel, M.D., Ph.D.

Page 218

1  where I saw that.  It might be -- I'm
2  citing the paper.  I think it's the
3  Taher, et al., paper.  That's what I
4  assume it is.
5      Q.   Well, that's what I'm trying
6  to establish.  So that when you said
7  Health Canada reviewed the literature,
8  you haven't actually read the Health
9  Canada assessment, right?
10     A.   I read the -- was it Taher?
11 What are you calling it?
12     Q.   Taher.
13     A.   Taher.  I read the Taher, et
14 al., paper --
15     Q.   Okay.
16     A.   -- that said that it was
17 funded by Health Canada.
18     Q.   So that's -- that's wrong
19 that Health Canada reviewed the
20 literature, correct?
21     A.   It says, "The Taher, et al.,
22 manuscript that was funded by Health
23 Canada."
24         So that's what I'm referring

Page 219

1  to.
2      Q.   Okay.  So is it your
3  understanding that Health Canada
4  commissioned Taher and his group to do a
5  meta-analysis, and that's what Health
6  Canada relied on in part on their risk
7  assessment, correct?
8      A.   That's my understanding,
9  yes.
10     Q.   But each time that you're
11 referring to Health Canada in your
12 report, you're actually referring to the
13 Taher paper?
14     A.   That's correct.
15     Q.   Because you have not read --
16 actually read the Health Canada risk
17 assessment?
18     A.   That's correct.  I read the
19 Taher, et al., manuscript, funded by
20 Health Canada, as it says in my report.
21     Q.   Okay.  Well, your report
22 actually says Health Canada had reviewed
23 the literature.
24     A.   So I -- maybe it was --

Page 220

1  could have been a little bit --
2      Q.   Yeah.
3      A.   -- sloppy writing.
4      Q.   And it says, "It focuses
5  primarily on a meta-analysis by Taher."
6  So it -- but you're saying that you meant
7  Taher reviewed the literature, not Health
8  Canada?
9      A.   Yes.
10     Q.   Okay.  Let's go ahead and
11 mark the three documents that you
12 referred to in that paragraph now that we
13 have it clear that it wasn't the Health
14 Canada, it was the Taher article.
15         (Document marked for
16         identification as Exhibit
17         Neel-18.)
18 BY DR. THOMPSON:
19     Q.   The first is the letter that
20 you referred to as -- from the FDA to
21 Samuel Epstein will be Exhibit 18.
22         DR. THOMPSON:  The IARC
23     Volume 93 published in 2010.
24         MS. SHARKO:  No, no, no,

Page 221

1  you're marking your notes.
2          DR. THOMPSON:  Oh, see
3  you're looking after me.
4          MS. SHARKO:  I'm watching
5  out for you.
6          (Document marked for
7      identification as Exhibit
8      Neel-19.)
9          DR. THOMPSON:  19 then will
10 be the -- will you all take all of
11 these.
12         -- will be the IARC 2010
13 monograph on non-asbestiform talc.
14         (Document marked for
15     identification as Exhibit
16     Neel-20.)
17         DR. THOMPSON:  And the third
18 will be the Taher systematic
19 review and meta-analysis that was
20 commissioned by Health Canada.
21 That's all I have with that one.
22 BY DR. THOMPSON:
23     Q.   So let's go to your first
24 opinion.  That talc is chemically inert.

56 (Pages 218 to 221)

Benjamin G. Neel, M.D., Ph.D.

Page 222

1    What do you mean by
2  chemically inert?
3     A.  I mean it doesn't directly
4  damage -- in the context of this
5  statement it doesn't directly damage DNA.
6  It doesn't cause DNA damage.
7     Q.  Is it biologically inert in
8  your opinion, or are you -- are you using
9  those two terms interchangeably?
10     A.  No, I'm saying the -- no,
11  I'm not using those terms
12  interchangeably.
13     Q.  Okay.
14     A.  In the -- in the context
15  of -- you know, in the body it can cause
16  granulomatous inflammation or granulomas.
17  But that's not the kind of inflammation
18  that's associated with carcinogenesis.
19     But it doesn't -- it's --
20  it's chemically inert in the sense that
21  if you have it on the table, it's not
22  highly reactive with, you know, typical
23  substances.  So --
24     Q.  So --

Page 223

1     A.  And if you put it on cells
2  it doesn't damage DNA.
3     Q.  Okay.  So to you chemically
4  inert here is being used as not directly
5  damaging DNA?
6     A.  Not directly or indirectly
7  damaging DNA.  And that's in the context
8  of this statement.  But it's also
9  chemically inert in the sense that it's
10  not highly reactive with most substances.
11  So...
12     Q.  Okay.  So not directly or
13  indirectly damaging DNA in the cell.  And
14  not reactive chemically --
15     A.  With most substances.
16     Q.  With most substances, okay.
17     But you would agree that
18  it's not biologically inert?
19     A.  No, not in certain
20  locations.  It can cause -- it's a
21  foreign body and it can cause a foreign
22  body reaction.
23     Q.  In -- so that you -- you
24  agree that talcum powder does cause an

Page 224

1  inflammatory reaction of some type in
2  human --
3     A.  It causes -- sorry.
4     Q.  -- and animal tissues?
5     A.  It causes granulomatous
6  reactions.  Some people would call that
7  an inflammatory reaction.  Some people
8  would call it a foreign body reaction.
9  Some people just call it a granuloma.
10     But it's not the kind of
11  inflammation that Balkwill or Hanahan
12  were referring to in terms of
13  carcinogenesis.
14     Q.  And it certainly causes an
15  acute inflammatory reaction as well?
16     A.  It causes granulomatous
17  inflammation.
18     Q.  When it's used for
19  pleurodesis, what type of reaction is it?
20     A.  It's a granulomatous and
21  fibrotic response.
22     Q.  Okay.  So granulomatous and
23  fibrotic response.
24     And what's your basis for

Page 225

1  your statement that that is not the type
2  of response that Balkwill and others are
3  talking about?
4     A.  Because the type of -- I'm
5  aware of the literature about
6  inflammation and cancer.  And that's
7  typically type -- you know, the sort of
8  infiltration with activated macrophages,
9  infiltrated neutrophils.  That's not the
10  kind of thing you get in a chronic body
11  reaction.
12     And there's -- and even more
13  to the point, there's no association of
14  granulomas with ovarian cancer that has
15  been published to my knowledge.
16     Q.  But can you direct me to a
17  particular article?
18     A.  I'd have to, you know, go
19  back and look at my literature to give
20  you a -- I can't give you that offhand.
21     But it's general knowledge
22  that granulomas are not associated with
23  ovarian cancer pathogenesis.
24     Q.  But you do agree that

57 (Pages 222 to 225)

Benjamin G. Neel, M.D., Ph.D.

Page 226

1  granulomas and granulomas caused by talc
2  are well reported in ovarian pathology?
3      A.   No, I would not agree with
4  that at all.  Absolutely not.
5      Q.   You are telling me that talc
6  granulomas are not reported in ovarian
7  tissue?
8      A.   Not to my knowledge.  And,
9  in fact, the case -- the literature that
10  I cited in my report, I'd have to pull
11  out the exact references, reported talc
12  particles in the ovary with no associated
13  granulomatous inflammation.
14      Q.   Have you looked at a GYN
15  pathology textbook lately?
16      A.   I would have no occasion to
17  look at a GYN pathology textbook.
18      Q.   Would it surprise you if
19  virtually every GYN pathology textbook
20  would have a section on foreign body
21  granulomas including talc?
22      A.   I would have to look at
23  exactly what you're talking about.
24      Q.   I didn't bring a textbook

Page 227

1  but I do have an example.
2      Do those opinions that, in
3  your words, talc is chemically inert,
4  apply to Johnson's Baby Powder in your
5  opinion?
6      A.   Yes.
7      Q.   And apply to Shower to
8  Shower I assume?
9      A.   Yes.
10      Q.   Would that opinion apply to
11  fibrous talc?
12      A.   As I said earlier today,
13  I'm -- I'm referring to any of the talc
14  that was used in the studies that I
15  evaluated for the purposes of writing my
16  report.  So it does not say one way or
17  the other fibrous talc.  It has to do
18  with the specific experiments that are
19  cited in my report that have to do with
20  talc and ovarian cancer pathogenesis.
21      Q.   So it's fair to say that you
22  don't have an opinion as to whether
23  fibrous talc is chemically inert?
24      MS. SHARKO:  Object to the

Page 228

1  form.  Misstates the testimony.
2      THE WITNESS:  Can you repeat
3  the question?
4  BY DR. THOMPSON:
5      Q.   Well, let me just ask it.
6  Is -- is fibrous talc chemically inert?
7      A.   I -- I have no specific
8  opinion on fibrous talc.  My opinions
9  are -- are related to the talc that was
10  used in the papers that I reviewed and
11  the epidemiological studies that I
12  reviewed.  And whatever is in those
13  products my opinion relates to.
14      Q.   Okay.  Is asbestos
15  chemically inert, or do you not have an
16  opinion?
17      A.   I have an opinion -- it's --
18  it's not cellularly inert.  But I don't
19  have -- I don't have a great deal of
20  detailed knowledge on asbestos
21  pathogenesis.  That's not the topic of my
22  research and that's not the topic of my
23  analysis for the purposes of this report.
24      Q.   So for this case you are not

Page 229

1  going to be giving opinions as to the
2  cellular effects of asbestos; is that
3  fair to say?
4      A.   That's correct.
5      (Document marked for
6  identification as Exhibit
7  Neel-21.)
8  BY DR. THOMPSON:
9      Q.   Exhibit 21 is an article
10  titled "Foreign Body Granulomas in Normal
11  Ovaries."  I don't want to spend a whole
12  lot of time with this.
13      You can look over at -- it
14  describes a study at Hopkins, published
15  in Obstetrics and Gynecology, that ACOG
16  Green Journal, that looked at 100
17  consecutive cases of oophorectomy for
18  benign disease.  And they found that, I
19  believe it was 9 percent of normal
20  ovaries had cortical granulomas
21  containing a foreign body-type giant cell
22  and associated with a foreign body which
23  consisted of magnesium silicate that they
24  postulated was talc or asbestos.

58 (Pages 226 to 229)

Benjamin G. Neel, M.D., Ph.D.

Page 230

1          Does that sound like a fair
2   summary of this paper?
3        A.   Well, I don't know.  I'd
4   have to sit here and read it to really be
5   clear.
6          I mean, you know, I'm not
7   going to be able to accept your
8   conclusions without reading the whole
9   paper.
10          Do you want me to read the
11   paper?
12        Q.   Probably not.  Let's see if
13   we can just find a summary statement
14   that's not mine, that's the authors.
15        A.   Well, I'm not going to agree
16   until I read the whole paper.  Because
17   the summary statement would be their
18   opinions of the data, not mine.
19        Q.   Okay.  Do you agree that
20   this paper reports foreign body
21   granulomas in normal ovaries from Johns
22   Hopkins?
23        A.   That's the title of, but I
24   mean, just -- that's the title of the

Page 231

1   paper.  But again I just want to -- just
2   in casually pursuing it, cases, on the
3   first page, it says, "Cases in which
4   there were foci of reticular stroma with
5   or without inflammation" -- oh, sorry.
6        Q.   Yeah.
7        A.   "Cases in which there were
8   foci of reticular stroma with or without
9   inflammation that have been classically
10   referred to as 'cortical granulomas' but
11   have been referred to as endometriosis by
12   others."
13          And in cases, and then these
14   giant cell ones which may be cortical --
15   which may be, you know, granulomas.
16          But there's -- it seems --
17        Q.   Well, Group -- Group 3 --
18        MS. SHARKO:  Let him finish.
19   He said, "but there."
20        THE WITNESS:  Group 3 says
21   has been described -- I'm not a
22   gynecological pathologist.  I
23   can't comment on whether that's
24   really endometriosis or not.

Page 232

1   BY DR. THOMPSON:
2        Q.   Well Group 3 had granulomas.
3   Group 4 had a foreign body.
4        A.   There's nothing in there
5   that says that that's caused by talc.
6        MS. SHARKO:  If we're going
7   to use the paper, why don't you --
8   BY DR. THOMPSON:
9        Q.   Okay.  Go ahead and take --
10   go ahead and take a minute to review it.
11        A.   All right.  There's -- I
12   mean there's no evidence that this is --
13   there's nothing that says that it's
14   caused by talc.
15        MS. SHARKO:  Wait.  First,
16   read the paper.  Then she'll ask
17   you a question.  Okay.  There's no
18   question pending.  I don't think.
19        DR. THOMPSON:  I don't think
20   so either.  But I'm not sure.
21        MS. SHARKO:  Okay.  Well if
22   there is, you'll ask it again.
23   BY DR. THOMPSON:
24        Q.   So did this article report

Page 233

1   on foreign body granulomas that, when
2   tested using computer-assisted x-ray
3   analysis of the crystalline foreign body,
4   they were determined to be composed
5   largely of magnesium and silicone.
6        A.   Yes.  Okay.  Well, that's
7   what the paper says.  I am not an expert
8   in how one decides what a particle is.
9   So I can't comment whether this is
10   consistent with talc or not.
11        Q.   Okay.
12        A.   But I will -- can I finish?
13          I will notice that
14   44 percent of these patients had a
15   previous laparotomy -- a previous
16   laparotomy so that raised -- they could
17   have gotten from talc from the talcum
18   powder in the surgical gloves which was
19   probably present at the time.
20          So this is -- you know, I
21   don't think it's questionable that talc
22   can cause granulomas.  The question is
23   whether perineal talc causes granulomas.
24   And there's absolutely no evidence in

59 (Pages 230 to 233)

Benjamin G. Neel, M.D., Ph.D.

Page 234

1  this paper that I can see from my reading
2  that perineal talc causes granulomas in
3  the ovary.
4      Q.   But talc can cause granuloma
5  in the ovary, correct?
6      A.   I think that's -- yeah, talc
7  can definitely cause granulomas probably
8  in many body cavities, but I just to --
9  can I also -- can I finish, please?
10     Q.   There's no question on the
11 table.
12     A.   You just asked a question.
13     Q.   Well, you answered it.
14     A.   No.
15         MS. SHARKO:  You can -- no.
16 Finish your answer.
17         THE WITNESS:  The finishing
18     of my answer is that I think the
19     relevant point is foreign body
20     granulomas in normal ovaries,
21     there's absolutely no evidence in
22     these ovaries of pre neoplastic
23     changes.  So I think this actually
24     strongly supports my argument.  It

Page 235

1      doesn't argue against it.
2  BY DR. THOMPSON:
3      Q.   Are there pre-neoplastic
4  changes that can be observed in ovaries?
5      A.   In ovaries, yes.
6      Q.   What are those?
7      A.   So some cortical inclusion
8  cysts can show evidence of metaplastic
9  change.  But I -- they didn't just remove
10 the ovaries.  I assume they removed the
11 fallopian tubes too.  You don't need to
12 just remove ovaries.
13     Q.   You have no idea whether
14 they did or not, do you?
15     A.   Well, give me some time
16 here.  I don't know, but as a -- you
17 know, as a gynecological oncologist, you
18 would know that.
19     Q.   And you're not a GYN
20 pathologist as you just stated?
21     A.   That's correct.
22     Q.   Does the opinion about talc
23 being chemically inert, would that apply
24 to heavy metals like chromium, nickel, or

Page 236

1  cobalt?
2      A.   As again, my opinions are
3  based on and restricted to the talc that
4  was used in the papers that I reviewed
5  and epidemiological studies that I
6  commented on in my report.  So I can't
7  comment on any of these other questions
8  involving heavy metals or stuff like
9  that.
10     Q.   I understand.  But I'm going
11 to ask them regardless.
12     A.   That's fine.
13     Q.   So be patient.
14     A.   I'm patient.
15     Q.   So it's really irrelevant to
16 you whether or not talcum powder products
17 like Johnson's Baby Powder contain heavy
18 metals?
19     A.   It's irrelevant to me in the
20 context of whether they cause ovarian
21 cancer, because I'm basing my opinion on
22 the biological experiments using said
23 products and the epidemiological studies
24 that included or were focused on mainly

Page 237

1  the use of said products.
2      Q.   And it's irrelevant as far
3  as a biologically plausible mechanism as
4  well.  Would you agree with that
5  statement?
6      A.   My evidence -- my statement
7  on biological plausibility is based on
8  the purported evidence supporting the
9  case that talc is involved in ovarian
10 cancer, based on biological experiments,
11 or the absence of proof in those
12 experiments that talc causes any evidence
13 of ovarian cancer.
14         So it's based on that.
15     Q.   And are chemicals that are
16 known to be contained in Johnson's Baby
17 Powder as fragrances, would your opinion
18 that they're chemically inert also be
19 irrelevant?
20     A.   I'm not aware of what
21 chemicals are or are not in Johnson's
22 Baby Powder, so I can't comment on that
23 one way or the other.
24     Q.   So you don't have an opinion

60 (Pages 234 to 237)

Benjamin G. Neel, M.D., Ph.D.

Page 238

1  as to whether styrene, cumarin, eugenol,
2  d-limonene, p-Cresol, musk ketone, and
3  benzophenone, which are all possible or
4  known carcinogen, would render talcum
5  powder not chemically inert?
6          MS. SHARKO: Object to the
7      form of the question.
8  BY DR. THOMPSON:
9      Q.   Did you understand the
10 question?
11     A.   That was sort of a double
12 negative.
13     Q.   It was.
14     A.   I'm trying to parse it.
15 And, you know --
16     Q.   Fair enough.
17     A.   -- my blood sugar dropped
18 after lunch.
19     Q.   Right.
20     A.   It's hard enough.
21     Q.   Are chemicals such as --
22 that are known to be possible or
23 suspected carcinogens -- are chemicals
24 like styrene, cumarin, eugenol,

Page 239

1  d-limonene, p-Cresol, musk ketone, and
2  benzophenone chemically inert?
3          MS. SHARKO: I object to the
4      form of the question.  It lacks
5      foundation and it assumes facts
6      not in evidence.
7          THE WITNESS: I am not a
8      toxicologist.  So I can't comment
9      on any of those specific
10     chemicals.
11 BY DR. THOMPSON:
12     Q.   So --
13     A.   And I don't have any
14 knowledge as to whether or not they're in
15 Johnson & Johnson products.  So I can't
16 comment.
17     Q.   So you would not be giving
18 any opinions as to whether those
19 chemicals that I just named off were
20 chemically inert or not?
21     A.   No, I will not be giving an
22 opinion on that.
23     Q.   Did you perform any studies,
24 experiments to test whether talcum powder

Page 240

1  products are chemically inert?
2      A.   No, I --
3          MS. SHARKO: Objection.
4      Asked and answered.
5          THE WITNESS: As I explained
6      this morning it's impossible for
7      me to do any experiments under the
8      conditions of my contractual
9      obligation to be an expert witness
10     in this case.
11         So, no, I did not perform
12     any experiments, nor do I plan to.
13 BY DR. THOMPSON:
14     Q.   Can you refer me to studies
15 that explicitly state that Johnson's Baby
16 Powder and Shower to Shower products are
17 chemically inert?
18     A.   No, I cannot refer you to
19 studies that state that.
20     Q.   Regarding your opinion, talc
21 does not cause mutations, you describe in
22 your report that cancer is a disease that
23 involves mutations and specific genes,
24 right?

Page 241

1      A.   Yes.
2      Q.   And --
3      A.   Where are we in my report,
4  please, so I can follow along.
5      Q.   We're still on Page 14 with
6  those opinions --
7      A.   Oh, okay.  All right.
8      Q.   -- opinions in bold?
9      A.   I see.  Sorry, yeah.
10     Q.   Do you agree that
11 carcinogens can be genotoxic or
12 non-genotoxic?
13     A.   Promoters can be -- again,
14 it comes down to a little bit of a
15 semantic argument.  I mean, primary
16 carcinogens are mutagens.  Some people
17 would -- as I said earlier this morning,
18 some people would class tumor promoters
19 that are not direct mutagens, as
20 carcinogens.
21         So I prefer to discriminate
22 between initiating events and promotion
23 events.
24     Q.   With a definition of

61 (Pages 238 to 241)

Benjamin G. Neel, M.D., Ph.D.

Page 242

1  carcinogenesis that includes initiation
2  and promotion, can you agree that
3  carcinogen can either be genotoxic or
4  non-genotoxic?
5      A.   Yes.
6      Q.   But your opinion is for
7  initiation purposes, that carcinogens
8  have to be genotoxic; is that correct?
9      A.   Yes.
10     Q.   And you are 100 percent
11 confident in that opinion?
12     A.   They have to be directly or
13 indirectly genotoxic.  They have to cause
14 damage to DNA, otherwise they are not
15 carcinogens.
16     Q.   And what do you -- what do
17 you mean by indirectly genotoxic?
18     A.   If they indirectly cause
19 reactive oxygen generation and the
20 reactive oxygen species cause the --
21 cause the mutations, that would be
22 indirectly genotoxic.
23     Q.   Wouldn't -- wouldn't some
24 scientists refer to that indirect

Page 243

1  mechanism as non-genotoxic?
2      A.   I -- I can't comment on what
3  other scientists would refer to.  If you
4  want to give me a specific literature
5  reference I can help out on that.
6      Q.   Okay.  I may need some help
7  with that one.  Because I believe that
8  I've seen that in the literature.
9          And does the opinion that
10 talc does not cause mutations apply to
11 Johnson's Baby Powder?
12     A.   It applies -- my opinions
13 again -- I'm sorry to be repetitive --
14 but my opinions refer to any of the
15 studies, epidemiological or biological,
16 that included Johnson & Johnson baby --
17 baby product and baby -- baby shower, and
18 to talc used in said studies that was not
19 from Johnson & Johnson.
20     Q.   You would agree that your
21 opinion that talc does not cause
22 mutations is not based on epidemiological
23 literature, right?
24     A.   I don't believe that

Page 244

1  epidemiological studies can address that
2  question directly.
3      Q.   That -- that was -- yeah.
4  That answered my question.  Thanks.
5      A.   I -- well, not standard
6  epidemiological studies.  New types of
7  epidemiological approaches could in
8  principle do that.  But that would be a
9  new approach.
10     Q.   So you're really referring
11 to the cellular studies when you give the
12 opinion that talc does not cause
13 mutation, correct?
14     A.   Yes.  And the fact that it
15 was tested in the Ames test for example,
16 and other standard toxicity tests.
17     Q.   I'll get to that in a
18 minute.
19          Does that opinion apply to
20 asbestos?
21     A.   I have no opinion
22 specifically on asbestos, as I told you
23 earlier.
24     Q.   And same thing with talc

Page 245

1  fiber or fibrous talc?
2      A.   Again, as I said earlier, my
3  comments are not relevant to that -- or
4  not --
5      Q.   How about heavy --
6      A.   My comments are not germane
7  to -- I have no comments on that.  Sorry.
8      Q.   And -- no apologies needed.
9          And how about the chemical
10 carcinogens that are possibly in Baby
11 Powder?
12     A.   I --
13          MS. SHARKO:  Object.  Object
14 to the form of the question.
15 Lacks foundation.
16          THE WITNESS:  So, same --
17 same answer as I said before.
18 My -- my opinions are restricted
19 to Johnson & Johnson products,
20 effects on cellular or animal
21 models in the context of mutation
22 generation.
23 BY DR. THOMPSON:
24     Q.   And did you perform any

62 (Pages 242 to 245)

Benjamin G. Neel, M.D., Ph.D.

Page 246

1  studies testing whether talcum powder
2  products cause mutations?
3       MS. SHARKO:  You know, asked
4  and answered.  This is about the
5  seventh time you've answered that.
6       DR. THOMPSON:  The question
7  has not been --
8       MS. SHARKO:  He has not done
9  any studies other than research.
10       DR. THOMPSON:  I'm -- but
11  I'm allowed to ask about a test
12  for mutations.  It's not the same
13  question.
14  BY DR. THOMPSON:
15       Q.   Go ahead.
16       A.   I have performed no studies
17  on Johnson & Johnson Baby Powder, baby
18  showers, any Johnson & Johnson product or
19  any form of talc in my own laboratory,
20  because I am prohibited from so doing as
21  a consequence of my institution's
22  conflict of interest rules.
23       Q.   Can you refer me to any
24  study that explicitly states that

Page 247

1  Johnson's Baby Powder and Shower to
2  Shower don't -- do not cause mutations?
3       A.   Not offhand, no.
4       Q.   Your next opinion is that
5  talc is not genotoxic.  And you state as
6  support of that, that -- on Page 16, that
7  "talc is universally acknowledged to be
8  non-genotoxic in standard mutagenesis
9  assays."
10       What assays are you
11  referring to?
12       A.   These are the genes test
13  which is a test of mutations.  I forgot
14  the name of the test, but it's a test of
15  chromosomal segregation defects.
16       Q.   And you --
17       A.   Actually, I just want to
18  state that, again, all of the regulatory
19  agencies agree with that statement,
20  including the FDA, and -- well, certainly
21  IARC.
22       Q.   Do you agree that standard
23  genotoxicity tests are not reliable for
24  the determination of the genotoxicity of

Page 248

1  particles and fibers?
2       MS. SHARKO:  Wait.  I
3  couldn't -- somebody coughed and I
4  couldn't hear the question.  Can
5  you say it again?
6  BY DR. THOMPSON:
7       Q.   Do you agree that standard
8  genotoxicity tests are not reliable for
9  the determination of the genotoxicity of
10  particles and fibers?
11       A.   I'm not an expert on
12  toxicology.  So I don't have a lot of
13  experience with genotoxicity of particles
14  and fibers.
15       But my point was that it's
16  not genotoxic, and that I stand by.
17       Q.   So you're saying it's not
18  genotoxic, but you don't have any
19  experience with genotoxicity of particles
20  and fibers?
21       A.   No, I'm saying that the
22  standard genotoxicity assays were done on
23  talc and it's not genotoxic.  Scientists
24  reach conclusions based on assays and

Page 249

1  experiments, not based on suppositions or
2  hypotheses.
3       Q.   My question was, are you
4  aware that the genotoxicity testing is
5  not accurate with particles and fibers?
6       MS. SHARKO:  So I object to
7  the form of the question.  That's
8  not what you asked him.  If that's
9  your question, he'll be happy to
10  answer that.
11       DR. THOMPSON:  Okay.  I'll
12  ask that question then.
13  BY DR. THOMPSON:
14       Q.   Are genotoxicity tests
15  accurate when testing particles and
16  fibers?
17       A.   Accurate in terms of what?
18       Q.   Reliable.
19       A.   Reliable in terms of what?
20       Q.   Well, your statement is
21  "talc is universally acknowledged to be
22  non-genotoxic in standard mutagenesis
23  assays."
24       And I'm asking you, do you

63 (Pages 246 to 249)

Benjamin G. Neel, M.D., Ph.D.

Page 250

1  have knowledge regarding the reliability
2  of those tests in products that are --
3  have particles or fibers?
4      A.   The tests are extremely
5  reliable.  They measure genotoxicity.
6  Whether you use a particle, fiber, any
7  chemical, they measure genotoxicity.
8      Q.   Okay.
9      A.   That's not -- the issue is
10  whether there are other types of assays
11  that might yield a different result, and
12  I have no expertise on particles and
13  fibers beyond the fact that standard
14  assays of genotoxicity do not show any
15  mutagenesis.
16          And that's -- that's true to
17  the best of my knowledge.
18          (Document marked for
19          identification as Exhibit
20          Neel-22.)
21  BY DR. THOMPSON:
22      Q.   This is -- I just marked
23  Exhibit 22.  It is an article titled
24  "Mechanisms of Genotoxicity of Particles

Page 251

1  and Fibers."
2          Have you seen this article
3  before?
4      A.   No.
5      Q.   Do you -- would you like to
6  take a minute to look through it?
7      A.   I mean it will take me at --
8  at least an hour to read this paper.
9      Q.   Okay.  Well, we won't spend
10  an hour.  Let's just go to the chart --
11          MS. SHARKO:  Well, no, it's
12      not fair to ask him about it if
13      he's not seen it before or read
14      it.
15          DR. THOMPSON:  Okay.  We'll
16      go off the record for an hour
17      then.  It will be fine.
18          MS. SHARKO:  No, why should
19      we go off the record?  You want to
20      use this --
21          DR. THOMPSON:  Because
22      that's what we've always done when
23      an expert needs longer time to go
24      through an article than seems to

Page 252

1      be reasonable.
2          MS. SHARKO:  No, I -- I
3      disagree.  I don't know that
4      that's what we've always done.  If
5      you want to use your deposition
6      time to have him read it, then
7      we're not going off the record.
8          DR. THOMPSON:  I'm going to
9      use my deposition time to have him
10      look at the chart on Page 70.
11          THE WITNESS:  I can see the
12      chart.
13  BY DR. THOMPSON:
14      Q.   Is that chart consistent
15  with what your opinions would be
16  regarding genotoxicity of particles and
17  fibers?
18      A.   As I said, I'm not an expert
19  in particle and fibers.  And I have no
20  comment on this paper because I would
21  have to really read the entire thing.
22  And also I would have to go through the
23  literature and see what's been written
24  since 2012 -- 2002 on this subject.

Page 253

1          Again, 2002 is a long time
2  ago in cancer biology.  And I have no
3  knowledge offhand whether this is even
4  considered to be state of the art.
5      Q.   Okay.  All right.  We'll
6  move on.
7      A.   So I have no comment.
8      Q.   We'll move on.  Did you
9  perform any studies to test whether
10  talcum powder products are not genotoxic?
11          MS. SHARKO:  Objection.
12      Asked and answered.
13  BY DR. THOMPSON:
14      Q.   You can answer again.
15      A.   As I said --
16      Q.   You don't have to give the
17  explanation.  Just say yes or no.
18      A.   No.
19          MS. SHARKO:  No, you should
20      give a complete answer.  You can't
21      just keep asking a question and
22      hope for a sound byte.  He hasn't
23      done any studies.  We stipulated
24      that.

64 (Pages 250 to 253)

Benjamin G. Neel, M.D., Ph.D.

Page 254

1    MS. O'DELL:  Object to the
2  form, Susan.
3       DR. THOMPSON:  Hey, I don't
4  need the -- I do not need the
5  speaking objection.
6       MS. O'DELL:  Or coaching the
7  witness.
8       MS. SHARKO:  He clearly
9  doesn't need coaching, especially
10  when you've asked the same
11  question like ten times.
12       MS. O'DELL:  Not that that's
13  restrained you at all.  It's
14  coaching the witness.  Object to
15  form is the appropriate objection.
16  BY DR. THOMPSON:
17       Q.   Can you refer me to any
18  studies that explicitly state that
19  Johnson & Johnson Baby Powder and Shower
20  to Shower are not genotoxic?
21       MS. SHARKO:  Objection.
22  Asked and answered.
23       THE WITNESS:  I think you
24  asked that already, but no.

Page 255

1  BY DR. THOMPSON:
2       Q.   And your opinion is that, on
3  Page 14, talc does not cause inflammation
4  in the female genitourinary tract.  What
5  are you basing that opinion on?
6       A.   I just want to clarify.  I
7  was referring -- I was a little -- not
8  very clear in saying I'm referring to the
9  type of inflammation that usually is
10  associated with cancer.
11       So talc will potentially
12  cause a foreign body granuloma in the
13  female genital tract.  But there's no
14  evidence that foreign body granulomas are
15  associated with ovarian cancer
16  pathogenesis.
17       So I may have been a little
18  loose with my terminology with that
19  particular part.  But the point is that
20  talc does not cause precancerous
21  inflammation or cancer-promoting
22  inflammation in the female genital tract.
23  That's my point.
24       Q.   Is that referring to female

Page 256

1  humans or would that include animals as
2  well?
3       A.   That would refer to both.
4       Q.   You do agree, then, that
5  talcum powder is known to be inflammatory
6  in other tissues?
7       MS. SHARKO:  Object to the
8  form.
9       THE WITNESS:  You have asked
10  that in a different way before.
11  But let me try to give the same
12  answer so that it's clear.
13       If you inject talc into a
14  body cavity, it can cause a
15  foreign body reaction, which some
16  people cause -- call granuloma --
17  granulomatous inflammation.
18       So yes, talc can cause
19  foreign body reactions or
20  granulomas.
21       However, to my knowledge,
22  there is no evidence that talc
23  causes other -- causes
24  cancer-associated inflammation,

Page 257

1  particularly in the female genital
2  tract where the direct experiment
3  has been done and indirect
4  experiments have been done.  And
5  the evidence, including some
6  evidence that you showed me, is
7  inconsonant with the idea that
8  it's causing cancer-promoting
9  inflammation.
10  BY DR. THOMPSON:
11       Q.   And you're familiar with the
12  animal studies done with talc, correct?
13       A.   Which animals studies?  I'm
14  familiar with several animal studies.  If
15  you want to cite a particular one, I'm
16  happy to talk about it.
17       (Document marked for
18  identification as Exhibit
19  Neel-23.)
20  BY DR. THOMPSON:
21       Q.   I'll mark as Exhibit 23 as
22  the Keskin rat study.  Have you seen this
23  one, Dr. Neel?
24       A.   Yes, I cite that in my

65 (Pages 254 to 257)

Benjamin G. Neel, M.D., Ph.D.

Page 258

1    report.
2        Q.   Okay.  And the Keskin
3    study -- did find that the rats that were
4    exposed to talc had evidence of foreign
5    body reaction and infection along with an
6    increase in inflammatory cells in the
7    genital tissues, right?
8        A.   So can we be -- let's --
9    let's just go through the findings
10   actually on page -- the first page.  "In
11   both groups exposed to talc, evidence of
12   foreign body reaction" --
13           MS. SHARKO:  Slow down.
14   Slow down.
15           THE WITNESS:  Sorry.
16           -- "and infection along with
17   an increase in inflammatory
18   cells."
19           So again, foreign body
20   reaction I've already stipulated
21   can be caused by talc.  However,
22   the infection causes the
23   inflammation.
24           So I mean, these rats got

Page 259

1    infected.  So infection will cause
2    inflammation.  But talc is not
3    known to cause infection, as far
4    as I know.
5        So this study is not
6    relevant to the issue, except for
7    the fact that it does cause
8    granulomas, which was seen in
9    other studies.
10   BY DR. THOMPSON:
11       Q.   So you think that the
12   infection is -- that resulted in these
13   animals were completely unrelated to the
14   talc?
15       A.   I can't comment on what the
16   sterile technique was in this laboratory
17   or what other agents they were exposed to
18   in this laboratory.
19           But I think that it's not
20   alleged as far as I understand that talc
21   causes infections as part of the
22   plaintiffs' case.
23       Q.   So you don't know one way or
24   the other, as far as this study, where

Page 260

1    the infection came from, correct?
2        A.   No.  But I do know that
3    infections cause inflammatory cells to
4    come there.  So you can't conclude
5    anything about the nature of the
6    inflammation.  If you have an infection,
7    you will definitely get white blood cells
8    coming in, as any first year medical
9    student knows.
10       Q.   Are you familiar with the
11   Hamilton study?
12       A.   Yes.
13       Q.   Another rat study.
14           (Document marked for
15           identification as Exhibit
16           Neel-24.)
17   BY DR. THOMPSON:
18       Q.   And in this study with
19   rats --
20           MR. ZELLERS:  Is this
21   Exhibit 24?
22           DR. THOMPSON:  I'm sorry.
23   Yes, Exhibit 24.
24   BY DR. THOMPSON:

Page 261

1        Q.   The treated animals showed
2    focal areas of papillary change on the
3    surface epithelium, correct?
4        A.   That's what they reported,
5    yes.
6        Q.   The authors did not conclude
7    that the papillary changes represented
8    first stage in development of a surface
9    papillary epithelial neoplasm, right?
10       A.   Excuse me?  Can you repeat
11   the question.
12       Q.   Yeah, the authors --
13       A.   And what review?  Refer
14   me --
15       Q.   Well, let's just -- let's
16   just read the authors' conclusions.
17       A.   Sure.
18       Q.   We'll just leave it at that
19   one.  I can't find my spot.
20           You mentioned earlier that
21   you did not know why the FDA removed
22   powder from exam and surgical gloves,
23   right?
24       A.   I didn't know that the FDA

66 (Pages 258 to 261)

Benjamin G. Neel, M.D., Ph.D.

Page 262

1  did it, and I certainly didn't know why
2  they did it.
3          (Document marked for
4          identification as Exhibit
5          Neel-25.)
6  BY DR. THOMPSON:
7      Q.   Exhibit 25 is the FDA
8  register.
9          MR. ZELLERS:  Do you have
10         copies?
11         DR. THOMPSON:  Oh, I do.
12         Sorry.
13 BY DR. THOMPSON:
14     Q.   Beginning on the bottom
15 right of that first page, "Banned
16 devices, powdered" -- sugar -- "surgeon's
17 gloves, powdered patient examination
18 gloves and absorbable powder for
19 lubricating surgeon's glove."
20         So does that tell you that
21 the FDA banned powder use on gloves?
22     A.   Sounds like it.
23         MS. SHARKO:  But again, he
24     hasn't seen this.  If you want to

Page 263

1  --
2          DR. THOMPSON:  Well, he can
3  tell me if he needs to -- he can
4  tell me if he needs to see it.
5          He doesn't even know how --
6  what my question is going to be.
7          The first was what was the
8  title of the regulation.
9          THE WITNESS:  The title is
10         "Banned devices:  Powdered
11         surgeon's gloves, powdered patient
12         examination gloves, and absorbable
13         powder for lubricating a surgeon's
14         gloves."
15 BY DR. THOMPSON:
16     Q.   So I -- I read it correctly
17 too, right?
18     A.   I think so.
19     Q.   And this was published
20 December 19th of 2016, right?
21     A.   Oh, I'm sorry, you're
22 asking?  December -- where does it say
23 where it's published?
24     Q.   At the top of the page.

Page 264

1      A.   Yes.  December 2016.
2      Q.   And in the first paragraph
3  on purpose, in the executive summary the
4  document states, "However" -- well, sorry
5  about that.
6          "Various types of powder
7  have been used to lubricate gloves so
8  that wearers could don the gloves more
9  easily."
10         MS. SHARKO:  Wait, where are
11         you?
12         THE WITNESS:  The bottom --
13         DR. THOMPSON:  The bottom of
14         the first paragraph under
15         executive summary, "Purpose and
16         coverage of the final rule."
17 BY DR. THOMPSON:
18     Q.   "However, the use of powder
19 on medical gloves presents numerous risks
20 to patients and healthcare workers,
21 including inflammation, granulomas and
22 respiratory allergic reactions."
23         Did I read that right?
24     A.   You read it right.  But it's

Page 265

1  a poorly written sentence, so it's not
2  clear what refers to what.
3      Q.   But it states that
4  inflammation was -- and granulomas were
5  at least part of the reason why powder
6  was removed from surgical gloves and
7  examination gloves, right?
8      A.   So the way -- the way
9  the sentence is written is not very
10 accurate.  So it's not clear whether they
11 are saying inflammation of a different
12 type and the granulomas.  Or whether
13 they're -- they're basically saying
14 they're both saying the same thing.
15         And it's also not saying
16 whether the risk is to the patient or to
17 the healthcare worker.  And it's also not
18 saying that it involves talc.
19         So it's a very poorly
20 written sentence that doesn't allow me to
21 offer a very precise opinion which
22 scientists like to do.
23     Q.   Okay.  You cite I believe
24 the Heller study as evidence that talc

67 (Pages 262 to 265)

Benjamin G. Neel, M.D., Ph.D.

Page 266

1  does not have an inflammatory effect on
2  the ovaries, right?
3       A.  I cite two studies.  But one
4  of them is Heller, yes.
5       Q.  Are you aware that Heller
6  only looked at one specimen out of 24
7  histologically?
8       A.  I'd have to go back and look
9  at the paper again.
10      Q.  If Heller only looked at one
11 specimen, would that be evidence of what
12 was in the other 23 specimens?
13          MS. SHARKO:  Can we get a
14      copy of Heller?  Please?
15          (Document marked for
16      identification as Exhibit
17      Neel-26.)
18 BY DR. THOMPSON:
19      Q.  This will be Exhibit 26,
20 Heller paper, "The Relationship Between
21 Perineal Cosmetic Talc Usage and Ovarian
22 Talc Particles."
23          MS. SHARKO:  Thank you.
24 BY DR. THOMPSON:

Page 267

1       Q.  And I'm looking at the last
2  paragraph of the results section,
3  Dr. Neel.
4           And it says, "In one subject
5  we studied both ovaries.  On the right
6  side we detected no talc.  On the left
7  side" -- "by electron microscopy and 556
8  particles by light microscopy.  And on
9  the left side we detected 1,669,000
10 particles per gram of wet weight by
11 electron microscopy and six particles by
12 light microscopy.
13          "Hematoxylin and Eosin
14 stained slides from the analyzed sections
15 of tissues were examined.  There was no
16 evidence of response to talc such as
17 foreign body giant cell reactions or
18 fibrosis in the tissue."
19      A.  It's -- I mean, it's not
20 clear to me whether they only looked at
21 those, at the sections from the -- the
22 one subject above or not.  Or whether
23 they looked at all of them.
24      Q.  Do you see anywhere in the

Page 268

1  paper that they looked at any sections
2  using H&E light microscopy besides this
3  one --
4       A.  It's not clear from the way
5  this is written that that's the only --
6  that they are saying that it -- from --
7  that those are the only analyzed
8  sections.  But, you know.
9       Q.  But -- but you can conclude
10 from your reading of this that Heller
11 found no inflammatory reaction in the
12 ovaries of cells with -- of -- in the
13 ovaries of these subjects that they found
14 talc?
15      A.  Well, they don't report on
16 it, so it's not evidence that there is
17 inflammation in the ovary.
18      Q.  Well, you cited this paper,
19 right?
20      A.  Yeah, I did cite to it --
21      Q.  For that purpose?
22      A.  Yeah.  I said that there was
23 no evidence.
24      Q.  And you'll agree that there

Page 269

1  is no evidence of more than one being
2  looked at, right?
3       A.  As I said, I can't tell from
4  the way that's written whether it was all
5  of them or not.  The major point for
6  citing this was that there was no
7  correlation between reported perineal
8  talc use and the presence of particles
9  assumed to be or -- or argued to be talc
10 in the ovaries.  That was the major
11 reason for citing it.
12      Q.  While we are on --
13      A.  We already have direct
14 evidence on the animal studies about what
15 talc does in ovaries.
16      Q.  You cited the paper.
17      A.  I did and I said --
18      Q.  Okay.
19      A.  -- that they argued strongly
20 that perineal talc use does not
21 accurately reflect potential exposure.
22 And I stand by that statement.  That's
23 exactly what the paper concludes.
24      Q.  While we are on the Heller

68 (Pages 266 to 269)

Benjamin G. Neel, M.D., Ph.D.

Page 270

1  paper.
2        Do you intend to give
3  opinions as to whether perineal talc
4  powder can migrate or be transported to
5  the distal fallopian tube, ovary or
6  perineal cavity?
7        A.  I intend to say that the
8  evidence is inconclusive.
9        Q.  So you will say -- you will
10 say that there is evidence on both sides?
11       A.  I say the preponderance of
12 the evidence is negative.
13       Q.  What do you use for the
14 preponderance of the evidence being
15 negative?
16       A.  The best -- the best study
17 is one that was done in monkeys by
18 Whelan.  All of the other studies are
19 potentially confounded by artifact.
20       Q.  Is -- is it plausible that
21 talcum powders -- talcum powder applied
22 to the perineum can reach the fallopian
23 tube, ovary and perineal cavity?
24       A.  Is it plausible?  I think

Page 271

1  it's unresolved.  I can't say it's
2  plausible or implausible.  It's
3  unresolved.  It's -- it's unresolved.
4  The strongest evidence says no.
5        Q.  And you cite as -- the -- as
6  part of your opinions, this FDA citizen's
7  response letter, correct?
8        A.  Mm-hmm.
9        Q.  And it's marked as exhibit
10 something.
11       I didn't write it on the
12 thing.
13       If you go to the --
14       MS. SHARKO:  Go to exhibit
15 something?
16 BY DR. THOMPSON:
17       Q.  Give it -- go to exhibit
18 something and we'll take a break after.
19       MR. ZELLERS:  It's 18.
20       DR. THOMPSON:  Exhibit 18.
21 Thank you, Mr. Zeller.
22 BY DR. THOMPSON:
23       Q.  And on Page 5, I'm reading
24 the paragraph that starts with while

Page 272

1  there exists.
2        "While there exists no
3  direct proof of talc and ovarian
4  carcinogenesis, the potential for
5  particulates to migrate from the perineum
6  and vagina to the peritoneal cavity is
7  indisputable.  It is, therefore,
8  plausible that perineal talc and other
9  particulate that reach the endometrial
10 cavity, fallopian tubes, ovaries and
11 peritoneum may elicit a foreign body type
12 reaction and inflammatory response that
13 in some exposed women may progress to
14 epithelial cancers.
15       "However, there was no
16 conclusive evidence to support
17 causality."
18       MS. SHARKO:  There has been.
19       DR. THOMPSON:  "Has been no
20 conclusive evidence to support
21 causality."
22 BY DR. THOMPSON:
23       Q.  So even though the FDA
24 determined that the potential for the

Page 273

1  particulates to migrate is indisputable,
2  you're still saying that the
3  preponderance of the evidence based on
4  one monkey study is against it?
5        A.  Well, it's not one monkey
6  study, first of all.  It's two monkey
7  studies.  And one --
8        Q.  But by the same -- by the
9  same Johnson & Johnson consultant, right?
10       A.  He's -- I don't know that
11 they're a Johnson & Johnson consultant.
12       Q.  Did you look at the conflict
13 of interest disclosure?
14       A.  No, I didn't.  But it's --
15 the study was done in the more accurate
16 way than the other two studies.  And it
17 actually produced very clear evidence of
18 potential confounding artifact in the --
19 in the studies that have been done
20 before.
21       Q.  So --
22       MS. SHARKO:  Wait.  Let him
23 finish.
24       THE WITNESS:  So the fact is

69 (Pages 270 to 273)

Benjamin G. Neel, M.D., Ph.D.

Page 274

1    that one very well-designed study
2    beats multiple poorly designed
3    studies in science.  It's not a
4    plebiscite.
5  BY DR. THOMPSON:
6       Q.   You're saying that two
7  monkey studies by a Johnson & Johnson
8  consultant outweigh a vast body of
9  literature on various substances,
10  including particulates being transported,
11  migrating to the ovaries, to reach your
12  conclusion that the preponderance of the
13  evidence is against migration or
14  transport to particles?
15       MS. SHARKO:  I object to the
16  form of the question.  Lacks
17  foundation.
18       THE WITNESS:  You haven't
19  provided me with any -- vast
20  literature?  You provided me with
21  two poorly designed studies.  So I
22  don't know what you're talking
23  about.  If you want to show me
24  other studies, I'll be happy to

Page 276

1  know of something that I don't know.  But
2  what I'm saying is this -- this --
3  this -- you can't just make a statement
4  without referencing it and then assume
5  that -- and assume that scientists are
6  going to take it at face value.  We have
7  to see the evidence.  That's what we work
8  with, evidence.
9       Q.   You really need evidence to
10  show that something can go from the
11  perineum through the genital tract?
12       A.   Well, sperm can go there.
13  But they have -- but they have, you know,
14  flagella.  I'm not aware of talc having
15  flagella.
16       Q.   Okay.  Are you aware of the
17  sperm studies that show dead sperm and
18  sperm particles can migrate through the
19  genital tract?
20       A.   I don't know what studies
21  you are talking about.  But if you want
22  to give me studies --
23       Q.   Okay.  Let me get them.
24       A.   -- I'll be happy to look at

Page 275

1  read them and give my opinion on
2  them.
3       However, it is well known
4  that particle -- that radioactive,
5  you know, materials can leach off
6  of albumin particles.  And also
7  the study showing that carbon
8  black is present -- it is true
9  that the Egli study did not use --
10  did not do a control where they
11  just used the solutions
12  themselves.
13       So again the point raised by
14  Whelan is a reasonable point,
15  whether he's a consultant for
16  Johnson & Johnson or not.  Science
17  is science.  It doesn't matter who
18  does it.
19  BY DR. THOMPSON:
20       Q.   Are the FDA not scientists
21  that say it's indisputable?
22       A.   I don't know what -- the FDA
23  doesn't reference anything here, so I
24  can't comment on the studies.  Maybe they

Page 277

1  studies and --
2       Q.   We'll take a break and get
3  them.
4       A.   -- see if I think they are
5  reliable.
6       Q.   Okay.  We'll take a break
7  and come back and go through the studies.
8       THE VIDEOGRAPHER:  The time
9  is 2:10 p.m.  Off the record.
10       (Short break.)
11       THE VIDEOGRAPHER:  We are
12  back on the record.  The time is
13  2:28 p.m.
14  BY DR. THOMPSON:
15       Q.   Dr. Neel, has your research
16  over the last 30 years -- plus years, had
17  anything at all to do with the physiology
18  of the female genital tract?
19       A.   No.
20       Q.   Have you written any papers
21  that have anything to do with the
22  physiology of the female genital tract?
23       A.   No.
24       Q.   Prior to being contacted by

70 (Pages 274 to 277)

Benjamin G. Neel, M.D., Ph.D.

Page 278

1  the lawyers in this case, did you have
2  any knowledge of the literature regarding
3  the potential migration or transport of
4  particles through the female genital
5  tract?
6       A.   Only sperm.
7       Q.   Only?
8       A.   Only sperm.
9       Q.   Only sperm.  And were you
10  aware of the literature regarding sperm
11  particles or dead sperm being transported
12  through the genital tract?
13       A.   No.
14       Q.   Were you aware of the
15  literature that sperm moved more quickly
16  through the genital tract than would be
17  expected just from the motility of the
18  flagella?
19       A.   I'm not aware of any studies
20  on that issue.
21       Q.   Did you have any knowledge
22  of the concept of the uterine peristaltic
23  pump, which actually facilitates the
24  migration or transport of particles?

Page 279

1       A.   Not that I recall.
2       Q.   Would you agree that a
3  gynecologist or GYN oncologist would have
4  a greater understanding of the migration
5  or transport of particles through the
6  genital tract?
7       A.   They might have a greater
8  understanding of what's published in
9  textbooks, but they wouldn't necessarily
10  be any better than I am at evaluating
11  literature on the subject.
12       Q.   But they would have more
13  firsthand knowledge and experience --
14       A.   As I said.
15       Q.   -- in their practice,
16  wouldn't they?
17       A.   I don't think the practice
18  of gynecological oncology addresses the
19  issue of the migration of particles
20  through the genital tract.  So I don't
21  think so necessarily, no.
22       Q.   They would be more familiar
23  with the anatomy of the genital tract,
24  right?

Page 280

1       A.   I think anybody who has gone
2  to medical school is pretty familiar with
3  the general anatomy of the genital tract.
4       Q.   You don't think
5  gynecologists have a more in-depth
6  understanding of anatomy than other
7  non-GYN doctors?
8       A.   I think they do have a more
9  detailed understanding of anatomy.  That
10  doesn't necessarily mean they have a more
11  detailed understanding of anatomy that is
12  necessary to make a conclusion about
13  particles moving through the genital
14  tract.  That doesn't require a very
15  complex surgical description of the
16  genital tract.
17       Q.   Do they have more
18  understanding of the physiology of the
19  reproductive tract?
20       A.   I would hope so, yeah.
21       Q.   Let's go to the Taher
22  article.  That would be Exhibit --
23       A.   20.
24       MS. SHARKO:  20.

Page 281

1  BY DR. THOMPSON:
2       Q.   20.  And this -- this is the
3  article that you were referring to in
4  your report when you referenced Health
5  Canada, right?
6       A.   Yes.  And now I -- now I
7  recall where my statement came from in my
8  report.
9           So if you look at the bottom
10  of Page 1, it says, "For information
11  contact Dr. Donald R. Mattison."  It has
12  his contact information.  And it says,
13  "Materials submitted to Health Canada."
14           So that was where I got the
15  information that this was commissioned by
16  Health Canada.  I may have misinterpreted
17  that.  But that's where I got the
18  information from.  And I think there's an
19  allusion to that also in the end.  But
20  I'd have to look through it.  If you want
21  me to, I will.
22       Q.   Let's go to the chart on
23  Page 26.  And --
24       A.   Hold on.  I'm not there yet.

71 (Pages 278 to 281)

Benjamin G. Neel, M.D., Ph.D.

Page 282

1    That in the middle of a chart.  It's the
2    middle of the chart.  Do you want to
3    just --
4       Q.    26.
5       A.    -- on Page 26.
6       Q.    I want to look at the --
7       A.    It continues on three pages.
8       Q.    Yeah, I want to look at the
9    biological plausibility --
10      A.    Okay.
11      Q.    -- section of the chart on
12   Page 26.
13            And this Taher article
14   states, under biological plausibility,
15   "Particles of" -- "of talc appear to
16   migrate into the pelvis and ovarian
17   tissue causing irritation and
18   inflammation."
19            Do you agree that that's a
20   biologically plausible mechanism?
21      A.    If the data supporting it
22   were convincing, or even close to
23   convincing, yes.  But they are not.
24            And so I agree that

Page 283

1    conceptually that would be a reasonable
2    mechanism.  But they don't have -- the --
3    the actual studies are poor or
4    nonexistent in terms of evidence.
5       Q.    So your opinion, with that
6    first statement, is you would need
7    convincing evidence to have that be a
8    biologically plausible mechanism?
9       A.    I would need some
10   scientifically credible evidence.  All of
11   the publications that I have -- that I
12   have found that address this issue, and
13   I'm happy to review other ones with you,
14   all of the ones that I've found are
15   really poor or they don't say that this
16   is true.
17      Q.    The second one, bullet point
18   under biologically -- biological
19   plausibility says, "Transport of talc via
20   perineal stroma and presence in ovaries
21   documented."
22            Do you agree that that is a
23   biologically plausible part of the
24   mechanism?

Page 284

1       A.    So actually, if you look at
2    the report somewhere else, it says that
3    data on talc migration are inconsistent.
4    So we'll have to go through the entire
5    report to find that sentence.
6            But I don't think that you
7    should take this chart or this table and
8    state that as what the conclusion of the
9    report is because it's out of context.
10      Q.    Well, this is Dr. Taher's
11   chart that is titled "Summary of
12   Evidence."
13      A.    Well, Dr. Taher also wrote
14   that data on talc migration were
15   inconsistent.  So we can look through it
16   and find out where that is, but I
17   wouldn't put that in my report unless I
18   saw it in this paper.
19            And Dr. Taher, I believe, is
20   an epidemiologist.  So he -- he's not
21   really qualified to comment on biological
22   plausibility based on cellular mechanisms
23   anyway.
24      Q.    So in your opinion, an

Page 285

1    epidemiologist is not qualified to
2    testify as to cellular mechanisms?
3       A.    Unless they are trained in
4    cellular molecular biology as well, no.
5       Q.    Okay.  Do you disagree with
6    the authors of the Taher paper?
7       A.    What -- which parts of the
8    authors they state in these statements?
9       Q.    In this biological
10   plausibility section.
11      A.    I think that, yes, I do
12   disagree with several of the statements
13   in the biological plausibility section.
14   Including the particles of talc appear to
15   migrate to the pelvis and ovarian tissue,
16   I think that remains unclear.
17            The fact that they cause
18   irritation and inflammation.  Particles
19   of talc cause granulomas.  There's no --
20   I don't know what irritation means.
21   That's not a scientific term as you know.
22            And transport of talc via
23   perineal stroma.  I don't really know
24   what perineal stroma means.  Stroma

72 (Pages 282 to 285)

Benjamin G. Neel, M.D., Ph.D.

Page 286

1   actually is something that is
2   subepithelial, so I don't know what that
3   refers to. It's probably a misprint.
4        And presence in the ovaries
5   documented. We've already discussed
6   presence in the ovaries. But we haven't
7   established that that is from transport.
8        Q.   Could -- could evidence be
9   inconclusive and both sides be plausible
10  in your mind?
11       A.   Can evidence be inconclusive
12  and plausible at the same time? No.
13       Q.   So if you have differing
14  evidence on an issue, neither one could
15  be plausible, is that your opinion?
16       A.   No. Good evidence is
17  plausible. Bad evidence is not. It's
18  not a plebiscite. It's not an election.
19  It's not like you get a bunch of people
20  on one side and a bunch of people on the
21  other, and you take testimony and -- and
22  you tally up who gets what.
23       It's which evidence is
24  plausible scientifically and that has to

Page 287

1   do with the quality of the data and the
2   convincingness of the evidence. And
3   that's not a plebiscite.
4        Q.   So -- so you don't see a
5   situation where the evidence could be
6   credible on both sides of a scientific
7   question?
8        A.   If two people do the same
9   experiment and they get different
10  results, and neither one -- and there --
11  if two people do the same experiment and
12  they get different results, one of them
13  is right and one of them is wrong.
14       That's the essence of
15  science. It's empirically observable and
16  reproducible. So that's my opinion.
17       Q.   So science is either right
18  or wrong?
19       A.   Or good or bad. Yes.
20       Science is either right or
21  wrong by definition.
22       Q.   You mentioned earlier that
23  you are at least aware of the treatise
24  commissioned by the National Academies of

Page 288

1   Science, Engineering, Medicine, and
2   supported by the CDC, that was a book
3   actually titled "Ovarian Cancer:
4   Evolving paradigms in research and care."
5        Correct? Do you remember
6   that?
7        A.   You'll have to show --
8        MS. SHARKO:  Object to the
9   form of the question.
10       THE WITNESS:  I said I had
11  seen several, you know, summary
12  reviews.
13       You'd have to show me the
14  exact.
15  BY DR. THOMPSON:
16       Q.   I will. I just -- I had
17  remembered this morning that you were
18  aware that this had been published. But
19  I'm going to show it to you regardless.
20       (Whereupon, a discussion was
21  held off the record.)
22       DR. THOMPSON:  27.
23  Exhibit 27 will be "Ovarian
24  Cancer:  Evolving paradigms in

Page 289

1   research and care."
2        (Document marked for
3   identification as Exhibit
4   Neel-27.)
5   BY DR. THOMPSON:
6        Q.   I did not print the whole
7   book. I did print the entire chapter
8   that I'm going to be referencing.
9        And --
10       MR. ZELLERS:  Margaret, do
11  you have one more of them?
12       DR. THOMPSON:  I don't. I
13  just -- oh, I do. I'm sorry.
14       MS. SHARKO:  Do you have a
15  paperclip? May I have that
16  paperclip?
17       DR. THOMPSON:  You are so
18  demanding.
19       MS. SHARKO:  Thank you.
20  BY DR. THOMPSON:
21       Q.   And on page little Roman
22  numeral ix preface, "This congressionally
23  mandated report sponsored by the Centers
24  for Disease Control and Prevention

73 (Pages 286 to 289)

Benjamin G. Neel, M.D., Ph.D.

|  | Page 290 |
|---|---|
| 1 | assesses the state of research on ovarian |
| 2 | cancers from multiple perspectives and by |
| 3 | multiple disciplines." |
| 4 | Did I read that right, the |
| 5 | first sentence of -- |
| 6 | A.   Yeah. |
| 7 | Q.   -- of -- |
| 8 | A.   I have not seen this report |
| 9 | before, so -- |
| 10 | Q.   Okay. |
| 11 | A.   -- just so you know. |
| 12 | Q.   And this paper -- or this |
| 13 | book actually, was authored by a |
| 14 | committee of -- approximately 15 authors, |
| 15 | correct? |
| 16 | A.   Yes. |
| 17 | Q.   And this book also was |
| 18 | reviewed by another, it looks like ten or |
| 19 | so reviewers, correct? |
| 20 | A.   Yes. |
| 21 | MS. SHARKO:  Just for the |
| 22 | record, we don't have a book in |
| 23 | front of us.  We have -- |
| 24 | DR. THOMPSON:  Okay.  The |

|  | Page 291 |
|---|---|
| 1 | chapter from the book. |
| 2 | MS. SHARKO:  Okay.  Thank |
| 3 | you. |
| 4 | BY DR. THOMPSON: |
| 5 | Q.   Let's go to -- and this, the |
| 6 | chapter that I did take from this book is |
| 7 | titled "Prevention and Early Detection." |
| 8 | And if you'll go to |
| 9 | Page 110.  The topic heading -- |
| 10 | A.   Okay.  I see the numbers |
| 11 | now. |
| 12 | MS. SHARKO:  And the witness |
| 13 | should have the opportunity -- |
| 14 | DR. THOMPSON:  Susan, we |
| 15 | don't need any speaking |
| 16 | objections.  How many times do we |
| 17 | need to tell you that? |
| 18 | MS. SHARKO:  Well, I'll |
| 19 | ignore -- |
| 20 | DR. THOMPSON:  And there -- |
| 21 | the witness is perfectly -- |
| 22 | MS. SHARKO:  I'll ignore |
| 23 | your rudeness.  It's not an -- |
| 24 | it's not -- it's not an objection. |

|  | Page 292 |
|---|---|
| 1 | It's an observation. |
| 2 | DR. THOMPSON:  Well, we |
| 3 | don't need your speaking |
| 4 | observation.  Dr. Neel can -- can |
| 5 | let me know if he needs time to |
| 6 | look at whatever it is I'm showing |
| 7 | him. |
| 8 | BY DR. THOMPSON: |
| 9 | Q.   Dr. Neel, this section on |
| 10 | Page 110 titled "Inflammation" is under |
| 11 | the heading behavioral and inflammatory |
| 12 | risk factors. |
| 13 | And I'm going to read the |
| 14 | first part of this paragraph.  "Studies |
| 15 | of the inflammatory marker C-reactive |
| 16 | protein suggest a possible association |
| 17 | between inflammation and an increased |
| 18 | risk of ovarian cancer."  There are two |
| 19 | cites. |
| 20 | "Other specific inflammatory |
| 21 | factors have also been associated with |
| 22 | ovarian cancer.  A meta-analysis reported |
| 23 | that exposure to asbestos was associated |
| 24 | with a 77 percent increased risk of |

|  | Page 293 |
|---|---|
| 1 | ovarian cancer mortality," citing |
| 2 | Camargo, "and the International Agency |
| 3 | for Research on Cancer determined that |
| 4 | there was sufficient evidence to support |
| 5 | a causal relationship between asbestos |
| 6 | exposure and ovarian cancer," citing |
| 7 | Straif. |
| 8 | "This has led to studies of |
| 9 | talc use, which is chemically similar to |
| 10 | asbestos and can cause an inflammatory |
| 11 | response.  The use of talcum powder has |
| 12 | been associated with a 20 to 30 percent |
| 13 | increased risk of ovarian cancer, |
| 14 | although it has been shown" -- "show to |
| 15 | vary by histologic subtype." |
| 16 | Did I read that correctly? |
| 17 | MS. SHARKO:  No.  You left |
| 18 | out the word "perineal." |
| 19 | THE WITNESS:  Yeah, perineal |
| 20 | talc. |
| 21 | BY DR. THOMPSON: |
| 22 | Q.   Okay.  Thank you.  Anything |
| 23 | else? |
| 24 | A.   I think you read that |

74 (Pages 290 to 293)

Benjamin G. Neel, M.D., Ph.D.

Page 294

1    correctly.
2        Q.   Okay.  So the state of the
3    art committee that was commissioned by
4    the National Academy of Science
5    Medicine -- are you familiar with that
6    organization?
7            MR. LOCKE:  Objection.
8            THE WITNESS:  Yes.  I hope
9    to be in it.
10           What was that?
11           MR. LOCKE:  I just said
12   objection.
13           THE WITNESS:  Okay.
14   BY DR. THOMPSON:
15       Q.   And it has a reputation
16   certainly, correct?
17       A.   Yes.  I know most of the
18   people on this panel.
19       Q.   Do you know -- do you know
20   the authors?
21       A.   I know several of them.
22       Q.   Or the researchers?
23       A.   Several of them, yes.
24       Q.   And it's my understanding

Page 295

1    that the authors of this treatise
2    included not only GYN oncologists, but
3    epidemiologists, molecular biologists,
4    and others so that it would be a
5    comprehensive report.
6        A.   Yes.
7        Q.   Is that your understanding
8    as well?
9        A.   Mm-hmm.
10           MS. SHARKO:  Object to the
11   form.
12   BY DR. THOMPSON:
13       Q.   And it was also meant to be
14   a state of the science in ovarian cancer
15   research treatise.
16           And this was published in
17   2016, I believe; is that right?
18       A.   I think so.
19           MS. SHARKO:  Object to the
20   form.
21   BY DR. THOMPSON:
22       Q.   So at least these
23   researchers had the opinion that
24   inflammation was a risk factor for

Page 296

1    ovarian cancer and that asbestos and
2    talcum powder were associated with an
3    increased risk; is that correct?
4            MS. SHARKO:  Objection to
5    form.  Lacks foundation.
6            THE WITNESS:  There are
7    several questions there.  Can you
8    break them up?
9    BY DR. THOMPSON:
10       Q.   Okay.  These authors
11   included inflammation under behavioral
12   and inflammatory risk factors, correct?
13       A.   I think that you have to
14   understand how to read the scientific
15   literature.  "Suggests a possible
16   association" is a very weak statement.
17   That means they suggest.  That doesn't
18   mean they establish.  "Suggests a
19   possible association between inflammation
20   and increased risk of ovarian cancer."
21           So no, it's not as strong as
22   you made it out to be Number one.
23           Number two is I've read the
24   Poole, et al., paper and I have read the

Page 297

1    subsequent papers by Poole and others.
2    And the association between inflammation
3    and increased risk of ovarian cancer, it
4    doesn't distinguish between whether the
5    inflammation is a marker of existing
6    ovarian cancer or the inflammation is a
7    cause of cancer, which has been what we
8    discussed all morning.
9            So I don't really think that
10   this statement is in any way
11   contradictory to anything that I've said
12   this morning.
13           As to the statement about
14   asbestos and ovarian cancer, I've already
15   said that I don't really have an opinion.
16   I haven't had time or wasn't charged with
17   doing an extensive analysis of ovarian
18   cancer and asbestos.
19           So I really don't think that
20   I should comment on this statement.  But
21   it doesn't really review the evidence.
22   Just to be -- just to point out that this
23   statement does not review the evidence,
24   it simply cites previous conclusions.  So

75 (Pages 294 to 297)

Benjamin G. Neel, M.D., Ph.D.

Page 298

1  it really doesn't analyze the case any
2  more than those original papers did.
3          As for the statement of
4  talc, it cites, you know -- it cites two
5  studies that are, again, I think, both
6  case-control studies. It does not in any
7  way comprehensively review the
8  literature, and it says it's been
9  associated with it.  It doesn't say it's
10  a causal association, which I thought was
11  what we were going to be discussing here
12  today.
13          DR. THOMPSON:  I'll object
14      as nonresponsive.
15  BY DR. THOMPSON:
16      Q.   Because my question was, did
17  these authors include a section on
18  inflammation in this treatise?
19      A.   They -- they included a
20  section, but as I said, the section says
21  there's a possible association between
22  inflammation and an increased risk of
23  ovarian cancer.
24      Q.   And if the authors didn't

Page 299

1  think it was plausible that that
2  association would be there, would they
3  have included it?
4      A.   I don't presume to be in the
5  mind of the authors, and I don't know
6  which of the authors was the major author
7  of this section.  So I can't answer that
8  question to any degree of certainty.
9          Can I point out one other
10  thing?
11      Q.   I don't -- there's not a
12  question on the table.
13          MS. SHARKO:  No, he's
14      finishing his answer.
15          THE WITNESS:  I didn't
16      finish.
17          DR. THOMPSON:  No, he's not.
18          MS. O'DELL:  He is not.
19          THE WITNESS:  I am.  I meant
20  to point out that on Page 9, the
21  same preface that you only read a
22  small part of, at the bottom says,
23  "An overarching conclusion is that
24  ovarian cancer is not one disease.

Page 300

1  There are a number of different
2  tumor types with characteristic
3  histologic features, distinctive
4  molecular signatures, and disease
5  trajectories."  Moreover --
6          MS. SHARKO:  Slow.
7          THE WITNESS:  "Moreover,
8  these tumors are heterogeneous and
9  they can arise from different
10  tissues of the female reproductive
11  tract."
12          So again, it just states
13  what I've been saying all day, is
14  that is that it's not meaningful
15  to talk about ovarian cancer as a
16  single entity.  You have to break
17  it down into each of the diseases.
18          DR. THOMPSON:  And that was
19  nonresponsive, because there was
20  not a question about asking
21  anything to do with that.
22          MS. SHARKO:  Ignore that
23  comment and wait for the next
24  question.

Page 301

1          DR. THOMPSON:  Object as
2  nonresponsive.
3  BY DR. THOMPSON:
4      Q.   Did you -- Dr. Neel, did you
5  review the literature on pleurodesis?
6      A.   Not extensively, no.
7      Q.   Was it not relevant, the
8  reaction in the tissue caused by talc
9  injected into the pleural space to
10  treat --
11      A.   It's relevant for the study
12  of mesothelioma.
13      Q.   But it's not relevant for
14  the study of the inflammatory effect of
15  talc in the body?
16      A.   It would be potentially
17  relevant to the studies of peritoneal
18  mesothelioma. But it's not necessarily
19  relevant to ovarian cancer, no.
20      Q.   So it's your testimony that
21  injection of talcum powder into the
22  pleural space has no meaning at all for
23  what the reaction might be in a tissue
24  like the ovary?

76 (Pages 298 to 301)

Benjamin G. Neel, M.D., Ph.D.

Page 302

1     A.   It has relevance to what --
2          MR. LOCKE:  Objection.
3          THE WITNESS:  Can I answer
4     the question?
5          MS. SHARKO:  Yes.
6          THE WITNESS:  So it's --
7          MS. SHARKO:  You have to
8     give everybody time to object.
9          THE WITNESS:  It has
10    relevance to what the response of
11    the mesothelial cells of the
12    pleural cavity are.  It might be
13    somewhat relevant to the response
14    of the pleural -- sorry the
15    peritoneal mesothelial cells.  But
16    there are direct experiments that
17    address, some of which we've
18    discussed before, the effects of
19    talc injections into the relevant
20    tissues of ovarian cancer.  So why
21    would I look at the irrelevant
22    tissues?
23    BY DR. THOMPSON:
24    Q.   Because, do we have any

Page 303

1     studies of injecting talcum powder into a
2     woman's ovaries?
3          A.   Into female -- into actual
4     females?
5          Q.   Yes.
6          A.   Not that I'm aware of.
7          Q.   Would it be ethical to
8     inject a suspected carcinogen into a
9     woman's ovaries?
10         A.   Well, I --
11         MS. SHARKO:  Object to the
12    form of the question.  Lacks
13    foundation.
14         THE WITNESS:  First of all,
15    I categorically deny that it's a
16    suspected carcinogen.  It's
17    characterized as a possible
18    carcinogen.  And that has been the
19    standard -- that has been the
20    conclusion, not just of IARC but
21    also of the -- of the Taher, et
22    al., report.  So I assume that's
23    what Health Canada will end up
24    saying.

Page 304

1          And also sort of the
2     sentiment behind the FDA, and it's
3     also what's listed on the NCI
4     website.
5          So I don't really think we
6     should use the form -- the term
7     "suggested carcinogen."
8          That being said, no, it
9     would not be ethical to do that
10    study.
11    BY DR. THOMPSON:
12    Q.   And if you had read that
13    Health Canada assessment, you would know
14    that Health Canada actually does suggest
15    a causal association?
16         MS. SHARKO:  Object.
17         MR. LOCKE:  Objection.
18         MS. SHARKO:  Object to the
19    form.  Lacks foundation.
20    Misstates the evidence.
21         THE WITNESS:  I'm happy to
22    look over the thing and discuss it
23    with you, but I did read the
24    Taher, et al., paper, and the

Page 305

1          Taher, et al., paper says the
2     same -- basically the same thing
3     as IARC:  Possible.
4     BY DR. THOMPSON:
5     Q.   And -- I'll leave it at
6     that.
7          (Document marked for
8     identification as Exhibit
9     Neel-28.)
10         DR. THOMPSON:  I'm going to
11    mark this next article as
12    Exhibit 28.  And I just -- oh, I
13    do have two.
14         MS. SHARKO:  Thank you.
15    BY DR. THOMPSON:
16    Q.   The correspondence that I'm
17    interested in having you discuss with me
18    is on the second page, "Talcum should not
19    be used for pleurodesis with nonmalignant
20    pleural effusions."
21         And I'll give you a chance
22    to look at that if you'd like.
23         A.   Yeah.  So that is these
24    people's opinion.

77 (Pages 302 to 305)

Benjamin G. Neel, M.D., Ph.D.

Page 306

1    Q.   I agree.  But at least these
2  scientists felt strongly that talc should
3  not be used for pleurodesis, correct?
4    A.   Apparently, yes.
5    Q.   And they stated that "talc
6  is not a uniform substance and varies
7  significantly in size and chemical
8  composition with the latter depending on
9  geologic origin.  This sheet silicate can
10  be contaminated with" -- "by asbestos, in
11  association between carcinogenesis and
12  exposure to asbestos included in talc,
13  appears credible."
14        Do you have an opinion
15  regarding that statement?
16    A.   Yes.  As I said, I think
17  that -- that my opinion, based on
18  everything that I've read is as I've
19  stated it in my report, which is that
20  there's no credible scientific evidence
21  that talc causes cancer in the female
22  genital tract.
23        So again, I don't really
24  think that this -- there's -- this is

Page 307

1  basically just citing a couple of papers,
2  and it's not in any way reputing anything
3  that I've said, so...
4        And I don't even know where
5  it's from.  It's not cited on there.  It
6  wasn't -- I don't --
7    Q.   It's not -- it's from the
8  American Journal of Respiratory --
9    A.   Yeah.
10    Q.   -- and Critical Care
11  Medicine, 2001.
12    A.   Which, again, this was in
13  2001.  There's a lot of science since
14  2001.  I don't think it's relevant.
15        And furthermore it's not
16  peer reviewed.
17        So I don't think it's
18  relevant.
19    Q.   And that's fine.  But I am
20  still entitled to ask you about it.
21        The authors at least were
22  concerned about the presence of fibers,
23  talc fibers in talcum powder used for
24  pleurodesis, correct?

Page 308

1    A.   That's what they said.  But
2  I have nothing to say about that.  As
3  I've said before.
4    Q.   So you have no knowledge one
5  way or the other whether fibers occur in
6  talcum powder, and if so, whether there
7  would be any health hazard as a result?
8    A.   I can only comment on the
9  studies that I read and commented on in
10  my report, which have to do with the use
11  of talc as cited in the methods and
12  materials sections of the epidemiology
13  studies and in the specific biological
14  experiments that I cited.
15        I am not a mineralogist.  I
16  am not a geologist.  I have no comment on
17  the composition of talc today or prior to
18  today, like in 2001, which was much long
19  ago.  So I don't even know that it's
20  relevant to today.
21    Q.   If you have a -- if you turn
22  to Page 25 of your report.  And you are
23  discussing the Buz'Zard paper.  And your
24  opinion is that "this study and its

Page 309

1  interpretation by plaintiffs' experts is
2  seriously flawed for multiple reasons."
3        The first reason that you
4  give is, "The -- "the talc was obtained
5  from a standard chemical reagent company,
6  Sigma, and its quality, mineral and/or
7  fibrous content and composition were not
8  assessed."
9    A.   Mm-hmm.
10    Q.   And that was a criticism of
11  the Buz'Zard paper, correct?
12    A.   Yes.  Correct.
13    Q.   Do you know anything
14  whatsoever about the quality, mineral
15  and/or fibrous consent and composition of
16  Johnson's Baby Powder?
17    A.   No.  But I know that -- that
18  this study just used Sigma talc.  So it's
19  not directly relevant to Johnson &
20  Johnson's products.  That was my point in
21  that statement.
22    Q.   So studies done with talcum
23  powder would not be relevant to Johnson's
24  Baby Powder?

78 (Pages 306 to 309)

Benjamin G. Neel, M.D., Ph.D.

Page 310

1    A.    Studies done with talcum
2  powder would not be directly relevant to
3  Johnson' Baby Powder, but studies done
4  with Johnson & Johnson Baby Powder are
5  relevant.  So...
6         But in any event, this paper
7  is not conclusive in any way that talc is
8  pro-oncogenic.
9    Q.    I -- I didn't ask that
10  question.  That's nonresponsive.
11         I was just asking why it
12  mattered what the quality, mineral,
13  and/or fibrous content and composition
14  were in the paper using talcum powder by
15  Buz'Zard.
16         MS. SHARKO:  Is that --
17    wait.  Is that a question?  Or is
18    that an explanation for why you
19    asked the question?
20  BY DR. THOMPSON:
21    Q.    Does it matter what the
22  quality, mineral and/or fibrous content
23  and composition of talcum powder is when
24  you're assessing its potential molecular

Page 311

1  effects?
2         MS. SHARKO:  Objection.
3    Asked and answered.
4         THE WITNESS:  It matters if
5    you are trying to infer from
6    studies done with Sigma that that
7    definitely applies to Johnson &
8    Johnson's products.
9         But in this case, because
10    the evidence doesn't really say
11    anything that's relevant, it
12    doesn't matter.
13  BY DR. THOMPSON:
14    Q.    You are very critical of
15  Dr. Saed's work, correct?
16    A.    Yes.
17    Q.    Did you look at Dr. Saed's
18  CV prior to this litigation?
19    A.    No.
20    Q.    Would that be something that
21  you would be interested in, as to what
22  Dr. Saed has published previously?
23    A.    Oh, I looked at his
24  publications subsequent to being engaged

Page 312

1  in this litigation.
2         You said prior to this
3  litigation, didn't you?
4    Q.    I did.
5         Did you look at Dr. Saed's
6  CV after being retained to testify in
7  this litigation?
8    A.    I -- I didn't look.  I don't
9  recall if I looked at his complete -- I
10  think I did look at his CV in the context
11  of his report.  But I also did a search
12  on PubMed for the relevant papers.
13    Q.    That was Exhibit 29.  A
14  partial --
15         (Document marked for
16    identification as Exhibit
17    Neel-29.)
18         MS. SHARKO:  This begins
19    with Page 29?
20         DR. THOMPSON:  Yes.
21         MS. SHARKO:  Is that
22    correct?
23         DR. THOMPSON:  Yes.
24  BY DR. THOMPSON:

Page 313

1    Q.    And like -- like yourself,
2  Dr. Saed's CV is quite extensive.
3    A.    I wouldn't agree with that
4  statement.
5    Q.    Okay.  It's 100, over 100
6  pages.  So --
7    A.    Quantity is not quality.
8    Q.    I --
9    A.    It's voluminous, but it's
10  not published in highly cited journals,
11  and I'm sure his H index is quite low.
12    Q.    I didn't ask any question
13  about where it was --
14    A.    Yes, you did.
15    Q.    -- where it was published
16  or -- I just --
17    A.    Well, that's quite relevant.
18         MS. SHARKO:  All right.
19    What's the next question?
20         DR. THOMPSON:  Well, if you
21    let me ask it, I will.
22         MS. SHARKO:  Thank you.
23  BY DR. THOMPSON:
24    Q.    Did you consider Dr. Saed's

79 (Pages 310 to 313)

Benjamin G. Neel, M.D., Ph.D.

Page 314

1  CV important or Dr. Saed's previous
2  publications?
3      A.   Once I read them, yes.  I
4  didn't read all of them.  But I read
5  several of them, as I've cited in my
6  report.  And I'm happy to go through each
7  one of them and show why they're all
8  flawed.
9      Q.   I'm asking questions.
10     A.   I'm answering your
11 questions.
12     Q.   That's not something I want
13 to know.  I don't believe I asked that
14 particular question.
15     A.   You asked me if I considered
16 them relevant.  And I told you that I
17 did.  And I read them, and that's why I
18 assessed the studies as quite poor.
19     Q.   Looking at his CV, would you
20 agree that the focus of his lab has the
21 study of oxidative stress and its
22 biological effects?
23         MS. SHARKO:  We don't have
24     his CV in front of us.

Page 315

1  BY DR. THOMPSON:
2      Q.   Looking at his published
3  articles, would you agree that the focus
4  of his lab has been the study of
5  oxidative stress and its biological
6  effects?
7      A.   Some of the papers are on
8  that.  Some of them are on other things.
9  So, you know, one area of focus appears
10 to be on oxidative stress.
11     Q.   What is oxidative stress?
12     A.   So cells are exposed to --
13 we live in an oxidative environment, as
14 we breathe oxygen.  So we live in a
15 highly oxidative environment.  And
16 proteins and other biomolecules,
17 including DNA, undergo oxidative events.
18         And oxidative stress occurs
19 when the pro-oxidative potential of cells
20 exceeds the antioxidant capacity of
21 cells.  So that's oxidative stress.
22     Q.   And is it fair to say that
23 many scientists believe that oxidative
24 stress plays a role in the etiology of

Page 316

1  epithelial ovarian cancer?
2      A.   I don't know what "many
3  scientists" mean.  Some scientists do.
4      Q.   Some scientists?
5      A.   Yes.
6      Q.   Do you disagree with those
7  scientists?
8      A.   I think that oxidative
9  stress resulting from follicular fluid
10 that's released from ovarian -- from
11 ovulation events, there could be
12 prooxidant species in there.  But I
13 certainly think that oxidative stress
14 arising from general metabolism, which is
15 primarily endogenous, mitochondrial
16 oxygen -- the act of oxygen production
17 can contribute to cancer generation.
18     Q.   And you do not believe that
19 oxidative stress from exogenous factors
20 plays a role?
21     A.   I don't think there's any
22 compelling evidence that oxidative stress
23 from exogenous agents plays a role in
24 high grade serous ovarian cancer.  That's

Page 317

1  what I think.
2          I think that it's
3  conceivable, one of the possible
4  mechanisms by which obesity promotes
5  other forms of ovarian cancer, is
6  through -- indirectly through oxidative
7  stress, and there are several mechanisms
8  for that.
9      Q.   Is a role that oxidative
10 stress plays in the pathogenesis of
11 cancer and ovarian cancer something that
12 would be considered controversial in the
13 scientific community, would you say?
14     A.   I think it's open to
15 question, yes.  I think -- yes.
16     Q.   So there's some scientists
17 that believe that it does play a role and
18 others that believe -- who believe it
19 does not, correct?
20     A.   Yes, but talking about
21 oxidative stress, you have to realize
22 it's -- to be meaningful, you have to
23 really narrow down what kind of sources
24 of oxidative stress we are talking about.

80 (Pages 314 to 317)

Benjamin G. Neel, M.D., Ph.D.

Page 318

1    Q.   And is it your opinion that
2  oxidative stress from exogenous sources
3  has no role in ovarian cancer?
4    A.   I think I just answered that
5  question.
6    Q.   Okay.  And do you believe
7  that the scientists that would take
8  another position are unreasonable?
9    A.   I would have to see the
10  details of the position.  My objection to
11  Dr. Saed's data, results or claims, are
12  not that he's taking another position.
13  It's that the evidence that he adduces to
14  support his claims is either nonexistent
15  or poor.
16    Q.   But there are other
17  scientists that have reported similar
18  experiments and -- to Dr. Saed, and would
19  you include them in the same category?
20    A.   You'll have to tell me
21  exactly what experiments you are
22  referring to.
23    Q.   Okay.
24    A.   I don't think anybody has

Page 319

1  reported the myeloperoxidase in ovarian
2  cancer cells because it doesn't appear to
3  be.  So there's many statements, as I
4  pointed out in my report, that are
5  contradicted by other data in the
6  literature, including large scale studies
7  done by international groups to look at
8  ovarian cancer genetics.
9    Q.   Can you direct me to a paper
10  that explicitly states that
11  myeloperoxidase does not occur in ovarian
12  cancer cells?
13    A.   If you look on the website
14  that has all of the RNA sequencing data
15  from the TCGA, you can see as I showed
16  you in my report, that the level of
17  myeloperoxidase RNAs below the level of
18  action of tumor suppressing gene.  So
19  that is data.
20    If you would like to look
21  through the tables of the TCGA report on
22  which that's based, you can find the
23  actual RNA sequence for myeloperoxidase.
24    DR. THOMPSON:  Not -- object

Page 320

1  as nonresponsive.
2  BY DR. THOMPSON:
3    Q.   I asked you for a paper.
4    A.   Well, the paper -- the paper
5  is the TCGA report.  And if you look at
6  the tables that come with the TCGA report
7  which are now put on websites, and it is
8  there.  So yes, the TCGA 2012 report has
9  RNA sequencing data on ovarian cancers,
10  and if you look at that you will see that
11  there's no significant expression of
12  myeloperoxidase in ovarian cancer.
13    MS. SHARKO:  Mr. Tisi, could
14  you -- it's happened several
15  times.  Could you please not talk
16  while the witness is talking.
17    MR. TISI:  Actually I don't
18  think -- I'd be curious if you
19  heard it.
20    THE WITNESS:  I actually
21  did, but I tried to focus on DR.
22  THOMPSON.
23    MR. TISI:  I'm allowed to
24  whisper to my colleague here.  So

Page 321

1  if I interrupt you, I apologize.
2  Would you do me a favor and let me
3  know if --
4    MS. SHARKO:  No.  His job
5  is -- his job is not to police
6  you, Mr. Tisi.
7    MR. TISI:  Well, your job is
8  not to -- is not to school me,
9  Susan.  So I apologize if he heard
10  me.  And I leaned over and spoke
11  to my colleague here.  So please
12  proceed.
13    DR. THOMPSON:  We're going
14  to look at some of Dr. Saed's
15  other literature.
16  BY DR. THOMPSON:
17    Q.   But I think there are
18  several papers regarding myeloperoxidase.
19  Those have all been peer-reviewed, the
20  ones that are published, correct?
21    MS. SHARKO:  I object to the
22  form of the question.
23  BY DR. THOMPSON:
24    Q.   Has Dr. Saed published

81 (Pages 318 to 321)

Benjamin G. Neel, M.D., Ph.D.

Page 322

1  papers regarding myeloperoxidase that
2  have been peer-reviewed?
3      A.   Yes, he has.
4      Q.   And there are other authors
5  on those papers as well, correct?
6      A.   I think they are all from
7  his lab.
8      Q.   Is there any overlap between
9  your research and phosphorylation
10 cascades and signal transduction -- did
11 I -- was that kind of close?
12     A.   It's good.
13     Q.   It worked.  All right.
14          -- and Dr. Saed's research
15 in oxidative stress?
16     A.   I'm an expert in oxidation
17 of protein-tyrosine phosphatases.  We
18 developed some of the novel technologies
19 that were published in high quality
20 journals on this subject.  So I do have,
21 you know, a significant familiarity with
22 the issues attended to oxidative stress
23 and oxidation-induced signaling.
24          So ox -- you know, reactive

Page 323

1  oxygen species are not just produced as a
2  pathological event.  They're actually
3  part of normal growth factor and cytokine
4  signaling.  And I've worked on the fact
5  that oxidative -- reactive oxygen species
6  react with the highly activated
7  neutrophilic cysteines, neutrophilic
8  cysteines of protein-tyrosine
9  phosphatases.  And that's thought to be
10 part of normal signaling.  That's the
11 only overlap.
12     Q.   And I understand that you do
13 not accept Dr. Saed's research as
14 credible.  But I'm trying to establish if
15 your work and his work are mutually
16 exclusive.  Can both -- can -- are both
17 plausible mechanisms?
18     A.   My work -- my -- well, you
19 haven't told me what mechanisms of
20 Dr. Saed you are talking about.
21     Q.   Well, let's just say
22 oxidative stress and its role in the
23 pathogenesis of ovarian cancer.
24          Is that mutually

Page 324

1  exclusive --
2      A.   I don't --
3      Q.   -- to what you're working
4  on?
5      A.   I know -- so my interest in
6  oxidation has to do with normal
7  physiological regulation and pathological
8  regulation of protein tyrosine
9  phosphatase activity.
10          I'm not sure which
11 particular paper of Dr. Saed you are
12 referring to, but I think many of the
13 papers don't address what you say they
14 are addressing.  They may say that in the
15 title, but they don't address that issue.
16     Q.   You would agree that
17 inflammation is part of a wider signaling
18 network, wouldn't you?
19     A.   That inflammation is part of
20 a wider signaling network?  No, I
21 wouldn't agree with that statement.  I
22 don't see that that's--
23     Q.   Is -- is --
24     A.   -- it's a non sequitur in my

Page 325

1  opinion.
2      Q.   Is oxidative stress a part
3  of a wider signaling network in your
4  opinion?
5      A.   What do you mean by
6  signaling network?  I mean you're using,
7  you know, jargon that's not very
8  specific.
9      Q.   Well, I probably read that
10 somewhere.
11          Are there researchers -- I'm
12 thinking particularly of Dr. Finkel?  Do
13 you know Dr. Finkel?
14     A.   Torin Finkel?  Yes, I
15 know -- I don't know Torin Finkel
16 personally, but I know his work.
17     Q.   Does Dr. Finkel study signal
18 transduction by reactive oxygen species?
19     A.   Yes.  His initial studies
20 were the ones that provided the first
21 evidence that normal react -- that
22 reactive oxygen species were produced in
23 response to normal growth factor
24 signaling.  I think the original paper

82 (Pages 322 to 325)

Benjamin G. Neel, M.D., Ph.D.

Page 326

1   was on PDGF simulation of smooth muscle
2   cells and the evidence was that blocking
3   oxidate with hydrogen peroxide generation
4   by smooth muscle cells impeded PDGF
5   receptor phosphorylation, which actually
6   got me interested in the field since the
7   most plausible mechanism by which that
8   might occur would be inhibition of
9   tyrosine phosphatase which we were
10  working on -- we and others subsequently
11  provided evidence to support that, as did
12  Finkel.
13      Q.   And that would be intrinsic
14  ROS?
15      A.   That would be --
16      Q.   Or --
17      A.   -- those would be -- that
18  would be intrinsically produced ROS in
19  response to growth factor signaling, not
20  through mitochondria probably, but
21  through a series of enzymes called NOXs
22  or NADPH oxidases.
23      Q.   Do you agree that an
24  increase in ROS levels under certain

Page 327

1   conditions can cause DNA mutations?
2       A.   Yes.
3       Q.   And cancer is the result of
4   genetic mutations, correct?
5       A.   Yes.
6       Q.   So under the right
7   conditions, chronic inflammation could
8   result in increasing ROS that could cause
9   genetic mutations that could cause
10  cancer, theoretically?
11      A.   In certain context, yes.
12      Q.   When I searched PubMed, I
13  found the following, searching cancer and
14  inflammation. 78,901, does that sound
15  reasonable?
16      A.   I have no idea, but I
17  wouldn't --
18      Q.   Ovarian cancer and
19  inflammation, 1306. Oxidative stress and
20  cancer, 23,845 publications. And
21  oxidative stress and oxidative cancer,
22  427.
23          Dr. Saed doesn't have
24  anywhere close to 427 publications

Page 328

1   regarding oxidative stress and ovarian
2   cancer, correct?
3           MS. SHARKO:  Wait.  I -- I
4       object to the preface and the
5       speech and, therefore, the form of
6       the question.
7           What is the question you're
8       asking him?
9   BY DR. THOMPSON:
10      Q.   Dr. Saed does not have 427
11  publications on oxidative stress and
12  cancer, does he?
13      A.   Well, I don't think he has
14  427 publications.  So I guess that means
15  he doesn't have 427 publications on
16  oxidative stress and cancer.
17      Q.   So someone else is
18  publishing on oxidative stress and
19  ovarian cancer, correct?
20      A.   I don't know.  I haven't
21  done the specific search you did and I
22  haven't looked at the papers but I'm
23  happy to look at every single one of
24  them.

Page 329

1           And I'm not saying that
2   there is no possibility that oxidative
3   stress plays a role in ovarian cancer.
4   I'm saying Dr. Saed's papers are
5   categorically and fundamentally flawed in
6   almost every single instance.
7       Q.   So are you saying that
8   oxidative stress is a plausible mechanism
9   for ovarian cancer?
10      A.   I'm not taking a position
11  one way or the other on that issue.
12      Q.   Okay.  So you do not have
13  a -- you don't have a position on whether
14  oxidative stress has a role in the
15  pathogenesis of ovarian cancer.  Your
16  opinions today are specifically about
17  Dr. Saed and his work?
18          MS. SHARKO:  Object to the
19      form of the question.  Lacks
20      foundation.
21          THE WITNESS:  Can you ask
22      both questions separately?
23  BY DR. THOMPSON:
24      Q.   Yeah.

83 (Pages 326 to 329)

Benjamin G. Neel, M.D., Ph.D.

Page 330

```
 1        A.   I categorically say that
 2   none of Dr. Saed's work that was put
 3   forward as evidence in support of his
 4   contentions in his report is credible.
 5   That I say categorically.
 6        Q.   Okay.
 7        A.   In terms of whether
 8   oxidative stress plays a role in ovarian
 9   cancer, that question is too broad.  If
10   you narrow the question and ask me a more
11   specific question, I might be able to
12   give an opinion.  But I think the issue
13   is still under debate.
14             I think I made it very clear
15   what the well-established pathogenesis of
16   ovarian cancer is.
17             There's -- there is one SNP
18   which I mentioned in my report, GPX-6,
19   which interestingly is not a SNP that
20   Dr. Saed cites, because I don't think
21   he's familiar with the GWAS literature.
22   That's the -- is associated.
23             I haven't had a chance to
24   really look in detail as to what's known
```

Page 331

```
 1   about that SNP.  So that SNP does raise
 2   the possibility that oxidative stress in
 3   some form might be involved in the
 4   pathogenesis of some ovarian cancer.  But
 5   I haven't really studied that in detail.
 6   BY DR. THOMPSON:
 7        Q.   In -- in your -- you have
 8   not seen Dr. Saed's published paper,
 9   correct?
10        A.   I saw the manuscript that
11   was accepted for publication.
12        Q.   But you don't know whether
13   that manuscript is the same as what was
14   actually published, correct?
15        A.   Manuscripts accepted for the
16   publication in my 30 years of experience
17   as a faculty member are identical, except
18   for minor positioning of figures.
19        Q.   Okay.  So you've never made
20   edits on the final proof that's come back
21   to you?
22        A.   If it's accepted for
23   publication, that's the final proof.
24   The -- the version that's marked accepted
```

Page 332

```
 1   for publication.
 2             But if you'd like me to look
 3   at the final paper, I'm happy to do it.
 4   I doubt that there's anything
 5   different -- that's materially different
 6   from what I wrote in my report.
 7        Q.   But you didn't see any
 8   reason to look at it?
 9        A.   I didn't realize it was out
10   yet.
11        Q.   And your attorneys didn't
12   provide the final published paper?
13        A.   They mentioned to me
14   yesterday that the --
15             MS. SHARKO:  Well, wait,
16        wait.  What was discussed with the
17        attorneys is privileged.
18   BY DR. THOMPSON:
19        Q.   In your report you state
20   that Dr. Saed's work is "technically and
21   conceptually flawed and does not
22   withstand critical scrutiny."
23             Did you write that
24   statement?
```

Page 333

```
 1        A.   Yes.  Every word.
 2        Q.   Is that a statement that you
 3   would put in a scholarly publication?
 4        A.   Technically and conceptually
 5   flawed, yes.  But it would be assumed if
 6   I said that paper was -- in fact I've
 7   used that phrase many times in reviews.
 8   Well, sometimes I say technically flawed.
 9   Sometimes I say conceptually flawed.  And
10   when, as in the case of Dr. Saed's work,
11   it's both, I say conceptually and
12   technically flawed.  That's exactly the
13   wording that I would use in reviews.
14             That being said, I would not
15   say that it wouldn't withstand scientific
16   scrutiny because it would be assumed and
17   understood by all scientists, including
18   editors of journals, that when I say
19   those statements that it doesn't
20   withstand scientific scrutiny.
21        Q.   That paper was peer-reviewed
22   and accepted for publication and
23   published, correct?
24        A.   At a very low impact
```

84 (Pages 330 to 333)

Benjamin G. Neel, M.D., Ph.D.

Page 334

1  journal, yes.
2      Q.   And did you review the peer
3  reviewers' comments to Dr. Saed's paper?
4      A.   I did.  I think I cited some
5  of the peer reviewers' comments.
6      Q.   And we'll go over those in a
7  minute.
8           And did you also write the
9  sentence that questioned Dr. Saed's,
10  quote, knowledge of basic cancer cell
11  biology, genetics and biochemistry?
12     A.   Yes, I did.
13     Q.   What was your basis of
14  questioning his knowledge of basic cancer
15  cell biology, genetics and biochemistry?
16     A.   Well, there were several
17  reasons that I based that.  So it had to
18  do with the fact that, for example, he
19  mischaracterized -- can we go to the
20  actual page in my report?  I think I
21  actually provide the explanations there.
22  Where is that exactly?  Oh, okay here.  I
23  said it.
24     Q.   Page 23.

Page 335

1      A.   Yes.  Dr. Saed -- okay.  For
2  example, he states that p53 is an
3  oncogene, whereas it is a paradigmatic
4  tumor suppressor gene.
5           He stated in his deposition
6  that cells are grown at normal oxygen and
7  glucose level.
8      Q.   And they --
9      A.   That's not true.  I put the
10  explanation.
11     Q.   I know.  We're going to go
12  over those now.
13     A.   I'm just answering your
14  question.
15     Q.   For example, he states that
16  p53 is an oncogene.  Are you aware of
17  literature that describes p53 as an
18  oncogene?
19     A.   The lit -- p53 was
20  originally described as an oncogene, and
21  that was discovered subsequently that it
22  was a tumor suppressor gene.
23     Q.   There is literature still
24  that refers to p53 as an oncogene, isn't

Page 336

1  there?
2      A.   I don't know what
3  literature -- p53 is the paradigmatic
4  tumor suppressor gene along with RD and
5  PTEN.
6      Q.   And you state one of your
7  basis for that claim is that Dr. Saed
8  makes a truly extraordinary claim that
9  talc treatment was associated with a
10  genotype switch for SNPs in redox
11  enzymes.  If you read his paper, it would
12  be clear that he was talking about a
13  nucleotide -- nucleotide switch, correct?
14     A.   That's what a genotype is.
15          MR. LOCKE:  Objection.
16  BY DR. THOMPSON:
17     Q.   Well, why is that an
18  extraordinary claim?
19     A.   Because it's impossible that
20  that would happen in 72 hours in, in
21  effect, a single nucleotide with
22  100 percent penetrance.
23     Q.   So do you believe that
24  Dr. Saed made up his results?

Page 337

1      A.   I have no idea why Dr. Saed
2  is making that claim.  But it's simply
3  impossible.  It would be like finding a
4  needle in a haystack and turning the
5  needle into a hammer.
6      Q.   Did any of the peer
7  reviewers say that that claim was
8  extraordinary?
9      A.   I don't recall if they
10  commented on it.  I don't think they did,
11  which illustrates the poor quality for
12  peer review for that journal.  There's no
13  way that statement would have escaped the
14  attention of any qualified peer reviewer.
15          And I believe that if you
16  read Dr. Birrer's report, he points to
17  the same issue.  So any qualified
18  molecular biologist would have noted that
19  and pointed out how absurd the claim.
20     Q.   Are you aware that the
21  abstract that describes the mutations in
22  the SNPs was reviewed by five to six
23  reviewers and accepted for presentation
24  at the SGO meeting?

85 (Pages 334 to 337)

Benjamin G. Neel, M.D., Ph.D.

Page 338

1    A.   I have no idea who reviewed
2  those.  But they also have no knowledge
3  of modern molecular biology if they
4  accepted that claim.  The fact that they
5  don't understand what they're reviewing
6  doesn't mean that they know what they're
7  talking about.  I'm telling you that
8  there is absolutely no way that you can
9  get that kind of a genotype.
10       In -- plus, I looked at the
11  underlying data on which he based his
12  claim, and the actual assay is flawed,
13  and he didn't do the follow-up study that
14  would have been necessary to prove that
15  it was true.
16       MS. SHARKO:  I would just
17       ask that we be provided with a
18       copy of these five to six peer
19       reviewers.  I think the court
20       ordered you to do that, and I'll
21       send you yet another letter on it.
22       But that doesn't sound like
23       something that was produced to us
24       among the peer review that was.

Page 339

1  And so, we'd like a copy.
2       DR. THOMPSON:  There is
3       nothing in writing for abstracts
4       accepted for meetings.  But I can
5       give you the policy of the meeting
6       regarding how abstracts are peer
7       reviewed.
8       MS. SHARKO:  You just said
9       there were five to six peer
10      reviewers.  Now you're saying
11      there aren't?
12      DR. THOMPSON:  I said they
13      don't provide anything to the
14      authors of abstracts regarding the
15      results of their peer review.
16      THE WITNESS:  Can I respond
17      to that?
18  BY DR. THOMPSON:
19      Q.   I haven't asked you a
20  question.
21      MS. SHARKO:  She's not going
22      to ask you the question.  Sorry.
23  BY DR. THOMPSON:
24      Q.   Sure.  I'll ask you the

Page 340

1  question.
2       Since, you know, Ms. Sharko
3  challenged me, you've been program
4  director for meetings, correct?
5       A.   Yes.
6       Q.   What was your policy or AACR
7  policy for evaluating and determining
8  what abstracts to accept for presentation
9  at a meeting, at a national meeting?
10      A.   First of all, my
11  understanding was that this was not
12  presented.  It was presented as a poster.
13  That's a big difference.
14      Q.   Okay.  Whatever the level,
15  poster, presentation, published abstract.
16  How did that process work when were you
17  program director?
18      A.   So we had people reviewing
19  the abstracts.  The reviews for
20  abstracts, especially those for poster --
21  when you review abstracts at a meeting
22  like this, there's literally thousands of
23  abstracts.  So you have to read through a
24  lot of them very quickly.  And the

Page 341

1  standard for accepting things for posters
2  is quite low.  It's nowhere near rigorous
3  as what you would get for a high quality
4  journal.
5       And Basically, people just
6  want to see what's in the poster.
7       So the fact that it was
8  passed -- that five people looked at it
9  means that it was probably written in
10  English, and not much more.
11      Q.   And if SGO accepts
12  25 percent of abstracts submitted, that
13  would probably be typical for a large
14  national meeting?
15      A.   No.  Not for posters.  I
16  think when I was AACR program director,
17  we accepted a lot more than that.  And
18  from other meetings, like Cold Spring
19  Harbor meetings and facet (ph) meetings,
20  we accept all the poster abstracts.  It's
21  the presented ones, the ones that are
22  plenary sessions that are given as oral
23  presentations, those are the ones that
24  get a little bit more rigor.

86 (Pages 338 to 341)

Benjamin G. Neel, M.D., Ph.D.

Page 342

1    And even there, that's not
2  really peer review.  All we're seeing is
3  what the person provided in the abstract.
4  We're not seeing the data.  And I'm
5  telling you from looking at the data,
6  it's an extraordinary claim.
7    Q.  If SGO accepts 25 percent of
8  abstracts for any type of presentation,
9  whether it be poster or meeting, do you
10  have any reason to doubt that figure?
11    MS. SHARKO:  Well, I object
12    to the form of the question.
13    Lacks foundation.  And I'm not
14    sure I understand it.
15    THE WITNESS:  So --
16  BY DR. THOMPSON:
17    Q.  Did you understand the
18  question?
19    A.  Not really.  What's the
20  question?
21    DR. THOMPSON:  Okay.  You
22    can leave off the speaking
23    objections.
24  BY DR. THOMPSON:

Page 343

1    Q.  The question is if SGO
2  represents that they accept 25 percent of
3  abstracts submitted at any level, do you
4  have any reason to dispute that?
5    A.  I have no knowledge one way
6  or the other.  I have no opinion on that
7  subject.
8    Q.  Okay.  And if SGO sends
9  abstracts to reviewers who identify
10  themselves as experts in the field, do
11  you have any reason to dispute that
12  representation?
13    A.  I don't know what field
14  we're talking about.
15    Q.  Molecular biology for
16  example?
17    MS. SHARKO:  Object to the
18    form.  Lacks foundation.
19    THE WITNESS:  I have -- I
20    have no knowledge of what SGO
21    does.  I don't go to SGO meetings.
22  BY DR. THOMPSON:
23    Q.  Okay.  Were you familiar
24  with Dr. Saed's work prior to being

Page 344

1  retained?
2    A.  No.
3    Q.  Did Dr. Saed publish
4  articles regarding cancer biology prior
5  to 2017?
6    A.  Yes.  Apparently.  I mean,
7  from his CV and from my backwards search
8  of his record.
9    Q.  And did Dr. Saed publish
10  articles about inflammation and ovarian
11  cancer prior to 2017?
12    A.  He published papers that
13  claim to be about inflammation, yes.
14  That's not the same thing.
15    Q.  It's not the same --
16    A.  We'd have to go through each
17  paper.
18    Q.  -- thing to claim and to be
19  about inflammation?
20    A.  Well, we'd have to go
21  through the actual paper to see whether
22  it's convincing.
23    For example, he says he
24  publishes papers about oxidative stress,

Page 345

1  but the papers just look at levels of
2  redox enzymes.  And that alone does not
3  say anything about the net oxidative tone
4  in cells.  You actually have to directly
5  measure it.
6    And as I said in my report,
7  he made these claims in his most recent
8  paper, which was just apparently
9  published, about oxidative stress.  But
10  he never measured it.
11    So you can't really say that
12  there's a change in oxidative stress
13  without measurement.  You actually have
14  to measure it.
15    He didn't measure 8-oxodG.
16  He didn't measure BODIPY.  And he didn't
17  measure DCF florescence.  Those are the
18  standard measurements, among others, for
19  looking at the net tone of reactive
20  oxygen species inside cells, or other
21  forms of reactive oxygen -- of -- of
22  oxidative stress like lipid peroxidation
23  or oxidative damage to DNA.
24    DR. THOMPSON:  Object as

87 (Pages 342 to 345)

Benjamin G. Neel, M.D., Ph.D.

Page 346

1    nonresponsive.
2  BY DR. THOMPSON:
3      Q.    Did he publish any articles
4  about ovarian cancer and oxidative stress
5  prior to 2017?
6      A.    He did.  And some of those
7  are among the most that are off -- the
8  most off point for this particular
9  question.
10     Q.    Are you finished?
11     A.    Mm-hmm.
12     Q.    Did you review any of
13 Dr. Saed's pre-2017 articles?
14     A.    Several of them, yes.
15     Q.    And did you bring those with
16 you today?
17     A.    As I told you at the
18 beginning of the deposition, I didn't
19 bring anything with me today except my
20 coat.
21     Q.    Are they listed on your
22 materials considered list?
23     A.    Anything that I read of
24 Dr. Saed's that I believe is relevant to

Page 347

1  this is referenced in thein the report.
2      Q.    I did not see any articles
3  of Dr. Saed's listed.
4      A.    Then I didn't think they
5  were relevant to the report.
6      Q.    So you do not think any of
7  Dr. Saed's prior publications were
8  relevant to your opinion that Dr. Saed
9  lacks knowledge of basic cancer cell
10 biology, genetics and biochemistry?
11     A.    No, I actually do think they
12 were.  I think -- I'm pretty sure I cited
13 an earlier paper where he used -- where
14 he did -- where -- for example, where he
15 claimed that myeloperoxidase was in
16 cells.  He did that based on immuno
17 staining, but he didn't have the proper
18 controls for myeloperoxidase.  So all he
19 did was use an antibody.  So that doesn't
20 prove that it's there.
21          And -- and his claims for
22 perturbation experiments involve the use
23 of siRNAs.  And he didn't have the proper
24 controls that are required by all major

Page 348

1  journals, including use of multiple
2  siRNAs and rescue controls.
3          So those -- those papers --
4  which I'm absolutely sure I did cite
5  somewhere in this report, or at least I'm
6  pretty sure.  We can go through my entire
7  report, but I'm pretty sure that I cited
8  those papers and that specific
9  information, that that gives me -- that
10 makes me question the quality of his
11 work.  As I said in my report.
12     Q.    But those papers were all
13 peer reviewed and published in journals,
14 correct?
15     A.    As I said, none of his
16 papers are published in high -- in high
17 impact journals and the quality of review
18 at lower quality journals often matches
19 the quality of the journal.
20     Q.    And you would consider
21 Gynecologic Oncology a lower tiered
22 journal?
23     A.    I think it depends on what's
24 being published in Gynecological

Page 349

1  Oncology.  There are very fine papers
2  published in Gynecological Oncology, but
3  it depends on the particular topic.
4          And high quality molecular
5  biology papers are rarely published in
6  Gynecologic Oncology.  Some of them are.
7      Q.    How about Cancer?
8      A.    Cancer is a very low
9  quality -- a low impact journal.
10     Q.    Would it be important for
11 you to -- to look at the methodology that
12 Dr. Saed had previously published in
13 papers?
14     A.    As I just said, I did look
15 at the methodology.  I always read papers
16 very extensively.  When I -- I mean, one
17 of the things that I focus on most is the
18 methods.
19          I always teach my students
20 and postdocs that the methods are the
21 most important thing you can read when
22 evaluating a paper, because otherwise you
23 can't know whether the data are valid.
24          So, yes, I did extensively

88 (Pages 346 to 349)

Benjamin G. Neel, M.D., Ph.D.

Page 350

1  look at his work.
2      Q.   And you'll agree that
3  Dr. Saed has considered the molecular
4  changes in various histologic subtypes of
5  ovarian cancer, right?
6      A.   What do you mean considered?
7      Q.   He's published use --
8  using -- looking at molecular changes in
9  histologic subtypes?
10     A.   I'm not sure which paper you
11  are referring to, but I don't really
12  think so.
13         In fact, one of the features
14  of Dr. Saed's work is he does not appear
15  to be aware of the recent evidence from
16  Domcke, et al. and others that
17  traditional so-called ovarian cancer cell
18  lines are not representative of ovarian
19  cancer -- at least traditional serous
20  ovarian cancer cell lines are not really
21  serous cancer lines.
22         So he uses standard ovarian
23  cancer cell lines in some of his work
24  subsequent to the publication of his work

Page 351

1  such as Domcke, et al. in Nature
2  Communications in 2013 that are not real
3  serous cancer lines and yet he makes the
4  claim that they are -- or he assumes that
5  they are.
6         So I did read those papers
7  quite thoroughly.  And I can tell you on
8  multiple occasions his work is not
9  scientifically conclusive and in some
10  places categorically flawed.
11     Q.   Has Dr. Saed to your
12  knowledge ever been reprimanded or
13  sanctioned for publishing false data?
14     A.   I'm not accusing Dr. Saed of
15  publishing false data.  I'm accusing him
16  of publishing bad science.  I'm not
17  accusing him of fraud.  You only get
18  reprimanded for fraud.  Bad science, you
19  just get a bad reputation.
20     Q.   Does Dr. Saed have a bad
21  reputation?
22     A.   I don't know.  But he does
23  with me.
24         DR. THOMPSON:  Good time for

Page 352

1  a break.
2         THE VIDEOGRAPHER:  Remove
3  your microphones, please.  The
4  time is 3:34 p.m.  Off the record.
5         (Short break.)
6         THE VIDEOGRAPHER:  We are
7  back on the record.  The time is
8  3:58 p.m.
9  BY DR. THOMPSON:
10     Q.   Dr. Neel, are all the
11  criticisms that you have of Dr. Saed
12  contained in your report?
13     A.   I believe so, yes.
14     Q.   Are there --
15     A.   Of the papers that are
16  relevant to this case, yes.
17     Q.   And are all the papers that
18  you relied upon for your criticisms with
19  Dr. Saed contained in the report?
20     A.   I believe so, I'd have to --
21  can I look through the references?  I'm
22  pretty sure, but -- I guess his new
23  paper, I don't have the final citation
24  for that.  So that would not be in the

Page 353

1  report.
2         Let's see.  I'd have to look
3  through the report.  If you want me to
4  take the time, I'm happy to do it.
5      Q.   That's fine, because I need
6  to know what literature you're relying on
7  that forms the basis of your criticism of
8  Dr. Saed.
9      A.   So I did read the paper.  On
10  Page 17, the statement that he made on
11  his report on Page 5, ovarian cancer
12  patients manifest significant -- because
13  some of those refer to earlier papers,
14  which I just read.  But I just cited his
15  statement in the report and pointed out
16  that it wasn't really relevant to his
17  contention for the purpose of this
18  litigation.  So I would have to go back
19  and see what those papers were.
20     Q.   Where are you referring to?
21     A.   Page 17.A at the bottom.
22         MS. SHARKO:  We also served
23  a supplemental materials
24  considered list last night, DR.

89 (Pages 350 to 353)

Benjamin G. Neel, M.D., Ph.D.

Page 354

1    THOMPSON.  I assume you have that.
2        DR. THOMPSON:  Actually, I
3    intended to mark that.  I don't --
4        THE WITNESS:  Yeah.  The
5    same thing refers -- I'm sorry.  I
6    didn't want -- the same thing
7    refers to Point B on Page 17.
8    That refers to an earlier paper by
9    Dr. Saed, which I just cited based
10   on his report.  And his earlier
11   studies of -- the statements that
12   he made about the SNPs.  So all of
13   those earlier papers on SNPs that
14   are not confirmed by the GWAS,
15   genomewide association studies to
16   be relevant to ovarian cancer, and
17   are listed here.
18        So I -- so I based it on his
19   report, and then I looked up the
20   actual SNPs to see whether what he
21   said had been confirmed by the
22   GWAS studies.
23   BY DR. THOMPSON:
24       Q.   Is it your testimony that

Page 355

1    you read every article that was included
2    in Dr. Saed's report?
3        A.   I definitely looked at every
4    article that he authored that is in his
5    report.  I can't remember if I read every
6    word.  But I definitely looked at each of
7    them to see if I thought they were
8    directly relevant.  And I probably read a
9    large fraction of them.
10       Q.   And why are those not
11   included on your reference list?
12       A.   Because I was referring to
13   them from his report.
14       MS. SHARKO:  I mean, just so
15       there's no confusion.  We gave Dr.
16       Neel all the exhibits and all the
17       documents that Dr. Saed produced
18       that's on Page 40.  We didn't take
19       the time to list all that out.
20       MS. O'DELL:  That's not what
21       he was referring to in terms -- he
22       wasn't referring to produced
23       documents.  I think he was
24       referring to references.  That's

Page 356

1    not what we're discussing.  We're
2    not discussing the produced
3    documents from Dr. Saed.
4        THE WITNESS:  We can go
5    through his CV, and I'm happy to
6    point out which papers I read.
7        DR. THOMPSON:  Okay.  Let's
8    go ahead and do that.
9        THE WITNESS:  So Number 1.
10   Number 2 is not relevant.
11       Number 3 is not relevant.
12   BY DR. THOMPSON:
13       Q.   But, you'll agree that those
14   references are not included --
15       A.   I didn't read them.  Like I
16   said --
17       Q.   Let me finish my question.
18       MS. SHARKO:  Wait.  She's
19       going to ask a new question.
20   BY DR. THOMPSON:
21       Q.   That -- you'll agree that
22   those references were not included on
23   either your reference list or your
24   materials considered list, correct?

Page 357

1        A.   Well, because for the
2    standpoint of my report, the fact that
3    it's not germane to the issue here is
4    what I was saying.
5        In other words, if you look
6    on Page 17, he makes this statement that
7    ovarian cancer patients manifest
8    significantly decreased levels of
9    antioxidants and higher level of
10   oxidants.
11       I say regardless of whether
12   the statement is true, it's a non
13   sequitur.  That's why I didn't list it as
14   a reference.  And I didn't consider those
15   papers as part of this report and part of
16   my opinion about, you know, the role of
17   talc and ovarian cancer because this is
18   not relevant.
19       So I looked at the paper.
20       Q.   You're saying that statement
21   in A comes from one of his other papers?
22       A.   He references the other
23   paper, but the issue is not relevant to
24   this case, because it has to do with

90 (Pages 354 to 357)

Benjamin G. Neel, M.D., Ph.D.

| Page 358 | Page 360 |
|---|---|

**Page 358**

1  what's happened in already developed
2  ovarian cancer.  And the issue at hand is
3  whether talc produces oxidative stress
4  which causes ovarian cancer which occurs
5  before fully blown ovarian cancer.
6      So that's why I pointed out
7  it's not relevant.
8      Q.   All right.  So I'm entitled
9  to know every paper that you relied upon
10  for your opinions.
11      So if you need to go through
12  Dr. Saed's CV and you can tell me which
13  of these papers you read and relied upon,
14  let's go ahead and do that.
15      MS. SHARKO:  I object to the
16      form of the question.  There's a
17      difference between reading and
18      relied upon.  Which do you want?
19      DR. THOMPSON:  Okay.  Well,
20      let's go with materials
21      considered, the title of his
22      reference list.
23  BY DR. THOMPSON:
24      Q.   So --

**Page 359**

1      DR. THOMPSON:  And none of
2  Saed's papers were on the
3  materials considered list, either
4  in the original or the
5  supplemental.  So --
6      MS. SHARKO:  So I disagree
7  with you on that because the
8  exhibits to the depositions are,
9  the depositions are, his report
10  is, and his reported whatever it
11  was attached to it.
12      So I take issue with that.
13      That being said, if you want
14  to -- if you want to have Dr. Neel
15  go through the CV, the part of the
16  CV that's marked as Exhibit 29,
17  and tell you which ones he's read,
18  sure, you can do that.
19      MS. O'DELL:  Exhibits to --
20  exhibits to Dr. Saed's deposition
21  did not cover his previous
22  publications.  So to suggest
23  otherwise, I think would be
24  incorrect.

**Page 360**

1      DR. THOMPSON:  That's --
2  Dr. Neel --
3      MS. SHARKO:  I don't agree
4  with that.  But anyway, go ahead.
5  BY DR. THOMPSON:
6      Q.   Were all the -- were all the
7  publications that you reviewed of
8  Dr. Saed's included within the exhibits
9  from his deposition?
10      A.   I'd have to look at his
11  deposition to be sure.
12      Q.   Well, it was in your file,
13  right?
14      A.   I know, but I don't have a
15  photographic memory of everything that
16  was in his deposition.
17      Q.   And you didn't bring
18  anything with you here today?
19      A.   I didn't bring anything with
20  me.
21      MS. SHARKO:  Which is the
22      agreement of counsel.
23      MS. O'DELL:  No, it's not.
24      We requested that materials that

**Page 361**

1  were considered be brought to the
2  deposition.
3      There was no agreement that
4  those would not be brought here
5  today.  You've asserted
6  objections, and some of which we
7  take issue with.  But there's no
8  agreement that the materials would
9  not be brought.
10      MR. TISI:  And I must tell
11  you, we have brought -- we have
12  brought every -- boxes of material
13  to every one of the depositions.
14      So this is another example
15  of you representing something that
16  really didn't happen.
17      So if you would tell us
18  where we agreed to that, I haven't
19  seen it.  Because we've got boxes
20  and boxes and we gave it to you,
21  for example.
22      MS. SHARKO:  There was no --
23  Mr. Tisi, I'm not going to waste
24  your side's time having an

91 (Pages 358 to 361)

Benjamin G. Neel, M.D., Ph.D.

Page 362

1    argument.
2        MR. TISI:  Good, because you
3    can't because there was no such
4    agreement.
5        You make these kinds of
6    assertions repeatedly and they are
7    just not true.  So you --
8        MS. SHARKO:  You are totally
9    wrong, Mr. Tisi.
10        MR. TISI:  So tell me where
11    it is we agreed that he could not
12    bring materials relied on, when we
13    asked them in the notice of
14    deposition.
15        MS. SHARKO:  We served
16    objections to the deposition
17    notice, which you have.
18        MR. TISI:  That's not an
19    agreement.
20        MS. SHARKO:  There was no
21    agreement to bring all the stuff
22    that everybody reviewed.  If
23    there's something specific you
24    want, let's figure it out and get

Page 363

1    it.
2        MR. TISI:  But he's -- but
3    you said there was an agreement of
4    counsel not to bring things, which
5    is totally different than you
6    objecting to something on the
7    notice of deposition.
8        MS. SHARKO:  I disagree with
9    you, Mr. Tisi.
10        MR. TISI:  Okay.  Well, I
11    think the record will --
12        MS. SHARKO:  You constantly
13    make misrepresentations, Mr. Tisi,
14    but that's --
15        MR. TISI:  That's a
16    deflection.  That's a deflection.
17        You made an assertion,
18    Susan, that there was an agreement
19    of counsel not to bring
20    information to the deposition that
21    the witness relied on.  That's not
22    true.  So --
23        MS. SHARKO:  I disagree -- I
24    disagree with you.  But let's move

Page 364

1    on.
2        MR. TISI:  Okay.  Well, tell
3    me where it is.  Tell me where we
4    agreed not to bring information
5    relied on.
6        MS. SHARKO:  No.
7        MR. TISI:  Okay.
8        MS. O'DELL:  I think, tell
9    us where and tell us who you
10    believe made that agreement,
11    because I can tell you the only
12    other person that would have the
13    authority to make that agreement
14    is Michelle.  She is not here.  It
15    would be Chris or myself.
16        This is not true.  So let's
17    move on.  But if you're going to
18    take the position that you're not
19    going to bring materials for
20    experts in these depositions, then
21    we need to take it up with Judge
22    Pisano, because that's clearly not
23    in compliance with the rules.
24        MS. SHARKO:  So -- so if

Page 365

1    there's -- there are things that
2    you think should be brought to the
3    depositions, let's talk about that
4    afterwards.
5        MR. TISI:  Everything that
6    was in the notice of deposition.
7    Every -- because I -- you know,
8    we -- we have depositions coming
9    up and unless there's some basis
10    like privilege or something like
11    that, we expect you to bring them
12    to the deposition.
13        MS. SHARKO:  All right.  I'm
14    not going to have this
15    discussion --
16        MR. TISI:  Of course you
17    don't want to.
18        MS. SHARKO:  -- now on the
19    record.
20        MR. TISI:  Of course you
21    don't want to.  Because -- because
22    we did it.  We did it and you
23    didn't.
24        MS. SHARKO:  Mr. Tisi, let's

92 (Pages 362 to 365)

Benjamin G. Neel, M.D., Ph.D.

Page 366

1    move on.
2        I'm happy to --
3        MR. TISI:  Okay.
4        MS. SHARKO:  Leigh, I'm
5    happy to talk to you afterwards or
6    tomorrow.  You'll probably be in
7    Atlantic City, right?
8        MS. O'DELL:  We'll see.
9        MS. SHARKO:  We'll see?
10   Okay.
11       The judge changed the time,
12   did you see that?
13       MS. O'DELL:  I did see that.
14   BY DR. THOMPSON:
15       Q.   Okay.
16       A.   I looked through -- so I
17   want to clarify what I meant.
18       So I read several of these
19   papers to see if they were relevant and
20   I -- if I thought they were irrelevant, I
21   said they were irrelevant.
22       But if you want to know
23   which ones, it's what he cited in his
24   paper.  But I -- I mean --

Page 367

1        Q.   Okay.  Let's --
2        A.   -- there are very few
3    additional papers that are even cited by
4    him in his paper, in his report, that are
5    relevant.
6        Q.   Okay.  First off, let me
7    just ask you, are any of the papers
8    listed on Dr. Saed's CV relevant in your
9    mind?
10       A.   The most relevant one is
11   the -- is the current one, which is the
12   one that was in press.  And that's the
13   one that I criticized the most
14   specifically.
15       Many of the other ones are
16   cited by Dr. Saed as relevant, but they
17   aren't relevant in my opinion, as I state
18   in my report.
19       So, for example --
20       Q.   So -- okay.  So no -- none
21   of Dr. Saed's previous publications that
22   are relevant in your opinion with the
23   exception of the one just published; is
24   that correct?

Page 368

1        A.   Yes, but several -- several
2    of them have, you know, statements which
3    are not true, like the thing about the
4    SNPs.
5        Q.   Was the methodology that was
6    used in the previous publications and
7    peer reviewed relevant at all?
8        MS. SHARKO:  Object to the
9        form of the question.
10       THE WITNESS:  Yeah, I don't
11       know which particular methodology
12       or paper you're referring to.
13   BY DR. THOMPSON:
14       Q.   Well, I'm saying if Dr. Saed
15   used the same or similar methods
16   publishing this paper that he did in
17   previous papers, is that relevant?
18       A.   He didn't use the same
19   method.  The -- the earlier work was just
20   based on small SNP analysis.  This was
21   based on use of panels of SNPs, arrays of
22   SNPs.  It's a -- it's a new -- relatively
23   -- it's a more modern method that's
24   available in the earlier papers.

Page 369

1        Q.   But you'll agree with me
2    that there -- there's a lot of data in
3    Dr. Saed's paper that goes beyond just
4    the SNP analysis, correct?
5        A.   The SNP analysis is the only
6    analysis which addresses the
7    extraordinary claim of a genotype switch
8    in response to talc treatment of cells.
9    So that is the only data.
10       What he should have done was
11   carry out Sanger sequencing, since he's
12   claiming that there is a wholesale change
13   in a genetic content of a specific
14   polynucleotide -- of a specific SNP
15   within 72 hours of talc treatment which
16   would be utterly unprecedented as far as
17   I know in molecular biology.
18       Q.   Okay.  Let's -- let's go
19   ahead and have you identify what articles
20   from Dr. Saed's CV that you considered.
21       A.   Oh.  For example, on Page 30
22   he said -- he had a paper, "Specific
23   point mutations and key redox enzymes are
24   associated with chemoresistance and

93 (Pages 366 to 369)

Benjamin G. Neel, M.D., Ph.D.

Page 370

1   epithelial ovarian cancer." I looked at
2   that paper and immediately concluded that
3   it was not relevant to this litigation or
4   the question of my report because it has
5   to do with fully blown ovarian cancer.
6          So I looked at the paper,
7   but it's not relevant for this, so I
8   didn't cite it in my reference.
9       Q.   So which --
10      A.   Similarly --
11      Q.   -- which paper was that?
12      A.   Reference 9.
13      Q.   Give me a number --
14      A.   Page 30.
15      Q.   Okay. So that one you
16  looked at and determined it was not
17  relevant?
18      A.   Correct.
19      Q.   Let's just go through,
20  and --
21      A.   Similarly --
22      Q.   -- tell me if there are
23  others --
24      A.   Reference 15 addresses a

Page 371

1   similar subject. Not relevant.
2       Q.   Oh, okay.
3       A.   Reference -- I'm just
4   referring to --
5       Q.   Do you have the exhibit
6   there?
7       A.   Yes.
8       Q.   Would you go ahead and mark
9   on the exhibit?
10      A.   I thought I'm not allowed to
11  mark the exhibits.
12      Q.   You are if we ask you to.
13      A.   Okay. Sure.
14      Q.   Go ahead and -- just so
15  we'll have the record. Go ahead and mark
16  which ones that you considered.
17          MS. SHARKO:  Considered
18      meaning read?
19          DR. THOMPSON:  I'm just
20      using the language that's in the
21      statute, materials considered, and
22      what's on his reliance list -- on
23      his materials considered list.
24          THE WITNESS:  I don't know

Page 372

1   how to answer that, because
2   there's obviously a legal issue
3   here that I don't understand.
4          But, I mean, if I read
5   something and it's not relevant to
6   my opinions, does that mean that I
7   considered it? Okay. Well, in
8   that case...
9          MS. SHARKO:  That wouldn't
10      be my interpretation, but if
11      that's your question. That's
12      fine.
13  BY DR. THOMPSON:
14      Q.   Well, it's fine to go ahead
15  and tell us whether or not you -- go
16  ahead and circle the ones that you read
17  and I may ask you questions.
18      A.   Sure. Reference 26, I read.
19  It was relevant to something I'm
20  interested in, but it wasn't at all
21  germane. So I don't know how you would
22  count that one.
23          MS. SHARKO:  By the way we
24      have the references in the

Page 373

1   doctor's report in the other room
2   if you want them if you can't find
3   a paper.
4          DR. THOMPSON:  Okay.
5      Thanks.
6          THE WITNESS:  Again, 45
7      would fall under the same
8      category. That's it. Oh, wait
9      the review articles.
10  BY DR. THOMPSON:
11      Q.   Dr. Neel, if you're
12  finished.
13      A.   No, I didn't look at the
14  reviews. You can have your pen back too.
15  I am a pen stealer. I admit to that.
16      Q.   So Dr. Neel, let me just ask
17  you about the articles that are circled
18  on Dr. Saed's CV, Exhibit 29, and have
19  you tell me whether these were papers
20  that you relied upon for your opinions or
21  decided were not relevant or any comments
22  that you want to make.
23      A.   Sure.
24          MS. SHARKO:  Except now he

94 (Pages 370 to 373)

Benjamin G. Neel, M.D., Ph.D.

Page 374

1  doesn't have a copy of it in front
2  of him.
3      DR. THOMPSON:  That's true.
4      THE WITNESS:  You can keep
5  handing it back and forth to me.
6      DR. THOMPSON:  No, let me --
7  or maybe share Ms. Sharko's copy.
8      MS. SHARKO:  Okay.  So my
9  copy won't have circles on it.
10     DR. THOMPSON:  Right.  I'll
11 tell you a number and you can tell
12 me.
13     That's probably even better.
14 BY DR. THOMPSON:
15     Q.  On that exhibit, let's go
16 through the ones that are circled.  If
17 you could just mark relevant or
18 irrelevant.  "I" for irrelevant -- "I"
19 for irrelevant and "R" for relevant.  How
20 is that?
21     MS. SHARKO:  Those are the
22 only two choices?
23 BY DR. THOMPSON:
24     Q.  If you have a different

Page 375

1  choice, we can have a write-in candidate.
2      A.  How about not directly
3  relevant, although it was cited by him as
4  relevant.
5      Ditto, not directly
6  relevant, although he asserted it was.
7      As I said, as I recall the
8  only one that's directly relevant is the
9  more recent one.  And all the other ones
10 are claimed as being relevant but they're
11 off point, in my opinion.  I'm going to
12 write the same thing on all the other
13 ones.  There aren't that many, because
14 most of these papers are not directly
15 relevant.
16     So for example, Reference 52
17 is not -- this is the one where he, I
18 believe, shows -- I don't have the paper
19 in front of me.  We'd have to look at it.
20 But I believe that's the paper where he
21 claims that myeloperoxidase expressed in
22 ovarian cancer cells.
23     So that's not relevant to
24 the topic at hand, but it is relevant to

Page 376

1  my opinion that, you know, he's
2  misinterpreting the data.  So I don't
3  know how to -- how to write that.
4      Q.  And that paper was published
5  in Gynecologic Oncology, right?
6      A.  Yes.
7      Q.  And peer-reviewed, right?
8      A.  Yes, as I said before, the
9  very fact that -- if it's not
10 peer-reviewed, it's completely unreliable
11 until it's peer-reviewed.  But the fact
12 that it's been peer-reviewed doesn't make
13 it right.
14     Q.  Do you know the --
15     MS. SHARKO:  Well, wait.
16 He's still going through the --
17 through the last task.
18     THE WITNESS:  I think
19 that's -- that's -- I think that's
20 all of them.  Yeah.  Okay.  I
21 marked them all.
22 BY DR. THOMPSON:
23     Q.  Okay.  Thank you.  Do you
24 recognize any of the other authors on

Page 377

1  these paper as you look through it?  By
2  memory, name the authors that you
3  recognize.
4      A.  I don't remember -- I mean,
5  I don't --
6      Q.  Could you just glance
7  through and see if you --
8      A.  Sure.
9      Q.  -- recognize any of the
10 other authors.
11     A.  Sure.
12     MS. SHARKO:  On the ones
13 that he marked, right?
14     THE WITNESS:  I recognize
15 Fletcher, because I know that
16 she's in the lab.  I recognize her
17 name from the deposition.  But I
18 don't know any of the other
19 authors.  Fletcher again.
20 BY DR. THOMPSON:
21     Q.  So is it fair to say,
22 Dr. Neel, that you don't know the
23 reputations of any of Dr. Saed's
24 co-authors on these papers?

95 (Pages 374 to 377)

Benjamin G. Neel, M.D., Ph.D.

Page 378

1    A.   So far, that's fair to say,
2  yes.  But I believe that the overwhelming
3  majority of them are people who are
4  working in his lab.
5    Q.   Do you know that or are you
6  guessing?
7    A.   No, I know that from the
8  papers that I remember reading, I think
9  most of them, it was from one lab.  But I
10  could be -- we can go through each
11  individual paper if you want.  But that
12  reputation -- reputation is not relevant
13  to me.
14    What's relevant to me is my
15  reading of the papers and assessment of
16  their scientific quality.  And that's
17  what I did, and that's the basis for my
18  conclusions on Page 23, Point K.
19    Q.   Let's switch gears a little
20  bit, Dr. Neel.
21    You looked at other papers
22  directly related to molecular effects of
23  talc or talcum powder as well, correct?
24    A.   Most of which, we've already

Page 379

1  discussed.  But yes, everything that's in
2  my report is what I looked at.
3    Q.   Let's talk about that
4  Buz'Zard paper that you read and included
5  in your report on Page 25.
6    A.   Yes.  Buz'Zard and Lau.
7    Q.   I could have swore I put
8  those stickers right where I could find.
9  There they are.
10    DR. THOMPSON:  This will be
11  Exhibit 30, the paper by Buz'Zard.
12    (Document marked for
13    identification as Exhibit
14    Neel-30.)
15    MS. SHARKO:  Do we have a
16  29?
17    THE WITNESS:  Maybe that was
18  the CV.
19    MS. SHARKO:  Oh yeah.  CV
20  was 29.  I'm sorry.
21  BY DR. THOMPSON:
22    Q.   Do you recall reading this
23  paper?
24    A.   Absolutely.

Page 380

1    Q.   And you had actually quite a
2  few criticisms of this paper as well?
3    A.   Yes.
4    Q.   Correct?
5    A.   Yes.  Starting with the fact
6  that it's published in a journal that's
7  not really relevant to ovarian cancer or
8  cancer, Phytotherapy Research.  I don't
9  think I've ever seen a paper on ovarian
10  cancer in Phytotherapy Research.
11    Q.   But you'll agree that the
12  paper at least deals with ovarian cells
13  cultures and molecular effects, right?
14    A.   A small part of the paper,
15  yeah.  Yes.
16    Q.   This paper was
17  peer-reviewed, right?
18    A.   By somebody who reviews for
19  Phytotherapy Research, which is highly
20  unlikely to be anyone who is a credible
21  ovarian cancer researcher.
22    Q.   And in the abstract of this
23  paper, the authors state, "Talc increased
24  proliferation, induced neoplastic

Page 381

1  transformation, and increased ROS
2  generation time dependently in the
3  ovarian cells and dose dependently in the
4  PNM."
5    Did I read that correctly?
6    A.   Yes, you read the statement
7  correctly.
8    Q.   And is it your opinion that
9  those statements do not actually reflect
10  what the experiments demonstrated?
11    A.   Yes.  It's my -- it's my
12  contention that this paper is highly
13  flawed in multiple ways, starting with --
14  do you want me to tell you all the ways
15  that it's flawed?
16    Q.   Sure.
17    A.   Starting with the fact that
18  we have no idea what a -- if there -- if
19  talc does get from the perineum into the
20  fallopian tube or the ovarian surface
21  epithelial region, we have no idea of
22  what a relevant dose is.  So picking
23  these doses has no biological relevance.
24    In fact, I don't think you

96 (Pages 378 to 381)

Benjamin G. Neel, M.D., Ph.D.

Page 382

1    can actually study the question unless
2    you have an idea of the dose of the agent
3    that gets to the relevant tissue. So the
4    first problem is the design of the
5    experiments is intrinsically flawed.
6           The second point --
7       Q.   Can we go one at a time --
8       A.   Sure.
9       Q.   -- just because I have
10   question --
11      A.   Sure. Yeah, you asked me
12   to --
13      Q.   It will be easier -- yeah.
14      A.   So that's my first problem.
15      Q.   Aren't in vitro studies
16   frequently done for mechanistic purposes
17   and not necessarily to determine a
18   relevant dose?
19      A.   It's well known that the
20   only relevant studies that are done in
21   vitro are done with a relevant dose of
22   the agent that you're testing.
23           So I can only comment on
24   well-designed and well-performed

Page 383

1    experiments, not poorly designed and
2    poorly performed experiments.
3       Q.   How would you know a
4    relevant dose if you wanted to look at
5    talcum powder in vitro and how it would
6    relate to women who are using talcum
7    powder regularly on their perineum?
8       A.   That's exactly the point.
9       Q.   So are the -- would all
10   molecular studies be worthless?
11      A.   Until you can define a
12   reasonable dose, it doesn't -- you can't
13   do an experiment that's relevant to the
14   question at hand.
15           If you just go dumping talc
16   at various levels onto cells, it may have
17   absolutely no -- it probably has
18   absolutely no relevance to what happens
19   when you apply talc to the perineum of a
20   woman, and if and whether any degree of
21   talc gets to -- to the relevant tissue.
22      Q.   So in your opinion, with our
23   current knowledge, it would be impossible
24   to do a molecular study with talcum

Page 384

1    powder that would be relevant?
2       A.   I think it would be
3    impossible to do a compelling study until
4    you first answered the question of
5    whether perineum -- talc applied to the
6    perineum of a woman gets to the ovary and
7    at what dose --
8       Q.   How do you --
9       A.   The fallopian tube.
10      Q.   How do you ascertain that
11   information?
12      A.   It's not my -- I would have
13   to sit down and think it through. That's
14   not my purpose here today.
15           My purpose is not to do the
16   experiments for them. My purpose is to
17   evaluate the published data.
18           And my opinion is that the
19   study starts out being flawed by not
20   knowing anything about a relevant dose.
21   It's their obligation to figure out a
22   relevant dose, not mine. It's my
23   obligation to read their paper and decide
24   whether it's scientifically credible.

Page 385

1    But that's the -- that's only the first
2    of many weaknesses of this study.
3       Q.   We'll get -- we'll get to
4    some -- let me finish my question here
5    and then we'll get to the others.
6           Assuming that you did not
7    have a conflict of interest policy at
8    your institution, could you design a
9    study, a molecular study that you think
10   could be relevant to studying the issue
11   that we are talking about today?
12      A.   I don't know. I haven't
13   really given it any thought. I haven't
14   given it significant thought. Maybe.
15   I'd have to think about it for a while.
16      Q.   Okay. Let's go on with
17   your -- your criticisms.
18           Are these the same that are
19   outlined in your report?
20      A.   Yes.
21      Q.   Or are there additional
22   ones?
23      A.   Yes, those are exactly the
24   criticisms. But I'm happy to go through

97 (Pages 382 to 385)

Benjamin G. Neel, M.D., Ph.D.

Page 386

1    each of them if you want.
2        Q.   Let's go ahead and go
3    through them.
4        A.   Okay.  Well, granular --
5    most of the study, a large fraction of
6    the study concerns granulosis cells which
7    are not relevant to epithelial ovarian
8    cancer of any type.
9        Q.   So is it your opinion that
10   seeing biological effects on cells from
11   anything other than tubal epithelium are
12   irrelevant?
13       A.   Well, even if they had, you
14   know, primary ovarian surface epithelium,
15   that might be relevant because I think
16   there is some evidence that some ovarian
17   cancer come from the OSE, ovarian surface
18   epithelial, OSE.
19       But these cells are already
20   transformed with SV40 large T antigen.
21   And SV40 large T antigen inactivates the
22   two major oncogenic pathways.  It
23   activates all members of the RV family
24   and it inactivates p53.  So these cells

Page 387

1    are already transformed.
2        So if you're trying to
3    investigate the effects of a potential
4    initiating event, then this study is
5    irrelevant.
6        Plus it's well known that
7    SV40 large T transformed cells are
8    genetically unstable and any -- and
9    different lines are different.  So it's
10   really not generally accepted that you
11   use a study where you transform cells
12   with SV40 large T and -- and use that to
13   infer something about normal biology.
14       So I think that's a serious
15   weakness of this study.
16       Q.   Okay.  Next?
17       A.   The third point is that they
18   don't show any tumor genicity studies.
19   It would have been very easy for them to
20   take these cells, treat them with talc
21   and then inject them into
22   immunoincompetent mice and at least see
23   if there's any evidence of
24   transformation.

Page 388

1        It's well known that soft
2    agar transformation in human cells is not
3    predictive of -- of tumorigenicity which
4    is the issue at hand.
5        And the -- if you look
6    carefully at the data, the -- the
7    purported pro-oncogenic effects on
8    cellular proliferation and on ROS occur
9    at two different doses of talc.
10       So notwithstanding my
11   criticism about the dose in the first
12   place, it's not known which of these
13   doses would be relevant.
14       So I think that pretty much
15   covers it.
16       Oh yeah, the
17   polymorphonuclear leukocyte experiments
18   are not relevant because, as we discussed
19   earlier today, there is no evidence for
20   white -- for poly -- or PMN infiltration
21   into the premalignant lesions of -- of
22   human fallopian lesions like STICs or
23   stills or p53 signatures.
24       So I don't really think

Page 389

1    there's much in this paper to support the
2    case that talc is pro-oncogenic.
3        Q.   And --
4        A.   It's a very poor quality
5    journal and it's -- I don't think these
6    authors have ever published on this again
7    as far as I can tell.
8        Q.   Is it -- is it fair to say
9    your criticisms of the Buz'Zard paper are
10   similar to those of Dr. Saed's paper?
11       A.   No.  They're -- they are
12   different.
13       Q.   In terms of being flawed?
14       A.   Well, I mean I would say
15   that it's like Anna Karenina.  They are
16   flawed in different ways.
17       Q.   Fair enough.  Let's --
18   and -- and the -- the results and
19   mechanism that the authors are proposing
20   in this paper are -- are not even
21   plausible in your mind?
22       A.   Plausibility requires good
23   experiments.  These are bad experiments.
24   So based on this set of data, there is

98 (Pages 386 to 389)

Benjamin G. Neel, M.D., Ph.D.

Page 390

1  nothing that can be educed from this work
2  as to biological plausibility in my
3  opinion.
4       Q.    Let's -- let's go next to
5  the Shukla paper.  Do you remember --
6       A.    Shukla?
7       Q.    -- seeing that paper?
8       A.    I remember the paper -- I
9  remember the name.  It's an unusual name
10 so I remember.  But I don't recall the --
11 I'd have to see the paper to actually
12 comment on it.
13      Q.    I'll hand that to you now.
14           (Document marked for
15           identification as Exhibit
16           Neel-31.)
17 BY DR. THOMPSON:
18      Q.    Did you review this paper,
19 Dr. Neel?
20      A.    Yes.
21      Q.    And I believe you discussed
22 this paper in your report as well,
23 correct?
24      A.    I do.  Can you tell me the

Page 391

1  page though?
2       Q.    Yes.
3       A.    So I can make sure.
4       Q.    It's Page 21.  Beginning on
5  Page 21.
6           In this paper, the authors
7  reported --
8       A.    Hold on.  I don't see it on
9  21.  Can you tell me where it is on 21?
10      Q.    Page 21 of your paper in the
11 last paragraph.
12      A.    Oh, sure, yeah, yeah.
13 Sorry.  It's in the middle.
14      Q.    And in this paper the
15 authors report all -- alterations in gene
16 expression following exposure to asbestos
17 as well as talc in mesothelial and
18 ovarian surface cells, correct?
19      A.    Yes.
20      Q.    Do you have criticisms of
21 this paper?
22      A.    Hold on.  Let me go through
23 it again.  It's been a while since I saw
24 it.  And the criticisms that I have are

Page 392

1  in the report.  But let me just look at
2  it again.  Oh, yeah.  So again, this is
3  an SV40 Tag-immortalized
4  anchorage-dependent human ovarian
5  epithelial line, so it's --
6           MS. SHARKO:  You've got to
7  go much slower.  Sorry.
8           THE WITNESS:  Oh, I'm sorry.
9  On Page -- on Page 115 in the
10 left-hand column, midway through
11 under the methods, which I write
12 extensively, it's an -- the
13 authors use for ovarian surface
14 epithelial cells an SV40
15 Tag-immortalized,
16 anchorage-dependent human ovarian
17 epithelial cell line.
18           So this suffers from the
19 same issues that I just mentioned
20 for the Buz'Zard paper in that
21 it's using a cell line that
22 already has -- should I continue?
23 BY DR. THOMPSON:
24      Q.    Yes, I'm sorry.

Page 393

1           MS. SHARKO:  Okay.
2           THE WITNESS:  This paper
3  uses an SV40 Tag-immortalized
4  anchorage-dependent human ovarian
5  epithelial cell line which,
6  therefore, suffers from the same
7  issues that I raised earlier with
8  the paper by Buz'Zard and Lau in
9  that this -- these cell lines
10 are -- already suffered -- already
11 have had introduced a minimum of
12 two of the transforming events
13 that occur in ovarian cancer.
14           So the cell line is not
15 necessarily germane to the
16 initiating events of ovarian
17 cancer.  That's the first thing.
18           The second thing is that the
19 paper primarily concerns, you
20 know, asbestos effects on
21 mesothelial cells, not so much the
22 effects of talc on ovarian
23 epithelial cells.
24           And if you look at the

99 (Pages 390 to 393)

Benjamin G. Neel, M.D., Ph.D.

Page 394

1    changes.  In fact, if you go to
2    Page 2009.  In contrast to
3    LP9/TERT and NYU474 mesothelial
4    cells, that's referring to the
5    pleural mesothelial cells.
6            IOSE cells showed no
7    significant gene upregulation or
8    downregulation in response to
9    lower concentrations of asbestos
10   and no significant mRNA changes
11   were observed with non-fibrous
12   talc, fine titanium dioxide, or
13   glass beads at either time point.
14       So the relevant cell type
15   shows no changes in gene
16   expression, and the irrelevant
17   cell type shows minimal changes in
18   gene expression in response to
19   talc.
20       So again, I don't really
21   think that Dr. Saed's quote is
22   relevant.  So if you read my
23   report on Page 21, I refer to
24   Shukla, et al., in the context of

Page 395

1    Dr. Saed's citation, not -- not
2    because I think this is
3    necessarily germane.
4        I am responding to
5    Dr. Saed's claim it's germane and
6    showing that it isn't germane in
7    my opinion.
8    BY DR. THOMPSON:
9        Q.   So your opinion --
10           MS. SHARKO:  He was reading
11   from 118, not 2009.
12           THE WITNESS:  Oh, did I --
13           DR. THOMPSON:  I found it.
14           MS. SHARKO:  You did.
15           THE WITNESS:  I'm sorry.
16           MS. SHARKO:  No problem.
17           THE WITNESS:  Sorry.  Thank
18   you.
19   BY DR. THOMPSON:
20       Q.   And so this paper, in your
21   opinion, is not relevant for the issue
22   that we're discussing today?
23       A.   Well, if anything, it says
24   there is almost no effect of talc on

Page 396

1    these cells --
2        Q.   Well, my question is --
3        A.   -- in terms of gene
4    expression.
5        Q.   -- as to the relevance.
6        A.   Well, it's not -- it's not
7    relevant, and it's not -- it doesn't
8    support the claim that ovarian cancer is
9    caused by talc.  So in that way it's not
10   relevant.
11       Q.   Would you consider this
12   paper reliable?
13       A.   Reliable?  I mean, they
14   measured -- insofar -- so it's reliable
15   in the sense that they've used
16   established techniques, and I'm sure that
17   the gene expression data is correct.
18   Reliable insofar as one can draw
19   conclusions about asbestos or talc, I
20   have no comment about what a relevant
21   dose would be of asbestos, because I
22   haven't researched that issue.  But I do
23   have a comment, the same comment that I
24   raised earlier about a difficulty in

Page 397

1    knowing what would be a relevant dose of
2    talc.
3            But in this case, the doses
4    they chose had no significant effects.
5    So it's not germane unless the -- unless
6    the point is to say that talc doesn't
7    induce gene expression changes in the
8    human ovarian cells.
9        Q.   If -- and is it your
10   understanding that this paper or these
11   authors used non fibrous talc in the
12   studies?
13       A.   I don't recall.  I have to
14   look at what they used.
15       Q.   It's in the abstract or the
16   methods.
17       A.   Well, I would prefer to use
18   the methods.
19       Q.   Sure.
20       A.   I have to look at it.  I
21   have to go to the results because they
22   characterize the fibers.  I'm not really
23   an expert in fibers.  But I believe
24   Dr. Mossman is an expert for the

100  (Pages 394 to 397)

Benjamin G. Neel, M.D., Ph.D.

Page 398

1    defendant.  So I think that she would
2    probably be better at explaining this
3    than I.
4           Yes, they claim that it's
5    non-fibrous talc.  But again, I'm not an
6    expert in mineralogy or geology.  So I
7    can't comment on the quality of their
8    evaluation.  But I will say that it's
9    non-fibrous talc, according to the paper.
10        Q.   And if Baby Powder were
11   shown to contain fibrous talc or
12   asbestos, how would that change your
13   opinions regarding the paper?
14        A.   Well, it would just make
15   this paper even more irrelevant because
16   they didn't use Johnson & Johnson's
17   products.
18        Q.   Do you know Dr. Mossman?
19        A.   I don't know her.  I know of
20   her reputation, but I don't know her.
21        Q.   And you haven't spoken to
22   her --
23        A.   No.
24        Q.   -- regarding this case?

Page 399

1        A.   I've never met her or spoken
2    to her.
3        Q.   I believe you had two papers
4    by Dr. Akhtar on your materials
5    considered list.  Does that sound
6    familiar?
7        A.   Yeah.  I don't know if
8    that's the -- I didn't know how to
9    pronounce that name.
10        Q.   I don't either so you're --
11   does anyone?
12        A.   It sounds like it's right.
13   A-H-K or something?
14           MS. SHARKO:  That's
15   Exhibit 32.
16           (Document marked for
17           identification as Exhibit
18           Neel-32.)
19           DR. THOMPSON:  32 is the
20   Akhtar paper.
21   BY DR. THOMPSON:
22        Q.   "The Primary Role of Iron
23   Mediated Lipid Peroxidation."
24           Does this paper look

Page 400

1    familiar, Dr. Neel?
2        A.   Yes.
3        Q.   And did you read this paper?
4        A.   A while ago, yes.
5        Q.   Do you --
6        A.   I don't remember if I
7    actually -- was there a place in my
8    report that you want to discuss here?
9        Q.   I don't believe that -- oh,
10   actually, I think you did discuss this in
11   here.  Let me find it.  Yes, it's on Page
12   24.
13        A.   24.  I thought I remember
14   typing that.  Yes.
15        Q.   And do you have criticisms
16   regarding this paper?
17        A.   Yes.  As outlined in my
18   report on Page 24.
19        Q.   And what are those?
20        A.   These authors measured the
21   effects of talc on A549 cells, which are
22   lung cancer cells, and found ROS
23   production, oxidation of cellular lipids,
24   and DNA damage.

Page 401

1           So, again, these are already
2    established lung cancer cells.  So I
3    don't see the relevance to the question
4    of initiation of ovarian cancer.  That's
5    first thing.
6           The second thing is that --
7    the same issues having to do with dose
8    are germane here.  And I guess I should
9    see -- I don't remember which form of
10   talc they used.  Yeah, so commercial
11   talc.  So again, those are my main
12   criticisms.
13           They use dose -- again, as I
14   said, it's not clear as the dosage used
15   here or seen here relate to the small
16   number of particles that are presumably
17   found in the reproductive tract, if
18   they're there at all.
19        Q.   Are you aware that Dr. Saed
20   used the same dosage as Dr. Akhtar
21   reported in his paper?
22        A.   I'd have to look to be sure.
23   But perhaps.  Dr. Saed's papers are
24   seriously flawed, as we've already

101 (Pages 398 to 401)

Benjamin G. Neel, M.D., Ph.D.

Page 402

1   discussed.
2       Q.   Yeah, I understand your
3   opinion as to that.  The author's first
4   sentence in the abstract is, "Talc
5   particles, the basic ingredient in
6   different kinds of talc-based cosmetic
7   and pharmaceutical products, pose a
8   health risk to pulmonary and ovarian
9   systems due to domestic and occupational
10  exposures."
11          Do you disagree with that
12  statement --
13      A.   Yes.
14      Q.   -- that Dr. Akhtar makes?
15      A.   Yes.
16      Q.   Do you think that Akhtar
17  is -- Dr. Akhtar is not credible?
18      A.   I have no knowledge as to
19  Dr. Akhtar.  I have never met him.  Don't
20  know anything about him.  Don't know his
21  reputation and can't comment on it.
22      Q.   This paper was peer reviewed
23  and published?
24      A.   Yes.  And I also can't

Page 403

1   comment, since I'm not a toxicologist, on
2   the quality of this journal.  But I think
3   it's probably not a high impact journal
4   or a high quality journal.
5       Q.   Do you know if nanoparticles
6   would apply to Johnson's Baby Powder?
7       A.   As I said, I am not -- not a
8   mineralogist, I'm not a toxicologist.  I
9   can't comment on any of that.
10      Q.   So you --
11      A.   I don't have any
12  professional opinion on that.
13      Q.   So you really have no idea
14  as to the particle size of Johnson's Baby
15  Powder?
16      A.   I have no idea as to
17  particle size.
18      Q.   And the authors a little
19  further down in the abstract state, "Both
20  varieties of talc nanoparticles
21  differentially induce lipid peroxidation
22  which was correlated with the pattern of
23  lactate dehydrogenase leakage, reactive
24  oxygen species generation, and

Page 404

1   glutathione depletion."
2           Those were at least some of
3   the same things that Dr. Saed studied,
4   correct?
5       A.   No, actually -- no, that's
6   not correct.  Actually, the major
7   weakness of Dr. Saed's paper is he did
8   not measure.  As I said earlier, if you
9   are going to claim a difference in redox
10  balance, you have to measure redox
11  balance by measuring ROS generation in
12  the form DCF fluorescence or other types
13  of ROS sensor assays.  Lipid peroxidation
14  by BODIPY staining or other methods like
15  -- oxidative damage to DNA by ADG
16  staining, none of which Dr. Saed did, as
17  I said earlier.
18      Q.   Did you -- do you have any
19  other criticisms of this paper?
20      A.   My -- my major point about
21  this paper as I've said already, is that
22  it concerns already developed lung cancer
23  cells and it is well known in the
24  scientific literature that there is

Page 405

1   differences between the effects of ROS in
2   cancer cells that are already
3   established, and in particular, in cancer
4   cell lines that have been passive for
5   many years, and in particular, in
6   different types of cancer cells than are
7   present in normal cells.
8           So the paper is -- is not
9   germane in my opinion to the question of
10  whether talc causes ROS changes and
11  reactive oxygen induced damage in primary
12  fallopian tube epithelium or primary
13  ovarian surface epithelium.
14          That is the relevant
15  question.  Notwithstanding all the issues
16  about dose that we've talked about.
17      Q.   You'll agree though that the
18  authors of this paper at least thought
19  that their experiment was relevant for
20  ovarian cancer, right?
21      A.   I have no idea --
22          MR. LOCKE:  Objection.
23  BY DR. THOMPSON:
24      Q.   Well, they stated it that,

102 (Pages 402 to 405)

Benjamin G. Neel, M.D., Ph.D.

Page 406

1  in the first sentence, that --
2      A.   They -- they said that --
3      Q.   -- it poses a risk to
4  pulmonary and ovarian systems.
5      A.   Well, that's their opinion.
6  That doesn't say whether they thought
7  they were -- whether they thought it was
8  relevant.  All they can say is that it --
9  that assuming that everything in this
10  paper is correct, in terms of the
11  measurements and all that, which I have
12  no reason to question, they can't say
13  anything about dose, and they can't say
14  anything about the relevant cells.
15      So, cells are not cells.
16  It's not like, you know, parts is parts
17  in Perdue chicken.
18      Q.   What's you -- what's your
19  basis for opinion that the -- the cells
20  used in this experiment are not relevant
21  for ovarian surface epithelium?
22      A.   Well, as I've already said,
23  they are lung cancer cells.  They -- they
24  are a mutation.  So A-549 cells have KRAS

Page 407

1  mutations.  I believe it's -- it's either
2  G12B or G12D, and that is completely
3  irrelevant to the overwhelming majority
4  of serous cancers, much less serous
5  ovarian cancer transformation.
6      So it's a lung epithelial
7  cell.  It's a transformed lung epithelial
8  cell.  It's bearing a mutation that is
9  not found characteristically in serous
10  cancer, and it's bearing a mutation that
11  when it's found in serous cancer is not
12  part of the initiating events in serous
13  cancer.
14      So irrelevant cell type,
15  irrelevant mutations, irrelevant stage of
16  carcinogenesis, and questionable dose.
17  I -- I don't really see anything that
18  could possibly be relevant to the
19  question at hand when every other issue
20  is irrelevant.
21      Q.   Is there any publication on
22  your reference list or your materials
23  considered list that would provide
24  insight into that opinion that you're

Page 408

1  providing, that lung cancer cells are
2  irrelevant to the ovary in terms of study
3  of this issue?
4      MS. SHARKO:  Object to the
5  form of the question.
6      THE WITNESS:  Can you repeat
7  the question?  I'm not sure, there
8  was a lot of --
9  BY DR. THOMPSON:
10      Q.   Yeah, it was a bad -- it was
11  a bad -- it was a bad question.
12      A.   Sorry.
13      Q.   Can you point me to an
14  article that's on your reference list or
15  materials considered list that addresses
16  the basis for your opinion that lung
17  cancer cells are irrelevant to ovarian
18  cancer?
19      A.   I -- I didn't say lung
20  cancer cells were irrelevant to ovarian
21  cancer, although I would agree largely
22  with that statement.
23      What I said was lung cancer
24  cells -- the use of lung cancer cells to

Page 409

1  determine the effects of agents on
2  nontransformed ovarian epithelial cells
3  or fallopian tube epithelial cells is
4  irrelevant.
5      And I think that should be
6  self-evident to any practicing scientist
7  in the cancer biology field.  I don't
8  think you would find any scientist,
9  credible cancer biologist, who would
10  think that using A-549 cells to model any
11  aspect of ovarian cancer pathogenesis is
12  relevant.
13      Q.   Well --
14      A.   And I would reject
15  categorically from the six journals that
16  I'm an editor of any paper that presumed
17  to do the same, which is probably why a
18  journal -- a paper like this is published
19  in a low impact, low quality journal, and
20  not in any of the six journals that I'm
21  an editorial board member of or that I've
22  been an editor of previously.
23      Q.   I understand that.  But we
24  have to be able to explain your opinions

103 (Pages 406 to 409)

Benjamin G. Neel, M.D., Ph.D.

Page 410

```
 1    to nonscientists.  And it would be --
 2    will be helpful to be able to refer to an
 3    article or something that can address the
 4    irrelevance of -- of using these cell
 5    lines to study ovarian cancer
 6    pathogenesis.
 7           And my question is, is there
 8    a citation on your reference or materials
 9    cited -- materials considered list that
10    we could refer to to help?
11           MS. SHARKO:  Object.  Object
12    to the form.
13           THE WITNESS:  I don't think
14    I would have any trouble
15    convincing anybody who is logical
16    that studying a fully transformed
17    lung cancer cell is not relevant
18    to studying a normal fallopian
19    tube cell.
20           I think that stems from
21    elemental logic and you don't
22    really even have to have much
23    scientific credentials to make
24    that conclusion.
```

Page 411

```
 1    BY DR. THOMPSON:
 2        Q.    So that opinion at least is
 3    based on logic, not peer-reviewed medical
 4    literature; is that correct?
 5        A.    That -- that is --
 6           MS. SHARKO:  Object to the
 7    form.  Misstates the testimony.
 8           THE WITNESS:  That opinion
 9    is based on 39 years of experience
10    in the cancer biology field from
11    its earliest days.  And from the
12    general understanding of cell
13    biology, molecular biology, and
14    cancer biology that I and many
15    other scientists of my credibility
16    and credentials would hold.
17    BY DR. THOMPSON:
18        Q.    As far as referring me to a
19    citation in your report or attachments,
20    that would address this issue, you are
21    not able to do that today?
22           MS. SHARKO:  Objection.
23    Asked and answered several times.
24           THE WITNESS:  That's not a
```

Page 412

```
 1    personal -- first of all, I heard
 2    that.  And it's not a personal
 3    opinion.
 4           That is a scientific opinion
 5    based on 39 years of research, and
 6    I don't think you will ever find a
 7    credible scientific expert in the
 8    field of cancer biology who would
 9    say that studying A-549 in cancer
10    cells from the lung is relevant to
11    understanding the pathogenesis of
12    fallopian tube and/or ovarian
13    cancer.  It's simply irrelevant.
14           And, again, I can cite and
15    did cite in my report the fact
16    that high grade serous cancer is
17    not categorized by KRAS mutations.
18    These cells have KRAS mutations.
19    Okay?  I know that because we work
20    with these cells in a different
21    context.
22    BY DR. THOMPSON:
23        Q.    So if there were a scientist
24    that would give an opinion that there is
```

Page 413

```
 1    relevance to studying the effects of
 2    talcum powder or some other potential
 3    carcinogen on cell lines other than
 4    normal tubal primary cell lines, would
 5    you automatically have a criticism of
 6    that particular scientist?
 7        A.    I would have to see the
 8    scientist's opinion in detail, but
 9    anybody who -- anybody with training in
10    modern cancer biology and with an
11    understanding that A-549 cells are lung
12    epithelial, the adenocarcinoma cells that
13    bear a KRAS mutation, and anyone who knew
14    about the pathogenesis of high grade
15    serous ovarian cancer would realize that
16    that's not a relevant cell system.
17           I would expect a first year
18    graduate student to know that, frankly,
19    and even a good undergraduate.
20        Q.    There are certain carcinogen
21    that cause cancer in many different
22    tissues and different types of cancer,
23    aren't there?
24        A.    There are some carcinogens
```

104 (Pages 410 to 413)

Benjamin G. Neel, M.D., Ph.D.

Page 414

1  that have the capacity to damage DNA in
2  many types of tissues, yes.
3        Q.   And an example would be
4  asbestos, would it not?
5        A.   As I said, I haven't really
6  exhaustively looked at the literature for
7  asbestos and cancer.  But the only, you
8  know, thing that I know for sure is that
9  asbestos causes mesothelioma and is a
10  cocarcinogen with tobacco smoke for lung
11  cancer.
12        Q.   So you are not aware of
13  other organs in which asbestos has been
14  shown to cause cancer as well?
15        A.   I just said it's a cause of
16  mesothelioma.  And it's a cocarcinogen
17  with tobacco smoke for lung epithelial
18  cancer.  And there's some evidence it may
19  also cause lung epithelial cancer.
20        Q.   And you have the IARC 2012
21  monograph on asbestos.  Can you identify
22  the other types of cancer that IARC
23  concluded were caused by asbestos in
24  addition to mesothelioma?

Page 415

1        A.   I --
2        MS. SHARKO:  Object to the
3  form.
4        THE WITNESS:  I said that I
5  haven't really studied the IARC
6  monograph, so I can't comment on
7  that.
8  BY DR. THOMPSON:
9        Q.   And would anyone who relies
10  on studies looking at the cell lines that
11  you've been discussing, that you deem
12  irrelevant, would they be wrong for doing
13  so?
14        A.   I didn't say that the cell
15  lines were irrelevant.  I said the cell
16  lines were irrelevant to the question at
17  hand.
18        These cell lines are highly
19  relevant to understanding lung cancer
20  pathogenesis.  But they are not relevant
21  to understanding ovarian cancer
22  pathogenesis.
23        Q.   Okay.  Sir --
24        A.   And these cells are fully

Page 416

1  developed cancer cells.
2        The question at hand, as I
3  understand the question, is does talc
4  contribute to the cause of ovarian
5  cancer.  Once you have a fully -- fully
6  transformed lung cancer cell, it's a
7  cancer.
8        Q.   But we have discussed
9  earlier that at least part of the
10  carcinogenic process includes promotion
11  and -- and progression of the cancer,
12  correct?
13        A.   This cancer is a fully
14  developed, fully formed cancer.  It's
15  gone way behind the progression and
16  initiation stages.  This cancer will kill
17  a mouse if you inject it into a mouse.
18  It's not -- it's not a precancerous
19  lesion.  It's not a cancer -- it's not a
20  lesion that it is in the process of
21  carcinogenesis.  It's fully blown lung
22  cancer cell line derived probably from a
23  metastatic lung cancer patient who
24  underwent surgery.  So it -- it's really

Page 417

1  not relevant in my opinion.
2        Q.   Okay.
3        (Document marked for
4  identification as Exhibit
5  Neel-33.)
6  BY DR. THOMPSON:
7        Q.   I'm going to give you
8  another paper by the -- at least Akhtar
9  is the same.
10        This is Exhibit 33, Akhtar,
11  "Cytotoxicity and apoptosis induction by
12  nanoscale talc particles."
13        Have you seen this paper,
14  Dr. Neel?
15        A.   70 and 71, that must be --
16        Q.   Oh, that's the --
17        A.   Let me see if that's the
18  paper that I cited.  It's --
19        MS. SHARKO:  Yes.
20        THE WITNESS:  Yeah, I've
21  seen this paper.  I refer to it in
22  my report.  It's in the context of
23  the same issues that we just
24  discussed.

105 (Pages 414 to 417)

Benjamin G. Neel, M.D., Ph.D.

Page 418

1    BY DR. THOMPSON:
2         Q.   And are your criticisms of
3    this paper similar to the other Akhtar
4    paper?
5         A.   Yes, it -- yes, again uses a
6    single lung cancer cell line which is
7    fully transformed and bears KRAS
8    mutations and, therefore, is not relevant
9    to nontransformed fallopian tube
10   epithelium or ovarian surface epithelium.
11   Nor is it relevant to serous cancer
12   pathogenesis because serous cancers
13   almost never have KRAS mutations, and
14   when they do have KRAS mutation, they are
15   a later stage of development and are not
16   involved in the initial stages of cancer.
17        That is well established
18   from modern molecular biology research.
19        Q.   And this paper was peer
20   reviewed and published, correct?
21        A.   I assume so.  What journal
22   is this?  I don't even know what
23   journal -- I assume it was.
24        Q.   And the authors at least

Page 419

1    concluded that the particles that they
2    used which were commercial -- indigenous
3    and commercial nano talc particles,
4    right?
5         A.   That is what they say, yes.
6         Q.   Okay.  And the authors at
7    least conclude that the particles
8    significantly induced cytotoxicity,
9    oxidative stress and apoptosis in human
10   lung epithelial cells?
11        A.   Well, first of all, they are
12   not human lung epithelial cells.  As I
13   said that's a misstatement.  They are
14   human lung cancer cells.
15        So the title is misleading.
16   And that conclusion is misleading.
17        Human lung epithelial cells
18   can -- would normally be interpreted as,
19   say, normal human lung epithelial cells.
20   So these are human lung cancer cells.
21   That would be a more accurate statement.
22        Q.   Do you have other criticisms
23   of the -- this paper?
24        A.   The criticisms that I have

Page 420

1    of this paper are pretty much the same as
2    the criticisms I have with the other
3    Akhtar paper.  Irrelevant cell line,
4    uncertain dose.  You know, no
5    demonstration.  We -- they couldn't
6    actually demonstrate carcinogenesis here
7    because they start with a cancer.
8         Q.   Would you say that all four
9    of these molecular studies relating to
10   talc are flawed in some way?
11        A.   I only count two.
12        MS. SHARKO:  Object.  Object
13   to the form.
14        THE WITNESS:  We're only
15   discussing two.
16   BY DR. THOMPSON:
17        Q.   Oh, I'm including Buz'Zard
18   and Shukla.
19        A.   Oh yes, they are all
20   completely flawed from the standpoint of
21   the question at hand, yes.  They are not
22   even close to being on point in my
23   opinion, professional opinion, based on
24   39 years of research in cancer biology

Page 421

1    dating from the -- from the earliest days
2    of the field and staying current in
3    modern molecular biology research.
4         DR. THOMPSON:  Would this be
5    a good time for a break?
6         MS. SHARKO:  Again?
7         DR. THOMPSON:  How long has
8    it been?
9         MS. O'DELL:  A little over
10   an hour.  I think it's an
11   appropriate time for a break.
12        THE VIDEOGRAPHER:  Remove
13   your microphones.  The time is
14   5:03 p.m.  Off the record.
15        (Short break.)
16        THE VIDEOGRAPHER:  Okay.  We
17   are back on the record.  The time
18   is 5:24 p.m.
19   BY DR. THOMPSON:
20        Q.   Dr. Neel, we've looked at
21   five molecular studies this afternoon.
22   That paper by Saed, by Shukla, Buz'Zard,
23   and two by Akhtar.
24        Is it your opinion that all

106 (Pages 418 to 421)

Benjamin G. Neel, M.D., Ph.D.

Page 422

1  five of those studies are flawed?
2      A.  They are either flawed or
3  they are not relevant.
4      Q.  And the -- the reason for
5  that criticism seems to be primarily that
6  there is no established dose and that the
7  wrong cell lines are used.  Is that a
8  fair statement?
9      A.  That is --
10     MS. SHARKO:  Object to the
11 form.
12     THE WITNESS:  That statement
13 refers to some of the papers.  But
14 Dr. Saed's paper is flawed on
15 multiple levels, most notably his
16 claim that talc applied to ovarian
17 cells or fallopian tube cells can
18 produce a stoichiometric shift in
19 nucleotide sequence for a specific
20 gene.  That is just an incredible
21 assertion.
22     So -- and also his claims
23 that redox balance is disrupted in
24 the cells without any measurement

Page 423

1  of redox balance in the cells.
2  You can't make that claim without
3  actually measuring redox balance.
4      So his paper, the -- the one
5  that's in -- that just was
6  published apparently is flawed
7  conceptually and technically.
8      The other papers are using
9  questionable doses and irrelevant
10 cell systems.  So they're
11 different objections to the
12 different studies.
13 BY DR. THOMPSON:
14     Q.  So is it your opinion that
15 any scientist who relies on these studies
16 would be using -- relying on these
17 studies to answer the question of whether
18 talcum powder causes ovarian cancer,
19 would be using bad scientific judgment?
20     MS. SHARKO:  Object to the
21 form of the question.
22     THE WITNESS:  What -- what
23 would -- can you repeat the
24 question?

Page 424

1  BY DR. THOMPSON:
2      Q.  Sure.
3      A.  She distracted me.  Sorry.
4      Q.  So --
5      MS. SHARKO:  Sorry, that was
6  not my intention.
7  BY DR. THOMPSON:
8      Q.  So is it your opinion that
9  any scientist who relied on those studies
10 to formulate their opinions as to whether
11 talcum powder use could cause ovarian
12 cancer, would be using poor judgment from
13 a scientific standpoint?
14     A.  Yes.  I would have to say
15 that.
16     Q.  And would it be your opinion
17 that any scientist who relied on those
18 studies to answer the question of whether
19 talcum powder use could cause ovarian
20 cancer, would not have a sufficient
21 understanding of molecular and cellular
22 biology?
23     A.  If that's the basis for
24 their opinion, then they are not -- yes,

Page 425

1  that would be my opinion.
2      Q.  Would -- would you look at
3  your CV which is exhibit -- something not
4  very high.
5      A.  Yes.  I have it.
6      Q.  Okay.  And before we get to
7  your CV, was -- would it be your opinion
8  that any scientist who relies on these
9  studies for opinions on the biological
10 plausibility of talcum powder use causing
11 ovarian cancer to be using poor
12 scientific judgment?
13     MS. SHARKO:  I object to the
14 form of the question.  Can you
15 break it down by study?
16     MS. O'DELL:  No.
17     THE WITNESS:  So if the --
18 if the only studies that they used
19 to reach the opinion that talc
20 caused ovarian cancer were these
21 five highly flawed studies, they
22 would be exercising poor
23 scientific judgment in my opinion.
24 BY DR. THOMPSON:

107 (Pages 422 to 425)

Benjamin G. Neel, M.D., Ph.D.

Page 426

1    Q.   Even on biological
2    plausibility?
3         A.   Oh, for sure, yes.  I don't
4    think these -- these papers are credible
5    assessments of biologic plausibility at
6    all in any way.
7         Q.   And if the scientists who
8    rely on these studies for their opinions
9    regarding the biological plausibility of
10   talcum powder use causing ovarian cancer
11   would also not have a sufficient
12   understanding of molecular cellular
13   biology?
14        MS. SHARKO:  Object to the
15   form of the question.
16        THE WITNESS:  I -- I think
17        that it would depend on what --
18        they might have an understanding
19        of some aspects of cell and
20        molecular biology.  But they would
21        not have any understanding of
22        other aspects of cellular and
23        molecular biology.  So that's a
24        very difficult question to answer.

Page 427

1        If you ask a more specific
2        question, I can help you with an
3        answer.
4    BY DR. THOMPSON:
5         Q.   But at least the opinions
6    relating to the biological plausibility
7    for that, to answer that question, their
8    understanding in your opinion would be
9    inadequate?
10        A.   I think that someone who
11   read these papers and thought that they
12   provided plausibility for the contention
13   that talc causes ovarian cancer would
14   have poor scientific judgment as to that
15   question, yes.
16        Q.   Let's go ahead and look at
17   your CV now.
18        A.   Sure.
19        Q.   And we'll do the same thing
20   we did before.  So using your criteria of
21   an established dose, an appropriate cell
22   line, are there any of your publications
23   that you think are relevant to the
24   question as to whether talcum powder

Page 428

1    products can cause ovarian cancer?
2         A.   No.  As I've said before, I
3    haven't studied that issue and I wouldn't
4    be able to study that issue in my current
5    position.
6         Q.   Okay.  Have you ever
7    published in Gynecologic Oncology, to
8    your knowledge?
9         A.   I may have been a co-author
10   on a paper in Gynecologic Oncology.  But
11   I have not been a senior author on any
12   paper in Gynecologic Oncology.
13        Q.   Should any study that treats
14   ovarian cancer as a single entity be used
15   with skepticism?
16        A.   I think today, yes.
17        Q.   Is this because ovarian
18   cancer is not a single disease?
19        A.   Yes.
20        Q.   But isn't hormone -- hormone
21   responsiveness a common link among all
22   ovarian cancer subtypes?
23        A.   Hormone responsive -- the
24   endometrioid and clear cell cases are

Page 429

1    much more clearer about hormone
2    responsiveness.  Whether serous cancers
3    are hormone responsive probably -- it
4    depends on the cancer.
5         So -- and whether it's
6    involved in pathogenesis is also not as
7    well established.
8         Q.   But at least some scientists
9    would argue that hormone responsiveness
10   would be one of those factors that could
11   cross all histologic subtypes?
12        A.   Again, I can't comment on
13   specific -- on general statements like
14   some scientists.  If you give me a
15   specific statement that was made by a
16   specific scientist, I can look at it and
17   I can determine whether I agree with it
18   or not or whether I think it's credible.
19        Q.   Has it been published that
20   hormone responsiveness would be a factor
21   that would cross all subtypes to your
22   knowledge?
23        A.   There have been -- there --
24   there have been reports that hormone

108 (Pages 426 to 429)

Benjamin G. Neel, M.D., Ph.D.

Page 430

1    replacement therapy may be oncogenic, you
2    know, procarcinogenic in ovarian cancer.
3        Q.   And that includes all
4    subtypes?
5        A.   Well, the effects are much
6    stronger for, as I said clear cell and
7    endometrial cancers.  And whether it's
8    true for high grade serous is less clear,
9    from my -- from my recollection of the
10   literature.
11       Q.   Could a reasonable scientist
12   discuss ovarian breast cancer and
13   endometriosis as a group because they are
14   all hormonally responsive lesions?
15           MS. SHARKO:  Object to the
16       form of the question.
17           THE WITNESS:  Discuss in
18       what context?  I don't understand
19       the question.
20           MS. SHARKO:  You can ask
21       them to read their handwriting.
22   BY DR. THOMPSON:
23       Q.   If you were looking at in
24   vitro studies, would it be appropriate to

Page 431

1    use either serous breast or endometrioid
2    cancer cell lines and extrapolate the
3    information from one to the other?
4        A.   What's the question?  Not
5    what's your question, but what's the
6    scientific question that's being asked?
7    I mean, if you want to just look at
8    hormone responsive gene expression, then
9    maybe.  If the question is having to do
10   with the pathogenesis of each of the
11   individual diseases, then probably not.
12           It would depend on the
13   specifics though.  Scientists don't think
14   that way.  They think in very specific
15   terms so they can frame accurate
16   questions that can yield results that are
17   interpretable.  So I can't answer a
18   question that's so generic and
19   nonspecific as that.
20       Q.   Can chronic inflammation
21   induce a proliferation of tubal
22   epithelium?
23       A.   I don't know the answer to
24   that question.

Page 432

1        Q.   Has that been studied?
2        A.   I don't know the answer to
3    that question, so I would be
4    uncomfortable answering it.
5        Q.   Could a reasonable scientist
6    make that statement?
7        A.   I don't know.  I'd have to
8    see the paper.  I'm happy to look at the
9    paper and go over the data if there is
10   such a paper.
11       Q.   Could inflammation-induced
12   proliferation in the tubal epithelium, in
13   the epithelial, if that did occur,
14   progress to papillary tubal hyperplasia?
15       A.   What do you mean by
16   papillary tubal hyperplasia?  Do you mean
17   STICs?
18       Q.   Let's say STICs.
19       A.   I don't know.  I'd have
20   to -- I'd have to see the study.  I'm not
21   going to speculate on mechanisms that I
22   haven't seen in -- in the press -- in
23   the scientific press.
24       Q.   In addition to the Saed

Page 433

1    papers that you did not list in the
2    materials considered or the supplemental
3    materials, are there any other papers
4    that were -- that form the basis of your
5    criticisms of either the Saed or the
6    other molecular papers?
7            MS. SHARKO:  Object to the
8        form of the question.  Lacks
9        foundation.
10           THE WITNESS:  I think you
11       misunderstood or maybe I was
12       unclear before.
13           My opinion of the Saed paper
14       that was just published is based
15       on the Saed paper that was just
16       published.
17           And that doesn't need me to
18       read any of his earlier papers.
19           My comments about some of
20       his earlier papers had -- went to
21       the issue of erroneous statements
22       that were made in his report.
23       Having to do, for example, with
24       the expression of myeloperoxidase

109 (Pages 430 to 433)

Benjamin G. Neel, M.D., Ph.D.

Page 434

1  and ovarian cancer cells, having
2  to do with the statement that p53
3  is an oncogene, whereas it's a
4  paradigmatic tumor suppressor
5  gene, having to do with statements
6  regarding SNPs that are not in the
7  GWAS catalogue of well-recognized
8  ovarian cancer SNPs.
9      But that had nothing to do
10 with my criticisms of his paper,
11 which stand independent of any
12 other issues regarding Dr. Saed's
13 qualifications or expertise.
14     DR. THOMPSON:  Object as
15 nonresponsive.
16 BY DR. THOMPSON:
17     Q.  Because my question was
18 really only, are there any other papers
19 or literature that form the basis?
20     A.  With respect, DR. THOMPSON,
21 the question that you asked me, as I
22 understand it, and you're welcome to read
23 it back to me, but I believe your
24 question was, were there any other papers

Page 435

1  that led to my objection to his, you
2  know, paper in Reproductive Biology.
3      And the answer to that is
4  none of those other papers are directly
5  relevant to the paper in Reproductive
6  Biology.  The errors in the paper of
7  Reproductive Biology stand on their own
8  and are clearly determinable by anyone
9  with expertise in modern cellular and
10 molecular biology.
11     MS. SHARKO:  Okay.  I think
12 it's late.  I think she's just
13 asking you if there are any papers
14 that you're relying on that aren't
15 listed in the report and reliance
16 materials.
17     THE WITNESS:  No.
18 BY DR. THOMPSON:
19     Q.  And Ms. Sharko is correct.
20 That was the question that I was trying
21 to ask.
22     A.  Okay.  And that question is
23 no.
24     Q.  And I'm just going to

Page 436

1  clarify, were there -- the papers that
2  you considered informing those opinions
3  regarding Dr. Saed that you have not
4  mentioned so far?
5      A.  No.
6      Q.  Okay.  Have you sent any
7  comments to Health Canada?
8      A.  No.
9      Q.  Do you plan to send any
10 comments to Health Canada?
11     A.  I don't know if it's
12 appropriate for me to send any comments
13 to Health Canada while I'm involved in
14 this litigation.  I would have to consult
15 Ms. Sharko and Mr. Zellers as to whether
16 I should.
17     Q.  You'll agree that talc and
18 its potential contribution to ovarian
19 cancer has been an issue for several
20 decades.  Would you agree with that, in
21 the literature?
22     A.  It's certainly been in the
23 epidemiological literature.  In the
24 biology literature, there's actually

Page 437

1  relatively limited studies, which is why
2  we've been actually able to cover most of
3  them in this last hour or two.
4      Q.  And that would be for talc,
5  but certainly there have been studies
6  regarding the molecular basis for
7  asbestos and it's carcinogenic potential,
8  correct?
9      A.  As I said, I haven't done an
10 exhaustive study of what's in the
11 literature about asbestos and its role in
12 ovarian cancer.  I think you asked me
13 about talc, which is what I answered.
14     Q.  I asked you about talcum
15 powder.  Or I meant to ask about talcum
16 powder.
17     A.  Yes.  And I answered that.
18     Q.  Have you ever been asked to
19 do an in vitro study with talcum powder?
20     A.  No.
21     Q.  Have you ever been asked to
22 do an in vivo study with talcum powder?
23     A.  No.
24     Q.  And could you do either an

110 (Pages 434 to 437)

Benjamin G. Neel, M.D., Ph.D.

Page 438

1   in vitro study or an in vivo study to
2   evaluate the causal connection between
3   talcum powder or the potential causal
4   connection between talcum powder and
5   ovarian cancer?
6       A.   Not in my --
7          MS. SHARKO:  Objection.
8   Asked and answered a zillion
9   times.
10         THE WITNESS:  I'll --
11  that's --
12  BY DR. THOMPSON:
13      Q.   This question -- sorry.
14  This question is outside the context of
15  your current situation.
16         Could you do that study?
17      A.   Could I do the study?  I
18  would have to really seriously think
19  about the problem and then decide whether
20  I could do a good study.  There would be
21  several problems, many of which I've
22  already described, having to do with
23  coming to arrive at a reasonable dose.  I
24  probably could test a range of doses in a

Page 439

1   biologically relevant system than, for
2   example, any of the five papers that we
3   discussed extensively in the last two
4   hours did.
5       Q.   So at least today, sitting
6   here, you're not sure whether you could
7   do the quality study that would be
8   required or not; is that fair?
9          MS. SHARKO:  Object to the
10  form.
11         THE WITNESS:  I'm saying
12  that it's not clear that enough
13  information is available to design
14  a study, not that I couldn't do
15  it.  I could certainly do it if a
16  reasonable -- if there were clear
17  information about a dose range of
18  talc that was in -- if there were
19  talc in fallopian tube and/or
20  there were talc in ovarian
21  adnexa -- in the adnexa -- in the
22  ovarian surface endothelium or
23  region, I could do a reasonable
24  study using those doses of talc

Page 440

1   and more physiologically relevant
2   systems than, for example,
3   Dr. Saed did, and certainly the
4   other four papers which were off
5   point in my opinion.
6          DR. THOMPSON:  I have no
7   further questions.
8          MS. SHARKO:  Okay.  We're
9   done.  Thank you very much.
10         THE WITNESS:  Thank you.
11         THE VIDEOGRAPHER:  Okay.
12  Stand by, please.  This marks the
13  end of today's deposition.  The
14  time is 5:42 p.m.
15         (Excused.)
16         (Deposition concluded at
17  approximately 5:42 p.m.)

Page 441

1
2          CERTIFICATE
3
4
5       I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
6   deposition is a true record of the
   testimony given by the witness.
7
       It was requested before
8   completion of the deposition that the
   witness, BENJAMIN G. NEEL, M.D., Ph.D.,
9   have the opportunity to read and sign the
   deposition transcript.
10
11
12
   _____
   MICHELLE L. GRAY,
13  A Registered Professional
   Reporter, Certified Shorthand
14  Reporter, Certified Realtime
   Reporter and Notary Public
15  Dated:  March 20, 2019
16
17
18      (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

111 (Pages 438 to 441)

Benjamin G. Neel, M.D., Ph.D.

Page 442

1    INSTRUCTIONS TO WITNESS
2
3         Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8         After doing so, please sign
9    the errata sheet and date it.
10        You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14        It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24

Page 444

1
2         ACKNOWLEDGMENT OF DEPONENT
3
4         I,_____, do
5    hereby certify that I have read the
6    foregoing pages, 1 - 445, and that the
7    same is a correct transcription of the
8    answers given by me to the questions
9    therein propounded, except for the
10   corrections or changes in form or
11   substance, if any, noted in the attached
12   Errata Sheet.
13
14
15   _____
16   BENJAMIN G. NEEL, M.D., Ph.D.    DATE
17
18
19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20____.
21   My commission expires:_____
22
23   _____
24   Notary Public

Page 443

1         - - - - - -
          E R R A T A
2         - - - - - -
3
4    PAGE LINE CHANGE
5    ____ ____ _____
6       REASON: _____
7    ____ ____ _____
8       REASON: _____
9    ____ ____ _____
10      REASON: _____
11   ____ ____ _____
12      REASON: _____
13   ____ ____ _____
14      REASON: _____
15   ____ ____ _____
16      REASON: _____
17   ____ ____ _____
18      REASON: _____
19   ____ ____ _____
20      REASON: _____
21   ____ ____ _____
22      REASON: _____
23   ____ ____ _____
24      REASON: _____

Page 445

1         LAWYER'S NOTES
2    PAGE LINE
3    ____ ____ _____
4    ____ ____ _____
5    ____ ____ _____
6    ____ ____ _____
7    ____ ____ _____
8    ____ ____ _____
9    ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   ____ ____ _____

112 (Pages 442 to 445)

Benjamin G. Neel, M.D., Ph.D.

## A

**AACR**
340:6 341:16
**ability**
104:22 178:19
180:1
**able**
14:9 21:6 115:18
175:9 179:4
195:10 230:7
330:11 409:24
410:2 411:21
428:4 437:2
**abnormalities**
183:12 205:12
**absence**
237:11
**absolutely**
72:23 104:1 226:4
233:24 234:21
338:8 348:4
379:24 383:17,18
**absorbable**
262:18 263:12
**abstract**
110:17 125:23
130:10 138:17
164:18 165:23
168:4 337:21
340:15 342:3
380:22 397:15
402:4 403:19
**abstracts**
339:3,6,14 340:8
340:19,20,21,23
341:12,20 342:8
343:3,9
**absurd**
337:19
**Academies**
8:17 287:24
**Academy**
75:9 294:4
**accept**
149:8,15 230:7
323:13 340:8

341:20 343:2
**accepted**
37:24 38:6,7,17,22
39:1 122:1 151:19
151:22 152:4,9
331:11,15,22,24
333:22 337:23
338:4 339:4
341:17 387:10
**accepting**
341:1
**accepts**
341:11 342:7
**access**
21:2
**accompanies**
112:6 115:18
**accumulating**
216:8
**accumulation**
216:4
**accurate**
101:3 168:12 249:5
249:15,17 265:10
273:15 419:21
431:15 442:20
**accurately**
269:21
**accusing**
351:14,15,17
**acknowledged**
247:7 249:21
**ACKNOWLED...**
444:2
**ACOG**
229:15
**acquisition**
111:19
**ACR**
130:11
**act**
316:16
**acting**
213:23 214:14,16
**action**
319:18

**activated**
59:23 225:8 323:6
**activates**
138:19 386:23
**activating**
110:23
**activity**
324:9
**acts**
60:21
**actual**
38:18 48:22 50:22
117:19 119:21
121:7 167:7
217:22 283:3
303:3 319:23
334:20 338:12
344:21 354:20
**acute**
224:15
**adapts**
123:8
**add**
212:5
**addition**
414:24 432:24
**additional**
14:1 20:4 31:14
95:7 96:16 367:3
385:21
**address**
34:12,13,18 47:5
104:10 244:1
283:12 302:17
324:13,15 410:3
411:20
**addressed**
34:1,6 42:20
104:11
**addresses**
279:18 369:6
370:24 408:15
**addressing**
70:24 158:1 324:14
**adduce**
175:5

**adduces**
318:13
**adenocarcinoma**
413:12
**adenocarcinomas**
210:9
**ADG**
404:15
**adjudged**
145:18
**administer**
11:18
**administrative**
63:16
**admit**
373:15
**adnexa**
439:21,21
**advances**
207:22
**advice**
81:1,4
**aerodigestive**
209:3
**affect**
116:21
**affiliated**
28:14
**afindeis@napolil...**
2:16
**afraid**
97:5
**African**
7:10 183:23 184:19
185:5 187:22
**afternoon**
204:19 421:21
**agar**
388:2
**age**
58:18 216:2,3,3,5,6
216:6,10
**agencies**
247:19
**Agency**
45:15 293:2

**agent**
36:20 60:6 118:10
118:12 130:16
145:17 150:23
157:17 159:12
173:6 200:5 205:5
205:20 206:8
207:18 208:5
213:23 214:14
382:2,22
**agents**
61:3,24 66:23 84:1
130:20 259:17
316:23 409:1
**agent's**
180:1
**aggregated**
54:21
**ago**
13:6,8 46:11 75:9
139:16 180:5
253:2 308:19
400:4
**agree**
22:6 48:8 56:9
66:18 73:18 74:16
74:23 75:5 78:5
78:12,21 85:24
88:11 100:18
105:3,15,23 106:1
106:12 110:9
112:24 117:3
118:17 119:6,13
123:16 126:19,24
127:2 133:23
139:2 143:14
144:2,4,5 147:24
150:16 152:13,20
153:18 171:17,21
177:17 182:23
185:2 187:23
200:20 210:19
215:14 223:17,24
225:24 226:3
230:15,19 237:4
241:10 242:2

Benjamin G. Neel, M.D., Ph.D.

243:20 247:19,22
248:7 256:4
268:24 279:2
282:19,24 283:22
306:1 313:3
314:20 315:3
324:16,21 326:23
350:2 356:13,21
360:3 369:1
380:11 405:17
408:21 429:17
436:17,20
**agreed**
22:8 361:18 362:11
364:4
**agreed-upon**
161:2
**agreement**
106:3 160:10
360:22 361:3,8
362:4,19,21 363:3
363:18 364:10,13
**ahead**
107:19 113:21
147:5 154:5
201:19 220:10
232:9,10 246:15
356:8 358:14
360:4 369:19
371:8,14,15
372:14,16 386:2
427:16
**aims**
27:21
**Akhtar**
9:13,16 399:4,20
401:20 402:14,16
402:17,19 417:8
417:10 418:3
420:3 421:23
**al**
51:12 53:4 115:5
218:3,14,21
219:19 296:24
303:22 304:24
305:1 350:16

351:1 394:24
**Alabama**
2:5
**ALASTAIR**
2:14
**albumin**
275:6
**alcohol**
172:8 173:15
**alive**
150:1
**alleged**
259:20
**ALLEN**
2:3
**allergic**
264:22
**allow**
67:8 265:20
**allowed**
24:14 26:9 29:12
29:13,14 181:23
246:11 320:23
371:10
**alluded**
94:3
**allusion**
281:19
**alma**
12:17
**alterations**
9:9 391:15
**American**
183:23 184:20
185:5 307:8
**Americans**
7:10 187:22
**Ames**
244:15
**AML**
65:7
**amount**
71:13 98:15
**amplification**
60:1
**analogy**

97:12,20 207:13,14
**analyses**
179:24
**analysis**
104:3 105:12 150:6
153:5,8 154:23
155:2,12,14,18
156:1,14 157:2
185:1,23 187:14
228:23 233:3
297:17 368:20
369:4,5,6
**analyze**
298:1
**analyzed**
267:14 268:7
**anatomy**
279:23 280:3,6,9
280:11
**anchorage-depen...**
392:4,16 393:4
**ancient**
127:11 133:21
**Anderson**
137:14,21 138:2,9
**and/or**
35:12 46:20 47:9
47:11 50:6 85:17
309:6,15 310:13
310:22 412:12
439:19 441:21
**Angeles**
3:14
**angiogenesis**
110:23 138:23
**animal**
50:18 51:5 63:5
224:4 245:20
257:12,14 269:14
**animals**
50:9 256:1 257:13
259:13 261:1
**Anna**
389:15
**answer**
10:5 16:11 31:7,9

31:12 52:21 55:24
70:13,20 81:24
82:17 83:5 98:1,2
106:15 107:11
113:20 148:11
156:18,19 164:9
164:21 165:2,12
167:13,17 174:4
174:14,18,23
176:4,8 191:10
192:15,19 193:12
193:18,20,23
194:5 195:9,10,12
195:18 196:6,15
196:16,19,22
202:6 207:5
234:16,18 245:17
249:10 253:14,20
256:12 299:7,14
302:3 372:1
423:17 424:18
426:24 427:3,7
431:17,23 432:2
435:3
**answered**
89:18 106:16 191:7
196:14,21 234:13
240:4 244:4 246:4
246:5 253:12
254:22 311:3
318:4 384:4
411:23 437:13,17
438:8
**answering**
174:9,11 176:5
192:13 193:8
314:10 335:13
432:4
**answers**
69:19 444:8
**antagonize**
123:6
**antagonizing**
122:7
**antibody**
347:19

**antigen**
386:20,21
**antioxidant**
315:20
**antioxidants**
357:9
**anti-tumor**
126:8
**anybody**
83:1 116:10 133:11
280:1 318:24
410:15 413:9,9
**anymore**
74:1 80:23
**anyway**
82:4 133:19 284:23
360:4
**apart**
208:20
**apologies**
245:8
**apologize**
321:1,9
**apoptosis**
9:15 417:11 419:9
**apparently**
172:21 188:3 191:6
306:4 344:6 345:8
423:6
**appear**
93:4,5 215:12
282:15 285:14
319:2 350:14
**appearances**
2:1 3:1 4:1 11:15
**appears**
57:11 306:13 315:9
**Appendix**
5:19 54:2
**application**
41:12 190:11
**applied**
41:15 50:4,8 99:20
107:5 134:12
150:4,7,8,15
153:20 270:21

384:5 422:16
**applies**
76:3 243:12 311:7
**apply**
30:9 99:22 150:9
151:7 215:12
227:4,7,10 235:23
243:10 244:19
383:19 403:6
441:19
**applying**
150:2
**approach**
97:17 98:7 100:3
244:9
**approached**
30:13
**approaches**
172:7 244:7
**appropriate**
254:15 421:11
427:21 430:24
436:12 442:6
**approval**
63:11,13,16,18
**approximately**
290:14 440:17
**area**
57:3 59:17 62:6
64:13 71:21 73:10
80:3 81:17 86:21
104:14 136:2
159:24 172:14
179:12 315:9
**areas**
59:17 75:17 99:18
99:19 261:2
**argue**
40:7 192:7 235:1
429:9
**argued**
269:9,19
**argument**
158:19 234:24
241:15 362:1
**arguments**

41:21
**arising**
316:14
**Arps**
1:14
**arrays**
368:21
**arrive**
95:23 438:23
**art**
101:23 253:4 294:3
**article**
95:16 97:15 98:4
100:7 103:18
110:12,15 111:24
118:14 123:17
124:9,24 125:16
125:22 126:21
137:1,2 138:13
139:22 143:21
144:14 151:13
160:4 162:10
166:11 175:15,21
175:24 176:2,8,22
181:15 186:6
190:20 191:17
195:19 196:10
206:1,3,6 220:14
225:17 229:9
232:24 250:23
251:2,24 280:22
281:3 282:13
305:11 355:1,4
408:14 410:3
**articles**
18:2,3,5 59:1,5,8
97:16 130:5
168:16 169:16
183:24 194:17
315:3 344:4,10
346:3,13 347:2
369:19 373:9,17
**artifact**
270:19 273:18
**asbestos**
47:5 49:13,16,22

50:16 59:6 82:22
89:9 98:14,16
163:23 164:13
166:4,14 167:21
199:13,16,20
210:20,23 211:2
228:14,20 229:2
229:24 244:20,22
292:23 293:5,10
296:1 297:14,18
306:10,12 391:16
393:20 394:9
396:19,21 398:12
414:4,7,9,13,21
414:23 437:7,11
**ascertain**
384:10
**asked**
21:3 22:3,11,20
23:21 24:3,9
34:12,13,18 36:20
46:18 80:24 81:18
88:7 91:3 114:2
136:3 143:3
152:11 164:8,20
164:23 165:4
190:18 191:6,7,22
191:23 193:6,11
196:3,14,20
234:12 240:4
246:3 249:8
253:12 254:10,22
254:24 256:9
310:19 311:3
314:13,15 320:3
339:19 362:13
382:11 411:23
431:6 434:21
437:12,14,18,21
438:8
**asking**
38:10 105:20
144:21 149:21
165:7 177:23
193:9 211:16,17
249:24 253:21

263:22 300:20
310:11 314:9
328:8 435:13
**aspect**
26:4 211:15 409:11
**aspects**
426:19,22
**assay**
338:12
**assays**
247:9,10 248:22,24
249:23 250:10,14
404:13
**asserted**
361:5 375:6
**assertion**
363:17 422:21
**assertions**
362:6
**assess**
71:8 72:15 87:7
**assessed**
309:8 314:18
**assesses**
139:17 290:1
**assessing**
99:10 310:24
**assessment**
51:10,14,21,24
52:17,24 53:9
115:9 217:19
218:9 219:7,17
304:13 378:15
**assessments**
426:5
**associated**
7:9 126:10 140:24
150:23 184:21
210:4 215:5
222:18 225:22
226:12 229:22
255:10,15 292:21
292:23 293:12
296:2 298:9
330:22 336:9
369:24

**association**
6:16 54:9,10,11,20
55:10,18 56:14
108:5 134:10
135:13 145:3,7
185:8 190:5
203:18 204:7,18
225:13 292:16
296:16,19 297:2
298:10,21 299:2
304:15 306:11
354:15
**associations**
5:19 55:14 127:24
129:3 148:22
184:24
**assume**
13:4 21:14 30:24
32:8 73:13 102:18
218:4 227:8
235:10 276:4,5
303:22 354:1
418:21,23
**assumed**
113:23 269:9 333:5
333:16
**assumes**
239:5 351:4
**assuming**
96:11 385:6 406:9
**assumption**
103:24
**assure**
149:14
**Atlantic**
366:7
**attached**
19:17 20:12 32:7
145:8 359:11
442:12 444:11
**attachments**
411:19
**attended**
322:22
**attention**
337:14

Benjamin G. Neel, M.D., Ph.D.

attorney
442:16
attorneys
94:7 332:11,17
attribute
158:9 159:11
author
137:11 299:6
428:11
authored
290:13 355:4
authority
364:13
authors
47:10,11 100:10
102:9 123:22
137:4,13 138:18
143:9 144:14
163:11,20 165:9
165:19 166:1,12
168:6 172:1,5,19
173:2,8 177:1,12
177:18,24 182:12
182:23 183:3
185:3,19 187:3,24
188:4 230:14
261:6,12,16 285:6
285:8 290:14
294:20 295:1
296:10 298:17,24
299:5,6 307:21
322:4 339:14
376:24 377:2,10
377:19 380:23
389:6,19 391:6,15
392:13 397:11
400:20 403:18
405:18 418:24
419:6
author's
402:3
automatically
413:5
available
84:17 90:7 107:20
131:4 135:6 190:3

368:24 439:13
average
86:24 87:4,7,9
178:18,19 179:3
179:19
aware
13:14 35:21 43:1
44:20,24 45:2
46:5 48:20 50:18
86:12 88:2,13,15
88:24 89:7,12,15
113:9 119:22
225:5 237:20
249:4 266:5
276:14,16 278:10
278:14,19 287:23
288:18 303:6
335:16 337:20
350:15 401:19
414:12
A-H-K
399:13
A-549
406:24 409:10
412:9 413:11
a.m
1:15 11:7 109:17
109:21 202:16
A549
400:21

**B**

B
5:10 6:2 7:2 8:2 9:2
354:7
babies
80:19,21
baby
34:7,13,14,21,23
34:24 35:6,19,19
35:23 36:22 39:3
40:16 43:3 49:6
49:20 50:19 69:4
69:6,24 70:8,12
71:4 81:20,21
82:21 84:9 87:2

88:3,24 89:7,17
227:4 236:17
237:16,22 240:15
243:11,16,17,17
243:17 245:10
246:17,17 247:1
254:19 309:16,24
310:3,4 398:10
403:6,14
back
6:11 19:8 44:11
45:22 46:12 50:21
109:20 118:14
125:19 167:10
193:22 202:22
225:19 266:8
277:7,12 331:20
352:7 353:18
373:14 374:5
421:17 434:23
background
96:9 169:12
backwards
344:7
bad
76:9 101:12,13,21
108:20,23 109:1
158:22,22 286:17
287:19 351:16,18
351:19,20 389:23
408:10,11,11
423:19
balance
404:10,11 422:23
423:1,3
Balkwill
6:12 124:11,13
126:20 129:15
131:11 133:8
135:14,17 136:7
224:11 225:2
Balkwill's
124:23
banned
84:24 262:15,21
263:10

based
14:2,6,12 35:14
41:11 58:5 72:24
100:19 162:3
167:6 236:3 237:7
237:10,14 243:22
248:24 249:1
273:3 284:22
306:17 319:22
334:17 338:11
347:16 354:9,18
368:20,21 389:24
411:3,9 412:5
420:23 433:14
basic
334:10,14 347:9
402:5
basically
67:8 127:10 131:15
265:13 305:2
307:1 341:5
basing
236:21 255:5
basis
13:17 25:24 53:4,8
57:5 84:3,6 85:20
161:21 183:9
189:2 205:24
224:24 334:13
336:7 353:7 365:9
378:17 406:19
408:16 424:23
433:4 434:19
437:6
batch
24:6
Baylen
2:10
beads
394:13
bear
413:13
bearing
407:8,10
bears
418:7

BEASLEY
2:3
beats
274:2
becoming
114:19
began
15:6
beginning
1:15 20:23 43:18
140:5 162:9
262:14 346:18
391:4
begins
162:23 312:18
behave
198:19
behavior
198:15
behavioral
292:11 296:11
believe
21:22 22:19 23:20
26:6 28:5,20
44:19 45:16 48:15
92:1 117:12
146:21 187:24
195:17 229:19
243:7,24 265:23
284:19 295:17
314:13 315:23
316:18 317:17,18
317:18 318:6
336:23 337:15
346:24 352:13,20
364:10 375:18,20
378:2 390:21
397:23 399:3
400:9 407:1
434:23
believed
55:14
benefits
86:1,11,13 87:1
benign
7:8 229:18

Benjamin G. Neel, M.D., Ph.D.

**Benjamin**
1:13 5:5,15,21 6:6
  11:14,21 441:8
  444:16
**benzophenone**
238:3 239:2
**benzopyrene**
209:13
**benzopyrenes**
207:19 208:6 211:5
**best**
16:10,11 60:24
  61:23 95:2 102:2
  176:4 250:17
  270:16,16
**better**
82:12 100:2 181:13
  187:12 279:10
  374:13 398:2
**beyond**
250:13 369:3
**bias**
185:10,10
**BIDDLE**
3:2,7
**big**
59:13 178:10
  340:13
**billing**
93:18
**bio**
47:20
**biochemical**
145:20 146:13
**biochemistry**
28:12 66:19 334:11
  334:15 347:10
**biologic**
426:5
**biological**
47:20 83:24 84:9
  101:12 145:8
  147:22 148:24
  149:18 152:23
  154:7,19 156:10
  158:20 203:17

204:6 236:22
  237:7,10 243:15
  282:9,14 283:18
  284:21 285:9,13
  308:13 314:22
  315:5 381:23
  386:10 390:2
  425:9 426:1,9
  427:6
**biologically**
147:19,21 222:7
  223:18 237:3
  282:20 283:8,18
  283:23 439:1
**biologist**
71:22 99:2 105:13
  149:7 179:5,6
  337:18 409:9
**biologists**
295:3
**biology**
14:4,5 58:3,16 74:4
  77:21 82:9 96:8
  104:15,23 110:11
  133:21 139:16
  149:4,13 173:4
  180:6,8 253:2
  285:4 334:11,15
  338:3 343:15
  344:4 347:10
  349:5 369:17
  387:13 409:7
  411:10,13,13,14
  412:8 413:10
  418:18 420:24
  421:3 424:22
  426:13,20,23
  435:2,6,7,10
  436:24
**biomarkers**
63:11
**biomolecules**
315:16
**biotechnology**
29:18
**Birrer's**

337:16
**bit**
39:7 42:11 93:16
  115:19 204:5,20
  220:1 241:14
  341:24 378:20
**black**
275:8
**Blair**
43:13
**blocking**
212:8 326:2
**blood**
238:17 260:7
**blown**
120:7 358:5 370:5
  416:21
**blurs**
21:13
**board**
99:14 149:11
  409:21
**Bob**
118:22
**BODIPY**
345:16 404:14
**body**
7:20 105:16 120:15
  123:3 189:6
  222:15 223:21,22
  224:8 225:10
  226:20 229:10,22
  230:20 232:3
  233:1,3 234:8,19
  255:12,14 256:14
  256:15,19 258:5
  258:12,19 267:17
  272:11 274:8
  301:15
**body-type**
229:21
**bold**
217:12 241:8
**bone**
60:20
**book**

97:16 288:2 289:7
  290:13,17,22
  291:1,6
**Boston**
12:20
**bottle**
69:10
**bottom**
171:15 262:14
  264:12,13 281:9
  299:22 353:21
**bottoms**
80:16
**boxes**
361:12,19,20
**boy**
80:13 186:14
**boys**
80:10
**Bradford**
104:2,6,9,11
  105:12 146:19,23
  147:1,16 148:1
  150:13 153:4,8,9
  153:14,16,19,23
  154:23 155:1,3,6
  155:7,11,17,20,20
  156:1 157:20,24
  158:15 159:8
**BRAF**
60:2
**BRCA1**
216:11,12
**break**
16:18 74:24 109:18
  125:13 132:3
  197:19,23 202:1
  202:12,19 271:18
  277:2,6,10 296:8
  300:16 352:1,5
  421:5,11,15
  425:15
**breaking**
202:3
**breakpoint**
109:10

**breast**
62:12,15,16 76:23
  430:12 431:1
**breath**
66:3
**breathe**
315:14
**briefly**
51:24 94:15
**bring**
17:11 92:18 226:24
  346:15,19 360:17
  360:19 362:12,21
  363:4,19 364:4,19
  365:11
**broad**
24:22 58:4 95:11
  330:9
**Broadhollow**
2:15
**brother**
80:10
**brothers**
80:11
**brought**
92:15 361:1,4,9,11
  361:12 365:2
**bullet**
283:17
**bunch**
33:5 286:19,20
**business**
70:6
**Buz'Zard**
9:8 308:23 309:11
  310:15 379:4,6,11
  389:9 392:20
  393:8 420:17
  421:22
**byte**
253:22

|  | C |  |
| --- | --- | --- |

**C**
3:13 64:23,24 65:6
**calculate**

103:14
**calendar**
94:9
**California**
3:14
**call**
63:16 66:21,24
67:2,4 68:3,7
216:16 224:6,8,9
256:16
**called**
60:9 62:10,20
70:12 114:22
115:2 326:21
**calling**
19:3 36:19 218:11
**Camargo**
293:2
**Campus**
3:3
**Canada**
27:6 51:10,15,21
52:9,16,24 53:6,9
217:18,22 218:7,9
218:17,19,23
219:3,6,11,16,20
219:22 220:8,14
221:20 281:5,13
281:16 303:23
304:13,14 436:7
436:10,13
**cancer**
6:9,11,14,19,20,22
14:4 15:13,16,19
27:15,20 30:12
32:19 34:19 40:2
42:9 44:15,22
45:16 46:20 47:5
49:17 50:6,17
54:14 57:20 58:3
58:4,16,19,21,22
60:20 61:5,8,21
62:12,15,16 63:19
63:22 65:16 71:21
73:11,16,17 74:1
75:4,13,19 76:17

76:21,21,23,24
77:2,3,5,6,11,12
77:24 79:3 82:8
84:2,11 85:19
86:20 87:11,21
89:22 96:8 98:6
98:17 99:2,15,18
104:14,19,20,23
105:13 107:1,6,23
108:13,24 109:7
110:1,3,10,18
111:23 112:6,12
112:19,23 113:1
113:13 114:5,8,13
115:22 116:8,15
116:15,17,19,24
117:6,8,10,14
118:8,17 119:12
119:16 120:1,8,10
120:16,20,24
122:24 123:2,18
123:23 124:9
125:19,24 126:2,8
126:14,16 127:5
127:16,20,22
128:1,2,3,7,14,15
128:18 129:4
130:15 133:16,21
134:7,11 137:14
137:22 138:15
139:12,14,16,23
140:14,24 141:24
142:5,8,17,20
143:4,12,19,21,24
144:8,10,17
145:18 149:3,7,13
155:23 159:20
160:2,11 161:15
162:8,24 163:7,17
163:19 166:20
168:17,19,23
169:2,7,13 171:9
172:15 173:3
176:23 177:3,14
179:6,13 180:2,5
180:7,9,14 181:16

182:9 183:8,10,23
184:22 185:4,21
186:24 187:12,19
188:2 189:1 190:6
190:11 191:20
192:2,6,22 194:4
194:12 195:21
196:12 199:14,16
200:5 203:8,19
204:1,3,15 205:2
206:11 207:6,9,19
208:9,12,14,22
209:5 210:7,8,21
211:1,3,10,15
212:11,18 213:1
214:20 216:7,20
217:10 225:6,14
225:23 227:20
236:21 237:10,13
240:22 253:2
255:10,15 288:3
288:24 292:18,22
293:1,3,6,13
295:14 296:1,20
297:3,6,7,14,18
298:23 299:24
300:15 301:19
302:20 306:21
316:1,17,24 317:5
317:11,11 318:3
319:2,8,12 320:12
323:23 327:3,10
327:13,18,20,21
328:2,12,16,19
329:3,9,15 330:9
330:16 331:4
334:10,14 344:4
344:11 346:4
347:9 349:7,8
350:5,17,19,20,21
350:23 351:3
353:11 354:16
357:7,17 358:2,4
358:5 370:1,5
375:22 380:7,8,10
380:21 386:8,17

393:13,17 396:8
400:22 401:2,4
404:22 405:2,3,6
405:20 406:23
407:5,10,11,13
408:1,17,18,20,21
408:23,24 409:7,9
409:11 410:5,17
411:10,14 412:8,9
412:13,16 413:10
413:15,21,22
414:7,11,14,18,19
414:22 415:19,21
416:1,5,6,7,11,13
416:14,16,19,22
416:23 418:6,11
418:16 419:14,20
420:7,24 423:18
424:12,20 425:11
425:20 426:10
427:13 428:1,14
428:18,22 429:4
430:2,12 431:2
434:1,8 436:19
437:12 438:5
**cancers**
8:15 57:5 67:22
76:4,5,6 77:13
112:7,13 119:9
123:20 130:13,21
139:7 142:14
144:5,6,15 206:10
208:14,16 209:1
209:13 210:11
212:7 272:14
290:2 320:9 407:4
418:12 429:2
430:7
**cancer-associated**
256:24
**cancer-promoting**
255:21 257:8
**candidate**
375:1
**capable**
179:18,19,21

185:24
**capacity**
8:20 315:20 414:1
**carbon**
275:7
**carcinogen**
40:13 41:6 161:7
200:3,4,4,13,14
200:17,18,22
201:2 238:4 242:3
303:8,16,18 304:7
413:3,20
**carcinogenecist**
200:12
**carcinogenesis**
40:16 59:3 98:11
117:4 139:5
180:18 222:18
224:13 242:1
272:4 306:11
407:16 416:21
420:6
**carcinogenic**
8:7 41:18 51:6
207:18 208:5
213:24 217:24
416:10 437:7
**carcinogenicity**
46:23
**carcinogens**
238:23 241:11,16
241:20 242:7,15
245:10 413:24
**Carcinoma**
180:21
**carcinomas**
5:20 114:24 115:1
216:16
**carcinosarcomas**
216:17
**care**
8:16 77:17,19,20
288:4 289:1
307:10
**career**
57:18 183:15

**carefully**
388:6 442:4
**carry**
369:11
**cascades**
322:10
**case**
12:12,13 13:5 30:4
41:22 47:23 70:22
73:9 90:13,19
91:11,21 92:9,12
93:12 103:18
104:4 106:23
115:21 133:12,24
135:5 142:7,19
151:5 158:13
189:14 190:10
203:5 206:22
215:19,20 226:9
228:24 237:9
240:10 259:22
278:1 298:1 311:9
333:10 352:16
357:24 372:8
389:2 397:3
398:24
**cases**
1:8 41:15 47:24
132:10 140:24
208:1 212:9
229:17 231:2,3,7
231:13 428:24
**case-control**
185:7,11 188:11,13
188:14 189:4
298:6
**casually**
231:2
**catalogue**
434:7
**catalyzed**
141:3,14
**catch**
66:3 133:5
**categorically**
303:15 329:5 330:1

330:5 351:10
409:15
**categorize**
208:4
**categorized**
412:17
**category**
318:19 373:8
**caught**
77:20
**causal**
116:24 145:3,7
151:9 157:16
189:1 293:5
298:10 304:15
438:2,3
**causality**
272:17,21
**causation**
6:17 104:3 147:18
149:8 150:5
151:23 156:14
157:2 158:2,9
159:12 183:7
**causative**
150:22,24
**cause**
40:1 60:12 128:3
145:18 173:5
179:12 180:2
189:1 203:7,15
204:18 205:14,16
205:18,22 206:9
207:6,9,11 210:20
210:21 214:1
222:6,15 223:20
223:21,24 233:22
234:4,7 236:20
240:21 242:13,18
242:20,21 243:10
243:21 244:12
246:2 247:2 255:3
255:12,20 256:14
256:16,18 259:1,3
259:7 260:3
285:17,19 293:10

297:7 327:1,8,9
413:21 414:14,15
414:19 416:4
424:11,19 428:1
**caused**
108:24 120:24
134:14,22 183:11
183:13 205:4,9,11
208:9,22 209:5,6
210:9,12 214:11
226:1 232:5,14
258:21 301:8
396:9 414:23
425:20
**causes**
42:8 60:19 62:22
86:20 107:6,23
108:13 109:7
128:15 190:11
192:5 200:5
203:24 204:2
207:16,19 224:3,5
224:14,16 233:23
234:2 237:12
256:23,23 258:22
259:21 306:21
358:4 405:10
414:9 423:18
427:13
**causing**
50:10 84:2,10
142:17 257:8
282:17 425:10
426:10
**cavities**
234:8
**cavity**
256:14 270:6,23
272:6,10 302:12
**CCLE**
95:10
**CDC**
75:11 288:2
**cell**
61:7,9,10 65:11
67:2 68:14,24

75:18 76:7 77:13
99:23 110:21
123:3 138:20,21
138:21,24 140:6
180:8,17 182:21
183:7 205:2 210:7
210:7 214:5 215:6
217:2 223:13
229:21 231:14
267:17 334:10,15
347:9 350:17,20
350:23 392:17,21
393:5,9,14 394:14
394:17 405:4
407:7,8,14 410:4
410:17,19 411:12
413:3,4,16 415:10
415:14,15,18
416:6,22 418:6
420:3 422:7
423:10 426:19
427:21 428:24
430:6 431:2
**cells**
9:10 41:15 62:16
62:17 66:20,23
67:3,9 77:14
120:6,13 121:17
121:22,24 122:6
122:16 126:3
142:11 180:15
182:7 204:1
214:17 223:1
258:6,18 260:3,7
268:12 302:11,15
315:12,19,21
319:2,12 326:2,4
335:6 345:4,20
347:16 369:8
375:22 380:12
381:3 383:16
386:6,10,19,24
387:7,11,20 388:2
391:18 392:14
393:21,23 394:4,5
394:6 396:1 397:8

400:21,22 401:2
404:23 405:2,6,7
406:14,15,15,19
406:23,24 408:1
408:17,20,24,24
409:2,3,10 412:10
412:18,20 413:11
413:12 415:24
416:1 419:10,12
419:14,17,19,20
422:17,17,24
423:1 434:1
**cellular**
14:5 74:4,10 141:3
141:14 203:10,12
204:20 229:2
244:11 245:20
284:22 285:2,4
388:8 400:23
424:21 426:12,22
435:9
**cellularly**
228:18
**center**
65:17 79:4 104:20
137:14,22 163:19
**Centers**
289:23
**Centre**
27:15
**certain**
17:22 47:19 54:24
60:1,2 62:16
112:3 119:9
223:19 326:24
327:11 413:20
**certainly**
32:18 76:11 87:12
96:13 113:1 134:2
137:21 224:14
247:20 262:1
294:16 316:13
436:22 437:5
439:15 440:3
**certainty**
13:21 106:20 299:8

Benjamin G. Neel, M.D., Ph.D.

**CERTIFICATE**
441:2
**certification**
441:18
**Certified**
1:16,16 441:13,14
**certify**
441:5 444:5
**certifying**
441:22
**challenged**
340:3
**chance**
52:1 305:21 330:23
**chances**
216:8
**change**
150:12 190:2 235:9
   261:2 345:12
   369:12 398:12
   443:4
**changed**
38:22 192:13
   366:11
**changes**
140:4 206:9 207:17
   234:23 235:4
   261:7 350:4,8
   394:1,10,15,17
   397:7 405:10
   442:11 444:10
**chapter**
95:16 97:17 171:22
   289:7 291:1,6
**character**
208:18
**characteristic**
208:15 300:2
**characteristically**
407:9
**characterize**
397:22
**characterized**
64:2 303:17
**charge**
104:18

**charged**
297:16
**chart**
118:19 127:23
   129:8 177:2
   181:17 182:18
   251:10 252:10,12
   252:14 281:22
   282:1,2,11 284:7
   284:11
**check**
94:8
**chemical**
35:10 37:14 48:1
   245:9 250:7 306:7
   309:5
**chemically**
217:14 221:24
   222:2,20 223:3,9
   223:14 227:3,23
   228:6,15 235:23
   237:18 238:5
   239:2,20 240:1,17
   293:9
**chemicals**
34:6 237:15,21
   238:21,23 239:10
   239:19
**chemist**
69:7
**chemo**
138:22
**chemoresistance**
369:24
**Chicago**
3:19
**chicken**
406:17
**children**
62:23
**chimney**
148:18
**Chlamydia**
130:12
**choice**
375:1

**choices**
374:22
**choose**
31:24 32:3
**chose**
28:19 397:4
**Chris**
201:14 364:15
**CHRISTOPHER**
2:9
**chromium**
235:24
**chromosomal**
247:15
**chromosome**
183:12
**chronic**
139:7 143:11,24
   225:10 327:7
   431:20
**cigarette**
164:14 166:5 172:8
   172:11 173:16
   207:18
**circle**
372:16
**circled**
373:17 374:16
**circles**
374:9
**circumstances**
12:11
**citation**
352:23 395:1 410:8
   411:19
**citations**
131:17 136:5
**cite**
32:1 159:22 162:10
   163:6 166:24
   173:14,16 175:21
   176:1,8 190:19
   192:7 206:3,5
   209:20 257:15,24
   265:23 266:3
   268:20 271:5

348:4 370:8
412:14,15
**cited**
19:20 20:1,14 32:7
   48:4 55:6 90:9
   153:20 166:18
   168:21 175:15,24
   226:10 227:19
   268:18 269:16
   307:5 308:11,14
   313:10 314:5
   334:4 347:12
   348:7 353:14
   354:9 366:23
   367:3,16 375:3
   410:9 417:18
**cites**
292:19 297:24
   298:4,4 330:20
**citing**
127:18 167:20
   180:4 218:2 269:6
   269:11 293:1,6
   307:1
**citizen's**
53:15 271:6
**City**
366:7
**claim**
14:10 121:7 158:12
   175:6 185:8 206:2
   336:7,8,18 337:2
   337:7,19 338:4,12
   342:6 344:13,18
   351:4 369:7 395:5
   396:8 398:4 404:9
   422:16 423:2
**claimed**
166:19 347:15
   375:10
**claiming**
369:12
**claims**
71:24 72:1 90:6
   102:6,8,9 108:23
   318:11,14 345:7

347:21 375:21
422:22
**clarify**
89:23 153:13
   169:22 172:6
   191:11 255:6
   366:17 436:1
**Clarke-Pearson**
43:13
**class**
241:18
**classic**
110:10
**classically**
231:9
**classification**
76:14 185:10
**classify**
182:14
**clear**
76:7 85:16 108:2
   114:19 118:9
   175:16 182:21
   183:7 191:16
   192:18 194:1
   204:12 214:6
   215:6,16 217:2
   220:13 230:5
   255:8 256:12
   265:2,10 267:20
   268:4 273:17
   330:14 336:12
   401:14 428:24
   430:6,8 439:12,16
**clearer**
429:1
**clearly**
113:19 114:4
   120:22 156:6
   204:24 254:8
   364:22 435:8
**clinic**
60:5 61:2 78:24
**clinical**
15:2 64:10,11
   65:12 79:9 116:21

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 122 of 875 PageID: 48078
Benjamin G. Neel, M.D., Ph.D.

Page 454

clipped
198:8
clone
62:10
cloned
62:9
close
19:10 282:22
322:11 327:24
420:22
closely
143:12 144:1
coaching
254:6,9,14
coat
346:20
cobalt
236:1
cocarcinogen
210:16,18 414:10
414:16
cocarcinogenic
210:24
coffee
202:1
cohort
49:3 185:13 188:16
Cold
341:18
collaborating
64:2
colleague
320:24 321:11
colleagues
64:8 65:9 90:17
91:9 186:8
collect
17:18,20
collection
63:22
Colorado
2:20
Columbus
13:12
column
392:10

combinations
61:24
combine
61:2
combined
132:22
come
19:8 45:22 67:19
162:1 167:9
208:14,16,17
260:4 277:7 320:6
331:20 386:17
comes
130:12 171:8
189:24 241:14
357:21
comfortable
86:17
coming
99:11 141:1,13
142:1,15 180:14
214:23 260:8
365:8 438:23
comment
25:19,24 86:6
119:20 121:4
155:2 161:21
195:24 198:9
231:23 233:9
236:7 237:22
239:8,16 243:2
252:20 253:7
259:15 275:24
284:21 297:20
300:23 308:8,16
382:23 390:12
396:20,23,23
398:7 402:21
403:1,9 415:6
429:12
commented
236:6 308:9 337:10
comments
52:11 175:19 245:3
245:6,7 334:3,5
373:21 433:19

436:7,10,12
Commerce
2:4
commercial
401:10 419:2,3
commission
444:21
commissioned
219:4 221:20
281:15 287:24
294:3
committed
25:1
committee
290:14 294:3
common
101:1 156:12
200:15 216:5
428:21
Communications
351:2
community
87:15 184:20
317:13
companies
26:20 29:18 35:10
37:15
company
26:24 27:1,24 28:1
309:5
compelling
42:7 50:2 114:14
119:12 131:6
135:7 153:6,11
154:1,4,17,20
160:17,21 188:24
316:22 384:3
compensation
26:22,23 28:1 29:4
29:12 30:2
competitive
28:10,16
complaint
73:14
complete
17:15 127:14

185:23 201:1
253:20 312:9
completely
67:24 68:1 127:8
177:21 183:8
212:13 259:13
376:10 407:2
420:20
completion
441:8
complex
280:15
compliance
364:23
component
59:19 112:7
components
40:3
composed
233:4
composition
306:8 308:17 309:7
309:15 310:13,23
comprehensive
75:11 97:22 98:9
163:9 168:22
179:24 188:20
295:5
comprehensively
179:16 298:7
computer
17:21 18:20 89:24
computer-assisted
233:2
conceivable
317:3
concentrations
394:9
concept
278:22
conceptually
283:1 332:21 333:4
333:9,11 423:7
concern
134:14,23
concerned

307:22
concerning
169:13 188:21
concerns
88:24 89:7,15
166:22 167:1
386:6 393:19
404:22
conclude
260:4 261:6 268:9
419:7
concluded
195:6 370:2 414:23
419:1 440:16
concludes
269:23
conclusion
34:16,16 99:11
100:13 106:9
137:9 150:9 162:2
188:15,16 195:4
274:12 280:12
284:8 299:23
303:20 410:24
419:16
conclusions
52:16 100:9 105:17
130:5 153:15
164:3,4 167:4,5
168:10 184:10
230:8 248:24
261:16 297:24
378:18 396:19
conclusive
158:16,21 272:16
272:20 310:7
351:9
condition
129:11 134:13
conditions
7:8 50:10 67:21
240:8 327:1,7
condoms
84:21
conferences
92:2 94:17 124:15

Benjamin G. Neel, M.D., Ph.D.

confidence
115:20 178:13
confident
14:8,11,17 86:22
242:11
confirmed
187:16 188:1
354:14,21
conflating
140:17
conflict
24:17,20,23 26:1
26:12,13 27:4
29:7,10 30:4,5
168:2 246:22
273:12 385:7
conflicting
122:7,17 148:23
confounded
270:19
confounding
273:18
confused
20:9 68:10
confusing
66:12 68:5
confusion
117:2 355:15
congressionally
289:22
connection
64:23 65:19 129:24
438:2,4
consecutive
229:17
consent
309:15
consequence
246:21
consider
36:15 42:16 85:15
121:2 139:22
172:20,22 185:3
185:20 313:24
348:20 357:14
396:11

considered
5:18 13:24 20:6,8
20:18,21 26:12
27:3 33:4 36:3,13
42:6 44:7 48:6
50:13 56:6 131:18
132:8 162:4
182:13,24 200:17
211:24 253:4
314:15 317:12
346:22 350:3,6
353:24 356:24
358:21 359:3
361:1 369:20
371:16,17,21,23
372:7 399:5
407:23 408:15
410:9 433:2 436:2
considering
22:4 40:8 189:6
considers
161:7
consisted
229:23
consistent
160:24 233:10
252:14
consistently
172:14
constantly
363:12
constituents
122:2,4
consult
30:6 436:14
consultant
273:9,11 274:8
275:15
consulted
89:14 95:6
consulting
29:17 64:11
contact
87:19 281:11,12
contacted
21:19,23 87:16

277:24
contain
49:21 82:22 85:18
236:17 398:11
contained
14:1 31:2 69:3,10
237:16 352:12,19
containing
89:8 229:21
contains
40:12 41:5
contaminated
306:10
content
72:9 309:7 310:13
310:22 369:13
contention
107:5 353:17
381:12 427:12
contentions
330:4
context
15:20 68:19 98:16
98:21 100:15
114:12 117:20
119:19 128:13
142:6 143:17,20
148:14,16 152:23
156:8,20 166:8,18
167:3 168:4,12
169:12 200:21
222:4,14 223:7
236:20 245:21
284:9 312:10
327:11 394:24
412:21 417:22
430:18 438:14
continent
167:6
continue
107:16 392:22
continues
282:7
contraceptive
215:11
contraceptives

187:17
contractual
240:8
contradicted
319:5
contradictory
297:11
contrary
101:21
contrast
394:2
contribute
40:2 126:5 142:11
142:23 162:24
179:12 316:17
416:4
contributing
84:10
contribution
436:18
contributor
216:6
control
104:20 275:10
289:24 441:21
controls
347:18,24 348:2
controversial
317:12
Cont'd
3:1 4:1 6:2 7:2 8:2
9:2
conversations
22:17,23 80:5
convinced
147:20
convincing
68:23 154:24 156:9
158:21 159:14
190:1 282:22,23
283:7 344:22
410:15
convincingness
287:2
copies
262:10

copy
17:15 18:11 92:22
183:12 205:11,12
205:18 266:14
338:18 339:1
374:1,7,9
cornstarch
37:10 132:23
correct
14:20,21 21:16
23:18 29:4 30:19
30:20 36:1,23
40:21 41:9,10
42:13,14,18 43:5
43:6,11,15 44:23
45:6,12,13 46:1,9
47:16 48:11,14,16
49:10 51:10 53:16
55:1 56:10 57:3
57:12 58:23 68:14
68:18 70:1 72:2
73:7,12 75:20
78:20 79:16 84:21
89:16,22 92:17
93:21 105:10
108:5 113:3
118:17,18 119:8
119:16 123:24
129:8,22 131:9,23
134:3 135:20
137:15,23 143:19
145:3 146:17
150:18 156:16
157:4 163:7,12,15
172:20 173:1
181:3,21 182:10
182:15 186:24
189:10 217:20
218:20 219:7,14
219:18 229:4
234:5 235:21
242:8 244:13
257:12 260:1
261:3 271:7 288:5
290:15,19 294:16
296:3,12 306:3

307:24 309:11,12
311:15 312:22
317:19 321:20
322:5 327:4 328:2
328:19 331:9,14
333:23 336:13
340:4 348:14
356:24 367:24
369:4 370:18
378:23 380:4
390:23 391:18
396:17 404:4,6
406:10 411:4
416:12 418:20
435:19 437:8
444:7
**corrections**
442:5,7 444:10
**correctly**
111:1 136:19
164:11,16 172:17
263:16 293:16
294:1 381:5,7
**correlated**
403:22
**correlation**
269:7
**correspondence**
8:21 305:16
**cortical**
229:20 231:10,14
235:7
**cosmetic**
8:14 266:21 402:6
**Cosmic**
209:24
**coughed**
248:3
**counsel**
20:21 22:17 53:19
360:22 363:4,19
**count**
58:2 90:10 96:20
372:22 420:11
**counting**
63:17

**couple**
32:21 75:8 91:16
94:17 307:1
**course**
19:9 89:11 104:8
105:12 365:16,20
**court**
1:1 11:17 16:14
338:19 442:20
**cover**
359:21 437:2
**coverage**
264:16
**covered**
42:3 72:19
**covers**
45:19 388:15
**co-author**
428:9
**co-authored**
97:16
**co-authors**
377:24
**crazy**
133:22
**credence**
194:24
**credentials**
14:3 410:23 411:16
**credibility**
107:22 411:15
**credible**
105:22 108:11,15
109:5,6 124:20
137:5 151:3 152:1
157:15 158:5,11
160:22 161:12
194:18 195:2
203:6,21,24 204:5
283:10 287:6
306:13,20 323:14
330:4 380:20
384:24 402:17
409:9 412:7 426:4
429:18
**credibly**

162:1
**criteria**
14:7,7 104:6,7
154:12,12 157:24
427:20
**critical**
59:19,22 307:10
311:14 332:22
**criticism**
75:3 309:10 353:7
388:11 413:5
422:5
**criticisms**
22:12 352:11,18
380:2 385:17,24
389:9 391:20,24
400:15 401:12
404:19 418:2
419:22,24 420:2
433:5 434:10
**criticized**
367:13
**cross**
214:20 429:11,21
**Crowley's**
33:19 34:1,5
**crystalline**
233:3
**Ctisi@levinlaw.c...**
2:12
**culture**
67:7
**cultures**
380:13
**culturing**
67:22
**cumarin**
238:1,24
**curious**
320:18
**current**
86:14 127:20,21
151:5 367:11
383:23 421:2
428:4 438:15
**currently**

14:22 15:12 59:15
80:18
**Curriculum**
5:21 8:22
**cursorily**
49:15,18
**Curve**
8:21
**cut**
46:3
**CV**
57:10 59:2,6,9
311:18 312:6,10
313:2 314:1,19,24
344:7 356:5
358:12 359:15,16
367:8 369:20
373:18 379:18,19
425:3,7 427:17
**cyclin**
62:3
**cysteines**
323:7,8
**cysts**
235:8
**cytokine**
59:20 126:11 323:3
**cytokines**
126:4,13
**cytotoxicity**
9:14 417:11 419:8
**C-reactive**
292:15

---

**D**

**D**
5:2
**damage**
126:15 128:15
222:4,5,6 223:2
242:14 345:23
400:24 404:15
405:11 414:1
**damaging**
223:5,7,13
**Daniel**

43:12
**data**
49:23 74:10 99:8,9
100:11,12 102:5,6
102:7,12 106:2
118:6,11 130:23
131:3,4 158:11,21
158:22 160:16
178:20 179:2,5,22
230:18 282:21
284:3,14 287:1
318:11 319:5,14
319:19 320:9
338:11 342:4,5
349:23 351:13,15
369:2,9 376:2
384:17 388:6
389:24 396:17
432:9
**date**
1:15 11:6 143:10
143:23 442:9
444:16
**Dated**
441:15
**dates**
94:9
**dating**
421:1
**daughter**
81:2,15,24 82:1,11
**David**
43:23 44:1
**day**
13:12 19:10 74:7
147:23 300:13
444:20
**days**
58:15 94:14 411:11
421:1 442:16
**DCF**
345:17 404:12
**dead**
276:17 278:11
**deal**
57:20 118:16

Benjamin G. Neel, M.D., Ph.D.

228:19

**deals**
380:12

**dealt**
46:8 131:8

**death**
110:21

**debate**
76:2 78:4 88:2,13
88:18 330:13

**debates**
106:13,17

**decades**
43:4 134:2 436:20

**December**
263:20,22 264:1

**decide**
42:23 83:19 384:23
438:19

**decided**
43:18 373:21

**decides**
233:8

**decision**
22:10

**decreased**
357:8

**deem**
415:11

**deemed**
32:9 442:19

**defects**
77:15 173:5 205:15
247:15

**defendant**
3:21 4:5 12:15,21
12:22 398:1

**Defendants**
3:10

**defending**
197:6

**defense**
24:4

**define**
100:23 101:7 200:2
200:12 383:11

**defined**
47:10 132:8,11,15
140:5

**definitely**
84:13 92:11 116:14
128:9 139:8
152:18 178:23
179:1,20 234:7
260:7 311:7 355:3
355:6

**definition**
161:2 241:24
287:21

**definitive**
68:22 105:1 157:20
157:22 158:6,7,9
158:10 159:14

**deflection**
363:16,16

**degree**
13:20 14:10 96:12
98:3 150:16
178:13 187:19
299:8 383:20

**degrees**
178:12,15

**dehydrogenase**
403:23

**deletion**
126:12

**delve**
204:19

**demand**
147:21

**demanding**
289:18

**demonstrable**
152:21

**demonstrate**
420:6

**demonstrated**
146:17 148:3 151:8
153:3 381:10

**demonstrating**
146:9

**demonstration**

145:19,22,24 420:5

**Denver**
2:20

**deny**
303:15

**department**
28:12 65:14

**departments**
28:13 138:7

**depend**
426:17 431:12

**dependently**
381:2,3

**depending**
123:4 306:8

**depends**
31:4 139:24,24
140:8 141:20
142:4,5 143:16
147:22 211:14
348:23 349:3
429:4

**depletion**
404:1

**deploy**
61:1

**deponent**
11:13 444:2

**deposed**
12:18

**deposing**
442:16

**deposition**
1:13 5:14 10:2 11:8
12:8,9,14 13:3,9
13:11 16:23 17:12
21:15 38:1 93:23
252:5,9 335:5
346:18 359:20
360:9,11,16 361:2
362:14,16 363:7
363:20 365:6,12
377:17 440:13,16
441:6,8,9 442:3
442:13,17,19

**depositions**

197:5 198:10 359:8
359:9 361:13
364:20 365:3,8

**depressing**
96:20 97:4

**deps@golkow.com**
1:21

**depth**
98:4

**derived**
416:22

**describe**
59:12 71:12,15
95:2 99:1,7 100:2
123:17 240:21

**described**
74:15 96:15 119:5
231:21 335:20
438:22

**describes**
94:24 95:18 121:14
140:11 229:14
335:17 337:21

**description**
5:13 6:5 7:5 8:5 9:5
111:22 280:15

**design**
65:15 382:4 385:8
439:13

**designed**
274:2,21 383:1

**Despite**
129:20

**detail**
32:18 37:13 42:24
43:21 46:2 52:2
52:21 70:18
330:24 331:5
413:8

**detailed**
211:2 228:20 280:9
280:11

**details**
25:7 39:17 45:20
81:11 91:19
129:19 140:8

318:10

**detected**
267:6,9

**Detection**
291:7

**determinable**
435:8

**determination**
247:24 248:9

**determine**
104:3 161:13
187:15 213:15
382:17 409:1
429:17

**determined**
233:4 272:24 293:3
370:16

**determining**
340:7

**develop**
61:21

**developed**
61:15 73:11 116:19
128:23 149:4
161:10 322:18
358:1 404:22
416:1,14

**developing**
67:21 123:2 140:2

**development**
126:13 261:8
418:15

**devices**
262:16 263:10

**diagnose**
15:13

**diaper**
80:13 81:7

**diaphragms**
84:21

**differ**
20:11

**difference**
40:3 178:10,17
200:11 340:13
358:17 404:9

Benjamin G. Neel, M.D., Ph.D.

**differences**
145:2,6 405:1
**different**
25:14 33:1,2 36:18
37:6 44:8,9 48:3
55:4 60:11 64:12
74:13 76:24 77:13
77:14 81:7,10
87:10 105:17
106:6,7 132:24
140:1,2 156:4,6,7
156:8 173:6,6
179:6 182:13
183:9 189:9,22
191:10,21 192:15
205:1,2,3 208:2
208:21 209:15,15
209:17 212:14
214:1,5,7,10,11
214:17 215:24
250:11 256:10
265:11 287:9,12
300:1,9 332:5,5
363:5 374:24
387:9,9 388:9
389:12,16 402:6
405:6 412:20
413:21,22 423:11
423:12
**differentially**
403:21
**differently**
215:24
**differing**
286:13
**difficult**
426:24
**difficulty**
111:4 396:24
**diminish**
79:18
**dioxide**
394:12
**direct**
155:18 156:3,5,16
157:4,5,7,14

206:1 225:16
241:19 257:2
269:13 272:3
302:16 319:9
441:21
**Direction**
10:5
**directly**
20:15 47:24 59:2
139:17 222:3,5
223:4,6,12 242:12
244:2 309:19
310:2 345:4 355:8
375:2,5,8,14
378:22 435:4
**director**
79:3 92:5 163:18
340:4,17 341:16
**disagree**
106:10 113:2 116:6
116:11 143:14
144:2 169:20
170:2 193:11
252:3 285:5,12
316:6 359:6 363:8
363:23,24 402:11
**disagreement**
76:16
**disagrees**
141:7
**disciplines**
179:7 290:3
**disclosed**
25:3
**disclosure**
25:13 273:13
**discount**
211:8,11
**discounted**
211:22,23 213:2
**discover**
62:9
**discovered**
59:19 60:17,20
62:8 335:21
**discoveries**

58:18
**discovering**
78:14
**discovery**
115:16
**discriminate**
241:21
**discuss**
64:1 71:16 91:5
91:18 92:13
123:22 124:5
130:6 131:1
155:21 162:8
175:9 304:22
305:17 400:8,10
430:12,17
**discussed**
59:18 90:12,16,20
90:21 92:9,12
121:23 168:16
204:17 286:5
297:8 302:18
332:16 379:1
388:18 390:21
402:1 416:8
417:24 439:3
**discusses**
126:1 183:22
186:23
**discussing**
166:21 298:11
308:23 356:1,2
395:22 415:11
420:15
**discussion**
39:2 88:2 123:19
123:20 125:9
175:22 184:8,9
187:2,8 288:20
365:15
**discussions**
23:6 94:4
**disease**
6:16 60:9,12 62:21
77:3,4 118:7
128:14 129:12

130:1,7 144:12
177:16 212:4
213:14 229:18
240:22 289:24
299:24 300:4
428:18
**diseases**
77:2 300:17 431:11
**disorder**
157:17
**disorders**
60:16
**dispute**
343:4,11
**disrupted**
422:23
**distal**
270:5
**distantly**
64:14
**distinct**
205:16 214:3,16
**distinctive**
300:3
**distinguish**
112:5 297:4
**distracted**
424:3
**DISTRICT**
1:1,2
**Ditto**
375:5
**diversity**
111:18
**divide**
181:20
**divided**
59:16
**DNA**
207:17 222:5,6
223:2,5,7,13
242:14 315:17
327:1 345:23
400:24 404:15
414:1
**Docket**

7:14
**doctor**
14:19 81:6 109:11
128:10 178:11
189:18
**doctors**
78:16 161:18 178:8
178:9 189:8,21
280:7
**doctor's**
373:1
**document**
1:8 16:24 17:4
18:12 19:12 53:21
57:6 89:20 92:24
93:5 110:5 125:1
136:20 147:6
162:13 171:3
176:18 180:22
183:16 186:2
220:15 221:6,14
229:5 250:18
257:17 260:14
262:3 264:4
266:15 289:2
305:7 312:15
379:12 390:14
399:16 417:3
**documented**
55:14 56:6 283:21
286:5
**documents**
10:8 220:11 355:17
355:23 356:3
**doing**
21:11 25:17 29:8
59:15 65:21 67:3
68:6,17 77:22
85:10 89:11 90:6
103:6,8,19 104:8
146:22 209:16
246:20 297:17
415:12 442:8
**Domcke**
350:16 351:1
**domestic**

402:9
**don**
264:8
**Donald**
281:11
**dosage**
401:14,20
**dose**
381:3,22 382:2,18
382:21 383:4,12
384:7,20,22
388:11 396:21
397:1 401:7,13
405:16 406:13
407:16 420:4
422:6 427:21
438:23 439:17
**doses**
381:23 388:9,13
397:3 423:9
438:24 439:24
**double**
238:11
**doubt**
135:17 332:4
342:10
**downloaded**
21:1
**downregulation**
394:8
**DPM**
2:19
**Dr**
5:6 8:23 11:13 12:3
12:4 14:18 17:3,5
18:15,24 19:7,15
22:19 23:1,8 26:3
26:19 31:13 33:10
33:11,12,13,19
34:1,5 36:12,21
37:17,19,20 38:23
39:21 40:20 41:3
42:13,20 43:2,9
43:12,13,14,23
44:1 53:24 54:15
56:2 57:9 65:22

70:9 72:7 78:8,19
82:5 83:6 84:7
85:9 88:20 90:6
92:10 93:3 101:5
107:12,18,19
109:9,22,23 110:2
110:8 111:14
113:24 115:6
116:2,4 121:8
123:10 124:11,13
124:22,23 125:11
125:14 126:20
129:15 131:11
133:2,8 134:21
135:14 136:7,23
141:23 143:8
145:16 147:4,9
148:8,10 149:20
149:22,24 150:10
152:6 156:24
162:22 163:3
164:23 165:4,13
165:18,19 167:4,4
167:5 168:14
169:23 170:4,6,14
171:6,16 174:1,10
174:14,15,17,19
174:21 175:20
176:3,16,21 177:9
177:11 181:1,8,12
181:14 182:5
183:19 186:5,10
186:13,15,19,23
188:19 190:13
191:9,14,15,15
193:7,17,21,24
194:15 195:6,14
196:1,5,8,17
197:9,21 198:17
198:20,24 199:9
199:11,12 201:8
201:11,20 202:10
202:24 203:1
220:18,22 221:2,9
221:17,22 228:4
229:8 232:1,8,19

232:23 235:2
238:8 239:11
240:13 245:23
246:6,10,14 248:6
249:11,13 250:21
251:15,21 252:8
252:13 253:13
254:3,16 255:1
257:10,20,23
259:10 260:17,22
260:24 262:6,11
262:13 263:2,15
264:13,17 266:18
266:24 267:3
271:16,20,22
272:19,22 274:5
275:19 277:14,15
281:1,11 284:10
284:13,19 288:15
288:22 289:5,12
289:17,20 290:24
291:4,14,20 292:2
292:4,8,9 293:21
294:14 295:12,21
296:9 298:13,15
299:17 300:18
301:1,3,4 302:23
304:11 305:4,10
305:15 310:20
311:13,15,17,22
312:5,20,23,24
313:2,20,23,24
314:1 315:1
318:11,18 319:24
320:2,21 321:13
321:14,16,23,24
322:14 323:13,20
324:11 325:12,13
325:17 327:23
328:9,10 329:4,17
329:23 330:2,20
331:6,8 332:18,20
333:10 334:3,9
335:1 336:7,16,24
337:1,16 339:2,12
339:18,23 342:16

342:21,24 343:22
343:24 344:3,9
345:24 346:2,13
346:24 347:3,7,8
349:12 350:3,14
351:11,14,20,24
352:9,10,11,19
353:8,24 354:2,9
354:23 355:2,15
355:17 356:3,7,12
356:20 358:12,19
358:23 359:1,14
359:20 360:1,2,5
360:8 366:14
367:8,16,21
368:13,14 369:3
369:20 371:19
372:13 373:4,10
373:11,16,18
374:3,6,10,14,23
376:22 377:20,22
377:23 378:20
379:10,21 389:10
390:17,19 392:23
394:21 395:1,5,8
395:13,19 397:24
398:18 399:4,19
399:21 400:1
401:19,20,23
402:14,17,19
404:3,7,16 405:23
408:9 411:1,17
412:22 415:8
417:6,14 418:1
420:16 421:4,7,19
421:20 422:14
423:13 424:1,7
425:24 427:4
430:22 434:12,14
434:16,20 435:18
436:3 438:12
440:3,6
**draft**
51:14,17 52:4,10
52:17 53:1
**drafts**

18:19
**dramatically**
210:24 214:1,2,7
**draw**
145:15 396:18
**DRINKER**
3:2,7
**Drive**
3:3,18
**dropped**
238:17
**drugs**
60:4
**due**
216:4 402:9
**Duke**
12:16
**duly**
11:22 441:5
**dumping**
383:15
**dust**
80:16,18
**dusting**
84:21
**dysplastic**
65:6
**d-limonene**
238:2 239:1
**D.C**
4:4

**E**

**E**
5:2,10 6:2 7:2 8:2
9:2 62:3 443:1
**earlier**
32:14 95:9 99:20
115:2 227:12
241:17 244:23
245:2 261:20
287:22 347:13
353:13 354:8,10
354:13 368:19,24
388:19 393:7
396:24 404:8,17

Benjamin G. Neel, M.D., Ph.D.

416:9 433:18,20

**earliest**
58:15,17 411:11
421:1

**early**
86:5 187:11 291:7

**easier**
382:13

**easily**
21:2,10 208:20
264:9

**EASTERN**
1:2

**easy**
212:10 387:19

**eaten**
217:7

**editor**
99:13 149:10
151:16 409:16,22

**editorial**
38:19 99:14 149:11
195:24 409:21

**editors**
333:18

**edits**
331:20

**education**
100:19

**educed**
390:1

**Eeles**
6:21

**effect**
8:7 41:19 51:6
160:15 202:2
203:15 215:23
266:1 301:14
336:21 395:24

**effective**
126:7 187:11

**effectively**
216:20

**effects**
8:9 34:17 71:9
72:16 229:2

245:20 302:18
311:1 314:22
315:6 378:22
380:13 386:10
387:3 388:7
393:20,22 397:4
400:21 405:1
409:1 413:1 430:5

**effusions**
305:20

**Egli**
275:9

**eight**
57:24 58:3

**either**
102:11 123:14
210:22 215:17
232:20 242:3
287:17,20 318:14
356:23 359:3
394:13 399:10
407:1 422:2 431:1
433:5 437:24

**election**
286:18

**electron**
267:7,11

**elemental**
410:21

**elicit**
272:11

**elite**
78:10

**Ellen**
43:13

**ELLIS**
3:12,17

**emerging**
118:15,19 119:4,8
140:7 142:21

**eminently**
179:1

**empirical**
106:4

**empirically**
287:15

**enabling**
110:21

**endogenous**
141:1 142:2,15
316:15

**endometrial**
180:15 272:9 430:7

**endometrioid**
182:21 183:8 215:6
217:2 428:24
431:1

**endometriosis**
172:10 177:15
180:11,12 187:18
231:11,24 430:13

**endothelium**
439:22

**engaged**
311:24

**engine**
32:23

**engineer**
61:19

**Engineering**
8:18 75:10 288:1

**English**
341:10

**entire**
153:12 166:16,16
166:24 183:15
189:6 252:21
284:4 289:7 348:6

**entirety**
169:9

**entities**
3:11 26:15

**entitled**
75:12 193:12
307:20 358:8

**entity**
74:2 77:11 144:8
144:10 212:18
213:2 215:17,18
300:16 428:14

**environment**
6:16 315:13,15

**environmental**
163:22 164:12
166:3,13 205:5
206:8

**enzymes**
326:21 336:11
345:2 369:23

**Eosin**
267:13

**epidemiological**
35:13 36:11 37:4
42:1 47:12,16,18
48:13,21 104:7,16
148:22 211:18
212:3,17,24
228:11 236:5,23
243:15,22 244:1,6
244:7 436:23

**epidemiologist**
104:6 105:4,6,8
203:3 284:20
285:1

**epidemiologists**
163:12 295:3

**epidemiology**
6:23 36:18 39:13
39:19 104:19
163:17 176:24
183:23 308:12

**epithelial**
73:17 74:1 75:19
76:21 77:6,12
113:12 140:14
144:9 159:19
160:1,7 177:3
214:19 261:9
272:14 316:1
370:1 381:21
386:7,18 392:5,14
392:17 393:5,23
407:6,7 409:2,3
413:12 414:17,19
419:10,12,17,19
432:13

**epithelium**
61:17 67:15 261:3

386:11,14 405:12
405:13 406:21
418:10,10 431:22
432:12

**Epstein**
7:13 220:21

**Equations**
8:19

**equity**
26:24 27:2,24

**errata**
442:6,9,12,15
444:12

**erroneous**
433:21

**errors**
435:6

**escaped**
337:13

**especially**
254:9 340:20

**ESQ**
2:3,4,9,14,19 3:3,7
3:13,18 4:3

**essence**
106:3 195:7 287:14

**essential**
149:1

**essentially**
153:1

**establish**
154:19 218:6
296:18 323:14

**established**
86:4 106:19 130:3
160:9,12,19 286:7
396:16 401:2
405:3 418:17
422:6 427:21
429:7

**establishing**
151:22

**et**
51:12 53:4 115:5
218:3,13,21
219:19 296:24

303:21 304:24
305:1 350:16
351:1 394:24
**ethical**
303:7 304:9
**etiology**
6:23 176:23 315:24
**eugenol**
238:1,24
**evading**
110:20
**evaluate**
178:20 179:2,4
384:17 438:2
**evaluated**
227:15
**evaluates**
99:8
**evaluating**
23:11 100:4 179:18
179:21 186:1
279:10 340:7
349:22
**evaluation**
7:16 23:9 100:15
146:23 398:8
**event**
52:4 122:5 139:9
200:19 205:21
310:6 323:2 387:4
**events**
139:3 241:22,23
315:17 316:11
393:12,16 407:12
**everybody**
197:20 302:8
362:22
**evidence**
41:22 42:1,3,6,7
46:21 49:23 50:3
50:7,9 84:14,16
84:17 99:4 100:18
102:12 107:4,21
108:12,14,16,19
108:19 109:6
112:11,16 114:14

115:11 119:11
129:23 130:19
139:15 140:6
142:20 146:3,11
149:17 151:3,4
153:5,24 154:14
154:20,24 155:18
156:9,16 157:4,6
157:8,14,21 158:8
158:14 159:9,13
160:5,22,23,24
161:9,13,19 162:3
175:5,8 188:24
189:7 190:1,3,7,9
190:14,16 192:5
194:19 195:3
197:4 199:24
203:6,21,22,24
204:5 212:3
232:12 233:24
234:21 235:8
237:6,8,12 239:6
255:14 256:22
257:5,6 258:4,11
265:24 266:11
267:16 268:16,23
269:1,14 270:8,10
270:12,14 271:4
272:16,20 273:3
273:17 274:13
276:7,8,9 283:4,7
283:10 284:12
286:8,11,14,16,17
286:23 287:2,5
293:4 297:21,23
304:20 306:20
311:10 316:22
318:13 325:21
326:2,11 330:3
350:15 386:16
387:23 388:19
414:18
**evolution**
78:3
**evolving**
8:16 74:16 75:5,12

75:18 288:4,24
**ex**
66:8,10 67:1 68:3,4
**exact**
45:20 94:9 119:18
226:11 288:14
**exactly**
96:14 101:13
117:18 118:1
122:2,23 135:4
195:13 226:23
269:23 318:21
333:12 334:22
383:8 385:23
**exam**
15:24 84:24 85:12
261:22
**examination**
12:1 262:17 263:12
265:7
**examined**
11:23 267:15
**examining**
69:15
**example**
17:14 90:5 97:10
99:13,17 118:6
120:21 121:16
132:15 140:3
142:7 208:11
210:19 215:2,4,10
227:1 244:15
334:18 335:2,15
343:16 344:23
347:14 361:14,21
367:19 369:21
375:16 414:3
433:23 439:2
440:2
**exceeds**
315:20
**exception**
367:23
**excluding**
184:23
**exclusive**

323:16 324:1
**exclusively**
118:16
**Excuse**
261:10
**Excused**
440:15
**execute**
65:15
**executive**
264:3,15
**exemplary**
180:11
**exercising**
425:22
**exhaustive**
36:14 49:16 437:10
**exhaustively**
414:6
**exhibit**
16:22 17:1 18:13
18:23 19:1,13,16
20:4 33:4 53:22
54:1 57:7,10
92:23 93:1 110:4
110:6 125:2,5,5
136:21 137:1
147:5,7 162:14
171:1,4,8 174:16
174:16 176:15,19
177:8,9 180:23
181:7,9 183:17,20
186:3,7,22 220:16
220:21 221:7,15
229:6,9 250:19,23
257:18,21 260:15
260:21,23 262:4,7
266:16,19 271:9
271:14,17,20
280:22 288:23
289:3 305:8,12
312:13,16 359:16
371:5,9 373:18
374:15 379:11,13
390:15 399:15,17
417:4,10 425:3

**exhibits**
145:13 355:16
359:8,19,20 360:8
371:11
**exist**
71:18
**existing**
297:5
**exists**
272:1,2
**exogenous**
141:18 316:19,23
318:2
**exome**
207:24
**expect**
198:13 365:11
413:17
**expected**
278:17
**expedites**
111:18
**experience**
14:4,13 27:6 38:17
58:14,21 80:6
96:18 97:6 100:20
102:22,23,24
248:13,19 279:13
331:16 411:9
**experiment**
66:19 69:1 146:2,8
146:17 148:20
151:8,24 257:2
287:9,11 383:13
405:19 406:20
**experimental**
50:9 126:14 157:6
157:7,14 200:12
**experimentally**
153:2,3
**experimentation**
148:4
**experiments**
24:10,13 25:18
26:7,11 27:2 29:8
29:24 34:23 35:11

36:12,21 66:15
149:9,19 158:23
227:18 236:22
237:10,12 239:24
240:7,12 249:1
257:4 302:16
308:14 318:18,21
347:22 381:10
382:5 383:1,2
384:16 388:17
389:23,23
**expert**
5:15 18:11 20:13
21:14,21 22:4
23:11 24:5,8 25:4
27:19 28:24 29:17
30:3 31:2,18,22
33:5 35:17 43:22
58:5 81:17 85:5
86:18 87:17 94:2
95:12 105:2 115:7
163:17 233:7
240:9 248:11
251:23 252:18
322:16 397:23,24
398:6 412:7
**expertise**
43:19 86:21 96:13
104:13,23,24
250:12 434:13
435:9
**experts**
22:13 40:6 41:21
309:1 343:10
364:20
**expires**
444:21
**explain**
68:6 91:14 102:3
205:6 215:22
409:24
**explained**
91:12 95:9 240:5
**explaining**
398:2
**explanation**

253:17 310:18
335:10
**explanations**
334:21
**explicitly**
159:23 191:18
192:20 194:2,11
196:10 240:15
246:24 254:18
319:10
**explore**
87:20
**exposed**
258:4,11 259:17
272:13 315:12
**exposure**
8:6 166:15 177:19
269:21 292:23
293:6 306:12
391:16
**exposures**
163:24 164:14
166:4 402:10
**expressed**
375:21
**expression**
9:9 320:11 391:16
394:16,18 396:4
396:17 397:7
431:8 433:24
**extensive**
135:14 212:6
297:17 313:2
**extensively**
301:6 349:16,24
392:12 439:3
**extent**
149:5
**external**
138:1
**extracellular**
67:10
**extraordinary**
336:8,18 337:8
342:6 369:7
**extrapolate**

431:2
**extremely**
154:13 250:4
**extrinsic**
141:19 142:3
**e-mails**
66:11
**E3**
62:20

---

**F**

**F**
4:3
**face**
100:10 276:6
**facet**
341:19
**facilitates**
278:23
**fact**
37:4 46:15 75:8
76:19 77:7 84:13
128:14 130:4
135:11 139:14
180:10 214:9
226:9 244:14
250:13 259:7
273:24 285:17
323:4 333:6
334:18 338:4
341:7 350:13
357:2 376:9,11
380:5 381:17,24
394:1 412:15
**factor**
44:22 45:6 59:20
145:2 159:19
160:1,6,9,11,12
160:20,24 161:1,3
161:5,15 166:23
172:20,23 175:22
177:19 178:4
180:13 182:24
185:20 188:1
190:21 191:19
192:1,3,21 194:3

194:12 195:20
196:11 199:14
295:24 323:3
325:23 326:19
429:20
**factors**
6:23 7:6 141:19
142:3 162:7,23
163:7,21,23
164:12,13 166:2,3
166:13,14,20,21
168:16,23 169:2
169:11,17 172:4
172:12,24 175:14
176:1,24 177:3,13
180:21 181:16,18
181:20 182:8,15
182:19 183:22
186:24 187:13,16
187:21 188:21
192:10 204:18
214:18,19 215:10
292:12,21 296:12
316:19 429:10
**facts**
239:5
**faculty**
15:6 28:7,18,18
58:7 65:14 331:17
**fail**
442:18
**fair**
22:21 31:16 88:21
103:9,10,24 203:4
227:21 229:3
230:1 238:16
251:12 315:22
377:21 378:1
389:8,17 422:8
439:8
**fall**
373:7
**fallopian**
50:11 61:16 67:14
67:17 114:21
235:11 270:5,22

272:10 381:20
384:9 388:22
405:12 409:3
410:18 412:12
418:9 422:17
439:19
**false**
351:13,15
**familiar**
70:16 74:9 75:13
124:10 125:15
133:18 136:15
138:8 178:17
179:9 257:11,14
260:10 279:22
280:2 294:5
330:21 343:23
399:6 400:1
**familiarity**
322:21
**family**
187:19 386:23
**far**
38:5 46:17 70:21
76:3 77:8 91:19
100:17 111:2
127:8 149:4 237:2
259:3,20,24
369:16 378:1
389:7 411:18
436:4
**fast**
122:12
**favor**
158:20 321:2
**favorite**
32:22
**FDA**
53:14 84:23 85:5
220:20 247:20
261:21,24 262:7
262:21 271:6
272:23 275:20,22
304:2
**feature**
147:20

Benjamin G. Neel, M.D., Ph.D.

featured
124:14
features
300:3 350:13
February
57:12
Federal
8:11
feeds
126:18
feel
19:10 86:17 104:24
178:3
fellowship
96:7
felt
306:2
female
255:4,13,22,24
257:1 277:18,22
278:4 300:10
303:3 306:21
females
303:4
fiber
245:1 250:6
fibers
7:24 72:14 73:4,4
98:10 248:1,10,14
248:20 249:5,16
250:3,13 251:1
252:17,19 307:22
307:23 308:5
397:22,23
fibrosis
267:18
fibrotic
224:21,23
fibrous
39:9 40:12 41:5
98:19,24 227:11
227:17,23 228:6,8
245:1 309:7,15
310:13,22 397:11
398:11
field

14:5 58:14,16
74:15 75:5 78:4
78:16 110:10
179:10 206:5
326:6 343:10,13
409:7 411:10
412:8 421:2
fifth
28:7
figure
62:2 125:13 342:10
362:24 384:21
figures
38:20 331:18
figuring
60:24
file
17:15,16 18:4
360:12
filed
17:10
files
17:15,23
final
37:22 38:4 39:1
264:16 331:20,23
332:3,12 352:23
finalized
52:5,7,13
financial
26:9
find
33:1 56:20 87:13
131:16 137:11
138:3 151:6,10,12
152:1,14 187:7
188:22 212:10
230:13 258:3
261:19 284:5,16
319:22 373:2
379:8 400:11
409:8 412:6
FINDEIS
2:14
finding
139:19 337:3

findings
204:24 258:9
fine
202:3 236:12
251:17 307:19
349:1 353:5
372:12,14 394:12
finish
16:11,12 64:21
107:11 128:12
157:11 167:16
173:21,22 174:4
174:14,18 178:24
194:7,8 204:9
231:18 233:12
234:9,16 273:23
299:16 356:17
385:4
finished
157:12 174:20
346:10 373:12
finishing
234:17 299:14
Finkel
325:12,13,14,15,17
326:12
fire
126:16 128:16
firm
25:10,12,15
firmly
130:3
first
11:22 21:19 60:15
62:10 96:4,22
115:21 140:16
165:22 171:15
187:4,8,18 220:19
221:23 231:3
232:15 258:10
260:8 261:8
262:15 263:7
264:2,14 273:6
283:6 290:5
292:14 303:14
309:3 325:20

340:10 367:6
382:4,14 384:4
385:1 388:11
393:17 401:5
402:3 406:1 412:1
413:17 419:11
firsthand
79:24 279:13
FISH
61:10
five
337:22 338:18
339:9 341:8
421:21 422:1
425:21 439:2
flagella
276:14,15 278:18
flames
126:18 128:19
flawed
309:2 314:8 329:5
332:21 333:5,8,9
333:12 338:12
351:10 381:13,15
382:5 384:19
389:13,16 401:24
420:10,20 422:1,2
422:14 423:6
425:21
Fletcher
377:15,19
Floor
3:14
florescence
345:17
Florham
3:4
Florida
2:11
Flow
8:20
Flower
3:13
fluid
142:22 143:2 316:9
fluorescence

404:12
FLW
1:6
focal
261:2
foci
231:4,8
focus
138:24 314:20
315:3,9 320:21
349:17
focused
166:17 203:5
236:24
focuses
169:10 220:4
follicular
142:22 143:2 316:9
follow
241:4
following
327:13 391:16
follows
11:23 52:10
follow-up
338:13
foregoing
441:18 444:6
foreign
7:20 223:21,21
224:8 226:20
229:10,21,22
230:20 232:3
233:1,3 234:19
255:12,14 256:15
256:19 258:4,12
258:19 267:17
272:11
Forest
2:19
forgot
61:13 63:21 247:13
form
16:7 25:22 26:18
31:4 37:1 38:15
40:23 43:8 67:11

Benjamin G. Neel, M.D., Ph.D.

70:3 72:4 78:7,18
79:8 83:13 85:3
88:6 100:22
113:16 120:3
132:1 134:18
189:12 191:4
228:1 238:7 239:4
245:14 246:19
249:7 254:2,15
256:8 274:16
288:9 295:11,20
296:5 303:12
304:6,19 321:22
328:5 329:19
331:3 342:12
343:18 358:16
368:9 401:9
404:12 408:5
410:12 411:7
415:3 420:13
422:11 423:21
425:14 426:15
430:16 433:4,8
434:19 439:10
444:10
**formation**
141:2
**formed**
30:22 416:14
**forms**
47:21 48:5 60:1,2
118:8 208:8,10
216:7 317:5
345:21 353:7
**formulate**
96:2 424:10
**formulated**
95:3
**formulating**
95:19
**forth**
374:5
**forward**
89:1 198:11,14
330:3
**fosters**

111:20
**found**
21:7 41:22 42:7
61:20 95:7 96:11
122:20 126:4
131:5 135:7 167:5
184:20 185:11
229:18 268:11,13
283:12,14 327:13
395:13 400:22
401:17 407:9,11
**foundation**
37:2 40:24 70:4
72:4 83:16 85:3
88:6 191:5 239:5
245:15 274:17
296:5 303:13
304:19 329:20
342:13 343:18
433:9
**founders**
27:1
**four**
1:14 11:9 13:5,7
80:10 420:8 440:4
**fourth**
28:7 61:11
**fraction**
355:9 386:5
**fragrance**
34:6
**fragrances**
237:17
**frame**
150:8 155:6 431:15
**framework**
147:17 150:8
153:14,22,24
155:6,15,16,21
156:2 157:21
158:1,15 159:9
**Fran**
124:16 135:17
136:12
**frankly**
413:18

**fraud**
12:16 13:5 351:17
351:18
**free**
19:10 197:16
**frequently**
382:16
**front**
290:23 314:24
374:1 375:19
**fuel**
126:18
**fuels**
128:18
**full**
120:9
**fully**
116:18 120:7 358:5
370:5 410:16
415:24 416:5,5,13
416:14,21 418:7
**functional**
126:10
**functions**
111:20
**fundamentally**
329:5
**funded**
218:17,22 219:19
**funding**
26:22 27:8,11,11
27:23 28:3 29:3
29:23
**furnished**
23:17
**further**
403:19 440:7
**furthermore**
307:15

___
**G**
___
**G**
1:13 5:5,15 11:21
441:8 444:16
**gain**
13:15

**gained**
211:20
**gastric**
120:23 142:8
**gears**
378:19
**gene**
9:9 54:24 60:21
62:21 319:18
335:4,22 336:4
391:15 394:7,15
394:18 396:3,17
397:7 422:20
431:8 434:5
**general**
43:17 84:11 105:19
124:2,9 127:5
143:17,21 149:6
150:7,8 172:12,23
206:4 225:21
280:3 316:14
411:12 429:13
**generally**
59:14 73:16 127:4
128:5 152:4,8,18
194:13 387:10
**generates**
111:17
**generation**
6:9 242:19 245:22
316:17 326:3
381:2 403:24
404:11
**generic**
35:9 122:1,3
132:14 431:18
**generically**
139:11
**genes**
56:24 126:11
240:23 247:12
**genetic**
57:5 111:17 126:15
128:14,15 140:3
173:5 205:21
327:4,9 369:13

**genetically**
387:8
**genetics**
319:8 334:11,15
347:10
**genicity**
387:18
**genital**
73:10 106:24
134:24 159:18
161:14 172:13
179:11 182:19
187:20,24 190:5
190:10 191:24
192:5 255:13,22
257:1 258:7
276:11,19 277:18
277:22 278:4,12
278:16 279:6,20
279:23 280:3,13
280:16 306:22
**genitourinary**
255:4
**genome**
111:16 208:1
**genomewide**
354:15
**genome-wide**
54:8,10,20 55:12
55:15,18 56:14
**genomically**
64:1
**genomics**
140:3
**genotoxic**
241:11 242:3,8,13
242:17,22 247:5
248:16,18,23
253:10 254:20
**genotoxicity**
7:23 247:23,24
248:8,9,13,19,22
249:4,14 250:5,7
250:14,24 252:16
**genotype**
336:10,14 338:9

Benjamin G. Neel, M.D., Ph.D.

369:7
geologic
306:9
geologist
70:19 71:19 99:2
308:16
geology
398:6
germ
60:8 77:13
germane
245:6 357:3 372:21
393:15 395:3,5,6
397:5 401:8 405:9
germ-line
60:8,11
gestalt
100:19,24
giant
229:21 231:14
267:17
gigantic
138:10
girls
81:14
give
31:1,15 36:14 50:5
69:19 81:4 83:1,3
91:1 92:22 109:4
180:20 207:2
225:19,20 235:15
243:4 244:11
253:16,20 256:11
270:2 271:17
275:1 276:22
302:8 305:21
309:4 330:12
339:5 370:13
412:24 417:7
429:14
given
13:20 20:17,19
51:22 80:22
198:14 199:17
341:22 385:13,14
441:6 444:8

gives
70:7 179:10 348:9
giving
72:21,24 83:7,9,17
83:21 86:17,22
229:1 239:17,21
glad
68:9
glance
377:6
glands
67:11
glass
394:13
glove
262:19
gloves
84:24 85:1,13,13
233:18 261:22
262:17,18,21
263:11,12,14
264:7,8,19 265:6
265:7
glucose
335:7
glutathione
404:1
go
33:8 39:15 42:4
46:12 49:2 50:21
55:7 57:21 64:16
70:22 91:6 94:22
96:5 100:8 107:19
113:6,20 121:20
124:8 132:17
133:7 147:4 154:5
160:13 193:22
201:19,21 202:11
209:24 217:8
220:10 221:23
225:18 232:9,10
246:15 251:10,16
251:19,23 252:22
258:9 266:8
271:13,14,17
276:10,12 277:7

280:21 281:22
284:4 291:5,8
314:6 334:6,19
335:11 343:21
344:16,20 348:6
353:18 356:4,8
358:11,14,20
359:15 360:4
369:18 370:19
371:8,14,15
372:14,15 374:15
378:10 382:7
383:15 385:16,24
386:2,2 390:4
391:22 392:7
394:1 397:21
427:16 432:9
goal
77:22 168:24 169:2
goes
29:3 72:20 81:8
142:17 167:18
369:3
going
18:8 22:15,15 68:1
77:8 78:13 88:11
89:1 91:13,14
98:5 101:17
103:11,13 107:16
109:13,17 124:22
143:6 158:17
170:12,15 180:20
196:6 197:24
198:10,13,14
201:17,17,24
229:1 230:7,15
232:6 236:10
252:7,8 263:6
276:6 288:19
289:8 292:13
298:11 305:10
321:13 335:11
339:21 356:19
361:23 364:17,19
365:14 375:11
376:16 404:9

417:7 432:21
435:24
Golkow
1:20 11:5
good
12:4,5 74:11 75:2
76:13 78:1 79:1
97:12,20 109:11
109:14 137:22
138:3,4 286:16
287:19 322:12
351:24 362:2
389:22 413:19
421:5 438:20
Google
32:24
gotten
233:17
GPX-6
330:18
grade
112:22 114:13
118:8 216:23
316:24 412:16
413:14 430:8
grades
70:17 216:24
graduate
58:10 96:5 413:18
gram
267:10
grant
27:17,20,23 28:8
28:10,10,21
104:21
grants
28:16
granular
386:4
granuloma
224:9 234:4 255:12
256:16
granulomas
7:20 222:16 225:14
225:22 226:1,1,6
226:21 229:10,20

230:21 231:10,15
232:2 233:1,22,23
234:2,7,20 255:14
256:20 259:8
264:21 265:4,12
285:19
granulomatous
222:16 224:5,16,20
224:22 226:13
256:17
granulosis
386:6
Gray
1:15 441:12
great
228:19
greater
279:4,7
Green
229:16
ground
16:4
group
28:17 40:13 41:6
219:4 231:17,17
231:20 232:2,3
430:13
groups
209:16 258:11
319:7
grow
67:8
grown
335:6
growth
59:20 110:20 126:5
323:3 325:23
326:19
guess
108:24 212:21
328:14 352:22
401:8
guessing
378:6
guidelines
148:2 153:20

Benjamin G. Neel, M.D., Ph.D.

**GWAS**
5:19 55:5,6 330:21
354:14,22 434:7
**GWAS.org**
95:9
**GYN**
43:11 226:14,17,19
235:19 279:3
295:2
**gynecologic**
7:8 78:12 179:8
348:21 349:6
376:5 428:7,10,12
**gynecological**
87:13 231:22
235:17 279:18
348:24 349:2
**gynecologist**
179:20 279:3
**gynecologists**
280:5
**gynecology**
86:15 229:15
**G12B**
407:2
**G12D**
407:2

───────────
**H**
**H**
5:10 6:2 7:2 8:2 9:2
120:24 142:8,9
143:2 313:11
**half**
94:20 132:4 133:4
**hall**
123:18
**hallmark**
111:20 119:5,8
**hallmarks**
6:8 110:1,3,18
111:2,16,23 112:1
112:3 118:15,20
123:18 139:4
**Hamilton**
8:10 260:11

**hammer**
337:5
**Hanahan**
6:10 111:23 118:14
121:10 123:22
224:11
**Hanahan's**
110:2
**Hanahan/Weinb...**
118:22
**hand**
46:17 358:2 375:24
383:14 388:4
390:13 407:19
415:17 416:2
420:21
**handed**
176:10
**handing**
171:7 374:5
**handwriting**
430:21
**happen**
336:20 361:16
**happened**
207:22 320:14
358:1
**happens**
383:18
**happy**
38:8 39:4,15 42:4
46:12 52:22 64:17
113:6 117:20
189:14 192:7,17
249:9 257:16
274:24 276:24
283:13 304:21
314:6 328:23
332:3 353:4 356:5
366:2,5 385:24
432:8
**Harbor**
341:19
**hard**
66:1 99:6,7 238:20
**Harvard**

15:6 28:4,11,11,14
28:18 58:8
**haystack**
337:4
**hazard**
148:16 308:7
**head**
94:11
**heading**
182:6,18 291:9
292:11
**health**
15:21 51:9,15,21
51:24 52:9,16,24
53:5,8 71:8 72:16
200:11 217:18,22
218:7,8,17,19,22
219:3,5,11,16,20
219:22 220:7,13
221:20 281:4,13
281:16 303:23
304:13,14 308:7
402:8 436:7,10,13
**healthcare**
264:20 265:17
**hear**
31:11 248:4
**heard**
171:24 320:19
321:9 412:1
**heavy**
235:24 236:8,17
245:5
**held**
1:14 11:9 125:10
288:21
**Heller**
8:14 265:24 266:4
266:5,10,14,20
268:10 269:24
**help**
74:24 123:7 243:5
243:6 410:10
427:2
**helped**
98:2

**helpful**
147:18 175:4 410:2
**helping**
65:13
**Hematoxylin**
267:13
**Henry**
4:10 11:4
**hesitate**
188:7
**heterogeneity**
61:8
**heterogeneous**
300:8
**hey**
201:8 254:3
**he'll**
249:9
**high**
112:22 114:13
149:16 187:4,10
216:23 316:24
322:19 341:3
348:16,16 349:4
403:3,4 412:16
413:14 425:4
430:8
**higher**
357:9
**highlights**
18:2
**highly**
184:19 214:13
222:22 223:10
313:10 315:15
323:6 380:19
381:12 415:18
425:21
**Hill**
104:3,6,9,11
105:12 146:20,23
147:1,17 148:1
149:24 150:14
153:4,8,9,14,19
153:23 154:23
155:1,3,6,11,17

155:20,20 156:1
157:20,24 158:15
159:8
**Hill's**
149:22 150:10
153:16 155:7
**Hispanics**
7:11 187:21
**histologic**
74:13 76:12 182:9
215:13 293:15
300:3 350:4,9
429:11
**histologically**
266:7
**history**
127:11,17 133:21
187:19
**hold**
105:7 281:24 391:8
391:22 411:16
**hope**
57:18 253:22
280:20 294:8
**hopefully**
16:6
**Hopkins**
229:14 230:22
**hormonally**
430:14
**hormone**
428:20,20,23 429:1
429:3,9,20,24
431:8
**hospital**
29:16 30:7
**host**
126:7
**hour**
93:19 94:20 251:8
251:10,16 421:10
437:3
**hours**
21:11 93:13,16,17
336:20 369:15
439:4

Benjamin G. Neel, M.D., Ph.D.

house
91:5
Houston
137:14
human
9:10 61:20 63:7,8
67:2,17,22 224:2
388:2,22 392:4,16
393:4 397:8 419:9
419:12,14,17,19
419:20
humans
64:6 256:1
hundreds
63:24
Hunn
6:24
hydrogen
326:3
hygiene
86:2
hyperplasia
432:14,16
hypotheses
249:2
hypothesis
142:24 146:12
hypothetical
117:17,24
hypoxia
62:17
H&E
268:2

I

IARC
7:16 40:13 41:6
45:11,14,24 46:6
49:9 131:4,7,18
131:22 135:8
160:16 161:6
220:22 221:12
247:21 303:20
305:3 414:20,22
415:5
idea

49:8 70:6 87:3
235:13 257:7
327:16 337:1
338:1 381:18,21
382:2 403:13,16
405:21
identical
38:18 167:24
331:17
identification
17:1 18:13 19:13
53:22 57:7 93:1
110:6 125:2
136:21 147:7
162:14 171:4
176:19 180:23
183:17 186:3
220:16 221:7,15
229:6 250:19
257:18 260:15
262:4 266:16
289:3 305:8
312:16 379:13
390:15 399:17
417:4
identified
28:24 48:9 182:8
identify
21:7 44:14 343:9
369:19 414:21
IEOC
187:17
ignore
291:19,22 300:22
Illinois
3:19
illustrates
337:11
immature
130:24
immediately
370:2
immigration
142:10
immortality
110:22

immortalized
68:14
immune
121:17,21,24
142:11
immuno
347:16
immunoincompe...
387:22
immunosuppress...
126:6
immunotherapy
62:1
impact
333:24 348:17
349:9 403:3
409:19
impeded
326:4
imperative
442:14
implausible
213:23 271:2
implementation
78:23
implication
126:1
important
32:9 38:11 46:14
49:24 51:3 68:20
70:21 71:6 72:8
72:13 73:5 119:10
154:13 314:1
349:10,21
impossible
240:6 336:19 337:3
383:23 384:3
impurities
71:14
inactivates
386:21,24
inadequate
427:9
inappropriate
189:20
incessant

142:24 215:19
incidence
50:6
include
23:11 24:4 26:16
32:4 39:9 44:7
93:15 110:19
132:23 144:14
163:22 164:12
166:2,10,13 200:6
211:19 256:1
298:17 318:19
included
28:17 37:10,14
48:23 135:10
182:19 236:24
243:16 295:2
296:11 298:19
299:3 306:12
355:1,11 356:14
356:22 360:8
379:4
includes
39:10 242:1 416:10
430:3
including
39:21 41:13 61:6
62:1 66:11 149:12
179:16 197:9
212:17 216:22
217:1 226:21
247:20 257:5
264:21 274:10
285:14 315:17
319:6 333:17
348:1 420:17
inclusion
235:7
inconclusive
270:8 286:9,11
inconsistent
284:3,15
inconsonant
257:7
incorrect
129:17 359:24

increase
172:15 177:14
216:10 258:6,17
326:24
increased
50:5 54:13 184:21
185:4 292:17,24
293:13 296:3,20
297:3 298:22
380:23 381:1
increasing
130:19 327:8
increasingly
114:19 122:1
incredible
108:18 422:20
independent
115:8,9 434:11
index
10:2 313:11
Indexes
8:21
indigenous
419:2
indirect
242:24 257:3
indirectly
223:6,13 242:13,17
242:18,22 317:6
indisputable
272:7 273:1 275:21
individual
15:4 39:14 42:5
143:19 188:11
189:14 378:11
431:11
individuals
56:18
induce
397:7 403:21
431:21
induced
142:8 380:24
405:11 419:8
inducing
110:22

Benjamin G. Neel, M.D., Ph.D.

induction
9:15 417:11
inert
217:14 221:24
   222:2,7,20 223:4
   223:9,18 227:3,23
   228:6,15,18
   235:23 237:18
   238:5 239:2,20
   240:1,17
infected
259:1
infection
258:5,16,22 259:1
   259:3,12 260:1,6
infections
259:21 260:3
infectious
130:20 144:11
infer
311:5 387:13
infiltrated
225:9
infiltrating
121:24
infiltration
225:8 388:20
inflammation
6:11,13 32:19
   111:19,22 112:6,8
   112:14,18 113:11
   114:5,6,15 115:12
   116:7,16,20,21,24
   117:12 118:10,13
   119:6,7,10,15,24
   120:18,22 121:6
   123:23 125:18,24
   126:17 128:1
   129:4 134:10
   138:15 139:8,20
   140:12,18 141:11
   142:9,10 143:12
   143:24 204:2
   222:16,17 224:11
   224:17 225:6
   226:13 231:5,9

255:3,9,21,22
256:17,24 257:9
258:23 259:2
260:6 264:21
265:4,11 268:17
282:18 285:18
292:10,17 295:24
296:11,19 297:2,5
297:6 298:18,22
324:17,19 327:7
327:14,19 344:10
344:13,19 431:20
inflammation-in...
432:11
inflammatory
116:14 118:7 120:6
120:13,16 121:9
121:12,17,21
122:6,16 126:3,11
126:12 129:10,12
130:1,6 134:13
138:19 139:3
177:13,16 224:1,7
224:15 256:5
258:6,17 260:3
266:1 268:11
272:12 292:11,15
292:20 293:10
296:12 301:14
information
14:1 33:2 78:15
79:12,16 114:17
281:10,12,15,18
348:9 363:20
364:4 384:11
431:3 439:13,17
informing
436:2
ingredient
402:5
inhibiting
62:15
inhibition
126:12 326:8
inhibitors
27:19 61:1 62:2

inhibits
126:13
initial
23:9,13,14,23 24:6
325:19 418:16
initiating
200:19 241:22
387:4 393:16
407:12
initiation
22:21 112:8,15,19
114:7,11 115:24
117:5,15 122:5
123:12 128:3,18
139:9 159:12
200:7 242:1,7
401:4 416:16
inject
256:13 303:8
387:21 416:17
injected
41:15 301:9
injecting
303:1
injection
301:21
injections
302:19
inside
345:20
insight
407:24
insist
167:2
insofar
17:18 18:6 47:7
127:4,6 180:13
212:2 396:14,18
instability
111:17
instance
329:6
institution
24:18 25:3,17 27:4
27:12 79:7,9
138:10 385:8

institutions
27:5 76:18 79:14
institution's
24:19 246:21
INSTRUCTIONS
442:1
insulted
118:23
integrin
59:21
intellectively
141:12
intend
103:17 270:2,7
intended
354:3
intention
424:6
intentionally
65:24
interaction
62:19
interchangeably
222:9,12
interest
24:17,20 26:1,13
26:14 27:4 29:7
29:11 30:5 246:22
273:13 324:5
385:7
interested
22:4 28:19 130:10
305:17 311:21
326:6 372:20
interesting
130:14,22
interestingly
330:19
internal
15:10
international
45:15 293:2 319:7
interpretable
68:23 431:17
interpretation
309:1 372:10

interpreted
156:14 157:2
419:18
interrupt
193:15 321:1
interrupted
164:22
interrupting
65:24
intraepithelial
114:23 115:1
intrinsic
326:13
intrinsically
326:18 382:5
introduced
393:11
intros
34:3
invasion
110:23 138:23
investigate
387:3
invoice
92:23 93:15
invoices
6:6 92:16 93:5,9
involve
34:23 347:22
involved
35:18,20,22 41:12
50:16 58:16 62:12
64:14 67:18 114:7
114:15 118:7
120:7,19,22
128:17 135:3
139:12 169:14
237:9 331:3
418:16 429:6
436:13
involves
73:9 240:23 265:18
involving
12:15 67:10 236:8
in-depth
280:5

**IOSE**
394:6
**IRB**
63:11,13 64:8
65:20
**Iron**
399:22
**Iron-Mediated**
9:12
**irrelevance**
410:4
**irrelevant**
34:15 85:11 140:14
144:9 236:15,19
237:2,19 302:21
366:20,21 374:18
374:18,19 386:12
387:5 394:16
398:15 407:3,14
407:15,15,20
408:2,17,20 409:4
412:13 415:12,15
415:16 420:3
423:9
**irritation**
282:17 285:18,20
**isolated**
175:11
**issue**
30:18 34:12,18
35:16 40:10 46:19
47:8,13 50:1,12
50:14 85:16,22
86:19 88:4 96:1
114:8 169:10
176:2 180:17,18
250:9 259:6
278:20 279:19
283:12 286:14
324:15 329:11
330:12 337:17
357:3,23 358:2
359:12 361:7
372:2 385:10
388:4 395:21
396:22 407:19

408:3 411:20
428:3,4 433:21
436:19
**issues**
63:14 72:19 104:11
127:6 155:21
158:1 169:12
186:1 322:22
392:19 393:7
401:7 405:15
417:23 434:12
**issuing**
16:16 50:13
**ix**
289:22

---

**J**

**JAMES**
3:18
**james.mizgala@t...**
**January**
13:11
**jargon**
325:7
**Jersey**
1:2 3:4
**job**
27:16 79:4 321:4,5
321:7
**jog**
46:13
**John**
2:19 21:24
**Johns**
230:21
**Johnson**
1:4,5 3:10,11 21:20
21:20 25:4,5
29:22,23 34:13,13
35:19,19,23 37:8
37:8,15,15 41:13
41:13 43:4,4
46:19,19 47:9,9
47:22,23,23 49:1
49:5,19 50:3,8,8

50:15,15,19,19
69:6,23,23 70:7
70:12 71:23,23
73:9,10 81:18,18
83:22 85:18,18
87:18,18 92:17,17
132:11,11 169:5,5
169:6,7 239:15,15
243:16,16,19,19
245:19,19 246:17
246:17,18,18
254:19,19 273:9,9
273:11,11 274:7,7
275:16,16 309:19
310:3,4,4 311:7
398:16
**Johnson's**
34:7 36:22 39:3
49:1,6,20 50:4
69:4,6,24 70:8,12
71:3 81:20 83:23
227:4 236:17
237:16,21 240:15
243:11 247:1
309:16,20,23
311:8 398:16
403:6,14
**journal**
102:15,15 149:17
151:18 229:16
307:8 334:1
337:12 341:4
348:19,22 349:9
380:6 389:5 403:2
403:3,4 409:18,19
418:21,23
**journals**
99:15,24 102:7
149:12,13 151:17
313:10 322:20
333:18 348:1,13
348:17,18 409:15
409:20
**JR**
2:19
**Jrestaino@restai...**

2:21
**judge**
68:7 364:21 366:11
**judgment**
102:18,20 103:1,2
423:19 424:12
425:12,23 427:14
**Judy**
43:14
**junior**
65:13
**J.M**
2:14

---

**K**

**K**
378:18
**Karenina**
389:15
**KATHERINE**
3:7
**katherine.mcbet...**
3:10
**keep**
18:5 19:10 94:10
96:21 253:21
374:4
**kept**
18:19
**Keskin**
8:8 257:22 258:2
**Kessler**
43:23 44:2
**ketone**
238:2 239:1
**key**
369:23
**kill**
416:16
**kinase**
59:24
**kind**
26:8 59:10 67:3
97:17 100:18
135:22 180:2
201:3 205:21

213:5 222:17
224:10 225:10
317:23 322:11
338:9
**kinds**
81:9 193:8 362:5
402:6
**knew**
413:13
**knocking**
62:14
**know**
16:6,19 18:6 30:11
30:15 33:24 35:18
36:2 38:6,20
39:21 41:16 42:19
43:17 44:1 45:7
46:19 47:1 49:5
50:24 51:22,23
52:5,8,23 53:7
56:4,13,20 57:21
57:22 58:3,9,17
64:16 66:4,5,9,22
68:9,20 69:8,9
70:11 71:2,7 72:1
72:9,14 79:13
80:11,20 81:11
83:4 84:19,22,23
85:7 86:9,15 87:1
87:14 88:10 89:4
90:4,9 91:22,23
91:24 92:7,12
94:10 96:19 99:7
100:1,24 101:10
101:10 102:10,14
103:6,11 104:8,12
104:13,15 112:15
113:4,6,7 114:16
115:6,12 121:1,4
124:16,17 131:5
131:12,15 133:22
134:4,5,6 135:22
135:24 136:4,13
136:17 137:4,16
146:3,12 148:19
148:21 152:11,17

Benjamin G. Neel, M.D., Ph.D.

153:7,10 154:17
158:3 160:13
161:6 163:18
168:7 175:10,12
178:6 180:3,7,12
185:7,16 188:12
189:5 190:24
192:13 197:7,17
198:18 210:13
211:1,6,7 212:12
214:23,24 215:4,5
216:16 217:24
222:15,22 225:7
225:18 230:3,6
231:15 233:20
235:16,17,18
238:15 246:3
252:3 259:4,23
260:2 261:21,24
262:1 263:5 268:8
273:10 274:22
275:5,22 276:1,1
276:13,20 285:20
285:21,23 286:2
288:11 290:11
292:5 294:17,19
294:19,21 298:4
299:5 304:13
307:4 308:19
309:13,17 314:13
315:9 316:2 321:3
322:21,24 324:5
325:7,13,15,15,16
328:20 331:12
335:11 336:2
338:6 340:2
343:13 349:23
351:22 353:6
357:16 358:9
360:14 365:7
366:22 368:2,11
369:17 371:24
372:21 376:1,3,14
377:15,18,22
378:5,7 383:3
385:12 386:14

393:20 398:18,19
398:19,20 399:7,8
402:20,20 403:5
406:16 412:19
413:18 414:8,8
418:22 420:4
430:2 431:23
432:2,7,19 435:2
436:11
**knowing**
80:19 138:5 384:20
397:1
**knowledge**
69:5 71:21 72:6
79:24 87:8 105:2
127:21 129:18
139:17 147:23
173:3 206:5
211:20 225:15,21
226:8 228:20
239:14 250:1,17
253:3 256:21
278:2,21 279:13
308:4 334:10,14
338:2 343:5,20
347:9 351:12
383:23 402:18
428:8 429:22
**known**
86:1 237:16 238:4
238:22 256:5
259:3 275:3
330:24 382:19
387:6 388:1,12
404:23
**knows**
81:16 260:9
**KRAS**
60:1 406:24 412:17
412:18 413:13
418:7,13,14

— **L** —

**L**
1:15 441:12
**lab**

27:8 29:3,20 30:9
59:13,15 60:23
61:5,12 62:7 63:1
63:4,23 67:23
75:23 79:6 314:20
315:4 322:7
377:16 378:4,9
**laboratories**
79:6
**laboratory**
26:11 27:3 28:2
29:23 78:23 79:2
87:22 138:12,12
246:19 259:16,18
**lack**
187:11
**lacks**
37:1 40:23 70:3
72:4 83:15 88:6
191:5 239:4
245:15 274:16
296:5 303:12
304:19 329:19
342:13 343:18
347:9 433:8
**lactate**
403:23
**lag**
78:13,22
**Langone**
13:10 79:4
**language**
26:5 128:21 194:14
194:21,22 195:1
200:18 371:20
**laparotomy**
233:15,16
**large**
63:21 207:23 319:6
341:13 355:9
386:5,20,21 387:7
387:12
**largely**
140:4 205:9,11
210:10 233:5
408:21

**late**
435:12
**lately**
226:15
**latest**
93:15
**Lau**
379:6 393:8
**law**
2:18 25:9,11
**lawyer**
22:24 23:6 197:2
197:12 198:3
**lawyers**
21:4,9,19 51:23
91:15 194:22,23
278:1
**LAWYER'S**
445:1
**layperson**
86:24 87:4,9
**layperson's**
87:7
**leach**
275:5
**lead**
214:15
**leading**
138:19 139:4 214:2
**leakage**
403:23
**leaned**
321:10
**learned**
127:15
**leave**
108:15 261:18
305:5 342:22
**led**
26:5 58:18 65:11
137:8 293:8 435:1
**left**
123:21 124:4 267:6
267:9 293:17
**left-hand**
392:10

**legal**
372:2
**legitimate**
76:22
**Leigh**
2:4 366:4
**leigh.odell@beas...**
2:6
**lentigines**
60:13
**lesion**
416:19,20
**lesions**
114:21 115:2,11,13
115:16,18 122:22
139:18,19 388:21
388:22 430:14
**lesser**
149:5
**letter**
7:13 53:15 220:19
271:7 338:21
**let's**
78:9 94:22 121:20
124:8 133:7
146:19 147:10
159:15 165:15
169:15 176:14
180:16 186:20,20
193:21 197:13
201:21 202:11,11
217:8 220:10
221:23 230:12
251:10 258:8,9
261:15,15 280:21
281:22 291:5
323:21 353:2
356:7 358:14,20
362:24 363:24
364:16 365:3,24
367:1 369:18,18
370:19 374:15
378:19 379:3
385:16 386:2
389:17 390:4,4
427:16 432:18

Benjamin G. Neel, M.D., Ph.D.

leukocyte
388:17
leukocytes
122:19
level
77:17,19,20 319:16
319:17 335:7
340:14 343:3
357:9
levels
55:4 326:24 345:1
357:8 383:16
422:15
LEVIN
2:8
Levy
33:13
Levy's
33:13
LHG
1:6
LIABILITY
1:6
lifestyle
163:22 164:13
166:3,14 172:4,7
182:18
lifetime
139:16 180:5
lift
168:11
ligase
62:20
ligation
187:18
light
267:8,12 268:2
lights
126:16 128:16
limited
67:16 98:15 437:1
limiting
117:14
line
10:6,9,12,15
147:13 392:5,17

392:21 393:5,14
416:22 418:6
420:3 427:22
443:4 445:2
lines
68:14 350:18,20,21
350:23 351:3
387:9 393:9 405:4
410:5 413:3,4
415:10,15,16,18
422:7 431:2
link
428:21
linked
6:14 138:16 140:19
141:12 143:13
144:1,16
links
125:24 126:1
lipid
9:13 345:22 399:23
403:21 404:13
lipids
400:23
list
5:18 20:7 44:13,21
54:4,7,17,19
118:20 129:6
144:15 145:1
177:13,18,24
346:22 353:24
355:11,19 356:23
356:24 357:13
358:22 359:3
371:22,23 399:5
407:22,23 408:14
408:15 410:9
433:1
listed
19:19 33:5 40:13
41:6 44:4 45:5
95:6 129:11
144:17,22,23
304:3 346:21
347:3 354:17
367:8 435:15

listen
82:3 199:4,6
listing
36:14 134:11 177:2
lists
55:9 131:11
lit
335:19
literally
340:22
literature
23:18 30:18 32:1
46:1,3,7,22 65:4
66:11 74:6 76:19
86:14 89:19 97:23
98:13 99:5,22
100:8 104:16
105:16 119:23
131:8 135:5,9,15
136:1 159:23
168:9 179:10,16
179:17 185:23
188:21 192:24
211:9,18,18 212:9
218:7,20 219:23
220:7 225:5,19
226:9 243:4,8,23
252:23 274:9,20
278:2,10,15
279:11 296:15
298:8 301:5 319:6
321:15 330:21
335:17,23 336:3
353:6 404:24
411:4 414:6
430:10 434:19
436:21,23,24
437:11
litigation
1:7,20 11:5,12
17:17 22:5 30:15
35:16,18,21 87:18
88:16,19 311:18
312:1,3,7 353:18
370:3 436:14
little

13:7 20:9 21:13
39:6 42:11 77:8
93:16 94:21
102:20 104:21
122:10 204:5,20
217:5,6 220:1
241:14 255:7,17
289:21 341:24
378:19 403:18
421:9
live
315:13,14
Liz
91:22 92:10
LLC
2:18 3:21,21
LLP
3:2,7,12,17 4:2
lob
175:19
location
17:23 21:3 55:6
locations
223:20
LOCKE
4:3 78:17 81:22
82:23 113:15
131:24 134:16
176:11 195:11
294:7,11 302:2
304:17 336:15
405:22
Logan
3:8
logic
410:21 411:3
logical
410:15
long
24:24 94:18 201:23
253:1 308:18
421:7
longer
84:20 85:12 150:1
251:23
Longo

43:2
Longo's
42:13,20
Long-Term
8:6
look
19:22 22:8 23:10
23:22 24:3 33:18
37:12 38:3,8,11
39:5,6 42:12,23
43:10,20 45:1,2
45:21 46:4,12
50:22 54:6 55:8
72:18 82:19 88:8
100:11 102:5
105:16 114:16
115:10 120:9
131:16 136:5
144:18 146:19
147:10 161:13
169:15 182:17
183:5 225:19
226:17,22 229:13
251:6 252:10
266:8 273:12
276:24 281:9,20
282:6,8 284:1,15
292:6 302:21
304:22 305:22
311:17 312:5,8,10
319:7,13,20 320:5
320:10 321:14
328:23 330:24
332:2,8 345:1
349:11,14 350:1
352:21 353:2
357:5 360:10
373:13 375:19
377:1 383:4 388:5
392:1 393:24
397:14,20 399:24
401:22 425:2
427:16 429:16
431:7 432:8
looked
20:17 43:16,16

Benjamin G. Neel, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| 49:4,14,17 81:17 | 341:2 349:8,9 | 207:21 209:16 | 10:14 16:22,24 | 33:3 44:7 47:11 |
| 209:23 226:14 | 409:19,19 | 217:11 269:5,10 | 18:10,12 19:12,16 | 275:5 281:13 |
| 229:16 266:6,10 | **lower** | 299:6 347:24 | 53:21 54:1 57:6 | 308:12 346:22 |
| 267:20,23 268:1 | 7:11 348:18,21 | 386:22 404:6,20 | 92:23,24 110:4,5 | 353:23 356:24 |
| 269:2 311:23 | 394:9 | **majority** | 125:1 136:20 | 358:20 359:3 |
| 312:9 328:22 | **LP9/TERT** | 378:3 407:3 | 147:6 162:13 | 360:24 361:8 |
| 338:10 341:8 | 394:3 | **making** | 171:3 176:18 | 362:12 364:19 |
| 354:19 355:3,6 | **lubricate** | 64:5 67:16 337:2 | 180:22 183:16 | 371:21,23 399:4 |
| 357:19 366:16 | 264:7 | **malignancies** | 186:2,6 220:15 | 407:22 408:15 |
| 370:1,6,16 378:21 | **lubricating** | 209:3 | 221:6,14 229:5 | 410:8,9 433:2,3 |
| 379:2 414:6 | 262:19 263:13 | **malignancy** | 250:18,22 257:17 | 435:16 |
| 421:20 | **lump** | 134:12 159:13 | 260:14 262:3 | **matrix** |
| **looking** | 133:1 | **Mallen** | 266:15 271:9 | 67:11 |
| 47:8 99:9 109:23 | **lunch** | 7:7 | 289:2 305:7 | **matter** |
| 113:23 127:23 | 197:19,22 202:3,19 | **Malmberg** | 312:15 331:24 | 11:11 12:15 14:12 |
| 128:24 133:14 | 238:18 | 115:5 | 359:16 376:21 | 34:20 40:14 41:7 |
| 139:18 150:13 | **lung** | **malpractice** | 377:13 379:12 | 45:18 69:12 87:19 |
| 161:19 182:1 | 76:24 207:6,9,19 | 12:19 | 390:14 399:16 | 275:17 310:21 |
| 184:1,4 221:3 | 208:8,12 209:5,12 | **mandated** | 417:3 | 311:12 |
| 267:1 314:19 | 210:7,8,9,11,24 | 289:23 | **marker** | **mattered** |
| 315:2 342:5 | 211:3 400:22 | **manifest** | 292:15 297:5 | 310:12 |
| 345:19 350:8 | 401:2 404:22 | 353:12 357:7 | **market** | **matters** |
| 415:10 430:23 | 406:23 407:6,7 | **manufactures** | 49:6 | 311:4 |
| **looks** | 408:1,16,19,23,24 | 69:24 | **MARKETING** | **Mattison** |
| 93:11 217:10 | 410:17 412:10 | **manuscript** | 1:5 | 281:11 |
| 290:18 | 413:11 414:10,17 | 99:23 149:15 | **marking** | **McBETH** |
| **loose** | 414:19 415:19 | 218:22 219:19 | 20:3 221:1 | 3:7 |
| 255:18 | 416:6,21,23 418:6 | 331:10,13 | **marks** | **MD** |
| **Los** | 419:10,12,14,17 | **Manuscripts** | 440:12 | 5:16 6:6 |
| 3:14 | 419:19,20 | 331:15 | **Marte** | **mean** |
| **lost** | | **map** | 4:10 11:4 | 13:22 21:10 24:21 |
| 121:18 | **― M ―** | 56:24 | **match** | 24:23 35:2,4,5 |
| **lot** | | **March** | 126:16 | 36:3 56:16 58:5 |
| 57:17 58:13 60:10 | **M** | 1:10 11:6 441:15 | **matches** | 63:8 74:2 79:15 |
| 60:14,23 99:8 | 2:3,19 3:3 | **Margaret** | 348:18 | 79:17,22 88:17 |
| 102:10 119:2 | **macrophages** | 2:3 12:6 27:15 58:8 | **mater** | 92:8 103:5 114:6 |
| 168:5 172:5 180:3 | 225:8 | 201:10 289:10 | 12:17 | 116:23 135:13 |
| 229:12 248:12 | **magnesium** | **Margaret.thomp...** | **material** | 145:21,23 146:4,7 |
| 307:13 340:24 | 229:23 233:5 | 2:6 | 23:22 24:3 46:16 | 152:16,21 153:1,2 |
| 341:17 369:2 | **main** | **mark** | 69:8 94:12 95:8 | 153:9 156:4,5,6,7 |
| 408:8 | 59:17 401:11 | 124:23 147:5 | 361:12 | 158:10 174:23 |
| **lots** | **maintain** | 162:12 220:11 | **materially** | 178:7 210:18 |
| 16:13 74:10 75:15 | 17:23 | 257:21 305:11 | 332:5 | 211:15 213:16 |
| **low** | **major** | 354:3 371:8,11,15 | **materials** | 215:3 222:1,3 |
| 118:8 216:24 | 58:17 63:1 65:10 | 374:17 | 5:17 20:5,8,18,20 | 230:6,24 232:12 |
| 313:11 333:24 | 99:15,24 112:13 | **marked** | 20:22 22:9 24:7 | 241:15 242:17 |
| | 151:17,18,20 | | | |

Benjamin G. Neel, M.D., Ph.D.

251:7 258:24
267:19 280:10
296:18 316:3
325:5,6 338:6
344:6 349:16
350:6 355:14
366:24 372:4,6
377:4 389:14
396:13 431:7
432:15,16
**meaning**
301:22 371:18
**meaningful**
73:24 74:3 77:4,10
300:14 317:22
**means**
13:23 55:16 88:18
106:5 153:8
214:10 285:20,24
296:17 328:14
341:9 441:20
**meant**
128:4 220:6 295:13
299:19 366:17
437:15
**measure**
250:5,7 345:5,14
345:15,16,17
404:8,10
**measured**
345:10 396:14
400:20
**measurement**
345:13 422:24
**measurements**
345:18 406:11
**measuring**
404:11 423:3
**mechanism**
39:24 40:15 41:8
140:11 145:20
146:9,11,16 148:3
150:17,19,22
156:15 157:3
158:15 203:17
204:7,20 213:24

214:15 237:3
243:1 282:20
283:2,8,24 326:7
329:8 389:19
**mechanisms**
7:22 173:7 205:14
215:8,22 250:24
284:22 285:2
317:4,7 323:17,19
432:21
**mechanism-based**
151:24
**mechanistic**
145:9 382:16
**Mediated**
399:23
**medical**
14:19 15:7 28:5
29:16 58:8 78:11
81:5 82:13 84:24
86:1,10,13 87:1
96:6,6 260:8
264:19 280:2
411:3
**medicine**
8:18 15:10 67:20
75:10 106:13,17
288:1 294:5
307:11
**meet**
94:6,7,19
**meeting**
23:14,23 136:14
337:24 339:5
340:9,9,21 341:14
342:9
**meetings**
339:4 340:4 341:18
341:19,19 343:21
**Melville**
2:15
**member**
28:8 58:7 65:14
149:10 331:17
409:21
**members**

386:23
**memory**
25:1 46:13 360:15
377:2
**mention**
63:21 111:21
**mentioned**
65:1 90:18 91:8
98:22 99:20 175:1
261:20 287:22
330:18 332:13
392:19 436:4
**mentor**
102:16
**mesothelial**
9:10 302:11,15
391:17 393:21
394:3,5
**mesothelioma**
301:12,18 414:9,16
414:24
**met**
92:6 94:15 189:17
399:1 402:19
**metabolism**
316:14
**metachondromat...**
60:19
**metals**
235:24 236:8,18
**metaplastic**
235:8
**metastases**
110:24
**metastatic**
416:23
**meta-analysis**
7:18 219:5 220:5
221:19 292:22
**method**
99:4 368:19,23
**methodology**
94:24 95:18 102:1
102:1,3 349:11,15
368:5,11
**methods**

106:8 211:21
308:11 349:18,20
368:15 392:11
397:16,18 404:14
**mice**
66:14 387:22
**MICHAEL**
3:13
**Michael.zellers@...**
3:15
**Michelle**
1:15 19:5 364:14
441:12
**microphone**
109:16 121:19
**microphones**
352:3 421:13
**microscopy**
267:7,8,11,12
268:2
**middle**
282:1,2 391:13
**midway**
392:10
**migrate**
270:4 272:5 273:1
276:18 282:16
285:15
**migrating**
274:11
**migration**
274:13 278:3,24
279:4,19 284:3,14
**milestones**
27:21
**mind**
69:4 214:23 286:10
299:5 367:9
389:21
**mine**
167:23 188:23
230:14,18 384:22
**mineral**
72:9 309:6,14
310:12,22
**mineralogist**

308:15 403:8
**mineralogy**
398:6
**minimal**
394:17
**minimum**
393:11
**minor**
38:19 331:18
**minute**
164:20 175:18
232:10 244:18
251:6 334:7
**mischaracterized**
334:19
**misinterpreted**
281:16
**misinterpreting**
376:2
**misleading**
72:2 159:1 419:15
419:16
**misprint**
286:3
**misrepresentations**
363:13
**misspoke**
23:20
**misstate**
193:2
**misstatement**
419:13
**Misstates**
120:3 191:5 228:1
304:20 411:7
**misstating**
90:2 164:3
**misunderstood**
24:1 433:11
**MITCHELL**
2:9
**mitochondria**
141:4,15 326:20
**mitochondrial**
142:1,2 316:15
**mixture**

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 142 of 875 PageID: 48098
Benjamin G. Neel, M.D., Ph.D.

Page 474

132:21,21
**MIZGALA**
3:18
**Mm-hmm**
72:23 129:5,9,14
147:3 159:7 181:4
182:4,22 184:3
187:1 200:8,23
271:8 295:9 309:9
346:11
**mode**
122:12
**model**
63:5 409:10
**models**
60:15 61:18,22
184:23 245:21
**modern**
76:16 79:12,16
129:18 173:3
177:21 179:4,21
179:23 338:3
368:23 413:10
418:18 421:3
435:9
**Moffitt**
163:19
**molecular**
14:5 39:23 48:9
58:18 74:4,9 77:1
77:15,21 78:10
87:11 115:17
179:4,5,17,22
180:8 183:7,9
186:1 203:8,9,11
204:20 206:9
207:20 208:15,23
211:20 214:12,16
285:4 295:3 300:4
310:24 337:18
338:3 343:15
349:4 350:3,8
369:17 378:22
380:13 383:10,24
385:9 411:13
418:18 420:9

421:3,21 424:21
426:12,20,23
433:6 435:10
437:6
**molecularly**
216:18
**molecule**
60:6
**molecules**
29:1
**money**
29:19,20
**monkey**
273:4,5,6 274:7
**monkeys**
270:17
**monograph**
45:18,24 46:6
49:10 221:13
414:21 415:6
**Monographs**
7:16
**Montgomery**
2:5
**months**
68:2
**morning**
12:4,5 203:1
204:17 217:17
240:6 241:17
288:17 297:8,12
**mortality**
187:5,10 293:1
**Mossman**
397:24 398:18
**Mostafa**
7:21
**motility**
278:17
**motivation**
187:14
**mount**
126:7
**mouse**
60:15 61:17,22
66:15 67:15

416:17,17
**move**
76:9 159:15 176:14
195:15 198:21
253:6,8 363:24
364:17 366:1
**moved**
170:5 278:15
**moving**
280:13
**moyamoya**
62:21 64:15
**mRNA**
394:10
**multiple**
60:13 101:14
111:20 162:23
168:18 274:2
290:2,3 309:2
348:1 351:8
381:13 422:15
**muscle**
326:1,4
**musk**
238:2 239:1
**Musser**
7:14
**mutagenesis**
247:8 249:22
250:15
**mutagenic**
205:14
**mutagens**
241:16,19
**mutated**
60:7
**mutation**
60:18 209:7 244:13
245:21 406:24
407:8,10 413:13
418:14
**mutational**
179:22 183:6
205:17 208:7
209:2 210:2 211:5
212:14 214:1,3,7

214:10 216:9
**mutations**
60:2,3,8,12 61:19
183:14 205:3,10
205:15,16,17
208:3,4 216:4,5,9
240:21,23 242:21
243:10,22 246:2
246:12 247:2,13
327:1,4,9 337:21
369:23 407:1,15
412:17,18 418:8
418:13
**mutually**
323:15,24
**myeloid**
65:6
**myeloperoxidase**
319:1,11,17,23
320:12 321:18
322:1 347:15,18
375:21 433:24
**M.D**
1:13 2:3 5:5 11:21
82:2 137:13,21
138:2,8 179:8
441:8 444:16

---

**N**

**N**
5:2
**NADPH**
326:22
**name**
11:3 12:6 25:9,11
33:14 91:24
247:14 377:2,17
390:9,9 399:9
**named**
239:19
**nano**
419:3
**nanoparticles**
403:5,20
**nanoscale**
9:15 417:12

**NAPOLI**
2:14
**narrow**
317:23 330:10
**national**
8:17 75:9 287:24
294:4 340:9
341:14
**natural**
202:12
**nature**
67:20 99:24 123:5
260:5 351:1
**NCI**
304:3
**near**
341:2
**necessarily**
74:22 143:18
153:15 279:9,21
280:10 301:18
382:17 393:15
395:3
**necessary**
216:8 280:12
338:14 442:4
**need**
5:15 16:18 96:9
119:21 121:6
143:5 156:15
157:3,5 158:16
159:10 165:6,10
176:13 193:1
197:22 198:14,22
211:8 235:11
243:6 254:4,4,9
276:9 283:6,9
291:15,17 292:3
353:5 358:11
364:21 433:17
**needed**
130:8 245:8
**needle**
337:4,5
**needs**
148:10 251:23

Benjamin G. Neel, M.D., Ph.D.

263:3,4 292:5
**Neel**
1:13 5:5,21 6:6
11:14,21 12:4
14:18 17:5 107:19
109:23 148:10
165:19 174:14,18
174:21 176:3
191:15 199:12
203:1 257:23
267:3 277:15
292:4,9 301:4
352:10 355:16
359:14 360:2
373:11,16 377:22
378:20 390:19
400:1 417:14
421:20 441:8
444:16
**Neel's**
152:6
**Neel-1**
5:14 17:2 19:3
**Neel-10**
6:13 136:22
**Neel-11**
6:16 147:8
**Neel-12**
6:18 162:15
**Neel-13**
6:20 171:5
**Neel-14**
6:22 176:20
**Neel-15**
7:6 180:24
**Neel-16**
7:8 183:18
**Neel-17**
7:10 186:4
**Neel-18**
7:13 220:17
**Neel-19**
7:16 221:8
**Neel-2**
5:15 18:14
**Neel-20**

7:18 221:16
**Neel-21**
7:20 229:7
**Neel-22**
7:22 250:20
**Neel-23**
8:6 257:19
**Neel-24**
8:9 260:16
**Neel-25**
8:11 262:5
**Neel-26**
8:13 266:17
**Neel-27**
8:15 289:4
**Neel-28**
8:19 305:9
**Neel-29**
8:22 312:17
**Neel-3**
5:17 19:14
**Neel-30**
9:6 379:14
**Neel-31**
9:9 390:16
**Neel-32**
9:12 399:18
**Neel-33**
9:14 417:5
**Neel-4**
5:19 53:23
**Neel-5**
5:21 57:8
**Neel-6**
6:6 93:2
**Neel-7**
6:7
**Neel-8**
6:8 110:7
**Neel-9**
6:11 125:3
**negative**
108:7 188:17
238:12 270:12,15
**neither**
73:3 286:14 287:10

**neoplasm**
261:9
**neoplastic**
9:7 50:10 122:21
157:18 234:22
380:24
**net**
345:3,19
**network**
324:18,20 325:3,6
**neutrophilic**
323:7,7
**neutrophils**
225:9
**never**
15:3 171:24 196:21
331:19 345:10
399:1 402:19
418:13
**new**
1:2,14,14 2:15 3:4
11:10,10 56:8,16
56:20 78:14 81:20
100:4 170:13,15
244:6,9 352:22
356:19 368:22
**news**
88:23
**nicest**
201:12
**nickel**
235:24
**night**
91:4 353:24
**nine**
80:11
**nomenclature**
68:5
**non**
324:24 357:12
397:11
**nondescript**
74:3
**nonexistent**
283:4 318:14
**nongenetic**

186:23 187:16
188:1
**nongenotoxic**
217:15
**nonmalignant**
305:19
**nonmeaningful**
76:20
**nonresponsive**
116:3 298:14
300:19 301:2
310:10 320:1
346:1 434:15
**nonscientists**
410:1
**nonsmokers**
208:11,17
**nonspecific**
431:19
**nontransformed**
409:2 418:9
**non-asbestiform**
46:8 131:9,23
221:13
**non-consummate**
177:21
**non-fibrous**
394:11 398:5,9
**non-genotoxic**
241:12 242:4 243:1
247:8 249:22
**non-GYN**
280:7
**non-Hispanic**
187:20
**Noonan**
60:9,12
**normal**
7:21 138:20 229:10
229:19 230:21
234:20 323:3,10
324:6 325:21,23
335:6 387:13
405:7 410:18
413:4 419:19
**normally**

419:18
**notable**
173:14 175:1
**notably**
422:15
**Notary**
1:17 441:14 444:23
**note**
127:9
**noted**
11:15 337:18
442:11 444:11
**notes**
18:1,4,8 221:1
445:1
**notice**
1:14 5:14 16:23
17:12 233:13
362:13,17 363:7
365:6
**notwithstanding**
388:10 405:15
**Novartis**
27:17
**novel**
61:15 62:20 78:15
322:18
**NOXs**
326:21
**nucleotide**
336:13,13,21
422:19
**number**
17:14 33:4 43:2
73:4 96:21 126:23
183:12 205:11,12
205:18 209:14,22
296:22,23 300:1
356:9,10,11
370:13 374:11
401:16
**numbering**
209:21
**numbers**
7:14 209:18 291:10
**numeral**

Benjamin G. Neel, M.D., Ph.D.

289:22
**numerical**
20:2
**numerous**
183:24 264:19
**nutshell**
63:2
**NW**
4:3
**NYU**
13:10 58:9 79:4
**NYU474**
394:3

### O

**oath**
11:18
**obesity**
142:17 172:8,11
173:15 215:4
317:4
**object**
22:15 25:21 26:17
31:3 36:24 38:14
40:18,22 43:7
70:2 72:3 78:6
83:12 85:2 88:5
100:21 116:2
120:2 134:17
189:11 191:3,3
227:24 238:6
239:3 245:13,13
249:6 254:1,14
256:7 274:15
288:8 295:10,19
298:13 301:1
302:8 303:11
304:16,18 319:24
321:21 328:4
329:18 342:11
343:17 345:24
358:15 368:8
408:4 410:11,11
411:6 415:2
420:12,12 422:10
423:20 425:13

426:14 430:15
433:7 434:14
439:9
**objecting**
363:6
**objection**
78:17 81:22 82:23
113:15 131:24
134:16 176:11
195:11 196:13
240:3 253:11
254:5,15,21
291:24 294:7,12
296:4 302:2
304:17 311:2
318:10 336:15
405:22 411:22
435:1 438:7
**objections**
17:10 291:16
342:23 361:6
362:16 423:11
**objective**
101:19,21,22 102:1
**obligation**
240:9 384:21,23
**observable**
287:15
**observation**
292:1,4
**observations**
106:6 143:10,22
**observed**
235:4 394:11
**Obstetrics**
229:15
**obtained**
309:4
**obviously**
39:17 58:20 74:15
135:10 155:8
372:2
**occasion**
226:16
**occasions**
351:8

**occupational**
402:9
**occur**
141:5 308:5 319:11
326:8 388:8
393:13 432:13
**occurring**
140:4
**occurs**
315:18 358:4
**October**
13:12
**offer**
22:12 24:12 117:21
265:21
**offered**
14:6
**offering**
47:13 48:6
**offhand**
57:23 225:20 247:3
253:3
**offices**
91:16
**oh**
12:17 20:14 61:13
97:21 111:9
122:11 145:14
184:15 186:13
191:2 206:14
217:4 221:2 231:5
241:7 262:11
263:21 289:13
305:12 311:23
334:22 369:21
371:2 373:8
379:19 388:16
391:12 392:2,8
395:12 400:9
417:16 420:17,19
426:3
**okay**
13:14 15:22 16:8,9
16:16,20 18:10
23:1,24 24:9 25:2
28:22 29:2,21

30:8 36:4 42:10
53:12 65:23 69:18
70:10,13 73:15
82:20 90:12 91:3
91:18 92:8,21
102:4,6 103:4
108:21 111:13
114:4,9,12 116:12
116:15 121:9,16
122:3,14 123:15
124:8 132:24
133:3 135:2,21
137:5 138:13
143:1 144:13,24
150:11 154:5,6,22
155:10,24 156:11
159:15 162:6
165:13 167:15
169:15 170:7,11
170:19,23,24
171:20 172:2
178:2 181:10
182:3 184:15
189:16 192:11,18
193:21 194:9
195:15 196:17,23
198:17 199:18,23
202:9,13,14
204:21 205:7
206:18,21 209:10
212:15 218:15
219:2,21 220:10
222:13 223:3,12
223:16 224:22
228:14 230:19
232:9,17,21 233:6
233:11 241:7
243:6 249:11
250:8 251:9,15
253:5 258:2
265:23 269:18
276:16,23 277:6
282:10 285:5
290:10,24 291:2
291:10 293:22
294:2,13 296:10

313:5 318:6,23
329:12 330:6
331:19 334:22
335:1 340:14
342:21 343:8,23
356:7 358:19
363:10 364:2,7
366:3,10,15 367:1
367:6,20 369:18
370:15 371:2,13
372:7 373:4 374:8
376:20,23 385:16
386:4 387:16
393:1 412:19
415:23 417:2
419:6 421:16
425:6 428:6
435:11,22 436:6
440:8,11
**old**
201:3,5,10
**oldest**
80:9,12
**once**
38:21 97:3 102:16
117:9 314:3 416:5
**oncogene**
335:3,16,18,20,24
434:3
**oncogenes**
59:23
**oncogenic**
386:22 430:1
**oncologist**
179:9,20 235:17
279:3
**oncologists**
78:12 87:14 295:2
**oncology**
43:11 279:18
348:21 349:1,2,6
376:5 428:7,10,12
**ones**
28:19 32:8 33:9
42:23 55:13 56:5
56:5,23 210:3

Benjamin G. Neel, M.D., Ph.D.

231:14 283:13,14
321:20 325:20
341:21,21,23
359:17 366:23
367:15 371:16
372:16 374:16
375:9,13 377:12
385:22
**one-size-fits-all**
48:19
**ongoing**
57:2,4
**oophorectomy**
229:17
**open**
52:10 317:14
**operate**
122:6,16 215:23
**opinion**
14:6 34:9 36:16
38:24 40:10 41:11
47:14 48:7 58:5
71:20 77:23 82:8
83:2,18,21 84:8
84:13 86:17,22
88:19 106:22
107:3,24 108:3,9
108:10 109:8
112:17 113:3,7,10
117:21 137:6
146:15 154:18,23
155:8,9 158:8
159:11,17,21
161:16 162:1
168:13 169:21
170:3 173:9,10
174:13 178:4
179:10,14 185:15
188:8,22 189:2,9
189:19,22 190:2
190:12 199:2,13
199:15,19,21,23
203:14,16 205:24
206:8 212:19
214:21 217:12
221:24 222:8

227:5,10,22 228:8
228:13,16,17
235:22 236:21
237:17,24 239:22
240:20 242:6,11
243:9,21 244:12
244:19,21 247:4
255:2,5 265:21
275:1 283:5
284:24 286:15
287:16 295:23
297:15 305:24
306:14,17 308:24
318:1 325:1,4
330:12 343:6
347:8 357:16
367:17,22 375:11
376:1 381:8
383:22 384:18
386:9 390:3 395:7
395:9,21 402:3
403:12 405:9
406:5,19 407:24
408:16 411:2,8
412:3,4,24 413:8
417:1 420:23,23
421:24 423:14
424:8,16,24 425:1
425:7,19,23 427:8
433:13 440:5
**opinions**
13:16,17,20 14:9
14:12,17 30:21
31:1,14 32:10
40:15 41:8 42:17
70:22 72:21,24
73:6 83:3,8 90:13
90:17,21 91:19
95:1,3,14,19,23
96:3,10 97:8
103:17 109:4
133:8,12 136:7
161:20,22,23
167:23 175:8
203:5 217:12
227:2 228:8 229:1

230:18 236:2
239:18 241:6,8
243:12,14 245:18
252:15 270:3
271:6 329:16
358:10 372:6
373:20 398:13
409:24 424:10
425:9 426:8 427:5
436:2
**opportunity**
101:17 167:9 174:6
291:13 441:9
**opposed**
86:19 118:13
**oral**
187:17 215:11
341:22
**order**
20:2 154:18 158:19
201:15
**ordered**
338:20
**organization**
294:6
**organoid**
61:15 64:5,6 67:21
**organoids**
67:7,13,17
**organs**
414:13
**origin**
61:7 75:18 76:7
77:14 140:7
180:17 182:7
214:17 306:9
**original**
147:2,12 298:2
325:24 359:4
442:15
**originally**
148:1 335:20
**originate**
205:2 214:5
**OSE**
386:17,18

**outcome**
150:23
**outlined**
121:10 385:19
400:17
**outside**
29:15 438:14
**outweigh**
274:8
**ovarian**
5:20 6:18,22 7:6
8:15 15:13,16,19
30:12 32:19 34:19
40:2 42:9 44:14
44:22 46:20 47:5
49:17 50:6,16
54:13 57:20 58:22
61:5,8,16,20,21
63:19,22 67:14,22
73:11,16,17 74:1
75:4,12,19,19
76:4,5,16,20,21
77:3,5,6,10,12,24
84:2,10 85:19
86:20 87:11,21
89:22 98:6,17
99:18 107:1,6,23
108:13,24 109:7
112:12,19,22
113:12 114:5,7
115:22 116:8,17
116:19,24 117:13
118:17 119:12,15
119:24 120:8,10
120:20 123:19
127:16,20,21
129:6 130:15
133:15 134:6,11
139:13,23 140:14
142:19 144:10,17
155:22 159:19
160:1,11 161:15
162:8,24 163:7,17
166:20 168:17,19
168:23 169:2,7,13
172:15 176:23

177:3,14 179:12
180:6,9,21 181:16
182:9 183:10
184:22 185:4,21
186:24 187:12,19
188:2 189:1 190:6
190:11 191:20
192:1,5,21 194:3
194:12 195:21
196:12 199:14,16
203:7,19 204:1,3
204:15 205:1
212:6,11,18 213:1
214:20 217:10
225:14,23 226:2,6
227:20 236:20
237:9,13 255:15
266:21 272:3
282:16 285:15
288:3,23 290:1
292:18,22 293:1,6
293:13 295:14
296:1,20 297:3,6
297:14,17 298:23
299:24 300:15
301:19 302:20
316:1,10,24 317:5
317:11 318:3
319:1,8,11 320:9
320:12 323:23
327:18 328:1,19
329:3,9,15 330:8
330:16 331:4
344:10 346:4
350:5,17,18,20,22
353:11 354:16
357:7,17 358:2,4
358:5 370:1,5
375:22 380:7,9,12
380:21 381:3,20
386:7,14,16,17
391:18 392:4,13
392:16 393:4,13
393:16,22 396:8
397:8 401:4 402:8
405:13,20 406:4

Benjamin G. Neel, M.D., Ph.D.

406:21 407:5
408:17,20 409:2
409:11 410:5
412:12 413:15
415:21 416:4
418:10 422:16
423:18 424:11,19
425:11,20 426:10
427:13 428:1,14
428:17,22 430:2
430:12 434:1,8
436:18 437:12
438:5 439:20,22
**ovaries**
7:21 50:11 229:11
229:20 230:21
234:20,22 235:4,5
235:10,12 266:2
267:5 268:12,13
269:10,15 272:10
274:11 283:20
286:4,6 303:2,9
**ovary**
8:9 226:12 234:3,5
268:17 270:5,23
301:24 384:6
408:2
**Overall**
143:10,22
**overarching**
299:23
**overestimated**
184:24
**overlap**
322:8 323:11
**overstate**
102:12
**overwhelming**
378:2 407:3
**ovulation**
142:24 215:20
316:11
**owns**
69:23
**ox**
322:24

**oxidants**
357:10
**oxidases**
326:22
**oxidate**
326:3
**oxidation**
322:16 324:6
400:23
**oxidation-induced**
322:23
**oxidative**
6:13 138:14,18
140:12,17,22,23
141:10 142:12
143:11,23 314:21
315:5,10,11,13,15
315:17,18,21,23
316:8,13,19,22
317:6,9,21,24
318:2 322:15,22
323:5,22 325:2
327:19,21,21
328:1,11,16,18
329:2,8,14 330:8
331:2 344:24
345:3,9,12,22,23
346:4 358:3
404:15 419:9
**oxygen**
141:2 142:13,15,22
144:16 242:19,20
315:14 316:16,16
323:1,5 325:18,22
335:6 345:20,21
403:24 405:11
**O'DELL**
2:4 19:4 173:23
174:5 196:20
197:3,14 254:1,6
254:12 299:18
355:20 359:19
360:23 364:8
366:8,13 421:9
425:16

| | P | |
|---|---|---|

**P**
2:4
**PA**
2:9
**page**
5:13 6:5 7:5 8:5 9:5
10:6,9,12,15
109:24 118:15
121:16,20 145:10
147:11,11,13
162:9,19,21 163:1
167:19 171:11,15
171:18 177:2,5
181:5,17 184:5,5
187:9 201:15,21
204:22 217:9
231:3 241:5 247:6
252:10 255:3
258:10,10 262:15
263:24 271:23
281:10,23 282:5
282:12 289:21
291:9 292:10
299:20 305:18
308:22 312:19
334:20,24 353:10
353:11,21 354:7
355:18 357:6
369:21 370:14
378:18 379:5
391:1,4,5,10
392:9,9 394:2,23
400:11,18 443:4
445:2
**pages**
282:7 313:6 444:6
**panel**
127:24 129:1
294:18
**panels**
56:15 368:21
**PAPANTONIO**
2:8
**paper**
37:19,23 38:4,6,7,8

38:17,18 39:1,5
39:20 51:12 53:4
53:8,11 65:10
97:10 99:17 100:4
100:15 102:4,15
102:16 104:10
110:2,10 111:10
118:16 127:10
130:12 131:11,16
132:18,24 133:9
133:13,18,19
134:8 135:1,10,12
136:8 137:19
139:10 147:12
148:15 149:2
150:10 153:17
155:20 162:11
163:4,6 167:19
168:7,17 173:8
175:23 176:10
180:19 181:19,24
183:21 184:5
186:9,16,22 187:3
189:4 191:24
192:20 194:2,10
218:2,3,14 219:13
230:2,9,11,16,20
231:1 232:7,16
233:7 234:1 251:8
252:20 266:9,20
268:1,18 269:16
269:23 270:1
284:18 285:6
290:12 296:24
304:24 305:1
308:23 309:11
310:6,14 319:9
320:3,4,4 324:11
325:24 331:8
332:3,12 333:6,21
334:3 336:11
344:17,21 345:8
347:13 349:22
350:10 352:23
353:9 354:8
357:19,23 358:9

366:24 367:4
368:12,16 369:3
369:22 370:2,6,11
373:3 375:18,20
376:4 377:1
378:11 379:4,11
379:23 380:2,9,12
380:14,16,23
381:12 384:23
389:1,9,10,20
390:5,7,8,11,18
390:22 391:6,10
391:14,21 392:20
393:2,8,19 395:20
396:12 397:10
398:9,13,15
399:20,24 400:3
400:16 401:21
402:22 404:7,19
404:21 405:8,18
406:10 409:16,18
417:8,13,18,21
418:3,4,19 419:23
420:1,3 421:22
422:14 423:4
428:10,12 432:8,9
432:10 433:13,15
434:10 435:2,5,6
**paperclip**
289:15,16
**papers**
13:24 17:19 21:1,2
36:16 39:14,21
40:6 47:10 49:18
74:11 94:1 95:13
98:22 99:16 100:8
102:11 119:2
127:18 131:17
132:9 137:10
168:19 180:4
192:6,24 194:6
228:10 236:4
277:20 297:1
298:2 307:1
312:12 315:7
321:18 322:1,5

Benjamin G. Neel, M.D., Ph.D.

324:13 328:22
329:4 344:12,24
345:1 348:3,8,12
348:16 349:1,5,13
349:15 351:6
352:15,17 353:13
353:19 354:13
356:6 357:15,21
358:13 359:2
366:19 367:3,7
368:17,24 373:19
375:14 377:24
378:8,15,21 399:3
401:23 422:13
423:8 426:4
427:11 433:1,3,6
433:18,20 434:18
434:24 435:4,13
436:1 439:2 440:4
**papillary**
261:2,7,9 432:14
432:16
**paradigmatic**
335:3 336:3 434:4
**paradigms**
8:16 75:12 288:4
288:24
**paragraph**
184:17 187:4,9
204:23 212:16
217:13 220:12
264:2,14 267:2
271:24 292:14
391:11
**parity**
187:17 215:11,15
215:23
**Park**
3:4 7:9
**parlance**
101:1 200:15
**PARP**
62:1
**parse**
238:14
**part**

61:12 112:14 139:8
141:10 175:1
183:22 219:6
255:19 259:21
265:5 271:6
283:23 292:14
299:22 323:3,10
324:17,19 325:2
357:15,15 359:15
380:14 407:12
416:9
**partial**
144:15 312:14
**participate**
138:6
**participated**
92:1 138:1
**participating**
90:19
**participation**
29:18
**particle**
71:3 233:8 250:6
252:19 275:4
403:14,17
**particles**
7:23 9:16 59:9
98:10 226:12
248:1,10,13,19
249:5,15 250:3,12
250:24 252:16
266:22 267:8,10
267:11 269:8
274:14 275:6
276:18 278:4,11
278:24 279:5,19
280:13 282:15
285:14,18 401:16
402:5 417:12
419:1,3,7
**particular**
62:13,18 99:3
113:7 124:6
132:19 180:1
181:19 184:10,18
189:19 208:7

212:4 225:17
255:19 257:15
314:14 324:11
346:8 349:3
368:11 405:3,5
413:6
**particularly**
211:19 257:1
325:12
**particulate**
272:9
**particulates**
272:5 273:1 274:10
**parts**
285:7 406:16,16
**pass**
91:1
**passed**
341:8
**passive**
405:4
**pathogenesis**
61:6 62:12 85:19
113:12 115:17
116:8,17 117:13
120:19,23 127:20
127:22 130:16
140:13 141:1
155:22 168:19
169:8 180:7 204:3
210:14 225:23
227:20 228:21
255:16 317:10
323:23 329:15
330:15 331:4
409:11 410:6
412:11 413:14
415:20,22 418:12
429:6 431:10
**pathogenic**
40:8 214:15 215:7
**pathological**
323:2 324:7
**pathologically**
115:5
**pathologist**

231:22 235:20
**pathology**
226:2,15,17,19
**pathway**
64:24
**pathways**
59:21 121:10,12
138:19 139:4,12
183:14 386:22
**patient**
77:16,19,20 86:5
120:11 186:7,12
186:18 236:13,14
262:17 263:11
265:16 416:23
**patients**
14:23 15:5 63:12
77:24 87:6 233:14
264:20 353:12
357:7
**pattern**
403:22
**pause**
66:2 107:15
**PCPC**
4:5
**PDGF**
326:1,4
**peer**
103:22 307:16
334:2,5 337:6,12
337:14 338:18,24
339:6,9,15 342:2
348:13 368:7
402:22 418:19
**peer-reviewed**
321:19 322:2
333:21 376:7,10
376:11,12 380:17
411:3
**pelvic**
15:23 118:6 129:11
129:24 130:6
177:16
**pelvis**
282:16 285:15

**pen**
373:14,15
**pending**
173:20 232:18
**penetrance**
336:22
**Pennsylvania**
3:9
**Pensacola**
2:11
**people**
64:3 66:14,15,16
66:17,21 67:1,4
74:8 79:13 83:3
91:4 100:24
101:22 106:5
216:15,18 224:6,7
224:9 241:16,18
256:16 286:19,20
287:8,11 294:18
340:18 341:5,8
378:3
**people's**
305:24
**percent**
14:14,15,16 29:15
120:13 188:12,13
188:15 229:19
233:14 242:10
292:24 293:12
336:22 341:12
342:7 343:2
**Perdue**
406:17
**perfectly**
291:21
**perform**
32:12 104:2 239:23
240:11 245:24
253:9
**performed**
15:23 23:10 37:5
105:11 246:16
383:2
**perineal**
8:13 44:15 80:2

Benjamin G. Neel, M.D., Ph.D.

107:22 108:12
109:7 132:22
159:24 177:15,18
233:23 234:2
266:21 269:7,20
270:3,6,23 272:6
272:8 283:20
285:23,24 293:18
293:19
**perineally**
41:14 50:5 107:6
**perineum**
270:22 272:5
276:11 381:19
383:7,19 384:5,6
**peristaltic**
278:22
**peritoneal**
216:16 301:17
302:15
**peritoneum**
272:11
**Perlmutter**
79:3
**peroxidation**
9:13 345:22 399:23
403:21 404:13
**peroxide**
326:3
**person**
342:3 364:12
**personal**
29:12 155:8 412:1
412:2
**personally**
91:23 92:7 124:16
163:18 325:16
**perspective**
74:4
**perspectives**
290:2
**perturbation**
347:22
**petition**
53:16
**ph**

1:20 341:19
**pharmaceutical**
26:20,23 27:1,23
402:7
**Pharmaceuticals**
27:17 28:9
**phase**
112:15
**phases**
200:22
**PhD**
6:6
**Philadelphia**
3:9
**phosphatase**
62:8 324:9 326:9
**phosphatases**
322:17 323:9
**phosphorylation**
322:9 326:5
**photographic**
360:15
**phrase**
333:7
**physician**
85:23 86:7,8
104:18 178:18
179:3
**physicians**
163:14 179:1
**physiological**
324:7
**physiologically**
67:9 440:1
**physiology**
277:17,22 280:18
**Phytotherapy**
380:8,10,19
**Ph.D**
1:13 5:5,16 11:21
14:19 58:10,11
82:2,8,12 441:8
444:16
**picking**
381:22
**piece**

174:24
**Pisano**
364:22
**place**
83:3 124:6 388:12
400:7
**placements**
38:20
**places**
106:6 123:21
351:10
**plaintiff**
24:4 33:5
**plaintiffs**
2:21 22:13 23:12
40:7 41:21 133:24
134:5 259:22
309:1
**plaintiff's**
198:3
**plan**
31:1 240:12 436:9
**platinum**
62:1,4
**platy**
36:8
**plausibility**
84:1,9 101:12
145:8,9,11 146:13
146:14 147:14,17
148:24 149:18,23
152:24 154:8,19
156:10 158:12,20
159:9 237:7 282:9
282:14 283:19
284:22 285:10,13
389:22 390:2
425:10 426:2,5,9
427:6,12
**plausible**
121:11 145:19
146:5,7,16 147:19
147:22 152:21
156:3,5,15 157:3
157:22 158:16
203:17 204:6

213:19,21,22
237:3 270:20,24
271:2 272:8
282:20 283:8,23
286:9,12,15,17,24
299:1 323:17
326:7 329:8
389:21
**play**
112:18 113:11
116:7,15,16
119:15 317:17
**plays**
117:12 119:10,24
315:24 316:20,23
317:10 329:3
330:8
**please**
11:18 16:6 19:23
41:2 171:18
198:11 202:16
234:9 241:4
266:14 320:15
321:11 352:3
440:12 442:3,8
**plebiscite**
274:4 286:18 287:3
**plenary**
341:22
**plenty**
197:7
**pleural**
301:9,22 302:12,14
305:20 394:5
**pleurodesis**
224:19 301:5
305:19 306:3
307:24
**PLLC**
2:14
**Pltf_MedLit_000...**
6:17
**plus**
210:23 211:2
277:16 338:10
387:6

**PMN**
388:20
**PNM**
381:4
**point**
22:16 69:2 79:1
131:2 139:21
183:14 191:18
192:22 194:4,10
195:19 196:2,9
205:9,14,16
207:15 225:13
234:19 248:15
255:19,23 269:5
275:13,14 283:17
297:22 299:9,20
309:20 346:8
354:7 356:6
369:23 375:11
378:18 382:6
383:8 387:17
394:13 397:6
404:20 408:13
420:22 440:5
**pointed**
319:4 337:19
353:15 358:6
**points**
337:16
**police**
321:5
**policy**
24:20,24 26:1,5,14
29:3,5,6,11 30:6,9
52:9 339:5 340:6
340:7 385:7
**poly**
388:20
**polymorphism**
56:21
**polymorphisms**
54:12 126:10
**polymorphonucl...**
388:17
**polynucleotide**
369:14

Benjamin G. Neel, M.D., Ph.D.

Poole
296:24 297:1
poor
137:12 283:3,15
314:18 318:15
337:11 389:4
424:12 425:11,22
427:14
poorly
265:1,19 274:2,21
383:1,2
population
185:5
pornography
101:9
pose
402:7
poses
406:3
position
15:6 42:8 128:21
318:8,10,12
329:10,13 364:18
428:5
positioning
331:18
positive
108:8 123:9
possibilities
168:8
possibility
329:2 331:2
possible
27:18 65:5 79:8
86:16 116:1
129:24 160:16
161:4,7,11 163:21
164:11 166:2,12
169:6 173:4 206:7
206:19 238:3,22
292:16 296:15,19
298:21 303:17
305:3 317:3
possibly
58:2 179:14 217:24
245:10 407:18

post
168:7
postdocs
349:20
postdoctoral
96:7
poster
340:12,15,20 341:6
341:20 342:9
posters
341:1,15
postprandial
217:6
postulated
229:24
post-doc
58:10,11
potential
59:3 72:16 269:21
272:4,24 273:18
278:3 310:24
315:19 387:3
413:2 436:18
437:7 438:3
potentially
255:11 270:19
301:16
Potter
101:9
Potti-Nevins
12:13
powder
1:5 11:11 17:17
30:12 34:7,14,14
34:21,23,24 35:6
35:19,23 36:5,8
36:10,21,23 39:2
39:3,8,10 40:1,4
40:12,17 41:5
43:3 44:16,21
45:5 48:10 49:6
49:20 50:20 59:3
69:4,7,24 70:8,12
71:4,7,14 72:10
72:15 79:20 80:2
80:7,14,16,19

81:20 82:21 84:9
84:20 85:12,17
86:2 87:2,21 88:3
89:1,8,8,17,21
106:24 131:21
134:1 159:18,24
160:6 161:14
163:23 164:14
166:4 167:22
179:11 182:19
184:11,18 191:19
192:21 194:3,11
195:20 196:11
203:7,18 204:14
223:24 227:4
233:18 236:16,17
237:17,22 238:5
239:24 240:16
243:11 245:11
246:1,17 247:1
253:10 254:19
256:5 261:22
262:18,21 263:13
264:6,18 265:5
270:4,21 293:11
296:2 301:21
303:1 307:23
308:6 309:16,23
309:24 310:2,3,4
310:14,23 378:23
383:5,7 384:1
398:10 403:6,15
413:2 423:18
424:11,19 425:10
426:10 427:24
437:15,16,19,22
438:3,4
powdered
84:24 262:16,17
263:10,11
powders
132:22 270:21
PPM1
62:10
PP1B
62:11,15,19 65:1

practice
15:2,4,5 79:14
152:5,9 279:15,17
PRACTICES
1:6
practicing
86:8 179:3 409:6
pre
50:10 234:22
precancerous
255:20 416:18
precise
265:21
precocious
62:23
predictive
388:3
preface
289:22 299:21
328:4
prefer
68:5 241:21 397:17
pregnant
81:3,16 82:1
premalignant
139:18,19 388:21
premise
88:12
prepare
93:8,22
preparing
18:7
preponderance
270:11,14 273:3
274:12
presence
269:8 283:20 286:4
286:6 307:22
present
4:8 27:9,10 116:20
117:8 233:19
275:8 405:7
presentation
337:23 340:8,15
342:8
presentations

341:23
presented
340:12,12 341:21
presents
264:19
press
88:15 367:12
432:22,23
presumably
401:16
presume
299:4
presumed
409:16
pretty
24:22 30:16 46:14
56:12 63:15 66:10
76:1 138:7 160:14
214:6 280:2
347:12 348:6,7
352:22 388:14
420:1
prevalent
184:19
prevent
25:17 29:22
prevention
6:20 126:2 171:9
289:24 291:7
preventive
187:13
previous
233:15,15 297:24
314:1 359:21
367:21 368:6,17
previously
116:1 311:22
349:12 409:22
pre-neoplastic
114:21 115:14,20
235:3
pre-2017
346:13
primarily
16:13 104:14,23
169:10 207:23

Benjamin G. Neel, M.D., Ph.D.

216:12 220:5
316:15 393:19
422:5
**primary**
9:12 110:16 187:14
241:15 386:14
399:22 405:11,12
413:4
**Princess**
27:14 58:8
**principle**
244:8
**print**
289:6,7
**prior**
87:16 88:22 89:14
277:24 308:17
311:18 312:2
343:24 344:4,11
346:5 347:7
**priority**
187:13
**private**
15:4 26:22 56:18
**privilege**
365:10
**privileged**
22:16,23 90:23
332:17
**privity**
56:22
**probably**
16:11 64:18 77:8,9
90:21 93:14
118:12 129:22
136:13 175:12
179:18 180:14
185:24 200:10,16
210:12 215:16
230:12 233:19
234:7 286:3 325:9
326:20 341:9,13
355:8 366:6
374:13 383:17
398:2 403:3
409:17 416:22

429:3 431:11
438:24
**problem**
382:4,14 395:16
438:19
**problems**
16:15 77:19 438:21
**procarcinogenic**
430:2
**proceed**
321:12
**process**
30:15 102:17
114:15 115:24
216:9 340:16
416:10,20
**processes**
205:18 214:2,12
**PROCTOR**
2:9
**produce**
422:18
**produced**
43:5 273:17 323:1
325:22 326:18
338:23 355:17,22
356:2
**produces**
358:3
**producing**
142:12
**product**
37:7 48:22 69:20
71:8 72:10,15
243:17 246:18
**production**
10:8 316:16 400:23
**products**
1:5,6 35:15,22,24
37:6,8,16 39:12
39:18 41:14,16
44:16 46:20 47:9
47:23 48:17 49:1
50:4,8,15 73:10
79:21 80:2,7,15
80:17 83:23 84:10

84:20 85:17,18
86:2 87:8 131:21
169:5,7 228:13
236:16,23 237:1
239:15 240:1,16
245:19 246:2
250:2 253:10
309:20 311:8
398:17 402:7
428:1
**professional**
1:16 102:18,21
158:8 403:12
420:23 441:13
**profiles**
212:14
**program**
92:4 104:20 340:3
340:17 341:16
**programs**
138:2
**progress**
272:13 432:14
**progression**
117:6 126:6 416:11
416:15
**prohibited**
246:20
**prohibits**
29:7
**proliferation**
138:22 380:24
388:8 431:21
432:12
**proliferative**
110:19
**prominent**
149:13
**promoter**
200:16
**promoters**
241:13,18
**promotes**
317:4
**promoting**
122:8

**promotion**
117:5 200:9 241:22
242:2 416:10
**promotor**
200:16
**prone**
185:11
**pronounce**
33:14 399:9
**pronounced**
136:19
**proof**
146:3 237:11 272:3
331:20,23
**prooxidant**
316:12
**proper**
347:17,23
**proportions**
122:20
**proposing**
389:19
**propounded**
444:9
**protective**
214:19 215:10
**protein**
292:16 324:8
**proteins**
315:16
**protein-tyrosine**
322:17 323:8
**protocol**
64:9
**prove**
108:7,8 338:14
347:20
**proven**
150:17,20 151:1
**provide**
25:8 33:2 84:5
102:12 126:17
332:12 334:21
339:13 407:23
**provided**
21:8,16 51:20

52:17 53:18 175:7
274:19,20 325:20
326:11 338:17
342:3 427:12
**providing**
29:23 73:5 148:1
408:1
**provokes**
142:9
**pro-oncogenic**
310:8 388:7 389:2
**pro-oxidative**
315:19
**PTEN**
336:5
**PTI**
3:21,21
**PTPN11**
60:18
**public**
1:17 27:7,11
200:13 441:14
444:23
**publication**
54:20 98:7 149:16
331:11,16,23
332:1 333:3,22
350:24 407:21
**publications**
57:15 119:18
283:11 311:24
314:2 327:20,24
328:11,14,15
347:7 359:22
360:7 367:21
368:6 427:22
**publicly**
90:7
**publish**
52:10 344:3,9
346:3
**published**
37:20 38:4,8 40:6
46:6 51:14,15
54:23 65:10 68:13
74:6,11 95:16

Benjamin G. Neel, M.D., Ph.D.

102:11,14 119:14
119:23 135:1
150:14 152:15,17
181:2 183:24
184:2 220:23
225:15 229:14
263:19,23 279:8
288:18 295:16
311:22 313:10,15
315:2 321:20,24
322:19 331:8,14
332:12 333:23
340:15 344:12
345:9 348:13,16
348:24 349:2,5,12
350:7 367:23
376:4 380:6
384:17 389:6
402:23 409:18
418:20 423:6
428:7 429:19
433:14,16
**publishes**
344:24
**publishing**
97:10 328:18
351:13,15,16
368:16
**PubMed**
32:24 312:12
327:12
**pull**
226:10
**pulling**
188:10
**pulmonary**
402:8 406:4
**pump**
278:23
**pure**
66:19 71:18,24
135:19
**purported**
215:22 237:8 388:7
**purpose**
13:15 44:6 69:14

71:10 264:3,15
268:21 353:17
384:14,15,16
**purposes**
36:13 44:9 72:11
72:17 86:3 227:15
228:23 242:7
382:16
**pursuant**
1:14
**pursue**
29:14
**pursuing**
231:2
**put**
16:6 100:14 180:10
217:11 223:1
284:17 320:7
330:2 333:3 335:9
379:7
**Putative**
182:7
**putting**
66:22
**Pycnogenol**
9:6
**pylori**
120:24 142:8,9
143:2
**p-Cresol**
238:2 239:1
**P-value**
55:9
**P.C**
2:3
**p.m**
202:23 277:9,13
352:4,8 421:14,18
440:14,17
**p53**
115:3 335:2,16,17
335:19,24 336:3
386:24 388:23
434:2

**Q**

**qualifications**
434:13
**qualified**
71:16 105:23 179:2
284:21 285:1
337:14,17
**qualify**
201:18
**quality**
71:7,13,15,17
138:11 149:16
287:1 309:6,14
310:12,22 313:7
322:19 337:11
341:3 348:10,17
348:18,19 349:4,9
378:16 389:4
398:7 403:2,4
409:19 439:7
**Quantity**
313:7
**question**
16:5,12 20:10
24:22 31:4 37:1
38:15 40:23 41:2
43:8 46:17 48:19
70:3 74:20 75:3
76:8,9 83:5 88:12
100:22 105:20
106:15 114:2,10
116:5 117:17
119:20 120:6,14
121:5 123:1,14
124:3 133:5
141:22 143:7
144:24 148:12
156:21,22 157:18
164:8,20 165:2,8
165:12 170:13,16
170:21 172:3
173:20,24 174:2,7
174:7,9,11,21
176:4,6,7,17
186:21 189:12
191:4,22,23 192:3
192:9,12,14,17,19

193:3,12,14,18,22
194:9 195:10,18
195:23 196:4,22
197:13 201:23
202:5 207:3,6
211:14 212:21
228:3 232:17,18
233:22 234:10,12
238:7,10 239:4
244:2,4 245:14
246:6,13 248:4
249:3,7,9,12
253:21 254:11
261:11 263:6
274:16 287:7
288:9 298:16
299:8,12 300:20
300:24 302:4
303:12 310:10,17
310:19 313:12,19
314:14 317:15
318:5 321:22
328:6,7 329:19
330:9,10,11
335:14 339:20,22
340:1 342:12,18
342:20 343:1
346:9 348:10
356:17,19 358:16
368:9 370:4
372:11 382:1,10
383:14 384:4
385:4 396:2 401:3
405:9,15 406:12
407:19 408:5,7,11
410:7 415:16
416:2,3 420:21
423:17,21,24
424:18 425:14
426:15,24 427:2,7
427:15,24 430:16
430:19 431:4,5,6
431:9,18,24 432:3
433:8 434:17,21
434:24 435:20,22
438:13,14

**questionable**
233:21 407:16
423:9
**questioned**
334:9
**questioning**
197:15 334:14
**questions**
10:14 31:15 73:1
132:3 193:8 236:7
296:7 314:9,11
329:22 372:17
431:16 440:7
444:8
**quickly**
79:8 278:15 340:24
**quite**
14:11 57:14 86:22
101:20,21 115:19
130:9,14,23 167:6
207:15 313:2,11
313:17 314:18
341:2 351:7 380:1
**quote**
334:10 394:21
**quotes**
32:4
**quoting**
165:21

**R**

**R**
281:11 374:19
443:1,1
**radioactive**
275:4
**radioresistance**
138:23
**radon**
210:12
**RAFFERTY**
2:9
**raise**
165:11 197:8 331:1
**raised**
127:7 233:16

Benjamin G. Neel, M.D., Ph.D.

275:13 393:7
396:24
**range**
438:24 439:17
**rare**
60:20 62:22
**rarely**
349:5
**rat**
8:9 257:22 260:13
**ratio**
148:17
**rats**
258:3,24 260:19
**RD**
336:4
**reach**
54:24 95:1 100:13
105:17 106:3,8
153:14 168:10
188:14,15 248:24
270:22 272:9
274:11 425:19
**reached**
55:11,15,19
**reaching**
97:8 161:20
**react**
323:6 325:21
**reaction**
223:22 224:1,7,8
224:15,19 225:11
256:15 258:5,12
258:20 268:11
272:12 301:8,23
**reactions**
141:4 224:6 256:19
264:22 267:17
**reactive**
141:2 142:12,15,22
144:16 222:22
223:10,14 242:19
242:20 322:24
323:5 325:18,22
345:19,21 403:23
405:11

**read**
33:6,9,10,11,11,12
35:13 43:22 46:11
51:4,16 73:13
89:3,10 94:1,2
95:5,12 100:8
101:11 102:4
104:8,9,15,22
111:1 112:2 115:8
122:10 132:9
148:6,8,9,10,14
153:11 154:2
164:3,11,16
168:18 172:17
181:24 188:18
217:20 218:8,10
218:13 219:15,16
219:18 230:4,10
230:16 232:16
251:8,13 252:6,21
261:16 263:16
264:23,24 275:1
290:4 292:13
293:16,24 296:14
296:23,24 299:21
304:12,23 306:18
308:9 314:3,4,4
314:17 325:9
336:11 337:16
340:23 346:23
349:15,21 351:6
353:9,14 355:1,5
355:8 356:6,15
358:13 359:17
366:18 371:18
372:4,16,18 379:4
381:5,6 384:23
394:22 400:3
427:11 430:21
433:18 434:22
441:9 442:3 444:5
**reading**
65:3 75:14 85:21
96:15 110:17
111:6,10,11
122:13 125:22

164:10,17 166:7
174:24 230:8
234:1 268:10
271:23 358:17
378:8,15 379:22
395:10
**reads**
167:20
**reagent**
309:5
**real**
351:2
**realize**
317:21 332:9
413:15
**realized**
65:4
**really**
34:4 43:19 49:15
52:6,20 65:21
81:6,10 86:17
87:6 103:14
127:18,19 130:24
133:20,22 135:16
154:16 155:2
163:5 168:1,12
199:9,17 214:22
230:4 231:24
236:15 244:10
252:21 276:9
283:15 284:21
285:23 297:9,15
297:19,21 298:1
304:5 306:23
311:10 317:23
330:24 331:5
342:2,19 345:11
350:11,20 353:16
361:16 380:7
385:13 387:10
388:24 394:20
397:22 403:13
407:17 410:22
414:5 415:5
416:24 434:18
438:18

**Realtime**
1:17 441:14
**rearrangements**
205:13
**reason**
42:15 80:23 85:6
112:4 166:24
183:4 265:5
269:11 309:3
332:8 342:10
343:4,11 406:12
422:4 442:5 443:6
443:8,10,12,14,16
443:18,20,22,24
**reasonable**
13:20 14:10 106:19
252:1 275:14
283:1 327:15
383:12 430:11
432:5 438:23
439:16,23
**reasons**
16:13 309:2 334:17
**REATH**
3:2,7
**recall**
34:2 37:12 39:4
42:21 44:3,17
45:9 46:2 53:2
98:20 185:9 279:1
281:7 312:9 337:9
375:7 379:22
390:10 397:13
**receipt**
442:17
**receive**
27:7 29:11,13
**received**
27:16
**receiving**
27:24 30:2
**receptor**
59:20,21,24 326:5
**recognize**
376:24 377:3,9,14
377:16

**recollection**
46:10 48:24 430:9
**recommend**
81:19
**recommended**
172:16
**record**
11:3,16 18:22
101:4 109:17,20
125:10 165:16
177:8 181:7
196:18 197:4
201:7 202:17,22
204:12 251:16,19
252:7 277:9,12
288:21 290:22
344:8 352:4,7
363:11 365:19
371:15 421:14,17
441:6
**redox**
336:10 345:2
369:23 404:9,10
422:23 423:1,3
**Reduces**
9:6
**reduction**
172:6
**refer**
35:2 53:3,3 66:8,14
95:15 128:6 163:5
200:21 240:14,18
242:24 243:3,14
246:23 254:17
256:3 261:13
353:13 394:23
410:2,10 417:21
**reference**
8:19 110:2 144:19
144:20 146:22,24
175:2 243:5
275:23 355:11
356:23 357:14
358:22 370:8,12
370:24 371:3
372:18 375:16

Benjamin G. Neel, M.D., Ph.D.

407:22 408:14
410:8
**referenced**
281:4 347:1
**references**
19:18,19,24 20:1,5
20:12,16,20 32:6
44:5 95:5,7 96:16
96:17 173:15,17
209:20 217:15
226:11 352:21
355:24 356:14,22
357:22 372:24
**referencing**
276:4 289:8
**referred**
19:20 35:9 52:23
69:16 155:11
201:1 220:12,20
231:10,11
**referring**
18:17 36:5,7,9 40:5
73:17 119:18
131:13,21 154:9
212:23 218:24
219:11,12 224:12
227:13 244:10
247:11 255:7,8,24
281:3 318:22
324:12 350:11
353:20 355:12,21
355:22,24 368:12
371:4 394:4
411:18
**refers**
48:22 117:4 127:6
265:2 286:3
335:24 354:5,7,8
422:13
**reflect**
269:21 381:9
**regarding**
25:8 30:18 71:3
87:17 88:3 89:4
103:16 106:23
133:9 149:22

155:22 240:20
250:1 252:16
278:2,10 306:15
321:18 322:1
328:1 339:6,14
344:4 398:13,24
400:16 426:9
434:6,12 436:3
437:6
**regardless**
236:11 288:19
357:11
**region**
134:24 381:21
439:23
**register**
8:11 262:8
**Registered**
1:16 441:13
**regression**
184:23
**regularly**
383:7
**regulates**
62:14
**regulation**
135:3 263:8 324:7
324:8
**regulations**
85:5
**regulatory**
247:18
**Reid**
6:19 162:11 167:4
168:17
**reject**
409:14
**relate**
59:2,6,9 383:6
401:15
**related**
17:16 27:18 49:12
61:6,7 64:14
85:22 228:9
378:22
**relates**

1:8 139:22 228:13
**relating**
32:9 169:16 420:9
427:6
**relationship**
8:13 28:15 87:20
106:23 133:15
155:23 157:16
266:20 293:5
**relatively**
114:17 368:22
437:1
**released**
316:10
**relevance**
139:13 302:1,10
381:23 383:18
396:5 401:3 413:1
**relevant**
33:23 34:4,8,17
42:16 43:19 47:2
47:6 52:6 58:22
67:10 74:9 85:14
97:23 127:19
130:21 131:1
139:23 140:13
204:3 234:19
245:3 259:6 301:7
301:11,13,17,19
302:13,19 307:14
307:18 308:20
309:19,23 310:2,5
311:11 312:12
313:17 314:16
346:24 347:5,8
352:16 353:16
354:16 355:8
356:10,11 357:18
357:23 358:7
366:19 367:5,8,10
367:16,17,22
368:7,17 370:3,7
370:17 371:1
372:5,19 373:21
374:17,19 375:3,4
375:6,8,10,15,23

375:24 378:12,14
380:7 381:22
382:3,18,20,21
383:4,13,21 384:1
384:20,22 385:10
386:7,15 388:13
388:18 394:14,22
395:21 396:7,10
396:20 397:1
405:14,19 406:8
406:14,20 407:18
409:12 410:17
412:10 413:16
415:19,20 417:1
418:8,11 422:3
427:23 435:5
439:1 440:1
**reliability**
250:1
**reliable**
185:15 211:13
212:1,2 213:17
247:23 248:8
249:18,19 250:5
277:5 396:12,13
396:14,18
**reliance**
371:22 435:15
**relied**
219:6 352:18 358:9
358:13,18 362:12
363:21 364:5
373:20 424:9,17
**relies**
415:9 423:15 425:8
**rely**
426:8
**relying**
96:17 353:6 423:16
435:14
**Remain**
7:11
**remains**
285:16
**remember**
25:11 32:17,20

39:17 45:20 51:1
75:14 81:10,13
209:14 212:7
288:5 355:5 377:4
378:8 390:5,8,9
390:10 400:6,13
401:9
**remembered**
288:17
**remind**
16:4 107:13
**remodeling**
129:13,21
**remote**
21:3
**remove**
109:15 235:9,12
352:2 421:12
**removed**
235:10 261:21
265:6
**remuneration**
26:10 29:9
**render**
238:4
**repair**
205:15
**repeat**
41:1 156:22 228:2
261:10 408:6
423:23
**repeated**
96:23
**repeatedly**
362:6
**repeating**
96:21
**repetitive**
243:13
**replacement**
430:1
**replicate**
96:2
**replicative**
110:22
**report**

Benjamin G. Neel, M.D., Ph.D.

5:15 13:19 14:2
17:19 18:7,9,11
18:16 19:9,18,21
20:2,13,15 31:2
31:19,22 32:4,7
33:10,11,12,13,19
34:1,5 35:1 36:13
42:4,6,20 43:23
48:5 50:13 53:1
54:2 69:15,17
70:24 71:11 72:12
72:18 73:1 84:3
85:11,15,21 90:1
94:1,22,23 95:4,6
95:20 96:10 97:9
101:15 103:16,22
109:24 115:7,7
123:22 124:4,7
127:7 145:1,11
146:23 147:2
150:5,15 153:21
155:7,12 158:2
159:6 160:14
162:5,7 163:5
166:11,17,19,22
167:1 168:24
169:3,9 189:7
201:22 204:22
210:1 213:8 217:8
219:12,20,21
226:10 227:16,19
228:23 232:24
236:6 240:22
241:3 258:1
268:15 281:4,8
284:2,5,9,17
289:23 290:8
295:5 303:22
306:19 308:10,22
312:11 314:6
319:4,16,21 320:5
320:6,8 330:4,18
332:6,19 334:20
337:16 345:6
347:1,5 348:5,7
348:11 352:12,19

353:1,3,11,15
354:10,19 355:2,5
355:13 357:2,15
359:9 367:4,18
370:4 373:1 379:2
379:5 385:19
390:22 391:15
392:1 394:23
400:8,18 411:19
412:15 417:22
433:22 435:15
**reported**
56:9,12,17 111:23
127:17 226:2,6,11
261:4 269:7
292:22 318:17
319:1 359:10
391:7 401:21
**reporter**
1:16,16,17 11:17
16:14 441:13,14
441:14,22
**reporting**
110:15
**reports**
21:15 23:11 24:5,8
27:22 30:14 33:5
35:12 42:13 43:11
88:15,22 94:2
95:13 212:17
230:20 429:24
**representation**
343:12
**representative**
350:18
**represented**
261:7
**representing**
2:21 3:10,21 4:5
21:19 361:15
**represents**
343:2
**reprimanded**
351:12,18
**reproducible**
287:16

**reproduction**
441:20
**reproductive**
215:9 280:19
300:10 401:17
435:2,5,7
**reputable**
27:5
**reputation**
137:22 294:15
351:19,21 378:12
378:12 398:20
402:21
**reputations**
377:23
**reputing**
307:2
**Request**
10:8
**requested**
360:24 441:7
**require**
148:2 149:8 153:5
153:24 154:24
155:18 157:21
280:14
**required**
63:14 347:24 439:8
**requirement**
148:19
**requires**
63:10 389:22
**rescue**
348:2
**research**
8:16 29:24 45:16
57:2,5 58:6,14
59:13,15 63:5,7,9
64:13 66:8 68:17
79:5 82:10 85:10
89:11,21,24 90:1
90:10 104:9
110:16 130:7
138:11 177:22
228:22 246:9
277:15 288:4

289:1 290:1 293:3
295:15 322:9,14
323:13 380:8,10
380:19 412:5
418:18 420:24
421:3
**researched**
396:22
**researcher**
14:20 79:2 380:21
**researchers**
68:16 76:17 78:10
113:2 137:6
294:22 295:23
325:11
**researching**
85:21
**residency**
15:8 96:6
**resident**
12:19
**resistance**
138:22
**resisting**
110:21
**respect**
46:21 117:23
124:19 434:20
**respiration**
141:3,16,17 142:1
142:2,16
**respiratory**
264:22 307:8
**respond**
117:16,22 120:15
123:3,8 143:6
173:18 176:13
339:16
**responding**
395:4
**response**
17:12 31:15 53:15
116:22 120:17
123:5,6 126:8
224:21,23 225:2
267:16 271:7

272:12 293:11
302:10,13 325:23
326:19 369:8
394:8,18
**responses**
116:14
**responsive**
428:23 429:3
430:14 431:8
**responsiveness**
428:21 429:2,9,20
**rest**
141:14 166:22
**RESTAINO**
2:18,19
**restate**
108:9
**restrained**
254:13
**restricted**
236:3 245:18
**result**
185:3 250:11 308:7
327:3,8
**resulted**
259:12
**resulting**
316:9
**results**
34:24 68:22,23,24
142:10 267:2
287:10,12 318:11
336:24 339:15
389:18 397:21
431:16
**retain**
94:11
**retained**
312:6 344:1
**reticular**
231:4,8
**return**
442:15
**Reuter**
6:15 136:16
**revealed**

Benjamin G. Neel, M.D., Ph.D.

41:18,20
**review**
6:18,19 7:18 16:3
23:18 39:16 46:18
52:15,20 75:15
89:20 97:14,16,23
98:5,10,14,16,18
99:15 100:5,7,14
103:18,22 110:12
110:14 111:24
123:17 124:23
126:21 133:13
135:5,14,23
136:24 138:6
139:1 143:21
163:9 168:15
169:1 175:13
188:19,19,20
192:24 194:16
221:19 232:10
261:13 283:13
297:21,23 298:7
301:5 334:2
337:12 338:24
339:15 340:21
342:2 346:12
348:17 373:9
390:18
**reviewed**
28:17 30:17 38:1
39:19,20 45:11,24
46:24 47:3 49:9
51:9 53:14 98:3
98:23 135:8 136:1
137:10 160:5
162:4 179:15
218:7,19 219:22
220:7 228:10,12
236:4 290:18
307:16 337:22
338:1 339:7
348:13 360:7
362:22 368:7
402:22 418:20
**reviewer**
151:17 337:14

**reviewers**
290:19 334:3,5
337:7,23 338:19
339:10 343:9
**reviewing**
46:7 49:22 99:16
99:21,23 131:7
338:5 340:18
**reviews**
125:23 138:1
288:12 333:7,13
340:19 373:14
380:18
**revised**
25:12
**re-read**
93:24
**ridiculous**
77:23
**right**
13:6,8,9 23:2 39:3
57:1,18 58:1 63:2
65:17 68:21,24
69:1,2 76:14
83:11 86:21 93:13
99:17 102:19
103:7 105:24
110:14 111:7
114:2 124:4 125:6
128:3 135:18
148:7 152:22
154:22 156:4
165:14 168:20
190:2 192:12
195:22 214:23
218:9 232:11
238:19 240:24
241:7 243:23
253:5 258:7 261:9
261:23 262:15
263:17,20 264:23
264:24 265:7
266:2 267:5
268:19 269:2
273:9 279:24
281:5 287:13,17

287:20 290:4
295:17 313:18
322:13 327:6
350:5 358:8
360:13 365:13
366:7 374:10
376:5,7,13 377:13
379:8 380:13,17
399:12 405:20
419:4
**rigor**
341:24
**rigorous**
102:13 341:2
**rise**
50:5 70:7
**risk**
6:23 7:6 44:14,22
45:6 51:10,14,21
52:16,24 53:9
54:13 56:6 128:1
128:2,6 129:4
130:6 134:11
145:2 159:19
160:1,6,9,11,12
160:20,23 161:1,2
161:4,15 162:7
163:7,21 164:12
166:2,13,19,21,23
168:16,23 169:1
169:11,16 172:6
172:12,15,20,23
172:24 175:14,22
176:1,23 177:2,13
177:14,19 178:4
180:13,21 181:15
181:18,20 182:8
182:15,18,24
183:22 184:21
185:4,20 186:23
187:13,16,21
188:1,21 190:20
191:19 192:1,2,9
192:21 194:3,12
195:20 196:11
199:14 204:18

214:18,19 215:10
217:18 219:6,16
265:16 292:12,18
292:24 293:13
295:24 296:3,12
296:20 297:3
298:22 402:8
406:3
**risks**
264:19
**RNA**
61:9,10 319:14,23
320:9
**RNAs**
319:17
**RNF213**
62:20 65:2
**Road**
2:15
**Roche**
28:8,15,18
**role**
9:12 40:8,9 79:18
85:17 98:11
112:18 113:11
116:7,16 117:13
119:15,24 123:23
169:4,6 315:24
316:20,23 317:9
317:17 318:3
323:22 329:3,14
330:8 357:16
399:22 437:11
**Roman**
289:21
**room**
373:1
**ROS**
326:14,18,24 327:8
381:1 388:8
400:22 404:11,13
405:1,10
**Royston**
3:21
**rudeness**
291:23

**rule**
119:10 197:1
264:16
**rules**
16:4 197:11 246:22
364:23
**running**
65:16 104:19
**RV**
386:23

---

**S**

**S**
5:10 6:2 7:2 8:2 9:2
**Saed**
8:23 36:12 37:11
37:20 39:21
311:22 318:18
321:24 323:20
324:11 327:23
328:10 329:17
330:20 335:1
336:7,24 337:1
344:3,9 347:8
349:12 350:3
351:11,14,20
352:11,19 353:8
354:9 355:17
356:3 367:16
368:14 401:19
404:3,16 421:22
432:24 433:5,13
433:15 436:3
440:3
**Saed's**
33:10 36:21 37:19
90:6 311:15,17
312:5 313:2,24
314:1 318:11
321:14 322:14
323:13 329:4
330:2 331:8
332:20 333:10
334:3,9 343:24
346:13,24 347:3,7
350:14 355:2

358:12 359:2,20
360:8 367:8,21
369:3,20 373:18
377:23 389:10
394:21 395:1,5
401:23 404:7
422:14 434:12
**safe**
81:19
**safety**
88:3
**SALES**
1:6
**samples**
43:3 66:6
**Samuel**
220:21
**sanctioned**
351:13
**Sanger**
95:10 369:11
**saw**
37:23 136:12,14
217:18 218:1
284:18 331:10
391:23
**saying**
120:18 174:22
178:14,16 195:1,2
220:6 222:10
248:17,21 255:8
265:11,13,14,15
265:18 268:6
273:2 274:6 276:2
300:13 303:24
329:1,4,7 339:10
357:4,20 368:14
439:11
**says**
17:14 20:10 53:10
112:2 127:4
131:14 151:13
160:4 166:6 190:7
191:24 217:12
218:21 219:20,22
220:4 231:3,20

232:5,13 233:7
267:4 271:4
281:10,12 283:19
284:2 298:8,20
299:22 305:1
344:23 395:23
**scale**
207:23 319:6
**scan**
133:17
**scanned**
34:2 42:22
**scholarly**
333:3
**school**
15:7 28:5 29:16
58:8,10 82:13
96:5,6 199:7
280:2 321:8
**schooled**
198:23
**science**
75:9 99:23 101:22
106:4,11,14,18,18
107:1,8 108:4,7
108:17,20,23
109:1 138:8 150:3
151:19 274:3
275:16,17 287:15
287:17,20 288:1
294:4 295:14
307:13 351:16,18
**Sciences**
8:17
**scientific**
12:16 13:4,21 14:3
42:7 46:22 50:3
98:6 106:19 107:4
107:22 108:12
109:6 115:19
146:2 151:4,17,18
152:4,9 154:20
155:9 156:9
158:11 160:23
175:13 178:20
179:2 190:12

194:19,24 195:1,3
200:18 206:4
285:21 287:6
296:14 306:20
317:13 333:15,20
378:16 404:24
410:23 412:4,7
423:19 424:13
425:12,23 427:14
431:6 432:23
**scientifically**
157:15 213:18,20
283:10 286:24
351:9 384:24
**scientist**
69:8 99:8 113:10
124:20 141:6
151:16,21 152:1
152:12 178:11,19
189:18 409:6,8
412:23 413:6
423:15 424:9,17
425:8 429:16
430:11 432:5
**scientists**
95:22 105:15,23
106:10 116:6
117:11,24 119:14
121:5 137:6 138:3
161:12,19 169:20
170:8 178:3,7
189:8,21 194:13
194:20 200:11,21
242:24 243:3
248:23 265:22
275:20 276:5
306:2 315:23
316:3,3,4,7
317:16 318:7,17
333:17 411:15
426:7 429:8,14
431:13
**scientist's**
413:8
**scratch**
140:10

**screening**
6:21 171:9 187:11
**scrutiny**
332:22 333:16,20
**se**
105:4 118:13
**search**
32:23 312:11
328:21 344:7
**searched**
327:12
**searches**
20:24 32:13,15
33:1 90:7 95:8
**searching**
96:16 327:13
**second**
27:16 96:24 97:1
133:4 192:16
212:15 283:17
305:18 382:6
393:18 401:6
**section**
53:13 94:23 109:24
148:7,11 162:7
167:7,21 169:11
187:3 198:1 210:2
217:9 226:20
267:2 282:11
285:10,13 292:9
298:17,20,20
299:7
**sections**
267:14,21 268:1,8
308:12
**see**
14:22 17:7 37:19
37:22 45:4 50:22
55:8 57:15 87:5
94:23 100:11
101:10 102:5
103:8,14 107:15
115:23 119:21
121:6 130:11
132:18 136:18
144:19 154:3

155:3 167:22
169:19 175:4
184:5,12,15 185:8
193:22 208:8
217:22 221:2
230:12 234:1
241:9 252:11,23
263:4 267:24
276:7 277:4 287:4
291:10 318:9
319:15 320:10
324:22 332:7
341:6 344:21
347:2 353:2,19
354:20 355:7
366:8,9,12,13,19
377:7 387:22
390:11 391:8
401:3,9 407:17
413:7 417:17
432:8,20
**seeing**
15:5 117:18 161:22
342:2,4 386:10
390:7
**seen**
17:4 30:14 51:19
86:5 115:2 137:2
217:23 243:8
251:2,13 257:22
259:8 262:24
288:11 290:8
331:8 361:19
380:9 401:15
417:13,21 432:22
**segregation**
247:15
**selecting**
44:6
**self-evident**
409:6
**Sellers**
163:16 167:4,5
169:23 170:6
188:19 194:15
195:6

Benjamin G. Neel, M.D., Ph.D.

semantic
241:15
send
198:12 338:21
  436:9,12
sends
343:8
senior
137:11 428:11
sense
79:23 84:11 105:20
  222:20 223:9
  396:15
sensitizes
62:15
sensor
404:13
sent
20:23 21:4 436:6
sentence
111:15 165:24
  205:6 212:16
  265:1,9,20 284:5
  290:5 334:9 402:4
  406:1
sentiment
304:2
separate
29:19 77:1,12
  140:18,19 216:17
separately
140:21 329:22
sequence
56:19,19 319:23
  422:19
sequenced
211:3 212:11
sequencing
61:9 207:24,24
  208:2 211:9,20
  212:6,22,23
  319:14 320:9
  369:11
sequitur
324:24 357:13
series

148:21 326:21
serious
387:14
seriously
309:2 401:24
  438:18
serous
112:12,22 114:13
  114:23,24 118:4,8
  130:13 182:20
  183:10 216:14,20
  216:23 316:24
  350:19,21 351:3
  407:4,4,9,11,12
  412:16 413:15
  418:11,12 429:2
  430:8 431:1
served
353:22 362:15
Services
1:20 11:5
serving
21:20 25:4 30:3
  81:17 87:17
sessions
341:22
set
389:24
setting
168:6
settings
67:10
settled
76:1 106:11 107:2
  107:9 108:4
seventh
246:5
severity
126:9
SEYFARTH
4:2
SGO
337:24 341:11
  342:7 343:1,8,20
  343:21
share

49:6 374:7
Sharko
3:3 18:22 19:2
  22:14,22 23:3
  25:14,21 26:17
  31:3,8 36:24
  38:14 40:18,22
  43:7 54:5 55:21
  64:21 70:2 72:3
  78:6 83:12,15
  85:2 88:5 94:4
  100:21 107:10
  111:5,9,13 113:20
  120:2 122:9,14
  125:4 134:17
  141:21 143:5
  145:12 148:5
  156:17 162:16,20
  164:19 165:1,10
  167:9,11,16
  169:24 170:12,17
  170:20,24 171:12
  173:21 174:8,12
  174:17 175:17
  176:12 177:7,10
  181:6,10,23 182:3
  186:9,12,17
  189:11 191:3,12
  193:4,10,19
  195:22 196:3,13
  196:23 197:11,17
  198:2,18 199:3
  201:6,9,14 202:7
  202:14 220:24
  221:4 227:24
  231:18 232:6,15
  232:21 234:15
  238:6 239:3 240:3
  245:13 246:3,8
  248:2 249:6
  251:11,18 252:2
  253:11,19 254:8
  254:21 256:7
  258:13 262:23
  264:10 266:13,23
  271:14 272:18

273:22 274:15
  280:24 288:8
  289:14,19 290:21
  291:2,12,18,22
  293:17 295:10,19
  296:4 299:13
  300:6,22 302:5,7
  303:11 304:16,18
  305:14 310:16
  311:2 312:18,21
  313:18,22 314:23
  320:13 321:4,21
  328:3 329:18
  332:15 338:16
  339:8,21 340:2
  342:11 343:17
  353:22 355:14
  356:18 358:15
  359:6 360:3,21
  361:22 362:8,15
  362:20 363:8,12
  363:23 364:6,24
  365:13,18,24
  366:4,9 368:8
  371:17 372:9,23
  373:24 374:8,21
  376:15 377:12
  379:15,19 392:6
  393:1 395:10,14
  395:16 399:14
  408:4 410:11
  411:6,22 415:2
  417:19 420:12
  421:6 422:10
  423:20 424:5
  425:13 426:14
  430:15,20 433:7
  435:11,19 436:15
  438:7 439:9 440:8
Sharko's
198:9 374:7
SHAW
4:2
sheet
306:9 442:7,9,12
  442:15 444:12

she'll
232:16
Shi
115:6
shift
422:18
SHIP1
28:23
SHIP2
27:19 59:18 60:18
  60:21 61:1
SHKOLNIK
2:14
short
109:18 202:5
  277:10 352:5
  421:15
shorten
204:4
Shorthand
1:16 441:13
show
51:5 54:9,11
  117:19 170:9
  185:14 197:4,5
  205:1 235:8
  250:14 274:23
  276:10,17 288:7
  288:13,19 293:14
  314:7 387:18
showed
51:23 257:6 261:1
  319:15 394:6
shower
35:20,24,24 43:3,3
  49:20,21 69:19,20
  70:14,14 71:4,4
  227:7,8 240:16,16
  243:17 247:1,2
  254:19,20
showers
246:18
showing
140:6 275:7 292:6
  395:6
shown

40:11 41:4 49:21
82:21 172:14
293:14 398:11
414:14
**shows**
375:18 394:15,17
**Shukla**
9:11 390:5,6
394:24 420:18
421:22
**shut**
67:24 68:1
**sic**
35:20
**side**
196:24 267:6,7,9
286:20
**sides**
270:10 286:9 287:6
**side's**
361:24
**Sigma**
48:2 132:16 309:6
309:18 311:6
**sign**
441:9 442:8
**signal**
322:10 325:17
**signaling**
59:21 110:20
322:23 323:4,10
324:17,20 325:3,6
325:24 326:19
**signals**
59:23
**signature**
183:6 207:21 208:7
208:9,16,19,23,24
209:2,13 211:5
**signatures**
115:3 179:23
209:18 210:2
214:3,8,10,16
300:4 388:23
**significance**
55:1,3,5,12,16

**significant**
51:6 52:20 152:11
320:11 322:21
353:12 385:14
394:7,10 397:4
**significantly**
306:7 357:8 419:8
**signing**
442:10
**silicate**
229:23 306:9
**silicone**
233:5
**similar**
97:13,19 100:3
188:22 194:15
195:5 293:9
318:17 368:15
371:1 389:10
418:3
**Similarly**
370:10,21
**simmer**
197:20
**Simone**
136:15
**simple**
90:6
**simply**
77:4 297:24 337:2
412:13
**simulation**
326:1
**single**
37:7 39:15,18,20
61:9,10 74:7 77:2
77:3 132:18
153:16 189:4
212:18 213:1,23
213:24 214:14,15
215:17 300:16
328:23 329:6
336:21 418:6
428:14,18
**single-nucleotide**
54:12 56:21

**sir**
204:9 415:23
**siRNAs**
347:23 348:2
**sit**
230:4 384:13
**site**
32:23
**sitting**
135:17 439:5
**situation**
287:5 438:15
**six**
99:14,15 149:11
187:15 267:11
337:22 338:18
339:9 409:15,20
**size**
71:3 306:7 403:14
403:17
**Skadden**
1:14
**skepticism**
212:20 213:11,16
428:15
**Skipped**
6:7
**sleep**
91:7
**slides**
267:14
**sloppily**
66:10
**sloppy**
68:11,11 220:3
**Slow**
8:19 258:13,14
300:6
**slower**
122:10 392:7
**small**
210:7 299:22
368:20 380:14
401:15
**Smith**
43:13

**Smith-Bindman's**
33:12
**smoke**
207:18 414:10,17
**smokers**
208:12
**smoking**
164:15 166:5 172:8
172:11 173:16
207:6,16 208:15
208:22 209:2,5
210:3,10,15,20,23
211:2
**smoking-associat...**
209:1,12
**smooth**
8:19 326:1,4
**snapshots**
115:24
**snips**
55:18,20
**SNP**
56:22 330:17,19
331:1,1 368:20
369:4,5,14
**SNPs**
56:7,8,11,12,13,15
56:16,18 336:10
337:22 354:12,13
354:20 368:4,21
368:22 434:6,8
**soft**
102:21 388:1
**solutions**
275:11
**somebody**
199:7 248:3 380:18
**somewhat**
117:23 140:7
302:13
**soon**
67:20 107:15
**sorry**
33:15 56:3 61:12
61:13 97:2 121:18
122:11 125:21

134:7 145:15
157:13 181:8
184:12 186:13
187:6 204:10,13
213:6 217:5 224:3
231:5 241:9
243:13 245:7
258:15 260:22
262:12 263:21
264:4 289:13
302:14 339:22
354:5 379:20
391:13 392:7,8,24
395:15,17 408:12
424:3,5 438:13
**sort**
63:12 117:23 225:7
238:11 304:1
**sound**
57:24 93:13 230:1
253:22 327:14
338:22 399:5
**sounds**
133:22 262:22
399:12
**sources**
317:23 318:2
**South**
2:10 3:13,18
**so-called**
12:13 350:17
**space**
301:9,22 442:6
**speak**
122:5 165:16 174:6
179:24 194:14,21
196:18 197:16,16
**speaker**
124:14
**speaking**
41:24 42:2 59:14
254:5 291:15
292:3 342:22
**speaks**
110:1
**species**

Benjamin G. Neel, M.D., Ph.D.

142:13,23 144:16
242:20 316:12
323:1,5 325:18,22
345:20 403:24
**specific**
27:21 35:22 48:18
54:11 58:4 61:19
72:18 74:20
118:12 123:19
127:6 130:16,20
131:22 132:10
134:5 139:13
140:1,8 142:4,5
172:10 173:1
182:8 206:6
207:17,20 227:18
228:7 239:9
240:23 243:4
292:20 308:13
325:8 328:21
330:11 348:8
362:23 369:13,14
369:22 422:19
427:1 429:13,15
429:16 431:14
**specifically**
36:22 46:8 48:16
113:5 131:8 180:6
244:22 329:16
367:14
**specifics**
121:3 431:13
**specified**
118:1
**specimen**
266:6,11
**specimens**
266:12
**speculate**
432:21
**speculation**
135:19
**speech**
170:18 176:14
328:5
**spelling**

136:18
**spend**
229:11 251:9
**spent**
21:11 183:15
**sperm**
276:12,17,17,18
278:6,8,9,10,11
278:15
**spoke**
136:11 321:10
**spoken**
133:11 136:6
398:21 399:1
**sponsored**
75:11 289:23
**spot**
261:19
**Spring**
341:18
**squamous**
210:7
**Square**
1:14 3:8 11:10
**staff**
15:21
**stage**
115:21 261:8
407:15 418:15
**stages**
416:16 418:16
**stained**
267:14
**staining**
347:17 404:14,16
**stand**
202:15 213:7
248:16 269:22
434:11 435:7
440:12
**standard**
56:15 63:15 99:21
100:6 149:7 151:7
151:11,13,19,22
152:7,19 155:4
244:5,16 247:8,22

248:7,22 249:22
250:13 303:19
309:5 341:1
345:18 350:22
**standards**
97:8 150:3,12
**standpoint**
34:22 39:23 104:17
116:18 117:9
203:8,10,12
211:12 357:2
420:20 424:13
**stands**
114:22
**start**
165:15 420:7
**started**
13:10
**starting**
139:3 380:5 381:13
381:17
**starts**
271:24 384:19
**startup**
27:11
**state**
101:13 130:7
138:18 143:9
145:17 149:9
163:21 164:1
165:20 166:1
172:5 178:12
187:3 195:4
204:23 240:15,19
247:5,18 253:4
254:18 284:8
285:8 290:1 294:2
295:14 332:19
336:6 367:17
380:23 403:19
442:5
**stated**
105:6 135:12 165:5
165:8 166:12
168:3 189:10
235:20 306:5,19

335:5 405:24
**statement**
116:11 117:20
119:21 126:20,22
128:12 143:15,18
144:3 152:13
153:16 175:3,11
195:8 222:5 223:8
225:1 230:13,17
237:5,6 247:19
249:20 269:22
276:3 281:7 283:6
296:16 297:10,13
297:20,23 298:3
306:15 309:21
313:4 324:21
332:24 333:2
337:13 353:10,15
357:6,12,20 381:6
402:12 408:22
419:21 422:8,12
429:15 432:6
434:2
**statements**
16:15 43:17 100:10
126:23 149:22
160:15 285:8,12
319:3 333:19
354:11 368:2
381:9 429:13
433:21 434:5
**states**
1:1 13:19 147:17
151:21 152:2,12
159:23 160:3
184:10 191:18
192:20 194:2,11
195:19 196:10
217:14 246:24
264:4 265:3
282:14 300:12
319:10 335:2,15
**stating**
134:9 195:5
**statistical**
54:24 55:2,4

**statute**
371:21
**staying**
421:2
**stealer**
373:15
**stem**
138:24
**stems**
410:20
**stenographic**
11:16
**sterile**
259:16
**Stewart**
101:9
**STIC**
117:9
**stick**
206:16,17
**sticker**
125:12
**stickers**
379:8
**STICs**
114:22 115:21
388:22 432:17,18
**stills**
388:23
**STILs**
115:3
**stimulus**
129:11 134:13
**stipulated**
253:23 258:20
**Stipulations**
10:11
**stoichiometric**
422:18
**Stop**
174:17
**stopped**
15:5
**Straif**
293:7
**strategy**

Benjamin G. Neel, M.D., Ph.D.

97:13
Street
2:4,10,19 3:13 4:3
strengths
99:10
stress
6:13 138:14,18
140:12,18,23,23
141:11 142:12
143:11,23 314:21
315:5,10,11,18,21
315:24 316:9,13
316:19,22 317:7
317:10,21,24
318:2 322:15,22
323:22 325:2
327:19,21 328:1
328:11,16,18
329:3,8,14 330:8
331:2 344:24
345:9,12,22 346:4
358:3 419:9
strict
100:3
strokes
62:23
stroma
231:4,8 283:20
285:23,24,24
strong
106:2 154:14
159:10,14 178:13
189:5 199:21
296:21
stronger
430:6
strongest
271:4
strongly
211:4 234:24
269:19 306:2
structure
70:6
student
82:2 260:9 413:18
students

349:19
studied
47:13 115:4 267:5
331:5 404:3 415:5
428:3 432:1
studies
27:18 34:14 35:12
36:11,19 37:4,9
37:11 39:13 41:12
41:19 47:1,4,12
47:16,18,20 48:4
48:9,13 49:3,4
50:19,22,23 51:5
51:7 54:9,23
56:14 61:6,7 67:4
67:19 69:16 78:23
101:11 132:20
184:22 185:7,12
185:13 188:11,14
188:16 207:24
212:16,24 227:14
228:11 236:5,23
239:23 240:14,19
243:15,18 244:1,6
244:11 246:1,9,16
253:9,23 254:18
257:12,13,14
259:9 266:3
269:14 270:18
273:7,16,19 274:3
274:7,21,24
275:24 276:17,20
276:22 277:1,7
278:19 283:3
292:14 293:8
298:5,6 301:17
303:1 308:9,13
309:22 310:1,3
311:6 314:18
319:6 325:19
354:11,15,22
382:15,20 383:10
387:18 397:12
415:10 420:9
421:21 422:1
423:12,15,17

424:9,18 425:9,18
425:21 426:8
430:24 437:1,5
study
39:19 48:3,21,23
49:16 52:1 53:5
54:21 58:22 61:22
65:21 75:4,11
88:4 96:1 114:8
121:10 132:20
183:24 189:4
199:17 211:2
229:14 246:24
257:22 258:3
259:5,24 260:11
260:13,18 265:24
270:16 273:4,6,15
274:1 275:7,9
301:11,14 304:10
308:24 309:18
314:21 315:4
325:17 338:13
382:1 383:24
384:3,19 385:2,9
385:9 386:5,6
387:4,11,15 408:2
410:5 425:15
428:4,13 432:20
437:10,19,22
438:1,1,16,17,20
439:7,14,24
studying
183:15 385:10
410:16,18 412:9
413:1
stuff
81:10 94:11 236:8
362:21
styrene
238:1,24
subepithelial
286:2
subject
45:17 71:20 128:22
133:14 163:10
185:9 252:24

267:4,22 279:11
322:20 343:7
371:1 442:10
subjective
101:19
subjects
268:13
submit
28:16 103:22
submitted
92:16 93:6 281:13
341:12 343:3
Subscribed
444:19
subsequent
297:1 311:24
350:24
subsequently
22:10 73:11 326:10
335:21
subset
20:22
substance
41:17 306:6 444:11
substances
222:23 223:10,15
223:16 274:9
substantial
175:7
subtype
172:9 173:1 181:21
182:20,20,21
293:15
subtypes
58:23 76:13 87:11
118:3 182:9,13
183:1 215:12,13
350:4,9 428:22
429:11,21 430:4
suffer
205:3
suffered
393:10
suffers
392:18 393:6
sufficient

293:4 424:20
426:11
sugar
238:17 262:16
suggest
118:11 126:3
129:24 143:10,23
292:16 296:17
304:14 359:22
suggested
304:7
suggests
84:18 190:4 296:15
296:18
suit
12:19
Suite
2:10,15 3:8,19
summary
182:7 184:7 230:2
230:13,17 264:3
264:15 284:11
288:11
superficial
79:23
supervision
441:22
supplemental
353:23 359:5 433:2
supplied
37:24
suppliers
48:1,1
support
10:2 42:8 100:12
102:8 107:5,21
158:11 175:8
190:10 247:6
272:16,20 293:4
318:14 326:11
330:3 389:1 396:8
supported
75:10 149:19 153:3
288:2
supporting
41:20 237:8 282:21

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 161 of 875 PageID: 48117
Benjamin G. Neel, M.D., Ph.D.

Page 493

**supports**
100:12 102:6,9
   128:21 234:24
**suppositions**
249:1
**suppressing**
319:18
**suppressor**
60:21 335:4,22
   336:4 434:4
**suppressors**
110:20
**sure**
16:17 21:12 33:14
   36:3 37:13 73:21
   79:5 90:2,24 92:3
   101:2,16 103:23
   109:12 114:1
   115:13 118:22
   119:17 124:11
   128:4 131:16
   136:14 152:10
   159:3 160:14
   169:18 232:20
   261:17 313:11
   324:10 339:24
   342:14 347:12
   348:4,6,7 350:10
   352:22 359:18
   360:11 371:13
   372:18 373:23
   377:8,11 381:16
   382:8,11 391:3,12
   396:16 397:19
   401:22 408:7
   414:8 424:2 426:3
   427:18 439:6
**surface**
61:17 67:14 261:3
   261:8 381:20
   386:14,17 391:18
   392:13 405:13
   406:21 418:10
   439:22
**surgeon's**
262:16,19 263:11

263:13
**surgery**
416:24
**surgical**
85:1,13 233:18
   261:22 265:6
   280:15
**surprise**
226:18
**survival**
116:22 138:21,24
**Susan**
3:3 197:6 201:12
   254:2 291:14
   321:9 363:18
**susan.sharko@d...**
3:5
**susceptibility**
126:9
**suspect**
147:19 149:24
   211:4
**suspected**
238:23 303:8,16
**sustaining**
110:19
**SV40**
386:20,21 387:7,12
   392:3,14 393:3
**sweeps**
148:18
**Swisher**
91:22 92:10
**switch**
122:12 336:10,13
   369:7 378:19
**swore**
379:7
**sworn**
11:22 441:5 444:19
**syndrome**
60:9,13 62:21,22
   64:15 65:7
**syngeneic**
61:22
**system**

69:1 76:14 121:24
   413:16 439:1
**systematic**
7:18 221:18
**systems**
61:15 64:6 67:8
   209:21 402:9
   406:4 423:10
   440:2

**T**

**T**
4:3 5:10 6:2 7:2 8:2
   9:2 386:20,21
   387:7,12 443:1
**table**
144:13,22,23
   173:20 182:6
   222:21 234:11
   284:7 299:12
**tables**
319:21 320:6
**Tag-immortalized**
392:3,15 393:3
**Taher**
7:19 51:12 53:3,8
   218:3,10,12,13,13
   218:21 219:4,13
   219:19 220:5,7,14
   221:18 280:21
   282:13 284:13,19
   285:6 303:21
   304:24 305:1
**Taher's**
284:10
**take**
16:21 26:9 54:5
   100:9 120:10
   197:19 201:24
   221:10 232:9,10
   251:6,7 271:18
   276:6 277:2,6
   284:7 286:21
   291:6 318:7 353:4
   355:18 359:12
   361:7 364:18,21

387:20
**taken**
1:13 12:9 13:3,9,12
   204:24
**talc**
8:6,9,14 9:15 22:5
   32:18,19 34:18
   35:2,4,7,8,9,10
   36:4 37:14 39:9
   40:12 41:5,13
   42:8 46:9,20,24
   47:2,9,22,24 48:5
   48:10 51:6 70:17
   71:8,18,24 81:14
   83:22 85:19 86:16
   86:20 87:8 89:4
   98:6,19,24 101:12
   107:5,22 108:12
   108:24 109:7
   129:12 130:23
   131:9,10,12,14,20
   131:23 132:9,10
   132:12,14,15,19
   133:9,15 134:12
   134:23 155:24
   160:10 163:23
   164:14 166:4,15
   166:17,23 169:5,6
   169:14 172:9,13
   172:20 173:17
   175:3 176:2
   177:15,18,18
   184:11,18,23
   185:3,20 187:20
   187:24 188:24
   190:5,10 192:1,5
   203:24 204:2
   217:9,14 221:13
   221:24 226:1,5,11
   226:21 227:3,11
   227:13,17,20,23
   228:6,8,9 229:24
   232:5,14 233:10
   233:17,21,23
   234:2,4,6 235:22
   236:3 237:9,12

240:20 243:10,18
   243:21 244:12,24
   245:1 246:19
   247:5,7 248:23
   249:21 255:3,11
   255:20 256:13,18
   256:22 257:12
   258:4,11,21 259:2
   259:14,20 265:18
   265:24 266:21,22
   267:6,16 268:14
   269:8,9,15,20
   270:3 272:3,8
   276:14 282:15
   283:19 284:3,14
   285:14,19,22
   293:9,20 298:4
   301:8,15 302:19
   306:2,5,12,21
   307:23 308:11,17
   309:4,18 310:7
   336:9 357:17
   358:3 369:8,15
   378:23 380:23
   381:19 383:15,19
   383:21 384:5
   387:20 388:9
   389:2 391:17
   393:22 394:12,19
   395:24 396:9,19
   397:2,6,11 398:5
   398:9,11 400:21
   401:10,11 402:4
   403:20 405:10
   416:3 417:12
   419:3 420:10
   422:16 425:19
   427:13 436:17
   437:4,13 439:18
   439:19,20,24
**talcum**
1:5 11:11 17:16
   30:12 36:5,7,9,20
   39:2,8,10 40:1,4
   40:11 41:4 44:15
   44:21 45:5 48:10

59:2 71:7,14 72:9
72:15 79:20 80:2
80:7,14,16,19
84:19 85:12,17
86:2 87:21 89:8
89:21 106:24
131:21 134:1
159:18,24 160:5
161:14 167:21
179:11 191:19
192:20 194:2,11
195:20 196:11
203:7,18 204:14
223:24 233:17
236:16 238:4
239:24 246:1
253:10 256:5
270:21,21 293:11
296:2 301:21
303:1 305:18
307:23 308:6
309:22 310:1,14
310:23 378:23
383:5,6,24 413:2
423:18 424:11,19
425:10 426:10
427:24 437:14,15
437:19,22 438:3,4

**talc-based**
402:6

**Talc-Induced**
9:6

**talk**
73:15,24 76:20,22
77:5,10 78:11
107:17 140:20
144:7,9 197:2
257:16 300:15
320:15 365:3
366:5 379:3

**talked**
80:1 133:8 405:16

**talking**
23:14 36:1 47:15
47:17,19 51:11,13
101:24 110:18

112:9 113:5,8
117:18 121:13
139:11 144:11
153:19 162:17
198:4,6 225:3
226:23 274:22
276:21 317:20,24
320:16 323:20
336:12 338:7
343:14 385:11

**tally**
286:22

**Tampa**
163:19

**target**
60:5

**targeted**
61:24

**task**
376:17

**taught**
80:13

**TCGA**
319:15,21 320:5,6
320:8

**teach**
349:19

**technically**
332:20 333:4,8,12
423:7

**TECHNICIAN**
4:9

**technique**
259:16

**techniques**
396:16

**technologies**
322:18

**tell**
26:2 33:8 46:17
47:7 54:2 66:1
71:1 81:21 82:18
101:23 151:23
165:6 168:20
189:14 192:17
197:24 206:24

208:19 209:21
262:20 263:3,4
269:3 291:17
318:20 351:7
358:12 359:17
361:10,17 362:10
364:2,3,8,9,11
370:22 372:15
373:19 374:11,11
381:14 389:7
390:24 391:9

**telling**
82:11 151:15,15
226:5 338:7 342:5

**tells**
95:22 210:3

**ten**
127:16 254:11
290:18

**term**
201:3 285:21 304:6

**terminology**
255:18

**terms**
32:16 99:9 140:22
211:23 222:9,11
224:12 249:17,19
283:4 330:7
355:21 389:13
396:3 406:10
408:2 431:15

**test**
90:5 239:24 244:15
246:11 247:12,13
247:14,14 253:9
438:24

**tested**
43:2 233:2 244:15

**testified**
11:23 131:20 132:6
132:7 203:2
217:17

**testify**
39:24 169:4 285:2
312:6

**testifying**

101:4

**testimony**
5:4 84:5 120:3
127:8 191:6
204:16 228:1
286:21 301:20
354:24 411:7
441:6

**testing**
66:22 246:1 249:4
249:15 382:22

**tests**
244:16 247:23
248:8 249:14
250:2,4

**text**
18:8 111:12 217:22

**textbook**
95:16,22 171:8,22
175:11 226:15,17
226:19,24

**textbooks**
279:9

**thank**
177:10 181:10
198:11,16 201:11
266:23 271:21
289:19 291:2
293:22 305:14
313:22 376:23
395:17 440:9,10

**Thanks**
244:4 373:5

**thein**
347:1

**theoretically**
327:10

**theories**
142:16

**theory**
140:9

**therapy**
430:1

**thing**
64:15 79:1 96:4
108:18 152:22

153:1,12 154:3
157:19 158:18
173:12 201:12
217:6 225:10
244:24 252:21
265:14 271:12
299:10 304:22
305:2 344:14,18
349:21 354:5,6
368:3 375:12
393:17,18 401:5,6
414:8 427:19

**things**
20:16 36:18 38:21
45:19 47:19 67:11
75:15,22 89:3,10
94:10 112:2,4
140:1,17 156:4,6
156:7,8 315:8
341:1 349:17
363:4 365:1 404:3

**think**
19:4 22:22 23:5,19
28:11 33:22 34:4
38:11 44:12 46:15
52:6 53:10 58:24
66:12,17 68:11
73:24 75:2,24
76:15 78:24 79:11
80:4 81:3 88:1,14
89:18 95:21 97:11
97:24 98:2 101:8
101:14 102:20
104:13 105:3,6
109:13 112:9
114:2 116:10,13
117:1,7 124:13
128:16,21 130:24
131:2 135:11
137:3 139:6
140:16 143:16
149:6 150:2 152:1
160:8,13 161:6,9
161:17 164:2
165:16 168:1
173:2 176:16

Benjamin G. Neel, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| 185:22 189:15 | 437:12 438:18 | 196:17 197:9,21 | 356:12,20 358:19 | 29:16 30:22 49:15 |
| 190:18 191:12 | **thinking** | 198:17,20,24 | 358:23 359:1 | 52:19 54:6 56:9 |
| 195:7 197:3 | 325:12 | 199:9,11 201:8,11 | 360:1,5 366:14 | 56:17 57:18 58:13 |
| 199:24 203:20 | **third** | 201:20 202:10,24 | 368:13 371:19 | 63:23 69:2 78:13 |
| 206:12 215:15 | 28:5 60:18 61:3,4 | 220:18,22 221:2,9 | 372:13 373:4,10 | 80:15 82:11 96:22 |
| 216:18 217:21 | 61:12 62:6 198:3 | 221:17,22 228:4 | 374:3,6,10,14,23 | 96:24 97:1 99:16 |
| 218:2 232:18,19 | 221:17 387:17 | 229:8 232:1,8,19 | 376:22 377:20 | 103:12 107:13 |
| 233:21 234:6,18 | **thirty** | 232:23 235:2 | 379:10,21 390:17 | 109:11,16,20 |
| 234:23 254:23 | 442:16 | 238:8 239:11 | 392:23 395:8,13 | 135:6 136:10,12 |
| 259:11,19 263:18 | **THOMAS** | 240:13 245:23 | 395:19 399:19,21 | 139:21 150:12 |
| 270:24 277:4 | 2:8 4:3 | 246:6,10,14 248:6 | 405:23 408:9 | 196:7 199:10 |
| 279:17,21 280:1,4 | **Thompson** | 249:11,13 250:21 | 411:1,17 412:22 | 202:16,22 219:10 |
| 280:8 281:18 | 2:3 5:6 12:3,7 17:3 | 251:15,21 252:8 | 415:8 417:6 418:1 | 229:12 233:19 |
| 284:6 285:11,16 | 18:15,24 19:7,15 | 252:13 253:13 | 420:16 421:4,7,19 | 235:15 246:5 |
| 293:24 295:18 | 22:19 23:1,8 26:3 | 254:3,16 255:1 | 423:13 424:1,7 | 251:23 252:6,9 |
| 296:13 297:9,19 | 26:19 31:13 37:17 | 257:10,20 259:10 | 425:24 427:4 | 253:1 277:8,12 |
| 298:5 299:1 304:5 | 38:23 40:20 41:3 | 260:17,22,24 | 430:22 434:14,16 | 286:12 292:5 |
| 306:16,24 307:14 | 43:9 53:24 54:15 | 262:6,11,13 263:2 | 434:20 435:18 | 297:16 302:8 |
| 307:17 312:10 | 56:2 57:9 65:22 | 263:15 264:13,17 | 438:12 440:6 | 351:24 352:4,7 |
| 316:8,13,21 317:1 | 70:9 72:7 78:8,19 | 266:18,24 271:16 | **thorough** | 353:4 355:19 |
| 317:2,14,15 318:4 | 82:5 83:6 84:7 | 271:20,22 272:19 | 13:16 | 361:24 366:11 |
| 318:24 320:18 | 85:9 88:20 93:3 | 272:22 274:5 | **thoroughly** | 381:2 382:7 |
| 321:17 322:6 | 101:5 107:12,18 | 275:19 277:14 | 100:9 351:7 | 394:13 421:5,11 |
| 324:12 325:24 | 109:9,22 110:8 | 281:1 288:15,22 | **thought** | 421:13,17 440:14 |
| 328:13 330:12,14 | 111:14 113:24 | 289:5,12,17,20 | 80:22 103:19 | **Timeout** |
| 330:20 334:4,20 | 116:2,4 121:8 | 290:24 291:4,14 | 118:23 119:1 | 193:5 |
| 337:10 338:19 | 123:10 124:22 | 291:20 292:2,8 | 170:22 196:24,24 | **times** |
| 341:16 347:4,6,11 | 125:11,14 133:2 | 293:21 294:14 | 298:10 323:9 | 1:14 11:9 12:24 |
| 347:12 348:23 | 134:21 136:23 | 295:12,21 296:9 | 355:7 366:20 | 91:16 106:7 140:2 |
| 350:12 355:23 | 141:23 143:8 | 298:13,15 299:17 | 371:10 385:13,14 | 168:6 208:13 |
| 359:23 363:11 | 145:16 147:4,9 | 300:18 301:1,3 | 400:13 405:18 | 254:11 291:16 |
| 364:8 365:2 | 148:8 149:20 | 302:23 304:11 | 406:6,7 427:11 | 320:15 333:7 |
| 376:18,19 378:8 | 156:24 162:22 | 305:4,10,15 | **thousands** | 411:23 438:9 |
| 380:9 381:24 | 163:3 164:23 | 310:20 311:13 | 340:22 | **Tisi** |
| 384:2,13 385:9,15 | 165:4,13,18 | 312:20,23,24 | **three** | 2:9 197:24 198:5 |
| 386:15 387:14 | 168:14 170:4,14 | 313:20,23 315:1 | 49:3 59:17 183:1 | 198:19,22 199:5 |
| 388:14,24 389:5 | 171:6,16 174:1,10 | 319:24 320:2,22 | 207:23 217:15 | 201:16 320:13,17 |
| 394:21 395:2 | 174:15,19 175:20 | 321:13,16,23 | 220:11 282:7 | 320:23 321:6,7 |
| 398:1 400:10 | 176:16,21 177:9 | 328:9 329:23 | **tie** | 361:10,23 362:2,9 |
| 402:16 403:2 | 177:11 181:1,8,12 | 331:6 332:18 | 130:15 | 362:10,18 363:2,9 |
| 409:5,8,10 410:13 | 181:14 182:5 | 336:16 339:2,12 | **tiered** | 363:10,13,15 |
| 410:20 412:6 | 183:19 186:5,10 | 339:18,23 342:16 | 348:21 | 364:2,7 365:5,16 |
| 421:10 426:4,16 | 186:13,15,19 | 342:21,24 343:22 | **time** | 365:20,24 366:3 |
| 427:10,23 428:16 | 190:13 191:9,14 | 345:24 346:2 | 11:7 15:23 21:12 | **tissue** |
| 429:18 431:13,14 | 193:7,17,21,24 | 351:24 352:9 | 22:7,11 26:11 | 66:6 129:12,21 |
| 433:10 435:11,12 | 195:14 196:1,5,8 | 354:1,2,23 356:7 | 27:10,10,13 29:15 | 226:7 267:18 |

Benjamin G. Neel, M.D., Ph.D.

282:17 285:15
301:8,23 382:3
383:21
**tissues**
63:18 64:7 224:4
256:6 258:7
267:15 300:10
302:20,22 413:22
414:2
**titanium**
394:12
**title**
121:21 230:23,24
263:8,9 324:15
358:21 419:15
**titled**
20:5 110:3 125:18
138:14 171:9
180:20 181:15
229:10 250:23
284:11 288:3
291:7 292:10
**tlocke@seyfarth....**
4:5
**tobacco**
414:10,17
**today**
11:13 12:8 13:15
16:4 17:11 31:1
35:16 36:1 72:21
72:24 73:6,20
83:8 84:5 91:13
92:15,19 93:23
139:15 169:4
180:9 201:13,18
227:12 298:12
308:17,18,20
329:16 346:16,19
360:18 361:5
384:14 385:11
388:19 395:22
411:21 428:16
439:5
**today's**
11:6 440:13
**told**

42:21 67:6 88:1
91:6,8,9,10
133:10 244:22
314:16 323:19
346:17
**Tom**
163:16
**tomorrow**
366:6
**tone**
345:3,19
**top**
76:17 263:24
**topic**
26:12 89:12 112:13
140:1 159:16
169:3 194:17
228:21,22 291:9
349:3 375:24
**topics**
97:23
**Torin**
325:14,15
**Toronto**
27:15 63:24 67:23
**totally**
362:8 363:5
**toxicity**
244:16
**toxicologist**
239:8 403:1,8
**toxicology**
248:12
**trachomata**
130:13
**tract**
255:4,13,22 257:2
276:11,19 277:18
277:22 278:5,12
278:16 279:6,20
279:23 280:3,14
280:16,19 300:11
306:22 401:17
**traditional**
350:17,19
**trained**

101:23 104:17
285:3
**training**
15:21 58:11 96:12
99:9 103:5 105:1
178:18 413:9
**trajectories**
300:5
**transcript**
441:9,19 442:17,19
**transcription**
444:7
**transcripts**
21:15
**transduction**
59:22 322:10
325:18
**transform**
387:11
**transformation**
9:7 138:20 204:1
381:1 387:24
388:2 407:5
**transformed**
386:20 387:1,7
407:7 410:16
416:6 418:7
**transforming**
393:12
**transiently**
64:13
**translated**
79:7
**translocations**
205:19
**transmitted**
78:15 79:13
**transport**
274:14 278:3,24
279:5 283:19
285:22 286:7
**transported**
270:4 274:10
278:11
**treat**
15:15 61:23 77:24

212:18 301:10
387:20
**treated**
15:18 62:3,4 261:1
**treating**
78:2 213:1
**treatise**
95:17 287:23 295:1
295:15 298:18
**treatment**
126:2 336:9 369:8
369:15
**treats**
428:13
**trial**
64:12 65:12,15
**trials**
64:10 79:9
**trick**
206:22 207:1,3
**tried**
164:21 320:21
**tries**
120:15 123:3 199:7
**trouble**
80:4 410:14
**true**
79:11 82:14,15
106:21 127:5
128:5 146:11
185:18 250:16
275:8 283:16
335:9 338:15
357:12 362:7
363:22 364:16
368:3 374:3 430:8
441:6
**truly**
336:8
**try**
79:5 94:11 176:3
181:12 196:7
256:11
**trying**
60:5 62:2 96:1
102:2 155:13

165:11 182:14
206:21,23 207:1
209:10 213:6,12
213:15 218:5
238:14 311:5
323:14 387:2
435:20
**tubal**
114:24 187:18
386:11 413:4
431:21 432:12,14
432:16
**tube**
61:16 67:14,17
114:22 270:5,23
381:20 384:9
405:12 409:3
410:19 412:12
418:9 422:17
439:19
**tubes**
50:11 235:11
272:10
**tubular**
114:23
**TUCKER**
3:12,17
**tumor**
60:21 122:7,8
123:6,7,8 126:5
138:21,21 200:16
241:18 300:2
319:18 335:4,22
336:4 387:18
434:4
**tumorigenicity**
388:3
**tumors**
61:23 62:3 122:2,4
126:4 205:8,8,9
205:10 212:12,13
214:4,5 216:1,13
216:19 217:3
300:8
**tumor-antagoniz...**
122:18

Benjamin G. Neel, M.D., Ph.D.

**tumor-promoting**
119:5,7 122:19
**turn**
171:10 177:4
   180:16 181:5,17
   308:21
**turning**
145:10 177:1 337:4
**two**
12:23 28:21 36:17
   56:18 68:1 80:10
   129:22 132:2
   149:12 178:15
   222:9 266:3 273:6
   273:16 274:6,21
   287:8,11 292:18
   296:23 298:4
   305:13 374:22
   386:22 388:9
   393:12 399:3
   420:11,15 421:23
   437:3 439:3
**two-year**
27:20 28:9
**type**
58:23 59:14 60:18
   61:10 71:13 73:3
   74:14,14 89:24
   97:13 116:20
   183:6 185:9 205:7
   205:8,9,10 206:10
   209:4 211:10
   212:12,13 214:4,4
   215:7,13,14,24,24
   216:13,13,19
   217:2,4 224:1,19
   225:1,4,7 255:9
   265:12 272:11
   342:8 386:8
   394:14,17 407:14
**types**
58:21 62:16 74:13
   76:24 126:17
   205:1,2,3,17
   206:10 207:9,17
   208:2,21 214:5,20

215:3 244:6
250:10 264:6
300:2 404:12
405:6 413:22
414:2,22
**typical**
222:22 341:13
**typically**
36:19 48:14 225:7
**typing**
400:14
**tyrosine**
59:24 324:8 326:9

────── U ──────

**UCSF**
82:2,12
**unable**
21:2 26:6
**uncertain**
420:4
**unclear**
129:23 200:1
   285:16 433:12
**uncomfortable**
432:4
**uncoupling**
141:4
**uncredible**
108:18
**undergo**
315:17
**undergone**
175:12
**undergraduate**
413:19
**underlying**
111:16 112:3
   115:17 205:13
   338:11
**understand**
16:5,7 17:9 26:13
   57:1 73:8,22 74:5
   84:4 87:10 92:14
   155:13 159:5
   206:23 209:11

236:10 238:9
259:20 296:14
323:12 338:5
342:14,17 372:3
402:2 409:23
416:3 430:18
434:22
**understanding**
13:16 45:23 59:13
   69:22 74:12 79:20
   172:23 187:12
   219:3,8 279:4,8
   280:6,9,11,18
   294:24 295:7
   340:11 397:10
   411:12 412:11
   413:11 415:19,21
   424:21 426:12,18
   426:21 427:8
**understood**
333:17
**underwent**
416:24
**unfortunately**
102:7
**uniform**
306:6
**uninformed**
161:20
**unintentional**
107:14
**Union**
3:21
**United**
1:1 151:21 152:2
   152:12
**universally**
247:7 249:21
**university**
12:16 78:11
**unprecedented**
369:16
**unreasonable**
318:8
**unrelated**
259:13

**unreliable**
376:10
**unresolved**
271:1,3,3
**unstable**
387:8
**unusual**
390:9
**updated**
57:11
**upregulation**
394:7
**upset**
103:9,10
**upstairs**
65:9
**up-to-date**
168:22 171:22
**Usage**
266:21
**use**
18:9 29:14 32:16
   32:24 36:15 40:9
   44:15,22 45:5
   50:19 63:18 64:3
   65:5 66:7,9,12,13
   66:14,16 67:20
   68:21,24 73:9
   80:1,23 81:9,20
   86:1,16 97:7,9,14
   97:18 98:8 99:3
   100:4,7 101:1
   106:24 128:20
   131:20 153:15
   155:7 156:12
   158:22,23,24
   159:18,24 161:14
   166:11 172:9,13
   172:20 173:17
   175:3 177:15
   179:11 182:19
   184:11,19,24
   185:3,20 187:17
   187:20,24 194:21
   194:23 198:9
   200:13 203:18

204:14 215:11
232:7 237:1 250:6
251:20 252:5,9
262:21 264:18
269:8,20 270:13
275:9 293:9,11
304:6 308:10
333:13 347:19,22
348:1 350:7
368:18,21 387:11
387:12 392:13
397:17 398:16
401:13 408:24
424:11,19 425:10
426:10 431:1
**uses**
27:18 153:10 154:3
   154:17 350:22
   393:3 418:5
**usually**
63:15 117:4 123:4
   255:9
**uterine**
278:22
**utilized**
78:16
**utterly**
369:16

────── V ──────

**V**
2:9
**vagina**
272:6
**vague**
79:23 117:23
   119:20
**valid**
349:23
**validity**
90:5
**value**
100:11 276:6
**variation**
205:12,19
**variations**

Benjamin G. Neel, M.D., Ph.D.

183:13
**varies**
138:11 306:6
**varieties**
403:20
**variety**
37:5 63:20
**various**
44:5 47:21 48:5
61:10 70:17
122:20 130:21
138:2 172:7 264:6
274:9 350:4
383:16
**vary**
293:15
**vast**
274:8,19
**version**
37:23,24 331:24
**videographer**
11:2,4 109:15,19
202:15,21 277:8
277:11 352:2,6
421:12,16 440:11
**VIDEOTAPE**
4:9
**videotaped**
1:13 11:8
**view**
30:5 168:23 216:19
**viewed**
212:19 213:10,16
**views**
166:22
**violation**
24:17
**Virchow**
6:11 125:19,20,21
**virtually**
226:19
**Vitae**
5:21 8:22
**Vital**
8:20
**vitamin**

64:20,23,24 65:6
**vitro**
63:5 66:18,20,23
67:4 68:17 382:15
382:21 383:5
430:24 437:19
438:1
**vivo**
63:5 66:8,10,13,14
66:16,24 67:1
68:4,4 437:22
438:1
**voice**
165:11
**Volume**
7:17 8:12,20
220:23
**voluminous**
313:9

---

### W

**W**
3:18
**Wacker**
3:18
**wait**
55:21,21,22 107:10
107:10 111:5,5
141:21,21 164:19
167:11 169:24,24
170:1,20 175:17
175:18 193:5
232:15 248:2
264:10 273:22
300:23 310:17
328:3 332:15,16
356:18 373:8
376:15
**walk**
44:10
**want**
24:22 44:10 46:13
64:16 68:7,22
88:10 90:2 101:2
108:1 109:2,3,3
117:19 130:11

153:13 159:4
169:22 170:8
175:5 193:13,17
198:20,21 199:10
201:6 202:8
206:24 207:2
229:11 230:10
231:1 243:4
247:17 251:19
252:5 255:6
257:15 262:24
274:23 276:21
281:20 282:2,6,8
314:12 341:6
353:3 354:6
358:18 359:13,14
362:24 365:17,21
366:17,22 373:2
373:22 378:11
381:14 386:1
400:8 431:7
**wanted**
114:1 191:10 383:4
**wanting**
135:7
**wants**
167:9
**warning**
207:3
**Washington**
4:4
**wasn't**
14:16 34:11 37:7
51:2 56:1 70:23
85:14 88:13 89:12
91:12,14 123:13
123:19 157:12
172:2 206:21
220:13 297:16
307:6 353:16
355:22 372:20
**waste**
82:11 199:10
361:23
**watching**
221:4

**way**
21:5 45:7 85:7 86:9
86:14 87:6 98:1
101:6 106:16
117:21 123:9
155:24 156:13
157:1 180:4 195:3
199:19 203:21,22
212:3 227:16
237:23 256:10
259:23 265:8,8
268:4 269:4
273:16 297:10
298:7 307:2 308:5
310:7 329:11
337:13 338:8
343:5 372:23
396:9 416:15
420:10 426:6
431:14
**ways**
101:14 122:7,17
123:8 381:13,14
389:16
**weak**
148:23 154:13
215:21 296:16
**weakness**
387:15 404:7
**weaknesses**
99:11 385:2
**wearers**
264:8
**website**
55:8 95:10,10
210:1 304:4
319:13
**websites**
44:5,6,9,13,18,21
45:1,2,5 90:7,8
320:7
**week**
197:10
**weekend**
13:13
**weeks**

37:21 91:17
**weigh**
99:4
**weighing**
100:17
**weight**
267:10
**Weinberg**
118:22
**welcome**
97:21 434:22
**well-defined**
114:20
**well-designed**
274:1 382:24
**well-established**
330:15
**well-performed**
382:24
**well-recognized**
434:7
**went**
21:10 91:15 433:20
**weren't**
43:18 88:24 89:6,7
197:6
**wet**
267:10
**we'll**
16:21 19:8 39:6
42:10 44:11 45:22
46:4 51:8 53:12
76:9 91:1,1
125:12,12 162:11
175:15 195:15,15
251:15 253:5,8
261:18 271:18
277:2,6 284:4
334:6 366:8,9
371:15 385:3,3,5
427:19
**we're**
26:9 29:14 61:18
62:11 64:5 68:6
73:16 77:22 78:1
101:2 115:18

Benjamin G. Neel, M.D., Ph.D.

117:18 154:8
158:6 162:20
198:6,6,13 232:6
241:5 252:7
321:13 335:11
342:2,4 343:14
356:1,1 395:22
420:14 440:8

**we've**
60:10,13 61:14
89:18 131:2
251:22 252:4
286:5 302:17
361:19 378:24
401:24 405:16
421:20 437:2

**whatsoever**
309:14

**Whelan**
270:18 275:14

**whisper**
320:24

**white**
260:7 388:20

**whites**
187:21

**wholesale**
369:12

**wider**
324:17,20 325:3

**wife**
90:22

**willing**
23:21 103:21

**Winter**
21:24 22:1 23:15
  23:17,21 30:13
  88:9 89:5

**Winter's**
25:11

**Winthrop**
64:7

**withdraw**
165:3 193:13

**withstand**
332:22 333:15,20

**witness**
10:5 11:19 22:5,18
22:24 23:7 25:23
30:3 31:6,10 37:3
38:16 41:1 54:7
56:1 64:22 70:5
72:5 81:23 82:24
83:14,17 85:4
88:7 100:23
103:10 109:12
111:7,11 113:17
113:22 120:4
122:11,15 132:2
134:19 145:14
148:13 156:19
162:18 163:2
167:14,18 170:2
170:19,22 171:14
174:3 182:1,4
189:13 193:6
195:12 197:13,15
202:9,13 228:2
231:20 234:17
239:7 240:5,9
245:16 252:11
254:7,14,23 256:9
258:15 263:9
264:12 273:24
274:18 288:10
291:12,21 293:19
294:8,13 296:6
299:15,19 300:7
302:3,6,9 303:14
304:21 311:4
320:16,20 329:21
339:16 342:15
343:19 354:4
356:4,9 363:21
368:10 371:24
373:6 374:4
376:18 377:14
379:17 392:8
393:2 395:12,15
395:17 408:6
410:13 411:8,24
415:4 417:20

420:14 422:12
423:22 425:17
426:16 430:17
433:10 435:17
438:10 439:11
440:10 441:5,6,8
442:1

**witnesses**
29:17

**Wolf**
43:14

**woman**
383:20 384:6

**woman's**
303:2,9

**women**
15:13,15,18 48:23
73:9 79:21 80:1,5
83:10,18,19 119:3
134:24 272:13
383:6

**word**
31:21 66:10 153:10
154:3,17 158:4
200:14 206:15
293:18 333:1
355:6

**wording**
68:12 213:7 333:13

**words**
159:5 205:24 227:3
357:5

**work**
37:19 60:10,14
63:1 67:16 76:12
105:13 157:21
172:5 209:17
276:7 311:15
323:15,15,18
325:16 329:17
330:2 332:20
333:10 340:16
343:24 348:11
350:1,14,23,24
351:8 368:19
390:1 412:19

**worked**
93:12 322:13 323:4

**worker**
265:17

**workers**
264:20

**working**
25:10,13 60:23
61:5 62:11 64:6
75:23 91:10 324:3
326:10 378:4

**works**
173:6

**world**
152:2,3

**worthless**
383:10

**wouldn't**
14:16 24:14 71:15
72:5 78:4 81:4
82:3,9,10 83:1
86:16 89:2 110:11
128:6 199:6
201:18 242:23,23
279:9,16 284:17
313:3 324:18,21
327:17 333:15
372:9 428:3

**wow**
58:13

**write**
14:16 19:5 31:21
98:4,5 103:17
145:12 169:1
271:11 332:23
334:8 375:12
376:3 392:11

**write-in**
375:1

**writing**
69:15 95:19 97:14
100:7 220:3
227:15 339:3

**written**
97:15 119:3 138:5
149:3 252:23

265:1,9,20 268:5
269:4 277:20
341:9

**wrong**
117:15 129:15
141:7 173:9 178:5
179:13,15 183:3,5
185:19 188:4
189:10,15,23
218:18 287:13,18
287:21 362:9
415:12 422:7

**wrote**
31:18 137:18
284:13 332:6

**Wu**
7:12 186:7,23

---

**X**

**X**
5:2,10 6:2 7:2 8:2
9:2

**xenographs**
63:19,22

**x-ray**
233:2

---

**Y**

**yeah**
73:21 74:21 75:16
97:11 101:16
110:12 118:5,21
119:1 120:4
123:13 148:13
177:6 182:2 199:3
202:10 207:4
210:17 215:15
217:5,5 220:2
231:6 234:6 241:9
244:3 261:12
268:20,22 280:20
282:8 290:6
293:19 305:23
307:9 329:24
354:4 368:10
376:20 379:19

380:15 382:11,13
388:16 391:12,12
392:2 399:7
401:10 402:2
408:10 417:20
**year**
28:7 65:11 171:13
201:19 260:8
413:17
**years**
13:5,8 14:3,13
28:21 49:7 58:6,7
58:12,12,13 75:9
80:11 87:24 88:23
96:8,18 97:6
103:7 114:18
127:17 207:23
277:16,16 331:16
405:5 411:9 412:5
420:24
**year's**
130:11
**Yep**
147:15
**yesterday**
17:8 51:23 52:18
94:16,19 217:19
332:14
**yes-no**
124:3
**yield**
250:11 431:16
**York**
1:14,15 2:15 11:10
11:10
**younger**
80:10,12

___
**Z**
**Zelikoff's**
33:11
**Zeller**
271:21
**Zellers**
3:13 94:5 125:7
260:20 262:9

271:19 289:10
436:15
**zillion**
438:8

___
**$**
**$75,000**
28:21
**$750**
93:18

___
**0**
**07932**
3:4

___
**1**
**1**
16:22 40:13 41:6
74:14 127:24
129:1 148:17
182:6 205:7,9
212:12 214:4
215:13,24 217:3,4
281:10 356:9
444:6
**1,669,000**
267:9
**1:02**
202:23
**10**
137:1
**10-8**
55:17,19 56:5
**10:21**
109:17
**10:40**
109:21
**100**
14:14,15,16 229:16
242:10 313:5,5
336:22
**109**
6:8
**1098**
187:9
**11**
80:11 147:5

**11:54**
202:16
**110**
291:9 292:10
**115**
392:9
**11747**
2:15
**118**
395:11
**12**
5:6 162:9,12,21
163:1 204:22
**12/19/16**
8:11
**122**
93:13
**124**
6:11
**13**
171:2,8
**130**
2:19
**1306**
327:19
**136**
6:13
**14**
174:16 177:8,9
201:21 217:9
241:5 255:3
**140**
93:16
**146**
6:16
**15**
114:18 181:7,9
290:14 370:24
**150**
93:17
**16**
5:14 145:10 183:20
247:6
**16-2738**
1:6
**162**

6:18
**17**
186:7,22 353:10
354:7 357:6
**17.A**
353:21
**170**
6:20
**176**
6:22 7:6
**18**
5:15 167:19 220:21
271:19,20
**180**
7:8
**183**
7:10
**185**
7:13
**19**
1:10 5:17 11:6 15:3
221:9
**19th**
263:20
**19103**
3:9
**1965**
147:1 149:3 150:1
150:3,14
**1988**
15:7 86:6

___
**2**
**2**
18:23 19:1,3 74:14
144:13 147:13
205:8,10 212:13
214:4 215:14
216:1,11,12,13,19
356:10
**2/22/19**
5:22
**2/25/19**
5:16
**2:10**
277:9

**2:28**
277:13
**20**
29:14,15 120:11
208:13 280:23,24
281:2 293:12
441:15 444:20
**2000**
3:8
**20004**
4:4
**2001**
127:10,19 128:23
130:24 133:20,20
134:3,9,15,24
135:3,10 307:11
307:13,14 308:18
**2002**
252:24 253:1
**2006**
46:1,7 131:8 135:9
**2009**
394:2 395:11
**2010**
45:11,18,24 46:6
131:4,7 135:8
137:20 138:14
139:10,16 161:8
161:10 220:23
221:12
**2011**
110:2 111:24
**2012**
49:10 140:5 176:23
180:5 252:24
320:8 414:20
**2013**
351:2
**2014**
13:12
**2015**
13:11 136:13
**2016**
263:20 264:1
295:17
**2017**

Benjamin G. Neel, M.D., Ph.D.

21:22 89:5 344:5
344:11 346:5
**2018**
181:3 184:2
**2019**
1:10 11:7 57:12
74:3 139:15 149:9
149:19 150:3
152:5,9 171:14
441:15
**202**
4:4
**21**
229:9 391:4,5,9,9
391:10 394:23
**213**
3:15
**215**
3:9
**218**
2:4
**22**
250:23
**22nd**
57:12
**220**
7:16,18
**224-1133**
2:16
**228**
7:20
**23**
257:21 266:12
334:24 378:18
**23,845**
327:20
**233**
3:18
**24**
260:21,23 266:6
400:12,13,18
**24-case-control**
49:3
**240**
148:17
**243**

8:12
**25**
208:13 262:7
308:22 341:12
342:7 343:2 379:5
**250**
7:22
**257**
8:6
**26**
266:19 281:23
282:4,5,12 372:18
**260**
8:9
**261**
8:11
**266**
8:13
**269-2343**
2:5
**27**
288:22,23
**28**
305:12
**288**
8:15
**29**
312:13,19 359:16
373:18 379:16,20
**298**
147:11,14

_____
**3**

**3**
17:14 19:16 20:4
33:4 217:9 231:17
231:20 232:2
356:11
**3:34**
352:4
**3:58**
352:8
**30**
14:3,13 58:6,7,7
96:8 277:16
293:12 331:16

369:21 370:14
379:11 442:16
**303**
2:20
**304**
8:19
**305**
2:15
**312**
3:20 8:22
**316**
2:10
**32**
399:15,19
**32502**
2:11
**33**
188:15 417:10
**334**
2:5
**337**
171:11,19
**36**
58:12
**36104**
2:5
**37**
97:15,16
**379**
9:6
**38**
103:15
**39**
58:12,13 87:24
96:17,18 103:7,14
411:9 412:5
420:24
**390**
9:9
**399**
9:12

_____
**4**

**4**
54:1 147:11 181:5
181:17 232:3

**4/1/14**
7:13
**40**
355:18
**400**
2:15 212:8
**416**
9:14
**42nd**
3:14
**427**
327:22,24 328:10
328:14,15
**430-3301**
3:15
**435-7001**
2:11
**44**
233:14
**445**
444:6
**45**
373:6
**450**
212:9
**463-2400**
4:4

_____
**5**

**5**
57:10 271:23
353:11
**5:03**
421:14
**5:24**
421:18
**5:42**
440:14,17
**50**
64:1
**515**
3:13
**52**
375:16
**53**
5:19

**549-7000**
3:4
**556**
267:7
**57**
5:21

_____
**6**

**6**
92:23 177:2,5
**60**
188:12
**600**
2:10 3:3 212:9
**60606**
3:19
**624-6307**
3:20
**631**
2:16
**658**
118:15
**664**
121:17,21
**67**
188:13
**6950**
3:19

_____
**7**

**7**
125:5,12
**70**
252:10 417:15
**70s**
89:1
**71**
417:15
**72**
336:20 369:15
**77**
292:24
**78,901**
327:14

_____
**8**

**8**

Benjamin G. Neel, M.D., Ph.D.

Page 502

109:24 110:4
125:8
**8-oxodG**
345:15
**8:56**
1:15 11:7
**80s**
89:1
**80220**
2:20
**81**
8:12
**839-8000**
2:20
**85**
120:12
**877.370.3377**
1:20
**888**
2:11

---

**9**

**9**
125:5,8 229:19
  299:20 370:12
**90**
120:13
**90071**
3:14
**917.591.5672**
1:20
**92**
6:6
**93**
7:17 220:23
**94P-00420**
7:15
**973**
3:4
**975**
4:3
**988-2706**
3:9

# Exhibit B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

- - -

IN RE:  JOHNSON &         :
JOHNSON TALCUM POWDER      :
PRODUCTS MARKETING,        :
SALES PRACTICES, AND       :  NO. 16-2738
PRODUCTS LIABILITY         :  (FLW) (LHG)
LITIGATION                 :
                           :
THIS DOCUMENT RELATES      :
TO ALL CASES               :

- - -

March 26, 2019

- - -

Videotaped deposition of
IE-MING SHIH, M.D., Ph.D., taken pursuant
to notice, was held at Venable, LLP, 750
East Pratt Street, Baltimore, Maryland,
beginning at 9:06 a.m., on the above
date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Ie-Ming Shih, M.D., Ph.D.

## Page 2

1   APPEARANCES:
2
    RESTAINO LAW, LLC
3   BY:  JOHN M. RESTAINO, JR., DPM, ESQ.
    130 Forest Street
4   Denver, Colorado 80220
    (303) 839-8000
5   Jrestaino@restainollc.com
6    - and -
7   ASHCRAFT & GEREL, LLP
    BY:  MICHELLE A. PARFITT, ESQ.
8   4900 Seminary Road, Suite 650
    Alexandria, Virginia 22311
9   (703) 931-5500
    mparf@aol.com
10
    - and -
11
    NAPOLI SHKOLNIK, PLLC
12   BY:  ALASTAIR J.M. FINDEIS, ESQ.
    400 Broadhollow Road, Suite 305
13   Melville, New York 11747
    (631) 224-1133
14   afindeis@napolilaw.com
15    - and -
16   HAUSFELD, LLP
    BY:  STEVEN B. ROTMAN, ESQ.
17   One Marina Drive
    Suite 1410
18   Boston, Massachusetts 02210
    (617) 207-0602
19   Srotman@hausfeld.com
    Representing the Plaintiffs
20
21
22
23
24

## Page 3

1   APPEARANCES:  (Cont'd.)
2
    SKADDEN ARPS, LLP
3   BY:  JESSICA D. MILLER, ESQ.
    1440 New York Avenue, N.W.
4   Washington, D.C. 20005
    (202) 371-7850
5   Jessica.miller@skadden.com
6    - and -
7   DRINKER, BIDDLE & REATH, LLP
    BY:  SUSAN M. SHARKO, ESQ.
8   600 Campus Drive
    Florham Park, New Jersey 07932
9   (973) 549-7000
    susan.sharko@dbr.com
10
    - and -
11
    DRINKER BIDDLE & REATH, LLP
12   BY:  KATHERINE McBETH, ESQ.
    One Logan Square,
13   Suite 2000
    Philadelphia, Pennsylvania 19103
14   (215) 988-2706
    katherine.mcbeth@dbr.com
15   Representing the Defendants, Johnson
    & Johnson entities
16
17   TUCKER ELLIS, LLP
    BY:  JAMES W. MIZGALA, ESQ.
18   233 South Wacker Drive,
    Suite 6950
19   Chicago, Illinois 60606
    (312) 624-6307
20   james.mizgala@tuckerellis.com
    Representing the Defendant, PTI
21   Royston LLC and PTI Union LLC
22
23
24

## Page 4

1   APPEARANCES:  (Cont'd.)
2
    SEYFARTH SHAW, LLP
3   BY:  THOMAS T. LOCKE, ESQ.
    975 F Street, NW
4   Washington, D.C. 20004
    (202) 463-2400
5   tlocke@seyfarth.com
    Representing the Defendant, PCPC
6
7
    ALSO PRESENT:
8
9   VIDEOTAPE TECHNICIAN:
    Dan Holmstock
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## Page 5

1      - - -
2     I N D E X
3      - - -
4
  Testimony of:
5
     IE-MING SHIH, M.D., Ph.D.
6
    By Dr. Restaino    10
7
8
9
     - - -
10
    E X H I B I T S
11
     - - -
12
13   NO.    DESCRIPTION    PAGE
14   Shih-1  Notice of Deposition  13
15   Shih-2  Expert Report of  17
    Dr. Shih, M.D., Ph.D.
16   2/25/19
17   Shih-3  Curriculum Vitae  17
    Ie-Ming Shih, M.D., Ph.D.
18
19   Shih-4  Study Report to  18
    Determine Whether
20   Chronic Inflammation
    Causes Ovarian Cancer
21   (Shih)
22   Shih-8  Risk Factors &  268
    Symptoms
23   (Sidney Kimmel)
24

Ie-Ming Shih, M.D., Ph.D.

Page 6

```
 1                - - -
 2        E X H I B I T S  (Cont'd.)
 3                - - -
 4
 5     NO.      DESCRIPTION      PAGE
 6     Shih-10   Pre-Diagnostic   275
              Serum Levels of
 7            Inflammation Markers
              (Trabert)
 8
       Shih-12   Papillary Tubal   411
 9            Hyperplasia: The
              Putative Precursor
10            (Kurman)
11     Shih-15   The Hallmarks of   305
              Cancer
12            (Hanahan)
13     Shih-16   Hallmarks of      308
              Cancer: The
14            Next Generation
15     Shih-20   Journal of        361
              Ovarian Research
16            Role of CA-125
              (Gupta)
17
       Shih-21   Tumor-Associated   365
18            Autoantibodies as
              Early Detection
19            (Kaaks)
20     Shih-22   Early Detection   370
              Of Ovarian Cancer
21            (Elias)
22
23
24
```

Page 8

```
 1                - - -
 2        DEPOSITION SUPPORT INDEX
 3                - - -
 4
 5     Direction to Witness Not to Answer
 6     PAGE  LINE
       None.
 7
 8     Request for Production of Documents
 9     PAGE  LINE
       None.
10
11     Stipulations
12     PAGE  LINE
       None.
13
14     Questions Marked
15     PAGE  LINE
       333   10
16
17
18
19
20
21
22
23
24
```

Page 7

```
 1                - - -
 2        E X H I B I T S  (Cont'd.)
 3                - - -
 4
 5     NO.      DESCRIPTION      PAGE
 6     Shih-23   Identifying Post   378
              Menopausal Women
 7            At Elevated
              Risk for Epithelial
 8            Ovarian Cancer
              (Urban)
 9
       Shih-24   Critical Questions   384
10            In Ovarian Cancer
              Research and
11            Treatment
              (Bast)
12
       Shih-26   Smoking and      432
13            Carcinoma of the Lung
              (Doll, Hill)
14
       Shih-27   Methylomic Analysis  102
15            Of Ovarian Cancers
              (Pisanic)
16
       Shih-29   Reported Incidence   125
17            And Survival of
              Fallopian Tube
18            Carcinomas
              (Trabert)
19
       Shih-30   Genomics of       136
20            Ovarian Cancer
              Progression(Eckert)
21
       Shih-39   Molecular Basis   213
22            Supporting the
              Association of
23            Talcum Powder Use
              (Fletcher
24
```

Page 9

```
 1           THE VIDEOGRAPHER:  We are
 2     now on the record.
 3           My name is Daniel Holmstock.
 4     I'm the videographer for Golkow
 5     Litigation Services.
 6           Today's date is March 26,
 7     2019.
 8           The time on the video screen
 9     is 9:06 a.m.
10           This video deposition is
11     being held at the Law Offices of
12     Venable LLP, at 750 East Pratt
13     Street, Suite 900 in Baltimore,
14     Maryland, In Re Johnson & Johnson
15     Talcum Powder Products Marketing,
16     Sales Practices, and Products
17     Liability Litigation, MDL number
18     2738, pending before the United
19     States District Court for the
20     Eastern District of New Jersey.
21           Our deponent today is
22     Dr. Ie-Ming Shih.
23           Counsel for appearances will
24     be noted on the stenographic
```

3 (Pages 6 to 9)

Ie-Ming Shih, M.D., Ph.D.

Page 10

1    record.
2         Our court reporter is
3    Michelle Gray, who will now
4    administer the oath.
5         - - -
6         ... IE-MING SHIH, M.D., Ph.D.,
7    having been first duly sworn, was
8    examined and testified as follows:
9         - - -
10        EXAMINATION
11        - - -
12   BY DR. RESTAINO:
13        Q.   Good morning, Dr. Shih.
14        A.   Good morning.
15        Q.   My name is John Restaino,
16   and I will be the attorney asking you
17   some questions today.  I note from the
18   materials we have received that you have
19   been deposed before, correct?
20        A.   Correct.
21        Q.   But I still -- there's still
22   a few things that I want to go over
23   because I heard you talk about water
24   before the deposition started.  We will

Page 11

1    be taking a break about every hour or so;
2    however, in between that period of time,
3    if you need to take a break for whatever
4    reason, you just let us know.  Do you
5    understand?
6         A.   Yes.
7         Q.   Today is not going to be a
8    memory test for you.  So if you need to
9    review documents, it's open book.
10        And if you -- and it's not a
11   physical test.  So once again, feel free
12   to call for a break whenever you need to
13   if we don't.  Do you understand that?
14        A.   Okay.
15        Q.   Now, it's important that you
16   let me know if you don't understand my
17   question.  If I become tongue-tied or I
18   use different terminology that you're not
19   used to, let me know and I'll repeat the
20   question.  But if you answer a question,
21   the presumption will be that you
22   understood the question.  Agreed?
23        A.   I will try my best to answer
24   your question.

Page 12

1         Q.   And I will too.  And so far
2    we've been doing fine.  But there's the
3    court reporter to your right and my left,
4    and she's going to try to take down
5    everything we say.  And if we -- all of
6    us were having a normal conversation on a
7    Friday evening somewhere, it's not
8    uncommon to step on each others'
9    sentences without being rude.
10        But today, if we do that,
11   then in essence we are being rude to the
12   court reporter.  So I will do my best to
13   listen for that final period in your
14   answer, if you will do your best to
15   listen for the question mark on mine.
16   Agreed?
17        A.   Okay.
18        Q.   Now, I'm going to hand you
19   what was previously marked this morning
20   as Plaintiffs' Exhibit Number 1, which is
21   the notice of the deposition.
22        MR. ROTMAN:  I handed you
23   one earlier, right?
24        DR. RESTAINO:  Yes, I gave

Page 13

1    it back to Michelle.
2         MR. ROTMAN:  These are the
3    other copies.
4         (Document marked for
5    identification as Exhibit
6    Shih-1.)
7    BY DR. RESTAINO:
8         Q.   Doctor, have you seen that
9    before?
10        A.   I remember I saw it --
11        Q.   Okay.
12        A.   -- recently.
13        Q.   If you would turn to Page 4,
14   it becomes the language that's most
15   germane to this morning.  You see Number
16   1, we're requesting your most current
17   curriculum vitae.
18        Have you provided that to
19   us?
20        A.   I believe so.
21        Q.   Thank you.
22        Number 2 is copies of any
23   materials that pertain to your retention
24   or payment for services as an expert.

4 (Pages 10 to 13)

Ie-Ming Shih, M.D., Ph.D.

Page 14

1　And have you provided, for example, any
2　retainer agreement that you may have?
3　　　A.　I don't remember I have a
4　retention agreement.
5　　　Q.　Okay.  Have you provided any
6　documents, invoices, for the time that
7　you have incurred so far in the
8　litigation since you've been retained as
9　an expert?
10　　　A.　I sent J&J attorney my
11　invoice.
12　　　Q.　This morning I was provided
13　with an invoice for the draft of expert
14　opinion report dated January 19, 2019.
15　And it states from December 12th to
16　Jan -- of 2018 to January 19th of 2019.
17　　　　And this invoice is for a
18　total of 18 hours at $800 an hour and
19　$14,400.  Does that sound familiar --
20　　　　MS. MILLER:  Can we have a
21　　　copy of that?
22　　　　THE WITNESS:  Can I see it?
23　　　Can I see the document?
24　BY DR. RESTAINO:

Page 15

1　　　Q.　Yes.
2　　　A.　And can I review it?
3　　　　MS. MILLER:  Dr. Shih, it's
4　　　redacted because the work you did
5　　　is confidential, so we blacked
6　　　this out.
7　　　　THE WITNESS:  Okay.
8　　　Understand.
9　　　　MS. MILLER:  This is not the
10　　　way it looked when you sent it to
11　　　us.
12　BY DR. RESTAINO:
13　　　Q.　Does that look familiar,
14　sir?
15　　　A.　Yes.
16　　　Q.　Does that look accurate?
17　　　A.　Correct.
18　　　Q.　And may I assume that you
19　have put in more hours since January 19th
20　of 2019?
21　　　A.　I spent additional times on
22　this matter.
23　　　Q.　Okay.  Can you estimate for
24　us how much more time you have spent

Page 16

1　since January 19, 2019, on this matter?
2　　　A.　I do not have an exact
3　number, because this is still ongoing,
4　and I'm very busy.  But I would give you
5　my estimation.  About 90 hours,
6　plus/minus 15 hours.
7　　　Q.　Okay.  Have you provided to
8　counsel and through counsel to us any
9　records that you may have in the sense of
10　notes, draft materials, anything that
11　comprise your folder, for example, on the
12　study you have conducted?
13　　　　MS. MILLER:  Wait.
14　　　Objection.  If you're talking
15　　　about draft materials related to
16　　　his report, that would be
17　　　privileged, as you know.  Are you
18　　　asking for draft materials related
19　　　to his report, or are you only
20　　　asking about his -- what you're
21　　　calling his study?
22　　　　DR. RESTAINO:  His study.
23　　　　MS. MILLER:  Okay.  Can you
24　　　explain what you mean by his

Page 17

1　　　study.
2　BY DR. RESTAINO:
3　　　Q.　You have attached to your
4　expert report in the back a document that
5　is a study of analysis that you've
6　conducted of histopathology slides,
7　correct?
8　　　A.　Could you show me where you
9　are talking about?
10　　　Q.　Sure.  Why don't we go
11　ahead, and I'm going to hand you what we
12　have marked as Exhibit Number 2.
13　　　　(Document marked for
14　　　identification as Exhibit
15　　　Shih-2.)
16　BY DR. RESTAINO:
17　　　Q.　And this is your expert
18　report.  This obviously, you're going to
19　want to keep open and next to you.
20　　　　MR. ROTMAN:  John, give me
21　　　one, please.
22　　　　(Document marked for
23　　　identification as Exhibit
24　　　Shih-3.)

5 (Pages 14 to 17)

Ie-Ming Shih, M.D., Ph.D.

Page 18

1    BY DR. RESTAINO:
2        Q.   I'm going to hand you what
3    we have marked as Exhibit Number 3.  This
4    is titled "Curriculum Vitae Version
5    February 8, 2019."
6            (Document marked for
7            identification as Exhibit
8            Shih-4.)
9    BY DR. RESTAINO:
10       Q.   Exhibit 4 is a document
11   titled "Study Report to Determine Whether
12   Chronic Inflammation Causes Ovarian
13   Cancer."
14           MS. MILLER:  This isn't
15       numbered.  Do you have one with a
16       sticker?
17           DR. RESTAINO:  Sorry.  That
18       one was for you.
19           THE WITNESS:  I would like
20       to make sure these are my copies.
21   BY DR. RESTAINO:
22       Q.   Okay.  What do you mean by
23   making sure that it's your copy?
24       A.   There is no missing pages

Page 19

1    and additional material.
2        Q.   You are now looking at
3    your -- the exhibit that's your study
4    report, sir?
5        A.   I want to make sure there's
6    no missing pages or additional material
7    inserted.
8        Q.   Sir, are you finished?
9        A.   I guess so.
10       Q.   Okay.  Sir, do you have your
11   curriculum vitae which we've marked as
12   Exhibit 3 and you have gone through, do
13   you have that document memorized?
14       A.   Could you repeat your
15   question one more time?
16       Q.   Your -- your CV that you
17   just went through, do you have that
18   document memorized in your mind?
19           MS. MILLER:  Objection.
20           THE WITNESS:  What do you
21       mean memorize?
22   BY DR. RESTAINO:
23       Q.   Do you know it by heart?  If
24   I was to ask you to write down what

Page 20

1    publication Number 123 is, could you tell
2    me without looking?
3            MS. MILLER:  Objection.
4            THE WITNESS:  I know my
5        right quote, but I cannot remember
6        every word and sequence, if you
7        want to test my memory.
8    BY DR. RESTAINO:
9        Q.   No, sir.  I don't want to
10   test your memory, but you just spent a
11   lot of time going through your CV -- CV
12   to see if anything was missing.
13           How would you know if
14   anything was missing from your CV if you
15   don't have it memorized?
16       A.   I look at the pages to see
17   whether they are in sequence, or anything
18   unusual that I don't put it in my
19   original CV.
20       Q.   Okay.  So the pages are
21   numbered like, for example, 1 through 53,
22   correct?
23       A.   1 to 53.
24       Q.   Is that correct?

Page 21

1        A.   Yes.
2        Q.   So in order to determine
3    whether or not there were any pages
4    missing, all you had to do was look at
5    the page numbers at the bottom, instead
6    of running your finger down every
7    publication, isn't that true?
8        A.   I want to make sure --
9            MS. MILLER:  Objection.
10           Please give me time to
11       object.  These questions are
12       objectionable.
13           THE WITNESS:  Okay.  Sure.
14   BY DR. RESTAINO:
15       Q.   Now, you also looked at the
16   document which I believe we've marked as
17   Number 4, which is your study report to
18   determine whether chronic inflammation
19   causes ovarian cancer, correct?
20       A.   This is my report.
21       Q.   And in your report, there's
22   a table that lists each of the 59 slides
23   you have reviewed, correct?
24       A.   You mean which page?

6 (Pages 18 to 21)

Ie-Ming Shih, M.D., Ph.D.

Page 22

1      Q.   I don't know the page
2  offhand.  But there's a table that you
3  just went through and looked at, correct?
4      A.   You mean the -- these
5  tables?
6      Q.   Yes, sir.
7      A.   Okay.  That's what you
8  indicated.
9      Q.   Okay.  And when you were
10  checking to see if anything was missing,
11  you ran your finger down every one of
12  those slides, didn't you?
13      A.   I just want to see whether
14  there's any disruption in the number.
15      Q.   Ah.  You have those numbers
16  memorized in your head?
17      A.   I know this number, but I
18  don't -- but I don't remember the case ID
19  number for each, because this is the
20  data.
21      Q.   And so how would you know if
22  there was a slide taken out of that?
23      A.   Because there's additions,
24  from 1, 2, 3, 4, 5, to 59, I want to make

Page 23

1  sure if anything missing in between.
2      Q.   Now, sir, have you, in -- in
3  conducting that study --
4      A.   Which study you mean?
5      Q.   Well, yes.  Let's -- let's
6  discuss your study report to determine
7  whether chronic inflammation causes
8  ovarian cancer.
9      A.   You mean this report?
10      Q.   Yes, sir.  For the -- for --
11  so that I don't have to name or state
12  that title all day today, would you be
13  comfortable if we referred to that as
14  your study reports?
15      A.   If I'm not clear, I will ask
16  one more time.
17      Q.   Please do.  Thank you.
18          And I will also -- you have
19  also written what we have marked as
20  Exhibit Number 2, an expert report in
21  this litigation, correct?
22      A.   You mean this one?
23      Q.   Yes.
24      A.   Yes.  This is my report.

Page 24

1      Q.   And I will refer to that
2  with your permission as your expert
3  report?
4      A.   Okay.  Again, if I'm not
5  clear I will ask you one more time.
6      Q.   Okay.  In the Exhibit
7  Number 1, the notice to produce, we asked
8  for any and all documents that you have
9  that may pertain to scientific or
10  technical publications, written, prepared
11  or presented by you.  Number 7 on Page 6.
12          Do you see that, sir?
13      A.   Yes.
14      Q.   Have you produced those
15  documents?
16      A.   I believe so.
17      Q.   Okay.  If you would turn to
18  Page 8 and you see a list of requests
19  there starting with authors of any
20  published scientific studies.  And then
21  the second one is the Center For
22  Regulatory Effectiveness.
23          Do you see that, sir?
24      A.   Yes.  B.

Page 25

1      Q.   Have -- looking down through
2  those, have you had any communication
3  with any of those organizations listed
4  there that is germane to the talcum
5  powder ovarian cancer litigation?
6      A.   Could you repeat your
7  question one more time?
8      Q.   Looking down through those
9  entities listed there, have you had any
10  communication with any of those
11  organizations that is germane to the
12  talcum powder ovarian cancer litigation?
13      A.   Your communications means
14  personal or?
15      Q.   Personal.
16      A.   Be specific.
17      Q.   E-mail, telephone, snail
18  mail, any -- any communication
19  whatsoever.
20      A.   No.
21      Q.   Now, Number 15 asks for all
22  documents related to research -- I'll
23  wait for you to get there, sir.
24      A.   14?

7 (Pages 22 to 25)

Ie-Ming Shih, M.D., Ph.D.

Page 26

1    Q.   No, not page.  Number,
2  request Number 15.  It's on Page 11.
3    A.   11?  There's only Page 9.
4       MS. MILLER:  I think you
5    must be looking at the responses
6    and he's looking at the requests.
7    He's -- he's got it.
8  BY DR. RESTAINO:
9    Q.   Page 9?
10    A.   Are you sure, Page 9?
11    Q.   Yes, Page 9.  My apologies,
12  sir.
13       Number 15 on Page 9.
14    A.   Yes.
15    Q.   All documents related to
16  research, experiments, testing or any
17  other study that's been done or planned
18  by you which you may rely -- rely upon in
19  the talcum powder litigation.
20       So first, regarding all
21  documents pertaining to experiments that
22  you've performed, you have conducted, as
23  we discussed, and we've called the study
24  report, correct?

Page 27

1    A.   So --
2       MS. MILLER:  Objection.
3       THE WITNESS:  So what do you
4    mean testing?
5  BY DR. RESTAINO:
6    Q.   Well, testing, let's use the
7  definition of looking at
8  histopathological slides.
9       In that study report, in
10  looking at the histopathological slides,
11  did you produce any and all documents
12  that pertained to that experiment?
13    A.   The documents I produce is
14  the photographs that are shown in my
15  exhibit.
16    Q.   When you were sitting at the
17  microscope looking at a particular
18  histopathological slide, did you take any
19  notes on that slide?
20    A.   No.
21    Q.   Okay.  Did you assign that
22  slide a grading system of any sort?
23    A.   What do you mean grading
24  system?

Page 28

1    Q.   Well, did you -- if you were
2  looking for the presence or absence of
3  lymphocytes and a particular slide had X
4  number of lymphocytes, did you record
5  that somehow?
6    A.   I used the criteria that
7  practicing pathologists used to diagnose
8  chronic inflammation.  So those
9  pathologists do not really quantify
10  lymphocytes.  It's part of the very basic
11  training for all board-certified
12  pathologists.  So I use the same practice
13  for this study.
14    Q.   Occasionally, during the day
15  I may ask a question that your attorney,
16  to your left, finds objectionable.  And
17  she may say objection.  That's for the
18  court, and that's lawyer speak.  And
19  occasionally during the day, I may say,
20  "Move to strike nonresponsive," which is
21  sort of my side of the table, my way of
22  saying objection.  There's no disrespect
23  meant.
24       I'm going to move to strike

Page 29

1  your previous answer because what I asked
2  you -- and I'll modify it now with what
3  you just said.
4       Using basic
5  histopathological technique that a
6  board-certified pathologist would use
7  when looking at a histopathological slide
8  for the presence of lymphocytes, did you
9  make any recordation of whether or not
10  there were lymphocytes in that slide?
11       MS. MILLER:  Objection.
12       THE WITNESS:  What do you
13  mean "recordation"?
14  BY DR. RESTAINO:
15    Q.   Did you write down any notes
16  regarding that particular slide and the
17  presence of lymphocytes?
18    A.   We made the diagnosis based
19  on many informations from the microscopic
20  findings.  And we did not write down.
21    Q.   When it was -- when that
22  examination of a particular slide, Slide
23  Number 1, the first one you looked at, if
24  there was no lymphocytes noted on that

8 (Pages 26 to 29)

Ie-Ming Shih, M.D., Ph.D.

Page 30

1    slide -- on that slide, by the time you
2    got to Slide 59, how do you remember what
3    Slide Number 1 was?
4        A.   So the basis is not based on
5    the Case 1 or prior cases. It's based on
6    the knowledge, the training. And I am a
7    pathologist, practicing and doing
8    research for 20 years. And I am the
9    Richard TeLinde distinguished research
10   professor in gynecology pathology, which
11   is probably only one in the professorship
12   in the United States.
13       And this professorship is
14   regarded as the most premium position in
15   the country. So I trained so many
16   pathologists, and I practice
17   pathologists. I don't need to write down
18   every single details of pathology
19   findings. And we only need what we need,
20   is the final diagnosis. That does
21   matter.
22       Everything is computing in
23   our brain to come up with the conclusion
24   and the final diagnosis without going to

Page 31

1    any details. Lymphocytes, plasma cells,
2    and, like, NK cells, epithelial cells,
3    and how many blood vessels, how many red
4    blood cells, white blood cells, how many
5    fibroblasts, and how many epithelial
6    cells.
7        This is not our basis. Our
8    basis is to take into -- take the whole
9    thing into the final decision. Every --
10   we can consider every aspect and come to
11   our final diagnosis, rather than based on
12   single lymphocytes, endothelial cells,
13   and morphological features.
14       So basically, I think this
15   is very important for non-pathologists or
16   nonmedical doctors to understand, how do
17   we make the diagnosis of pathology.
18       So pathology -- what we
19   meant pathology, like, when you have a
20   tumor, whether is it benign or malignant,
21   it's very important, right? You know,
22   your nevus -- could there -- this a
23   melanoma that will kill you, or is it
24   benign nevus, and you are fine?

Page 32

1        So it based on two things.
2    One is architecture of the histology, the
3    relationship between the epithelial cells
4    different, microenvironment,
5    extracellular cells, the architecture,
6    number one.
7        But it's not sufficient,
8    okay, for the final diagnosis. That is
9    required. The second important thing is
10   cytology. Cytology means the
11   morphological features of the single
12   cells or group of cells.
13       And we look at the nucleus,
14   if it is benign, or normal, usually they
15   are more homogenous. Okay. It looks
16   very similar to -- to the neighboring
17   cells. But in cancer, in cancer, you
18   will see a lot of different things, we
19   call nuclear --
20       Q.   Sir, I'm going to have to
21   interrupt you now. I'm going to make a
22   motion to strike as unresponsive, because
23   all I asked you is not the technique that
24   a board-certified pathologist may or may

Page 33

1    not use, but when a pathologist is
2    looking at a large number -- God bless
3    you -- large number of slides, and in
4    this case, 59 slides, without recording,
5    making notes of the number, the
6    quantitative analysis of each slide of
7    the number of lymphocytes, how can you
8    remember when you're all done with your
9    analysis, the total number that are
10   present in each slide?
11       A.   Sir, I need to give you the
12   complete and full answer; otherwise, you
13   will not understand how the pathologist
14   made the diagnosis. So if you don't
15   listen to that, you can never understand
16   what your pathology doctor diagnose your
17   tumor or your lesions --
18       Q.   Okay.
19       A.   -- of course, if you had
20   one.
21       Q.   We will discuss that in
22   detail, then, when we get to your study
23   report --
24       A.   Okay.

9 (Pages 30 to 33)

Ie-Ming Shih, M.D., Ph.D.

Page 34

1      Q.   -- and go through the
2    methodology that you employed at that
3    time.
4          Now, Doctor, you were -- you
5    provided deposition testimony in a number
6    of cases involving transvaginal mesh,
7    correct?
8      A.   That's -- I remember.
9      Q.   Okay.  And were you an
10   expert at that time for C.R. Bard
11   Incorporated and Ethicon Incorporated?
12         MS. MILLER:  Objection.
13         THE WITNESS:  Could you
14     repeat the companies' names?
15   BY DR. RESTAINO:
16     Q.   First, C.R. Bard.  Does that
17   sound familiar?
18     A.   Okay.  How about the other
19   one?
20     Q.   Ethicon.
21     A.   Yes, I remember.
22     Q.   And you were an expert for
23   the defense, correct?
24         MS. MILLER:  Objection.

Page 35

1          THE WITNESS:  I was asked as
2      a pathology expert to look at the
3      slides, whether there is any
4      evidence of abnormality on the
5      tissues.
6          I did not give any opinion
7      outside my pathology expertise.
8    BY DR. RESTAINO:
9      Q.   Okay.  Did you -- in the
10   transvaginal mesh litigation, have you
11   ever testified on behalf of a woman
12   instead of the company?
13         MS. MILLER:  Objection.
14         THE WITNESS:  Could you
15     repeat the question one more time?
16   BY DR. RESTAINO:
17     Q.   In the transvaginal mesh
18   litigation, were you ever retained as an
19   expert on behalf of one of the
20   plaintiffs, one of the women, complaining
21   of morbidity associated with her mesh?
22     A.   In which case?  Bard or --
23     Q.   Either one or any other
24   case.  Have you ever -- in the

Page 36

1    transvaginal mesh, did you testify on
2    behalf of any woman?
3          MS. MILLER:  Objection.
4          THE WITNESS:  I testified my
5      pathology findings.
6    BY DR. RESTAINO:
7      Q.   As an expert for C.R. Bard
8    or Ethicon, correct?
9          MS. MILLER:  I think these
10     are --
11         THE WITNESS:  I think I
12     answer --
13         MS. MILLER:  Objection.
14         THE WITNESS:  -- your
15     question.
16         MS. MILLER:  I think these
17     are legal terms.  I think Dr. Shih
18     is a pathologist.  Dr. Shih is not
19     a native English speaker.  And I
20     don't think it's fair to ask him
21     trick questions.
22         DR. RESTAINO:  We're going
23     to have a nice depo today.  We're
24     not going to have speaking

Page 37

1      objections.  Those are,
2      "Objection."
3    BY DR. RESTAINO:
4      Q.   Doctor --
5          MS. MILLER:  No, that is not
6      fair.  He obviously doesn't
7      understand your question.  And
8      you're purposely trying to trick
9      him.  And that's just not
10     appropriate.
11   BY DR. RESTAINO:
12     Q.   Doctor, have you -- in the
13   transvaginal mesh litigation, were you
14   retained by any lawyer that represents
15   any of the women harmed by transvaginal
16   mesh?  Do you understand that question?
17         MS. MILLER:  Objection.
18         THE WITNESS:  I cannot
19     understand the question.
20         MS. MILLER:  Lacks
21     foundation.
22   BY DR. RESTAINO:
23     Q.   Okay.  Did you write expert
24   report as an expert in the transvaginal

10 (Pages 34 to 37)

Page 38

1    mesh?
2        A.  I report the pathology
3    finding under microscope, whether the
4    tissue has foreign body material or
5    anything that I can show in my report, I
6    report it.
7        Q.  Did you make an analysis of
8    whether that pathology was due to the
9    presence of mesh?
10        A.  I think I defer to clinician
11    for this question.
12        Q.  Okay.  When were you first
13    contacted to be an expert in this current
14    litigation, the talcum powder litigation?
15        A.  I think it's in the end
16    December 2018.
17        Q.  And who first contacted you?
18        A.  I think who was Johnson &
19    Johnson attorney firm.
20        Q.  And do you know the name of
21    the lawyer who first contacted you?
22        A.  Who was Jessica.
23        Q.  Okay.  Have you worked with
24    Jessica before?

Page 39

1        A.  I don't remember.
2        Q.  Did you work with Jessica,
3    for example, in the transvaginal mesh
4    litigation?
5        A.  I did not.
6        Q.  And when you first met with
7    Jessica, what were you asked to do?
8        MS. MILLER:  Objection.
9        Please don't reveal any of our
10        privileged conversations.  Any
11        conversation that you and I had is
12        privileged.
13    BY DR. RESTAINO:
14        Q.  That -- that's a fair
15    objection.  Let me strike the question.
16        I'll represent to you that
17    the expert reports on behalf of the
18    plaintiff, so for example Dr. Sarah Kane,
19    Dr. Saed, those reports were produced to
20    the defense counsel and the courts on --
21    in mid November of 2018.
22        Did you see those expert
23    reports in November of 2018?
24        MS. MILLER:  Objection.  He

Page 40

1    testified that he didn't talk to
2    me till December.
3        DR. RESTAINO:  Well, we've
4        had some confusion with some
5        answers, so I just want to make
6        sure, from two different ways,
7        that, in fact, he wasn't working
8        for them in November.
9    BY DR. RESTAINO:
10        Q.  Did you see any expert
11    reports from any of the plaintiffs in
12    November of 2018?
13        MS. MILLER:  Same objection.
14        Mischaracterizes the plaintiff's
15        testimony and further efforts to
16        try to confuse somebody who is not
17        a native English speaker.
18    BY DR. RESTAINO:
19        Q.  Did you understand my
20    question?
21        A.  Could you repeat one more
22    time?
23        Q.  The expert report of
24    Dr. Sarah Kane, did you see that expert

Page 41

1    report in November of 2018?
2        A.  I first know about this
3    litigation after December.
4        Q.  Now, prior to your
5    deposition today, and prior to being --
6    to meeting with Jessica, did you ever
7    meet with any plaintiffs' lawyers?
8        A.  Who are the plaintiffs'
9    lawyers?
10        Q.  The defense lawyers are
11    sitting on your side of the table.  The
12    lawyers here are the plaintiff lawyers,
13    in addition to others who are not here.
14        A.  I do not remember their
15    faces.
16        Q.  Okay.  Do you remember the
17    lovely lady sitting to my right, Michelle
18    Parfitt?
19        A.  I cannot recognize your
20    faces.
21        MS. PARFITT:  I've aged.
22        THE WITNESS:  I hope not.
23    BY DR. RESTAINO:
24        Q.  Do you recall meeting with

11 (Pages 38 to 41)

Ie-Ming Shih, M.D., Ph.D.

Page 42

1    Ms. Parfitt in 2015?
2         A.   I cannot remember that.
3         Q.   Do you remember having any
4    conversations with a female lawyer in
5    2015 regarding talcum powder and ovarian
6    cancer?
7         A.   I cannot remember at all.
8         Q.   Do you -- do you recall
9    informing any female attorney in 2015
10   that in order to render an expert opinion
11   regarding talcum powder and ovarian
12   cancer, you would need to do a rat study?
13        A.   Rat study?
14        Q.   Yes.
15        A.   I cannot remember that
16   either.
17        Q.   Okay.  Do you have -- do --
18   when you meet with lawyers, do you
19   typically charge the lawyers for your
20   time?
21        A.   I think that's correct.
22        Q.   And would you have any
23   record of receiving money from
24   Ms. Parfitt or -- or the law firm

Page 43

1    Ashcraft Gerel in 2015 or -- or 2016?
2         A.   I cannot recall that.
3         Q.   If you did, when you do
4    receive money from attorneys or a law
5    firm for medical/legal consultation, for
6    example now from Johnson & Johnson, does
7    the money go to you directly or does it
8    go to a particular fund at Johns Hopkins
9    or elsewhere?
10        A.   If I receive a check with my
11   name, it come to me.
12        Q.   Would you --
13        MS. MILLER:  And, Michelle,
14   this is all new to us.  If there
15   is a conflict issue that you're
16   raising, I -- I submit you should
17   have brought this to our attention
18   many months ago.
19        MS. PARFITT:  We can talk
20   about it off the record.  I'm not
21   being examined now.  We can talk
22   about it.  I need to hear what the
23   doctor has to say.
24        MS. MILLER:  Shall we go off

Page 44

1    the record to talk about it?
2         MS. SHARKO:  Do you want to
3    step out in the hall and you can
4    explain it to me?
5         MS. PARFITT:  No, actually
6    I'd like to continue the
7    deposition.  We can take a break
8    at another time.  I'd like to
9    continue with the doctor's
10   deposition.
11        MS. SHARKO:  You can go
12   ahead with the deposition, but I
13   think this is kind of unfair.  But
14   proceed.
15        MS. PARFITT:  Well, I'm
16   just -- I think when we continue
17   to talk with the doctor, I don't
18   think you'll find anything unfair.
19   The doctor doesn't remember
20   speaking to me.  Again, I'm not
21   being examined.
22   BY DR. RESTAINO:
23        Q.   Dr. Shih, if you checked
24   your checking account or savings account

Page 45

1    for any deposits in 2015 or 2016 from a
2    law firm would you be able to determine
3    that you received money for that
4    consultation?
5         A.   I need to study this.
6         Q.   Okay.  Thank you.
7         Prior to meeting with
8    Jessica in the end of December of 2018 --
9         MS. MILLER:  Objection.  He
10   did not testify that he met with
11   me in the end of December of 2018.
12   He testified that I contacted him.
13   That's mischaracterizing the
14   testimony.
15   BY DR. RESTAINO:
16        Q.   When -- when Jessica
17   contacted you in December of 2018, before
18   you agreed to become -- to -- to work as
19   an expert on behalf of Johnson & Johnson,
20   did you need to approach the Johns
21   Hopkins University ethics department for
22   permission?
23        A.   I don't think there's a
24   guideline for that.  I would need to

12 (Pages 42 to 45)

Ie-Ming Shih, M.D., Ph.D.

Page 46

1    report is so-called outside activity. So
2    we report all the outside activity, like
3    consultation and expert witness and we
4    disclose it to our system. And that's
5    it. And I did.
6         Q.   In order to conduct what we
7    have marked as Exhibit Number 4 and
8    agreed to refer to as your study report,
9    did you have to obtain permission from
10   Johns Hopkins University or any other
11   entity to conduct that study?
12        MS. MILLER: Objection.
13        THE WITNESS: Can I give you
14     the complete answer?
15   BY DR. RESTAINO:
16        Q.   It's a yes or no. Did you
17   have to -- did you contact Johns Hopkins
18   University about conducting this study?
19        A.   This study is part of our
20   basic research and our whole team
21   starting from 2012. And this study is in
22   continuation of our 2014, if I can
23   remember correctly, from Ardighieri study
24   published in International Journal of GYN

Page 47

1    Pathology. And this is the continuation
2    of a study. It is not particularly for
3    this litigation, and my opinion is not
4    dependent on this study. And so this
5    study is only part of our ongoing
6    research in answering what is the
7    pathogenesis in initiating high grade
8    ovarian serous carcinoma.
9         And as you know, there's
10   different types of ovarian cancer. In
11   this study we only focus on, as this
12   chart, I think it's useful for my
13   explanation, is a high grade serous
14   carcinoma. So that is one of our major
15   focus's point.
16        Q.   Okay. This is the
17   Department of Defense grant that you're
18   referring to; is that correct?
19        A.   Correct.
20        Q.   Did you have to obtain
21   permission from anyone involved with that
22   grant to conduct this study?
23        A.   Again, to conduct this study
24   is not for this litigation purpose. It

Page 48

1    just coincidental that we have this
2    research going on. And when I was
3    involved in reviewing the articles and
4    plaintiff material, et cetera, and I feel
5    one of the most important question to be
6    answered is the precursor lesions, which
7    is the -- where the ovarian high grade
8    serous carcinoma originate.
9         And so this one issue,
10   whether there is chronic inflammation
11   involved in this carcinogenesis of high
12   grade ovarian cancer, is that right? So
13   that is why I think our current study
14   will be able to provide cogent evidence
15   to show or -- or to not show, meaning
16   refute or support.
17        I don't have any pre-set
18   mind whether chronic inflammation is
19   present in the early precursor ovarian
20   cancer lesions. So that's my purpose.
21        Q.   Sir, you're going to have to
22   ask -- listen to my question carefully
23   and I'll repeat it as -- as many times as
24   you need for me to repair it -- repeat

Page 49

1    it. I'm going to move to strike as
2    unresponsive because my question, sir,
3    was did you have to obtain permission
4    from anyone that -- involved in that
5    grant in order to conduct what you just
6    described as a continuing study from that
7    grant?
8         A.   So as a scientist, we
9    publish papers. We don't need to report
10   every time to the grant -- grant agency,
11   NIH or DOD, to afford permission. This
12   is the freedom of academia.
13        Q.   Okay. And that grant
14   involves millions of dollars, does it
15   not?
16        A.   For many investigators and
17   many institutions.
18        Q.   Now, for the time that you
19   spent developing the methodology that you
20   were going to employ to do the study, for
21   the time spent looking at -- looking at
22   the histopathological slides, for the
23   time spent writing your study report, are
24   you billing the grant for that time?

13 (Pages 46 to 49)

Ie-Ming Shih, M.D., Ph.D.

Page 50

1      A.   The grant has expired, okay.
2 So my research on this is supported by my
3 own time.
4      Q.   Are you -- did you bill or
5 will you bill anyone representing Johnson
6 & Johnson for the time you spent
7 developing the methodology for the study,
8 reviewing the histopathological slides,
9 and writing your expert report?
10      A.   I will not.
11      Q.    So all of that time that
12 you've spent, you will not be reimbursed
13 for -- from anyone for that time; is that
14 correct?
15      A.   Anyone means?
16      Q.   Any -- the university, any
17 other grant money, any other entity.
18 Will anybody be paying you for that time
19 that you spent?
20      A.   Sir, you need to understand,
21 when we do a research, every research,
22 okay, there's many publications. We
23 report it. We did not charge each
24 publication to any agency, no, we are

Page 51

1 not. We are paid by the fixed salary to
2 do this, to do all the academic research,
3 education, clinical practice, and
4 administration.
5           This is just part of the
6 academia success in the United States.
7 You cannot break into every single one.
8           For example, I interview
9 with a faculty. I charge the
10 institution. We did not do it that way.
11 So this is totally different for other
12 business.
13           In academia -- let me
14 finish. This is very important. We are
15 the scientists. We are here to do
16 education, clinical practice, research
17 for the benefit of all the women in whole
18 wide world for ovarian cancer.
19      Q.   Sir, again, I have to
20 interrupt you. I'm going to move to
21 strike as unresponsive. My simple
22 question is, are you billing anyone for
23 the time you spent designing, conducting,
24 and writing up your report from that

Page 52

1 study?
2           MS. MILLER: Objection.
3 Asked and answered.
4           He said he wasn't.
5           THE WITNESS: I did answer
6 your question very clearly.
7 BY DR. RESTAINO:
8      Q.   Your answer is no?
9      A.   I already answered your
10 question.
11      Q.   Okay. Sir, do you consider
12 yourself an expert in epidemiology?
13      A.   I am a cancer biologist who
14 focus on -- I understand what initiate
15 ovarian cancer, and I am also practicing
16 gynecology pathologist. And I also
17 run -- educator to train residents,
18 pathology residents, post-doc fellows,
19 and the graduate students in ovarian
20 cancer research and diagnosis.
21      Q.   Do you have expertise in
22 epidemiology?
23      A.   As a scientist, I always
24 review epidemiology literatures. It's

Page 53

1 part of my background to study it, the
2 issue. And also it's in my context.
3           So you cannot say a
4 scientist only focus on biology without
5 knowing the other fields. I don't think
6 it will work. Any great scientist shall
7 not do that. They should review all the
8 literatures related.
9      Q.   I'm sorry, sir.
10      A.   Sorry.
11      Q.   And by reviewing the
12 published literature dealing with
13 epidemiology, does that give you
14 expertise in epidemiology?
15           MS. MILLER: Objection.
16           THE WITNESS: As I said, I
17 reviewed other literatures in
18 order to know better about the
19 issues, about the -- what is the
20 origin of ovarian cancer.
21           And it is a background in my
22 study and also in my context.
23 BY DR. RESTAINO:
24      Q.   Okay. Do you have expertise

14 (Pages 50 to 53)

Page 54

1    in toxicology?
2         A.   Again, I'm a cancer
3    biologist and gynecology pathologist.
4         Q.   Okay.  Do you have expert --
5    expertise in mineralogy?
6         A.   How do you define
7    mineralogy?
8         Q.   How would you define
9    mineralogy?
10        MS. MILLER:  Objection.
11        THE WITNESS:  Because I
12   can't understand your word.  Could
13   you explain that.
14   BY DR. RESTAINO:
15        Q.   The study of minerals, for
16   example talc and asbestos.
17        A.   Ah.
18        Q.   Are you an expert?
19        A.   No, I am not.
20        Q.   Do you consider you're an
21   expert in talcum powder products?
22        MS. MILLER:  Objection.
23        THE WITNESS:  Could you be
24   more specific for the question?

Page 55

1    BY DR. RESTAINO:
2         Q.   Are you familiar with talcum
3    powder products?
4         MS. MILLER:  Objection.
5         THE WITNESS:  What do you
6    mean familiar with?
7    BY DR. RESTAINO:
8         Q.   Do you know what is in, for
9    example, bottles of Johnson & Johnson
10   talcum powder?
11        A.   I think you have several
12   questions in a stream.  Could you --
13   might go by steps, your question, one by
14   one by one, so I can answer your question
15   more effectively.
16        Q.   Do you know what the
17   constituent parts of Johnson & Johnson's
18   talcum powder is or are?
19        A.   You mean the Johnson &
20   Johnson's powder in the market?
21        Q.   Yes.
22        A.   Or in -- back to ten years
23   ago, 20 years ago, 30 years ago?  What do
24   you mean?

Page 56

1         Q.   Today.
2         A.   Today, I did not see any
3    Johnson & Johnson's powder.
4         Q.   Okay.  Have you heard of Sir
5    Austin Bradford Hill?
6         A.   Could you spell the name
7    correctly?
8         Q.   Sir Austin Bradford Hill.
9    Have you heard of him?
10        A.   I saw -- I know the
11   documents -- I know the documents.  Okay.
12   Through this kind of expert opinion,
13   investigation, and I -- I remember I saw
14   that document, but I cannot remember any
15   single word.
16        Q.   Did you conduct an analysis
17   in this case utilizing the Bradford Hill
18   viewpoints on causation?
19        A.   Again, can I have this Brad
20   Hill -- Bradford Hill documents before we
21   can further discuss?
22        Q.   I'm not sure what you mean
23   by the Bradford Hill documents.  But do
24   you recall reading at any time in your

Page 57

1    professional career a 1965 publication by
2    Sir Bradford Hill regarding viewpoints
3    for determining causation?
4         A.   Can I see the viewpoints for
5    our discussion?
6         Q.   I just want to know if you
7    recall seeing that paper.
8         A.   I need to see the paper in
9    order to answer your question.
10        Q.   Do you recall anytime
11   reading a published paper dealing with
12   causation and viewpoints that consisted
13   of, for example, the strength of
14   association, analogy, biological
15   gradient, biological plausibility,
16   analogy, experimentation, and coherence?
17   Do you recall ever seeing any document
18   like that?
19        MS. MILLER:  Objection.
20   Compound.
21        THE WITNESS:  I need to see
22   the documents before we can
23   further discuss.
24   BY DR. RESTAINO:

15 (Pages 54 to 57)

Ie-Ming Shih, M.D., Ph.D.

Page 58

1    Q.   Without seeing any document,
2  you can't recall ever reading or seeing a
3  study or publication dealing with
4  viewpoints of causation?
5    A.   I saw the viewpoint, but I
6  need to see documents to see which ones
7  specifically you refer.
8    Q.   When you were doing your
9  analysis of the published literature and
10 your study report to make a determination
11 as to whether or not the Johnson &
12 Johnson's talcum powder products were
13 associated with any form of ovarian
14 cancer, did you go through a list of
15 viewpoints to determine whether the
16 association was causal?
17   MS. MILLER:  Objection.
18 You -- you --
19   DR. RESTAINO:  Objection
20 works.
21   MS. MILLER:  There's no
22 foundation.  This mischaracterizes
23 his testimony.  These questions
24 are really not fair.

Page 59

1    When did he say that he did
2  an analysis of the published
3  literature and a study report to
4  make a determination as to whether
5  not Johnson & Johnson's talcum
6  powders were associated with any
7  ovarian -- form of ovarian cancer?
8    I'm sorry to be giving
9  speaking objections, but as I
10 said, this gentleman is a
11 scientist.  He is not a native
12 English speaker, and I think the
13 questions should be fair.
14   DR. RESTAINO:  Your
15 objection is noted.  Let's keep it
16 to objection.  They are the
17 federal rules.
18   MS. MILLER:  I'll say
19 objection unless I feel that the
20 question is stated in such a way
21 that it is intended to mislead
22 this witness.
23   DR. RESTAINO:  Actually
24 you're going to keep it to

Page 60

1  objection or we're going to call
2  the judge.
3    MS. SHARKO:  Okay.
4    DR. RESTAINO:  We can fight
5  about it over another time.  I'm
6  trying to be clear as I can for
7  someone whose English is a second
8  language.  I know that and I
9  respect it.
10 BY DR. RESTAINO:
11   Q.   Doctor --
12   MS. MILLER:  Your question
13 embedded an entire assumption that
14 had never been made in this
15 deposition, that had never been
16 accepted by the witness.  And I
17 think that's hard for somebody to
18 understand who doesn't -- who is
19 not -- English -- who does not
20 speak English as a first language.
21   So I'm just asking to please
22 keep the questions to
23 straightforward questions that
24 don't embed false assumptions.

Page 61

1  BY DR. RESTAINO:
2    Q.   Doctor, if you would turn in
3  your expert report which is marked as
4  Exhibit Number 2 and turn to Page 11.
5  And now, there's a figure there.  Figure
6  Number 2 on Page 11, correct?
7    A.   Correct.
8    Q.   And right above that,
9  there's a sentence where you write,
10 "Without this direct molecular pathology
11 evidence," do you see where I am, sir?
12   A.   I'm sorry, where are you?
13   Q.   The sentence right above the
14 figure.
15   A.   Okay.  Okay.  I saw it.
16   Q.   "Without this direct
17 molecular pathology evidence, a causal
18 relationship of talc and ovarian cancer
19 cannot be established (see below)."
20   Do you see that, sir?
21   A.   Let me finish the whole
22 section, okay.
23   Q.   No, sir.  I just want to
24 know if you -- if you can see that

16 (Pages 58 to 61)

Ie-Ming Shih, M.D., Ph.D.

Page 62

1  sentence that I just read.
2      A.   Okay.
3      Q.   Do you see that, sir?
4          MS. SHARKO: He's just
5  directing your attention to that
6  sentence.
7          THE WITNESS: Oh, okay,
8  yeah, I saw the sentence you --
9  BY DR. RESTAINO:
10     Q.   You see the sentence.
11     A.   -- you mentioned.
12     Q.   And it is your expert
13  opinion, is it not, that without direct
14  molecular pathology evidence, a causal
15  relationship of talc and ovarian cancer
16  cannot be established; is that correct?
17     A.   I think any cancer biologist
18  will agree that you need to see the
19  genetic mutation in order to establish
20  causal relationship.  As you know, the
21  cancer biology, cancer origin is based on
22  genetics, and cancer is a genetic
23  disease.  It must have mutations.
24  There's a difference between cancer and

Page 63

1  normal cells.
2          So in order to understand
3  the sentence I wrote, you need to
4  understand that cancer is just not coming
5  from nowhere.  It has a basis of
6  molecular genetic changes, including
7  somatic mutations in cancer driver genes,
8  which is in contrast to cancer mutational
9  genes.  And the cell, this is the origin
10  that every cancer can -- can develop.
11  Without mutations, there's no way that
12  you can say that this is the -- the
13  causal.
14     Q.   Okay.  So is it your expert
15  opinion that before a causal relationship
16  between an environmental agent and cancer
17  can be established, you have to see
18  evidence of direct molecular pathology?
19         MS. MILLER: Objection.
20  Mischaracterizes the witness's
21  testimony.
22         THE WITNESS: What I said is
23  you need to have cogent evidence
24  and credible science and

Page 64

1  methodology to support biological
2  plausibility and the mechanism.
3  And mutation is one of them, is
4  one of them.
5  BY DR. RESTAINO:
6      Q.   Do you recall in any of your
7  readings the statement that -- regarding
8  biological plausibility?  Are you
9  familiar with that term?
10     A.   Could you define your
11  definition?  I don't know which
12  biological plausibility you refer to.
13     Q.   I'm not referring to any
14  specific form of biological plausibility.
15  You as an expert, can you define for us
16  what is meant by biological plausibility?
17     A.   Okay.  In my opinion,
18  biological plausibility is the evidence,
19  based on very good methodology, that can
20  support a statement.  For example, talc
21  is causal to ovarian cancer.
22     Q.   And is it biologically
23  plausible in your mind as an expert that
24  talc, talcum powder, is associated with

Page 65

1  ovarian cancer?
2          MS. MILLER: Objection.  He
3  said causal, you're saying
4  association.
5          THE WITNESS: I said causal.
6  You say association.  I don't mean
7  association.
8          Association doesn't mean
9  it's causal.  It is a very basic
10  scientific logic, everybody should
11  know that.
12  BY DR. RESTAINO:
13     Q.   Would you -- do you agree
14  that the biological plausibility depends
15  upon the science of the day, would you
16  agree?
17     A.   That's too general.  I
18  cannot answer that.  If you have more
19  specific, give me an example, then I can
20  give you an answer.
21     Q.   Would you agree that science
22  is a continuum and what scientists know
23  one year from now might be different from
24  what scientists know today?

17 (Pages 62 to 65)

Ie-Ming Shih, M.D., Ph.D.

Page 66

1         A.   It depends on what kind of
2    science.  Only true science will survive.
3         Q.   Okay.  Would you -- do you
4    agree that research is never finished,
5    but carries on and on?
6              MS. MILLER:  Objection.
7              THE WITNESS:  This is too
8    general.  I don't know what this
9    means.
10             MS. MILLER:  Doctor, please
11   remember to give me ten seconds --
12             THE WITNESS:  Okay.
13             MS. MILLER:  -- between his
14   question and your answer so that I
15   can lodge my objection and the
16   record is clear.
17   BY DR. RESTAINO:
18        Q.   And I'm sorry, regarding
19   research, would you agree that research
20   never is finished?
21             MS. MILLER:  Objection.
22   Vague.
23             THE WITNESS:  Is too vague a
24   question.  I cannot answer that.

Page 67

1    BY DR. RESTAINO:
2         Q.   You don't understand what I
3    mean by asking --
4         A.   It's too vague.  It's not --
5    I cannot understand.
6         Q.   Are you familiar -- familiar
7    with basic epidemiological principles?
8         A.   What do you mean basic
9    principle?  It's too general.
10        Q.   Do you know how, when
11   looking at a study that has some degree
12   of epidemiology in it, do you know how to
13   interpret a confidence interval?
14        A.   Again, I'm a cancer
15   biologist and a gynecology pathologist.
16   I review those articles that is relevant
17   and important and -- and related.  I am
18   not epidemiology expert.  You can -- you
19   should defer those question to them.  I
20   can -- I am here -- okay.  This is very
21   important.
22             My job here is served as an
23   expert in cancer biology and gynecology
24   pathology to answer whether talc is -- is

Page 68

1    causal or not.
2         Q.   And you looked, did you not,
3    at various epidemiological studies
4    looking at the association of talcum
5    powder and ovarian cancer, correct?
6         A.   I study some of them.
7         Q.   In fact, if you look in your
8    expert report on Page 11?
9         A.   Yes, I saw it.
10        Q.   Okay.  Are you on Page 11?
11        A.   Yes, I am -- I think so.
12        Q.   Do you see there on -- on
13   Page 11 a description of epidemiological
14   studies that you reviewed?
15        A.   Which -- which line you are
16   talking about?  Which study?  Could you
17   name the first author of the study and
18   year?
19        Q.   On the -- on the bottom of
20   Page 11, you have a numbered paragraph,
21   Number 4, correct?
22        A.   Yes.
23        Q.   Do you see there where
24   you've written, "A number of

Page 69

1    epidemiological studies clearly fail to
2    show an association between talc exposure
3    and women who develop ovarian cancer
4    including prospective cohort studies
5    (Houghton, et al., 2014; Gertig, et al.,
6    2000; Gates, et al., 2010; Gonzalez et
7    al., 2016)?"
8              Do you see that, sir?
9         A.   Yes, I did.
10        Q.   Now, you reviewed those
11   studies?
12        A.   I reviewed the study quickly
13   and come to my report.  But I -- I should
14   say I reviewed those articles and not
15   only these four, but several here.  So I
16   just come up with my general opinion as a
17   sum, as a cancer biological view, like a
18   bird's-eye-view about epidemiology.  I
19   cannot give you the full-blown -- and the
20   details about a specific study.
21             So what I feel after I
22   review this, Gertig, Gates, Gonzalez,
23   Houghton, several others perhaps, my
24   thinking is number one, those

18 (Pages 66 to 69)

Ie-Ming Shih, M.D., Ph.D.

Page 70

1    epidemiology studies did not show
2    consistent result. For example, as you
3    know, there are two basic epidemiology
4    studies. One is longitudinal cohort --
5    okay, cohort.
6         MS. SHARKO: Dr. Shih, I'm
7    going to interrupt you to help
8    Mr. -- Dr. Restaino out. He just
9    wants to know if you looked at
10   those studies. And so --
11        THE WITNESS: Okay. Thank
12   you very much.
13        DR. RESTAINO: Thank you.
14        MS. SHARKO: That's his
15   question. Then he's going to ask
16   you another question.
17        THE WITNESS: Okay. Yes, I
18   reviewed those studies.
19   BY DR. RESTAINO:
20        Q.   When you --
21        MS. MILLER: Is this -- oh,
22   sorry.
23        DR. RESTAINO: I'm sorry.
24   Go ahead.

Page 71

1         MS. MILLER: I think we've
2    gone an hour. I think we could
3    all use a bathroom break. Is this
4    a good time?
5         DR. RESTAINO: This is a
6    good time.
7         THE VIDEOGRAPHER: The time
8    is 10:09 a.m., and we are going
9    off the record.
10       (Short break.)
11        THE VIDEOGRAPHER: The time
12   is 10:24 a.m. We are back on the
13   record.
14   BY DR. RESTAINO:
15        Q.   Welcome back, Doctor.
16        A.   Thank you.
17        Q.   When we broke and we were
18   talking about your review of the
19   different epidemiological studies. And I
20   believe you said that your view of this
21   was a bird's-eye-view; is that correct?
22        A.   I summarized what I studied
23   from this literature.
24        Q.   As far as the strengths and

Page 72

1    weaknesses of each epidemiological study,
2    would you defer to someone who has
3    expertise and a degree in epidemiology?
4         MR. LOCKE: Objection to
5    form.
6         MS. MILLER: Objection.
7         THE WITNESS: If the
8    strength is really high, like a
9    20, 30, like cigarette smoking, I
10   think everybody will accept that's
11   a risk factor.
12        If really low, like 1.5,
13   below, 1.1, it could be just by
14   chance and that's needed expert --
15   experts to look into that to study
16   the confounding factors, case
17   number and et cetera, et cetera.
18   BY DR. RESTAINO:
19        Q.   When you are writing an
20   academic paper for publication, any
21   paper, do you typically conduct a review
22   of the literature for articles germane to
23   the paper you were going to write?
24        A.   I will cite many papers that

Page 73

1    are relevant to my study, but will not be
2    able to comprehensively list all the
3    literatures.
4         Q.   How do you determine what is
5    all of the literature?
6         A.   You can go to PubMed search
7    or Google Scholar search about the
8    keywords that you have an interest and
9    related to that specific studies.
10        Q.   Did you do that before you
11   wrote your expert report in this
12   litigation?
13        A.   Yes, I did.
14        Q.   And can -- as you sit here
15   today, can you recall and share with us
16   some of the keywords that you used?
17        A.   Okay. If I can remember I
18   will let you know, okay.
19        One is talc, talcum powder,
20   ovarian cancer -- could I go slowly --
21   pathogenesis, tumor initiation, TP53 --
22   that's a gene name -- high grade serous
23   carcinoma, and of course ovarian cancer.
24        Q.   Okay. Do you know the

19 (Pages 70 to 73)

Ie-Ming Shih, M.D., Ph.D.

Page 74

1    difference when conducting a review of
2    the literature between a systematic
3    review of the literature and a narrative
4    review of the literature?
5         MS. MILLER: Objection.
6         THE WITNESS: I think that's
7         too general a question, could you
8         become more specific?
9    BY DR. RESTAINO:
10        Q.   Yes, sir.  Have you heard of
11   the term "systematic review of the
12   literature"?
13        A.   The system review of
14   literature is what I did.  That's my
15   definition, looked into the search
16   engine, like Google Scholar and PubMed
17   and put in the keywords.  Then you will
18   come out with a list of article, right?
19   So then, I scan quickly, the authors, the
20   titles, and to determine whether this is
21   relevant, either by looking at titles and
22   the authors.  If I decide it is an
23   interesting one, I will read more
24   carefully.

Page 75

1         Q.   Do you know what is meant by
2    the term "narrative review of the
3    literature"?
4         MS. MILLER: Objection.
5         THE WITNESS: Does that mean
6         review -- read review articles?
7    BY DR. RESTAINO:
8         Q.   Yes.
9         A.   Okay.  That's what you
10   meant?
11        Q.   Yes.
12        A.   I did that also too
13   occasionally, if this is germane to my
14   study and is useful for the paper.
15        Q.   Did you -- and I know it's
16   not a memory test, did you use the
17   keyword "inflammation" when you were
18   doing your search of PubMed, Google
19   Scholar, and whatever database?
20        A.   Yes, I believe so.
21        Q.   Okay.  And you reviewed the
22   expert report of Dr. Sarah Kane, correct?
23        A.   I think I was provided with
24   Saed's report.

Page 76

1         Q.   And you were also provided
2    with the report of Dr. Sarah Kane, which
3    you describe in your expert report; is
4    that true, sir?
5         A.   I cannot remember that.
6         Q.   Do you remember reviewing an
7    expert report of a gynecologic
8    pathologist from up in Boston?
9         A.   Oh, yes.
10        Q.   Do you recall reviewing the
11   methodology that she used to write her
12   expert report?
13        A.   I know she report pathology,
14   methodology, but I need to have the
15   documents before I can further discuss.
16        Q.   Okay.  Do you know as you
17   sit here today, if she conducted a
18   systematic review of the literature and
19   then wrote her expert report?
20        A.   I don't know.
21        Q.   Do you know as you sit here
22   today, if you disagree with the
23   methodology that Dr. Sarah Kane utilized
24   to write her expert report?

Page 77

1         A.   I need to see the report
2    first.  I cannot recall at this moment.
3         Q.   Okay.  Do you recall reading
4    Dr. Saed's expert report?
5         A.   Yes, I recall it.
6         Q.   And you have criticisms of
7    the methodology he employed to write his
8    expert report?
9         A.   Yes.  And this is in my
10   expert reports shown in Exhibit 2.
11        Q.   Yes, sir.  Thank you.
12        A.   Yeah, here.
13        Q.   Now, in -- I believe it's
14   expert -- excuse me -- Exhibit 4, your
15   study report.  It's titled "Study Report
16   to Determine Whether Chronic Inflammation
17   Causes Ovarian Cancer."
18        Do you have that, sir?
19        A.   Yes.
20        Q.   Now, you are the sole author
21   listed on the version that we were
22   provided; is that true?
23        A.   Correct.
24        Q.   And will there be other

20  (Pages 74 to 77)

Ie-Ming Shih, M.D., Ph.D.

Page 78

1    authors -- strike that. I'm sorry.
2        Doctor, do you plan on
3    submitting this publication for peer
4    review and publication?
5        A.   Yes.
6        Q.   Have you submitted it
7    already?
8        A.   Not yet.
9        Q.   The -- as you sit here
10   today, do you know if the version that
11   you submit for peer review and
12   publication will have co-authors with
13   you?
14       A.   I have no plan yet what kind
15   of other data will be included. So I
16   cannot answer the question for the future
17   tense.
18       Q.   Is it fair to say then that
19   your study report as provided today is an
20   unfinished product?
21       A.   It is an ongoing project.
22       Q.   Have you discussed the
23   methodology that you used with this
24   report with any other investigator at

Page 79

1    Johns Hopkins University?
2        A.   No.
3        Q.   Did you study the -- did you
4    discuss the methodology that you would
5    use for your study report with any
6    representative of Johnson & Johnson?
7        A.   No.
8        Q.   Did you discuss the
9    methodology that you would use for your
10   study report with any scientist that's --
11   or physician not with Johnson & Johnson
12   and not with Johns Hopkins?
13       A.   Could you repeat that
14   question one more time?
15       Q.   Did you discuss your
16   methodology with anyone else other than a
17   scientist from Johnson & Johnson or a
18   representative from Johnson & Johnson or
19   physician/scientist from Johns Hopkins?
20       A.   As I said, this is my own
21   study.
22       Q.   I appreciate that -- that
23   it's your own study. But in discussing
24   how to do the study and how to best glean

Page 80

1    the truth from your study, did you
2    discuss the study methodology for
3    example, with Dr. Kurman?
4        MS. MILLER:  Objection.  You
5    said in discussing how to do the
6    study, but he said he didn't
7    discuss the study.  So I'm
8    confused by the question.
9        THE WITNESS:  Yeah, I think
10   I answered your question already.
11   BY DR. RESTAINO:
12       Q.   Prior to writing your study
13   report, did you discuss what you were
14   doing with Dr. Kurman?
15       A.   No.
16       Q.   Has Dr. Kurman, to the best
17   of your knowledge, seen the version of
18   the study report that we have at this
19   time?
20       A.   I don't know whether he see
21   it or not.
22       Q.   Now, if you -- on the first
23   page of your study report, underneath
24   your name and your address, there's time

Page 81

1    frame, January 1st, 2019, to February 11,
2    2019; is that correct?
3        A.   This time frame was
4    generated based on when I draft this
5    report, and I think I can finish between
6    January 1st to February 11, 2019.  That's
7    my projection.
8        Q.   In any period of time
9    between January 1st and today, did you
10   share any drafts of your study report
11   with anyone?
12       A.   Anyone means?
13       Q.   Anyone but you. Has anyone
14   else seen any drafts of your study
15   report?
16       A.   I think it's included in
17   this exhibit, so everybody now see it.
18       Q.   Okay.  Prior to today, and
19   prior to it being distributed amongst the
20   attorneys, did you share any drafts of
21   that report with anyone?
22       A.   I did not share it with any
23   of my colleague scientists --
24       Q.   Okay.

21 (Pages 78 to 81)

Ie-Ming Shih, M.D., Ph.D.

Page 82

1    A.   -- and any other colleagues
2  near -- near me.
3    Q.   Did you share any draft of
4  the study report with any representative
5  of Johnson & Johnson?
6    A.   You mean a draft, no.
7    Q.   Okay.  Are there drafts of
8  your study report?
9    A.   There is no draft.
10   Q.   And when you first sat down
11 and thought about what study you would
12 like to do, to look at the question
13 regarding chronic inflammation and
14 ovarian cancer precursor cells, did you
15 write up a protocol for yourself?
16   A.   What do you mean protocol?
17   Q.   Did you write down a plan
18 for how you anticipated conducting the
19 study?
20   A.   No.
21   Q.   Now, for your histological
22 analysis, you identified cases that were
23 showing ovarian cancer precursor lesions
24 without concurrent ovarian cancer; is

Page 83

1  that correct?
2    A.   Yes.  But which page are you
3  referring to now?
4    Q.   I'm just asking in a general
5  sense.
6    A.   Yes.
7    Q.   Okay.  And then you also
8  selected some cases with ovarian cancer
9  as control; is that correct?
10   A.   I -- you must refer to the
11 table, yes.
12   Q.   Okay.  Now, how did you
13 identify the cases that had ovarian
14 cancer precursor lesions without
15 concurrent ovarian cancer?  Were the
16 slides labeled?
17   A.   No.  It's based on the
18 pathology reports and my re-review of the
19 slides.
20   Q.   Who wrote the pathology
21 reports that pertain to each specific
22 slide?
23   A.   The individual pathologist
24 who diagnosed that case.  And I

Page 84

1  re-reviewed the whole material before I
2  conducted this study and write down my
3  results as shown in the table.
4    Q.   So if you wanted to see the
5  slide that had evidence of p53 signature
6  lesions, was there a list of those slides
7  that had that pathology?
8    A.   I think that's correct.  But
9  I need to re-review -- re-review them.
10 Sometimes they are not present anymore
11 for study because they are very small and
12 minute.
13   Q.   I'm sorry, sir, what are
14 small and minute?
15   A.   So could you go back to this
16 Figure 2 so I can explain to you what
17 this minute means.
18        Table 2 in my report.
19   Q.   The listing of your 59
20 slides?
21   A.   No, no, no, not that one.
22 This one.
23        MS. MILLER:  He's talking
24 about his report.  I think.

Page 85

1        DR. RESTAINO:  Oh, I'm
2  sorry.  Forgive me.
3        THE WITNESS:  Oh this one
4  here.  Page 11 here.
5  BY DR. RESTAINO:
6    Q.   Yes, sir.
7    A.   So you need to understand
8  this precursor lesions are very small.
9    Q.   I understand precursor
10 lesions --
11   A.   Okay.
12   Q.   -- probably more than I want
13 to.
14        My question is, sir, if you
15 were going to determine if there were
16 lymphocytes associated or -- or listed in
17 a particular slide with p53 lesions in
18 it, was there a list of the -- of the
19 slides that already had p53 lesions or
20 did you have to go through every slide to
21 find them?
22   A.   I think your question has
23 two parts.  One is p53 signatures,
24 whether this is listed?

Ie-Ming Shih, M.D., Ph.D.

Page 86

1    Q.   Yes.
2    A.   Okay.  I think it is listed.
3  But I need to re-review them.
4    Q.   Okay.
5    A.   Okay.
6    Q.   Okay.  And then also --
7    A.   Second question, chronic
8  inflammation.
9    Q.   Okay.  Now -- but can the
10  same thing be said for the --
11       DR. RESTAINO:  Excuse me.
12  God bless you.
13       MS. SHARKO:  Thanks.
14  BY DR. RESTAINO:
15    Q.   Regarding other pathology,
16  in other words, you looked at the p53
17  signature lesions and you also looked at
18  the serous tubal intraepithelial cells,
19  correct?
20    A.   Yeah, very good.
21    Q.   Can we call them STIC?
22    A.   Please.
23    Q.   Okay.  Did you -- is there a
24  listing in the data bank where you

Page 87

1  obtained these slides of the slides with
2  STIC lesions in them?
3    A.   This would be really
4  complicated to answer, because basically
5  I need to retrieve the slides and I need
6  to re-review all of them to make the
7  diagnosis.  So I will say the diagnosis,
8  this -- in this table is based on my
9  review of all the cases, is my own
10  diagnosis.
11    Q.   Okay.  With that table open
12  in front of you, sir, if you took at
13  lesion Number 1, the very top one?
14    A.   Yes.
15    Q.   Case ID S8001 diagnosis p53
16  SIG, does that stand for signature
17  lesion?
18    A.   Yes.
19    Q.   Okay.  Now, did -- did you
20  take out slide -- or excuse me, Lesion 1,
21  slide S8001, 8001, and did you make the
22  diagnosis of p53 signature lesion or was
23  there a listing of slides that said, if
24  you want to see p53 signature lesion,

Page 88

1  look at this slide?
2    A.   Okay.  I get you.  So I made
3  a diagnosis of p53 signature by myself in
4  this study.
5    Q.   Thank you.
6    Okay.  So how many slides
7  are in the data bank that you --
8    A.   I don't know.  I need to --
9  I don't know that number.
10    Q.   How did you derive or decide
11  upon which 59 slides that you were going
12  to look at?
13    A.   I looked at those slides
14  with the lesions, and they are available
15  for me to review.
16    Q.   But how did you know which
17  slides had which lesions to pull them?
18    A.   Okay.  So your question is,
19  how can I select these cases, right?
20    Q.   Yes, sir.
21    A.   Okay.  So, basically, this
22  study we collect all the tubal lesions,
23  including p53 signatures and STIC from
24  the pool of cases.  Then we combine them

Page 89

1  into our study.
2    So in order to know exactly
3  is a p53 signature STIC or there is no
4  lesion anymore, or there's a cancer, I
5  need to review every single case of that.
6    Q.   So for Slide Number 1, Case
7  ID S80001, when you sat down at the
8  microscope, you knew that someone had
9  already diagnosed p53 signature lesions
10  in that slide; is that correct?
11    A.   I think this cohort -- not
12  cohort -- collection, labels, tubal
13  lesions, including p53 signature and
14  STIC.  And sometimes they have STICs and
15  p53 signature and cancer or without
16  cancer.  So it's really complicated.
17  It's not only p53 signature.
18    This pool that I -- we just
19  talking about is the collection of all
20  tubal lesions.  It's really vague.  It's
21  just labeled positive.  Then I need to
22  diagnose and confirm the diagnosis before
23  I conduct these experiments.
24    Q.   Okay.  If you would turn to,

23 (Pages 86 to 89)

Ie-Ming Shih, M.D., Ph.D.

Page 90

1  in your full study, on Page 1, you have a
2  paragraph that you have titled
3  "Hypothesis"; is that correct?
4      A.   Correct.
5      Q.   And if you look down five
6  lines, sir, in the middle of that
7  paragraph, towards the right of the
8  paragraph, there's a sentence that
9  starts, "We hypothesize that if ovarian
10 cancer."
11          Do you see that, sir?
12     A.   Oh, okay.  Yes.
13     Q.   If you're the sole author,
14 who is the "we"?
15     A.   Okay.  So, let me see this.
16 I will actually explain to you.  So in
17 scientific community, we always use "we."
18 So this is engrained into my brain.  I
19 never say I, because we are not so
20 arrogant.  Scientists is always very poor
21 people.
22          MS. MILLER:  Sorry to laugh
23     at you.
24          THE WITNESS:  We try to test

Page 91

1      all the hypothesis, many
2      hypothesis, but all failed.
3  BY DR. RESTAINO:
4      Q.   Okay.
5      A.   So it's really --
6      Q.   I was just trying to
7  confirm, sir, if you did --
8      A.   Yeah.
9      Q.   -- this alone or if there
10 were others.
11     A.   Of course.  Of course.  Of
12 course.
13     Q.   Now, under study design, on
14 the next page, you have a paragraph
15 titled "Study Design and Case Selection,"
16 correct?
17     A.   Yes.
18     Q.   And you write, "The cases
19 were retrieved from the archival files
20 from the ovarian cancer precursor
21 registry supported by U.S. Department of
22 Defense (USA MRMC) directed medical
23 research programs (CDMRP) grant title
24 'Prevention of Ovarian High Grade Serous

Page 92

1  Carcinoma by elucidating Its Early
2  Changes,' Grant Number W81XWH-11-2-0230."
3          Did I read that correctly,
4  sir?
5      A.   Yes.
6      Q.   Now, that's an -- that was
7  the ongoing grant that you have many
8  publications for; is that correct?
9      A.   This grant has ended.
10     Q.   Okay.  There's no more money
11 to be obtained from that grant?
12     A.   I wish, but no.
13     Q.   Now, associated with this
14 grant, the slides that were available for
15 you to review, are they located at the
16 Johns Hopkins University slide bank, or
17 did you have to go to another university
18 to get them?
19     A.   It's inside of Johns Hopkins
20 research building, and this is a
21 government funded, so we are responsible
22 to take care of them.
23     Q.   Okay.  And associated with
24 each slide, is there a medical history of

Page 93

1  the woman from whom the tissue was
2  obtained?
3      A.   I cannot recall that,
4  because it's under the IRB regulations,
5  so that's -- I cannot remember correctly
6  what IRB said.
7      Q.   And in fact, in several of
8  the publications that you have published
9  or co-authored that involves a
10 histopathological analysis of the slides
11 from this grant that we just discussed,
12 you list that you obtained internal
13 review board approval, correct?
14     A.   Correct.
15     Q.   Did you obtain -- oh, excuse
16 me.  Internal review board.  Would it be
17 okay if for the rest of the day, we just
18 say IRB?
19     A.   I agree.
20     Q.   You're familiar with IRB?
21     A.   That's why we did study.
22     Q.   Okay.  Did you obtain IRB
23 approval to conduct the study that we are
24 discussing today?

24 (Pages 90 to 93)

Ie-Ming Shih, M.D., Ph.D.

Page 94

1     A.   I think every time DOD give
2  the fund, they need to approve every
3  regulatory documents.
4         MS. SHARKO:  Dr. Shih, he's
5         just asking you, if to do this
6         slide review that you did, you
7         first got IRB approval.
8         THE WITNESS:  Yes.  And this
9         is required.
10 BY DR. RESTAINO:
11    Q.   For this study that we're
12 discussing today, the -- the appropriate
13 IRB gave you approval to do the study?
14    A.   Yes.  This -- okay.  So this
15 study, the IRB in the original form, and
16 actually the IRB continues, okay, even
17 the grant expired, because IRB is defined
18 as the study, not dependent on whether we
19 have it funded or not.  It's only
20 research oriented.
21         So we obtain the IRB in the
22 very beginning for many, many years, and
23 so it's include different kinds of
24 studies.

Page 95

1     Q.   So, is it your testimony
2  that you did not need specific IRB
3  approval to pull these 59 slides and look
4  at them?
5     A.   In fact, I submit addendum
6  of the IRB report, including to
7  investigate chronic inflammation in the
8  precursor lesion, and the
9  microenvironment, epigenetic study, and
10 to many other things.
11    Q.   And to whom did you submit
12 the addendum?
13    A.   To the Johns Hopkins eIRB.
14    Q.   And when did you do that?
15    A.   I cannot recall.
16    Q.   Prior to conducting this
17 study?
18    A.   Again, as I said, this study
19 about the chronic inflammation and the
20 microenvironment was ongoing for many
21 years.  And as you can see, there's
22 Ardighieri publication, 2014, in the
23 International Journal of GYN Pathology,
24 and this is in continuation.

Page 96

1     Q.   You do not -- or do you
2  state in the study report anywhere that
3  IRB approval was obtained?
4     A.   Could you repeat the
5  question one more time?
6     Q.   Can you show us in the study
7  report that you have in front of you
8  where you state that IRB approval was
9  obtained?
10         MS. MILLER:  Objection.
11         Lacks foundation.
12         MS. SHARKO:  He wants to
13         know if, looking at your report,
14         you refer anywhere to getting IRB
15         approval.
16 BY DR. RESTAINO:
17    Q.   Do you understand what I
18 mean, sir?
19    A.   I did not recall I put that
20 in, but in future publication, definitely
21 I will put that in.
22    Q.   Okay.  In your -- in the
23 version of the study report that we have,
24 can you show me where you discuss the

Page 97

1  limitations of your study?
2     A.   This is the data I want to
3  show to you guys today.  But the
4  limitation, definitely I will say that in
5  my publications.  And actually in -- I
6  think I put the limitation in more
7  speculated terminology in my study
8  reports, based on my publication records.
9  This is very different from some very
10 sloppy bench science publication, without
11 acknowledge any of the limitation.
12    Q.   As you sit here today, do
13 you know if you've ever published a paper
14 pertaining to a study wherein you did not
15 describe the limitations of the study?
16    A.   The limitation depends on
17 how you present it.  It can become
18 speculative.  It is possible.  And
19 further study is required.  So the
20 limitation, the term may not be used by
21 the implication of the limitations
22 exercise in the report.
23    Q.   Do you -- I'm sorry, sir.  I
24 did not mean to step on your sentence.

25 (Pages 94 to 97)

Ie-Ming Shih, M.D., Ph.D.

Page 98

1    In the version of the study
2  report that was provided to us, can you
3  show us where you describe the
4  limitations of your study?
5    MS. MILLER:  Objection.  He
6  said earlier that --
7    THE WITNESS:  I did answer
8  your question.
9  BY DR. RESTAINO:
10    Q.   Is the word "limitations" to
11  be found anywhere in this -- in the
12  version of the report that we've been
13  provided with?
14    A.   Again, this is ongoing
15  projects, ongoing results, it is by no
16  means that this will be the final
17  publication report.  And of course we
18  have not written the paper yet, but when
19  we -- when I -- I am sorry.  When I
20  finish this study and try to publish it
21  and when I draft the manuscript,
22  definitely like in other publication I
23  did, I will use the term to show the
24  limitation, but not necessarily using the

Page 99

1  term, the word of limitation in the study
2  outcome.
3    Q.   Sir, if you would turn now
4  to your expert report instead of the
5  study report, but your expert --
6    A.   Expert report.
7    Q.   Your expert report, please.
8  And -- and turn to Page 16 of your expert
9  report.
10    Do you see, sir, the first
11  full paragraph at the top which starts,
12  "In reality," --
13    MS. MILLER:  Page?
14    THE WITNESS:  Page 16?
15    MS. MILLER:  I don't have
16  that on Page 16.
17    DR. RESTAINO:  It may not be
18  Page 16.
19    Page 15, forgive me.
20  BY DR. RESTAINO:
21    Q.   Page 15.  Do you see the
22  paragraph up above, it starts, "In
23  reality, chronic inflammation."
24    Do you see where I am, sir?

Page 100

1    A.   Yes.
2    Q.   Now, the second sentence
3  states, "My recent study, which is
4  included in full at the end of this
5  report, offers significant support for
6  this conclusion."
7    Did I read that correctly?
8    A.   Yes.
9    Q.   Is it your testimony today
10  that the -- your recent study we've been
11  discussing is not the full report but is
12  going to be modified?
13    MS. MILLER:  Objection.
14    THE WITNESS:  This is the
15  data I have, but when you wrap up
16  a study, you have other
17  ingredients, like introduction,
18  methodologies, result, discussion.
19    This is not full report as a
20  publication.  I mean a full report
21  meaning it's publication.  Okay.
22    But this is a full result I
23  have at this moment.
24  BY DR. RESTAINO:

Page 101

1    Q.   A moment ago you testified
2  that it could change, your opinions could
3  change.  You state, again, this is
4  ongoing projects, ongoing results.
5    A.   Yes.
6    Q.   So, is it fair to say that
7  your opinions in your expert report, in
8  the study report that you've provided to
9  us and that you are providing today, are
10  preliminary results?
11    MS. MILLER:  Objection.
12    THE WITNESS:  Could you
13  repeat the question?  I think
14  there's two questions in your
15  previous statement.  Could you
16  break it up?
17  BY DR. RESTAINO:
18    Q.   You stated that there were
19  ongoing results.  So if there's ongoing
20  results --
21    A.   No.
22    Q.   -- is it --
23    A.   It is ongoing study, not
24  results.

26 (Pages 98 to 101)

Ie-Ming Shih, M.D., Ph.D.

Page 102

1    Q.   Okay.  And so that there
2  isn't any confusion, particularly on my
3  part, sir, I want to give you what's been
4  marked as Exhibit 27 I believe.
5        (Document marked for
6        identification as Exhibit
7        Shih-27.)
8  BY DR. RESTAINO:
9    Q.   And do you recognize that
10  paper, sir?
11    A.   Yes, I recognize it.
12    Q.   Okay.  If -- if you turn to
13  Page 6546.  Okay, sir?  Are you there?
14    A.   Yeah.
15    Q.   Do you see there's a section
16  titled "Acknowledgments"?
17    A.   Yes.
18    Q.   And do you see that they --
19  that there is written there, "The work
20  was supported by the Honorable Tina
21  Brozman, B-R-O-Z-M-A-N, Foundation and
22  the Department of Defense CDMRP," and
23  then there's the grant number that we
24  discussed earlier.  That's the same grant

Page 103

1  that we have been discussing; is that
2  correct?
3    A.   I think so.
4    Q.   And were the materials that
5  were utilized for this study, "Methylomic
6  analysis of ovarian cancers identifies
7  tumor-specific alterations readily
8  detectable in early precursor lesions,"
9  obtained from the same Johns Hopkins
10  University tissue or slide bank as your
11  present study?
12    A.   Could you indicate where is
13  the sentences?
14    Q.   I was -- put your attention
15  to the acknowledgments.  Do you see under
16  acknowledgments?
17        MS. MILLER:  Do you want me
18    to show him?
19        DR. RESTAINO:  Sure.  Thank
20    you.
21        THE WITNESS:  Yeah, I saw
22    that acknowledgment.
23  BY DR. RESTAINO:
24    Q.   Okay.  And you see that the

Page 104

1  grant number is listed there, correct?
2    A.   Correct.
3    Q.   And that's the same grant
4  that we've been talking about so far this
5  morning?
6    A.   This is only one of the
7  grants with acknowledgments.
8    Q.   Okay.  And I just wanted --
9  for the record, it's the same grant?
10    A.   Yes.
11    Q.   Now, for the slides for this
12  paper, the methylomic analysis, were they
13  obtained from the same Johns Hopkins
14  tissue bank?
15    A.   They are obtained from
16  different resources within Johns Hopkins.
17    Q.   Okay.  Now, if you would
18  turn to Page 6537 of that article.  And
19  you'll see there that there is a
20  materials and methods section.
21    A.   Right.
22    Q.   And the first full sentence
23  of that section, it is written, "This
24  study was performed after approval by

Page 105

1  Institutional Review Board (IRB) and
2  conducted in accordance with the U.S.
3  Common Rule."
4        Do you see where I read that
5    from, sir?
6    A.   Yes.
7    Q.   Will your final paper, your
8  study report that when it's submitted for
9  publication, will that contain that
10  similar language?
11        MS. MILLER:  Objection.
12        THE WITNESS:  It will.
13  BY DR. RESTAINO:
14    Q.   But it does not at this
15  time, correct?
16    A.   It's not a paper yet.  We
17  have not -- I have -- I'm sorry, excuse
18  me as a scientist.  We are teamwork.
19        I did not submit the paper
20  yet.  I did not write the paper yet.
21    Q.   So what is it that we are
22  looking at when we see the full study
23  report, as you describe it, what is that?
24    A.   Excuse me, what, could you

27 (Pages 102 to 105)

Ie-Ming Shih, M.D., Ph.D.

Page 106

1   repeat one more time?
2       Q.   Exhibit 4, your -- the study
3   itself.
4       A.   Yeah.
5       Q.   What you describe as being
6   attached in full to your expert report,
7   if it's not a paper yet, what are we --
8   is it, what are we looking at, sir?
9       A.   It's interim report to show
10  that -- to address one of the most
11  important questions regarding whether
12  talc will cause inflammation,
13  inflammation will cause precursor lesion
14  where ovarian cancer originate from.
15      Q.   But your expert report
16  describes it as a full report.  Is it a
17  full report as in your expert report or
18  is it an interim report as you just
19  stated?
20      A.   Which were you -- which --
21  which one are you talking about?  I'm
22  confused.
23      Q.   The study report.
24      A.   Okay.  My study report.

Page 107

1   This one?
2       Q.   Yes.
3       A.   And where --
4       Q.   Is that a full report or is
5   it an interim report?  It's Exhibit 4.
6   It should be marked as Exhibit 4.
7       A.   Yeah, right.
8           This is the full report at
9   this moment.
10      Q.   Okay.  Going back to the
11  paper we just handed to you, the
12  methylomic paper, and if you turn to
13  Page 6545.
14          Are you there, sir?
15      A.   Yeah.
16      Q.   There's a large paragraph,
17  right column down towards the bottom that
18  starts, "There are a number of
19  limitations to our study."
20          Do you see that, sir?
21      A.   Yes.
22      Q.   Okay.  I'll read it in full.
23          "There are a number of
24  limitations to our study that warrant

Page 108

1   consideration."
2           Do you have that language in
3   the full interim report that you have
4   provided to us?
5           MS. MILLER:  Objection.
6           THE WITNESS:  I think I
7   answered your question already.  I
8   think in the final publication we
9   prepared, I will do that.
10          And this is my style.  In
11  every paper I will be sure this
12  will be included.
13  BY DR. RESTAINO:
14      Q.   Thank you, sir.  I
15  understand.
16          As you sit here today, can
17  you share with us any of the limitations
18  that exist regarding the study you
19  conducted that we've been discussing?
20      A.   Could you repeat one more
21  time and more specific, what do you want
22  me to do?
23      Q.   Yes.
24      A.   Okay.

Page 109

1       Q.   Thank you, sir.
2           What are the limitations of
3   your study as you've performed it?
4       A.   In this Exhibit 4?
5       Q.   Yes, sir.
6       A.   Okay.  So I think you are
7   asking me if I have -- if I wrote or
8   write the publication or manuscript,
9   including this result, what shall I say,
10  right?
11      Q.   Yes.
12      A.   So when a scientist write a
13  paper -- so for example, I am going to
14  write this paper, it depends what kind of
15  data I want to include.  So this will be
16  part of it, and it will join other data,
17  which we don't know, to come up with the
18  best publication to submit at very high
19  impact journal.  That's our purpose.
20          So at this moment, we don't
21  -- I'm sorry, I don't know whether this
22  will be a single long paper just
23  reporting this finding or in combination
24  with other finding as multiple reports or

28 (Pages 106 to 109)

Ie-Ming Shih, M.D., Ph.D.

Page 110

1    a single one publication report. I have
2    no idea yet.
3        Q.   But as you sit here today,
4    can you share with us some of the
5    limitations of your study that you as a
6    board-certified pathologist know exists
7    when conducting this study. Do you
8    understand what I'm asking, sir?
9        A.   Yes.
10       Q.   Okay. What are the
11   limitations to your study as you know
12   them today?
13       A.   The other way to put this
14   around is how can I improve this study?
15       Q.   No, sir. No, sir. I just
16   want to know, if you were to write today,
17   "The limitations of this study are," what
18   would you write?
19       A.   So this is based on the
20   cross-sectioned data at this moment,
21   right?
22       Q.   Yes, sir.
23       A.   We are not talking about
24   what else would be included?

Page 111

1        Q.   Yes, sir.
2        A.   Okay. So I would say I will
3    increase a little bit case number on this
4    because this is from 48 women, 59
5    samples, and this is very important here.
6    This is world's largest study about the
7    precursor lesion without cancer. You
8    cannot ever, ever fund any study with
9    this number, and this is world largest.
10       But we -- as a good
11   scientist like me, I would like to
12   increase the case number a few more to
13   increase the -- to expand more patients.
14   I think that would be important for the
15   reviewers to be highly impressed that we
16   have even more, more than 48 women.
17       Q.   Now, in doing so, you will
18   be looking at more slides; is that
19   correct?
20       A.   Correct.
21       Q.   Okay. And in looking at
22   more slides is it possible that the
23   results will change that will change your
24   opinion regarding the association of

Page 112

1    chronic inflammation and the precursor
2    lesions?
3        A.   So -- so my opinion as in
4    the Exhibit 2 is not totally dependent on
5    the results. And these results can
6    support some of the important arguments.
7    But again, my opinion will not change,
8    even there is a different result in my
9    official publications. My opinion is
10   based on my literature search about
11   epidemiology, chronic inflammation,
12   carcinogenesis, molecular genetics, and
13   my 20 years of experience as a scientist
14   and pathologist.
15       Q.   Sir, if you were to look at
16   another 59 slides, okay, if you were
17   going to --
18       A.   There should be not so many,
19   to be honest.
20       Q.   If you were to look at
21   another X number of slides and every one
22   of them shows evidence of chronic
23   inflammation, lymphocytes, macrophages,
24   dendritic cells, all the stuff that we

Page 113

1    learn in pathology and physiology, would
2    that change your opinion regarding the
3    association of chronic inflammation and
4    precursor lesions of ovarian cancer?
5        MS. MILLER: Objection.
6        THE WITNESS: I cannot
7    observe your assumption in the
8    beginning. What you say is
9    looking for this lymphocytes --
10   you are very good -- NK cells and
11   plasma cells, that's the normal
12   immunity.
13       Every single normal -- your
14   skin, liver, brain, they have
15   those cells.
16       What I'm talking about here
17   is chronic inflammation. Chronic
18   inflammation, of course, contain
19   lymphocytes. But a normal tissue
20   also contain lymphocytes;
21   otherwise, you would get sick, you
22   would get infected, and sepsis.
23       So what I mean chronic
24   inflammation is, as compared to

29 (Pages 110 to 113)

Ie-Ming Shih, M.D., Ph.D.

Page 114

1    normal tissue, like I say increase
2    the number and density of those
3    cells.
4    BY DR. RESTAINO:
5        Q.   So if you --
6        A.   That's very important.
7        Q.   If you were to look at X
8    number of slides --
9        A.   Right.
10        Q.   -- and those X number of
11    slides all showed evidence of chronic
12    inflammation associated with the
13    precursor lesions, would your opinion in
14    this regard change?
15        A.   I think it's a purely
16    hypothetical.  But I can tell you one
17    thing.  Based on all scientific practice,
18    when you see zero of 10, then you don't
19    know what's the other two, right.  And
20    then if you look at zero -- okay.  How
21    about we start over again.
22            We look at two cases and
23    they have no chronic inflammation.  So we
24    are not really sure whether this is -- we

Page 116

1    right?  So I think we are pretty safe to
2    reach the conclusion, because we have a
3    really solid basis, zero, of any cases we
4    found.
5        Q.   Did you obtain consent from
6    the women from whom these slides came
7    from to evaluate the slides?
8        A.   I think I answered that
9    question again, already.
10            We just follow the IRB.
11    What IRB allows to do, we just do it.  So
12    I cannot reveal any details, that is
13    privileged and confidential.
14        Q.   Would one of the limitations
15    of your study be that you did not have
16    the associated medical records of the
17    women?
18        A.   What does that matter?  As a
19    scientist, again, the purpose is for the
20    official paper.  Again, I don't know what
21    is the title of the official paper is,
22    but the report, as in the Exhibit 4, this
23    table, it is very clearly we try to
24    answer one single question.  But in the

Page 115

1    are really confident about that.
2            But when you look at this
3    number and the -- are you listening?
4        Q.   I am listening.  I'm reading
5    too.
6        A.   So if there is zero of this
7    48 cases, the probability, you know,
8    probability, right, the chances would be
9    extremely, extremely low.
10            So of course I cannot
11    predict what happens.  But I think the
12    likelihood that we'll see chronic
13    inflammation in those STIC, p53
14    signature, without cancer, would be very,
15    very low.
16            And especially I would not
17    include another 100, 200 cases, because
18    there's a limitation of the science.
19    There's no such material.
20            Probably I will increase a
21    few number of cases.
22            Even this, in a single one,
23    and this -- use a P-value, 95 percent
24    confidence interval, you know that,

Page 117

1    paper we may need to answer many
2    questions.
3            But for this specific one,
4    we just want to answer whether -- this is
5    very important -- whether the ovarian
6    cancer precursors, like p53 signature and
7    STIC, has any chronic inflammation.  If
8    no, ovarian cancer is not related to
9    chronic inflammation.
10            It could be related to other
11    etiologies, that we, scientist, we are
12    fighting for to look for and to help the
13    women with ovarian cancer.
14        Q.   And is it your opinion that
15    the medical history of the women from
16    whom these slides came from is irrelevant
17    for your diagnosis?
18        A.   No, definitely not.
19        Q.   Then my question --
20        A.   I said -- okay.
21            MS. MILLER:  Can you let him
22    finish?
23            THE WITNESS:  I have not
24    finished yet.

30 (Pages 114 to 117)

Ie-Ming Shih, M.D., Ph.D.

Page 118

1      What I have said is for this
2   particular study -- you can look
3   at here -- I want to know whether
4   there is increased inflammation
5   associated with those precursor
6   lesions.
7      So in this study, I don't
8   need clinical information.  But in
9   other -- many other ways, other
10   studies, we need that information.
11   Okay.  So it depends on the
12   specific question you want to ask.
13   You cannot say it's in general
14   not.  It's not fair.
15   BY DR. RESTAINO:
16      Q.   Are there other limitations,
17   other than increasing the case number.
18   As you sit here today, can you share with
19   us any other limitation of your study?
20      A.   Limitation to this
21   particular question?
22      Q.   Yes.
23      A.   Or study I want to publish?
24   I'm confused.

Page 119

1      Q.   The study report that you
2   have in front of us.
3      A.   Study report.  Very good.
4      Q.   Are there other
5   limitations --
6      A.   Very good.
7      Q.   -- other than the case
8   number and you did not have access to the
9   medical records, are there any other
10   limitations?
11      A.   It doesn't mean that I
12   cannot access the medical records.
13      Q.   Did you?
14      A.   I don't think it's relevant
15   to this study.
16      Q.   Okay.  If you would turn now
17   to -- yes, thank you.
18      A.   Which page.
19      Q.   Other than increasing the
20   case number and the -- at this time, not
21   review of the medical records, are there
22   any other limitations to your study that
23   you can share with us?
24      MS. MILLER:  Objection.

Page 120

1      THE WITNESS:  I already
2   answer your question.
3      For this particular
4   questions, I think that's the
5   limitation I can think about.
6      But for the in the future
7   study, because it has not come
8   yet, so I don't know what's their
9   limitations.
10   BY DR. RESTAINO:
11      Q.   So is it fair to say we
12   cannot rely upon this interim study for a
13   description of the limitations and how
14   those limitations may affect our reading
15   of your conclusion?
16      A.   Already -- okay.
17      MS. MILLER:  Objection.
18   Please, Doctor.  Ten seconds.
19      THE WITNESS:  I have no
20   patience.
21      MS. MILLER:  I know.  I'm
22   aware.  That's very honest of you.
23   But please give me a chance.  I
24   know you're excited to answer the

Page 121

1   question.
2      THE WITNESS:  I'm very
3   excited.  Very.
4      MS. MILLER:  I can see.
5   BY DR. RESTAINO:
6      Q.   Is it fair to say, Doctor,
7   that we cannot rely upon this interim
8   study for a description of the
9   limitations of your study?
10      MS. MILLER:  Objection.
11      THE WITNESS:  Yeah, could
12   you repeat one more time, slowly
13   and using simple language about
14   it?
15   BY DR. RESTAINO:
16      Q.   You're -- you're very
17   comfortable using English, are you not?
18      A.   It depends.
19      Q.   As a matter of fact, you
20   quote Shakespeare at times, don't you?
21      A.   What do you mean that?
22      MS. MILLER:  Objection.
23   BY DR. RESTAINO:
24      Q.   Do -- you don't know what I

31 (Pages 118 to 121)

Ie-Ming Shih, M.D., Ph.D.

Page 122

1  mean by quoting Shakespeare.  You know
2  who Shakespeare is?
3       A.   I don't think this is my
4  opinion in my report.
5       Q.   No, it probably isn't.  But
6  have you quoted Shakespeare at lectures?
7       A.   I don't know it's me or my
8  co-authors, I cannot remember.
9       Q.   I'm asking you.  Have you --
10          MS. MILLER:  He said he
11      doesn't remember.
12  BY DR. RESTAINO:
13      Q.   -- ever been videotaped
14  wherein you've quoted Shakespeare?
15      A.   For what purpose?
16      Q.   For educating lay people,
17  perhaps?  Have you ever heard of the
18  Endometriosis Foundation?
19      A.   Yes.
20      Q.   Have you ever -- have you
21  recently been interviewed by them?
22      A.   I need to double-check.  I
23  never see the interview.
24          Could you show me?

Page 123

1       Q.   It's your interview, sir.
2  And you can just look for it on YouTube
3  and -- and on the internet.  But you --
4  you speak English quite well in the
5  interview wherein you quote Shakespeare,
6  is that true?
7          MS. MILLER:  Objection.
8      Let's just take down the
9      temperature of it.  He is not
10      purporting to not understand
11      things he understands and that's
12      what you're insinuating.
13          DR. RESTAINO:  I'm not
14      insinuating anything.  I'm saying
15      it.
16  BY DR. RESTAINO:
17      Q.   Now, Doctor, let's turn to
18  Page 24 of your study report.  The study
19  report.
20          And you see you have a
21  question to ask in the middle, sir?
22      A.   Yes.
23      Q.   And in the middle of that
24  paragraph, you have language,

Page 124

1  "accumulating evidence suggests."
2          Do you see that, sir?  It's
3  right about the middle -- as a matter of
4  fact it's right above all the references.
5  There's a sentence that starts
6  "accumulating evidence"?
7       A.   Okay.  I saw it.
8       Q.   And I'll read it and just
9  make sure I read it correctly, sir.
10  "Accumulating evidence suggests that
11  serous tubal intraepithelial" --
12  "epithelial carcinoma (STIC) or its
13  precursor lesions, including p53
14  signature and serous tubal
15  intraepithelial lesions (STIL) located at
16  fallopian tubes or cortical inclusion
17  cysts of the ovary, are the precursors of
18  ovarian HGSC."  And then there's a bunch
19  of references.
20          Did I read that correctly,
21  sir?
22      A.   Yes.
23      Q.   And that is your opinion
24  today, that these precursor lesions are

Page 125

1  the precursors of ovarian high grade
2  serous carcinomas; is that correct?
3       A.   So are you -- are you asking
4  me about my opinion where is the
5  precursor lesions located?
6       Q.   No, sir.  I'm just asking,
7  is it your opinion today as you put in
8  your expert report, that the -- that
9  these precursor lesions are the
10  precursors of HGSC?
11      A.   That is my opinion, yes.
12      Q.   And HGSC, so there's no
13  confusion, is high grade serous
14  carcinoma?
15      A.   Perfect.
16      Q.   Okay.  Thank you.
17          Now, I'd like to hand to you
18  what we have marked as Shih Exhibit 29.
19          (Document marked for
20      identification as Exhibit
21      Shih-29.)
22  BY DR. RESTAINO:
23      Q.   And it's an article by
24  Trabert, et al.  Have you seen this

32 (Pages 122 to 125)

Ie-Ming Shih, M.D., Ph.D.

Page 126

1    article before, sir?
2         A.   May I have the time to see
3    the content in order to recall my memory,
4    okay.  Just a few -- give me a few
5    seconds.
6         I don't recall this paper.
7         Q.   You don't.  Do you recall
8    writing an editorial about this paper?
9         A.   Well, maybe.  I need to
10   see -- make sure that I -- this bringing
11   to my memory first.
12        Q.   As you sit here today, do
13   you recall writing and publishing that
14   this was an important study for which the
15   authors should be congratulated?  Does
16   that sound familiar?
17        A.   I cannot recall the
18   sentence.  You have it -- can you show
19   me, please?
20        Q.   I just want to know if you
21   recall saying that.  The literature will
22   show what the literature shows.
23        If you would turn to
24   Page 755 of this paper.  And are you

Page 127

1    there, sir?
2         A.   Let me see.
3         Okay.  In Table 3 you meant?
4         Q.   No.  Just on Page 755, if
5    you look in the right column, all the way
6    down, that little paragraph that starts
7    and goes over to the next page.
8         Do you see that, sir?
9         A.   Starting for "STIC is
10   found"?
11        Q.   Perfect.
12        A.   Okay.
13        Q.   "STIC is found with
14   late-stage high-grade serous carcinomas
15   in 11 percent to 61 percent of cases when
16   the tube is extensively scrutinized;
17   however, limited molecular data suggest
18   that STIC is not always the source of
19   carcinomatosis.  Reference Number 13."
20        Did I read that correctly?
21        A.   13, let me see which
22   reference.  Is Chan, by Chan, et al.
23   STIC associated with high grade serous
24   carcinoma, systemic review.  2017.  Okay.

Page 128

1         Q.   Did I read that correctly,
2    sir?
3         A.   Yes.  This is the word in
4    the paper.  But it may not --
5         Q.   Okay.  Can you tell us what
6    is meant by the word carcinomatosis?
7         A.   This is a term that medical
8    doctors and scientists used to the
9    spread -- the spread of ovarian cancer,
10   in peritoneal cavity or elsewhere.
11        Q.   Does carcinomatosis only
12   apply to ovarian cancer?
13        A.   No.
14        Q.   Now, what they write here is
15   that the STIC lesions can be found as
16   little as in 11 percent of cases when the
17   tube is extensively scrutinized; is that
18   correct?
19        A.   But this is referred to
20   Reference 13.  It's not --
21        That's for me?
22        MS. MILLER:  Yes.
23        THE WITNESS:  Okay.  Thank
24   you.  I'm sorry.

Page 129

1    BY DR. RESTAINO:
2         Q.   Do you agree that that's
3    what the statement says, that STIC is
4    found with late-stage high-grade serous
5    carcinomas in 11 to 61 percent of cases?
6         That was what is written in
7    a study that I represent to you, you
8    describe as an important study for which
9    the authors should be congratulated?
10        A.   No.  This is for the
11   Reference 13, okay?  So it's not this
12   paper.  It's a Reference 13.  So you need
13   to go back to original paper by Chan, et
14   al.
15        Do you have the paper so we
16   can discuss it further?
17        Q.   Is it your knowledge as you
18   sit here today, that STIC is found with
19   late stage high grade serous carcinomas
20   in 11 to 61 percent of cases when the
21   tube is extensively scrutinized?
22        MS. MILLER:  Objection.
23        THE WITNESS:  So could you
24   repeat your question and what do

33 (Pages 126 to 129)

Ie-Ming Shih, M.D., Ph.D.

Page 130

```
 1        you -- what is your specific
 2    question that you want me to
 3    answer?
 4    BY DR. RESTAINO:
 5        Q.   Is it your --
 6        A.   And your question about
 7    Number 13, then we need to review the
 8    article.  We can discuss.  I'm happy to
 9    do that.
10        Q.   I want to discuss what was
11    published by Trabert, et al., last year,
12    in a study you described as an important
13    study for which the authors should be
14    congratulated.
15            Is it your expert opinion
16    that STIC lesions are found with late
17    stage high grade serous carcinomas
18    between 11 and 61 percent of the time?
19            MS. MILLER:  Objection.
20    Multiple objections to this
21    question.  You are refusing to
22    show him where he made this
23    statement.  It's completely taken
24    out of context.  We don't -- I
```

Page 131

```
 1    think you should show him his
 2    editorial to be fair.
 3            THE WITNESS:  Number 13.
 4            MS. MILLER:  And he's saying
 5    that he cannot respond to this
 6    question without seeing the
 7    underlying study that it cites.
 8    And you are asking him if he
 9    agrees with it, and he's saying he
10    wants to see the study to know if
11    he agrees with it.
12            THE WITNESS:  Yes.
13            MS. MILLER:  I think those
14    are reasonable points that he's
15    making.
16    BY DR. RESTAINO:
17        Q.   Okay.  Let's move on then to
18    the top of Page 756.
19            Very first sentence on the
20    next page, sir.  Top of Page 756.  They
21    write, Trabert, et al., writes, "A recent
22    genomic analysis revealed STIC as a
23    precursor of sporadic high grade serous
24    carcinoma in 50 percent (4 in 8) of
```

Page 132

```
 1    tumors, but also suggested that
 2    25 percent (2 in 8) of STICs were
 3    metastases from other organ sites, (e.g.,
 4    endometrium)."  And Reference 31.
 5            "If corroborated these data
 6    challenge the view that identification of
 7    STIC automatically justifies labeling a
 8    concurrent cancer as a tubal primary."
 9            Did I read that correctly?
10        A.   This has been written in the
11    paper, in the discussion.  It's not the
12    author's results.  So don't get confused
13    about their discussion and their data.
14    Okay.
15            So this is in a discussion.
16            And also you see the 31, the
17    Reference 31.  So it's by Eckert,
18    published in 2016, Cancer Discovery.
19            So could you please show me
20    the Cancer Discovery paper, and I can
21    show you what's going on.
22        Q.   Doctor, as you sit here
23    today, do you recall any paper describing
24    genomic analysis revealing STICs as
```

Page 133

```
 1    precursors of sporadic high grade serous
 2    carcinoma in 50 percent of tumors and
 3    also suggested 25 percent were mets from
 4    other organ sites.
 5            Do you recall that?
 6            MS. MILLER:  Objection.
 7            THE WITNESS:  You need to
 8    show me the documents before
 9    further discussion.
10    BY DR. RESTAINO:
11        Q.   While we're looking for that
12    and pulling it to show you, can you
13    explain to the court, what are
14    metastases?  What is meant by the word
15    "metastases" as it relates to cancer?
16        A.   Sure.  That's my pleasure.
17    So metastasis is a term that is broadly
18    used by cancer biologist, cancer
19    geneticist, and also pathologist.  For
20    me, and many people will agree, that
21    metastasis is an additive -- is an
22    additive process that the tumor cells in
23    their primary location need to break
24    their basement membrane and go into the
```

34 (Pages 130 to 133)

Ie-Ming Shih, M.D., Ph.D.

Page 134

1 stroma, S-T-R-O-M-A, stroma tissue, and
2 to find the lymphatic or blood vessel and
3 go into there and circulate.
4          Then -- and it's only
5 50 percent, then circulate, because you
6 are asking me about metastasis.
7          Q.   I just asked you the
8 definition of metastasis.  Would you
9 agree that a metastasis is the spread of
10 cancer from a primary tumor to a distant
11 site?
12          MS. MILLER:  Objection.
13 BY DR. RESTAINO:
14          Q.   Simple as that.  Would you
15 agree that's what is meant by metastasis
16 in cancer research?
17          MS. MILLER:  Objection.
18          THE WITNESS:  It depends on
19      who you are asking.  For me, okay,
20      you want to ask me my opinion --
21 BY DR. RESTAINO:
22          Q.   Do you disagree with that
23 definition?
24          A.   No, I did not say that.

Page 135

1 Okay, as I said, my opinion, metastasis
2 is an additive process that need to leave
3 the primary site, go into broad
4 circulation and settle down in the other
5 place.
6          Q.   So if there are metastatic
7 lesions in the fallopian tube, then by
8 definition, those metastatic cells have
9 come from somewhere else, correct?
10          MS. MILLER:  Objection.
11          THE WITNESS:  I would say
12      disseminated, not metastasis.  So
13      this is quite confusing, even in
14      pathology field.
15 BY DR. RESTAINO:
16          Q.   Well, if we go to the
17 Trabert study.
18          A.   Trabert.  Okay.
19          Q.   Okay.  And 756, these
20 researchers state that -- they use the
21 word "metastases."  They do not use the
22 word "disseminated."  Would you agree?
23          A.   It was written that way.
24          Q.   Okay.  So when you as a

Page 136

1 cancer biologist see the word
2 "metastases" there, does that suggest to
3 you that the cells they observed came
4 from somewhere else and were not the
5 primary lesion.
6          A.   You can say that.
7          Q.   Okay.  Now if you can turn
8 to what we gave to you as the Eckert
9 paper.
10          (Document marked for
11          identification as Exhibit
12          Shih-30.)
13 BY DR. RESTAINO:
14          Q.   That was their Reference 31.
15 Do you recognize this paper, sir?
16          A.   I remember seeing this
17 paper.  But I cannot recall in detail.
18 So I need to --
19          Q.   Let's read the first couple
20 sentences of the abstract.  "Accumulating
21 evidence has supported the fallopian tube
22 rather than the ovary as the origin for
23 high grade serous ovarian cancer,
24 (HGSOC).  To understand the relationship

Page 137

1 between putative precursor lesions and
2 metastatic tumors, we performed
3 whole-exome" -- E-X-O-M-E -- "sequencing
4 on specimens from eight HGSOC patient
5 progression series consisting of serous
6 tubal intraepithelial carcinomas (STIC),
7 invasive fallopian tube lesions, invasive
8 ovarian lesions, and omental metastases."
9          Did I read that correctly,
10 sir?
11          A.   It was written this way.
12          Q.   Okay.  Thank you.  And
13 putative precursor lesions means
14 reported, or reputed to be precursor
15 lesions, correct?
16          A.   I get lost.  Let me see.
17 Which line are you at right now?  I'm
18 sorry.  Which line?
19          Q.   One, two, three lines down.
20          A.   Three down.  Okay.
21          Q.   Underneath accumulating
22 evidence, they describe them as putative
23 precursor lesions.
24          Do you see that?

35 (Pages 134 to 137)

Ie-Ming Shih, M.D., Ph.D.

Page 138

1    A.   "Phylogentic analyses
2    supported STIC as a precursor."  That's
3    what you are talking about, or before
4    that?
5        Q.   Just the third line, sir.
6        A.   From the top?
7        MS. MILLER:  "To understand
8    the relationship"?
9        DR. RESTAINO:  Right next --
10    pardon me?
11        MS. MILLER:  Are you at "To
12    understand the relationship"?
13    BY DR. RESTAINO:
14        Q.   Forgive me.  Yes.  "To
15    understand the relationship between
16    putative precursor lesions," do you see
17    where I am?
18        A.   Okay.
19        Q.   Okay.  Now, stop at the word
20    "putative."
21        Do you see that?
22        A.   That's the author's opinion.
23        Q.   In this peer-reviewed
24    published paper, correct?

Page 139

1        A.   This is not peer-reviewed.
2    I'm sorry.  This is a true original
3    publication.  I think you get confused.
4        Q.   You don't believe that this
5    paper by Eckert, et al., that has been
6    published in Cancer Discovery is
7    peer-reviewed?
8        A.   It's -- it's peer-reviewed,
9    but it's not review paper.  Maybe we got
10    lost from --
11        Q.   Well, we know it's not a
12    review paper.  But it's been reviewed by
13    peers of these authors.  Would you agree?
14        A.   That's correct.
15        Q.   Okay.  And they allowed the
16    use "putative precursor lesion," correct,
17    because that's why it's in the article?
18        A.   In science we just use a
19    more liberal way to describe things,
20    because we are not very sure about
21    things.
22        Q.   Well, you're sure that these
23    lesions are precursors to high grade
24    serous carcinoma, as you write in your

Page 140

1    expert report.  You don't state they are
2    putative.  You say they are precursor
3    lesions, correct?
4        A.   This is based on -- there
5    are many hypotheses --
6        MS. MILLER:  He's in the
7    middle of answering a question.
8        DR. RESTAINO:  I know.  I'm
9    just asking if you are ready for a
10    break.
11        THE WITNESS:  So I --
12        DR. RESTAINO:  I'm sorry.  I
13    misunderstood what you were
14    asking, or what you were -- my --
15    my -- I misread your body
16    language.  And I was -- I thought
17    I was answering you.  I'm sorry.
18        MS. MILLER:  No, no, no.
19    Wait.
20    BY DR. RESTAINO:
21        Q.   Forgive me, sir.
22        A.   Could you repeat one more
23    time your question?
24        Q.   Yes.  These authors describe

Page 141

1    the lesions as putative precursor
2    lesions.  You state in your expert report
3    that they are precursor lesions.  Do you
4    disagree with these authors?
5        A.   In order to answer your
6    question, I need to give you background
7    about the -- this field.  Because this is
8    a medicine field --
9        Q.   I don't need background on
10    it, trust me on this, sir, I don't need
11    background on it.  I just need to know
12    whether it's your opinion that the STIC
13    lesions and the p53 signature lesions are
14    putative precursor lesions, or if they
15    are precursor lesions.
16        A.   I would say they are most
17    biologically plausible precursors at this
18    moment.
19        Q.   Okay.  At this moment.  But
20    it might change, because research never
21    finishes, correct?
22        A.   But we are talking about the
23    science here as you elaborate in the very
24    beginning.

36 (Pages 138 to 141)

Ie-Ming Shih, M.D., Ph.D.

Page 142

1    Q.   Okay.  Now, if you go down
2  to Page 1348 of the Eckert study.  Are
3  you there, sir?
4    A.   Yes.
5    Q.   And it's the first full
6  paragraph in the right column.
7    A.   First.
8    Q.   Okay.  The first full
9  paragraph starts with "the data presented
10 herein."
11       Do you see that, sir?
12   A.   Yes.
13   Q.   "The data presented herein
14 may lead us to develop our perception of
15 STIC further:  STIC in HGSOC could be
16 primary or metastatic."
17       Do you agree with that, sir?
18   A.   No.
19   Q.   You disagree with these
20 authors that it could be a primary, or it
21 could be metastatic?
22   A.   I disagree about the
23 statement.
24   Q.   Okay.  Sir, did you, in your

Page 143

1  study for which we have your interim
2  report, did you conduct phylogenetic
3  analyses of the material?
4    A.   Could you repeat that
5  question one more time?
6    Q.   In the slides, the materials
7  you reviewed for the study report we're
8  discussing, did you conduct phylogenetic
9  analysis?
10   A.   The study that's in
11 Exhibit 4, as I said many times, the
12 purpose is to determine whether there is
13 a chronic inflammation associated with
14 those precursor lesions.  So what is
15 phylogenetic coming to this picture?  I
16 cannot understand your question.  It's
17 not relevant.
18   Q.   Okay.  Sir, if you would go
19 back to the abstract of the Eckert paper
20 that we're looking at.
21   A.   Okay.
22   Q.   Okay.  And now to make it a
23 little easier, it's one, two, three,
24 four, five lines up from the bottom of

Page 144

1  the first paragraph of the expert.
2  There's a sentence that starts with
3  "phylogenic analyses."
4    Do you see that, sir?
5    A.   No.
6    Q.   It's about four or five
7  lines up from the bottom of the first
8  paragraph.
9    A.   Ah, the first paragraph.
10 Okay.  One, two, three, four, five.
11 Phylogenetic analysis...
12   Q.   Do you want to read that
13 into the record out loud, sir, or you
14 want me to?
15   A.   You do it.  You do a better
16 job.
17   Q.   Phylogenic -- I don't know.
18 Phylogenic --
19       MS. MILLER:  Slowly.
20       THE WITNESS:  I'm not
21 English speaking.
22 BY DR. RESTAINO:
23   Q.   You know, English is my
24 second language and I don't have a first.

Page 145

1    "Phylogenic analyses
2  supported STIC as precursor lesions in
3  half of our patient cohort, but also
4  identified STIC as metastases in two
5  patients."
6    Did I read that correctly,
7  sir?
8    A.   That has been written this
9  way.
10   Q.   Okay.  So now my question
11 is, did you conduct a phylogenic analysis
12 of the tissue that you examined for your
13 study report?
14   A.   Again, my study report is
15 not answer this question whether the STIC
16 is a precursor or not.  I think it has
17 been shown in many papers.
18       The question is, what I want
19 to show is, whether there is chronic
20 inflammation associated with the
21 precursor.  I think that is most
22 important question.  Whether chronic
23 inflammation has ever, ever played a role
24 in this tumor initiation.

37 (Pages 142 to 145)

Ie-Ming Shih, M.D., Ph.D.

Page 146

1    I hope you agree that this
2  is the best study to show in this way,
3  rather than a genetic tree, because it is
4  not relevant.  We are answering different
5  questions.
6    Q.   Okay.  But in order to
7  answer the question that you seek to --
8  to answer, as Trabert stated in
9  referencing --
10    A.   Trabert?
11    Q.   The Trabert study.
12    A.   Yeah.
13    Q.   They referenced, remember,
14  Number 31, on Page 756, in the right
15  column.  And they referenced the Eckert
16  study showing that 25 percent of the
17  tumors that are --
18    A.   Tumors, are you talking STIC
19  or carcinoma?
20    Q.   -- that 25 percent of the
21  STICs were metastasis from other organ
22  sites, correct?
23    A.   That has been written.
24    Q.   Okay.  Now, it is your

Page 147

1  hypothesis, that chronic inflammation was
2  not seen in the STIC lesions and the p53
3  signature lesion slides that you
4  observed, correct?
5    MS. MILLER:  Objection.
6    THE WITNESS:  I think I
7  already tell you about the answer.
8  BY DR. RESTAINO:
9    Q.   Of the slides that you saw?
10    A.   Which slides are you talking
11  about?
12    Q.   The 59 slides that make up
13  your expert report, sir.
14    MS. MILLER:  Objection.
15  They do not make up his expert
16  report.
17    DR. RESTAINO:  Of the study
18  report.
19  BY DR. RESTAINO:
20    Q.   The 59 slides that are
21  listed in your study report.
22    DR. RESTAINO:  Thank you,
23  Jessica.
24    MS. MILLER:  Sorry.  I just

Page 148

1    want clarity.
2  BY DR. RESTAINO:
3    Q.   Of those 59 slides as you
4  sit here today, how many -- what
5  percentage of the STIC lesions developed
6  there at the primary site that you
7  examined or were metastases from
8  elsewhere?
9    MS. MILLER:  Objection.
10    THE WITNESS:  You ask very
11  important question.  I think the
12  methodology matters a lot in this
13  field.
14    So many study in the past,
15  they analyze, can I show you the
16  Figure 2?  I think it will be much
17  easier to explain it to you.  Or
18  you don't need it?  I think it
19  will be useful for you.
20  BY DR. RESTAINO:
21    Q.   Oh the diagram.  The
22  cartoon?
23    A.   The cartoon, yeah.  Right.
24    Q.   Sir it's a simple question.

Page 149

1    What percentage of the STICs
2  lesions that you evaluated were
3  metastases?
4    A.   Do you remember, when you
5  read my study report carefully, I say --
6  this is very important.  I think this is
7  a whole confusing point for your part.
8    I say in order to prevent
9  this metastases, I intentionally focus on
10  studying those STIC and precursor
11  signature with cancer, so they cannot
12  metastases.
13    Q.   Were there STIC lesions in
14  women who had concurrent ovarian cancer?
15    A.   I include those as well.
16    Q.   And what percentage of those
17  STIC lesions were metastases?
18    A.   There are very few.  So it's
19  not the purpose of this study report.
20  The study report, again, is not for that
21  purpose.
22    Q.   Would -- would you agree
23  that if sub -- that if X number of the
24  STIC lesions you evaluated were

38 (Pages 146 to 149)

Ie-Ming Shih, M.D., Ph.D.

Page 150

1  metastases, then the absence of chronic
2  inflammation around that STIC lesion, as
3  you're looking at it, might not exist
4  because the chronic inflammation is back
5  at the primary tumor, wouldn't you agree?
6      A.   I think this is too long
7  question.  Could you break up small one,
8  and simple one individually so I can
9  better answer you and more effectively.
10     Q.   If chronic inflammation
11 caused cancer somewhere, and that --
12     A.   If.  Okay.  In ovarian
13 cancer or in other tissue types?
14     Q.   In an anatomic site where
15 metastases could go to the fallopian
16 tube.  And that tumor spread or
17 metastasized to the fallopian tube and
18 was on some of the slides that you looked
19 at that were labeled STIC, you wouldn't
20 expect to see chronic inflammation around
21 those lesions as the precursor to their
22 development, would you?
23     MS. MILLER:  Objection.
24     THE WITNESS:  I think you're

Page 151

1  asking whether the STIC with and
2  without cancer, they are
3  associated with chronic
4  inflammation; is that correct?
5  BY DR. RESTAINO:
6      Q.   I was asking about the STICs
7  that were present in the slides from
8  women who had a concurrent ovarian
9  cancer.
10     A.   Yes.
11     Q.   Were those STIC cells
12 primary there at the site that you
13 examined, or were they metastases or
14 don't you know?
15     A.   That, I don't know.
16     DR. RESTAINO:  The water is
17 having its effect on me.  May we
18 take a break?
19     THE WITNESS:  I think that's
20 a good idea.
21     THE VIDEOGRAPHER:  The time
22 is 11:43 --
23     MS. MILLER:  It's 11:43.  I
24 was going to try to go till lunch.

Page 152

1  But I guess you only -- do you
2  want to come back and do a half an
3  hour and then go to lunch?  It's
4  kind of early.
5      DR. RESTAINO:  Does that
6  work for everyone?
7      MS. MILLER:  Yes.
8      DR. RESTAINO:  I just need
9  to --
10     THE VIDEOGRAPHER:  The time
11 is 11:44 a.m.  We're going off the
12 record.
13     (Short break.)
14     THE VIDEOGRAPHER:  The time
15 is 12:03 p.m.  We are back on the
16 record.
17 BY DR. RESTAINO:
18     Q.   Welcome back, Dr. Shih.
19     A.   Can I have one small comment
20 here?  Or no?  There's some confusion
21 about the terminology we just discussed
22 about the STIC.
23     Q.   Sir, I don't have a question
24 pending.  What I should have shared with

Page 153

1  you in the beginning of the deposition,
2  and I forgot to do so.  There are times
3  when I might ask you a question that I'm
4  asking, just yes or no, but you want to
5  explain it further.
6      At the end of the deposition
7  today, Jessica gets to then also ask you
8  questions.
9      "Now, do you remember when
10 John asked you this question?  Would you
11 like to expand upon it?"
12     So if you're cut off, you're
13 not totally cut off.  You'll get a chance
14 to explain it.
15     I would like for you to go
16 to your expert report.  And if you look
17 on Page 10 of the expert report, you have
18 a table there, correct?
19     A.   Right.
20     Q.   And then under the table
21 that's a paragraph that's listed, or has
22 a designation of Number 1, correct?
23     MS. MILLER:  "The new
24 paradigm"?

39 (Pages 150 to 153)

Ie-Ming Shih, M.D., Ph.D.

Page 154

```
1    BY DR. RESTAINO:
2        Q.   Yes.  The new paradigm.
3        A.   The new paradigm.
4        Q.   Yes.  "The new paradigm of
5    ovarian cancer genesis -- that ovarian
6    serous carcinomas originate not in
7    ovarian tissues, but rather in the
8    precursor lesions in the fallopian
9    tubes -- has been widely accepted (Kurman
10   and Shih Ie, 2011, 2016; Kurman and Shih,
11   2010; Wu, et al., 2018)."
12            Did I read that correctly,
13   sir?
14       A.   Yes.
15       Q.   Now, the first article,
16   Kurman and Shih Ie, 2011, that's you; is
17   that correct?
18       A.   Correct.
19       Q.   And Dr. Kurman, that is
20   Dr. Robert Kurman?
21       A.   Correct.
22       Q.   And did you train under
23   Dr. Kurman?
24       A.   I worked with him, yes.
```

Page 155

```
1        Q.   Okay.  Is Dr. Kurman an
2    expert for Johnson & Johnson in this
3    litigation also?
4        A.   That's my understanding.
5        Q.   Okay.  Now, the next one is
6    Kurman and Shih Ie, 2016, correct?
7        A.   Correct.
8        Q.   And that, again, Dr. Shih is
9    you, correct?
10       A.   Correct.
11       Q.   The next one is Kurman and
12   Shih 2010.  And that's the same
13   Dr. Robert Kurman and the same Dr. Shih,
14   correct?
15       A.   Correct.
16       Q.   And then the final article
17   is Wu, et al., 2018, correct?
18       A.   Correct.
19       Q.   And you are actually an
20   author with Dr. Wu; is that correct?
21       A.   I'm the co-author.
22       Q.   You're a co-author with
23   Dr. Wu.  In fact -- yes, that's the
24   genomic landscape paper, correct?
```

Page 156

```
1        A.   Correct.
2        Q.   Doctor, is it -- so for
3    support of your opinion that the ovarian
4    serous carcinomas originated not in
5    ovarian tissues, but rather in the
6    precursor lesions in the fallopian tube
7    has been widely accepted, the only papers
8    that you have listed to support that
9    statement are statements -- are papers
10   which you and Dr. Kurman are the authors,
11   correct?
12       A.   No.
13       Q.   Is there another paper there
14   that is not -- where you and Dr. Kurman
15   are not an author?
16       A.   So if you --
17       Q.   Sorry, Doctor.  Is there
18   another paper listed in your expert
19   report that does not list Dr. Kurman or
20   you as the author?
21            MS. MILLER:  Objection.
22            THE WITNESS:  There are so
23   many paper.  These are review
24   papers based on many, many
```

Page 157

```
1    reviews.
2            So if you go to references
3    of this paper, you will be readily
4    identifying there's many other
5    articles.
6            But because we don't need to
7    show everyone here, because, you
8    know, based on my status and
9    Dr. Kurman's expertise in this
10   field, we are well recognized as
11   the paradigm shifter along with
12   other investigators in the
13   nations.  So I don't think this is
14   a question here.
15   BY DR. RESTAINO:
16       Q.   Okay.  Sir, in your expert
17   report that you've submitted to the
18   court, would you agree that the only
19   articles that you've referenced for
20   support of your opinion that this
21   hypothesis has been widely accepted are
22   papers that you and Dr. Kurman are
23   co-authors on, correct?
24       A.   Again, they are review
```

40 (Pages 154 to 157)

Ie-Ming Shih, M.D., Ph.D.

Page 158

1 papers based on many, many original
2 studies.
3           DR. RESTAINO: I'm going to
4      move to strike.
5 BY DR. RESTAINO:
6      Q.   The only papers listed in
7 your expert report are those that you and
8 Dr. Kurman are the co-authors on,
9 correct?
10      A.   They are review papers --
11           MS. MILLER: Objection.
12      Please remember to give me
13      ten seconds.
14           THE WITNESS: I'm sorry.
15 BY DR. RESTAINO:
16      Q.   Do you agree with that
17 statement, sir?
18      A.   They are review papers based
19 on many original articles.
20      Q.   Review papers for which you
21 and Dr. Kurman are the co-author,
22 correct?
23      A.   Our review paper is summary
24 of all many original articles.

Page 159

1      Q.   Okay. If you would go now
2 down to your study report, which I think
3 is Exhibit 4.
4      A.   Yes.
5      Q.   And go to Page 26.
6 Actually, I think it's the bottom of 25.
7 It's where your Table 2 is the listing of
8 the slides.
9           MS. MILLER: There's nothing
10      on the table on Page 25. I'm
11      confused. Are you looking for
12      this, on Page 29?
13           DR. RESTAINO: Yes. 29.
14      Thank you.
15 BY DR. RESTAINO:
16      Q.   29. Who drew up this table,
17 sir?
18      A.   Repeat the question one more
19 time.
20      Q.   Who made up this table?
21      A.   I did.
22      Q.   Okay. Who named Lesion 1 --
23 who gave it a case ID of S8001?
24      A.   This is from the slides

Page 160

1 labeled.
2      Q.   Okay. So --
3      A.   And assigned.
4      Q.   So if you pick up
5 Slide S8001, it already has that number
6 on it?
7      A.   I think it should be written
8 on the slides.
9      Q.   You think, sir, or you know
10 that they are?
11      A.   As I recall they should be
12 there.
13      Q.   And the next column has a
14 diagnosis of p53 SIG. Could we agree
15 that SIG stands for signature lesion?
16      A.   Yes.
17      Q.   And on that slide, S8001,
18 does it list p53 SIG on it?
19      A.   You mean on the slides?
20 I --
21      Q.   Is it listed somewhere, so
22 that if you pick up this slide, S8001,
23 you're able to look and say ah, p53
24 signature lesions?

Page 161

1      A.   Based on this Table 2.
2      Q.   Yes.
3      A.   Yes. Based on this Table 2.
4      Q.   Okay. And this slide did
5 not have evidence of concurrent cancer,
6 correct?
7      A.   Yes.
8      Q.   At the bottom of Table 2,
9 you define, where the asterisk is,
10 inflammation and you define it as,
11 "Increased lymphocytic infiltrate
12 associated with the lesions as compared
13 to the background normal tissue of
14 mucosa"; is that correct, sir?
15      A.   Yes.
16      Q.   And that's the definition
17 you used in the entire chart for whether
18 there was inflammation or not?
19      A.   As I believe I also look at
20 this plicae fusion, P-L-I-C-A-E, fusion
21 as a sign of chronic salpingitis.
22           THE REPORTER: Chronic what?
23           THE WITNESS: Salpingitis,
24 S-A-L-P-I-N-G-I-T-I-S.

41 (Pages 158 to 161)

Ie-Ming Shih, M.D., Ph.D.

Page 162

1  BY DR. RESTAINO:
2      Q.   Okay.  When -- when you
3  make -- when you list -- listing here the
4  diagnosis of p53 SIG, did you make that
5  diagnosis or was it made for you already
6  by someone in -- in listing this slide?
7      A.   I review the slides and make
8  the diagnosis as listed.
9      Q.   You made the diagnosis as
10  it -- or did you confirm the diagnosis
11  that was listed?
12      A.   In this study I think I made
13  the final diagnosis.  I don't care about
14  what has been written.  But I would look
15  at the primary report and they are all
16  consistent.
17      Q.   So your diagnosis was
18  consistent with the existing primary
19  diagnoses of these slides?
20      A.   I cannot remember I check
21  everyone, okay.  But the most important
22  thing is the diagnosis I listed is my
23  final decision.
24      Q.   And I'm not trying to

Page 163

1  confuse you.  I'm just trying to be
2  clear.
3          If this is Slide S8001, and
4  you put it under the microscope to look
5  for the p53 signature lesions, is there a
6  report somewhere or a listing somewhere
7  that you say, ah, yes, p53 SIG lesions,
8  and then you look in the microscope and
9  you confirm it?
10      A.   Oh, okay.  I understand your
11  question.  I did not do that.
12      Q.   You did not confirm the
13  diagnosis?
14      A.   No, I did not see the
15  original diagnosis, but as you know on
16  this page, they must have some diagnosis
17  already.  Okay.
18      Q.   In other --
19      A.   This says tubal lesions.
20      Q.   Okay.
21      A.   But I -- I just made the
22  diagnosis by myself.
23      Q.   How did you select or know
24  to select the slides that had p53 SIG

Page 164

1  lesions in them?
2      A.   I just search from the --
3  from the list we have, contending any
4  tubal lesions or abnormalities like a
5  cancer.
6          As you can see here --
7      Q.   Yes.
8      A.   -- it's our brain cancer
9  listed.  And that's -- that's what I did.
10  Then I retrieve them, then I review under
11  the microscope, and then I put a
12  diagnosis.
13      Q.   And then you were able to
14  confirm the presence of the p53 SIG
15  lesion?
16          MS. MILLER:  Objection.
17          THE WITNESS:  By myself.
18  BY DR. RESTAINO:
19      Q.   And is that the same
20  methodology you did with the STIC
21  lesions, find those slides that had STIC
22  lesions in them, look under the
23  microscope, confirm that there was STIC
24  lesions?

Page 165

1      A.   This is not a confirmation
2  study.  This is a study to understand
3  chronic inflammation.  So I select those
4  abnormal fallopian tube lesions,
5  including cancer or no cancer.  Then I
6  make my final diagnosis.
7      Q.   How many slides did you have
8  to look at in order to come up with the
9  number of slides that -- in order to come
10  up with the 18 p53 signature lesions, how
11  many slides did you have to go through to
12  find those 18 slides?
13      A.   Do you mean from the
14  original or in our list?  Because as you
15  need to understand, so this study is all
16  about the tubal lesions.  So if there is
17  a normal fallopian tube, usually we did
18  not include in this study, because that's
19  not our purpose.
20          So that means if we include
21  the eligible case or cases in the list,
22  they must have some tubal lesions.
23      Q.   Okay.  And the -- and the
24  tubal lesions that of interest to you for

42 (Pages 162 to 165)

Ie-Ming Shih, M.D., Ph.D.

Page 166

1    your study that you selected were the p53
2    SIG lesions, or STIC, correct?
3        A.   With -- without cancer or
4    with cancer.
5        Q.   Understood.  Okay.
6        A.   I should tell you, the STIC,
7    I say here, okay, so without cancer, I
8    think the STIC.  With cancer, I label
9    STIC, but actually it's a STIC-like
10   lesion.  Because we never know if it's a
11   metastases of cancer or it's original
12   ones.
13       Q.   Okay.
14       A.   So -- so this even for the
15   pathologist very confusing, because STIC,
16   what do you mean.  My definition here is,
17   under microscope, if STIC was cancer,
18   that is STIC-like lesions.  So this apply
19   to all the deposition today.  It's not
20   only STIC, because it's too confusing.
21       Q.   Do you use the term
22   "STIC-like lesions" in your -- in your
23   study report?
24       A.   It depends.  I -- I'm sorry,

Page 167

1    say that again.
2        Q.   Do you use the term
3    "STIC-like lesions" in your study report
4    that you've performed -- that you have
5    produced to us?
6        A.   I don't think so.  I think
7    in that way would confuse more people.  I
8    think it's better for explanation
9    colloquially.
10       Q.   Would you agree that
11   approximately 40 percent of high grade
12   serous epithelial carcinomas don't have
13   precursor cells?
14       A.   Which type of cancer are you
15   talking about?
16       Q.   HG -- the cancer we are
17   talking about, the high grade serous
18   epithelial ovarian cancer.
19       MS. MILLER:  Right there.
20   BY DR. RESTAINO:
21       Q.   Would you agree that
22   approximately 40 percent don't have
23   precursor cells?
24       A.   It depends on study, but I

Page 168

1    cannot say 40 percent exact.
2        Q.   If you were to sit for us
3    today and estimate for us, what would be
4    the estimate of the number of high grade
5    serous carcinomas do not have precursor
6    cell lesions?
7        A.   I think this is a question,
8    that based on your assumption is a
9    precursor.  I want to restate your
10   question is whether there is a STIC-like
11   lesion associated with cancer.  Then I
12   can answer that question.  Because I
13   don't know if it is really a precursor or
14   not.
15       Q.   Okay.  Now, you state that
16   for example, on your Lesion 1, there's no
17   inflammation; is that correct?
18       A.   Correct.
19       Q.   And the inflammation is
20   defined as below, by increased
21   lymphocytic infiltrate, correct?
22       A.   Plus whether there is plicae
23   fusion as I mentioned in my methodology
24   in my report.

Page 169

1        Q.   Did you observe macrophages
2    in that slide?
3        MS. MILLER:  Objection.
4        THE WITNESS:  I examine
5        inflammatory cells that can
6        constitute our pathologic
7        diagnosis of chronic inflammation.
8        Whatever we are trained, I
9        exercise here.
10       DR. RESTAINO:  Doctor, I'll
11       move to strike as unresponsive.
12   BY DR. RESTAINO:
13       Q.   Did you observe macrophages
14   in slides with Lesion Number 1?
15       A.   I examine all the
16   inflammatory cells.
17       Q.   Does that include
18   macrophages?
19       MS. MILLER:  Objection.
20       THE WITNESS:  If there is
21       present.  If it is not present, I
22       cannot say it.
23   BY DR. RESTAINO:
24       Q.   Did you examine for the

43 (Pages 166 to 169)

Golkow Litigation Services - 877.370.DEPS

Ie-Ming Shih, M.D., Ph.D.

Page 170

1   presence of dendritic cells?
2       A.   Which -- dendritic cells?
3       Q.   Yes.
4       A.   This is not in the criteria
5   for us to diagnose chronic inflammation.
6   Every pathologist who are practicing
7   pathology diagnosis, they don't need to
8   look at specific cell type to make up the
9   inflammation.
10      Q.   Then why did you look at
11  lymphocytes?
12      A.   Lymphocytes is the most
13  important criteria to the pathologists
14  who are able to make up, because they are
15  most common.
16      Q.   More common than polynuclear
17  cells, polymorphonuclear cells PMNs?
18      A.   PMN is a component of acute
19  inflammation.
20      Q.   And you observed evidence of
21  acute inflammation in your slide
22  analysis, didn't you?
23      MS. MILLER:  Objection.
24      THE WITNESS:  Yes.  And I

Page 171

1   did not find any acute
2   inflammation.
3   BY DR. RESTAINO:
4       Q.   And --
5       MS. MILLER:  Wait.  I think
6   you're speaking past each other.
7       THE WITNESS:  Okay.  Can we
8   start over again?
9   BY DR. RESTAINO:
10      Q.   Yeah, would you agree that
11  chronic inflammation is acute
12  inflammation which doesn't go away?
13      MS. MILLER:  Objection.
14      THE WITNESS:  Chronic
15  inflammation is enriched by
16  lymphocytes.  They can come in
17  from different resources.  Like,
18  autoimmune disease you don't have
19  acute inflammation, but you have
20  chronic inflammation.  So it
21  depends on the context and biology
22  and the pathogenesis.
23  BY DR. RESTAINO:
24      Q.   So of the components of the

Page 172

1   innate immune system, including
2   lymphocytes, B-cells, T-cells, dendritic
3   cells, macrophages, PMNs, the sole cell
4   type that you decided to look for was
5   lymphocytes, correct?
6       A.   I think --
7       MS. MILLER:  Objection.
8   Please, Dr. Shih.
9       THE WITNESS:  Can you repeat
10      one more time.
11  BY DR. RESTAINO:
12      Q.   So of the components of the
13  innate immune system, including
14  lymphocytes, beta cells, T-cells,
15  dendritic cells, polymorphonucleocytes,
16  PMNs, and lymphocytes, the sole type that
17  you chose to look for in your -- in this
18  study are the lymphocytes, correct?
19      A.   You said in innate system
20  including B -- T-cells.  I don't think
21  T-cells is part of innate immune system.
22      So I don't know what you're
23  talking about.
24      Q.   Okay.  Then I'll strike the

Page 173

1   question and I'll ask you this way.
2       As part of the immune
3   response the cells of the body include
4   B-cells, T-cells, PMN, macrophages, and
5   lymphocytes, correct?
6       A.   You can say that.
7       Q.   Okay.  And you chose to look
8   for lymphocytes, correct?
9       A.   No, I said I look for
10  inflammatory cells, including
11  lymphocytes.
12      Q.   Okay.  Do you list in your
13  study anywhere the presence or absence of
14  macrophages?
15      A.   I don't see any prominent
16  macrophages at all in those cases.
17      Q.   And how about PMNs?
18      A.   I don't see any.
19      Q.   In any of them, even in --
20  if you go down to Lesion Number 14, Slide
21  ID 10146, where there's yes under
22  inflammation, did you see macrophages?
23      A.   I think you are talking
24  about the STIC or STIC-like lesions.  You

44 (Pages 170 to 173)

Ie-Ming Shih, M.D., Ph.D.

Page 174

1  are talking about every cases here?  I
2  just want to make sure that you're
3  talking about the whole list.
4       Q.   In this entire list, do you
5  list anywhere -- did you quantitate the
6  presence of macrophages?
7       A.   I cannot recall in ovarian
8  cancer I see any macrophages, because
9  that -- these cells are not
10 characteristics component.
11      Q.   Of?
12      A.   Of high grade serous
13 carcinoma.  Usually they are T-cell,
14 B-cell and the plasma cells and these
15 other things.  So it could be part of it,
16 but I did not say it here.
17      Q.   What about the chronic
18 inflammatory process instead of the high
19 grade serous carcinoma?  Are macrophages
20 part of an inflammatory process?
21      A.   No.
22      Q.   Are PMNs part of an
23 inflammatory process?
24      A.   In a STIC or STIC-like

Page 175

1  lesions?
2       Q.   In anything?
3       A.   Well --
4       Q.   Any inflammation that goes
5  on in the body.
6       A.   Ah, okay.
7       Q.   Tendinitis from playing too
8  much tennis.
9            MS. MILLER:  Wait a minute.
10      Can we have just one question?
11      Because now we're having a back
12      and forth.  I just want to know
13      what the question is so I know
14      it's objectionable or not, and
15      then I want him to answer.
16 BY DR. RESTAINO:
17      Q.   In the body's response to
18 inflammation, do the cells include PMN,
19 macrophages, lymphocytes, dendritic
20 cells?  Agreed?
21      A.   It depends on what type of
22 inflammation and the insult and tissue
23 type.
24      Q.   Okay.  Let's talk about

Page 176

1  chronic inflammation.
2       A.   Okay.
3       Q.   What are the normal immune
4  cells that you as a pathologist would
5  look for when making the diagnosis of
6  chronic inflammation?
7       A.   We look at any inflammatory
8  cells.  Again, okay, so the lymphocyte,
9  macrophages and those that we can easily
10 identify by H&E slides under microscope,
11 we do that.  So it's not based on only
12 lymphocytes.  It's based on macrophages
13 and other inflammatory cells taken
14 together.
15      Q.   Okay.  Thank you.  We'll
16 move on.
17           Under the case ID column,
18 just to clear up some questions, the
19 first seven slides are S80001 to S80007.
20           Do you see that, sir?
21      A.   Yes.
22      Q.   But then the next one is
23 10150?
24      A.   Yeah.

Page 177

1       Q.   Why?
2       A.   Just a different labeling
3  system.  There's no -- nothing curious.
4       Q.   Is that your labeling system
5  or the way the slides were labeled in the
6  tissue -- in the slide bank?
7       A.   I cannot remember that.  My
8  job is to pull out the slides and make my
9  diagnosis and record my results.
10      Q.   Couple more down.  When I'm
11 looking at Lesion 9 and 10, there are two
12 slides that have Case ID 10149.
13           Do you see that, sir?
14      A.   10 --
15      Q.   10149.  It's Lesion Number
16 9, Lesion Number 10?
17      A.   9, 10, yes.
18      Q.   And why are there two IDs --
19 same identical IDs assigned to two
20 slides?
21      A.   So I think there's a
22 Figure 2, would be important for you.
23 You need to understand that ovarian
24 cancer lesion here, has multiple lesions

45 (Pages 174 to 177)

Page 178

1  before the cancer develop.  That's really
2  our really nice study to show to the
3  scientists that the fimbriated end of
4  fallopian tube contain multiple precursor
5  lesions, and our hypothesis is only one,
6  or very few, maybe only one, can develop
7  into carcinoma.
8        So that's why this carcinoma
9  can destroy the other -- other tissue in
10 the fallopian tube.
11       And usually what happens --
12       DR. RESTAINO:  Sir, I'm
13 going to move to strike.
14 BY DR. RESTAINO:
15       Q.  I'm just asking you, why are
16 these two slides -- why do they both have
17 the same ID number?
18       A.  They have Signature 1 and
19 Signature 2.  Can you see that?
20       Q.  I see that.
21       A.  Yeah.  So there's one here,
22 two here.  These are discrete lesions for
23 the same patient.  Is that clear?
24       Q.  Okay, sir.

Page 179

1        A.  Okay.
2        Q.  So 10149, that would refer
3  to the same patient?
4        A.  Correct.
5        Q.  Okay.  Thank you.
6        And then going down -- and
7  I'm not going to go through all these
8  different questions because I think I
9  understand now.
10       These numbers, the case ID
11 number, you didn't assign that case
12 number to a particular slide.  That was
13 the existing case number for that slide;
14 is that correct?
15       MS. MILLER:  Objection.  I
16 thought he said he didn't know.
17       THE WITNESS:  I think I
18 answered your question.
19 BY DR. RESTAINO:
20       Q.  For the very first slide,
21 Lesion 1, S8001, did you make up that
22 case ID number?
23       MS. MILLER:  Objection.
24       THE WITNESS:  I told you

Page 180

1  already.
2        MS. MILLER:  Objection.
3  Asked and answered.
4        Please, Dr. Shih, give me
5  five seconds.  I'll give up on ten
6  seconds.  I'm asking now for five.
7        THE WITNESS:  Okay.
8  BY DR. RESTAINO:
9        Q.  I'm sorry, I keep asking the
10 question.  I still don't understand who
11 came up with that case ID number, you or
12 was it an existing ID number?
13       A.  I cannot recall.
14       Q.  Okay.  And would it be the
15 same thing, like for example, if you go
16 down to the last four instead of the
17 numbers that we've been seeing above, now
18 all of the sudden we have 20001 NFT.
19       Do you see that, sir?
20       A.  Yes.
21       Q.  Who came up with that
22 number, you or somebody else?
23       A.  These four cases, NFT, do
24 you know what is NFT?  Normal fallopian

Page 181

1  tube.
2        Q.  Okay.
3        A.  So, as in my report, if you
4  read it, it says that in order to come
5  out with control and we combine the
6  previous study in Ardighieri study and
7  the new cases of fallopian tube, so
8  that's -- we randomly select from our
9  file of the normal fallopian tube to be
10 included.
11       Q.  Okay.  So therefore, with
12 those four, when you sat down at the
13 microscope and you took the histology
14 slide 2001 NFT, you knew that the
15 previous -- or the preexisting diagnosis
16 was normal fallopian tube, correct?
17       A.  In our diagnosis, we say
18 histologically unremarkable.
19       Q.  Yes, but who made the
20 initial diagnosis of normal fallopian
21 tube leading to the case ID 20001 NFT?
22       A.  I don't know.  It's for our
23 files.
24       Q.  Okay.  In conducting a

46 (Pages 178 to 181)

Ie-Ming Shih, M.D., Ph.D.

Page 182

1    research study such as this one or any
2    other that you have done in the past and
3    published, there are studies where you
4    describe yourself as being blinded to
5    preexisting information and looking at a
6    slide for the first time, correct?  Do
7    you understand what I mean by blinded?
8         A.   In some studies.
9         Q.   Yes.  And what's the reason
10   for blinding in some studies?
11        A.   The blinded study are
12   important for the correlation with
13   clinical outcome.  Like survival,
14   resistant to chemotherapy, et cetera.
15   And we usually, what happens is for this
16   blinded, so we have clinical data about
17   clinical outcome, and a pathology review
18   the slides without knowing the clinical
19   outcome.  So I think these are blinded
20   studies.
21        Q.   Okay.
22        A.   Because when you look at
23   pathology slides, you are not a
24   diagnosis, it cannot be blinded.  So it

Page 183

1    is different form of research designs.
2         Q.   When a -- when a pathologist
3    is blinded for specific studies, that's
4    to reduce bias, correct?
5              MS. MILLER:  Objection.
6              THE WITNESS:  Can you say
7         that again?
8    BY DR. RESTAINO:
9         Q.   The use of blinding is to
10   reduce the potential for bias --
11             MS. MILLER:  Object again --
12   BY DR. RESTAINO:
13        Q.   -- agreed?
14             MS. MILLER:  I'm sorry.
15   Objection.
16             THE WITNESS:  What kind of
17        bias you -- you are talking about?
18   BY DR. RESTAINO:
19        Q.   How about, are you familiar
20   with the term "confirmation bias"?
21        A.   Maybe.
22        Q.   You don't know?
23        A.   I know.  But I don't know
24   what that mean to you, but I have my own

Page 184

1    definition.
2         Q.   What is your definition,
3    sir?
4         A.   Meaning if you know
5    something like a clinical outcome that
6    will affect your interpretation of the
7    result.  But for the pathology diagnosis
8    it's black and white.  You cannot -- you
9    don't have discount bias.
10             Because if we have a bias in
11   pathology practice, then what happened to
12   the patient's diagnosis, right?
13             Okay.  So for example, we
14   have a tissue, perform a biopsy on a
15   woman with a lump in the breast.  We want
16   to know, woman here want to know if this
17   is benign or malignant.  We can answer,
18   oh, this is malignant.  So we -- we
19   change our diagnosis or set our mind to
20   this opinion.  No.
21             This is really breach the --
22   the pathology practice.  So a pathologist
23   is evidence based.  It's different
24   information like data and -- and risk

Page 185

1    factors and this and that because they
2    can really bias.
3             Pathology, it's really black
4    and white.  Otherwise what pathology
5    diagnosis need to exist in medical
6    system?  So pathology is a finite
7    diagnosis.  You cannot change -- you
8    cannot challenge that.
9         Q.   And bias is a form of
10   confounding, correct?
11        A.   It depends what you mean.
12   Could you be more specific for that?
13        Q.   Do you understand --
14   understand the word confounding as it's
15   used in science?
16        A.   So my confounding definition
17   is some factors, they are not driving,
18   but they are associated with the outcome.
19   For example, in many epidemiology
20   studies, especially those with very low
21   risk, 1.3, they are full of confounding
22   factors.
23        Q.   Right.  Would that hold true
24   for passive smoking and lung cancer,

47 (Pages 182 to 185)

Ie-Ming Shih, M.D., Ph.D.

Page 186

1    which has an odds ratio of 1.3?
2         A.   Can you say that one more
3    time?
4         Q.   Would that hold true also
5    for passive smoking and lung cancer which
6    has an odds ratio of 1.3?
7         A.   I am not the expert in that
8    field.  So I cannot answer your question.
9         I am here to answer the
10   causal relationship of talc, including
11   Johnson & Johnson powder, whether it
12   cause ovarian cancer, any biological
13   plausibility.
14        Q.   What steps did you take in
15   conducting your study to rule out
16   confounders?
17        A.   Which -- which study?
18        Q.   The study we are talking
19   about, the study that you have produced
20   to us, what steps have you taken to rule
21   out confounding elements?
22        MS. MILLER:  Objection.
23        THE WITNESS:  So your
24        question is, what are the

Page 187

1         confounding factors in this study?
2    BY DR. RESTAINO:
3         Q.   No, sir.  What steps did you
4    take to rule out confounding factors?
5         A.   Okay.  I don't have any
6    pre-set mind whether ovarian cancer
7    precursors, including p53 signature and
8    STIC without cancer is inflammatory or
9    not, because if yes or no, they are big
10   deal in this field.  They are equally
11   exciting in the biological studies.  So I
12   welcome any good results that can show
13   convincingly yes or no.
14        If yes, we can do a whole
15   set of new studies, quite exciting.  And
16   the -- the opposite is true, if there is
17   no inflammation, we just direct to the
18   other research field to answer what is
19   the course, the biological basis of
20   ovarian high grade serous carcinoma.
21        DR. RESTAINO:  I'll move to
22   strike as nonresponsive.
23   BY DR. RESTAINO:
24        Q.   Doctor, can you define for

Page 188

1    us what -- what the word lymphocytopenia
2    means?
3         A.   Could you spell it for me?
4         Q.   As a physician and
5    pathologist, you don't recognize the word
6    lymphocytopenia?
7         A.   Lymphocytopenia.
8         Q.   Lymphocytopenia.
9         A.   That means -- okay.  If I
10   understand your pronunciation correctly.
11   Means -- penia means deficient or lower.
12   The less means.  Lymphocyte has reduced
13   their number in circulation.
14        Q.   Only in circulation?
15        A.   That's what I understand.
16   Usually people use that term in cancer
17   patient after chemotherapy.
18        Q.   If a patient has documented
19   lymphocytopenia as determined from a --
20   from blood test, and decreased
21   lymphocytes circulating in the blood and
22   serum, would you also expect to see less
23   lymphocytes at sites of inflammation?
24        A.   So again, I tell you

Page 189

1    already -- I have told you already, that
2    two claims whether there is chronic
3    inflammation as shown in this Table 2,
4    it's based on not on the absolute number
5    of lymphocytes I see as compared to the
6    adjacent normal or histologically
7    unremarkable mucosa as compared.
8         If there is a cyto --
9    lymphocytopenia, okay, so you should be
10   able to see increased number as compared
11   to the normal mucosa for the same
12   leukopenia patient.
13        Q.   Unless there were
14   confounding factors present, correct?
15        A.   Say that again.
16        Q.   Unless there were
17   confounding factors present, like, for
18   example lymphocytopenia.  And if one had
19   lymphocytopenia that was drug-induced
20   from example for the anti --
21   chemotherapeutic Imuran, I-M-U-R-A-N,
22   azathioprine, then if that patient has
23   drug-induced lymphocytopenia, regardless
24   of what tissue you look at, there's going

48 (Pages 186 to 189)

Ie-Ming Shih, M.D., Ph.D.

Page 190

1  to be a decreased number of lymphocytes
2  present, isn't there?
3       A.   Yeah, but that will not
4  affect my chronic inflammation diagnosis.
5  I use the comparison to the same area.
6       Okay.  So if in the normal,
7  it's 100, and we have 300 in the STIC,
8  that's chronic inflammation.  In the
9  leukocytopenia, if you only can count 50,
10 okay.  It's lower, right?
11 Leukocytopenia, right, 50.  Now if you
12 count 100, now you still call it chronic
13 inflammation.
14      So it's relative, rather
15 than -- so I don't think this is a
16 confounding factor at all.
17      Q.   How many of the women from
18 whom these slides were obtained were on
19 azathioprine?
20      A.   What is that?  Can you spell
21 it for me.
22      Q.   A-Z-A-T-H-I-O-P-R-I-N-E.
23 The generic name that -- the brand name
24 is Imuran, I-M-U-R-A-N, or Azasan

Page 191

1  A-Z-A-S-A-N.  They are cancer therapeutic
2  agents.
3       A.   I'm a pathologist.  I am not
4  a medical oncologist.
5       Q.   Do you know if those drugs
6  can cause lymphocytopenia?
7       A.   I am a pathologist.  I am
8  not a medical oncologist to have this
9  knowledge.
10      Q.   How many of the women from
11 whom these slides were obtained were on
12 carbamazepine, also known as Tegretol,
13 used to treat seizures, nerve pain,
14 bipolar disorders.  How many patients
15 suffered from those conditions and was on
16 carbamazepine, also known as Tegretol?
17      A.   I don't think this
18 information is relevant to my study and
19 my conclusion at this moment.
20      Q.   Is -- do you know if
21 carbamazepine causes lymphocytopenia?
22      A.   Again, I'm not medical
23 oncologist.  I did not directly take care
24 of the patients.  I -- my job is to

Page 192

1  review the -- under the microscope to see
2  whether there is increased inflammation
3  as compared to the adjacent normal tissue
4  from the same patient, no matter what he
5  actually take.
6       Q.   How many patients took
7  cimetidine over-the-counter, also known
8  as Tagamet?
9       A.   Could you spell the.
10      Q.   Cimetidine is
11 C-I-M-E-T-I-D-I-N-E.  Tagamet.  Do you
12 know how many of them took Tagamet
13 over-the-counter?
14      A.   This is not relevant to our
15 discussion.
16      Q.   Do you know if Tagamet is
17 associated with lymphocytopenia?
18      A.   As we discussed, cytopenia
19 is not a confounding factor in my study.
20      Q.   Are you familiar with the
21 class of drugs known as the
22 corticosteroids?
23      A.   I know the name, but could
24 you specify which corticosteroids we're

Page 193

1  talking about.  There are so many
2  different kinds for different --
3       Q.   The class itself is known as
4  anti -- or is known as antiinflammatory
5  drugs, correct?
6       A.   Again, I'm not the
7  first-line medical doctor.  I'm a
8  pathologist.  So -- and most importantly,
9  I think your questions are not relevant
10 to my study.
11      Q.   If a patient had rheumatic
12 fever -- excuse me -- has rheumatoid
13 arthritis and was taking prednisone for
14 that condition, prednisone, a
15 corticosteroid, is an antiinflammatory
16 agent, correct?
17      A.   Again, this is also not in
18 my opinion and my expertise.
19      Q.   Okay.  Are you familiar with
20 methotrexate?
21      A.   I think my answer is the
22 same.  This is not relevant.  It's not
23 confounding factors, because I diagnose
24 chronic inflammation in my -- in my

49 (Pages 190 to 193)

Ie-Ming Shih, M.D., Ph.D.

Page 194

1    specimens based on comparison, based on
2    comparison of the -- whether there is
3    chronic inflammation associated with p53
4    signature, STIC, and the adjacent normal
5    tissue at the same time, as I give you
6    the example.  Normal patient is 100 -- so
7    100, you get 300, then you have chronic
8    inflammation.
9         Now if the patient take
10   methotrexate, steroid, whatever that
11   cause leukopenia, it will reduced from
12   100 to 60.  Okay.  Then if I see is 80 or
13   100 in the STIC, and then I will call it
14   chronic inflammation.
15        So this is definitely not
16   confounding factors because of my study
17   design.
18        Q.   Sir, if you look at your
19   Table 2, and we'll just look at Lesion
20   Number 7.
21        DR. RESTAINO:  I'm going to
22        move to strike your previous
23        answer as unresponsive.
24   BY DR. RESTAINO:

Page 195

1         Q.   Let's look at Lesion Number
2    7.  It's a STIC lesion, no concurrent
3    cancer, no inflammation, correct?
4         A.   Number 7 you mean?  The
5    number is S --
6         Q.   Yes, it's S80007.  Okay.
7    That was a histology slide that had
8    evidence of a STIC lesion in it, correct?
9         A.   I saw it.
10        Q.   Okay.  What slide did you
11   compare that against?
12        A.   The same slide, because
13   remember, this is a Figure 2.  The STIC
14   is only a microscopic focus.  It is very
15   small.  You cannot see it in the gross.
16   So it only occupies less than one percent
17   of the tissue I examined.  So there's a
18   99 percent -- at least 99 percent more
19   histologically unremarkable.
20        Q.   Okay.  So you're comparing
21   the STIC lesion in that slide compared to
22   the normal tissue in that same slide?  Is
23   that my understanding?
24        A.   That is one way.

Page 196

1         Q.   Is that the way you did it?
2         A.   That's only one way.
3         Q.   What else did you do?
4         A.   The other way is to compare
5    to the NFT, as you just mentioned in the
6    inquiry.  And so we have two references.
7         Q.   For the same patient?
8         A.   Different patients.
9         Q.   So --
10        A.   We compare same patients and
11   also compare two different patients.
12        Q.   So you're comparing the
13   presence and quantifying the inflammatory
14   process in Patient A to Patient B who has
15   normal fallopian tube, and making a
16   comparison; is that true?
17        A.   I think you have a wrong
18   statement.  I did not quantify.  Again, I
19   used the pathology knowledge and
20   background and training, experience, to
21   make the chronic inflammation.
22        We did not really count one
23   by one; otherwise, the pathology practice
24   in every hospital will come to a halt.

Page 197

1         Q.   Sir, would you expect to see
2    increased lymphocytes, PMNs, macrophages,
3    any of the inflammatory cells with the
4    normal fallopian tubal tissue?
5         MS. MILLER:  Objection.
6         THE WITNESS:  It depends.
7    BY DR. RESTAINO:
8         Q.   What does it depend upon?
9         A.   If there is ectopic
10   pregnancy, okay, you know, ectopic
11   pregnancy in the fallopian tube, it is
12   ruptured, and it will cause inflammation.
13        Q.   Okay.  That wouldn't be a
14   normal fallopian slide, though, would it?
15        A.   No, no, I would not review
16   that.
17        Q.   Okay.  So I'll ask the
18   question again.  In comparing the
19   inflammatory infiltrate that you define
20   as lymphocytic, increased lymphocytic
21   infiltrate, in comparing that with normal
22   tissue --
23        A.   What do you mean "normal
24   tissue"?

50 (Pages 194 to 197)

Ie-Ming Shih, M.D., Ph.D.

Page 198

1      Q.   The normal fallopian tissue.
2      A.   Okay.
3      Q.   NFT.  Okay.  So I believe I
4  understood you that you said in one slide
5  you look at the STIC lesion and you
6  looked at the normal tissue; is that
7  correct?
8      A.   From the same specimen.
9      Q.   Okay.  And you compare the
10  presence of the inflammatory lymphocytes
11  around the STIC lesion, if there was any,
12  with the normal tissue, correct?
13      A.   For the same patients?
14      Q.   Yes?
15      A.   I did that way, yes.
16      Q.   Now, why would you expect to
17  see inflammatory cells around normal
18  fallopian tissue if there is no disease
19  process going on?
20      MS. MILLER:  Objection.
21      THE WITNESS:  I cannot
22  understand your question.  One
23  more time.
24  BY DR. RESTAINO:

Page 199

1      Q.   If you looked at the
2  normal -- if you looked at the bottom
3  slide, Number 59, 2004 NFT, with no
4  concurrent cancer, no inflammation, you
5  looked at the fallopian tube tissue and
6  it's normal, you wouldn't expect to see
7  increased lymphocytic cells, correct?
8      A.   I did not see increased
9  inflammation as compared to control.
10      Q.   Which control?
11      A.   Ovarian cancer.
12      Q.   Okay.  So now if you don't
13  see increased inflammation around the
14  normal fallopian tube, now you look at
15  the STIC lesion to see if there's
16  increased lymphocyte infiltrate, correct?
17      A.   Yes.
18      Q.   And you compare the two.
19  How many lymphocytes are around the
20  normal tissue, how many lymphocytes are
21  around from the STIC lesion?
22      A.   From the same specimen.
23      Q.   Yes.  Okay?  Agreed?  And
24  that's what you did.

Page 200

1      MS. MILLER:  Objection.
2  BY DR. RESTAINO:
3      Q.   Now, if that lady was on
4  Tagamet, you wouldn't expect to see a
5  decrease in the normal fallopian tissue
6  because they are not there.  But you
7  would expect to see decreased lymphocytes
8  around the STIC lesion because that's
9  what lymphopenia leads to, or
10  corticosteroids lead to, are decreased
11  inflammatory cells, correct?
12      MS. MILLER:  Objection.
13      THE WITNESS:  I think
14  there's many typo errors.  I
15  cannot read this.
16      Could you repeat your
17  question?
18  BY DR. RESTAINO:
19      Q.   There are typo errors where?
20      MS. MILLER:  He was trying
21  to read the realtime and the
22  realtime is -- because there are
23  so many complicated words --
24      THE WITNESS:  I think you

Page 201

1  speak too fast.  I'm sorry.  I --
2  even the specialist cannot
3  understand what you are talking
4  about.  I'm sorry.
5  BY DR. RESTAINO:
6      Q.   What I believe you did in
7  this study, sir, was look at slides that
8  were designated as having p53 signature
9  lesions in them, or STIC, or cancer, and
10  you compared the inflammation, if it was
11  there, around those lesions, with normal
12  tissue, correct?
13      MR. LOCKE:  Objection.
14  BY DR. RESTAINO:
15      Q.   Correct?
16      A.   From the same patient?
17      Q.   Whatever you did in this
18  study.  Whether it was in the same slide,
19  or -- let me ask you this.
20      Why would you compare the
21  number of lymphocytes around a STIC
22  lesion in Patient A and compare her with
23  the number of lymphocytes in Patient B?
24      A.   Ah, okay.  I think you are

51 (Pages 198 to 201)

Ie-Ming Shih, M.D., Ph.D.

Page 202

1    more clear now.
2         So this normal fallopian
3    tubes without STICs, without cancer, it's
4    just a control. It's not the point we
5    want to study, okay. So I want to make
6    sure that our -- my reference in
7    pathology interpretation is correct. I
8    use a normal fallopian tube that has been
9    shown in the patient's medical record
10   showing there's no evidence of
11   morphologically remarkable lesions.
12        So if I see -- okay, just in
13   case. If I see chronic inflammation in
14   NFT by which in the medical record did
15   not -- did show -- did not show that,
16   then I need to have this serve as a
17   calibration of my methodology and my
18   methods. So it's as a control. Yeah.
19   It's not the studies --
20        Q.   I'm sorry.
21        So when you're comparing the
22   noncontrol slide with the control, what
23   do you know about that control -- the
24   noncontrol slide's patient's medical

Page 203

1    history?
2         Did this patient have
3    medical disorders leading to
4    lymphocytopenia? Did this patient take
5    medications that led to lymphocytopenia?
6    You don't know that, do you, sir?
7         MS. MILLER: Objection.
8         Asked and answered multiple times.
9         THE WITNESS: I already
10   ask -- I already answered this
11   question many, many times. Do you
12   want me to repeat? I'm happy to.
13   BY DR. RESTAINO:
14        Q.   I don't believe you've
15   answered it. The record --
16        A.   I do, I do. I do. Look at
17   the transcript.
18        Q.   The record will speak for
19   itself.
20        A.   Look at the transcript.
21   Please look at the transcript.
22        DR. RESTAINO: Okay. Is
23   lunch here? Shall we break for
24   lunch at this point?

Page 204

1         MS. MILLER: I was going to
2    try to push through till one, but
3    we can quit now.
4         DR. RESTAINO: I can go --
5    ask a few more questions.
6    BY DR. RESTAINO:
7         Q.   Now, sir, when did you start
8    doing your study?
9         A.   Which study?
10        Q.   The study that we've been
11   discussing all morning?
12        A.   Again, this study, I would
13   say this research project. Okay. So
14   it's different. It's like STIC-like
15   lesion and STIC, we have a different
16   opinion, so that causes confusion in the
17   previous transcript that come to my
18   notice.
19        Q.   Okay. If you pick up
20   Exhibit Number 4.
21        A.   Number 4.
22        Q.   Which is your study report.
23        A.   Yes.
24        Q.   Okay. Look at the first

Page 205

1    page.
2         A.   Yes.
3         Q.   Time frame January 1st,
4    2019. On January 1st, New Year's Day, is
5    that when you started some part of this
6    study? What did you do, January 1st,
7    19 -- sorry. January 1st, 1953, is my
8    birthday.
9         January 1st, 2019. What did
10   you do on New Year's Day?
11        MS. MILLER: Objection.
12        THE WITNESS: I celebrate
13   the new year.
14   BY DR. RESTAINO:
15        Q.   Okay. What part -- what did
16   you do for the study here on January 1st
17   of 2019?
18        A.   I start searching the
19   eligible work cases.
20        Q.   Okay. And at that point you
21   were a retained expert for Johnson &
22   Johnson?
23        A.   Correct.
24        Q.   Where in your study report

52 (Pages 202 to 205)

Ie-Ming Shih, M.D., Ph.D.

Page 206

1      do -- do you disclose that you're a paid
2      litigation expert for Johnson & Johnson?
3          A.   In this Exhibit 4?
4          Q.   Yes.
5          A.   This was not paid by J&J at
6      all. I think this is our continuation of
7      our research discovery, and we want to
8      understand pathogenesis of ovarian cancer
9      to help women.
10         Q.   Okay. When you submit this
11     paper for publication, do you not believe
12     it's going to be required of you to
13     disclose that you were an expert for
14     Johnson & Johnson?
15             MS. MILLER: Objection. He
16     never said that.
17             THE WITNESS: I'm
18     distracted.
19     BY DR. RESTAINO:
20         Q.   I'll ask it --
21             MS. MILLER: Sorry. I
22     didn't mean to distract you.
23     BY DR. RESTAINO:
24         Q.   I'll ask the question again,

Page 207

1      differently.
2              In the study report that
3      you've attached to your expert report
4      that you describe in your expert report
5      as the full report, where is the
6      disclosure?
7          A.   I'm sorry --
8              MS. MILLER: Objection.
9              THE WITNESS: -- you say
10     full report? This is not a full
11     study yet.
12     BY DR. RESTAINO:
13         Q.   Okay. Sir, we went through
14     that before. And it's listed in your
15     expert report wherein you state, "The
16     full report is attached to the back of my
17     expert report."
18         A.   At that time, yes.
19         Q.   Okay. So where in this
20     report is your disclosure, your conflict
21     of interest disclosure, that at the time
22     you've been conducting this study you are
23     a paid expert for Johnson & Johnson?
24             MS. MILLER: Objection.

Page 208

1              THE WITNESS: So if in my
2      future manuscript submitted to the
3      journal for the consideration of
4      publication, if I talk about
5      talcum powder, including Johnson &
6      Johnson products, and I cite any
7      reference -- references related to
8      talcum powder, I will disclose it
9      and I will say this study was not
10     sponsored by J&J.
11             This is very, very
12     important. This -- this is
13     so-called ethics in publication.
14     And like some study like Saed he
15     did not disclose during the
16     submission, which is totally
17     trigger the suspicion of
18     misconduct.
19     BY DR. RESTAINO:
20         Q.   Did you -- did you review
21     for your opinion that you just testified,
22     his draft report or the final published
23     article?
24         A.   Both.

Page 209

1          Q.   And in his final published
2      article, does he state that he's a paid
3      expert?
4          A.   Can I have the reference to
5      further discuss? Because I need to read
6      whether he -- how he disclose it.
7          Q.   It's listed in your expert
8      report. As you sit here today, do you
9      not recall how he -- how he lists --
10         A.   I would like to see the
11     documents. Do you have that? Dr. Saed?
12     Dr. Saed's 2019? It is a really
13     important point. I will show you the
14     contrast, how I did it right.
15         Q.   How you did it right? Where
16     did you do it at all?
17         A.   I'm sorry, sir?
18         Q.   Where did you do it at all?
19     Where in this full report did you
20     disclose that you are an expert for
21     Johnson & Johnson?
22         A.   I was saying --
23             MS. MILLER: Objection.
24     I've got to object to this. This

Ie-Ming Shih, M.D., Ph.D.

Page 210

1    report was attached to an expert
2    report which has only been
3    submitted to plaintiffs, who
4    obviously know he is an expert.
5        This is just an incredibly
6    unfair line of questioning.
7        THE WITNESS:  I said I will
8    disclose it when I submit to the
9    journal editor for publication.
10   Okay.  So this --
11   BY DR. RESTAINO:
12       Q.   But your criticism of
13   Dr. Saed was on his nonpublished draft.
14   Did you -- did you look at his final
15   published article with his declaration?
16       A.   So the point is, as I serve
17   in editorial boards to review many, many
18   papers, and I also serve as
19   editor-in-chief in a medical magazine, so
20   whoever submitted for review, okay, it
21   should be disclosed.
22       Do you know why?  It's so
23   important for the reviewers to judge
24   whether there is any conflict of interest

Page 211

1    during the review process.
2        Q.   Okay.  Did Dr. Saed on his
3    final published article declare the
4    following potential conflicts of interest
5    with respect to research, authorship,
6    and/or publication to this article:
7    "Dr. Saed has served as a paid consultant
8    and expert witness in the talcum powder
9    litigation"?
10       MS. MILLER:  Objection.
11   BY DR. RESTAINO:
12       Q.   Did he disclose that?
13       MS. MILLER:  Objection.
14   Dr. Shih has asked multiple times
15   could he see the study so he can
16   answer the question accurately.
17   And you're refusing to show it to
18   him.  If we go off the record, I
19   can get a copy of it if you don't
20   have it.
21       DR. RESTAINO:  Why don't we
22   just break for lunch, and we'll
23   come back and he can take a look
24   at it.  Want to do that?

Page 212

1        MS. MILLER:  Great.
2        THE WITNESS:  Okay.  Good.
3        THE VIDEOGRAPHER:  The time
4    is 1:01 p.m.  we're going off the
5    record.
6            - - -
7        (Lunch break.)
8            - - -
9    A F T E R N O O N   S E S S I O N
10           - - -
11       THE VIDEOGRAPHER:   The time
12   is 1:35 p.m.  And we're back on
13   the record.
14           - - -
15       EXAMINATION (Cont'd.)
16           - - -
17   BY DR. RESTAINO:
18       Q.   Welcome back, Dr. Shih.
19       A.   Thank you.
20       Q.   When we broke, we were
21   finishing up our discussion with the
22   Dr. Saed, et al., study, correct?
23       A.   Correct.
24       Q.   And you asked to see the

Page 213

1    study.  We were able to get a copy of it,
2    which I'll now mark as exhibit next.
3        (Document marked for
4        identification as Exhibit
5        Shih-39.)
6        (Whereupon, a discussion was
7        held off the record.)
8    BY DR. RESTAINO:
9        Q.   Doctor, have you seen that
10   publication before?
11       A.   This publication?
12       Q.   Yes, sir.
13       A.   Yes, I did.
14       Q.   And now if you would look at
15   the Page 9 where the authors have their
16   declaration of conflicting interests.
17       Do you see that, sir?
18       A.   Yes.
19       Q.   "The authors declared the
20   following potential conflicts of interest
21   with respect to research, authorship,
22   and/or publication of this article."
23   And, "Dr. Saed has served as a paid
24   consultant and expert witness in the

54 (Pages 210 to 213)

Ie-Ming Shih, M.D., Ph.D.

Page 214

1    talcum powder litigation."
2         Did I read that correctly,
3    sir?
4         A.   Yes, they are showing in the
5    paper.
6         Q.   Sir, is it -- as you sit
7    here today, having read that, is it still
8    your opinion that Dr. Saed's disclosure
9    is inadequate?
10        A.   I believe this is inadequate
11   because this disclosure need to be
12   submitted in the time during the peer
13   review process, because that's most
14   important factor affecting the reviewers'
15   opinion, whether -- how this study is
16   supported and what other biased can be
17   generated in this report.
18        I think it's really
19   important.  And as I reviewed his
20   deposition I was provided by J&J law
21   firm, and at that time, I don't see this
22   statement.  And also I learn from other
23   expert reports, and I know that there is
24   a serious problem because Dr. Saed

Page 215

1    testified that he was paid for writing
2    this articles.
3         And as you know, this is a
4    job for any academic professor or staff,
5    that's their job, to write articles,
6    because for their scientific discovery
7    and exposure, rather than is supported by
8    any parties outside of academic.
9         So I think clearly, as a
10   editor-in-chief, I served that before, I
11   will be really shocked about this late
12   disclosure.
13        It did not cover up what has
14   been done in the past during the review
15   process.  I think that's most important.
16        Q.   Doctor, once published, this
17   paper is available to the entire medical
18   and scientific community to review,
19   correct?
20        A.   It was shown in PubMed and
21   other search engines.
22        Q.   And, therefore, any
23   investigator desiring to read this
24   article will pull the article and see

Page 216

1    that disclosure, correct?
2         MS. MILLER:  Objection.
3         THE WITNESS:  Can you say
4    that one more time, slowly?
5    BY DR. RESTAINO:
6         Q.   So any -- any investigator,
7    any researcher, any physician, who pulls
8    the article to review the article will
9    see the disclosure that you're looking
10   at, correct?
11        A.   Correct.
12        Q.   And the purpose of such a
13   disclosure, is to allow then that reader
14   to make up his or her own mind as for the
15   potential of bias, correct?
16        A.   I cannot agree, because the
17   purpose of peer review system, as you
18   know, is the theater that the publisher
19   can select the good articles, no biased,
20   no -- without any conflict of interest to
21   present to the audience who did not know
22   what happens before.
23        But this clearly is not the
24   case, because there's two parts.  One is

Page 217

1    a review process to determine whether
2    this paper is -- is anything that's
3    without conflict of interest.  That's the
4    first thing.  Because it can severely
5    affect the reviewer's mind.  So when I
6    have time to look at the first submission
7    to Oncology, which was rejected, and then
8    later in the Reproductive Science, then
9    you can see there's a big difference in
10   Reproductive Science.
11        There's only single review.
12   And this is unusual in any review
13   process, only allow for only one review.
14        And further, I can just
15   reform the other opinions, that this
16   really complicated relationship between
17   the editorial office, authors, and I
18   don't know what's going on.  I don't have
19   direct evidence.
20        But it's really -- I am so
21   intrigued how this paper can be
22   published.  Omission -- this is junk
23   science totally without any biological
24   plausibility.

Ie-Ming Shih, M.D., Ph.D.

Page 218

1    DR. RESTAINO:  I will
2  strike -- move to strike the last
3  statement as being unresponsive to
4  the question.
5  BY DR. RESTAINO:
6    Q.   Doctor, I just want to go
7  over -- because in my mind I'm little a
8  little bit confused about the chronology
9  that we're dealing with.  We discussed
10  the grant that you have described in this
11  paper and many other papers, the
12  Department of Defense grant that you now
13  say has expired, correct?
14    A.   The funding has expired.
15    Q.   If that began in 2014, is
16  that -- is that what you testified?
17    A.   Which one?
18    Q.   Working with the grant?
19    A.   The grant?
20    Q.   Yes.
21    A.   The DOD grant.
22    Q.   Yes.
23    A.   I think it's clearly marked
24  in my CV.  I can give you the specific

Page 219

1  date.  Hold on a moment.  It's very easy
2  to find.
3    So on Page 34.  "Prevention
4  of Ovarian High-Grade Serous Carcinoma by
5  Elucidating its Early Changes,"
6  W81XWH-11-2-0230.  This is from
7  October 1st, 2011.
8    Q.   Okay.  So in 2011, now
9  you've published a number of papers
10  utilizing the histopathology slides that
11  come under the umbrella of that grant,
12  correct, you have several publications?
13    A.   I am not sure if it's a
14  review paper or not reviews.  I need to
15  see which one you talk about.
16    Q.   Just talking in general.
17  Did you publish papers based upon the
18  work that you've done under the auspices
19  of this grant?
20    A.   So as you know that the
21  grant, we cannot only rely on one grant
22  to publish something.
23    Q.   Okay.
24    A.   It is a network of grants,

Page 220

1  from this DOD, from different things,
2  from private foundation, for my own
3  funding, to come out with this.  So you
4  really can't -- you can delineate which
5  parts use this grant.  There's no way
6  that I can delineate that for you,
7  neither could any scientist can opine
8  you.
9    Q.   So now between 2011 and
10  December 31st of 2018, the end of last
11  year and that entire time, you did not
12  consider conducting an experiment to look
13  at the role of chronic inflammation and
14  precursor cells associated with ovarian
15  cancer; is that correct?
16    A.   For which period of time?
17    Q.   The entire period of time
18  from December 31, 2018, back.
19    A.   Actually, chronic
20  inflammation is one of the -- many of the
21  hypothesis.  So of course we have an
22  interest to look at that.  So our first
23  paper publish in -- in by Ardighieri as
24  you -- you know about.  That is the one

Page 221

1  that we publish as a best line, as a
2  reference in the normal fallopian tube.
3  What's the immune cell over there.  Now
4  this is a continuation of --
5    Q.   I'm sorry.  I'm sorry.
6  During that time --
7    A.   Which time?
8    Q.   The time period of the last
9  few years, working and publishing papers,
10  did you -- you were aware of the -- the
11  controversy regarding talc powder and
12  ovarian cancer, correct?
13    A.   Between 2001 and --
14    Q.   Between 2011 and
15  December 31st of 2018.  You were aware of
16  the controversy, correct?
17    A.   I heard from the news.  But
18  this is not my interest of research.  I
19  don't have any interest on that,
20  because...
21    Q.   But after meeting with the
22  attorneys for Johnson & Johnson it became
23  an interest of yours and then you started
24  your study a couple of weeks later; is

56 (Pages 218 to 221)

Ie-Ming Shih, M.D., Ph.D.

Page 222

1  that correct?
2         MS. MILLER: Objection. I
3  believe --
4         THE WITNESS: I'm interested
5  in chronic inflammation. Okay.
6  Chronic inflammation, not talc.
7         And in this study I did
8  actually has nothing to do with
9  talc. It's to do with chronic
10 inflammation is present, absent or
11 what happens associated with STIC
12 and precursor signature. So this
13 is not for the STIC litigation.
14 It's part of a continuation of
15 scientific curiosity. So it's not
16 relevant.
17 BY DR. RESTAINO:
18    Q.   In every publication dealing
19 with chronic inflammation and ovarian
20 cancer, prior to this interim report that
21 we're now dealing with, you had
22 co-authors working with you on every
23 publication, correct?
24         MS. MILLER: Objection.

Page 223

1         THE WITNESS: I need to
2  review the list, but I believe not
3  all of them.
4  BY DR. RESTAINO:
5    Q.   Have you published any paper
6  that's not an editorial in which you
7  did -- did not have co-authors?
8    A.   So you meant single author
9  in what kind of paper?
10   Q.   Yes. You are the single
11 author on this paper, correct?
12        MS. MILLER: Objection. I
13 think that mischaracterizes his
14 testimony earlier today.
15        THE WITNESS: We discussed
16 that before. I said for the
17 official publication we have not
18 decided yet. I don't have time to
19 think about what we want to come
20 out with the research. It's a
21 multiple research, or a single
22 research, combined with molecular
23 environment, molecular genetic,
24 metabolomic, metagenetic.

Page 224

1         And as I said, we have no
2  idea yet, because I cannot predict
3  what happen next year.
4  BY DR. RESTAINO:
5    Q.   So when you write in your
6  expert report that this paper is the
7  final answer regarding the chronic
8  inflammation in precursor cells, what are
9  we to take from that?
10        MS. MILLER: Objection. Can
11 you point us to where he says
12 that?
13 BY DR. RESTAINO:
14   Q.   If you would look at the
15 top -- first paragraph of Page 28 of his
16 study report.
17        MS. MILLER: You said when
18 you write in your expert report.
19        THE WITNESS: Expert
20 reports?
21        MS. MILLER: Now, you are
22 talking about the study reports?
23        DR. RESTAINO: The study
24 reports.

Page 225

1         MS. MILLER: Okay. That was
2  not the question.
3         Now, you said when you write
4  in your expert report that this
5  paper is the final answer, are you
6  withdrawing that question?
7         DR. RESTAINO: I'm
8  withdrawing that question.
9  BY DR. RESTAINO:
10   Q.   So when you write in your
11 study report, "So the final answer from
12 this study is that ovarian cancer
13 precursor lesions are not associated with
14 chronic inflammation, thus refuting the
15 hypothesis that chronic inflammation is
16 the cause of ovarian cancer," that that
17 would not be an accurate statement at
18 this time, correct?
19   A.   I'm sorry, I'm behind of
20 you.
21   Q.   Okay.
22   A.   So where are you talking
23 about, this page?
24   Q.   Study report, Page 28. Top

Ie-Ming Shih, M.D., Ph.D.

Page 226

1   paragraph of 28.
2        A.   Okay.
3        Q.   Okay.  And so the final --
4   the last sentence of that top paragraph
5   on Page 28 states, "So, the final answer
6   from this study is that ovarian cancer
7   precursor lesions are not associated with
8   chronic inflammation, thus refuting the
9   hypothesis that chronic inflammation is
10  the cause of ovarian cancer."
11       So, Doctor, you're making
12  that statement in this study report based
13  solely on your interim results, correct?
14       MS. MILLER:  Objection.
15       THE WITNESS:  This is the
16  opinion I gave in this interim
17  report.
18  BY DR. RESTAINO:
19       Q.   Okay.  Is that a litigation
20  opinion?
21       A.   Litigation opinion.  What do
22  you mean?
23       Q.   I don't know, sir.  You
24  described the opinions of Dr. Saed and

Page 227

1   Dr. Kane in your expert report as
2   litigation opinion.
3        What do you mean?
4        MS. MILLER:  Objection.
5        THE WITNESS:  I think that
6   study was paid at least by writing
7   by the company.
8   BY DR. RESTAINO:
9        Q.   You think.  What about
10  Dr. Kane, the gynecological pathologist,
11  why are her expert opinions litigation
12  opinions and yours are not?
13       A.   Can you show me what I say
14  over that?
15       Q.   Sure.  Let's go now to the
16  expert report.
17       A.   Okay.
18       Q.   And if you go to your
19  page -- first page --
20       A.   First page.
21       Q.   -- Introduction of Scope of
22  Report and Summary of Opinions.
23       Do you see that, sir?
24       Okay.  And then your -- the

Page 228

1   third line down you write, "I was asked
2   to review these litigation opinions and
3   to assess their scientific validity."
4        So, sir, I have to ask you,
5   what do you mean by litigation opinions?
6        A.   Litigation opinions to me is
7   to review the material provided to me,
8   including deposition reports and their
9   opinions.
10       Q.   Okay.  So in reviewing the
11  deposition of Dr. Saed, to review
12  Dr. Kane's report, Dr. Saed's report, and
13  any other plaintiff expert you may have
14  reviewed, is it fair and equal to say
15  that your opinions that you're giving in
16  your expert report and today are
17  litigation opinions?
18       MS. MILLER:  Objection.
19       THE WITNESS:  It is my
20  research opinion.
21  BY DR. RESTAINO:
22       Q.   Is it your research opinion
23  regarding the methodology that Dr. Kane
24  utilized?

Page 229

1        MS. MILLER:  Objection.
2        THE WITNESS:  Those are two
3   different questions.
4   BY DR. RESTAINO:
5        Q.   Well, you have an opinion
6   regarding Dr. Kane's methodology,
7   correct?
8        A.   Where did I say that?
9        Q.   In your expert report.
10       A.   Where?  Where?  I'm sorry.
11       Q.   Oh, I'm sorry.  Number 2 on
12  that page, Dr. Saed's experimental
13  results.
14       MS. MILLER:  Are you talking
15  about --
16  BY DR. RESTAINO:
17       Q.   No, I'm sorry, Number 1.
18  "Dr. Saed's and Dr. Kane's opinions
19  related to biological plausibility of the
20  theory that talc powder use can cause
21  ovarian cancer or increase the risk of
22  ovarian cancer are not the product of
23  reliable methods and are contrary to
24  established scientific knowledge."

58 (Pages 226 to 229)

Ie-Ming Shih, M.D., Ph.D.

Page 230

1          Doctor, what was Dr. Kane's
2    methodology that, in your opinion, is
3    unreliable?
4          A.   You meant Dr. Saed and
5    Dr. Kane together, or do you want me to
6    separate?
7          Q.   Let's separate.  I want to
8    talk --
9          A.   Okay.  All right.
10         Q.   Dr. Kane's methodology, what
11   about it was flawed?
12         A.   I -- my opinion is she
13   reached the conclusion by leaving many
14   holes in between without showing any
15   biological plausibility in the mechanism.
16   Can I see that one?
17         MS. MILLER:  What do you
18   want?  Dr. Kane's report?
19         THE WITNESS:  Yeah, Dr. Kane
20   report.
21         MS. MILLER:  You have to ask
22   them if they're okay with that.
23         THE WITNESS:  Is that okay,
24   that I can have a better

Page 231

1          discussion for that?
2    BY DR. RESTAINO:
3          Q.   As you sit here today, can
4    you tell us, without looking at your
5    expert report, what are the flaws in what
6    Dr. Kane utilized as her methodology?
7          MS. MILLER:  I'm going to
8    object to that, because as I
9    recall at the beginning of the
10   deposition, you said this was not
11   a memory test.
12         THE WITNESS:  Correct.
13         MS. MILLER:  I mean, he
14   addresses Dr. Kane in his report.
15   Is he allowed to turn to where he
16   addresses Dr. Kane --
17         DR. RESTAINO:  Not if he's
18   going to sit here with his finger
19   going over every word in his
20   report, because if so, we're going
21   off the record.
22   BY DR. RESTAINO:
23         Q.   Doctor, do you need to look
24   at Dr. Kane's report to refresh your

Page 232

1    memory on the flaws in her methodology?
2          MS. MILLER:  That's actually
3    not what I said.  I said may he
4    look at his discussion of
5    Dr. Kane's opinions without
6    looking at Dr. Kane's report.
7    BY DR. RESTAINO:
8          Q.   What do you need to look at
9    to tell us what part of Dr. Kane's
10   methodology was flawed?
11         A.   It would be helpful to --
12   for me to review it.
13         Q.   Review what, sir?  Let me
14   strike that question.  Let me ask you
15   this.
16         Did Dr. Kane conduct a
17   systematic review of the literature?
18         MS. MILLER:  Objection.
19         THE WITNESS:  That, I don't
20   know.
21   BY DR. RESTAINO:
22         Q.   As you sit here today, what
23   do you believe that Dr. Kane was basing
24   her opinions upon?

Page 233

1          MS. MILLER:  Objection.
2          THE WITNESS:  From based on
3    what I recalled, she did a
4    literature search.  I think she's
5    a pathologist.
6    BY DR. RESTAINO:
7          Q.   And pathologists don't know
8    how to do literature researches?
9          A.   I say she did literature
10   search.
11         Q.   As you did also, correct?
12         A.   I'm not sure what does that
13   mean, the same.  We may use different key
14   words and search engines.  I don't know
15   what she searched.
16         Q.   So you're speculating on her
17   methodology?
18         MS. MILLER:  No, he's not
19   speculating.
20         THE WITNESS:  No, no.
21         MS. MILLER:  You're refusing
22   to give him the report.
23         THE WITNESS:  Yeah.
24         MS. MILLER:  He'd like to

59 (Pages 230 to 233)

Ie-Ming Shih, M.D., Ph.D.

Page 234

1    look at the report. He's not
2    speculating. You're pressing him
3    to answer without the report.
4    BY DR. RESTAINO:
5    Q.   Do you need to see
6    Dr. Kane's report?
7    A.   If you have one, that would
8    be great.
9    DR. RESTAINO: I don't even
10   know if we have one.
11   BY DR. RESTAINO:
12   Q.   If you assume that she used
13   the same keywords, chronic inflammation,
14   ovarian cancer -- you're shaking your
15   head no.
16   A.   No, I don't know what you --
17   what you meant. Could you speak slowly.
18   MS. MILLER: Shall we go off
19   the record and get a copy of the
20   report?
21   DR. RESTAINO: Sure.
22   THE WITNESS: I think that's
23   the best way.
24   MS. MILLER: Okay. Let's go

Page 235

1    off.
2    THE VIDEOGRAPHER: The time
3    is 1:56 p.m. We're going off the
4    record.
5    (Short break.)
6    THE VIDEOGRAPHER: The time
7    is 2:09 p.m. We're back on the
8    record.
9    BY DR. RESTAINO:
10   Q.   Doctor, during the break,
11   did you have a chance to review Dr. Sarah
12   Kane's expert report?
13   MS. MILLER: No, he didn't.
14   As soon as I got it printed, I
15   brought it in here. I don't think
16   he had a chance. I mean, we got
17   it printed, and I brought it.
18   BY DR. RESTAINO:
19   Q.   Doctor, in your expert
20   report, can you show me where you
21   describe the flaws in Sarah Kane's
22   methodology?
23   A.   Sure. I think that's a fair
24   question.

Page 236

1    In my report, Page 8, Number
2    3, Dr. Kane's opinions. And I should
3    tell you that the methodologies Dr. Kane
4    used has many, many flaws, just like
5    Dr. Saed. And their opinions, the flawed
6    opinions, share a lot.
7    So I can tell you Dr. Kane's
8    incorrect methodology unique to her
9    report first. Then we can go back to
10   Saed because they overlap.
11   Q.   What is it about her
12   methodology that you find to be flawed?
13   A.   Okay. Number 1, is showing
14   in the Page 8, she claimed the lymphatic
15   transport -- should I go over the
16   sentences? I can do that.
17   Q.   No. That's her opinion,
18   isn't it?
19   A.   Right. So I can show you.
20   Q.   I'm asking you, as to her
21   methodology to get to her opinions, what
22   about her methodology was flawed?
23   MS. MILLER: Objection.
24   THE WITNESS: She reached

Page 237

1    her conclusion, which is
2    incorrect, based on those reports.
3    But that's her misinterpretation
4    of the result. And there's many
5    holes in between that prevent her
6    to come to a conclusion.
7    For example, the lymphatic
8    transport, the similarity between
9    talc structure and asbestos, and
10   also she confused mesothelioma and
11   high grade serous carcinoma. And
12   that's based on her search.
13   And then she claimed that
14   the talc is causal for ovarian
15   cancer, in which the methodology
16   is totally flawed, and there is no
17   biological plausibility.
18   As an example, I think she
19   is a pathologist. She knows
20   what's the difference between
21   mesothelioma and high grade serous
22   carcinoma, and she claim that
23   based on her experience that these
24   two are very similar.

60 (Pages 234 to 237)

Ie-Ming Shih, M.D., Ph.D.

Page 238

```
 1        But it's not.  They are not.
 2   Every well -- every trained, I'm
 3   sorry, every trained
 4   board-certified pathologist can
 5   tell them apart.  They are so
 6   different, not only in morphology,
 7   their pathogenesis and the
 8   clinical outcome, they are
 9   different.
10        That's one.  I think that
11   she did not have a correct
12   methodology in that opinion.
13        The other one is the
14   lymphatic spread --
15   BY DR. RESTAINO:
16        Q.   Okay.  Let's go over the
17   first one there.
18        A.   Okay.  Okay.  All right.
19        Q.   We'll get too far ahead of
20   ourselves.  Okay?  Regarding the -- or
21   you believe that she has a flawed opinion
22   regarding how the human body will react
23   to different stimulus.  If the -- if the
24   talc is absorbed in the lymphatic system
```

Page 239

```
 1   and -- and goes throughout the body,
 2   correct?
 3        MS. MILLER: Objection.  I
 4        don't think that was what he said.
 5   BY DR. RESTAINO:
 6        Q.   Well, to -- to read what
 7   you -- to read what you say about
 8   lymphatic transport.  "If talc particles
 9   can travel through the lymphatic channel
10   to the ovaries, they should be able to
11   reach other human body parts and tissues
12   as well, because the lymphatic system
13   runs throughout the body.  There are no
14   reports showing that talc is associated
15   with other types of female (or male)
16   cancer like colon cancer, liver cancer,
17   stomach cancer, prostate cancer, and
18   pancreatic cancer (where lymphatic
19   circulation is active) just to name a
20   few."
21        Okay.  Now, Doctor, is it
22   your expert opinion that all tissue in
23   the human body will react the same way to
24   the same stimulus?
```

Page 240

```
 1        A.   It depends.  It depends on
 2   what kind of tissues you are talking
 3   about and the concentration of the talc
 4   powders.
 5        Q.   Therefore, not all body
 6   tissues are going to respond the same to
 7   an external stimulus, correct?
 8        MR. LOCKE:  Objection.
 9        THE WITNESS:  But if the
10        concentration is the same, the
11        patients respond in a similar way.
12   BY DR. RESTAINO:
13        Q.   Okay.  Have you heard of the
14   bacterium Helicobacter pylori or
15   H. pylori?
16        MS. MILLER:  Objection.
17        THE WITNESS:  Yes.
18   BY DR. RESTAINO:
19        Q.   Yes.  It's known to cause
20   stomach adenocarcinoma, correct?
21        A.   It cause peptic ulcer and
22   chronic inflammation.
23        Q.   And hepatic carcinoma,
24   correct?
```

Page 241

```
 1        A.   That's everybody believe.
 2        Q.   Everybody -- in fact, IARC
 3   lists H. pylori as a Class I carcinogen,
 4   does it not?
 5        MS. MILLER:  Objection.
 6        THE WITNESS:  I don't have
 7        the documents with me.
 8   BY DR. RESTAINO:
 9        Q.   And H. pylori is -- it is
10   contracted typically orally, correct?
11        MS. MILLER:  Objection.
12        THE WITNESS:  I'm a
13        pathologist, and a cancer
14        biologist and not
15        gastroenterologist.
16   BY DR. RESTAINO:
17        Q.   Does the H. pylori travel
18   through the mouth and esophagus to get to
19   the stomach?
20        A.   I'm not a microbiologist
21   either.
22        Q.   Okay.  Does the -- are
23   the -- are you aware of any reports of
24   H. pylori causing tongue cancer?
```

61 (Pages 238 to 241)

Ie-Ming Shih, M.D., Ph.D.

Page 242

1      A.   Again, I'm not the H. pylori
2  specialist.
3      Q.   Does it cause upper
4  esophageal cancer?
5      A.   I'm a gynecology
6  pathologist.  We only care about below
7  diaphragm.
8      Q.   Okay.  So you don't know if
9  those tissues react differently to that
10  external stimulus, correct?
11      A.   It's outside my opinion.
12      Q.   Certain strains of human
13  papilloma virus or HPV are generally
14  accepted to cause cervical, vaginal,
15  vulvar, penile and oropharyngeal cancer,
16  correct?
17      A.   Can you show me the
18  evidence?
19      Q.   Are you not aware of what
20  forms of cancer H. papilloma virus cause?
21      A.   H. pylori?  Not HPV, right?
22      Q.   Human papilloma virus.
23      A.   Okay.
24      Q.   HPV.

Page 243

1      A.   HPV.  I think you said
2  H. pylori or --
3      Q.   Okay.  I'll strike the
4  question and I'll ask it over again.
5           Certain strains of human
6  papilloma virus, HPV, generally accepted
7  to cause cervical, vaginal, vulvar --
8  vulvar, penile and oropharyngeal cancers,
9  correct?
10      A.   I think it has been shown in
11  many articles.
12      Q.   But they are not known to
13  cause cancers of the upper reproductive
14  tract, are they?
15      A.   Upper reproductive, meaning
16  from which organs?
17      Q.   As a pathologist, what do
18  you -- what organs do you classify as
19  being of the upper reproductive tract?
20           MS. MILLER:  Objection.
21  BY DR. RESTAINO:
22      Q.   I want to use the organs you
23  are most comfortable with, sir.
24           MS. MILLER:  Is that a

Page 244

1  question?
2           THE WITNESS:  How is this
3  relevant to -- to my role as a
4  cancer biologist in this case?
5  BY DR. RESTAINO:
6      Q.   You are offering an opinion
7  that Dr. Kane's opinion regarding
8  lymphatic transport is different and
9  you're using an example of why it doesn't
10  cause cancer or problems in other body
11  parts.  There you are an expert; is that
12  correct?
13           MS. MILLER:  Objection.
14  Argumentive.
15           THE WITNESS:  The lymphatic
16  transport of talcum powder as
17  Dr. Kane opined in the -- the
18  lymphatic system and the lymph
19  node, this is not relevant to
20  tubal -- okay.  STIC and precursor
21  signatures.
22           Because in the fallopian
23  tube there is no lymph nodes.
24  BY DR. RESTAINO:

Page 245

1      Q.   Doctor.
2      A.   Yeah.
3      Q.   In your critique of
4  Dr. Kane's opinions, it is true, is it
5  not, that different body tissues react
6  differently to different stimuli,
7  correct?  The esophagus does not react to
8  H. pylori, the antrum of the stomach
9  does, correct?
10      A.   There is no evidence to show
11  the esophageal cancer at this moment.
12  But I don't know whether it will be shown
13  in the future years.
14      Q.   And you don't know whether
15  it's going to be shown in the future
16  years or whether talc is transported
17  through the lymphatic system to the
18  pelvic lymph nodes where it could cause a
19  problem, or are you aware of a
20  publication this week on talc migrating
21  to the pelvic lymph nodes?  Are you aware
22  of that publication, sir?
23           MR. LOCKE:  Objection.
24           MS. MILLER:  Objection.

62 (Pages 242 to 245)

Ie-Ming Shih, M.D., Ph.D.

Page 246

```
 1        That was like seven different
 2   questions.
 3        THE WITNESS:  I think I'm
 4   distracted by your different
 5   questions so --
 6   BY DR. RESTAINO:
 7        Q.   I'll strike that --
 8        A.   How is it relevant to -- to
 9   the -- to the Dr. Kane's opinion?
10        Q.   Okay.  You don't understand
11   it; is that right?
12        A.   I don't know how relevant
13   those questions that is -- that I can
14   help you to answer.
15        Q.   Okay.  How about
16   hepatitis C, that's a bloodborne
17   pathogen, correct?
18        A.   Yes.
19        Q.   Gets in the blood.  So
20   therefore, by definition it goes
21   throughout the entire human body,
22   correct?
23        A.   Right.
24        Q.   And hepatitis C form --
```

Page 247

```
 1   causes what form of cancer?
 2        A.   Liver cancer.
 3        Q.   It goes through all the
 4   different organs to get to the liver,
 5   correct, but it doesn't cause cancer in
 6   those other organs, right?
 7        A.   That's hepatitis C itself.
 8        Q.   Yes.
 9        A.   But it cannot be
10   extrapolated to other agents.  Every
11   agent are different.
12        Q.   Okay.  Like H. pylori only
13   affects the stomach, right?  It's
14   spreading and each body tissue is acting
15   differently.
16        Let's go and talk about the
17   chemical similarities --
18        MS. MILLER:  Is that a
19   question?
20        THE WITNESS:  No, that is
21   not a question.
22   BY DR. RESTAINO:
23        Q.   No.  I'm moving on to Page 9
24   now of your expert report.  You talk
```

Page 248

```
 1   about, you criticize Dr. Kane for talking
 2   about chemical similarities between
 3   asbestos and talc, correct?
 4        A.   I talk about that.
 5        Q.   Yes.  Now, when you were
 6   taking, as a student way back when, you
 7   took organic chemistry, correct?
 8        A.   I did not teach organic
 9   chemistry.
10        Q.   Did you take it as a
11   student?
12        A.   Many, many years ago.
13        Q.   I understand.  Now, when you
14   were taking chemistry, did you study the
15   structural composition of various
16   components, various chemicals, minerals,
17   whatever, when you were taking organic or
18   inorganic chemistry, you studied the
19   structure of those compounds, correct,
20   even water, H2O, did you study that
21   analysis, that structure?
22        MS. MILLER:  Hey, can we try
23   to stick to one question at a
24   time?
```

Page 249

```
 1        DR. RESTAINO:  Yes, I'm
 2   sorry.
 3        THE WITNESS:  So --
 4        MS. MILLER:  I know you were
 5   getting excited, but I don't know
 6   that we understand what the
 7   question is.
 8        THE WITNESS:  You were
 9   asking about water.  Okay.  I can
10   answer -- answer you any water
11   questions, can I?  I don't know
12   what kind of question of water in
13   the biophysics and bioengineering
14   and biochemistry.
15   BY DR. RESTAINO:
16        Q.   There's a structure to water
17   of two hydrogen atoms and an oxygen atom,
18   correct?
19        A.   Yes.
20        Q.   Okay.  So you are looking
21   at -- studying the chemistry of water,
22   you're looking at the structure of it,
23   correct?
24        MS. MILLER:  Objection.
```

Ie-Ming Shih, M.D., Ph.D.

Page 250

1    I'm sorry.
2        THE WITNESS:  I cannot
3    remember what I took, the content
4    in my organic chemistry back to
5    many, many years ago.
6    BY DR. RESTAINO:
7        Q.   Doctor, is there a
8    difference in your mind between the
9    chemical structure of talc and asbestos
10   or the structural structure?
11       MS. MILLER:  Objection.
12       THE WITNESS:  Structure of
13   the --
14       MS. MILLER:  Structural
15   structure?
16       THE WITNESS:  I'm not a
17   mineralogist.
18   BY DR. RESTAINO:
19       Q.   You are not a -- but you
20   criticize Dr. Kane for saying that there
21   were chemical similarities between
22   asbestos and talc, correct?
23       A.   I use my general opinions to
24   show that structural similarity.  It

Page 251

1    doesn't mean that they are the same,
2    carry the same effect on human tissue.
3    That's why I'm going to say very general
4    things.  Okay.  You -- if you want to ask
5    me what's the really difference, oxygen
6    and the bindings, I'm not -- it's outside
7    my expertise and my opinion.
8        Q.   It is your opinion, though,
9    that both talc and asbestos have
10   structural similarity to some degree.
11   Talc is not asbestos; is that correct?
12       MS. MILLER:  Are you reading
13   a sentence from here?
14       DR. RESTAINO:  It's middle
15   of the large paragraph on Page 9
16   of the report.
17       THE WITNESS:  Okay.
18   BY DR. RESTAINO:
19       Q.   "Therefore, both" --
20   "although both talc and asbestos have
21   structural similarity to some degree."
22       Do you see that, sir?
23       A.   Yes.
24       Q.   And that's what Dr. Kane

Page 252

1    said, correct?
2        MS. MILLER:  Objection.  Can
3    you show him where Dr. Kane says
4    that?
5        THE WITNESS:  Right.  I need
6    to have a close comparison.  I'm
7    not sure that's what Dr. Kane
8    said.
9    BY DR. RESTAINO:
10       Q.   Okay.
11       A.   Could you have that line
12   of -- and we can compare.
13       Q.   In your report, don't you
14   criticize on Page 5 of the report that --
15       A.   Page 5?
16       Q.   Your expert report.  I
17   believe it's Page 5, and that's where you
18   write, "There are chemical similarities
19   between asbestos and talc, and there are
20   striking pathological similarities
21   between invasive serous ovarian cancer
22   and mesothelioma."
23       And you criticize Dr. Kane
24   for saying that there's chemical -- that

Page 253

1    there aren't not chemical similarities,
2    don't you?
3        A.   I'm sorry.  I'm so confused.
4    You're jumping 9 and 5 and which section
5    are you talking about?  We are talking
6    about Dr. Kane's opinion or my report?
7        MS. MILLER:  I'm not seeing
8    anything on Page 5 that you just
9    read.  Page 5 is Dr. Saed.
10       THE WITNESS:  Right.
11       MS. MILLER:  So I'm really
12   confused.
13       THE WITNESS:  I cannot see
14   the arguments.
15       DR. RESTAINO:  Okay.  Give
16   me one second then.
17       MS. MILLER:  On Page 8 he
18   quotes Dr. --
19   BY DR. RESTAINO:
20       Q.   On Page 9 of your expert
21   report.
22       A.   Okay.  Page 9.
23       Q.   Okay.  You have in quotation
24   marks, "Chemical similarities between

64 (Pages 250 to 253)

Ie-Ming Shih, M.D., Ph.D.

Page 254

1  asbestos and talc," do you not?
2        Page 9 of your expert
3  report.
4        MS. MILLER:  That's quoting
5     Dr. Kane, who he quotes in full on
6     Page 8.
7        DR. RESTAINO:  Yes.  I want
8     to get him to say on the record
9     that's Dr. Kane's words.
10       THE WITNESS:  That's Page 8?
11  BY DR. RESTAINO:
12    Q.   Page 9.  You have a
13  paragraph that's titled, "Chemical
14  Similarities Between Asbestos and Talc,"
15  correct?
16    A.   Yes.
17    Q.   And then you say, "This is
18  incorrect."
19       What -- do you see where I
20  am?
21    A.   Yeah.
22    Q.   Okay.  So my question, I was
23  talking to you before about the chemical
24  similarities, you state -- your opinion

Page 255

1  is that there are structural
2  similarities, correct?
3     A.   No.  This is quote from
4  Dr. Kane.  I did not say that.
5     Q.   You write the next sentence,
6  "Structural similarity of chemical
7  compounds does not mean they have the
8  same function or effects."
9        Correct?
10    A.   "This structural
11  similarity," in the second line, is
12  referring to Dr. Kane's quotes, "Chemical
13  similarity between asbestos and talc."
14  That's her opinion, not my opinion.
15    Q.   Now, what Dr. Kane in her
16  report was -- are you familiar with the
17  Bradford Hill viewpoint of analogy?
18    A.   Could you show me the
19  Bradford Hill?
20    Q.   Do you not know -- you are
21  not aware of using analogy to determine
22  causation?
23    A.   But that's back to 1965 when
24  the science is really arcane and there is

Page 256

1  no biological plausibility -- I mean, the
2  methodologies and the techniques for
3  confirming -- not confirming, I'm sorry,
4  strike that out -- to support the
5  evidence that something is A or B or C.
6  So at the time, meaning the technology,
7  we don't have that yet.
8     Q.   So is it your opinion
9  sitting here today, that it's no longer a
10  valid scientific question to look at and
11  see whether two compounds are analogous
12  to one another in their effect on the
13  body?
14       MS. MILLER:  Objection.
15       THE WITNESS:  Oh, this is
16    really big questions.  It's so
17    general.  There's many questions
18    embedded in your question.  Can
19    you specify them as specific as
20    possible?
21  BY DR. RESTAINO:
22    Q.   Is it your opinion that it's
23  no longer scientifically valid to
24  consider analogy when looking at a causal

Page 257

1  question?
2        MS. MILLER:  Objection.
3        THE WITNESS:  It depends.
4  BY DR. RESTAINO:
5     Q.   Okay.  So Dr. Kane, when
6  she's looking at talc and asbestos and
7  making an analogy with them, is that an
8  improper methodology for her to employ?
9        MS. MILLER:  Objection.
10       THE WITNESS:  It's incorrect
11    methodology in this specific case,
12    because asbestos is different from
13    talc.
14  BY DR. RESTAINO:
15    Q.   Have you asked any
16  representative of Johnson & Johnson to
17  provide you with any documentation they
18  have on the similarity between talc and
19  asbestos?
20       MS. MILLER:  Objection.
21       THE WITNESS:  I do not
22    recall.
23  BY DR. RESTAINO:
24    Q.   Did anyone from Johnson &

65 (Pages 254 to 257)

Ie-Ming Shih, M.D., Ph.D.

Page 258

```
 1    Johnson provide you with any
 2    documentation that they have on the
 3    similarity between talcum powder and
 4    asbestos?
 5          MS. MILLER:  Objection.
 6    Lacks foundation.
 7          THE WITNESS:  This is not
 8    relevant to my reason to be here
 9    today.  I'm here to testify
10    biological plausibility and
11    molecular mechanism together with
12    gynecology and pathology to
13    determine there's no biological
14    plausibility.  Everything is not
15    credible science and the full
16    technology in this case.  Period.
17          DR. RESTAINO:  Move to
18    strike as unresponsive.
19    BY DR. RESTAINO:
20      Q.   Did anyone from Johnson &
21    Johnson provide you with any
22    documentation they may have on the
23    similarity between talc and asbestos?
24      A.   I think I already answered
```

Page 259

```
 1    your question.  This is not relevant to
 2    my position here.
 3      Q.   It's a yes or no question,
 4    Doctor.  Did anyone give you any
 5    documentation that Johnson & Johnson may
 6    have on the similarities between talc and
 7    asbestos?
 8          MS. MILLER:  Same objection.
 9          MS. SHARKO:  Mr. Restaino, I
10    don't believe that any company
11    documents were supplied to
12    Dr. Shih if that is helpful.
13          DR. RESTAINO:  I'll proceed
14    with your representation.
15          THE WITNESS:  I don't know
16    that.  Yeah.
17          MS. MILLER:  Anything that
18    we provided him would be on his
19    reliance list, which you have.
20    BY DR. RESTAINO:
21      Q.   Do you understand that
22    Johnson & Johnson has admitted that
23    asbestos has been in their talcum powder
24    products in the past?
```

Page 260

```
 1          MS. MILLER:  Objection.
 2          MR. LOCKE:  Objection.
 3          MR. MIZGALA:  Objection.
 4          MS. MILLER:  Three
 5    objections at once.  I think they
 6    call that a jinx.  Kids.  I don't
 7    know if they still do.
 8          THE WITNESS:  I don't know.
 9          MS. MILLER:  In my day they
10    called it a jinx.
11    BY DR. RESTAINO:
12      Q.   Had you -- have you reviewed
13    the deposition of any Johnson & Johnson
14    mineralogist?
15          MS. MILLER:  Objection.  As
16    I said, anything that he has
17    reviewed would be on his list,
18    so...
19    BY DR. RESTAINO:
20      Q.   Have you reviewed any --
21      A.   As I said, I reviewed
22    whatever had been provided.
23      Q.   So, Doctor, when you are
24    approaching this now from your area of
```

Page 261

```
 1    expertise, as is Dr. Kane, is there a
 2    difference between disagreeing with her
 3    methodology and disagreeing with her
 4    conclusions?
 5          MS. MILLER:  Objection.
 6          THE WITNESS:  Her
 7    methodology is flawed, and her
 8    conclusion is coming from nowhere.
 9    BY DR. RESTAINO:
10      Q.   Where in your expert report
11    does it discuss her methodology and why
12    it's flawed?
13      A.   You mean Dr. Kane
14    specifically, right?
15      Q.   Yes.
16      A.   So as we discussed, there
17    are many thing that overlap with
18    Dr. Saed.  So I would start from the --
19    really the beginning.
20          Number one -- can I have the
21    report so I can refer to the figures
22    tables, Dr. Kane's?  Or you don't need
23    that?
24      Q.   No, the question is where in
```

66 (Pages 258 to 261)

Ie-Ming Shih, M.D., Ph.D.

Page 262

1  your expert report do you discuss her
2  methodology.
3       A.   In -- okay.  Page 8 and
4  Page 9 specifically, but there are also
5  overlap opinions against her in other
6  pages, like Page 5 and I believe on
7  Page 4, 5 -- I should say Page 4, 5, 6,
8  7, 8 and 9.
9       Q.   What I see on each of them,
10 Doctor, is, in fact, for example, if you
11 go to Page 8, you have a Number 3,
12 Dr. Kane's opinions, correct?
13      A.   Right.
14      Q.   Where is your description of
15 how she got to those opinions which in
16 your opinion is flawed?
17           MS. MILLER:  Objection --
18 BY DR. RESTAINO:
19      Q.   Where is -- I'm sorry.
20 Where is the description of her
21 methodology?
22           MS. MILLER:  -- methodology.
23      Could we start over because that
24      is confusing.  That was different

Page 263

1  questions.
2       What is your question?
3       THE WITNESS:  So it
4       should --
5  BY DR. RESTAINO:
6       Q.   Listed here is Dr. Kane's
7  opinions.  Where is your description in
8  your expert report of the -- of the
9  methodology employed and why in your
10 opinion it was flawed?
11           MS. MILLER:  Objection.
12           THE WITNESS:  She had -- she
13      had several opinions like Dr. Saed
14      for example.  Like ROS, reactive
15      oxygen trace --
16 BY DR. RESTAINO:
17      Q.   I'm going to move to strike.
18      Doctor, I understand, sir,
19 respectfully, I understand that you
20 disagree with her opinions.  I'm asking,
21 where is your analysis of the method she
22 employed to get to her opinion.
23           MS. MILLER:  Objection.
24           THE WITNESS:  So I would say

Page 264

1       that the literatures I reviews,
2       and based on my credential, as you
3       can see my CV, and I review so
4       many papers, publish so many
5       papers, and with more than 32,000
6       citations, that's my expertise,
7       and I can judge as an authority in
8       ovarian cancer biology field that
9       her methodology is flawed.
10           And I already expressed my
11      concern in -- in this report.
12 BY DR. RESTAINO:
13      Q.   Doctor, other than
14 disagreeing with her opinions, where in
15 your expert report do you describe what
16 methodology Dr. Kane used and why that
17 methodology is flawed?
18           MS. MILLER:  Objection.
19           THE WITNESS:  Her
20      methodology is based on the
21      literature she reviewed, and the
22      jump into the conclusion.  But
23      there is many things that should
24      not prevent this jumping style

Page 265

1       conclusion.
2           So her conclusion is based
3       on no credible science and the
4       cogent evidence at all.  So her
5       entire methodology she used is
6       wrong, because you jump around.
7  BY DR. RESTAINO:
8       Q.   What methodology did she
9  use?
10           MS. MILLER:  Objection.
11           THE WITNESS:  The
12      methodology is like -- okay.  So
13      this is the difference between
14      Dr. Kane and me.  So it's very
15      difficult to prove negative.
16           So if this is a case Dr. --
17      Dr. Kane and -- or Dr. Saed
18      propose that talcum powder can
19      cause ovarian cancer, you need to
20      show evidence.
21           So again, this is very
22      important.  Science is evidence
23      driven.  Evidence is held --
24 BY DR. RESTAINO:

67 (Pages 262 to 265)

Ie-Ming Shih, M.D., Ph.D.

Page 266

```
 1        Q.   Doctor, with all due
 2   respect, sir.  I'm going to move to
 3   strike.
 4           MS. MILLER:  Well, you asked
 5       what methodology she used and he
 6       was trying to explain that.
 7           THE WITNESS:  Yeah, that's
 8       my -- that's my --
 9           MS. MILLER:  I think that
10       actually he was answering your
11       question fairly.
12           THE WITNESS:  Right.  So
13       that's my -- my methodology.
14           MS. MILLER:  He's trying to
15       explain the difference between his
16       methodology and her methodology.
17           THE WITNESS:  Right.  My
18       methodology is different from her
19       role.  Her role is to demonstrate
20       the evidence positive.  Okay.  My
21       methodology, I cannot find any
22       positive credible science, cogent
23       evidence that can support the
24       biological mechanism of talc can
```

Page 267

```
 1   induce ovarian cancer.  So her
 2   methodology, I -- totally is
 3   wrong, okay, because she cannot
 4   prove that, or she cannot provide
 5   evidence for biological
 6   plausibility.
 7   BY DR. RESTAINO:
 8       Q.   Doctor, is there -- it is
 9   your opinion, is it not, that there is no
10   evidence that talcum powder causes
11   ovarian cancer, correct?
12           MS. MILLER:  Objection.  Can
13       you point to where he said that?
14   BY DR. RESTAINO:
15       Q.   Is that your opinion,
16   Doctor?
17       A.   Do you know where -- where
18   is in the -- in my reports?  Could you
19   show me line and the page?
20       Q.   Well, first in your
21   testimony today, you said my methodology,
22   I cannot find any positive credible
23   science, cogent evidence, that support
24   the biological mechanism of talc can
```

Page 268

```
 1   induce ovarian cancer.
 2           Is that correct?  That's
 3   what you just said.
 4       A.   Yes, I did.
 5       Q.   Okay.  Now, you are the --
 6   you are -- is it your position that the
 7   Kimmel Center, is that you are the
 8   director or co-director?
 9       A.   I'm co-director.
10       Q.   You are the director?
11       A.   Co-director.
12       Q.   Co-director.  I'm sorry,
13   sir.
14       A.   Of breast and ovarian cancer
15   program.
16       Q.   Okay.
17       A.   Okay.
18           DR. RESTAINO:  I'd like to
19       have marked as -- it's already
20       marked.
21           (Document marked for
22       identification as Exhibit
23       Shih-8.)
24   BY DR. RESTAINO:
```

Page 269

```
 1       Q.   Exhibit 8, a copy of the
 2   website from the Sidney Kimmel
 3   Comprehensive Cancer Center.
 4           Do you see that, sir?
 5           Do you see at the top it
 6   says Johns Hopkins University, Sidney
 7   Kimmel Comprehensive Cancer Center,
 8   correct?
 9       A.   Yes.
10       Q.   And on the bottom of that
11   page, above age, it says, "Ovarian cancer
12   risk factors."
13           Do you see that, sir?
14       A.   Can I take a minute to see
15   what's this about, because this is the
16   first time I ever see.
17       Q.   You don't know what her own
18   website says -- states?
19       A.   No, we -- I do not maintain
20   a website.  I do research.
21       Q.   Okay.  Well, if you turn to
22   the bottom of the second page, do you see
23   where they list there, talcum powder and
24   asbestos?
```

68 (Pages 266 to 269)

Ie-Ming Shih, M.D., Ph.D.

Page 270

1     A.   Where?
2     Q.   Page two at the bottom,
3  talcum powder and asbestos.
4          Do you see that, sir?
5     A.   "Habitual use of talcum
6  powder on the genital area may" -- "may
7  increase the risk of ovarian cancer, but
8  the evidence is not strong."
9     Q.   But there's evidence.  You
10  just stated that there was no evidence.
11  Your website says the evidence is not
12  strong?
13          MS. MILLER:  That misstates
14      his testimony.  And you read his
15      testimony.  His evidence was about
16      biological plausibility.  I mean,
17      this is the second time you're
18      misstating his testimony.
19  BY DR. RESTAINO:
20     Q.   Do you agree, Doctor, that
21  there is evidence linking talcum powder
22  with ovarian cancer?
23          MS. MILLER:  Objection.
24          THE WITNESS:  There is no

Page 271

1      credible science and cogent
2      evidence to support the biological
3      plausibility of talcum powder can
4      induce ovarian cancer.
5  BY DR. RESTAINO:
6     Q.   Why would it not -- why
7  would it say that on the website if there
8  was no biological plausible evidence?
9     A.   When you see this, it say
10  "may increase," okay.  Then, "The
11  evidence is not strong," but this is --
12  this is not the word that we use here.
13  And also you can say -- you can see in
14  the following sentence, okay -- from my
15  view, this is totally hypothetical.
16  There's no biological evidence to support
17  biological plausibility and the mechanism
18  at all.
19     Q.   And you're looking at the
20  epidemiological evidence also, correct?
21          MS. MILLER:  Objection.
22      What do you mean by that?
23          THE WITNESS:  So review,
24      what do you mean I review?  I

Page 272

1  review everyone?  Or what?
2          MS. MILLER:  I don't
3  understand the question.
4          THE WITNESS:  I don't
5  understand.  Yeah, I can't
6  understand.
7  BY DR. RESTAINO:
8     Q.   In your review to make the
9  determination that you do not find any
10  evidence -- "I did not find any evidence
11  molecular, biological, pathological, or
12  epidemiological in nature that supports
13  the conclusion that talc can cause or
14  increase risk of ovarian cancer."
15          Now do you understand what I
16  mean by epidemiological evidence?
17     A.   Could you show me where --
18     Q.   Your Opinion Number 3.  Take
19  a look at your expert report.  First
20  page.  Opinion Number 3.
21     A.   Which?
22     Q.   Number 3, "Based on the
23  recent research findings as published, I
24  did not find any evidence" --

Page 273

1     A.   Hold on.  Hold on.  I do not
2  see that.  Page 3?
3     Q.   No, first page.
4     A.   First page.
5     Q.   Opinion Number 3.
6     A.   Okay.
7     Q.   "Based on the recent
8  research findings as published, I did not
9  find any evidence -- molecular,
10  biological, pathological or
11  epidemiological in nature -- that
12  supports the conclusion that talc can
13  cause or increase the risk of ovarian
14  cancer."
15          Did I read that correctly?
16     A.   This has been written in my
17  report.
18     Q.   Yes.  Now, in the website
19  for Sidney Kimmel Cancer Center, it
20  states that there is evidence, although
21  it's not strong, correct?
22          MS. MILLER:  Objection.
23      That misstates what the website
24      says.

69 (Pages 270 to 273)

Page 274

1          THE WITNESS:  I don't know
2     who wrote this.  This is not from
3     me.  So I cannot comment on that.
4     BY DR. RESTAINO:
5          Q.    Okay.  As part of your work
6     to -- for your opinions in your expert
7     report, you looked at the epidemiology of
8     chronic inflammation and the development
9     of cancer?
10         MS. MILLER:  Objection.
11         THE WITNESS:  Again, I'm not
12    an epidemiologist.  But I review,
13    quickly scan several articles in
14    epidemiology field --
15    BY DR. RESTAINO:
16         Q.    Okay.  Including --
17         A.    -- to come to my conclusion,
18    not based on single, not based on single
19    individual reports.
20         Q.    Doctor, before we move on to
21    this study, I want to discuss with you
22    your Opinion Number 3 on the first page
23    of your report.
24         A.    Can you read it?  Are we on

Page 275

1     the same page?
2          Q.    Opinion Number 3 on the
3     first page, the same one we were just
4     looking at.
5          Did you write that opinion?
6          A.    You mean starting from,
7     "Based on recent research findings"?
8          Q.    Yes.
9          A.    "As published."
10         Q.    Did you write that?
11         A.    Yes.
12         Q.    No one else helped you with
13    any part of your report?
14         A.    I don't think so.
15         Q.    You don't think so, or you
16    know so?
17         A.    There's nobody to help me.
18         Q.    Nobody else?
19         A.    Yes.
20         Q.    Okay.
21         (Document marked for
22    identification as Exhibit
23    Shih-10.)
24    BY DR. RESTAINO:

Page 276

1          Q.    Doctor, I just handed you a
2     paper by Trabert, T-R-A-B-E-R-T.
3          MS. MILLER:  No, it's fine.
4     I have that online.  I think I
5     have the same study.
6     BY DR. RESTAINO:
7          Q.    The title of it is
8     "Prediagnostic Serum Levels of
9     Inflammation Markers and Risk of Ovarian
10    Cancer in the Prostate, Lung, Colorectal
11    and Ovarian Cancer (PLCO) Screening
12    Trial."
13         Did I read that correctly?
14         A.    That's the title.
15         Q.    Yes.  And this study is not
16    referenced in your expert report, is it?
17         A.    Yes, it's not listed.
18         Q.    And this paper was published
19    in Gynecologic Oncology in 2014, correct?
20    The citation is right above the title.
21         Do you see that, sir?
22         A.    Yes, I do.
23         Q.    Do you recognize that as
24    being Gynecological Oncology, 2014,

Page 277

1     November, correct?
2          A.    Yes.  135, Page 297, yes.
3          Q.    Okay.  Now, in the title
4     we're dealing with inflammation markers
5     and the risk of ovarian cancer, correct?
6          A.    That was written down in the
7     title.
8          Q.    Okay.  Now, if one was
9     conducting -- such as yourself,
10    conducting a review of the literature
11    after 2014 using keywords "inflammation"
12    and "ovarian cancer," one should find
13    this article, correct?
14         A.    That's a hypothetical.  How
15    can you know that we have come up with
16    this one?
17         Q.    Okay.  When you conducted
18    your literature search utilizing the
19    keywords ovarian cancer and inflammation,
20    did you find this article?
21         A.    I cannot recall.  But I
22    did -- I pull out those references, the
23    most relevant, and provide biological
24    plausibility or mechanism.  Then I will

Ie-Ming Shih, M.D., Ph.D.

Page 278

1    take a look and cite it. But this one
2    is -- it's junk science. It did not tell
3    you anything about biological
4    plausibility.
5           Q.   What are you referring to?
6           A.   This paper.
7           Q.   How do you know that if you
8    haven't even looked at the paper?
9           A.   Now I remember. I saw this
10   paper.
11          MS. MILLER: This paper is
12   on his supplemental reliance list
13   produced yesterday, sir.
14          THE WITNESS: Yeah, I
15   remember that I saw this.
16          MS. MILLER: I don't know if
17   you noticed.
18   BY DR. RESTAINO:
19          Q.   So you remember -- so you
20   have reviewed this?
21          MS. MILLER: He never said
22   he hadn't.
23   BY DR. RESTAINO:
24          Q.   Okay. Now --

Page 279

1           MS. MILLER: If you look at
2    his supplemental reliance list, it
3    was listed on there.
4    BY DR. RESTAINO:
5           Q.   Okay. Now, sir, each of
6    these authors are with the National
7    Cancer Institute, correct?
8           A.   I need to double-check.
9           Division of Cancer
10   Epidemiology, National -- NCI -- NIH, HPV
11   Immunology, Frederick National Laboratory
12   for Cancer Research, National Cancer
13   Institute, National Institute of Health
14   Department of Health Human Service,
15   Frederick, Division of Cancer Prevention,
16   National Cancer Institute, National
17   Institute of Health.
18          MS. MILLER: If you're going
19   to read to yourself, you need to
20   read to yourself.
21          THE WITNESS: Correct. You
22   are totally correct. They are for
23   NIH.
24   BY DR. RESTAINO:

Page 280

1           Q.   And none of these
2    individuals are experts in the talcum
3    powder litigation, correct?
4           A.   I don't know.
5           Q.   Do you know if -- if members
6    of the NCI are allowed to work in legal
7    controversies such as this?
8           A.   This is beyond my expert.
9           Q.   Okay. Fair enough. Fair
10   enough.
11          Turn to the introduction on
12   Page 1 which is the next -- or it's
13   actually Page 2, the next page.
14   Introduction.
15          Do you see that, sir?
16          A.   Yes.
17          Q.   Very first paragraph under
18   the word introduction states,
19   "Epidemiological evidence implicates
20   chronic inflammation as a central
21   mechanism in the pathogenesis of ovarian
22   cancer, the most lethal gynecologic
23   cancer among women in the United States.
24   Reference 1."

Page 281

1           Did I read that correctly?
2           A.   That's the words in this
3    paper.
4           Q.   I'm sorry?
5           A.   That's the words put in the
6    paper.
7           Q.   The wart?
8           A.   The words. The words.
9           MS. MILLER: Words.
10   BY DR. RESTAINO:
11          Q.   Words, okay. In the paper,
12   correct?
13          A.   Yes. It is words. Just
14   words.
15          Q.   Okay. Now, if you turn and
16   you look at reference Number 1, in the
17   back, on Page 9, are you there, sir?
18          A.   Yes.
19          Q.   The authors from the
20   National Cancer Institute are referencing
21   the Centers For Disease Control and
22   Prevention, ovarian cancer statistics.
23   2010, correct?
24          A.   That's what was cited.

Ie-Ming Shih, M.D., Ph.D.

Page 282

1      Q.   Okay.  And the Centers For
2  Disease Control and Prevention, they are
3  known as the CDC, would you agree?
4      A.   Agree.
5      Q.   So we've got authors from
6  the NCI referencing the CDC, correct?
7      A.   As it appears.
8      Q.   Okay.  Now I want to break
9  down that first sentence for you, sir.
10  It has two parts.
11      First part is,
12  "Epidemiologic evidence implicates
13  chronic inflammation as a central
14  mechanism in the pathogenesis of ovarian
15  cancer."
16      Do you see that -- that
17  verbiage, sir?
18      A.   As it has been written in
19  this way.
20      Q.   Okay.  Do you have any
21  objective evidence to contradict that
22  statement?
23      MS. MILLER:  Objection.
24      THE WITNESS:  Your statement

Page 283

1  or this statement, or --
2  BY DR. RESTAINO:
3      Q.   The statement "epidemiologic
4  evidence implicates chronic inflammation
5  as a central mechanism in the
6  pathogenesis of ovarian cancer."
7      A.   So this is the first
8  sentence you are referring to, right?
9      Q.   Yes, sir.
10      A.   Do you know how many
11  sentences in this article?
12      Q.   Sir, I'm just asking if you
13  agree with these authors from the NCI
14  when they write, "Epidemiologic evidence
15  implicates chronic inflammation as a
16  central mechanism in the pathogenesis of
17  ovarian cancer."
18      Do you disagree with that?
19      MS. MILLER:  Objection.
20      THE WITNESS:  I don't know
21  any credible science and cogent
22  evidence to show chronic
23  inflammation can cause ovarian
24  cancer.  And I don't know which

Page 284

1  type of ovarian cancer they are
2  talking about in this paper.  High
3  grade serous, low grade serous,
4  endometriosis, carcinoma, sarcoma,
5  I don't know.
6      So this one is too vague.
7  BY DR. RESTAINO:
8      Q.   Do you think -- do you think
9  the researchers from the National Cancer
10  Institute know the difference?
11      MS. MILLER:  Objection.
12  Calls for speculation.
13      DR. RESTAINO:  I'll withdraw
14  it.
15  BY DR. RESTAINO:
16      Q.   Doctor, can a reasonable
17  scientist agree with the statement,
18  "Epidemiologic evidence implicates
19  chronic inflammation as a central
20  mechanism in the pathogenesis of ovarian
21  cancer"?
22      MS. MILLER:  Objection.
23      THE WITNESS:  They -- no,
24  they should not.  Because there is

Page 285

1  no credible science, cogent
2  evidence to support biological
3  plausibility.  If it's
4  epidemiology, it's epidemiology.
5  If it's an association study,
6  association is not causal.  So I
7  think that's a key point.
8      Association.  It's just
9  association.  So many things can
10  be associated with something.
11  BY DR. RESTAINO:
12      Q.   So, Doctor, is it your
13  opinion that these authors from the
14  National Cancer Institute publishing in
15  Gynecological Oncology are not reasonable
16  scientists?
17      MS. MILLER:  Objection.
18      THE WITNESS:  I view the
19  science not by the authors or
20  their institutions or the journal
21  they published.  I am a scientist.
22  I think I am a good scientist.
23  Probably one of the best
24  scientists in gynecology fields,

72 (Pages 282 to 285)

Ie-Ming Shih, M.D., Ph.D.

Page 286

1    okay.
2        So that's why we did.
3    That's why we teach students,
4    based on the science.  If it's
5    good science, it's good science.
6    If it's bad science, it just don't
7    support at all.  Don't even create
8    any anything to --
9        DR. RESTAINO:  I move to
10   strike as unresponsive.
11   BY DR. RESTAINO:
12       Q.   Doctor, can a reasonable
13   scientist agree with the scientists from
14   the National Cancer Institute when they
15   publish in Gynecologic Oncology and
16   reference the CDC, is it reasonable for a
17   scientist to rely upon that?
18       MS. MILLER:  Objection.
19       MR. LOCKE:  Objection.
20       MS. MILLER:  That is just
21   objectionable in so many ways, I
22   won't go into them.  I don't want
23   to get in trouble for too many
24   speaking objections that Michelle

Page 287

1    doesn't like.
2        THE WITNESS:  I think my
3    answer can apply to this question
4    too.  So I don't need to
5    reiterate.
6    BY DR. RESTAINO:
7        Q.   Okay.  Let's look at the
8    next sentence.
9        A.   Okay.
10       Q.   "Chronic inflammation can
11   induce rapid cell division, increasing
12   the possibility for replication error,
13   ineffective DNA repair and subsequent
14   mutation."
15       Did I read that correctly?
16       A.   It has been written in this
17   way.
18       Q.   Okay.  And do you have any
19   objective evidence to contradict the NCI
20   researchers when they state that chronic
21   inflammation can induce rapid cell
22   division?
23       MS. MILLER:  Objection.
24       THE WITNESS:  Where is the

Page 288

1    citation for this statement?
2        DR. RESTAINO:  Move to
3    strike as unresponsive.
4    BY DR. RESTAINO:
5        Q.   Doctor, from your knowledge
6    as a pathologist, okay, just using that
7    alone, rapid cell division increases the
8    possibility for replication error, does
9    it not?
10       MS. MILLER:  Objection.
11       THE WITNESS:  As a
12   scientist, probably one of the
13   best scientists in this field, I
14   only trust the evidence, not based
15   on whatever, whoever talk about
16   this.
17       I need to see the evidence.
18   Where is the citation?
19   BY DR. RESTAINO:
20       Q.   Have you -- have you ever
21   seen evidence that chronic inflammation
22   induces rapid cell division?  That's
23   common pathological physiology, is it
24   not, sir?

Page 289

1        A.   It depends on the --
2        MS. MILLER:  Objection.
3    Hold on, Dr. Shih, let me object.
4        THE WITNESS:  Okay.  I'm
5    sorry.
6        MS. MILLER:  There were two
7    questions there.  Which one do you
8    want him to answer?
9        THE WITNESS:  Right.
10   BY DR. RESTAINO:
11       Q.   Do you agree chronic
12   inflammation can induce rapid cell
13   division?
14       A.   That's too general.  It
15   depends on the tissue type, your severity
16   of chronic inflammation, the patient's
17   immunity, and also the defense mechanism
18   and also circulation, ischemic status,
19   and many things.
20       Q.   Can a reasonable scientist
21   agree that chronic inflammation induces
22   rapid cell division in carcinogenicity?
23       A.   No.  I don't see any
24   evidence for that though.

73 (Pages 286 to 289)

Ie-Ming Shih, M.D., Ph.D.

Page 290

1    Q.   Okay.  Can a reasonable
2  scientist agree that rapid cell division
3  increases the possibility of replication
4  error?
5         MS. MILLER:  Objection.
6         Agree with what?
7         DR. RESTAINO:  Who it's
8    from --
9         THE WITNESS:  Who say that?
10       Who say that statement?  Who are
11       the scientists and --
12  BY DR. RESTAINO:
13       Q.   The researchers from the
14  NCI.  We just read it.  I'll read it
15  again for you.  Please keep this in your
16  mind, Doctor.
17            "Chronic inflammation can
18  induce rapid cell division increasing the
19  possibility for replication error,
20  ineffective DNA repair, and subsequent
21  mutations written by researchers from the
22  National Cancer Institute, published in
23  the peer reviewed publication Gynecologic
24  Oncology 2014."

Page 291

1       Doctor, can a reasonable
2  scientist agree with these scientists
3  from the NCI when they state that chronic
4  inflammation can induce rapid cell
5  division?
6         MS. MILLER:  Objection.
7         THE WITNESS:  There is no
8    credible science and cogent
9    evidence to show that chronic
10       inflammation, where two of those
11       things envelop into epithelial
12       cells, which is irrelevant to
13       ovarian cancer -- I mean, high
14       grade serous carcinoma.
15       DR. RESTAINO:  I'm going to
16       move to strike.
17  BY DR. RESTAINO:
18       Q.   Is it -- the question,
19  Doctor, is it reasonable for a reasonable
20  scientist to agree with these scientists
21  from the NCI?
22       MS. MILLER:  Objection.
23       Asked and answered.  Vague.  Many
24       other things, but my head hurts

Page 292

1  too much to list to them all.
2         THE WITNESS:  Which tissue?
3    Which cell you said?  Different
4    scientist has a different --
5  BY DR. RESTAINO:
6       Q.   Doctor, do you agree, then,
7  that rapid cell division in the generic
8  sense increases the possibility for
9  replication error?
10       MS. MILLER:  Objection.
11       THE WITNESS:  I'm a
12       scientist, okay.  Our research is
13       involving very similar in this
14       field.  And we are the experts on
15       the endometrial repair and cancer
16       genetics.
17            So I can tell you as one --
18       I am one of this authority in this
19       replication and DNA damage repair.
20            This question is making no
21       sense.
22            It depends on the context,
23       tissue, cell lines, and
24       methodology you used.

Page 293

1            This question, I cannot
2       answer.  Probably if you break up
3       into 20 specific questions, maybe
4       I can answer you individually.
5  BY DR. RESTAINO:
6       Q.   Okay.  Doctor, is limitless
7  replication potential one of the
8  hallmarks of carcinogenicity?
9         MS. MILLER:  Objection.
10       THE WITNESS:  So you are
11       talking about the cancer, what is
12       the feature of cancer?  So you
13       said endless replication --
14       MS. MILLER:  Limitless.
15  BY DR. RESTAINO:
16       Q.   Limitless.
17       A.   Oh, limitless.
18       MS. MILLER:  Like without
19       limits.
20       THE WITNESS:  Okay.
21       Replication.  Is like uncontrolled
22       proliferation.
23  BY DR. RESTAINO:
24       Q.   Is that one of the hallmarks

74 (Pages 290 to 293)

Ie-Ming Shih, M.D., Ph.D.

Page 294

1  of cancer?
2       MS. MILLER: Objection.
3  Vague.
4       THE WITNESS: It's one of
5  them is not sufficient for the
6  cancer. But you said
7  carcinogenicity, which is wrong.
8       Carcinogenicity meaning
9  initiation.
10      So in the precursor lesion,
11 which I'm the expert in the
12 precursor of high grade serous
13 carcinoma, which is p53 signature,
14 and STIC. In the p53 signature,
15 there is no proliferation at all.
16 BY DR. RESTAINO:
17      Q.   Doctor, in what -- it is
18 true, is it not, that another hallmark of
19 cancer is self-sufficiency and growth
20 signals, correct?
21      MS. MILLER: Objection.
22      THE WITNESS: In which
23 context? And what kind of
24 evidence that -- where does that

Page 295

1  statement come from?
2  BY DR. RESTAINO:
3       Q.   You're not familiar with
4  that statement? "Self-sufficiency and
5  growth signals is a hallmark of cancer"?
6       A.   Can you show me the
7  reference?
8       Q.   We'll get back to that in a
9  moment.
10      A.   Please.
11      Q.   How about insensitivity to
12 antigrowth signals? Is that a hallmark
13 of cancer?
14      A.   What?
15      MS. MILLER: Objection.
16 BY DR. RESTAINO:
17      Q.   Insensitivity to antigrowth
18 signals. Have you heard that phrase
19 before?
20      MS. MILLER: Objection.
21      THE WITNESS: It depends on
22 the cancer type. But in ovarian
23 high grade carcinoma here, I don't
24 see any evidence. If you have

Page 296

1       one, please show me.
2  BY DR. RESTAINO:
3       Q.   Okay. How about tissue
4  invasion and metastases, is that a
5  hall -- are they a hallmark of cancer?
6       MS. MILLER: Objection.
7       THE WITNESS: It's one of
8  the features.
9  BY DR. RESTAINO:
10      Q.   Evading apoptosis, is that
11 another feature or hallmark of cancer?
12      MS. MILLER: Objection.
13      THE WITNESS: It is -- okay.
14      It's one of the features
15 that someone proposed. But it
16 depends on the tissue type. In
17 ovarian cancer I did not show -- I
18 did not see any cogent evidence to
19 show that biological evidence that
20 this occur in ovarian high-grade
21 serous carcinoma. If it's HGSC,
22 it's what we refer.
23      But I would agree, this is
24 in generic. But if you focus on a

Page 297

1       specific type, you need -- one
2  need to be careful.
3  BY DR. RESTAINO:
4       Q.   Let's look again at the
5  Trabert paper, sir. The very next
6  sentence states, "Ovarian cancer has been
7  linked to several events and conditions
8  which are related to inflammation and
9  repair, including incessant ovulation,
10 endometriosis, exposure to talc and
11 asbestos, and in some studies, pelvic
12 inflammatory disease [Reviewed in [2]]."
13      Did I read that correctly,
14 sir?
15      A.   It is stemming from the
16 review articles.
17      Q.   Okay. Do you agree with the
18 statement, sir?
19      MS. MILLER: Objection.
20      THE WITNESS: I don't see
21 any credible science and
22 biological evidence to support
23 this argument.
24      And this, you show me the

75 (Pages 294 to 297)

Ie-Ming Shih, M.D., Ph.D.

Page 298

1     good references.
2  BY DR. RESTAINO:
3     Q.   Do you agree that incessant
4  ovulation has been linked to ovarian
5  cancer?
6     A.   It has been proposed.
7     Q.   Do you agree that
8  endometriosis has been epidemiologically
9  linked with ovarian cancer?
10       MS. MILLER:  Objection.
11       THE WITNESS:  Endometriosis,
12    there are different types.  Only
13    certain type can do that, can
14    have -- increase very, very slight
15    risk.
16  BY DR. RESTAINO:
17    Q.   So you're saying there's a
18  chance?
19       MS. MILLER:  When you say --
20    I'm confused.  If you understand
21    his answer.  When you say only
22    certain types, are you talking
23    about other than certain types of
24    endometriosis, or only certain

Page 299

1  types of ovarian cancer?
2       THE WITNESS:  Oh, I'm sorry.
3    Look at this chart, okay.  So this
4    is the origin of different types
5    of ovarian cancer.  You can see
6    there is -- fallopian tube
7    epithelium is the origin of high
8    grade and low grade serous
9    carcinoma, we see here.
10       And endometriosis may be
11    related to endometrioid and clear
12    cell carcinoma.  Actually, this is
13    very good evidence.
14  BY DR. RESTAINO:
15    Q.   So these --
16       MS. MILLER:  Let him finish
17    his answer.
18       THE WITNESS:  How do you
19    know what I'm going to say?  I'm
20    sorry.  I want to give you the
21    complete answer.
22       You see endometriosis,
23    especially the endometrioid type,
24    cancer and clear cells, they are

Page 300

1  related to ovarian endometriotic
2  cysts, or so-called endometrioma,
3  so-called chocolate cyst.
4       So that is where the origin
5  of this clear cell endometrial
6  carcinoma, form this endometrioid
7  cyst.  But the regular invasive
8  endometriosis and the superficial
9  endometriosis will not cause clear
10  cell and malignant carcinoma.  Why
11  I know this?  Because we just
12  publish one paper on this issue.
13       DR. RESTAINO:  I'm going to
14  move to strike as unresponsive.
15       MS. MILLER:  It was
16  completely responsive.  You asked
17  him whether endometriosis was
18  related to endometrioid --
19       THE WITNESS:  Yeah.  Right.
20       MS. MILLER -- whether
21  endometriosis was related to
22  ovarian cancer.  And he's giving
23  you a full answer, because there
24  is no one entity called ovarian

Page 301

1  cancer.  If he wants to talk about
2  the subtypes, that's a totally,
3  completely responsive answer.
4       THE WITNESS:  Otherwise,
5  I --
6       MS. MILLER:  Otherwise your
7  question was misleading.
8  BY DR. RESTAINO:
9     Q.   Doctor, these researchers
10  from the National Cancer Institute write
11  that endometriosis is linked with ovarian
12  cancer.  Do you disagree or agree with
13  that?
14    A.   Can you say that one more
15  time?  Because now we are jumping
16  endometriosis to this.
17    Q.   The authors here state --
18    A.   Yeah.
19    Q.   -- "Ovarian cancer has been
20  linked to several events and conditions
21  which are related to inflammation and
22  repair" --
23    A.   Right.
24    Q.   -- "including incessant

76 (Pages 298 to 301)

Ie-Ming Shih, M.D., Ph.D.

Page 302

1   ovulation."
2       A.   Right.
3       Q.   Endometriosis, do you agree
4   that endometriosis has been linked to
5   with inflammation and ovarian cancer?
6           MS. MILLER:  Objection.
7           THE WITNESS:  You said
8       linked to the inflammation, that I
9       don't know.
10  BY DR. RESTAINO:
11      Q.   Okay.  How about exposure to
12  talc and asbestos?
13      A.   Definitely not.
14      Q.   You disagree with that.
15  "And in some studies pelvic inflammatory
16  disease."
17          Do you agree with that?
18          MS. MILLER:  Objection.
19          THE WITNESS:  I did not say
20      I agree.
21          MS. MILLER:  With what?
22          THE WITNESS:  With what --
23      and what -- what's your subjects?
24  BY DR. RESTAINO:

Page 303

1       Q.   Do you need me to read the
2   sentence to you again?
3       A.   No.  No.
4       Q.   Because I will.  I'll read
5   it for as long as it takes the Number 1
6   pathologist in ovarian cancer to get it.
7       Ovarian cancer -- you
8   understand that, right?
9           MS. SHARKO:  Wait, wait,
10      wait, Doctor.
11          MS. MILLER:  Let's take a
12      break so you can relax.  Let's
13      take a break so you can catch your
14      breath because you are kind of
15      shouting at the witness.
16          THE WITNESS:  Right.  Right.
17          MS. MILLER:  Let's go off
18      the record.
19          THE VIDEOGRAPHER:  Okay.  Go
20      off?
21          I need confirmation from
22      both sides.
23          DR. RESTAINO:  Yes.
24          THE VIDEOGRAPHER:  The time

Page 304

1   is 3:11 p.m.  We are going off the
2   record.
3           (Short break.)
4           THE VIDEOGRAPHER:  The time
5       is 3:21 p.m.  We are back on the
6       record.
7   BY DR. RESTAINO:
8       Q.   Welcome back, Doctor.
9           Now, Doctor, several times
10  today if I recall correctly, you've
11  stated that you are -- your publications
12  are frequently cited in the medical
13  literature; is that correct?
14      A.   Frequently means -- do you
15  have a quantification?
16      Q.   I -- I think you said, was
17  it 30,000 times?
18      A.   32,800.  I don't know.  I
19  cannot keep track on that.
20      Q.   Okay.  But it's about 30,000
21  or 32,000?
22      A.   About.
23      Q.   And that means that there is
24  a lot of publications that are -- that

Page 305

1   are relying upon your publications,
2   correct?
3       A.   Rely on.  I would say they
4   may reference my paper --
5       Q.   Okay.
6       A.   -- as part of their purpose
7   for that specific study.  But I cannot
8   know how they cite it.  Because there's
9   33,000.  I cannot track on that.
10      Q.   Okay.  Okay that's a big
11  number, isn't it?
12          MS. MILLER:  Objection.
13          THE WITNESS:  Some number.
14  BY DR. RESTAINO:
15      Q.   Okay.  I believe we now
16  marked as Shih Exhibit 15, a paper by
17  Douglas Hanahan and Robert A. Weinberg
18  titled "The hallmarks of cancer"
19  published in Cell in January of 2000.
20          (Document marked for
21          identification as Exhibit
22          Shih-15.)
23  BY DR. RESTAINO:
24      Q.   Doctor, are you familiar

77 (Pages 302 to 305)

Ie-Ming Shih, M.D., Ph.D.

Page 306

1    with this paper?
2         A.   I want to make sure.  Cell,
3    January 7th, 2000.  That's 19 years ago.
4         Q.   Correct.
5         A.   "The hallmarks of cancer,"
6    by Hanahan and Robert A. Weinberg.  I
7    remember, saw this paper before.
8         Q.   Okay.  In fact I will
9    represent to you that last night when I
10   checked on this paper, this one paper has
11   been cited 30,119 times all by itself.
12        Have you cited this paper in
13   your publications?
14        A.   I cannot remember.  I'm on
15   my 300 something papers --
16        Q.   Okay.
17        A.   -- whether I cite this or
18   not.
19        Q.   Okay.  If you would turn to
20   Page 2, they have a diagram.
21        A.   You mean Figure 1, acquired
22   capabilities of cancer?
23        Q.   Yes, sir.  And they describe
24   these as the six hallmarks of cancer, do

Page 307

1    they not?
2         A.   That's the legend in the
3    figure.
4         Q.   Okay.  And one of them is
5    self-sufficiency in growth signals.
6    Agreed?
7         A.   You mean the green, the top
8    one, yes.
9         Q.   Yes.  And then evading
10   apoptosis is one of the hallmarks of
11   cancer, correct?
12        A.   Yes.
13        Q.   And then -- and alongside of
14   that is insensitivity to antigrowth
15   signals, correct?
16        A.   Correct.
17        Q.   And then down below they
18   have three, the one on the left is
19   sustained angiogenesis.  Agreed?
20        A.   Yes.
21        Q.   And then tissue invasion in
22   metastases, correct?
23        A.   I saw that.
24        Q.   And then limitless --

Page 308

1         A.   Replicative.
2         Q.   -- potential, correct?
3         A.   That's in the figure.
4         Q.   That's all in the figure in
5    the paper that's been cited 32,000 times.
6         Now, do you know if these
7    authors have published a follow-up to
8    that 2000 paper?
9         A.   I did not follow this paper.
10        Q.   Okay.
11        (Document marked for
12   identification as Exhibit
13   Shih-16.)
14   BY DR. RESTAINO:
15        Q.   We have marked as Shih-16,
16   Hanahan and Weinberg, 2011, "Hallmarks of
17   cancer:  The next generation."
18        Do you recall seeing this?
19        A.   I cannot recall.
20        Q.   Okay.  This is published in
21   the journal Cell.  You've published in
22   the journal Cell yourself, have you not?
23        A.   I am co-author in Cell.
24        Q.   Okay.  And I will represent

Page 309

1    to you that as of yesterday, this paper
2    by itself has been cited 34,292 times.
3    So with the first paper, these two papers
4    have been cited over 60,000 times.
5         Now, we don't know, do we,
6    of those articles that have referenced
7    this how many times those references have
8    been referenced, would you agree?
9         A.   How many references have
10   been referenced, what does that mean?
11        Q.   Well, if these two papers --
12        A.   Yeah.
13        Q.   -- have been cited over
14   60,000 times, then those 60,000 papers
15   may have also been referenced, correct?
16        MS. MILLER:  Objection.
17   That is not logical.
18        THE WITNESS:  They are not
19   related to these two papers.  They
20   are just --
21   BY DR. RESTAINO:
22        Q.   Fair enough.  I'll --
23   I'll --
24        A.   How can this be --

78 (Pages 306 to 309)

Page 310

1      MS. MILLER:  When you say
2  they were cited 60,000 times, do
3  you mean 60,000 times in 60,000
4  separate papers or were they
5  sometimes cited in the same paper?
6  I just don't -- I think there's
7  some illogic in the math there
8  but --
9      DR. RESTAINO:  How can they
10  be cited in the same paper?
11     MS. MILLER:  Okay.  You
12  could cite both of these.
13     DR. RESTAINO:  No -- okay --
14  or both papers --
15     MS. MILLER:  If this was
16  cited 30,000 times and this was
17  cited 30,000 times.  In diagrams,
18  some of them may have been cited
19  in the same paper.
20     DR. RESTAINO:  Well, as it
21  happens in PubMed, when papers are
22  cited, they're cited individually.
23  The first one was cited over
24  30,000 times.  The second one has

Page 311

1  been cited over 30,000 times.
2  Collectively, these two papers --
3      MS. MILLER:  You said then
4  those 60,000 papers.  I don't
5  think you established they've been
6  cited in 60,000 papers.
7      THE WITNESS:  It should be
8  60,000 citations.  Not papers.
9  BY DR. RESTAINO:
10     Q.   Okay.  Now, let's move on
11  to, on this paper here, to Page 658.
12  Okay.  And they have --
13     A.   Hold on.
14     Q.   658 and Figure 3.
15     A.   So you are referring Figure
16  3?
17     Q.   Yes, sir.
18     A.   Imaging hallmarks and
19  enabling characteristics.
20     Q.   All right.  Now, in addition
21  to the six hallmarks of cancer that they
22  published in 2000, they've now added
23  deregulating cellular energetics and
24  avoiding immune destruction as emerging

Page 312

1  hallmarks, have they not?
2      A.   I saw those boxes.
3      Q.   And then down below they
4  have enabling characteristics on the
5  left, "Genome instability and mutation,"
6  and on the right, "Tumor promoting
7  inflammation," correct?
8      A.   Okay.  Okay.  I need to
9  understand this diagram, okay.  So this
10  emerging hallmarks and enabling
11  characteristics.  I cannot understand the
12  individual symbols, can you?  This, this,
13  this, this.
14     Q.   Without getting into what
15  the two individual signals are, just
16  directing your attention to the new ones
17  that they've added.  And if you look over
18  on Figure 3 on the legend on the
19  right-hand side, do you see the
20  verbiage --
21     A.   I need to read.  I'm sorry.
22     Q.   If you look at the bottom of
23  the legend.
24     A.   So additional hallmarks of

Page 313

1  cancer are involved in the pathogenesis
2  of some and perhaps...
3      (Reading to himself.)
4      Because neither capability
5  is yet generalized and fully validated.
6  Neither.
7      Thank you for your patience.
8      Q.   Doctor, the final sentence
9  in that legend they write, "Inflammation
10  by innate immune cells, designed to fight
11  infections and heal wounds, can instead
12  result in their inadvertent support of
13  multiple hallmark capabilities, thereby
14  manifesting the now widely accepted" --
15  "widely appreciated tumor-promoting
16  consequences of inflammatory responses."
17     Did I read that correctly?
18     A.   This is talking about cancer
19  in general.
20     Q.   Doctor, did I read that
21  correctly?
22     A.   You read correctly as shown
23  in the figure legend.
24     Q.   Okay.  Now, do you have any

79 (Pages 310 to 313)

Ie-Ming Shih, M.D., Ph.D.

Page 314

1  objective evidence to contradict Hanahan
2  and Weinberg in this paper that's been
3  cited over 32,000 times that inflammation
4  by innate immune cells designed to fight
5  infections and heal wounds can instead
6  result in their inadvertent support of
7  multiple hallmark capabilities, thereby
8  manifesting the now widely accepted
9  tumor-promoting consequences of
10  inflammatory responses?
11         Do you disagree with that
12  statement?
13         MS. MILLER: Objection.
14         THE WITNESS: It depends.
15  If we talk about specific type of
16  cancer like ovarian high grade
17  serous carcinoma, I don't see
18  evidence, cogent evidence and
19  credible science to do that.
20         I think Dr. Weinberg is
21  saying in general, okay, take
22  every cancer, testicular cancer,
23  prostate cancer, brain tumor,
24  everything together into

Page 315

1  consideration.
2         But it did not specify
3  ovarian cancer can do that. If
4  you have evidence that
5  Dr. Weinberg say ovarian cancer,
6  could you please show me?
7  BY DR. RESTAINO:
8      Q.  Okay. So is it your opinion
9  that in discussing the hallmarks of
10  cancer, each and every cancer has to be
11  looked at individually?
12      A.  That's --
13         MS. MILLER: Objection.
14         THE WITNESS: That's a
15  totally different question. Okay.
16  You ask me another set of
17  question.
18  BY DR. RESTAINO:
19      Q.  I did. It was another
20  question.
21      A.  Okay. So could you repeat
22  your new question one more time.
23      Q.  Yes. Is it your opinion
24  that when discussing the hallmarks of

Page 316

1  cancer as these two gentlemen did in
2  these two separate publications that have
3  been cited over 60,000 times, that you
4  have to look at each and every cancer
5  specifically? Is that your expert
6  opinion?
7      A.  So we are, as a scientist, I
8  will tell you what we're going to do. We
9  want to demonstrate the credible science
10  and the cogent evidence of biological
11  plausibility, may include those hallmarks
12  they say, but we did not find any
13  plausible evidence at this moment.
14         I think this is very good
15  guideline for the general cancer
16  biologist. But for individual one, we
17  need to demonstrate at least some of
18  these features.
19         So I did not say that I
20  disagree with Dr. Weinberg as a whole in
21  cancer biology in general, like teaching
22  medical students.
23         What I'm saying, this -- we
24  are still fighting. We try to struggle

Page 317

1  very much in our laboratory to find those
2  evidence. So that's our aim. We want to
3  find this evidence. But we don't have
4  any evidence to show in ovarian cancer
5  research.
6         Also, I want to tell you,
7  Nobel Prize Laureate, the finding -- has
8  been cited so many times.
9         So, again, I'm looking at
10  the science, not where it come from, the
11  institution, authors, and citations.
12  Citation's a good indicator, but it does
13  not mean too much. Especially as a
14  review paper.
15      Q.  You yourself have reported
16  that you've been referenced over 30,000
17  times twice today, correct, Doctor?
18      A.  Yes, I just tell you.
19  That's a number that I tell you. But I
20  cannot tell you that my reputation is
21  solely based on my citation. It's based
22  on my research findings.
23      Q.  You state, "We try to
24  struggle very much in our laboratory to

Ie-Ming Shih, M.D., Ph.D.

Page 318

1    find those evidence, so that's our aim.
2    We want to find this evidence.  We don't
3    have any evidence to show in ovarian
4    cancer research."
5            Do you have any evidence to
6    show that the hallmarks and emerging
7    characteristics as listed by Hanahan and
8    Weinberg do not apply to ovarian cancer?
9            MS. MILLER:  Objection.
10           THE WITNESS:  I need to
11   review your question.  Okay?
12           What I said, there's no
13   evidence to support that ovarian
14   high grade serous carcinoma if
15   this is the type we are talking
16   about, because otherwise it's so
17   confusing, because every type is
18   different.  That's the problem
19   with epidemiologic studies.
20           So we'll go back.
21           So what you said is do not
22   apply to ovarian cancer.  What
23   does that mean?
24           I said we don't have

Page 319

1            evidence to show, including, okay,
2    this hallmarks in ovarian cancer
3    precursor lesions, the high grade
4    precursor means STIC and p53
5    signature.  We don't have any
6    evidence to show.  It doesn't mean
7    no evidence.  It doesn't mean it's
8    not applicable.  Okay.  We just
9    don't have evidence to show.
10   There's no credible science.
11   BY DR. RESTAINO:
12       Q.   You don't have evidence to
13   contradict these two researchers,
14   correct?
15           MS. MILLER:  Objection.
16           THE WITNESS:  These two
17           researchers, they claim -- they
18           come up with these features in
19           cancer biology in general.  It
20           cannot be applicable to specific
21           cancer type, like, for example,
22           cholangiocarcinoma, sarcoma, high
23           grade serous carcinoma, low grade
24           serous carcinoma, clear cell

Page 320

1    carcinoma, renal cell carcinoma,
2    endometrioid carcinoma.
3            I don't find any cogent
4    evidence for this biological
5    mechanism in the literature.
6            DR. RESTAINO:  I'm going to
7    move to strike as nonresponsive.
8    BY DR. RESTAINO:
9        Q.   Doctor, in the form of
10   ovarian cancer that you study, any form,
11   you can pick the form, whatever form you
12   study, one hallmark of ovarian cancer is
13   that it sustains proliferative signaling
14   and keeps going, correct?  That's a
15   hallmark of every cancer known to man,
16   correct?
17           MS. MILLER:  Objection.
18           THE WITNESS:  Can you say
19           that one more time?  Every single
20           tumor cells?
21   BY DR. RESTAINO:
22       Q.   Every single tumor --
23       A.   Tumor.  Not tumor cells,
24   okay.

Page 321

1        Q.   -- undergoes sustained
2    proliferative signaling.  That's what
3    makes it an out-of-control cancer,
4    correct?  Every cancer.
5            MS. MILLER:  Objection.
6            THE WITNESS:  Not in their
7            precursor lesion.  That would be
8            another different landscape.  You
9            talk about cancer including
10           precursor in situ cancer, or are
11           you -- you mean the metastases?
12           If you say metastases, of course,
13           they can expand, uncontrolled
14           proliferation.
15   BY DR. RESTAINO:
16       Q.   I'm talking about --
17       A.   When you talk about cancer
18   precursor, that's a different thing.
19           And this is our focus today,
20   is whether talc and -- or asbestos can
21   cause ovarian cancer.  We should focus on
22   the precursor lesion, not the big
23   blown -- the full-blown, the cancer that
24   kill patients.

81 (Pages 318 to 321)

Page 322

1    Q.   Okay.  I know that's what
2  you want to focus on, but there are many
3  other experts that are not focused on
4  that and they're looking at the totality
5  of the evidence of linking ovarian cancer
6  with inflammation and inflammation
7  secondary to talc.
8         And inflammation-promoting
9  properties has been listed by these
10 authors as widely appreciated in the
11 medical field, correct?
12    A.   Could you show me the --
13 references -- references to show this
14 part?
15    Q.   I've showed you the article.
16    A.   That's a review.
17    Q.   Okay.
18    A.   But do you have any single
19 paper that you claim that you were happen
20 in ovarian cancer?
21    Q.   Do you have a single paper
22 that shows that inflammation is not
23 pro-growth in the cancer arena?
24         MS. MILLER:  Objection.

Page 323

1  BY DR. RESTAINO:
2    Q.   A single paper that shows
3  that -- that inflammation, whether it's
4  caused by the cancer itself or the body's
5  innate response to that cancer, a single
6  paper that shows that inflammation does
7  not promote the growth of the cancer?
8         MS. MILLER:  Objection.
9         Please let me get my objection.  I
10 know you're excited to answer.
11         But that was objectionable.
12         THE WITNESS:  Yeah, right.
13 BY DR. RESTAINO:
14    Q.   Okay.  What don't I
15 strike -- do you need the question asked
16 again, Doctor?
17    A.   Please.
18    Q.   Okay.  Doctor, can you show
19 us or refer us to a single paper that is
20 of cogent evidence which shows that
21 inflammation, whether caused by the tumor
22 or promoting the tumor does not affect
23 the growth of cancer?
24         MS. MILLER:  Objection.

Page 324

1         MR. LOCKE:  Objection.
2         THE WITNESS:  I think I
3  answered your question in this
4  morning's discussion, I believe.
5  What I said is scientists -- okay.
6  I will say science is evidence --
7  evidence-driven, evidence-driven.
8         We can prove positivity to
9  show the evidence, but we cannot
10 prove negativity, because this
11 against the science practice.
12 This is not logic in science.  How
13 can we prove there is no -- no
14 tumor in a person?  We need to see
15 the tumor, so we can say, oh, you
16 are a cancer patient, until we
17 find it.
18         DR. RESTAINO:  I'm going to
19 move to strike.
20 BY DR. RESTAINO:
21    Q.   Doctor, what paper,
22 peer-reviewed, published, are you relying
23 upon for the basis of your opinion that
24 inflammation plays no role in the growth

Page 325

1  promotion of ovarian cancer?
2         MS. MILLER:  Objection.
3  He's answered this question
4  multiple times, and it was an
5  objectionable question even before
6  he answered it multiple times.
7         MS. PARFITT:  "Objection" is
8  fine.
9         THE WITNESS:  I answer your
10 questions multiple times, and my
11 answer was remains the same if you
12 keep asking me 100 times.
13 BY DR. RESTAINO:
14    Q.   I'm sorry.  I -- I missed
15 your -- the name of the paper that you --
16 that you are relying upon.  I'm -- I'm
17 sharing with you a paper that has been
18 cited over 32,000 times which states that
19 it is now widely appreciated
20 tumor-promoting consequences of
21 inflammatory response.
22         Your response was that it
23 doesn't apply to ovarian cancer.  I'm
24 asking for one paper --

Ie-Ming Shih, M.D., Ph.D.

Page 326

1     MR. LOCKE:  Objection.
2  BY DR. RESTAINO:
3     Q.   -- that is cogent evidence
4  that the tumor-promoting consequences of
5  inflammatory response does not apply to
6  ovarian cancer.
7     MS. MILLER:  Objection.
8  Same -- I'll --
9     THE WITNESS:  Same answer.
10  I can repeat one more time.
11  BY DR. RESTAINO:
12     Q.   Give me the name of the
13  paper.
14     A.   I can give you one more time
15  my answer.
16     Q.   I want the name of the
17  paper.
18     A.   Science -- science,
19  practicing science, as a scientist, our
20  job is to find the positive evidence to
21  support hypothesis.  This by no means we
22  can come up with negative results because
23  this is not logic in science.
24     Q.   You can't come out with

Page 327

1  negative results --
2     A.   Because this a logic
3  problem.  Okay.  We cannot prove
4  negativity.  The science is -- is
5  evidence driven.
6     Q.   Okay.
7     A.   Only evidence there can
8  become positive.  Okay.  With a positive,
9  you can claim something to be further
10  tested.  But no one in the whole wide
11  world can prove negativity.  Period.
12     Q.   Okay.  So you can't give me
13  the name of a single paper?
14     A.   The answer is I just --
15     MS. MILLER:  Objection.
16  Doctor, please let me object.
17  BY DR. RESTAINO:
18     Q.   Okay.  And -- and, Doctor,
19  it is your expert opinion that it is your
20  job to come up with positive evidence to
21  support a hypothesis, and by no means you
22  can come up with negative results,
23  because that's not logic in science,
24  correct?

Page 328

1     MS. SHARKO:  Object to the
2  form.
3     THE WITNESS:  No, what I
4  said is that's the scientist's
5  job.  Okay.  If you have a
6  hypothesis, talcum powder can
7  cause ovarian cancer, you need to
8  show the cogent evidence and
9  credible science to support the
10  biological plausibility.  That's
11  what I said.  It doesn't mean I --
12  okay, I need to review those
13  evidence --
14  BY DR. RESTAINO:
15     Q.   Okay.  And --
16     A.   -- to see whether they are
17  credible or not.
18     Q.   And have you reviewed
19  evidence that shows that inflammation
20  does not promote ovarian cancer?
21     MS. MILLER:  Objection.
22  Asked and answered like 15 times.
23     THE WITNESS:  I already
24  answered.

Page 329

1  BY DR. RESTAINO:
2     Q.   And you gave me the name of
3  the -- okay, then, what is the -- what is
4  the lead author's name of the paper that
5  you were relying upon?
6     MS. MILLER:  Objection.
7  That's argumentative.  That's
8  misstating the witness's
9  testimony.  And he's answered this
10  question in a hundred different
11  forms multiple, multiple times.
12  BY DR. RESTAINO:
13     Q.   Doctor, you can't name a
14  single paper, can you?
15     MS. MILLER:  Objection.
16     THE WITNESS:  What kind of
17  paper you are referring to?
18  BY DR. RESTAINO:
19     Q.   A peer-reviewed published
20  paper that contradicts Hanahan and
21  Weinberg's paper, which has been cited
22  32,000 times, which talks about the
23  widely appreciated tumor-promoting
24  properties of inflammation.

83 (Pages 326 to 329)

Ie-Ming Shih, M.D., Ph.D.

Page 330

1      MS. MILLER: Objection.
2  BY DR. RESTAINO:
3      Q.   Doctor, are you thinking,
4  or --
5      MS. SHARKO: Well, you all
6  were talking.
7      MS. MILLER: I don't even
8  know where we are. I think --
9      MS. SHARKO: Same question.
10     MS. MILLER: Okay. Same
11  question, same objection. It's
12  been asked and answered in many,
13  many different ways.
14     MS. PARFITT: The doctor
15  needs to answer the question.
16     MS. MILLER: The doctor has
17  answered the question.
18     MS. PARFITT: The doctor has
19  not answered the question. The
20  doctor --
21     THE WITNESS: I believe I
22  answered the question.
23  BY DR. RESTAINO:
24     Q.   You've given -- you've given

Page 331

1  me the name of the article you're relying
2  upon?
3      A.   I said -- I answered --
4      MS. MILLER: That is a
5  misleading question.
6      MS. PARFITT: Objection to
7  form, Counsel, is really the --
8  the appropriate response. We
9  tried to be patient with that.
10     MS. MILLER: Well, I'm
11  trying to be patient --
12     MS. SHARKO: Well, you guys
13  also can't just make editorial
14  comments on his answer.
15     MS. PARFITT: I don't think
16  that we have.
17     DR. RESTAINO: The record
18  will report what the record
19  reports.
20     MS. MILLER: You have the
21  answer multiple times.
22  BY DR. RESTAINO:
23     Q.   Have you ever published a
24  paper that contradicts the statement that

Page 332

1  the tumor-promoting properties of
2  inflammation is widely appreciated?
3      MS. MILLER: Objection.
4      THE WITNESS: In my research
5  team, we have many top priority
6  projects. And this is not the
7  research area we want to be
8  engaged. We want to develop early
9  detection methods and effective
10  treatments for ovarian cancer
11  patients.
12  BY DR. RESTAINO:
13     Q.   Is that no?
14     MS. MILLER: Objection.
15     THE WITNESS: What has been
16  no?
17  BY DR. RESTAINO:
18     Q.   Is your answer no, that
19  you've not published a paper that refutes
20  Hanahan and Weinberg's statement that the
21  tumor-promoting properties of
22  inflammation are widely appreciated?
23     MS. MILLER: Objection.
24     THE WITNESS: I answered

Page 333

1  your question before.
2      THE VIDEOGRAPHER: Counsel,
3  we need to go off the record. The
4  time is 3:50 p.m. We are going
5  off the record.
6      (Short break.)
7      THE VIDEOGRAPHER: The time
8  is 3:56 p.m. We are back on the
9  record.
10     DR. RESTAINO: I'm going to
11  ask Madam Court Reporter,
12  Michelle, to mark the deposition
13  regarding the discussion we had
14  regarding an article refuting the
15  Hanahan and Weinberg analysis.
16  BY DR. RESTAINO:
17     Q.   And, Doctor, I want to
18  change channels, so to speak. And let's
19  go to your expert report. And if you
20  would look on Page 5, and there you have
21  a criticism of the cancer cell lines that
22  Dr. Saed has used, correct?
23     A.   That's my opinion.
24     Q.   Okay. Down at the bottom of

84 (Pages 330 to 333)

Ie-Ming Shih, M.D., Ph.D.

Page 334

1    it -- one, two, three, four -- five lines
2    up you state, "Another problem with the
3    study design is the researchers
4    mistakenly used an A2780 cell line as an
5    ovarian high grade serous cancer cell
6    line. But in fact A2780 is unlikely an
7    ovarian high-grade serous cancer line and
8    should not have been relevant in this
9    study, reflecting the limited knowledge
10   of the research group in studying ovarian
11   cancer (Anglesio, et al., 2013;
12   Domcke" -- D-O-M-C-K-E -- "et al.,
13   2013.)"
14          Did I read that correctly,
15   Doctor?
16       A.   That is what is my opinion.
17       Q.   Now, was your opinion there
18   derived from reviewing the Saed paper
19   itself?
20       A.   You mean this publication's
21   precursor?
22       Q.   That publication? It's --
23       A.   No, its precursor, meaning
24   the manuscript.

Page 335

1        Q.   Okay. And you looked at
2    that, correct?
3            And let's look at the
4    study --
5            MS. MILLER: Wait a minute.
6    This is under a part of his report
7    that says Dr. Saed's statements in
8    his expert report, not the part of
9    the report that says Dr. Saed's
10   in-press paper. There are two
11   sections of this report. One
12   refers -- I just want to make sure
13   that the record is clear because I
14   think that was not accurate.
15          Dr. Saed's statement in his
16   expert report, that's where he
17   discusses that.
18          Then on Page 6 it says
19   Dr. Saed's in-press paper. So
20   this is based on the expert
21   report, based on looking at the
22   report. That's what it says.
23          DR. RESTAINO: What is based
24   on the expert report?

Page 336

1            MS. MILLER: If you look at
2    Dr. Shih's expert report, I think
3    what you said misstates what is
4    here. He has two sections in his
5    expert report as I'm reading it
6    now.
7            One says Dr. Saed's
8    statement in his expert report.
9    Another says Dr. Saed's in-press
10   paper in Reproductive Science. So
11   are you focused on the expert
12   report or Reproductive Science
13   manuscript now?
14          DR. RESTAINO: I'm focused
15   on Dr. Shih's expert report on
16   Page 5.
17          MS. MILLER: Right.
18          DR. RESTAINO: Where he has
19   a paragraph there titled "Use of
20   cancer cell lines."
21          MS. MILLER: Right. And
22   that refers to Dr. Saed's expert
23   report, not Dr. Saed's manuscript.
24   So you misstated that. I just

Page 337

1    wanted to get that clear on the
2    record.
3            DR. RESTAINO: Okay. Duly
4    noted.
5    BY DR. RESTAINO:
6        Q.   Okay. I would like to take
7    a look at Dr. Saed's published paper.
8        A.   This one. In Reproductive
9    Science, 2019?
10       Q.   Correct. If you would turn,
11   Doctor, to the second page on the lower
12   left-hand side there's a section titled
13   "Material and Methods." And then "Cell
14   Lines."
15          Do you see that, sir?
16       A.   Right. I saw it here.
17       Q.   Okay. And there they
18   discuss, under their cells and the cell
19   lines, that they use ovarian cancer cells
20   capital S -- all caps -- SK-OV-3(ATCC),
21   A2780 (Sigma-Aldrich at St. Louis,
22   Missouri), and TOV112D (a kind gift from
23   Gen Sheng" -- S-H-E-N-G -- "Wu" -- W-U --
24   "at Wayne State University, Detroit,

Ie-Ming Shih, M.D., Ph.D.

Page 338

1    Michigan), and normal cells, human
2    macrophages (EL-1; ATC, Manassas,
3    Virginia), human primary normal ovarian
4    epithelial cells (Cell Biologic Chicago,
5    Illinois), human ovarian epithelial cells
6    (HOSEpiC; ScienCel" -- S-C-I-E-N-C-E-L --
7    "Research Laboratories Incorporated,
8    Carlsbad, California), and immortalized
9    human fallopian tubes secretory
10   epithelial cells (FT33; Applied
11   Biological Materials, Richmond, British
12   Columbia, Canada) were used."
13          Did I read that correctly,
14   Doctor, with all those letters and
15   everything?
16      A.   This were -- this sentence
17   has been written in this paper.
18      Q.   Okay.  They use normal cell
19   macrophages in their study, did they not?
20          MS. MILLER:  Objection.
21   BY DR. RESTAINO:
22      Q.   That's the fourth line?
23      A.   I don't think they're normal
24   anymore.  If it become a cell line,

Page 339

1    meaning they're immortalized, and the
2    macrophages, as you know, according to
3    Dr. Weinberg, the charts, they are
4    normal, but the cell line, they can be
5    maintained in tissue culture, and they
6    can divide all the time.
7           So this is -- by no means is
8    normal macrophages.  It has some -- as
9    Dr. Weinberg said, just as you, candidly,
10   as you do to me, that's one of the
11   feature of cancer.
12      Q.   But in normal cells, like in
13   normal macrophages, they have a limited
14   number of mitotic events before they
15   begin to die out, correct?
16      A.   I don't even know whether
17   human macrophages can ever replicate in
18   tissue culture, because they are
19   terminally differentiated immune cells.
20      Q.   Okay.  Well, in addition to
21   using the macrophages as listed in the
22   paper, they also used human primary
23   normal ovarian epithelial cells, correct?
24      A.   You mean the human primary

Page 340

1    normal epithelial -- Cell Biologicals,
2    Chicago, Illinois.
3           I never know this so-called
4    normal ovarian epithelial cells, because
5    every time, when they culture the
6    epithelial cells, they have really finite
7    life spans.  They cannot -- they are not
8    cancer, right?  So as we remember vividly
9    from the Weinberg's charts, this normal
10   cells cannot proliferate all the time.
11          But in order for that
12   society to study in culture, they need to
13   expand that.  And when they expand, they
14   are not normal epithelial cell already.
15   When we look at normal epithelial cells
16   in human tissue, they may not be
17   proliferative.  So I don't think how
18   relevant this cell line will be to this
19   study.
20      Q.   Have you ever used the human
21   primary normal ovarian epithelial cells
22   from Cell Biologics, Chicago, Illinois?
23      A.   I cannot recall.  But if I
24   did, we are doing -- we are asking

Page 341

1    different scientific questions, okay.
2    It's totally irrelevant.
3       Q.   Okay.  In addition for his
4    study, they used human ovarian epithelial
5    cells or HOSEpiC obtained from ScienCel
6    Research Laboratories, correct?
7       A.   Yeah, they're in California.
8    This has been written.
9       Q.   Okay.  And as I'm going
10   through this, the only cell line that
11   you're criticizing in your expert report
12   is that they use the A2780, correct?
13      A.   Let me go back to my report.
14      Q.   Yes, sir.  It's Page 5,
15   paragraph titled "Use of Cancer Cell
16   Lines."
17          MS. MILLER:  Are you asking
18   anywhere in his report if that's
19   the only place --
20          THE WITNESS:  I saw this
21   paragraph.
22          At the time I believe this
23   is the most important deficiency
24   in the methodology, meaning cell

86 (Pages 338 to 341)

Ie-Ming Shih, M.D., Ph.D.

Page 342

1   lines cannot -- ovarian cancer
2   cell lines cannot be used to
3   answer the question of where it
4   starts.  You need to start from
5   the normal epithelial cells.  So
6   this is -- I -- this is totally
7   methodology incorrect.
8   BY DR. RESTAINO:
9       Q.   Okay.  And Dr. -- the Saed
10  team also utilized immortalized human
11  fallopian secretory epithelial cells,
12  FT33, obtained from Applied Biological
13  Materials, correct?
14      A.   It has been written.  But
15  that's a really bad idea.
16      Q.   Okay.  Whether it's your
17  opinion of a good idea or a bad idea,
18  did -- do you discuss in your expert
19  report the fact that they use these --
20  these various cell lines?
21      A.   To the scientific community,
22  I think this is so obvious flaw.  So I
23  just mention the ovarian cancer cell line
24  issue here.  But I think everybody will

Page 343

1   agree, this is totally not correct
2   methodology to answer the specific
3   question about the carcinogenesis.
4       Q.   The Saed team tested three
5   cancer cell lines in addition to normal
6   cell lines and immortalized cell lines,
7   did they not?
8       A.   I will not say normal cell
9   line.  A cell line cannot be normal
10  anymore.
11      Q.   They used ovarian cancer
12  cells, SK-OV-3, correct?
13      A.   Yes.
14      Q.   That's not listed in your
15  expert report, is it?
16      MS. MILLER:  That's a lie.
17  It's right here on Page 6.  I'm
18  looking at it.
19      DR. RESTAINO:  Well, it's
20  not a lie.  I just -- I just
21  word-searched it.
22      MS. MILLER:  Just -- okay.
23  SK-OV-3?  I'm looking at it.
24      DR. RESTAINO:  It's got no

Page 344

1   hyphen in it.
2       MS. MILLER:  Oh, it's got no
3   hyphen.
4       THE WITNESS:  It's the same,
5   everybody know SK-OV-3.
6       MS. MILLER:  I'm sorry.
7   That was -- object to foundation.
8   I retract what I said.  I just was
9   looking right at the word.
10  BY DR. RESTAINO:
11      Q.   Okay.  Doctor.
12      A.   Yes.
13      Q.   Now, talking about the A2780
14  cell line.  In fact, despite your
15  criticism, the medical literature is
16  replete with research articles pertaining
17  to ovarian cancer which utilize A2780,
18  correct?
19      A.   Could you repeat the
20  question one more time, slowly.
21      Q.   Yes.  The medical literature
22  is filled with current research articles
23  pertaining to ovarian cancer and
24  utilizing the A2780 cell line?

Page 345

1       MR. LOCKE:  Objection.
2       THE WITNESS:  This cell line
3   has been used in the past without
4   knowing that the origin is now
5   ovarian cancer.
6       And as a result, as you can
7   see, the -- the reference I cited,
8   Domcke 2013 and Anglesio 2013.  I
9   think that's why this is so
10  important.  I think these are two
11  papers can allow, as a scientist,
12  we try very hard to do ovarian
13  cancer research, that we need to
14  be really careful about our cell
15  lines and the most up-to-date
16  knowledge we should perform in
17  tissue culture studies.
18  BY DR. RESTAINO:
19      Q.   Doctor, would you be
20  surprised if I represent to you that
21  since January 1st of 2018, so we're
22  dealing with maybe 15 months, not going
23  back to Domcke in 2013.  Since
24  January 1st, 2018, 139 peer-reviewed

87 (Pages 342 to 345)

Ie-Ming Shih, M.D., Ph.D.

Page 346

1    articles have been published utilizing
2    the A2780 ovarian cancer cell line?
3              MR. LOCKE:  Objection.
4    BY DR. RESTAINO:
5         Q.   Would that surprise you,
6    sir?
7              MS. MILLER:  Objection.
8              THE WITNESS:  That's
9         unfortunate that scientists did
10        not be aware of that.  Some
11        scientists may be aware of that,
12        but they still use A2780.
13             You know why?  Because this
14        cell line is very easy to grow and
15        people love it, because it's -- it
16        proliferates very well.  So people
17        know maybe, they know that this is
18        not a good model.  But they still
19        continue using it, pretending
20        nobody know this trick.
21   BY DR. RESTAINO:
22        Q.   So it is your subjective
23   opinion that the A2780 is not an adequate
24   cell line to use, but objectively

Page 347

1    researchers continue to publish the
2    results including for treatment of
3    ovarian cancer; isn't that correct?
4              MS. MILLER:  Objection.
5              MR. LOCKE:  Objection.
6    BY DR. RESTAINO:
7         Q.   I'll represent to you,
8    Doctor, functional and transcriptomic
9    characterization of carboplatin resistant
10   A2780 ovarian cancer cell line was
11   published in biological research last
12   week.  And these researchers are looking
13   at this A2780 ovarian cancer cell line
14   that they've now made carboplatin
15   resistant in order to determine what they
16   can do to help patients who become
17   resistant to carboplatin therapy.  Are
18   you aware of that, Doctor?
19             MS. MILLER:  Objection.
20             THE WITNESS:  I need to see
21        the reference.  Do you have the
22        paper with you?
23   BY DR. RESTAINO:
24        Q.   I'm just asking you if you

Page 348

1    are aware of that publication as of last
2    week?
3              MS. MILLER:  Objection.
4              THE WITNESS:  In order -- in
5         order to answer your question, I
6         need to see that.
7    BY DR. RESTAINO:
8         Q.   Is carboplatin the most
9    used, widely used chemotherapy regimen
10   for ovarian cancer?
11        A.   I don't really --
12             MS. MILLER:  Objection.
13             THE WITNESS:  This is
14        totally irrelevant.  We are
15        talking about the carcinogenesis.
16             Ovarian cancer precursor,
17        talcum powder, including Johnson &
18        Johnson product, can cause ovarian
19        cancer, then we are talking about
20        the technical part of cell lines.
21        I think we are off track.
22   BY DR. RESTAINO:
23        Q.   Then would you withdraw your
24   criticism of Dr. Saed's use of A2780?

Page 349

1              MS. MILLER:  Objection.
2              THE WITNESS:  No.  It's
3         wrong --
4    BY DR. RESTAINO:
5         Q.   Then it is -- then it is
6    irrelevant to our discussion.  I know you
7    want to talk about your work.  But we're
8    also here to talk about the flaws you
9    feel that Dr. Saed has in his paper?
10        A.   Okay.
11        Q.   And my representation --
12   representation to you is that despite
13   your subjective opinion, A2780 is still
14   being widely used and published up to
15   last week.
16             MS. MILLER:  Objection.
17             MS. SHARKO:  That's not a
18        question.
19             MS. MILLER:  Please give me
20        time me object.
21             That's true too.
22             THE WITNESS:  What do you
23        mean widely used?
24   BY DR. RESTAINO:

Ie-Ming Shih, M.D., Ph.D.

Page 350

1    Q.   How about 139 publications.
2    A.   As compared to what?
3    Q.   As compared to zero
4  publications?
5    A.   Where does zero come from?
6    Q.   Well, if it was no longer a
7  recognized viable cell line, then people
8  would stop using it and publishing it.
9  Peer reviewers wouldn't approve it, and
10 journals wouldn't publish it; isn't that
11 true?
12          MS. MILLER:  Objection.
13          MR. LOCKE:  Objection.
14          MS. MILLER:  We are
15 synchronized.
16          THE WITNESS:  That's why
17 good science is so important;
18 otherwise, how can we cure ovarian
19 cancer now, right?  It's because
20 we need to really update and keep
21 abreast of new knowledge, and
22 using the correct methodologies.
23 So I only care about the science,
24 whether the credible science,

Page 351

1  cogent evidence can support
2  biological plausibility regarding
3  this issue.  That's my concern.
4  And this is incorrect cell lines
5  to be used.  Totally incorrect and
6  not relevant to ovarian cancer.
7  BY DR. RESTAINO:
8    Q.   Have you conducted research
9  of PubMed to look at how many individuals
10 are still publishing using A2780 since
11 January 1st of 2018?
12          MS. MILLER:  Objection.
13          THE WITNESS:  I have so many
14 thing to do.  Top priority.  This
15 is incorrect methodology to be
16 used, why it bother me.
17 BY DR. RESTAINO:
18   Q.   Okay.  I'll move on.  Let's
19 take a look at your expert report where
20 you talk about the irrelevance of CA-125.
21   A.   Which page?  I'm sorry.
22   Q.   I believe it's on Page 5?
23          MS. MILLER:  So again, I
24 just want to point out that it's a

Page 352

1  little bit confusing, because, as
2  I noted -- and I think this is why
3  you didn't find the SKOV thing.
4  But this -- there's a section on
5  Dr. Saed's statements in his
6  expert report as one, and then
7  Dr. Saed's in-press paper, and so
8  CA-125 is covered both on Pages 5
9  and 7.  And that was also what
10 happened with the cell lines, why
11 you didn't find it.
12          So just specify whether
13 you're referring to the CA-125
14 discussion on Page 5 or Page 7.
15          DR. RESTAINO:  Okay.  I'm
16 looking --
17          MS. MILLER:  That was some
18 confusion in the last round of
19 questions.
20          DR. RESTAINO:  I appreciate
21 that.  Thank you.  Yes.
22 BY DR. RESTAINO:
23   Q.   I'm looking at your
24 paragraph on Page 5 wherein you -- it's

Page 353

1  titled "Irrelevance of CA-125."
2          Do you see that, sir?
3    A.   Yes.
4          DR. RESTAINO:  Jessica, are
5  you on the same page?
6          MS. MILLER:  Yep.
7  BY DR. RESTAINO:
8    Q.   Okay.  Now, CA-125 stands
9  for cancer antigen 125, correct?
10   A.   Correct.
11   Q.   And an antigen is a toxin or
12 a foreign substance for which the
13 immune -- the body has an immune
14 response, including the production of
15 antibodies, correct?
16   A.   No.
17   Q.   Well, how -- okay.  Then
18 I'll use your definition.  How do you
19 define an antigen?
20   A.   It's not my definition.
21 It's a scientific definition.  It's not
22 only me.  It's everybody accept.
23   Q.   Sir, I'll use your
24 definition or the definition that you

89 (Pages 350 to 353)

Ie-Ming Shih, M.D., Ph.D.

Page 354

1    have adopted from the scientific
2    community.  What is an antigen?
3         A.   Antigen is the protein that
4    can be recognized by our immune system.
5         Q.   CA-125 is expressed as a
6    membrane-bound protein on the surface of
7    cells that undergo metaplastic
8    differentiation into mullerian
9    epithelium, correct?
10          MS. MILLER: Objection.  Are
11       you reading from something?
12          DR. RESTAINO:  My notes.
13          THE WITNESS:  What do you
14       mean "under surface of cells"?  I
15       can't understand.
16    BY DR. RESTAINO:
17       Q.   Oh, the protein on the
18    surface of the cell.
19       A.   Oh, on the cell.  Not under.
20       Q.   Right.  Doctor, I'll adopt
21    your definition of an antigen, but that's
22    what CA-125 --
23       A.   Well, I'm not finished.
24          MS. MILLER: Are you

Page 355

1    withdrawing that question?  Or do
2    you want him to answer that
3    question?  I just -- again --
4          THE WITNESS: I'm not
5    finished reading your thoughts.
6    BY DR. RESTAINO:
7       Q.   Okay.
8       A.   CA-125 is also known as a
9    mucin 16, was first identified by Dr. Bob
10    Bast at M.D. Anderson Cancer Center.
11       So, I am not sure this is
12    correct.  You said, metaplastic
13    differentiation and into mullerian
14    epithelial cells.  I don't know that's
15    correct, unless you show me the
16    reference.
17       Q.   Do you know it to be
18    incorrect?
19       A.   I need to see the reference
20    to make sure you are correct.
21       Q.   Okay.  I'll -- you then in
22    your paragraph that we're reading from,
23    irrelevance of CA-125 finding, you talk
24    about cancer specific -- or cancer

Page 356

1    biomarker, correct?
2       A.   You refer to the Line 3, is
3    definitely not a cancer-specific
4    biomarker.  Is that one?
5       Q.   The word "biomarker" is used
6    several times.  I'm just going to ask you
7    what you mean by biomarker?
8       A.   Oh.  Okay.
9          MS. MILLER: Objection.
10          THE WITNESS:  Biomarker --
11       biomarker is a term generally used
12       in different research and by
13       different meanings for different
14       scientists and medical doctors.
15       By the CA-125, is biomarkers,
16       meaning it is something associated
17       with ovarian cancer but not a
18       precursor.  That's the point.  Not
19       a precursor, but ovarian cancer.
20       So what happened is
21       CA-125 -- usually I call it MUC16,
22       same thing -- is expressed by the
23       mullerian, normal mullerian duct
24       epithelial cells.

Page 357

1       So every woman has a low
2    level of that.  But ovarian
3    cancer, when they become
4    transformed -- are you ready?
5       If they are transformed,
6    they have more and more cells.  It
7    may not be that individual tumor
8    cells express higher, but because
9    the number is more.
10       So this is very different.
11    They are not causal.  They are
12    just biomarkers.  There are so
13    many biomarkers without known
14    etiology or biological mechanism.
15       In terms of tumor
16    progression -- I mean in terms of
17    tumor initiation.
18       So it has been shown, CA-125
19    in a serum can be a marker to
20    follow, monitor, disease
21    progression, but never be used as
22    biomarker to identify ovarian
23    cancer in the detection and
24    screening.

Ie-Ming Shih, M.D., Ph.D.

Page 358

1    And it is by no means is it
2    important in the transition of
3    normal fallopian tube to a STIC or
4    p53 signature.
5        So FDA approved, this can be
6    followed, monitored to see if we
7    have a cancer.  I think this is
8    important because that's --
9        DR. RESTAINO: Doctor, I'm
10   going to move to strike.
11   BY DR. RESTAINO:
12   Q.   I just asked you what's your
13   definition of a biomarker.  If I asked
14   you the time, I don't need for you to
15   make a watch.  I just want to know the
16   time.
17       What is a biomarker?
18   A.   Biomarker is different
19   types, tissue bio marker, serum
20   biomarkers.  Do you want me to continue
21   or not?
22   Q.   I just want you to define a
23   biomarker so we get to the --
24   A.   That's why I'm going to

Page 359

1    define.  Biomarkers, like serum
2    biomarkers, CA-125, has been approved by
3    FDA to -- as a biomarker -- this is so
4    irrelevant -- to monitor whether the
5    tumor come back.
6    Q.   Doctor, I understand that
7    you want to get to that.
8    A.   That's biomarkers, right?
9    Q.   Doctor, would you agree that
10   a biomarker is a measurable substance in
11   an organism whose presence is indicative
12   of some phenomenon, such as disease,
13   infection or environmental exposure?
14   That's a biomarker.  Would you agree with
15   that?
16   A.   I need to see your -- what
17   you said.  I think this is one of the
18   definitions.
19   Q.   Okay.  Is it an acceptable
20   one to use for our purposes -- our
21   discussion right now.  Are you
22   comfortable with using that?
23   A.   I have only problem
24   indicative.  What do you -- what do you

Page 360

1    mean indicative?
2    Q.   Suggesting.
3    A.   It's -- it's causally
4    related or not?
5    Q.   No, just suggesting
6    something is going on.
7    A.   So it's no causally related
8    as this biomarker.
9    Q.   Okay.  Now, if we look at
10   your -- the paragraph you wrote, and once
11   again, so the record is clear, we're
12   looking on Page 5 of your expert report,
13   in that paragraph, irrelevance of CA-125,
14   you don't have a single reference for any
15   of your opinions in that paragraph, do
16   you?
17   A.   Which paragraph, the top
18   paragraph?
19   Q.   Irrelevance of CA-125.
20   A.   This is general medical
21   knowledge.  Every medical student will
22   know.
23   Q.   Okay.  Doctor --
24   A.   Every pathologist will know.

Page 361

1    Every medical doctor will know.
2    Q.   Okay.
3    A.   It's common, common
4    knowledge.
5    Q.   Does that mean that no,
6    there's not a reference to the medical
7    literature in that paragraph?
8    A.   This -- there should be
9    many.  But this is a common sentence.  So
10   I don't need to reference each one.
11   Q.   Okay.  So it is your -- it
12   is your opinion that CA-125 should not be
13   considered as indicating the onset or
14   heightened risk of the development of
15   ovarian cancer, correct?
16   A.   Definitely is not.
17   Q.   Okay.  I'd like to show you
18   a paper we've marked as Exhibit 20 from
19   the Journal of Ovarian Research.
20       (Document marked for
21       identification as Exhibit
22       Shih-20.)
23       THE WITNESS: Okay.  Hold on
24       one moment.

Ie-Ming Shih, M.D., Ph.D.

Page 362

1    BY DR. RESTAINO:
2       Q.   And this one was
3    published -- we're going back.  This one
4    was published ten years ago.
5       A.   What.
6       Q.   Okay.  Now, if you look at
7    the second page.
8       A.   Okay.
9       Q.   There's a heading there of
10   CA-125 and ovarian cancer.
11      A.   CA-125.  Yes, I saw that.
12      Q.   And do they state there,
13   "The most widely used tumor marker in
14   ovarian cancer, often considered the gold
15   standard is CA-125, Reference 19"?
16      A.   Let me see the 19.
17           19 is, okay, cancer antigen
18   125.  That's 2008, 11 years ago.
19      Q.   Yes.  Do you agree that at
20   that time, CA-125 was the most widely
21   used tumor marker in ovarian cancer?
22           MS. MILLER:  Objection.
23           THE WITNESS:  What do you
24   mean widely used, most widely

Page 363

1    used?  As compared to?
2    BY DR. RESTAINO:
3       Q.   That's the language that
4    those researchers use, that it was the
5    most -- what do you -- how do you
6    interpret most widely used?
7       A.   Most widely used.  Do you
8    have Reference 19?  Because this
9    statement is coming from the 19.
10      Q.   Correct.
11      A.   So I want to see the
12   original articles.  Do you have one?
13      Q.   Well, no.  In the original
14   that underlying article might also
15   reference another article which could
16   reference another article.  We're just
17   going by this published article.
18      A.   Then...
19           MS. MILLER:  Is there a
20   question pending?
21           DR. RESTAINO:  It was an
22   answer to his question.
23           MS. MILLER:  I'm losing my
24   mind here.

Page 364

1            DR. RESTAINO:  The question
2    pending is -- is his
3    interpretation of most widely used
4    tumor marker.
5            MS. MILLER:  Do you
6    understand the question that's
7    pending for you?  If you
8    understand, great; I don't.
9            THE WITNESS:  Okay.  Back to
10   the time.  And do you have a
11   reference?  Let me take a look.
12   BY DR. RESTAINO:
13      Q.   Okay.  No, we don't have it.
14      A.   Oh, you don't have it.
15      Q.   No.
16      A.   Okay.  So you don't have the
17   evidence to show, okay.
18           Then I believe that this is
19   a common belief at that time, back to ten
20   years.
21      Q.   Okay.
22      A.   Okay.  And this is the
23   biomarker for the therapeutic index, but
24   nothing to -- to be related to screening,

Page 365

1    early lesions, pathogenesis.  It just
2    reflect how many tumor cell you have, how
3    many tumor cell you have.
4       Q.   Okay.
5            (Document marked for
6            identification as Exhibit
7            Shih-21.)
8    BY DR. RESTAINO:
9       Q.   And I'll hand you what we've
10   now marked as Shih-21.  And this paper
11   has been published in the International
12   Journal of Cancer, lead author Kaaks,
13   K-A-A-K-S.  It's titled "Tumor-Associated
14   Auto Antibodies As Early Detection
15   Markers For Ovarian Cancer:  A
16   prospective evaluation."  Published 2018.
17           And this, as the title
18   suggests, was a prospective study,
19   correct?
20      A.   I need -- I never see this
21   paper, okay.  Let me take some time to
22   read even the title.
23      Q.   Doctor, while you are
24   looking at that, look at where your

Ie-Ming Shih, M.D., Ph.D.

Page 366

1   fingers are on the bottom.  Do you see
2   the language right underneath your
3   finger?
4       A.   Which one?
5       Q.   Down at the bottom of the
6   page.
7       A.   International Journal of
8   Cancer?
9       Q.   No.  The -- the language
10  from the journal underneath the -- what's
11  new?
12      A.   The box under the what's
13  new?
14      Q.   Under the box, yeah.
15      A.   Okay.  Okay.  I have not go
16  there yet, but we can start.
17      Q.   Okay.
18      A.   You can read to me.
19      Q.   Okay.  Sir, yeah, I was
20  concerned only because the -- what I --
21  the only section that I wanted to read to
22  you, I kept noticing your thumb was
23  covering it.
24      A.   Thank you very much for your

Page 367

1   help.
2       Q.   On the -- on the bottom it
3   states, "Cancer Antigen-125 (CA-125) is
4   the best available biomarker for
5   epithelial ovarian cancer, and the only
6   marker tested in prospective screening
7   trials so far."
8           Did I read that correctly?
9       A.   That has been said here.
10      Q.   Yes.  And it --
11      A.   But there is no reference,
12  so I'm surprised.  Where is -- is the
13  basis coming from?
14      Q.   Okay.  Do you have any
15  reason to -- to contradict them when they
16  say it's the best available biomarker for
17  epithelial ovarian cancer?
18          MS. MILLER:  Objection.
19          THE WITNESS:  This question
20      is too general.  I don't know if I
21      can --
22  BY DR. RESTAINO:
23      Q.   Okay.  Do you disagree that
24  that's the only marker tested across

Page 368

1   prospective screening?
2       A.   Which --
3           MS. MILLER:  Objection.
4           THE WITNESS:  Same.  I don't
5       know what does that mean, it's too
6       general.  What do you mean?
7   BY DR. RESTAINO:
8       Q.   What part don't you
9   understand?  Do you need different help
10  with prospective or screening?
11          MS. MILLER:  Object --
12      objection.
13          THE WITNESS:  Where -- where
14      are you, your prospective term
15      coming from?
16          Could you pinpoint
17      specifically which sentence you
18      are talking about, please?
19  BY DR. RESTAINO:
20      Q.   Yes, sir.
21      A.   Okay.
22      Q.   Down at the bottom.  First
23  column on the left, Cancer Antigen-125.
24      A.   Yes, I saw that.

Page 369

1       Q.   That's the best available
2   biomarker for epithelial ovarian cancer.
3   Published this year -- excuse me, 2018,
4   correct?
5       A.   No.  This is -- refer the
6   author's opinion as introduction.  This
7   is not based on real result.  Okay.
8       Q.   Okay.
9       A.   So this is a part of
10  introduction.  They need to show the
11  readers about why they want to do a
12  study.  And there is no citation.  So I
13  don't know where this come -- comes from.
14      Q.   And there's no citation in
15  your paragraph, in your expert report,
16  where your -- where your contrary
17  conclusions come from, are there -- is
18  there, Doctor?
19          MS. MILLER:  Objection.
20          THE WITNESS:  Which?
21          MS. MILLER:  Objection.
22  BY DR. RESTAINO:
23      Q.   Your paragraph in your
24  expert report does not contain a single

Ie-Ming Shih, M.D., Ph.D.

Page 370

1 citation, yet you are criticizing these
2 individuals in a peer-reviewed
3 publication for the lack of a citation.
4 So where is your citation, sir?
5         A.   Okay.  So which part are you
6 talking about?
7         Q.   Your expert report.
8 Irrelevance of 125 finding as you
9 criticize Dr. Saed.  You are putting down
10 your subjective opinions in paragraph
11 titled "Irrelevance of CA-125 Finding"
12 without a citation, correct?
13              MR. LOCKE:  Objection.
14 BY DR. RESTAINO:
15         Q.   Is it correct?  Do you have
16 a citation?
17         A.   They are different.  They
18 are different.  They are different.
19         Q.   Okay.  Now I'd like to show
20 you another paper we've marked as
21 Shih-22.
22         (Document marked for
23         identification as Exhibit
24         Shih-22.)

Page 371

1 BY DR. RESTAINO:
2         Q.   And, Doctor, the -- your --
3 your professional life is all about early
4 detection of ovarian cancer, correct?
5              MS. MILLER:  Objection.
6 BY DR. RESTAINO:
7         Q.   Is that a main part of your
8 professional life?
9         A.   What do you mean
10 professional life?
11         Q.   The work that you do at
12 Johns Hopkins?
13         A.   I diagnose patients' tissues
14 as well.
15         Q.   Yes, I did -- I was -- I did
16 not mean to demean all the work that you
17 do.
18         A.   So can you repeat your
19 question.
20         Q.   I'll strike the question.
21              MS. MILLER:  Why don't we go
22 on.
23 BY DR. RESTAINO:
24         Q.   Exhibit Shih-22, "Early

Page 372

1 Detection of Ovarian Cancer" by Elias, et
2 al., and this is published in Hematology,
3 Oncology Clinics of North America.
4         A.   Thank you.
5         Q.   You're welcome.
6         A.   Early detection.
7         Q.   Do you remember seeing this
8 paper at all, Doctor?
9         A.   No.  This is in a very
10 unusual journal.  We usually -- as an
11 ovarian cancer researcher, we really
12 don't read that kind of journals.
13         Q.   Okay.  Are you speaking for
14 all ovarian cancer researchers in the
15 country?
16         A.   No, just me.  I say me.  Of
17 course.
18         Q.   Okay.  If you look at the
19 key points --
20         A.   I'm sorry, can I study the
21 authors and this and that.
22         Q.   Sure.  Do you know any of
23 the authors?
24         A.   Again, I don't think the

Page 373

1 authors are important.  The scientific
2 content is more important for our
3 discussion.
4         Q.   I'm -- okay.
5              You asked if you could study
6 the authors.  So I was just asking if you
7 know the authors.
8         A.   I know the name of Bast.
9         Q.   Okay.  Underneath there, do
10 you see the key points for the paper?
11 Listed underneath the authors.  And
12 there's keywords, and then key points.
13              Do you see that, sir?
14         A.   So there are four key
15 points.
16         Q.   Okay.  First bullet point
17 states, "Given the low prevalence of
18 ovarian cancer, even among postmenopausal
19 women (1:2,500), an effective screening
20 strategy requires high sensitivity
21 (greater than 75 percent) and extremely
22 high specificity (99.7 percent)."
23              Did I read that correctly,
24 sir?

94 (Pages 370 to 373)

Ie-Ming Shih, M.D., Ph.D.

Page 374

1     A.   Yes.
2     Q.   Do you agree with that
3  statement, that an effective screening
4  strategy requires high sensitivity,
5  extremely high specificity?
6     A.   So again, I don't know what
7  kind of ovarian cancer they are talking
8  about because for the detection
9  screening, it's so important for the
10 histological subtypes.
11    Q.   And if you can turn to Page
12 906.
13    A.   Okay.  Nine -- okay.
14    Q.   And there's a -- right above
15 the Figure 1, there's a heading protein
16 biomarkers.
17         Do you see that, sir?
18    A.   Yes.
19    Q.   And they write, "CA-125
20 remains the most sensitive and specific
21 protein biomarker for detecting early
22 stage disease in apparently healthy
23 populations."
24         Did I read that correctly?

Page 375

1     A.   It has been written this
2  way.
3     Q.   Okay.  And this is a
4  publication also in 2018 regarding
5  CA-125, correct?
6     A.   I don't believe this, this
7  statement.
8     Q.   Okay.  Now, in your paper,
9  you also discuss a paper by Urban, et
10 al., U-R-B-A-N.
11         Do you recall that name?
12    A.   Could you show me?
13    Q.   Yeah, I'll look for it.
14         DR. RESTAINO:  Jessica has
15    much better luck finding these
16    things than I do.
17         MS. MILLER:  You want to
18    know where he cites Urban in his
19    report?
20         DR. RESTAINO:  I think I'm
21    seeing it.
22 BY DR. RESTAINO:
23    Q.   Yes, on Page 12, top
24 paragraph.  In the middle of the

Page 376

1  paragraph, to the right of Gonzalez, et
2  al. 2016, you start a sentence, "In
3  another important study."
4         Do you see that, sir?
5     A.   Yes.
6     Q.   "In another important study,
7  reported by Nicole Urban" -- U-R-B-A-N --
8  "et al., based on 74,786 Women's Health
9  Initiative (WHI) observational study (OS)
10 participants, the authors concluded that
11 CA-125 and HE4 contribute significantly
12 to a risk prediction classifier combining
13 serum markers with epidemiologic risk
14 factors.  The hybrid risk classifier may
15 be useful to identify postmenopausal
16 women who would benefit from timely
17 surgical intervention to prevent ovarian
18 cancer."
19         Did I read that correctly,
20 sir?
21    A.   Yes, you did.
22    Q.   And you described Urban as
23 an important study, correct?
24    A.   I did not cite this as

Page 377

1  important study.
2     Q.   Well, you started off by --
3  I started off by reading, "In another
4  important study."
5     A.   Okay.
6     Q.   Did you -- did you actually
7  read the WHI observational study?
8     A.   I remember that I read that
9  before, but when I say important, is
10 important in this context, okay.
11         It doesn't mean anything
12 else.  So you need to be careful.  When I
13 say important, you need to read the whole
14 paragraph, and even the entire report to
15 know what I say is important.  You cannot
16 just crop a sentence, one here, there,
17 here.  That's not fair.
18    Q.   Okay.  Doctor, I can only go
19 by the words that you use in your expert
20 report.
21         Now, if you -- this paper
22 that we handed you, Urban, it's
23 Exhibit 23, "Identifying Postmenopausal
24 Women At Elevated Risk For Epithelial

95 (Pages 374 to 377)

Ie-Ming Shih, M.D., Ph.D.

Page 378

1  Ovarian Cancer."
2        MS. MILLER:  Can we have a
3  copy?
4        (Document marked for
5  identification as Exhibit
6  Shih-23.)
7  BY DR. RESTAINO:
8     Q.   Doctor, if you turn to the
9  second page -- well, first, on the front
10  page, this is a 2015 paper, correct?
11     A.   That's correct.
12     Q.   So we're not as far back as
13  2008, nor are we as current as 2018,
14  correct?
15     A.   Yes.
16     Q.   And if you turn to Page 254,
17  which is the second page, and I'm going
18  to try to draw your attention -- left
19  paragraph, bottom -- I'm sorry.  Left
20  column, bottom paragraph, six lines up.
21  On the right-hand side, you see CA-125?
22     A.   Right.
23     Q.   And they write, "CA-125 is a
24  predictive marker for EOC that becomes

Page 379

1  increasingly sensitive with proximity to
2  disease."
3        Doctor, what is meant by
4  EOC?
5     A.   This is not a regularly used
6  term in ovarian cancer community.  So I
7  need to figure out what is their
8  definition.
9     Q.   Well, Doctor, this paper is
10  published in Gynecologic Oncology.
11        And is it your opinion that
12  oncologists and gynecological
13  pathologists don't know what EOC stands
14  for?
15        MS. MILLER:  Objection.
16        THE WITNESS:  Different --
17        MS. MILLER:  Objection.
18        THE WITNESS:  Different
19  groups of people using different
20  abbreviations.  So this is a
21  private abbreviation.
22  BY DR. RESTAINO:
23     Q.   Okay.  Do you understand
24  when they use EOC here that they are

Page 380

1  utilizing that as, in the title,
2  epithelial ovarian cancer?
3     A.   So that would be where?
4     Q.   Is that your understanding,
5  EOC means epithelial ovarian cancer?
6     A.   That's their definition and
7  abbreviation.
8     Q.   And so they write here that
9  "CA-125 is a predictive marker for EOC
10  that becomes increasingly sensitive with
11  proximity to diagnosis."  And then just
12  below it in the final sentence, they say,
13  "Both CA-125 and HE-4 show promise as
14  risk and early detection markers."
15        Did I read that correctly?
16     A.   It has been written in this
17  way.
18     Q.   Okay.  And actually there
19  they have Reference 16, and then they
20  have References 20, 21, 22 and 23.  So
21  they have five references to support that
22  statement, correct?
23     A.   It depends on what -- what
24  kind of references.  Good or bad.  I need

Page 381

1  to see them.  Okay.  16.
2        Do you have those
3  references, that would be wonderful for
4  the discussion.  By looking at the title
5  I don't know the science quality inside
6  this paper.
7     Q.   Okay.  Do you have any
8  reason to believe that this paper in
9  Gynecologic Oncology is misrepresenting
10  what the references state?
11        MR. LOCKE:  Objection.
12        THE WITNESS:  I don't know
13  how they interpret their reading
14  and the interpretation.  So I
15  cannot answer that question.
16  That's their written, that's their
17  opinion, it's not my opinion.
18  BY DR. RESTAINO:
19     Q.   Okay.  I see.  Okay.  So,
20  Doctor, it was okay for you to rely upon
21  this paper, and for you to cite this
22  paper in your expert report as an
23  important study when you were discussing
24  it in your expert report, but now in your

Page 382

1    deposition, now you can't rely upon
2    anything that's published in this paper?
3         MS. MILLER: Objection.
4         MR. LOCKE: Objection.
5         MS. MILLER: That's not what
6    he said. You are misstating his
7    testimony.
8         If you -- would you like to
9    explain?
10        THE WITNESS: Okay.
11        So you just tell me in the
12   introduction, you crop the couple
13   of sentences and ask me about the
14   opinion.
15        But you know how many
16   sentences in this article? You
17   don't know, right? Many.
18   BY DR. RESTAINO:
19        Q.   No. But I do know that
20   you've quoted two sentences in your
21   expert report from this sentence -- from
22   this paper.
23        A.   Okay. Let me -- let me go
24   back and make sure.

Page 383

1         Q.   Sure.
2         MS. MILLER: We are at
3    exactly five hours. Do you want
4    to take a break now?
5         DR. RESTAINO: I -- I do.
6         MS. MILLER: Six hours. I'm
7    sorry, six hours. I just thought
8    maybe this would be a good time
9    for a last break.
10        DR. RESTAINO: Sure. One
11   more paper to go through and we'll
12   take a break.
13        THE WITNESS: Okay. All
14   right.
15        The -- okay. Can I start?
16   BY DR. RESTAINO:
17        Q.   Yeah, sure.
18        A.   So the purpose I cite this
19   paper --
20        Q.   Yes.
21        A.   -- is to show that talc use
22   did not carry any significant -- or any
23   risk for ovarian cancer. That's my
24   purpose.

Page 384

1         Q.   Okay.
2         A.   In -- in terms of CA-125 as
3    a biomarker is not relevant to talcum
4    powder at all. Biomarker is just a
5    serum -- is just a circulating proteins.
6    It doesn't mean that is important for
7    normal fallopian tube epithelium cells,
8    to become p53 signature or STIC. So it's
9    not totally relevant.
10        In early detection is a
11   biomarker association does not mean there
12   is a causal relationship.
13        Q.   Okay.
14        (Document marked for
15   identification as Exhibit 24.)
16   BY DR. RESTAINO:
17        Q.   Doctor, one more paper in
18   this area. You may recognize the title.
19   "Critical Questions in Ovarian Cancer
20   Research in Treatment: Report of the
21   American Association For Cancer Research
22   special conference."
23        Does that sound familiar to
24   you, sir?

Page 385

1         A.   I need to see it.
2         Q.   Sure.
3         A.   Yes, I'm one of the
4    co-authors.
5         Q.   That you are.
6         A.   Yes.
7         Q.   And if you look at the
8    bottom of the first page. Very, very
9    bottom, in the tiny little print, all the
10   way down at the bottom, it says,
11   "Received August 24, 2018. Revised
12   December 17, 2018. Accepted 2019. And
13   published online month 00 2019."
14        So this is a very current
15   paper, correct?
16        A.   I agree.
17        Q.   Okay. And, Doctor, did you
18   have any part to -- to play in the
19   revised version that was submitted on
20   December 17, 2018?
21        A.   To be honest, I am on this
22   as a co-author, because we participate in
23   a meeting. And this is like a meeting
24   report. So everybody talk about things,

Ie-Ming Shih, M.D., Ph.D.

Page 386

1 and so Dr. Bast, the first author as you
2 can see here, the CA-125 discover person,
3 and he wrote -- I think probably he wrote
4 this paper by summarizing our opinion
5 during the conference -- conference.
6 Okay?
7       So after that, I did not see
8 the revision and this and that. So I am
9 participating in this as a co-author,
10 because I contribute to the discussion
11 during the -- during the symposium of
12 ovarian cancer.
13       Q. Okay. If you -- if you turn
14 to Page 8 of this paper?
15       A. 8?
16       Q. Yes, sir.
17       A. Okay. Yes.
18       Q. And on the right side where
19 there's conflict of interest disclosure,
20 your name is not listed, correct? Were
21 you a retained expert for Johnson &
22 Johnson while you were engaged in this
23 process?
24       A. I think this is way before I

Page 387

1 am involved in this litigation.
2       Q. Okay. Now, if you -- on the
3 left column, that's a section called
4 "Conclusions," correct?
5       A. Correct.
6       Q. And in this paper that was
7 published in 2019, this group including
8 yourself write, "In answering these
9 'critical questions,' we have learned
10 that screening algorithms measuring the
11 trend of CA-125 values over time can
12 achieve adequate specificity, but we must
13 improve the sensitivity of panels of
14 biomarkers for early detection of ovarian
15 cancer, possibly utilizing
16 autoantibodies, antigen-autoantibody
17 complexes, and nucleic acid."
18       Did I read that correctly?
19       MS. MILLER: Objection.
20       THE WITNESS: I think this
21 is Dr. Bast's opinion, because
22 that's his research field exactly.
23 And he is the author who wrote
24 this paper.

Page 388

1 BY DR. RESTAINO:
2       Q. Okay. So, Doctor,
3 reasonable scientists can reasonably
4 disagree, correct?
5       MS. MILLER: Objection.
6 Vague.
7       THE WITNESS: It's too
8 vague. What's your question?
9 BY DR. RESTAINO:
10       Q. Okay. While you are
11 disagreeing with Dr. Saed's use of CA-125
12 and I've now shown you four papers
13 supporting the use of CA-125 including a
14 2019 paper for which you are a co-author.
15       MS. MILLER: Objection.
16 Those papers did not use CA-125 in
17 the same way as Dr. Saed. That is
18 such a disingenuous question.
19       MS. PARFITT: It's objection
20 to form.
21 BY DR. RESTAINO:
22       Q. Doctor, can reasonable
23 scientists reasonably disagree?
24       MS. MILLER: Objection.

Page 389

1       THE WITNESS: No. It's
2 based on biological plausibility
3 and the specific question you want
4 answered.
5       I'm asking, or we are
6 addressing the early STIC and p53
7 signature in the fallopian tube,
8 whether talc can cause ovarian
9 cancer and cause the precursor.
10 Now, you are diverting the
11 discussion into the CA-125. And
12 CA-125 is a biomarker for
13 monitoring disease for -- this is
14 well known.
15       So I don't know why this
16 question is relevant. And this
17 is -- should be not existent.
18 BY DR. RESTAINO:
19       Q. So when you disagree that
20 CA-125 is a clinically irrelevant
21 biomarker for ovarian cancer, you
22 disagree with the authors that we've just
23 discussed, right?
24       MR. LOCKE: Objection.

98 (Pages 386 to 389)

Ie-Ming Shih, M.D., Ph.D.

Page 390

1      MS. MILLER: Objection. I'm
2    sorry.
3      THE WITNESS: Okay.
4    BY DR. RESTAINO:
5      Q.   Go back to the paragraph in
6    your expert report. "Irrelevance of
7    CA-125," the final sentence, "Thus
8    Dr. Saed's statement in the conclusion of
9    the report that CA-125 is 'clinically
10   relevant biomarker for ovarian
11   cancer'" -- and there's your reference --
12   "'is misleading and data from CA-125 are
13   not relevant to support the research and
14   conclusion.'"
15     A.   I'm sorry.  Where are you?
16   Which page?
17     Q.   I'm sorry.  Page 5.
18     A.   Right.
19     Q.   The paragraph -- second
20   paragraph from the bottom, "Irrelevance
21   of CA-125 Findings."
22     A.   Oh, I know what's that.  So
23   you need to be careful for the context.
24       So why I want to say that is

Page 391

1    irrelevant of why we are discuss.  That's
2    why we want to bring the discussion
3    relevant here.
4        What I say here is Dr. Saed
5    treat ovarian cancer cell line which is
6    total incorrect methodology, with talcum
7    powder, Johnson & Johnson powder, and
8    took CA-125.  Then he misrepresented,
9    totally wrong that CA-125 because of the
10   increased CA-125, that talcum powder is a
11   carcinogen, which is totally incorrect,
12   in this specific context.
13       So don't -- you need to be
14   careful about what you are referring to.
15     Q.   When Dr. Saed states that
16   CA-125 is a, "Clinically relevant
17   biomarker for ovarian cancer," he is not
18   being misleading, for we've just read
19   four papers, including one by yourself,
20   that supports the use, between 2008 and
21   2019, the use of CA-125 for the early
22   detection of ovarian cancer, correct?
23     MR. LOCKE: Objection.
24     MS. MILLER: That's again

Page 392

1    mischaracterizing his testimony.
2      MS. PARFITT: It's
3    "objection to form."
4      MS. MILLER:  And as I said,
5    you are mischaracterizing how
6    Dr. Saed uses CA-125.
7      THE WITNESS: Right.  You
8    should read Dr. Saed paper.
9    BY DR. RESTAINO:
10     Q.   Sir, I'm reading your expert
11   report in your language.
12     A.   My language is referring to
13   Dr. Saed's.  You see here my opinion
14   about Dr. Saed's.  So we need to go back
15   to Dr. Saed's paper.  And we can discuss.
16   How about that?
17     Q.   I'm just going by what
18   you've stated in your expert report.
19     DR. RESTAINO:  We can take
20   our break now.
21     THE WITNESS: Okay.  Sure.
22     THE VIDEOGRAPHER:  The time
23   is 4:56 p.m.  We're going off the
24   record.

Page 393

1        (Short break.)
2      THE VIDEOGRAPHER:  The time
3    is 5:14 p.m.  We are back on the
4    record.
5    BY DR. RESTAINO:
6      Q.   Doctor, looking at your
7    expert report, please, on the bottom of
8    Page 5, you have a paragraph there which
9    goes over to 6 titled "Extrapolation From
10   an In Vivo Experiment," correct?
11     A.   What I meant is -- let me
12   see.
13     MS. MILLER:  Are you just
14   asking if those words are there?
15     DR. RESTAINO:  Just
16   directing him to that area.
17     MS. MILLER:  Page 5.
18     DR. RESTAINO:  Page 5 going
19   over to Page 6.
20     MS. MILLER:  Oh, okay.
21   BY DR. RESTAINO:
22     Q.   Do you see that, Doctor?
23     A.   Yes.
24     Q.   And actually, you started

99 (Pages 390 to 393)

Ie-Ming Shih, M.D., Ph.D.

Page 394

1  off by saying, "What I meant is."
2  Doctor, what did you mean in that
3  paragraph?
4      A.   I expressed my opinion about
5  Dr. Saed's claims in his summary
6  paragraph.  And what he said, this is
7  very important.
8          "This study has shown a
9  dose-dependent significant increase in
10  key pro-oxidants and concomitant increase
11  in key anti-oxidant enzymes in all talc
12  retreated cells, both normal and ovarian
13  cancer, compared to their control."
14          But we know this is in vitro
15  study.
16          What I mean is they don't
17  have any in vivo support, because
18  carcinogen, I think that's -- if you
19  agree, that's the main things about the
20  talcum powder issue.
21          So the carcinogen based on
22  the definition from the dictionary or
23  NCI, is the chemical compounds, reagents
24  that can cause cancer, and of course

Page 395

1  cancer meaning from a tissue.  So they
2  did not show any evidence biologically
3  plausible evident that talcum powder
4  is -- can cause ovarian cancer.
5          This -- everything is just
6  in vitro evidence.
7      Q.   Yes, and in vitro means in
8  essence either looking at a slide or a
9  petri dish, correct?
10      A.   No.  Slide is human tissue.
11  I think that's a tissue study.  In vitro
12  meaning -- we need to be careful here.
13  We need to define this very well.  In
14  vitro meaning not inside animal tissue or
15  human tissues.  Everything is based on
16  cell culture in petri dish, and you add
17  the drug in the condition,
18  un-physiologically high concentration.
19  And you measure the proliferation,
20  apoptosis, and that is exactly what
21  Dr. Saed did.
22      Q.   Okay.  Now, Doctor, to be
23  fair, in scientific research, it is not
24  uncommon for a person or a team to

Page 396

1  conduct an in vitro study, determine the
2  results of that study, and based upon the
3  results, perhaps then say, now let's do
4  an in vivo study and see if we see this
5  in animals.  And if so, and it's perhaps
6  a treatment, now let's do a Phase I
7  study, clinical study, and find out the
8  dose or the safety parameters, and based
9  upon that, do a Phase II study, and based
10  upon that do a Phase III study.  And
11  perhaps in some cases even a Phase IV
12  postmarketing study.
13          So that from in vitro to
14  Phase IV is not uncommon in science
15  research, correct?
16          MS. MILLER:  Objection.
17          THE WITNESS:  You are
18  talking about general science?
19  BY DR. RESTAINO:
20      Q.   Yes, sir.
21      A.   So general science --
22      Q.   Yes, sir?
23      A.   -- cannot apply to the
24  individual ones.

Page 397

1          For example, in this case,
2  if we want to test talcum powder is
3  carcinogenic at all, this kind of lousy
4  science is not helpful at all.  They --
5  they are just end -- without quotes,
6  without evidence, cultured evidence to
7  show anything biologically meaningful and
8  any mechanism.  It's just in vitro.  And
9  Dr. Saed -- go ahead.
10      Q.   Okay.  Okay.  Well, as you
11  write, the significance of the finding is
12  unclear.
13          Well, the significance of
14  every finding becomes clearer and clearer
15  as we step up in the different studies.
16  In vitro to in vivo or animal, to human
17  testing, correct?
18      A.   This depends on your in
19  vitro study, how solid it is.  How much
20  biological plausibility it can offer.  So
21  if this is the case, then people will
22  be -- love to test in vivo, in human
23  trial.  But in the first phase, like
24  Saed's paper, they are filled with a lot

Ie-Ming Shih, M.D., Ph.D.

Page 398

1    of problems and the wrong methodologies.
2         I don't think any people
3    will look at this paper and will carry
4    any meaningful significance biologically
5    to them.
6         Q.   You're purely speculating on
7    what other readers are going to take away
8    from this paper, aren't you?
9         MS. MILLER: Objection.
10   Objection.
11        THE WITNESS: Which readers?
12   Can you pinpoint which readers?
13   BY DR. RESTAINO:
14        Q.   Any reader. When you say
15   that, "I don't think any people will look
16   at this paper," what people were you
17   talking about?
18        MS. MILLER: Objection.
19   That's --
20        MS. PARFITT: "Objection to
21   form" is fine.
22        MS. MILLER: Thank you,
23   Michelle.
24        MS. PARFITT: You're

Page 399

1    welcome.
2         THE WITNESS: People. What
3    do you mean people? Where I said
4    people, right? That's why --
5    BY DR. RESTAINO:
6         Q.   Can we agree that --
7         MS. MILLER: You read back
8    only half the sentence. That's --
9    BY DR. RESTAINO:
10        Q.   Doctor, can we agree that
11   there's no --
12        A.   Can I see that?
13        Okay. The people here means
14   the scientists who really read this
15   paper, and I'm very sure they will still
16   agree that this is really shocking paper
17   to them, because there is no -- this is
18   just like a script by some other party
19   for litigation purpose.
20        Q.   But, Doctor, it's not
21   inappropriate to look at the results of
22   an in vitro study, and then based upon
23   those results, do the next study in line,
24   perhaps an in vivo or animal study,

Page 400

1    correct?
2         MS. MILLER: Objection.
3    BY DR. RESTAINO:
4         Q.   There's nothing
5    inappropriate about that?
6         MS. MILLER: Objection.
7         THE WITNESS: I answer your
8    question already.
9    BY DR. RESTAINO:
10        Q.   Okay. Doctor, do you have
11   an opinion on whether the talcum powder
12   products that we are discussing in this
13   case contain asbestos?
14        MS. MILLER: Objection.
15        THE WITNESS: I don't know.
16   BY DR. RESTAINO:
17        Q.   Okay. Do you have an
18   opinion as to whether the talcum powder
19   products at issue in this case ever
20   contained asbestos?
21        MS. MILLER: Objection.
22        THE WITNESS: I don't know.
23   BY DR. RESTAINO:
24        Q.   Do you have an opinion on

Page 401

1    whether the talcum powder products at
2    issue in this case contain fibrous talc
3    also known as talc in an asbestiform
4    habit?
5         MS. MILLER: Objection.
6    Foundation.
7         THE WITNESS: This is beyond
8    my expertise and you should ask
9    mineralogist and a toxicologist,
10   geologist.
11   BY DR. RESTAINO:
12        Q.   Does that -- I'm sorry.
13   Does that mean you don't have an opinion?
14        A.   I already answered my
15   question.
16        Q.   Okay. Do you have an
17   opinion on whether the talcum powder
18   products at issue in this case contain --
19   ever contained fibrous talc, also known
20   as talc in an asbestiform habit?
21        MS. MILLER: Objection.
22        THE WITNESS: Same answer to
23   that previous question.
24   BY DR. RESTAINO:

101 (Pages 398 to 401)

Ie-Ming Shih, M.D., Ph.D.

Page 402

```
 1          Q.   Do you have an opinion on
 2    whether asbestos is a known carcinogen?
 3          MS. MILLER:  Objection.
 4          THE WITNESS:  I did not
 5    study asbestos.
 6    BY DR. RESTAINO:
 7          Q.   Do you have an opinion on
 8    whether fibrous talc is a known
 9    carcinogen?
10          A.   I did not study it either.
11          Q.   Do you have an opinion on
12    whether asbestos can cause ovarian
13    cancer?
14          A.   There is no credible science
15    and cogent evidence.  If you have one,
16    please show it to me.
17          Q.   Do you have an opinion on
18    whether fibrous talc, also known as talc
19    in an asbestiform habit, can cause
20    ovarian cancer?
21          MS. MILLER:  Object to form.
22    I think you already asked
23    this.
24          THE WITNESS:  You asked me
```

Page 403

```
 1    several times.
 2    BY DR. RESTAINO:
 3          Q.   No.
 4          A.   Same answer.
 5          Q.   Okay.  And do you have an
 6    opinion -- so your opinions in this case,
 7    is it fair to say, are limited to talcum
 8    powder products that do not contain
 9    asbestos or fibrous talc?
10          A.   I cannot --
11          MS. MILLER:  Objection.  No,
12    that is not what he said.
13          THE WITNESS:  No.
14          MS. PARFITT:  Objection to
15    form is fine.  Jessica, don't
16    coach the witness.
17          MS. MILLER:  He can't -- I'm
18    not coaching the witness.  He's
19    mischaracterizing his testimony.
20          MS. PARFITT:  He asked a
21    question, asked an opinion.  He
22    said do you have an opinion.
23          MS. MILLER:  No, he said
24    it's fair --
```

Page 404

```
 1          THE WITNESS:  No.
 2          MS MILLER:  That's not what
 3    he said.
 4          THE WITNESS:  No.
 5    BY DR. RESTAINO:
 6          Q.   I'll rephrase it.  Do you
 7    have an opinion as to whether your
 8    opinions in this case are limited to
 9    talcum powder products that do not
10    contain asbestos or fibrous talc?
11          MS. MILLER:  Objection.
12          MS. SHARKO:  I don't
13    understand the question.
14          MS. MILLER:  That's just an
15    incomprehensible question.
16          THE WITNESS:  Could you ask
17    a question that is easily
18    understood?  The limitation was
19    limited.
20    BY DR. RESTAINO:
21          Q.   Do your opinions in this
22    case -- are your opinions in this case
23    limited to talc, talcum powder products,
24    which do not contain asbestos?
```

Page 405

```
 1          MS. MILLER:  Objection.
 2          THE WITNESS:  So are you
 3    asking me whether this talc,
 4    talcum powder products contain
 5    asbestos?
 6    BY DR. RESTAINO:
 7          Q.   No, sir.
 8          A.   But that's what you ask --
 9    you are asking me.
10          Q.   No, I'm asking you if your
11    opinions in this case are limited to the
12    evaluation of talcum powder products
13    which do not contain asbestos.
14          MS. MILLER:  Again, I'm
15    going to object to that question.
16    I think it's misleading.  I think
17    it's confusing.  And I -- he said
18    his opinions are related --
19          THE WITNESS:  Okay.  I'm
20    here as expert to express my
21    opinion on whether talcum powder
22    can cause ovarian cancer.  And
23    also I bring up the issue of
24    Dr. Saed's paper, which is
```

102 (Pages 402 to 405)

Ie-Ming Shih, M.D., Ph.D.

Page 406

1  really -- emperor has no clothes.
2  There's no evidence.  That is my
3  position here today.
4      DR. RESTAINO:  Move to
5  strike as unresponsive.
6  BY DR. RESTAINO:
7      Q.   Doctor, did you assume for
8  purposes of your opinions today that
9  talcum powder products do not contain
10 asbestos?
11     MS. MILLER:  Objection.
12 Asked and answered in a
13 different -- with different
14 wording.  And I feel like
15 you're --
16     MS. PARFITT:  Objection to
17 form.
18     MS. MILLER:  -- trying to
19 confuse the witness because he's
20 not --
21     MS. PARFITT:  Object to
22 form.
23     MS. MILLER:  Because he
24 doesn't have English as his first

Page 408

1  to help you?  Because I can
2  easily.
3      DR. RESTAINO:  Sure.
4      MS. SHARKO:  Dr. Shih was
5  asked to assume talcum powder is
6  what it is in the container and he
7  was not asked to address asbestos
8  or heavy metals or fragrances or
9  all that.  Just whatever the
10 talcum powder is.
11     MS. PARFITT:  That's not
12 your question.
13     DR. RESTAINO:  Yeah, yeah.
14 Truthfully that's not my question.
15     MS. PARFITT:  Thank you,
16 Susan.  I appreciate that.
17     MS. MILLER:  That is exactly
18 your question.  You asked him what
19 was --
20     MS. SHARKO:  Then ask the
21 question.
22     MR. LOCKE:  Yeah, that's --
23     MS. PARFITT:  Michelle,
24 Could you please.

Page 407

1  language.
2      DR. RESTAINO:  Your expert.
3      MS. MILLER:  So what?
4      DR. RESTAINO:  So if he
5  can't understand English that's
6  not my problem.
7      MS. MILLER:  No, it's not
8  that he can't understand.  It's
9  that you are asking very confusing
10 questions and repeating the same
11 questions in multiple different
12 ways in an attempt to confuse him.
13     MS. PARFITT:  Counsel,
14 object to form.  Please.  We're
15 almost done.
16     THE WITNESS:  Okay.  So I'm
17 so distracted.  So could you ask
18 one more time in a way that you
19 think I will understand?
20     MS. SHARKO:  Do you want --
21 do you want me to help you,
22 Mr. Restaino --
23     DR. RESTAINO:  Sure.
24     MS. SHARKO:  Do you want me

Page 409

1      (Whereupon, the court
2  reporter read back the requested
3  portion of testimony.)
4      MS. MILLER:  Objection.
5  Asked and answered.
6      THE WITNESS:  I already
7  answered that in the very
8  beginning.
9      MS. PARFITT:  Could you
10 repeat your answer?
11     THE WITNESS:  I already
12 answered.
13 BY DR. RESTAINO:
14     Q.   But what is your answer?
15     A.   You can see in the
16 transcript.
17     Q.   It's your assumption that
18 the talcum powder does not contain
19 asbestos?
20     MS. MILLER:  Objection.
21 BY DR. RESTAINO:
22     Q.   Was that your answer?
23     MS. MILLER:  Objection.
24     THE WITNESS:  I already

103 (Pages 406 to 409)

Ie-Ming Shih, M.D., Ph.D.

Page 410

1    answered.
2    BY DR. RESTAINO:
3        Q.   Doctor, are your opinions in
4    this case limited to talcum powder
5    products that do not contain fibrous
6    talc?
7        MS. MILLER:  Objection.
8        THE WITNESS:  So based on my
9    literature search and the Saed's
10   paper, I reviewed those studies
11   using talcum powder and the
12   Johnson & Johnson's products in
13   all the epidemiology research and
14   the Saed research, in animal
15   studies.
16       That's -- that's my
17   knowledge about this talcum
18   powder.
19   BY DR. RESTAINO:
20       Q.   Okay.  Doctor, have you
21   heard a term "biologic plausibility"?
22       A.   Yes.
23       Q.   And what does that mean to
24   you?

Page 411

1        A.   I think I said that in the
2    morning, probably forgot, that's fine.  I
3    can say that one more time.
4        Biological plausibility
5    means credible science, cogent evidence
6    to support the biological plausibility of
7    statement.  In this statement, is the
8    talcum powder induced ovarian cancer.
9    And I don't find any biological
10   plausibility in this case.
11       (Document marked for
12       identification as Exhibit
13       Shih-12.)
14       DR. RESTAINO:  Michelle, can
15   we go ahead and mark this -- oh,
16   it's already been marked.  Forgive
17   me.  I'm sorry.
18   BY DR. RESTAINO:
19       Q.   Shih-12.
20       MS. MILLER:  I'm confused.
21   How do you have it if you've
22   already marked it?
23       MS. PARFITT:  Premarked.
24       DR. RESTAINO:  Because they

Page 412

1    were premarked earlier this
2    morning.  And we went -- I went
3    out of my chronological plan.
4        MS. MILLER:  Okay.
5    BY DR. RESTAINO:
6        Q.   Doctor, this is a paper --
7        MS. MILLER:  Do we have a
8    copy?
9        DR. RESTAINO:  Oh, I didn't
10   give it to you.
11       MS. MILLER:  I don't think I
12   got one.
13   BY DR. RESTAINO:
14       Q.   This is a paper titled
15   "Papillary Tubal Hyperplasia:  The
16   Putative Precursor of Ovarian Atypical
17   Proliferative (Borderline) Serous Tumors,
18   Non-Invasive Implants, and
19   Endosalpingosis."
20   E-N-D-O-S-A-L-P-I-N-G-O-S-I-S.
21       Lead author is Robert J.
22   Kurman, correct?
23       A.   Yes.
24       Q.   And last named author is

Page 413

1    yourself, correct?
2        A.   I am.
3        Q.   And this is published in the
4    American Journal of Surgical Pathology in
5    2011, correct?
6        A.   Yes.
7        Q.   And if you look down at the
8    very, very last line in the abstract on
9    the front page, you see, you and
10   Dr. Kurman, et al., write, "We propose a
11   model for the development of ovarian and
12   extraovarian low grade serous
13   proliferations (APST, non-invasive
14   epithelial implants and endosalpingosis)
15   that postulates that all of these lesions
16   are derived from PTH, which appears to be
17   induced by chronic inflammation.  If this
18   hypothesis is confirmed, then it can be
19   concluded that low and high grade ovarian
20   tumors develop from tubal epithelium and
21   involve the ovary secondarily."
22       Did I read that correctly?
23       A.   Correct.
24       Q.   Doctor, in 2011 was it

104 (Pages 410 to 413)

Ie-Ming Shih, M.D., Ph.D.

Page 414

```
 1    biologically plausible that chronic
 2    inflammation would initiate this
 3    pathology?
 4         A.   Say that one more time.
 5         Q.   In 2011, when you and
 6    Dr. Kurman, et al., wrote this paper, was
 7    it biologically plausible that chronic
 8    inflammation would initiate this
 9    pathology?
10         MS. MILLER:  Which
11    pathology?
12         DR. RESTAINO:  The pathology
13    that I just read about, described
14    in his paper.
15         MS. MILLER:  Objection.
16         THE WITNESS:  This paper
17    presents our hypothesis in 2011.
18         So how can science advances?
19    It is because we have different
20    findings, come out with
21    hypothesis, or just generate
22    hypothesis from nowhere.
23         Then scientists can decide
24    to test this hypothesis using the
```

Page 415

```
 1    correct methodologies to prove or
 2    to provide biological plausibility
 3    of this hypothesis.  So that's
 4    what we meant here.
 5    BY DR. RESTAINO:
 6         Q.   Okay.  But you would not
 7    develop, nor would Dr. Kurman, a
 8    hypothesis that wasn't based on
 9    biological plausibility, would you?
10         MS. MILLER:  Objection.
11         THE WITNESS:  Can you say
12    that one more time.
13    BY DR. RESTAINO:
14         Q.   You would not develop, nor
15    would Dr. Kurman, a hypothesis that
16    wasn't based on biological plausibility?
17         MS. MILLER:  Objection.
18         THE WITNESS:  Okay.
19    Biological plausibility should be
20    more than hypothesis.  And this is
21    a hypothesis awaiting for
22    proven -- not proven -- to support
23    it by credible science in the
24    future.
```

Page 416

```
 1         So again, this is a
 2    hypothesis.
 3    BY DR. RESTAINO:
 4         Q.   Did you think that your
 5    hypothesis was biologically plausible?
 6         MS. MILLER:  Objection.
 7         THE WITNESS:  I already say
 8    that.  Biological plausibility
 9    should be more than hypothesis.
10    BY DR. RESTAINO:
11         Q.   If you turn to Page 8 of
12    this paper, sir, in the second paragraph,
13    it starts on, "Based on the findings in
14    this study."
15         Do you see that, sir?
16         A.   Which page?
17         Q.   Page 8.
18         A.   Okay.  Here you go.
19         Q.   Yeah.
20         A.   And which paragraph?
21         Q.   Second paragraph.
22         A.   Okay.
23         MS. MILLER:  First full
24    paragraph?
```

Page 417

```
 1    BY DR. RESTAINO:
 2         Q.   First full paragraph.  It
 3    says, "Based on the findings in this
 4    study."
 5         Do you see that, sir?
 6         A.   Yes.
 7         Q.   Okay.  "Based on the
 8    findings of this study, we propose the
 9    following model for the origin and
10    development of the entire spectrum of
11    pelvic low grade serous proliferations.
12    Chronic inflammation induces a
13    proliferation of tubal epithelium that
14    could progress to PTH in some women."
15         Doctor, in 2011 when you
16    wrote this, was it biologically plausible
17    for chronic inflammation to induce
18    proliferation of tubal epithelium?
19         MS. MILLER:  Objection.
20         THE WITNESS:  As we state --
21    so the answer is no.  What we say,
22    we propose it.  We hypothesize
23    this model for future scientists
24    or pathologists to test.  You have
```

105 (Pages 414 to 417)

Ie-Ming Shih, M.D., Ph.D.

Page 418

1    seen the right methodology.  And
2    to provide, like, for instance a
3    mouse study, et cetera.  I don't
4    want to deliberate here too much.
5        This is hypothesis, for the
6    future biological plausibility to
7    provide the evidence.
8        So this is a hypothesis.
9    And again, there's many
10   hypothesis.  I said this many
11   times.
12       Biological plausibility
13   should be more than hypothesis.
14   You need to have credible science
15   and a cogent evidence to support.
16   BY DR. RESTAINO:
17       Q.   So, Doctor, on the bottom
18   paragraph, of this, on the same page that
19   starts, "In conclusion," in the third
20   line down, you have a sentence that
21   starts, "The process begins with chronic
22   inflammation, leading to tubal
23   hyperplasia, which, if it progresses to
24   PTH, can shed and implant tubal

Page 419

1    epithelium on ovarian and peritoneal
2    surfaces resulting in a variety of low
3    grade serous proliferations.  If this
4    hypothesis is confirmed it would indicate
5    that all ovarian tumors, low and high
6    grade, originate from tubal epithelium
7    and involve the ovary secondarily."
8        Did I read that correctly?
9        A.   That's what we wrote.
10       Q.   Okay.  Now, Doctor, isn't it
11   generally accepted today that ovarian
12   serous tumors originate in the tubal
13   epithelium?
14       A.   Okay.  So we have two
15   things.  You're talking about low grade
16   serous carcinoma right, or are you
17   talking about high grade serous
18   carcinoma?
19       Q.   You are talking about both
20   in this paper, aren't you?
21       A.   Okay.  So for the low grades
22   it is a hypothesis, right?  We
23   hypothesize this and that.
24       But for high grade serous

Page 420

1    carcinoma, we have a -- the mouse study,
2    we put a TP53 mutation into the mullerian
3    epithelial cells.  And they develop STIC
4    and they become cancer.
5        Q.   Okay.  Doctor --
6        A.   And that's the cancer cell
7    reports for several years ago.  And
8    that's the best evidence.
9        Q.   After this paper was
10   published --
11       A.   Right.
12       Q.   -- did you alone or with
13   Dr. Kurman or anyone else test the
14   hypothesis to determine whether -- when
15   the process begins with chronic
16   inflammation, if it did, in fact, lead to
17   ultimately the development of low grade
18   and high grade serous epithelial tumors?
19       MS. MILLER:  Objection.  I
20   don't think that accurately states
21   the hypothesis.
22       THE WITNESS:  No.  As you
23   can see in this chart, low grade
24   serous carcinoma, high grade

Page 421

1    serous carcinoma, they are totally
2    different.
3        High grade serous carcinoma
4    is a Type II.  Low grade serous
5    carcinoma is a Type I disease.
6        Okay.  So their origin is
7    fallopian tube.  By their
8    pathogenesis, molecular genetic
9    changes, they are all different.
10   So you cannot lump them together
11   for discussion.
12   BY DR. RESTAINO:
13       Q.   Okay.  If you go back to
14   Page 2 --
15       A.   Which paper?
16       Q.   -- of your paper, please.
17   The one we are talking about with
18   Dr. Kurman, the papillary studies.  If
19   you go to Page 2, back to the top.  The
20   very last sentence above the line states,
21   "If this hypothesis is confirmed, it can
22   be concluded that low and high grade
23   ovarian tumors develop from tubal
24   epithelium and involve the ovary

Ie-Ming Shih, M.D., Ph.D.

Page 422

1    secondarily."
2              Did you conduct a follow-up
3    study to prove or disprove your
4    hypothesis?
5              MS. MILLER:  Objection.
6    BY DR. RESTAINO:
7         Q.   It's just yes or no.
8         A.   So again you are confused
9    about low grade and high grade.  They are
10   two different diseases.
11             Okay.  For the low grade is
12   a hypothesis.  And you know low grade
13   serous carcinoma is only 5 percent of
14   ovarian cancer.  Really, really small
15   population.  So I don't know whether low
16   grade serous carcinoma has been shown in
17   any epidemiology studies, any
18   epidemiology study break, high grade, low
19   grade, clear cell endometriosis, and et
20   cetera.  Otherwise, I don't know what you
21   are talking about.
22        Q.   Well, I'm talking about what
23   you wrote, sir.
24        A.   Yes.

Page 423

1         Q.   So I'm going to move to
2    strike your answer, because there's no
3    confusion on my part, because I can read
4    English.  And what's stated here is if
5    this hypothesis is confirmed, then it can
6    be concluded that low and high grade
7    ovarian tumors developed from tubal
8    epithelium and involve the -- the ovary
9    secondarily.  So I'm combining low grade
10   and high grade because that's what's
11   written here, correct, Doctor?
12             MR. LOCKE:  Objection.
13             MS. SHARKO:  Objection.
14             THE WITNESS:  That's not how
15        we meant.
16   BY DR. RESTAINO:
17        Q.   Oh, so is it your testimony
18   today that a future reader, when they
19   read this sentence, should call you up
20   and say, Dr. Shih, what did you mean by
21   this?
22        A.   No.  This the --
23             MS. MILLER:  Objection.
24             Give me time to object.  That was

Page 424

1        obviously an objectionable
2        question.
3              Objection.
4    BY DR. RESTAINO:
5         Q.   Did the peer reviewers know
6    what you meant?
7              MS. MILLER:  Objection.
8              THE WITNESS:  Who are the
9        peer reviewers?
10   BY DR. RESTAINO:
11        Q.   I'm sorry?
12        A.   Who are the peer reviewers?
13        Q.   Well, they are typically
14   anonymous, aren't they?
15        A.   Yes.
16        Q.   So I wouldn't know that.
17   But somebody peer reviewed this, don't
18   you agree?
19             MS. MILLER:  Objection.
20             THE WITNESS:  That's not
21        relevant to this question.
22   BY DR. RESTAINO:
23        Q.   Okay.  Doctor, in 2011, was
24   it biologically plausible that low and

Page 425

1    high grade ovarian tumors stimulated by
2    chronic inflammation develop in the tubal
3    epithelium, was it just biologically
4    plausible?
5              MS. MILLER:  Objection.
6         Objection.  Asked and answered.
7              THE WITNESS:  No.
8              I answered your question.
9    BY DR. RESTAINO:
10        Q.   Okay.  When you submitted
11   the paper for publication, did any peer
12   reviewer come back and say, this is not
13   biologically plausible, we're not going
14   to publish this?
15             MS. MILLER:  Objection.
16             THE WITNESS:  Could you
17        repeat that question one more
18        time?
19   BY DR. RESTAINO:
20        Q.   When you submitted the paper
21   for publication.
22        A.   Yes.
23        Q.   Did any peer reviewer come
24   back and say, this is not biologically

107 (Pages 422 to 425)

Ie-Ming Shih, M.D., Ph.D.

Page 426

1    plausible?
2         A.   In the peer review systems,
3    my -- I serve editor-in-chief.  This is
4    not our focus.  We want to publish
5    hypothesis, review articles, epidemiology
6    study, which don't have any biological
7    plausibility, right?
8         We publish all the data that
9    is peer reviewed.  So that's our job.
10   It's not required, it's not required for
11   any publication to need that biological
12   plausibility.
13        DR. RESTAINO:  Move to
14   strike as unresponsive.
15   BY DR. RESTAINO:
16        Q.   Do you know what the peer
17   reviewers --
18        MS. MILLER:  It was
19   responsive.
20        THE WITNESS:  Why, why, why.
21   BY DR. RESTAINO:
22        Q.   Do you know what the peer
23   reviewers did in this case, did anyone
24   say to you, this is not biologically

Page 427

1    plausible?
2         MS. MILLER:  Objection.
3         THE WITNESS:  I think I
4    answered your question.
5    BY DR. RESTAINO:
6         Q.   I'm -- I'm sorry, you
7    didn't.
8         Did you get something back
9    from peer reviewers saying this is not
10   biologically plausible, please provide
11   more information or do this further
12   study?
13        MS. MILLER:  Objection.
14        THE WITNESS:  I think I
15   already answered your question.
16        Biological plausibility is
17   not required for any publications.
18        MS. SHARKO:  I can help you
19   out.  Dr. Shih --
20        THE WITNESS:  Yeah.
21        MS. SHARKO:  -- he's just
22   asking you if any of the peer
23   reviewers said that to you.
24        So if you remember what the

Page 428

1    peer reviewers said, then you
2    should tell him that.
3         THE WITNESS:  Oh, I cannot
4    remember that.
5    BY DR. RESTAINO:
6         Q.   Okay.  And, Doctor --
7         DR. RESTAINO:  Thank you,
8    Susan.
9    BY DR. RESTAINO:
10        Q.   If you would turn now to
11   your expert report, Page 9.
12        A.   Okay.  I'm sorry.  Which
13   one, page?
14        Q.   Page 9 of your expert
15   report, I think it is.
16        The lack of sufficient
17   evidence to support talc as a cause of
18   ovarian cancer?
19        A.   You mean the C, right, under
20   the Section C?  We are looking at
21   different pages.
22        Q.   Just give me a chance to get
23   there.  C, the lack of sufficient
24   evidence to support talc as a cause of

Page 429

1    ovarian cancer.
2         Okay.  In the middle
3    paragraph, you have a section that starts
4    "according to Merriam-Webster's
5    dictionary."
6         Do you see that, sir?
7         A.   Right.
8         Q.   Okay.  Then the final two
9    sentences to the -- that starts to the
10   right of Martincorema 2017, you write,
11   "Thus, in order to prove that any
12   substance is carcinogenic it is not
13   sufficient to demonstrate exposure.  One
14   must also demonstrate that the exposure
15   can cause biological effects and
16   tissue/cellular changes (like precursor
17   lesions)."
18        Did I read that correctly?
19        A.   Yes.
20        Q.   And is it still your opinion
21   today that one must demonstrate the
22   exposure causes biological effects and
23   tissue/cellular changes?
24        A.   Cause biological effects,

108 (Pages 426 to 429)

Ie-Ming Shih, M.D., Ph.D.

Page 430

1  meaning biological plausibility to
2  support, to support this issue.
3       Q.   I'm sorry, Doctor, you are
4  not saying biological plausibility here.
5  What you wrote here was very specific,
6  that "in order to prove that any
7  substance is carcinogenic, it is not
8  sufficient to demonstrate exposure, one
9  must also demonstrate the exposure can
10  cause biological effects and
11  tissue/cellular changes."
12       Is that still your opinion,
13  sir?
14       A.   You need to see why I say
15  that.  You cannot just quote -- quote one
16  sentence.
17       You see my previous
18  sentences.  "Carcinogens cause cancer due
19  to their ability to damage DNA," blah,
20  blah, blah.
21       "Thus, in order to prove
22  that any substance is carcinogenic, it's
23  not sufficient to demonstrate exposure."
24       What I mean is the mere

Page 431

1  experience -- the appearance of
2  something, like talcum powder, I don't --
3  I don't believe, I don't see any credible
4  evidence, ever in the fallopian tube,
5  beneath the epithelial cells, okay, if we
6  assume, but this is not possible, assume
7  it's there, it's not sufficient to
8  demonstrate that it is causal.  You need
9  to provide biological evidence to
10  support, for example.
11       You need to show that talcum
12  powder existence, right, can support
13  there is a carcinogenic effect on the p53
14  signature.  And a -- and a STIC and a
15  biological mechanism behind that.
16  There's many biological mechanisms.
17       That's why I say in -- in
18  reference to the previous sentence,
19  that's what I said.
20       Q.   Doctor.
21       A.   Right.
22       Q.   That's the exact argument
23  tobacco industry made in the 1950s and
24  the 1960s that one cannot rely upon

Page 432

1  evidence of -- of epidemiology exposure,
2  that there had to be scientific evidence
3  of mutagenic activity.  Isn't that
4  correct?
5       MR. LOCKE:  Objection to
6  form.
7       MS. MILLER:  Objection.
8       MR. MIZGALA:  Objection.
9       MS. MILLER:  You got three
10  objections at the same time there.
11  Did you get them all?
12       THE WITNESS:  Do you have
13  the reference or documents for
14  that?
15  BY DR. RESTAINO:
16       Q.   Well, Doctor, I'll show you
17  what I've been marked as Shih-26.
18       (Document marked for
19  identification as Exhibit
20  Shih-26.)
21  BY DR. RESTAINO:
22       Q.   It's a Saturday,
23  September 30, 1950, publication in the
24  British Medical Journal titled "Smoking

Page 433

1  and Carcinoma of the Lung," by Richard
2  Doll and Austin Bradford Hill.
3       A.   Wow.
4       Q.   Doctor, if you take a look
5  at it, the --
6       A.   Hold on a moment.  I need to
7  see British Medical Journal.  1950.
8       Q.   Now, sir, you see on the
9  right-hand column there's a heading
10  possible causes of the increase?
11       A.   Could you hold a moment.  I
12  need to see what is this article.
13       Q.   What part -- what do you
14  need to look up for this article?
15       A.   I want to know --
16       Q.   It's published in British
17  Medical Journal in 1950.  It's written by
18  Sir Richard Doll and Sir Austin Bradford
19  Hill.  What else do you need to see?
20       MS. MILLER:  Objection.  Is
21  that actually a question or are
22  you just being argumentive?  If
23  you'd like him to answer, he can.
24  But I'm guessing you're just being

109 (Pages 430 to 433)

Ie-Ming Shih, M.D., Ph.D.

Page 434

1   argumentative.  Tempers are
2   flaring.  The day's been long.
3        DR. RESTAINO:  We've got
4   about nine minutes.
5   BY DR. RESTAINO:
6        Q.   Doctor, look at, "Possible
7   causes of the increase.  Two main causes
8   have from time to time been put forward."
9        A.   Okay.  I did not follow.  I
10  just want to see any reference, okay.
11  That's a point.
12       Q.   A pre-1950 reference is
13  going to help you?
14       A.   No, no.  Whether they cite
15  any references.  That's what I'm going
16  to.  Okay.
17            This one, two, three, four,
18  five, six, seven, eight references in
19  1947 and 1944, 1939.  Okay.  What's your
20  question?
21       Q.   Possible causes of the
22  increase.
23       A.   Wait, wait, wait a second.
24  Okay.

Page 435

1        Q.   Front page, right column.
2   "Two main causes from time to time have
3   been put forward:  One a general
4   atmospheric pollution from the exhaust
5   fumes of cars, from the surface dust of
6   tarred roads, and from gas-works,
7   industrial plants, and coal fires; and to
8   the smoking of tobacco."
9            Did I read that correctly?
10       MR. LOCKE:  Objection.
11       MS. MILLER:  I'm going to
12  raise several objections here.
13  The witness has never seen this.
14  This is outside his area of
15  expertise.  You haven't given him
16  time to read it.  And you've
17  plucked one sentence out of it in
18  order to make some point, unclear.
19  And I think that's grossly unfair.
20       THE WITNESS:  This is 1950.
21       MS. MILLER:  You can't ask a
22  scientist to comment on one
23  sentence --
24       MS. PARFITT:  "Object to

Page 436

1   form," Counsel.  You have really
2   crossed the line on this last one.
3   We've got seven minutes.  Please,
4   or I'll call Judge Pisano.
5        THE WITNESS:  So before I
6   can answer any question, I need
7   to -- so which -- which sentence
8   you are referring to?
9   BY DR. RESTAINO:
10       Q.   Well, sir, I was referring
11  to the fact that the two -- of the two --
12       A.   Oh, the paragraph.
13       Q.   -- causes listed there, one
14  of them is smoking of the -- smoking of
15  tobacco.
16            As a pathologist, in your
17  medical school education and in your
18  training as a pathologist, did you study
19  the association of smoking and lung
20  cancer?
21       MS. MILLER:  So objection.
22  You said two main causes.  And we
23  don't know of what.
24       DR. RESTAINO:  I read them

Page 437

1   into the record, what they are.
2        MS. MILLER:  Causes of what?
3   You just pulled out a sentence
4   that says "two main causes."  Of
5   what?
6        DR. RESTAINO:  How about the
7   title of the article?
8        MS. MILLER:  Well, you
9   didn't even put that.  I mean, he
10  hasn't had a chance to look at it.
11       THE WITNESS:  So this is a
12  few sentences.  Do you know how
13  many sentences here?
14  BY DR. RESTAINO:
15       Q.   Yes.
16       A.   How many sentences?
17       Q.   I've read it.
18       A.   Yeah, how many sentences?
19       Q.   A lot.
20       A.   Well, how many?
21       Q.   Is it your opinion that --
22       MS. MILLER:  Not going to
23  argue.
24  BY DR. RESTAINO:

Ie-Ming Shih, M.D., Ph.D.

Page 438

```
 1        Q.   -- that the association with
 2   smoking and lung cancer established in
 3   the 1950s and 1960s by case-control
 4   epidemiological studies depended upon the
 5   molecular evidence that you put into your
 6   record that must be present for there to
 7   be an association?
 8            MS. MILLER:  Objection.
 9            MR. LOCKE:  Objection to
10        form and beyond the scope.
11            MS. MILLER:  Thank you.
12        Because I've been chided for
13        apparently objecting improperly.
14            MS. PARFITT:  Counsel, I'm
15        just following the CMO.
16            MS. MILLER:  Did you guys
17        follow the CMO when you were
18        defending depositions?
19   BY DR. RESTAINO:
20        Q.   Can you answer the question,
21   Doctor?
22        A.   I am a gynecology
23   pathologist.  My field of research is
24   vulva, vagina, cervix, uterus, right
```

Page 439

```
 1   fallopian tube, left fallopian tube,
 2   right ovary, and the left ovary.
 3        Q.   Okay.  And, Doctor, in that
 4   paragraph that you wrote at the bottom of
 5   the page where you start with, "According
 6   to Merriam-Webster's dictionary," and you
 7   describe a carcinogen as a substance that
 8   causes cancer, every one of those
 9   anatomic parts that you just said are not
10   in this paragraph, correct?
11            MS. MILLER:  Objection.
12   BY DR. RESTAINO:
13        Q.   This paragraph talks about
14   cancer in general, does it not?
15            MS. MILLER:  Objection.
16            MR. LOCKE:  Objection.
17            MS. MILLER:  There's two
18        questions there.
19            THE WITNESS:  You speak too
20        fast.  This embedded different
21        questions.
22   BY DR. RESTAINO:
23        Q.   Okay.
24        A.   Could you dissect this out
```

Page 440

```
 1   and ask me one by one?  Thank you very
 2   much.
 3        Q.   Doctor --
 4        A.   Yes.
 5        Q.   -- carcinogen causes cancer
 6   due to their ability to damage the genome
 7   and induce a cancer driver but not
 8   passenger mutations that promote cancer
 9   development; is that correct?
10        A.   I need to see that, please.
11        Q.   Just read from your paper.
12   I'm reading what you wrote.
13        A.   Yeah, I need to -- do you
14   remember when I said that, in what
15   context?  What kind of question you ask?
16        Q.   You need to have context for
17   knowing -- for answering whether or not
18   the word ovary is in that paragraph?
19            MS. MILLER:  Objection.
20            THE WITNESS:  Ovary in the
21        paragraph.
22            MS. MILLER:  Please, Doctor,
23        let me do my job.
24            THE WITNESS:  Okay.  Okay.
```

Page 441

```
 1            What do you mean ovary in
 2        that paragraph?  I'm confused.
 3   BY DR. RESTAINO:
 4        Q.   Doctor, this paragraph
 5   describes what carcinogens are in a
 6   general sense, not limited to the
 7   genitourinary tracts of a woman, correct?
 8        A.   You mean this paragraph
 9   in -- in "Smoking and Carcinoma of the
10   Lung"?
11        Q.   No, Doctor.
12        A.   Which -- which paragraph are
13   you referring to?
14        Q.   The paragraph we're reading
15   from Page 9 of your expert report --
16        A.   Page 9, okay.
17        Q.   "Lack of sufficient evidence
18   to support talc as a cause of ovarian
19   cancer.
20        A.   Where is that now?
21        Q.   On Page 9, C.
22        A.   Okay.  C, yes.
23        Q.   You asked me about letter C.
24   Letter C, "The lack of sufficient
```

111 (Pages 438 to 441)

Ie-Ming Shih, M.D., Ph.D.

Page 442

1   evidence to support talc as a cause of
2   ovarian cancer."
3       In the paragraph, "according
4   to Merriam-Webster's dictionary," you do
5   not describe the ovaries, nor the
6   genitourinary tract, but rather you
7   discuss carcinogens and cancer in a
8   general sense, do you not?
9       MS. MILLER:  Objection.
10      THE WITNESS:  Okay.  So your
11      question is you talk about the
12      definition of the carcinogen and I
13      did not have over here.  And you
14      said this is the general
15      description.
16  BY DR. RESTAINO:
17      Q.   Correct?  Correct?
18      A.   That's from the definition
19  of the dictionary.
20      Q.   So is your opinion outside
21  the genitourinary tract, but as cancer in
22  general, that one must also demonstrate
23  exposure can cause biological effects and
24  tissue/cellular changes like precursor

Page 444

1       approximately 6:00 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 443

1   lesions before you can make a causal
2   connection between an environmental
3   carcinogen and cancer?
4       A.   No --
5       MR. LOCKE:  Objection.
6       MR. MIZGALA:  Objection.
7   BY DR. RESTAINO:
8       Q.   Okay.
9       A.   Is not must.  Is has the
10  biological plausibility to support.
11  That's what I mean.
12      DR. RESTAINO:  Okay.  I
13      think we're done.
14      MS. SHARKO:  Thank you very
15      much.
16      DR. RESTAINO:  No further
17      questions.
18      THE VIDEOGRAPHER:  The time
19  is 6:00 p.m. March 26, 2019.
20  Going off the record.
21      This ends the videotaped
22  deposition.
23      (Excused.)
24      (Deposition concluded at

Page 445

1
2           CERTIFICATE
3
4
5       I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
6   deposition is a true record of the
    testimony given by the witness.
7
        It was requested before
8   completion of the deposition that the
    witness, IE-MING SHIH, M.D., Ph.D., have
9   the opportunity to read and sign the
    deposition transcript.
10
11
12
        _____
        MICHELLE L. GRAY,
13      A Registered Professional
        Reporter, Certified Shorthand
14      Reporter, Certified Realtime
        Reporter and Notary Public
15      Dated:  March 27, 2019
16
17
18      (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

112 (Pages 442 to 445)

Ie-Ming Shih, M.D., Ph.D.

Page 446

1    INSTRUCTIONS TO WITNESS
2
3         Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8         After doing so, please sign
9    the errata sheet and date it.
10        You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14        It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24

Page 447

1         - - - - - -
          E R R A T A
2         - - - - - -
3
4    PAGE LINE  CHANGE
5    ____ ____  _____
6         REASON: _____
7    ____ ____  _____
8         REASON: _____
9    ____ ____  _____
10        REASON: _____
11   ____ ____  _____
12        REASON: _____
13   ____ ____  _____
14        REASON: _____
15   ____ ____  _____
16        REASON: _____
17   ____ ____  _____
18        REASON: _____
19   ____ ____  _____
20        REASON: _____
21   ____ ____  _____
22        REASON: _____
23   ____ ____  _____
24        REASON: _____

Page 448

1
2    ACKNOWLEDGMENT OF DEPONENT
3
4         I,_____, do
5    hereby certify that I have read the
6    foregoing pages, 1 - 449, and that the
7    same is a correct transcription of the
8    answers given by me to the questions
9    therein propounded, except for the
10   corrections or changes in form or
11   substance, if any, noted in the attached
12   Errata Sheet.
13
14
15   _____
16   IE-MING SHIH, M.D., Ph.D.      DATE
17
18
19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20_____.
21   My commission expires:_____
22
     _____
23   Notary Public
24

Page 449

1    LAWYER'S NOTES
2    PAGE LINE
3    ____ ____ _____
4    ____ ____ _____
5    ____ ____ _____
6    ____ ____ _____
7    ____ ____ _____
8    ____ ____ _____
9    ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   ____ ____ _____

113 (Pages 446 to 449)

Ie-Ming Shih, M.D., Ph.D.

Page 450

**A**

**A-Z-A-S-A-N**
191:1
**A-Z-A-T-H-I-...**
190:22
**a.m** 1:15 9:9
71:8,12 152:11
**A2780** 334:4,6
337:21 341:12
344:13,17,24
346:2,12,23
347:10,13
348:24 349:13
351:10
**abbreviation**
379:21 380:7
**abbreviations**
379:20
**ability** 430:19
440:6
**able** 45:2 48:14
73:2 160:23
164:13 170:14
189:10 213:1
239:10
**abnormal** 165:4
**abnormalities**
164:4
**abnormality**
35:4
**abreast** 350:21
**absence** 28:2
150:1 173:13
**absent** 222:10
**absolute** 189:4
**absorbed**
238:24
**abstract** 136:20
143:19 413:8
**academia** 49:12
51:6,13
**academic** 51:2
72:20 215:4,8
**accept** 72:10
353:22
**acceptable**

359:19
**accepted** 60:16
154:9 156:7
157:21 242:14
243:6 313:14
314:8 385:12
419:11
**access** 119:8,12
**account** 44:24
44:24
**accumulating**
124:1,6,10
136:20 137:21
**accurate** 15:16
225:17 335:14
446:20
**accurately**
211:16 420:20
**achieve** 387:12
**acid** 387:17
**acknowledge**
97:11
**acknowledge...**
103:22
**ACKNOWLE...**
448:2
**acknowledgm...**
102:16 103:15
103:16 104:7
**acquired** 306:21
**acting** 247:14
**active** 239:19
**activity** 46:1,2
432:3
**acute** 170:18,21
171:1,11,19
**add** 395:16
**added** 311:22
312:17
**addendum** 95:5
95:12
**addition** 41:13
311:20 339:20
341:3 343:5
**additional** 15:21
19:1,6 312:24
**additions** 22:23

**additive** 133:21
133:22 135:2
**address** 80:24
106:10 408:7
**addresses**
231:14,16
**addressing**
389:6
**adenocarcino...**
240:20
**adequate** 346:23
387:12
**adjacent** 189:6
192:3 194:4
**administer** 10:4
**administration**
51:4
**admitted** 259:22
**adopt** 354:20
**adopted** 354:1
**advances** 414:18
**affect** 120:14
184:6 190:4
217:5 323:22
**afford** 49:11
**afindeis@nap...**
2:14
**age** 269:11
**aged** 41:21
**agency** 49:10
50:24
**agent** 63:16
193:16 247:11
**agents** 191:2
247:10
**ago** 43:18 55:23
55:23,23 101:1
248:12 250:5
306:3 362:4,18
420:7
**agree** 62:18
65:13,16,21
66:4,19 93:19
129:2 133:20
134:9,15
135:22 139:13
142:17 146:1

149:22 150:5
157:18 158:16
160:14 167:10
167:21 171:10
216:16 270:20
282:3,4 283:13
284:17 286:13
289:11,21
290:2,6 291:2
291:20 292:6
296:23 297:17
298:3,7 301:12
302:3,17,20
309:8 343:1
359:9,14
362:19 374:2
385:16 394:19
399:6,10,16
424:18
**agreed** 11:22
12:16 45:18
46:8 175:20
183:13 199:23
307:6,19
**agreement** 14:2
14:4
**agrees** 131:9,11
**ah** 22:15 54:17
144:9 160:23
163:7 175:6
201:24
**ahead** 17:11
44:12 70:24
238:19 397:9
411:15
**aim** 317:2 318:1
**al** 69:5,5,6,7
125:24 127:22
129:14 130:11
131:21 139:5
154:11 155:17
212:22 334:11
334:12 372:2
375:10 376:2,8
413:10 414:6
**ALASTAIR**
2:12

**Alexandria** 2:8
**algorithms**
387:10
**allow** 216:13
217:13 345:11
**allowed** 139:15
231:15 280:6
**allows** 116:11
**alongside**
307:13
**alterations**
103:7
**America** 372:3
**American**
384:21 413:4
**analogous**
256:11
**analogy** 57:14
57:16 255:17
255:21 256:24
257:7
**analyses** 138:1
143:3 144:3
145:1
**analysis** 7:14
17:5 33:6,9
38:7 56:16
58:9 59:2
82:22 93:10
103:6 104:12
131:22 132:24
143:9 144:11
145:11 170:22
248:21 263:21
333:15
**analyze** 148:15
**anatomic**
150:14 439:9
**and/or** 211:6
213:22 445:21
**Anderson**
355:10
**angiogenesis**
307:19
**Anglesio** 334:11
345:8
**animal** 395:14

Ie-Ming Shih, M.D., Ph.D.

397:16 399:24
410:14
**animals** 396:5
**anonymous**
424:14
**answer** 8:5
11:20,23 12:14
29:1 33:12
36:12 46:14
52:5,8 55:14
57:9 65:18,20
66:14,24 67:24
78:16 87:4
98:7 116:24
117:1,4 120:2
120:24 130:3
141:5 145:15
146:7,8 147:7
150:9 168:12
175:15 184:17
186:8,9 187:18
193:21 194:23
211:16 224:7
225:5,11 226:5
234:3 246:14
249:10,10
287:3 289:8
293:2,4 298:21
299:17,21
300:23 301:3
323:10 325:9
325:11 326:9
326:15 327:14
330:15 331:14
331:21 332:18
342:3 343:2
348:5 355:2
363:22 381:15
400:7 401:22
403:4 409:10
409:14,22
417:21 423:2
433:23 436:6
438:20
**answered** 48:6
52:3,9 80:10
108:7 116:8

179:18 180:3
203:8,10,15
258:24 291:23
324:3 325:3,6
328:22,24
329:9 330:12
330:17,19,22
331:3 332:24
389:4 401:14
406:12 409:5,7
409:12 410:1
425:6,8 427:4
427:15
**answering** 47:6
140:7,17 146:4
266:10 387:8
440:17
**answers** 40:5
448:8
**anti** 189:20
193:4
**anti-oxidant**
394:11
**antibodies**
353:15 365:14
**anticipated**
82:18
**antigen** 353:9,11
353:19 354:2,3
354:21 362:17
**Antigen-125**
367:3 368:23
**antigen-autoa...**
387:16
**antigrowth**
295:12,17
307:14
**antiinflammat...**
193:4,15
**antrum** 245:8
**anybody** 50:18
**anymore** 84:10
89:4 338:24
343:10
**anytime** 57:10
**apart** 238:5
**apologies** 26:11

**apoptosis**
296:10 307:10
395:20
**apparently**
374:22 438:13
**appearance**
431:1
**appearances** 2:1
3:1 4:1 9:23
**appears** 282:7
413:16
**applicable** 319:8
319:20
**Applied** 338:10
342:12
**apply** 128:12
166:18 287:3
318:8,22
325:23 326:5
396:23 445:19
**appreciate**
79:22 352:20
408:16
**appreciated**
313:15 322:10
325:19 329:23
332:2,22
**approach** 45:20
**approaching**
260:24
**appropriate**
37:10 94:12
331:8 446:6
**approval** 93:13
93:23 94:7,13
95:3 96:3,8,15
104:24
**approve** 94:2
350:9
**approved** 358:5
359:2
**approximately**
167:11,22
444:1
**APST** 413:13
**arcane** 255:24
**architecture**

32:2,5
**archival** 91:19
**Ardighieri**
46:23 95:22
181:6 220:23
**area** 190:5
260:24 270:6
332:7 384:18
393:16 435:14
**arena** 322:23
**argue** 437:23
**argument**
297:23 431:22
**argumentative**
434:1
**argumentive**
244:14 329:7
433:22
**arguments**
112:6 253:14
**ARPS** 3:2
**arrogant** 90:20
**arthritis** 193:13
**article** 74:18
104:18 125:23
126:1 130:8
139:17 154:15
155:16 208:23
209:2 210:15
211:3,6 213:22
215:24,24
216:8,8 277:13
277:20 283:11
322:15 331:1
333:14 363:14
363:15,16,17
382:16 433:12
433:14 437:7
**articles** 48:3
67:16 69:14
72:22 75:6
157:5,19
158:19,24
215:2,5 216:19
243:11 274:13
297:16 309:6
344:16,22

346:1 363:12
426:5
**asbestiform**
401:3,20
402:19
**asbestos** 54:16
237:9 248:3
250:9,22 251:9
251:11,20
252:19 254:1
254:14 255:13
257:6,12,19
258:4,23 259:7
259:23 269:24
270:3 297:11
302:12 321:20
400:13,20
402:2,5,12
403:9 404:10
404:24 405:5
405:13 406:10
408:7 409:19
**Ashcraft** 2:7
43:1
**asked** 24:7 29:1
32:23 35:1
39:7 52:3
134:7 153:10
180:3 203:8
211:14 212:24
228:1 257:15
266:4 291:23
300:16 323:15
328:22 330:12
358:12,13
373:5 402:22
402:24 403:20
403:21 406:12
408:5,7,18
409:5 425:6
441:23
**asking** 10:16
16:18,20 60:21
67:3 83:4 94:5
109:7 110:8
122:9 125:3,6
131:8 134:6,19

Ie-Ming Shih, M.D., Ph.D.

Page 452

140:9,14 151:1
151:6 153:4
178:15 180:6,9
236:20 249:9
263:20 283:12
325:12,24
340:24 341:17
347:24 373:6
389:5 393:14
405:3,9,10
407:9 427:22
**asks** 25:21
**aspect** 31:10
**assess** 228:3
**assign** 27:21
179:11
**assigned** 160:3
177:19
**associated** 35:21
58:13 59:6
64:24 85:16
92:13,23
114:12 116:16
118:5 127:23
143:13 145:20
151:3 161:12
168:11 185:18
192:17 194:3
220:14 222:11
225:13 226:7
239:14 285:10
356:16
**association** 7:22
57:14 58:16
65:4,6,7,8 68:4
69:2 111:24
113:3 285:5,6
285:8,9 384:11
384:21 436:19
438:1,7
**assume** 15:18
234:12 406:7
408:5 431:6,6
**assumption**
60:13 113:7
168:8 409:17
**assumptions**

60:24
**asterisk** 161:9
**ATC** 338:2
**atmospheric**
435:4
**atom** 249:17
**atoms** 249:17
**attached** 17:3
106:6 207:3,16
210:1 446:12
448:11
**attempt** 407:12
**attention** 43:17
62:5 103:14
312:16 378:18
**attorney** 10:16
14:10 28:15
38:19 42:9
446:16
**attorneys** 43:4
81:20 221:22
**Atypical** 412:16
**audience** 216:21
**August** 385:11
**auspices** 219:18
**Austin** 56:5,8
433:2,18
**author** 68:17
77:20 90:13
155:20 156:15
156:20 223:8
223:11 365:12
386:1 387:23
412:21,24
**author's** 132:12
138:22 329:4
369:6
**authority** 264:7
292:18
**authors** 24:19
74:19,22 78:1
126:15 129:9
130:13 139:13
140:24 141:4
142:20 156:10
213:15,19
217:17 279:6

281:19 282:5
283:13 285:13
285:19 301:17
308:7 317:11
322:10 372:21
372:23 373:1,6
373:7,11
376:10 389:22
**authorship**
211:5 213:21
**Auto** 365:14
**autoantibodies**
6:18 387:16
**autoimmune**
171:18
**automatically**
132:7
**available** 88:14
92:14 215:17
367:4,16 369:1
**Avenue** 3:3
**avoiding** 311:24
**awaiting** 415:21
**aware** 120:22
221:10,15
241:23 242:19
245:19,21
255:21 346:10
346:11 347:18
348:1
**Azasan** 190:24
**azathioprine**
189:22 190:19

_____
**B**
**B** 2:16 5:10 6:2
7:2 24:24
172:20 196:14
201:23 256:5
**B-cell** 174:14
**B-cells** 172:2
173:4
**B-R-O-Z-M-...**
102:21
**back** 13:1 17:4
55:22 71:12,15
84:15 107:10

129:13 143:19
150:4 152:2,15
152:18 175:11
207:16 211:23
212:12,18
220:18 235:7
236:9 248:6
250:4 255:23
281:17 295:8
304:5,8 318:20
333:8 341:13
345:23 359:5
362:3 364:9,19
378:12 382:24
390:5 392:14
393:3 399:7
409:2 421:13
421:19 425:12
425:24 427:8
**background**
53:1,21 141:6
141:9,11
161:13 196:20
**bacterium**
240:14
**bad** 286:6
342:15,17
380:24
**Baltimore** 1:14
9:13
**bank** 86:24 88:7
92:16 103:10
104:14 177:6
**Bard** 34:10,16
35:22 36:7
**based** 29:18
30:4,5 31:11
32:1 62:21
64:19 81:4
83:17 87:8
97:8 110:19
112:10 114:17
140:4 156:24
157:8 158:1,18
161:1,3 168:8
176:11,12
184:23 189:4

194:1,1 219:17
226:12 233:2
237:2,12,23
264:2,20 265:2
272:22 273:7
274:18,18
275:7 286:4
288:14 317:21
317:21 335:20
335:21,23
369:7 376:8
389:2 394:21
395:15 396:2,8
396:9 399:22
410:8 415:8,16
416:13 417:3,7
**basement**
133:24
**basic** 28:10 29:4
46:20 65:9
67:7,8 70:3
**basically** 31:14
87:4 88:21
**basing** 322:23
**basis** 7:21 30:4
31:7,8 63:5
116:3 187:19
324:23 367:13
**Bast** 7:11 355:10
373:8 386:1
**Bast's** 387:21
**bathroom** 71:3
**began** 218:15
**beginning** 1:15
94:22 113:8
141:24 153:1
231:9 261:19
409:8
**begins** 418:21
420:15
**behalf** 35:11,19
36:2 39:17
45:19
**belief** 364:19
**believe** 13:20
21:16 24:16
71:20 75:20

77:13 102:4
139:4 161:19
198:3 201:6
203:14 206:11
214:10 222:3
223:2 232:23
238:21 241:1
252:17 259:10
262:6 305:15
324:4 330:21
341:22 351:22
364:18 375:6
381:8 431:3
**bench** 97:10
**beneath** 431:5
**benefit** 51:17
376:16
**benign** 31:20,24
32:14 184:17
**best** 11:23 12:12
12:14 79:24
80:16 109:18
146:2 221:1
234:23 285:23
288:13 367:4
367:16 369:1
420:8
**beta** 172:14
**better** 53:18
144:15 150:9
167:8 230:24
375:15
**beyond** 280:8
401:7 438:10
**bias** 183:4,10,17
183:20 184:9
184:10 185:2,9
216:15
**biased** 214:16
216:19
**BIDDLE** 3:7,11
**big** 187:9 217:9
256:16 305:10
321:22
**bill** 50:4,5
**billing** 49:24
51:22

**bindings** 251:6
**bio** 358:19
**biochemistry**
249:14
**bioengineering**
249:13
**biologic** 338:4
410:21
**biological** 57:14
57:15 64:1,8
64:12,14,16,18
65:14 69:17
186:12 187:11
187:19 217:23
229:19 230:15
237:17 256:1
258:10,13
266:24 267:5
267:24 270:16
271:2,8,16,17
272:11 273:10
277:23 278:3
285:2 296:19
297:22 316:10
320:4 328:10
338:11 342:12
347:11 351:2
357:14 389:2
397:20 411:4,6
411:9 415:2,9
415:16,19
416:8 418:6,12
426:6,11
427:16 429:15
429:22,24
430:1,4,10
431:9,15,16
442:23 443:10
**biologically**
64:22 141:17
395:2 397:7
398:4 414:1,7
416:5 417:16
424:24 425:3
425:13,24
426:24 427:10
**Biologicals**

340:1
**Biologics** 340:22
**biologist** 52:13
54:3 62:17
67:15 133:18
136:1 241:14
244:4 316:16
**biology** 53:4
62:21 67:23
171:21 264:8
316:21 319:19
**biomarker**
356:1,4,5,7,10
356:11 357:22
358:13,17,18
358:23 359:3
359:10,14
360:8 364:23
367:4,16 369:2
374:21 384:3,4
384:11 389:12
389:21 390:10
391:17
**biomarkers**
356:15 357:12
357:13 358:20
359:1,2,8
374:16 387:14
**biophysics**
249:13
**biopsy** 184:14
**bipolar** 191:14
**bird's-eye-view**
69:18 71:21
**birthday** 205:8
**bit** 111:3 218:8
352:1
**black** 184:8
185:3
**blacked** 15:5
**blah** 430:19,20
430:20
**bless** 33:2 86:12
**blinded** 182:4,7
182:11,16,19
182:24 183:3
**blinding** 182:10

183:9
**blood** 31:3,4,4
134:2 188:20
188:21 246:19
**bloodborne**
246:16
**blown** 321:23
**board** 93:13,16
105:1
**board-certified**
28:11 29:6
32:24 110:6
238:4
**boards** 210:17
**Bob** 355:9
**body** 38:4
140:15 173:3
175:5 238:22
239:1,11,13,23
240:5 244:10
245:5 246:21
247:14 256:13
353:13
**body's** 175:17
323:4
**book** 11:9
**Borderline**
412:17
**Boston** 2:18
76:8
**bother** 351:16
**bottles** 55:9
**bottom** 21:5
68:19 107:17
143:24 144:7
159:6 161:8
199:2 269:10
269:22 270:2
312:22 333:24
366:1,5 367:2
368:22 378:19
378:20 385:8,9
385:10 390:20
393:7 418:17
439:4
**box** 366:12,14
**boxes** 312:2

**Brad** 56:19
**Bradford** 56:5,8
56:17,20,23
57:2 255:17,19
433:2,18
**brain** 30:23
90:18 113:14
164:8 314:23
**brand** 190:23
**breach** 184:21
**break** 11:1,3,12
44:7 51:7 71:3
71:10 101:16
133:23 140:10
150:7 151:18
152:13 203:23
211:22 212:7
235:5,10 282:8
293:2 303:12
303:13 304:3
333:6 383:4,9
383:12 392:20
393:1 422:18
**breast** 184:15
268:14
**breath** 303:14
**bring** 391:2
405:23
**bringing** 126:10
**British** 338:11
432:24 433:7
433:16
**broad** 135:3
**Broadhollow**
2:12
**broadly** 133:17
**broke** 71:17
212:20
**brought** 43:17
235:15,17
**Brozman** 102:21
**building** 92:20
**bullet** 373:16
**bunch** 124:18
**business** 51:12
**busy** 16:4

**C**

C 246:16,24
247:7 256:5
428:19,20,23
441:21,22,23
441:24
**C-I-M-E-T-I-...**
192:11
**C.R** 34:10,16
36:7
**CA-125** 6:16
351:20 352:8
352:13 353:1,8
354:5,22 355:8
355:23 356:15
356:21 357:18
359:2 360:13
360:19 361:12
362:10,11,15
362:20 367:3
370:11 374:19
375:5 376:11
378:21,23
380:9,13 384:2
386:2 387:11
388:11,13,16
389:11,12,20
390:7,9,12,21
391:8,9,10,16
391:21 392:6
**calibration**
202:17
**California** 338:8
341:7
**call** 11:12 32:19
60:1 86:21
190:12 194:13
260:6 356:21
423:19 436:4
**called** 26:23
260:10 300:24
387:3
**calling** 16:21
**Calls** 284:12
**Campus** 3:8
**Canada** 338:12

**cancer** 5:20 6:11
6:13,20 7:8,10
7:20 18:13
21:19 23:8
25:5,12 32:17
32:17 42:6,12
47:10 48:12,20
51:18 52:13,15
52:20 53:20
54:2 58:14
59:7 61:18
62:15,17,21,21
62:22,24 63:4
63:7,8,10,16
64:21 65:1
67:14,23 68:5
69:3,17 73:20
73:23 77:17
82:14,23,24
83:8,14,15
89:4,15,16
90:10 91:20
106:14 111:7
113:4 115:14
117:6,8,13
128:9,12 132:8
132:18,20
133:15,18,18
134:10,16
136:1,23 139:6
149:11,14
150:11,13
151:2,9 154:5
161:5 164:5,8
165:5,5 166:3
166:4,7,8,11
166:17 167:14
167:16,18
168:11 174:8
177:24 178:1
185:24 186:5
186:12 187:6,8
188:16 191:1
195:3 199:4,11
201:9 202:3
206:8 220:15
221:12 222:20

225:12,16
226:6,10
229:21,22
234:14 237:15
239:16,16,16
239:17,17,18
241:13,24
242:4,15,20
244:4,10
245:11 247:1,2
247:5 252:21
264:8 265:19
267:1,11 268:1
268:14 269:3,7
269:11 270:7
270:22 271:4
272:14 273:14
273:19 274:9
276:10,11
277:5,12,19
279:7,9,12,12
279:15,16
280:22,23
281:20,22
282:15 283:6
283:17,24
284:1,9,21
285:14 286:14
290:22 291:13
292:15 293:11
293:12 294:1,6
294:19 295:5
295:13,22
296:5,11,17
297:6 298:5,9
299:1,5,24
300:22 301:1
301:10,12,19
302:5 303:6,7
305:18 306:5
306:22,24
307:11 308:17
311:21 313:1
313:18 314:16
314:22,22,23
315:3,5,10,10
316:1,4,15,21

317:4 318:4,8
318:22 319:2
319:19,21
320:10,12,15
321:3,4,9,10
321:17,21,23
322:5,20,23
323:4,5,7,23
324:16 325:1
325:23 326:6
328:7,20
332:10 333:21
334:5,7,11
336:20 337:19
339:11 340:8
341:15 342:1
342:23 343:5
343:11 344:17
344:23 345:5
345:13 346:2
347:3,10,13
348:10,16,19
350:19 351:6
353:9 355:10
355:24,24
356:17,19
357:3,23 358:7
361:15 362:10
362:14,17,21
365:12,15
366:8 367:3,5
367:17 368:23
369:2 371:4
372:1,11,14
373:18 374:7
376:18 378:1
379:6 380:2,5
383:23 384:19
384:21 386:12
387:15 389:9
389:21 391:5
391:17,22
394:13,24
395:1,4 402:13
402:20 405:22
411:8 420:4,6
422:14 428:18

429:1 430:18
436:20 438:2
439:8,14 440:5
440:7,8 441:19
442:2,7,21
443:3
**cancer'** 390:11
**cancer-specific**
356:3
**cancers** 7:15
103:6 243:8,13
**candidly** 339:9
**capabilities**
306:22 313:13
314:7
**capability** 313:4
**capital** 337:20
**caps** 337:20
**carbamazepine**
191:12,16,21
**carboplatin**
347:9,14,17
348:8
**carcinogen**
241:3 391:11
394:18,21
402:2,9 439:7
440:5 442:12
443:3
**carcinogenesis**
48:11 112:12
343:3 348:15
**carcinogenic**
397:3 429:12
430:7,22
431:13
**carcinogenicity**
289:22 293:8
294:7,8
**carcinogens**
430:18 441:5
442:7
**carcinoma** 7:13
47:8,14 48:8
73:23 92:1
124:12 125:14
127:24 131:24

Ie-Ming Shih, M.D., Ph.D.

133:2 139:24
146:19 174:13
174:19 178:7,8
187:20 219:4
237:11,22
240:23 284:4
291:14 294:13
295:23 296:21
299:9,12 300:6
300:10 314:17
318:14 319:23
319:24 320:1,1
320:2 419:16
419:18 420:1
420:24 421:1,3
421:5 422:13
422:16 433:1
441:9
**carcinomas** 7:18
125:2 127:14
129:5,19
130:17 137:6
154:6 156:4
167:12 168:5
**carcinomatosis**
127:19 128:6
128:11
**care** 92:22
162:13 191:23
242:6 350:23
**career** 57:1
**careful** 297:2
345:14 377:12
390:23 391:14
395:12
**carefully** 48:22
74:24 149:5
446:4
**Carlsbad** 338:8
**carries** 66:5
**carry** 251:2
383:22 398:3
**cars** 435:5
**cartoon** 148:22
148:23
**case** 22:18 30:5
33:4 35:22,24

56:17 72:16
83:24 87:15
89:5,6 91:15
111:3,12
118:17 119:7
119:20 159:23
165:21 176:17
177:12 179:10
179:11,13,22
180:11 181:21
202:13 216:24
244:4 257:11
258:16 265:16
397:1,21
400:13,19
401:2,18 403:6
404:8,22,22
405:11 410:4
411:10 426:23
**case-control**
438:3
**cases** 1:8 30:5
34:6 82:22
83:8,13 87:9
88:19,24 91:18
114:22 115:7
115:17,21
116:3 127:15
128:16 129:5
129:20 165:21
173:16 174:1
180:23 181:7
205:19 396:11
**catch** 303:13
**causal** 58:16
61:17 62:14,20
63:13,15 64:21
65:3,5,9 68:1
186:10 237:14
256:24 285:6
357:11 384:12
431:8 443:1
**causally** 360:3,7
**causation** 56:18
57:3,12 58:4
255:22
**cause** 106:12,13

186:12 191:6
194:11 197:12
225:16 226:10
229:20 240:19
240:21 242:3
242:14,20
243:7,13
244:10 245:18
247:5 265:19
272:13 273:13
283:23 300:9
321:21 328:7
348:18 389:8,9
394:24 395:4
402:12,19
405:22 428:17
428:24 429:15
429:24 430:10
430:18 441:18
442:1,23
**caused** 150:11
323:4,21
**causes** 5:20
18:12 21:19
23:7 77:17
191:21 204:16
247:1 267:10
429:22 433:10
434:7,7,21
435:2 436:13
436:22 437:2,4
439:8 440:5
**causing** 241:24
**cavity** 128:10
**CDC** 282:3,6
286:16
**CDMRP** 91:23
102:22
**celebrate** 205:12
**cell** 63:9 168:6
170:8 172:3
221:3 287:11
287:21 288:7
288:22 289:12
289:22 290:2
290:18 291:4
292:3,7,23

299:12 300:5
300:10 305:19
306:2 308:21
308:22,23
319:24 320:1
333:21 334:4,5
336:20 337:13
337:18 338:4
338:18,24
339:4 340:1,14
340:18,22
341:10,15,24
342:2,20,23
343:5,6,6,8,9
344:14,24
345:2,14 346:2
346:14,24
347:10,13
348:20 350:7
351:4 352:10
354:18,19
365:2,3 391:5
395:16 420:6
422:19
**cells** 31:1,2,2,4,4
31:6,12 32:3,5
32:12,12,17
63:1 82:14
86:18 112:24
113:10,11,15
114:3 133:22
135:8 136:3
151:11 167:13
167:23 169:5
169:16 170:1,2
170:17,17
172:3,14,15
173:3,10 174:9
174:14 175:18
175:20 176:4,8
176:13 197:3
198:17 199:7
200:11 220:14
224:8 291:12
299:24 313:10
314:4 320:20
320:23 337:18

337:19 338:1,4
338:5,10
339:12,19,23
340:4,6,10,15
340:21 341:5
342:5,11
343:12 354:7
354:14 355:14
356:24 357:6,8
384:7 394:12
420:3 431:5
**cellular** 311:23
**Center** 24:21
268:7 269:3,7
273:19 355:10
**Centers** 281:21
282:1
**central** 280:20
282:13 283:5
283:16 284:19
**certain** 242:12
243:5 298:13
298:22,23,24
**CERTIFICA...**
445:2
**certification**
445:18
**Certified** 1:16
1:16 445:13,14
**certify** 445:5
448:5
**certifying**
445:22
**cervical** 242:14
243:7
**cervix** 438:24
**cetera** 48:4
72:17,17
182:14 418:3
422:20
**challenge** 132:6
185:8
**Chan** 127:22,22
129:13
**chance** 72:14
120:23 153:13
235:11,16

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 291 of 875 PageID: 48247
Ie-Ming Shih, M.D., Ph.D.

Page 456

298:18 428:22 437:10

**chances** 115:8

**change** 101:2,3 111:23,23 112:7 113:2 114:14 141:20 184:19 185:7 333:18 447:4

**changes** 63:6 219:5 421:9 429:16,23 430:11 442:24 446:11 448:10

**Changes,'** 92:2

**channel** 239:9

**channels** 333:18

**characteristics** 174:10 311:19 312:4,11 318:7

**characterizati...** 347:9

**charge** 42:19 50:23 51:9

**chart** 47:12 161:17 299:3 420:23

**charts** 339:3 340:9

**check** 43:10 162:20

**checked** 44:23 306:10

**checking** 22:10 44:24

**chemical** 247:17 248:2 250:9,21 252:18,24 253:1,24 254:13,23 255:6,12 394:23

**chemicals** 248:16

**chemistry** 248:7 248:9,14,18 249:21 250:4

**chemotherape...** 189:21

**chemotherapy** 182:14 188:17 348:9

**Chicago** 3:19 338:4 340:2,22

**chided** 438:12

**chocolate** 300:3

**cholangiocarc...** 319:22

**chose** 172:17 173:7

**chronic** 5:19 18:12 21:18 23:7 28:8 48:10,18 77:16 82:13 86:7 95:7,19 99:23 112:1,11,22 113:3,17,17,23 114:11,23 115:12 117:7,9 143:13 145:19 145:22 147:1 150:1,4,10,20 151:3 161:21 161:22 165:3 169:7 170:5 171:11,14,20 174:17 176:1,6 189:2 190:4,8 190:12 193:24 194:3,7,14 196:21 202:13 220:13,19 222:5,6,9,19 224:7 225:14 225:15 226:8,9 234:13 240:22 274:8 280:20 282:13 283:4 283:15,22 284:19 287:10 287:20 288:21 289:11,16,21 290:17 291:3,9

413:17 414:1,7 417:12,17 418:21 420:15 425:2

**chronological** 412:3

**chronology** 218:8

**cigarette** 72:9

**cimetidine** 192:7,10

**circulate** 134:3 134:5

**circulating** 188:21 384:5

**circulation** 135:4 188:13 188:14 239:19 289:18

**citation** 276:20 288:1,18 317:21 369:12 369:14 370:1,3 370:4,12,16

**Citation's** 317:12

**citations** 264:6 311:8 317:11

**cite** 72:24 208:6 278:1 305:8 306:17 310:12 376:24 381:21 383:18 434:14

**cited** 281:24 304:12 306:11 306:12 308:5 309:2,4,13 310:2,5,10,16 310:17,18,22 310:22,23 311:1,6 314:3 316:3 317:8 325:18 329:21 345:7

**cites** 131:7 375:18

**claim** 237:22

319:17 322:19 327:9

**claimed** 236:14 237:13

**claims** 189:2 394:5

**clarity** 148:1

**class** 192:21 193:3 241:3

**classifier** 376:12 376:14

**classify** 243:18

**clear** 23:15 24:5 60:6 66:16 163:2 176:18 178:23 202:1 299:11,24 300:5,9 319:24 335:13 337:1 360:11 422:19

**clearer** 397:14 397:14

**clearly** 52:6 69:1 116:23 215:9 216:23 218:23

**clinical** 51:3,16 118:8 182:13 182:16,17,18 184:5 238:8 396:7

**clinically** 389:20 390:9 391:16

**clinician** 38:10

**Clinics** 372:3

**close** 252:6

**clothes** 406:1

**CMO** 438:15,17

**co-author** 155:21,22 158:21 308:23 385:22 386:9 388:14

**co-authored** 93:9

**co-authors** 78:12 122:8 157:23 158:8

222:22 223:7 385:4

**co-director** 268:8,9,11,12

**coach** 403:16

**coaching** 403:18

**coal** 435:7

**cogent** 48:14 63:23 265:4 266:22 267:23 271:1 283:21 285:1 291:8 296:18 314:18 316:10 320:3 323:20 326:3 328:8 351:1 402:15 411:5 418:15

**coherence** 57:16

**cohort** 69:4 70:4 70:5 89:11,12 145:3

**coincidental** 48:1

**colleague** 81:23

**colleagues** 82:1

**collect** 88:22

**collection** 89:12 89:19

**Collectively** 311:2

**colloquially** 167:9

**colon** 239:16

**Colorado** 2:4

**Colorectal** 276:10

**Columbia** 338:12

**column** 107:17 127:5 142:6 146:15 160:13 176:17 368:23 378:20 387:3 433:9 435:1

**combination** 109:23

Ie-Ming Shih, M.D., Ph.D.

combine 88:24
181:5
combined
223:22
combining
376:12 423:9
come 30:23
31:10 43:11
69:13,16 74:18
109:17 120:7
135:9 152:2
165:8,9 171:16
181:4 196:24
204:17 211:23
219:11 220:3
223:19 237:6
274:17 277:15
295:1 317:10
319:18 326:22
326:24 327:20
327:22 350:5
359:5 369:13
369:17 414:20
425:12,23
comes 369:13
comfortable
23:13 121:17
243:23 359:22
coming 63:4
143:15 261:8
363:9 367:13
368:15
comment
152:19 274:3
435:22
comments
331:14
commission
448:21
common 105:3
170:15,16
288:23 361:3,3
361:9 364:19
communication
25:2,10,18
communicatio...
25:13

community
90:17 215:18
342:21 354:2
379:6
companies'
34:14
company 35:12
227:7 259:10
compare 195:11
196:4,10,11
198:9 199:18
201:20,22
252:12
compared
113:24 161:12
189:5,7,10
192:3 195:21
199:9 201:10
350:2,3 363:1
394:13
comparing
195:20 196:12
197:18,21
202:21
comparison
190:5 194:1,2
196:16 252:6
complaining
35:20
complete 33:12
46:14 299:21
completely
130:23 300:16
301:3
completion
445:8
complexes
387:17
complicated
87:4 89:16
200:23 217:16
component
170:18 174:10
components
171:24 172:12
248:16
composition

248:15
Compound
57:20
compounds
248:19 255:7
256:11 394:23
Comprehensive
269:3,7
comprehensiv...
73:2
comprise 16:11
computing
30:22
concentration
240:3,10
395:18
concern 264:11
351:3
concerned
366:20
concluded
376:10 413:19
421:22 423:6
443:24
conclusion
30:23 100:6
116:2 120:15
191:19 230:13
237:1,6 261:8
264:22 265:1,2
272:13 273:12
274:17 390:8
418:19
conclusion.'
390:14
conclusions
261:4 369:17
387:4
concomitant
394:10
concurrent
82:24 83:15
132:8 149:14
151:8 161:5
195:2 199:4
condition
193:14 395:17

conditions
191:15 297:7
301:20
conduct 46:6,11
47:22,23 49:5
56:16 72:21
89:23 93:23
143:2,8 145:11
232:16 396:1
422:2
conducted 16:12
17:6 26:22
76:17 84:2
105:2 108:19
277:17 351:8
conducting 23:3
46:18 51:23
74:1 82:18
95:16 110:7
181:24 186:15
207:22 220:12
277:9,10
conference
384:22 386:5,5
confidence
67:13 115:24
confident 115:1
confidential
15:5 116:13
confirm 89:22
91:7 162:10
163:9,12
164:14,23
confirmation
165:1 183:20
303:21
confirmed
413:18 419:4
421:21 423:5
confirming
256:3,3
conflict 43:15
207:20 210:24
216:20 217:3
386:19
conflicting
213:16

conflicts 211:4
213:20
confounders
186:16
confounding
72:16 185:10
185:14,16,21
186:21 187:1,4
189:14,17
190:16 192:19
193:23 194:16
confuse 40:16
163:1 167:7
406:19 407:12
confused 80:8
106:22 118:24
132:12 139:3
159:11 218:8
237:10 253:3
253:12 298:20
411:20 422:8
441:2
confusing
135:13 149:7
166:15,20
262:24 318:17
352:1 405:17
407:9
confusion 40:4
102:2 125:13
152:20 204:16
352:18 423:3
congratulated
126:15 129:9
130:14
connection
443:2
consent 116:5
consequences
313:16 314:9
325:20 326:4
consider 31:10
52:11 54:20
220:12 256:24
consideration
108:1 208:3
315:1

Ie-Ming Shih, M.D., Ph.D.

Page 458

considered
  361:13 362:14
consisted 57:12
consistent 70:2
  162:16,18
consisting 137:5
constituent
  55:17
constitute 169:6
consultant
  211:7 213:24
consultation
  43:5 45:4 46:3
Cont'd 3:1 4:1
  6:2 7:2 212:15
contact 46:17
contacted 38:13
  38:17,21 45:12
  45:17
contain 105:9
  113:18,20
  178:4 369:24
  400:13 401:2
  401:18 403:8
  404:10,24
  405:4,13 406:9
  409:18 410:5
contained
  400:20 401:19
container 408:6
contending
  164:3
content 126:3
  250:3 373:2
context 53:2,22
  130:24 171:21
  292:22 294:23
  377:10 390:23
  391:12 440:15
  440:16
continuation
  46:22 47:1
  95:24 206:6
  221:4 222:14
continue 44:6,9
  44:16 346:19
  347:1 358:20

continues 94:16
continuing 49:6
continuum
  65:22
contracted
  241:10
contradict
  282:21 287:19
  314:1 319:13
  367:15
contradicts
  329:20 331:24
contrary 229:23
  369:16
contrast 63:8
  209:14
contribute
  376:11 386:10
control 83:9
  181:5 199:9,10
  202:4,18,22,23
  281:21 282:2
  394:13 445:21
controversies
  280:7
controversy
  221:11,16
conversation
  12:6 39:11
conversations
  39:10 42:4
convincingly
  187:13
copies 13:3,22
  18:20
copy 14:21
  18:23 211:19
  213:1 234:19
  269:1 378:3
  412:8
correct 10:19,20
  15:17 17:7
  20:22,24 21:19
  21:23 22:3
  23:21 26:24
  34:7,23 36:8
  42:21 47:18,19

50:14 61:6,7
62:16 68:5,21
71:21 75:22
77:23 81:2
83:1,9 84:8
86:19 89:10
90:3,4 91:16
92:8 93:13,14
103:2 104:1,2
105:15 111:19
111:20 125:2
128:18 135:19
137:15 138:24
139:14,16
140:3 141:21
146:22 147:4
151:4 153:18
153:22 154:17
154:18,21
155:6,7,9,10
155:14,15,17
155:18,20,24
156:1,11
157:23 158:9
158:22 161:6
161:14 166:2
168:17,18,21
172:5,18 173:5
173:8 179:4,14
181:16 182:6
183:4 185:10
189:14 193:5
193:16 195:3,8
198:7,12 199:7
199:16 200:11
201:12,15
202:7 205:23
212:22,23
215:19 216:1
216:10,11,15
218:13 219:12
220:15 221:12
221:16 222:1
222:23 223:11
225:18 226:13
229:7 231:12
233:11 238:11

239:2 240:7,20
240:24 241:10
242:10,16
243:9 244:12
245:7,9 246:17
246:22 247:5
248:3,7,19
249:18,23
250:22 251:11
252:1 254:15
255:2,9 262:12
267:11 268:2
269:8 271:20
273:21 276:19
277:1,5,13
279:7,21,22
280:3 281:12
281:23 282:6
294:20 304:13
305:2 306:4
307:11,15,16
307:22 308:2
309:15 312:7
317:17 319:14
320:14,16
321:4 322:11
327:24 333:22
335:2 337:10
339:15,23
341:6,12
342:13 343:1
343:12 344:18
347:3 350:22
353:9,10,15
354:9 355:12
355:15,20
356:1 361:15
363:10 365:19
369:4 370:12
370:15 371:4
375:5 376:23
378:10,11,14
380:22 385:15
386:20 387:4,5
388:4 391:22
393:10 395:9
396:15 397:17

400:1 412:22
413:1,5,23
415:1 423:11
432:4 439:10
440:9 441:7
442:17,17
448:7
corrections
  446:5,7 448:10
correctly 46:23
  56:7 92:3 93:5
  100:7 124:9,20
  127:20 128:1
  132:9 137:9
  145:6 154:12
  188:10 214:2
  273:15 276:13
  281:1 287:15
  297:13 304:10
  313:17,21,22
  334:14 338:13
  367:8 373:23
  374:24 376:19
  380:15 387:18
  413:22 419:8
  429:18 435:9
correlation
  182:12
corroborated
  132:5
cortical 124:16
corticosteroid
  193:15
corticosteroids
  192:22,24
  200:10
counsel 9:23
  16:8,8 39:20
  331:7 333:2
  407:13 436:1
  438:14
count 190:9,12
  196:22
country 30:15
  372:15
couple 136:19
  177:10 221:24

382:12
**course** 33:19
73:23 91:11,11
91:12 98:17
113:18 115:10
187:19 220:21
321:12 372:17
394:24
**court** 1:1 9:19
10:2 12:3,12
28:18 133:13
157:18 333:11
409:1 446:20
**courts** 39:20
**cover** 215:13
**covered** 352:8
**covering** 366:23
**create** 286:7
**credential** 264:2
**credible** 63:24
258:15 265:3
266:22 267:22
271:1 283:21
285:1 291:8
297:21 314:19
316:9 319:10
328:9,17
350:24 402:14
411:5 415:23
418:14 431:3
**criteria** 28:6
170:4,13
**critical** 7:9
384:19 387:9
**criticism** 210:12
333:21 344:15
348:24
**criticisms** 77:6
**criticize** 248:1
250:20 252:14
252:23 370:9
**criticizing**
341:11 370:1
**critique** 245:3
**crop** 377:16
382:12
**cross-sectioned**

110:20
**crossed** 436:2
**culture** 339:5,18
340:5,12
345:17 395:16
**cultured** 397:6
**cure** 350:18
**curiosity** 222:15
**curious** 177:3
**current** 13:16
38:13 48:13
344:22 378:13
385:14
**curriculum** 5:17
13:17 18:4
19:11
**cut** 153:12,13
**CV** 19:16 20:11
20:11,14,19
218:24 264:3
**cyst** 300:3,7
**cysts** 124:17
300:2
**cyto** 189:8
**cytology** 32:10
32:10
**cytopenia**
192:18

_____
        **D**
_____
**D** 3:3 5:2
**D-O-M-C-K-E**
334:12
**D.C** 3:4 4:4
**damage** 292:19
430:19 440:6
**Dan** 4:9
**Daniel** 9:3
**data** 22:20 78:15
86:24 88:7
97:2 100:15
109:15,16
110:20 127:17
132:5,13 142:9
142:13 182:16
184:24 390:12
426:8

**database** 75:19
**date** 1:15 9:6
219:1 446:9
448:16
**dated** 14:14
445:15
**day** 23:12 28:14
28:19 65:15
93:17 205:4,10
260:9 448:20
**day's** 434:2
**days** 446:16
**deal** 187:10
**dealing** 53:12
57:11 58:3
218:9 222:18
222:21 277:4
345:22
**December** 14:15
38:16 40:2
41:3 45:8,11
45:17 220:10
220:18 221:15
385:12,20
**decide** 74:22
88:10 414:23
**decided** 172:4
223:18
**decision** 31:9
162:23
**declaration**
210:15 213:16
**declare** 211:3
**declared** 213:19
**decrease** 200:5
**decreased**
188:20 190:1
200:7,10
**deemed** 446:19
**Defendant** 3:20
4:5
**Defendants** 3:15
**defending**
438:18
**defense** 34:23
39:20 41:10
47:17 91:22

102:22 218:12
289:17
**defer** 38:10
67:19 72:2
**deficiency**
341:23
**deficient** 188:11
**define** 54:6,8
64:10,15 161:9
161:10 187:24
197:19 353:19
358:22 359:1
395:13
**defined** 94:17
168:20
**definitely** 96:20
97:4 98:22
117:18 194:15
302:13 356:3
361:16
**definition** 27:7
64:11 74:15
134:8,23 135:8
161:16 166:16
184:1,2 185:16
246:20 353:18
353:20,21,24
353:24 354:21
358:13 379:8
380:6 394:22
442:12,18
**definitions**
359:18
**degree** 67:11
72:3 251:10,21
**deliberate** 418:4
**delineate** 220:4
220:6
**demean** 371:16
**demonstrate**
266:19 316:9
316:17 429:13
429:14,21
430:8,9,23
431:8 442:22
**dendritic** 112:24
170:1,2 172:2

172:15 175:19
**density** 114:2
**Denver** 2:4
**department**
45:21 47:17
91:21 102:22
218:12 279:14
**depend** 197:8
**depended** 438:4
**dependent** 47:4
94:18 112:4
**depends** 65:14
66:1 97:16
109:14 118:11
121:18 134:18
166:24 167:24
171:21 175:21
185:11 197:6
240:1,1 257:3
289:1,15
292:22 295:21
296:16 314:14
380:23 397:18
**depo** 36:23
**deponent** 9:21
448:2
**deposed** 10:19
**deposing** 446:16
**deposition** 1:13
5:14 8:2 9:10
10:24 12:21
34:5 41:5 44:7
44:10,12 60:15
153:1,6 166:19
214:20 228:8
228:11 231:10
260:13 333:12
382:1 443:22
443:24 445:6,8
445:9 446:3,13
446:17,19
**depositions**
438:18
**deposits** 45:1
**deps@golkow...**
1:21
**deregulating**

311:23
derive 88:10
derived 334:18
413:16
describe 76:3
97:15 98:3
105:23 106:5
129:8 137:22
139:19 140:24
182:4 207:4
235:21 264:15
306:23 439:7
442:5
described 49:6
130:12 218:10
226:24 376:22
414:13
describes
106:16 441:5
describing
132:23
description 5:13
6:5 7:5 68:13
120:13 121:8
262:14,20
263:7 442:15
design 91:13,15
194:17 334:3
designated
201:8
designation
153:22
designed 313:10
314:4
designing 51:23
designs 183:1
desiring 215:23
despite 344:14
349:12
destroy 178:9
destruction
311:24
detail 33:22
136:17
details 30:18
31:1 69:20
116:12

detectable 103:8
detecting 374:21
detection 6:18
6:20 332:9
357:23 365:14
371:4 372:1,6
374:8 380:14
384:10 387:14
391:22
determination
58:10 59:4
272:9
determine 5:19
18:11 21:2,18
23:6 45:2
58:15 73:4
74:20 77:16
85:15 143:12
217:1 255:21
258:13 347:15
396:1 420:14
determined
188:19
determining
57:3
Detroit 337:24
develop 63:10
69:3 142:14
178:1,6 332:8
413:20 415:7
415:14 420:3
421:23 425:2
developed 148:5
423:7
developing
49:19 50:7
development
150:22 274:8
361:14 413:11
417:10 420:17
440:9
diagnose 28:7
33:16 89:22
170:5 193:23
371:13
diagnosed 83:24
89:9

diagnoses
162:19
diagnosis 29:18
30:20,24 31:11
31:17 32:8
33:14 52:20
87:7,7,10,15
87:22 88:3
89:22 117:17
160:14 162:4,5
162:8,9,10,13
162:17,22
163:13,15,16
163:22 164:12
165:6 169:7
170:7 176:5
177:9 181:15
181:17,20
182:24 184:7
184:12,19
185:5,7 190:4
380:11
diagram 148:21
306:20 312:9
diagrams
310:17
diaphragm
242:7
dictionary
394:22 429:5
439:6 442:4,19
die 339:15
difference 62:24
74:1 217:9
237:20 250:8
251:5 261:2
265:13 266:15
284:10
different 11:18
32:4,18 40:6
47:10 51:11
65:23 71:19
94:23 97:9
104:16 112:8
146:4 171:17
177:2 179:8
183:1 184:23

193:2,2 196:8
196:11 204:14
204:15 220:1
229:3 233:13
238:6,9,23
244:8 245:5,6
246:1,4 247:4
247:11 257:12
262:24 266:18
292:3,4 298:12
299:4 315:15
318:18 321:8
321:18 329:10
330:13 341:1
356:12,13,13
357:10 358:18
368:9 370:17
370:18,18
379:16,18,19
397:15 406:13
406:13 407:11
414:19 421:2,9
422:10 428:21
439:20
differentiated
339:19
differentiation
354:8 355:13
differently
207:1 242:9
245:6 247:15
difficult 265:15
direct 61:10,16
62:13 63:18
187:17 217:19
445:21
directed 91:22
directing 62:5
312:16 393:16
Direction 8:5
directly 43:7
191:23
director 268:8
268:10
disagree 76:22
134:22 141:4
142:19,22

263:20 283:18
301:12 302:14
314:11 316:20
367:23 388:4
388:23 389:19
389:22
disagreeing
261:2,3 264:14
388:11
disclose 46:4
206:1,13 208:8
208:15 209:6
209:20 210:8
211:12
disclosed 210:21
disclosure 207:6
207:20,21
214:8,11
215:12 216:1,9
216:13 386:19
discount 184:9
discover 386:2
discovery
132:18,20
139:6 206:7
215:6
discrete 178:22
discuss 23:6
33:21 56:21
57:23 76:15
79:4,8,15 80:2
80:7,13 96:24
129:16 130:8
130:10 209:5
261:11 262:1
274:21 337:18
342:18 375:9
391:1 392:15
442:7
discussed 26:23
78:22 93:11
102:24 152:21
192:18 218:9
223:15 261:16
389:23
discusses 335:17
discussing 79:23

80:5 93:24
94:12 100:11
103:1 108:19
143:8 204:11
315:9,24
381:23 400:12
**discussion** 57:5
100:18 132:11
132:13,15
133:9 192:15
212:21 213:6
231:1 232:4
324:4 333:13
349:6 352:14
359:21 373:3
381:4 386:10
389:11 391:2
421:11
**disease** 62:23
171:18 198:18
281:21 282:2
297:12 302:16
357:20 359:12
374:22 379:2
389:13 421:5
**diseases** 422:10
**dish** 395:9,16
**disingenuous**
388:18
**disorders**
191:14 203:3
**disprove** 422:3
**disrespect** 28:22
**disruption**
22:14
**dissect** 439:24
**disseminated**
135:12,22
**distant** 134:10
**distinguished**
30:9
**distract** 206:22
**distracted**
206:18 246:4
407:17
**distributed**
81:19

**District** 1:1,2
9:19,20
**diverting** 389:10
**divide** 339:6
**division** 279:9
279:15 287:11
287:22 288:7
288:22 289:13
289:22 290:2
290:18 291:5
292:7
**DNA** 287:13
290:20 292:19
430:19
**doctor** 13:8
33:16 34:4
37:4,12 43:23
44:17,19 60:11
61:2 66:10
71:15 78:2
120:18 121:6
123:17 132:22
156:2,17
169:10 187:24
193:7 213:9
215:16 218:6
226:11 230:1
231:23 235:10
235:19 239:21
245:1 250:7
259:4 260:23
262:10 263:18
264:13 266:1
267:8,16
270:20 274:20
276:1 284:16
285:12 286:12
288:5 290:16
291:1,19 292:6
293:6 294:17
301:9 303:10
304:8,9 305:24
313:8,20
317:17 320:9
323:16,18
324:21 327:16
327:18 329:13

330:3,14,16,18
330:20 333:17
334:15 337:11
338:14 344:11
345:19 347:8
347:18 354:20
358:9 359:6,9
360:23 361:1
365:23 369:18
371:2 372:8
377:18 378:8
379:3,9 381:20
384:17 385:17
388:2,22 393:6
393:22 394:2
395:22 399:10
399:20 400:10
406:7 410:3,20
412:6 413:24
417:15 418:17
419:10 420:5
423:11 424:23
428:6 430:3
431:20 432:16
433:4 434:6
438:21 439:3
440:3,22 441:4
441:11
**doctor's** 44:9
**doctors** 31:16
128:8 356:14
**document** 1:8
13:4 14:23
17:4,13,22
18:6,10 19:13
19:18 21:16
56:14 57:17
58:1 102:5
125:19 136:10
213:3 268:21
275:21 305:20
308:11 361:20
365:5 370:22
378:4 384:14
411:11 432:18
**documentation**
257:17 258:2

258:22 259:5
**documented**
188:18
**documents** 8:8
11:9 14:6 24:8
24:15 25:22
26:15,21 27:11
27:13 56:11,11
56:20,23 57:22
58:6 76:15
94:3 133:8
209:11 241:7
259:11 432:13
**DOD** 49:11 94:1
218:21 220:1
**doing** 12:2 30:7
58:8 75:18
80:14 111:17
204:8 340:24
446:8
**Doll** 7:13 433:2
433:18
**dollars** 49:14
**Domcke** 334:12
345:8,23
**dose** 396:8
**dose-dependent**
394:9
**double-check**
122:22 279:8
**Douglas** 305:17
**DPM** 2:3
**Dr** 5:6,15 9:22
10:12,13 12:24
13:7 14:24
15:3,12 16:22
17:2,16 18:1,9
18:17,21 19:22
20:8 21:14
26:8 27:5
29:14 34:15
35:8,16 36:6
36:17,18,22
37:3,11,22
39:13,18,19
40:3,9,18,24
41:23 44:22,23

45:15 46:15
52:7 53:23
54:14 55:1,7
57:24 58:19
59:14,23 60:4
60:10 61:1
62:9 64:5
65:12 66:17
67:1 70:6,8,13
70:19,23 71:5
71:14 72:18
74:9 75:7,22
76:2,23 77:4
80:3,11,14,16
85:1,5 86:11
86:14 91:3
94:4,10 96:16
98:9 99:17,20
100:24 101:17
102:8 103:19
103:23 105:13
108:13 114:4
118:15 120:10
121:5,15,23
122:12 123:13
123:16 125:22
129:1 130:4
131:16 133:10
134:13,21
135:15 136:13
138:9,13 140:8
140:12,20
144:22 147:8
147:17,19,22
148:2,20 151:5
151:16 152:5,8
152:17,18
154:1,19,20,23
155:1,8,13,13
155:20,23
156:10,14,19
157:9,15,22
158:3,5,8,15
158:21 159:13
159:15 162:1
164:18 167:20
169:10,12,23

171:3,9,23
172:8,11
175:16 178:12
178:14 179:19
180:4,8 183:8
183:12,18
187:2,21,23
194:21,24
197:7 198:24
200:2,18 201:5
201:14 203:13
203:22 204:4,6
205:14 206:19
206:23 207:12
208:19 209:11
209:12 210:11
210:13 211:2,7
211:11,14,21
212:17,18,22
213:8,23 214:8
214:24 216:5
218:1,5 222:17
223:4 224:4,13
224:23 225:7,9
226:18,24
227:1,8,10
228:11,12,12
228:21,23
229:4,6,12,16
229:18,18
230:1,4,5,10
230:18,19
231:2,6,14,16
231:17,22,24
232:5,6,7,9,16
232:21,23
233:6 234:4,6
234:9,11,21
235:9,11,18
236:2,3,5,7
238:15 239:5
240:12,18
241:8,16
243:21 244:5,7
244:17,24
245:4 246:6,9
247:22 248:1

249:1,15 250:6
250:18,20
251:14,18,24
252:3,7,9,23
253:6,9,15,18
253:19 254:5,7
254:9,11 255:4
255:12,15
256:21 257:4,5
257:14,23
258:17,19
259:12,13,20
260:11,19
261:1,9,13,18
261:22 262:12
262:18 263:5,6
263:13,16
264:12,16
265:7,14,16,17
265:17,24
267:7,14
268:18,24
270:19 271:5
272:7 274:4,15
275:24 276:6
278:18,23
279:4,24
281:10 283:2
284:7,13,15
285:11 286:9
286:11 287:6
288:2,4,19
289:3,10 290:7
290:12 291:15
291:17 292:5
293:5,15,23
294:16 295:2
295:16 296:2,9
297:3 298:2,16
299:14 300:13
301:8 302:10
302:24 303:23
304:7 305:14
305:23 308:14
309:21 310:9
310:13,20
311:9 314:20

315:5,7,18
316:20 319:11
320:6,8,21
321:15 323:1
323:13 324:18
324:20 325:13
326:2,11
327:17 328:14
329:1,12,18
330:2,23
331:17,22
332:12,17
333:10,16,22
335:7,9,15,19
335:23 336:2,7
336:9,14,15,18
336:22,23
337:3,5,7
338:21 339:3,9
342:8,9 343:19
343:24 344:10
345:18 346:4
346:21 347:6
347:23 348:7
348:22,24
349:4,9,24
351:7,17 352:5
352:7,15,20,22
353:4,7 354:12
354:16 355:6,9
358:9,11 362:1
363:2,21 364:1
364:12 365:8
367:22 368:7
368:19 369:22
370:9,14 371:1
371:6,23
375:14,20,22
378:7 379:22
381:18 382:18
383:5,10,16
384:16 386:1
387:21 388:1,9
388:11,17,21
389:18 390:4,8
391:4,15 392:6
392:8,9,13,14

392:15,19
393:5,15,18,21
394:5 395:21
396:19 397:9
398:13 399:5,9
400:3,9,16,23
401:11,24
402:6 403:2
404:5,20 405:6
405:24 406:4,6
407:2,4,23
408:3,4,13
409:13,21
410:2,19
411:14,18,24
412:5,9,13
413:10 414:6
414:12 415:5,7
415:13,15
416:3,10 417:1
418:16 420:13
421:12,18
422:6 423:16
423:20 424:4
424:10,22
425:9,19
426:13,15,21
427:5,19 428:5
428:7,9 432:15
432:21 434:3,5
436:9,24 437:6
437:14,24
438:19 439:12
439:22 441:3
442:16 443:7
443:12,16
**draft** 14:13
16:10,15,18
81:4 82:3,6,9
98:21 208:22
210:13
**drafts** 81:10,14
81:20 82:7
**draw** 378:18
**drew** 159:16
**DRINKER** 3:7
3:11

**Drive** 2:17 3:8
3:18
**driven** 265:23
327:5
**driver** 63:7
440:7
**driving** 185:17
**drug** 395:17
**drug-induced**
189:19,23
**drugs** 191:5
192:21 193:5
**duct** 356:23
**due** 38:8 266:1
430:18 440:6
**duly** 10:7 337:3
445:5
**dust** 435:5

**E**
**E** 5:2,10 6:2 7:2
212:9,9 447:1
**E-mail** 25:17
**E-N-D-O-S-A...**
412:20
**E-X-O-M-E**
137:3
**e.g** 132:3
**earlier** 12:23
98:6 102:24
223:14 412:1
**early** 6:18,20
48:19 92:1
103:8 152:4
219:5 332:8
365:1,14 371:3
371:24 372:6
374:21 380:14
384:10 387:14
389:6 391:21
**easier** 143:23
148:17
**easily** 176:9
404:17 408:2
**East** 1:14 9:12
**Eastern** 1:2 9:20
**easy** 219:1

Ie-Ming Shih, M.D., Ph.D.

346:14
**Eckert** 132:17
  136:8 139:5
  142:2 143:19
  146:15
**ectopic** 197:9,10
**editor** 210:9
**editor-in-chief**
  210:19 215:10
  426:3
**editorial** 126:8
  131:2 210:17
  217:17 223:6
  331:13
**educating**
  122:16
**education** 51:3
  51:16 436:17
**educator** 52:17
**effect** 151:17
  251:2 256:12
  431:13
**effective** 332:9
  373:19 374:3
**effectively** 55:15
  150:9
**Effectiveness**
  24:22
**effects** 255:8
  429:15,22,24
  430:10 442:23
**efforts** 40:15
**eight** 137:4
  434:18
**eIRB** 95:13
**either** 35:23
  42:16 74:21
  241:21 395:8
  402:10
**EL-1** 338:2
**elaborate**
  141:23
**elements** 186:21
**Elevated** 7:7
  377:24
**Elias** 6:21 372:1
**eligible** 165:21

205:19
**ELLIS** 3:17
**elucidating** 92:1
  219:5
**embed** 60:24
**embedded** 60:13
  256:18 439:20
**emerging**
  311:24 312:10
  318:6
**emperor** 406:1
**employ** 49:20
  257:8
**employed** 34:2
  77:7 263:9,22
**enabling** 311:19
  312:4,10
**ended** 92:9
**endless** 293:13
**endometrial**
  292:15 300:5
**endometrioid**
  299:11,23
  300:6,18 320:2
**endometrioma**
  300:2
**endometriosis**
  122:18 284:4
  297:10 298:8
  298:11,24
  299:10,22
  300:8,9,17,21
  301:11,16
  302:3,4 422:19
**endometriotic**
  300:1
**endometrium**
  132:4
**endosalpingosis**
  412:19 413:14
**endothelial**
  31:12
**ends** 443:21
**energetics**
  311:23
**engaged** 332:8
  386:22

**engine** 74:16
**engines** 215:21
  233:14
**English** 36:19
  40:17 59:12
  60:7,19,20
  121:17 123:4
  144:21,23
  406:24 407:5
  423:4
**engrained** 90:18
**enriched** 171:15
**entire** 60:13
  161:17 174:4
  215:17 220:11
  220:17 246:21
  265:5 377:14
  417:10
**entities** 3:15
  25:9
**entity** 46:11
  50:17 300:24
**envelop** 291:11
**environment**
  223:23
**environmental**
  63:16 359:13
  443:2
**enzymes** 394:11
**EOC** 378:24
  379:4,13,24
  380:5,9
**epidemiologic**
  282:12 283:3
  283:14 284:18
  318:19 376:13
**epidemiological**
  67:7 68:3,13
  69:1 71:19
  72:1 271:20
  272:12,16
  273:11 280:19
  438:4
**epidemiologic...**
  298:8
**epidemiologist**
  274:12

**epidemiology**
  52:12,22,24
  53:13,14 67:12
  67:18 69:18
  70:1,3 72:3
  112:11 185:19
  274:7,14
  279:10 285:4,4
  410:13 422:17
  422:18 426:5
  432:1
**epigenetic** 95:9
**epithelial** 7:7
  31:2,5 32:3
  124:12 167:12
  167:18 291:11
  338:4,5,10
  339:23 340:1,4
  340:6,14,15,21
  341:4 342:5,11
  355:14 356:24
  367:5,17 369:2
  377:24 380:2,5
  413:14 420:3
  420:18 431:5
**epithelium**
  299:7 354:9
  384:7 413:20
  417:13,18
  419:1,6,13
  421:24 423:8
  425:3
**equal** 228:14
**equally** 187:10
**errata** 446:6,9
  446:12,15
  448:12
**error** 287:12
  288:8 290:4,19
  292:9
**errors** 200:14,19
**esophageal**
  242:4 245:11
**esophagus**
  241:18 245:7
**especially**
  115:16 185:20

299:23 317:13
**ESQ** 2:3,7,12,16
  3:3,7,12,17 4:3
**essence** 12:11
  395:8
**establish** 62:19
**established**
  61:19 62:16
  63:17 229:24
  311:5 438:2
**estimate** 15:23
  168:3,4
**estimation** 16:5
**et** 48:4 69:5,5,6
  69:6 72:17,17
  125:24 127:22
  129:13 130:11
  131:21 139:5
  154:11 155:17
  182:14 212:22
  334:11,12
  372:1 375:9
  376:1,8 413:10
  414:6 418:3
  422:19
**Ethicon** 34:11
  34:20 36:8
**ethics** 45:21
  208:13
**etiologies**
  117:11
**etiology** 357:14
**evading** 296:10
  307:9
**evaluate** 116:7
**evaluated** 149:2
  149:24
**evaluation**
  365:16 405:12
**evening** 12:7
**events** 297:7
  301:20 339:14
**everybody**
  65:10 72:10
  81:17 241:1,2
  342:24 344:5
  353:22 385:24

Ie-Ming Shih, M.D., Ph.D.

**evidence** 35:4
48:14 61:11,17
62:14 63:18,23
64:18 84:5
112:22 114:11
124:1,6,10
136:21 137:22
161:5 170:20
184:23 195:8
202:10 217:19
242:18 245:10
256:5 265:4,20
265:22,23
266:20,23
267:5,10,23
270:8,9,10,11
270:15,21
271:2,8,11,16
271:20 272:10
272:10,16,24
273:9,20
280:19 282:12
282:21 283:4
283:14,22
284:18 285:2
287:19 288:14
288:17,21
289:24 291:9
294:24 295:24
296:18,19
297:22 299:13
314:1,18,18
315:4 316:10
316:13 317:2,3
317:4 318:1,2
318:3,5,13
319:1,6,7,9,12
320:4 322:5
323:20 324:6,9
326:3,20 327:5
327:7,20 328:8
328:13,19
351:1 364:17
395:2,6 397:6
397:6 402:15
406:2 411:5
418:7,15 420:8

428:17,24
431:4,9 432:1
432:2 438:5
441:17 442:1
**evidence-driven**
324:7,7
**evident** 395:3
**exact** 16:2 168:1
431:22
**exactly** 89:2
383:3 387:22
395:20 408:17
**examination**
10:10 29:22
212:15
**examine** 169:4
169:15,24
**examined** 10:8
43:21 44:21
145:12 148:7
151:13 195:17
**example** 14:1
16:11 20:21
39:3,18 43:6
51:8 54:16
55:9 57:13
64:20 65:19
70:2 80:3
109:13 168:16
180:15 184:13
185:19 189:18
189:20 194:6
237:7,18 244:9
262:10 263:14
319:21 397:1
431:10
**excited** 120:24
121:3 249:5
323:10
**exciting** 187:11
187:15
**excuse** 77:14
86:11 87:20
93:15 105:17
105:24 193:12
369:3
**Excused** 443:23

**exercise** 97:22
169:9
**exhaust** 435:4
**exhibit** 12:20
13:5 17:12,14
17:23 18:3,7
18:10 19:3,12
23:20 24:6
27:15 46:7
61:4 77:10,14
81:17 102:4,6
106:2 107:5,6
109:4 112:4
116:22 125:18
125:20 136:11
143:11 159:3
204:20 206:3
213:2,4 268:22
269:1 275:22
305:16,21
308:12 361:18
361:21 365:6
370:23 371:24
377:23 378:5
384:15 411:12
432:19
**exist** 108:18
150:3 185:5
**existence** 431:12
**existent** 389:17
**existing** 162:18
179:13 180:12
**exists** 110:6
**expand** 111:13
153:11 321:13
340:13,13
**expect** 150:20
188:22 197:1
198:16 199:6
200:4,7
**experience**
112:13 196:20
237:23 431:1
**experiment**
27:12 220:12
393:10
**experimental**

229:12
**experimentati...**
57:16
**experiments**
26:16,21 89:23
**expert** 5:15
13:24 14:9,13
17:4,17 23:20
24:2 34:10,22
35:2,19 36:7
37:23,24 38:13
39:17,22 40:10
40:23,24 42:10
45:19 46:3
50:9 52:12
56:12 61:3
62:12 63:14
64:15,23 67:18
67:23 68:8
72:14 73:11
75:22 76:3,7
76:12,19,24
77:4,8,10,14
99:4,5,6,7,8
101:7 106:6,15
106:17 125:8
130:15 140:1
141:2 144:1
147:13,15
153:16,17
155:2 156:18
157:16 158:7
186:7 205:21
206:2,13 207:3
207:4,15,17,23
209:3,7,20
210:1,4 211:8
213:24 214:23
224:6,18,19
225:4 227:1,11
227:16 228:13
228:16 229:9
231:5 235:12
235:19 239:22
244:11 247:24
252:16 253:20

254:2 261:10
262:1 263:8
264:15 272:19
274:6 276:16
280:8 294:11
316:5 327:19
333:19 335:8
335:16,20,24
336:2,5,8,11
336:15,22
341:11 342:18
343:15 351:19
352:6 360:12
369:15,24
370:7 377:19
381:22,24
382:21 386:21
390:6 392:10
392:18 393:7
405:20 407:2
428:11,14
441:15
**expertise** 35:7
52:21 53:14,24
54:5 72:3
157:9 193:18
251:7 261:1
264:6 401:8
435:15
**experts** 72:15
280:2 292:14
322:3
**expired** 50:1
94:17 218:13
218:14
**expires** 448:21
**explain** 16:24
44:4 54:13
84:16 90:16
133:13 148:17
153:5,14 266:6
266:15 382:9
**explanation**
47:11 167:8
**exposure** 69:2
215:7 297:10
302:11 359:13

429:13,14,22
430:8,9,23
432:1 442:23
**express** 357:8
405:20
**expressed**
264:10 354:5
356:22 394:4
**extensively**
127:16 128:17
129:21
**external** 240:7
242:10
**extracellular**
32:5
**extraovarian**
413:12
**extrapolated**
247:10
**Extrapolation**
393:9
**extremely** 115:9
115:9 373:21
374:5

**F**

**F** 4:3 212:9
**faces** 41:15,20
**fact** 40:7 68:7
93:7 95:5
121:19 124:4
155:23 241:2
262:10 306:8
334:6 342:19
344:14 420:16
436:11
**factor** 72:11
190:16 192:19
214:14
**factors** 5:21
72:16 185:1,17
185:22 187:1,4
189:14,17
193:23 194:16
269:12 376:14
**faculty** 51:9
**fail** 69:1 446:18

**failed** 91:2
**fair** 36:20 37:6
39:14 58:24
59:13 78:18
101:6 118:14
120:11 121:6
131:2 228:14
235:23 280:9,9
309:22 377:17
395:23 403:7
403:24
**fairly** 266:11
**fallopian** 7:17
124:16 135:7
136:21 137:7
150:15,17
154:8 156:6
165:4,17 178:4
178:10 180:24
181:7,9,16,20
196:15 197:4
197:11,14
198:1,18 199:5
199:14 200:5
202:2,8 221:2
244:22 299:6
338:9 342:11
358:3 384:7
389:7 421:7
431:4 439:1,1
**false** 60:24
**familiar** 14:19
15:13 34:17
55:2,6 64:9
67:6,6 93:20
126:16 183:19
192:20 193:19
255:16 295:3
305:24 384:23
**far** 12:1 14:7
71:24 104:4
238:19 367:7
378:12
**fast** 201:1
439:20
**fax** 1:20
**FDA** 358:5

359:3
**feature** 293:12
296:11 339:11
**features** 31:13
32:11 296:8,14
316:18 319:18
**February** 18:5
81:1,6
**federal** 59:17
**feel** 11:11 48:4
59:19 69:21
349:9 406:14
**fellows** 52:18
**female** 42:4,9
239:15
**fever** 193:12
**fibroblasts** 31:5
**fibrous** 401:2,19
402:8,18 403:9
404:10 410:5
**field** 135:14
141:7,8 148:13
157:10 186:8
187:10,18
264:8 274:14
288:13 292:14
322:11 387:22
438:23
**fields** 53:5
285:24
**fight** 60:4
313:10 314:4
**fighting** 117:12
316:24
**figure** 61:5,5,14
84:16 148:16
177:22 195:13
306:21 307:3
308:3,4 311:14
311:15 312:18
313:23 374:15
379:7
**figures** 261:21
**file** 181:9
**files** 91:19
181:23
**filled** 344:22

397:24
**fimbriated**
178:3
**final** 12:13
30:20,24 31:9
31:11 32:8
98:16 105:7
108:8 155:16
162:13,23
165:6 208:22
209:1 210:14
211:3 224:7
225:5,11 226:3
226:5 313:8
380:12 390:7
429:8
**find** 44:18 85:21
134:2 164:21
165:12 171:1
219:2 236:12
266:21 267:22
272:9,10,24
273:9 277:12
277:20 316:12
317:1,3 318:1
318:2 320:3
324:17 326:20
352:3,11 396:7
411:9
**FINDEIS** 2:12
**finding** 38:3
109:23,24
317:7 355:23
370:8,11
375:15 397:11
397:14
**findings** 29:20
30:19 36:5
272:23 273:8
275:7 317:22
390:21 414:20
416:13 417:3,8
**finds** 28:16
**fine** 12:3 31:24
276:3 325:8
398:21 403:15
411:2

**finger** 21:6
22:11 231:18
366:3
**fingers** 366:1
**finish** 51:14
61:21 81:5
98:20 117:22
299:16
**finished** 19:8
66:4,20 117:24
354:23 355:5
**finishes** 141:21
**finishing** 212:21
**finite** 185:6
340:6
**fires** 435:7
**firm** 38:19 42:24
43:5 45:2
214:21
**first** 10:7 26:20
29:23 34:16
38:12,17,21
39:6 41:2
60:20 68:17
77:2 80:22
82:10 94:7
99:10 104:22
126:11 131:19
136:19 142:5,7
142:8 144:1,7
144:9,24
154:15 176:19
179:20 182:6
204:24 217:4,6
220:22 224:15
227:19,20
236:9 238:17
267:20 269:16
272:19 273:3,4
274:22 275:3
280:17 282:9
282:11 283:7
309:3 310:23
355:9 368:22
373:16 378:9
385:8 386:1
397:23 406:24

416:23 417:2
**first-line** 193:7
**five** 90:5 143:24
   144:6,10 180:5
   180:6 334:1
   380:21 383:3
   434:18
**fixed** 51:1
**flaring** 434:2
**flaw** 342:22
**flawed** 230:11
   232:10 236:5
   236:12,22
   237:16 238:21
   261:7,12
   262:16 263:10
   264:9,17
**flaws** 231:5
   232:1 235:21
   236:4 349:8
**Fletcher** 7:23
**Florham** 3:8
**FLW** 1:6
**focus** 47:11
   52:14 53:4
   149:9 195:14
   296:24 321:19
   321:21 322:2
   426:4
**focus's** 47:15
**focused** 322:3
   336:11,14
**folder** 16:11
**follow** 116:10
   308:9 357:20
   434:9 438:17
**follow-up** 308:7
   422:2
**followed** 358:6
**following** 211:4
   213:20 271:14
   417:9 438:15
**follows** 10:8
**foregoing**
   445:18 448:6
**foreign** 38:4
   353:12

**Forest** 2:3
**forgive** 85:2
   99:19 138:14
   140:21 411:16
**forgot** 153:2
   411:2
**form** 58:13 59:7
   64:14 72:5
   94:15 183:1
   185:9 246:24
   247:1 300:6
   320:9,10,11,11
   328:2 331:7
   388:20 392:3
   398:21 402:21
   403:15 406:17
   406:22 407:14
   432:6 436:1
   438:10 448:10
**forms** 242:20
   329:11
**forth** 175:12
**forward** 434:8
   435:3
**found** 98:11
   116:4 127:10
   127:13 128:15
   129:4,18
   130:16
**foundation**
   37:21 58:22
   96:11 102:21
   122:18 220:2
   258:6 344:7
   401:6
**four** 69:15
   143:24 144:6
   144:10 180:16
   180:23 181:12
   334:1 373:14
   388:12 391:17
   434:17
**fourth** 338:22
**fragrances**
   408:8
**frame** 81:1,3
   205:3

**Frederick**
   279:11,15
**free** 11:11
**freedom** 49:12
**frequently**
   304:12,14
**Friday** 12:7
**front** 87:12 96:7
   119:2 378:9
   413:9 435:1
**FT33** 338:10
   342:12
**full** 33:12 90:1
   99:11 100:4,11
   100:19,20,22
   104:22 105:22
   106:6,16,17
   107:4,8,22
   108:3 142:5,8
   185:21 207:5
   207:10,10,16
   209:19 254:5
   258:15 300:23
   416:23 417:2
**full-blown** 69:19
   321:23
**fully** 313:5
**fumes** 435:5
**function** 255:8
**functional** 347:8
**fund** 43:8 94:2
   111:8
**funded** 92:21
   94:19
**funding** 218:14
   220:3
**further** 40:15
   56:21 57:23
   76:15 97:19
   129:16 133:9
   142:15 153:5
   209:5 217:14
   327:9 427:11
   443:16
**fusion** 161:20,20
   168:23
**future** 78:16

96:20 120:6
208:2 245:13
245:15 415:24
417:23 418:6
423:18

**G**

**gas-works** 435:6
**gastroenterol...**
   241:15
**Gates** 69:6,22
**Gen** 337:23
**gene** 73:22
**general** 65:17
   66:8 67:9
   69:16 74:7
   83:4 118:13
   219:16 250:23
   251:3 256:17
   289:14 313:19
   314:21 316:15
   316:21 319:19
   360:20 367:20
   368:6 396:18
   396:21 435:3
   439:14 441:6
   442:8,14,22
**generalized**
   313:5
**generally**
   242:13 243:6
   356:11 419:11
**generate** 414:21
**generated** 81:4
   214:17
**generation** 6:14
   308:17
**generic** 190:23
   292:7 296:24
**genes** 63:7,9
**genesis** 154:5
**genetic** 62:19,22
   63:6 146:3
   223:23 421:8
**geneticist**
   133:19
**genetics** 62:22

112:12 292:16
**genital** 270:6
**genitourinary**
   441:7 442:6,21
**genome** 312:5
   440:6
**genomic** 131:22
   132:24 155:24
**Genomics** 7:19
**gentleman**
   59:10
**gentlemen** 316:1
**geologist** 401:10
**Gerel** 2:7 43:1
**germane** 13:15
   25:4,11 72:22
   75:13
**Gertig** 69:5,22
**getting** 96:14
   249:5 312:14
**gift** 337:22
**give** 16:4 17:20
   21:10 33:11
   35:6 46:13
   53:13 65:19,20
   66:11 69:19
   94:1 102:3
   120:23 126:4
   141:6 158:12
   180:4,5 194:5
   218:24 233:22
   253:15 259:4
   299:20 326:12
   326:14 327:12
   349:19 412:10
   423:24 428:22
**given** 330:24,24
   373:17 435:15
   445:6 448:8
**giving** 59:8
   228:15 300:22
**glean** 79:24
**go** 10:22 17:10
   34:1 43:7,8,24
   44:11 55:13
   58:14 70:24
   73:6,20 84:15

Ie-Ming Shih, M.D., Ph.D.

85:20 92:17
129:13 133:24
134:3 135:3,16
142:1 143:18
150:15 151:24
152:3 153:15
157:2 159:1,5
165:11 171:12
173:20 179:7
180:15 204:4
211:18 218:6
227:15,18
234:18,24
236:9,15
238:16 247:16
262:11 286:22
303:17,19
318:20 333:3
333:19 341:13
366:15 371:21
377:18 382:23
383:11 390:5
392:14 397:9
411:15 416:18
421:13,19
**God** 33:2 86:12
**goes** 127:7 175:4
239:1 246:20
247:3 393:9
**going** 11:7 12:4
12:18 17:11,18
18:2 20:11
28:24 30:24
32:20,21 36:22
36:24 48:2,21
49:1,20 51:20
59:24 60:1
70:7,15 71:8
72:23 85:15
88:11 100:12
107:10 109:13
112:17 132:21
151:24 152:11
158:3 178:13
179:6,7 189:24
194:21 198:19
204:1 206:12

212:4 217:18
231:7,18,19,20
235:3 240:6
245:15 251:3
263:17 266:2
279:18 291:15
299:19 300:13
304:1 316:8
320:6,14
324:18 333:4
333:10 341:9
345:22 356:6
358:10,24
360:6 362:3
363:17 378:17
392:17,23
393:18 398:7
405:15 423:1
425:13 434:13
434:15 435:11
437:22 443:20
**gold** 362:14
**Golkow** 1:20 9:4
**Gonzalez** 69:6
69:22 376:1
**good** 10:13,14
64:19 71:4,6
86:20 111:10
113:10 119:3,6
151:20 187:12
212:2 216:19
285:22 286:5,5
298:1 299:13
316:14 317:12
342:17 346:18
350:17 380:24
383:8
**Google** 73:7
74:16 75:18
**government**
92:21
**grade** 47:7,13
48:7,12 73:22
91:24 125:1,13
127:23 129:19
130:17 131:23
133:1 136:23

139:23 167:11
167:17 168:4
174:12,19
187:20 237:11
237:21 284:3,3
291:14 294:12
295:23 299:8,8
314:16 318:14
319:3,23,23
334:5 413:12
413:19 417:11
419:3,6,15,17
419:24 420:17
420:18,23,24
421:3,4,22
422:9,9,11,12
422:16,18,19
423:6,9,10
425:1
**grades** 419:21
**gradient** 57:15
**grading** 27:22
27:23
**graduate** 52:19
**grant** 47:17,22
49:5,7,10,10
49:13,24 50:1
50:17 91:23
92:2,7,9,11,14
93:11 94:17
102:23,24
104:1,3,9
218:10,12,18
218:19,21
219:11,19,21
219:21 220:5
**grants** 104:7
219:24
**Gray** 1:15 10:3
445:12
**great** 53:6 212:1
234:8 364:8
**greater** 373:21
**green** 307:7
**gross** 195:15
**grossly** 435:19
**group** 32:12

334:10 387:7
**groups** 379:19
**grow** 346:14
**growth** 294:19
295:5 307:5
323:7,23
324:24
**guess** 19:9 152:1
**guessing** 433:24
**guideline** 45:24
316:15
**Gupta** 6:16
**guys** 97:3
331:12 438:16
**GYN** 46:24
95:23
**gynecologic**
76:7 276:19
280:22 286:15
290:23 379:10
381:9
**gynecological**
227:10 276:24
285:15 379:12
**gynecology**
30:10 52:16
54:3 67:15,23
242:5 258:12
285:24 438:22

---

**H**

**H** 5:10 6:2 7:2
240:15 241:3,9
241:17,24
242:1,20,21
243:2 245:8
247:12
**H&E** 176:10
**H2O** 248:20
**habit** 401:4,20
402:19
**Habitual** 270:5
**half** 145:3 152:2
399:8
**hall** 44:3 296:5
**hallmark**
294:18 295:5

295:12 296:5
296:11 313:13
314:7 320:12
320:15
**hallmarks** 6:11
6:13 293:8,24
305:18 306:5
306:24 307:10
308:16 311:18
311:21 312:1
312:10,24
315:9,24
316:11 318:6
319:2
**halt** 196:24
**Hanahan** 6:12
305:17 306:6
308:16 314:1
318:7 329:20
332:20 333:15
**hand** 12:18
17:11 18:2
125:17 365:9
**handed** 12:22
107:11 276:1
377:22
**happen** 224:3
322:19
**happened**
184:11 352:10
356:20
**happens** 115:11
178:11 182:15
216:22 222:11
310:21
**happy** 130:8
203:12
**hard** 60:17
345:12
**harmed** 37:15
**HAUSFELD**
2:16
**HE-4** 380:13
**HE4** 376:11
**head** 22:16
234:15 291:24
**heading** 362:9

374:15 433:9
**heal** 313:11
314:5
**Health** 279:13
279:14,17
376:8
**healthy** 374:22
**hear** 43:22
**heard** 10:23
56:4,9 74:10
122:17 221:17
240:13 295:18
410:21
**heart** 19:23
**heavy** 408:8
**heightened**
361:14
**held** 1:14 9:11
213:7 265:23
**Helicobacter**
240:14
**help** 70:7 117:12
206:9 246:14
275:17 347:16
367:1 368:9
407:21 408:1
427:18 434:13
**helped** 275:12
**helpful** 232:11
259:12 397:4
**Hematology**
372:2
**hepatic** 240:23
**hepatitis** 246:16
246:24 247:7
**Hey** 248:22
**HG** 167:16
**HGSC** 124:18
125:10,12
296:21
**HGSOC** 136:24
137:4 142:15
**high** 47:7,13
48:7,11 72:8
73:22 91:24
109:18 125:1
125:13 127:23

129:19 130:17
131:23 133:1
136:23 139:23
167:11,17
168:4 174:12
174:18 187:20
237:11,21
284:2 291:13
294:12 295:23
299:7 314:16
318:14 319:3
319:22 334:5
373:20,22
374:4,5 395:18
413:19 419:5
419:17,24
420:18,24
421:3,22 422:9
422:18 423:6
423:10 425:1
**high-grade**
127:14 129:4
219:4 296:20
334:7
**higher** 357:8
**highly** 111:15
**Hill** 7:13 56:5,8
56:17,20,20,23
57:2 255:17,19
433:2,19
**histological**
82:21 374:10
**histologically**
181:18 189:6
195:19
**histology** 32:2
181:13 195:7
**histopathologi...**
27:8,10,18
29:5,7 49:22
50:8 93:10
**histopathology**
17:6 219:10
**history** 92:24
117:15 203:1
**hold** 185:23
186:4 219:1

273:1,1 289:3
311:13 361:23
433:6,11
**holes** 230:14
237:5
**Holmstock** 4:9
9:3
**homogenous**
32:15
**honest** 112:19
120:22 385:21
**Honorable**
102:20
**hope** 41:22
146:1
**Hopkins** 43:8
45:21 46:10,17
79:1,12,19
92:16,19 95:13
103:9 104:13
104:16 269:6
371:12
**HOSEpiC** 338:6
341:5
**hospital** 196:24
**Houghton** 69:5
69:23
**hour** 11:1 14:18
71:2 152:3
**hours** 14:18
15:19 16:5,6
383:3,6,7
**HPV** 242:13,21
242:24 243:1,6
279:10
**human** 238:22
239:11,23
242:12,22
243:5 246:21
251:2 279:14
338:1,3,5,9
339:17,22,24
340:16,20
341:4 342:10
395:10,15
397:16,22
**hundred** 329:10

**hurts** 291:24
**hybrid** 376:14
**hydrogen**
249:17
**hyperplasia** 6:9
412:15 418:23
**hyphen** 344:1,3
**hypotheses**
140:5
**hypothesis** 90:3
91:1,2 147:1
157:21 178:5
220:21 225:15
226:9 326:21
327:21 328:6
413:18 414:17
414:21,22,24
415:3,8,15,20
415:21 416:2,5
416:9 418:5,8
418:10,13
419:4,22
420:14,21
421:21 422:4
422:12 423:5
426:5
**hypothesize**
90:9 417:22
419:23
**hypothetical**
114:16 271:15
277:14

_____

**I**
_____

**I-M-U-R-A-N**
189:21 190:24
**IARC** 241:2
**ID** 22:18 87:15
89:7 159:23
173:21 176:17
177:12 178:17
179:10,22
180:11,12
181:21
**idea** 110:2
151:20 224:2
342:15,17,17

**identical** 177:19
**identification**
13:5 17:14,23
18:7 102:6
125:20 132:6
136:11 213:4
268:22 275:22
305:21 308:12
361:21 365:6
370:23 378:5
384:15 411:12
432:19
**identified** 82:22
145:4 355:9
**identifies** 103:6
**identify** 83:13
176:10 357:22
376:15
**identifying** 7:6
157:4 377:23
**IDs** 177:18,19
**Ie-Ming** 1:13
5:5,17 9:22
10:6 445:8
448:16
**II** 396:9 421:4
**III** 396:10
**Illinois** 3:19
338:5 340:2,22
**illogic** 310:7
**Imaging** 311:18
**immortalized**
338:8 339:1
342:10 343:6
**immune** 172:1
172:13,21
173:2 176:3
221:3 311:24
313:10 314:4
339:19 353:13
353:13 354:4
**immunity**
113:12 289:17
**Immunology**
279:11
**impact** 109:19
**imperative**

Ie-Ming Shih, M.D., Ph.D.

446:14
**implant** 418:24
**implants** 412:18
413:14
**implicates**
280:19 282:12
283:4,15
284:18
**implication**
97:21
**important** 11:15
31:15,21 32:9
48:5 51:14
67:17,21
106:11 111:5
111:14 112:6
114:6 117:5
126:14 129:8
130:12 145:22
148:11 149:6
162:21 170:13
177:22 182:12
208:12 209:13
210:23 214:14
214:19 215:15
265:22 341:23
345:10 350:17
358:2,8 373:1
373:2 374:9
376:3,6,23
377:1,4,9,10
377:13,15
381:23 384:6
394:7
**importantly**
193:8
**impressed**
111:15
**improper** 257:8
**improperly**
438:13
**improve** 110:14
387:13
**Imuran** 189:21
190:24
**in-press** 335:10
335:19 336:9

352:7
**inadequate**
214:9,10
**inadvertent**
313:12 314:6
**inappropriate**
399:21 400:5
**incessant** 297:9
298:3 301:24
**Incidence** 7:16
**include** 94:23
109:15 115:17
149:15 165:18
165:20 169:17
173:3 175:18
316:11
**included** 78:15
81:16 100:4
108:12 110:24
181:10
**including** 63:6
69:4 88:23
89:13 95:6
109:9 124:13
165:5 172:1,13
172:20 173:10
186:10 187:7
208:5 228:8
274:16 297:9
301:24 319:1
321:9 347:2
348:17 353:14
387:7 388:13
391:19
**inclusion** 124:16
**incomprehens...**
404:15
**Incorporated**
34:11,11 338:7
**incorrect** 236:8
237:2 254:18
257:10 342:7
351:4,5,15
355:18 391:6
391:11
**increase** 111:3
111:12,13

114:1 115:20
229:21 270:7
271:10 272:14
273:13 298:14
394:9,10
433:10 434:7
434:22
**increased** 118:4
161:11 168:20
189:10 192:2
197:2,20 199:7
199:8,13,16
391:10
**increases** 288:7
290:3 292:8
**increasing**
118:17 119:19
287:11 290:18
**increasingly**
379:1 380:10
**incredibly** 210:5
**incurred** 14:7
**index** 8:2 364:23
**indicate** 103:12
419:4
**indicated** 22:8
**indicating**
361:13
**indicative**
359:11,24
360:1
**indicator** 317:12
**individual** 83:23
274:19 312:12
312:15 316:16
357:7 396:24
**individually**
150:8 293:4
310:22 315:11
**individuals**
280:2 351:9
370:2
**induce** 267:1
268:1 271:4
287:11,21
289:12 290:18
291:4 417:17

440:7
**induced** 411:8
413:17
**induces** 288:22
289:21 417:12
**industrial** 435:7
**industry** 431:23
**ineffective**
287:13 290:20
**infected** 113:22
**infection** 359:13
**infections**
313:11 314:5
**infiltrate** 161:11
168:21 197:19
197:21 199:16
**inflammation**
5:19 6:7 18:12
21:18 23:7
28:8 48:10,18
75:17 77:16
82:13 86:8
95:7,19 99:23
106:12,13
112:1,11,23
113:3,17,18,24
114:12,23
115:13 117:7,9
118:4 143:13
145:20,23
147:1 150:2,4
150:10,20
151:4 161:10
161:18 165:3
168:17,19
169:7 170:5,9
170:19,21
171:2,11,12,15
171:19,20
173:22 175:4
175:18,22
176:1,6 187:17
188:23 189:3
190:4,8,13
192:2 193:24
194:3,8,14
195:3 196:21

197:12 199:4,9
199:13 201:10
202:13 220:13
220:20 222:5,6
222:10,19
224:8 225:14
225:15 226:8,9
234:13 240:22
274:8 276:9
277:4,11,19
280:20 282:13
283:4,15,23
284:19 287:10
287:21 288:21
289:12,16,21
290:17 291:4
291:10 297:8
301:21 302:5,8
312:7 313:9
314:3 322:6,6
322:22 323:3,6
323:21 324:24
328:19 329:24
332:2,22
413:17 414:2,8
417:12,17
418:22 420:16
425:2
**inflammation-...**
322:8
**inflammatory**
169:5,16
173:10 174:18
174:20,23
176:7,13 187:8
196:13 197:3
197:19 198:10
198:17 200:11
297:12 302:15
313:16 314:10
325:21 326:5
**information**
118:8,10 182:5
184:24 191:18
427:11
**informations**
29:19

informing 42:9
ingredients
   100:17
initial 181:20
initiate 52:14
   414:2,8
initiating 47:7
initiation 73:21
   145:24 294:9
   357:17
Initiative 376:9
innate 172:1,13
   172:19,21
   313:10 314:4
   323:5
inorganic
   248:18
inquiry 196:6
insensitivity
   295:11,17
   307:14
inserted 19:7
inside 92:19
   381:5 395:14
insinuating
   123:12,14
instability 312:5
instance 418:2
Institute 279:7
   279:13,13,16
   279:17 281:20
   284:10 285:14
   286:14 290:22
   301:10
institution 51:10
   317:11
Institutional
   105:1
institutions
   49:17 285:20
INSTRUCTI...
   446:1
insult 175:22
intended 59:21
intentionally
   149:9
interest 73:8

165:24 207:21
210:24 211:4
213:20 216:20
217:3 220:22
221:18,19,23
386:19
interested 222:4
interesting
   74:23
interests 213:16
interim 106:9,18
   107:5 108:3
   120:12 121:7
   143:1 222:20
   226:13,16
internal 93:12
   93:16
International
   46:24 95:23
   365:11 366:7
internet 123:3
interpret 67:13
   363:6 381:13
interpretation
   184:6 202:7
   364:3 381:14
interrupt 32:21
   51:20 70:7
interval 67:13
   115:24
intervention
   376:17
interview 51:8
   122:23 123:1,5
interviewed
   122:21
intraepithelial
   86:18 124:11
   124:15 137:6
intrigued
   217:21
introduction
   100:17 227:21
   280:11,14,18
   369:6,10
   382:12
invasion 296:4

307:21
invasive 137:7,7
   252:21 300:7
investigate 95:7
investigation
   56:13
investigator
   78:24 215:23
   216:6
investigators
   49:16 157:12
invoice 14:11,13
   14:17
invoices 14:6
involve 413:21
   419:7 421:24
   423:8
involved 47:21
   48:3,11 49:4
   313:1 387:1
involves 49:14
   93:9
involving 34:6
   292:13
IRB 93:4,6,18
   93:20,22 94:7
   94:13,15,16,17
   94:21 95:2,6
   96:3,8,14
   105:1 116:10
   116:11
irrelevance
   351:20 353:1
   355:23 360:13
   360:19 370:8
   370:11 390:6
   390:20
irrelevant
   117:16 291:12
   341:2 348:14
   349:6 359:4
   389:20 391:1
ischemic 289:18
issue 43:15 48:9
   53:2 300:12
   342:24 351:3
   394:20 400:19

401:2,18
405:23 430:2
issues 53:19
IV 396:11,14

_____ J _____

J 412:21
J&J 14:10 206:5
   208:10 214:20
J.M 2:12
JAMES 3:17
james.mizgala...
   3:20
Jan 14:16
January 14:14
   14:16 15:19
   16:1 81:1,6,9
   205:3,4,6,7,9
   205:16 305:19
   306:3 345:21
   345:24 351:11
Jersey 1:2 3:8
9:20
Jessica 3:3
   38:22,24 39:2
   39:7 41:6 45:8
   45:16 147:23
   153:7 353:4
   375:14 403:15
Jessica.miller...
   3:5
jinx 260:6,10
job 67:22 144:16
   177:8 191:24
   215:4,5 326:20
   327:20 328:5
   426:9 440:23
John 2:3 10:15
   17:20 153:10
Johns 43:8
   45:20 46:10,17
   79:1,12,19
   92:16,19 95:13
   103:9 104:13
   104:16 269:6
   371:12
Johnson 1:4,5

3:15,15 9:14
9:14 38:18,19
43:6,6 45:19
45:19 50:5,6
55:9,9,17,19
56:3 58:11
59:5 79:6,6,11
79:11,17,17,18
79:18 82:5,5
155:2,2 186:11
186:11 205:21
205:22 206:2,2
206:14,14
207:23,23
208:5,6 209:21
209:21 221:22
221:22 257:16
257:16,24
258:1,20,21
259:5,5,22,22
260:13,13
348:17,18
386:21,22
391:7,7 410:12
Johnson's 55:17
55:20 56:3
58:12 59:5
410:12
join 109:16
journal 6:15
   46:24 95:23
   109:19 208:3
   210:9 285:20
   308:21,22
   361:19 365:12
   366:7,10
   372:10 413:4
   432:24 433:7
   433:17
journals 350:10
   372:12
JR 2:3
Jrestaino@re...
   2:5
judge 60:2
   210:23 264:7
   436:4

Ie-Ming Shih, M.D., Ph.D.

**jump** 264:22
265:6
**jumping** 253:4
264:24 301:15
**junk** 217:22
278:2
**justifies** 132:7

**K**

**K-A-A-K-S**
365:13
**Kaaks** 6:19
365:12
**Kane** 39:18
40:24 75:22
76:2,23 227:1
227:10 228:23
230:5,19 231:6
231:14,16
232:16,23
236:3 244:17
248:1 250:20
251:24 252:3,7
252:23 254:5
255:4,15 257:5
261:1,13
264:16 265:14
265:17
**Kane's** 228:12
229:6,18 230:1
230:10,18
231:24 232:5,6
232:9 234:6
235:12,21
236:2,7 244:7
245:4 246:9
253:6 254:9
255:12 261:22
262:12 263:6
**KATHERINE**
3:12
**katherine.mc...**
3:14
**keep** 17:19
59:15,24 60:22
180:9 290:15
304:19 325:12

350:20
**keeps** 320:14
**kept** 366:22
**key** 233:13
285:7 372:19
373:10,12,14
394:10,11
**keyword** 75:17
**keywords** 73:8
73:16 74:17
234:13 277:11
277:19 373:12
**Kids** 260:6
**kill** 31:23 321:24
**Kimmel** 5:22
268:7 269:2,7
273:19
**kind** 44:13
56:12 66:1
78:14 109:14
152:4 183:16
223:9 240:2
249:12 294:23
303:14 329:16
337:22 372:12
374:7 380:24
397:3 440:15
**kinds** 94:23
193:2
**knew** 89:8
181:14
**know** 11:4,16,19
16:17 19:23
20:4,13 22:1
22:17,21 31:21
38:20 41:2
47:9 53:18
55:8,16 56:10
56:11 57:6
60:8 61:24
62:20 64:11
65:11,22,24
66:8 67:10,12
70:3,9 73:18
73:24 75:1,15
76:13,16,20,21
78:10 80:20

88:8,9,16 89:2
96:13 97:13
109:17,21
110:6,11,16
114:19 115:7
115:24 116:20
118:3 120:8,21
120:24 121:24
122:1,7 126:20
131:10 139:11
140:8 141:11
144:17,23
151:14,15
157:8 160:9
163:15,23
166:10 168:13
172:22 175:12
175:13 179:16
180:24 181:22
183:22,23,23
184:4,16,16
191:5,20
192:12,16,23
197:10 202:23
203:6 210:4,22
214:23 215:3
216:18,21
217:18 219:20
220:24 226:23
232:20 233:7
233:14 234:10
234:16 242:8
245:12,14
246:12 249:4,5
249:11 255:20
259:15 260:7,8
267:17 269:17
274:1 275:16
277:15 278:7
278:16 280:4,5
283:10,20,24
284:5,10
299:19 300:11
302:9 304:18
305:8 308:6
309:5 322:1
323:10 330:8

339:2,16 340:3
344:5 346:13
346:17,17,20
349:6 355:14
355:17 358:15
360:22,24
361:1 367:20
368:5 369:13
372:22 373:7,8
374:6 375:18
377:15 379:13
381:5,12
382:15,17,19
389:15 390:22
394:14 400:15
400:22 422:12
422:15,20
424:5,16
426:16,22
433:15 436:23
437:12
**knowing** 53:5
182:18 345:4
440:17
**knowledge** 30:6
80:17 129:17
191:9 196:19
229:24 288:5
334:9 345:16
350:21 360:21
361:4 410:17
**known** 191:12
191:16 192:7
192:21 193:3,4
240:19 243:12
282:3 320:15
355:8 357:13
389:14 401:3
401:19 402:2,8
402:18
**knows** 237:19
**Kurman** 6:10
80:3,14,16
154:9,10,16,19
154:20,23
155:1,6,11,13
156:10,14,19

157:22 158:8
158:21 412:22
413:10 414:6
415:7,15
420:13 421:18
**Kurman's** 157:9

**L**

**L** 1:15 445:12
**label** 166:8
**labeled** 83:16
89:21 150:19
160:1 177:5
**labeling** 132:7
177:2,4
**labels** 89:12
**Laboratories**
338:7 341:6
**laboratory**
279:11 317:1
317:24
**lack** 370:3
428:16,23
441:17,24
**Lacks** 37:20
96:11 258:6
**lady** 41:17 200:3
**landscape**
155:24 321:8
**language** 13:14
60:8,20 105:10
108:2 121:13
123:24 140:16
144:24 363:3
366:2,9 392:11
392:12 407:1
**large** 33:2,3
107:16 251:15
**largest** 111:6,9
**late** 129:19
130:16 215:11
**late-stage**
127:14 129:4
**laugh** 90:22
**Laureate** 317:7
**law** 2:2 9:11
42:24 43:4

45:2 214:20
lawyer 28:18
   37:14 38:21
   42:4
LAWYER'S
   449:1
lawyers 41:7,9
   41:10,12,12
   42:18,19
lay 122:16
lead 142:14
   200:10 329:4
   365:12 412:21
   420:16
leading 181:21
   203:3 418:22
leads 200:9
learn 113:1
   214:22
learned 387:9
leave 135:2
leaving 230:13
lectures 122:6
led 203:5
left 12:3 28:16
   307:18 312:5
   368:23 378:18
   378:19 387:3
   439:1,2
left-hand 337:12
legal 36:17
   280:6
legend 307:2
   312:18,23
   313:9,23
lesion 87:13,17
   87:20,22,24
   89:4 95:8
   106:13 111:7
   136:5 139:16
   147:3 150:2
   159:22 160:15
   164:15 166:10
   168:11,16
   169:14 173:20
   177:11,15,16
   177:24 179:21

194:19 195:1,2
195:8,21 198:5
198:11 199:15
199:21 200:8
201:22 204:15
294:10 321:7
321:22
lesions 33:17
   48:6,20 82:23
   83:14 84:6
   85:8,10,17,19
   86:17 87:2
   88:14,17,22
   89:9,13,20
   103:8 112:2
   113:4 114:13
   118:6 124:13
   124:15,24
   125:5,9 128:15
   130:16 135:7
   137:1,7,8,13
   137:15,23
   138:16 139:23
   140:3 141:1,2
   141:3,13,13,14
   141:15 143:14
   145:2 147:2
   148:5 149:2,13
   149:17,24
   150:21 154:8
   156:6 160:24
   161:12 163:5,7
   163:19 164:1,4
   164:21,22,24
   165:4,10,16,22
   165:24 166:2
   166:18,22
   167:3 168:6
   173:24 175:1
   177:24 178:5
   178:22 201:9
   201:11 202:11
   225:13 226:7
   319:3 365:1
   413:15 429:17
   443:1
let's 23:5,5 27:6

59:15 123:8,17
131:17 136:19
175:24 195:1
227:15 230:7
234:24 238:16
247:16 287:7
297:4 303:11
303:12,17
311:10 333:18
335:3 351:18
396:3,6
lethal 280:22
letter 441:23,24
letters 338:14
leukocytopenia
   190:9,11
leukopenia
   189:12 194:11
level 357:2
Levels 6:6 276:8
LHG 1:6
Liability 1:6
   9:17
liberal 139:19
lie 343:16,20
life 340:7 371:3
   371:8,10
likelihood
   115:12
limitation 97:4,6
   97:11,16,20
   98:24 99:1
   115:18 118:19
   118:20 120:5
   404:18
limitations 97:1
   97:15,21 98:4
   98:10 107:19
   107:24 108:17
   109:2 110:5,11
   110:17 116:14
   118:16 119:5
   119:10,22
   120:9,13,14
   121:9
limited 127:17
   334:9 339:13

403:7 404:8,19
404:23 405:11
410:4 441:6
limitless 293:6
   293:14,16,17
   307:24
limits 293:19
line 8:6,9,12,15
   68:15 137:17
   137:18 138:5
   210:6 221:1
   228:1 252:11
   255:11 267:19
   334:4,6,7
   338:22,24
   339:4 340:18
   341:10 342:23
   343:9,9 344:14
   344:24 345:2
   346:2,14,24
   347:10,13
   350:7 356:2
   391:5 399:23
   413:8 418:20
   421:20 436:2
   447:4 449:2
lines 90:6
   137:19 143:24
   144:7 292:23
   333:21 334:1
   336:20 337:14
   337:19 341:16
   342:1,2,20
   343:5,6,6
   345:15 348:20
   351:4 352:10
   378:20
linked 297:7
   298:4,9 301:11
   301:20 302:4,8
linking 270:21
   322:5
list 24:18 58:14
   73:2 74:18
   84:6 85:18
   93:12 156:19
   160:18 162:3

164:3 165:14
165:21 173:12
174:3,4,5
223:2 259:19
260:17 269:23
278:12 279:2
292:1
listed 25:3,9
   77:21 85:16,24
   86:2 104:1
   147:21 153:21
   156:8,18 158:6
   160:21 162:8
   162:11,22
   164:9 207:14
   209:7 263:6
   276:17 279:3
   318:7 322:9
   339:21 343:14
   373:11 386:20
   436:13
listen 12:13,15
   33:15 48:22
listening 115:3,4
listing 84:19
   86:24 87:23
   159:7 162:3,6
   163:6
lists 21:22 209:9
   241:3
literature 53:12
   58:9 59:3
   71:23 72:22
   73:5 74:2,3,4
   74:12,14 75:3
   76:18 112:10
   126:21,22
   232:17 233:4,8
   233:9 264:21
   277:10,18
   304:13 320:5
   344:15,21
   361:7 410:9
literatures
   52:24 53:8,17
   73:3 264:1
litigation 1:7,20

Ie-Ming Shih, M.D., Ph.D.

9:5,17 14:8
23:21 25:5,12
26:19 35:10,18
37:13 38:14,14
39:4 41:3 47:3
47:24 73:12
155:3 206:2
211:9 214:1
222:13 226:19
226:21 227:2
227:11 228:2,5
228:6,17 280:3
387:1 399:19
**little** 111:3
127:6 128:16
143:23 218:7,8
352:1 385:9
**liver** 113:14
239:16 247:2,4
**LLC** 2:2 3:21,21
**LLP** 1:14 2:7,16
3:2,7,11,17 4:2
9:12
**located** 92:15
124:15 125:5
**location** 133:23
**LOCKE** 4:3
72:4 201:13
240:8 245:23
260:2 286:19
324:1 326:1
345:1 346:3
347:5 350:13
370:13 381:11
382:4 389:24
391:23 408:22
423:12 432:5
435:10 438:9
439:16 443:5
**lodge** 66:15
**Logan** 3:12
**logic** 65:10
324:12 326:23
327:2,23
**logical** 309:17
**long** 109:22
150:6 303:5

434:2
**longer** 256:9,23
350:6
**longitudinal**
70:4
**look** 15:13,16
20:16 21:4
32:13 35:2
68:7 72:15
82:12 88:1,12
90:5 95:3
112:15,20
114:7,20,22
115:2 117:12
118:2 123:2
127:5 153:16
160:23 161:19
162:14 163:4,8
164:22 165:8
170:8,10 172:4
172:17 173:7,9
176:5,7 182:22
189:24 194:18
194:19 195:1
198:5 199:14
201:7 203:16
203:20,21
204:24 210:14
211:23 213:14
217:6 220:12
220:22 224:14
231:23 232:4,8
234:1 256:10
272:19 278:1
279:1 281:16
287:7 297:4
299:3 312:17
312:22 316:4
333:20 335:3
336:1 337:7
340:15 351:9
351:19 360:9
362:6 364:11
365:24 372:18
375:13 385:7
398:3,15
399:21 413:7

433:4,14 434:6
437:10
**looked** 15:10
21:15 22:3
29:23 68:2
70:9 74:15
86:16,17 88:13
150:18 198:6
199:1,2,5
274:7 278:8
315:11 335:1
**looking** 19:2
20:2 25:1,8
26:5,6 27:7,10
27:17 28:2
29:7 33:2
49:21,21 67:11
68:4 74:21
96:13 105:22
106:8 111:18
111:21 113:9
133:11 143:20
150:3 159:11
177:11 182:5
216:9 231:4
232:6 249:20
249:22 256:24
257:6 271:19
275:4 317:9
322:4 335:21
343:18,23
344:9 347:12
352:16,23
360:12 365:24
381:4 393:6
395:8 428:20
**looks** 32:15
**losing** 363:23
**lost** 137:16
139:10
**lot** 20:11 32:18
148:12 236:6
304:24 397:24
437:19
**loud** 144:13
**Louis** 337:21
**lousy** 397:3

**love** 346:15
397:22
**lovely** 41:17
**low** 72:12 115:9
115:15 185:20
284:3 299:8
319:23 357:1
373:17 413:12
413:19 417:11
419:2,5,15,21
420:17,23
421:4,22 422:9
422:11,12,15
422:18 423:6,9
424:24
**lower** 188:11
190:10 337:11
**luck** 375:15
**lump** 184:15
421:10
**lunch** 151:24
152:3 203:23
203:24 211:22
212:7
**lung** 7:13 185:24
186:5 276:10
433:1 436:19
438:2 441:10
**lymphatic**
238:24 239:8,9
239:12,18
244:8 245:17
**lymph** 244:18
244:23 245:18
245:21
**lymphatic** 134:2
236:14 237:7
238:14 244:15
244:18
**lymphocyte**
176:8 188:12
199:16
**lymphocytes**
28:3,4,10 29:8
29:10,17,24
31:1,12 33:7
85:16 112:23

113:9,19,20
170:11,12
171:16 172:2,5
172:14,16,18
173:5,8,11
175:19 176:12
188:21,23
189:5 190:1
197:2 198:10
199:19,20
200:7 201:21
201:23
**lymphocytic**
161:11 168:21
197:20,20
199:7
**lymphocytope...**
188:1,6,7,8,19
189:9,18,19,23
191:6,21
192:17 203:4,5
**lymphopenia**
200:9

─────────
**M**

**M** 2:3 3:7
**M.D** 1:13 5:5,15
5:17 10:6
355:10 445:8
448:16
**macrophages**
112:23 169:1
169:13,18
172:3 173:4,14
173:16,22
174:6,8,19
175:19 176:9
176:12 197:2
338:2,19 339:2
339:8,13,17,21
**Madam** 333:11
**magazine**
210:19
**mail** 25:18
**main** 371:7
394:19 434:7
435:2 436:22

Ie-Ming Shih, M.D., Ph.D.

437:4
maintain 269:19
maintained 339:5
major 47:14
making 18:23 33:5 131:15 176:5 196:15 226:11 257:7 292:20
male 239:15
malignant 31:20 184:17,18 300:10
man 320:15
Manassas 338:2
manifesting 313:14 314:8
manuscript 98:21 109:8 208:2 334:24 336:13,23
March 1:10 9:6 443:19 445:15
Marina 2:17
mark 12:15 213:2 333:12 411:15
marked 8:14 12:19 13:4 17:12,13,22 18:3,6 19:11 21:16 23:19 46:7 61:3 102:4,5 107:6 125:18,19 136:10 213:3 218:23 268:19 268:20,21 275:21 305:16 305:20 308:11 308:15 361:18 361:20 365:5 365:10 370:20 370:22 378:4 384:14 411:11 411:16,22

432:17,18
marker 357:19 358:19 362:13 362:21 364:4 367:6,24 378:24 380:9
markers 6:7 276:9 277:4 365:15 376:13 380:14
market 55:20
Marketing 1:5 9:15
marks 253:24
Martincorema 429:10
Maryland 1:14 9:14
Massachusetts 2:18
material 19:1,6 38:4 48:4 84:1 115:19 143:3 228:7 337:13
materials 10:18 13:23 16:10,15 16:18 103:4 104:20 143:6 338:11 342:13
math 310:7
matter 15:22 16:1 30:21 116:18 121:19 124:3 192:4
matters 148:12
McBETH 3:12
MDL 9:17
mean 16:24 18:22 19:21 21:24 22:4 23:4,9,22 27:4 27:23 29:13 55:6,19,24 56:22 65:6,8 67:3,8 75:5 82:6,16 96:18 97:24 100:20

113:23 119:11 121:21 122:1 160:19 165:13 166:16 182:7 183:24 185:11 195:4 197:23 206:22 226:22 227:3 228:5 231:13 233:13 235:16 251:1 255:7 256:1 261:13 270:16 271:22,24 272:16 275:6 291:13 306:21 307:7 309:10 310:3 317:13 318:23 319:6,7 321:11 328:11 334:20 339:24 349:23 354:14 356:7 357:16 360:1 361:5 362:24 368:5,6 371:9,16 377:11 384:6 384:11 394:2 394:16 399:3 401:13 410:23 423:20 428:19 430:24 437:9 441:1,8 443:11
meaning 48:15 100:21 184:4 243:15 256:6 294:8 334:23 339:1 341:24 356:16 395:1 395:12,14 430:1
meaningful 397:7 398:4
meanings 356:13
means 25:13 32:10 50:15 66:9 81:12

84:17 98:16 137:13 165:20 188:2,9,11,11 188:12 304:14 304:23 319:4 326:21 327:21 339:7 358:1 380:5 395:7 399:13 411:5 445:20
meant 28:23 31:19 64:16 75:1,10 127:3 128:6 133:14 134:15 223:8 230:4 234:17 379:3 393:11 394:1 415:4 423:15 424:6
measurable 359:10
measure 395:19
measuring 387:10
mechanism 64:2 230:15 258:11 266:24 267:24 271:17 277:24 280:21 282:14 283:5,16 284:20 289:17 320:5 357:14 397:8 431:15
mechanisms 431:16
medical 91:22 92:24 116:16 117:15 119:9 119:12,21 128:7 185:5 191:4,8,22 193:7 202:9,14 202:24 203:3 210:19 215:17 304:12 316:22 322:11 344:15 344:21 356:14

360:20,21 361:1,6 432:24 433:7,17 436:17
medical/legal 43:5
medications 203:5
medicine 141:8
meet 41:7 42:18
meeting 41:6,24 45:7 221:21 385:23,23
melanoma 31:23
Melville 2:13
members 280:5
membrane 133:24
membrane-bo... 354:6
memorize 19:21
memorized 19:13,18 20:15 22:16
memory 11:8 20:7,10 75:16 126:3,11 231:11 232:1
Menopausal 7:6
mention 342:23
mentioned 62:11 168:23 196:5
mere 430:24
Merriam-We... 429:4 439:6 442:4
mesh 34:6 35:10 35:17,21 36:1 37:13,16 38:1 38:9 39:3
mesothelioma 237:10,21 252:22
met 39:6 45:10
metabolomic

Ie-Ming Shih, M.D., Ph.D.

Page 475

223:24
metagenetic
  223:24
metals 408:8
metaplastic
  354:7 355:12
metastases
  132:3 133:14
  133:15 135:21
  136:2 137:8
  145:4 148:7
  149:3,9,12,17
  150:1,15
  151:13 166:11
  296:4 307:22
  321:11,12
metastasis
  133:17,21
  134:6,8,9,15
  135:1,12
  146:21
metastasized
  150:17
metastatic 135:6
  135:8 137:2
  142:16,21
method 263:21
methodologies
  100:18 236:3
  256:2 350:22
  398:1 415:1
methodology
  34:2 49:19
  50:7 64:1,19
  76:11,14,23
  77:7 78:23
  79:4,9,16 80:2
  148:12 164:20
  168:23 202:17
  228:23 229:6
  230:2,10 231:6
  232:1,10
  233:17 235:22
  236:8,12,21,22
  237:15 238:12
  257:8,11 261:3
  261:7,11 262:2

262:21,22
263:9 264:9,16
264:17,20
265:5,8,12
266:5,13,16,16
266:18,21
267:2,21
292:24 341:24
342:7 343:2
351:15 391:6
418:1
methods 104:20
  202:18 229:23
  332:9 337:13
methotrexate
  193:20 194:10
methylomic
  7:14 103:5
  104:12 107:12
mets 133:3
Michelle 1:15
  2:7 10:3 13:1
  41:17 43:13
  286:24 333:12
  398:23 408:23
  411:14 445:12
Michigan 338:1
microbiologist
  241:20
microenviron...
  32:4 95:9,20
microscope
  27:17 38:3
  89:8 163:4,8
  164:11,23
  166:17 176:10
  181:13 192:1
microscopic
  29:19 195:14
mid 39:21
middle 90:6
  123:21,23
  124:3 140:7
  251:14 375:24
  429:2
migrating
  245:20

MILLER 3:3
  14:20 15:3,9
  16:13,23 18:14
  19:19 20:3
  21:9 26:4 27:2
  29:11 34:12,24
  35:13 36:3,9
  36:13,16 37:5
  37:17,20 39:8
  39:24 40:13
  43:13,24 45:9
  46:12 52:2
  53:15 54:10,22
  55:4 57:19
  58:17,21 59:18
  60:12 63:19
  65:2 66:6,10
  66:13,21 70:21
  71:1 72:6 74:5
  75:4 80:4
  84:23 90:22
  96:10 98:5
  99:13,15
  100:13 101:11
  103:17 105:11
  108:5 113:5
  117:21 119:24
  120:17,21
  121:4,10,22
  122:10 123:7
  128:22 129:22
  130:19 131:4
  131:13 133:6
  134:12,17
  135:10 138:7
  138:11 140:6
  140:18 144:19
  147:5,14,24
  148:9 150:23
  151:23 152:7
  153:23 156:21
  158:11 159:9
  164:16 167:19
  169:3,19
  170:23 171:5
  171:13 172:7
  175:9 179:15

179:23 180:2
183:5,11,14
186:22 197:5
198:20 200:1
200:12,20
203:7 204:1
205:11 206:15
206:21 207:8
207:24 209:23
211:10,13
212:1 216:2
222:2,24
223:12 224:10
224:17,21
225:1 226:14
227:4 228:18
229:1,14
230:17,21
231:7,13 232:2
232:18 233:1
233:18,21,24
234:18,24
235:13 236:23
239:3 240:16
241:5,11
243:20,24
244:13 245:24
247:18 248:22
249:4,24
250:11,14
251:12 252:2
253:7,11,17
254:4 256:14
257:2,9,20
258:5 259:8,17
260:1,4,9,15
261:5 262:17
262:22 263:11
263:23 264:18
265:10 266:4,9
266:14 267:12
270:13,23
271:21 272:2
273:22 274:10
276:3 278:11
278:16,21
279:1,18 281:9

282:23 283:19
284:11,22
285:17 286:18
286:20 287:23
288:10 289:2,6
290:5 291:6,22
292:10 293:9
293:14,18
294:2,21
295:15,20
296:6,12
297:19 298:10
298:19 299:16
300:15,20
301:6 302:6,18
302:21 303:11
303:17 305:12
309:16 310:1
310:11,15
311:3 314:13
315:13 318:9
319:15 320:17
321:5 322:24
323:8,24 325:2
326:7 327:15
328:21 329:6
329:15 330:1,7
330:10,16
331:4,10,20
332:3,14,23
335:5 336:1,17
336:21 338:20
341:17 343:16
343:22 344:2,6
346:7 347:4,19
348:3,12 349:1
349:16,19
350:12,14
351:12,23
352:17 353:6
354:10,24
356:9 362:22
363:19,23
364:5 367:18
368:3,11
369:19,21
371:5,21

379:15,17
382:3,5 383:2
383:6 387:19
388:5,15,24
390:1 391:24
392:4 393:13
393:17,20
396:16 398:9
398:18,22
399:7 400:2,6
400:14,21
401:5,21 402:3
402:21 403:11
403:17,23
404:2,11,14
405:1,14
406:11,18,23
407:3,7 408:17
409:4,20,23
410:7 411:20
412:4,7,11
414:10,15
415:10,17
416:6,23
417:19 420:19
422:5 423:23
424:7,19 425:5
425:15 426:18
427:2,13 432:7
432:9 433:20
435:11,21
436:21 437:2,8
437:22 438:8
438:11,16
439:11,15,17
440:19,22
442:9
**millions** 49:14
**mind** 19:18
48:18 64:23
184:19 187:6
216:14 217:5
218:7 250:8
290:16 363:24
**mine** 12:15
**mineralogist**
250:17 260:14

401:9
**mineralogy** 54:5
54:7,9
**minerals** 54:15
248:16
**minute** 84:12,14
84:17 175:9
269:14 335:5
**minutes** 434:4
436:3
**mischaracteri...**
40:14 58:22
63:20 223:13
**mischaracteri...**
45:13 392:1,5
403:19
**misconduct**
208:18
**misinterpreta...**
237:3
**mislead** 59:21
**misleading**
301:7 331:5
390:12 391:18
405:16
**misread** 140:15
**misrepresented**
391:8
**misrepresenting**
381:9
**missed** 325:14
**missing** 18:24
19:6 20:12,14
21:4 22:10
23:1
**Missouri** 337:22
**misstated**
336:24
**misstates** 270:13
273:23 336:3
**misstating**
270:18 329:8
382:6
**mistakenly**
334:4
**misunderstood**
140:13

**mitotic** 339:14
**MIZGALA** 3:17
260:3 432:8
443:6
**model** 346:18
413:11 417:9
417:23
**modified** 100:12
**modify** 29:2
**molecular** 7:21
61:10,17 62:14
63:6,18 112:12
127:17 223:22
223:23 258:11
272:11 273:9
421:8 438:5
**moment** 77:2
100:23 101:1
107:9 109:20
110:20 141:18
141:19 191:19
219:1 245:11
295:9 316:13
361:24 433:6
433:11
**money** 42:23
43:4,7 45:3
50:17 92:10
**monitor** 357:20
359:4
**monitored**
358:6
**monitoring**
389:13
**month** 385:13
**months** 43:18
345:22
**morbidity** 35:21
**morning** 10:13
10:14 12:19
13:15 14:12
104:5 204:11
411:2 412:2
**morning's** 324:4
**morphological**
31:13 32:11
**morphologica...**

202:11
**morphology**
238:6
**motion** 32:22
**mouse** 418:3
420:1
**mouth** 241:18
**move** 28:20,24
49:1 51:20
131:17 158:4
169:11 176:16
178:13 187:21
194:22 218:2
258:17 263:17
266:2 274:20
286:9 288:2
291:16 300:14
311:10 320:7
324:19 351:18
358:10 406:4
423:1 426:13
**moving** 247:23
**mparf@aol.co...**
2:9
**MRMC** 91:22
**MUC16** 356:21
**mucin** 355:9
**mucosa** 161:14
189:7,11
**mullerian** 354:8
355:13 356:23
356:23 420:2
**multiple** 109:24
130:20 177:24
178:4 203:8
211:14 223:21
313:13 314:7
325:4,6,10
329:11,11
331:21 407:11
**mutagenic**
432:3
**mutation** 62:19
64:3 287:14
312:5 420:2
**mutational** 63:8
**mutations** 62:23

63:7,11 290:21
440:8

---

**N**

**N** 5:2 212:9,9,9
**N.W** 3:3
**name** 9:3 10:15
23:11 38:20
43:11 56:6
68:17 73:22
80:24 190:23
190:23 192:23
239:19 325:15
326:12,16
327:13 329:2,4
329:13 331:1
373:8 375:11
386:20
**named** 159:22
412:24
**names** 34:14
**NAPOLI** 2:11
**narrative** 74:3
75:2
**National** 279:6
279:10,11,12
279:13,16,16
281:20 284:9
285:14 286:14
290:22 301:10
**nations** 157:13
**native** 36:19
40:17 59:11
**nature** 272:12
273:11
**NCI** 279:10
280:6 282:6
283:13 287:19
290:14 291:3
291:21 394:23
**near** 82:2,2
**necessarily**
98:24
**necessary** 446:4
**need** 11:3,8,12
30:17,19,19
33:11 42:12

43:22 45:5,20
45:24 48:24
49:9 50:20
57:8,21 58:6
62:18 63:3,23
76:14 77:1
84:9 85:7 86:3
87:5,5 88:8
89:5,21 94:2
95:2 117:1
118:8,10
122:22 126:9
129:12 130:7
133:7,23 135:2
136:18 141:6,9
141:10,11
148:18 152:8
157:6 165:15
170:7 177:23
185:5 202:16
209:5 214:11
219:14 223:1
231:23 232:8
234:5 252:5
261:22 265:19
279:8,19 287:4
288:17 297:1,2
303:1,21 312:8
312:21 316:17
318:10 323:15
324:14 328:7
328:12 333:3
340:12 342:4
345:13 347:20
348:6 350:20
355:19 358:14
359:16 361:10
365:20 368:9
369:10 377:12
377:13 379:7
380:24 385:1
390:23 391:13
392:14 395:12
395:13 418:14
426:11 430:14
431:8,11 433:6
433:12,14,19

436:6 440:10
440:13,16
**needed** 72:14
**needs** 330:15
**negative** 265:15
326:22 327:1
327:22
**negativity**
324:10 327:4
327:11
**neighboring**
32:16
**neither** 220:7
313:4,6
**nerve** 191:13
**network** 319:24
**never** 33:15
60:14,15 66:4
66:20 90:19
122:23 141:20
166:10 206:16
278:21 340:3
357:21 365:20
435:13
**nevus** 31:22,24
**new** 1:2 2:13 3:3
3:8 9:20 43:14
153:23 154:2,3
154:4 181:7
187:15 205:4
205:10,13
312:16 315:22
350:21 366:11
366:13
**news** 221:17
**NFT** 180:18,23
180:24 181:14
181:21 196:5
198:3 199:3
202:14
**nice** 36:23 178:2
**Nicole** 376:7
**night** 306:9
**NIH** 49:11
279:10,23
**nine** 374:13
434:4

**NK** 31:2 113:10
**Nobel** 317:7
**node** 244:19
**nodes** 244:23
245:18,21
**non-invasive**
412:18 413:13
**non-pathologi...**
31:15
**noncontrol**
202:22,24
**nonmedical**
31:16
**nonpublished**
210:13
**nonresponsive**
28:20 187:22
320:7
**normal** 12:6
32:14 63:1
113:11,13,19
114:1 161:13
165:17 176:3
180:24 181:9
181:16,20
189:6,11 190:6
192:3 194:4,6
195:22 196:15
197:4,14,21,23
198:1,6,12,17
199:2,6,14,20
200:5 201:11
202:2,8 221:2
338:1,3,18,23
339:4,8,12,13
339:23 340:1,4
340:9,14,15,21
342:5 343:5,8
343:9 356:23
358:3 384:7
394:12
**North** 372:3
**Notary** 1:17
445:14 448:23
**note** 10:17
**noted** 9:24 29:24
59:15 337:4

352:2 446:11
448:11
**notes** 16:10
27:19 29:15
33:5 354:12
449:1
**notice** 1:14 5:14
12:21 24:7
204:18
**noticed** 278:17
**noticing** 366:22
**November**
39:21,23 40:8
40:12 41:1
277:1
**nuclear** 32:19
**nucleic** 387:17
**nucleus** 32:13
**number** 9:17
12:20 13:15,22
16:3 17:12
18:3 20:1
21:17 22:14,17
22:19 23:20
24:7,11 25:21
26:1,2,13 28:4
29:23 30:3
32:6 33:2,3,5,7
33:9 34:5 46:7
61:4,6 68:21
68:24 69:24
72:17 87:13
88:9 89:6 92:2
102:23 104:1
107:18,23
111:3,9,12
112:21 114:2,8
114:10 115:3
115:21 118:17
119:8,20
127:19 130:7
131:3 146:14
149:23 153:22
160:5 165:9
168:4 169:14
173:20 177:15
177:16 178:17

179:11,12,13
179:22 180:11
180:12,22
188:13 189:4
189:10 190:1
194:20 195:1,4
195:5 199:3
201:21,23
204:20,21
219:9 229:11
229:17 236:1
236:13 261:20
262:11 272:18
272:20,22
273:5 274:22
275:2 281:16
303:5 305:11
305:13 317:19
339:14 357:9
**numbered** 18:15
20:21 68:20
**numbers** 21:5
22:15 179:10
180:17
**NW** 4:3

**O**

**O** 212:9,9,9
**oath** 10:4
**object** 21:11
183:11 209:24
231:8 289:3
327:16 328:1
344:7 349:20
368:11 402:21
405:15 406:21
407:14 423:24
435:24
**objecting**
438:13
**objection** 16:14
19:19 20:3
21:9 27:2
28:17,22 29:11
34:12,24 35:13
36:3,13 37:2
37:17 39:8,15

| | | | | |
|---|---|---|---|---|
| 39:24 40:13 | 259:8 260:1,2 | 391:23 392:3 | 92:11 93:2,12 | 37:23 38:12,23 |
| 45:9 46:12 | 260:3,15 261:5 | 396:16 398:9 | 96:3,9 103:9 | 41:16 42:17 |
| 52:2 53:15 | 262:17 263:11 | 398:10,18,20 | 104:13,15 | 45:6 47:16 |
| 54:10,22 55:4 | 263:23 264:18 | 400:2,6,14,21 | 190:18 191:11 | 49:13 50:1,22 |
| 57:19 58:17,19 | 265:10 267:12 | 401:5,21 402:3 | 341:5 342:12 | 52:11 53:24 |
| 59:15,16,19 | 270:23 271:21 | 403:11,14 | **obvious** 342:22 | 54:4 56:4,11 |
| 60:1 63:19 | 273:22 274:10 | 404:11 405:1 | **obviously** 17:18 | 60:3 61:15,15 |
| 65:2 66:6,15 | 282:23 283:19 | 406:11,16 | 37:6 210:4 | 61:22 62:2,7 |
| 66:21 72:4,6 | 284:11,22 | 409:4,20,23 | 424:1 | 63:14 64:17 |
| 74:5 75:4 80:4 | 285:17 286:18 | 410:7 414:15 | **occasionally** | 66:3,12 67:20 |
| 96:10 98:5 | 286:19 287:23 | 415:10,17 | 28:14,19 75:13 | 68:10 70:5,11 |
| 100:13 101:11 | 288:10 289:2 | 416:6 417:19 | **occupies** 195:16 | 70:17 73:17,18 |
| 105:11 108:5 | 290:5 291:6,22 | 420:19 422:5 | **occur** 296:20 | 73:24 75:9,21 |
| 113:5 119:24 | 292:10 293:9 | 423:12,13,23 | **October** 219:7 | 76:16 77:3 |
| 120:17 121:10 | 294:2,21 | 424:3,7,19 | **odds** 186:1,6 | 81:18,24 82:7 |
| 121:22 123:7 | 295:15,20 | 425:5,6,15 | **offer** 397:20 | 83:7,12 85:11 |
| 129:22 130:19 | 296:6,12 | 427:2,13 432:5 | **offering** 244:6 | 86:2,4,5,6,9,23 |
| 133:6 134:12 | 297:19 298:10 | 432:7,8 433:20 | **offers** 100:5 | 87:11,19 88:2 |
| 134:17 135:10 | 302:6,18 | 435:10 436:21 | **offhand** 22:2 | 88:6,18,21 |
| 147:5,14 148:9 | 305:12 309:16 | 438:8,9 439:11 | **office** 217:17 | 89:24 90:12,15 |
| 150:23 156:21 | 314:13 315:13 | 439:15,16 | **Offices** 9:11 | 91:4 92:10,23 |
| 158:11 164:16 | 318:9 319:15 | 440:19 442:9 | **official** 112:9 | 93:17,22 94:14 |
| 169:3,19 | 320:17 321:5 | 443:5,6 | 116:20,21 | 94:16 96:22 |
| 170:23 171:13 | 322:24 323:8,9 | **objectionable** | 223:17 | 100:21 102:1 |
| 172:7 179:15 | 323:24 324:1 | 21:12 28:16 | **oh** 62:7 70:21 | 102:12,13 |
| 179:23 180:2 | 325:2,7 326:1 | 175:14 286:21 | 76:9 85:1,3 | 103:24 104:8 |
| 183:5,15 | 326:7 327:15 | 323:11 325:5 | 90:12 93:15 | 104:17 106:24 |
| 186:22 197:5 | 328:21 329:6 | 424:1 | 148:21 163:10 | 107:10,22 |
| 198:20 200:1 | 329:15 330:1 | **objections** 37:1 | 184:18 229:11 | 108:24 109:6 |
| 200:12 201:13 | 330:11 331:6 | 59:9 130:20 | 256:15 293:17 | 110:10 111:2 |
| 203:7 205:11 | 332:3,14,23 | 260:5 286:24 | 299:2 324:15 | 111:21 112:16 |
| 206:15 207:8 | 338:20 345:1 | 432:10 435:12 | 344:2 354:17 | 114:20 117:20 |
| 207:24 209:23 | 346:3,7 347:4 | **objective** 282:21 | 354:19 356:8 | 118:11 119:16 |
| 211:10,13 | 347:5,19 348:3 | 287:19 314:1 | 364:14 390:22 | 120:16 124:7 |
| 216:2 222:2,24 | 348:12 349:1 | **objectively** | 393:20 411:15 | 125:16 126:4 |
| 223:12 224:10 | 349:16 350:12 | 346:24 | 412:9 423:17 | 127:3,12,24 |
| 226:14 227:4 | 350:13 351:12 | **observational** | 428:3 436:12 | 128:5,23 |
| 228:18 229:1 | 354:10 356:9 | 376:9 377:7 | **okay** 11:14 | 129:11 131:17 |
| 232:18 233:1 | 362:22 367:18 | **observe** 113:7 | 12:17 13:11 | 132:14 134:19 |
| 236:23 239:3 | 368:3,12 | 169:1,13 | 14:5 15:7,23 | 135:1,18,19,24 |
| 240:8,16 241:5 | 369:19,21 | **observed** 136:3 | 16:7,23 18:22 | 136:7 137:12 |
| 241:11 243:20 | 370:13 371:5 | 147:4 170:20 | 19:10 20:20 | 137:20 138:18 |
| 244:13 245:23 | 379:15,17 | **obtain** 46:9 | 21:13 22:7,9 | 138:19 139:15 |
| 245:24 249:24 | 381:11 382:3,4 | 47:20 49:3 | 24:4,6,17 | 141:19 142:1,8 |
| 250:11 252:2 | 387:19 388:5 | 93:15,22 94:21 | 27:21 32:8,15 | 142:24 143:18 |
| 256:14 257:2,9 | 388:15,19,24 | 116:5 | 33:18,24 34:9 | 143:21,22 |
| 257:20 258:5 | 389:24 390:1 | **obtained** 87:1 | 34:18 35:9 | 144:10 145:10 |

Ie-Ming Shih, M.D., Ph.D.

146:6,24
150:12 155:1,5
157:16 159:1
159:22 160:2
161:4 162:2,21
163:10,17,20
165:23 166:5,7
166:13 168:15
171:7 172:24
173:7,12 175:6
175:24 176:2,8
176:15 178:24
179:1,5 180:7
180:14 181:2
181:11,24
182:21 184:13
187:5 188:9
189:9 190:6,10
193:19 194:12
195:6,10,20
197:10,13,17
198:2,3,9
199:12,23
201:24 202:5
202:12 203:22
204:13,19,24
205:15,20
206:10 207:13
207:19 210:10
210:20 211:2
212:2 219:8,23
222:5 225:1,21
226:2,3,19
227:17,24
228:10 230:9
230:22,23
234:24 236:13
238:16,18,18
238:20 239:21
240:13 241:22
242:8,23 243:3
244:20 246:10
246:15 247:12
249:9,20 251:4
251:17 252:10
253:15,22,23
254:22 257:5

262:3 265:12
266:20 267:3
268:5,16,17
269:21 271:10
271:14 273:6
274:5,16
275:20 277:3,8
277:17 278:24
279:5 280:9
281:11,15
282:1,8,20
286:1 287:7,9
287:18 288:6
289:4 290:1
292:12 293:6
293:20 296:3
296:13 297:17
299:3 302:11
303:19 304:20
305:5,10,10,15
306:8,16,19
307:4 308:10
308:20,24
310:11,13
311:10,12
312:8,8,9
313:24 314:21
315:8,15,21
318:11 319:1,8
320:24 322:1
322:17 323:14
323:18 324:5
327:3,6,8,12
327:18 328:5
328:12,15
329:3 330:10
333:24 335:1
337:3,6,17
338:18 339:20
341:1,3,9
342:9,16
343:22 344:11
349:10 351:18
352:15 353:8
353:17 355:7
355:21 356:8
359:19 360:9

360:23 361:2
361:11,17,23
362:6,8,17
364:9,13,16,17
364:21,22
365:4,21
366:15,15,17
366:19 367:14
367:23 368:21
369:7,8 370:5
370:19 372:13
372:18 373:4,9
373:16 374:13
374:13 375:3,8
377:5,10,18
379:23 380:18
381:1,7,19,19
381:20 382:10
382:23 383:13
383:15 384:1
384:13 385:17
386:6,13,17
387:2 388:2,10
390:3 392:21
393:20 395:22
397:10,10
399:13 400:10
400:17 401:16
403:5 405:19
407:16 410:20
412:4 415:6,18
416:18,22
417:7 419:10
419:14,21
420:5 421:6,13
422:11 424:23
425:10 428:6
428:12 429:2,8
431:5 434:9,10
434:16,19,24
439:3,23
440:24,24
441:16,22
442:10 443:8
443:12
**omental** 137:8
**Omission**

217:22
**once** 11:11
    215:16 260:5
    360:10
**oncologist** 191:4
    191:8,23
**oncologists**
    379:12
**Oncology** 217:7
    276:19,24
    285:15 286:15
    290:24 372:3
    379:10 381:9
**ones** 58:6 166:12
    312:16 396:24
**ongoing** 16:3
    47:5 78:21
    92:7 95:20
    98:14,15 101:4
    101:4,19,19,23
**online** 276:4
    385:13
**onset** 361:13
**open** 11:9 17:19
    87:11
**opine** 220:7
**opined** 244:17
**opinion** 14:14
    35:6 42:10
    47:3 56:12
    62:13 63:15
    64:17 69:16
    111:24 112:3,7
    112:9 113:2
    114:13 117:14
    122:4 124:23
    125:4,7,11
    130:15 134:20
    135:1 138:22
    141:12 156:3
    157:20 184:20
    193:18 204:16
    208:21 214:8
    214:15 226:16
    226:20,21
    227:2 228:20
    228:22 229:5

230:2,12
236:17 238:12
238:21 239:22
242:11 244:6,7
246:9 251:7,8
253:6 254:24
255:14,14
256:8,22
262:16 263:10
263:22 267:9
267:15 272:18
272:20 273:5
274:22 275:2,5
285:13 315:8
315:23 316:6
324:23 327:19
333:23 334:16
334:17 342:17
346:23 349:13
361:12 369:6
379:11 381:17
381:17 382:14
386:4 387:21
392:13 394:4
400:11,18,24
401:13,17
402:1,7,11,17
403:6,21,22
404:7 405:21
429:20 430:12
437:21 442:20
**opinions** 101:2,7
    217:15 226:24
    227:11,12,22
    228:2,5,6,9,15
    228:17 229:18
    232:5,24 236:2
    236:5,6,21
    245:4 250:23
    262:5,12,15
    263:7,13,20
    264:14 274:6
    360:15 370:10
    403:6 404:8,21
    404:22 405:11
    405:18 406:8
    410:3

Golkow Litigation Services - 877.370.DEPS

Ie-Ming Shih, M.D., Ph.D.

**opportunity**
445:9
**opposite** 187:16
**orally** 241:10
**order** 21:2 42:10
46:6 49:5
53:18 57:9
62:19 63:2
89:2 126:3
141:5 146:6
149:8 165:8,9
181:4 340:11
347:15 348:4,5
429:11 430:6
430:21 435:18
**organ** 132:3
133:4 146:21
**organic** 248:7,8
248:17 250:4
**organism**
359:11
**organizations**
25:3,11
**organs** 243:16
243:18,22
247:4,6
**oriented** 94:20
**origin** 53:20
62:21 63:9
136:22 299:4,7
300:4 345:4
417:9 421:6
**original** 20:19
94:15 129:13
139:2 158:1,19
158:24 163:15
165:14 166:11
363:12,13
446:15
**originate** 48:8
106:14 154:6
419:6,12
**originated** 156:4
**oropharyngeal**
242:15 243:8
**OS** 376:9
**others'** 12:8

**out-of-control**
321:3
**outcome** 99:2
182:13,17,19
184:5 185:18
238:8
**outside** 35:7
46:1,2 215:8
242:11 251:6
435:14 442:20
**ovarian** 5:20
6:15,20 7:8,10
7:15,20 18:12
21:19 23:8
25:5,12 42:5
42:11 47:8,10
48:7,12,19
51:18 52:15,19
53:20 58:13
59:7,7 61:18
62:15 64:21
65:1 68:5 69:3
73:20,23 77:17
82:14,23,24
83:8,13,15
90:9 91:20,24
103:6 106:14
113:4 117:5,8
117:13 124:18
125:1 128:9,12
136:23 137:8
149:14 150:12
151:8 154:5,5
154:7 156:3,5
167:18 174:7
177:23 186:12
187:6,20
199:11 206:8
219:4 220:14
221:12 222:19
225:12,16
226:6,10
229:21,22
234:14 237:14
252:21 264:8
265:19 267:1
267:11 268:1

268:14 269:11
270:7,22 271:4
272:14 273:13
276:9,11 277:5
277:12,19
280:21 281:22
282:14 283:6
283:17,23
284:1,20
291:13 295:22
296:17,20
297:6 298:4,9
299:1,5 300:1
300:22,24
301:11,19
302:5 303:6,7
314:16 315:3,5
317:4 318:3,8
318:13,22
319:2 320:10
320:12 321:21
322:5,20 325:1
325:23 326:6
328:7,20
332:10 334:5,7
334:10 337:19
338:3,5 339:23
340:4,21 341:4
342:1,23
343:11 344:17
344:23 345:5
345:12 346:2
347:3,10,13
348:10,16,18
350:18 351:6
356:17,19
357:2,22
361:15,19
362:10,14,21
365:15 367:5
367:17 369:2
371:4 372:1,11
372:14 373:18
374:7 376:17
378:1 379:6
380:2,5 383:23
384:19 386:12

387:14 389:8
389:21 390:10
391:5,17,22
394:12 395:4
402:12,20
405:22 411:8
412:16 413:11
413:19 419:1,5
419:11 421:23
422:14 423:7
425:1 428:18
429:1 441:18
442:2
**ovaries** 239:10
442:5
**ovary** 124:17
136:22 413:21
419:7 421:24
423:8 439:2,2
440:18,20
441:1
**over-the-coun...**
192:7,13
**overlap** 236:10
261:17 262:5
**ovulation** 297:9
298:4 302:1
**oxygen** 249:17
251:5 263:15

—————————
**P**
**P-L-I-C-A-E**
161:20
**P-value** 115:23
**p.m** 152:15
212:4,12 235:3
235:7 304:1,5
333:4,8 392:23
393:3 443:19
444:1
**p53** 84:5 85:17
85:19,23 86:16
87:15,22,24
88:3,23 89:3,9
89:13,15,17
115:13 117:6
124:13 141:13

147:2 160:14
160:18,23
162:4 163:5,7
163:24 164:14
165:10 166:1
187:7 194:3
201:8 294:13
294:14 319:4
358:4 384:8
389:6 431:13
**page** 5:13 6:5
7:5 8:6,9,12,15
13:13 21:5,24
22:1 24:11,18
26:1,2,3,9,10
26:11,13 61:4
61:6 68:8,10
68:13,20 80:23
83:2 85:4 90:1
91:14 99:8,13
99:14,16,18,19
99:21 102:13
104:18 107:13
119:18 123:18
126:24 127:4,7
131:18,20,20
142:2 146:14
153:17 159:5
159:10,12
163:16 205:1
213:15 219:3
224:15 225:23
225:24 226:5
227:19,19,20
229:12 236:1
236:14 247:23
251:15 252:14
252:15,17
253:8,9,17,20,20
253:22 254:2,6
254:10,12
262:3,4,6,7,7
262:11 267:19
269:11,22
270:2 272:20
273:2,3,4
274:22 275:1,3

Ie-Ming Shih, M.D., Ph.D.

277:2 280:12
280:13,13
281:17 306:20
311:11 333:20
335:18 336:16
337:11 341:14
343:17 351:21
351:22 352:14
352:14,24
353:5 360:12
362:7 366:6
374:11 375:23
378:9,10,16,17
385:8 386:14
390:16,17
393:8,17,18,19
413:9 416:11
416:16,17
418:18 421:14
421:19 428:11
428:13,14
435:1 439:5
441:15,16,21
447:4 449:2
**pages** 18:24 19:6
20:16,20 21:3
262:6 352:8
428:21 448:6
**paid** 51:1 206:1
206:5 207:23
209:2 211:7
213:23 215:1
227:6
**pain** 191:13
**pancreatic**
239:18
**panels** 387:13
**paper** 57:7,8,11
72:20,21,23
75:14 97:13
98:18 102:10
104:12 105:7
105:16,19,20
106:7 107:11
107:12 108:11
109:13,14,22
116:20,21

117:1 126:6,8
126:24 128:4
129:12,13,15
132:11,20,23
136:9,15,17
138:24 139:5,9
139:12 143:19
155:24 156:13
156:18,23
157:3 158:23
206:11 214:5
215:17 217:2
217:21 218:11
219:14 220:23
223:5,9,11
224:6 225:5
276:2,18 278:6
278:8,10,11
281:3,6,11
284:2 297:5
300:12 305:4
305:16 306:1,7
306:10,10,12
308:5,8,9
309:1,3 310:5
310:10,19
311:11 314:2
317:14 322:19
322:21 323:2,6
323:19 324:21
325:15,17,24
326:13,17
327:13 329:4
329:14,17,20
329:21 331:24
332:19 334:18
335:10,19
336:10 337:7
338:17 339:22
347:22 349:9
352:7 361:18
365:10,21
370:20 372:8
373:10 375:8,9
377:21 378:10
379:9 381:6,8
381:21,22

382:2,22
383:11,19
384:17 385:15
386:4,14 387:6
387:24 388:14
392:8,15
397:24 398:3,8
398:16 399:15
399:16 405:24
410:10 412:6
412:14 414:6
414:14,16
416:12 419:20
420:9 421:15
421:16 425:11
425:20 440:11
**papers** 49:9
72:24 145:17
156:7,9,24
157:22 158:1,6
158:10,18,20
210:18 218:11
219:9,17 221:9
264:4,5 306:15
309:3,11,14,19
310:4,14,21
311:2,4,6,8
345:11 388:12
388:16 391:19
**papillary** 6:8
412:15 421:18
**papilloma**
242:13,20,22
243:6
**paradigm**
153:24 154:2,3
154:4 157:11
**paragraph**
68:20 90:2,7,8
91:14 99:11,22
107:16 123:24
127:6 142:6,9
144:1,8,9
153:21 224:15
226:1,4 251:15
254:13 280:17
336:19 341:15

341:21 352:24
355:22 360:10
360:13,15,17
360:18 361:7
369:15,23
370:10 375:24
376:1 377:14
378:19,20
390:5,19,20
393:8 394:3,6
416:12,20,21
416:24 417:2
418:18 429:3
436:12 439:4
439:10,13
440:18,21
441:2,4,8,12
441:14 442:3
**parameters**
396:8
**pardon** 138:10
**Parfitt** 2:7 41:18
41:21 42:1,24
43:19 44:5,15
325:7 330:14
330:18 331:6
331:15 388:19
392:2 398:20
398:24 403:14
403:20 406:16
406:21 407:13
408:11,15,23
409:9 411:23
435:24 438:14
**Park** 3:8
**part** 28:10 46:19
47:5 51:5 53:1
102:3 109:16
149:7 172:21
173:2 174:15
174:20,22
205:5,15
222:14 232:9
274:5 275:13
282:11 305:6
322:14 335:6,8
348:20 368:8

369:9 370:5
371:7 385:18
423:3 433:13
**participants**
376:10
**participate**
385:22
**participating**
386:9
**particles** 239:8
**particular** 27:17
28:3 29:16,22
43:8 85:17
118:2,21 120:3
179:12
**particularly**
47:2 102:2
**parties** 215:8
**parts** 55:17
85:23 216:24
220:5 239:11
244:11 282:10
439:9
**party** 399:18
**passenger** 440:8
**passive** 185:24
186:5
**pathogen**
246:17
**pathogenesis**
47:7 73:21
171:22 206:8
238:7 280:21
282:14 283:6
283:16 284:20
313:1 365:1
421:8
**pathologic**
169:6
**pathological**
252:20 272:11
273:10 288:23
**pathologist** 29:6
30:7 32:24
33:1,13 36:18
52:16 54:3
67:15 76:8

Ie-Ming Shih, M.D., Ph.D.

83:23 110:6
112:14 133:19
166:15 170:6
176:4 183:2
184:22 188:5
191:3,7 193:8
227:10 233:5
237:19 238:4
241:13 242:6
243:17 288:6
303:6 360:24
436:16,18
438:23
**pathologists**
28:7,9,12
30:16,17
170:13 233:7
379:13 417:24
**pathology** 30:10
30:18 31:17,18
31:19 33:16
35:2,7 36:5
38:2,8 47:1
52:18 61:10,17
62:14 63:18
67:24 76:13
83:18,20 84:7
86:15 95:23
113:1 135:14
170:7 182:17
182:23 184:7
184:11,22
185:3,4,6
196:19,23
202:7 258:12
413:4 414:3,9
414:11,12
**patience** 120:20
313:7
**patient** 137:4
145:3 178:23
179:3 188:17
188:18 189:12
189:22 192:4
193:11 194:6,9
196:7,14,14
201:16,22,23

203:2,4 324:16
331:9,11
**patient's** 184:12
202:9,24
289:16
**patients** 111:13
145:5 191:14
191:24 192:6
196:8,10,11
198:13 240:11
321:24 332:11
347:16
**patients'** 371:13
**paying** 50:18
**payment** 13:24
**PCPC** 4:5
**peer** 78:3,11
214:12 216:17
290:23 350:9
424:5,9,12,17
425:11,23
426:2,9,16,22
427:9,22 428:1
**peer-reviewed**
138:23 139:1,7
139:8 324:22
329:19 345:24
370:2
**peers** 139:13
**pelvic** 245:18,21
297:11 302:15
417:11
**pending** 9:18
152:24 363:20
364:2,7
**penia** 188:11
**penile** 242:15
243:8
**Pennsylvania**
3:13
**people** 90:21
122:16 133:20
167:7 188:16
346:15,16
350:7 379:19
397:21 398:2
398:15,16

399:2,3,4,13
**peptic** 240:21
**percent** 115:23
127:15,15
128:16 129:5
129:20 130:18
131:24 132:2
133:2,3 134:5
146:16,20
167:11,22
168:1 195:16
195:18,18
373:21,22
422:13
**percentage**
148:5 149:1,16
**perception**
142:14
**Perfect** 125:15
127:11
**perform** 184:14
345:16
**performed**
26:22 104:24
109:3 137:2
167:4
**period** 11:2
12:13 81:8
220:16,17
221:8 258:16
327:11
**peritoneal**
128:10 419:1
**permission** 24:2
45:22 46:9
47:21 49:3,11
**person** 324:14
386:2 395:24
**personal** 25:14
25:15
**pertain** 13:23
24:9 83:21
**pertained** 27:12
**pertaining**
26:21 97:14
344:16,23
**petri** 395:9,16

**ph** 1:20
**Ph.D** 1:13 5:5,15
5:17 10:6
445:8 448:16
**phase** 396:6,9
396:10,11,14
397:23
**phenomenon**
359:12
**Philadelphia**
3:13
**photographs**
27:14
**phrase** 295:18
**phylogenetic**
143:2,8,15
144:11
**phylogenic**
144:3,17,18
145:1,11
**Phylogentic**
138:1
**physical** 11:11
**physician** 79:11
188:4 216:7
**physician/scie...**
79:19
**physiology**
113:1 288:23
**pick** 160:4,22
204:19 320:11
**picture** 143:15
**pinpoint** 368:16
398:12
**Pisanic** 7:15
**Pisano** 436:4
**place** 135:5
341:19
**plaintiff** 39:18
41:12 48:4
228:13
**plaintiff's** 40:14
**plaintiffs** 2:19
35:20 40:11
210:3
**plaintiffs'** 12:20
41:7,8

**plan** 78:2,14
82:17 412:3
**planned** 26:17
**plants** 435:7
**plasma** 31:1
113:11 174:14
**plausibility**
57:15 64:2,8
64:12,14,16,18
65:14 186:13
217:24 229:19
230:15 237:17
256:1 258:10
258:14 267:6
270:16 271:3
271:17 277:24
278:4 285:3
316:11 328:10
351:2 389:2
397:20 410:21
411:4,6,10
415:2,9,16,19
416:8 418:6,12
426:7,12
427:16 430:1,4
443:10
**plausible** 64:23
141:17 271:8
316:13 395:3
414:1,7 416:5
417:16 424:24
425:4,13 426:1
427:1,10
**play** 385:18
**played** 145:23
**playing** 175:7
**plays** 324:24
**PLCO** 276:11
**please** 17:21
21:10 23:17
39:9 60:21
66:10 86:22
99:7 120:18,23
126:19 132:19
158:12 172:8
180:4 203:21
290:15 295:10

Ie-Ming Shih, M.D., Ph.D.

296:1 315:6
323:9,17
327:16 349:19
368:18 393:7
402:16 407:14
408:24 421:16
427:10 436:3
440:10,22
446:3,8
**pleasure** 133:16
**plicae** 161:20
168:22
**PLLC** 2:11
**plucked** 435:17
**Plus** 168:22
**plus/minus** 16:6
**PMN** 170:18
173:4 175:18
**PMNs** 170:17
172:3,16
173:17 174:22
197:2
**point** 47:15
149:7 202:4
203:24 205:20
209:13 210:16
224:11 267:13
285:7 351:24
356:18 373:16
434:11 435:18
**points** 131:14
372:19 373:10
373:12,15
**pollution** 435:4
**polymorphon...**
170:17
**polymorphon...**
172:15
**polynuclear**
170:16
**pool** 88:24 89:18
**poor** 90:20
**population**
422:15
**populations**
374:23
**portion** 409:3

**position** 30:14
259:2 268:6
406:3
**positive** 89:21
266:20,22
267:22 326:20
327:8,8,20
**positivity** 324:8
**possibility**
287:12 288:8
290:3,19 292:8
**possible** 97:18
111:22 256:20
431:6 433:10
434:6,21
**possibly** 387:15
**Post** 7:6
**post-doc** 52:18
**postmarketing**
396:12
**postmenopausal**
373:18 376:15
377:23
**postulates**
413:15
**potential** 183:10
211:4 213:20
216:15 293:7
308:2
**powder** 1:5 7:23
9:15 25:5,12
26:19 38:14
42:5,11 54:21
55:3,10,18,20
56:3 58:12
64:24 68:5
73:19 186:11
208:5,8 211:8
214:1 221:11
229:20 244:16
258:3 259:23
265:18 267:10
269:23 270:3,6
270:21 271:3
280:3 328:6
348:17 384:4
391:7,7,10

394:20 395:3
397:2 400:11
400:18 401:1
401:17 403:8
404:9,23 405:4
405:12,21
406:9 408:5,10
409:18 410:4
410:11,18
411:8 431:2,12
**powders** 59:6
240:4
**practice** 28:12
30:16 51:3,16
114:17 184:11
184:22 196:23
324:11
**Practices** 1:6
9:16
**practicing** 28:7
30:7 52:15
170:6 326:19
**Pratt** 1:14 9:12
**pre-1950** 434:12
**Pre-Diagnostic**
6:6
**pre-set** 48:17
187:6
**precursor** 6:9
48:6,19 82:14
82:23 83:14
85:8,9 91:20
95:8 103:8
106:13 111:7
112:1 113:4
114:13 118:5
124:13,24
125:5,9 131:23
137:1,13,14,23
138:2,16
139:16 140:2
141:1,3,14,15
143:14 145:2
145:16,21
149:10 150:21
154:8 156:6
167:13,23

168:5,9,13
178:4 220:14
222:12 224:8
225:13 226:7
244:20 294:10
294:12 319:3,4
321:7,10,18,22
334:21,23
348:16 356:18
356:19 389:9
412:16 429:16
442:24
**precursors**
117:6 124:17
125:1,10 133:1
139:23 141:17
187:7
**Prediagnostic**
276:8
**predict** 115:11
224:2
**prediction**
376:12
**predictive**
378:24 380:9
**prednisone**
193:13,14
**preexisting**
181:15 182:5
**pregnancy**
197:10,11
**preliminary**
101:10
**premarked**
411:23 412:1
**premium** 30:14
**prepared** 24:10
108:9
**presence** 28:2
29:8,17 38:9
164:14 170:1
173:13 174:6
196:13 198:10
359:11
**present** 4:7
33:10 48:19
84:10 97:17

103:11 151:7
169:21,21
189:14,17
190:2 216:21
222:10 438:6
**presented** 24:11
142:9,13
**presents** 414:17
**pressing** 234:2
**presumption**
11:21
**pretending**
346:19
**pretty** 116:1
**prevalence**
373:17
**prevent** 149:8
237:5 264:24
376:17
**Prevention**
91:24 219:3
279:15 281:22
282:2
**previous** 29:1
101:15 181:6
181:15 194:22
204:17 401:23
430:17 431:18
**previously**
12:19
**primary** 132:8
133:23 134:10
135:3 136:5
142:16,20
148:6 150:5
151:12 162:15
162:18 338:3
339:22,24
340:21
**principle** 67:9
**principles** 67:7
**print** 385:9
**printed** 235:14
235:17
**prior** 30:5 41:4
41:5 45:7
80:12 81:18,19

Ie-Ming Shih, M.D., Ph.D.

95:16 222:20
**priority** 332:5
351:14
**private** 220:2
379:21
**privileged** 16:17
39:10,12
116:13
**Prize** 317:7
**pro-growth**
322:23
**pro-oxidants**
394:10
**probability**
115:7,8
**probably** 30:11
85:12 115:20
122:5 285:23
288:12 293:2
386:3 411:2
**problem** 214:24
245:19 318:18
327:3 334:2
359:23 407:6
**problems**
244:10 398:1
**proceed** 44:14
259:11
**process** 133:22
135:2 174:18
174:20,23
196:14 198:19
211:1 214:13
215:15 217:1
217:13 386:23
418:21 420:15
**produce** 24:7
27:11,13
**produced** 24:14
39:19 167:5
186:19 278:13
**product** 78:20
229:22 348:18
**production** 8:8
353:14
**products** 1:5,6
9:15,16 54:21

55:3 58:12
208:6 259:24
400:12,19
401:1,18 403:8
404:9,23 405:4
405:12 406:9
410:5,12
**professional**
1:16 57:1
371:3,8,10
445:13
**professor** 30:10
215:4
**professorship**
30:11,13
**program** 268:15
**programs** 91:23
**progress** 417:14
**progresses**
418:23
**progression**
137:5 357:16
357:21
**Progression(E...**
7:20
**project** 78:21
204:13
**projection** 81:7
**projects** 98:15
101:4 332:6
**proliferate**
340:10
**proliferates**
346:16
**proliferation**
293:22 294:15
321:14 395:19
417:13,18
**proliferations**
413:13 417:11
419:3
**proliferative**
320:13 321:2
340:17 412:17
**prominent**
173:15
**promise** 380:13

**promote** 323:7
328:20 440:8
**promoting**
312:6 323:22
**promotion**
325:1
**pronunciation**
188:10
**properties** 322:9
329:24 332:1
332:21
**propose** 265:18
413:10 417:8
417:22
**proposed**
296:15 298:6
**propounded**
448:9
**prospective** 69:4
365:16,18
367:6 368:1,10
368:14
**prostate** 239:17
276:10 314:23
**protein** 354:3,6
354:17 374:15
374:21
**proteins** 384:5
**protocol** 82:15
82:16
**prove** 265:15
267:4 324:8,10
324:13 327:3
327:11 415:1
422:3 429:11
430:6,21
**proven** 415:22
415:22
**provide** 48:14
257:17 258:1
258:21 267:4
277:23 415:2
418:2,7 427:10
431:9
**provided** 13:18
14:1,5,12 16:7
34:5 75:23

76:1 77:22
78:19 98:2,13
101:8 108:4
214:20 228:7
259:18 260:22
**providing** 101:9
**proximity** 379:1
380:11
**PTH** 413:16
417:14 418:24
**PTI** 3:20,21
**Public** 1:17
445:14 448:23
**publication** 20:1
21:7 50:24
57:1 58:3
72:20 78:3,4
78:12 95:22
96:20 97:8,10
98:17,22
100:20,21
105:9 108:8
109:8,18 110:1
139:3 206:11
208:4,13 210:9
211:6 213:10
213:11,22
222:18,23
223:17 245:20
245:22 290:23
334:22 348:1
370:3 375:4
425:11,21
426:11 432:23
**publication's**
334:20
**publications**
24:10 50:22
92:8 93:8 97:5
112:9 219:12
304:11,24
305:1 306:13
316:2 350:1,4
427:17
**publish** 49:9
98:20 118:23
219:17,22

220:23 221:1
264:4 286:15
300:12 347:1
350:10 425:14
426:4,8
**published** 24:20
46:24 53:12
57:11 58:9
59:2 93:8
97:13 130:11
132:18 138:24
139:6 182:3
208:22 209:1
210:15 211:3
215:16 217:22
219:9 223:5
272:23 273:8
275:9 276:18
285:21 290:22
305:19 308:7
308:20,21
311:22 324:22
329:19 331:23
332:19 337:7
346:1 347:11
349:14 362:3,4
363:17 365:11
365:16 369:3
372:2 379:10
382:2 385:13
387:7 413:3
420:10 433:16
**publisher**
216:18
**publishing**
126:13 221:9
285:14 350:8
351:10
**PubMed** 73:6
74:16 75:18
215:20 310:21
351:9
**pull** 88:17 95:3
177:8 215:24
277:22
**pulled** 437:3
**pulling** 133:12

Ie-Ming Shih, M.D., Ph.D.

**pulls** 216:7
**purely** 114:15
  398:6
**purporting**
  123:10
**purpose** 47:24
  48:20 109:19
  116:19 122:15
  143:12 149:19
  149:21 165:19
  216:12,17
  305:6 383:18
  383:24 399:19
**purposely** 37:8
**purposes** 359:20
  406:8
**pursuant** 1:13
**push** 204:2
**put** 15:19 20:18
  74:17 96:19,21
  97:6 103:14
  110:13 125:7
  163:4 164:11
  281:5 420:2
  434:8 435:3
  437:9 438:5
**putative** 6:9
  137:1,13,22
  138:16,20
  139:16 140:2
  141:1,14
  412:16
**putting** 370:9
**pylori** 240:14,15
  241:3,9,17,24
  242:1,21 243:2
  245:8 247:12

─────────────
          **Q**
─────────────
**quality** 381:5
**quantification**
  304:15
**quantify** 28:9
  196:18
**quantifying**
  196:13
**quantitate** 174:5

**quantitative**
  33:6
**question** 11:17
  11:20,20,22,24
  12:15 19:15
  25:7 28:15
  35:15 36:15
  37:7,16,19
  38:11 39:15
  40:20 48:5,22
  49:2 51:22
  52:6,10 54:24
  55:13,14 57:9
  59:20 60:12
  66:14,24 67:19
  70:15,16 74:7
  78:16 79:14
  80:8,10 82:12
  85:14,22 86:7
  88:18 96:5
  98:8 101:13
  108:7 116:9,24
  117:19 118:12
  118:21 120:2
  121:1 123:21
  129:24 130:2,6
  130:21 131:6
  140:7,23 141:6
  143:5,16
  145:10,15,18
  145:22 146:7
  148:11,24
  150:7 152:23
  153:3,10
  157:14 159:18
  163:11 168:7
  168:10,12
  173:1 175:10
  175:13 179:18
  180:10 186:8
  186:24 197:18
  198:22 200:17
  203:11 206:24
  211:16 218:4
  225:2,6,8
  232:14 235:24
  243:4 244:1

  247:19,21
  248:23 249:7
  249:12 254:22
  256:10,18
  257:1 259:1,3
  261:24 263:2
  266:11 272:3
  287:3 291:18
  292:20 293:1
  301:7 315:15
  315:17,20,22
  318:11 323:15
  324:3 325:3,5
  329:10 330:9
  330:11,15,17
  330:19,22
  331:5 333:1
  342:3 343:3
  344:20 348:5
  349:18 355:1,3
  363:20,22
  364:1,6 367:19
  371:19,20
  381:15 388:8
  388:18 389:3
  389:16 400:8
  401:15,23
  403:21 404:13
  404:15,17
  405:15 408:12
  408:14,18,21
  424:2,21 425:8
  425:17 427:4
  427:15 433:21
  434:20 436:6
  438:20 440:15
  442:11
**questioning**
  210:6
**questions** 7:9
  8:14 10:17
  21:11 36:21
  55:12 58:23
  59:13 60:22,23
  101:14 106:11
  117:2 120:4
  146:5 153:8

  176:18 179:8
  193:9 204:5
  229:3 246:2,5
  246:13 249:11
  256:16,17
  263:1 289:7
  293:3 325:10
  341:1 352:19
  384:19 407:10
  407:11 439:18
  439:21 443:17
  448:8
**questions,'**
  387:9
**quickly** 69:12
  74:19 274:13
**quit** 204:3
**quite** 123:4
  135:13 187:15
**quotation**
  253:23
**quote** 20:5
  121:20 123:5
  255:3 430:15
  430:15
**quoted** 122:6,14
  382:20
**quotes** 253:18
  254:5 255:12
  397:5
**quoting** 122:1
  254:4

─────────────
          **R**
─────────────
**R** 212:9 447:1,1
**raise** 435:12
**raising** 43:16
**ran** 22:11
**randomly** 181:8
**rapid** 287:11,21
  288:7,22
  289:12,22
  290:2,18 291:4
  292:7
**rat** 42:12,13
**ratio** 186:1,6
**re-review** 83:18

  84:9,9 86:3
  87:6
**re-reviewed**
  84:1
**reach** 116:2
  239:11
**reached** 230:13
  236:24
**react** 238:22
  239:23 242:9
  245:5,7
**reactive** 263:14
**read** 62:1 74:23
  75:6 92:3
  100:7 105:4
  107:22 124:8,9
  124:20 127:20
  128:1 132:9
  136:19 137:9
  144:12 145:6
  149:5 154:12
  181:4 200:15
  200:21 209:5
  214:2,7 215:23
  239:6,7 253:9
  270:14 273:15
  274:24 276:13
  279:19,20
  281:1 287:15
  290:14,14
  297:13 303:1,4
  312:21 313:17
  313:20,22
  334:14 338:13
  365:22 366:18
  366:21 367:8
  372:12 373:23
  374:24 376:19
  377:7,8,13
  380:15 387:18
  391:18 392:8
  399:7,14 409:2
  413:22 414:13
  419:8 423:3,19
  429:18 435:9
  435:16 436:24
  437:17 440:11

Ie-Ming Shih, M.D., Ph.D.

445:9 446:3
448:5
**reader** 216:13
398:14 423:18
**readers** 369:11
398:7,11,12
**readily** 103:7
157:3
**reading** 56:24
57:11 58:2
77:3 115:4
120:14 251:12
313:3 336:5
354:11 355:5
355:22 377:3
381:13 392:10
440:12 441:14
**readings** 64:7
**ready** 140:9
357:4
**reagents** 394:23
**real** 369:7
**reality** 99:12,23
**really** 28:9
58:24 72:8,12
87:3 89:16,20
91:5 114:24
115:1 116:3
168:13 178:1,2
184:21 185:2,3
196:22 209:12
214:18 215:11
217:16,20
220:4 251:5
253:11 255:24
256:16 261:19
331:7 340:6
342:15 345:14
348:11 350:20
372:11 399:14
399:16 406:1
422:14,14
436:1
**realtime** 1:17
200:21,22
445:14
**reason** 11:4

182:9 258:8
367:15 381:8
446:5 447:6,8
447:10,12,14
447:16,18,20
447:22,24
**reasonable**
131:14 284:16
285:15 286:12
286:16 289:20
290:1 291:1,19
291:19 388:3
388:22
**reasonably**
388:3,23
**REATH** 3:7,11
**recall** 41:24 42:8
43:2 56:24
57:7,10,17
58:2 64:6
73:15 76:10
77:2,3,5 93:3
95:15 96:19
126:3,6,7,13
126:17,21
132:23 133:5
136:17 160:11
174:7 180:13
209:9 231:9
257:22 277:21
304:10 308:18
308:19 340:23
375:11
**recalled** 233:3
**receipt** 446:17
**receive** 43:4,10
**received** 10:18
45:3 385:11
**receiving** 42:23
**recognize** 41:19
102:9,11
136:15 188:5
276:23 384:18
**recognized**
157:10 350:7
354:4
**record** 9:2 10:1

28:4 42:23
43:20 44:1
66:16 71:9,13
104:9 144:13
152:12,16
177:9 202:9,14
203:15,18
211:18 212:5
212:13 213:7
231:21 234:19
235:4,8 254:8
303:18 304:2,6
331:17,18
333:3,5,9
335:13 337:2
360:11 392:24
393:4 437:1
438:6 443:20
445:6
**recordation**
29:9,13
**recording** 33:4
**records** 16:9
97:8 116:16
119:9,12,21
**red** 31:3
**redacted** 15:4
**reduce** 183:4,10
**reduced** 188:12
194:11
**refer** 24:1 46:8
58:7 64:12
83:10 96:14
179:2 261:21
296:22 323:19
356:2 369:5
**reference**
127:19,22
128:20 129:11
129:12 132:4
132:17 136:14
202:6 208:7
209:4 221:2
280:24 281:16
286:16 295:7
305:4 345:7
347:21 355:16

355:19 360:14
361:6,10
362:15 363:8
363:15,16
364:11 367:11
380:19 390:11
431:18 432:13
434:10,12
**referenced**
146:13,15
157:19 276:16
309:6,8,10,15
317:16
**references** 124:4
124:19 157:2
196:6 208:7
277:22 298:1
309:7,9 322:13
322:13 380:20
380:21,24
381:3,10
434:15,18
**referencing**
146:9 281:20
282:6
**referred** 23:13
128:19
**referring** 47:18
64:13 83:3
255:12 278:5
283:8 311:15
329:17 352:13
391:14 392:12
436:8,10
441:13
**refers** 335:12
336:22
**reflect** 365:2
**reflecting** 334:9
**reform** 217:15
**refresh** 231:24
**refusing** 130:21
211:17 233:21
**refute** 48:16
**refutes** 332:19
**refuting** 225:14
226:8 333:14

**regard** 114:14
**regarded** 30:14
**regarding** 26:20
29:16 42:5,11
57:2 64:7
66:18 82:13
86:15 106:11
108:18 111:24
113:2 221:11
224:7 228:23
229:6 238:20
238:22 244:7
333:13,14
351:2 375:4
**regardless**
189:23
**regimen** 348:9
**Registered** 1:16
445:13
**registry** 91:21
**regular** 300:7
**regularly** 379:5
**regulations** 93:4
**regulatory**
24:22 94:3
**reimbursed**
50:12
**reiterate** 287:5
**rejected** 217:7
**related** 16:15,18
25:22 26:15
53:8 67:17
73:9 117:8,10
208:7 229:19
297:8 299:11
300:1,18,21
301:21 309:19
360:4,7 364:24
405:18
**relates** 1:8
133:15
**relationship**
32:3 61:18
62:15,20 63:15
136:24 138:8
138:12,15
186:10 217:16

Ie-Ming Shih, M.D., Ph.D.

384:12
**relative** 190:14
**relax** 303:12
**relevant** 67:16
   73:1 74:21
   119:14 143:17
   146:4 191:18
   192:14 193:9
   193:22 222:16
   244:3,19 246:8
   246:12 258:8
   259:1 277:23
   334:8 340:18
   351:6 384:3,9
   389:16 390:10
   390:13 391:3
   391:16 424:21
**reliable** 229:23
**reliance** 259:19
   278:12 279:2
**rely** 26:18,18
   120:12 121:7
   219:21 286:17
   305:3 381:20
   382:1 431:24
**relying** 305:1
   324:22 325:16
   329:5 331:1
**remains** 325:11
   374:20
**remarkable**
   202:11
**remember**
   13:10 14:3
   20:5 22:18
   30:2 33:8 34:8
   34:21 39:1
   41:14,16 42:2
   42:3,7,15
   44:19 46:23
   56:13,14 66:11
   73:17 76:5,6
   93:5 122:8,11
   136:16 146:13
   149:4 153:9
   158:12 162:20
   177:7 195:13

250:3 278:9,15
278:19 306:7
306:14 340:8
372:7 377:8
427:24 428:4
440:14
**renal** 320:1
**render** 42:10
**repair** 48:24
   287:13 290:20
   292:15,19
   297:9 301:22
**repeat** 11:19
   19:14 25:6
   34:14 35:15
   40:21 48:23,24
   79:13 96:4
   101:13 106:1
   108:20 121:12
   129:24 140:22
   143:4 159:18
   172:9 200:16
   203:12 315:21
   326:10 344:19
   371:18 409:10
   425:17
**repeating**
   407:10
**rephrase** 404:6
**replete** 344:16
**replicate** 339:17
**replication**
   287:12 288:8
   290:3,19 292:9
   292:19 293:7
   293:13,21
**Replicative**
   308:1
**report** 5:15,18
   14:14 16:16,19
   17:4,18 18:11
   19:4 21:17,20
   21:21 23:6,9
   23:20,24 24:3
   26:24 27:9
   33:23 37:24
   38:2,5,6 40:23

41:1 46:1,2,8
49:9,23 50:9
50:23 51:24
58:10 59:3
61:3 68:8
69:13 73:11
75:22,24 76:2
76:3,7,12,13
76:19,24 77:1
77:4,8,15,15
78:19,24 79:5
79:10 80:13,18
80:23 81:5,10
81:15,21 82:4
82:8 84:18,24
95:6 96:2,7,13
96:23 97:22
98:2,12,17
99:4,5,6,7,9
100:5,11,19,20
101:7,8 105:8
105:23 106:6,9
106:15,16,17
106:17,18,23
106:24 107:4,5
107:8 108:3
110:1 116:22
119:1,3 122:4
123:18,19
125:8 140:1
141:2 143:2,7
145:13,14
147:13,16,18
147:21 149:5
149:19,20
153:16,17
156:19 157:17
158:7 159:2
162:15 163:6
166:23 167:3
168:24 181:3
204:22 205:24
207:2,3,4,5,10
207:15,16,17
207:20 208:22
209:8,19 210:1
210:2 214:17

222:20 224:6
224:16,18
225:4,11,24
226:12,17
227:1,16,22
228:12,12,16
229:9 230:18
230:20 231:5
231:14,20,24
232:6 233:22
234:1,3,6,20
235:12,20
236:1,9 247:24
251:16 252:13
252:14,16
253:6,21 254:3
255:16 261:10
261:21 262:1
263:8 264:11
264:15 272:19
273:17 274:7
274:23 275:13
276:16 331:18
333:19 335:6,8
335:9,11,16,21
335:22,24
336:2,5,8,12
336:15,23
341:11,13,18
342:19 343:15
351:19 352:6
360:12 369:15
369:24 370:7
375:19 377:14
377:20 381:22
381:24 382:21
384:20 385:24
390:6,9 392:11
392:18 393:7
428:11,15
441:15
**reported** 7:16
137:14 317:15
376:7
**reporter** 1:16,16
1:17 10:2 12:3
12:12 161:22

333:11 409:2
445:13,14,14
445:22
**reporting**
109:23
**reports** 23:14
39:17,19,23
40:11 77:10
83:18,21 97:8
109:24 214:23
224:20,22,24
228:8 237:2
239:14 241:23
267:18 274:19
331:19 420:7
**represent** 39:16
129:7 306:9
308:24 345:20
347:7
**representation**
259:14 349:11
349:12
**representative**
79:6,18 82:4
257:16
**representing**
2:19 3:15,20
4:5 50:5
**represents**
37:14
**reproduction**
445:20
**reproductive**
217:8,10
243:13,15,19
336:10,12
337:8
**reputation**
317:20
**reputed** 137:14
**request** 8:8 26:2
**requested** 409:2
445:7
**requesting**
13:16
**requests** 24:18
26:6

Ie-Ming Shih, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| **required** 32:9 | **residents** 52:17 | 65:12 66:17 | 211:11,21 | 293:5,15,23 |
| 94:9 97:19 | 52:18 | 67:1 70:8,13 | 212:17 213:8 | 294:16 295:2 |
| 206:12 426:10 | **resistant** 182:14 | 70:19,23 71:5 | 216:5 218:1,5 | 295:16 296:2,9 |
| 426:10 427:17 | 347:9,15,17 | 71:14 72:18 | 222:17 223:4 | 297:3 298:2,16 |
| **requires** 373:20 | **resources** | 74:9 75:7 | 224:4,13,23 | 299:14 300:13 |
| 374:4 | 104:16 171:17 | 80:11 85:1,5 | 225:7,9 226:18 | 301:8 302:10 |
| **research** 6:15 | **respect** 60:9 | 86:11,14 91:3 | 227:8 228:21 | 302:24 303:23 |
| 7:10 25:22 | 211:5 213:21 | 94:10 96:16 | 229:4,16 231:2 | 304:7 305:14 |
| 26:16 30:8,9 | 266:2 | 98:9 99:17,20 | 231:17,22 | 305:23 308:14 |
| 46:20 47:6 | **respectfully** | 100:24 101:17 | 232:7,21 233:6 | 309:21 310:9 |
| 48:2 50:2,21 | 263:19 | 102:8 103:19 | 234:4,9,11,21 | 310:13,20 |
| 50:21 51:2,16 | **respond** 131:5 | 103:23 105:13 | 235:9,18 | 311:9 315:7,18 |
| 52:20 66:4,19 | 240:6,11 | 108:13 114:4 | 238:15 239:5 | 319:11 320:6,8 |
| 66:19 91:23 | **response** 173:3 | 118:15 120:10 | 240:12,18 | 320:21 321:15 |
| 92:20 94:20 | 175:17 323:5 | 121:5,15,23 | 241:8,16 | 323:1,13 |
| 134:16 141:20 | 325:21,22 | 122:12 123:13 | 243:21 244:5 | 324:18,20 |
| 182:1 183:1 | 326:5 331:8 | 123:16 125:22 | 244:24 246:6 | 325:13 326:2 |
| 187:18 204:13 | 353:14 | 129:1 130:4 | 247:22 249:1 | 326:11 327:17 |
| 206:7 211:5 | **responses** 26:5 | 131:16 133:10 | 249:15 250:6 | 328:14 329:1 |
| 213:21 221:18 | 313:16 314:10 | 134:13,21 | 250:18 251:14 | 329:12,18 |
| 223:20,21,22 | **responsible** | 135:15 136:13 | 251:18 252:9 | 330:2,23 |
| 228:20,22 | 92:21 | 138:9,13 140:8 | 253:15,19 | 331:17,22 |
| 269:20 272:23 | **responsive** | 140:12,20 | 254:7,11 | 332:12,17 |
| 273:8 275:7 | 300:16 301:3 | 144:22 147:8 | 256:21 257:4 | 333:10,16 |
| 279:12 292:12 | 426:19 | 147:17,19,22 | 257:14,23 | 335:23 336:14 |
| 317:5,22 318:4 | **rest** 93:17 | 148:2,20 151:5 | 258:17,19 | 336:18 337:3,5 |
| 332:4,7 334:10 | **Restaino** 2:2,3 | 151:16 152:5,8 | 259:9,13,20 | 338:21 342:8 |
| 338:7 341:6 | 5:6 10:12,15 | 152:17 154:1 | 260:11,19 | 343:19,24 |
| 344:16,22 | 12:24 13:7 | 157:15 158:3,5 | 261:9 262:18 | 344:10 345:18 |
| 345:13 347:11 | 14:24 15:12 | 158:15 159:13 | 263:5,16 | 346:4,21 347:6 |
| 351:8 356:12 | 16:22 17:2,16 | 159:15 162:1 | 264:12 265:7 | 347:23 348:7 |
| 361:19 384:20 | 18:1,9,17,21 | 164:18 167:20 | 265:24 267:7 | 348:22 349:4 |
| 384:21 387:22 | 19:22 20:8 | 169:10,12,23 | 267:14 268:18 | 349:24 351:7 |
| 390:13 395:23 | 21:14 26:8 | 171:3,9,23 | 268:24 270:19 | 351:17 352:15 |
| 396:15 410:13 | 27:5 29:14 | 172:11 175:16 | 271:5 272:7 | 352:20,22 |
| 410:14 438:23 | 34:15 35:8,16 | 178:12,14 | 274:4,15 | 353:4,7 354:12 |
| **researcher** | 36:6,22 37:3 | 179:19 180:8 | 275:24 276:6 | 354:16 355:6 |
| 216:7 372:11 | 37:11,22 39:13 | 183:8,12,18 | 278:18,23 | 358:9,11 362:1 |
| **researchers** | 40:3,9,18 | 187:2,21,23 | 279:4,24 | 363:2,21 364:1 |
| 135:20 284:9 | 41:23 44:22 | 194:21,24 | 281:10 283:2 | 364:12 365:8 |
| 287:20 290:13 | 45:15 46:15 | 197:7 198:24 | 284:7,13,15 | 367:22 368:7 |
| 290:21 301:9 | 52:7 53:23 | 200:2,18 201:5 | 285:11 286:9 | 368:19 369:22 |
| 319:13,17 | 54:14 55:1,7 | 201:14 203:13 | 286:11 287:6 | 370:14 371:1,6 |
| 334:3 347:1,12 | 57:24 58:19 | 203:22 204:4,6 | 288:2,4,19 | 371:23 375:14 |
| 363:4 372:14 | 59:14,23 60:4 | 205:14 206:19 | 289:10 290:7 | 375:20,22 |
| **researches** | 60:10 61:1 | 206:23 207:12 | 290:12 291:15 | 378:7 379:22 |
| 233:8 | 62:9 64:5 | 208:19 210:11 | 291:17 292:5 | 381:18 382:18 |

Ie-Ming Shih, M.D., Ph.D.

383:5,10,16
384:16 388:1,9
388:21 389:18
390:4 392:9,19
393:5,15,18,21
396:19 398:13
399:5,9 400:3
400:9,16,23
401:11,24
402:6 403:2
404:5,20 405:6
406:4,6 407:2
407:4,22,23
408:3,13
409:13,21
410:2,19
411:14,18,24
412:5,9,13
414:12 415:5
415:13 416:3
416:10 417:1
418:16 421:12
422:6 423:16
424:4,10,22
425:9,19
426:13,15,21
427:5 428:5,7
428:9 432:15
432:21 434:3,5
436:9,24 437:6
437:14,24
438:19 439:12
439:22 441:3
442:16 443:7
443:12,16
restate 168:9
result 70:2
100:18,22
109:9 112:8
184:7 237:4
313:12 314:6
345:6 369:7
resulting 419:2
results 84:3
98:15 101:4,10
101:19,20,24
111:23 112:5,5

132:12 177:9
187:12 226:13
229:13 326:22
327:1,22 347:2
396:2,3 399:21
399:23
retained 14:8
35:18 37:14
205:21 386:21
retainer 14:2
retention 13:23
14:4
retract 344:8
retreated
394:12
retrieve 87:5
164:10
retrieved 91:19
return 446:15
reveal 39:9
116:12
revealed 131:22
revealing
132:24
review 11:9 15:2
52:24 53:7
67:16 69:22
71:18 72:21
74:1,3,4,11,13
75:2,6,6 76:18
78:4,11 87:9
88:15 89:5
92:15 93:13,16
94:6 105:1
119:21 127:24
130:7 139:9,12
156:23 157:24
158:10,18,20
158:23 162:7
164:10 182:17
192:1 197:15
208:20 210:17
210:20 211:1
214:13 215:14
215:18 216:8
216:17 217:1
217:11,12,13

219:14 223:2
228:2,7,11
232:12,13,17
235:11 264:3
271:23,24
272:1,8 274:12
277:10 297:16
317:14 318:11
322:16 328:12
426:2,5
reviewed 21:23
53:17 68:14
69:10,12,14
70:18 75:21
139:12 143:7
214:19 228:14
260:12,17,20
260:21 264:21
278:20 290:23
297:12 328:18
410:10 424:17
426:9
reviewer 425:12
425:23
reviewer's 217:5
reviewers
111:15 210:23
350:9 424:5,9
424:12 426:17
426:23 427:9
427:23 428:1
reviewers'
214:14
reviewing 48:3
50:8 53:11
76:6,10 228:10
334:18
reviews 157:1
219:14 264:1
revised 385:11
385:19
revision 386:8
rheumatic
193:11
rheumatoid
193:12
Richard 30:9

433:1,18
Richmond
338:11
right 12:3,23
20:5 31:21
41:17 48:12
61:8,13 74:18
88:19 90:7
104:21 107:7
107:17 109:10
110:21 114:9
114:19 115:8
116:1 124:3,4
127:5 137:17
138:9 142:6
146:14 148:23
153:19 167:19
184:12 185:23
190:10,11
209:14,15
230:9 236:19
238:18 242:21
246:11,23
247:6,13 252:5
253:10 261:14
262:13 266:12
266:17 276:20
283:8 289:9
300:19 301:23
302:2 303:8,16
303:16 311:20
312:6 323:12
336:17,21
337:16 340:8
343:17 344:9
350:19 354:20
359:8,21 366:2
374:14 376:1
378:22 382:17
383:14 386:18
389:23 390:18
392:7 399:4
418:1 419:16
419:22 420:11
426:7 428:19
429:7,10
431:12,21

435:1 438:24
439:2
right-hand
312:19 378:21
433:9
risk 5:21 7:7
72:11 184:24
185:21 229:21
269:12 270:7
272:14 273:13
276:9 277:5
298:15 361:14
376:12,13,14
377:24 380:14
383:23
Road 2:8,12
roads 435:6
Robert 154:20
155:13 305:17
306:6 412:21
role 6:16 145:23
220:13 244:3
266:19,19
324:24
ROS 263:14
ROTMAN 2:16
12:22 13:2
17:20
round 352:18
Royston 3:21
rude 12:9,11
rule 105:3
186:15,20
187:4
rules 59:17
run 52:17
running 21:6
runs 239:13
ruptured 197:12

─────────
S
─────────
S 5:10 6:2 7:2
195:5 212:9,9
212:9 337:20
S-A-L-P-I-N-...
161:24
S-C-I-E-N-C-...

Ie-Ming Shih, M.D., Ph.D.

338:6
**S-H-E-N-G**
337:23
**S-T-R-O-M-A**
134:1
**S80001** 89:7
176:19
**S80007** 176:19
195:6
**S8001** 87:15,21
159:23 160:5
160:17,22
163:3 179:21
**Saed** 39:19
208:14 209:11
210:13 211:2,7
212:22 213:23
214:24 226:24
228:11 230:4
236:5,10 253:9
261:18 263:13
265:17 333:22
334:18 342:9
343:4 349:9
370:9 388:17
391:4,15 392:6
392:8 395:21
397:9 410:14
**Saed's** 75:24
77:4 209:12
214:8 228:12
229:12,18
335:7,9,15,19
336:7,9,22,23
337:7 348:24
352:5,7 388:11
390:8 392:13
392:14,15
394:5 397:24
405:24 410:9
**safe** 116:1
**safety** 396:8
**salary** 51:1
**Sales** 1:6 9:16
**salpingitis**
161:21,23
**samples** 111:5

**Sarah** 39:18
40:24 75:22
76:2,23 235:11
235:21
**sarcoma** 284:4
319:22
**sat** 82:10 89:7
181:12
**Saturday**
432:22
**savings** 44:24
**saw** 13:10 56:10
56:13 58:5
61:15 62:8
68:9 103:21
124:7 147:9
195:9 278:9,15
306:7 307:23
312:2 337:16
341:20 362:11
368:24
**saying** 28:22
65:3 123:14
126:21 131:4,9
209:22 250:20
252:24 298:17
314:21 316:23
394:1 427:9
430:4
**says** 129:3
163:19 181:4
224:11 252:3
269:6,11,18
270:11 273:24
335:7,9,18,22
336:7,9 385:10
417:3 437:4
**scan** 74:19
274:13
**Scholar** 73:7
74:16 75:19
**school** 436:17
**science** 63:24
65:15,21 66:2
66:2 97:10
115:18 139:18
141:23 185:15

217:8,10,23
255:24 258:15
265:3,22
266:22 267:23
271:1 278:2
283:21 285:1
285:19 286:4,5
286:5,6 291:8
297:21 314:19
316:9 317:10
319:10 324:6
324:11,12
326:18,18,19
326:23 327:4
327:23 328:9
336:10,12
337:9 350:17
350:23,24
381:5 396:14
396:18,21
397:4 402:14
411:5 414:18
415:23 418:14
**ScienCel** 338:6
341:5
**scientific** 24:9
24:20 65:10
90:17 114:17
215:6,18
222:15 228:3
229:24 256:10
341:1 342:21
353:21 354:1
373:1 395:23
432:2
**scientifically**
256:23
**scientist** 49:8
52:23 53:4,6
59:11 79:10,17
105:18 109:12
111:11 112:13
116:19 117:11
220:7 284:17
285:21,22
286:13,17
288:12 289:20

290:2 291:2,20
292:4,12 316:7
326:19 345:11
435:22
**scientist's** 328:4
**scientists** 51:15
65:22,24 81:23
90:20 128:8
178:3 285:16
285:24 286:13
288:13 290:11
291:2,20 324:5
346:9,11
356:14 388:3
388:23 399:14
414:23 417:23
**scope** 227:21
438:10
**screen** 9:8
**screening**
276:11 357:24
364:24 367:6
368:1,10
373:19 374:3,9
387:10
**script** 399:18
**scrutinized**
127:16 128:17
129:21
**search** 73:6,7
74:15 75:18
112:10 164:2
215:21 233:4
233:10,14
237:12 277:18
410:9
**searched** 233:15
**searching**
205:18
**second** 24:21
32:9 60:7 86:7
100:2 144:24
253:16 255:11
269:22 270:17
310:24 337:11
362:7 378:9,17
390:19 416:12

416:21 434:23
**secondarily**
413:21 419:7
422:1 423:9
**secondary** 322:7
**seconds** 66:11
120:18 126:5
158:13 180:5,6
**secretory** 338:9
342:11
**section** 61:22
102:15 104:20
104:23 253:4
337:12 352:4
366:21 387:3
428:20 429:3
**sections** 335:11
336:4
**see** 13:15 14:22
14:23 20:12,16
22:10,13 24:12
24:18,23 32:18
39:22 40:10,24
56:2 57:4,8,21
58:6,6 61:11
61:19,20,24
62:3,10,18
63:17 68:12,23
69:8 77:1
80:20 81:17
84:4 87:24
90:11,15 95:21
99:10,21,24
102:15,18
103:15,24
104:19 105:4
105:22 107:20
114:18 115:12
121:4 122:23
123:20 124:2
126:2,10 127:2
127:8,21
131:10 132:16
136:1 137:16
137:24 138:16
138:21 142:11
144:4 150:20

Ie-Ming Shih, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| 173:15,18,22 | 431:3 433:7,8 | 361:9 368:17 | 319:24 334:5,7 | 303:9 328:1 |
| 174:8 176:20 | 433:12,19 | 376:2 377:16 | 412:17 413:12 | 330:5,9 331:12 |
| 177:13 178:19 | 434:10 440:10 | 380:12 382:21 | 417:11 419:3 | 349:17 404:12 |
| 178:20 180:19 | **seeing** 57:7,17 | 390:7 399:8 | 419:12,16,17 | 407:20,24 |
| 188:22 189:5 | 58:1,2 131:6 | 418:20 421:20 | 419:24 420:18 | 408:4,20 |
| 189:10 192:1 | 136:16 180:17 | 423:19 430:16 | 420:24 421:1,3 | 423:13 427:18 |
| 194:12 195:15 | 253:7 308:18 | 431:18 435:17 | 421:4 422:13 | 427:21 443:14 |
| 197:1 198:17 | 372:7 375:21 | 435:23 436:7 | 422:16 | **SHAW** 4:2 |
| 199:6,8,13,15 | **seek** 146:7 | 437:3 | **serum** 6:6 | **shed** 418:24 |
| 200:4,7 202:12 | **seen** 13:8 80:17 | **sentences** 12:9 | 188:22 276:8 | **sheet** 446:7,9,12 |
| 202:13 209:10 | 81:14 125:24 | 103:13 136:20 | 357:19 358:19 | 446:15 448:12 |
| 211:15 212:24 | 147:2 213:9 | 236:16 283:11 | 359:1 376:13 | **Sheng** 337:23 |
| 213:17 214:21 | 288:21 418:1 | 382:13,16,20 | 384:5 | **shifter** 157:11 |
| 215:24 216:9 | 435:13 | 429:9 430:18 | **serve** 202:16 | **Shih** 1:13 5:5,15 |
| 217:9 219:15 | **seizures** 191:13 | 437:12,13,16 | 210:16,18 | 5:17,20 9:22 |
| 227:23 230:16 | **select** 88:19 | 437:18 | 426:3 | 10:6,13 15:3 |
| 234:5 251:22 | 163:23,24 | **separate** 230:6,7 | **served** 67:22 | 36:17,18 44:23 |
| 253:13 254:19 | 165:3 181:8 | 310:4 316:2 | 211:7 213:23 | 70:6 94:4 |
| 256:11 262:9 | 216:19 | **sepsis** 113:22 | 215:10 | 125:18 152:18 |
| 264:3 269:4,5 | **selected** 83:8 | **September** | **Service** 279:14 | 154:10,10,16 |
| 269:13,14,16 | 166:1 | 432:23 | **services** 1:20 9:5 | 155:6,8,12,13 |
| 269:22 270:4 | **Selection** 91:15 | **sequence** 20:6 | 13:24 | 172:8 180:4 |
| 271:9,13 273:2 | **self-sufficiency** | 20:17 | **set** 184:19 | 211:14 212:18 |
| 276:21 280:15 | 294:19 295:4 | **sequencing** | 187:15 315:16 | 259:12 289:3 |
| 282:16 288:17 | 307:5 | 137:3 | **settle** 135:4 | 305:16 408:4 |
| 289:23 295:24 | **Seminary** 2:8 | **series** 137:5 | **seven** 176:19 | 423:20 427:19 |
| 296:18 297:20 | **sense** 16:9 83:5 | **serious** 214:24 | 246:1 434:18 | 445:8 448:16 |
| 299:5,9,22 | 292:8,21 441:6 | **serous** 47:8,13 | 436:3 | **Shih's** 336:2,15 |
| 312:19 314:17 | 442:8 | 48:8 73:22 | **severely** 217:4 | **Shih-1** 5:14 13:6 |
| 324:14 328:16 | **sensitive** 374:20 | 86:18 91:24 | **severity** 289:15 | **Shih-10** 6:6 |
| 337:15 345:7 | 379:1 380:10 | 124:11,14 | **SEYFARTH** 4:2 | 275:23 |
| 347:20 348:6 | **sensitivity** | 125:2,13 | **Shakespeare** | **Shih-12** 6:8 |
| 353:2 355:19 | 373:20 374:4 | 127:14,23 | 121:20 122:1,2 | 411:13,19 |
| 358:6 359:16 | 387:13 | 129:4,19 | 122:6,14 123:5 | **Shih-15** 6:11 |
| 362:16 363:11 | **sent** 14:10 15:10 | 130:17 131:23 | **shaking** 234:14 | 305:22 |
| 365:20 366:1 | **sentence** 61:9,13 | 133:1 136:23 | **share** 73:15 | **Shih-16** 6:13 |
| 373:10,13 | 62:1,6,8,10 | 137:5 139:24 | 81:10,20,22 | 308:13,15 |
| 374:17 376:4 | 63:3 90:8 | 154:6 156:4 | 82:3 108:17 | **Shih-2** 5:15 |
| 378:21 381:1 | 97:24 100:2 | 167:12,17 | 110:4 118:18 | 17:15 |
| 381:19 385:1 | 104:22 124:5 | 168:5 174:12 | 119:23 236:6 | **Shih-20** 6:15 |
| 386:2,7 392:13 | 126:18 131:19 | 174:19 187:20 | **shared** 152:24 | 361:22 |
| 393:12,22 | 144:2 226:4 | 219:4 237:11 | **sharing** 325:17 | **Shih-21** 6:17 |
| 396:4,4 399:12 | 251:13 255:5 | 237:21 252:21 | **SHARKO** 3:7 | 365:7,10 |
| 409:15 413:9 | 271:14 282:9 | 284:3,3 291:14 | 44:2,11 60:3 | **Shih-22** 6:20 |
| 416:15 417:5 | 283:8 287:8 | 294:12 296:21 | 62:4 70:6,14 | 370:21,24 |
| 420:23 429:6 | 297:6 303:2 | 299:8 314:17 | 86:13 94:4 | 371:24 |
| 430:14,17 | 313:8 338:16 | 318:14 319:23 | 96:12 259:9 | **Shih-23** 7:6 |

Ie-Ming Shih, M.D., Ph.D.

Page 492

| | | | | |
|---|---|---|---|---|
| 378:6 | 267:19 272:17 | **sign** 161:21 | 251:21 255:6 | 124:9,21 125:6 |
| **Shih-24** 7:9 | 283:22 291:9 | 445:9 446:8 | 255:11,13 | 126:1 127:1,8 |
| **Shih-26** 7:12 | 295:6 296:1,17 | **signaling** 320:13 | 257:18 258:3 | 128:2 131:20 |
| 432:17,20 | 296:19 297:24 | 321:2 | 258:23 | 136:15 137:10 |
| **Shih-27** 7:14 | 315:6 317:4 | **signals** 294:20 | **simple** 51:21 | 138:5 140:21 |
| 102:7 | 318:3,6 319:1 | 295:5,12,18 | 121:13 134:14 | 141:10 142:3 |
| **Shih-29** 7:16 | 319:6,9 322:12 | 307:5,15 | 148:24 150:8 | 142:11,17,24 |
| 125:21 | 322:13 323:18 | 312:15 | **single** 30:18 | 143:18 144:4 |
| **Shih-3** 5:17 | 324:9 328:8 | **signature** 84:5 | 31:12 32:11 | 144:13 145:7 |
| 17:24 | 355:15 361:17 | 86:17 87:16,22 | 51:7 56:15 | 147:13 148:24 |
| **Shih-30** 7:19 | 364:17 369:10 | 87:24 88:3 | 89:5 109:22 | 152:23 154:13 |
| 136:12 | 370:19 375:12 | 89:3,9,13,15 | 110:1 113:13 | 157:16 158:17 |
| **Shih-39** 7:21 | 380:13 383:21 | 89:17 115:14 | 115:22 116:24 | 159:17 160:9 |
| 213:5 | 395:2 397:7 | 117:6 124:14 | 217:11 223:8 | 161:14 176:20 |
| **Shih-4** 5:18 18:8 | 402:16 431:11 | 141:13 147:3 | 223:10,21 | 177:13 178:12 |
| **Shih-8** 5:21 | 432:16 | 149:11 160:15 | 274:18,18 | 178:24 180:19 |
| 268:23 | **showed** 114:11 | 160:24 163:5 | 320:19,22 | 184:3 187:3 |
| **SHKOLNIK** | 322:15 | 165:10 178:18 | 322:18,21 | 194:18 197:1 |
| 2:11 | **showing** 82:23 | 178:19 187:7 | 323:2,5,19 | 201:7 203:6 |
| **shocked** 215:11 | 146:16 202:10 | 194:4 201:8 | 327:13 329:14 | 204:7 207:13 |
| **shocking** 399:16 | 214:4 230:14 | 222:12 294:13 | 360:14 369:24 | 209:17 213:12 |
| **Short** 71:10 | 236:13 239:14 | 294:14 319:5 | **sir** 15:14 19:4,8 | 213:17 214:3,6 |
| 152:13 235:5 | **shown** 27:14 | 358:4 384:8 | 19:10 20:9 | 226:23 227:23 |
| 304:3 333:6 | 77:10 84:3 | 389:7 431:14 | 22:6 23:2,10 | 228:4 232:13 |
| 393:1 | 145:17 189:3 | **signatures** 85:23 | 24:12,23 25:23 | 243:23 245:22 |
| **Shorthand** 1:16 | 202:9 215:20 | 88:23 244:21 | 26:12 32:20 | 251:22 263:18 |
| 445:13 | 243:10 245:12 | **significance** | 33:11 48:21 | 266:2 268:13 |
| **shouting** 303:15 | 245:15 313:22 | 397:11,13 | 49:2 50:20 | 269:4,13 270:4 |
| **show** 17:8 38:5 | 357:18 388:12 | 398:4 | 51:19 52:11 | 276:21 278:13 |
| 48:15,15 69:2 | 394:8 422:16 | **significant** | 53:9 56:4,8 | 279:5 280:15 |
| 70:1 96:6,24 | **shows** 112:22 | 100:5 383:22 | 57:2 61:11,20 | 281:17 282:9 |
| 97:3 98:3,23 | 126:22 322:22 | 394:9 | 61:23 62:3 | 282:17 283:9 |
| 103:18 106:9 | 323:2,6,20 | **significantly** | 69:8 74:10 | 283:12 288:24 |
| 122:24 126:18 | 328:19 | 376:11 | 76:4 77:11,18 | 297:5,14,18 |
| 126:22 130:22 | **sick** 113:21 | **signing** 446:10 | 84:13 85:6,14 | 306:23 311:17 |
| 131:1 132:19 | **side** 28:21 41:11 | **similar** 32:16 | 87:12 88:20 | 337:15 341:14 |
| 132:21 133:8 | 312:19 337:12 | 105:10 237:24 | 90:6,11 91:7 | 346:6 353:2,23 |
| 133:12 145:19 | 378:21 386:18 | 240:11 292:13 | 92:4 96:18 | 366:19 368:20 |
| 146:2 148:15 | **sides** 303:22 | **similarities** | 97:23 99:3,10 | 370:4 373:13 |
| 157:7 178:2 | **Sidney** 5:22 | 247:17 248:2 | 99:24 102:3,10 | 373:24 374:17 |
| 187:12 202:15 | 269:2,6 273:19 | 250:21 252:18 | 102:13 105:5 | 376:4,20 |
| 202:15 209:13 | **SIG** 87:16 | 252:20 253:1 | 106:8 107:14 | 384:24 386:16 |
| 211:17 227:13 | 160:14,15,18 | 253:24 254:14 | 107:20 108:14 | 392:10 396:20 |
| 235:20 236:19 | 162:4 163:7,24 | 254:24 255:2 | 109:1,5 110:8 | 396:22 405:7 |
| 242:17 245:10 | 164:14 166:2 | 259:6 | 110:15,15,22 | 416:12,15 |
| 250:24 252:3 | **Sigma-Aldrich** | **similarity** 237:8 | 111:1 112:15 | 417:5 422:23 |
| 255:18 265:20 | 337:21 | 250:24 251:10 | 123:1,21 124:2 | 429:6 430:13 |

433:8,18,18
436:10
**sit** 73:14 76:17
76:21 78:9
97:12 108:16
110:3 118:18
126:12 129:18
132:22 148:4
168:2 209:8
214:6 231:3,18
232:22
**site** 134:11
135:3 148:6
150:14 151:12
**sites** 132:3 133:4
146:22 188:23
**sitting** 27:16
41:11,17 256:9
**situ** 321:10
**six** 306:24
311:21 378:20
383:6,7 434:18
**SK-OV-3**
343:12,23
344:5
**SK-OV-3(AT...**
337:20
**SKADDEN** 3:2
**skin** 113:14
**SKOV** 352:3
**slide** 22:22
27:18,19,22
28:3 29:7,10
29:16,22,22
30:1,1,2,3 33:6
33:10 83:22
84:5 85:17,20
87:20,21 88:1
89:6,10 92:16
92:24 94:6
103:10 160:5
160:17,22
161:4 162:6
163:3 169:2
170:21 173:20
177:6 179:12
179:13,20

181:14 182:6
195:7,10,12,21
195:22 197:14
198:4 199:3
201:18 202:22
395:8,10
**slide's** 202:24
**slides** 17:6 21:22
22:12 27:8,10
33:3,4 35:3
49:22 50:8
83:16,19 84:6
84:20 85:19
87:1,1,5,23
88:6,11,13,17
92:14 93:10
95:3 104:11
111:18,22
112:16,21
114:8,11 116:6
116:7 117:16
143:6 147:3,9
147:10,12,20
148:3 150:18
151:7 159:8,24
160:8,19 162:7
162:19 163:24
164:21 165:7,9
165:11,12
169:14 176:10
176:19 177:5,8
177:12,20
178:16 182:18
182:23 190:18
191:11 201:7
219:10
**slight** 298:14
**sloppy** 97:10
**slowly** 73:20
121:12 144:19
216:4 234:17
344:20
**small** 84:11,14
85:8 150:7
152:19 195:15
422:14
**smoking** 7:12

72:9 185:24
186:5 432:24
435:8 436:14
436:14,19
438:2 441:9
**snail** 25:17
**so-called** 46:1
208:13 300:2,3
340:3
**society** 340:12
**sole** 77:20 90:13
172:3,16
**solely** 226:13
317:21
**solid** 116:3
397:19
**somatic** 63:7
**somebody** 40:16
60:17 180:22
424:17
**soon** 235:14
**sorry** 18:17 53:9
53:10 59:8
61:12 66:18
70:22,23 78:1
84:13 85:2
90:22 97:23
98:19 105:17
109:21 128:24
137:18 139:2
140:12,17
147:24 156:17
158:14 166:24
180:9 183:14
201:1,4 202:20
205:7 206:21
207:7 209:17
221:5,5 225:19
229:10,11,17
238:3 249:2
250:1 253:3
256:3 262:19
268:12 281:4
289:5 299:2,20
312:21 325:14
344:6 351:21
372:20 378:19

383:7 390:2,15
390:17 401:12
411:17 424:11
427:6 428:12
430:3
**sort** 27:22 28:21
**sound** 14:19
34:17 126:16
384:23
**source** 127:18
**South** 3:18
**space** 446:6
**spans** 340:7
**speak** 28:18
60:20 123:4
201:1 203:18
234:17 333:18
439:19
**speaker** 36:19
40:17 59:12
**speaking** 36:24
44:20 59:9
144:21 171:6
286:24 372:13
**special** 384:22
**specialist** 201:2
242:2
**specific** 25:16
54:24 64:14
65:19 69:20
73:9 74:8
83:21 95:2
108:21 117:3
118:12 130:1
170:8 183:3
185:12 218:24
256:19 257:11
293:3 297:1
305:7 314:15
319:20 343:2
355:24 374:20
389:3 391:12
430:5
**specifically** 58:7
261:14 262:4
316:5 368:17
**specificity**

373:22 374:5
387:12
**specify** 192:24
256:19 315:2
352:12
**specimen** 198:8
199:22
**specimens** 137:4
194:1
**spectrum**
417:10
**speculated** 97:7
**speculating**
233:16,19
234:2 398:6
**speculation**
284:12
**speculative**
97:18
**spell** 56:6 188:3
190:20 192:9
**spent** 15:21,24
20:10 49:19,21
49:23 50:6,12
50:19 51:23
**sponsored**
208:10
**sporadic** 131:23
133:1
**spread** 128:9,9
134:9 150:16
238:14
**spreading**
247:14
**Square** 3:12
**Srotman@ha...**
2:19
**St** 337:21
**staff** 215:4
**stage** 129:19
130:17 374:22
**stand** 87:16
**standard** 362:15
**stands** 160:15
353:8 379:13
**start** 114:21
171:8 204:7

Ie-Ming Shih, M.D., Ph.D.

205:18 261:18 262:23 342:4 366:16 376:2 383:15 439:5
**started** 10:24 205:5 221:23 377:2,3 393:24
**starting** 24:19 46:21 127:9 275:6
**starts** 90:9 99:11 99:22 107:18 124:5 127:6 142:9 144:2 342:4 416:13 418:19,21 429:3,9
**state** 23:11 96:2 96:8 101:3 135:20 140:1 141:2 168:15 207:15 209:2 254:24 287:20 291:3 301:17 317:23 334:2 337:24 362:12 381:10 417:20 446:5
**stated** 59:20 101:18 106:19 146:8 270:10 304:11 392:18 423:4
**statement** 64:7 64:20 101:15 129:3 130:23 142:23 156:9 158:17 196:18 214:22 218:3 225:17 226:12 282:22,24 283:1,3 284:17 288:1 290:10 295:1,4 297:18 314:12 331:24 332:20 335:15 336:8 363:9

374:3 375:7 380:22 390:8 411:7,7
**statements** 156:9 335:7 352:5
**states** 1:1 9:19 14:15 30:12 51:6 100:3 226:5 269:18 273:20 280:18 280:23 297:6 325:18 367:3 373:17 391:15 420:20 421:20
**statistics** 281:22
**status** 157:8 289:18
**stemming** 297:15
**stenographic** 9:24
**step** 12:8 44:3 97:24 397:15
**steps** 55:13 186:14,20 187:3
**steroid** 194:10
**STEVEN** 2:16
**STIC** 86:21 87:2 88:23 89:3,14 115:13 117:7 124:12 127:9 127:13,18,23 128:15 129:3 129:18 130:16 131:22 132:7 137:6 138:2 141:12 142:15 142:15 145:2,4 145:15 146:18 147:2 148:5 149:10,13,17 149:24 150:2 150:19 151:1 151:11 152:22 164:20,21,23

166:2,6,8,9,15 166:17,20 173:24 174:24 187:8 190:7 194:4,13 195:2 195:8,13,21 198:5,11 199:15,21 200:8 201:9,21 204:15 222:11 222:13 244:20 294:14 319:4 358:3 384:8 389:6 420:3 431:14
**STIC-like** 166:9 166:18,22 167:3 168:10 173:24 174:24 204:14
**stick** 248:23
**sticker** 18:16
**STICs** 89:14 132:2,24 146:21 149:1 151:6 202:3
**STIL** 124:15
**stimulated** 425:1
**stimuli** 245:6
**stimulus** 238:23 239:24 240:7 242:10
**Stipulations** 8:11
**stomach** 239:17 240:20 241:19 245:8 247:13
**stop** 138:19 350:8
**straightforward** 60:23
**strains** 242:12 243:5
**strategy** 373:20 374:4
**stream** 55:12

**Street** 1:14 2:3 4:3 9:13
**strength** 57:13 72:8
**strengths** 71:24
**strike** 28:20,24 32:22 39:15 49:1 51:21 78:1 158:4 169:11 172:24 178:13 187:22 194:22 218:2,2 232:14 243:3 246:7 256:4 258:18 263:17 266:3 286:10 288:3 291:16 300:14 320:7 323:15 324:19 358:10 371:20 406:5 423:2 426:14
**striking** 252:20
**stroma** 134:1,1
**strong** 270:8,12 271:11 273:21
**structural** 248:15 250:10 250:14,24 251:10,21 255:1,6,10
**structure** 237:9 248:19,21 249:16,22 250:9,10,12,15
**struggle** 316:24 317:24
**student** 248:6,11 360:21
**students** 52:19 286:3 316:22
**studied** 71:22 248:18
**studies** 24:20 68:3,14 69:1,4 69:11 70:1,4 70:10,18 71:19

73:9 94:24 118:10 158:2 182:3,8,10,20 183:3 185:20 187:11,15 202:19 297:11 302:15 318:19 345:17 397:15 410:10,15 421:18 422:17 438:4
**study** 5:18 16:12 16:21,22 17:1 17:5 18:11 19:3 21:17 23:3,4,6,14 26:17,23 27:9 28:13 33:22 42:12,13 45:5 46:8,11,18,19 46:21,23 47:2 47:4,5,11,22 47:23 48:13 49:6,20,23 50:7 52:1 53:1 53:22 54:15 58:3,10 59:3 67:11 68:6,16 68:17 69:12,20 72:1,15 73:1 75:14 77:15,15 78:19 79:3,5 79:10,21,23,24 80:1,2,6,7,12 80:18,23 81:10 81:14 82:4,8 82:11,19 84:2 84:11 88:4,22 89:1 90:1 91:1,3,15 93:21 93:23 94:11,13 94:15,18 95:9 95:17,18 96:2 96:6,23 97:1,7 97:14,15,19 98:1,4,20 99:1 99:5 100:3,10

100:16 101:8
101:23 103:5
103:11 104:24
105:8,22 106:2
106:23,24
107:19,24
108:18 109:3
110:5,7,11,14
110:17 111:6,8
116:15 118:2,7
118:19,23
119:1,3,15,22
120:7,12 121:8
121:9 123:18
123:18 126:14
129:7,8 130:12
130:13 131:7
131:10 135:17
142:1 143:1,7
143:10 145:13
145:14 146:2
146:11,16
147:17,21
148:14 149:5
149:19,20
159:2 162:12
165:2,2,15,18
166:1,23 167:3
167:24 172:18
173:13 178:2
181:6,6 182:1
182:11 186:15
186:17,18,19
187:1 191:18
192:19 193:10
194:16 201:7
201:18 202:5
204:8,9,10,12
204:22 205:6
205:16,24
207:2,11,22
208:9,14
211:15 212:22
213:1 214:15
221:24 222:7
224:16,22,23
225:11,12,24

226:6,12 227:6
248:14,20
274:21 276:5
276:15 285:5
305:7 320:10
320:12 334:3,9
335:4 338:19
340:12,19
341:4 365:18
369:12 372:20
373:5 376:3,6
376:9,23 377:1
377:4,7 381:23
394:8,15
395:11 396:1,2
396:4,7,7,9,10
396:12 397:19
399:22,23,24
402:5,10
416:14 417:4,8
418:3 420:1
422:3,18 426:6
427:12 436:18
**studying** 149:10
249:21 334:10
**stuff** 112:24
**style** 108:10
264:24
**sub** 149:23
**subject** 446:10
**subjective**
346:22 349:13
370:10
**subjects** 302:23
**submission**
208:16 217:6
**submit** 43:16
78:11 95:5,11
105:19 109:18
206:10 210:8
**submitted** 78:6
105:8 157:17
208:2 210:3,20
214:12 385:19
425:10,20
**submitting** 78:3
**Subscribed**

448:19
**subsequent**
287:13 290:20
**substance**
353:12 359:10
429:12 430:7
430:22 439:7
448:11
**subtypes** 301:2
374:10
**success** 51:6
**sudden** 180:18
**suffered** 191:15
**sufficient** 32:7
294:5 428:16
428:23 429:13
430:8,23 431:7
441:17,24
**suggest** 127:17
136:2
**suggested** 132:1
133:3
**suggesting**
360:2,5
**suggests** 124:1
124:10 365:18
**Suite** 2:8,12,17
3:13,18 9:13
**sum** 69:17
**summarized**
71:22
**summarizing**
386:4
**summary**
158:23 227:22
394:5
**superficial**
300:8
**supervision**
445:22
**supplemental**
278:12 279:2
**supplied** 259:11
**support** 8:2
48:16 64:1,20
100:5 112:6
156:3,8 157:20

256:4 266:23
267:23 271:2
271:16 285:2
286:7 297:22
313:12 314:6
318:13 326:21
327:21 328:9
351:1 380:21
390:13 394:17
411:6 415:22
418:15 428:17
428:24 430:2,2
431:10,12
441:18 442:1
443:10
**supported** 50:2
91:21 102:20
136:21 138:2
145:2 214:16
215:7
**supporting** 7:22
388:13
**supports** 272:12
273:12 391:20
**sure** 17:10 18:20
18:23 19:5
21:8,13 23:1
26:10 40:6
56:22 103:19
108:11 114:24
124:9 126:10
133:16 139:20
139:22 174:2
202:6 219:13
227:15 233:12
234:21 235:23
252:7 306:2
335:12 355:11
355:20 372:22
382:24 383:1
383:10,17
385:2 392:21
399:15 407:23
408:3
**surface** 354:6,14
354:18 435:5
**surfaces** 419:2

**surgical** 376:17
413:4
**surprise** 346:5
**surprised**
345:20 367:12
**survival** 7:17
182:13
**survive** 66:2
**Susan** 3:7
408:16 428:8
**susan.sharko...**
3:9
**suspicion**
208:17
**sustained**
307:19 321:1
**sustains** 320:13
**sworn** 10:7
445:5 448:19
**symbols** 312:12
**symposium**
386:11
**Symptoms** 5:22
**synchronized**
350:15
**system** 27:22,24
46:4 74:13
172:1,13,19,21
177:3,4 185:6
216:17 238:24
239:12 244:18
245:17 354:4
**systematic** 74:2
74:11 76:18
232:17
**systemic** 127:24
**systems** 426:2

_____

**T**

**T** 4:3 5:10 6:2
7:2 212:9
447:1
**T-cell** 174:13
**T-cells** 172:2,14
172:20,21
173:4
**T-R-A-B-E-R-T**

276:2
**table** 21:22 22:2
28:21 41:11
83:11 84:3,18
87:8,11 116:23
127:3 153:18
153:20 159:7
159:10,16,20
161:1,3,8
189:3 194:19
**tables** 22:5
261:22
**Tagamet** 192:8
192:11,12,16
200:4
**take** 11:3 12:4
27:18 31:8,8
44:7 87:20
92:22 123:8
151:18 186:14
187:4 191:23
192:5 194:9
203:4 211:23
224:9 248:10
269:14 272:18
278:1 303:11
303:13 314:21
337:6 351:19
364:11 365:21
383:4,12
392:19 398:7
433:4
**taken** 1:13 22:22
130:23 176:13
186:20
**takes** 303:5
**talc** 54:16 61:18
62:15 64:20,24
67:24 69:2
73:19 106:12
186:10 221:11
222:6,9 229:20
237:9,14
238:24 239:8
239:14 240:3
245:16,20
248:3 250:9,22

251:9,11,20
252:19 254:1
254:14 255:13
257:6,13,18
258:23 259:6
266:24 267:24
272:13 273:12
297:10 302:12
321:20 322:7
383:21 389:8
394:11 401:2,3
401:19,20
402:8,18,18
403:9 404:10
404:23 405:3
410:6 428:17
428:24 441:18
442:1
**talcum** 1:5 7:23
9:15 25:4,12
26:19 38:14
42:5,11 54:21
55:2,10,18
58:12 59:5
64:24 68:4
73:19 208:5,8
211:8 214:1
244:16 258:3
259:23 265:18
267:10 269:23
270:3,5,21
271:3 280:2
328:6 348:17
384:3 391:6,10
394:20 395:3
397:2 400:11
400:18 401:1
401:17 403:7
404:9,23 405:4
405:12,21
406:9 408:5,10
409:18 410:4
410:11,17
411:8 431:2,11
**talk** 10:23 40:1
43:19,21 44:1
44:17 175:24

208:4 219:15
230:8 247:16
247:24 248:4
288:15 301:1
314:15 321:9
321:17 349:7,8
351:20 355:23
385:24 442:11
**talking** 16:14
17:9 68:16
71:18 84:23
89:19 104:4
106:21 110:23
113:16 138:3
141:22 146:18
147:10 167:15
167:17 172:23
173:23 174:1,3
183:17 186:18
193:1 201:3
219:16 224:22
225:22 229:14
240:2 248:1
253:5,5 254:23
284:2 293:11
298:22 313:18
318:15 321:16
330:6 344:13
348:15,19
368:18 370:6
374:7 396:18
398:17 419:15
419:17,19
421:17 422:21
422:22
**talks** 329:22
439:13
**tarred** 435:6
**teach** 248:8
286:3
**teaching** 316:21
**team** 46:20
332:5 342:10
343:4 395:24
**teamwork**
105:18
**technical** 24:10

348:20
**TECHNICIAN**
4:9
**technique** 29:5
32:23
**techniques**
256:2
**technology**
256:6 258:16
**Tegretol** 191:12
191:16
**telephone** 25:17
**TeLinde** 30:9
**tell** 20:1 114:16
128:5 147:7
166:6 188:24
231:4 232:9
236:3,7 238:5
278:2 292:17
316:8 317:6,18
317:19,20
382:11 428:2
**temperature**
123:9
**Tempers** 434:1
**ten** 55:22 66:11
120:18 158:13
180:5 362:4
364:19
**Tendinitis** 175:7
**tennis** 175:8
**tense** 78:17
**term** 64:9 74:11
75:2 97:20
98:23 99:1
128:7 133:17
166:21 167:2
183:20 188:16
356:11 368:14
379:6 410:21
**terminally**
339:19
**terminology**
11:18 97:7
152:21
**terms** 36:17
357:15,16

384:2
**test** 11:8,11 20:7
20:10 75:16
90:24 188:20
231:11 397:2
397:22 414:24
417:24 420:13
**tested** 327:10
343:4 367:6,24
**testicular**
314:22
**testified** 10:8
35:11 36:4
40:1 45:12
101:1 208:21
215:1 218:16
**testify** 36:1
45:10 258:9
**testimony** 5:4
34:5 40:15
45:14 58:23
63:21 95:1
100:9 223:14
267:21 270:14
270:15,18
329:9 382:7
392:1 403:19
409:3 423:17
445:6
**testing** 26:16
27:4,6 397:17
**thank** 13:21
23:17 45:6
70:11,13 71:16
77:11 88:5
103:19 108:14
109:1 119:17
125:16 128:23
137:12 147:22
159:14 176:15
179:5 212:19
313:7 352:21
366:24 372:4
398:22 408:15
428:7 438:11
440:1 443:14
**Thanks** 86:13

Ie-Ming Shih, M.D., Ph.D.

**theater** 216:18
**theory** 229:20
**therapeutic**
191:1 364:23
**therapy** 347:17
**thing** 31:9 32:9
86:10 114:17
162:22 180:15
217:4 261:17
321:18 351:14
352:3 356:22
**things** 10:22
32:1,18 95:10
123:11 139:19
139:21 174:15
220:1 251:4
264:23 285:9
289:19 291:11
291:24 375:16
385:24 394:19
419:15
**think** 26:4 31:14
36:9,11,16,17
36:20 38:10,15
38:18 42:21
44:13,16,18
45:23 47:12
48:13 53:5
55:11 59:12
60:17 62:17
68:11 71:1,2
72:10 74:6
75:23 80:9
81:5,16 84:8
84:24 85:22
86:2 89:11
94:1 97:6
101:13 103:3
108:6,8 109:6
111:14 114:15
115:11 116:1,8
119:14 120:4,5
122:3 131:1,13
139:3 145:16
145:21 147:6
148:11,16,18
149:6 150:6,24

151:19 157:13
159:2,6 160:7
160:9 162:12
166:8 167:6,6
167:8 168:7
171:5 172:6,20
173:23 177:21
179:8,17
182:19 190:15
191:17 193:9
193:21 196:17
200:13,24
201:24 206:6
214:18 215:9
215:15 218:23
223:13,19
227:5,9 233:4
234:22 235:15
235:23 237:18
238:10 239:4
243:1,10 246:3
258:24 260:5
266:9 275:14
275:15 276:4
284:8,8 285:7
285:22 287:2
304:16 310:6
311:5 314:20
316:14 324:2
330:8 331:15
335:14 336:2
338:23 340:17
342:22,24
345:9,10
348:21 352:2
358:7 359:17
372:24 375:20
386:3,24
387:20 394:18
395:11 398:2
398:15 402:22
405:16,16
407:19 411:1
412:11 416:4
420:20 427:3
427:14 428:15
435:19 443:13

**thinking** 69:24
330:3
**third** 138:5
228:1 418:19
**thirty** 446:16
**THOMAS** 4:3
**thought** 82:11
140:16 179:16
383:7
**thoughts** 355:5
**three** 137:19,20
143:23 144:10
260:4 307:18
334:1 343:4
432:9 434:17
**thumb** 366:22
**till** 40:2 151:24
204:2
**time** 9:8 11:2
14:6 15:24
19:15 20:11
21:10 23:16
24:5 25:7 30:1
34:3,10 35:15
40:22 42:20
44:8 49:10,18
49:21,23,24
50:3,6,11,13
50:18 51:23
56:24 60:5
71:4,6,7,11
79:14 80:19,24
81:3,8 94:1
96:5 105:15
106:1 108:21
119:20 121:12
126:2 130:18
140:23 143:5
151:21 152:10
152:14 159:19
172:10 182:6
186:3 194:5
198:23 205:3
207:18,21
212:3,11
214:12,21
216:4 217:6

220:11,16,17
221:6,7,8
223:18 225:18
235:2,6 248:24
256:6 269:16
270:17 301:15
303:24 304:4
315:22 320:19
326:10,14
333:4,7 339:6
340:5,10
341:22 344:20
349:20 358:14
358:16 362:20
364:10,19
365:21 383:8
387:11 392:22
393:2 407:18
411:3 414:4
415:12 423:24
425:18 432:10
434:8,8 435:2
435:2,16
443:18
**timely** 376:16
**times** 15:21
48:23 121:20
143:11 153:2
203:8,11
211:14 304:9
304:17 306:11
308:5 309:2,4
309:7,14 310:2
310:3,16,17,24
311:1 314:3
316:3 317:8,17
325:4,6,10,12
325:18 328:22
329:11,22
331:21 356:6
403:1 418:11
**Tina** 102:20
**tiny** 385:9
**tissue** 38:4 93:1
103:10 104:14
113:19 114:1
134:1 145:12

150:13 161:13
175:22 177:6
178:9 184:14
189:24 192:3
194:5 195:17
195:22 197:4
197:22,24
198:1,6,12,18
199:5,20 200:5
201:12 239:22
247:14 251:2
289:15 292:2
292:23 296:3
296:16 307:21
339:5,18
340:16 345:17
358:19 395:1
395:10,11,14
**tissue/cellular**
429:16,23
430:11 442:24
**tissues** 35:5
154:7 156:5
239:11 240:2,6
242:9 245:5
371:13 395:15
**title** 23:12 91:23
116:21 276:7
276:14,20
277:3,7 365:17
365:22 380:1
381:4 384:18
437:7
**titled** 18:4,11
77:15 90:2
91:15 102:16
254:13 305:18
336:19 337:12
341:15 353:1
365:13 370:11
393:9 412:14
432:24
**titles** 74:20,21
**tlocke@seyfar...**
4:5
**tobacco** 431:23
435:8 436:15

Ie-Ming Shih, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| **today** 9:21 10:17 | 341:2 342:6 | 245:16 | 266:6,14 | **Tumor-Associ...** |
| 11:7 12:10 | 343:1 348:14 | **transvaginal** | 331:11 406:18 | 6:17 365:13 |
| 23:12 36:23 | 351:5 384:9 | 34:6 35:10,17 | **tubal** 6:8 86:18 | **tumor-promo...** |
| 41:5 56:1,2 | 391:9,11 421:1 | 36:1 37:13,15 | 88:22 89:12,20 | 313:15 314:9 |
| 65:24 73:15 | **TOV112D** | 37:24 39:3 | 124:11,14 | 325:20 326:4 |
| 76:17,22 78:10 | 337:22 | **travel** 239:9 | 132:8 137:6 | 329:23 332:1 |
| 78:19 81:9,18 | **toxicologist** | 241:17 | 163:19 164:4 | 332:21 |
| 93:24 94:12 | 401:9 | **treat** 191:13 | 165:16,22,24 | **tumor-specific** |
| 97:3,12 100:9 | **toxicology** 54:1 | 391:5 | 197:4 244:20 | 103:7 |
| 101:9 108:16 | **toxin** 353:11 | **treatment** 7:11 | 412:15 413:20 | **tumors** 132:1 |
| 110:3,12,16 | **TP53** 73:21 | 347:2 384:20 | 417:13,18 | 133:2 137:2 |
| 118:18 124:24 | 420:2 | 396:6 | 418:22,24 | 146:17,18 |
| 125:7 126:12 | **Trabert** 6:7 7:18 | **treatments** | 419:6,12 | 412:17 413:20 |
| 129:18 132:23 | 125:24 130:11 | 332:10 | 421:23 423:7 | 419:5,12 |
| 148:4 153:7 | 131:21 135:17 | **tree** 146:3 | 425:2 | 420:18 421:23 |
| 166:19 168:3 | 135:18 146:8 | **trend** 387:11 | **tube** 7:17 127:16 | 423:7 425:1 |
| 209:8 214:7 | 146:10,11 | **trial** 276:12 | 128:17 129:21 | **turn** 13:13 24:17 |
| 223:14 228:16 | 276:2 297:5 | 397:23 | 135:7 136:21 | 61:2,4 89:24 |
| 231:3 232:22 | **trace** 263:15 | **trials** 367:7 | 137:7 150:16 | 99:3,8 102:12 |
| 256:9 258:9 | **track** 304:19 | **trick** 36:21 37:8 | 150:17 156:6 | 104:18 107:12 |
| 267:21 304:10 | 305:9 348:21 | 346:20 | 165:4,17 178:4 | 119:16 123:17 |
| 317:17 321:19 | **tract** 243:14,19 | **tried** 331:9 | 178:10 181:1,7 | 126:23 136:7 |
| 406:3,8 419:11 | 442:6,21 | **trigger** 208:17 | 181:9,16,21 | 231:15 269:21 |
| 423:18 429:21 | **tracts** 441:7 | **trouble** 286:23 | 196:15 197:11 | 280:11 281:15 |
| **Today's** 9:6 | **train** 52:17 | **true** 21:7 66:2 | 199:5,14 202:8 | 306:19 337:10 |
| **told** 179:24 | 154:22 | 76:4 77:22 | 221:2 244:23 | 374:11 378:8 |
| 189:1 | **trained** 30:15 | 123:6 139:2 | 299:6 358:3 | 378:16 386:13 |
| **tongue** 241:24 | 169:8 238:2,3 | 185:23 186:4 | 384:7 389:7 | 416:11 428:10 |
| **tongue-tied** | **training** 28:11 | 187:16 196:16 | 421:7 431:4 | **twice** 317:17 |
| 11:17 | 30:6 196:20 | 245:4 294:18 | 439:1,1 | **two** 32:1 40:6 |
| **top** 87:13 99:11 | 436:18 | 349:21 350:11 | **tubes** 124:16 | 70:3 85:23 |
| 131:18,20 | **transcript** | 445:6 | 154:9 202:3 | 101:14 114:19 |
| 138:6 224:15 | 203:17,20,21 | **trust** 141:10 | 338:9 | 114:22 137:19 |
| 225:24 226:4 | 204:17 409:16 | 288:14 | **TUCKER** 3:17 | 143:23 144:10 |
| 269:5 307:7 | 445:9,19 | **truth** 80:1 | **tumor** 31:20 | 145:4 177:11 |
| 332:5 351:14 | 446:17,19 | **Truthfully** | 33:17 73:21 | 177:18,19 |
| 360:17 375:23 | **transcription** | 408:14 | 133:22 134:10 | 178:16,22 |
| 421:19 | 448:7 | **try** 11:23 12:4 | 145:24 150:5 | 189:2 196:6,11 |
| **total** 14:18 33:9 | **transcriptomic** | 40:16 90:24 | 150:16 312:6 | 199:18 216:24 |
| 391:6 | 347:8 | 98:20 116:23 | 314:23 320:20 | 229:2 237:24 |
| **totality** 322:4 | **transformed** | 151:24 204:2 | 320:22,23,23 | 249:17 256:11 |
| **totally** 51:11 | 357:4,5 | 248:22 316:24 | 323:21,22 | 270:2 282:10 |
| 112:4 153:13 | **transition** 358:2 | 317:23 345:12 | 324:14,15 | 289:6 291:10 |
| 208:16 217:23 | **transport** | 378:18 | 357:7,15,17 | 309:3,11,19 |
| 237:16 267:2 | 236:15 237:8 | **trying** 37:8 60:6 | 359:5 362:13 | 311:2 312:15 |
| 271:15 279:22 | 239:8 244:8,16 | 91:6 162:24 | 362:21 364:4 | 316:1,2 319:13 |
| 301:2 315:15 | **transported** | 163:1 200:20 | 365:2,3 | 319:16 334:1 |

335:10 336:4
345:10 382:20
419:14 422:10
429:8 434:7,17
435:2 436:11
436:11,22
437:4 439:17
**type** 167:14
170:8 172:4,16
175:21,23
284:1 289:15
295:22 296:16
297:1 298:13
299:23 314:15
318:15,17
319:21 421:4,5
**types** 47:10
150:13 239:15
298:12,22,23
299:1,4 358:19
**typically** 42:19
72:21 241:10
424:13
**typo** 200:14,19

**U**

**U-R-B-A-N**
375:10 376:7
**U.S** 91:21 105:2
**ulcer** 240:21
**ultimately**
420:17
**umbrella** 219:11
**un-physiologi...**
395:18
**unclear** 397:12
435:18
**uncommon** 12:8
395:24 396:14
**uncontrolled**
293:21 321:13
**undergo** 354:7
**undergoes** 321:1
**underlying**
131:7 363:14
**underneath**
80:23 137:21

366:2,10 373:9
373:11
**understand** 11:5
11:13,16 15:8
31:16 33:13,15
37:7,16,19
40:19 50:20
52:14 54:12
60:18 63:2,4
67:2,5 85:7,9
96:17 108:15
110:8 123:10
136:24 138:7
138:12,15
143:16 163:10
165:2,15
177:23 179:9
180:10 182:7
185:13,14
188:10,15
198:22 201:3
206:8 246:10
248:13 249:6
259:21 263:18
263:19 272:3,5
272:6,15
298:20 303:8
312:9,11
354:15 359:6
364:6,8 368:9
379:23 404:13
407:5,8,19
**understanding**
155:4 195:23
380:4
**understands**
123:11
**understood**
11:22 166:5
198:4 404:18
**unfair** 44:13,18
210:6 435:19
**unfinished**
78:20
**unfortunate**
346:9
**Union** 3:21

**unique** 236:8
**United** 1:1 9:18
30:12 51:6
280:23
**university** 45:21
46:10,18 50:16
79:1 92:16,17
103:10 269:6
337:24
**unreliable** 230:3
**unremarkable**
181:18 189:7
195:19
**unresponsive**
32:22 49:2
51:21 169:11
194:23 218:3
258:18 286:10
288:3 300:14
406:5 426:14
**unusual** 20:18
217:12 372:10
**up-to-date**
345:15
**update** 350:20
**upper** 242:3
243:13,15,19
**Urban** 7:8 375:9
375:18 376:7
376:22 377:22
**USA** 91:22
**use** 7:23 11:18
27:6 28:12
29:6 33:1 71:3
75:16 79:5,9
90:17 98:23
115:23 135:20
135:21 139:16
139:18 166:21
167:2 183:9
188:16 190:5
202:8 220:5
229:20 233:13
243:22 250:23
265:9 270:5
271:12 336:19
337:19 338:18

341:12,15
342:19 346:12
346:24 348:24
353:18,23
359:20 363:4
377:19 379:24
383:21 388:11
388:13,16
391:20,21
**useful** 47:12
75:14 148:19
376:15
**uses** 392:6
**usually** 32:14
165:17 174:13
178:11 182:15
188:16 356:21
372:10
**uterus** 438:24
**utilize** 344:17
**utilized** 76:23
103:5 228:24
231:6 342:10
**utilizing** 56:17
219:10 277:18
344:24 346:1
380:1 387:15

**V**

**vagina** 438:24
**vaginal** 242:14
243:7
**vague** 66:22,23
67:4 89:20
284:6 291:23
294:3 388:6,8
**valid** 256:10,23
**validated** 313:5
**validity** 228:3
**values** 387:11
**variety** 419:2
**various** 68:3
248:15,16
342:20
**Venable** 1:14
9:12
**verbiage** 282:17

312:20
**version** 18:4
77:21 78:10
80:17 96:23
98:1,12 385:19
**vessel** 134:2
**vessels** 31:3
**viable** 350:7
**video** 9:8,10
**videographer**
9:1,4 71:7,11
151:21 152:10
152:14 212:3
212:11 235:2,6
303:19,24
304:4 333:2,7
392:22 393:2
443:18
**VIDEOTAPE**
4:9
**videotaped** 1:13
122:13 443:21
**view** 69:17
71:20 132:6
271:15 285:18
**viewpoint** 58:5
255:17
**viewpoints**
56:18 57:2,4
57:12 58:4,15
**Virginia** 2:8
338:3
**virus** 242:13,20
242:22 243:6
**vitae** 5:17 13:17
18:4 19:11
**vitro** 394:14
395:6,7,11,14
396:1,13 397:8
397:16,19
399:22
**vividly** 340:8
**vivo** 393:10
394:17 396:4
397:16,22
399:24
**vulva** 438:24

Ie-Ming Shih, M.D., Ph.D.

**vulvar** 242:15 243:7,8

**W**

**W** 3:17
**W-U** 337:23
**W81XWH-11...** 92:2 219:6
**Wacker** 3:18
**wait** 16:13 25:23 140:19 171:5 175:9 303:9,9 303:10 335:5 434:23,23,23
**want** 10:22 17:19 19:5 20:7,9 21:8 22:13,24 40:5 44:2 57:6 61:23 85:12 87:24 97:2 102:3 103:17 108:21 109:15 110:16 117:4 118:3,12,23 126:20 130:2 130:10 134:20 144:12,14 145:18 148:1 152:2 153:4 168:9 174:2 175:12,15 184:15,16 202:5,5 203:12 206:7 211:24 218:6 223:19 230:5,7,18 243:22 251:4 254:7 274:21 282:8 286:22 289:8 299:20 306:2 316:9 317:2,6 318:2 322:2 326:16 332:7,8 333:17 335:12 349:7 351:24 355:2

358:15,20,22 359:7 363:11 369:11 375:17 383:3 389:3 390:24 391:2 397:2 407:20 407:21,24 418:4 426:4 433:15 434:10
**wanted** 84:4 104:8 337:1 366:21
**wants** 70:9 96:12 131:10 301:1
**warrant** 107:24
**wart** 281:7
**Washington** 3:4 4:4
**wasn't** 40:7 52:4 415:8,16
**watch** 358:15
**water** 10:23 151:16 248:20 249:9,10,12,16 249:21
**way** 15:10 28:21 51:10 59:20 63:11 110:13 127:5 135:23 137:11 139:19 145:9 146:2 167:7 173:1 177:5 195:24 196:1,2,4 198:15 220:5 234:23 239:23 240:11 248:6 282:19 287:17 375:2 380:17 385:10 386:24 388:17 407:18
**Wayne** 337:24
**ways** 40:6 118:9 286:21 330:13 407:12
**we'll** 115:12

176:15 194:19 211:22 238:19 295:8 318:20 383:11
**we're** 13:16 36:22,23 60:1 94:11 133:11 143:7,20 152:11 175:11 192:24 212:4 212:12 218:9 222:21 231:20 235:3,7 277:4 316:8 345:21 349:7 355:22 360:11 362:3 363:16 378:12 392:23 407:14 425:13 441:14 443:13
**we've** 12:2 19:11 21:16 26:23 40:3 71:1 98:12 100:10 104:4 108:19 180:17 204:10 282:5 361:18 365:9 370:20 389:22 391:18 434:3 436:3
**weaknesses** 72:1
**website** 269:2,18 269:20 270:11 271:7 273:18 273:23
**week** 245:20 347:12 348:2 349:15
**weeks** 221:24
**Weinberg** 305:17 306:6 308:16 314:2 314:20 315:5 316:20 318:8 333:15 339:3,9
**Weinberg's** 329:21 332:20

340:9
**welcome** 71:15 152:18 187:12 212:18 304:8 372:5 399:1
**went** 19:17 22:3 207:13 412:2,2
**whatsoever** 25:19
**WHI** 376:9 377:7
**white** 31:4 184:8 185:4
**whole-exome** 137:3
**wide** 51:18 327:10
**widely** 154:9 156:7 157:21 313:14,15 314:8 322:10 325:19 329:23 332:2,22 348:9 349:14,23 362:13,20,24 362:24 363:6,7 364:3
**wish** 92:12
**withdraw** 284:13 348:23
**withdrawing** 225:6,8 355:1
**witness** 8:5 14:22 15:7 18:19 19:20 20:4 21:13 27:3 29:12 34:13 35:1,14 36:4,11,14 37:18 41:22 46:3,13 52:5 53:16 54:11,23 55:5 57:21 59:22 60:16 62:7 63:22 65:5 66:7,12 66:23 70:11,17

72:7 74:6 75:5 80:9 85:3 90:24 94:8 98:7 99:14 100:14 101:12 103:21 105:12 108:6 113:6 117:23 120:1 120:19 121:2 121:11 128:23 129:23 131:3 131:12 133:7 134:18 135:11 140:11 144:20 147:6 148:10 150:24 151:19 156:22 158:14 161:23 164:17 169:4,20 170:24 171:7 171:14 172:9 179:17,24 180:7 183:6,16 186:23 197:6 198:21 200:13 200:24 203:9 205:12 206:17 207:9 208:1 210:7 211:8 212:2 213:24 216:3 222:4 223:1,15 224:19 226:15 227:5 228:19 229:2 230:19 230:23 231:12 232:19 233:2 233:20,23 234:22 236:24 240:9,17 241:6 241:12 244:2 244:15 246:3 247:20 249:3,8 250:2,12,16 251:17 252:5 253:10,13 254:10 256:15

Ie-Ming Shih, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| 257:3,10,21 | 389:1 390:3 | 99:1 128:3,6 | 84:2 91:18 | 430:5 439:4 |
| 258:7 259:15 | 392:7,21 | 133:14 135:21 | 105:20 109:8 | 440:12 |
| 260:8 261:6 | 396:17 398:11 | 135:22 136:1 | 109:12,14 | **Wu** 154:11 |
| 263:3,12,24 | 399:2 400:7,15 | 138:19 185:14 | 110:16,18 | 155:17,20,23 |
| 264:19 265:11 | 400:22 401:7 | 188:1,5 231:19 | 128:14 131:21 | 337:23 |
| 266:7,12,17 | 401:22 402:4 | 271:12 280:18 | 139:24 215:5 | |
| 270:24 271:23 | 402:24 403:13 | 344:9 356:5 | 224:5,18 225:3 | **X** |
| 272:4 274:1,11 | 403:16,18 | 440:18 | 225:10 228:1 | **X** 5:2,10 6:2 7:2 |
| 278:14 279:21 | 404:1,4,16 | **word-searched** | 252:18 255:5 | 28:3 112:21 |
| 282:24 283:20 | 405:2,19 | 343:21 | 275:5,10 | 114:7,10 |
| 284:23 285:18 | 406:19 407:16 | **wording** 406:14 | 283:14 301:10 | 149:23 |
| 287:2,24 | 409:6,11,24 | **words** 86:16 | 313:9 374:19 | |
| 288:11 289:4,9 | 410:8 414:16 | 200:23 233:14 | 378:23 380:8 | **Y** |
| 290:9 291:7 | 415:11,18 | 254:9 281:2,5 | 386:3 387:8 | **yeah** 62:8 77:12 |
| 292:2,11 | 416:7 417:20 | 281:8,8,9,11 | 397:11 413:10 | 80:9 86:20 |
| 293:10,20 | 420:22 423:14 | 281:13,14 | 429:10 | 91:8 102:14 |
| 294:4,22 | 424:8,20 425:7 | 377:19 393:14 | **writes** 131:21 | 103:21 106:4 |
| 295:21 296:7 | 425:16 426:20 | **work** 15:4 39:2 | **writing** 49:23 | 107:7,15 |
| 296:13 297:20 | 427:3,14,20 | 45:18 53:6 | 50:9 51:24 | 121:11 146:12 |
| 298:11 299:2 | 428:3 432:12 | 102:19 152:6 | 72:19 80:12 | 148:23 171:10 |
| 299:18 300:19 | 435:13,20 | 205:19 219:18 | 126:8,13 215:1 | 176:24 178:21 |
| 301:4 302:7,19 | 436:5 437:11 | 274:5 280:6 | 227:6 | 190:3 202:18 |
| 302:22 303:15 | 439:19 440:20 | 349:7 371:11 | **written** 23:19 | 230:19 233:23 |
| 303:16 305:13 | 440:24 442:10 | 371:16 | 24:10 68:24 | 245:2 254:21 |
| 309:18 311:7 | 445:5,6,8 | **worked** 38:23 | 98:18 102:19 | 259:16 266:7 |
| 314:14 315:14 | 446:1 | 154:24 | 104:23 129:6 | 272:5 278:14 |
| 318:10 319:16 | **witness's** 63:20 | **working** 40:7 | 132:10 135:23 | 300:19 301:18 |
| 320:18 321:6 | 329:8 | 218:18 221:9 | 137:11 145:8 | 309:12 323:12 |
| 323:12 324:2 | **woman** 35:11 | 222:22 | 146:23 160:7 | 341:7 366:14 |
| 325:9 326:9 | 36:2 93:1 | **works** 58:20 | 162:14 273:16 | 366:19 375:13 |
| 328:3,23 | 184:15,16 | **world** 51:18 | 277:6 282:18 | 383:17 408:13 |
| 329:16 330:21 | 357:1 441:7 | 111:9 327:11 | 287:16 290:21 | 408:13,22 |
| 332:4,15,24 | **women** 7:6 | **world's** 111:6 | 338:17 341:8 | 416:19 427:20 |
| 341:20 344:4 | 35:20 37:15 | **wouldn't** 150:5 | 342:14 375:1 | 437:18 440:13 |
| 345:2 346:8 | 51:17 69:3 | 150:19 197:13 | 380:16 381:16 | **year** 65:23 68:18 |
| 347:20 348:4 | 111:4,16 116:6 | 199:6 200:4 | 423:11 433:17 | 130:11 205:13 |
| 348:13 349:2 | 116:17 117:13 | 350:9,10 | **wrong** 196:17 | 220:11 224:3 |
| 349:22 350:16 | 117:15 149:14 | 424:16 | 265:6 267:3 | 369:3 |
| 351:13 354:13 | 151:8 190:17 | **wounds** 313:11 | 294:7 349:3 | **Year's** 205:4,10 |
| 355:4 356:10 | 191:10 206:9 | 314:5 | 391:9 398:1 | **years** 30:8 55:22 |
| 361:23 362:23 | 280:23 373:19 | **Wow** 433:3 | **wrote** 63:3 | 55:23,23 94:22 |
| 364:9 367:19 | 376:16 377:24 | **wrap** 100:15 | 73:11 76:19 | 95:21 112:13 |
| 368:4,13 | 417:14 | **write** 19:24 | 83:20 109:7 | 221:9 245:13 |
| 369:20 379:16 | **Women's** 376:8 | 29:15,20 30:17 | 274:2 360:10 | 245:16 248:12 |
| 379:18 381:12 | **wonderful** 381:3 | 37:23 61:9 | 386:3 387:23 | 250:5 306:3 |
| 382:10 383:13 | **word** 20:6 54:12 | 72:23 76:11,24 | 414:6 417:16 | 362:4,18 |
| 387:20 388:7 | 56:15 98:10 | 77:7 82:15,17 | 419:9 422:23 | 364:20 420:7 |

Ie-Ming Shih, M.D., Ph.D.

**Yep** 353:6
**yesterday**
  278:13 309:1
**York** 2:13 3:3
**YouTube** 123:2

**Z**

**zero** 114:18,20
  115:6 116:3
  350:3,5

**0**

**00** 385:13
**02210** 2:18
**07932** 3:8

**1**

**1** 12:20 13:16
  20:21,23 22:24
  24:7 29:23
  30:3,5 87:13
  87:20 89:6
  90:1 153:22
  159:22 168:16
  169:14 178:18
  179:21 229:17
  236:13 280:12
  280:24 281:16
  303:5 306:21
  374:15 448:6
**1.1** 72:13
**1.3** 185:21 186:1
  186:6
**1.5** 72:12
**1:01** 212:4
**1:2,500** 373:19
**1:35** 212:12
**1:56** 235:3
**10** 5:6 8:15
  114:18 153:17
  177:11,14,16
  177:17
**10:09** 71:8
**10:24** 71:12
**100** 115:17
  190:7,12 194:6
  194:7,12,13

325:12
**10146** 173:21
**10149** 177:12,15
  179:2
**10150** 176:23
**102** 7:14
**11** 26:2,3 61:4,6
  68:8,10,13,20
  81:1,6 85:4
  127:15 128:16
  129:5,20
  130:18 362:18
**11:43** 151:22,23
**11:44** 152:11
**11747** 2:13
**12** 375:23
**12:03** 152:15
**123** 20:1
**125** 7:16 353:9
  362:18 370:8
**12th** 14:15
**13** 5:14 127:19
  127:21 128:20
  129:11,12
  130:7 131:3
**130** 2:3
**1348** 142:2
**135** 277:2
**136** 7:19
**139** 345:24
  350:1
**14** 25:24 173:20
**14,400** 14:19
**1410** 2:17
**1440** 3:3
**15** 16:6 25:21
  26:2,13 99:19
  99:21 305:16
  328:22 345:22
**16** 99:8,14,16,18
  355:9 380:19
  381:1
**16-2738** 1:6
**17** 5:15,17
  385:12,20
**18** 5:18 14:18
  165:10,12

**19** 14:14 16:1
  205:7 306:3
  362:15,16,17
  363:8,9
**19103** 3:13
**1939** 434:19
**1944** 434:19
**1947** 434:19
**1950** 432:23
  433:7,17
  435:20
**1950s** 431:23
  438:3
**1953** 205:7
**1960s** 431:24
  438:3
**1965** 57:1
  255:23
**19th** 14:16 15:19
**1st** 81:1,6,9
  205:3,4,6,7,9
  205:16 219:7
  345:21,24
  351:11

**2**

**2** 13:22 17:12
  22:24 23:20
  61:4,6 77:10
  84:16,18 112:4
  132:2 148:16
  159:7 161:1,3
  161:8 177:22
  178:19 189:3
  194:19 195:13
  229:11 280:13
  297:12 306:20
  421:14,19
**2/25/19** 5:16
**2:09** 235:7
**20** 30:8 55:23
  72:9 112:13
  293:3 361:18
  380:20 448:20
**200** 115:17
**2000** 3:13 69:6
  305:19 306:3

308:8 311:22
**20001** 180:18
  181:21
**20004** 4:4
**20005** 3:4
**2001** 181:14
  221:13
**2004** 199:3
**2008** 362:18
  378:13 391:20
**2010** 69:6
  154:11 155:12
  281:23
**2011** 154:10,16
  219:7,8 220:9
  221:14 308:16
  413:5,24 414:5
  414:17 417:15
  424:23
**2012** 46:21
**2013** 334:11,13
  345:8,8,23
**2014** 46:22 69:5
  95:22 218:15
  276:19,24
  277:11 290:24
**2015** 42:1,5,9
  43:1 45:1
  378:10
**2016** 43:1 45:1
  69:7 132:18
  154:10 155:6
  376:2
**2017** 127:24
  429:10
**2018** 14:16
  38:16 39:21,23
  40:12 41:1
  45:8,11,17
  154:11 155:17
  220:10,18
  221:15 345:21
  345:24 351:11
  365:16 369:3
  375:4 378:13
  385:11,12,20
**2019** 1:10 9:7

14:14,16 15:20
  16:1 18:5 81:1
  81:2,6 205:4,9
  205:17 209:12
  337:9 385:12
  385:13 387:7
  388:14 391:21
  443:19 445:15
**202** 3:4 4:4
**207-0602** 2:18
**21** 380:20
**213** 7:21
**215** 3:14
**22** 380:20
**22311** 2:8
**224-1133** 2:13
**23** 377:23
  380:20
**233** 3:18
**24** 123:18
  384:15 385:11
**25** 132:2 133:3
  146:16,20
  159:6,10
**254** 378:16
**26** 1:10 9:6
  159:5 443:19
**268** 5:21
**27** 102:4 445:15
**2738** 9:18
**275** 6:6
**28** 224:15
  225:24 226:1,5
**29** 125:18
  159:12,13,16
**297** 277:2

**3**

**3** 18:3 19:12
  22:24 127:3
  236:2 262:11
  272:18,20,22
  273:2,5 274:22
  275:2 311:14
  311:16 312:18
  356:2
**3:11** 304:1

**3:21** 304:5
**3:50** 333:4
**3:56** 333:8
**30** 55:23 72:9
    432:23 446:16
**30,000** 304:17
    304:20 310:16
    310:17,24
    311:1 317:16
**30,119** 306:11
**300** 190:7 194:7
    306:15
**303** 2:4
**305** 2:12 6:11
**308** 6:13
**31** 132:4,16,17
    136:14 146:14
    220:18
**312** 3:19
**31st** 220:10
    221:15
**32,000** 264:5
    304:21 308:5
    314:3 325:18
    329:22
**32,800** 304:18
**33,000** 305:9
**333** 8:15
**34** 219:3
**34,292** 309:2
**361** 6:15
**365** 6:17
**370** 6:20
**371-7850** 3:4
**378** 7:6
**384** 7:9

—————
**4**
—————
**4** 13:13 18:10
    21:17 22:24
    46:7 68:21
    77:14 106:2
    107:5,6 109:4
    116:22 131:24
    143:11 159:3
    204:20,21
    206:3 262:7,7

**4:56** 392:23
**40** 167:11,22
    168:1
**400** 2:12
**411** 6:8
**432** 7:12
**449** 448:6
**463-2400** 4:4
**48** 111:4,16
    115:7
**4900** 2:8

—————
**5**
—————
**5** 22:24 252:14
    252:15,17
    253:4,8,9
    262:6,7,7
    333:20 336:16
    341:14 351:22
    352:8,14,24
    360:12 390:17
    393:8,17,18
    422:13
**5:14** 393:3
**50** 131:24 133:2
    134:5 190:9,11
**53** 20:21,23
**549-7000** 3:9
**59** 21:22 22:24
    30:2 33:4
    84:19 88:11
    95:3 111:4
    112:16 147:12
    147:20 148:3
    199:3

—————
**6**
—————
**6** 24:11 262:7
    335:18 343:17
    393:9,19
**6:00** 443:19
    444:1
**60** 194:12
**60,000** 309:4,14
    309:14 310:2,3
    310:3 311:4,6
    311:8 316:3

**600** 3:8
**60606** 3:19
**61** 127:15 129:5
    129:20 130:18
**617** 2:18
**624-6307** 3:19
**631** 2:13
**650** 2:8
**6537** 104:18
**6545** 107:13
**6546** 102:13
**658** 311:11,14
**6950** 3:18

—————
**7**
—————
**7** 24:11 194:20
    195:2,4 262:8
    352:9,14
**703** 2:9
**74,786** 376:8
**75** 373:21
**750** 1:14 9:12
**755** 126:24
    127:4
**756** 131:18,20
    135:19 146:14
**7th** 306:3

—————
**8**
—————
**8** 18:5 24:18
    131:24 132:2
    236:1,14
    253:17 254:6
    254:10 262:3,8
    262:11 269:1
    386:14,15
    416:11,17
**80** 194:12
**800** 14:18
**8001** 87:21
**80220** 2:4
**839-8000** 2:4
**877.370.3377**
    1:20

—————
**9**
—————
**9** 26:3,9,10,11

26:13 177:11
    177:16,17
    213:15 247:23
    251:15 253:4
    253:20,22
    254:2,12 262:4
    262:8 281:17
    428:11,14
    441:15,16,21
**9:06** 1:15 9:9
**90** 16:5
**900** 9:13
**906** 374:12
**917.591.5672**
    1:20
**931-5500** 2:9
**95** 115:23
**973** 3:9
**975** 4:3
**988-2706** 3:14
**99** 195:18,18
**99.7** 373:22

# Exhibit C

Jeffrey A. Boyd, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


IN RE: JOHNSON &          )
JOHNSON TALCUM POWDER  )
PRODUCTS MARKETING      )
SALES PRACTICES AND     )   MDL 16-2738
PRODUCT LIABILITY        )   (FLW)(LHG)
LITIGATION                   )
_____     )
THIS DOCUMENT            )
PERTAINS TO ALL CASES  )


MONDAY, APRIL 8, 2019

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -


        Videotaped deposition of Jeffrey A.

Boyd, Ph.D., held at the offices of Shook,

Hardy & Bacon LLP, 201 South Biscayne

Boulevard, Suite 3200, Miami, Florida,

commencing at 9:03 a.m., on the above date,

before Carrie A. Campbell, Registered

Diplomate Reporter and Certified Realtime

Reporter.



- - -


GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Jeffrey A. Boyd, Ph.D.

## Page 2

1    A P P E A R A N C E S :
2
RESTAINO LAW LLC
3    BY: JOHN M. RESTAINO, JR., DPM, JD, MPH
     JRestaino@RestainoLLC.com
4    130 Forest Street
     Denver, Colorado 80220
5    (303) 839-8000
6
BEASLEY, ALLEN, CROW, METHVIN,
7    PORTIS & MILES, P.C.
     BY: MARGARET M. THOMPSON, MD, JD, MPAFF
8    Margaret.Thompson@BeasleyAllen.com
     JENNIFER K. EMMEL
9    Jennifer.Emmel@BeasleyAllen.com
     218 Commerce Street
10   Montgomery, Alabama 36104
     (334) 269-2343
11
12   NAPOLI SHKOLNIK PLLC
     BY: ALASTAIR J.M. FINDEIS
13   afindeis@napolilaw.com
     400 Broadhallow Road, Suite 305
14   Melville, New York 11747
     (631) 224-1133
15
16   THE WHITEHEAD LAW FIRM
     BY: C. MARK WHITEHEAD III, MD, JD
17   cmw@whiteheadfirm.com
     2020 North Bayshore Drive, Suite 3706
18   Miami, Florida 33137
     (305) 962-0992
19   Counsel for Plaintiffs
20
21   DRINKER BIDDLE & REATH LLP
     BY: SUSAN M. SHARKO
22   Susan.Sharko@dbr.com
     600 Campus Drive
23   Florham Park, New Jersey 07932-1047
     (973) 549-7000
24
25   and

## Page 3

1    SKADDEN ARPS SLATE MEAGHER & FLOM LLP
     BY: JESSICA D. MILLER
2    jessica.miller@skadden.com
     1440 New York Avenue N.W.
3    Washington, DC 20005
     (202) 371-7000
4    Counsel for Defendant Johnson &
     Johnson
5
6
SEYFARTH SHAW LLP
7    BY: REBECCA WOODS
     rwoods@seyfarth.com
8    975 F Street, N.W.
     Washington, DC 20004
9    (202) 463-2400
     Counsel for Defendant Personal Care
10   Products Council
11
12   TUCKER ELLIS, LLP
     BY: MICHAEL ANDERTON
13   michael.anderton@tuckerellis.com
     950 Main Avenue, Suite 1100
14   Cleveland, Ohio 44113
     (216) 592-5000
15   Counsel for PTI Union, LLC and PTI
     Royston, LLC
16
17
V I D E O G R A P H E R :
18   DEVYN MULHOLLAND,
     Golkow Litigation Services
19
           – – –
20
21
22
23
24
25

## Page 4

1                  INDEX
2                            PAGE
3    APPEARANCES.................................. 2
4    EXAMINATIONS
5      BY MR. RESTAINO............................ 8
6      BY MS. MILLER.............................. 351
7      BY MR. RESTAINO............................ 352
8
9              EXHIBITS
10   No.  Description        Page
11   Boyd 1   Notice of Oral and Videotaped    11
             Deposition of Jeff Boyd, PhD,
12           and Duces Tecum
13   Boyd 2   Defendants' Response to          11
             Plaintiffs' Document Requests
14           Contained in Notice of Oral and
             Videotaped Deposition of Jeff
15           Boyd, PhD, and Duces Tecum
16   Boyd 3   Testifying History for Jeff      13
             Boyd, Ph.D.
17
18   Boyd 4   Curriculum Vitae of Jeff Boyd,   20
             Ph.D.
19   Boyd 5   Expert Report of Jeff Boyd,      36
             PhD, for General Causation
20           Daubert Hearing
21   Boyd 6   "Hormonal Carcinogenics and      119
             Environmental Influences:
22           Background and Overview," Huff,
             et al.
23
24   Boyd 7   "Genes, environment, and "bad    156
             luck," explaining risk in a
25           statistical sense," Nowak, et
             al.

## Page 5

1    Boyd 8   "Substantial Contribution of     162
             Extrinsic Risk Factors to
2            Cancer Development," Wu, et al.
3
     Boyd 9   Correspondence with Dr. Boyd     169
4            from Dr. Emmel
5    Boyd 10  "Serum C-Reactive Protein as     175
             Independent Prognostic Variable
6            in Patients with Ovarian
             Cancer," Hefler, et al.
7
8    Boyd 11  "Inflammation and cancer: Back   180
             to Virchow," Balkwill
9    Boyd 12  "Possible Role of Ovarian        186
             Epithelial Inflammation in
10           Ovarian Cancer," Ness, et al.
11   Boyd 13  "Pre-diagnostic serum levels of  214
             inflammation markers and risk
12           of ovarian cancer in the
             Prostate, Lung, Colorectal and
13           Ovarian Cancer (PLCO) Screening
             Trial," Trabert, et al.
14
     Boyd 14  "The Hallmarks of Cancer,"       217
15           Hanahan
     Boyd 16  "Say No to DMSO:                 234
16           Dimethylsulfoxide Inactivates
             Cisplatin, Carboplatin and
17           Other Platinum Complexes,"
             Hall, et al.
18
19   Boyd 17  "Correlative polarizing light    256
             and scanning electron
20           microscopy for the assessment
             of talc in pelvic region lymph
21           nodes," McDonald, et al.
22   Boyd 18  "Molecular Basis Supporting the  269
             Association with Talcum Powder
23           Use with Increased Risk of
             Ovarian Cancer," Fletcher, et
24           al.
25

2 (Pages 2 to 5)

Jeffrey A. Boyd, Ph.D.

Page 6

1     Boyd 19  GYN-18-1020:  Final Decision   274
         Letter to Dr. Saed
2
     Boyd 20  Mg3Si2O5(OH)4          283
3
     Boyd 21  "Identifying postmenopausal   299
4         women at elevated risk for
         epithelial ovarian cancer,"
5         Urban, et al.
6     Boyd 22  "Role of CA125 in predicting   303
         ovarian cancer survival -a
7         review of the epidemiological
         literature," Gupta, et al.
8
     Boyd 23  "Tumor-associated      307
9         autoantibodies as early
         detection markers for ovarian
10       cancer? A prospective
         evaluation," Kaaks, et al.
11
     Boyd 24  "Ovarian cancer screening and   310
12       mortality in the UK
         Collaborative Trial of Ovarian
13       Cancer Screening (UKCTOCS): A
         randomised controlled trial,"
14       Jacobs, et al.
15     Boyd 25  "Early Detection of Ovarian   314
         Cancer," Elias, et al.
16
     Boyd 26  "The MPO-463 G> A polymorphism   326
17       and cancer risk:  A
         meta-analysis based on 43
18       case-control studies," Chu, et
         al.
19
     Boyd 27  "Opportunities and challenges   344
20       in ovarian cancer research, a
         perspective from the 11th
21       Ovarian cancer action-HHMT
         Forum, Lake Como, March 2007,"
22       Gynecologic Oncology
23
24
25

Page 7

```
 1          VIDEOGRAPHER:  We are on the
 2   record.  My name is Devyn Mulholland.
 3   I'm a videographer with Golkow
 4   Litigation Services.
 5          Today's date is April 8, 2019.
 6   The time is 9:03 a.m.
 7          This video deposition is being
 8   held in Miami, Florida, in the matter
 9   of talcum powder litigation.
10          The deponent is Jeff Boyd,
11   Ph.D.
12          Counsel will be noted on the
13   stenographic record.
14          The court reporter is Carrie
15   Campbell, who will now swear in the
16   witness.
17
18          JEFFREY A. BOYD, Ph.D.,
19   of lawful age, having been first duly sworn
20   to tell the truth, the whole truth and
21   nothing but the truth, deposes and says on
22   behalf of the Plaintiffs, as follows:
23
24
25
```

Page 8

```
 1          DIRECT EXAMINATION
 2   QUESTIONS BY MR. RESTAINO:
 3      Q.    Good morning, Dr. Boyd.
 4      A.    Good morning.
 5      Q.    Before the deposition started,
 6   I introduced myself, but for the record, my
 7   name is John Restaino.  And stating the
 8   obvious, I'm representing the plaintiffs in
 9   this litigation.
10          It's my understanding that
11   you've had your deposition taken at least
12   twice before; is that correct?
13      A.    Yes.
14      Q.    So you're vaguely aware of the
15   rules that we'll be operating under today; is
16   that correct?
17      A.    Yes.
18      Q.    Okay.  In essence, this is not
19   a memory test, so if you need to refer to a
20   document, it's open book.
21          It's not a physical test, so
22   we'll try to take a take break about every
23   hour, hour and 15 minutes or so.  However, in
24   between breaks, if you need to take a break
25   for whatever reason, assuming there isn't a
```

Page 9

```
 1   question pending, just let us know and we'll
 2   accommodate that.
 3      A.    Thank you.
 4      Q.    Understand?
 5          There are times when, based
 6   upon my question -- this is extremely rare --
 7   but Jessica may object to my questions,
 8   because usually my questions are perfect.
 9   That's -- unless counsel instructs you not to
10   answer, it's the lawyers, in essence,
11   protecting the record for each perspective.
12          I don't get to say "objective,"
13   {sic} but if I ask you a particular question
14   and then I don't think you answered my
15   question, I may say "move to strike as
16   unresponsive."  I'm not being rude.  Once
17   again, we're making the record.
18          Do you understand?
19      A.    Yes.
20      Q.    Okay.  And with that, so far
21   we're off to a good start.  There's the
22   lovely lady to your right, my left, and she's
23   going to try to take down everything that we
24   each say.
25          If two individuals are talking
```

3 (Pages 6 to 9)

Jeffrey A. Boyd, Ph.D.

Page 10

1    at a bar, having a drink, it's very common to
2    step on each other's lines.  Not being rude,
3    just normal discourse, but it'll make her
4    life a little tougher.  So if you try to
5    listen for the question mark at the end of my
6    questions, and I'll try to listen to the
7    period.  And if I step on your answer, it's
8    not intentional and I'll apologize, but let's
9    try to keep it clean for her.
10            Make sense?
11       A.   Fair enough.
12       Q.   If I ask you a question and you
13   answer it, we will assume you understood the
14   question.  So therefore, if you don't
15   understand the question, please let me know,
16   and I'll try to rephrase it in a more
17   understandable manner.
18            Understood?
19       A.   Yes.
20       Q.   And no one in the room wants
21   you to guess today, though there may be times
22   when an estimate is in order.  And I'm not
23   going to insult your intelligence as to the
24   difference between a guess and an estimate.
25   I'm sure you know that.

Page 11

1            So in essence, no guessing
2    today.  Just if you're not sure, just let us
3    know or give us your best estimate.
4            Do you understand that?
5        A.   Yes.
6        Q.   Before the deposition started,
7    I premarked a couple of exhibits to save a
8    little bit of time.  And the first one is the
9    notice of your deposition.  And I'm going to
10   hand you this now.
11           (Boyd Exhibits 1 and 2 marked
12       for identification.)
13   QUESTIONS BY MR. RESTAINO:
14       Q.   And, Dr. Boyd, have you seen
15   this before?
16       A.   I don't remember seeing it, no.
17       Q.   Okay.  In response to it, and
18   it might be a little easier to go along, the
19   attorneys for Johnson & Johnson has filed a
20   response to that.  And glance through it.
21   Not only are there responses, but if you see
22   on the third to last page there's
23   supplemental materials considered on this
24   form here.  I'm going to hand them -- sorry.
25           MS. MILLER:  Yeah, I was going

Page 12

1    to say, he doesn't have those
2    responses.
3            MR. RESTAINO:  Yeah.
4    QUESTIONS BY MR. RESTAINO:
5        Q.   And if you notice again, on the
6    third to last page there's some other
7    documents that are attached to this which
8    I've marked -- this is the Johnson & Johnson
9    response to the notice, production-marked as
10   number 2, and there's a supplemental
11   materials considered, and there's the
12   that a correspondence from you to a Jessica
13   Miller, and then on the last page an invoice
14   with a redaction in the center.
15           Do you see that, sir?
16       A.   Yes.
17       Q.   And have you seen this before?
18       A.   Yes.
19       Q.   Okay.  When did you see this,
20   other than this morning?
21       A.   Well, if we go back to the
22   third from last page, we -- I looked at this
23   briefly yesterday afternoon.
24       Q.   Okay.
25       A.   And, of course, the invoice and

Page 13

1    the accompanying documentation underlying the
2    invoice, I obviously saw it on or about
3    February 25th.
4        Q.   Okay.  And you said that if we
5    go back to the third from last page, "I
6    looked at this briefly yesterday afternoon."
7    And this is a supplemental materials
8    considered, correct?  On the third to last
9    page?
10       A.   Yes, you've read it correctly.
11       Q.   Did you type this up?
12       A.   No.
13       Q.   Do you know who typed it up?
14       A.   No.
15       Q.   Have you, in fact, reviewed the
16   documents that are listed on this page?
17       A.   At least in very cursory
18   fashion, yes.
19       Q.   Each and every one of them?
20       A.   Yes.
21           (Boyd Exhibit 3 marked for
22       identification.)
23   QUESTIONS BY MR. RESTAINO:
24       Q.   I'm also going to mark -- or I
25   have marked as number 3 the testifying

4 (Pages 10 to 13)

Jeffrey A. Boyd, Ph.D.

Page 14

1  history for Jeff Boyd, Ph.D.
2       Have you seen this before?
3  A.   Yes.
4  Q.   And is that accurate?
5       MS. MILLER:  So I would like to
6  just say something because obviously
7  my paralegal typed this up, and she
8  should have put within the last -- she
9  should have specified within how many
10 years.  I mean, this was done pursuant
11 to the Federal Rules.
12      I just didn't want it to
13 suggest that it's the full testifying
14 history.
15      MR. RESTAINO:  Let the record
16 denote that, and I assumed that.
17      MS. MILLER:  Okay.
18      MR. RESTAINO:  Thank you,
19 Jessica.
20 QUESTIONS BY MR. RESTAINO:
21 Q.   Is that accurate for your
22 deposition in the last four years?
23 A.   My testifying history?
24 Q.   Yes.
25 A.   Yes.

Page 15

1  Q.   The first one, University of
2  Miami versus Agency for Health Care
3  Administration and Baptist Hospital of Miami,
4  Inc., what were the underlying facts of that
5  case, if you recall?
6  A.   The Miami Cancer Institute and
7  Baptist Hospital of Miami, Inc., were filing
8  a certificate of need for a bone marrow
9  transplant unit at the Miami Cancer Institute
10 through the Florida Department of Health or
11 the Agency for Health Care Administration.  I
12 think they're closely linked, to the best of
13 my knowledge.  And the state, the agency, the
14 Florida Agency for Health Care
15 Administration, the Florida Department of
16 Health, to the best of my knowledge, in a CON
17 case, granted or allowed the certificate of
18 need, thus allowing us to establish a bone
19 marrow transplant unit at the Miami Cancer
20 Institute.
21      And to the best of my
22 knowledge, the University of Miami,
23 specifically the Sylvester Cancer Center,
24 took issue with Miami Cancer Institute having
25 a bone marrow transplant unit because they

Page 16

1  had one as well and so sought to prevent the
2  development of the aforementioned bone marrow
3  transplant unit at the Miami Cancer Institute
4  with some type of -- some type of legal suit,
5  for lack of a better term.
6  Q.   Okay.
7  A.   Which landed us in what I
8  recall as an administrative-type litigation
9  as opposed to, for example, a criminal or --
10 Q.   Understood.
11 A.   -- some other type.
12      And we were deposed and
13 appeared before an administrative court judge
14 in Tallahassee.
15 Q.   When you're saying "we," were
16 you a witness, a party or an expert or
17 something else in that litigation?
18 A.   I would have to say this being
19 a very new kind of litigation to me, I would
20 have classified myself -- I seem tongue --
21 tongue-tied this morning, I'm sorry -- as a
22 witness.
23 Q.   Okay.  Essentially the same
24 thing for the second one, the -- again, I see
25 a State of Florida Division of Administrative

Page 17

1  hearings, so similar type of hearing?
2  A.   It was basically a ditto.
3  Q.   Okay.
4  A.   We lost, "we" being Miami
5  Cancer Institute, Baptist Hospital, the first
6  case.
7       Lather, rinse, repeat.  We
8  filed another CON that was approved by the
9  State.  University of Miami sued.  Went back
10 to the administrative court with a different
11 judge, and he ruled in our favor.
12 Q.   And you had a similar --
13 A.   We now have a bone marrow
14 transplant unit at the Miami Cancer
15 Institute.
16      I'm sorry for interrupting you.
17 Q.   And I'm sorry for interrupting
18 you.
19      And essentially the same role
20 in the second proceeding, as a witness?
21 A.   Yes.
22 Q.   Okay.  Now, my understanding is
23 you're charging $600 an hour for the document
24 type of review in this litigation?
25 A.   Yes.

5 (Pages 14 to 17)

Jeffrey A. Boyd, Ph.D.

Page 18

1      Q.   And you're charging $1,200 per
2  hour for deposition and other testimony?
3      A.   Yes.
4      Q.   When is the last time, if ever,
5  you've been an expert witness in a
6  litigation?
7      A.   Other than for my employer?
8      Q.   Yes.
9      A.   And here we're going to get
10 into the realm of an estimate, I guess.  It
11 would have been the late '90s, early 2000s.
12     Q.   Okay.  Were you charging $1,200
13 an hour for deposition testimony then?
14     A.   My memory is that I was
15 charging 400, 800.
16     Q.   Okay.  When did you start
17 charging $1,200 an hour?
18     A.   Well, at the beginning of this
19 proceeding.
20     Q.   Okay.  Today we're going to be
21 here, and as you'll probably hear several
22 times, attorneys from both sides will be
23 asking the videographer how much time is on
24 the tape, because by the Federal Rules we get
25 seven hours of questioning.  So you will be

Page 19

1  charging Johnson & Johnson the $1,200 for
2  those seven hours?
3          MS. MILLER:  Objection.
4  QUESTIONS BY MR. RESTAINO:
5      Q.   $1,200 an hour for those seven
6  hours?
7          MS. MILLER:  Objection.
8          THE WITNESS:  Again, I'm sorry,
9      I don't do this a lot.  My
10     understanding is that I send an
11     invoice to Ms. Miller, and the one
12     time I've done it, I received a check
13     from Skadden.
14         I honestly don't know how money
15     changes hands in these circumstances,
16     but I will be submitting -- I'm sorry,
17     I will be submitting an invoice to
18     Ms. Miller.
19 QUESTIONS BY MR. RESTAINO:
20     Q.   Okay.  And the last page of
21 Exhibit 2, I believe, is the invoice between
22 December 18th and February 21st; is that
23 correct?
24     A.   It is an invoice for the period
25 between December 18th and February 21st,

Page 20

1  correct.
2      Q.   Another one of those estimate
3  questions.  Can you estimate for us the
4  number of hours you have now between February
5  21st and April 7th?
6          MS. MILLER:  Remember not to
7      guess.
8          THE WITNESS:  I think a
9      reasonable estimate would be somewhere
10     between 70 and 100 hours.
11 QUESTIONS BY MR. RESTAINO:
12     Q.   Okay.  And because that's for
13 document review, that would be at the
14 $600-an-hour rate?
15     A.   Yes.
16         (Boyd Exhibit 4 marked for
17     identification.)
18 QUESTIONS BY MR. RESTAINO:
19     Q.   Okay.  I've now marked as
20 Plaintiff 4 the version of your CV that we've
21 received.
22         To the best of your knowledge,
23 is that a current CV?
24     A.   As of February the 4th, 2019,
25 it would certainly have been an accurate,

Page 21

1  up-to-date CV.
2      Q.   And I will represent to you
3  that I have not added nor taken anything out
4  of your CV.
5      A.   Thank you.
6      Q.   And I'm sorry, Doctor, you said
7  that it was current as of February 4th.
8          As you sit here today, is there
9      anything that's been -- that needs to be
10 added or any publication that's coming out
11 that's specifically germane to talc,
12 inflammation, ovarian cancer, the reason why
13 we're here?
14         Anything new that will be
15     coming out?
16         MS. MILLER:  Objection.
17         THE WITNESS:  No.
18 QUESTIONS BY MR. RESTAINO:
19     Q.   Okay.  You understood that
20 question?
21         Because that wasn't a great
22 question.
23         MS. MILLER:  That's why I
24     objected.
25         MR. RESTAINO:  Yeah.  Let the

6 (Pages 18 to 21)

Jeffrey A. Boyd, Ph.D.

Page 22

1    record denote that's the first time.
2         MS. MILLER: Are you keeping a
3    count today?
4         THE WITNESS: I understood the
5    question.
6    QUESTIONS BY MR. RESTAINO:
7         Q.   Okay.
8         A.   And I stand behind my answer.
9         Q.   Now, prior to the deposition
10   started, there was a little bit of a
11   communication or discussion between yourself
12   and Dr. Jennifer Emmel sitting to my right.
13        Do you recall meeting with
14   Dr. Emmel before?
15        A.   No.
16        Q.   Do you have -- if you met with
17   an attorney in, say, March of 2017, would you
18   keep records of any notes that you took?
19        A.   Well, that's very hard to say
20   because I don't remember meeting with an
21   attorney in March of 2017.
22        Q.   Okay. Fair enough. If you
23   don't remember, you don't remember.
24        MS. MILLER: We seem to be
25        having this issue arise multiple

Page 23

1    times.
2    QUESTIONS BY MR. RESTAINO:
3         Q.   If we look at the -- your
4    response, so Exhibit 2, I believe, you see
5    that there's specific requests. And I'm not
6    going to spend a lot of time going through
7    it, but if you start off with Request
8    Number 3, your complete file or files.
9         Do you have a file in this
10   litigation, and if so, have you previously
11   produced it to your counsel?
12        MS. MILLER: Wait a minute.
13        We're not his counsel. We're J&J's
14        counsel. So...
15   QUESTIONS BY MR. RESTAINO:
16        Q.   Let me rephrase that by saying
17   have you previously produced it to counsel
18   for J&J, representing J&J here today?
19        A.   I'm sorry, but that was a very
20   long question, statement.
21        Q.   Yeah, let me just reask it.
22        A.   Can we just start over, please?
23        Q.   Of course.
24        A.   Perhaps parse the -- I'm sorry,
25   perhaps parse the questions?

Page 24

1         Q.   In the request to produce, if
2    you look at number 3, Request to Produce
3    Number 3 --
4         A.   Number 3 what?
5         Q.   On the request to produce,
6    which is on Exhibit Number 2. And so you
7    have to turn to --
8         A.   What is number 3 in Exhibit
9    Number 2, please?
10        MS. MILLER: Wait. So here you
11        go, Doctor. There's stickies at the
12        bottom of the page. That's Exhibit 2.
13        THE WITNESS: Yes.
14        MS. MILLER: And he wants you
15        to go to request -- this is just all
16        like legal garble. It's mumbo jumbo.
17        And he wants you to --
18        THE WITNESS: I'm just not sure
19        what number 3 means. I'm sorry.
20        MS. MILLER: Request Number 3.
21        THE WITNESS: Okay. So I'm on
22        the page.
23   QUESTIONS BY MR. RESTAINO:
24        Q.   Okay. And it asks for your
25   complete file or files related to the work

Page 25

1    done.
2         Have you previously produced to
3    counsel for Johnson & Johnson your file or
4    files in this regard?
5         A.   Again, could you repeat the
6    question, please?
7         Q.   Request Number 3 asks for a
8    copy of your complete file or files related
9    to work on -- concerning talcum powder
10   litigation, talcum powder products or talc in
11   general.
12        Have you produced any such
13   files?
14        A.   No.
15        Q.   Are there files that you have
16   back at your office?
17        A.   Pertaining to Request Number 3?
18        Q.   Yes.
19        A.   No.
20        Q.   Are there files anywhere else?
21        A.   No.
22        Q.   The reason I'm confused is
23   because I asked you if you've produced a copy
24   of your complete file or files to counsel for
25   Johnson & Johnson, and your answer was no.

7 (Pages 22 to 25)

Jeffrey A. Boyd, Ph.D.

Page 26

1    A.   Let's back up a little bit,
2  please.
3         First of all, I have two
4  offices, I have a study at home, and I have
5  no files at either work-related office or in
6  my study at home related to this matter.
7    Q.   Okay.
8         MS. MILLER:  I think he was
9    saying he didn't produce anything
10   because he didn't have anything.
11   I assume that's what you were
12   saying.  That's how I understood it.
13        THE WITNESS:  I don't have
14   anything.  Certainly I keep records of
15   the time spent researching in order to
16   provide an accurate invoice, but other
17   than that, I have no files.
18  QUESTIONS BY MR. RESTAINO:
19   Q.   Okay.  Fair enough.
20        If you go down now to Request
21  Number 7, and there it's asking for articles,
22  papers and/or scientific, technical
23  publications written, prepared and/or
24  presented by you or in which you participated
25  in writing, preparing or presenting that

Page 27

1  relate or concern talcum powder products,
2  talc and talcum powder.
3         And if there are any such
4  publications, articles, papers, have you
5  previously produced them to counsel for
6  Johnson & Johnson?
7         MS. MILLER:  Objection.
8    There's a couple of questions embedded
9    in there.  It might be better to first
10   ask him if he has them and then if
11   he's produced them, because I think
12   that created a little bit of confusion
13   on the last round of questions.
14  QUESTIONS BY MR. RESTAINO:
15   Q.   Okay.  Doctor, as per Request
16  Number 7, do you have any "articles, papers,
17  scientific and/or technical publications
18  written, prepared and/or presented by you or
19  in which you participated in writing,
20  preparing or presenting that relate or
21  concern talcum powder products, talc and/or
22  talcum powder"?
23   A.   My expert report.
24   Q.   Okay.  And that would be the
25  totality of it?

Page 28

1    A.   Yes.
2    Q.   Okay.  And I can skip a few
3  more.
4         If you skip down to Request
5  Number 15, and I'll wait for you to get
6  there.  "All documents related to
7  communications with employees,
8  representatives, editors, or reviewers of any
9  scientific or medical journal which discuss
10  talcum powder products, talc and/or talcum
11  powder."
12        Are there any such documents?
13   A.   No.
14   Q.   And number 17 is "any slide
15  decks" --
16        "Slide decks," old term.
17   A.   It's a colloquialism.
18   Q.   Back in the day.
19        -- "outlines, presentations or
20  other materials you've created or utilized in
21  connection with any presentation on talcum
22  powder, talc, and/or talcum powder products."
23        Do any of those exist?
24   A.   No.
25   Q.   And can we just have a general

Page 29

1  understanding sitting here in 2019 that slide
2  decks would also consider like PowerPoint
3  presentations?
4    A.   That's how I refer to my
5  PowerPoint presentations, yes.
6    Q.   You give presentations at
7  medical and/or scientific society meetings or
8  programs?
9    A.   Yes.
10   Q.   Do you show up with that little
11  round carousel of slides anymore, or do you
12  show up with a PowerPoint?
13   A.   A, not for a long time; and B,
14  yes.
15   Q.   Okay.  If we go to the back of
16  your Exhibit 2 and point out the supplemental
17  materials that were considered, that I
18  believe you testified to that you saw
19  yesterday.
20   A.   Yes.
21   Q.   Okay.  The first one is
22  deposition of Benjamin Neel.
23        Do you know who Dr. Neel is?
24   A.   Yes.
25   Q.   And that's N-e-e-l.

8 (Pages 26 to 29)

Jeffrey A. Boyd, Ph.D.

Page 30

1    Prior to this litigation, did
2  you know Dr. Benjamin Neel?
3       MS. MILLER: Objection.
4       THE WITNESS: I still...
5       MS. MILLER: What do you mean
6  by "know"? I mean, that's why I
7  objected to the question.
8       Do you mean know or know of?
9       MR. RESTAINO: Know.
10      MS. MILLER: Okay.
11      THE WITNESS: K-n-o-w?
12      MS. MILLER: Objection.
13      MR. RESTAINO: I'm sorry?
14      THE WITNESS: K-n-o-w?
15      MR. RESTAINO: Please.
16      MS. MILLER: I'm still
17 objecting to that because I don't know
18 what it means.
19 QUESTIONS BY MR. RESTAINO:
20      Q.   If you saw Benjamin Neel at an
21 upcoming meeting, is it someone that you
22 would walk to and say, "Ben, how you doing?"
23 and shake his hand?
24      A.   No.
25      Q.   Okay. Do you know of

Page 31

1  Dr. Benjamin Neel in the professional sense?
2       A.   Yes.
3       Q.   And you read his deposition and
4  their exhibits?
5       A.   Yes.
6       Q.   And also on number 7 on that
7  list is the expert report.
8       Did you read the expert report
9  of Dr. Benjamin Neel in its totality?
10      MS. MILLER: Objection.
11      THE WITNESS: Yes.
12 QUESTIONS BY MR. RESTAINO:
13      Q.   The number 2 on the list is a
14 Cheryl, and the last name is S-a-e-n-z, and
15 I'm not sure how it's pronounced.
16      A.   Saenz.
17      Q.   Do you know Cheryl Saenz in the
18 sense of walking up to her, shaking her hand,
19 saying "hi"?
20      A.   Yes.
21      Q.   Okay. And how do you know her?
22      A.   I've known her for many years
23 when she was a GYN oncology fellow at the
24 Memorial Sloan Kettering Cancer Center.
25 Well, she and indeed all of the GYN oncology

Page 32

1  fellows at the center completed their
2  mandatory two years of research training in
3  my laboratory, and that's when I first met
4  Dr. Saenz.
5       Q.   Okay. And number 9 is the
6  expert report of Dr. Saenz.
7       Have you reviewed her expert
8  report?
9       A.   Yes.
10      Q.   In its totality?
11      MS. MILLER: Objection.
12 QUESTIONS BY MR. RESTAINO:
13      Q.   Let me rephrase.
14      Did you read the entire report
15 versus skimming it?
16      A.   Two very different questions.
17      Q.   Did you read her entire report?
18      A.   No.
19      And now that we've defined in
20 its totality, I can perhaps go back and amend
21 my answers.
22      I generally skim all of these
23 documents. It's extraordinarily difficult
24 and time-consuming to read every word in
25 their totality.

Page 33

1       Q.   I understand. Thank you.
2       Number 3 on the list is the
3  deposition of Ie-Ming Shih, S-h-i-h.
4       Do you know Dr. Shih?
5       A.   Yes.
6       Q.   And did you skim his deposition
7  or read every question and every answer?
8       A.   I skimmed his -- I'm assuming
9  we're talking about deposition transcript.
10 Yes.
11      Q.   Okay. And number 10 is the
12 expert report of Dr. Shih, and same question:
13 Did you read the entire report?
14      A.   I skimmed it.
15      Q.   Okay. Attached to the report
16 was a study report representative of a
17 histopathological study that Dr. Shih has
18 performed.
19      Did you read that study report
20 also?
21      MS. MILLER: Objection.
22      THE WITNESS: I skimmed it in
23 an unusually cursory fashion.
24 QUESTIONS BY MR. RESTAINO:
25      Q.   Did you read -- because I do

9 (Pages 30 to 33)

Jeffrey A. Boyd, Ph.D.

Page 34

1  not see it on here but within your expert
2  report.
3       You read Dr. Saed's expert
4  report, correct?
5       MS. MILLER:  Well, this is the
6  supplemental list, so you wouldn't see
7  it on here.
8       MR. RESTAINO:  Yes.
9       MS. MILLER:  Do you want to go
10 back to his original materials relied
11 on now?
12      MR. RESTAINO:  Don't think we
13 need to.  Just want to know if he's
14 read Dr. Saed's report.
15      THE WITNESS:  No, we're just
16 using a lot of names.  I'm sorry.
17      Dr. Saed, yes, I read his
18 expert report, yes.
19 QUESTIONS BY MR. RESTAINO:
20      Q.   And he's had his deposition
21 taken a couple of times, correct?
22      A.   I am familiar with two
23 deposition transcripts, two separate
24 documents, which I would infer amounted to
25 two depositions.

Page 35

1       Q.   Understood.  Thank you.
2       Doctor, looking at the
3  supplemental materials considered, number 1
4  through 15, including deposition transcripts
5  and expert reports, these are all
6  individuals' deposition transcripts, exhibits
7  and expert reports for experts on behalf of
8  Johnson & Johnson, correct?
9       A.   Yes, I believe so.
10      I'm sorry, I still have a
11 little trouble distinguishing the legal
12 representation from the corporation, but,
13 yes.
14      Q.   And if at any time you're
15 unsure, then please ask, and the attorneys
16 present will try to straighten it out so that
17 you have a full understanding.
18      Other than Dr. Saed, his
19 deposition testimony and his expert report,
20 have you reviewed any of the expert reports
21 written by any of the other experts on behalf
22 of the plaintiffs?
23      MS. MILLER:  I would refer you
24 to the materials considered.  You said
25 it wasn't a memory test, so why don't

Page 36

1  you refer to the materials considered
2  in your report.
3       Do you have this?  Do you want
4  it?
5       THE WITNESS:  Sure.
6       MS. MILLER:  Do you have the
7  report?
8       Can I give him a copy of the
9  report, or are you going to mark it?
10      MR. RESTAINO:  Did I not give
11 him the report yet?
12      MS. MILLER:  No.
13      MR. RESTAINO:  Then let's do
14 that.
15      MS. MILLER:  So...
16      (Boyd Exhibit 5 marked for
17 identification.)
18 QUESTIONS BY MR. RESTAINO:
19      Q.   Previously marked as Exhibit 5
20 is a copy of your expert report.
21      MS. MILLER:  And this has --
22 what's attached to this?  Because I
23 see you did the CV separately.
24      I'm confused.  This also has a
25 CV?  Oh, no, this is mine.

Page 37

1       It's just the report.
2       MR. RESTAINO:  It is just the
3  report.
4       MS. MILLER:  Does it include
5  the materials considered?
6       THE WITNESS:  I'm seeing on
7  page 25 materials considered, yeah.
8       MS. MILLER:  Go ahead.
9       Is there a question pending, or
10 do you want to ask it again since
11 we --
12 QUESTIONS BY MR. RESTAINO:
13      Q.   I'll ask it again now that they
14 have it in front of you.
15      With this available to refresh
16 your memory, do you recall reading, other
17 than for Dr. Saed, any of the expert reports
18 for the plaintiffs' experts in this regard?
19      A.   Vaguely.
20      Q.   Okay.  So, for example,
21 number 9 is the expert report of Daniel L.
22 Clarke, with an E, hyphen, Pearson.
23      Do you know Dr. Clarke-Pearson?
24      A.   We've met.
25      Q.   Did you meet when you were at

10 (Pages 34 to 37)

Jeffrey A. Boyd, Ph.D.

Page 38

1  University of North Carolina?
2       A.   I never -- well, our employment
3  at the University of North Carolina didn't
4  overlap, so, no.
5       Q.   Okay.  In fact, you've
6  coauthored a paper with Dr. Clarke-Pearson
7  titled "Mutation of the P53 Tumor-Suppressor
8  Gene is Not a Feature of Endometrial
9  Hyperplasias."
10           Does that sound familiar?
11      A.   I'll take your word for it.
12      Q.   Okay.  Dr. Clarke-Pearson is a
13 gynecological oncologist; is that your
14 understanding?
15      A.   Until retirement, yes.
16      Q.   Okay.  Well, he's still a
17 gynecological oncologist, not practicing,
18 correct?
19           MS. MILLER:  Objection.
20           MR. RESTAINO:  I'll withdraw
21      the question.
22 QUESTIONS BY MR. RESTAINO:
23      Q.   Doctor, are you an expert in
24 gynecology?
25           MS. MILLER:  Objection.

Page 39

1           THE WITNESS:  I do not hold
2      myself out to be an expert in
3      gynecology.
4  QUESTIONS BY MR. RESTAINO:
5       Q.   Do you hold yourself out to be
6  an expert in medical oncology?
7            MS. MILLER:  Objection.
8            THE WITNESS:  No.
9  QUESTIONS BY MR. RESTAINO:
10      Q.   Dr. Clarke-Pearson is a
11 gynecological oncologist, correct?
12      A.   I would offer the same answer
13 that I previously rendered.  Before he
14 retired, it's my understanding that he was a
15 gynecologic oncologist, yes.
16      Q.   For purposes of developing
17 opinions in this litigation, did you not want
18 to see what Dr. Clarke-Pearson had to say on
19 the matter?
20           MS. MILLER:  Objection.
21           I don't even know what you mean
22      by that.
23           If you do, you can answer.
24           MR. RESTAINO:  Jessica, can we
25 just say "objection" without coaching

Page 40

1  the witness, please?
2            MS. MILLER:  I don't think that
3      was coaching the witness.
4            MR. RESTAINO:  Okay.  Well, you
5      know what?  It really doesn't matter
6      what you think; it's what the Federal
7      Rules say.  The word "objection"
8      works.
9            THE WITNESS:  I'm sorry, could
10     you repeat the question?
11 QUESTIONS BY MR. RESTAINO:
12      Q.   Sure.
13           For purpose of developing your
14 opinions in this litigation, did you not want
15 to see what Dr. Clarke-Pearson had to say on
16 the matter?
17           MS. MILLER:  Objection.
18           THE WITNESS:  I'm sorry, I just
19     find that question very convoluted and
20     difficult to answer.
21 QUESTIONS BY MR. RESTAINO:
22      Q.   Okay.  Do you know if
23 Dr. Clarke-Pearson is still practicing?
24      A.   Well, for the third time, my
25 understanding is that he's retired.

Page 41

1       Q.   Do you know if he's retired as
2  the chair while still practicing?
3       A.   Could you clarify the chair of
4  what and practicing what, please?
5       Q.   Well, do you understand that he
6  was the chairman of gynecologic oncology
7  there at University of North Carolina?
8       A.   No, he was not.
9       Q.   What was his position?
10      A.   Chair of the department of
11 obstetrics and gynecology at the University
12 of North Carolina.
13      Q.   Do you know if he's retired as
14 chair of that position?
15      A.   That's my understanding, yes.
16      Q.   But do you know if he's stopped
17 the practice of medicine?
18      A.   He never practiced medicine.
19 He was a gynecologic oncologist.  They're
20 typically considered surgeons.
21      Q.   And in order to be a surgeon,
22 one has to be licensed as a medical doctor,
23 which by definition entails medicine; is that
24 correct?
25           MS. MILLER:  Objection.

11 (Pages 38 to 41)

Jeffrey A. Boyd, Ph.D.

Page 42

1      THE WITNESS:  The practice of
2  surgery is the practice of medicine,
3  I'll agree.
4  QUESTIONS BY MR. RESTAINO:
5      Q.   Okay.  Now, if you're not an
6  expert in gynecology and you're not an expert
7  in gynecological oncology, and you know a
8  Dr. Clarke-Pearson, who is a gynecological
9  oncologist, did you not have any interest in
10  ascertaining what his opinions were in this
11  litigation regarding talc and ovarian cancer?
12      MS. MILLER:  Objection.
13      This misstates his testimony.
14  I mean, this question is extremely
15  misleading.  I'm sorry, I know you
16  don't want me to object --
17      MR. RESTAINO:  Jessica, let me
18  help you.  O-b-j-e-c-t-i-o-n.  Do you
19  need me to write that on a piece of
20  paper and put it in front of you?
21      MS. MILLER:  Do you need me to
22  write on a piece of paper how to ask
23  fair questions?
24      That was not a fair question.
25  He told you he read the guy's expert

Page 43

1  report --
2      MR. RESTAINO:  The word
3  "objection" then covers it --
4      MS. MILLER:  -- and you keep
5  suggesting this --
6      MR. RESTAINO:  And the judge
7  will decide what's fair and what's not
8  fair.
9      MS. MILLER:  Okay.
10      MR. RESTAINO:  We may have a
11  professional disagreement, and you say
12  "objection."  And I look at it and
13  think, okay, let me rephrase it.
14      MS. MILLER:  You didn't
15  rephrase it.
16      MR. RESTAINO:  Let's not do
17  that all day.
18      MS. MILLER:  You've done it
19  three times, the same objectionable
20  question, so I don't --
21      MR. RESTAINO:  Because he's not
22  answering it.
23  QUESTIONS BY MR. RESTAINO:
24      Q.   Doctor, do you have any
25  interest in what Dr. Clarke-Pearson's

Page 44

1  opinions are in this litigation?
2      MS. MILLER:  Objection.
3      THE WITNESS:  I respectfully
4  request that you not yell at me.
5  QUESTIONS BY MR. RESTAINO:
6      Q.   Doctor, do you know what
7  Dr. Clarke-Pearson's objections are in this
8  litigation -- his opinions are in this
9  litigation?
10      A.   Not really.
11      Q.   Do you know Arch Carson, MD,
12  Ph.D., physician, toxicologist, out of the
13  University of Texas?
14      A.   I'm sorry, are we reading from
15  somewhere?
16      Q.   My questions.
17      A.   Something that I have?
18      Q.   No.
19      There's a plaintiff attorney
20  {sic} by the name of Arch Carson, MD, Ph.D.
21      MS. MILLER:  Objection.
22      MR. RESTAINO:  A physician
23  toxicologist.
24      MS. MILLER:  You said he's an
25  attorney.  Is he an attorney for you

Page 45

1  guys, too?
2      MR. RESTAINO:  He's a physician
3  toxicologist out of the University of
4  Texas, a plaintiff expert.
5  QUESTIONS BY MR. RESTAINO:
6      Q.   Do you know Dr. Carson or know
7  of him?
8      A.   Neither.
9      Q.   Are you an expert in
10  toxicology?
11      A.   No.
12      Q.   Did you have any interest in
13  seeing what a plaintiff's expert in
14  toxicology's opinions were in this
15  litigation?
16      MS. MILLER:  Objection.
17      THE WITNESS:  I think it's fair
18  to say that with an unlimited amount
19  of time, I would have had some degree
20  of curiosity and interest in reading
21  every document associated with this
22  litigation.
23      But with two full-time jobs, a
24  family and the time constraints that
25  we're under, I simply have to focus on

12 (Pages 42 to 45)

Jeffrey A. Boyd, Ph.D.

Page 46

1    what I think is most relevant to my
2    role in this litigation, which is
3    offering opinions on Dr. Saed's work
4    specifically and more generally on
5    biological plausibility of the
6    relationship of the -- the
7    hypothesized association of perineal
8    use of talc and ovarian cancer.
9    QUESTIONS BY MR. RESTAINO:
10        Q.    And I appreciate, understand
11    time constraints we all function under, but
12    under the supplemental materials considered
13    list, there are 15 documents, including
14    deposition and exhibits and expert reports of
15    multiple defense experts.
16            You had the time to read those
17    but not the plaintiff expert reports; is that
18    true?
19            MS. MILLER:  Objection.
20    Mischaracterizes his testimony.
21            THE WITNESS:  I believe it's
22    fair to say I had time to at the very
23    least cursorily skim all of the
24    materials considered to one degree or
25    another.

Page 47

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Did you skim the expert report
3    of Ellen Blair Smith, a physician,
4    gynecologist, oncologist?
5        A.    I don't remember doing so.
6        Q.    Okay.  Do you recall -- or do
7    you know Ellen Blair Smith, Dr. Smith?
8        A.    No.
9        Q.    In 2017, did you coauthor a
10    paper titled "Multi-Disciplinary Summit on
11    Genetic Services for Women with Gynecological
12    Cancers:  A Society of Gynecologic Oncology
13    White Paper"?
14            Do you recall that publication?
15        A.    I do.
16        Q.    And do you recall Dr. Smith
17    being a coauthor with you on that paper?
18        A.    No.
19        Q.    Do you know that Dr. Smith is a
20    gynecological oncologist?
21            MS. MILLER:  Objection.
22            He said he doesn't know who she
23    is.
24            THE WITNESS:  I don't know who
25    she is.

Page 48

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Okay.  Do you know or have you
3    heard of Dr. Jack Siemiatycki,
4    S-i-e-m-i-a-t-y-c-k-i?
5        A.    I don't know the doctor.
6        Q.    Okay.  Did you review any
7    epidemiological report written by any of the
8    plaintiffs' epidemiological experts?
9        A.    I don't recall.
10        Q.    Do you know or know of
11    Dr. Judith Wolf, MD, a gynecological
12    oncologist with the National Ovarian Cancer
13    Coalition?
14        A.    I'm sorry, that's a complicated
15    question.  The National Ovarian Cancer
16    Coalition is a foundation.
17            I know of Dr. Judith Wolf.  To
18    the best of my ability to recall, she, at
19    least at some point in her career, has worked
20    as a gynecologic oncologist at the MD
21    Anderson Cancer Center.
22        Q.    Have you ever coauthored any
23    publications with Dr. Wolf?
24        A.    I cannot say with certainty.
25    I've coauthored lots of papers with lots of

Page 49

1    coauthors, and some I remember, and some I
2    don't.
3        Q.    I understand.
4            Dr. Judith Zelikoff,
5    Z-e-l-i-c-o-f-f, is a professor of at NYU.
6            Do you know Dr. Zelikoff?
7        A.    No.
8        Q.    And Dr. Laura Plunkett, Ph.D.,
9    is a pharmacologist, toxicologist.
10            Do you know Dr. Plunkett?
11        A.    No.
12        Q.    Are you an expert in
13    pharmacology?
14            MS. MILLER:  Objection.
15            THE WITNESS:  No.
16    QUESTIONS BY MR. RESTAINO:
17        Q.    Did you have any interest in
18    seeing what plaintiff expert pharmacologist
19    opinions were regarding talc and ovarian
20    cancer?
21            MS. MILLER:  Objection.
22            THE WITNESS:  Again, that's a
23    very difficult question to answer.
24    I'm interested in many things.
25

13 (Pages 46 to 49)

Jeffrey A. Boyd, Ph.D.

Page 50

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Did you not have the interest,
3    though, to pick up her expert report and read
4    it?
5            MS. MILLER:  Objection.
6            THE WITNESS:  I think interest
7    and time are two different things.
8    QUESTIONS BY MR. RESTAINO:
9        Q.    Sarah Kane, MD, is a
10   pathologist up in the Boston area.
11           Do you know of Dr. Kane?
12       A.    I've seen her name.
13       Q.    And do you recall where you've
14   seen her name?
15       A.    In some of the deposition
16   transcripts associated with this litigation.
17       Q.    And did you read Dr. Kane's
18   report as an expert in pathology?
19       A.    I skimmed it.
20       Q.    Are you an expert in pathology?
21       A.    No.
22       Q.    Do you know Shawn Levy,
23   L-e-v-y, Ph.D., with the Genomics Services
24   Laboratory at the Hudson Alpha Institute for
25   Biotechnology?

Page 51

1        A.    No.
2        Q.    And how about Sonal Singh,
3    S-i-n-g, {sic} MD, MPH, a medical
4    epidemiologist?
5        A.    A medical epidemiologist?  No.
6        Q.    Daniel Cramer, MD, DSC, at
7    Brigham and Women's Hospital, also a
8    physician and epidemiologist.
9            Do you know Dan Cramer?
10       A.    Yes.
11       Q.    Do you know him to be a
12   professor of epidemiology at the Harvard
13   T.H. Chan School of Public Health?
14       A.    I honestly can't say what his
15   current position is.
16       Q.    Okay.  Are you aware of
17   Dr. Cramer's work and publications pertaining
18   to ovarian cancer?
19           MS. MILLER:  Objection.
20           THE WITNESS:  I'm aware that
21   Dr. Cramer over many years has had an
22   interest, a research interest, in the
23   issue of an association with talc
24   exposure and the development of
25   ovarian cancer.

Page 52

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Do you know how many
3    publications on ovarian cancer Dr. Cramer has
4    in the peer-reviewed literature?
5        A.    I'm sure I don't.
6        Q.    Okay.  Did you have any
7    interest in seeing what Dr. Cramer had to say
8    in the -- this litigation?
9            MS. MILLER:  Objection.
10           THE WITNESS:  I think it's fair
11   to say that I'm relatively familiar
12   with Dr. Cramer's work over the years.
13   I cannot say that I devoted a
14   substantial amount of time to
15   reviewing his opinion in this
16   particular context over the past
17   several months.
18   QUESTIONS BY MR. RESTAINO:
19       Q.    Would you consider yourself an
20   expert in the epidemiology of ovarian cancer
21   and its associated risk factors?
22           MS. MILLER:  Objection.
23           THE WITNESS:  Again, a
24   difficult question to answer.  I would
25   not consider myself an expert.  I

Page 53

1    would say that I'm familiar with some
2    of the basic concepts of epidemiologic
3    aspects of ovarian cancer.
4    QUESTIONS BY MR. RESTAINO:
5        Q.    Okay.  If there were instances
6    regarding the epidemiological principles
7    associated with studies of ovarian cancer and
8    talc, would you defer to someone like Dan
9    Cramer as a medical epidemiologist?
10           MS. MILLER:  Objection.
11           THE WITNESS:  Defer in what
12   context?
13   QUESTIONS BY MR. RESTAINO:
14       Q.    If you're not understanding
15   what the epidemiological principles may be,
16   would you defer to an epidemiologist?
17           MS. MILLER:  Objection.
18           THE WITNESS:  So your first
19   question was would I defer to
20   Dr. Cramer, and your second question
21   was to an epidemiologist?
22   QUESTIONS BY MR. RESTAINO:
23       Q.    Yes.
24       A.    Which one am I answering,
25   please?

14  (Pages 50 to 53)

Jeffrey A. Boyd, Ph.D.

Page 54

1          MS. MILLER:  Well, they also
2     had different "ifs," so...
3     QUESTIONS BY MR. RESTAINO:
4          Q.   If you're not understanding
5     what the epidemiological principles may be,
6     would you defer to an epidemiologist?
7          MS. MILLER:  Objection.
8     Mischaracterizes his testimony.
9          THE WITNESS:  I might defer to
10    anyone on any given day about any
11    given topic that had to do with a
12    field of inquiry in which I'm not an
13    expert.
14    QUESTIONS BY MR. RESTAINO:
15         Q.   Okay.  Are you an expert in the
16    epidemiological principle of effect
17    modification?
18         A.   No.
19         Q.   As such, would you defer to a
20    medical epidemiologist such as Dan Cramer to
21    explain effect modification and whatever role
22    it may have regarding talcum powder and
23    ovarian cancer?
24         MS. MILLER:  Objection.
25         THE WITNESS:  If I was indeed

Page 55

1     interested in an acute sense about
2     that particular issue, I would
3     probably approach someone that I knew
4     better than Dr. Cramer and certainly
5     perhaps closer to home.
6     QUESTIONS BY MR. RESTAINO:
7          Q.   Okay.  When were you first
8     contacted by any representative of Johnson &
9     Johnson to serve as an expert in this
10    litigation?
11         A.   Could you repeat the question,
12    please?
13         Q.   When you were first contacted
14    by any representative of Johnson & Johnson to
15    see if you would work as an expert witness in
16    this litigation?
17         MS. MILLER:  Objection.
18         THE WITNESS:  To my knowledge,
19    I've never been approached by a
20    representative of Johnson & Johnson.
21    QUESTIONS BY MR. RESTAINO:
22         Q.   Were you ever -- when were you
23    approached by any attorney representing
24    Johnson & Johnson?
25         A.   Mid-December of 2018.

Page 56

1          Q.   Okay.  And who was that?
2          A.   Ms. Miller.
3          Q.   And have you talked with --
4     worked with Ms. Miller in the past?
5          A.   Prior to mid-December of 2018?
6          Q.   Yes, sir.
7          A.   No.
8          Q.   Prior to your meeting with
9     Ms. Miller, had you conducted any original
10    research on your part to the association, if
11    any, between talcum powder and the
12    development of ovarian cancer?
13         MS. MILLER:  Objection.
14         THE WITNESS:  No.
15    QUESTIONS BY MR. RESTAINO:
16         Q.   Prior to you meeting with
17    Ms. Miller in December of 2018, had you
18    lectured to any professional society -- and
19    by that I mean medical and/or scientific --
20    regarding the association between talcum
21    powder and ovarian cancer?
22         A.   No.
23         Q.   Prior to your meeting with
24    Ms. Miller in December of 2018, had you
25    formulated an opinion regarding an

Page 57

1     association between talcum powder and ovarian
2     cancer?
3          A.   Yes.
4          Q.   And when did you develop that
5     opinion?
6          A.   Over several decades.
7          Q.   Going back to the 1990s or
8     early 2000s?
9          A.   Hard to say, but I would
10    estimate that I may have been aware of
11    studies involving a possible association of
12    talc exposure and ovarian cancer as long ago
13    as the late '80s, early '90s, were such
14    studies to have existed.
15         Q.   Okay.  Prior to your meeting
16    with Ms. Miller in December of 2018, had you
17    formulated an opinion regarding risk factors
18    associated with the development of ovarian
19    cancer?
20         MS. MILLER:  I'm going to have
21    to keep objecting to these questions.
22    He said he was contacted in
23    December 2018.  He never said he met
24    with Ms. Miller in December of 2018,
25    and you've now embedded that into like

15 (Pages 54 to 57)

Jeffrey A. Boyd, Ph.D.

Page 58

1    three questions.
2        And I'm sorry if this is a
3    speaking objection, but that's just
4    not an accurate recitation of his
5    testimony.
6        MR. RESTAINO:  Let me withdraw
7    the question.
8    QUESTIONS BY MR. RESTAINO:
9        Q.    And relating back to the other
10   questions I asked you, did you, in December
11   2018, meet with Jessica Miller or talk
12   with her on the phone?
13       A.    My memory is that our first
14   communication was e-mail.
15       Q.    And --
16       A.    Subsequent communication was
17   telephone.
18       Q.    Okay.  So that would apply to
19   all your prior answers when I asked you
20   regarding meeting Ms. Miller?
21       A.    I honestly don't remember the
22   questions and how meeting Ms. Miller had been
23   embedded in them.
24       Q.    Okay.  Prior to any
25   communication with any attorney representing

Page 59

1    Johnson & Johnson prior to January 1st of
2    2019, you had formulated an opinion regarding
3    talcum powder and ovarian cancer; is that
4    correct?
5        A.    That's fair, yes.
6        Q.    And what was the basis for that
7    opinion or opinions, if you recall?
8        A.    Several decades of a rather
9    passive reading of the literature in general,
10   which given an interest in ovarian cancer is
11   quite typical in my scientists and
12   clinicians.  I try to stay abreast of the
13   literature in all forms.
14       Q.    Okay.  Now, you received your
15   Ph.D. from North Carolina State University;
16   is that correct?
17       A.    Yes.
18       Q.    Would you describe yourself as
19   a cellular biologist?
20       A.    No.
21       Q.    How would you introduce
22   yourself to a fellow scientist or physician
23   at a meeting you first -- meet for the first
24   time?
25       A.    Today?

Page 60

1        Q.    Yes.
2        A.    A clinical cancer geneticist
3    and a molecular diagnostician.
4        Q.    And what do you mean when you
5    say "a clinical cancer geneticist"?
6        A.    Well, cancer genetics,
7    clinical, the clinical implications of cancer
8    genetics, and the -- and the practice of
9    dealing with patients with genetic
10   predisposition to cancer, as well as a
11   clinical molecular diagnostics practice
12   wherein we examine the genetic architecture
13   of an individual patient's tumor in order to
14   perform precision cancer therapy.
15       Q.    Okay.  You're not a medical
16   doctor; is that correct?
17       A.    That's correct.
18       Q.    When you were studying either
19   undergrad or for your Ph.D., did you take
20   general anatomy?
21       A.    Probably.
22       Q.    Did you dissect a cadaver?
23       A.    Human?
24       Q.    Yes.
25       A.    No.

Page 61

1        Q.    Have you ever studied through
2    dissection, textbook or virtual reality the
3    anatomy of the female genitourinary tract?
4        A.    I would refer to it as the
5    female reproductive tract, but I think the
6    answer to your question is yes.
7        MR. RESTAINO:  Okay.
8        MS. MILLER:  Is this a good
9    time for break?  We've been going an
10   hour.
11       MR. RESTAINO:  Sure.
12       VIDEOGRAPHER:  Off the record
13   at 10:02 a.m.
14       (Off the record at 10:02 a.m.)
15       VIDEOGRAPHER:  We're back on
16   record at 10:14 a.m.
17   QUESTIONS BY MR. RESTAINO:
18       Q.    Welcome back, Doctor.
19       A.    Thank you.
20       Q.    During the course of today
21   there are going to be some documents that
22   we'll refer to frequently.  Your expert
23   report, that one you might want to keep, you
24   know, in one particular pile.  And some of
25   the others, like CV and maybe an article that

16 (Pages 58 to 61)

Jeffrey A. Boyd, Ph.D.

Page 62

1    we just look at momentarily, I'll let you
2    know, and you can just get it out of your
3    way, if that helps.
4        A.    Excellent, thank you.
5        Q.    Now, we had discussed that
6    prior to your communication of any sort with
7    Ms. Miller, that you had some opinions
8    regarding talc and ovarian cancer; is that
9    correct?
10       A.    Yes.
11       Q.    As you sit here today, can you
12   tell us what those opinions were?
13       A.    My opinion, generally speaking,
14   was that the existing body of scientific
15   evidence did not support a causal association
16   between perineal talc exposure and the
17   development of epithelial ovarian carcinoma.
18           And, of course, we're speaking
19   about many distinct diseases when we refer to
20   EOC, but...
21       Q.    Did you have, at the time you
22   held an opinion that the existing body of
23   scientific evidence did not support a causal
24   association, an opinion regarding the
25   biologically plausible risk factors for

Page 63

1    ovarian cancer?
2           MS. MILLER: Objection.
3           THE WITNESS: I'm sorry, but I
4    just can't follow that question.
5    QUESTIONS BY MR. RESTAINO:
6        Q.    Did you --
7        A.    Maybe break it down.
8        Q.    Yes.
9           Did you have an opinion, prior
10   to January 1, 2019, regarding biologically
11   plausible risk factors for the development of
12   ovarian cancer?
13       A.    Oh, I'm sorry, yes.
14       Q.    Okay.  Can you define for us as
15   we go forward in the day your definition of a
16   risk factor?
17       A.    I missed a couple words there
18   in the middle of that question.
19       Q.    Just going forward for the
20   course of the day, I want to use your
21   definition.  So can you define for us your
22   definition of a risk factor, specifically as
23   it relates to ovarian cancer?
24           MS. MILLER: Objection.
25           THE WITNESS: My understanding

Page 64

1    of the term is any factor, behavior,
2    exposure, habit of lifestyle that
3    either increases or decreases in a
4    substantive fashion one's risk for
5    ovarian cancer.
6    QUESTIONS BY MR. RESTAINO:
7        Q.    Okay.  Before we broke, I was
8    asking if you had taken a general anatomy
9    course or class regarding not only general
10   anatomy but also the female reproductive
11   tract, correct?
12           Do you recall those questions?
13       A.    You're correct that I recall
14   those questions.
15       Q.    Okay.  As you sit here today,
16   do you know what a woman's labia are,
17   anatomically speaking?
18       A.    Are you referring to the
19   components of the vulva?
20       Q.    To however you would define a
21   woman's labia.
22       A.    The labia majoras and labia
23   minoras I would consider components of the
24   external female genitalia, typically referred
25   to in aggregate as the vulva.

Page 65

1        Q.    Okay.  And collectively as the
2    vulva, do you have an opinion as to whether
3    the vulva exists as a barrier between the
4    external environment and the vagina?
5           MS. MILLER: Objection.
6           THE WITNESS: I'm not prepared
7    to testify about anatomical barriers
8    between the environment and anything
9    else.
10   QUESTIONS BY MR. RESTAINO:
11       Q.    Okay.  Would you defer to a
12   gynecologist or a physician in that regard?
13           MS. MILLER: Objection.
14           THE WITNESS: If I was
15   interested in pursuing such a
16   question, it's much more likely that I
17   would start pulling out textbooks and
18   scientific papers on the topic.
19   QUESTIONS BY MR. RESTAINO:
20       Q.    Okay.  As you sit here today,
21   do you have an opinion as to whether the
22   vulva, as defined by yourself, closes off the
23   vagina from the external environment?
24       A.    Again --
25           MS. MILLER: Objection.  Asked

17 (Pages 62 to 65)

Jeffrey A. Boyd, Ph.D.

Page 66

1    and answered.
2         Please give me a second to
3    object, even though my objections --
4    thank you.
5         THE WITNESS: Again, I'm not
6    prepared to offer an opinion on that
7    topic.
8    QUESTIONS BY MR. RESTAINO:
9         Q.    Have you ever diagnosed a woman
10   with ovarian cancer?
11        A.    No.
12        Q.    And as a Ph.D. scientist, is it
13   correct in saying that you do not have the --
14   you don't have the privileges to treat women
15   with cancer?
16        MS. MILLER: Objection.
17        THE WITNESS: That's a
18   complicated question.
19        I oversee a clinical, which is
20   to say CLIA-certified and
21   CAP-accredited, molecular diagnostics
22   laboratory wherein we subject ovarian
23   cancers, tumor tissues themselves, to
24   a rather complex next generation
25   sequencing-based interrogation of the

Page 67

1    genomic architecture of aforementioned
2    tumor in an attempt to link specific
3    genetic mutations in that tumor to
4    specific precision therapeutics.
5         And the end result of that
6    clinical laboratory process is the
7    generation of what's known as
8    molecular pathology report, which is
9    then returned to the ordering
10   oncologist, which allows he or she to
11   make a hopefully precision therapeutic
12   treatment determination.
13   QUESTIONS BY MR. RESTAINO:
14        Q.    And if that -- was there a
15   period?
16        A.    Yes.
17        Q.    Okay. And if the organized
18   oncologist decides to prescribe a specific
19   regimen of chemotherapy, he or she would be
20   licensed to do that and not yourself; is that
21   correct?
22        A.    Well, let's back up a little
23   bit. Actually we were talking about
24   precision therapeutics, which typically are
25   small molecules or monoclonal antibodies as

Page 68

1    opposed to traditional chemotherapy agents.
2    But to the extent that anything is prescribed
3    to the patient, that would be the oncologist,
4    correct.
5         Q.    Same answer if I was to ask you
6    if you were licensed to perform surgery on a
7    woman?
8         A.    I'm not an MD.
9         Q.    Will you be offering any
10   opinions regarding strengths and/or
11   weaknesses of any of the epidemiological
12   studies looking at the association between
13   talcum powder and ovarian cancer?
14        MS. MILLER: I just want to
15   look at that question.
16        Objection.
17        THE WITNESS: I was asked to
18   render opinions here today on the
19   veracity of Dr. Saed's work, his
20   testimony, his expert report
21   specifically, and generally perhaps on
22   biological plausibility, getting us
23   from association to causality in this
24   particular litigation.
25        MR. RESTAINO: And this is one

Page 69

1    of those times when I'll say move to
2    strike as unresponsive.
3    QUESTIONS BY MR. RESTAINO:
4         Q.    And the question is: Will you
5    be offering any opinions regarding strengths
6    and/or weaknesses of any of the
7    epidemiological studies looking at the
8    association between talcum powder and the
9    development of ovarian cancer?
10        MS. MILLER: Objection.
11        THE WITNESS: I will not
12   voluntarily be offering any opinions.
13   I will do my best to answer any
14   question you ask me. Some of them --
15   many of them, perhaps, may be that I'm
16   not comfortable or qualified to answer
17   that question.
18        Some I may answer.
19   QUESTIONS BY MR. RESTAINO:
20        Q.    Okay. Do you consider yourself
21   an expert in mineralogy?
22        A.    No.
23        Q.    And an expert in geology?
24        A.    No.
25        Q.    Do you consider yourself an

18 (Pages 66 to 69)

Jeffrey A. Boyd, Ph.D.

Page 70

1    expert in talcum powder?
2         MS. MILLER:  Objection.
3         THE WITNESS:  I can honestly
4    say I've never met an expert in talcum
5    powder.
6    QUESTIONS BY MR. RESTAINO:
7         Q.    Do you have a basic
8    understanding of what talcum powder is?
9         A.    Yes.
10        Q.    And what is that understanding?
11        A.    Finely ground talc.
12        Q.    Would you agree that it is a
13   mineral composed of various elements?
14        MS. MILLER:  Objection.
15        THE WITNESS:  Could you restate
16   the question?
17   QUESTIONS BY MR. RESTAINO:
18        Q.    Would you agree that it is a
19   mineral composed of various elements?
20        A.    What is "it"?
21        Q.    Talcum powder.
22        A.    Well, to the extent that talcum
23   powder is finely ground talc, I would agree
24   that talc is a mineral composed, as all
25   minerals are, of particular molecules.

Page 71

1         Q.    Magnesium?
2         A.    That's one.
3         Q.    Silicon?
4         A.    That's another.
5         Q.    Oxygen?
6         A.    That's another.
7         Q.    Hydrogen?
8         A.    Those are them.
9         Q.    Would you agree that talc is
10   not a mineral -- excuse me, is not a metal?
11        A.    With all due respect, that's a
12   trick question.
13        Q.    How so?
14        MS. MILLER:  Objection.
15   QUESTIONS BY MR. RESTAINO:
16        Q.    How can I make the question any
17   easier for you without trying to be --
18   without any component of tricking?
19        A.    Talc, as we just discussed,
20   consists of multiple elements.  One or more
21   of those elements from a chemical
22   perspective, for example, if one examined the
23   periodic table, may be considered a metal.
24        Q.    Which one?
25        A.    And I'm thinking now back

Page 72

1    40 years to the last time I looked at a
2    periodic table.  Perhaps silicon.
3         Q.    Can you explain to us what a
4    ligand is, l-i-g-a-n-d?
5         A.    In my mind, a ligand is any
6    substance or molecule that interacts with a
7    receptor in a very general sense.
8         Q.    Do you find ligands attached to
9    other compounds?  For example, metals?
10        MS. MILLER:  Objection.
11        THE WITNESS:  That's such an
12   extraordinarily general question, I
13   just...
14   QUESTIONS BY MR. RESTAINO:
15        Q.    Let me rephrase it then.
16        Are you aware of any ligands
17   that by themselves are injected into the
18   human body for whatever reason?
19        MS. MILLER:  Objection.
20        THE WITNESS:  Again, just -- I
21   can't even begin to answer that
22   question.  It's overly broad.
23   QUESTIONS BY MR. RESTAINO:
24        Q.    What purpose does a ligand
25   have, chemically speaking?

Page 73

1         MS. MILLER:  Objection.
2         THE WITNESS:  Ligands don't
3    have purposes.
4    QUESTIONS BY MR. RESTAINO:
5         Q.    They don't?
6         MS. MILLER:  Is that a
7    question?
8         MR. RESTAINO:  That's a
9    question:  They don't?
10        MS. MILLER:  Okay.  I'm
11   objecting to that then.
12        THE WITNESS:  I -- you know, I
13   hesitate to delve into a debate
14   involving syntax or metaphysical
15   arguments, but I think humans have a
16   purpose generally.  I think inert
17   compounds are elements.
18   QUESTIONS BY MR. RESTAINO:
19        Q.    I'm sorry, was that a period?
20        A.    No.
21        Q.    Oh, okay.
22        A.    Generally don't have a purpose
23   in terms of cognitive function.
24        Q.    Going back to the periodic
25   table, are you familiar with the element

19 (Pages 70 to 73)

Jeffrey A. Boyd, Ph.D.

Page 74

1    gadolinium?
2         MS. MILLER: Objection.
3         Is this a chemistry class?
4         MS. SHARKO: Wrong litigation,
5    John.
6         MS. MILLER: I know. Yeah.
7    It's the wrong litigation; it's the
8    wrong expert.
9         Is he here as a chemistry
10   expert? Because I don't see that
11   anywhere in his report.
12   QUESTIONS BY MR. RESTAINO:
13        Q.    Doctor, are you familiar with
14   the element gadolinium?
15        A.    I do not hold myself out as a
16   chemist, a mineralogist, a geologist.
17        Q.    As a scientist, do you know if
18   gadolinium had been injected into the human
19   body without a ligand around it?
20        A.    I'm sure it can. I...
21        Q.    Do you have a basic --
22        MS. MILLER: He's like in the
23   middle of forming a word, and you're
24   interrupting him.
25        MR. RESTAINO: Oh, I'm sorry, I

Page 75

1    heard a period there.
2         MS. MILLER: His mouth was
3    open.
4         THE WITNESS: I think
5    theoretically it's possible to inject
6    anything into the human body.
7    QUESTIONS BY MR. RESTAINO:
8         Q.    Okay. Is it safe to inject
9    gadolinium without a ligand into the human
10   body?
11        MS. MILLER: Objection.
12        THE WITNESS: I can't answer
13   that.
14   QUESTIONS BY MR. RESTAINO:
15        Q.    Do you have a basic
16   understanding of what asbestos is?
17        A.    I have a very basic
18   understanding, yes. Not a detailed
19   understanding as, again, I'm neither a
20   mineralogist nor a geologist nor a chemist.
21        Q.    Have you ever studied the
22   effect of asbestos in the human body?
23        A.    No.
24        Q.    Do you have an opinion as to
25   whether or not there's asbestos present in

Page 76

1    any Johnson & Johnson talcum powder product?
2         A.    Could you please repeat the
3    question?
4         Q.    Do you have an opinion as to
5    whether or not there is asbestos present in
6    any Johnson & Johnson talcum powder product?
7         A.    No.
8         Q.    Do you have an opinion as to
9    whether or not there is any fibrous talc
10   present in any Johnson & Johnson talcum
11   powder?
12        A.    Again, if we're referring to
13   Johnson's baby powder, the answer would be
14   no.
15        Q.    Do you know if there are any
16   other suspected carcinogens known to be
17   within the fragrant chemicals that can be
18   found in Johnson & Johnson baby powder --
19        MS. MILLER: Objection.
20   QUESTIONS BY MR. RESTAINO:
21        Q.    -- or talcum powder?
22        MS. MILLER: Objection.
23        THE WITNESS: I have no
24   opinion.
25

Page 77

1    QUESTIONS BY MR. RESTAINO:
2         Q.    Were you ever asked to look
3    into whether or not these substances may be
4    in Johnson & Johnson talcum powder?
5         MS. MILLER: Objection.
6         THE WITNESS: No.
7    QUESTIONS BY MR. RESTAINO:
8         Q.    Were you ever asked to look
9    into whether or not there are any heavy
10   metals present in Johnson & Johnson's talcum
11   powder?
12        A.    No.
13        Q.    Did you ask to see if Johnson &
14   Johnson had any existing data regarding the
15   presence of any of these compounds in their
16   talcum powder?
17        A.    Again, a complicated question.
18   Asked who?
19        Q.    Did you ask to see any
20   representative of Johnson & Johnson as to
21   whether or not there was asbestos in their
22   talcum powder?
23        MS. MILLER: Objection.
24        THE WITNESS: That sentence
25   doesn't make sense.

Jeffrey A. Boyd, Ph.D.

Page 78

```
 1              MS. MILLER:  Yeah.
 2          THE WITNESS:  I've never asked
 3     to see a representative of Johnson &
 4     Johnson.
 5   QUESTIONS BY MR. RESTAINO:
 6      Q.    Did you ever ask to see any
 7     documentation that Johnson & Johnson may have
 8     regarding the presence of asbestos in their
 9     talcum powder?
10          MS. MILLER:  Objection.
11          THE WITNESS:  No.
12   QUESTIONS BY MR. RESTAINO:
13      Q.    If there were asbestos in
14     Johnson & Johnson's talcum powder, would that
15     change any of your opinions that you had
16     formulated within your expert report?
17      A.    My opinions are based on
18     Johnson's baby powder, the use of Johnson's
19     baby powder.
20      Q.    And the opinion you hold based
21     on Johnson's baby powder, does that take into
22     account the presence or absence of asbestos?
23          MS. MILLER:  Objection.  Asked,
24     answered and confusing.
25          THE WITNESS:  I assume nothing
```

Page 79

```
 1     other than what I read on the bottle
 2     about Johnson's baby powder.
 3   QUESTIONS BY MR. RESTAINO:
 4      Q.    Do you know if Johnson &
 5     Johnson has any documentation of studies that
 6     they have performed showing the presence of
 7     asbestos in their talcum powder?
 8      A.    I'm not aware of any studies
 9     that Johnson & Johnson has ever performed on
10     anything.
11      Q.    Am I correct in understanding
12     that as of today you are chair, department of
13     human molecular genetics?
14      A.    At the Herbert Wertheim College
15     of Medicine of Florida International
16     University, yes, I'm a tenured professor and
17     chair.
18      Q.    Are you also there an associate
19     dean for basic research in graduate programs?
20      A.    Yes.
21      Q.    And are you professor of
22     obstetrics and gynecology at the Herbert
23     Wertheim College of Medicine?
24      A.    Yes.
25      Q.    Is your research ever focused
```

Page 80

```
 1     on the pathomechanism of ovarian cancer?
 2      A.    I don't believe pathomechanism
 3     is a word, but I'll give you a chance to
 4     rephrase it.  Otherwise, I'll make my best
 5     attempt to infer what you were asking.
 6      Q.    Has your research ever focused
 7     on the cause of ovarian cancer?
 8      A.    How do you define "cause"?
 9      Q.    As we go through today's
10     deposition, I'd like to use your definition
11     so you're most comfortable with it.
12          How would you define a cause?
13          MS. MILLER:  Objection.  Vague.
14          THE WITNESS:  It's impossible
15     to answer.
16   QUESTIONS BY MR. RESTAINO:
17      Q.    By whom?
18      A.    Me.
19      Q.    And why is that?
20      A.    Because cause has a multitude
21     of meanings.
22      Q.    If I walk into this room at
23     night and the light is off and it's dark and
24     I flip the switch on, did I cause the light
25     to go on?
```

Page 81

```
 1          MS. MILLER:  Objection.
 2          THE WITNESS:  Again, that's a
 3     very complex question.  One could
 4     argue that the electricity caused the
 5     light to go on, for example.
 6   QUESTIONS BY MR. RESTAINO:
 7      Q.    One could argue that the wire
 8     has to be attached to the switch to the light
 9     bulb, correct?
10      A.    Correct.
11      Q.    One has to assume that the
12     light bulb is a working light bulb, correct?
13      A.    Yes.
14      Q.    One has to assume that the law
15     firm paid its electrical bill, correct?
16      A.    Correct.
17      Q.    Are you familiar with the
18     multifactorial basis of disease?
19          MS. MILLER:  Objection.
20          THE WITNESS:  That is a, with
21     all due respect, fabulously broad
22     question.
23   QUESTIONS BY MR. RESTAINO:
24      Q.    I think we'll revisit it.
25      A.    Which disease?
```

21 (Pages 78 to 81)

Jeffrey A. Boyd, Ph.D.

Page 82

1    Q.   Ovarian cancer.
2    A.   So could you repeat the
3  question with a more specific disease in
4  mind, please?
5    Q.   Sure.
6        Are you familiar with the
7  multi -- what has been described as the
8  multifactorial basis of ovarian cancer?
9    A.   I would have to say that I'm
10 familiar in very general terms with the
11 multifactorial basis of all human cancers,
12 which would include ovarian.
13    Q.   Okay.  Has your research ever
14 focused on the epidemiology regarding chronic
15 inflammation and the development of cancer?
16        MS. MILLER:  Objection.
17        THE WITNESS:  No.
18 QUESTIONS BY MR. RESTAINO:
19    Q.   And --
20    A.   I'm sorry.  And by research,
21 I'm assuming you're referring to my own
22 laboratory-based research?
23    Q.   Once again, I want to make sure
24 we're using terms that you're most
25 comfortable with.

Page 83

1        So do you do, for lack of a
2  better description, bench-type of
3  pharmacological research or genetic research?
4    A.   Certainly I don't do
5  pharmacological bench research.  I have for
6  many years done molecular genetic and genetic
7  research.
8        I guess my reason for asking
9  the question was because lawyers seem to use
10 the term "research" referring to preparation
11 for expert testimony in a deposition context.
12    Q.   In your professional setting,
13 without lawyers being in the room, would your
14 research also consist of analysis of the
15 existing medical literature?
16        MS. MILLER:  Objection.
17        THE WITNESS:  I just find that,
18 I'm sorry, a very weird question.
19 I've never met a biomedical scientist
20 who didn't read the literature.
21 QUESTIONS BY MR. RESTAINO:
22    Q.   Do you agree or disagree that
23 the epidemiologic evidence implicates chronic
24 inflammation as a central mechanism in the
25 pathogenesis of ovarian cancer?

Page 84

1        MS. MILLER:  Objection.
2        THE WITNESS:  I'm only prepared
3  to answer that question in very
4  general terms in the sense that my
5  understanding of epidemiology is to
6  study association of X and Y as
7  opposed to causation.  I distinguish
8  association from causation.
9  QUESTIONS BY MR. RESTAINO:
10    Q.   Does a randomized controlled
11 trial establish causation in certain
12 circumstances?
13        MS. MILLER:  Objection.
14        THE WITNESS:  It's a very vague
15 and convoluted question that's
16 impossible for me to answer.
17 QUESTIONS BY MR. RESTAINO:
18    Q.   And is that because you're not
19 an expert in epidemiology?
20        MS. MILLER:  Objection.
21        THE WITNESS:  I'm very familiar
22 with the concept of clinical trials.
23 I sat on the committee for
24 experimental medicine for the
25 gynecologic oncology group for

Page 85

1  17 years, and I can assure you that we
2  rarely discuss epidemiology in the
3  design of clinical trials.
4  QUESTIONS BY MR. RESTAINO:
5    Q.   Okay.  Do you agree or disagree
6  that rapid cell division increases the
7  possibility for DNA replication error?
8        MS. MILLER:  Objection.
9        THE WITNESS:  Again, a very
10 vague question, but I'll offer an
11 opinion.  DNA replication error is
12 impossible absent cell division.
13 QUESTIONS BY MR. RESTAINO:
14    Q.   So would you agree that the
15 possibility for DNA replication error is
16 increased with rapid cell division?
17    A.   I'll give you the same answer:
18 Cell division is required for errors in DNA
19 replication.
20    Q.   Okay.  Would you agree or
21 disagree that rapid cell division increases
22 the possibility of ineffective DNA repair?
23    A.   It's the same question asked in
24 a different fashion, and I've answered it
25 twice, with all due respect.

22 (Pages 82 to 85)

Jeffrey A. Boyd, Ph.D.

Page 86

1    MS. MILLER:  With all due
2  respect, you didn't give me a chance
3  to object that it was asked and
4  answered.
5    THE WITNESS:  So noted.
6  QUESTIONS BY MR. RESTAINO:
7    Q.   Do you agree or disagree that
8  rapid cell division increases the possibility
9  of subsequent mutation?
10    MS. MILLER:  Objection.
11    THE WITNESS:  Same question.
12  Answered.
13  QUESTIONS BY MR. RESTAINO:
14    Q.   Okay.  Now, the expert report
15  that I believe you still have in front of
16  you, did you write the entire expert report
17  yourself?
18    A.   Yes.
19    Q.   Did you do the -- any research
20  that you needed to do for your expert report
21  by yourself?
22    A.   Yes.
23    Q.   In your general scientific
24  publications, do you utilize research
25  assistants, post-grad fellows, individuals

Page 87

1  like that?
2    A.   I'm sorry, please repeat the
3  question.
4    Q.   Yes.
5    In your professional life, if
6  you're going to be writing a review article
7  or an original piece, do you utilize post-doc
8  fellows, residents, research fellows, any
9  individuals like that that are still in
10  training to assist you in your research?
11    A.   Yes.
12    Q.   And did any of those type of
13  individuals assist you with the research
14  necessary to write your expert report today?
15    A.   No.
16    Q.   Okay.  Did you review germane
17  medical literature for -- prior to writing
18  your expert report?
19    A.   Well, I don't think I reviewed
20  non-germane medical or scientific literature,
21  so I suppose the default answer is yes.
22    Q.   Okay.  Well, what methodology
23  did you employ in order to conduct your
24  research of the medical literature prior to
25  writing your expert report?

Page 88

1    A.   I can only accurately answer
2  that question by asking you a question.
3    Q.   Yes, sir.
4    A.   When you say "medical
5  literature," do you mean medical and
6  scientific literature?
7    Q.   Yes, please.  Let me correct
8  that.
9    And going forward for today,
10  would it be more comfortable for you to be --
11  to refer to it as the scientific literature,
12  to encompass both medical and scientific, or
13  would you like them bifurcated?
14    What would be most comfortable
15  for you?
16    A.   The term I prefer is biomedical
17  literature.
18    Q.   Biomedical?
19    A.   Yes.
20    Q.   Did you do the biomedical
21  research yourself prior to writing your
22  expert report?
23    MS. MILLER:  Objection.
24    THE WITNESS:  Yes.
25

Page 89

1  QUESTIONS BY MR. RESTAINO:
2    Q.   And what was the methodology
3  that you employed?
4    A.   Well, other than reading expert
5  reports and deposition transcripts, which I
6  think we can all agree were provided for me,
7  I think I utilized a methodology that most
8  would agree is standard, which would involve
9  PubMed searches and perhaps to a lesser
10  extent Google searches.
11    Q.   In conducting your PubMed and
12  perhaps to a lesser extent Google searches,
13  did you utilize keywords to find the
14  particular articles you may have been looking
15  for?
16    A.   I'm not aware of any other way
17  to do a search without keywords.
18    Q.   And as you sit here today, can
19  you share with us some of the keywords you
20  utilized?
21    A.   "Ovarian," "cancer," "talc,"
22  "talcum powder."  I honestly don't remember
23  any other words.
24    Q.   How about "inflammation"?
25    A.   So I'm aware of having come

Jeffrey A. Boyd, Ph.D.

Page 90

1    across papers having to do with, for example,
2    inflammation insofar as the keywords that I
3    recall using led me to papers that had
4    concepts embedded in them as perhaps
5    citations, which would lead me to look up a
6    citation typically with an author's name, a
7    page number, a journal, for example.
8        I don't recall performing a
9    literature search using the term
10   "inflammation" specifically.
11       Q.    Forgive me for paraphrasing an
12   earlier answer you may have given, but my
13   understanding was that your understanding for
14   your purpose of being here today was to
15   discuss Dr. Saed's expert report and his
16   experiment and the biological plausibility as
17   put forth by the plaintiff attorneys.
18       Am I wrong with that?
19       MS. MILLER:  Objection.
20       THE WITNESS:  It's my
21   understanding that my purpose for
22   being here today is to discuss
23   Dr. Saed's work, his published work,
24   his deposition transcript, his expert
25   report specifically, and in a more

Page 91

1    general sense biologic plausibility.
2    QUESTIONS BY MR. RESTAINO:
3        Q.    Okay.  And you understand that
4    a key component of the biological
5    plausibility argument put forth by the
6    plaintiff experts involves the role of
7    chronic inflammation in the development of
8    ovarian cancer?
9        MS. MILLER:  Objection.
10       THE WITNESS:  I'm sorry, could
11   you repeat the question?
12   QUESTIONS BY MR. RESTAINO:
13       Q.    You understand that a key
14   component of the biological plausibility
15   argument put forth by the plaintiff experts
16   involves the role of chronic inflammation in
17   the development of ovarian cancer?
18       MS. MILLER:  Objection.
19       THE WITNESS:  I can certainly
20   say that I'm most familiar with
21   Dr. Saed's work addressing hypotheses
22   related to biologic plausibility.
23   QUESTIONS BY MR. RESTAINO:
24       Q.    Did Dr. Saed's work pertaining
25   to the biological plausibility have to deal

Page 92

1    with the role of inflammation?
2        A.    He -- I'm sorry, repeat the
3    question, please.
4        Q.    Did Dr. Saed's experiment
5    pertaining to biological plausibility involve
6    the role of inflammation?
7        A.    He claims that it did.
8        Q.    And I believe you testified
9    earlier that you either read or skimmed the
10   study that was authored by Dr. Shih and
11   attached to his expert report; is that
12   correct?
13       A.    I took a very quick look at it.
14       Q.    Do you know -- I'm sorry,
15   forgive me.
16       Were you finished?
17       A.    Yes.
18       Q.    Do you know if a component of
19   that study had to do with the
20   histopathological analysis of the presence or
21   absence of inflammation?
22       A.    I honestly can't recall.
23       Q.    Did you write in its entirety
24   your expert report by yourself?
25       A.    I'm pretty sure you asked

Page 93

1    before, and I said yes.
2        Q.    Okay.  Are the words and the
3    language in your report your choice of
4    language?
5        A.    It's the same question, but,
6    yes.
7        Q.    Are all your opinions that you
8    will be offering regarding the role of
9    Dr. Saed's report and study and the role of
10   biological plausibility contained within your
11   expert report?
12       A.    I'm sorry, I thought you were
13   heading somewhere else with the prelude.
14       Could you repeat the question,
15   please?
16       Q.    Are all the opinions you will
17   be offering regarding the role of Dr. Saed's
18   report and study and the role of biological
19   plausibility contained within your expert
20   report?
21       A.    I'm sure my expert report could
22   have been longer, so that's really a
23   difficult question to answer.
24       Q.    As you sit here today, do you
25   have any other opinions that you have not put

Jeffrey A. Boyd, Ph.D.

Page 94

1    into your expert report regarding Dr. Saed --
2         A.    That's just -- I'm sorry for
3    laughing.  It's a serious -- you're a serious
4    man.  I'm a serious man.  It's a serious
5    issue.
6              But I just find it an
7    incredibly difficult question to answer, I'm
8    sorry.
9         Q.    I'm going to try to make it as
10   easy as possible.
11             Other than that which you've
12   written in your expert report, since the date
13   of signing your report, have you established
14   any other opinion regarding Dr. Saed's study,
15   Dr. Saed's expert report or the biological
16   plausibility regarding talcum powder and
17   ovarian cancer?
18             MS. MILLER:  Objection.
19             THE WITNESS:  Well, I've read
20        Dr. Saed's subsequent published paper
21        in Reproductive Sciences, which
22        happened after I prepared my expert
23        report, and I've formed some opinions
24        about the content of that paper.
25

Page 95

1    QUESTIONS BY MR. RESTAINO:
2         Q.    Okay.  Are those opinions
3    listed in your expert report?
4         MS. MILLER:  Objection.
5         THE WITNESS:  You obviously
6         misunderstood my answer.
7    QUESTIONS BY MR. RESTAINO:
8         Q.    Well, you said -- what you said
9    was, "Well, I read Dr. Saed's subsequent
10   published paper in Reproductive Sciences,
11   which happened after I prepared my expert
12   report."
13             Was that, after you prepared
14   it, also after you finalized it and signed
15   it?
16             MS. MILLER:  As you know, it
17        wasn't published until after
18        February 25, so I don't really know
19        where you're headed here.
20             MR. RESTAINO:  So I
21        misunderstood, and I'll strike the
22        question.
23   QUESTIONS BY MR. RESTAINO:
24        Q.    Doctor, I'm just trying to
25   learn if there's anything else that -- any

Page 96

1    other expert opinion you've developed since
2    you've signed your expert report that you
3    would be offering.  And we have a right to
4    know what that expert opinion is.
5         A.    I'll do my best to answer
6    whichever questions you choose to ask me.  I
7    think about this a lot.
8         Q.    Have --
9         A.    In the middle of the night, for
10   example.
11             I can't honestly say that I'm
12   forming expert opinions, but, you know, it's
13   consumed a lot of my free time over the past
14   several months.
15        Q.    As you've thought about this
16   since you've signed and submitted your expert
17   report, have you developed any opinions that
18   are in disagreement with that which you have
19   listed in your expert report?
20        A.    No.
21        Q.    Do you consider yourself an
22   expert in the carcinogenicity of ovarian
23   cancer?
24             MS. MILLER:  Objection.
25             THE WITNESS:  And so I suppose

Page 97

1    when I ask you, how do you define
2    carcinogenicity, you're going to ask
3    me how do I define carcinogenicity?
4    QUESTIONS BY MR. RESTAINO:
5         Q.    I'm going to fool you this
6    time.
7              How about carcinogenicity is
8    the ability or tendency of an agent to induce
9    tumors, benign or malignant, increase their
10   incidence or malignancy, or shorten the time
11   of tumor occurrence when it is inhaled,
12   ingested, dermally applied or injected, does
13   that sound like a reasonable definition?
14        A.    That's the Google dictionary
15   definition.
16        Q.    I disagree, but it's a
17   definition.
18        A.    It's certainly a definition.
19        Q.    Is it a reasonable definition?
20        A.    It's a reasonable definition.
21        Q.    Okay.  Are you familiar with
22   what has been described as the hallmarks of
23   carcinogenicity as published by Hanahan and
24   Weinberg in 1990?
25        A.    No.

25  (Pages 94 to 97)

Jeffrey A. Boyd, Ph.D.

Page 98

1        You got the title wrong, and
2    you got the date wrong.
3        Q.    How so?
4        A.    They've published two versions,
5    one in 2000 and one in 2011, and
6    carcinogenicity is not in the title.
7        Q.    I wasn't actually asking for
8    the title of the paper, but are you -- you're
9    obviously then familiar with Hallmarks of
10   Cancer as published in 1990?
11       A.    No.
12       Q.    Is there a different title?
13       A.    No, there's a different date.
14       Q.    2000.  I'm sorry, in 2000.
15       A.    It's okay.
16             I have very little memory of
17   the original 2000 paper.  I've certainly read
18   the paper published -- the update, the
19   version of the paper published in 2011.
20       Q.    As you sit here today, can you
21   share with us any of the recognized hallmarks
22   of cancer?
23             MS. MILLER:  Objection.
24             THE WITNESS:  I'd be happy to
25   go over them with you if you could

Page 99

1    produce a copy of the paper.  It's a
2    extraordinarily comprehensive overview
3    of cancer generally that's typically
4    used to inform nonexperts in the
5    field.
6    QUESTIONS BY MR. RESTAINO:
7        Q.    What is the objective basis for
8    your opinion that it is typically used to
9    inform nonexperts in the field?
10       A.    Experts in the field of cancer
11   generally are familiar with the concepts
12   articulated by the authors.
13             I, for example, use Figure 1
14   when I'm giving lectures to lay people,
15   general practitioners, medical students, for
16   example.
17       Q.    And how about other
18   researchers?  Do you know how they use the
19   publication?
20       A.    I certainly can't speak to how
21   other researchers use any publication.
22       Q.    Do you know how often that
23   paper has been cited by medical researchers?
24       A.    I could try to recall the
25   number that was offered by plaintiffs'

Page 100

1    attorneys in a previous deposition
2    transcript, but I'll let you recapitulate the
3    number for me, if that's what you're
4    interested in doing.
5        Q.    I'll come back.
6        A.    Okay.
7        Q.    We've talked a little bit about
8    a risk factor, correct?
9        A.    I seem to recall the question
10   as to how do I define a risk factor, yeah.
11       Q.    Do you agree that there are
12   certain risk factors that are associated with
13   the development of ovarian cancer?
14       A.    Yes.
15       Q.    Would you agree that for a risk
16   factor to be a true risk factor, it must be
17   biologically plausible?
18       A.    "True" is an overly subjective
19   and impossible to interpret term from a
20   scientist's -- from a scientific standpoint.
21       Q.    Would you agree that for a risk
22   factor to be an accurate risk factor, it must
23   be biologically plausible?
24       A.    Same answer.
25       Q.    Would you agree that a risk

Page 101

1    factor for the development of a disease such
2    as ovarian cancer must have a biologically
3    plausible basis in order to be an accurate
4    risk?
5        A.    Reusing the same words, so I
6    would have to give you the same answer.
7        Q.    I'm just trying to make it
8    easier for you.  Let me try using an example.
9             Would you agree that aside from
10   gender, which is a given, that a woman over
11   age 45 is at increased risk for developing
12   ovarian cancer than a woman in her 20s?
13             MS. MILLER:  Objection.
14             THE WITNESS:  A great majority
15   of human cancers, other than those
16   that occur in kids, which are very
17   limited in scope, are diseases of
18   aging, generally speaking.  So age is,
19   in and of itself, a risk factor for
20   virtually all cancers that occur in
21   adults.
22   QUESTIONS BY MR. RESTAINO:
23       Q.    Is age a biologically plausible
24   risk factor?
25             MS. MILLER:  Objection.

26 (Pages 98 to 101)

Jeffrey A. Boyd, Ph.D.

Page 102

1     THE WITNESS: Yes.
2   QUESTIONS BY MR. RESTAINO:
3     Q.   How about a woman of Jewish
4   ethnicity?  Does a woman over the age of 55
5   who is of Jewish ethnicity have an increased
6   risk for the development of ovarian cancer
7   than a non-Jewish woman who is in her 20s?
8     MS. MILLER: Objection.
9     THE WITNESS: Ashkenazi
10   Jewish --
11   QUESTIONS BY MR. RESTAINO:
12     Q.   If you like.
13     A.   -- question mark?
14     Q.   Yes.
15     MS. MILLER: Still objection.
16     THE WITNESS: You've conflated
17   two questions into one, I'm sorry.
18     You've -- you've asked about
19   Jewish women of a certain age and
20   non-Jewish women of a certain age.
21     Could we break -- could we
22   parse out the question?
23   QUESTIONS BY MR. RESTAINO:
24     Q.   Are women of Jewish ethnicity
25   at a higher risk of developing ovarian cancer

Page 103

1   than women of non-Jewish ethnicity?
2     MS. MILLER: Objection.
3     THE WITNESS: Ashkenazi Jews,
4   generally speaking, carry mutations in
5   the BRCA1 and 2 genes at a much higher
6   frequency than individuals in the
7   non-Ashkenazi Jewish population.
8     MS. MILLER: Stop reminding me.
9     THE WITNESS: And I would
10   remind you that men do as well, of the
11   same ethnicity.
12   QUESTIONS BY MR. RESTAINO:
13     Q.   But men are not at a risk for
14   ovarian cancer, correct?
15     A.   No, but they're certainly at
16   risk for male breast cancer, which is
17   associated with BRCA2 in particular.
18     Q.   BRCA1 and 2, are they
19   biologically plausible risk factors for the
20   development of ovarian cancer in women?
21     A.   Yes.
22     Q.   Doctor, you've written also on
23   the risk factors of carcinogenicity.  And
24   without playing any word games or trying to
25   ask you when and where --

Page 104

1     A.   Thank you.
2     Q.   -- in 2013 do you recall
3   publishing "Metastasis Dynamics for a
4   Non-Small-Cell Lung Cancer:  Effect of
5   Patient and Tumor-Related Factors"?
6     A.   I'm sorry, I -- no.
7     Q.   Okay.  Fair enough.
8     Would you agree that some of
9   the pathological factors that are associated
10   with reoccurrence of cancer, specifically
11   lung cancer, would be, A, size of the primary
12   tumor?
13     A.   I'm not an expert in lung
14   cancer.
15     Q.   Would it be the same answer
16   for -- if there was lymph node involvement?
17     MS. MILLER: Objection.
18     Same answer to what?  Could you
19   just make that question clearer?
20     MR. RESTAINO: Sure.  Sure.
21   QUESTIONS BY MR. RESTAINO:
22     Q.   Would you agree that one of the
23   pathological factors associated with a higher
24   risk of reoccurrence in any cancer, but let's
25   limit it to non-small cell lung cancer, would

Page 105

1   include lymph node involvement?
2     A.   I would agree that the risk of
3   recurrence of virtually all human cancers is
4   increased with higher stage, and lymph node
5   involvement is typically associated with a
6   higher pathologic or -- and/or clinical
7   stage.
8     Q.   Is that a biologically
9   plausible risk factor for reoccurrence?
10     A.   Could you ask the complete
11   question, please?
12     Q.   Would the lymph node
13   involvement of any cancer be associated with
14   a biologically plausible increased risk of
15   reoccurrence of that cancer?
16     A.   Yes.
17     Q.   And as a physician -- excuse
18   me.  As scientist of your gravitas, would you
19   agree that you would not publish the risk
20   factors of any cancer, whether it be the
21   origin of the cancer or the reoccurrence, if
22   the risk factor did not have a biologically
23   plausible basis; is that a fair enough
24   statement?
25     MS. MILLER: Objection.

27 (Pages 102 to 105)

Jeffrey A. Boyd, Ph.D.

Page 106

1      THE WITNESS:  Well, I hope it's
2   a question, first of all.
3      And could you please repeat it?
4   QUESTIONS BY MR. RESTAINO:
5      Q.   Yes.
6      Doctor, as a scientist with
7   your gravitas --
8      A.   Thank you.
9      Q.   -- would you agree you would
10   not publish in the peer-reviewed medical --
11   biomedical literature on the risk factor of
12   any cancer, be it may -- be as it may the
13   origin of that cancer or the reoccurrence of
14   that cancer unless the risk factors had a
15   biologically plausible basis?
16      MS. MILLER:  Objection.
17      THE WITNESS:  I would say that
18   generally speaking, biological
19   plausibility in the context of cancer
20   generally is more important when the
21   level of risk associated with the
22   hypothesized risk factor is very low.
23      So in other words, to give you
24   an example, I would suggest that
25   biological plausibility linking

Page 107

1   cigarette smoking to lung cancer is
2   less important because of the enormous
3   magnitude of the association,
4   consistent and large over decades of
5   study.
6   QUESTIONS BY MR. RESTAINO:
7      Q.   Using cigarette smoking --
8      A.   As an example.  I'm sorry to
9   interrupt.
10      Q.   I'm sorry.
11      Using cigarette smoking also an
12   as example then, cigarette smoking is also
13   associated with cardiovascular disease; would
14   you agree?
15      A.   Yes.
16      Q.   Would you also agree that the
17   risk ratio associated with cigarette smoking
18   and cardiovascular disease is far less than
19   the risk ratio of cigarette smoking and lung
20   cancer?
21      A.   I can't comment on the
22   relative -- I can't comment with authority on
23   the magnitude of the risk factors for
24   cardiovascular disease compared to lung
25   cancer associated with cigarette smoking.

Page 108

1      It's not a memory test, as I
2   recall.
3      Q.   No, it isn't, and I'm not going
4   to test your memory in areas there.
5      Have you published in the
6   biomedical literature on the role of the
7   BRCA1 and BRCA2 mutations and their role with
8   breast cancer?
9      A.   Yes.
10      Q.   Have you published with those
11   mutations and their role in ovarian cancer?
12      A.   Yes.
13      Q.   Have you published on the role
14   of Jewish ethnicity and the development of
15   ovarian cancer?
16      A.   Jewish ethnicity, per se, no.
17      Q.   And how about any specific type
18   of form of Jewish ethnicity?
19      A.   I'm not getting at Ashkenazi
20   versus Sephardic.  I'm getting at ethnicity,
21   per se, as opposed to the prevalence of BRCA
22   mutations in the Ashkenazi.
23      Q.   Regarding the development of
24   ovarian cancer, do you recognize family
25   history as a biologically plausible risk

Page 109

1   factor?
2      MS. MILLER:  Objection.
3      THE WITNESS:  Well, you're
4   using the word "biological
5   plausibility" with "risk factor,"
6   which is, I have to say, a strange
7   concept for me.
8      I'm familiar with the concept
9   of getting from association in an
10   epidemiologic context to causality in
11   a biological context using biological
12   plausibility as a tool when and, in
13   context, where it may be most
14   necessary.
15   QUESTIONS BY MR. RESTAINO:
16      Q.   Okay.  And in using the term as
17   you're most familiar with it, would you
18   publish on risk factors for any cancer if, in
19   your opinion, that risk factor was not
20   biologically plausible?
21      MS. MILLER:  Objection.
22      THE WITNESS:  It's just a very
23   vague question.  Hard to answer.
24      If you'd like to refer me to
25   one of my specific publications, I'd

28 (Pages 106 to 109)

Jeffrey A. Boyd, Ph.D.

Page 110

1    be happy to address the rationale
2    underlying my reasons for publishing
3    the data contained in that
4    publication.
5    QUESTIONS BY MR. RESTAINO:
6        Q.   Well, I mentioned previously
7    the "Metastasis Dynamics for Non-Small-Cell
8    Lung Cancer:  Effect of Patient and
9    Tumor-Related Factors," but as you sit here
10   today, you do not recall that, correct?
11       A.   All I heard, with all due
12   respect, sir, is a jumble of words.  It
13   doesn't even sound like the title of a paper.
14       But to the extent that you're
15   probably reading from my CV, I don't recall
16   the paper.
17   Q.   Okay.
18       MS. MILLER:  Is this a good
19   time for a break?
20       MR. RESTAINO:  Sure.
21       MS. MILLER:  Great.
22       VIDEOGRAPHER:  Off the record
23   at 11:16 a.m.
24       (Off the record at 11:16 a.m.)
25       VIDEOGRAPHER:  We are back on

Page 111

1    the record at 11:31 a.m.
2    QUESTIONS BY MR. RESTAINO:
3        Q.   Welcome back, Dr. Boyd.
4    Dr. Boyd, do you intend to
5    offer an opinion as to whether or not talc
6    powder particles can migrate to the ovaries?
7        A.   No.
8        Q.   Now, with your expert report,
9    if you would turn to page 2.  And by that I
10   mean the numbered page 2.  All right?
11       You have a Section 2, Scope of
12   Report.  And the first sentence there:  "I
13   was asked to opine on Dr. Ghassan Saed's
14   expert report based on my experience as a
15   molecular biologist in cancer research, and
16   in particular, whether this research supports
17   the biological plausibility of the
18   plaintiff's theory that perineal talc use
19   causes ovarian cancer."
20       And, Doctor, did I read that
21   correctly?
22       A.   You correctly read those words.
23       Q.   Now, as you wrote them there,
24   how are you using biological plausibility?
25       A.   The biological process through

Page 112

1    which talc causes the transformation of a
2    normal cell into a cell that ultimately
3    manifests as the multiple different tumor
4    types that we collectively refer to as
5    epithelial ovarian carcinoma.
6        Q.   And have you ever been asked in
7    your professional career to review another
8    expert's expert report?
9        A.   Before this litigation?
10       Q.   Yes, sir.
11       A.   Again, I would remind you
12   of the one other case, other than the
13   administrative issues in Miami, in the late
14   '90s, early 2000s, which was litigation
15   involving -- well, to answer your question,
16   yes, several decades ago.
17       Q.   And also at that time, were you
18   asked to review any underlying notebook or
19   laboratory documentation that might have been
20   used as the basis for any opinions in that
21   expert report?
22       A.   No.
23       Q.   Have you ever, in your
24   professional career, been asked to review the
25   notebook and underlying laboratory documents

Page 113

1    from an individual's experiments?
2        A.   Well, that's a pretty broad
3    question.  I have been the principal
4    investigator in many laboratories, and I
5    reviewed many laboratory notebooks.  I have
6    created many laboratory notebooks personally
7    in the earlier stages of my career.
8        And to reiterate, in the more
9    senior stages of my career as a principal
10   investigator heading up a laboratory, larger
11   or smaller as it might be, I have reviewed a
12   multitude of laboratory notebooks.
13       Q.   Have you ever had -- have you
14   ever been asked to review the laboratory
15   notebook for any researchers not associated
16   with your laboratory?
17       A.   Yes.
18       Q.   And under what circumstances?
19       A.   Alleged scientific fraud at an
20   institution where I was in one case the chief
21   scientific officer and in another case the
22   chair of the department in which the alleged
23   fraud took place.
24       Q.   If you would turn now to --
25   stay on page 2 of your expert report.  The

29 (Pages 110 to 113)

Jeffrey A. Boyd, Ph.D.

Page 114

1    top paragraph, third line down, first full
2    sentence you write, "My current research
3    interests."
4            Do you see that, sir?
5        A.   Yes.
6        Q.   "My current research interests
7    include the histogenesis, open paren, cell of
8    origin, close paren, of ovarian cancer, the
9    comprehensive genomic characterization of
10   ovarian cancer stem cells, and the genomic
11   basis of diethylstilbestrol, open paren, DES,
12   close paren, hyphen, induced carcinogenesis
13   of the cervix and vagina of women exposed to
14   DES in utero."
15           Did I read that correctly?
16       A.   You read it perfectly.
17       Q.   Okay.  Is DES a form of
18   synthetic estrogen?
19       A.    DES is indeed a synthetic
20   estrogen.
21       Q.    And does the prenatal exposure
22   to DES cause subsequent development of clear
23   cell adenocarcinoma in the lower reproductive
24   tract of some daughters of women who have
25   taken the drug?

Page 115

1        A.   It has been associated with the
2    development of aforementioned tumors in the
3    context that you've described, yes.
4        Q.   My question was:  "Does the
5    prenatal exposure to DES cause subsequent
6    development of clear cell adenocarcinoma?"
7            And your answer involved the
8    word "association."
9        A.   Yes.
10       Q.   So let me reask my question, if
11   I may.
12           Does the prenatal exposure to
13   DES cause subsequent development of clear
14   cell adenocarcinoma in the lower reproductive
15   tract of some daughters of women who have
16   taken the drug?
17           MS. MILLER:  Objection.
18           THE WITNESS:  In humans, for a
19   given human patient, it should be
20   rather self-evident that it's
21   virtually impossible to ascribe -- or
22   attribute, I'm sorry, the development
23   of a particular cancer to a particular
24   exposure in a given individual.
25           So we look typically, in humans

Page 116

1    as opposed to in animals or lower
2    organisms or cells and so forth, in
3    humans we tend to make these
4    conclusions based on the strengths of
5    the association.
6            And in this particular case,
7    clear cell carcinomas of the vagina
8    and cervix are, generally speaking,
9    extremely rare tumors.  Furthermore,
10   in young women, for example,
11   teenagers, women in their 20s, they're
12   virtually unheard of.
13           And so in 1971, more or less,
14   when Dr. Arthur Herbst at the
15   University of Chicago published a
16   paper in the New England Journal
17   describing a cluster of cases of clear
18   cell adenocarcinoma of the
19   cervicovaginal region in women exposed
20   to DES in utero, this was such a rare
21   confluence of an environmental, if you
22   will, or biological exposure to a
23   xenobiotic and the development of an
24   otherwise virtually unheard of cancer
25   in terms of the cancer and the age of

Page 117

1    the women developing it, that the
2    strength of the association was, in
3    the minds of many at the time,
4    sufficient to attribute causality
5    between the in utero exposure to DES
6    and the development of the clear cell
7    cancer in the young women.
8            I hope that was a cogent answer
9    to your question.
10   QUESTIONS BY MR. RESTAINO:
11       Q.   Yes.
12           Do you rely heavily upon
13   strength of association to determine a
14   causation?
15           MS. MILLER:  Objection.
16           THE WITNESS:  I'm sorry, I was
17   distracted by the --
18           MS. MILLER:  Yeah, is there --
19   is that on there on purpose?
20           THE WITNESS:  I just keep
21   looking at my CV and wondering --
22           MS. MILLER:  With the little
23   green sticky on it?
24           MR. RESTAINO:  No.
25           THE WITNESS:  I guess it's

Jeffrey A. Boyd, Ph.D.

Page 118

```
 1    the --
 2         MR. RESTAINO:  We can probably
 3    turn this off.
 4         THE WITNESS:  There's a camera
 5    there or something.
 6         MS. MILLER:  Well, why don't
 7    you turn that off, because it is
 8    distracting.
 9         THE WITNESS:  I apologize.
10         MR. RESTAINO:  No, there's no
11    apology necessary.
12         THE WITNESS:  Yeah.
13         And could you repeat the
14    question, please?
15    QUESTIONS BY MR. RESTAINO:
16         Q.    Well, yes.
17         My question, you know, was:
18    Does the prenatal exposure to DES cause the
19    subsequent development of clear cell
20    adenocarcinoma in the lower reproductive
21    tract in the daughters of women who have
22    taken the drug?
23         A.    Well, again, I respectfully
24    submit that I've answered the question.  I'll
25    answer it again.
```

Page 119

```
 1         Q.    I'm sorry, sir, I only asked
 2    again because you asked me to.
 3         MS. MILLER:  Actually, that
 4    wasn't your last question.  You had
 5    moved on from that.
 6         THE WITNESS:  Yeah, it was a
 7    different question.
 8         MR. RESTAINO:  Okay.  I
 9    apologize.
10    QUESTIONS BY MR. RESTAINO:
11         Q.    Do you rely upon the strength
12    of association in determining causation?
13         A.    I think it's an important
14    factor.
15         (Boyd Exhibit 6 marked for
16    identification.)
17    QUESTIONS BY MR. RESTAINO:
18         Q.    I've now marked as Boyd 6 an
19    article titled "Hormonal Carcinogenesis and
20    Environmental Influences:  Background and
21    Overview," written by a James Huff, Jeff Boyd
22    and J. Carl Barrett.
23         Does that sound familiar, sir?
24         A.    Yes.
25         Q.    And if you would turn to
```

Page 120

```
 1    page 13 of that document.
 2         A.    All right.  I'm sorry, let
 3    me -- could I just look at, for a moment, the
 4    document in its entirety?
 5         And which page, please?
 6         Q.    Page 13.
 7         Actually, let's look on page 15
 8    of the document.  There's a heading there,
 9    "Chemicals and Hormonal Cancers."
10         Do you see that, sir?
11         A.    Uh-huh.
12         Q.    Now, in the middle of that
13    paragraph, the big paragraph underneath it,
14    one, two, three, four, five, six, seven,
15    eight -- nine lines down there's a sentence
16    that starts all the way to the right with the
17    word "much" after a citation of Marselos and
18    Tomatis.
19         Do you see that, sir?
20         A.    Yes.
21         MS. MILLER:  I don't.
22         MR. RESTAINO:  Page 15,
23    Chemicals and Hormonal Cancers,
24    Jessica.
25         MS. MILLER:  Okay.
```

Page 121

```
 1         MR. RESTAINO:  About 11 down.
 2    The word "much" is on the right-hand
 3    side following the citation.
 4         MS. MILLER:  I see it.
 5    QUESTIONS BY MR. RESTAINO:
 6         Q.    "Much of the stimulus for
 7    evaluating chemicals for potential
 8    carcinogenicity came from the revelation that
 9    DES caused cancer in both male and female
10    human offspring whose women have been given
11    DES to prevent or reduce threatened
12    spontaneous abortion."
13         And then there's several
14    citations there, including Chapter 19 of the
15    volume from which this paper came from.
16         Did I read that correctly?
17         A.    Yes.
18         Q.    And you used -- you write there
19    that "DES caused cancer," correct?
20         A.    Well, first of all, three of
21    us, I being the middle author, were involved
22    in the authorship of this article.
23         So I'm sorry, but I -- I
24    focused on the word "you," so I would
25    respectfully ask you to repeat the question
```

31 (Pages 118 to 121)

Jeffrey A. Boyd, Ph.D.

Page 122

1    so that I may digest the full question.
2         Q.    As used here by yourself and
3    your coauthors, "Much of the stimulus for
4    evaluating chemicals for potential
5    carcinogenicity came from the revelation that
6    DES caused cancer in both male and female
7    human offspring whose mother had been given
8    DES to prevent or reduce threatened
9    spontaneous abortion."
10        Did I read it correctly?
11        A.    You read it correctly again,
12   yes.
13        Q.    Okay.  Now, Doctor, has the
14   causal association between DES and clear cell
15   adenocarcinoma ever been established in a
16   randomized controlled trial?
17        MS. MILLER:  Objection.
18        THE WITNESS:  I'll just say no.
19   QUESTIONS BY MR. RESTAINO:
20        Q.    Has the causal association
21   between DES and clear cell adenocarcinoma
22   ever been established in a cohort
23   observational study?
24        MS. MILLER:  Objection.
25        THE WITNESS:  Could you repeat

Page 123

1    the question, please?
2    QUESTIONS BY MR. RESTAINO:
3         Q.    Yes.
4         Has the causal association
5    between DES and clear cell adenocarcinoma
6    ever been established in a cohort
7    observational study?
8         A.    Well, first of all, you're
9    using the words "causal" and "association"
10   together, which in my mind are different
11   concepts.
12        As I believe I suggested
13   before, in my mind, epidemiologic studies,
14   whether they be case-control or cohort
15   studies, are typically relied upon to suggest
16   associations leading to hypotheses that may
17   be further tested regarding causation.
18        So juxtaposing "association"
19   and "causation" in the sentence is, in my
20   mind, inappropriate.
21        Q.    Has the causal relationship
22   between DES and clear cell adenocarcinoma
23   ever been established in a cohort
24   observational study?
25        MS. MILLER:  Objection.  It's a

Page 124

1    misleading question.
2         THE WITNESS:  I would say no
3    because -- for the primary reason that
4    the -- the events were extraordinarily
5    rare, and DES was on the market for
6    pregnancy support for a relatively
7    short period of time, late '40s until
8    1971.
9         It would be impossible to do
10   such a study, in my mind, and have it
11   significantly powered; hence the
12   reliance on animal models over the
13   years to provide much more rigorous
14   evidence of causality with respect to
15   DES and carcinogenicity.
16   QUESTIONS BY MR. RESTAINO:
17        Q.    In fact, the initial
18   association between DES and clear cell
19   carcinoma -- adenocarcinoma in the offspring
20   of women who took it, the drug, were
21   established in case-control studies
22   initially, correct?
23        A.    I'm of the -- I'm aware of the
24   paper that I referenced earlier as being the
25   first suggestion that there was an

Page 125

1    association.
2         Q.    Would you agree it would be
3    inaccurate for anyone to say that causation
4    cannot be established for the use of
5    case-control studies?
6         MS. MILLER:  Objection.
7         THE WITNESS:  Several negatives
8    in there.
9         Could you repeat the question,
10   please?
11   QUESTIONS BY MR. RESTAINO:
12        Q.    Would you agree it would be
13   inaccurate for one to say that a causal
14   association between a substance or a drug and
15   the development of cancer cannot be
16   established through case-controlled,
17   observational epidemiology?
18        MS. MILLER:  Objection.
19        THE WITNESS:  Well, first, I'm
20   not an expert in epidemiology and
21   the -- I'll stop there.
22   QUESTIONS BY MR. RESTAINO:
23        Q.    Okay.  You write on the bottom
24   of page 2 of your expert report, the very
25   last sentence --

32 (Pages 122 to 125)

Jeffrey A. Boyd, Ph.D.

Page 126

1        MS. MILLER: "Overall"?
2        MR. RESTAINO: "Overall."
3    QUESTIONS BY MR. RESTAINO:
4        Q.    The last sentence that goes on
5    to page 3. "Overall, genetic predisposition
6    is currently believed to be associated with
7    approximately 20 percent of all ovarian
8    cancers."
9        Did I read that correctly?
10       A.    You read it correctly.
11       Q.    And then you then write, "It is
12   very important to recognize that ovarian
13   cancers associated with genetic
14   predisposition, as well as those, open paren,
15   approximately 80 percent, close paren, that
16   occur, quote, sporadically, close paren, are
17   all associated with the acquisition and
18   accumulation of mutations affecting multiple
19   cancer-related genes."
20       Did I read that correctly, sir?
21       A.    You read it correctly.
22       Q.    And you do not have a reference
23   for that opinion, do you?
24       A.    No.
25       Q.    The next sense -- next sentence

Page 127

1    you wrote, "In this sense, all ovarian
2    cancers, open paren, and indeed all cancers
3    generally, close paren, represent a genetic
4    disease."
5        Did I read that correctly?
6        A.    Yes, you did.
7        Q.    And again, there's no reference
8    for that, correct?
9        A.    You are correct.
10       Q.    Now, are you familiar with the
11   term "multicausality" as it relates to cancer
12   development?
13       A.    No.
14       Q.    Are you associated with the
15   term "multicausality" as it relates to any
16   disease?
17       A.    I mean, I can infer what such a
18   word might mean.  I'm -- it's not a word I've
19   ever used.
20       Q.    Okay.
21       A.    To the best of my knowledge.
22       Q.    As an expert in genetics, would
23   you agree that it's reasonably safe to assume
24   that there are nearly always some genetic and
25   some environmental component causes in every

Page 128

1    causal mechanism?
2        MS. MILLER:  Objection.
3        THE WITNESS:  I would disagree.
4    That's a hugely, overly broad
5    statement about cancers generally.
6    QUESTIONS BY MR. RESTAINO:
7        Q.    Are you familiar with the term
8    "gene environment interaction"?
9        A.    Yes.
10       Q.    And this means that an
11   environmental factor's effect upon a body may
12   depend upon a genetic factor; isn't that
13   correct?
14       A.    Would you repeat the question,
15   please?
16       Q.    That means that an
17   environmental factor's effect on the body may
18   depend upon a genetic factor; is that
19   correct?
20       A.    Not really.
21       Q.    You can't think of any
22   situations where that --
23       A.    No, I'm saying your -- your
24   definition of the term is not really correct
25   as I understand it.

Page 129

1        Q.    Okay.  Would you agree that a
2    genetic factor's effect on the body may
3    depend upon the environmental factor?
4        A.    Could you give me an example of
5    an environmental factor in this particular
6    case?
7        I assume we're talking about --
8    we're still talking about hereditary ovarian
9    cancers?
10       Q.    We're just talking in general
11   about the gene environment interaction right
12   now and multicausality.
13       So, for example, there are
14   individuals who smoke 20 -- 20 cigarettes a
15   day for 40 years and they develop lung
16   cancer, correct?
17       A.    Correct.
18       Q.    And there are some individuals
19   who smoke the exact same amount and they
20   don't develop lung cancer?
21       A.    Correct.
22       Q.    And there are individuals that
23   are exposed to chimney smoke and they don't
24   develop cancer, testicular cancer, correct?
25       A.    Well, I assume you meant soot,

33 (Pages 126 to 129)

Jeffrey A. Boyd, Ph.D.

Page 130

1    but I'll -- assuming you agree with my
2    assumption as to your question, I would say
3    correct.
4        Q.    In fact, 1975, Sir Percival
5    Pott first reported on the association
6    between kidney -- chimney soot and testicular
7    cancer, correct?
8        MS. MILLER:  Objection.
9        THE WITNESS:  No, he'd been
10   dead for 200 years in 1975.
11   QUESTIONS BY MR. RESTAINO:
12       Q.    Okay.  Regardless of his death,
13   do you recall Dr. Pott reporting on the
14   incidence of testicular cancer in chimney
15   sweeps?
16       MS. MILLER:  Objection.
17       THE WITNESS:  I recall Sir
18   Percival Pott reporting on an
19   association between scrotal cancer and
20   sweeping chimney -- chimneys.
21   QUESTIONS BY MR. RESTAINO:
22       Q.    In fact, that may have been the
23   first reported association between an
24   environmental factor and the development of
25   cancer, agreed?

Page 131

1        MS. MILLER:  Objection.
2        THE WITNESS:  No, I think
3    that's probably a reach.  I think that
4    was an extraordinarily strong
5    association between an environmental
6    exposure and the development of a
7    cancer.
8        To the extent that it was the
9    first report, I really couldn't say.
10   QUESTIONS BY MR. RESTAINO:
11       Q.    Okay.  As you sit here today,
12   can you think of a prior environmental
13   exposure report leading to increased risk of
14   cancer in people?
15       A.    Prior to the 18th century?
16       Q.    Yes.
17       A.    No.
18       Q.    Well, would you agree -- or do
19   you have an opinion to a reasonable degree of
20   medical certainty or scientific certainty as
21   to what percentage of cancer in this country
22   are related to environmental factors?
23       MS. MILLER:  Objection.
24       THE WITNESS:  No.
25

Page 132

1    QUESTIONS BY MR. RESTAINO:
2        Q.    You would agree, though, that
3    certain genes, such as BRCA1, BRCA2, can give
4    women an inherent susceptibility to breast
5    cancer, correct?
6        A.    Inherent -- if we substitute
7    "inherit" for "inherent," I would agree with
8    that statement, yes.
9        MS. MILLER:  I was about to
10   object to that word.  You didn't give
11   me a chance.
12       THE WITNESS:  Noted.
13       MS. MILLER:  Did you mean
14   inherited, or did you mean inherent?
15       MR. RESTAINO:  It's written
16   "inherited," and I think I misspoke.
17       MS. MILLER:  Okay.
18       MR. RESTAINO:  So I'll repeat
19   the question.
20       MS. MILLER:  I didn't know what
21   you meant by "inherent," so --
22       THE WITNESS:  I know what you
23   meant, and so I'll --
24   QUESTIONS BY MR. RESTAINO:
25       Q.    Answer with the understanding

Page 133

1    it was inherited?
2        A.    Correct.
3        Q.    And in fact, the inherited
4    mutations in BRCA1, BRCA2 also confer a
5    predisposition to ovarian cancer in some
6    women, correct?
7        A.    That's correct.
8        Q.    But not everyone who has the
9    BRCA1 and BRCA2 mutation develops breast
10   cancer or ovarian cancer, correct?
11       A.    Correct.
12       Q.    Would you agree or disagree
13   that the general consensus of the medical
14   community is that many cancers are
15   environmentally caused?
16       A.    I would disagree.  There's
17   absolutely no evidence to support that
18   statement as you read it, today as we sit
19   here.
20       Q.    Today has it changed, in your
21   opinion?
22       A.    Yes, I think it has.
23       Q.    And when do you think it
24   changed?
25       A.    I think it changed dramatically

34 (Pages 130 to 133)

Jeffrey A. Boyd, Ph.D.

Page 134

1    in the late 1970s when Bishop and Varmus made
2    their seminal observation that human beings
3    had, within their genome, cells that in a
4    retroviral-induced context caused cancer in
5    chickens, leading to the ultimate realization
6    that cancer in humans is a result of
7    mutations in genes within the cells of our
8    various organs and tissues.
9        Q.    Okay.
10       A.    Prior to 1978 when those
11   seminal publications were published, we spent
12   a lot of time looking for links between the
13   environment and cancer, a lot of time looking
14   for links between viruses and cancer.
15          We -- in a very general sense
16   "we," the field -- spent a lot of time
17   looking for anything that could explain
18   cancer pathogenesis.  And that was really a
19   transformational event, a true inflection
20   point in our understanding of cancer
21   pathogenesis in humans generally, the
22   understanding that the aberrant regulation or
23   mutation of cells in one or another tissue
24   was in fact the driving force of cancer
25   development in most cases of cancer.  There

Page 135

1    are exceptions, of course.
2        Q.    And this was prior to 1978?
3        A.    No, the inflection point was
4    1978, and I was talking about subsequent.
5        Q.    Okay.
6        A.    Following 1978 where the whole
7    notion of cancer genes took root, catalyzed,
8    again, a virtual transformational period
9    involving our understanding of the driving
10   force of cancer development.
11       Q.    If you would turn again to I
12   think it's the last exhibit, which is 6, the
13   paper by James Huff and yourself and Carl
14   Barrett, and turn to page 11?
15       A.    This is Exhibit 5, correct?
16   No.  I'm sorry, I'm on my --
17       Q.    I think it's 6.
18       A.    Exhibit 6, you're correct.  I
19   had my --
20       Q.    That's quite all right.
21       A.    -- expert report.
22       Q.    There's a section there called
23   Cancer Causality and Etiology.
24       A.    Which page, please?
25       Q.    Page 11.

Page 136

1        Do you see that, sir?
2        A.    Cancer Causality and Etiology,
3    yes.
4        Q.    And then underneath that, you,
5    Dr. Huff and Dr. Barrett write, "Identifiable
6    causes of most human cancers unfortunately
7    remain unknown, yet the general consensus
8    appears to be that many are, quote,
9    environmentally caused and hence should be
10   preventable."
11          Did I read that correctly?
12       A.    You read it correctly.
13       Q.    And that was published by
14   Drs. Huff, yourself and Barrett in "Cellular
15   and Molecular Mechanisms of Hormonal
16   Carcinogenesis:  Environmental Influences,"
17   1996; is that correct?
18       A.    Yes.  20, 30 years ago.
19       Q.    And in the next paragraph you
20   wrote, "Known causes of cancer include both
21   external factors, open paren, tobacco smoke,
22   chemicals, occupational exposure
23   circumstances, radiation, viruses, close
24   paren, and internal factors, open paren,
25   hormones, immune conditions, inherited genes,

Page 137

1    close paren, as well as aging," which we
2    discussed earlier, correct?
3           MS. MILLER:  Is there a
4        question there?
5    QUESTIONS BY MR. RESTAINO:
6        Q.    Did I read that correctly?
7        A.    You read it correctly.
8           MS. MILLER:  Except to that
9        which we had discussed earlier.
10       That's not in here.
11   QUESTIONS BY MR. RESTAINO:
12       Q.    Now, Doctor, a moment ago or
13   some time ago, I did -- I asked you about the
14   concept of multifactorial disease.
15          Do you recall that?
16       A.    I do.
17       Q.    Would you agree that there are
18   multiple biologically plausible risk factors
19   for the development of ovarian cancer?
20          MS. MILLER:  Objection.
21       I think the witness testified
22       earlier that he doesn't think
23       biologically plausible is -- I just
24       want to get exactly right what he
25       said.

35 (Pages 134 to 137)

Jeffrey A. Boyd, Ph.D.

Page 138

1          THE WITNESS:  I can answer it
2     again.
3          MS. MILLER:  Okay.
4          THE WITNESS:  I don't equate
5     association with causality.
6     QUESTIONS BY MR. RESTAINO:
7          Q.    Okay.  Would you agree that
8     there are risk factors that are associated
9     with an increased risk for the development of
10    ovarian cancer?
11         A.    Yes.
12         Q.    Would that include, stating the
13    obvious, gender?
14         A.    Yes.
15         Q.    Age over 45?
16         A.    Yes.
17         Q.    How about a woman who has not
18    had a tubal ligation, does that increase the
19    risk?
20         A.    I wouldn't phrase it that way,
21    no.
22         Q.    How would you phrase it?
23         A.    I would say that tubal ligation
24    decreases the risk.
25         Q.    Okay.  How about no

Page 139

1     breastfeeding, would that be a risk or a
2     protective factor?
3          MS. MILLER:  Objection.
4          THE WITNESS:  Well, to the
5     extent that parity reduces risk and
6     breast cancer -- or breast -- I'm
7     sorry, breastfeeding is almost always
8     associated with having children, I
9     would agree that breastfeeding is
10    associated with a reduced risk of
11    developing ovarian cancer.
12    QUESTIONS BY MR. RESTAINO:
13         Q.    And the flip side, would no
14    breastfeeding, no live births, be a risk
15    factor for the development of ovarian cancer?
16         MS. MILLER:  Objection.
17         THE WITNESS:  I -- live births?
18    That's a little confusing to me.
19    QUESTIONS BY MR. RESTAINO:
20         Q.    Full-term delivery of a baby.
21         A.    We're going to have to start
22    over with the question.  I'm sorry.
23         Q.    Do you believe that no -- that
24    with no live births would be a risk factor
25    for the development of ovarian cancer?

Page 140

1          A.    Nulliparity is a risk factor
2     for ovarian cancer.
3          Q.    Would no oral contraceptive use
4     be a risk factor for the development of
5     ovarian cancer?
6          MS. MILLER:  Objection.
7          THE WITNESS:  I disagree with
8     the statement.
9     QUESTIONS BY MR. RESTAINO:
10         Q.    Is a positive family history of
11    ovarian cancer a risk factor for the
12    development of ovarian cancer?
13         A.    I would suggest that a family
14    history involving first degree-relatives is a
15    risk factor for the development of ovarian
16    cancer.
17         Q.    Would you agree that a woman
18    who has early onset breast cancer is at
19    increased risk for the development of ovarian
20    cancer?
21         MS. MILLER:  Objection.
22         THE WITNESS:  Yes, but I'd like
23    to qualify my answers to all of these
24    questions with respect to the
25    magnitude of risk, because it differs

Page 141

1     with all of the risk factors that
2     we've just articulated over a period
3     of --
4     QUESTIONS BY MR. RESTAINO:
5          Q.    And I apologize.  I should have
6     said this at the outset.
7          During the deposition I get to
8     ask my questions, and sometimes it's a yes or
9     no, disagree or agree answer.
10         At the end of the deposition,
11    the attorneys representing Johnson & Johnson
12    get to also ask you questions.  So if there
13    are questions that you want -- answers you
14    want to expand upon, you will have time to do
15    that at the end of the deposition.
16         MS. MILLER:  I think he can
17    also expand upon his answers during
18    the deposition in order to give full,
19    complete answers.
20         MR. RESTAINO:  Not if the
21    witness is going to come out with
22    "fourscore and seven years ago" like
23    Dr. Shih.  We're just not going down
24    that route today.
25         MS. MILLER:  I see.

36 (Pages 138 to 141)

Jeffrey A. Boyd, Ph.D.

Page 142

1    QUESTIONS BY MR. RESTAINO:
2        Q.   Doctor, is the use of oral --
3        A.   I'm sorry, perhaps I
4    misunderstood the ground rules.
5            In my mind, an answer is an
6    answer.
7        Q.   Yes, I like to go by that, too.
8    So if I ask you if you agree or disagree,
9    it's a simple answer:  "agree" or "disagree."
10           If you want to expand upon it,
11   then you'll have your opportunity at the end
12   of the deposition.
13           MS. MILLER:  If you do not feel
14       that agree or disagree is a complete
15       and full and honest answer, then you
16       should give a full, complete and
17       honest answer.
18   QUESTIONS BY MR. RESTAINO:
19       Q.   Doctor, would you agree that
20   the use of oral contraceptives are a
21   protective factor regarding ovarian cancer?
22           MS. MILLER:  Are we talking
23       about all ovarian cancer?  Are you
24       just talking about a specific ovarian
25       cancer?

Page 143

1        I just want to make sure we're
2    all on the same page here.
3            MR. RESTAINO:  Ovarian cancer
4    as in -- we're talking about in this
5    litigation and what's been discussed
6    in Dr. Saed's report and the
7    biological plausibility of plaintiff
8    experts referring to ovarian cancer.
9    QUESTIONS BY MR. RESTAINO:
10       Q.   Would the use of oral
11   contraceptive be considered a protective
12   factor?
13       A.   Would you like to finish the
14   question?
15       Q.   Would the use of oral
16   contraceptives be considered a protective
17   factor for the development of ovarian cancer?
18           MS. MILLER:  Objection.
19           THE WITNESS:  The use of oral
20   contraceptives confers a decreased
21   risk of developing epithelial ovarian
22   carcinoma, including all its
23   histologic variants.
24           And I might add that the
25   decreased risk associated with the use

Page 144

1    of oral contraceptives for five years
2    or more is an especially strong
3    association which differs from the
4    magnitude of many risks that we've
5    previously discussed.
6    QUESTIONS BY MR. RESTAINO:
7        Q.   Doctor, sitting here today in
8    2019, in addition to age over 45, no tubal
9    ligation, no breastfeeding, no live births,
10   oral contraceptive use, Jewish ethnicity,
11   family history of ovarian cancer, early onset
12   of breast cancer, would you add long-term
13   genital talcum powder to the list of risk
14   factors for the development of cancer,
15   ovarian cancer?
16       A.   No.
17       Q.   And why is that?
18       A.   It's twofold.  At best, the
19   epidemiologic association is quite weak, and
20   no biological plausibility.
21       Q.   How are you defining biological
22   plausibility now?
23           MS. MILLER:  Objection.
24           THE WITNESS:  I define
25   biological plausibility now as I

Page 145

1    define it always, which is in essence
2    the articulation of a cogent mechanism
3    that gets you from a weak association
4    to causality.
5    QUESTIONS BY MR. RESTAINO:
6        Q.   How do you define a cogent?
7        A.   I think a cogent mechanism, it
8    needs to be clear as opposed to muddled, I
9    think it needs to be logical as opposed to
10   illogical, and I think it needs to be
11   compelling as opposed to speculative.
12       Q.   Can it be possible?
13       A.   Can what be possible?
14           MS. MILLER:  Objection.
15   QUESTIONS BY MR. RESTAINO:
16       Q.   A cogent biological
17   plausibility.
18       A.   I'm sorry, sir, I've lost you
19   completely.
20       Q.   Using the word "cogent" for
21   biological plausibility, can that be a
22   possible cause or risk factor?
23       A.   I'm sorry, I just can't begin
24   to interpret your question.
25       Q.   What part of it can't you

37 (Pages 142 to 145)

Jeffrey A. Boyd, Ph.D.

Page 146

1    interpret?
2         A.    The sentence doesn't make sense
3    to me.
4         Q.    Okay.
5         A.    The question doesn't make
6    sense.
7         Q.    We've defined cogent as you use
8    it, correct?
9              Biological plausibility.  How
10   do you define the English word
11   "plausibility"?
12             MS. MILLER:  Objection.  Asked
13        and answered.
14             THE WITNESS:  The same as I
15        would define biological plausibility,
16        leaving out biological and applying
17        plausibility to any other context.
18   QUESTIONS BY MR. RESTAINO:
19        Q.    So if the -- if the dictionary
20   defines plausibility as possible, and we add
21   biological in front of it, as you just put,
22   then we're talking about biological
23   possibility, correct?
24             MS. MILLER:  Objection.
25             THE WITNESS:  No, I think we're

Page 147

1        playing word games, and I just -- I
2        just can't -- I'm not going to play
3        syntax games with you.
4    QUESTIONS BY MR. RESTAINO:
5         Q.    I'm just trying to ascertain or
6    learn your definition so that as the day goes
7    on I can use your definitions and words.
8         A.    And I'm quite confident that I
9    offered my best definition for biological
10   plausibility at least once, perhaps twice.
11        Q.    Okay.  If you turn now to
12   page 3 of your expert report and to the top
13   paragraph, approximately eight lines down
14   there's a sentence that you write that starts
15   on the left with, "The causes of these
16   somatic genetic mutations."
17             Just let me know when you find
18   that, sir.
19        A.    I've found it.
20        Q.    "The causes of these, quote,
21   somatic, end quote, genetic mutations
22   acquired in the organ in which a cancer
23   ultimately develops remain largely unknown
24   for ovarian cancer and most other cancers."
25             Did I read that correctly?

Page 148

1         A.    You read it correctly.
2         Q.    And have you performed any
3    experiments to rule out talcum powder as one
4    of the unknown causes of the somatic genetic
5    mutations leading to ovarian cancer?
6              MS. MILLER:  Objection.
7              THE WITNESS:  It's impossible
8         to perform a negative experiment.
9    QUESTIONS BY MR. RESTAINO:
10        Q.    Have you performed any
11   experiments to determine whether talcum
12   powder was a cause of any of the somatic
13   genetic mutations leading to ovarian cancer?
14        A.    You'd have to describe the
15   context.
16        Q.    The context of this sentence,
17   sir.
18             "The context of the causes of
19   somatic genetic mutations acquired in the
20   organ in which a cancer ultimately develops
21   remain largely unknown for ovarian cancer and
22   most other cancers."
23             In attempt to learn the
24   unknown, have you -- have you attempted any
25   experiments utilizing talcum powder and see

Page 149

1    the effect on somatic genetic mutations
2    leading to ovarian cancer?
3              MS. MILLER:  Objection.
4              THE WITNESS:  I'll give it a
5         shot.
6              I used the word "organ" in the
7         sentence, so I have to assume I was
8         talking about animals or humans as
9         opposed to, for example, cells.
10             And I can state unequivocally
11        that I've never treated animals or
12        humans with talcum powder in order to
13        see what might happen.
14   QUESTIONS BY MR. RESTAINO:
15        Q.    Several sentences down, the
16   same paragraph on the right-hand side --
17   actually, it's one, two, three -- seven lines
18   up from the bottom, approximately, there's a
19   sentence that starts on the far right with
20   "possible mutagenic."
21             Do you see that, sir?
22        A.    Uh-huh, yes.
23        Q.    "Possible mutagenic mechanisms
24   in ovarian and other cancer types include
25   unknown environmental exposures and pure

38 (Pages 146 to 149)

Jeffrey A. Boyd, Ph.D.

Page 150

1    chance."
2         Did I read that correctly?
3         A.   You read it correctly.
4         Q.   Is it your opinion at this time
5    that the possible mutagenic mechanisms in
6    ovarian and other cancer types, including
7    unknown -- include unknown environmental
8    exposures, but you're not willing at this
9    time to access -- access -- accept the
10   possibility of talcum powder being one of
11   those environmental factors?
12        MS. MILLER:  Objection.
13        Is this sentence -- is the
14   question over?
15        MR. RESTAINO:  The question is
16   over.
17        MS. MILLER:  All right.
18   Objection.
19        THE WITNESS:  Well, here, my
20   goal in writing this sentence was to
21   refer to all cancer types, and so I
22   was trying to make that transition
23   from ovarian to all cancer types.
24   QUESTIONS BY MR. RESTAINO:
25        Q.   Well --

Page 151

1         A.   The --
2         Q.   I'm sorry.
3         A.   The paragraph is rather -- is
4    rather a narrative of the, as we sit here
5    today, commonly accepted essence of cancer
6    development, which is the acquisition and
7    accumulation of genetic mutations in
8    oncogenes and tumor suppressor genes,
9    regardless of the cancer type, ovarian and
10   others.  And in some cancer types, we have a
11   pretty good idea of what the causes of those
12   mutations are.
13        In a, quote/unquote, hereditary
14   context, the first rate-limiting genetic
15   alteration is the mutant gene inherited from
16   mom or dad.
17        The subsequent genetic
18   alterations are acquired -- the subsequent
19   necessary genetic alterations are acquired
20   somatically, getting back to your question of
21   why don't all women with the BRCA1 or 2
22   mutation develop breast or ovarian cancer.
23   The one genetic mutation is insufficient for
24   the development of cancer.
25        All cancers require multiple

Page 152

1    genetic alterations in both oncogenes and
2    tumor suppressor genes for their development.
3    That is the transformation of a completely
4    normal cell into a completely malignant cell
5    capable of metastasizing.
6         So I'm now speaking broadly
7    about all cancers, widely accepted as a
8    paradigm in the dictionary sense of what a
9    paradigm is.  And my goal here was to say in
10   some cases -- let's pick a cancer, cervical
11   cancer, where HPV infection is recognized as
12   a causal factor.
13        The reason we recognize it as a
14   causal factor is we know that the human
15   papilloma virus contains two transforming
16   proteins known as E6 and E7.  E6 binds to and
17   activates the TP53 protein.  E7 binds to and
18   activates the RB1 tumor suppressor protein.
19        And to the extent that the p53
20   gene, when active, protects against the
21   accumulation of spontaneous genetic damage,
22   and RB1, when it's functioning normally,
23   prevents inappropriate cell proliferation,
24   the loss of constraints on cell proliferation
25   and the loss of the so-called guardian of the

Page 153

1    genome p53 lead to subsequent mutations,
2    requisite, as I indicated, for all cancers.
3         And that's a very good example
4    of knowing how a particular exogenous agent
5    is both highly associated, indeed 100 percent
6    associated, with all squamous carcinomas of
7    the cervix and indeed causal based on a deep
8    knowledge of the biological mechanism.
9         We don't know as much about
10   many other cancers as we do about cervical
11   cancer.  And that's the point I was trying to
12   make with this paragraph.
13        Q.   We're going to return to the
14   HPV virus and cancer.
15        Suffice to say right now that
16   there are many versions of HPV virus,
17   correct?  Many?
18        A.   Many isoforms?  Isotypes?
19        Q.   Yes.
20        A.   Yes, and two are particularly
21   carcinogenic.
22        Q.   And some are not?
23        A.   Well --
24        Q.   But we will return to that in a
25   moment.

39 (Pages 150 to 153)

Jeffrey A. Boyd, Ph.D.

Page 154

1    A.   I'll grant you that.
2         MS. MILLER:  Is that a
3    question?  I mean, is that a question,
4    or is that just a statement?
5         THE WITNESS:  I think it was
6    a --
7         MS. MILLER:  Let's only answer
8    questions, not statements.
9    QUESTIONS BY MR. RESTAINO:
10        Q.   What you wrote here, sir, was
11   "possible mutagenic mechanisms in ovarian and
12   other cancer types include unknown
13   environmental exposures and pure chance."
14        My question to you is:  Of the
15   possible mutagenic mechanisms in ovarian
16   cancer, including unknown environmental
17   exposures, you are not willing at this time
18   to accept the possibility of talcum powder
19   being one of those factors; is that correct?
20        A.   That's correct.
21        MS. MILLER:  Objection.
22        THE WITNESS:  Sorry.
23   QUESTIONS BY MR. RESTAINO:
24        Q.   And then you write, the next
25   sentence, "Indeed, one prominent cancer

Page 155

1    molecular geneticist recently posited that
2    most cancer cases may simply be attributable
3    to bad luck, hyphen, genetic mutations
4    resulting from chance, errors, in the
5    ordinary replication of the cellular genome,
6    open paren, 3.3 billion base pairs per cell,
7    close paren, whenever one cell divides into
8    two.  Reference number 4."
9         Did I read that correctly?
10        A.   You read it correctly.
11        Q.   And how do you define bad luck?
12        A.   It was an unfortunate term, and
13   Dr. Vogelstein received a lot of criticism
14   for his use of the term "bad luck."
15        But I think he would have been
16   better served having used the term
17   "stochastic."
18        Q.   But, sir, in your expert report
19   you don't say that it's an unfortunate term,
20   nor do you say that you received controversy.
21        What you do say is one
22   prominent cancer molecular geneticist
23   recently posited that most cancer cases may
24   simply be attributable to bad luck; isn't
25   that correct?

Page 156

1         MS. MILLER:  Objection.
2         THE WITNESS:  You read what I
3    wrote correctly.
4    QUESTIONS BY MR. RESTAINO:
5         Q.   Okay.  And you did not put in
6    that paragraph any of the subsequent
7    arguments made following the publication of
8    Tomasetti, et al., in Nature, did you?
9         A.   No, I didn't.
10        Q.   In addition to Tomasetti and
11   Vogelstein, did you review article by Martin
12   Nowak and -- I'm not even going to pronounce
13   this doctor's last name.  It's W-a-c-l-a-w --
14   Waclaw, perhaps, titled "Genes, Environment,
15   and, quote, Bad Luck, end quote," explaining
16   cancer risk in a statistical sense, published
17   in Science in March 2017?
18        A.   Perhaps.
19        Could you show me the paper,
20   please.
21        Q.   Absolutely, sir.  I'm marking
22   it now as Boyd 7.
23        (Boyd Exhibit 7 marked for
24        identification.)
25

Page 157

1    QUESTIONS BY MR. RESTAINO:
2         Q.   And as you see in the far lower
3    right-hand corner, this is published in
4    Science.
5         Would you agree that Science is
6    a highly rated scientific journal?
7         MS. MILLER:  Objection.
8         THE WITNESS:  I don't rate
9    scientific journals.  I rate the
10   science in the journals.
11   QUESTIONS BY MR. RESTAINO:
12        Q.   First paragraph, Drs. Nowak and
13   Waclaw write, "It is a human trait to search
14   for explanations for catastrophic events and
15   rule out mere, quote, chance, end quote, or,
16   quote, bad luck, end quote, when it comes to
17   human cancer, but the issue of natural causes
18   versus bad luck was raised by Tomasetti and
19   Vogelstein about two years ago, open paren
20   number 1.  Their study, which was widely
21   misinterpreted as saying that most cancers
22   are due neither to genetic inheritance nor
23   environmental factors but simply bad luck
24   sparked controversy."
25        Did I read that correctly?

40 (Pages 154 to 157)

Jeffrey A. Boyd, Ph.D.

Page 158

1    A.    You read it correctly.
2    Q.    Would you agree the Tomasetti
3  and Vogelstein paper, when it was published,
4  sparked controversy?
5    A.    My memory is that the use of
6  the term "bad luck" sparked controversy.
7  That was the essence of the uproar.
8    Q.    Would you agree controversy, in
9  essence, means two or more differing
10  viewpoints?
11    A.    That totally depends on the
12  context.
13    Q.    In this context, would you
14  agree there was a controversy as to whether
15  there was bad luck involved or not bad luck
16  involved?
17    MS. MILLER:  Objection.  Vague.
18    THE WITNESS:  As I indicated
19  earlier, it's my memory that the
20  controversy in this particular case
21  had to do with syntax.  Both the
22  scientific community and the public
23  community were uncomfortable with the
24  use of the term "bad luck."
25

Page 159

1  QUESTIONS BY MR. RESTAINO:
2    Q.    And that's the totality of your
3  understanding of the controversy?
4    A.    Yes, it is.
5    Q.    You don't discuss the
6  controversy in your expert report when
7  stating that one prominent molecular
8  geneticist published on bad luck, do you?
9    MS. MILLER:  Objection.  Asked
10  and answered.
11  QUESTIONS BY MR. RESTAINO:
12    Q.    Do you?
13    A.    No.  And I would only add that
14  there are many things that I don't state in
15  my expert report.
16    Q.    Somewhere in your -- I'm sorry.
17    Somewhere in your expert
18  report --
19    MS. MILLER:  I think he was in
20  the middle of a sentence.
21    MR. RESTAINO:  I'm sorry, I
22  thought I heard a period.
23    THE WITNESS:  You know, again,
24  the purpose of this paragraph was an
25  attempt to distill, as we sit here

Page 160

1  today, the underlying essence of
2  cancer pathogenicity, generally
3  speaking, which is an extraordinarily
4  challenging task in one paragraph.
5    And so, yes, there are
6  textbooks -- and I'm holding my
7  fingers approximately six inches
8  apart -- having to do with the
9  pathogenicity of human cancer.  And so
10  in attempting to distill the knowledge
11  that the scientific and medical
12  communities hold today regarding the
13  pathogenicity of human cancer
14  generally, I did indeed leave out a
15  lot.
16  QUESTIONS BY MR. RESTAINO:
17    Q.    It was not your intention to
18  distill to the judge that may have been
19  reading your expert report that some women
20  develop ovarian cancer strictly through bad
21  luck, was it?
22    MS. MILLER:  Objection.
23    THE WITNESS:  It was my
24  intention to explain to whoever may
25  read this expert report that one

Page 161

1  hypothesis regarding the cause of the
2  requisite genetic mutations and
3  cancers generally may be stochastic
4  errors in DNA replication during the
5  process of normal cell division.
6  QUESTIONS BY MR. RESTAINO:
7    Q.    Maybe equate to possibility?
8    MS. MILLER:  Objection.
9    THE WITNESS:  Well, if we're
10  going -- again, could you read back my
11  answer, please, and see what he's
12  equating to what?
13    I would like my answer to stand
14  as I -- you're asking me to redefine a
15  term I used in answering your
16  question, and I would prefer not to
17  redefine terms that I've used in
18  answering your question.
19  QUESTIONS BY MR. RESTAINO:
20    Q.    Well, when you say that it may
21  be somatically particular errors in DNA
22  replication -- and I'm just asking there,
23  inasmuch as you used the word "may" -- does
24  that equate to possibly?
25    MS. MILLER:  Objection.

41 (Pages 158 to 161)

Jeffrey A. Boyd, Ph.D.

Page 162

1         THE WITNESS:  We're actually
2     debating as to whether "may" is
3     synonymous with "possibly"?
4     QUESTIONS BY MR. RESTAINO:
5         Q.   How would you use may?  With
6     probable?  Certainly?
7         MS. MILLER:  Objection.
8     QUESTIONS BY MR. RESTAINO:
9         Q.   I'm just trying to use your
10    words.
11        MS. MILLER:  Objection.  He
12    gave his words.
13        THE WITNESS:  I gave you my
14    words.
15        (Boyd Exhibit 8 marked for
16    identification.)
17    QUESTIONS BY MR. RESTAINO:
18        Q.   May.  Okay.
19        Let's turn to a paper that
20    we've now marked and handed to you titled
21    "Substantial Contribution of Extrinsic Risk
22    Factors to Cancer Development," lead author
23    Song Wu, W-u, published in Nature in June
24    of 2016.
25        Do you have that, sir?

Page 163

1         A.   I just want to make sure that
2     Ms. Miller has a copy and that I have a
3     copy --
4         MS. MILLER:  I do.  We both
5     have copies.
6         THE WITNESS:  -- and that we're
7     not taking each other's copies.
8         MS. MILLER:  I'm not going to
9     steal your copy, I promise.
10        THE WITNESS:  I believe your
11    question was, do I have that paper.
12        Yes, I do.
13    QUESTIONS BY MR. RESTAINO:
14        Q.   And if you take a look at the
15    summary written on the first page, "Recent
16    research has highlighted a strong correlation
17    between tissue-specific cancer risk and the
18    lifetime number of tissue-specific stem cell
19    divisions.  Whether such correlation implies
20    a high, unavoidable, intrinsic cancer risk
21    has become a key public health debate with
22    dissemination of the, quote -- or bad luck,
23    quote, hypothesis.  Here, we provide evidence
24    that intrinsic risk factors contribute only
25    modestly, open paren, less than 10 to 30

Page 164

1     percent, close paren, to cancer development.
2     First, we demonstrate that the correlation
3     between stem-cell division and cancer risk
4     does not distinguish between the effects of
5     intrinsic and extrinsic factors.  Next, we
6     show that intrinsic risk is better estimated
7     by the lower bound risk controlling for total
8     stem cell divisions.  Finally, we show that
9     the rates of endogenous mutation accumulation
10    by intrinsic processes are not sufficient to
11    account for the observed cancer risk.
12    Collectively, we conclude that cancer risk is
13    heavily influenced by intrinsic factors.
14    These results may carry immense consequences
15    for strategizing cancer prevention, research
16    and public health."
17        Did I read that correctly?
18        A.   You read it correctly.
19        Q.   Now, Doctor, safe to say that
20    you did not reference this paper by Wu, et
21    al., in your expert report, correctly --
22    correct?
23        MS. MILLER:  Objection.
24        THE WITNESS:  You are correct
25    that I did not reference this article.

Page 165

1     QUESTIONS BY MR. RESTAINO:
2         Q.   And if you turn to page 2, sir,
3     the top paragraph, the first full sentence
4     after references numbers 6 and 7, "Much
5     discussion has been made."
6         Do you see where I am, sir?
7         A.   Yes.
8         Q.   "Much discussion has been made
9     to argue against the bad luck hypothesis,
10    references 5 to 13, yet none offered specific
11    alternatives to quantifically evaluate the
12    contribution of extrinsic risk factors in
13    cancer development.  Applying several
14    distinct modeling approaches, we here provide
15    strong evidence that unavoidable, intrinsic
16    risk factors contribute only modestly, open
17    paren, less than 10 to approximately 20,
18    30 percent, close paren, to the development
19    of many common cancers."
20        Did I read that correctly?
21        A.   You did.
22        Q.   So, Doctor, other than writing
23    "Indeed, one prominent cancer molecular
24    geneticist recently posited that most cancer
25    cases can simply be attributable to bad

Jeffrey A. Boyd, Ph.D.

Page 166

1  luck," you do not provide any references in
2  your expert report regarding follow-up
3  publications which argue against the bad luck
4  hypotheses; is that correct?
5      MS. MILLER:  Objection.
6      THE WITNESS:  That is correct.
7      And I would add that my purpose
8  in attempting to distill the great
9  body of knowledge that currently
10  exists as we sit here today as to the
11  etiology in general of all cancers in
12  general, I'm sure I left out thousands
13  of, if not hundreds of thousands, of
14  publications.
15      My purpose was to distill a
16  large body of evidence using an
17  example.
18  QUESTIONS BY MR. RESTAINO:
19      Q.   Doctor, are you familiar with
20  the term "confirmation bias"?
21      MS. MILLER:  Objection.
22      THE WITNESS:  That strikes me
23  as an epidemiologic/statistical term,
24  and I'm not prepared to discuss
25  statistical, epidemiologic concepts.

Page 167

1  QUESTIONS BY MR. RESTAINO:
2      Q.   In non-epidemiological,
3  statistical parlance, are you familiar with
4  the concept of cherry-picking papers, studies
5  or articles that support your point of view?
6      A.   Cherry-picking is indeed a
7  colloquialism I'm familiar with, and I'm
8  certain you're going to point out where I
9  used it in my expert report.
10      But, yes, I'm familiar with the
11  term.
12      Q.   Okay.  If you would turn now to
13  your expert report, the bottom of page 3,
14  there's a Section 4 down there.
15      A.   Okay.  Let's see, we've got --
16      Q.   And, Doctor, I'll withdraw that
17  statement for a moment.  I'll just let you
18  know I think we're all done with Wu and
19  Nowak, if you want to get it out of your way,
20  and just keep your expert report --
21      A.   Thank you.
22      Q.   -- just for housekeeping
23  purposes.
24      MS. MILLER:  Is this a good
25  time to break for lunch if we're

Page 168

1  housekeeping or do you want to...
2      MR. RESTAINO:  Yeah, this is a
3  good time by me.
4      MS. MILLER:  Great.
5      THE WITNESS:  I'm sorry, are we
6  done with Huff, Boyd and Barrett?
7      MR. RESTAINO:  Yes, sir.
8      THE WITNESS:  Thank you.
9      VIDEOGRAPHER:  Off the record
10  at 12:36 p.m.
11      (Off the record at 12:36 p.m.)
12      VIDEOGRAPHER:  We are back on
13  record at 1:10 p.m.
14  QUESTIONS BY MR. RESTAINO:
15      Q.   Welcome back, Dr. Boyd.  And as
16  we were discussing off the record, however,
17  the same thing applies:  If you need or want
18  anytime to take a break, you get to call
19  timeout at any time.
20      A.   Thank you.
21      Q.   You're welcome.
22      Now, Doctor, I have marked as
23  Exhibit 9 -- we only have a couple copies.
24      MR. RESTAINO:  Do you have a --
25  copies of the e-mails?

Page 169

1      MS. MILLER:  Uh-huh.
2  QUESTIONS BY MR. RESTAINO:
3      Q.   And, Doctor, did you get a
4  chance to look at these e-mails during the
5  lunch break?
6      A.   I flipped through them.  It was
7  a large stack, but, yes, I had a chance to
8  look at them.
9      Q.   Do they refresh your memory at
10  all regarding e-mail, telephone and physical
11  meetings with Dr. Emmel and another attorney
12  in or about March of 2017?
13      A.   It refreshes my memory about
14  e-mails and a telephone conversation with a
15  female attorney and possibly someone else,
16  but, I'm sorry, I have absolutely no
17  recollection of a face-to-face meeting.
18      (Boyd Exhibit 9 marked for
19  identification.)
20  QUESTIONS BY MR. RESTAINO:
21      Q.   Okay.  Do you have any
22  recollection whatsoever of a telephonic
23  communication?
24      A.   Yes.
25      Q.   And do you recall at that time

43 (Pages 166 to 169)

Jeffrey A. Boyd, Ph.D.

Page 170

1    sharing with Dr. Emmel and anyone else who
2    might have been on the phone your opinion
3    regarding the biological plausibility of
4    talcum powder and ovarian cancer?
5        A.    Not specifically.  I can only
6    presume in my strongest, albeit vague, memory
7    of the discourse was that I wasn't their guy.
8        Q.    Did you --
9        A.    After I understood which side
10   of the argument plaintiffs' attorneys were
11   on.  And I think that was a mutual agreement
12   between presumably the woman to your right
13   and myself.
14       Q.    Okay.  I have marked these
15   e-mails as 9, and I'll just put them here for
16   the court reporter.
17             One other thing which I should
18   have said in the beginning, and it always
19   makes for fun at the end of the deposition:
20   The documents with the orange sticker on them
21   have to go with him, so we can't take our
22   copies.  So if you have some in a pile, let's
23   be careful with them.
24             Okay?
25       A.    I'm sorry.  Him?  Her?

Page 171

1        Q.    Her.
2        A.    Her.
3        Q.    Yes, I'm sorry.
4        A.    You want to leave them out
5    there?
6        Q.    Probably safe.  We don't need
7    it.
8        A.    Okay.
9        Q.    Now, if you return to your
10   expert report at the bottom of page 3,
11   there's a Section 4.
12             Do you see that, sir?
13       A.    Yes.
14       Q.    In the first sentence you
15   write, "Plaintiff experts propose that talc
16   causes inflammation, which leads to cancer,
17   or that inflammation causes oxidative stress,
18   which damages DNA, which results in cancer."
19             And did I read that correctly?
20       A.    Yes, you did.
21       Q.    And in the next sentence you
22   write, "These explanations are simplistic,
23   speculative and lacks sufficient scientific
24   support to be deemed plausible."
25             Did I read that carefully?  Did

Page 172

1    I read that correctly?
2        A.    Both.
3        Q.    Thank you.
4             Yet when I asked you earlier
5    about your keywords that you utilized in
6    conducting your search of the biomedical
7    literature for your report, you didn't
8    include inflammation in those -- that list of
9    keywords; is that correct?
10       A.    Yes, but I modified my answer
11   to that question by explaining that I did get
12   around to looking at papers relating
13   inflammation to -- ostensibly to talc
14   exposure and ovarian cancer by virtue of
15   having read thoroughly the various documents
16   that we've discussed multiple times now
17   relating to Dr. Saed, his paper, his
18   deposition, his expert report and so forth.
19       Q.    Okay.  Well, now, Doctor, I'm
20   just going to ask you to jump ahead, and then
21   we'll come back down.  But if you go to
22   page 18 of your report, and on the final
23   paragraph you start off with, "Finally,
24   Dr. Saed."
25             Do you see that, sir, the last

Page 173

1    paragraph?
2        A.    Uh-huh.  Yes.
3        Q.    "Finally, Dr. Saed appears to
4    take for granted that ovarian cancer is
5    caused by inflammation, but this, too, has
6    not been established.  Dr. Saed essentially
7    ignores the body of science suggesting that
8    chronic inflammation does not play a role in
9    the development of ovarian, reference 82, as
10   well as studies that considered whether
11   aspirin use and anti-inflammatory drugs
12   reduced the risk of ovarian, reference 83,
13   with mixed results."
14             And did I read that correctly?
15       A.    More or less, but I submit that
16   you read it correctly.
17       Q.    Okay.  Thank you.
18             Now, Doctor, did you ignore the
19   body of science suggesting that chronic
20   inflammation does, in fact, play a role in
21   the development of ovarian cancer?
22             MS. MILLER:  Objection.
23             THE WITNESS:  I didn't
24   consciously ignore anything.
25

44 (Pages 170 to 173)

Jeffrey A. Boyd, Ph.D.

Page 174

1    QUESTIONS BY MR. RESTAINO:
2        Q.   Well, you ignored the Nowak
3    editorial and the Wu paper that conflicted
4    with your opinion that cancer can be caused
5    by bad luck, did you not?
6            MS. MILLER:  Wait a minute.
7        Where does he say he has the opinion
8        that cancer can be caused by bad luck?
9        What are you talking about?
10           That was a sentence that said,
11       "indeed, one scientist."
12   QUESTIONS BY MR. RESTAINO:
13       Q.   One prominent geneticist plays
14   into bad luck --
15           MS. MILLER:  Has posited.
16   QUESTIONS BY MR. RESTAINO:
17       Q.   And that's what you wrote,
18   correct?
19       A.   Could you please ask the
20   question?
21       Q.   Well, I'll strike that
22   question.
23           MS. MILLER:  Good idea.
24           MR. RESTAINO:  The record will
25       stand on itself.

Page 175

1            (Boyd Exhibit 10 marked for
2        identification.)
3    QUESTIONS BY MR. RESTAINO:
4        Q.   Now, Doctor, I've marked as
5    Boyd 10 a paper titled "C-reactive Protein as
6    Independent Prognostic Variable in Patients
7    with Ovarian Cancer."  Lead author is Hefler,
8    H-e-f-l-e-r, published in Clinical Cancer
9    Research, 2008.
10           Have you seen this paper
11   before, Doctor?
12       A.   If I have, I don't -- it's all
13   the same.  I don't remember seeing it, no.
14       Q.   Okay.  I'll represent to you
15   that it's not referenced in your expert
16   report.
17       A.   Thank you.
18       Q.   And, Doctor, the title contains
19   the words "ovarian cancer," correct?
20       A.   The title does contain the
21   words "ovarian cancer."
22       Q.   So if one was conducting a
23   narrative search of the biomedical literature
24   using keywords "ovarian" and "cancer," then
25   one would expect this paper to come up also;

Page 176

1    would you agree?
2        A.   That's -- I would -- I would
3    suggest that if I did a PubMed search, a
4    Googlian search, with ovarian, capital A,
5    capital N, capital D, cancer, there may be 50
6    to a hundred thousand papers that might pop
7    up.
8        Q.   So how did you select the ones
9    that you were going to rely upon for your
10   expert report?
11       A.   Because it's necessary to parse
12   a hundred thousand papers into those that are
13   particularly relevant to the hypothesis
14   currently being litigated.
15       Q.   And did you parse the hundred
16   thousand papers into those that supported
17   your opinions in this regard and were in
18   conflict with your opinions in this regard?
19           MS. MILLER:  Objection.
20           THE WITNESS:  First of all,
21       100,000 is just an extraordinarily
22       general estimate, but I would be happy
23       to allow any of you to type in
24       "ovarian" and "cancer" and see what
25       comes up in PubMed and we can get to

Page 177

1    an exact number, but I don't think
2    that's the issue.
3        With respect to your -- the
4    second part of your question, it's my
5    experience as a biomedical researcher
6    over however many years it's been, 35,
7    that papers' titles are more often
8    than not agnostic to the conclusion
9    reached.
10       And so if I'm going to select,
11   based on a PubMed search which
12   includes titles and authors, which
13   papers to read, at the end of the day,
14   it's pretty much a random process.
15   QUESTIONS BY MR. RESTAINO:
16       Q.   Well, suffice to say, you did
17   not select this paper to read, correct?
18       A.   I don't remember reading it,
19   that is correct.
20       Q.   Okay.  And if you would look at
21   the abstract, see they write, "Purpose:  To
22   evaluate serum C-reactive protein, open
23   paren, CRP, close paren, as prognostic
24   variable in patients with epithelial ovarian
25   cancer, open paren, EOC, close paren."  The

45 (Pages 174 to 177)

Jeffrey A. Boyd, Ph.D.

Page 178

1  experimental design, that this was "a
2  multi-center study.  Preoperative serum CRP
3  was evaluated in 623 patients with EOC.
4  Results were correlated with clinical data."
5           And if you go jump down to the
6  conclusion they write, "Serum CRP can be seen
7  as a novel, widely available, independent
8  prognostic available of ovarian cancer."
9           Did I read that carefully?
10     A.   Close enough.
11     Q.   Okay.  Thank you.
12          So now if you'd look at -- on
13 the first page, in the right column, the very
14 first paragraph, they -- starts off with "the
15 pathogenesis and development of ovarian
16 cancer."
17          Have you seen that?
18     A.   Yes.
19     Q.   And they write, "The
20 pathogenesis of ovarian cancer -- and
21 development of ovarian cancer have also been
22 closely linked to inflammatory processes,
23 open paren, 6, 7, close paren."
24          Did I read that carefully?
25          MS. MILLER:  Did you read it

Page 179

1  carefully?
2           MR. RESTAINO:  Correctly.  I'm
3  going to say that all afternoon.
4           THE WITNESS:  Yes.
5  QUESTIONS BY MR. RESTAINO:
6      Q.   Thank you.
7           And in fact, references 6 and
8  7, if you go to the back, 6 is by the author
9  H-e-l-z-l-s-o-u-e-r, et al., and 7 is
10 Balkwill, Mantovani, "Inflammation and
11 Cancer:  Back to Virchow."
12          Did I read that correctly?  Or
13 carefully?
14     A.   Both.
15     Q.   Are you familiar with
16 Dr. Rudolf Virchow, or Virchow?
17     A.   I've never met the man.  He's
18 been dead for a long time.
19     Q.   Yes.
20          But are you familiar with his
21 work?
22     A.   I'm relatively -- cottonmouth
23 thing again.  Excuse me.
24          I'm relatively familiar with
25 the fact that he was a rather iconic figure

Page 180

1  in the history of cancer as centuries go.
2           (Boyd Exhibit 11 marked for
3           identification.)
4  QUESTIONS BY MR. RESTAINO:
5      Q.   The reference 7 I've now marked
6  as Boyd 11.  It's "Inflammation and Cancer:
7  Back to Virchow."  And if you -- if you look
8  down at the lower left, it states that -- all
9  the way down at the bottom -- this was
10 published in the Lancet in 2001; is that
11 correct?
12     A.   That is correct.
13     Q.   And do you recognize the Lancet
14 as a premier medical journal in the world?
15          MS. MILLER:  Objection.
16          THE WITNESS:  I recognize the
17 Lancet as a British Medical Journal.
18 QUESTIONS BY MR. RESTAINO:
19     Q.   Okay.  Do you know what its
20 impact factor is?
21     A.   No.
22     Q.   Do you know what an impact
23 factor is?
24     A.   Yes.
25     Q.   Okay.  If I represent to you

Page 181

1  that the Lancet has an impact factor of
2  53.24, would that indicate that it has high
3  esteem as a medical journal?
4      A.   It would indicate that papers
5  published in that journal are frequently
6  referenced by others.
7      Q.   Okay.  And the lead author is
8  Fran Balkwill.
9           Do you know her?
10     A.   We've met.
11     Q.   Have you ever published with
12 her?
13     A.   I'm guessing the answer is yes.
14     Q.   If -- guessing or estimating?
15 I'll withdraw it.
16          If you turn to the second
17 page --
18     A.   Of?
19     Q.   -- of the Balkwill and
20 Mantovani paper.
21     A.   Oh, the Lancet.
22     Q.   The Lancet paper, okay.
23          And you see they have a -- I'm
24 sorry, it's actually page 541 -- no, excuse
25 me.  Give me one moment.  I appear to have

46 (Pages 178 to 181)

Jeffrey A. Boyd, Ph.D.

Page 182

1    marked my...
2           Very sorry.  Right there in
3    front of me.
4           The first page, in the lower
5    right-hand corner, there's a panel 1:
6    Sub-associations between inflammation and
7    cancer risk.
8           Do you see that, sir?
9       A.   I do.
10      Q.    And on the left they list
11   malignancy and on the right inflammatory
12   stimulus\condition.
13          Do you see that, sir?
14      A.   Yes.
15      Q.    And if you see the third line
16   down under malignancy is listed ovarian.  And
17   to the right they have pelvic inflammatory
18   disease\talc\tissue remodeling.
19          Did I read that correctly?
20      A.   You did.
21      Q.    So as these authors published
22   in Lancet in 2001, talc was listed as one of
23   the inflammatory stimuli or conditions which
24   could cause ovarian cancer; is that correct?
25          MS. MILLER:  Objection.

Page 183

1           THE WITNESS:  No, that's not
2    correct.
3    QUESTIONS BY MR. RESTAINO:
4       Q.    What's incorrect about that?
5       A.    Panel 1 seems to be a summary
6    of their impression of the literature
7    suggesting that talc is one of several
8    associations that have been noticed -- that
9    have been noted with, in this particular
10   case, ovarian cancer risk.  It has nothing to
11   do with -- I mean, this is, after all, a
12   review article, and so everything in here is
13   a summary of other -- I mean, it's not a
14   primary paper.
15      Q.    In your --
16      A.    So in other words, Dr. Balkwill
17   and her colleague are not providing evidence
18   that -- primary evidence that talc is
19   associated with ovarian cancer risk.  They're
20   simply pointing out something that I believe
21   we've already agreed to:  that there is
22   indeed, at least to the extent that I
23   understand it, a weak association,
24   epidemiologic association, between perineal
25   talc use and ovarian cancer risk.  And

Page 184

1    they're simply restating the large
2    epidemiologic literature that pertains to
3    that putative risk.
4       Q.    Actually, in this area they
5    were talking about, Doctor, focusing on the
6    role of inflammation, especially chronic
7    inflammation, and the development of cancer,
8    it is -- we discussed where you wrote that
9    "Dr. Saed appears to take for granted that
10   ovarian cancer is caused by inflammation,
11   but, this, too, has not been established.
12   Dr. Saed essentially ignores the body of
13   science suggesting that chronic inflammation
14   does not play a role in the development of
15   ovarian cancer."
16          So with that in mind, if you
17   look to the left of -- in the left column of
18   the Balkwill Lancet paper, the second
19   paragraph, you see it starts off "panel 1"?
20          So it's left column, front
21   page of the Lancet article.
22      A.    Do you mean right column?
23      Q.    Left column, second
24   paragraph --
25      A.    Oh, the text that says "panel

Page 185

1    1." Yes.
2       Q.    Yes.
3          "Panel 1 lists some cancers
4    where the inflammatory process is a cofactor
5    in carcinogenesis."
6          Did I read that correctly?
7       A.    You did.
8       Q.    And this goes back to, again,
9    2001, agreed?
10      A.    The paper was published in
11   2001, yes.
12      Q.    Now, if you look at the
13   abstract, seven lines down, sort of to the
14   left, second word, there's a -- the -- first
15   there's a word "cancer," and then "if genetic
16   damage."
17          Do you see that, sir?
18      A.    Yes.
19      Q.    "If genetic damage is the,
20   quote, match that lights the fire, end quote,
21   of cancer, some types of inflammation may
22   provide the, quote, fuel that feeds the
23   flames, end quote."
24          Did I read that correctly?
25      A.    You did.

47 (Pages 182 to 185)

Jeffrey A. Boyd, Ph.D.

Page 186

1    Q.    And this was published in a
2  peer-reviewed publication in 2001, correct?
3    A.    It's a review article that was
4  published in a peer-reviewed publication in
5  2001, that is correct.
6    Q.    And a review article is meant
7  to put together the literature for readers so
8  that if one wants to look up a topic, it
9  could be a good starting point for studying
10 that topic; would you agree?
11       MS. MILLER:  Objection.
12       THE WITNESS:  I know what my
13    purpose in writing a review article
14    is.  I can't opine on Dr. Balkwill's
15    goals in writing a review article.
16       (Boyd Exhibit 12 marked for
17    identification.)
18 QUESTIONS BY MR. RESTAINO:
19    Q.    Okay.  I've now marked as
20 Boyd 12 an article written by Roberta Ness,
21 Carrie Cottreau, titled "Possible Role of
22 Ovarian Epithelial Inflammation in Ovarian
23 Cancer."  This was published in the Journal
24 of the National Cancer Institute in 1999.
25       Do you see the -- do you

Page 187

1  recognize the Journal of the National Cancer
2  Institute as a highly respected medical
3  journal?
4    A.    I recognize it as a
5  peer-reviewed journal.
6    Q.    You have six publications in
7  this journal yourself, do you not?
8    A.    I couldn't tell you.  Or I'm
9  unable to tell you.
10    Q.    Okay.  Do you know Dr. Roberta
11 Ness?
12    A.    We've met.
13    Q.    In fact, you've published with
14 her, correct?
15    A.    That's something I'll take your
16 word for.  I'm sure you're correct.
17    Q.    Does the paper "Ovarian Cancer
18 in High Risk Women:  Implications for
19 Prevention, Screening and Early Detection,"
20 published in Gynecologic Oncology in 2003
21 ring a bell, appreciating that it was
22 15 years ago?
23       MS. MILLER:  16.  It's 2019,
24 John.
25       MR. RESTAINO:  Yeah, but we

Page 188

1  don't know what month it was
2  published, so I was being generous.
3       THE WITNESS:  Well, it's fair
4    to say that it was submitted several
5    months before it was ever published,
6    but regardless, I honestly don't
7    remember the paper.
8  QUESTIONS BY MR. RESTAINO:
9    Q.    I understand.  I'm just asking
10 if you remember.
11    A.    No, I don't.
12    Q.    You've met Dr. Ness, though.  I
13 think that's what you've just testified to?
14    A.    Yes.
15    Q.    And do you hold her in high
16 esteem as a research scientist?
17       MS. MILLER:  Objection.
18       THE WITNESS:  I don't hold
19    individuals in high or low or any
20    esteem in terms of research.  I prefer
21    to look at the research itself as
22    opposed to making some kind of
23    judgment about the quality of an
24    individual that produced it.
25

Page 189

1  QUESTIONS BY MR. RESTAINO:
2    Q.    Okay.  The paper by Dr. Ness
3  and Dr. Cottreau is "Possible Role of Ovarian
4  Epithelial Inflammation in Ovarian Cancer,"
5  correct?
6    A.    Still is.
7    Q.    So we have the words "ovarian,"
8  "inflammation" and "cancer" in the title.
9       Did you see this article when
10 you did your PubMed review of the biomedical
11 literature?
12    A.    I think I may have.
13    Q.    And did you review this
14 article?
15    A.    I may have read the abstract.
16    Q.    Well, let's look at the
17 abstract then.
18       And if you look on the third
19 line, starting on the right, "This paper
20 reviews the epidemiologic literature in the
21 English language on risk factors and
22 protective factors for ovarian cancer and
23 proposes a novel hypothesis that a common
24 mechanism underlying this disease is
25 inflammation.  Previous hypothesis about the

48 (Pages 186 to 189)

Jeffrey A. Boyd, Ph.D.

Page 190

1    causes of ovarian cancer have attributed risk
2    to an excess number of lifetime ovulations or
3    to elevations in steroid hormones.
4    Inflammation may underlie ovulatory events
5    because an inflammatory reaction is induced
6    during the process of ovulation.  Additional
7    risk factors for ovarian cancer, including
8    asbestos and talc exposure, endometriosis,
9    open paren, i.e., ectopic implantation of
10   uterine lining tissue, close paren, and
11   pelvic inflammatory disease, cannot be
12   directly linked to ovulation or to hormones
13   but do cause pelvic -- local pelvic
14   inflammation."
15            Did I read this correctly?
16        A.   Yes.
17        Q.   Now, do you have the
18   physiological expertise to opine on whether
19   inflammatory reaction is induced during the
20   process of ovulation?
21        A.   I don't and -- I'm sorry, could
22   you repeat the sentence?
23        Q.   Do you have the physiological
24   expertise to opine on whether an inflammatory
25   reaction is induced during the process of

Page 191

1    ovulation?
2            MS. MILLER:  Objection.
3            THE WITNESS:  Physiologic
4    expertise is kind of a weird term.
5            I think what you mean to say
6    is, do I have the expertise to opine
7    on whether --
8    QUESTIONS BY MR. RESTAINO:
9        Q.   On whether an inflammatory
10   reaction is induced during ovulation?
11        A.   I think what you're asking is,
12   do I have the expertise to opine on whether
13   an inflammatory process is induced during the
14   process of ovulation.
15            I think expertise is really the
16   wrong term here.  I think -- I think if there
17   were evidence -- I'll start over.
18            I think -- I'll start over.
19            I know that incessant ovulation
20   and all the risk factors and protective
21   factors that are associated with incessant
22   ovulation, or lack thereof, are to one degree
23   or another risk factors for ovarian cancer.
24   I believe that.  And I think I'm qualified to
25   believe that, as we've discussed all morning.

Page 192

1            I think if there were a
2    substantial body of experimental data
3    demonstrating that inflammation was due --
4    produced during the process of human
5    ovulation, I would like to see it.
6            Throughout this -- the large
7    body of this abstract that you just read, she
8    used the word "hypothesis" multiple times.
9    And I think these are interesting hypotheses.
10           My opinion sitting here today
11   is that we, the scientific community, really
12   have no idea why the ovulatory process
13   repeated to an excess as opposed to a lesser
14   degree is associated with an increased risk
15   of ovarian cancer.
16        Q.   When you say "we, the
17   scientific community," would it surprise you
18   to understand that there are other members of
19   the scientific community that disagree with
20   you in that regard?
21        A.   That there are data from
22   humans -- and this is a question.  That there
23   are data from humans, human tissues, showing
24   that ovulation produces an inflammatory
25   response in the ovary?

Page 193

1        Q.   Yes.
2        A.   I would like to see the data.
3        Q.   You haven't to date?
4        A.   No.
5        Q.   Okay.  Do you agree with
6    Dr. Roberta Ness and Carrie Cottreau when
7    they describe asbestos as an additional risk
8    factor for ovarian cancer?
9            MS. MILLER:  Objection.  I
10   think he said he wasn't offering
11   opinions on asbestos.
12           MR. RESTAINO:  I'm not asking
13   if he's got an opinion on asbestos.
14   I'm asking if he agrees with this
15   published opinion.
16           THE WITNESS:  Well, if I'm not
17   offering an opinion, I'm not going to
18   offer an opinion on someone else's
19   opinion.
20   QUESTIONS BY MR. RESTAINO:
21        Q.   Okay.
22        A.   With all due respect.
23        Q.   Well, do you agree with
24   Dr. Roberta Ness and Carrie Cottreau when
25   they describe talc exposure as an additional

49 (Pages 190 to 193)

Jeffrey A. Boyd, Ph.D.

Page 194

1  risk factor for ovarian cancer?
2      MS. MILLER: Can you point him
3  to what you're talking about?
4      THE WITNESS: It's further down
5  in the abstract. I'll find it.
6      Perhaps further up. Perhaps
7  right in the middle.
8      Okay. Now I found the
9  sentence. Can you please repeat the
10  question?
11  QUESTIONS BY MR. RESTAINO:
12      Q.   Do you agree with Drs. Roberta
13  Ness and Carrie Cottreau when they describe
14  talc exposure as an additional risk factor
15  for ovarian cancer?
16      MS. MILLER: Objection.
17      THE WITNESS: Yeah, I think
18  we've covered this multiple times. I
19  will agree that there is a limited
20  body of weak -- there's a limited body
21  of evidence suggesting a very weak
22  risk in terms of association of talc
23  with ovarian cancer.
24  QUESTIONS BY MR. RESTAINO:
25      Q.   And how do you define very weak

Page 195

1  risk in terms of association?
2      A.   A risk factor of, for example,
3  1.2 or 1.3. A relative risk of 1.2 or 1.3.
4      Q.   I thought you testified earlier
5  that you were not an expert in epidemiology.
6      Do you understand what a risk
7  ratio of 1.2 to 1.3 can equate to --
8      MS. MILLER: Objection.
9  QUESTIONS BY MR. RESTAINO:
10      Q.   -- as far as causation?
11      MS. MILLER: Objection.
12      THE WITNESS: 1.3 times 1.3.
13  QUESTIONS BY MR. RESTAINO:
14      Q.   Do you know how that equates to
15  risk?
16      A.   Yeah. 1.3 is the general
17  population risk, times 1.3, would give you
18  your increased risk with a relative risk of
19  1.3.
20      Q.   Where are you getting that
21  from?
22      A.   Is that a rhetorical question?
23      Q.   No.
24      What's the basis for that
25  opinion?

Page 196

1      A.   The population risk of ovarian
2  cancer, the general population risk, is
3  approximately 1.3. So in other words, 1 out
4  of 87 women over a lifetime will develop
5  ovarian cancer.
6      And so if the relative risk
7  associated with a particular exposure is
8  increased by 30 percent, when you multiply
9  1.3 times 1.3 and you get the risk associated
10  with -- again, if we accept the relative risk
11  of 1.3, you get the risk associated with talc
12  exposure from the association studies.
13      Q.   Isn't it true that if one is
14  looking for an increased risk in a
15  population, the background rate from which we
16  start is limited to utity or 1.0?
17      MS. MILLER: Objection.
18      THE WITNESS: 1.0 equals 1.3,
19  but I'll stop there. I'm getting out
20  of my realm of expertise.
21  QUESTIONS BY MR. RESTAINO:
22      Q.   Okay. If you look at the final
23  two sentences of the abstract in the paper by
24  Ness and Cottreau, they write, "Inflammation
25  entails cell damage."

Page 197

1      Do you see that down there,
2  sir?
3      A.   I'm sorry, where are we?
4      Q.   It's approximately five or six
5  lines up from the bottom of the abstract.
6  "Inflammation entails cell damage" --
7      Do you see that?
8      A.   I see it.
9      Q.   -- "oxidative stress, elevation
10  of cytokines and prostaglandins, all of which
11  may be mutagenic. The possibility that
12  inflammation is a pathophysiologic
13  contributor to the development of ovarian
14  cancer suggests a directed approach to future
15  research."
16      Did I read that correctly?
17      A.   You did.
18      Q.   And this was published in 1999,
19  correct?
20      A.   Yes.
21      Q.   Are you aware of any research
22  or experimentation that Johnson & Johnson has
23  done since 1999 to either -- to conclude that
24  Ness and Cottreau regarding their opinion on
25  inflammation and cancer is inaccurate?

Jeffrey A. Boyd, Ph.D.

Page 198

1      A.   I'm not aware of any research,
2 again, that Johnson & Johnson has ever
3 performed on anything.
4      Q.   Okay.  Continuing along with
5 the theme of chronic cancer -- chronic
6 inflammation and ovarian cancer being
7 simplistic at all, I've now marked as Boyd 13
8 a paper by Trabert, T-r-a-b-e-r-t, et al.,
9 titled "Prediagnostic Serum Levels of
10 Inflammation Markers and Risk of Ovarian
11 Cancer in the Prostate, Lung, Colorectal and
12 Ovarian Cancer, open paren, PLCO, close
13 paren, Screening Trial."
14      Did I read that correctly?
15      A.   Yes.
16      Q.   Okay.  And if you see up above,
17 this is published in Gynecologic Oncology
18 2014, correct?
19      A.   Yes.
20      Q.   So we're moving forward from
21 2009.
22      Now, if you look at the list of
23 authors, you see that these individuals are
24 in various divisions, but they're all with
25 the National --

Page 199

1      A.   National Cancer Institute, yes.
2 I'm sorry.
3      Q.   Okay.  Do you know any of these
4 authors?
5      A.   I may have met Mark Sherman
6 once, but, no, not really.
7      Q.   Any reason to believe these
8 researchers with, one, the division of cancer
9 epidemiology and genetics, two, the HPV
10 immunology laboratory and the division of
11 cancer prevention within the National Cancer
12 Institute, are not respected researchers in
13 their respective fields?
14      A.   I've already indicated that I
15 don't -- I look at the science that we're
16 discussing.  I don't look at the researchers
17 who produced it and try to make a judgment as
18 to whether they're respected or not
19 respected, good people, bad people,
20 good-looking people, not good-looking people.
21 I prefer to discuss the science.
22      Q.   Okay.  Let's look at the very
23 first sentence on the next page under
24 Introduction.
25      And they write, "Epidemiologic

Page 200

1 evidence implicates chronic inflammation as a
2 central mechanism in the pathogenesis of
3 ovarian cancer, the most lethal gynecologic
4 cancer among women in the United States.
5 Reference 1."
6      Did I read that correctly?
7      A.   You did.
8      Q.   And reference 1, I'll represent
9 to you, though by all means check, is the
10 Centers for Disease Control and Prevention
11 ovarian cancer statistics, 2010.
12      Did I read that correctly?
13      A.   You did.
14      Q.   So at this point right now
15 we're talking about researchers from NCI
16 quoting researchers from the CDC, correct?
17      A.   Correct.
18      And I would add that my
19 inference from the use of this reference,
20 ovarian cancer statistics, is a reference to
21 support the beginning of this sentence that
22 the most lethal gynecologic cancer among
23 women is ovarian cancer in the United States.
24 That's the statistic to which they're
25 referring.

Page 201

1      Reference 1 has nothing to do
2 with chronic inflammation as a central
3 mechanism in the pathogenesis of ovarian
4 cancer, I can assure you.
5      Q.   And can you point out the CDC
6 document that states that the
7 epidemiologic --
8      A.   If you could produce the
9 document, I'd be happy to read it for you.
10      Q.   You didn't pull that document
11 in preparation for writing your expert
12 report?
13      A.   I think I actually pull this
14 document every year --
15      Q.   Okay.
16      A.   -- because I think it's
17 important to be aware of cancer statistics
18 generally when you're writing review
19 articles.
20      Q.   Do you have any objective
21 evidence which refutes the statement by these
22 NCI investigators that epidemiologic evidence
23 implicates chronic inflammation as a central
24 mechanism in the pathogenesis of ovarian
25 cancer?

51 (Pages 198 to 201)

Jeffrey A. Boyd, Ph.D.

Page 202

1          MS. MILLER: Objection.
2          THE WITNESS: I think it's a
3   hypothesis, and they haven't provided
4   a citation to support the hypothesis.
5          They've provided a citation to
6   support the fact that epithelial
7   ovarian cancer accounts for more
8   deaths than all other gynecologic
9   cancers combined, which is a fact.
10  QUESTIONS BY MR. RESTAINO:
11         Q.   Doctor, are you guessing
12  that's -- that that reference is limited to
13  the most lethal gynecologic cancer --
14         MS. MILLER: Objection.
15  QUESTIONS BY MR. RESTAINO:
16         Q.   -- portion of their sentence?
17         MS. MILLER: Objection. He
18  asked to see it.
19         THE WITNESS: Could you please
20  repeat the question?
21  QUESTIONS BY MR. RESTAINO:
22         Q.   Are you guessing that the
23  reference to the CDC is only for the second
24  half of that sentence?
25         MS. MILLER: Objection.

Page 203

1          THE WITNESS: I'd like to see
2   it, and we can confirm whether it is
3   or not.
4   QUESTIONS BY MR. RESTAINO:
5          Q.   Well, this paper with
6   inflammation, ovarian and cancer twice in the
7   title, did this paper come up during your
8   review of the biomedical literature?
9          A.   Yes.
10         Q.   Did you review this article at
11  that time?
12         A.   I read the abstract.
13         Q.   And -- okay. We'll leave it to
14  that.
15         The next sentence they write
16  is, "Chronic inflammation can induce rapid
17  cell division, increasing the possibility for
18  replication error in effective DNA repair and
19  subsequent mutation."
20         Did I read that correctly?
21         A.   You did.
22         Q.   And do you have any objective
23  evidence with which to contradict these NCI
24  researchers when they stated in 2014 that
25  chronic inflammation can induce rapid cell

Page 204

1   division?
2          A.   Well, first of all, my
3   understanding of this sentence is they're
4   talking about cancer generally, and they're
5   making some interesting hypotheses. And
6   there are no citations to support any of the
7   hypotheses in that sentence.
8          Q.   So does the lack of citations
9   render a sentence unbelievable?
10         A.   No.
11         MS. MILLER: Objection.
12         Can you give me a second to
13  object?
14         THE WITNESS: It's not
15  unbelievable. I just think that these
16  are hypotheses that they're stating.
17  I think they're trying to cover the
18  waterfront in terms of all the
19  hypotheses that have ever been
20  rendered with respect to pathogenesis
21  of ovarian cancer.
22  QUESTIONS BY MR. RESTAINO:
23         Q.   And when you say "I think
24  they're trying to cover the waterfront," are
25  you speculating as to their intent in writing

Page 205

1   this article?
2          MS. MILLER: Objection.
3          THE WITNESS: Yes.
4   QUESTIONS BY MR. RESTAINO:
5          Q.   Okay. And, Doctor, do you have
6   any objective evidence with which to
7   contradict these NCI researchers when they
8   state that "rapid cell division increases the
9   possibility for replication error,
10  ineffective DNA repair and subsequent
11  mutation"?
12         MS. MILLER: Objection.
13         THE WITNESS: Again, that's
14  producing negative data.
15         No, it's impossible. I'm
16  shaking my head, too.
17  QUESTIONS BY MR. RESTAINO:
18         Q.   Yeah, there's a couple of times
19  you said "generating negative data."
20         If you do an experiment to test
21  the effects of a drug on the treatment for
22  ovarian cancer and the drug is an abject
23  failure, that's negative data, isn't it?
24         MS. MILLER: Objection.
25         THE WITNESS: We're talking

52 (Pages 202 to 205)

Jeffrey A. Boyd, Ph.D.

Page 206

1     about two different things here.
2     QUESTIONS BY MR. RESTAINO:
3     Q.   I'm not sure that we are.  I'm
4  not sure you understand what negative means.
5     A.   A negative result -- excuse me?
6  Please say that again?
7     Q.   I'm not sure we are.  I'm not
8  sure you understand what negative means in
9  this context.
10    A.   I am pretty sure I do.
11    Q.   Well, we're finding out, and so
12 far --
13    A.   You disagree with me.
14    Q.   -- not looking good.
15         I'm sorry?
16    A.   Who's not looking good?
17    Q.   Okay.  Let's go back to 1.3
18 times 1.3.
19         Doctor, is limited
20 replication --
21    A.   Let's go back to 1.3 times 1.3.
22    Q.   Is limitless replicative
23 potential one of the hallmarks of cancer?
24    A.   According to who?
25    Q.   According to cancer

Page 207

1  specialists.
2     A.   Show me what cancer specialists
3  you're talking about and where it's stated.
4     Q.   Okay.  Is self-sufficiency in
5  growth signaling a hallmark of cancer?
6     A.   Are we getting back to Hanahan
7  and Weinberg?
8     Q.   I'm just asking you about
9  hallmarks of cancer right now.
10         MS. MILLER:  I guess it's been
11    asked and answered in that case.
12         THE WITNESS:  I would agree
13    that Hanahan and Weinberg have written
14    a review article suggesting that the
15    last two phenotypic properties of
16    cancer cells are hallmarks of cancer
17    in their opinions.
18 QUESTIONS BY MR. RESTAINO:
19    Q.   Is self-sufficiency in growth
20 signaling --
21    A.   Same answer.
22    Q.   -- the hallmarks --
23    A.   If you're going to go down the
24 list, it's going to be the same answer.
25    Q.   -- tissue invasion and

Page 208

1  metastasis?
2     A.   If you're going to go down the
3  list of the Hanahan Weinberg paper, it's
4  going to be the same answer.
5     Q.   Sustained angiogenesis?
6     A.   I've answered your question.
7     Q.   I want to get it on the record,
8  sir.
9         Is that a hallmark of cancer?
10         MS. MILLER:  Objection.  It is
11    on the record because he answered your
12    question already.
13         THE WITNESS:  You seem to be
14    reading from the list of hallmarks of
15    cancer as articulated by Hanahan and
16    Weinberg in 2011.  And to the extent
17    that your intention it to continue
18    reading down the list, my answer is, I
19    believe that Hanahan and Weinberg
20    believe that these are hallmarks of
21    the cancer phenotype.
22 QUESTIONS BY MR. RESTAINO:
23    Q.   Hanahan and Weinberg believe.
24         Do you know if it's generally
25 accepted in the scientific community that

Page 209

1  these are the hallmarks of cancer?
2         MS. MILLER:  Objection.
3         THE WITNESS:  I can't answer as
4    to what the scientific community
5    believes with respect to the Hanahan
6    and Weinberg paper.
7  QUESTIONS BY MR. RESTAINO:
8     Q.   If we look at the Trabert
9  paper, in the next sentence, which is the
10 fourth line under Introduction, all the way
11 to the far right it starts with the word
12 "ovarian."
13         Do you see where I am, sir?
14    A.   "Ovarian cancer has been
15 linked"?
16    Q.   Yes.
17    A.   Yes.
18    Q.   "Ovarian cancer has been linked
19 to several events and conditions which are
20 related to inflammation and repair, including
21 incessant ovulation, endometriosis, exposure
22 to talc and asbestos, and in some studies,
23 pelvic inflammatory disease."
24         Did I read that correctly?
25    A.   Yes.

53 (Pages 206 to 209)

Jeffrey A. Boyd, Ph.D.

Page 210

1        Q.    And, Doctor, do you have any
2    objective evidence with which to contradict
3    these NCI researchers when they state that
4    "ovarian cancer has been linked to several
5    events and conditions which are related to
6    inflammation and repair"?
7             MS. MILLER:  I'm a little bit
8    lost.  Where are you?  What page?
9             MR. RESTAINO:  I'm on page 2 of
10   the Trabert paper under Introduction.
11   It's the fourth line of the first
12   paragraph.
13            MS. MILLER:  You read really
14   fast.
15            THE WITNESS:  I would suggest
16   that these are hypotheses.  The
17   reference being cited is another
18   review article by these same authors
19   entitled "Possible Role of Ovarian
20   Epithelial Inflammation and Ovarian
21   Cancer."
22            I do not consider a
23   self-reference of another review
24   article, the first word of which is
25   "possible," to be evidence that this

Page 211

1    is, in fact, the case.
2    QUESTIONS BY MR. RESTAINO:
3        Q.    Okay.  Do you disagree with the
4    statement that "ovarian cancer has been
5    linked to several events and conditions which
6    are related to inflammation and repair"?
7             MS. MILLER:  Objection.
8             THE WITNESS:  Well, you're
9    going to have to parse the
10   inflammation and repair.  I'm assuming
11   you read it, and it's a poorly
12   constructed sentence.
13            What kind of repair, for
14   example?
15   QUESTIONS BY MR. RESTAINO:
16       Q.    The sentence above that we were
17   discussing, they are talking about
18   ineffective DNA repair, correct?
19       A.    They were.
20       Q.    Okay.  So now they state,
21   "Ovarian cancer has been linked to several
22   events and conditions which are related to
23   inflammation and repair, including incessant
24   ovulation, endometriosis, exposure to talc
25   and asbestos, and in some cases pelvic

Page 212

1    inflammatory disease."
2             Do you disagree that the
3    ovarian cancer has been linked to several
4    events and conditions which are related to
5    inflammation?
6             MS. MILLER:  Objection.
7             THE WITNESS:  It depends.
8    QUESTIONS BY MR. RESTAINO:
9        Q.    Upon?
10       A.    What type of inflammation and
11   in what context.  What type of ovarian
12   cancer.
13       Q.    Okay.  Is there a difference in
14   your mind between the type of ovarian cancer
15   and whether it's associated with chronic
16   inflammation or not?
17       A.    I agree I -- let me correct
18   myself.  My opinion generally is that it's
19   extraordinarily important to define which
20   type of the many types of ovarian cancer
21   we're discussing when we're hypothesizing
22   that one or another type of ovarian cancer
23   may be linked to one or another exposure or
24   physiologic condition.
25            Are you with me?

Page 213

1        Q.    I'm with you.
2             Can you list for us today as
3    you sit here the different types of ovarian
4    cancer?
5        A.    Broadly speaking.
6        Q.    Specifically speaking?
7        A.    Well, that's an impossible
8    question to answer.
9             Are you talking about
10   histologic subtypes, or are you talking about
11   epithelial ovarian cancers versus sex cord
12   stromal tumors and germ cell tumors?  I mean,
13   what --
14       Q.    Well, the first -- the last
15   ones you described are different forms of
16   histologic subtypes, correct?
17            So to make it easy for you,
18   whichever one you're --
19       A.    You don't need to make it easy
20   for me.  I'm pretty familiar with the
21   subtypes of ovarian cancer.
22       Q.    Okay.  Which form of ovarian
23   cancer has not been linked to chronic
24   inflammation?
25            MS. MILLER:  Objection.

54 (Pages 210 to 213)

Jeffrey A. Boyd, Ph.D.

Page 214

1          THE WITNESS: That's frankly a
2     ridiculous question.
3          (Boyd Exhibit 13 marked for
4     identification.)
5     QUESTIONS BY MR. RESTAINO:
6          Q.   Is that so? Can I assume that
7     you can't answer that?
8          MS. MILLER: Objection.
9          THE WITNESS: I did answer.
10    QUESTIONS BY MR. RESTAINO:
11         Q.   Do you know the answer to it?
12         MS. MILLER: Does this relate
13    to the pending question?
14         MR. RESTAINO: No, it's coming
15    next.
16         MS. MILLER: Okay.
17         THE WITNESS: I'm saying it's
18    impossible to answer a ridiculous
19    question, in my mind.
20    QUESTIONS BY MR. RESTAINO:
21         Q.   Okay. Doctor, I've just marked
22    as Exhibit 14 and handed to you the 2000
23    paper by Hanahan and Weinberg that we've been
24    discussing, correct?
25         MS. MILLER: I'm confused. You

Page 215

1     didn't mark this earlier? You just
2     discussed it?
3          MR. RESTAINO: Yeah.
4          THE WITNESS: Well, this is the
5     first iteration of a paper by the same
6     title published in 2011, but you've
7     handed me a paper by Hanahan and
8     Weinberg published in 2000 called "The
9     Hallmarks of Cancer," yes.
10    QUESTIONS BY MR. RESTAINO:
11         Q.   Okay. And if you turn to
12    page 2, there's a diagram with the hallmarks,
13    the acquired capabilities of cancer, as
14    listed by these authors on the bottom of it.
15         And that's what we've been
16    describing, correct?
17         A.   I'm sorry, we're looking at
18    Figure 1 --
19         Q.   Yes, sir.
20         A.   -- on page 2?
21         Q.   Yes, sir.
22         A.   And what's the question about
23    Figure 1?
24         Q.   Oh, that's the diagram
25    representative of the hallmarks of cancer or,

Page 216

1     as they describe underneath there, the
2     acquired capabilities of cancer we've been
3     discussing; is that correct?
4          A.   This is the list that you were
5     reciting, to the best of my knowledge.
6          And I should note further that
7     the caption to the figure reads, "We suggest
8     that most, if not all, cancers" -- and I
9     would insert the word "generally" there --
10    "have acquired the same set of functional
11    capabilities during their development, albeit
12    through various mechanistic strategy."
13         So in other words, I believe
14    that they're talking about a suggestion in
15    this case that cancers generally have these
16    phenotypic properties, or display these
17    phenotypic properties.
18         Q.   And now I suggest -- as you
19    suggested perhaps when you read Dr. Shih's
20    deposition transcript, I represented to him
21    how often this paper has been cited. And now
22    I'll represent to you, in the week or so
23    that's passed, this paper has been cited
24    30,148 times.
25         MS. MILLER: In one week?

Page 217

1          MR. RESTAINO: In total.
2          MS. MILLER: Oh, you're saying
3     you're updating the number.
4          MR. RESTAINO: I'm updating the
5     number.
6          MS. MILLER: I thought you were
7     saying in one week.
8     QUESTIONS BY MR. RESTAINO:
9          Q.   As you sit here today, are you
10    aware of any single medical paper that has
11    been referenced more than 30,148 times?
12         A.   Well, not without spending more
13    time than we're going to allow to think about
14    it, no.
15         Q.   I'll help you.
16         (Boyd Exhibit 14 marked for
17    identification.)
18    QUESTIONS BY MR. RESTAINO:
19         Q.   I've now marked as Boyd
20    Exhibit 15 the 2000 publication by Hanahan --
21         MS. MILLER: That was the 2000
22    publication. Do you mean --
23    QUESTIONS BY MR. RESTAINO:
24         Q.   -- the 2011 publication by
25    Hanahan and Weinberg titled "Hallmarks of

55 (Pages 214 to 217)

Jeffrey A. Boyd, Ph.D.

Page 218

1  Cancer:  The Next Generation."  And I'll
2  represent to you that this one has been cited
3  34,389 times as of last night.
4          Doctor, as a cancer researcher,
5  would you agree this is a very important
6  paper in the field of cancer?
7      A.    I believe that it's been cited
8  a lot.
9      Q.    Okay.  Now, on page 2, they
10  have the illustration of the hallmarks of
11  cancer that they first published in 2000,
12  correct?
13      A.    It's very similar, yes.
14      Q.    Okay.  And then on page 658 of
15  the paper, they have an updated diagram
16  there.
17          Do you see that, sir?
18      A.    Yes.
19      Q.    And on the top they have listed
20  emerging hallmarks, and below that enabling
21  characteristics.
22          Is that correct?
23      A.    Yes.
24      Q.    And see in the figure right,
25  the legend, the wording to the right of it,

Page 219

1  if you go all the way down to the bottom,
2  there's one, two, three, four, five, six --
3  seven lines up from the bottom starts off at
4  right with "inflammation."
5          Do you see that word, sir?
6      A.    Yes.
7      Q.    "Inflammation by innate immune
8  cells designed to fight infections and heal
9  wounds can instead result in the
10  inadvertent support of multiple hallmark
11  capabilities, thereby manifesting the now
12  widely appreciated tumor-promoting
13  consequences of inflammatory responses."
14          Did I read that correctly?
15      A.    You did.
16      Q.    And do you have any objective
17  evidence with which to contradict Hanahan and
18  Weinberg in this 2011 peer-reviewed,
19  published paper that the tumor-promoting
20  consequences of inflammatory responses is now
21  widely appreciated?
22          MS. MILLER:  Objection.
23          THE WITNESS:  Well, first, I
24  would suggest that this is a
25  hypothesis that is used to refer to

Page 220

1  all cancers generally and no cancer
2  specifically.
3  QUESTIONS BY MR. RESTAINO:
4      Q.    Where are you getting the word
5  "hypothesis" from this when they state that
6  the hallmark is now "widely appreciated as
7  tumor-promoting consequences of an
8  inflammatory response"?
9      A.    Because it strikes me as a
10  hypothetical statement without -- without
11  listing all of the known human cancers and
12  evidence that inflammation, et cetera, et
13  cetera, et cetera, is now widely appreciated
14  and so forth.
15          Widely appreciated by whom?
16      Q.    As a cancer researcher, do you
17  have to understand the individual mechanisms
18  behind the development of each and every
19  different form of lung cancer that develops
20  in long-term smokers, i.e., non-small cell,
21  small cell, old cell?
22          In order to come to the
23  conclusion that smoking cigarettes causes
24  lung cancer, do you have to see the mechanism
25  for each and every individual one of those

Page 221

1  cancers?
2          MS. MILLER:  Objection.
3          THE WITNESS:  My impression is
4  that we're litigating ovarian cancer.
5  QUESTIONS BY MR. RESTAINO:
6      Q.    But you've brought up several
7  times that authors appear to be relating
8  their information to cancer in general.  So
9  my question goes back to that.  Being
10  specific, we're talking about lung cancer and
11  smoking.
12          Does smoking cause lung cancer?
13          MS. MILLER:  Objection.
14          THE WITNESS:  Smoking can cause
15  lung cancer.  And I would further add
16  that the epidemiologic association of
17  cigarette smoking with lung cancer is
18  so strong that it's possible to accept
19  that the association is real in terms
20  of causation.
21  QUESTIONS BY MR. RESTAINO:
22      Q.    What is the epidemiologic
23  association of passive smoke inhalation and
24  lung cancer?
25      A.    Do not know.

56 (Pages 218 to 221)

Jeffrey A. Boyd, Ph.D.

Page 222

1      Q.    Would it surprise you to know
2   that it's 1.3?
3      A.    No.
4      Q.    If you turn to page 659 of
5   Hanahan and Weinberg, there's a first --
6   there's a full paragraph on the right column
7   that starts "by 2000."
8          Do you see that, sir?
9      A.    Yes.
10     Q.    "By 2000, there are already
11  clues that the tumor-associated inflammatory
12  response had the unanticipated, paradoxical
13  effect of enhancing tumorigenesis and
14  progression, in effect helping incipient
15  neoplasias to acquire hallmark capabilities."
16         Did I read that correctly?
17     A.    You did.
18     Q.    Doctor, what is meant by
19  tumorigenesis?
20     A.    The genesis of tumors.
21     Q.    And how would you define tumor
22  regression?
23     A.    It's a term that we don't
24  really use anymore.  Initiation, promotion
25  and regression.  They were useful decades

Page 223

1   ago, but we now like to refer to it a
2   multi-genetic, multi-step process.
3      Q.    Has progression been absorbed
4   into that multi-genetic, multi-step process?
5      A.    I think that's a fair
6   statement.
7      Q.    Okay.  The next sentence they
8   write here is, "In the ensuing decade,
9   research on the intersections between
10  inflammation and cancer pathogenesis has
11  blossomed producing abundant and compelling
12  demonstrations of the functionally important
13  tumor-promoting effects that immune cells,
14  hyphen, largely of the innate immune system,
15  hyphen, have on neoplastic progression."
16         Did I read that correctly?
17     A.    You did.
18     Q.    And there are four citations
19  there, correct?
20     A.    Correct.
21     Q.    And once again, here when they
22  write "neoplastic progression," would that be
23  something that you --
24     A.    Can we look at -- I'm sorry, go
25  ahead.

Page 224

1      Q.    You want to look at the
2   references?
3      A.    Could we?
4      Q.    Of course.
5      A.    Yes.
6      Q.    Okay.
7      A.    These papers are referring to
8   existing cancers and either progression
9   and/or metastasis of existing cancers, not
10  the initiation of cancer, that is, the events
11  involved in -- the very early events involved
12  in the transformation process leading a
13  normal cell to become malignant and
14  ultimately metastatic.
15         So --
16     Q.    And in fact, Doctor, right
17  above the references they write, the last
18  four words, "have on neoplastic progression."
19  And that was the context of my question.
20     A.    I think they're talking about
21  existing cancers.
22     Q.    Yes.  And progression of
23  existing cancer.
24         My only question was going to
25  be here, neoplastic progression, would you

Page 225

1   then encompass this term in the more modern
2   one that you were just sharing with us?
3      A.    I would say that the entire
4   concept is irrelevant to the arguments that
5   we're having here today about whether talc
6   initiates ovarian tumorigenesis or not.
7      Q.    Okay.  Is it relevant to the
8   argument as to whether or not the plaintiff
9   experts' reliance upon chronic inflammation
10  is simplistic?
11     A.    Couldn't follow your sentence.
12  Sorry.
13     Q.    Okay.  You stated earlier that
14  the opinions regarding chronic inflammation,
15  whether it was the plaintiff experts or
16  Dr. Saed, were -- and I can't paraphrase it
17  all, but the one word you used was
18  "simplistic," correct?  You remember that?
19     A.    Vaguely.
20     Q.    And we've now gone through Ness
21  and Cottreau in 2009; Trabert, et al., in
22  2014; CDC in 2014.  Now we're looking at
23  Hanahan 2011 talking about inflammation, and
24  not only initiation but also progression of
25  cancer.  That's the only context I'm using

57 (Pages 222 to 225)

Jeffrey A. Boyd, Ph.D.

Page 226

1    this for.
2            MS. MILLER:  Is that a
3    question?
4            MR. RESTAINO:  No, it was an
5    explanation to why we were in this
6    area.
7            THE WITNESS:  It sounded like a
8    speech, but that's all right.
9    QUESTIONS BY MR. RESTAINO:
10       Q.    It was just an explanation of
11   why we're in this area.
12           Let's go to the
13   self-sufficiency in growth signals.
14           As described by Hanahan --
15           MS. MILLER:  You got to slow
16   down.  Where are you?
17           MR. RESTAINO:  It's just one of
18   the hallmarks.  I'm just describing
19   the term.
20           MS. MILLER:  What page?  Where
21   are you reading from?
22           MR. RESTAINO:  Well, any one of
23   either the 2000 paper or the 2000 --
24           THE WITNESS:  But where in the
25   paper, I think --

Page 227

1            MS. MILLER:  We're on the 2011
2    paper.  That's my understanding.
3    QUESTIONS BY MR. RESTAINO:
4        Q.    So go to the second column --
5    or the second page.
6            MS. MILLER:  I think you don't
7    realize you read very fast and you
8    don't give page numbers, and I get
9    very confused.
10           MR. RESTAINO:  But I wasn't
11   reading from anything.
12           MS. MILLER:  You were reading
13   from something.  Nobody can talk that
14   fast without reading.
15   QUESTIONS BY MR. RESTAINO:
16       Q.    Doctor, sustaining
17   proliferative signaling, can that lead to
18   self-sufficiency in growth signals?
19           MS. MILLER:  I'm sorry, is this
20   question based on this study or
21   this -- sorry, it's not a study.  It's
22   a review article, I think you said?
23           Is this question related to
24   this exhibit?
25           MR. RESTAINO:  First of all, a

Page 228

1    research paper, I will disagree with
2    the doctor when you refer -- as to its
3    implications in the medical
4    literature.
5            Secondly, I'm just asking in a
6    general sense as to a cancer
7    specialist --
8            MS. MILLER:  Okay.  You just --
9    you have the exhibit open.  I'm
10   confused.  I didn't know if you were
11   reading or asking a question.
12   QUESTIONS BY MR. RESTAINO:
13       Q.    Doctor, generically speaking,
14   is self-sufficiency in growth signals one of
15   the hallmarks of any cancer?
16           MS. MILLER:  Objection.
17           THE WITNESS:  Where does it say
18   self-sufficiency in growth signaling?
19           MS. MILLER:  I think he's
20   saying that he's just asking this
21   question unrelated to this document.
22   I think.  I'm confused as well.
23           THE WITNESS:  You'll have to
24   explain your definition of
25   self-sufficiency to me, please.

Page 229

1    QUESTIONS BY MR. RESTAINO:
2        Q.    Could you pick up what is
3    previously marked as Exhibit 14?
4        A.    Okay.  We're back to 14.  I'm
5    sorry.
6        Q.    The 2000 paper, hallmarks of
7    cancer.
8        A.    We're going back to 2000?
9        Q.    Yes.
10       A.    Okay.
11       Q.    Open to the second page.
12           See the diagram, Figure 1?
13       A.    Yes.
14       Q.    You see the first acquired
15   capability of cancer up at the top of it?
16       A.    Yes.
17       Q.    Is it titled "Self-Sufficiency
18   in Growth Signals"?
19       A.    Yes, it was in 2000.
20           And then in 2011 they changed
21   the same phenotype to sustaining
22   proliferative signaling.
23           I would agree generally that
24   sustained proliferative signaling is a
25   hallmark of cancer, generally speaking.

58 (Pages 226 to 229)

Jeffrey A. Boyd, Ph.D.

Page 230

1    Q.    Is it also a hallmark of
2  ovarian cancer?
3    A.    Yes, generally speaking.
4    Q.    Looking at the 2000 paper
5  again, the hallmark down below that, to the
6  right is "insensitivity to anti-growth
7  signals."
8         Is that a hallmark of cancer,
9  generally?
10        MS. MILLER:  Objection.
11        THE WITNESS:  Well, I would
12    simply agree with the authors that
13    suggest, "We suggest that most, if not
14    all, cancers have acquired the same
15    set of functional capabilities during
16    their development, albeit through very
17    mechanistic strategies."
18        I would agree with the
19    statement underneath the figure.
20  QUESTIONS BY MR. RESTAINO:
21    Q.    Okay.  Would you, as an expert
22  in ovarian cancer research, agree that
23  insensitivity to anti-growth signals occurs
24  in ovarian cancer also?
25    A.    Yes.  As I have previously

Page 231

1  indicated, all cancers, including ovarian
2  cancers, are associated with the occurrence
3  and accumulation of mutations and oncogenes
4  and tumor suppressor genes.
5         The normal function of a tumor
6  suppressor gene is to inhibit growth, so in
7  other words, to provide an anti-growth
8  signal.  And so when a tumor suppressor gene
9  such as TP53 or RB1 is inactivated, which
10  occurs frequently in ovarian cancer, then the
11  ovarian cancer cells become insensitive to
12  anti-growth signal.
13    Q.    Okay.  To the left of that
14  hallmark they write "evading apoptosis. "
15        Do you see that, sir?
16    A.    Yes.
17    Q.    And apoptosis is the death of
18  cells which occurs as a normal, controlled
19  part of an organism's growth and development;
20  would you agree?
21    A.    It's generally referred to as
22  programmed cell death, but, yes.
23    Q.    Fair enough.
24        Is evading apoptosis one of the
25  hallmarks, generally speaking, of cancer?

Page 232

1    A.    Yes, it's associated with,
2  again, mutational inactivation of the TP53
3  gene, which is extraordinarily common in
4  serous ovarian epithelial carcinomas and
5  indeed is the most frequently mutated tumor
6  suppressor gene in all cancers generally.
7    Q.    Okay.  All three of these will
8  lead to cellular proliferation, correct?
9        MS. MILLER:  Objection.
10        All three of what?
11  QUESTIONS BY MR. RESTAINO:
12    Q.    All three of these hallmarks
13  that we've just discussed.
14        MS. MILLER:  Can you identify
15    which three you're referring to?
16        THE WITNESS:  It's -- he's
17    referring to the top -- the three at
18    the top of Figure 1 in exhibit -- so
19    if we look at Figure 1 in Exhibit 14,
20    he's referring to the top three
21    phenotypic properties of acquired
22    capabilities of cancer.
23  QUESTIONS BY MR. RESTAINO:
24    Q.    And the result of these three
25  hallmarks is going to be cellular

Page 233

1  proliferation; would you agree?
2    A.    Not necessarily, but would
3  certainly be more likely under these
4  circumstances than if these mutational events
5  leading to these phenotypic properties had
6  not occurred.
7    Q.    Okay.
8    A.    Tumor cells are not constantly
9  dividing.
10    Q.    Let's turn to your expert
11  report, page 4.  And you have a section
12  there, A, study design issues.  The first one
13  is the use of DMSO as a solvent.
14        Did I read that correctly?
15    A.    Yes.
16        Well, mostly correctly.
17    Q.    Do you see the section "use of
18  DMSO as solvent"?
19    A.    Yes.
20    Q.    Okay.  Colon.
21        And then you write in your
22  paragraph there -- if you look five lines
23  down, sir, towards the right, there's a
24  sentence where you start with, "But he
25  apparently paid."

59 (Pages 230 to 233)

Jeffrey A. Boyd, Ph.D.

Page 234

1          Do you see that?
2     A.   Yes.
3     Q.   "But he apparently paid no heed
4  to recent research that has called into
5  question whether the use of DMSO as a solvent
6  can alter the effect of the treatment and
7  skew the results."
8          Reference 7 down below, Hall,
9  MD, et al., "Say No to DMSO:
10  Dimethylsulfoxide Inactivates Cisplatin,
11  Carboplatin and Other Platinum Complexes."
12          Did I read that correctly?
13     A.   You did.
14          (Boyd Exhibit 16 marked for
15  identification.)
16  QUESTIONS BY MR. RESTAINO:
17     Q.   So I've marked as Boyd 16 your
18  reference by Hall, et al. "Say no to DMSO."
19          MS. MILLER:  It's very catchy.
20          MR. RESTAINO:  It is.  Easy to
21  remember.
22  QUESTIONS BY MR. RESTAINO:
23     Q.   Did I read that correctly, sir?
24          Well, strike that.
25          You recognize this paper,

Page 235

1  correct, sir?
2     A.   Yes.
3     Q.   Now, early on I asked you if
4  you were an expert in pharmacology, and you
5  said you were not, correct?
6     A.   Correct.
7     Q.   But do you have a basic
8  understanding what the platinum-based drugs
9  cisplatin, carboplatin and oxaliplatin are?
10     A.   Oxaliplatin.
11     Q.   That one, too.
12     A.   Yes.
13     Q.   Do you understand that they
14  contain a ligand attached to them?
15     A.   Are you referring to platinum
16  as a ligand?
17     Q.   Sir, do you know what a ligand
18  is?
19     A.   It's -- I think what you're
20  trying to get at is a ligand may generally be
21  used as a definition for a molecule that
22  interacts with another molecule.
23          Earlier when we were discussing
24  ligand, I was thinking of ligand in a cell
25  biological context, which is much more

Page 236

1  typical in terms of a ligand receptor
2  interaction such as epidermal growth factor,
3  epidermal growth factor receptor being a
4  ligand receptor interaction.
5          So ligand actually has many
6  definitions, depending on the context.  The
7  one you're using now is a chemical context,
8  and I do not hold myself out as a chemist.
9     Q.   Okay.  Do you agree that DMSO
10  is a virtual, universal solvent?
11     A.   I believe that
12  dimethylsulfoxide is used very commonly to
13  dissolve chemicals of all kinds in an
14  experimental context because many chemicals
15  are readily soluble in DMSO.
16     Q.   So you're not disagreeing with
17  Hall, et al., if they describe it as a
18  virtual, universal solvent?
19     A.   I think that's a fair
20  description of DMSO in this particular
21  context.
22     Q.   Okay.  Now, where I'm reading
23  from, sir, is -- I'm not trying to play any
24  word games from you -- is page 2, the middle
25  paragraph under Introduction.

Page 237

1          And all I can say is it's in
2  the middle of the paragraph.  The universal
3  solvent language is there on the right-hand
4  side about 11, maybe 12 lines down.
5     A.   Uh-huh.
6     Q.   Do you see that, sir?
7     A.   Yes.
8     Q.   And then a sentence ends with a
9  reference 12, correct?
10     A.   Yes.
11     Q.   And then they write, "DMSO
12  contains a nucleophilic sulfur, which allows
13  it to coordinate with platinum complexes,
14  displacing ligands and changing the structure
15  of the complexes, open paren, 13 to 16.  This
16  renders platinum complexes unstable in DMSO."
17          Did I read that correctly?
18     A.   I lost you, but I'll submit
19  that you did.
20     Q.   Want me to read it again?
21     A.   No.
22     Q.   Or would you like to take a
23  moment and read it yourself?
24     A.   No.
25     Q.   Okay.  Now, is it your opinion

Jeffrey A. Boyd, Ph.D.

Page 238

1    that the nucleophilic sulfur which DMSO
2    contains interacts in any way whatsoever with
3    the mineral talc?
4        A.   I'm sorry, I missed the first
5    part of the question.
6        Q.   Is it your opinion that the
7    nucleophilic sulfur, which they describe
8    here, which DMSO contains, interacts in any
9    way whatsoever with the mineral talc?
10       A.   I have no knowledge of the
11   interaction of DMSO with the mineral talc.
12       Q.   Do you -- what objective
13   evidence do you have that shows that talcum
14   powder is rendered unstable in DMSO by this
15   nucleophilic sulfur?
16       A.   None.
17           MS. MILLER:  Objection.
18           THE WITNESS:  Sorry.
19           MS. MILLER:  Are we ready for a
20   break?
21           MR. RESTAINO:  Ready for a
22   break?
23           MS. MILLER:  I am.
24           THE WITNESS:  Sure.
25           VIDEOGRAPHER:  Off the record

Page 239

1    at 2:25 p.m.
2        (Off the record at 2:25 p.m.)
3           VIDEOGRAPHER:  We are back on
4    the record at 2:38 p.m.
5    QUESTIONS BY MR. RESTAINO:
6        Q.   Welcome back, Doctor.
7           Before we broke, we were
8    discussing the Hall paper which was your
9    reference.
10           Would you be kind enough, sir,
11   to turn to page to -- give me one second.
12   I apologize.  I wrote down the wrong page
13   number.
14           Page 3919.  And I apologize for
15   the delay.  And --
16       A.   39 -- in Hall, et al.?
17       Q.   Yeah.
18       A.   I'm sorry, I've got pages 1, 2,
19   3.
20       Q.   And that's exactly what I'm
21   seeing also.
22           MS. MILLER:  What's the issue?
23   What do you want?
24           THE WITNESS:  It's just a page
25   number issue.

Page 240

1           MS. MILLER:  It's starts on
2    3913, and what page do you want?
3           MR. RESTAINO:  3915.
4           MS. MILLER:  So maybe we could
5    guess that it's around -- and we're
6    not supposed to guess today.
7           MR. RESTAINO:  I know, but they
8    got page number -- well, let's see if
9    they have the page number up above.
10           THE WITNESS:  Well, the problem
11   is this is the public access version
12   as opposed to the Cancer Research
13   version, and so the page numbers are
14   going to just be 1, 2, 3, 4 in the
15   public access version.
16           MS. MILLER:  But if we guess,
17   13, 14, 15, it should be page 3.
18           What words are you looking for?
19   QUESTIONS BY MR. RESTAINO:
20       Q.   "Discussion" is on the lower
21   right-hand side.
22       A.   We can find the discussion
23   section if that's what we're doing.  It's
24   going to be at the end.
25       Q.   Yeah, I apologize.  I actually

Page 241

1    have two different versions.  The printed
2    version and my electronic version are
3    different.  My apologies.
4        A.   All right.  Discussion is
5    always at the end.
6        Q.   It appears to be page 9.
7        A.   Yes.
8        Q.   Okay.  Down below, Discussion.
9    "We have demonstrated here the profound
10   effects of DMSO on platinum drugs and
11   complexes that contain monodentate ligands. "
12           Did I read that correctly?
13       A.   You did.
14       Q.   Does talc powder contain one of
15   those monodentate ligands?
16       A.   I don't know.
17       Q.   The bottom, last sentence of --
18   in your expert report now on page 4, we were
19   discussing the use of DMSO as a solvent in A.
20           Do you see that, sir?
21           Sir, I'm on page 4.
22       A.   "Dr. Saed's failure," et
23   cetera?
24       Q.   Yes.  "Dr. Saed's failure to
25   evaluate this possibility renders most of his

61 (Pages 238 to 241)

Jeffrey A. Boyd, Ph.D.

Page 242

1    results, open paren, those involving exposure
2    of cells to talc, close paren, unreliable."
3        Did I read that correctly?
4        A.   Yes.
5        Q.   And your one reference for this
6    entire paragraph is the Hall paper which has
7    to do with platinum-based metals and the
8    dissolution of the ligand by DMSO and has
9    nothing to do with talc; is that correct?
10       A.   So far as I know.
11            I would add that over the
12   course of my career in conducting similar
13   studies, before having read this paper rather
14   recently and conducting studies with cells
15   and platinum, I, too, perform lots of
16   experiments, in fact, using DMSO as a solvent
17   for one or another compound that I was
18   treating cells with.
19            And I observed over the years
20   that after a period of time, even hours, a
21   clear solution containing a treatment
22   compound, if you will, or an experimental
23   compound, in DMSO frequently leads to the
24   clear solution turning brown over a short
25   period of time, which is consistent with the

Page 243

1    characterization of dimethylsulfoxide as a
2    chemical oxidant.
3            And just based on personal
4    experience, it was my inference from watching
5    experimental agents turn brown over a period
6    of hours, certainly days, and having to throw
7    out the solution and then start over again
8    with fresh DMSO and fresh chemical, that the
9    agent that I was testing was being chemically
10   modified.
11       Q.   Okay.
12       A.   It's a personal anecdote.
13       Q.   Okay.  And then in addition to
14   that, Doctor, inasmuch as the Hall paper
15   deals with metal-based, platinum-based
16   chemotherapy agents with ligands and CMSO
17   {sic}, is your failure to evaluate this paper
18   as it relates to the use of DMSO by Dr. Saed
19   render your opinions in this regard
20   unreliable?
21       MS. MILLER:  Objection.
22       THE WITNESS:  Sorry, I just
23   couldn't follow the sentence.
24       MS. MILLER:  Yeah, I couldn't
25   either.

Page 244

1    QUESTIONS BY MR. RESTAINO:
2        Q.   Inasmuch as the Hall paper
3    deals with metal-based, platinum-based
4    chemotherapy agents which are dissolved by
5    DMSO by losing the ligand, which has nothing
6    to do with talc, would you agree that your
7    opinion in this regard is unreliable, as you
8    describe Dr. Saed's opinion?
9        A.   Well, first of all -- and I'm
10   just going to read the question.  I'm sorry.
11            I believe earlier I suggested
12   that at least some of the elements that
13   constitute talc are, in fact, metals, e.g.,
14   silica.  So I don't think the whole
15   metal-based argument for why this is, out of
16   hand, irrelevant is valid.
17            I don't think the fact that
18   this is a chemotherapeutic agent has anything
19   to do with the argument.  It just happens to
20   be a chemotherapeutic agent.  It could be any
21   other chemical used to test any other
22   hypothesis about any other biological
23   phenomenon.
24            And so I think the essence of
25   your argument here, and I'm starting to lose

Page 245

1    it because it's going up the screen, about
2    rendering my opinion --
3        MS. MILLER:  I can stop it.
4        THE WITNESS:  -- about
5    rendering my opinion obsolete or
6    irrelevant is off target.
7    QUESTIONS BY MR. RESTAINO:
8        Q.   Okay.  Let's go down to the
9    bottom of page 4, determination of talc
10   dosage.  And I'm sorry, page 4 of your expert
11   report.  And we can put Hall to the side.
12            And is your opinion that
13   "Dr. Saed used a very highly concentrated
14   talc solution, hyphen, 500 milligrams of talc
15   per 10 milliliter of DMSO, with reference 8.
16   He then applied relatively enormous doses of
17   talc, hyphen, from 5 to 100 micrograms per
18   milliliter, directly to the treated cells."
19            Did I read that correctly?
20       A.   Yes.
21       Q.   500 milligrams of talc per
22   10 milliliters, that's 50 milligrams per
23   milliliter, agreed?
24       A.   Agree.
25       Q.   Do you know what the usual and

62 (Pages 242 to 245)

Jeffrey A. Boyd, Ph.D.

Page 246

1    customary dissolution dose of talcum powder
2    is when used for pleurodesis?
3         A.    It must be extraordinarily high
4    based on the physiologic result that they're
5    attempting to achieve --
6         Q.    How about --
7         A.    -- which is massive fibrosis in
8    the closing off of the cavity between the
9    chest wall and the lung.
10        Q.    Would it surprise you that it's
11   5 grams dissolved in 50 to 100 millimeters of
12   normal saline?
13        A.    It wouldn't surprise me at all.
14        Q.    And 5 grams equates to
15   5,000 milligrams?
16        A.    I'm sorry, could we back up a
17   minute?  I would just like to be clear about
18   what you were stating about the solvent
19   that's used in pleurodesis.  I believe you
20   said normal saline.
21        Q.    Correct.
22              NS.  Does that make sense?
23        A.    Well, I'm reading normal
24   saline.
25        Q.    Okay.

Page 247

1         A.    But, no, I think it would have
2    been fantastic.
3              And I know you disagree with
4    the retrospectoscope, but my whole point was
5    we could avoided all of these -- could have
6    avoided all of these uncertainties in this
7    experimental design had he used an inert
8    solvent such as normal saline to dissolve the
9    talc.
10        Q.    Does talc dissolve in normal
11   saline?
12        A.    Apparently in pleurodesis it
13   seems to, based on what you just read.
14        Q.    So you don't know what is
15   injected during pleurodesis?
16        A.    Talc.
17        Q.    Do you know what form, what --
18   strike that.
19              What -- do you know that it's a
20   slurry that's involved?
21        A.    Yes.
22        Q.    Okay.  Is a slurry different
23   from normal saline?
24        A.    Yes.
25              And I'm also familiar with

Page 248

1    Dr. Saed's notebook where they actually
2    played around with dissolving talc in a
3    slurry at one point.
4         Q.    Play around --
5         A.    Freeze -- I'm sorry, that's an
6    inappropriate term.  I'm sure he's a serious
7    man and doesn't play around in the lab.
8              They -- they experimented with
9    the process of dissolving talc in an aqueous
10   solution as a slurry, and for reasons that
11   aren't clear to me, as is the case for most
12   of what goes on in his laboratory notebooks,
13   they abandoned that approach and chose to use
14   DMSO, which completely dissolved the talc.
15        Q.    And you don't know why they did
16   that, though?
17        A.    Well, no, I can't -- I can't
18   infer what they may have been thinking.
19        Q.    Do you know if the dose used by
20   Dr. Saed is equivalent to the doses reported
21   as used by others that have published,
22   including, for example, Dr. Shukla,
23   Dr. Akhtar twice?
24        A.    That's a good question.  I did
25   look at those papers, and I did look at the

Page 249

1    doses, and the dose range tended to be much
2    lower in those papers.
3         Q.    Can you give us the dose range
4    in those papers versus what Dr. Saed used?
5         A.    Roughly.
6              MS. MILLER:  Objection.
7              THE WITNESS:  Yeah, I'm not
8         going to speculate without the papers
9         in front of me.  I'd be happy to read
10        the doses from the X axis if you've
11        got the papers on hand.
12   QUESTIONS BY MR. RESTAINO:
13        Q.    Okay.  Is it your opinion that
14   there was a substantive difference in the
15   doses --
16        A.    Absolutely.
17        Q.    -- used?
18              And you're relying upon those
19   papers and Dr. Saed's published paper for
20   that?
21              MS. MILLER:  Objection.
22              THE WITNESS:  Well, I'm relying
23        on more than that.  That's part of the
24        equation.  Part of the calculus, if
25        you will.

Jeffrey A. Boyd, Ph.D.

Page 250

1    QUESTIONS BY MR. RESTAINO:
2       Q.    Okay.
3       A.    I'm also relying on doses that
4    have been used in, for example, the Hamilton
5    study.
6       Q.    Okay.
7       A.    Where he injected approximately
8    10 milligrams into an entire rat ovary, which
9    compared -- which by my conservative estimate
10   is likely to contain tens of millions of
11   cells.  And in this particular case, he's
12   treating 100-millimeter square dishes
13   containing a couple hundred thousand cells.
14          And the back-of-the-envelope
15   calculation is that he's using -- again, in
16   my estimation, using, granted, a subjective
17   term, a relatively massive dose.
18      Q.    He's actually using -- when he
19   used the 5 micrograms per milliliter, he's
20   using 0.005 percent of that which is injected
21   during pleurodesis; is that correct?
22          MS. MILLER:  Objection.
23          THE WITNESS:  Well, I'll take
24   your arithmetic at face value.
25          I think it's important to

Page 251

1    consider the size of the pleural
2    cavity that is injected with talc
3    during the process of pleurodesis,
4    which as far as I can tell is used
5    primarily to prevent pleural effusions
6    or perhaps pneumothorax in patients
7    with lung cancer, by closing off what
8    is arguably a very large physical
9    space containing perhaps billions of
10   cells.
11          And Dr. Saed's experiments,
12   again, were performed in a
13   100-millimeter-squared petri dish,
14   which is roughly that large, with a
15   nonconfluent modulator of talc,
16   roughly 100,000, 200,000 perhaps.  And
17   we're talking about logarithmic
18   differences of scale in terms of
19   pleurodesis versus the in vitro
20   experiments.
21   QUESTIONS BY MR. RESTAINO:
22      Q.    When the pleurodesis is
23   injected, it's injected using a large bore,
24   typically an 18-grade needle, correct?
25      A.    An 18-gauge needle.

Page 252

1       Q.    Yes.
2       A.    Correct.
3       Q.    Okay.  So when it's injected
4    there, it's going into a very small space to
5    begin with before it's distributed throughout
6    the pleural cavity, correct?
7       A.    Yes, just as when one takes a
8    Pipetman and pipettes -- a certain amount of
9    DMSO containing talc onto a 100-millimeter
10   dish, and then swirling the dish around to
11   distribute the talc over the cells, it's a
12   similar concept.
13      Q.    So in that -- what he's put
14   into his dish as compared to where that
15   needle goes, he's injected 0.0005 percent of
16   what's injected into a living human being?
17      A.    Which is still a massive dose
18   based on the number of cells being treated,
19   relatively speaking.
20          You're trying to use arithmetic
21   to conflate the point I'm making.
22      Q.    Okay.
23      A.    And the number of cells that
24   are being treated and the space that's -- the
25   space that's receiving the amount of

Page 253

1    physiologic, biologic space that's receiving
2    the talc that's being either injected or
3    pipetted into a dish, injected into a human
4    or pipetted into a petri dish.
5       Q.    Okay.  Continue on with
6    determination of talc dose.  You write,
7    second line from the bottom, "Indeed, the
8    evidence that any" -- and you bold "any" and
9    italicize "any" -- "talc can reach the
10   ovaries from external perineal use is weak."
11          Did I read that correctly?
12      A.    You did.
13      Q.    And are you an expert in the
14   migration of external particles from the
15   environment to the vagina to the fallopian
16   tubes and/or ovaries?
17      A.    No.  Sorry.
18          MS. MILLER:  Objection.  I --
19   that was an objectionable question.
20   Please give me time to object.
21          THE WITNESS:  So noted.
22          MS. MILLER:  Don't rush.
23   QUESTIONS BY MR. RESTAINO:
24      Q.    And you have a reference for
25   that, which is the 2010 IARC monograph on

64 (Pages 250 to 253)

Jeffrey A. Boyd, Ph.D.

Page 254

1    "Evaluation of carcinogenic risks to human,
2    Volume 93: Carbon black, titanium dioxide,
3    and talc 411," correct?
4           MS. MILLER: Objection. He has
5    three references, if I'm reading the
6    right footnote.
7           MR. RESTAINO: And I'm sorry,
8    I -- no, indeed, I'm reading from the
9    sentence, Jessica, "The evidence of
10   any talc can reach the ovaries from
11   external perineal use" --
12          MS. MILLER: Are we looking at
13   footnote 10? Maybe I misunderstood
14   you, but it sounded like you were
15   saying there was one reference.
16          MR. RESTAINO: Oh, I'm just
17   reading the first one, the IARC one.
18          MS. MILLER: You said you have
19   a reference.
20          MR. RESTAINO: They're on the
21   same page.
22   QUESTIONS BY MR. RESTAINO:
23   Q.    Do you see that, sir?
24   A.    I do.
25   Q.    And then turning to the next

Page 255

1    page, you have a 1971 reference by Henderson,
2    et al., correct?
3    A.    Correct.
4    Q.    And then you have a 1996
5    reference by Heller, correct?
6    A.    Correct.
7    Q.    Have you seen any other papers
8    that have been published more recently
9    regarding migration of talc powder -- of
10   particles throughout the female reproductive
11   tract?
12          MS. MILLER: Objection.
13          Can you ask a better question
14   there?
15          Are you asking about talc
16   powders? Are you asking about
17   particles and --
18          MR. RESTAINO: Talc powder and
19   particles.
20          MS. MILLER: Both?
21          MR. RESTAINO: Both.
22          MS. MILLER: Okay. That's a
23   new question.
24          MR. RESTAINO: Can't you just
25   say "objection"? Truly, are you

Page 256

1    capable of just saying "objection"?
2           You know that is the Federal
3    Rules, which is why we went to school
4    and we took all those classes.
5           MS. SHARKO: Okay. Let's just
6    move on.
7           (Boyd Exhibit 17 marked for
8    identification.)
9    QUESTIONS BY MR. RESTAINO:
10   Q.    Doctor, I've now marked as Boyd
11   17 an article by McDonald, et al., or
12   McDonald, et al. And I'll represent to you
13   that this paper was published in March 2019.
14          Have you seen this paper
15   before?
16   A.    I have.
17   Q.    Okay. If you would turn to
18   page 12, if I'm correct, there should be a
19   section there in the upper left called
20   Discussion.
21   A.    It's there.
22   Q.    In the second paragraph they
23   write, "Talc, when applied to the perineum,
24   is believed to migrate to the upper genital
25   tract, passing through the open tract to the

Page 257

1    fallopian tubes and eventually reaching the
2    ovaries." References 11 and 16.
3           Did I read that correctly?
4    A.    Yes, you did.
5           Can we dissect references 111
6    through 16?
7    Q.    And I was going to suggest to
8    you, would you like to look at references 11
9    and 16?
10   A.    Yes.
11   Q.    Okay. Reference 11 is by
12   Cramer, et al., "The association between talc
13   use and ovarian cancer: A retrospective
14   case-control study in two US states,"
15   published in Epidemiology in 2016; is that
16   correct?
17   A.    You have read it correctly.
18   Q.    And we discussed earlier
19   Dr. Daniel Cramer, the physician,
20   epidemiologist, correct?
21   A.    And gynecologist, correct.
22   Q.    And then reference 16 is the
23   Penninkilampi and Eslick paper, "Perineal
24   talc use and ovarian cancer: A systematic
25   review and meta-analysis," also published in

Jeffrey A. Boyd, Ph.D.

Page 258

1    Epidemiology.
2         This was in 2018; is that
3    correct?
4         A.   I'm sorry, can we go back to
5    the original sentence?  I believe you're
6    mixing references here.  I'm sorry.
7         MS. MILLER:  I'm afraid to
8    speak because you don't like me to say
9    anything more than objection, but --
10        THE WITNESS:  11 and 16.
11   Henderson is 16, "Talc and carcinoma
12   of the ovary and cervix."
13        MR. RESTAINO:  Oh, my mistake.
14   I'm sorry.
15   QUESTIONS BY MR. RESTAINO:
16        Q.   And so reference 16 is the
17   Henderson study, correct?
18        A.   Correct.
19        Q.   Now, you reference the article,
20   the three references there, for the evidence
21   that talc can reach the ovaries from external
22   perineal use is weak; is that correct?
23        A.   Well, if I recall, as I read
24   the articles, the first of the three
25   references that I cited I quote directly.

Page 259

1    That is the IARC paper, or the monograph, if
2    you will, describing the evidence as weak,
3    and further animal studies showed no evidence
4    of retrograde transport of talc to the
5    ovaries.
6         And then we could further
7    dissect the actual data in the Henderson and
8    Heller papers, if you'd like, in terms of
9    what they actually found and whether it has
10   anything at all to do with talc getting from
11   the perineum to the ovaries.
12        Q.   Do you recall in the -- your
13   review of the IARC monograph that they also
14   stated that in women with impaired clearance
15   function evidence of retrograde transport was
16   found?
17        A.   No.
18        Q.   Do you know --
19        A.   I remember what I wrote in my
20   footnote because it's there.
21        Q.   Do you know --
22        A.   I don't remember anything in
23   the paper except what I've written here.
24        MS. MILLER:  Do you want to
25   show him the papers?

Page 260

1         MR. RESTAINO:  No.  Just wonder
2    if he recalled reading that.
3    QUESTIONS BY MR. RESTAINO:
4         Q.   Do you know what retrograde
5    transportation is as used with the female
6    reproductive tract?
7         A.   I can infer that it would mean
8    stuff going north.
9         Q.   Okay.  And are you an expert --
10        A.   In stuff --
11        Q.   -- in the female reproductive
12   tract with stuff going north?
13        MS. MILLER:  Objection.
14        THE WITNESS:  No.
15   QUESTIONS BY MR. RESTAINO:
16        Q.   Would you defer to a
17   gynecologist and a gynecologic oncologist
18   who -- for their -- their opinions on stuff
19   going north?
20        MS. MILLER:  Objection.
21        THE WITNESS:  I wouldn't
22   refer -- I'm sorry.  I wouldn't defer
23   to people.  I would defer to
24   literature and evidence.
25        MS. SHARKO:  Ms. Thompson,

Page 261

1    didn't you say there was a no laughing
2    rule during depositions?
3         MS. THOMPSON:  Well, Jessica is
4    laughing.  She has been a good part of
5    the day.
6         MS. SHARKO:  Not that I saw,
7    and I'm sitting right next to her.
8         MS. THOMPSON:  And you'll have
9    to agree that things going -- stuff
10   going north is kind of funny, isn't
11   it, as a description?
12        That is all.  It wasn't meant
13   to be derogatory in any way.
14        MR. RESTAINO:  Can we move on?
15        MS. THOMPSON:  Sorry, yes.
16   QUESTIONS BY MR. RESTAINO:
17        Q.   Can we go to your expert report
18   at the top of page 5?  And I apologize for
19   giggling.
20        A.   No apology necessary.
21        Q.   You write -- down toward the
22   bottom section of the top paragraph, you
23   start on the right, after reference 13, "But
24   the logical conclusion of this argument."
25        Do you see that, sir?

66 (Pages 258 to 261)

Jeffrey A. Boyd, Ph.D.

Page 262

1    A.    Yes.
2    Q.    "But the logical conclusion of
3  this argument would be that the same
4  mechanisms of expulsion of talc from the
5  areas of the female reproductive tract distal
6  to the ovaries, open paren, vagina, cervix,
7  uterus, fallopian tubes, close paren, should
8  also prevent talc from otherwise migrating,
9  hyphen, like a salmon upstream, hyphen,
10  through this wash of bodily fluids,
11  eventually reaching the ovaries."
12        Is that correct?
13    A.    That's correct, and I apologize
14  for using analogies that aren't entirely
15  anatomical.
16    Q.    However, you don't have a
17  reference for this opinion, correct?
18    A.    Well, if we could back up a
19  little bit, I think it's useful to take this
20  particular sentence in context.
21    Q.    In the context of the previous
22  references?
23    A.    No, in the context of this
24  entire paragraph.
25    Q.    Okay.

Page 263

1    A.    Could I read it?
2    Q.    Of course, sir.
3    A.    "In attempting to explain why
4  talc would not produce inflammation and
5  cancer in the intervening areas of the female
6  reproductive anatomy, for example, Dr. Saed
7  repeatedly referred to the wash,
8  quote/unquote, of bodily fluids that would
9  expel particulate matter," and then I
10  referenced his deposition transcript.
11  "Dr. Saed contrasted this protective
12  mechanism to that of the ovaries, which he
13  claims have no mechanism for removing foreign
14  particles." Again, deposition transcript.
15        "But the logical conclusion of
16  this argument" -- and this is where I think
17  context is important, so he's -- he's
18  referring to the wash of bodily fluids that
19  would expel particulate matter. "But the
20  logical conclusion of this argument would be
21  that the same mechanisms of expulsion of talc
22  from areas of the female reproductive tract
23  below the ovaries, i.e., vagina, cervix,
24  uterus and fallopian tubes, should also
25  prevent talc from otherwise migrating like a

Page 264

1  salmon upstream through the wash of bodily
2  fluids."
3        So in other words, it's got to
4  be one way or the other.  You can't argue
5  that stuff is being constantly flushed out
6  while suggesting that stuff is at the same
7  time -- in other words, south and north at
8  the same time through the same organ system.
9    Q.    Isn't it true that on a monthly
10  basis when a woman is menstruating that the
11  endometrium is sloughed off?
12    A.    It is true.
13    Q.    Is the internal aspect of the
14  ovary sloughed off?
15    A.    What's the internal aspect of
16  the ovary?
17    Q.    In any internal -- internal
18  cellular components of the ovary, are they
19  sloughed off during menstruation?
20        MS. MILLER:  Objection.
21        THE WITNESS:  You'd have to ask
22  a more specific question than that.
23  I'm sorry.
24  QUESTIONS BY MR. RESTAINO:
25    Q.    Does -- during menstruation,

Page 265

1  does any part of the ovary, other than the
2  egg that's bursting through, does any part
3  of -- of the ovarian tissue slough off during
4  menstruation?
5        MS. MILLER:  Objection.
6        THE WITNESS:  If you could ask
7  a more specific question, I'd be happy
8  to answer it.
9        For example, what part of the
10  ovary?
11  QUESTIONS BY MR. RESTAINO:
12    Q.    Regarding the effect of
13  menstruation on an ovary, on a monthly basis
14  in a woman, would you defer to a
15  gynecologist?
16    A.    Again, I generally don't defer
17  to people or particular professions.  I defer
18  to textbooks and scientific literature to
19  form opinions on anything that I'm rendering.
20    Q.    Okay.  And do you render
21  opinions on whether or not tissue is flushed
22  from the ovary during menstruation?
23    A.    I'm not now because I just
24  simply don't understand the question.
25    Q.    Okay.  Are you familiar with

67 (Pages 262 to 265)

Jeffrey A. Boyd, Ph.D.

Page 266

1    any studies documenting that dead sperm and
2    inanimate sperm particles are efficiently
3    transported upward through the -- excuse me,
4    through the uterus and tubules?
5         MS. MILLER: Objection.
6         THE WITNESS: I'm familiar with
7    multiple allusions to
8    Dr. Clarke-Pearson's expert report
9    and/or deposition where this example
10   has been raised multiple times in
11   reading defendants' deposition
12   transcripts. So I assume that such
13   literature exists, but I've only read
14   it indirectly through plaintiffs'
15   attorneys' questions and defendants'
16   deposition transcripts.
17   QUESTIONS BY MR. RESTAINO:
18        Q.   Of one, Dr. Clarke-Pearson.
19   That's the only one you've read?
20        MS. MILLER: Objection. That's
21   not what he said.
22        THE WITNESS: That's not what I
23   said.
24   QUESTIONS BY MR. RESTAINO:
25        Q.   Well, regarding on the

Page 267

1    plaintiff side, what other plaintiff
2    gynecological oncology deposition did you
3    read?
4         MS. MILLER: Huh? Objection.
5         THE WITNESS: I read --
6         MS. MILLER: Wait a minute.
7    Objection.
8         You don't want me to say
9    anything further, but he never said
10   anything about reading Dr. -- I think
11   you just need to read his testimony
12   and ask your question again.
13   QUESTIONS BY MR. RESTAINO:
14        Q.   Doctor, did you read Clarke --
15   Dr. Clarke-Pearson's expert report and his
16   deposition transcript?
17        A.   I skimmed it. I've read much
18   more carefully the deposition transcripts of
19   several defendants' expert witnesses where
20   they are consistently asked on multiple
21   occasions by plaintiffs' lawyers as to
22   whether they're familiar with
23   Dr. Clarke-Pearson's testimony that dead
24   sperm can migrate north.
25        Q.   So in reading the deposition

Page 268

1    transcripts of several defendant expert
2    witnesses versus the plaintiff expert
3    witnesses, is that a form of confirmation
4    bias?
5         MS. MILLER: Objection.
6         THE WITNESS: I think -- I'm
7    sorry for laughing, but that's an
8    unusually creative question.
9         I simply don't know how to
10   answer that. I'm sorry.
11   QUESTIONS BY MR. RESTAINO:
12        Q.   Okay. Now, you've reviewed the
13   paper by Saed, et al., because Dr. Saed is
14   not the sole author of the paper "Molecular
15   Basis Supporting the Association with Talcum
16   Powder Use with Increased Risk of Ovarian
17   Cancer." Is that correct?
18        MS. MILLER: Objection.
19        THE WITNESS: Two things --
20   noting objection.
21        First of all, it's Fletcher, et
22   al., and second --
23        MS. MILLER: That was the
24   objection.
25        THE WITNESS: -- could we look

Page 269

1    at the paper?
2    QUESTIONS BY MR. RESTAINO:
3         Q.   Yes. And I've marked the paper
4    as 18.
5         A.   Are we done with McDonald?
6         Q.   With who?
7         A.   McDonald?
8         Q.   Yes, sir.
9         A.   Thank you.
10        (Boyd Exhibit 18 marked for
11   identification.)
12   QUESTIONS BY MR. RESTAINO:
13        Q.   So what we've been as calling
14   Dr. Saed's paper, or Fletcher, et al., does
15   have multiple coauthors, correct?
16        A.   Does indeed.
17        Q.   And do you know any of these
18   authors?
19        A.   No.
20        Q.   And the paper itself was
21   submitted -- originally submitted to
22   Gynecologic Oncology, correct?
23        A.   It's my understanding.
24        Q.   And there were two peer
25   reviewers that took a look at it, or at least

68 (Pages 266 to 269)

Jeffrey A. Boyd, Ph.D.

Page 270

1  two that we know of?
2      A.   The latter.  For the record,
3  there were at least two that rendered an
4  opinion, yes.
5      Q.   Okay.  And would you agree that
6  in the typical peer-review process of a
7  medical or scientific paper, reviewers with
8  expertise in the subjective -- in the subject
9  matter of the submitted manuscript are
10  selected to conduct a review?
11      A.   That's certainly the goal.  It
12  doesn't always happen, but that's -- that's
13  clearly the goal of peer review.
14      Q.   Okay.
15      A.   Obviously with millions of
16  papers being published and a finite number of
17  journals, the expertise and the content don't
18  always tick and tie, but that's certainly the
19  goal of peer review, yes.
20      Q.   Is it reasonable to conclude
21  that the two peer reviewers for Gynecologic
22  Oncology were experts in the subject matter
23  of the Fletcher, et al., paper?
24          MS. MILLER:  Objection.  Calls
25      for speculation.

Page 271

1          THE WITNESS:  I have no idea
2      what the expertise of the anonymous
3      reviewers of the Fletcher, et al.,
4      paper submitted to Gynecologic
5      Oncology is -- are.
6          I'm sorry.  I'm losing track of
7      my own sentence.
8  QUESTIONS BY MR. RESTAINO:
9      Q.   Did you read the letter from
10  the editor of Gynecologic Oncology to
11  Dr. Saed regarding that the journal,
12  Gynecologic Oncology, was currently only
13  accepting less than 20 percent of the
14  manuscripts submitted?
15      A.   I did.
16          And could we have a copy of the
17  letter if we're going to discuss the letter?
18      Q.   If we're going to discuss the
19  letter, sure.
20      A.   Sounds like we are.  I'm
21  just -- I'm sorry.
22      Q.   Yeah, I think we're just coming
23  to it.  I'm not going to get into the details
24  of it.  I just want to know at this point if
25  you've read it and you've reviewed that, if

Page 272

1  you recall that.
2      A.   Well, that's an interesting
3  question on several accounts.  Yes, I did
4  read it, but I'd like to have the opportunity
5  to comment on the content of the entire
6  letter as opposed to some sentences extracted
7  out of context, perhaps.
8      Q.   Okay.
9      A.   So if we could share the
10  letter, that would be very useful.
11      Q.   I will do that.
12      A.   Thank you.
13      Q.   Have you ever had a paper
14  submitted to a journal and have it rejected?
15      A.   Many times.
16      Q.   So the papers that you've
17  had -- that you've submitted that have been
18  rejected many times, were they flawed papers?
19      A.   That's a very vague term,
20  "subjective."
21      Q.   Were they papers that were
22  subsequently published by another journal?
23      A.   I would say, again, there's a
24  fine line between guessing and estimating.
25          First, let's start with the

Page 273

1  reality of publishing papers.
2          In my 35-year experience of
3  publishing papers and indeed serving as a
4  peer reviewer for more than 40, 45 journals,
5  and indeed with respect to Gynecologic
6  Oncology in particular, having reviewed,
7  conservatively, 150 papers for Gynecologic
8  Oncology, having served on the editorial
9  board of Gynecologic Oncology, and indeed
10  having served as associate editor for
11  Gynecologic Oncology, I can assure you that
12  there are very few papers in science
13  generally, and biomedical science generally,
14  in the context of any journal that are
15  accepted without revision on first
16  submission.
17          And so it's -- it's not only
18  usual, it is in fact the norm, for a paper to
19  receive constructive -- generally always
20  constructive -- comments about how the paper
21  could be improved based on the opinions of
22  the presumptive expert reviewers.
23      Q.   And it's true, is it not, that
24  Fletcher, et al., then submitted the paper to
25  Reproductive Sciences?

Jeffrey A. Boyd, Ph.D.

Page 274

1        A.    After they were disinvited to
2    submit a revised version to Gynecologic
3    Oncology, correct.
4        Q.    Disinvited?
5        A.    Yeah, again, could we see the
6    letter, please, so we don't have to guess
7    about what's boilerplate and what's actually
8    not boilerplate on a letter from the editor
9    from Gynecologic Oncology?
10            I've got quite a lot of
11   experience with the journal.
12            (Boyd Exhibit 19 marked for
13            identification.)
14   QUESTIONS BY MR. RESTAINO:
15       Q.    I'll mark this as 19.
16            And this is what you've seen,
17   sir?
18       A.    Yes.
19       Q.    And the first page, you see
20   it's to Ghassan Saed with cc's, correct?
21       A.    Yes.
22       Q.    From Gynecologic Oncology,
23   correct?
24       A.    Correct.
25       Q.    And you see the first

Page 275

1    paragraph: "Your paper, referenced above,
2    has now been reviewed by at least two experts
3    in the field and the editors.  Based on the
4    reviewers' comments, we must inform you that
5    while your work is not without merit, we are
6    unable to accept your manuscript for
7    publication in Gynecologic Oncology.  In the
8    last year, we have seen a significant
9    increase in the number of manuscripts
10   submitted to the journal and as a result, we
11   are now accepting less than 20 percent of the
12   manuscripts submitted to Gynecologic
13   Oncology."
14            Did I read that carefully?
15       A.    I don't know, but you read it
16   correctly.
17       Q.    I read it correctly?
18       A.    Yes.
19       Q.    Where in there does it say he
20   was disinvited?
21       A.    We haven't gotten there yet.
22            First of all, the paragraph
23   that you just read, for any paper that's
24   rejected outright from Gynecologic Oncology,
25   this is boilerplate.  Every single letter

Page 276

1    says exactly the same thing, I can assure
2    you.  It's a fact.
3        Q.    Does that decrease the merit of
4    what they're saying in the letter?
5        A.    No, I'm just helping you to
6    understand the letter.  You're interested in
7    discussing the letter.
8        Q.    Well, I understand letters from
9    editors and peer-reviewers, very much so.
10       A.    Well, we're talking about a
11   specific letter from a specific journal in
12   this case, Gynecologic Oncology, and I'm not
13   sure if you're familiar with Gynecologic
14   Oncology or not.
15       Q.    And while I've never submitted
16   a paper to this journal, can you sit there
17   and tell us today that this first paragraph
18   is the exact same paragraph that they send to
19   every paper that they don't accept, the
20   80 percent of which is submitted to them?
21            Can you sit here and say that
22   that paragraph is the exact same thing?
23       A.    That are rejected outright; in
24   other words, on first submission, I can state
25   that as a fact.

Page 277

1        Q.    Okay.  Now, do you know if this
2    paper was ultimately submitted to
3    Reproductive Sciences?
4        A.    I'd like to move on with this
5    letter.  I mean, you're -- to use a phrase
6    I've used -- cherry-picking pieces of the
7    letter and avoiding others that I think bear
8    on the veracity of the paper as the reviewer
9    saw it submitted to Gynecologic Oncology.
10       Q.    I'm actually going to come back
11   to that, so I'd like to --
12       A.    Well, I hope so, because I
13   think it's important.
14       Q.    Well, your attorney is going to
15   have a chance to ask you about it, as I said.
16   Okay?  It's my turn --
17       A.    Well, you said you were going
18   to come back to it, but --
19       Q.    I may if we have time.  Okay.
20            MS. MILLER:  Again --
21            THE WITNESS:  For the record,
22            I'd like to continue on the topic of
23            this particular paper from this
24            particular journal because I think it
25            bears on the quality of the manuscript

70 (Pages 274 to 277)

Jeffrey A. Boyd, Ph.D.

Page 278

1    as the reviewers from Gynecologic
2    Oncology viewed it.
3            MR. RESTAINO:  And if we have
4    time, I'm going to get back to it.  I
5    have more questions about that letter.
6            THE WITNESS:  Noted.
7            MS. MILLER:  Are we done with
8    this exhibit?
9            MR. RESTAINO:  Just for the
10   time being.  I'm going to return to
11   it.
12   QUESTIONS BY MR. RESTAINO:
13       Q.    Now, on the bottom of page 6 of
14   your expert report, you have a section
15   Inadequate Control Experiments.
16           Do you see that, sir?
17       A.    Yes.
18       Q.    And you write, "Dr. Saed's
19   studies do not adequately address his
20   hypothesis that there is a biological
21   mechanism linking exposure to talc, open
22   paren, a hydrated magnesium silicate compound
23   consisting of magnesium, silicon and oxygen,
24   hyphen, all of which are found at one or
25   another concentration in the human body and

Page 279

1    are, in fact, considered, quote, essential
2    elements, close paren, to ovarian
3    carcinogenesis because Dr. Saed failed to
4    perform additional control experiments
5    designed to test whether other particulate
6    compounds, such as, for example, cornstarch,
7    open paren, a powdered carbohydrate derived
8    from the endosperm of corn kernels, close
9    paren, or a particulate compound more
10   chemically similar to talc, such as finely
11   ground beach sand, open paren, silicon
12   dioxide, close paren, produce the same
13   results."
14           Did I read that correctly?
15       A.    I'll submit that you did.
16       Q.    Okay.  Now, when you say
17   that -- why in this paragraph did you add
18   that magnesium silicon and oxygen are
19   considered essential elements?
20       A.    I honestly don't remember.
21       Q.    Okay.
22       A.    My point is I think that -- if
23   I recall when I was composing this probably
24   late at night, since that's when I did
25   essentially all of my work related to this

Page 280

1    case and research --
2            MS. MILLER:  I'm sorry.
3            THE WITNESS:  It's quite all
4    right.
5            My point was that the talc
6    particle is generally considered to be
7    chemically inert, and I was perhaps
8    opining at length about inert stuff in
9    the body that constitutes talc.
10           But my point here, as I
11   intended it then and as I intend it
12   today, is that talc is an inert -- a
13   chemically inert particle and that
14   it's my opinion, as apparently it was
15   for the other investigators that we've
16   discussed most recently that perform
17   similar experiments in vitro treating
18   cells with talc and so forth, to use
19   other inert particles to control for
20   the effect -- the simple effect of
21   placing extraordinarily large amounts
22   of inert particles on cells in culture
23   in order to measure a biological
24   phenomenon.
25           So in other words, is it

Page 281

1    specific to talc or is it simply the
2    result of dumping a lot of powder
3    on -- or finely ground, you know,
4    titanium oxide or glass beads, for
5    example, I think one of the
6    investigators used.  I think they were
7    a little more careful in their
8    scientific approach, which I think
9    speaks to Dr. Saed's thought process
10   in designing the appropriate control
11   experiments for the ones he described
12   in this paper.
13   QUESTIONS BY MR. RESTAINO:
14       Q.    Hydrogen is an essential
15   element also, isn't it?
16       A.    Yes.
17       Q.    Because it was left out of your
18   essential elements here.
19       A.    Again, I think I explained my
20   rationale for describing them as essential
21   elements, and that's certainly not the -- the
22   gist nor the crux of my -- of my criticism of
23   the experimental design.
24       Q.    Wasn't your intent to indicate
25   to any reader of this paragraph that these

71 (Pages 278 to 281)

Jeffrey A. Boyd, Ph.D.

Page 282

1    elements, including magnesium, silicon,
2    oxygen and the left out hydrogen, are
3    essentially safe because they're essential
4    elements in our body?
5        A.    It was my point to indicate
6    that talc is inert, chemically unreactive,
7    generally speaking. And I apologize if it
8    doesn't meet your standards for describing a
9    compound as chemically inert.
10       Q.    Is it physiologically inert?
11       A.    I believe it is.
12       Q.    And what do you base that upon?
13       A.    Chemically inert is
14   physiologically inert. I mean --
15       Q.    Okay.
16       A.    -- the cells, the tissues of
17   the human body, is -- of the human body is --
18   are you about to hand us something?
19       Q.    Yes, sir.
20       MS. MILLER: Finish your
21   sentence. If you're done.
22       THE WITNESS: Chemically inert,
23       in my mind, suggests that a compound,
24       a chemical, does not spontaneously
25       react with anything, which of course

Page 283

1       would include anything that you
2       classify as physiological.
3    QUESTIONS BY MR. RESTAINO:
4        Q.    Are hydrated magnesium
5    silicates inert?
6        A.    Well, there are different forms
7    of hydrated magnesium silicates, I presume,
8    which is where you're going with this, and
9    I'm sure some of them aren't -- a good
10   example would be the difference between --
11   let's make something up -- water, H2O, which
12   is oxygen and hydrogen, and hydrogen
13   peroxide, H2O2, which differ by a single
14   oxygen molecule, one being very inert, the
15   other being very reactive.
16       So I think it's very safe to
17   say even though I don't hold myself out as a
18   chemist, that there are very likely to be
19   other hydrated magnesium silicates that are
20   not inert.
21       (Boyd Exhibit 20 marked for
22       identification.)
23   QUESTIONS BY MR. RESTAINO:
24       Q.    I've marked as Exhibit 20
25   "Chemical Structure of Essential Elements."

Page 284

1    I just want to look at them with you.
2        And you've got magnesium there,
3    correct?
4        MS. MILLER: Objection.
5        What is this?
6        MR. RESTAINO: Chemical
7        structure.
8        THE WITNESS: Could we
9        stipulate --
10       MS. MILLER: Is this a
11       chemistry test?
12       THE WITNESS: Could we
13       stipulate that we've got magnesium,
14       silicon, oxygen and hydrogen here and
15       both agree?
16   QUESTIONS BY MR. RESTAINO:
17       Q.    Yes.
18       And would you agree that all
19   the essential elements that we have been
20   discussing are located in that compound?
21       A.    Yes.
22       Q.    Okay. The bottom of page 6 and
23   top of page 7 of your expert report.
24       After you've been discussing
25   various additional control experiments and

Page 285

1    experiments of Dr. Saed, et al., could have
2    performed, you write, "Such experiments
3    testing the potential biological effects of
4    other particulate compounds like talc could
5    have been used to determine whether his
6    findings were driven by some quality that is
7    unique to talc or rather its particulate form
8    generally, the characteristics of which are
9    shared by many other compounds."
10       Did I read that correctly?
11       A.    You did, and I opined on that
12   point extensively just literally a few
13   seconds ago.
14       Q.    Yes.
15       Do you know if those
16   experiments are being planned by Dr. Saed?
17       A.    How would I know what he's
18   planning to do?
19       Q.    Well, you're criticizing saying
20   that he could have done a lot of other
21   studies, that he could have done in vivo
22   studies, that he could have done a lot more,
23   which is not the normal sequence of
24   scientific study.
25       But all I'm asking now is, do

72 (Pages 282 to 285)

Jeffrey A. Boyd, Ph.D.

Page 286

1  you know if he's doing those experiments as
2  we sit here today?
3          MS. MILLER:  Objection.
4          THE WITNESS:  Is that a
5      rhetorical question, sir?
6  QUESTIONS BY MR. RESTAINO:
7      Q.   No.  I'm just asking, do you
8  know?
9      A.   I haven't spoken to Dr. Saed --
10     Q.   Okay.
11     A.   -- so I have no way of knowing
12  what he's planning to do in the future.
13     Q.   But you've criticized him for
14  not correlating his in vitro studies with
15  some in vivo studies at this time, correct?
16         MS. MILLER:  Objection.
17         THE WITNESS:  I'm criticizing
18     him for his studies, his laboratory
19     notebook, his deposition, his expert
20     report, all the things that I've seen.
21         Obviously I can't criticize him
22     for things that he may or may not do
23     in the future.  I think that's kind
24     of, again, I'm sorry, a silly
25     question.

Page 287

1  QUESTIONS BY MR. RESTAINO:
2      Q.   Doctor, isn't it true that in
3  scientific research it's not uncommon,
4  especially when looking at treatment
5  modalities, to go from an in vitro cellular
6  petri dish study, and if the results are
7  promising, to move on to an in vivo study or
8  an animal study, and if the results are
9  promising, to move on to a phase I clinical
10  trial, phase II, phase III, and in some cases
11  phase IV?
12         MS. MILLER:  Objection.
13  QUESTIONS BY MR. RESTAINO:
14     Q.   Would you agree that's normal
15  sequence of some scientific study?
16         MS. MILLER:  Objection to those
17     questions.
18         THE WITNESS:  To what kind of
19     scientific study?  Are we talking
20     about treatment studies or toxicology,
21     carcinogenicity studies?
22  QUESTIONS BY MR. RESTAINO:
23     Q.   I actually started by saying,
24  when looking at treatment study modalities,
25  treatment study.  Let's use a treatment

Page 288

1  study.
2      A.   So we're switching gears here
3  and going from a ostensible carcinogenesis
4  study to a therapeutic study?
5      Q.   Yes.
6      A.   Okay?
7      Q.   Yes.
8      A.   Please proceed.
9      Q.   Is that fair, the sequence I
10  mentioned, in vitro to in vivo/animal to
11  phase I, phase II, phase III, maybe phase IV?
12     A.   Yeah --
13         MS. MILLER:  Objection.
14         THE WITNESS:  -- I just wanted
15     to understand --
16         MS. MILLER:  Dr. Boyd, please
17     give me time to object.
18         THE WITNESS:  I just wanted to
19     wrap my head around the massive
20     context which -- we were talking about
21     carcinogenicity, and now we're talking
22     about therapeutic.
23         So understanding that there's
24     been a massive context switch in terms
25     of the question that you're asking,

Page 289

1      could you please ask the question
2      again?
3  QUESTIONS BY MR. RESTAINO:
4      Q.   You really need for me to
5  repeat that, what normal study is for looking
6  at the treatment modalities for any drug?
7          In vitro goes on to in vivo,
8  which might include animal, which might
9  include phase I where you look at safety,
10  phase II where we look at safety and dose,
11  phase III where we're looking at effect,
12  phase IV we're looking at -- for the
13  production or any adverse events.
14         Do you really need that
15     repeated again?
16         MS. MILLER:  Objection.
17         Is that your question?
18         THE WITNESS:  I'm --
19         MS. MILLER:  I would like to
20     object to your tone, and if your
21     question is "do you really need that
22     repeated again," I'm going to object
23     as argumentative.
24         THE WITNESS:  I actually didn't
25     hear a word you said because you sound

Jeffrey A. Boyd, Ph.D.

Page 290

1    extremely angry and you're yelling at
2    me, and I frankly don't appreciate it.
3    QUESTIONS BY MR. RESTAINO:
4         Q.    You're a scientist, correct?
5              Is that what you do for a
6    living?
7         A.    Actually, I spend most of my
8    time as an administrator and as an executive
9    at this point in my career.
10        Q.    What percentage of your time
11   today is spent in administrative versus
12   research?
13        A.    90 percent.
14        Q.    Okay.  Have you ever been
15   involved in testing for a potential treatment
16   of any condition?
17        A.    That's an extraordinarily vague
18   question.
19             In what context?
20        Q.    Let's say a drug treatment for
21   ovarian cancer.
22             Have you ever been involved
23   in -- in the experiment looking at whether a
24   particular compound could be an effective
25   treatment of ovarian cancer?  Ever been

Page 291

1    involved with that?
2         A.    Are you done?
3         Q.    Yes, sir.
4         A.    Well, as I mentioned earlier, I
5    served on the committee for experimental
6    medicine of the gynecologic oncology group
7    for 17 years, and so I would offer to you
8    that it's a fair statement that I haven't
9    been -- I have been involved in the design of
10   studies, the purpose of which was to develop
11   clinical trials in ovarian cancer.
12        Q.    And when you've been involved
13   in the design of these trials, or of these
14   studies, at what level?  The in vitro level,
15   the in vivo or animal level, phase I,
16   phase II, phase III or all of them?
17        A.    All of them.
18        Q.    Is it your understanding then
19   in that -- in that situation that the normal
20   sequence is to go in vitro, and if the
21   results are positive, to move on to in vivo,
22   which might be animal, and then to move on to
23   phase I to phase II, phase III, maybe
24   phase IV?
25             Is that the normal sequence?

Page 292

1         A.    I agree that preclinical
2    studies are generally required for novel
3    compounds to get to a human phase I,
4    phase II, phase III and so forth studies,
5    yes.
6         Q.    Would you criticize any
7    researcher who was conducting an in vitro
8    study, who at the same time was also not
9    testing that compound in an animal model at
10   the same time?
11        A.    I would if that investigator
12   titled a paper, based on those in vitro
13   studies in a tissue culture dish, "Molecular
14   basis supporting the association of talcum
15   powder use with increased risk of ovarian
16   cancer."  He's a long way from ovarian
17   cancer, sir.
18        Q.    Okay.  You can agree the next
19   step for any type of study like that -- but
20   now we're back to cancer, because you've made
21   a monumental change.  We're back to the risk.
22             Would you agree that the next
23   step is in vivo?
24        A.    No.  I disagree that I've made
25   a monumental change.  We've always been on

Page 293

1    cancer.
2         Q.    But I switched to the treatment
3    thing, and you criticized that as being a
4    monumental change.
5              So we're back to now risk and
6    cancer.
7         A.    We've always been on cancer.
8         Q.    Okay.
9         A.    You switched from
10   carcinogenicity to therapeutics in cancer.
11   We've never shifted off cancer.
12        Q.    Well, by definition we just
13   did.  So I've changed the channel back to
14   cancer.
15        A.    I disagree.
16        Q.    Now looking in the cancer risk
17   area, is it normal science to conduct an in
18   vitro study contemporaneously with an animal
19   study?
20             MS. MILLER:  Objection.
21             THE WITNESS:  I've never
22        performed such a contemporaneous
23        study, no.
24   QUESTIONS BY MR. RESTAINO:
25        Q.    If you take a look at your

74 (Pages 290 to 293)

Jeffrey A. Boyd, Ph.D.

Page 294

1    expert report now at the bottom of page 8,
2    and you've got a section there on CA125
3    findings, correct?
4        A.    Correct.
5        Q.    CA125 stand for cancer antigen
6    125?
7        A.    Yes.
8        Q.    And the last sentence on
9    page 8, going on to the next page, you state,
10   "The FDA-approved use of measuring serum
11   CA-125 levels is in the context of a bio --
12   quote, biomarker, end quote, to monitor
13   response to ovarian cancer treatment.
14   Reference 28," which is Saed report at 18,
15   along with citing Jelovac D and Armstrong,
16   correct?
17       A.    Correct.
18       Q.    Would you agree that CA125 is
19   the most extensively studied biomarker for
20   use in the early detection of ovarian cancer?
21           MS. MILLER:  Objection.
22           THE WITNESS:  It's the only
23       putative biomarker for ovarian cancer;
24       thus, it would by definition be the
25       most extensively studied.

Page 295

1    QUESTIONS BY MR. RESTAINO:
2        Q.    The next sentence you write,
3    "Although such measurements have also been
4    tested experimentally for decades in an
5    effort to detect ovarian cancer at an early
6    age, the specificity and sensitivity of serum
7    CA125 levels in this context are unacceptably
8    low, and the assay is neither useful nor
9    approved for this purpose.  Reference 29."
10           Did I read that correctly?
11       A.    No, you said "age" instead of
12   "stage," but I'll give you that mistake.
13       Q.    And your reference 29 says,
14   "See above reference to UKCTOCS clinical
15   trial"; is that correct?
16       A.    Yes, we refer to it as the
17   UKCTOCS trial.  United Kingdom Collaborative
18   Trial of Ovarian Cancer Screening is what the
19   acronym stands for.
20       Q.    Okay.
21       A.    I hope you heard my answer.
22       Q.    I did, and I'm reading it also.
23           Do you order CA125 blood tests?
24       A.    No.  I'm not an oncologist.
25       Q.    Okay.

Page 296

1        A.    I think we've established that.
2        Q.    Have you ever published on
3    CA125 since your 2000 publication, current
4    understanding of the epidemiology, clinical
5    implications of BRCA1, BRCA2 mutations for
6    ovarian cancer?
7        A.    Well, there are a lot of
8    questions there.  I'm not sure what BRCA1 and
9    BRCA2 have to do -- oh, I see.  I published a
10   paper on whether -- yeah, now I've got it.
11           Okay.  So other than that paper
12   where I believe the hypothesis was that CA125
13   levels may differ in BRCA1 and BRCA2-linked
14   ovarian cancers from matched ovarian cancers
15   not associated with BRCA1 or 2 mutations -- I
16   think that's the paper you're referring to.
17       Q.    Okay.
18       A.    I have, in fact, coauthored a
19   paper related to CA125 insofar as I chaired a
20   conference at the Banbury Center at the Cold
21   Spring Harbor Laboratory, the purpose of
22   which was to bring multiple content experts
23   together and dissect the UKCTOCS clinical
24   trial, which, of course, involved -- well, I
25   can explain the trial to you, but I'll stop

Page 297

1    there.  The answer is yes.
2        Q.    Okay.  Now, regarding the
3    sensitivity being unacceptably low and the
4    assay has been neither useful nor approved
5    for this purpose, approved by whom?
6        A.    The FDA.
7        Q.    And it's your expert opinion as
8    you sit here that CA125 has not been approved
9    for use with detecting ovarian cancer?
10       A.    That's not what I said.
11           Would you like me to read what
12   I said?
13       Q.    I think the report itself will
14   stand on itself.
15       A.    Well, you misstated my report,
16   sir.
17       Q.    Well, go ahead so the record is
18   clear, sir.
19       A.    The FDA-approved use of
20   measuring CA125 levels is in the context of a
21   biomarker to monitor response to treatment
22   and, I might add, recurrence, where it is
23   extremely effective.
24       Q.    Okay.
25       A.    It's not effective in any way,

75 (Pages 294 to 297)

Golkow Litigation Services - 877.370.DEPS

Jeffrey A. Boyd, Ph.D.

Page 298

1    shape or form in the early detection or
2    diagnosis of ovarian cancer, the context in
3    which it's not FDA approved.
4        Q.   So it's your opinion it's not
5    effective in any way, shape or form in the
6    early detection or diagnosis of ovarian
7    cancer; is that correct?
8        A.   Yes.
9        Q.   Okay.  And now you have a
10   reference here, your reference 30 of
11   Scholler N and Urban N, CA125 in ovarian
12   cancer, correct?  That's your reference 30?
13       A.   I do see the reference 30 at
14   the bottom of the page.  I'd like to look to
15   see what I am referencing it for.  "Increased
16   serum CA125 levels have been reported in
17   benign conditions such as..."
18            My point here is that the
19   reason it's not FDA approved for the early
20   detection or diagnosis of ovarian cancer are
21   multifactorial, one being the sensitivity and
22   specificity for ovarian cancer is
23   extraordinarily low because increased serum
24   levels of CA125, as I write here in reference
25   Scholler and Urban, have been reported in,

Page 299

1    and I quote, benign conditions such as
2    endometriosis, pregnancy, ovulation, liver
3    diseases, congestive heart disease and
4    infectious diseases, and so forth and so on.
5            The other reason, perhaps
6    unstated, is that if we presume for the
7    moment that epithelial ovarian cancer is one
8    disease, which it's not, but if we -- for the
9    purposes of early diagnosis of the cancer,
10   which we -- cancers which we lump together as
11   epithelial ovarian carcinoma, only
12   approximately half of all patients at the
13   time of diagnosis of epithelial ovarian
14   carcinoma have an elevated serum CA125; hence
15   its lack of utility in early detection as
16   well as its lack of specificity.
17           (Boyd Exhibit 21 marked for
18   identification.)
19   QUESTIONS BY MR. RESTAINO:
20       Q.   Okay.  Well, let's look at a
21   more current publication by Nicole Urban.
22           You reference Scholler and
23   Urban, 2007.  Here's "Identifying
24   postmenopausal women at elevated risk for
25   epithelial ovarian cancer."  Lead author is

Page 300

1    Nicole Urban.  And you can see down at the
2    bottom, this is published in 2015 -- or at
3    the top, Gynecologic Oncology 2015.
4            When you were preparing for
5    your expert report and evaluating CA125, did
6    you see this paper?
7        A.   I didn't need to see it because
8    I was already aware of it.
9        Q.   Okay.  And if you could turn to
10   the second page, bottom paragraph of the left
11   column?
12       A.   Yes.  A review?
13       Q.   It's above materials and
14   methods on the second page, left column, five
15   lines up.
16       A.   One, two, three --
17       Q.   Starts with "CA125" on the
18   right-hand side.  "CA125 is a predictive."
19           Do you see that?
20       A.   Yes.
21       Q.   "CA125 is a predictive marker
22   for EOC that becomes increasingly sensitive
23   with proximity to diagnosis, reference 16."
24           Do you have any objective
25   evidence to contradict Urban, et al., in 2015

Page 301

1    when they say "CA125 is a predictive marker
2    for EOC that becomes increasing sensitive
3    with proximity to diagnosis"?
4        A.   I'm not aware that this is in
5    fact the case, and, you know, I -- it's hard
6    to understand the context without having read
7    a paper entitled "Assessing Lead Time," "lead
8    time" typically being associated with the
9    term "bias."
10       Q.   You testified that you're aware
11   of this paper, correct?
12       A.   Yes, I'm aware of this paper.
13       Q.   And you reference --
14       A.   Where you're pulling the
15   sentence out of one of many sentences in the
16   paper and asking me to opine on a particular
17   sentence.
18       Q.   Yeah, many sentences which have
19   absolutely nothing to do with specificity and
20   sensitivity and early detection of ovarian
21   cancer, I'll give you that.  I'm trying to
22   stay on point of what you said.
23           Now, look at the final sentence
24   of that paragraph here, and they say, "Both
25   CA125 and HE4 show promise as risk and early

Jeffrey A. Boyd, Ph.D.

Page 302

1 detection markers," again with a number of
2 references, 16 and then 20 through 23. Five
3 references, correct?
4        MS. MILLER: You read that
5 wrong.
6 QUESTIONS BY MR. RESTAINO:
7     Q.   I'll read it again.
8        "Both CA125 and HE4 show
9 promise as risk and early detection markers."
10       Did I read that correctly?
11    A.   You did.
12    Q.   Okay. Now, near the end of the
13 paragraph of CA125, page 9 of your report --
14 so we're on page 9, that top paragraph. Six
15 lines up on the right-hand side, you write,
16 "Because increased CA -- CA/125" --
17       Do you see that, sir?
18    A.   Yes.
19    Q.   -- "expression can reflect any
20 number of causes, physiologic states, or
21 conditions other than ovarian cancer, its use
22 as a detection tool is highly disfavored and
23 is considered ineffective from a clinical
24 perspective."
25       I've read that correctly?

Page 303

1     A.   You did.
2     Q.   And you have the professional
3 ability to use CA125 from a clinical
4 perspective?
5        MS. MILLER: Objection.
6        THE WITNESS: No.
7 QUESTIONS BY MR. RESTAINO:
8     Q.   And do you -- and you don't
9 have any references for that statement
10 either, do you?
11    A.   It's just a follow-on to the
12 entire paragraph above it where I've provided
13 references.
14       And furthermore, if you're
15 attempting to equate that sentence you read
16 in my expert report with a hypothetical
17 statement about two biomarkers together
18 showing promise, I think it's an inaccurate
19 comparison.
20    Q.   Okay.
21    A.   Apples meet oranges.
22       (Boyd Exhibit 22 marked for
23 identification.)
24 QUESTIONS BY MR. RESTAINO:
25    Q.   I've just marked as Exhibit 22

Page 304

1 another article. This one's titled "Role of
2 CA125 in predicting ovarian cancer survival -
3 a review of the epidemiological literature"
4 by Gupta, et al., published 2009 in the
5 Journal of Ovarian Research.
6        And 2009 is after the 2007
7 paper by Scholler and Urban which you
8 referenced, correct, sir?
9     A.   I'll submit that whatever you
10 said is correct.
11    Q.   Okay. And if you look on the
12 left -- on the second page, left column, you
13 have a heading "CA125 in ovarian cancer."
14       Do you see that, sir?
15    A.   Yes.
16    Q.   And they state here, "The most
17 widely used tumor marker in ovarian cancer,
18 often considered the gold standard, is CA125,
19 reference 19."
20       Did I read that correctly?
21    A.   You did.
22    Q.   And the reference 19 is by
23 Hogdall, E, titled "Cancer antigen 125 and
24 prognosis."
25       Did you see that?

Page 305

1     A.   I did.
2     Q.   And that was published in 2008?
3     A.   Right.
4     Q.   Also after Scholler and Urban,
5 correct?
6     A.   Right.
7     Q.   Would you agree that CA125 is
8 the most widely tumor marker in ovarian
9 cancer?
10    A.   It's the only tumor marker used
11 in ovarian cancer in a clinical context;
12 thus, it's the most widely used.
13    Q.   Okay. Which --
14       MS. MILLER: Let him finish,
15 please.
16       Please finish your answer.
17       THE WITNESS: You know, it's
18 late. Perhaps we could get beyond
19 rhetorical questions and get to more
20 substantive questions related to CA125
21 and the pathogenesis of ovarian
22 cancer, which is what Dr. Saed is
23 attempting to suggest based on his
24 work.
25

77 (Pages 302 to 305)

Jeffrey A. Boyd, Ph.D.

Page 306

1    QUESTIONS BY MR. RESTAINO:
2       Q.   Okay.
3       A.   This all has to do, as you can
4    see from the title on relevance, the
5    relevance -- the possible relevance of CA125
6    in predicting the survival. It has nothing
7    to do with the tumorigenesis.
8       Q.   Does it have anything to do
9    with tumor progression?
10      A.   It has to do with survival from
11   advanced ovarian cancer.
12      Q.   Okay. If you look at the same
13   paragraph we were just looking at in the
14   Gupta study, page 2, left column, all the way
15   down at the bottom, second to last -- four
16   lines up, they write, "In addition, elevated
17   levels of CA125 are more strongly associated
18   with serous, rather than mucinous, tumors,"
19   with reference 25.
20           Did I read that correctly?
21      A.   You did.
22      Q.   Okay. And do you agree with
23   that statement?
24      A.   I would probably just say "so
25   what" with respect to Dr. Saed's work and his

Page 307

1    suggestion that CA125 is somehow involved in
2    the transformation of a normal ovarian
3    epithelial cell into a malignant one.
4           (Boyd Exhibit 23 marked for
5           identification.)
6    QUESTIONS BY MR. RESTAINO:
7       Q.   Okay. I'd like to show you now
8    a paper I've marked as Exhibit 23 by lead
9    author Kaaks, K-a-a-k-s, et al. And this is
10   titled "Tumor-associated autoantibodies as
11   early detection markers for ovarian cancer,
12   question mark, a prospective evaluation."
13          And this was published in the
14   International Journal of Cancer in 2018; is
15   that correct?
16      A.   Let's assume you are correct.
17   I'll stipulate, yes.
18      Q.   And if you look at the final
19   author line on the left, do you see there's
20   Daniel W. Cramer again, correct?
21      A.   Correct.
22      Q.   First sentence of the abstract,
23   which is on -- actually on page 2, they
24   write, "Immune-proteomic screening has
25   identified several tumor-associated

Page 308

1    autoantibodies, open paren, AAb, close paren,
2    that may have diagnostic capacity for
3    invasive epithelial ovarian cancer, with AAbs
4    to p53 proteins and cancer-tested antigens,
5    open paren, CTAGs, as prominent examples."
6           Did I read that correctly?
7       A.   You did.
8       Q.   Okay. And on the third page in
9    the left column, at the bottom they have
10   materials and case methods.
11          Do you see that, sir?
12      A.   Yes, I do.
13          And I have to respectfully
14   suggest that after we get through reading
15   sentences throughout this paper, that I'm
16   probably going to have ask you to -- to form
17   a coherent question related to all of these
18   comments that you're currently reading and
19   asking me if you're reading them correctly
20   throughout the paper.
21      Q.   Okay. If you look at the
22   materials and methods, you see that this is
23   a -- we conducted a case-control study nested
24   within the EPIC cohort, hyphen, in a
25   population-based, multi-center prospective

Page 309

1    cohort study in ten European countries,
2    hyphen, further extension of an earlier study
3    on CA125 and other early detection markers
4    for ovarian cancer." Two references, 4 and
5    5.
6           Did I read that correctly?
7       A.   You did.
8       Q.   If you go back to the second
9    page where we have the abstract, et al., they
10   have a section there, What's New?
11          Do you see that, sir?
12      A.   I do.
13      Q.   And -- you know, I'm not going
14   to ask that because you've answered that
15   already, so let's strike that. I'll move on.
16          And you've mentioned the UK
17   Collaborative Trial of Ovarian Cancer
18   Screening, UKCTOCS?
19          Did you pronounce that acronym?
20      A.   UKCTOCS is how we refer to it,
21   yes.
22      Q.   UKCTOCS?
23      A.   Uh-huh.
24      Q.   Can I use that also?
25      A.   Sure.

Jeffrey A. Boyd, Ph.D.

Page 310

1    (Boyd Exhibit 24 marked for
2    identification.)
3    QUESTIONS BY MR. RESTAINO:
4        Q.    And I've marked that study as
5    Boyd 24.
6            And if you turn to this study
7    on the summary on page 2, background.
8    "Ovarian cancer has a poor prognosis, with
9    just 40 percent of patients surviving five
10   years.  We designed this trial to establish
11   the effect of early detection by screening on
12   ovarian cancer mortality."
13           So a priori, they sought to
14   establish the effect of early detection by
15   screening on ovarian cancer mortality,
16   correct?
17       A.    That was a horrible sentence.
18   I'm sorry.
19       Q.    It wasn't --
20       A.    The purpose -- go ahead.
21       Q.    It wasn't an ad hoc, after the
22   study was done.  Let's take a look at it.
23           This was -- they set out to
24   look, right from the get-go, the effect of
25   early detection of screening on ovarian

Page 311

1    cancer mortality?
2        A.    Using a fairly complicated
3    algorithm known as ROCA --
4        Q.    Uh-huh.
5        A.    -- with or without subsequent
6    TV, transvaginal, ultrasound in women based
7    on the ROCA algorithm, risk of ovarian
8    cancer, in women whose serum CA125 levels
9    rose in a consistent fashion.
10           So if you'd like me to explain
11   the clinical trial to you, I'd be happy to.
12       Q.    No.
13       A.    It was the largest prospective,
14   randomized clinical trial ever conducted in
15   the history of medicine, as far as I know.
16   It's very important.
17       Q.    Well, let's take a look --
18   well, if it's that important, your -- counsel
19   for Johnson & Johnson can address it with
20   you.
21           I want you to look at the
22   introduction at page 3 of 31 of the study,
23   and there they write, "The poor prognosis for
24   ovarian" -- I'm sorry, sir, it's page 3 of
25   31.  Introduction.

Page 312

1            Do you see that?
2        A.    Yes.
3        Q.    "The poor prognosis for ovarian
4    cancer, reference 1, motivated us to start a
5    program of screening research 30 years ago,
6    reference 2.  We have since reported CA125 as
7    a predictor of ovarian cancer risk, reference
8    3 and 4, high specificity, reference 2, and
9    preliminary evidence of survival benefit,
10   reference 5, of multimodal screening using
11   CA125 interpreted with a cutoff with
12   transvaginal ultrasound as a second-line
13   test, development of a risk of ovarian cancer
14   algorithm, ROCA, for interpretation of
15   longitudinal CA125, reference 6 and 7.  Use
16   of morphological criteria and second-line
17   vaginal ultrasound, reference 8, and use of
18   ROCA in a pilot, randomized controlled trial,
19   reference 9."
20       A.    And you did a great job of
21   reading Dr. Ian Skates' summary of what I
22   just described to you prior to your having
23   read the summary of this clinical trial.
24       Q.    Anywhere in this study do they
25   talk about the low specificity of using

Page 313

1    CA125?
2        A.    Well, it's important to take
3    the verbiage in this paper in context.  Ian
4    Jacobs, God bless him, spent, as he
5    indicates, 30 years of his life attempting to
6    develop the CA125 marker in one or another
7    context, in this case the ROCA algorithm,
8    followed by TVU, as an early detection marker
9    for ovarian cancer in order to reduce
10   morbidity and mortality from ovarian cancer.
11           And over the years, over the
12   30 years -- again, I have great respect for
13   Ian, as well as Steven Skates, the last
14   author who developed the ROCA algorithm, as
15   scientists and clinicians.  I actually worked
16   with Ian back in the day when he was doing
17   some research in Durham.
18           And over the years, they
19   published many studies showing relatively
20   high specificity and sensitivity and accuracy
21   and so forth, which led them to launch this
22   monumental 200,000-woman clinical trial over
23   a 14-year period, which failed to show that
24   CA125, using the ROCA algorithm in
25   combination with TVU, was an effective early

Jeffrey A. Boyd, Ph.D.

Page 314

1    detection marker for ovarian cancer, using
2    survival from ovarian cancer as the primary
3    end point.
4            And it was sad for all of us,
5    but that's the reality of the study and the
6    fate of CA125 as we sit here today as an
7    effective marker for the early detection of
8    ovarian cancer.
9            (Boyd Exhibit 25 marked for
10           identification.)
11   QUESTIONS BY MR. RESTAINO:
12        Q.    Let's take a look one more in
13   this area before we move on.  Another paper
14   titled "Early Detection of Ovarian Cancer,"
15   which I've marked as 25, by Elias.
16           Have you seen this paper
17   before, sir?
18        A.    Probably.  I try to read most
19   things Bob Bast writes.
20        Q.    And you see this was published
21   in Hematology and Oncological Clinics of
22   North America last year, 2018, correct?
23        A.    Yes.
24        Q.    And if you look at the key
25   points, first key point on the first page is,

Page 315

1    "Given the low prevalence of ovarian cancer
2    even among postmenopausal women, 1 to 2,500,
3    an effective screening strategy requires high
4    sensitivity, open paren, greater than
5    75 percent, close paren, and extremely high
6    specificity, open paren, 99.7 percent, close
7    paren."
8            Did I read that correctly?
9        A.    I'll assume you did.
10       Q.    And they discuss the high
11   specificity of CA125 in the previous study,
12   the large clinical trial we discussed,
13   correct?
14       A.    No, they did not.
15       Q.    They didn't --
16       A.    They said, in fact, that an
17   effective screening strategy requires high
18   sensitivity and extremely high specificity.
19       Q.    Okay.
20       A.    They made no reference to
21   having achieved 99.7 percent specificity in
22   any context.
23       Q.    Let's go to page 906 of the
24   Elias study.
25       A.    Okay.

Page 316

1        Q.    They've got a section there
2    titled "Protein Biomarkers."  And there,
3    writing in 2018, they write, "CA125 remains
4    the most sensitive and specific protein
5    biomarker for detecting early stage disease
6    in apparently healthy populations."
7            Did I read that correctly?
8        A.    You did.
9        Q.    And that's in conflict to what
10   you write in your expert report; is that
11   correct?
12       A.    Where are we reading from my
13   expert report?
14           I'll only add with respect to
15   the sentence that you read that for the fifth
16   or sixth time, CA125 is the only known
17   biomarker for epithelial ovarian cancer, so,
18   thus, it's arguably the most effective, which
19   is not very.
20       Q.    Okay.  So --
21       A.    I'm happy to answer the second
22   part related to my expert report, if you'd
23   like to point out the sentence that --
24       Q.    Do you disagree that CA125
25   remains the most sensitive and specific

Page 317

1    protein biomarker for detecting early stage
2    disease in apparently healthy populations?
3            MS. MILLER:  Objection.  Asked
4    and answered.  Multiple times.
5            THE WITNESS:  Is it okay to
6    agree with defense counsel?
7            MS. MILLER:  No.
8            MR. RESTAINO:  Yes.
9            MS. MILLER:  Then they'll
10   accuse me of coaching.  Please don't
11   do that.
12           THE WITNESS:  Oh, I see.
13           I'm sorry, what was the
14   question?
15   QUESTIONS BY MR. RESTAINO:
16       Q.    Do you agree that CA125 in 2018
17   remains the most sensitive and specific
18   protein biomarker for detecting early stage
19   disease in apparently healthy populations?
20           MS. MILLER:  Objection.
21           THE WITNESS:  And for the
22   seventh time, yes, because it's the
23   only biomarker for ovarian cancer.
24   Thus, by definition, it would have to
25   be the most sensitive, specific and

80 (Pages 314 to 317)

Jeffrey A. Boyd, Ph.D.

Page 318

1    effective, even though it's not
2    effective in reducing mortality from
3    ovarian cancer, as evidenced by the
4    largest randomized, prospective,
5    controlled clinical trial ever
6    conducted in the history of medicine.
7    QUESTIONS BY MR. RESTAINO:
8        Q.    Reducing mortality is an
9    entirely different end point than early
10   detection; isn't it correct?
11       A.    Well, what's the point of early
12   detection if you're not going to reduce
13   mortality?
14       Q.    Two different studies.  Would
15   you agree a study for -- that has a primary
16   end point of early detection is entirely
17   different from a study whose primary end
18   point is decreased mortality?
19           MS. MILLER:  Objection.
20           THE WITNESS:  If such
21       hypothetical studies existed, I would
22       agree that the end points that you
23       are -- that you articulated are indeed
24       different end points.
25           I personally, given the amount

Page 319

1    of work that's gone into the study of
2    CA125 as a predictive marker for the
3    early detection of ovarian cancer,
4    would suggest that the only reason for
5    having pursued those studies over
6    30 years would have been to reduce
7    mortality from ovarian cancer.  And
8    I'll stop there.
9    QUESTIONS BY MR. RESTAINO:
10       Q.    Okay.  Let's turn to page 9 of
11   your expert report, the last paragraph, and
12   then we'll take a break.
13       A.    Thank you.
14       Q.    You're welcome.
15           Are you there, sir?
16       A.    Last paragraph on page 9?
17       Q.    Page 9.
18       "These opinions are generally
19   shared by reviewer number 1, who provided a
20   critique of Dr. Saed's manuscript following
21   submission to Gynecologic Oncology.  The
22   reviewer writes that, quote, the significance
23   of the study would be greatly enhanced if a
24   mouse model corroborated the cell line
25   findings.  In this reviewer's opinion, the

Page 320

1    cell line studies alone and the increase in
2    CA125, while intriguing, are not sufficiently
3    convincing."
4           Did I read that correctly?
5        A.    You did.
6        Q.    Now, do you agree that the
7    manuscript was well-written?
8        A.    No.  It was horribly written.
9        Q.    Okay.
10       A.    It was impossible to follow, in
11   fact, in my opinion.
12       Q.    Do you agree that the
13   conclusions were supported by the results?
14       A.    No.
15       Q.    Do you agree that this is an
16   important but controversial topic?
17       A.    What's the topic?
18       Q.    Regarding inflammation -- talc,
19   inflammation and ovarian cancer.
20       A.    Hard to say.
21       Q.    Regarding this --
22           MS. MILLER:  Are you done with
23       your answer?  You sounded like you
24       were continuing.
25           THE WITNESS:  I'm done.

Page 321

1        Please.
2    QUESTIONS BY MR. RESTAINO:
3        Q.    Would you agree the
4    significance of the study would be enhanced
5    if a mouse model corroborated the cell line
6    findings?
7        A.    With respect to what?
8        Q.    The significance of the study.
9        A.    Well --
10           MS. MILLER:  Do you want to
11       show us where you're reading from?
12           THE WITNESS:  He's reading, I
13       think, the reviewer comments.
14           MS. MILLER:  Do you want to go
15       back to that exhibit?
16           THE WITNESS:  Yeah, perhaps I
17       should.
18           I thought we were done, I'm
19       sorry, with that particular document.
20           MS. MILLER:  Do you remember
21       what number it is?
22           Do you want me to go through
23       the file and pull it?
24           MS. EMMEL:  It is Exhibit 19, I
25       believe.

81 (Pages 318 to 321)

Jeffrey A. Boyd, Ph.D.

Page 322

1    THE WITNESS: Did we go through
2    them in order?  So in other words,
3    I'll find Exhibit 19 before 20?
4        MS. MILLER:  Theoretically.
5        THE WITNESS:  Yes, here it is.
6    QUESTIONS BY MR. RESTAINO:
7        Q.    And I was reading from, whether
8    it's paragraph number 1 or bullet point
9    number 1, one of the reviewers that states
10   the significance of this study.
11       A.   Yes, and I'm, for the record,
12   correlating my remarks in my expert report
13   with the location in the Gynecologic Oncology
14   review document.  And I'm simply quoting the
15   reviewer to some extent, hence the quotation
16   marks.
17       Q.   Okay.  So I'm asking?  When the
18   reviewer says, "The significance of the study
19   would be greatly enhanced if a mouse model
20   corroborated the cell line findings," do you
21   agree?
22       A.   No, I believe the study has no
23   inherent significance.
24       Q.   Okay.
25       A.   As presented.  And so

Page 323

1    reproducing insignificant, tortured,
2    illogical findings in a mouse model would not
3    increase the veracity of the data presented
4    in the paper published in Reproductive
5    Biology -- I'm sorry, I can't remember the
6    journal in which it ultimately appeared.
7        MR. RESTAINO:  Okay.  Why don't
8    we go ahead and take a break at this
9    point.
10       VIDEOGRAPHER:  Off the record
11   at 4:08 p.m.
12       (Off the record at 4:08 p.m.)
13       VIDEOGRAPHER:  We're back on
14   the record at 4:21 p.m.
15   QUESTIONS BY MR. RESTAINO:
16       Q.   Doctor, as we wind down to the
17   11 -- proverbial eleventh hour, will you turn
18   to page 12 of your expert report?  And the
19   first full paragraph starts off with a
20   bolded, italicized "second."
21       Do you see that, sir?
22       A.   I do.
23       Q.   "Second, none of the SNP" --
24       A.   SNPs.
25       Q.   I can say "snips"?

Page 324

1        A.   Yes.
2        Q.   SNPs, for the court reporter.
3        -- "identified by the Dr. Saed
4    in his background discussion of ovarian
5    cancer-associated polymorphisms was observed
6    in his talc study."
7        Did I read that correctly?
8        A.   Yes.
9        Q.   Did any of the peer reviewers
10   bring out that observation?
11       A.   I think there was one comment
12   by the peer reviewers on the whole genotype
13   switching mess.
14       Reviewer 1 stated in his or her
15   second comment:  "The significance of SNP
16   alterations should be further clarified."
17       Q.   And that is something that can
18   be done with a subsequent experiment,
19   correct?
20       A.   No, I honestly think that he or
21   she was referring to the -- had the same
22   response that I did inasmuch as the data were
23   just indescribably confusing in terms of
24   hypothesis and conclusion.
25       Q.   Where does any of those words

Page 325

1    appear in the peer reviewer's notes?
2        A.   They don't.  I'm making -- I'm
3    making an inference.
4        Q.   Okay.
5        A.   By what I'm reading.
6        Q.   Now --
7        A.   If I had received this review,
8    that would say to me that I need to explain
9    better what the heck it was I was trying to
10   show in my paper, not that I needed to do
11   more experiments.
12       Q.   Can reasonable scientists
13   disagree with your interpretation of that
14   review and proceed differently?
15       A.   Sure.  It's getting late.
16       Q.   In the middle of the paragraph,
17   you have -- you discuss a meta-analysis of 43
18   case-control studies.
19       Do you see that, sir?
20       A.   Yes.
21       Q.   A meta-analysis of 43
22   case-control studies involving various types
23   of cancer found no association between the RS
24   2333227 polymorphism, open paren, MPO, close
25   paren, and an increased cancer risk."

82 (Pages 322 to 325)

Jeffrey A. Boyd, Ph.D.

Page 326

1       Did I read that correctly?
2       A.    You did.
3       Q.    And what was the purpose of you
4   including that meta-analysis in your report?
5       A.    You know, this is a very long
6   and dense section written two months ago, and
7   furthermore, the reason it's very long and
8   dense is because I was doing my best to
9   interpret an incredibly dense series of
10  experiments and point out why in my mind they
11  were flawed.
12       So to be honest with you, I
13  just simply can't take a sentence out of
14  four-page commentary on the SNP experiments
15  and do this deposition justice.  I'm sorry.
16       Q.    Did you review your expert
17  report in preparation --
18       A.    Of course I did.
19            (Boyd Exhibit 26 marked for
20  identification.)
21  QUESTIONS BY MR. RESTAINO:
22       Q.    Okay.  I've now marked as an
23  exhibit the Chu, et al., meta-analysis titled
24  "The MPO -463 G, greater than symbol, A
25  polymorphism and cancer risk:  A

Page 327

1   meta-analysis based on 43 case-control
2   studies," Mutagenesis.
3       Did I read that correctly?
4       A.    Yes.
5       Q.    If you look at the first page,
6   the left column, Introduction, they start off
7   by saying, "Cancer is a multifactorial
8   disease that results from complex
9   interactions between the environmental and
10  genetic factors."
11       Did I read that correctly?
12       A.    You did.
13       Q.    And we discussed that earlier
14  today, correct?
15       A.    Many times.
16       Q.    Yes.
17       And then the next sentence is
18  that "Evidence suggests that oxidative
19  stress, defined as a state where the levels
20  of free radicals exceed antioxidant defense
21  mechanism, plays a crucial role in cancer
22  development," reference number 2.
23       Did I read that correctly?
24       A.    Yes, you did, so let's look at
25  reference number 2 and then take it from

Page 328

1   there.
2       So, first of all, it would seem
3   that the authors of this paper on this
4   particular polymorphic variant are opining on
5   the free radicals exceeding antioxidant
6   defense mechanisms, generally speaking, in
7   cancer development, not in ovarian cancer
8   specifically.
9       And then the title of the paper
10  referenced is "Oxidative stress inactivates
11  the human DNA mismatch repair system," so I'm
12  not really sure how DNA mismatch repair,
13  which is one of four major mechanisms of DNA
14  repair in mammals, is relevant to this whole
15  sentence preceding the reference.
16       Q.    Okay.  This is a peer-reviewed,
17  published paper in Mutagenesis, correct?
18       A.    Correct, but my answer stands.
19       Q.    And this is a reference in your
20  expert report, correct?
21       A.    The Mutagenesis paper.
22       Q.    Yes.
23       A.    Question mark.
24       Q.    Okay.  Now, the right column of
25  the first page, last full paragraph

Page 329

1   between -- before materials and methods.
2       If you see that, you look up,
3   they start off the final sentence saying,
4   "Considering the extensive role of NPO in the
5   carcinogenic process, we performed a
6   meta-analysis of all eligible case-control
7   studies to estimate the overall cancer risk
8   of this polymorphism and to quantify the
9   potential between studied heterogenicity."
10       Did I read that correctly?
11       A.    Yes, you did.
12       Q.    Would you agree that
13  heterogenicity is an inherent limitation in
14  meta-analyses?
15       A.    I'm sorry, I'm just trying to
16  keep up.  Could you restate the question?
17       Q.    Would you agree that the
18  concept of heterogenicity is an inherent
19  limitation in meta-analyses?
20       A.    I have a two-pronged answer.
21  Actually, it's only one.
22       My simple answer is this:  I'm
23  not an expert in epidemiologic studies, and I
24  have no -- I can't answer the question.
25       Q.    Okay.  In this study, I think

83 (Pages 326 to 329)

Jeffrey A. Boyd, Ph.D.

Page 330

1    you reference -- if you look at page 391,
2    there's a Table 1.  And if you look at the 43
3    studies here making up this meta-analysis,
4    can you share with the Court how many studies
5    from this meta-analysis which you are relying
6    upon for your expert opinion in this matter
7    involve ovarian cancer?
8         MS. MILLER:  Objection.
9         THE WITNESS:  One, question
10        mark?
11   QUESTIONS BY MR. RESTAINO:
12        Q.   The Olson 2004 study?
13        A.   Sorry, I've got to find it
14   again.  The Olson 2004 appears to say
15   "ovarian cancer," yes, with 122 cases and 396
16   controls.
17        Q.   And if you just scroll through
18   the cancer type column, just roughly
19   speaking, would you agree that most of the --
20   of the studies involved lung cancer?
21        A.   That's a fair statement.
22        Q.   Would you agree that there are
23   different genetic components and risk factors
24   associated with lung cancer as there is with
25   ovarian cancer?

Page 331

1         A.   I'm sorry, could you repeat the
2    question?
3         Q.   Would you agree that there are
4    different genetic components and risk factors
5    associated with lung cancer as compared to
6    ovarian cancer?
7         A.   Yes.
8         Q.   Do you understand the concept
9    of external validity as it relates to
10   epidemiological studies?
11        A.   I'm not going to comment on
12   epidemiological studies, and especially
13   methodology underlying epidemiologic studies.
14   That's not my area of expertise.
15        Q.   Okay.  Doctor, did you find any
16   invariably smudged handwritten page numbers
17   which substantively affected the results of
18   the study?
19        A.   I'm sorry, I got sidetracked,
20   but we've gone past the question.
21        The polymorphism as I described
22   it in my expert report was based on its
23   description in the human genome, whereas this
24   paper was looking -- it's a retrospective
25   comment.

Page 332

1         Please repeat your current
2    question.
3         MS. MILLER:  Wait.  Wait.
4         Do you need to clean up your
5    last answer or explain -- or what are
6    you saying?
7         THE WITNESS:  No.  Apparently I
8    was citing this paper, Chu, et al.,
9    and I'm willing to let it go at this
10        point.
11   QUESTIONS BY MR. RESTAINO:
12        Q.   Okay.  The question that I
13   asked now, Doctor, is, did you find any, as
14   you described them, invariably smudged
15   handwritten page numbers which contributed in
16   your opinion to the overall results of the
17   study?
18        MS. MILLER:  Objection.
19        THE WITNESS:  Well, again, with
20        all due respect, sir, that's a bizarre
21        question.
22        I -- looking through that
23        particular notebook, I found that
24        every single page number had either
25        been, in my opinion, whited out and

Page 333

1    written over or erased and written
2    over, which, in my mind, generally
3    speaking, calls into question the
4    validity of every shred of data on
5    every one of those pages, and when it
6    was performed and how it was
7    performed, and so on and so forth.
8         One simply does not change
9    every page number in a laboratory
10        notebook.
11   QUESTIONS BY MR. RESTAINO:
12        Q.   Your expert report on page 23,
13   the top paragraph, the very first full
14   paragraph -- and I'll wait for you to get
15   there.  I'm sorry.
16        A.   It's all right.
17        Q.   You write, "Regardless, if one
18   considers the data table in question, the
19   first horizontal row concludes on the far
20   right with a, quote, average, end quote,
21   value of 11.07 for three replicative values
22   of 9.98, 11.63, and 10.50, reference 99.  The
23   correct average would have been 10.70."
24        Did I read that correctly, sir?
25        A.   Yes.

84 (Pages 330 to 333)

Jeffrey A. Boyd, Ph.D.

Page 334

1    Q.    Is that data in the final
2  published manuscript?
3    A.    No, he doesn't publish the raw
4  data in the final manuscript.
5    Q.    And in any of the graphs in the
6  final manuscript, are the graphs specific
7  enough to show what that difference in
8  average would show?
9    A.    That's a great question, and
10 the answer is no.  It's impossible to discern
11 from the histograms in the final paper which
12 numbers the histograms represent.
13 Absolutely impossible.
14      One can at best come up with a
15 rough estimate based on the Y axis of what
16 the histograms represent.
17   Q.    Regarding the Dr. Saed -- or
18 Fletcher, et al.'s, published paper
19 disclosure regarding the declaration of a
20 conflict of interest, it's your expert
21 opinion that the published conflict of
22 interest statement is inappropriate?  Is that
23 correct?
24   A.    Well, first, let's just be
25 clear.  When I wrote my expert opinion, the

Page 335

1  only manuscript I had available to review had
2  no acknowledgements or declarations of
3  conflicting interests.  And so naturally I
4  would write an expert report that found that
5  to be completely unacceptable under the
6  circumstances.
7    Q.    Is your opinion different today
8  based upon the published article itself?
9    A.    Not in a substantial way, and
10 I'll tell you why.
11      First, while I would like to
12 think he took my critique to heart and
13 decided to include a declaration of
14 conflicting interests in the ultimate
15 published version of the paper where he says
16 some other stuff about -- in his preface, the
17 gist of the declaration is that Dr. Saed has
18 served as a paid consultant, an expert
19 witness, in the talcum powder litigation.
20   Q.    Okay.
21   A.    And in my mind, there are two
22 major problems with this declaration.
23      First, as memory serves -- and
24 I received multiple copies of the manuscript
25 over time from defense attorneys.  As far as

Page 336

1  I can tell from the chain of events, the
2  version of the manuscript that was accepted
3  by the journal -- and I apologize,
4  Reproductive Sciences, but we're all familiar
5  with the name of the journal, I think -- did
6  not at that time have the declaration.
7    Q.    Okay.
8    A.    And so the reviewers, the two
9  or more individuals who would have judged, in
10 addition to the science, any potential
11 influence that a conflict of interest may
12 have had on the explication of the science,
13 they were unaware of that relationship, to
14 the extent that the relationship is
15 adequately defined.  And that's the second
16 problem with the declaration.
17      So first, the reviewers didn't
18 see it when they accepted the paper.
19      Second, it's a completely
20 open-ended declaration of conflict.  In other
21 words, if I were reviewing the paper and knew
22 that he was a paid consultant for plaintiffs
23 in the litigation, which of course his paper
24 supports, then that would very much factor
25 into my opinion as opposed to a paid

Page 337

1  consultant for defense representing Johnson &
2  Johnson.
3    Q.    That wouldn't factor into your
4  opinion?
5    A.    No, it certainly would.  I'm
6  just simply stating it's a binary.
7    Q.    Okay.
8    A.    So in other words, you're
9  either a paid consultant, an expert witness,
10 for plaintiffs or for defense.
11   Q.    Okay.  Is it --
12   A.    And he doesn't specify.  And so
13 it's a meaningless declaration of conflict.
14   Q.    Okay.  Is it your opinion that
15 a scientist is likely to bias his
16 experimental results in a way that favors
17 whoever funded him or her?
18   A.    I'm not going to comment on
19 individuals and their motives.  I'm going to
20 comment on how I interpret this completely
21 meaningless declaration of conflicting
22 interests.
23   Q.    Okay.
24   A.    It was not present when the
25 paper was accepted and is meaningless after

85 (Pages 334 to 337)

Jeffrey A. Boyd, Ph.D.

Page 338

1  he added it in terms of which side he was
2  serving as an expert witness on.
3        Q.    Are you a biased witness
4  inasmuch as you're being paid $1,200 an hour
5  by Johnson & Johnson?
6        A.    No.
7        Q.    Do you have any reason to
8  believe any of the plaintiff experts are
9  biased because they're being paid by the
10  plaintiffs?
11        A.    Actually, it's my impression
12  that plaintiffs, based on Dr. Saed's
13  deposition transcript, funded -- well, it's
14  very murky.
15        Q.    And I'm sorry, sir, I was just
16  referring to the other plaintiff experts who
17  have performed -- who written expert reports
18  like yourself.
19            Are they biased because
20  plaintiff attorneys are paying them?
21        MS. MILLER:  He's trying to
22        answer a question, and you interrupted
23        him.
24        THE WITNESS:  I believe that
25        it's quite possible that Dr. Saed was

Page 339

1        biased based on the fact he was being
2        paid to write this paper.
3  QUESTIONS BY MR. RESTAINO:
4        Q.    I'm sorry?
5        A.    With respect to other
6  plaintiffs' expert witnesses, obviously I
7  have no reason to think that they would have
8  been biased.
9        Q.    Do you agree that the
10  identification of women at an increased risk
11  for ovarian cancer will facilitate the
12  prevention and early detection in some
13  patients?
14        A.    I'm sorry --
15        MS. MILLER:  Objection.
16        THE WITNESS:  Please repeat.
17  QUESTIONS BY MR. RESTAINO:
18        Q.    Do you agree that the
19  identification of women at increased risk for
20  ovarian cancer will facilitate prevention and
21  early detection in some patients?
22        A.    So if I can restate, the
23  identification of women at increased risk for
24  ovarian cancer could potentially result in
25  primary or secondary prevention of said

Page 340

1  cancer.
2            I would agree with my statement
3  if -- and if it's an accurate reflection of
4  your question, then the answer is yes.
5        Q.    I would adopt that, sir.
6            If prevention strategies are to
7  be developed, would you agree that
8  sophisticated markers for risks are needed,
9  such as SNPs, epidemiology and lifestyle?
10        MS. MILLER:  Objection.
11        THE WITNESS:  Well, that's a
12        very bad sentence.  I'm sorry, sir.
13  QUESTIONS BY MR. RESTAINO:
14        Q.    Oh, Okay.
15        A.    Epidemiology is not a marker,
16  for example.
17        Q.    Okay.  March 2007, did you
18  attend a conference in Lake Como, Italy?
19        A.    I certainly attended a
20  conference in Lake Como, Italy.  It was
21  beautiful.  I can't honestly say when it was.
22        Q.    To refresh your memory, does it
23  sound like the 11th ovarian cancer
24  action/HHMT forum, Lake Como --
25        A.    Helene Harris Memorial Trust,

Page 341

1  yes, that rings a bell.
2        Q.    Next question.
3            That meeting is held every four
4  years; is that correct?
5        A.    Used to be.  I think it's
6  petered out over the years, but --
7  unfortunately.  But at that time, I think it
8  was actually held every two years,
9  alternating between Europe and the United
10  States.
11            But go ahead, please.
12        Q.    Were you a delegate at the
13  meeting?
14        A.    At that particular meeting?
15        Q.    Yes.
16        MS. MILLER:  12 years ago?
17        MR. RESTAINO:  Yes.
18        THE WITNESS:  In 2007?
19  QUESTIONS BY MR. RESTAINO:
20        Q.    Yes.
21        A.    If by "delegate" you mean was I
22  a participant, yes.
23        Q.    Okay.  As you sit here today,
24  do you recall if Dan Cramer was a delegate at
25  the meeting?

86 (Pages 338 to 341)

Jeffrey A. Boyd, Ph.D.

Page 342

1    A.    I can't recall, but I'm
2  guessing he probably was or you wouldn't have
3  asked the question.
4    Q.    Do you know --
5    MS. MILLER:  Please don't
6  speculate, sir.
7    THE WITNESS:  Okay.  Thank you.
8  QUESTIONS BY MR. RESTAINO:
9    Q.    Do you know if Dr. Roberta Ness
10  was a delegate at the meeting?
11    A.    No.
12    Q.    And do you recall if one goal
13  of the meeting was the determination of women
14  at risk for ovarian cancer?
15    A.    My memory is that most of the
16  HHMT ovarian cancer symposia or scientific
17  conferences were extremely broad in scope,
18  and I don't remember ever attending one -- I
19  only attended several -- where there was
20  special attention paid to any given topic
21  related to ovarian cancer.
22    Q.    So --
23    A.    Typically it was -- again, to
24  use the term I used before, it spanned the
25  waterfront, if you will.

Page 343

1    Q.    So do you recall if at the
2  meeting a discussion was had regarding a
3  combination of demographic, reproductive and
4  environmental risk factors might be used to
5  develop a model that would more accurately
6  predict risk?
7    MS. MILLER:  Objection.
8    THE WITNESS:  In all
9  seriousness, sir, the only thing I
10  remember about the meeting is the
11  scenery.
12  QUESTIONS BY MR. RESTAINO:
13    Q.    Do you remember developing --
14  any algorithm being developed at that
15  conference which looked at seven risk factors
16  for ovarian cancer --
17    MS. MILLER:  Objection.  Sorry.
18  I thought you were done.
19  QUESTIONS BY MR. RESTAINO:
20    Q.    -- including age over 45?
21    MS. MILLER:  Objection.  Asked
22  and answered.
23  QUESTIONS BY MR. RESTAINO:
24    Q.    This is going to be a long
25  question.  Give me a second.  Okay.

Page 344

1    Do you recall an algorithm
2  being developed at that conference in 2007
3  which used seven risk factors, including age
4  over 45, family history of ovarian cancer,
5  early onset breast cancer, Jewish ethnicity,
6  no oral contraceptive use, no live births, no
7  breastfeeding, no tubal ligation, and
8  long-term genital talc usage?
9    Do you recall that, sir?
10    MS. MILLER:  Objection.
11    THE WITNESS:  Well, I'm sorry
12  to have allowed you to burn through
13  some of your important time, but as I
14  said before, the only thing I remember
15  about that meeting 12 years ago was
16  the scenery.
17  QUESTIONS BY MR. RESTAINO:
18    Q.    Okay.  Do you recall a
19  conference report coming out of that meeting
20  12 years ago?
21    A.    Not specifically.  My memory of
22  the HHMT meetings is they typically led to
23  some type of meeting summary that usually got
24  published somewhere.
25    (Boyd Exhibit 27 marked for

Page 345

1    identification.)
2  QUESTIONS BY MR. RESTAINO:
3    Q.    I've marked as our last exhibit
4  a paper titled "Opportunities and challenges
5  in ovarian cancer research, a perspective
6  from the 11th Ovarian cancer action-HHMT
7  Forum, Lake Como, March 2007."
8    And if you would turn to the
9  last page.
10    A.    Sorry, I'm just trying to get
11  rid of some stuff.
12    The reference page?
13    Q.    The very last page is a list of
14  authors.
15    A.    Yes.
16    Q.    Do you see the sixth author
17  listed there?
18    A.    I recognize the guy, yeah.
19    Q.    Jeffrey A. Boyd, Anderson
20  Cancer Institute, Savannah, Georgia?
21    A.    That's me.
22    Q.    That's you?
23    A.    That's me.
24    Q.    Okay.  Now, if we can turn to
25  the first page, sir, the right column, the

87 (Pages 342 to 345)

Jeffrey A. Boyd, Ph.D.

Page 346

1 second full paragraph, you and your coauthors
2 in 2007 wrote, "A combination of demographic,
3 reproductive and environmental risk factors
4 might be used to develop a model that would
5 more accurately predict risk.  One
6 preliminary algorithm using seven risk
7 factors, open paren, age over 45; long-term
8 genital talc usage; family history of ovarian
9 cancer or early onset breast cancer; Jewish
10 ethnicity; no oral contraceptive, open paren,
11 OC, close paren, use; no live births; no
12 breastfeeding; no tubal ligation, close
13 paren, show that women with six to seven of
14 these events have an odds ratio of 7.59,
15 reference 3."
16         Did I read that correctly?
17    A.   I'll submit that you did.
18    Q.   Do you understand that OR, as
19 used in this paragraph, stands for an odds
20 ratio?
21    A.   Yes.
22    Q.   Is it also fair to say that
23 since 2007 you knew that an algorithm was
24 established which in 2008, as a coauthor, you
25 published that showed a woman with six to

Page 347

1 seven of the risk factors we've been
2 discussing all day, including long-term
3 genital talcum powder usage, had an odds
4 ratio of 7.59 for the development of ovarian
5 cancer?
6         MS. MILLER:  Objection.
7    Misstates the paragraph that you're
8    basing it on.
9         THE WITNESS:  If we could just
10    leave out the hypothesis, what's the
11    essence of your question?  Without
12    rereading all of the algorithm,
13    please, sir.
14 QUESTIONS BY MR. RESTAINO:
15    Q.   You have known since the
16 conference in 2007, in your publication in
17 2008, that an algorithm was developed using
18 six to seven risk factors as we've been
19 discussing all day, and showed that a woman
20 with six to seven of these events had an OR
21 of 7.59; is that correct?
22         MS. MILLER:  Same objection.
23         THE WITNESS:  I would suggest
24    that I haven't known since the day I
25    read this paper that these data

Page 348

1 existed.
2         I mean, you can pull out
3 sentences from my papers dating back
4 to perhaps 1980, when I may have
5 published my first, and suggest that I
6 remember every paragraph and every
7 paper, or perhaps, again, with due
8 respect, in a more sinister fashion,
9 suggested that I've ignored paragraphs
10 in over 200 papers, I think is just
11 simply unfair and disingenuous.
12 QUESTIONS BY MR. RESTAINO:
13    Q.   Do you think it's unfair and
14 disingenuous in a litigation where you've
15 criticized plaintiff experts for the
16 biological plausibility of talc causing
17 ovarian cancer, when in 2007 and your
18 other delegates developed an algorithm which
19 was published in 2008 showing that women with
20 six to seven of the risk factors you
21 established then had an odds ratio of 7.59
22 for developing ovarian cancer and you left
23 that out of your expert report?
24         MS. MILLER:  Objection.
25         THE WITNESS:  Well, first of

Page 349

1 all, let's go back to your implication
2 that I was involved in the development
3 of the algorithm.  I wasn't.
4         This was, as all meetings are,
5 a conglomeration of multiple content
6 experts in multiple areas.
7         My expertise is not in the
8 development of risk factor algorithms.
9 Other authors who signed this paper
10 undoubtedly developed that algorithm.
11         My role at this meeting was to
12 explain the state of the art in terms
13 of the genetic basis of ovarian
14 cancer, if I recall.
15 QUESTIONS BY MR. RESTAINO:
16    Q.   You are the coauthor of a
17 paper, peer-reviewed and published in 2008,
18 or 11 years ago, which indicated that women
19 with six to seven of the risk factors we've
20 discussed all day have a 659 percent
21 increased risk of developing ovarian cancer,
22 are you not?
23         MS. MILLER:  Objection.  That's
24    a false statement.  That's a --
25    there's seven objectionable things,

88 (Pages 346 to 349)

Jeffrey A. Boyd, Ph.D.

Page 350

1    but you don't want me to say that
2    them, so objection with a capital
3    o-b-g-e -- whatever you said.
4         THE WITNESS:  Sir, I honestly
5    don't know what you're trying to get
6    me to say, but I wasn't involved in
7    the development of this algorithm.
8    QUESTIONS BY MR. RESTAINO:
9         Q.    You were involved --
10        A.    Other meeting attendees were.
11   This is not my expertise any more than some
12   of the immunologists at this meeting had
13   nothing to do with the sections of the paper
14   dealing with genetic risk.
15        Q.    Instead of being listed as one
16   of the many delegates, as listed at the back
17   of this, you are listed as one of the
18   coauthors of this paper --
19        MS. MILLER:  Objection.
20   QUESTIONS BY MR. RESTAINO:
21        Q.    -- correct?
22        MS. MILLER:  Objection.
23   That's --
24        MS. SHARKO:  Where?
25        MS. MILLER:  Where?

Page 351

1         MS. SHARKO:  Oh, here.
2    QUESTIONS BY MR. RESTAINO:
3         Q.    We've established that that is
4    you, correct, Doctor?
5         A.    Yes.  It's my memory that in
6    order to be listed as a coauthor, you needed
7    to be an invited speaker, and that's the
8    difference between the -- all the individuals
9    listed here who attended the meeting out of
10   some kind of scientific or medical interest
11   versus myself, who was invited to opine on
12   factors related to genetic risk for ovarian
13   cancer; not to develop or to discuss a
14   possible epidemiologic early detection
15   algorithm.
16        MR. RESTAINO:  Okay.  I have no
17        further questions.
18        THE WITNESS:  I guess I have no
19        further answers.
20        CROSS-EXAMINATION
21   QUESTIONS BY MS. MILLER:
22        Q.    Dr. Boyd, I have just have one
23   more question for you.
24        A.    Okay.
25        Q.    I'm going back to this

Page 352

1    document.
2         A.    Which one?
3         Q.    The one we were just
4    discussing.
5         A.    Okay.
6         Q.    Under Key Recommendations --
7         A.    Where are you?
8         Q.    On page 656.
9         A.    Yes, sorry, 656.
10        Q.    Do you see the key
11   recommendations?
12        A.    Yes.  I'm sorry, were you
13   waiting for me?  I'm sorry.
14        Q.    How many are there?
15        A.    One, two, three, four, five,
16   six -- 12 or 13.
17        Q.    Was there any recommendation to
18   suggest to women not to use talc perineally?
19        A.    No.
20        MS. MILLER:  I have nothing
21   else.
22        REDIRECT EXAMINATION
23   QUESTIONS BY MR. RESTAINO:
24        Q.    In that same section, was there
25   any recommendations regarding oral

Page 353

1    contraceptive usage?
2         And it's late, and I'm not
3    going to play games with you.
4         Just look at the fifth bullet
5    point, sir.
6         A.    "Raise awareness of oral
7    contraceptive use in high-risk women carries
8    a BRCA and in women at conventional risk."
9         Q.    Okay.  Did you agree with that
10   statement at the time?
11        A.    Yes.
12        Q.    Okay.  When did you first come
13   to your opinions regarding the association of
14   talc powder -- of talc and ovarian cancer?
15        A.    I think you asked this question
16   at the beginning of the deposition, and I, if
17   I recall, answered roughly over 30 years of
18   passive absorption of the literature, to the
19   extent I pay attention to the ovarian cancer
20   literature -- and I do, on a daily basis --
21   if such literature, in fact, existed 30 years
22   ago, that's when.
23        MR. RESTAINO:  Okay.  No
24        further questions.
25        MS. MILLER:  Thanks.

89 (Pages 350 to 353)

Jeffrey A. Boyd, Ph.D.

Page 354

```
1                  VIDEOGRAPHER:  This concludes
2        today's deposition.  The time is
3        4:58 p.m.
4                  We're off the record.
5                  (Deposition concluded at 4:58 p.m.)
6                  - - - - - - -
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 356

```
1                  INSTRUCTIONS TO WITNESS
2
3             Please read your deposition over
4        carefully and make any necessary corrections.
5        You should state the reason in the
6        appropriate space on the errata sheet for any
7        corrections that are made.
8             After doing so, please sign the
9        errata sheet and date it.  You are signing
10       same subject to the changes you have noted on
11       the errata sheet, which will be attached to
12       your deposition.
13            It is imperative that you return
14       the original errata sheet to the deposing
15       attorney within thirty (30) days of receipt
16       of the deposition transcript by you.  If you
17       fail to do so, the deposition transcript may
18       be deemed to be accurate and may be used in
19       court.
20
21
22
23
24
25
```

Page 355

```
1                    CERTIFICATE
2
3             I, CARRIE A. CAMPBELL, Registered
       Diplomate Reporter, Certified Realtime
4      Reporter and Certified Shorthand Reporter, do
       hereby certify that prior to the commencement
5      of the examination, Jeffrey A. Boyd, Ph.D.
       was duly sworn by me to testify to the truth,
6      the whole truth and nothing but the truth.
7             I DO FURTHER CERTIFY that the
       foregoing is a verbatim transcript of the
8      testimony as taken stenographically by and
       before me at the time, place and on the date
9      hereinbefore set forth, to the best of my
       ability.
10
              I DO FURTHER CERTIFY that I am
11     neither a relative nor employee nor attorney
       nor counsel of any of the parties to this
12     action, and that I am neither a relative nor
       employee of such attorney or counsel, and
13     that I am not financially interested in the
       action.
14
15
16
       _____
17     CARRIE A. CAMPBELL,
       NCRA Registered Diplomate Reporter
18     Certified Realtime Reporter
       Notary Public
19     Dated:  April 9, 2019
20
21
22
23
24
25
```

Page 357

```
1                  ACKNOWLEDGMENT OF DEPONENT
2
3
4             I,_____, do
       hereby certify that I have read the foregoing
5      pages and that the same is a correct
       transcription of the answers given by me to
6      the questions therein propounded, except for
       the corrections or changes in form or
7      substance, if any, noted in the attached
       Errata Sheet.
8
9
10
11
12     _____
       Jeffrey A. Boyd, Ph.D.          DATE
13
14
15     Subscribed and sworn to before me this
16     _____ day of _____, 20 _____.
17     My commission expires: _____
18
19     Notary Public
20
21
22
23
24
25
```

90 (Pages 354 to 357)

Jeffrey A. Boyd, Ph.D.

Page 358

```
 1          -------
              ERRATA
 2          -------
 3   PAGE  LINE  CHANGE/REASON
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25
```

Page 359

```
 1          -------
         LAWYER'S NOTES
 2          -------
 3   PAGE  LINE
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25
```

91 (Pages 358 to 359)

Jeffrey A. Boyd, Ph.D.

**A**

**a.m** 1:16 7:6
  61:13,14,16
  110:23,24
  111:1
**AAb** 308:1
**AAbs** 308:3
**abandoned**
  248:13
**aberrant** 134:22
**ability** 48:18
  97:8 303:3
  355:9
**abject** 205:22
**abortion** 121:12
  122:9
**abreast** 59:12
**absence** 78:22
  92:21
**absent** 85:12
**absolutely**
  133:17 156:21
  169:16 249:16
  301:19 334:13
**absorbed** 223:3
**absorption**
  353:18
**abstract** 177:21
  185:13 189:15
  189:17 192:7
  194:5 196:23
  197:5 203:12
  307:22 309:9
**abundant**
  223:11
**accept** 150:9
  154:18 196:10
  221:18 275:6
  276:19
**accepted** 151:5
  152:7 208:25
  273:15 336:2
  336:18 337:25
**accepting**
  271:13 275:11
**access** 150:9,9

240:11,15
**accommodate**
  9:2
**accompanying**
  13:1
**account** 78:22
  164:11
**accounts** 202:7
  272:3
**accumulation**
  126:18 151:7
  152:21 164:9
  231:3
**accuracy** 313:20
**accurate** 14:4,21
  20:25 26:16
  58:4 100:22
  101:3 340:3
  356:18
**accurately** 88:1
  343:5 346:5
**accuse** 317:10
**achieve** 246:5
**achieved** 315:21
**acknowledge...**
  335:2
**ACKNOWLE...**
  357:1
**acquire** 222:15
**acquired** 147:22
  148:19 151:18
  151:19 215:13
  216:2,10
  229:14 230:14
  232:21
**acquisition**
  126:17 151:6
**acronym** 295:19
  309:19
**action** 355:12,13
**action-HHMT**
  6:21 345:6
**action/HHMT**
  340:24
**activates** 152:17
  152:18
**active** 152:20

**actual** 259:7
**acute** 55:1
**ad** 310:21
**add** 143:24
  144:12 146:20
  159:13 166:7
  200:18 221:15
  242:11 279:17
  297:22 316:14
**added** 21:3,10
  338:1
**addition** 144:8
  156:10 243:13
  306:16 336:10
**additional** 190:6
  193:7,25
  194:14 279:4
  284:25
**address** 110:1
  278:19 311:19
**addressing**
  91:21
**adenocarcino...**
  114:23 115:6
  115:14 116:18
  118:20 122:15
  122:21 123:5
  123:22 124:19
**adequately**
  278:19 336:15
**Administration**
  15:3,11,15
**administrative**
  16:13,25 17:10
  112:13 290:11
**administrativ...**
  16:8
**administrator**
  290:8
**adopt** 340:5
**adults** 101:21
**advanced**
  306:11
**adverse** 289:13
**afindeis@nap...**
  2:13
**aforementioned**

16:2 67:1
  115:2
**afraid** 258:7
**afternoon** 12:23
  13:6 179:3
**age** 7:19 101:11
  101:18,23
  102:4,19,20
  116:25 138:15
  144:8 295:6,11
  343:20 344:3
  346:7
**agency** 15:2,11
  15:13,14
**agent** 97:8 153:4
  243:9 244:18
  244:20
**agents** 68:1
  243:5,16 244:4
**aggregate** 64:25
**aging** 101:18
  137:1
**agnostic** 177:8
**ago** 57:12
  112:16 136:18
  137:12,13
  141:22 157:19
  187:22 223:1
  285:13 312:5
  326:6 341:16
  344:15,20
  349:18 353:22
**agree** 42:3 70:12
  70:18,23 71:9
  83:22 85:5,14
  85:20 86:7
  89:6,8 100:11
  100:15,21,25
  101:9 104:8,22
  105:2,19 106:9
  107:14,16
  125:2,12
  127:23 129:1
  130:1 131:18
  132:2,7 133:12
  137:17 138:7
  139:9 140:17

141:9 142:8,9
  142:14,19
  157:5 158:2,8
  158:14 176:1
  186:10 193:5
  193:23 194:12
  194:19 207:12
  212:17 218:5
  229:23 230:12
  230:18,22
  231:20 233:1
  236:9 244:6
  245:24 261:9
  270:5 284:15
  284:18 287:14
  292:1,18,22
  294:18 305:7
  306:22 317:6
  317:16 318:15
  318:22 320:6
  320:12,15
  321:3 322:21
  329:12,17
  330:19,22
  331:3 339:9,18
  340:2,7 353:9
**agreed** 130:25
  183:21 185:9
  245:23
**agreement**
  170:11
**agrees** 193:14
**ahead** 37:8
  172:20 223:25
  297:17 310:20
  323:8 341:11
**Akhtar** 248:23
**al** 4:22,25 5:2,6
  5:10,13,18,21
  5:24 6:5,7,10
  6:14,15,18
  156:8 164:21
  179:9 198:8
  225:21 234:9
  234:18 236:17
  239:16 255:2
  256:11,12

257:12 268:13
268:22 269:14
270:23 271:3
273:24 285:1
300:25 304:4
307:9 309:9
326:23 332:8
**al.'s** 334:18
**Alabama** 2:10
**ALASTAIR**
2:12
**albeit** 170:6
216:11 230:16
**algorithm** 311:3
311:7 312:14
313:7,14,24
343:14 344:1
346:6,23
347:12,17
348:18 349:3
349:10 350:7
351:15
**algorithms**
349:8
**alleged** 113:19
113:22
**ALLEN** 2:6
**allow** 176:23
217:13
**allowed** 15:17
344:12
**allowing** 15:18
**allows** 67:10
237:12
**allusions** 266:7
**Alpha** 50:24
**alter** 234:6
**alteration**
151:15
**alterations**
151:18,19
152:1 324:16
**alternating**
341:9
**alternatives**
165:11
**amend** 32:20

**America** 314:22
**amount** 45:18
52:14 129:19
252:8,25
318:25
**amounted** 34:24
**amounts** 280:21
**analogies**
262:14
**analysis** 83:14
92:20
**anatomical** 65:7
262:15
**anatomically**
64:17
**anatomy** 60:20
61:3 64:8,10
263:6
**and/or** 26:22,23
27:17,18,21
28:10,22 29:7
56:19 68:10
69:6 105:6
224:9 253:16
266:9
**Anderson** 48:21
345:19
**ANDERTON**
3:12
**anecdote** 243:12
**angiogenesis**
208:5
**angry** 290:1
**animal** 124:12
259:3 287:8
289:8 291:15
291:22 292:9
293:18
**animals** 116:1
149:8,11
**anonymous**
271:2
**answer** 9:10
10:7,13 22:8
25:25 33:7
39:12,23 40:20
49:23 52:24

61:6 68:5
69:13,16,18
72:21 75:12
76:13 80:15
84:3,16 85:17
87:21 88:1
90:12 93:23
94:7 95:6 96:5
100:24 101:6
104:15,18
109:23 112:15
115:7 117:8
118:25 132:25
138:1 141:9
142:5,6,9,15
142:17 154:7
161:11,13
172:10 181:13
207:21,24
208:4,18 209:3
213:8 214:7,9
214:11,18
265:8 268:10
295:21 297:1
305:16 316:21
320:23 328:18
329:20,22,24
332:5 334:10
338:22 340:4
**answered** 9:14
66:1 78:24
85:24 86:4,12
118:24 146:13
159:10 207:11
208:6,11
309:14 317:4
343:22 353:17
**answering** 43:22
53:24 161:15
161:18
**answers** 32:21
58:19 140:23
141:13,17,19
351:19 357:5
**anti-growth**
230:6,23 231:7
231:12

**anti-inflamma...**
173:11
**antibodies** 67:25
**antigen** 294:5
304:23
**antigens** 308:4
**antioxidant**
327:20 328:5
**anymore** 29:11
222:24
**anytime** 168:18
**apart** 160:8
**apologies** 241:3
**apologize** 10:8
118:9 119:9
141:5 239:12
239:14 240:25
261:18 262:13
282:7 336:3
**apology** 118:11
261:20
**apoptosis**
231:14,17,24
**apparently**
233:25 234:3
247:12 280:14
316:6 317:2,19
332:7
**appear** 181:25
221:7 325:1
**APPEARAN...**
4:3
**appeared** 16:13
323:6
**appears** 136:8
173:3 184:9
241:6 330:14
**Apples** 303:21
**applied** 97:12
245:16 256:23
**applies** 168:17
**apply** 58:18
**applying** 146:16
165:13
**appreciate**
46:10 290:2
**appreciated**

219:12,21
220:6,13,15
**appreciating**
187:21
**approach** 55:3
197:14 248:13
281:8
**approached**
55:19,23
**approaches**
165:14
**appropriate**
281:10 356:6
**approved** 17:8
295:9 297:4,5
297:8 298:3,19
**approximately**
126:7,15
147:13 149:18
160:7 165:17
196:3 197:4
250:7 299:12
**April** 1:8 7:5
20:5 355:19
**aqueous** 248:9
**Arch** 44:11,20
**architecture**
60:12 67:1
**area** 50:10 184:4
226:6,11
293:17 314:13
331:14
**areas** 108:4
262:5 263:5,22
349:6
**arguably** 251:8
316:18
**argue** 81:4,7
165:9 166:3
264:4
**argument** 91:5
91:15 170:10
225:8 244:15
244:19,25
261:24 262:3
263:16,20
**argumentative**

Jeffrey A. Boyd, Ph.D.

Page 362

289:23
**arguments**
73:15 156:7
225:4
**arithmetic**
250:24 252:20
**Armstrong**
294:15
**ARPS** 3:1
**art** 349:12
**Arthur** 116:14
**article** 61:25
87:6 119:19
121:22 156:11
164:25 183:12
184:21 186:3,6
186:13,15,20
189:9,14
203:10 205:1
207:14 210:18
210:24 227:22
256:11 258:19
304:1 335:8
**articles** 26:21
27:4,16 89:14
167:5 201:19
258:24
**articulated**
99:12 141:2
208:15 318:23
**articulation**
145:2
**asbestos** 75:16
75:22,25 76:5
77:21 78:8,13
78:22 79:7
190:8 193:7,11
193:13 209:22
211:25
**ascertain** 147:5
**ascertaining**
42:10
**ascribe** 115:21
**Ashkenazi**
102:9 103:3
108:19,22
**aside** 101:9

**asked** 25:23
58:10,19 65:25
68:17 77:2,8
77:18 78:2,23
85:23 86:3
92:25 102:18
111:13 112:6
112:18,24
113:14 119:1,2
137:13 146:12
159:9 172:4
202:18 207:11
235:3 267:20
317:3 332:13
342:3 343:21
353:15
**asking** 18:23
26:21 64:8
80:5 83:8 88:2
98:7 161:14,22
188:9 191:11
193:12,14
207:8 228:5,11
228:20 255:15
255:16 285:25
286:7 288:25
301:16 308:19
322:17
**asks** 24:24 25:7
**aspect** 264:13,15
**aspects** 53:3
**aspirin** 173:11
**assay** 295:8
297:4
**Assessing** 301:7
**assessment** 5:20
**assist** 87:10,13
**assistants** 86:25
**associate** 79:18
273:10
**associated** 45:21
50:16 52:21
53:7 57:18
100:12 103:17
104:9,23 105:5
105:13 106:21
107:13,17,25

113:15 115:1
126:6,13,17
127:14 138:8
139:8,10
143:25 153:5,6
183:19 191:21
192:14 196:7,9
196:11 212:15
231:2 232:1
296:15 301:8
331:5
**association** 5:22
46:7 51:23
56:10,20 57:1
57:11 62:15,24
68:12,23 69:8
84:6,8 107:3
109:9 115:8
116:5 117:2,13
119:12 122:14
122:20 123:4,9
123:18 124:18
125:1,14 130:5
130:19,23
131:5 138:5
144:3,19 145:3
183:23,24
194:22 195:1
196:12 221:16
221:19,23
257:12 268:15
292:14 325:23
353:13
**associations**
123:16 183:8
**assume** 10:13
26:11 78:25
81:11,14
127:23 129:7
129:25 149:7
214:6 266:12
307:16 315:9
**assumed** 14:16
**assuming** 8:25
33:8 82:21
130:1 211:10

**assumption**
130:2
**assure** 85:1
201:4 273:11
276:1
**attached** 12:7
33:15 36:22
72:8 81:8
92:11 235:14
356:11 357:7
**attempt** 67:2
80:5 148:23
159:25
**attempted**
148:24
**attempting**
160:10 166:8
246:5 263:3
303:15 305:23
313:5
**attend** 340:18
**attended** 340:19
342:19 351:9
**attendees**
350:10
**attending**
342:18
**attention** 342:20
353:19
**attorney** 22:17
22:21 44:19,25
44:25 55:23
58:25 169:11
169:15 277:14
355:11,12
356:15
**attorneys** 11:19
18:22 35:15
90:17 100:1
141:11 170:10
335:25 338:20
**attorneys'**
266:15
**attributable**
155:2,24
165:25
**attribute** 115:22

117:4
**attributed** 190:1
**author** 121:21
162:22 175:7
179:8 181:7
268:14 299:25
307:9,19
313:14 345:16
**author's** 90:6
**authored** 92:10
**authority**
107:22
**authors** 99:12
177:12 182:21
198:23 199:4
210:18 215:14
221:7 230:12
269:18 328:3
345:14 349:9
**authorship**
121:22
**autoantibodies**
6:9 307:10
308:1
**available** 37:15
178:7,8 335:1
**Avenue** 3:2,13
**average** 333:20
333:23 334:8
**avoided** 247:5,6
**avoiding** 277:7
**aware** 8:14
51:16,20 57:10
72:16 79:8
89:16,25
124:23 197:21
198:1 201:17
217:10 300:8
301:4,10,12
**awareness** 353:6
**axis** 249:10
334:15

---

**B**

**B** 29:13
**baby** 76:13,18
78:18,19,21

**back** 5:7 12:21 13:5 17:9 25:16 26:1 28:18 29:15 32:20 34:10 57:7 58:9 61:15,18 67:22 71:25 73:24 100:5 110:25 111:3 151:20 161:10 168:12 168:15 172:21 179:8,11 180:7 185:8 206:17 206:21 207:6 221:9 229:4,8 239:3,6 246:16 258:4 262:18 277:10,18 278:4 292:20 292:21 293:5 293:13 309:8 313:16 321:15 323:13 348:3 349:1 350:16 351:25
**back-of-the-e...** 250:14
**background** 4:22 119:20 196:15 310:7 324:4
**Bacon** 1:14
**bad** 4:23 155:3 155:11,14,24 156:15 157:16 157:18,23 158:6,15,15,24 159:8 160:20 163:22 165:9 165:25 166:3 174:5,8,14 199:19 340:12
**Balkwill** 5:8 179:10 181:8 181:19 183:16 184:18

**Balkwill's** 186:14
**Banbury** 296:20
**Baptist** 15:3,7 17:5
**bar** 10:1
**Barrett** 119:22 135:14 136:5 136:14 168:6
**barrier** 65:3
**barriers** 65:7
**base** 155:6 282:12
**based** 6:17 9:5 78:17,20 111:14 116:4 153:7 177:11 227:20 243:3 246:4 247:13 252:18 273:21 275:3 292:12 305:23 311:6 327:1 331:22 334:15 335:8 338:12 339:1
**basic** 53:2 70:7 74:21 75:15,17 79:19 235:7
**basically** 17:2
**basing** 347:8
**basis** 5:22 59:6 81:18 82:8,11 99:7 101:3 105:23 106:15 112:20 114:11 195:24 264:10 265:13 268:15 292:14 349:13 353:20
**Bast** 314:19
**Bayshore** 2:17
**beach** 279:11
**beads** 281:4
**bear** 277:7
**bears** 277:25
**BEASLEY** 2:6
**beautiful** 340:21

**beginning** 18:18 170:18 200:21 353:16
**behalf** 7:22 35:7 35:21
**behavior** 64:1
**beings** 134:2
**believe** 19:21 23:4 29:18 35:9 46:21 80:2 86:15 92:8 123:12 139:23 163:10 183:20 191:24 191:25 199:7 208:19,20,23 216:13 218:7 236:11 244:11 246:19 258:5 282:11 296:12 321:25 322:22 338:8,24
**believed** 126:6 256:24
**believes** 209:5
**bell** 187:21 341:1
**Ben** 30:22
**bench** 83:5
**bench-type** 83:2
**benefit** 312:9
**benign** 97:9 298:17 299:1
**Benjamin** 29:22 30:2,20 31:1,9
**best** 11:3 15:12 15:16,21 20:22 48:18 69:13 80:4 96:5 127:21 144:18 147:9 216:5 326:8 334:14 355:9
**better** 16:5 27:9 55:4 83:2 155:16 164:6 255:13 325:9

**beyond** 305:18
**bias** 166:20 268:4 301:9 337:15
**biased** 338:3,9 338:19 339:1,8
**BIDDLE** 2:21
**bifurcated** 88:13
**big** 120:13
**bill** 81:15
**billion** 155:6
**billions** 251:9
**binary** 337:6
**binds** 152:16,17
**bio** 294:11
**biologic** 91:1,22 253:1
**biological** 46:5 68:22 90:16 91:4,14,25 92:5 93:10,18 94:15 106:18 106:25 109:4 109:11,11 111:17,24,25 116:22 143:7 144:20,21,25 145:16,21 146:9,15,16,21 146:22 147:9 153:8 170:3 235:25 244:22 278:20 280:23 285:3 348:16
**biologically** 62:25 63:10 100:17,23 101:2,23 103:19 105:8 105:14,22 106:15 108:25 109:20 137:18 137:23
**biologist** 59:19 111:15
**Biology** 323:5

**biomarker** 294:12,19,23 297:21 316:5 316:17 317:1 317:18,23
**biomarkers** 303:17 316:2
**biomedical** 83:19 88:16,18 88:20 106:11 108:6 172:6 175:23 177:5 189:10 203:8 273:13
**Biotechnology** 50:25
**births** 139:14,17 139:24 144:9 344:6 346:11
**Biscayne** 1:14
**Bishop** 134:1
**bit** 11:8 22:10 26:1 27:12 67:23 100:7 210:7 262:19
**bizarre** 332:20
**black** 254:2
**Blair** 47:3,7
**bless** 313:4
**blood** 295:23
**blossomed** 223:11
**board** 273:9
**Bob** 314:19
**bodily** 262:10 263:8,18 264:1
**body** 62:14,22 72:18 74:19 75:6,10,22 128:11,17 129:2 166:9,16 173:7,19 184:12 192:2,7 194:20,20 278:25 280:9 282:4,17,17
**boilerplate**

Jeffrey A. Boyd, Ph.D.

274:7,8 275:25
**bold** 253:8
**bolded** 323:20
**bone** 15:8,18,25
16:2 17:13
**book** 8:20
**bore** 251:23
**Boston** 50:10
**bottle** 79:1
**bottom** 24:12
125:23 149:18
167:13 171:10
180:9 197:5
215:14 219:1,3
241:17 245:9
253:7 261:22
278:13 284:22
294:1 298:14
300:2,10
306:15 308:9
**Boulevard** 1:15
**bound** 164:7
**Boyd** 1:13 4:11
4:11,13,15,16
4:16,17,17,19
4:19,21,23 5:1
5:3,3,5,7,9,11
5:14,16,19,22
6:1,2,3,6,8,11
6:15,16,19
7:10,18 8:3
11:11,14 13:21
14:1 20:16
36:16 111:3,4
119:15,18,21
156:22,23
162:15 168:6
168:15 169:18
175:1,5 180:2
180:6 186:16
186:20 198:7
214:3 217:16
217:19 234:14
234:17 256:7
256:10 269:10
274:12 283:21
288:16 299:17

303:22 307:4
310:1,5 314:9
326:19 344:25
345:19 351:22
355:5 357:12
**BRCA** 108:21
353:8
**BRCA1** 103:5
103:18 108:7
132:3 133:4,9
151:21 296:5,8
296:13,15
**BRCA2** 103:17
108:7 132:3
133:4,9 296:5
296:9
**BRCA2-linked**
296:13
**break** 8:22,24
61:9 63:7
102:21 110:19
167:25 168:18
169:5 238:20
238:22 319:12
323:8
**breaks** 8:24
**breast** 103:16
108:8 132:4
133:9 139:6,6
140:18 144:12
151:22 344:5
346:9
**breastfeeding**
139:1,7,9,14
144:9 344:7
346:12
**briefly** 12:23
13:6
**Brigham** 51:7
**bring** 296:22
324:10
**British** 180:17
**broad** 72:22
81:21 113:2
128:4 342:17
**Broadhallow**
2:13

**broadly** 152:6
213:5
**broke** 64:7
239:7
**brought** 221:6
**brown** 242:24
243:5
**bulb** 81:9,12,12
**bullet** 322:8
353:4
**burn** 344:12
**bursting** 265:2

---

### C

**C** 2:1,16
**C-Reactive** 5:5
175:5 177:22
**CA** 302:16
**CA-125** 294:11
**CA/125** 302:16
**CA125** 6:6
294:2,5,18
295:7,23 296:3
296:12,19
297:8,20
298:11,16,24
299:14 300:5
300:17,18,21
301:1,25 302:8
302:13 303:3
304:2,13,18
305:7,20 306:5
306:17 307:1
309:3 311:8
312:6,11,15
313:1,6,24
314:6 315:11
316:3,16,24
317:16 319:2
320:2
**cadaver** 60:22
**calculation**
250:15
**calculus** 249:24
**call** 168:18
**called** 135:22
215:8 234:4

256:19
**calling** 269:13
**calls** 270:24
333:3
**camera** 118:4
**Campbell** 1:17
7:15 355:3,17
**Campus** 2:22
**cancer** 5:2,6,7
5:10,12,13,14
5:23 6:4,6,10
6:11,13,15,17
6:20,21 15:6,9
15:19,23,24
16:3 17:5,14
21:12 31:24
42:11 46:8
48:12,15,21
49:20 51:18,25
52:3,20 53:3,7
54:23 56:12,21
57:2,12,19
59:3,10 60:2,5
60:6,7,10,14
62:8 63:1,12
63:23 64:5
66:10,15 68:13
69:9 80:1,7
82:1,8,15
83:25 89:21
91:8,17 94:17
96:23 98:10,22
99:3,10 100:13
101:2,12 102:6
102:25 103:14
103:16,20
104:4,10,11,14
104:24,25
105:13,15,20
105:21 106:12
106:13,14,19
107:1,20,25
108:8,11,15,24
109:18 110:8
111:15,19
114:8,10
115:23 116:24

116:25 117:7
121:9,19 122:6
125:15 127:11
129:16,20,24
129:24 130:7
130:14,19,25
131:7,14,21
132:5 133:5,10
133:10 134:4,6
134:13,14,18
134:20,24,25
135:7,10,23
136:2,20
137:19 138:10
139:6,11,15,25
140:2,5,11,12
140:16,18,20
142:21,23,25
143:3,8,17
144:11,12,14
144:15 147:22
147:24 148:5
148:13,20,21
149:2,24 150:6
150:21,23
151:5,9,10,22
151:24 152:10
152:11 153:11
153:14 154:12
154:16,25
155:2,22,23
156:16 157:17
160:2,9,13,20
162:22 163:17
163:20 164:1,3
164:11,12,15
165:13,23,24
170:4 171:16
171:18 172:14
173:4,21 174:4
174:8 175:7,8
175:19,21,24
176:5,24
177:25 178:8
178:16,20,21
179:11 180:1,6
182:7,24

Jeffrey A. Boyd, Ph.D.

183:10,19,25
184:7,10,15
185:15,21
186:23,24
187:1,17 189:4
189:8,22 190:1
190:7 191:23
192:15 193:8
194:1,15,23
196:2,5 197:14
197:25 198:5,6
198:11,12
199:1,8,11,11
200:3,4,11,20
200:22,23
201:4,17,25
202:7,13 203:6
204:4,21
205:22 206:23
206:25 207:2,5
207:9,16,16
208:9,15,21
209:1,14,18
210:4,21 211:4
211:21 212:3
212:12,14,20
212:22 213:4
213:21,23
215:9,13,25
216:2 218:1,4
218:6,11 220:1
220:16,19,24
221:4,8,10,12
221:15,17,24
223:10 224:10
224:23 225:25
228:6,15 229:7
229:15,25
230:2,8,22,24
231:10,11,25
232:22 240:12
251:7 257:13
257:24 263:5
268:17 290:21
290:25 291:11
292:16,17,20
293:1,6,7,10

293:11,14,16
294:5,13,20,23
295:5,18 296:6
297:9 298:2,7
298:12,20,22
299:7,9,25
301:21 302:21
304:2,13,17,23
305:9,11,22
306:11 307:11
307:14 308:3
309:4,17 310:8
310:12,15
311:1,8 312:4
312:7,13 313:9
313:10 314:1,2
314:8,14 315:1
316:17 317:23
318:3 319:3,7
320:19 325:23
325:25 326:25
327:7,21 328:7
328:7 329:7
330:7,15,18,20
330:24,25
331:5,6 339:11
339:20,24
340:1,23
342:14,16,21
343:16 344:4,5
345:5,6,20
346:9,9 347:5
348:17,22
349:14,21
351:13 353:14
353:19
**cancer-associ...**
324:5
**cancer-related**
126:19
**cancer-tested**
308:4
**cancers** 47:12
66:23 82:11
101:15,20
105:3 120:9,23
126:8,13 127:2

127:2 128:5
129:9 133:14
136:6 147:24
148:22 151:25
152:7 153:2,10
157:21 161:3
165:19 166:11
185:3 202:9
213:11 216:8
216:15 220:1
220:11 221:1
224:8,9,21
230:14 231:1,2
232:6 296:14
296:14 299:10
**CAP-accredited**
66:21
**capabilities**
215:13 216:2
216:11 219:11
222:15 230:15
232:22
**capability**
229:15
**capable** 152:5
256:1
**capacity** 308:2
**capital** 176:4,5,5
350:2
**caption** 216:7
**carbohydrate**
279:7
**Carbon** 254:2
**carboplatin**
5:17 234:11
235:9
**carcinogenesis**
114:12 119:15
136:16 185:5
279:3 288:3
**carcinogenic**
153:21 254:1
329:5
**carcinogenicity**
96:22 97:2,3,7
97:23 98:6
103:23 121:8

122:5 124:15
287:21 288:21
293:10
**Carcinogenics**
4:21
**carcinogens**
76:16
**carcinoma**
62:17 112:5
124:19 143:22
258:11 299:11
299:14
**carcinomas**
116:7 153:6
232:4
**cardiovascular**
107:13,18,24
**Care** 3:9 15:2,11
15:14
**career** 48:19
112:7,24 113:7
113:9 242:12
290:9
**careful** 170:23
281:7
**carefully** 171:25
178:9,24 179:1
179:13 267:18
275:14 356:4
**Carl** 119:22
135:13
**Carolina** 38:1,3
41:7,12 59:15
**carousel** 29:11
**Carrie** 1:17 7:14
186:21 193:6
193:24 194:13
355:3,17
**carries** 353:7
**carry** 103:4
164:14
**Carson** 44:11,20
45:6
**case** 15:5,17
17:6 112:12
113:20,21
116:6 129:6

158:20 183:10
207:11 211:1
216:15 248:11
250:11 276:12
280:1 301:5
308:10 313:7
**case-control**
6:18 123:14
124:21 125:5
257:14 308:23
325:18,22
327:1 329:6
**case-controlled**
125:16
**cases** 1:7 116:17
134:25 152:10
155:2,23
165:25 211:25
287:10 330:15
**catalyzed** 135:7
**catastrophic**
157:14
**catchy** 234:19
**causal** 62:15,23
122:14,20
123:4,9,21
125:13 128:1
152:12,14
153:7
**causality** 68:23
109:10 117:4
124:14 135:23
136:2 138:5
145:4
**causation** 4:19
84:7,8,11
117:14 119:12
123:17,19
125:3 195:10
221:20
**cause** 80:7,8,12
80:20,24
114:22 115:5
115:13 118:18
145:22 148:12
161:1 182:24
190:13 221:12

Jeffrey A. Boyd, Ph.D.

221:14
**caused** 81:4
    121:9,19 122:6
    133:15 134:4
    136:9 173:5
    174:4,8 184:10
**causes** 111:19
    112:1 127:25
    136:6,20
    147:15,20
    148:4,18
    151:11 157:17
    171:16,17
    190:1 220:23
    302:20
**causing** 348:16
**cavity** 246:8
    251:2 252:6
**cc's** 274:20
**CDC** 200:16
    201:5 202:23
    225:22
**cell** 85:6,12,16
    85:18,21 86:8
    104:25 112:2,2
    114:7,23 115:6
    115:14 116:7
    116:18 117:6
    118:19 122:14
    122:21 123:5
    123:22 124:18
    152:4,4,23,24
    155:6,7 161:5
    163:18 164:8
    196:25 197:6
    203:17,25
    205:8 213:12
    220:20,21,21
    224:13 231:22
    235:24 307:3
    319:24 320:1
    321:5 322:20
**cells** 114:10
    116:2 134:3,7
    134:23 149:9
    207:16 219:8
    223:13 231:11

231:18 233:8
    242:2,14,18
    245:18 250:11
    250:13 251:10
    251:15 252:11
    252:18,23
    280:18,22
    282:16
**cellular** 59:19
    136:14 155:5
    232:8,25
    264:18 287:5
**center** 12:14
    15:23 31:24
    32:1 48:21
    296:20
**Centers** 200:10
**central** 83:24
    200:2 201:2,23
**centuries** 180:1
**century** 131:15
**certain** 84:11
    100:12 102:19
    102:20 132:3
    167:8 252:8
**certainly** 20:25
    26:14 55:4
    83:4 91:19
    97:18 98:17
    99:20 103:15
    162:6 233:3
    243:6 270:11
    270:18 281:21
    337:5 340:19
**certainty** 48:24
    131:20,20
**certificate** 15:8
    15:17 355:1
**Certified** 1:18
    355:3,4,18
**certify** 355:4,7
    355:10 357:4
**cervical** 152:10
    153:10
**cervicovaginal**
    116:19
**cervix** 114:13

116:8 153:7
    258:12 262:6
    263:23
**cetera** 220:12,13
    220:13 241:23
**chain** 336:1
**chair** 41:2,3,10
    41:14 79:12,17
    113:22
**chaired** 296:19
**chairman** 41:6
**challenges** 6:19
    345:4
**challenging**
    160:4
**Chan** 51:13
**chance** 80:3
    86:2 132:11
    150:1 154:13
    155:4 157:15
    169:4,7 277:15
**change** 78:15
    292:21,25
    293:4 333:8
**CHANGE/RE...**
    358:3
**changed** 133:20
    133:24,25
    229:20 293:13
**changes** 19:15
    356:10 357:6
**changing** 237:14
**channel** 293:13
**Chapter** 121:14
**characteristics**
    218:21 285:8
**characterizati...**
    114:9 243:1
**charging** 17:23
    18:1,12,15,17
    19:1
**check** 19:12
    200:9
**chemical** 71:21
    236:7 243:2,8
    244:21 282:24
    283:25 284:6

**chemically**
    72:25 243:9
    279:10 280:7
    280:13 282:6,9
    282:13,22
**chemicals** 76:17
    120:9,23 121:7
    122:4 136:22
    236:13,14
**chemist** 74:16
    75:20 236:8
    283:18
**chemistry** 74:3
    74:9 284:11
**chemotherape...**
    244:18,20
**chemotherapy**
    67:19 68:1
    243:16 244:4
**cherry-picking**
    167:4,6 277:6
**Cheryl** 31:14,17
**chest** 246:9
**Chicago** 116:15
**chickens** 134:5
**chief** 113:20
**children** 139:8
**chimney** 129:23
    130:6,14,20
**chimneys**
    130:20
**choice** 93:3
**choose** 96:6
**chose** 248:13
**chronic** 82:14
    83:23 91:7,16
    173:8,19 184:6
    184:13 198:5,5
    200:1 201:2,23
    203:16,25
    212:15 213:23
    225:9,14
**Chu** 6:18 326:23
    332:8
**cigarette** 107:1
    107:7,11,12,17
    107:19,25

221:17
**cigarettes**
    129:14 220:23
**circumstances**
    19:15 84:12
    113:18 136:23
    233:4 335:6
**cisplatin** 5:17
    234:10 235:9
**citation** 90:6
    120:17 121:3
    202:4,5
**citations** 90:5
    121:14 204:6,8
    223:18
**cited** 99:23
    210:17 216:21
    216:23 218:2,7
    258:25
**citing** 294:15
    332:8
**claims** 92:7
    263:13
**clarified** 324:16
**clarify** 41:3
**Clarke** 37:22
    267:14
**Clarke-Pearson**
    37:23 38:6,12
    39:10,18 40:15
    40:23 42:8
    266:18
**Clarke-Pears...**
    43:25 44:7
    266:8 267:15
    267:23
**class** 64:9 74:3
**classes** 256:4
**classified** 16:20
**classify** 283:2
**clean** 10:9 332:4
**clear** 114:22
    115:6,13 116:7
    116:17 117:6
    118:19 122:14
    122:21 123:5
    123:22 124:18

145:8 242:21
242:24 246:17
248:11 297:18
334:25
**clearance**
259:14
**clearer** 104:19
**clearly** 270:13
**Cleveland** 3:14
**CLIA-certified**
66:20
**clinical** 60:2,5,7
60:7,11 66:19
67:6 84:22
85:3 105:6
175:8 178:4
287:9 291:11
295:14 296:4
296:23 302:23
303:3 305:11
311:11,14
312:23 313:22
315:12 318:5
**clinicians** 59:12
313:15
**Clinics** 314:21
**close** 114:8,12
126:15,16
127:3 136:23
137:1 155:7
164:1 165:18
177:23,25
178:10,23
190:10 198:12
242:2 262:7
279:2,8,12
308:1 315:5,6
325:24 346:11
346:12
**closely** 15:12
178:22
**closer** 55:5
**closes** 65:22
**closing** 246:8
251:7
**clues** 222:11
**cluster** 116:17

**CMSO** 243:16
**cmw@whiteh...**
2:17
**coaching** 39:25
40:3 317:10
**Coalition** 48:13
48:16
**coauthor** 47:9
47:17 346:24
349:16 351:6
**coauthored** 38:6
48:22,25
296:18
**coauthors** 49:1
122:3 269:15
346:1 350:18
**cofactor** 185:4
**cogent** 117:8
145:2,6,7,16
145:20 146:7
**cognitive** 73:23
**coherent** 308:17
**cohort** 122:22
123:6,14,23
308:24 309:1
**Cold** 296:20
**Collaborative**
6:12 295:17
309:17
**colleague**
183:17
**collectively** 65:1
112:4 164:12
**College** 79:14,23
**colloquialism**
28:17 167:7
**Colon** 233:20
**Colorado** 2:4
**Colorectal** 5:12
198:11
**column** 178:13
184:17,20,22
184:23 222:6
227:4 300:11
300:14 304:12
306:14 308:9
327:6 328:24

330:18 345:25
**combination**
313:25 343:3
346:2
**combined** 202:9
**come** 89:25
100:5 141:21
172:21 175:25
203:7 220:22
277:10,18
334:14 353:12
**comes** 157:16
176:25
**comfortable**
69:16 80:11
82:25 88:10,14
**coming** 21:10,15
214:14 271:22
344:19
**commencement**
355:4
**commencing**
1:16
**comment**
107:21,22
272:5 324:11
324:15 331:11
331:25 337:18
337:20
**commentary**
326:14
**comments**
273:20 275:4
308:18 321:13
**Commerce** 2:9
**commission**
357:17
**committee**
84:23 291:5
**common** 10:1
165:19 189:23
232:3
**commonly**
151:5 236:12
**communication**
22:11 58:14,16
58:25 62:6

169:23
**communicatio...**
28:7
**communities**
160:12
**community**
133:14 158:22
158:23 192:11
192:17,19
208:25 209:4
**Como** 6:21
340:18,20,24
345:7
**compared**
107:24 250:9
252:14 331:5
**comparison**
303:19
**compelling**
145:1 223:11
**complete** 23:8
24:25 25:8,24
105:10 141:19
142:14,16
**completed** 32:1
**completely**
145:19 152:3,4
248:14 335:5
336:19 337:20
**complex** 66:24
81:3 327:8
**complexes** 5:17
234:11 237:13
237:15,16
241:11
**complicated**
48:14 66:18
77:17 311:2
**component**
71:18 91:4,14
92:18 127:25
**components**
64:19,23
264:18 330:23
331:4
**composed** 70:13
70:19,24

**composing**
279:23
**compound**
242:17,22,23
278:22 279:9
282:9,23
284:20 290:24
292:9
**compounds** 72:9
73:17 77:15
279:6 285:4,9
292:3
**comprehensive**
99:2 114:9
**CON** 15:16 17:8
**concentrated**
245:13
**concentration**
278:25
**concept** 84:22
109:7,8 137:14
167:4 225:4
252:12 329:18
331:8
**concepts** 53:2
90:4 99:11
123:11 166:25
**concern** 27:1,21
**concerning** 25:9
**conclude** 164:12
197:23 270:20
**concluded** 354:5
**concludes**
333:19 354:1
**conclusion**
177:8 178:6
220:23 261:24
262:2 263:15
263:20 324:24
**conclusions**
116:4 320:13
**condition**
212:24 290:16
**conditions**
136:25 182:23
209:19 210:5
211:5,22 212:4

Jeffrey A. Boyd, Ph.D.

298:17 299:1
302:21
**conduct** 87:23
270:10 293:17
**conducted** 56:9
308:23 311:14
318:6
**conducting**
89:11 172:6
175:22 242:12
242:14 292:7
**confer** 133:4
**conference**
296:20 340:18
340:20 343:15
344:2,19
347:16
**conferences**
342:17
**confers** 143:20
**confident** 147:8
**CONFIDENT...**
1:9
**confirm** 203:2
**confirmation**
166:20 268:3
**conflate** 252:21
**conflated**
102:16
**conflict** 176:18
316:9 334:20
334:21 336:11
336:20 337:13
**conflicted** 174:3
**conflicting**
335:3,14
337:21
**confluence**
116:21
**confused** 25:22
36:24 214:25
227:9 228:10
228:22
**confusing** 78:24
139:18 324:23
**confusion** 27:12
**congestive** 299:3

**conglomeration**
349:5
**connection**
28:21
**consciously**
173:24
**consensus**
133:13 136:7
**consequences**
164:14 219:13
219:20 220:7
**conservative**
250:9
**conservatively**
273:7
**consider** 29:2
52:19,25 64:23
69:20,25 96:21
210:22 251:1
**considered**
11:23 12:11
13:8 29:17
35:3,24 36:1
37:5,7 41:20
46:12,24 71:23
143:11,16
173:10 279:1
279:19 280:6
302:23 304:18
**Considering**
329:4
**considers**
333:18
**consist** 83:14
**consistent** 107:4
242:25 311:9
**consistently**
267:20
**consisting**
278:23
**consists** 71:20
**constantly** 233:8
264:5
**constitute**
244:13
**constitutes**
280:9

**constraints**
45:24 46:11
152:24
**constructed**
211:12
**constructive**
273:19,20
**consultant**
335:18 336:22
337:1,9
**consumed** 96:13
**contacted** 55:8
55:13 57:22
**contain** 175:20
235:14 241:11
241:14 250:10
**contained** 4:14
93:10,19 110:3
**containing**
242:21 250:13
251:9 252:9
**contains** 152:15
175:18 237:12
238:2,8
**contemporane...**
293:22
**contemporane...**
293:18
**content** 94:24
270:17 272:5
296:22 349:5
**context** 52:16
53:12 83:11
106:19 109:10
109:11,13
115:3 134:4
146:17 148:15
148:16,18
151:14 158:12
158:13 206:9
212:11 224:19
225:25 235:25
236:6,7,14,21
262:20,21,23
263:17 272:7
273:14 288:20
288:24 290:19

294:11 295:7
297:20 298:2
301:6 305:11
313:3,7 315:22
**continue** 208:17
253:5 277:22
**continuing**
198:4 320:24
**contraceptive**
140:3 143:11
144:10 344:6
346:10 353:1,7
**contraceptives**
142:20 143:16
143:20 144:1
**contradict**
203:23 205:7
210:2 219:17
300:25
**contrasted**
263:11
**contribute**
163:24 165:16
**contributed**
332:15
**contribution** 5:1
162:21 165:12
**contributor**
197:13
**control** 200:10
278:15 279:4
280:19 281:10
284:25
**controlled** 6:13
84:10 122:16
231:18 312:18
318:5
**controlling**
164:7
**controls** 330:16
**controversial**
320:16
**controversy**
155:20 157:24
158:4,6,8,14
158:20 159:3,6
**conventional**

353:8
**conversation**
169:14
**convincing**
320:3
**convoluted**
40:19 84:15
**coordinate**
237:13
**copies** 163:5,7
168:23,25
170:22 335:24
**copy** 25:8,23
36:8,20 99:1
163:2,3,9
271:16
**cord** 213:11
**corn** 279:8
**corner** 157:3
182:5
**cornstarch**
279:6
**corporation**
35:12
**correct** 8:12,16
13:8 19:23
20:1 34:4,21
35:8 38:18
39:11 41:24
59:4,16 60:16
60:17 62:9
64:11,13 66:13
67:21 68:4
79:11 81:9,10
81:12,15,16
88:7 92:12
100:8 103:14
110:10 121:19
124:22 127:8,9
128:13,19,24
129:16,17,21
129:24 130:3,7
132:5 133:2,6
133:7,10,11
135:15,18
136:17 137:2
146:8,23

153:17 154:19
154:20 155:25
164:22,24
166:4,6 172:9
174:18 175:19
177:17,19
180:11,12
182:24 183:2
186:2,5 187:14
187:16 189:5
197:19 198:18
200:16,17
211:18 212:17
213:16 214:24
215:16 216:3
218:12,22
223:19,20
225:18 232:8
235:1,5,6
237:9 242:9
246:21 250:21
251:24 252:2,6
254:3 255:2,3
255:5,6 256:18
257:16,20,21
258:3,17,18,22
262:12,13,17
268:17 269:15
269:22 274:3
274:20,23,24
284:3 286:15
290:4 294:3,4
294:16,17
295:15 298:7
298:12 301:11
302:3 304:8,10
305:5 307:15
307:16,20,21
310:16 314:22
315:13 316:11
318:10 324:19
327:14 328:17
328:18,20
333:23 334:23
341:4 347:21
350:21 351:4
357:5

corrections
356:4,7 357:6
correctly 13:10
111:21,22
114:15 121:16
122:10,11
126:9,10,20,21
127:5 136:11
136:12 137:6,7
147:25 148:1
150:2,3 155:9
155:10 156:3
157:25 158:1
164:17,18,21
165:20 171:19
172:1 173:14
173:16 179:2
179:12 182:19
185:6,24
190:15 197:16
198:14 200:6
200:12 203:20
209:24 219:14
222:16 223:16
233:14,16
234:12,23
237:17 241:12
242:3 245:19
253:11 257:3
257:17 275:16
275:17 279:14
285:10 295:10
302:10,25
304:20 306:20
308:6,19 309:6
315:8 316:7
320:4 324:7
326:1 327:3,11
327:23 329:10
333:24 346:16
correlated 178:4
correlating
286:14 322:12
correlation
163:16,19
164:2
Correlative 5:19

correspondence
5:3 12:12
corroborated
319:24 321:5
322:20
cottonmouth
179:22
Cottreau 186:21
189:3 193:6,24
194:13 196:24
197:24 225:21
Council 3:10
counsel 2:19 3:4
3:9,15 7:12 9:9
23:11,13,14,17
25:3,24 27:5
311:18 317:6
355:11,12
count 22:3
countries 309:1
country 131:21
couple 11:7 27:8
34:21 63:17
168:23 205:18
250:13
course 12:25
23:23 61:20
62:18 63:20
64:9 135:1
224:4 242:12
263:2 282:25
296:24 326:18
336:23
court 1:1 7:14
16:13 17:10
170:16 324:2
330:4 356:19
cover 204:17,24
covered 194:18
covers 43:3
Cramer 51:6,9
51:21 52:3,7
53:9,20 54:20
55:4 257:12,19
307:20 341:24
Cramer's 51:17
52:12

created 27:12
28:20 113:6
creative 268:8
criminal 16:9
criteria 312:16
criticism 155:13
281:22
criticize 286:21
292:6
criticized
286:13 293:3
348:15
criticizing
285:19 286:17
critique 319:20
335:12
CROSS-EXA...
351:20
CROW 2:6
CRP 177:23
178:2,6
crucial 327:21
crux 281:22
CTAGs 308:5
culture 280:22
292:13
curiosity 45:20
current 20:23
21:7 51:15
114:2,6 296:3
299:21 332:1
currently 126:6
166:9 176:14
271:12 308:18
Curriculum
4:17
cursorily 46:23
cursory 13:17
33:23
customary
246:1
cutoff 312:11
CV 20:20,23
21:1,4 36:23
36:25 61:25
110:15 117:21
cytokines

197:10

D

D 3:1,17 176:5
294:15
dad 151:16
daily 353:20
damage 152:21
185:16,19
196:25 197:6
damages 171:18
Dan 51:9 53:8
54:20 341:24
Daniel 37:21
51:6 257:19
307:20
dark 80:23
data 77:14 110:3
178:4 192:2,21
192:23 193:2
205:14,19,23
259:7 323:3
324:22 333:4
333:18 334:1,4
347:25
date 1:16 7:5
94:12 98:2,13
193:3 355:8
356:9 357:12
Dated 355:19
dating 348:3
Daubert 4:20
daughters
114:24 115:15
118:21
day 28:18 43:17
54:10 63:15,20
129:15 147:6
177:13 261:5
313:16 347:2
347:19,24
349:20 357:16
days 243:6
356:15
DC 3:3,8
dead 130:10
179:18 266:1

267:23
**deal** 91:25
**dealing** 60:9
350:14
**deals** 243:15
244:3
**dean** 79:19
**death** 130:12
231:17,22
**deaths** 202:8
**debate** 73:13
163:21
**debating** 162:2
**decade** 223:8
**decades** 57:6
59:8 107:4
112:16 222:25
295:4
**December** 19:22
19:25 56:17,24
57:16,23,24
58:10
**decide** 43:7
**decided** 335:13
**decides** 67:18
**Decision** 6:1
**decks** 28:15,16
29:2
**declaration**
334:19 335:13
335:17,22
336:6,16,20
337:13,21
**declarations**
335:2
**decrease** 276:3
**decreased**
143:20,25
318:18
**decreases** 64:3
138:24
**deemed** 171:24
356:18
**deep** 153:7
**default** 87:21
**defendant** 3:4,9
268:1

**defendants'**
4:13 266:11,15
267:19
**defense** 46:15
317:6 327:20
328:6 335:25
337:1,10
**defer** 53:8,11,16
53:19 54:6,9
54:19 65:11
260:16,22,23
265:14,16,17
**define** 63:14,21
64:20 80:8,12
97:1,3 100:10
144:24 145:1,6
146:10,15
155:11 194:25
212:19 222:21
**defined** 32:19
65:22 146:7
327:19 336:15
**defines** 146:20
**defining** 144:21
**definition** 41:23
63:15,21,22
80:10 97:13,15
97:17,18,19,20
128:24 147:6,9
228:24 235:21
293:12 294:24
317:24
**definitions**
147:7 236:6
**degree** 45:19
46:24 131:19
191:22 192:14
**degree-relatives**
140:14
**delay** 239:15
**delegate** 341:12
341:21,24
342:10
**delegates** 348:18
350:16
**delivery** 139:20
**delve** 73:13

**demographic**
343:3 346:2
**demonstrate**
164:2
**demonstrated**
241:9
**demonstrating**
192:3
**demonstrations**
223:12
**denote** 14:16
22:1
**dense** 326:6,8,9
**Denver** 2:4
**department**
15:10,15 41:10
79:12 113:22
**depend** 128:12
128:18 129:3
**depending**
236:6
**depends** 158:11
212:7
**deponent** 7:10
357:1
**deposed** 16:12
**deposes** 7:21
**deposing** 356:14
**deposition** 1:12
4:11,14 7:7 8:5
8:11 11:6,9
14:22 18:2,13
22:9 29:22
31:3 33:3,6,9
34:20,23 35:4
35:6,19 46:14
50:15 80:10
83:11 89:5
90:24 100:1
141:7,10,15,18
142:12 170:19
172:18 216:20
263:10,14
266:9,11,16
267:2,16,18,25
286:19 326:15
338:13 353:16

354:2,5 356:3
356:12,16,17
**depositions**
34:25 261:2
**deps@golkow...**
1:24
**derived** 279:7
**dermally** 97:12
**derogatory**
261:13
**DES** 114:11,14
114:17,19,22
115:5,13
116:20 117:5
118:18 121:9
121:11,19
122:6,8,14,21
123:5,22 124:5
124:15,18
**describe** 59:18
148:14 193:7
193:25 194:13
216:1 236:17
238:7 244:8
**described** 82:7
97:22 115:3
213:15 226:14
281:11 312:22
331:21 332:14
**describing**
116:17 215:16
226:18 259:2
281:20 282:8
**description** 4:10
83:2 236:20
261:11 331:23
**design** 85:3
178:1 233:12
247:7 281:23
291:9,13
**designed** 219:8
279:5 310:10
**designing**
281:10
**detailed** 75:18
**details** 271:23
**detect** 295:5

**detecting** 297:9
316:5 317:1,18
**detection** 6:9,15
187:19 294:20
298:1,6,20
299:15 301:20
302:1,9,22
307:11 309:3
310:11,14,25
313:8 314:1,7
314:14 318:10
318:12,16
319:3 339:12
339:21 351:14
**determination**
67:12 245:9
253:6 342:13
**determine**
117:13 148:11
285:5
**determining**
119:12
**develop** 57:4
129:15,20,24
151:22 160:20
196:4 291:10
313:6 343:5
346:4 351:13
**developed** 96:1
96:17 313:14
340:7 343:14
344:2 347:17
348:18 349:10
**developing**
39:16 40:13
101:11 102:25
117:1 139:11
143:21 343:13
348:22 349:21
**development**
5:2 16:2 51:24
56:12 57:18
62:17 63:11
69:8 82:15
91:7,17 100:13
101:1 102:6
103:20 108:14

108:23 114:22
115:2,6,13,22
116:23 117:6
118:19 125:15
127:12 130:24
131:6 134:25
135:10 137:19
138:9 139:15
139:25 140:4
140:12,15,19
143:17 144:14
151:6,24 152:2
162:22 164:1
165:13,18
173:9,21
178:15,21
184:7,14
197:13 216:11
220:18 230:16
231:19 312:13
327:22 328:7
347:4 349:2,8
350:7
**develops** 133:9
147:23 148:20
220:19
**devoted** 52:13
**Devyn** 3:18 7:2
**diagnosed** 66:9
**diagnosis** 298:2
298:6,20 299:9
299:13 300:23
301:3
**diagnostic** 308:2
**diagnostician**
60:3
**diagnostics**
60:11 66:21
**diagram** 215:12
215:24 218:15
229:12
**dictionary** 97:14
146:19 152:8
**diethylstilbest...**
114:11
**differ** 283:13
296:13

**difference** 10:24
212:13 249:14
283:10 334:7
351:8
**differences**
251:18
**different** 17:10
32:16 50:17
54:2 85:24
98:12,13 112:3
119:7 123:10
206:1 213:3,15
220:19 241:1,3
247:22 283:6
318:9,14,17,24
330:23 331:4
335:7
**differently**
325:14
**differing** 158:9
**differs** 140:25
144:3
**difficult** 32:23
40:20 49:23
52:24 93:23
94:7
**digest** 122:1
**dimethylsulfo...**
5:16 234:10
236:12 243:1
**dioxide** 254:2
279:12
**Diplomate** 1:18
355:3,17
**DIRECT** 8:1
**directed** 197:14
**directly** 190:12
245:18 258:25
**disagree** 83:22
85:5,21 86:7
97:16 128:3
133:12,16
140:7 141:9
142:8,9,14
192:19 206:13
211:3 212:2
228:1 247:3

292:24 293:15
316:24 325:13
**disagreeing**
236:16
**disagreement**
43:11 96:18
**discern** 334:10
**disclosure**
334:19
**discourse** 10:3
170:7
**discuss** 28:9
85:2 90:15,22
159:5 166:24
199:21 271:17
271:18 315:10
325:17 351:13
**discussed** 62:5
71:19 137:2,9
143:5 144:5
172:16 184:8
191:25 215:2
232:13 257:18
280:16 315:12
327:13 349:20
**discussing**
168:16 199:16
211:17 212:21
214:24 216:3
235:23 239:8
241:19 276:7
284:20,24
347:2,19 352:4
**discussion** 22:11
165:5,8 240:20
240:22 241:4,8
256:20 324:4
343:2
**disease** 81:18,25
82:3 101:1
107:13,18,24
127:4,16
137:14 189:24
190:11 200:10
209:23 212:1
299:3,8 316:5
317:2,19 327:8

**disease\talc\tis...**
182:18
**diseases** 62:19
101:17 299:3,4
**disfavored**
302:22
**dish** 251:13
252:10,10,14
253:3,4 287:6
292:13
**dishes** 250:12
**disingenuous**
348:11,14
**disinvited** 274:1
274:4 275:20
**displacing**
237:14
**display** 216:16
**dissect** 60:22
257:5 259:7
296:23
**dissection** 61:2
**dissemination**
163:22
**dissolution**
242:8 246:1
**dissolve** 236:13
247:8,10
**dissolved** 244:4
246:11 248:14
**dissolving** 248:2
248:9
**distal** 262:5
**distill** 159:25
160:10,18
166:8,15
**distinct** 62:19
165:14
**distinguish** 84:7
164:4
**distinguishing**
35:11
**distracted**
117:17
**distracting**
118:8
**distribute**

252:11
**distributed**
252:5
**DISTRICT** 1:1
1:1
**ditto** 17:2
**divides** 155:7
**dividing** 233:9
**division** 16:25
85:6,12,16,18
85:21 86:8
161:5 164:3
199:8,10
203:17 204:1
205:8
**divisions** 163:19
164:8 198:24
**DMSO** 5:16
233:13,18
234:5,9,18
236:9,15,20
237:11,16
238:1,8,11,14
241:10,19
242:8,16,23
243:8,18 244:5
245:15 248:14
252:9
**DNA** 85:7,11,15
85:18,22 161:4
161:21 171:18
203:18 205:10
211:18 328:11
328:12,13
**doctor** 21:6
24:11 27:15
35:2 38:23
41:22 43:24
44:6 48:5
60:16 61:18
74:13 95:24
103:22 106:6
111:20 122:13
137:12 142:2
142:19 144:7
164:19 165:22
166:19 167:16

Jeffrey A. Boyd, Ph.D.

168:22 169:3
172:19 173:18
175:4,11,18
184:5 202:11
205:5 206:19
210:1 214:21
218:4 222:18
224:16 227:16
228:2,13 239:6
243:14 256:10
267:14 287:2
323:16 331:15
332:13 351:4
**doctor's** 156:13
**document** 1:6
4:13 8:20
17:23 20:13
45:21 120:1,4
120:8 201:6,9
201:10,14
228:21 321:19
322:14 352:1
**documentation**
13:1 78:7 79:5
112:19
**documenting**
266:1
**documents** 12:7
13:16 28:6,12
32:23 34:24
46:13 61:21
112:25 170:20
172:15
**doing** 30:22 47:5
100:4 240:23
286:1 313:16
326:8 356:8
**dosage** 245:10
**dose** 246:1
248:19 249:1,3
250:17 252:17
253:6 289:10
**doses** 245:16
248:20 249:1
249:10,15
250:3
**DPM** 2:3

**Dr** 5:3,4 6:1 8:3
11:14 22:12,14
29:23 30:2
31:1,9 32:4,6
33:4,12,17
34:3,14,17
35:18 37:17,23
38:6,12 39:10
39:18 40:15,23
42:8 43:25
44:7 45:6 46:3
47:7,16,19
48:3,11,17,23
49:4,6,8,10
50:11,17 51:17
51:21 52:3,7
52:12 53:20
55:4 68:19
90:15,23 91:21
91:24 92:4,10
93:9,17 94:1
94:14,15,20
95:9 111:3,4
111:13 116:14
130:13 136:5,5
141:23 143:6
155:13 168:15
169:11 170:1
172:17,24
173:3,6 179:16
183:16 184:9
184:12 186:14
187:10 188:12
189:2,3 193:6
193:24 216:19
225:16 241:22
241:24 243:18
244:8 245:13
248:1,20,22,23
249:4,19
251:11 257:19
263:6,11 266:8
266:18 267:10
267:15,23
268:13 269:14
271:11 278:18
279:3 281:9

285:1,16 286:9
288:16 305:22
306:25 312:21
319:20 324:3
334:17 335:17
338:12,25
342:9 351:22
**dramatically**
133:25
**drink** 10:1
**DRINKER** 2:21
**Drive** 2:17,22
**driven** 285:6
**driving** 134:24
135:9
**Drs** 136:14
157:12 194:12
**drug** 114:25
115:16 118:22
124:20 125:14
205:21,22
289:6 290:20
**drugs** 173:11
235:8 241:10
**DSC** 51:6
**Duces** 4:12,15
**due** 71:11 81:21
85:25 86:1
110:11 157:22
192:3 193:22
332:20 348:7
**duly** 7:19 355:5
**dumping** 281:2
**Durham** 313:17
**Dynamics** 104:3
110:7

_____
**E**
_____

**E** 2:1,1 3:17,17
37:22 304:23
**e-mail** 58:14
169:10
**e-mails** 168:25
169:4,14
170:15
**e.g** 244:13
**E6** 152:16,16

**E7** 152:16,17
**earlier** 90:12
92:9 113:7
124:24 137:2,9
137:22 158:19
172:4 195:4
215:1 225:13
235:23 244:11
257:18 291:4
309:2 327:13
**early** 6:9,15
18:11 57:8,13
112:14 140:18
144:11 187:19
224:11 235:3
294:20 295:5
298:1,6,19
299:9,15
301:20,25
302:9 307:11
309:3 310:11
310:14,25
313:8,25 314:7
314:14 316:5
317:1,18 318:9
318:11,16
319:3 339:12
339:21 344:5
346:9 351:14
**easier** 11:18
71:17 101:8
**easy** 94:10
213:17,19
234:20
**ectopic** 190:9
**editor** 271:10
273:10 274:8
**editorial** 174:3
273:8
**editors** 28:8
275:3 276:9
**effect** 54:16,21
75:22 104:4
110:8 128:11
128:17 129:2
149:1 222:13
222:14 234:6

265:12 280:20
280:20 289:11
310:11,14,24
**effective** 203:18
290:24 297:23
297:25 298:5
313:25 314:7
315:3,17
316:18 318:1,2
**effects** 164:4
205:21 223:13
241:10 285:3
**efficiently** 266:2
**effort** 295:5
**effusions** 251:5
**egg** 265:2
**eight** 120:15
147:13
**either** 26:5
60:18 64:3
92:9 197:23
224:8 226:23
243:25 253:2
303:10 332:24
337:9
**electrical** 81:15
**electricity** 81:4
**electron** 5:19
**electronic** 241:2
**element** 73:25
74:14 281:15
**elements** 70:13
70:19 71:20,21
73:17 244:12
279:2,19
281:18,21
282:1,4 283:25
284:19
**elevated** 6:4
299:14,24
306:16
**elevation** 197:9
**elevations** 190:3
**eleventh** 323:17
**Elias** 6:15
314:15 315:24
**eligible** 329:6

Ellen 47:3,7
ELLIS 3:12
else's 193:18
embedded 27:8
    57:25 58:23
    90:4
emerging
    218:20
Emmel 2:8 5:4
    22:12,14
    169:11 170:1
    321:24
employ 87:23
employed 89:3
employee
    355:11,12
employees 28:7
employer 18:7
employment
    38:2
enabling 218:20
encompass
    88:12 225:1
endogenous
    164:9
Endometrial
    38:8
endometriosis
    190:8 209:21
    211:24 299:2
endometrium
    264:11
endosperm
    279:8
ends 237:8
England 116:16
English 146:10
    189:21
enhanced
    319:23 321:4
    322:19
enhancing
    222:13
enormous 107:2
    245:16
ensuing 223:8
entails 41:23

196:25 197:6
entire 32:14,17
    33:13 86:16
    225:3 242:6
    250:8 262:24
    272:5 303:12
entirely 262:14
    318:9,16
entirety 92:23
    120:4
entitled 210:19
    301:7
environment
    4:23 65:4,8,23
    128:8 129:11
    134:13 156:14
    253:15
environmental
    4:21 116:21
    119:20 127:25
    128:11,17
    129:3,5 130:24
    131:5,12,22
    136:16 149:25
    150:7,11
    154:13,16
    157:23 327:9
    343:4 346:3
environmenta...
    133:15 136:9
EOC 62:20
    177:25 178:3
    300:22 301:2
EPIC 308:24
epidemiologic
    53:2 83:23
    109:10 123:13
    144:19 166:25
    183:24 184:2
    189:20 199:25
    201:7,22
    221:16,22
    329:23 331:12
    331:13 351:14
epidemiologic...
    166:23
epidemiological

6:7 48:7,8 53:6
    53:15 54:5,16
    68:11 69:7
    304:3 331:10
epidemiologist
    51:4,5,8 53:9
    53:16,21 54:6
    54:20 257:20
epidemiology
    51:12 52:20
    82:14 84:5,19
    85:2 125:17,20
    195:5 199:9
    257:15 258:1
    296:4 340:9,15
epidermal 236:2
    236:3
epithelial 5:9
    6:4 62:17
    112:5 143:21
    177:24 186:22
    189:4 202:6
    210:20 213:11
    232:4 299:7,11
    299:13,25
    307:3 308:3
    316:17
equals 196:18
equate 138:4
    161:7,24 195:7
    303:15
equates 195:14
    246:14
equating 161:12
equation 249:24
equivalent
    248:20
erased 333:1
errata 356:6,9
    356:11,14
    357:7 358:1
error 85:7,11,15
    203:18 205:9
errors 85:18
    155:4 161:4,21
Eslick 257:23
especially 144:2

184:6 287:4
    331:12
essence 8:18
    9:10 11:1
    145:1 151:5
    158:7,9 160:1
    244:24 347:11
essential 279:1
    279:19 281:14
    281:18,20
    282:3 283:25
    284:19
essentially 16:23
    17:19 173:6
    184:12 279:25
    282:3
establish 15:18
    84:11 310:10
    310:14
established
    94:13 122:15
    122:22 123:6
    123:23 124:21
    125:4,16 173:6
    184:11 296:1
    346:24 348:21
    351:3
esteem 181:3
    188:16,20
estimate 10:22
    10:24 11:3
    18:10 20:2,3,9
    57:10 176:22
    250:9 329:7
    334:15
estimated 164:6
estimating
    181:14 272:24
estimation
    250:16
estrogen 114:18
    114:20
et 4:22,24 5:2,6
    5:10,13,18,21
    5:23 6:5,7,10
    6:14,15,18
    156:8 164:20

179:9 198:8
    220:12,12,13
    225:21 234:9
    234:18 236:17
    239:16 241:22
    255:2 256:11
    256:12 257:12
    268:13,21
    269:14 270:23
    271:3 273:24
    285:1 300:25
    304:4 307:9
    309:9 326:23
    332:8 334:18
ethnicity 102:4
    102:5,24 103:1
    103:11 108:14
    108:16,18,20
    144:10 344:5
    346:10
etiology 135:23
    136:2 166:11
Europe 341:9
European 309:1
evading 231:14
    231:24
evaluate 165:11
    177:22 241:25
    243:17
evaluated 178:3
evaluating
    121:7 122:4
    300:5
evaluation 6:10
    254:1 307:12
event 134:19
events 124:4
    157:14 190:4
    209:19 210:5
    211:5,22 212:4
    224:10,11
    233:4 289:13
    336:1 346:14
    347:20
eventually 257:1
    262:11
evidence 62:15

62:23 83:23
124:14 133:17
163:23 165:15
166:16 183:17
183:18 191:17
194:21 200:1
201:21,22
203:23 205:6
210:2,25
219:17 220:12
238:13 253:8
254:9 258:20
259:2,3,15
260:24 300:25
312:9 327:18
**evidenced** 318:3
**exact** 129:19
177:1 276:18
276:22
**exactly** 137:24
239:20 276:1
**examination** 8:1
352:22 355:5
**EXAMINATI...**
4:4
**examine** 60:12
**examined** 71:22
**example** 16:9
37:20 71:22
72:9 81:5 90:1
90:7 96:10
99:13,16 101:8
106:24 107:8
107:12 116:10
129:4,13 149:9
153:3 166:17
195:2 211:14
248:22 250:4
263:6 265:9
266:9 279:6
281:5 283:10
340:16
**examples** 308:5
**exceed** 327:20
**exceeding** 328:5
**Excellent** 62:4
**exceptions**

135:1
**excess** 190:2
192:13
**excuse** 71:10
105:17 179:23
181:24 206:5
266:3
**executive** 290:8
**exhibit** 13:21
19:21 20:16
23:4 24:6,8,12
29:16 36:16,19
119:15 135:12
135:15,18
156:23 162:15
168:23 169:18
175:1 180:2
186:16 214:3
214:22 217:16
217:20 227:24
228:9 229:3
232:18,19
234:14 256:7
269:10 274:12
278:8 283:21
283:24 299:17
303:22,25
307:4,8 310:1
314:9 321:15
321:24 322:3
326:19,23
344:25 345:3
**exhibits** 4:9 11:7
11:11 31:4
35:6 46:14
**exist** 28:23
**existed** 57:14
318:21 348:1
353:21
**existing** 62:14
62:22 77:14
83:15 224:8,9
224:21,23
**exists** 65:3
166:10 266:13
**exogenous** 153:4
**expand** 141:14

141:17 142:10
**expect** 175:25
**expel** 263:9,19
**experience**
111:14 177:5
243:4 273:2
274:11
**experiment**
90:16 92:4
148:8 205:20
290:23 324:18
**experimental**
84:24 178:1
192:2 236:14
242:22 243:5
247:7 281:23
291:5 337:16
**experimentally**
295:4
**experimentati...**
197:22
**experimented**
248:8
**experiments**
113:1 148:3,11
148:25 242:16
251:11,20
278:15 279:4
280:17 281:11
284:25 285:1,2
285:16 286:1
285:11 326:10
326:14
**expert** 4:19
16:16 18:5
27:23 31:7,8
32:6,7 33:12
34:1,3,18 35:5
35:7,19,20
36:20 37:17,21
38:23 39:2,6
42:6,6,25 45:4
45:9,13 46:14
46:17 47:2
49:12,18 50:3
50:18,20 52:20
52:25 54:13,15

55:9,15 61:22
68:20 69:21,23
70:1,4 74:8,10
78:16 83:11
84:19 86:14,16
86:20 87:14,18
87:25 88:22
89:4 90:15,24
92:11,24 93:11
93:19,21 94:1
94:12,15,22
95:3,11 96:1,2
96:4,12,16,19
96:22 104:13
111:8,14 112:8
112:21 113:25
125:20,24
127:22 135:21
147:12 155:18
159:6,15,17
160:19,25
164:21 166:2
167:9,13,20
171:10 172:18
175:15 176:10
195:5 201:11
230:21 233:10
235:4 241:18
245:10 253:13
260:9 261:17
266:8 267:15
267:19 268:1,2
273:22 278:14
284:23 286:19
294:1 297:7
300:5 303:16
316:10,13,22
319:11 322:12
323:18 326:16
328:20 329:23
330:6 331:22
333:12 334:20
334:25 335:4
335:18 337:9
338:2,17 339:6
348:23
**expert's** 112:8

**expertise** 190:18
190:24 191:4,6
191:12,15
196:20 270:8
270:17 271:2
331:14 349:7
350:11
**experts** 35:7,21
37:18 46:15
48:8 91:6,15
99:10 143:8
171:15 225:15
270:22 275:2
296:22 338:8
338:16 348:15
349:6
**experts'** 225:9
**expires** 357:17
**explain** 54:21
72:3 134:17
160:24 228:24
263:3 296:25
311:10 325:8
332:5 349:12
**explained**
281:19
**explaining** 4:24
156:15 172:11
**explanation**
226:5,10
**explanations**
157:14 171:22
**explication**
336:12
**exposed** 114:13
116:19 129:23
**exposure** 51:24
57:12 62:16
64:2 114:21
115:5,12,24
116:22 117:5
118:18 131:6
131:13 136:22
172:14 190:8
193:25 194:14
196:7,12
209:21 211:24

Jeffrey A. Boyd, Ph.D.

212:23 242:1 278:21
**exposures** 149:25 150:8 154:13,17
**expression** 302:19
**expulsion** 262:4 263:21
**extension** 309:2
**extensive** 329:4
**extensively** 285:12 294:19 294:25
**extent** 68:2 70:22 89:10,12 110:14 131:8 139:5 152:19 183:22 208:16 322:15 336:14 353:19
**external** 64:24 65:4,23 136:21 253:10,14 254:11 258:21 331:9
**extracted** 272:6
**extraordinarily** 32:23 72:12 99:2 124:4 131:4 160:3 176:21 212:19 232:3 246:3 280:21 290:17 298:23
**extremely** 9:6 42:14 116:9 290:1 297:23 315:5,18 342:17
**extrinsic** 5:2 162:21 164:5 165:12

**F**

**F** 3:8
**fabulously**

81:21
**face** 250:24
**face-to-face** 169:17
**facilitate** 339:11 339:20
**fact** 13:15 38:5 124:17 130:4 130:22 133:3 134:24 173:20 179:7,25 187:13 202:6,9 211:1 224:16 242:16 244:13 244:17 273:18 276:2,25 279:1 296:18 301:5 315:16 320:11 339:1 353:21
**factor** 63:16,22 64:1 100:8,10 100:16,16,22 100:22 101:1 101:19,24 105:9,22 106:11,22 109:1,5,19 119:14 128:12 128:18 129:3,5 130:24 139:2 139:15,24 140:1,4,11,15 142:21 143:12 143:17 145:22 152:12,14 180:20,23 181:1 193:8 194:1,14 195:2 236:2,3 336:24 337:3 349:8
**factor's** 128:11 128:17 129:2
**factors** 5:2 52:21 57:17 62:25 63:11 100:12 103:19 103:23 104:5,9

104:23 105:20 106:14 107:23 109:18 110:9 131:22 136:21 136:24 137:18 138:8 141:1 144:14 150:11 154:19 157:23 162:22 163:24 164:5,13 165:12,16 189:21,22 190:7 191:20 191:21,23 327:10 330:23 331:4 343:4,15 344:3 346:3,7 347:1,18 348:20 349:19 351:12
**facts** 15:4
**fail** 356:17
**failed** 279:3 313:23
**failure** 205:23 241:22,24 243:17
**fair** 10:11 22:22 26:19 42:23,24 43:7,8 45:17 46:22 52:10 59:5 104:7 105:23 188:3 223:5 231:23 236:19 288:9 291:8 330:21 346:22
**fairly** 311:2
**fallopian** 253:15 257:1 262:7 263:24
**false** 349:24
**familiar** 34:22 38:10 52:11 53:1 73:25 74:13 81:17 82:6,10 84:21

91:20 97:21 98:9 99:11 109:8,17 119:23 127:10 128:7 166:19 167:3,7,10 179:15,20,24 213:20 247:25 265:25 266:6 267:22 276:13 336:4
**family** 45:24 108:24 140:10 140:13 144:11 344:4 346:8
**fantastic** 247:2
**far** 9:20 107:18 149:19 157:2 195:10 206:12 209:11 242:10 251:4 311:15 333:19 335:25
**fashion** 13:18 33:23 64:4 85:24 311:9 348:8
**fast** 210:14 227:7,14
**fate** 314:6
**favor** 17:11
**favors** 337:16
**fax** 1:24
**FDA** 297:6 298:3,19
**FDA-approved** 294:10 297:19
**Feature** 38:8
**February** 13:3 19:22,25 20:4 20:24 21:7 95:18
**Federal** 14:11 18:24 40:6 256:2
**feeds** 185:22
**feel** 142:13
**fellow** 31:23

59:22
**fellows** 32:1 86:25 87:8,8
**female** 61:3,5 64:10,24 121:9 122:6 169:15 255:10 260:5 260:11 262:5 263:5,22
**fibrosis** 246:7
**fibrous** 76:9
**field** 54:12 99:5 99:9,10 134:16 218:6 275:3
**fields** 199:13
**fifth** 316:15 353:4
**fight** 219:8
**figure** 99:13 179:25 215:18 215:23 216:7 218:24 229:12 230:19 232:18 232:19
**file** 23:8,9 24:25 25:3,8,24 321:23
**filed** 11:19 17:8
**files** 23:8 24:25 25:4,8,13,15 25:20,24 26:5 26:17
**filing** 15:7
**final** 6:1 172:22 196:22 301:23 307:18 329:3 334:1,4,6,11
**finalized** 95:14
**Finally** 164:8 172:23 173:3
**financially** 355:13
**find** 40:19 72:8 83:17 89:13 94:6 147:17 194:5 240:22 322:3 330:13

Jeffrey A. Boyd, Ph.D.

331:15 332:13
**FINDEIS** 2:12
**finding** 206:11
**findings** 285:6
 294:3 319:25
 321:6 322:20
 323:2
**fine** 272:24
**finely** 70:11,23
 279:10 281:3
**fingers** 160:7
**finish** 143:13
 282:20 305:14
 305:16
**finished** 92:16
**finite** 270:16
**fire** 185:20
**firm** 2:16 81:15
**first** 7:19 11:8
 15:1 17:5 22:1
 26:3 27:9
 29:21 32:3
 53:18 55:7,13
 58:13 59:23,23
 106:2 111:12
 114:1 121:20
 123:8 124:25
 125:19 130:5
 130:23 131:9
 140:14 151:14
 157:12 163:15
 164:2 165:3
 171:14 176:20
 178:13,14
 182:4 185:14
 199:23 204:2
 210:11,24
 213:14 215:5
 218:11 219:23
 222:5 227:25
 229:14 233:12
 238:4 244:9
 254:17 258:24
 268:21 272:25
 273:15 274:19
 274:25 275:22
 276:17,24

307:22 314:25
 314:25 323:19
 327:5 328:2,25
 333:13,19
 334:24 335:11
 335:23 336:17
 345:25 348:5
 348:25 353:12
**five** 120:14
 144:1 197:4
 219:2 233:22
 300:14 302:2
 310:9 352:15
**flames** 185:23
**flawed** 272:18
 326:11
**Fletcher** 5:23
 268:21 269:14
 270:23 271:3
 273:24 334:18
**flip** 80:24
 139:13
**flipped** 169:6
**FLOM** 3:1
**Florham** 2:23
**Florida** 1:15
 2:18 7:8 15:10
 15:14,15 16:25
 79:15
**fluids** 262:10
 263:8,18 264:2
**flushed** 264:5
 265:21
**FLW** 1:5
**focus** 45:25
**focused** 79:25
 80:6 82:14
 121:24
**focusing** 184:5
**follow** 63:4
 225:11 243:23
 320:10
**follow-on**
 303:11
**follow-up** 166:2
**followed** 313:8
**following** 121:3

135:6 156:7
 319:20
**follows** 7:22
**fool** 97:5
**footnote** 254:6
 254:13 259:20
**force** 134:24
 135:10
**foregoing** 355:7
 357:4
**foreign** 263:13
**Forest** 2:4
**forgive** 90:11
 92:15
**form** 11:24
 108:18 114:17
 213:22 220:19
 247:17 265:19
 268:3 285:7
 298:1,5 308:16
 357:6
**formed** 94:23
**forming** 74:23
 96:12
**forms** 59:13
 213:15 283:6
**formulated**
 56:25 57:17
 59:2 78:16
**forth** 90:17 91:5
 91:15 116:2
 172:18 220:14
 280:18 292:4
 299:4 313:21
 333:7 355:9
**forum** 6:21
 340:24 345:7
**forward** 63:15
 63:19 88:9
 198:20
**found** 76:18
 147:19 194:8
 259:9,16
 278:24 325:23
 332:23 335:4
**foundation**
 48:16

**four** 14:22
 120:14 219:2
 223:18 224:18
 306:15 328:13
 341:3 352:15
**four-page**
 326:14
**fourscore**
 141:22
**fourth** 209:10
 210:11
**fragrant** 76:17
**Fran** 181:8
**frankly** 214:1
 290:2
**fraud** 113:19,23
**free** 96:13
 327:20 328:5
**Freeze** 248:5
**frequency** 103:6
**frequently**
 61:22 181:5
 231:10 232:5
 242:23
**fresh** 243:8,8
**front** 37:14
 42:20 86:15
 146:21 182:3
 184:20 249:9
**fuel** 185:22
**full** 14:13 35:17
 114:1 122:1
 141:18 142:15
 142:16 165:3
 222:6 323:19
 328:25 333:13
 346:1
**Full-term**
 139:20
**full-time** 45:23
**fun** 170:19
**function** 46:11
 73:23 231:5
 259:15
**functional**
 216:10 230:15
**functionally**

223:12
**functioning**
 152:22
**funded** 337:17
 338:13
**funny** 261:10
**further** 123:17
 194:4,6 216:6
 221:15 259:3,6
 267:9 309:2
 324:16 351:17
 351:19 353:24
 355:7,10
**furthermore**
 116:9 303:14
 326:7
**future** 197:14
 286:12,23

─────────
**G**
─────────

**G** 3:17 6:16
 326:24
**gadolinium** 74:1
 74:14,18 75:9
**games** 103:24
 147:1,3 236:24
 353:3
**garble** 24:16
**gears** 288:2
**gender** 101:10
 138:13
**gene** 38:8 128:8
 129:11 151:15
 152:20 231:6,8
 232:3,6
**general** 4:19
 25:11 28:25
 59:9 60:20
 64:8,9 72:7,12
 82:10 84:4
 86:23 91:1
 99:15 129:10
 133:13 134:15
 136:7 166:11
 166:12 176:22
 195:16 196:2
 221:8 228:6

Jeffrey A. Boyd, Ph.D.

generally 32:22
46:4 62:13
68:21 73:16,22
99:3,11 101:18
103:4 106:18
106:20 116:8
127:3 128:5
134:21 160:2
160:14 161:3
201:18 204:4
208:24 212:18
216:9,15 220:1
229:23,25
230:3,9 231:21
231:25 232:6
235:20 265:16
273:13,13,19
280:6 282:7
285:8 292:2
319:18 328:6
333:2
generating
205:19
generation
66:24 67:7
218:1
generically
228:13
generous 188:2
genes 4:23 103:5
126:19 132:3
134:7 135:7
136:25 151:8
152:2 156:14
231:4
genesis 222:20
genetic 47:11
60:9,12 67:3
83:3,6,6 126:5
126:13 127:3
127:24 128:12
128:18 129:2
147:16,21
148:4,13,19
149:1 151:7,14
151:17,19,23
152:1,21 155:3

157:22 161:2
185:15,19
327:10 330:23
331:4 349:13
350:14 351:12
geneticist 60:2,5
155:1,22 159:8
165:24 174:13
genetics 60:6,8
79:13 127:22
199:9
genital 144:13
256:24 344:8
346:8 347:3
genitalia 64:24
genitourinary
61:3
genome 134:3
153:1 155:5
331:23
genomic 67:1
114:9,10
Genomics 50:23
genotype 324:12
geologist 74:16
75:20
geology 69:23
Georgia 345:20
germ 213:12
germane 21:11
87:16
get-go 310:24
getting 68:22
108:19,20
109:9 151:20
195:20 196:19
207:6 220:4
259:10 325:15
Ghassan 111:13
274:20
giggling 261:19
gist 281:22
335:17
give 11:3 29:6
36:8,10 66:2
80:3 85:17
86:2 101:6

106:23 129:4
132:3,10
141:18 142:16
149:4 181:25
195:17 204:12
227:8 239:11
249:3 253:20
288:17 295:12
301:21 343:25
given 54:10,11
59:10 90:12
101:10 115:19
115:24 121:10
122:7 315:1
318:25 342:20
357:5
giving 99:14
glance 11:20
glass 281:4
go 11:18 12:21
13:5 24:11,15
26:20 29:15
32:20 34:9
37:8 63:15
80:9,25 81:5
98:25 142:7
170:21 172:21
178:5 179:8
180:1 206:17
206:21 207:23
208:2 219:1
223:24 226:12
227:4 245:8
258:4 261:17
287:5 291:20
297:17 309:8
310:20 315:23
321:14,22
322:1 323:8
332:9 341:11
349:1
goal 150:20
152:9 270:11
270:13,19
342:12
goals 186:15
God 313:4

goes 126:4 147:6
185:8 221:9
248:12 252:15
289:7
going 9:23 10:23
11:9,24,25
13:24 18:9,20
23:6,6 36:9
57:7,20 61:9
61:21 63:19
73:24 87:6
88:9 94:9 97:2
97:5 108:3
139:21 141:21
141:23 147:2
153:13 156:12
161:10 163:8
167:8 172:20
176:9 177:10
179:3 193:17
207:23,24
208:2,4 211:9
217:13 224:24
229:8 232:25
240:14,24
244:10 245:1
249:8 252:4
257:7 260:8,12
260:19 261:9
261:10 271:17
271:18,23
277:10,14,17
278:4,10 283:8
288:3 289:22
294:9 308:16
309:13 318:12
331:11 337:18
337:19 343:24
351:25 353:3
gold 304:18
Golkow 1:23
3:18 7:3
good 8:3,4 9:21
61:8 110:18
151:11 153:3
167:24 168:3
174:23 186:9

199:19 206:14
206:16 248:24
261:4 283:9
good-looking
199:20,20
Google 89:10,12
97:14
Googlian 176:4
gotten 275:21
graduate 79:19
grams 246:11,14
grant 154:1
granted 15:17
173:4 184:9
250:16
graphs 334:5,6
gravitas 105:18
106:7
great 21:21
101:14 110:21
166:8 168:4
312:20 313:12
334:9
greater 315:4
326:24
greatly 319:23
322:19
green 117:23
ground 70:11,23
142:4 279:11
281:3
group 84:25
291:6
growth 207:5,19
226:13 227:18
228:14,18
229:18 231:6
231:19 236:2,3
guardian 152:25
guess 10:21,24
18:10 20:7
83:8 117:25
207:10 240:5,6
240:16 274:6
351:18
guessing 11:1
181:13,14

Jeffrey A. Boyd, Ph.D.

Page 378

202:11,22
272:24 342:2
**Gupta** 6:7 304:4
306:14
**guy** 170:7
345:18
**guy's** 42:25
**guys** 45:1
**GYN** 31:23,25
**GYN-18-1020**
6:1
**gynecologic**
6:22 39:15
41:6,19 47:12
48:20 84:25
187:20 198:17
200:3,22 202:8
202:13 260:17
269:22 270:21
271:4,10,12
273:5,7,9,11
274:2,9,22
275:7,12,24
276:12,13
277:9 278:1
291:6 300:3
319:21 322:13
**gynecological**
38:13,17 39:11
42:7,8 47:11
47:20 48:11
267:2
**gynecologist**
47:4 65:12
257:21 260:17
265:15
**gynecology**
38:24 39:3
41:11 42:6
79:22

───────

**H**

**H** 3:17
**H-e-f-l-e-r** 175:8
**H-e-l-z-l-s-o-u...**
179:9
**H2O** 283:11

**H2O2** 283:13
**habit** 64:2
**half** 202:24
299:12
**Hall** 5:18 234:8
234:18 236:17
239:8,16 242:6
243:14 244:2
245:11
**hallmark** 207:5
208:9 219:10
220:6 222:15
229:25 230:1,5
230:8 231:14
**hallmarks** 5:14
97:22 98:9,21
206:23 207:9
207:16,22
208:14,20
209:1 215:9,12
215:25 217:25
218:10,20
226:18 228:15
229:6 231:25
232:12,25
**Hamilton** 250:4
**Hanahan** 5:15
97:23 207:6,13
208:3,15,19,23
209:5 214:23
215:7 217:20
217:25 219:17
222:5 225:23
226:14
**hand** 11:10,24
30:23 31:18
244:16 249:11
282:18
**handed** 162:20
214:22 215:7
**hands** 19:15
**handwritten**
331:16 332:15
**happen** 149:13
270:12
**happened** 94:22
95:11

**happens** 244:19
**happy** 98:24
110:1 176:22
201:9 249:9
265:7 311:11
316:21
**Harbor** 296:21
**hard** 22:19 57:9
109:23 301:5
320:20
**Hardy** 1:14
**Harris** 340:25
**Harvard** 51:12
**HE4** 301:25
302:8
**head** 205:16
288:19
**headed** 95:19
**heading** 93:13
113:10 120:8
304:13
**heal** 219:8
**health** 15:2,10
15:11,14,16
51:13 163:21
164:16
**healthy** 316:6
317:2,19
**hear** 18:21
289:25
**heard** 48:3 75:1
110:11 159:22
295:21
**hearing** 4:20
17:1
**hearings** 17:1
**heart** 299:3
335:12
**heavily** 117:12
164:13
**heavy** 77:9
**heck** 325:9
**heed** 234:3
**Hefler** 5:6 175:7
**held** 1:13 7:8
62:22 341:3,8
**Helene** 340:25

**Heller** 255:5
259:8
**help** 42:18
217:15
**helping** 222:14
276:5
**helps** 62:3
**Hematology**
314:21
**Henderson**
255:1 258:11
258:17 259:7
**Herbert** 79:14
79:22
**Herbst** 116:14
**hereditary**
129:8 151:13
**hereinbefore**
355:9
**hesitate** 73:13
**heterogenicity**
329:9,13,18
**HHMT** 342:16
344:22
**hi** 31:19
**high** 163:20
181:2 187:18
188:15,19
246:3 312:8
313:20 315:3,5
315:10,17,18
**high-risk** 353:7
**higher** 102:25
103:5 104:23
105:4,6
**highlighted**
163:16
**highly** 153:5
157:6 187:2
245:13 302:22
**histogenesis**
114:7
**histograms**
334:11,12,16
**histologic**
143:23 213:10
213:16

**Heller** 255:5
259:8
**histopathologi...**
33:17 92:20
**history** 4:16
14:1,14,23
108:25 140:10
140:14 144:11
180:1 311:15
318:6 344:4
346:8
**hoc** 310:21
**Hogdall** 304:23
**hold** 39:1,5
74:15 78:20
160:12 188:15
188:18 236:8
283:17
**holding** 160:6
**home** 26:4,6
55:5
**honest** 142:15
142:17 326:12
**honestly** 19:14
51:14 58:21
70:3 89:22
92:22 96:11
188:6 279:20
324:20 340:21
350:4
**hope** 106:1
117:8 277:12
295:21
**hopefully** 67:11
**horizontal**
333:19
**Hormonal** 4:21
119:19 120:9
120:23 136:15
**hormones**
136:25 190:3
190:12
**horrible** 310:17
**horribly** 320:8
**Hospital** 15:3,7
17:5 51:7
**hour** 8:23,23
17:23 18:2,13
18:17 19:5

Jeffrey A. Boyd, Ph.D.

61:10 323:17
338:4
**hours** 18:25
19:2,6 20:4,10
242:20 243:6
**housekeeping**
167:22 168:1
**HPV** 152:11
153:14,16
199:9
**Hudson** 50:24
**Huff** 4:22
119:21 135:13
136:5,14 168:6
**hugely** 128:4
**Huh** 267:4
**human** 60:23
72:18 74:18
75:6,9,22
79:13 82:11
101:15 105:3
115:19 121:10
122:7 134:2
136:6 152:14
157:13,17
160:9,13 192:4
192:23 220:11
252:16 253:3
254:1 278:25
282:17,17
292:3 328:11
331:23
**humans** 73:15
115:18,25
116:3 134:6,21
149:8,12
192:22,23
**hundred** 176:6
176:12,15
250:13
**hundreds**
166:13
**hydrated** 278:22
283:4,7,19
**hydrogen** 71:7
281:14 282:2
283:12,12

284:14
**Hyperplasias**
38:9
**hyphen** 37:22
114:12 155:3
223:14,15
245:14,17
262:9,9 278:24
308:24 309:2
**hypotheses**
91:21 123:16
166:4 192:9
204:5,7,16,19
210:16
**hypothesis**
161:1 163:23
165:9 176:13
189:23,25
192:8 202:3,4
219:25 220:5
244:22 278:20
296:12 324:24
347:10
**hypothesized**
46:7 106:22
**hypothesizing**
212:21
**hypothetical**
220:10 303:16
318:21

**I**

**i.e** 190:9 220:20
263:23
**Ian** 312:21
313:3,13,16
**IARC** 253:25
254:17 259:1
259:13
**iconic** 179:25
**idea** 151:11
174:23 192:12
271:1
**Identifiable**
136:5
**identification**
11:12 13:22

20:17 36:17
119:16 156:24
162:16 169:19
175:2 180:3
186:17 214:4
217:17 234:15
256:8 269:11
274:13 283:22
299:18 303:23
307:5 310:2
314:10 326:20
339:10,19,23
345:1
**identified**
307:25 324:3
**identify** 232:14
**Identifying** 6:3
299:23
**Ie-Ming** 33:3
**ifs** 54:2
**ignore** 173:18
173:24
**ignored** 174:2
348:9
**ignores** 173:7
184:12
**II** 287:10 288:11
289:10 291:16
291:23 292:4
**III** 2:16 287:10
288:11 289:11
291:16,23
292:4
**illogical** 145:10
323:2
**illustration**
218:10
**immense** 164:14
**immune** 136:25
219:7 223:13
223:14
**Immune-prot...**
307:24
**immunologists**
350:12
**immunology**
199:10

**impact** 180:20
180:22 181:1
**impaired** 259:14
**imperative**
356:13
**implantation**
190:9
**implicates** 83:23
200:1 201:23
**implication**
349:1
**implications**
60:7 187:18
228:3 296:5
**implies** 163:19
**important**
106:20 107:2
119:13 126:12
201:17 212:19
218:5 223:12
250:25 263:17
277:13 311:16
311:18 313:2
320:16 344:13
**impossible**
80:14 84:16
85:12 100:19
115:21 124:9
148:7 205:15
213:7 214:18
320:10 334:10
334:13
**impression**
183:6 221:3
338:11
**improved**
273:21
**inaccurate**
125:3,13
197:25 303:18
**inactivated**
231:9
**inactivates** 5:16
234:10 328:10
**inactivation**
232:2
**Inadequate**

278:15
**inadvertent**
219:10
**inanimate** 266:2
**inappropriate**
123:20 152:23
248:6 334:22
**inasmuch**
161:24 243:14
244:2 324:22
338:4
**incessant** 191:19
191:21 209:21
211:23
**inches** 160:7
**incidence** 97:10
130:14
**incipient** 222:14
**include** 37:4
82:12 105:1
114:7 136:20
138:12 149:24
150:7 154:12
172:8 283:1
289:8,9 335:13
**includes** 177:12
**including** 35:4
46:13 121:14
143:22 150:6
154:16 190:7
209:20 211:23
231:1 248:22
282:1 326:4
343:20 344:3
347:2
**incorrect** 183:4
**increase** 97:9
138:18 275:9
320:1 323:3
**increased** 5:23
85:16 101:11
102:5 105:4,14
131:13 138:9
140:19 192:14
195:18 196:8
196:14 268:16
292:15 298:15

298:23 302:16 325:25 339:10 339:19,23 349:21
**increases** 64:3 85:6,21 86:8 205:8
**increasing** 203:17 301:2
**increasingly** 300:22
**incredibly** 94:7 326:9
**independent** 5:5 175:6 178:7
**indescribably** 324:23
**INDEX** 4:1
**indicate** 181:2,4 281:24 282:5
**indicated** 153:2 158:18 199:14 231:1 349:18
**indicates** 313:5
**indirectly** 266:14
**individual** 60:13 115:24 188:24 220:17,25
**individual's** 113:1
**individuals** 9:25 86:25 87:9,13 103:6 129:14 129:18,22 188:19 198:23 336:9 337:19 351:8
**individuals'** 35:6
**induce** 97:8 203:16,25
**induced** 114:12 190:5,19,25 191:10,13
**ineffective** 85:22 205:10 211:18

302:23
**inert** 73:16 247:7 280:7,8 280:12,13,19 280:22 282:6,9 282:10,13,14 282:22 283:5 283:14,20
**infection** 152:11
**infections** 219:8
**infectious** 299:4
**infer** 34:24 80:5 127:17 248:18 260:7
**inference** 200:19 243:4 325:3
**inflammation** 5:7,9,11 21:12 82:15 83:24 89:24 90:2,10 91:7,16 92:1,6 92:21 171:16 171:17 172:8 172:13 173:5,8 173:20 179:10 180:6 182:6 184:6,7,10,13 185:21 186:22 189:4,8,25 190:4,14 192:3 196:24 197:6 197:12,25 198:6,10 200:1 201:2,23 203:6 203:16,25 209:20 210:6 210:20 211:6 211:10,23 212:5,10,16 213:24 219:4,7 220:12 223:10 225:9,14,23 263:4 320:18 320:19
**inflammatory** 178:22 182:11

182:17,23 185:4 190:5,11 190:19,24 191:9,13 192:24 209:23 212:1 219:13 219:20 220:8 222:11
**inflection** 134:19 135:3
**influence** 336:11
**influenced** 164:13
**Influences** 4:21 119:20 136:16
**inform** 99:4,9 275:4
**information** 221:8
**ingested** 97:12
**inhalation** 221:23
**inhaled** 97:11
**inherent** 132:4,6 132:7,14,21 322:23 329:13 329:18
**inherit** 132:7
**inheritance** 157:22
**inherited** 132:14 132:16 133:1,3 136:25 151:15
**inhibit** 231:6
**initial** 124:17
**initially** 124:22
**initiates** 225:6
**initiation** 222:24 224:10 225:24
**inject** 75:5,8
**injected** 72:17 74:18 97:12 247:15 250:7 250:20 251:2 251:23,23 252:3,15,16 253:2,3

**innate** 219:7 223:14
**inquiry** 54:12
**insensitive** 231:11
**insensitivity** 230:6,23
**insert** 216:9
**insignificant** 323:1
**insofar** 90:2 296:19
**instances** 53:5
**Institute** 15:6,9 15:20,24 16:3 17:5,15 50:24 186:24 187:2 199:1,12 345:20
**institution** 113:20
**INSTRUCTI...** 356:1
**instructs** 9:9
**insufficient** 151:23
**insult** 10:23
**intelligence** 10:23
**intend** 111:4 280:11
**intended** 280:11
**intent** 204:25 281:24
**intention** 160:17 160:24 208:17
**intentional** 10:8
**interaction** 128:8 129:11 236:2,4 238:11
**interactions** 327:9
**interacts** 72:6 235:22 238:2,8
**interest** 42:9 43:25 45:12,20 49:17 50:2,6

51:22,22 52:7 59:10 334:20 334:22 336:11 351:10
**interested** 49:24 55:1 65:15 100:4 276:6 355:13
**interesting** 192:9 204:5 272:2
**interests** 114:3,6 335:3,14 337:22
**internal** 136:24 264:13,15,17 264:17
**International** 79:15 307:14
**interpret** 100:19 145:24 146:1 326:9 337:20
**interpretation** 312:14 325:13
**interpreted** 312:11
**interrogation** 66:25
**interrupt** 107:9
**interrupted** 338:22
**interrupting** 17:16,17 74:24
**intersections** 223:9
**intervening** 263:5
**intriguing** 320:2
**intrinsic** 163:20 163:24 164:5,6 164:10,13 165:15
**introduce** 59:21
**introduced** 8:6
**introduction** 199:24 209:10 210:10 236:25

Jeffrey A. Boyd, Ph.D.

311:22,25
327:6
**invariably**
331:16 332:14
**invasion** 207:25
**invasive** 308:3
**investigator**
113:4,10
292:11
**investigators**
201:22 280:15
281:6
**invited** 351:7,11
**invoice** 12:13,25
13:2 19:11,17
19:21,24 26:16
**involve** 89:8
92:5 330:7
**involved** 115:7
121:21 158:15
158:16 224:11
224:11 247:20
290:15,22
291:1,9,12
296:24 307:1
330:20 349:2
350:6,9
**involvement**
104:16 105:1,5
105:13
**involves** 91:6,16
**involving** 57:11
73:14 112:15
135:9 140:14
242:1 325:22
**irrelevant** 225:4
244:16 245:6
**isoforms** 153:18
**Isotypes** 153:18
**issue** 15:24
22:25 51:23
55:2 94:5
157:17 177:2
239:22,25
**issues** 112:13
233:12
**it'll** 10:3

**italicize** 253:9
**italicized** 323:20
**Italy** 340:18,20
**iteration** 215:5
**IV** 287:11
288:11 289:12
291:24

**J**

**J** 119:22
**J&J** 23:18,18
**J&J's** 23:13
**J.M** 2:12
**Jack** 48:3
**Jacobs** 6:14
313:4
**James** 119:21
135:13
**January** 59:1
63:10
**JD** 2:3,7,16
**Jeff** 4:11,14,16
4:17,19 7:10
14:1 119:21
**Jeffrey** 1:12
7:18 345:19
355:5 357:12
**Jelovac** 294:15
**Jennifer** 2:8
22:12
**Jennifer.Emm...**
2:9
**Jersey** 1:1 2:23
**Jessica** 3:1 9:7
12:12 14:19
39:24 42:17
58:11 120:24
254:9 261:3
jessica.miller...
3:2
**Jewish** 102:3,5
102:10,19,24
103:7 108:14
108:16,18
144:10 344:5
346:9
**Jews** 103:3

**job** 312:20
**jobs** 45:23
**John** 2:3 8:7
74:5 187:24
**Johnson** 1:3,3
3:4,4 11:19,19
12:8,8 19:1,1
25:3,3,25,25
27:6,6 35:8,8
55:8,9,14,14
55:20,20,24,24
59:1,1 76:1,1,6
76:6,10,10,18
76:18 77:4,4
77:10,13,14,20
77:20 78:3,4,7
78:7,14 79:4,5
79:9,9 141:11
141:11 197:22
197:22 198:2,2
311:19,19
337:1,2 338:5
338:5
**Johnson's** 76:13
77:10 78:14,18
78:18,21 79:2
**journal** 28:9
90:7 116:16
157:6 180:14
180:17 181:3,5
186:23 187:1,3
187:5,7 271:11
272:14,22
273:14 274:11
275:10 276:11
276:16 277:24
304:5 307:14
323:6 336:3,5
**journals** 157:9
157:10 270:17
273:4
**JR** 2:3
**JRestaino@R...**
2:3
**judge** 16:13
17:11 43:6
160:18

**judged** 336:9
**judgment**
188:23 199:17
**Judith** 48:11,17
49:4
**jumble** 110:12
**jumbo** 24:16
**jump** 172:20
178:5
**June** 162:23
**justice** 326:15
**juxtaposing**
123:18

**K**

**K** 2:8
**K-a-a-k-s** 307:9
**K-n-o-w** 30:11
30:14
**Kaaks** 6:10
307:9
**Kane** 50:9,11
**Kane's** 50:17
**keep** 10:9 22:18
26:14 43:4
57:21 61:23
117:20 167:20
329:16
**keeping** 22:2
**kernels** 279:8
**Kettering** 31:24
**key** 91:4,13
163:21 314:24
314:25 352:6
352:10
**keywords** 89:13
89:17,19 90:2
172:5,9 175:24
**kidney** 130:6
**kids** 101:16
**kind** 16:19
188:22 191:4
211:13 239:10
261:10 286:23
287:18 351:10
**kinds** 236:13
**Kingdom**

295:17
**knew** 55:3
336:21 346:23
**know** 9:1 10:15
10:25 11:3
13:13 19:14
29:23 30:2,6,8
30:8,9,17,25
31:17,21 33:4
34:13 37:23
39:21 40:5,22
41:1,13,16
42:7,15 44:6
44:11 45:6,6
47:7,19,22,24
48:2,5,10,10
48:17 49:6,10
50:11,22 51:9
51:11 52:2
61:24 62:2
64:16 73:12
74:6,17 76:15
79:4 92:14,18
95:16,18 96:4
96:12 99:18,22
118:17 132:20
132:22 147:17
152:14 153:9
159:23 167:18
180:19,22
181:9 186:12
187:10 188:1
191:19 195:14
199:3 208:24
214:11 221:25
222:1 228:10
235:17 240:7
241:16 242:10
245:25 247:3
247:14,17,19
248:15,19
256:2 259:18
259:21 260:4
268:9 269:17
270:1 271:24
275:15 277:1
281:3 285:15

Jeffrey A. Boyd, Ph.D.

285:17 286:1,8
301:5 305:17
309:13 311:15
326:5 342:4,9
350:5
**knowing** 153:4
286:11
**knowledge**
15:13,16,22
20:22 55:18
127:21 153:8
160:10 166:9
216:5 238:10
**known** 31:22
67:7 76:16
136:20 152:16
220:11 311:3
316:16 347:15
347:24

**L**

**L** 37:21
**L-e-v-y** 50:23
**l-i-g-a-n-d** 72:4
**lab** 248:7
**labia** 64:16,21
64:22,22
**laboratories**
113:4
**laboratory** 32:3
50:24 66:22
67:6 112:19,25
113:5,6,10,12
113:14,16
199:10 248:12
286:18 296:21
333:9
**laboratory-ba...**
82:22
**lack** 16:5 83:1
191:22 204:8
299:15,16
**lacks** 171:23
**lady** 9:22
**Lake** 6:21
340:18,20,24
345:7

**Lancet** 180:10
180:13,17
181:1,21,22
182:22 184:18
184:21
**landed** 16:7
**language** 93:3,4
189:21 237:3
**large** 107:4
166:16 169:7
184:1 192:6
251:8,14,23
280:21 315:12
**largely** 147:23
148:21 223:14
**larger** 113:10
**largest** 311:13
318:4
**late** 18:11 57:13
112:13 124:7
134:1 279:24
305:18 325:15
353:2
**Lather** 17:7
**laughing** 94:3
261:1,4 268:7
**launch** 313:21
**Laura** 49:8
**law** 2:2,16 81:14
**lawful** 7:19
**LAWYER'S**
359:1
**lawyers** 9:10
83:9,13 267:21
**lay** 99:14
**lead** 90:5 153:1
162:22 175:7
181:7 227:17
232:8 299:25
301:7,7 307:8
**leading** 123:16
131:13 134:5
148:5,13 149:2
224:12 233:5
**leads** 171:16
242:23
**learn** 95:25

147:6 148:23
**leave** 160:14
171:4 203:13
347:10
**leaving** 146:16
**lectured** 56:18
**lectures** 99:14
**led** 90:3 313:21
344:22
**left** 9:22 147:15
166:12 180:8
182:10 184:17
184:17,20,23
185:14 231:13
256:19 281:17
282:2 300:10
300:14 304:12
304:12 306:14
307:19 308:9
327:6 348:22
**legal** 16:4 24:16
35:11
**legend** 218:25
**length** 280:8
**lesser** 89:9,12
192:13
**let's** 10:8 26:1
36:13 43:16
67:22 104:24
120:7 152:10
154:7 162:19
167:15 170:22
189:16 199:22
206:17,21
226:12 233:10
240:8 245:8
256:5 272:25
283:11 287:25
290:20 299:20
307:16 309:15
310:22 311:17
314:12 315:23
319:10 327:24
334:24 349:1
**lethal** 200:3,22
202:13
**letter** 6:1 271:9

271:17,17,19
272:6,10 274:6
274:8 275:25
276:4,6,7,11
277:5,7 278:5
**letters** 276:8
**level** 106:21
291:14,14,15
**levels** 5:11 198:9
294:11 295:7
296:13 297:20
298:16,24
306:17 311:8
327:19
**Levy** 50:22
**LHG** 1:5
**LIABILITY** 1:5
**licensed** 41:22
67:20 68:6
**life** 10:4 87:5
313:5
**lifestyle** 64:2
340:9
**lifetime** 163:18
190:2 196:4
**ligand** 72:4,5,24
74:19 75:9
235:14,16,17
235:20,24,24
236:1,4,5
242:8 244:5
**ligands** 72:8,16
73:2 237:14
241:11,15
243:16
**ligation** 138:18
138:23 144:9
344:7 346:12
**light** 5:19 80:23
80:24 81:5,8
81:12,12
**lights** 185:20
**limit** 104:25
**limitation**
329:13,19
**limited** 101:17
194:19,20

196:16 202:12
206:19
**limitless** 206:22
**line** 114:1
182:15 189:19
209:10 210:11
253:7 272:24
307:19 319:24
320:1 321:5
322:20 358:3
359:3
**lines** 10:2
120:15 147:13
149:17 185:13
197:5 219:3
233:22 237:4
300:15 302:15
306:16
**lining** 190:10
**link** 67:2
**linked** 15:12
178:22 190:12
209:15,18
210:4 211:5,21
212:3,23
213:23
**linking** 106:25
278:21
**links** 134:12,14
**list** 31:7,13 33:2
34:6 46:13
144:13 172:8
182:10 198:22
207:24 208:3
208:14,18
213:2 216:4
345:13
**listed** 13:16 95:3
96:19 182:16
182:22 215:14
218:19 345:17
350:15,16,17
351:6,9
**listen** 10:5,6
**listing** 220:11
**lists** 185:3
**literally** 285:12

Jeffrey A. Boyd, Ph.D.

| | | | |
|---|---|---|---|
| **literature** 6:7 | 3:1,6,12 | 330:1,2 353:4 | 182:16 |
| 52:4 59:9,13 | **local** 190:13 | **looked** 12:22 | **malignant** 97:9 |
| 83:15,20 87:17 | **located** 284:20 | 13:6 72:1 | 152:4 224:13 |
| 87:20,24 88:5 | **location** 322:13 | 343:15 | 307:3 |
| 88:6,11,17 | **logarithmic** | **looking** 35:2 | **mammals** |
| 90:9 106:11 | 251:17 | 68:12 69:7 | 328:14 |
| 108:6 172:7 | **logical** 145:9 | 89:14 117:21 | **man** 94:4,4 |
| 175:23 183:6 | 261:24 262:2 | 134:12,13,17 | 179:17 248:7 |
| 184:2 186:7 | 263:15,20 | 172:12 196:14 | **mandatory** 32:2 |
| 189:11,20 | **long** 23:20 29:13 | 206:14,16 | **manifesting** |
| 203:8 228:4 | 57:12 179:18 | 215:17 225:22 | 219:11 |
| 260:24 265:18 | 292:16 326:5,7 | 230:4 240:18 | **manifests** 112:3 |
| 266:13 304:3 | 343:24 | 254:12 287:4 | **manner** 10:17 |
| 353:18,20,21 | **long-term** | 287:24 289:5 | **Mantovani** |
| **litigated** 176:14 | 144:12 220:20 | 289:11,12 | 179:10 181:20 |
| **litigating** 221:4 | 344:8 346:7 | 290:23 293:16 | **manuscript** |
| **litigation** 1:5,23 | 347:2 | 306:13 331:24 | 270:9 275:6 |
| 3:18 7:4,9 8:9 | **longer** 93:22 | 332:22 | 277:25 319:20 |
| 16:8,17,19 | **longitudinal** | **lose** 244:25 | 320:7 334:2,4 |
| 17:24 18:6 | 312:15 | **losing** 244:5 | 334:6 335:1,24 |
| 23:10 25:10 | **look** 23:3 24:2 | 271:6 | 336:2 |
| 30:1 39:17 | 43:12 62:1 | **loss** 152:24,25 | **manuscripts** |
| 40:14 42:11 | 68:15 77:2,8 | **lost** 17:4 145:18 | 271:14 275:9 |
| 44:1,8,9 45:15 | 90:5 92:13 | 210:8 237:18 | 275:12 |
| 45:22 46:2 | 115:25 120:3,7 | **lot** 19:9 23:6 | **March** 6:21 |
| 50:16 52:8 | 163:14 169:4,8 | 34:16 96:7,13 | 22:17,21 |
| 55:10,16 68:24 | 177:20 178:12 | 134:12,13,16 | 156:17 169:12 |
| 74:4,7 112:9 | 180:7 184:17 | 155:13 160:15 | 256:13 340:17 |
| 112:14 143:5 | 185:12 186:8 | 218:8 274:10 | 345:7 |
| 335:19 336:23 | 188:21 189:16 | 281:2 285:20 | **MARGARET** |
| 348:14 | 189:18 196:22 | 285:22 296:7 | 2:7 |
| **little** 10:4 11:8 | 198:22 199:15 | **lots** 48:25,25 | **Margaret.Tho...** |
| 11:18 22:10 | 199:16,22 | 242:15 | 2:8 |
| 26:1 27:12 | 209:8 223:24 | **lovely** 9:22 | **mark** 2:16 10:5 |
| 29:10 35:11 | 224:1 232:19 | **low** 106:22 | 13:24 36:9 |
| 67:22 98:16 | 233:22 248:25 | 188:19 295:8 | 102:13 199:5 |
| 100:7 117:22 | 248:25 257:8 | 297:3 298:23 | 215:1 274:15 |
| 139:18 210:7 | 268:25 269:25 | 312:25 315:1 | 307:12 328:23 |
| 262:19 281:7 | 284:1 289:9,10 | **lower** 114:23 | 330:10 |
| **live** 139:14,17 | 293:25 298:14 | 115:14 116:1 | **marked** 11:11 |
| 139:24 144:9 | 299:20 301:23 | 118:20 157:2 | 12:8 13:21,25 |
| 344:6 346:11 | 304:11 306:12 | 164:7 180:8 | 20:16,19 36:16 |
| **liver** 299:2 | 307:18 308:21 | 182:4 240:20 | 36:19 119:15 |
| **living** 252:16 | 310:22,24 | 249:2 | 119:18 156:23 |
| 290:6 | 311:17,21 | **luck** 4:24 155:3 | 162:15,20 |
| **LLC** 2:2 3:15,15 | 314:12,24 | 155:11,14,24 | 168:22 169:18 |
| **LLP** 1:14 2:21 | 327:5,24 329:2 | 156:15 157:16 | 170:14 175:1,4 |
| | | 157:18,23 | |
| | | 158:6,15,15,24 | |
| | | 159:8 160:21 | |
| | | 163:22 165:9 | |
| | | 166:1,3 174:5 | |
| | | 174:8,14 | |
| | | **lump** 299:10 | |
| | | **lunch** 167:25 | |
| | | 169:5 | |
| | | **lung** 5:12 104:4 | |
| | | 104:11,13,25 | |
| | | 107:1,19,24 | |
| | | 110:8 129:15 | |
| | | 129:20 198:11 | |
| | | 220:19,24 | |
| | | 221:10,12,15 | |
| | | 221:17,24 | |
| | | 246:9 251:7 | |
| | | 330:20,24 | |
| | | 331:5 | |
| | | **lymph** 5:20 | |
| | | 104:16 105:1,4 | |
| | | 105:12 | |

| **M** |
|---|
| **M** 2:3,7,21 |
| **magnesium** 71:1 |
| 278:22,23 |
| 279:18 282:1 |
| 283:4,7,19 |
| 284:2,13 |
| **magnitude** |
| 107:3,23 |
| 140:25 144:4 |
| **Main** 3:13 |
| **major** 328:13 |
| 335:22 |
| **majoras** 64:22 |
| **majority** 101:14 |
| **making** 9:17 |
| 188:22 204:5 |
| 252:21 325:2,3 |
| 330:3 |
| **male** 103:16 |
| 121:9 122:6 |
| **malignancy** |
| 97:10 182:11 |

Jeffrey A. Boyd, Ph.D.

180:2,5 182:1
186:16,19
198:7 214:3,21
217:16,19
229:3 234:14
234:17 256:7
256:10 269:3
269:10 274:12
283:21,24
299:17 303:22
303:25 307:4,8
310:1,4 314:9
314:15 326:19
326:22 344:25
345:3
**marker** 300:21
301:1 304:17
305:8,10 313:6
313:8 314:1,7
319:2 340:15
**markers** 5:11
6:9 198:10
302:1,9 307:11
309:3 340:8
**market** 124:5
**MARKETING**
1:4
**marking** 156:21
**marks** 322:16
**marrow** 15:8,19
15:25 16:2
17:13
**Marselos** 120:17
**Martin** 156:11
**massive** 246:7
250:17 252:17
288:19,24
**match** 185:20
**matched** 296:14
**materials** 11:23
12:11 13:7
28:20 29:17
34:10 35:3,24
36:1 37:5,7
46:12,24
300:13 308:10
308:22 329:1

**matter** 7:8 26:6
39:19 40:5,16
263:9,19 270:9
270:22 330:6
**McDonald** 5:21
256:11,12
269:5,7
**MD** 2:7,16
44:11,20 48:11
48:20 50:9
51:3,6 68:8
**MDL** 1:4
**MEAGHER** 3:1
**mean** 14:10 30:5
30:6,8 39:21
42:14 56:19
60:4 88:5
111:10 127:17
127:18 132:13
132:14 154:3
183:11,13
184:22 191:5
213:12 217:22
260:7 277:5
282:14 341:21
348:2
**meaningless**
337:13,21,25
**meanings** 80:21
**means** 24:19
30:18 128:10
128:16 158:9
200:9 206:4,8
**meant** 129:25
132:21,23
186:6 222:18
261:12
**measure** 280:23
**measurements**
295:3
**measuring**
294:10 297:20
**mechanism**
83:24 128:1
145:2,7 153:8
189:24 200:2

201:3,24
220:24 263:12
263:13 278:21
327:21
**mechanisms**
136:15 149:23
150:5 154:11
154:15 220:17
262:4 263:21
328:6,13
**mechanistic**
216:12 230:17
**medical** 28:9
29:7 39:6
41:22 51:3,5
53:9 54:20
56:19 60:15
83:15 87:17,20
87:24 88:4,5
88:12 99:15,23
106:10 131:20
133:13 160:11
180:14,17
181:3 187:2
217:10 228:3
270:7 351:10
**medicine** 41:17
41:18,23 42:2
79:15,23 84:24
291:6 311:15
318:6
**meet** 37:25
58:11 59:23
282:8 303:21
**meeting** 22:13
22:20 30:21
56:8,16,23
57:15 58:20,22
59:23 169:17
341:3,13,14,25
342:10,13
343:2,10
344:15,19,23
349:11 350:10
350:12 351:9
**meetings** 29:7
169:11 344:22

349:4
**Melville** 2:14
**members**
192:18
**Memorial** 31:24
340:25
**memory** 8:19
18:14 35:25
37:16 58:13
98:16 108:1,4
158:5,19 169:9
169:13 170:6
335:23 340:22
342:15 344:21
351:5
**men** 103:10,13
**menstruating**
264:10
**menstruation**
264:19,25
265:4,13,22
**mentioned**
110:6 288:10
291:4 309:16
**mere** 157:15
**merit** 275:5
276:3
**mess** 324:13
**met** 22:16 32:3
37:24 57:23
70:4 83:19
179:17 181:10
187:12 188:12
199:5
**meta-analyses**
329:14,19
**meta-analysis**
6:17 257:25
325:17,21
326:4,23 327:1
329:6 330:3,5
**metal** 71:10,23
**metal-based**
243:15 244:3
244:15
**metals** 72:9
77:10 242:7

244:13
**metaphysical**
73:14
**metastasis** 104:3
110:7 208:1
224:9
**metastasizing**
152:5
**metastatic**
224:14
**methodology**
87:22 89:2,7
331:13
**methods** 300:14
308:10,22
329:1
**METHVIN** 2:6
**Mg3Si2O5(O...**
6:2
**Miami** 1:15 2:18
7:8 15:2,3,6,7
15:9,19,22,24
16:3 17:4,9,14
112:13
**MICHAEL** 3:12
**michael.ander...**
3:13
**micrograms**
245:17 250:19
**microscopy** 5:20
**Mid-December**
55:25 56:5
**middle** 63:18
74:23 96:9
120:12 121:21
159:20 194:7
236:24 237:2
325:16
**migrate** 111:6
256:24 267:24
**migrating** 262:8
263:25
**migration**
253:14 255:9
**MILES** 2:7
**Miller** 3:1 4:6
11:25 12:13

Jeffrey A. Boyd, Ph.D.

| | | | | |
|---|---|---|---|---|
| 14:5,17 19:3,7 | 105:25 106:16 | 213:25 214:8 | 353:25 | **misstated** |
| 19:11,18 20:6 | 109:2,21 | 214:12,16,25 | **milligrams** | 297:15 |
| 21:16,23 22:2 | 110:18,21 | 216:25 217:2,6 | 245:14,21,22 | **misstates** 42:13 |
| 22:24 23:12 | 115:17 117:15 | 217:21 219:22 | 246:15 250:8 | 347:7 |
| 24:10,14,20 | 117:18,22 | 221:2,13 226:2 | **milliliter** 245:15 | **mistake** 258:13 |
| 26:8 27:7 30:3 | 118:6 119:3 | 226:15,20 | 245:18,23 | 295:12 |
| 30:5,10,12,16 | 120:21,25 | 227:1,6,12,19 | 250:19 | **misunderstood** |
| 31:10 32:11 | 121:4 122:17 | 228:8,16,19 | **milliliters** | 95:6,21 142:4 |
| 33:21 34:5,9 | 122:24 123:25 | 230:10 232:9 | 245:22 | 254:13 |
| 35:23 36:6,12 | 125:6,18 126:1 | 232:14 234:19 | **millimeters** | **mixed** 173:13 |
| 36:15,21 37:4 | 128:2 130:8,16 | 238:17,19,23 | 246:11 | **mixing** 258:6 |
| 37:8 38:19,25 | 131:1,23 132:9 | 239:22 240:1,4 | **millions** 250:10 | **modalities** 287:5 |
| 39:7,20 40:2 | 132:13,17,20 | 240:16 243:21 | 270:15 | 287:24 289:6 |
| 40:17 41:25 | 137:3,8,20 | 243:24 245:3 | **mind** 72:5 82:4 | **model** 292:9 |
| 42:12,21 43:4 | 138:3 139:3,16 | 249:6,21 | 123:10,13,20 | 319:24 321:5 |
| 43:9,14,18 | 140:6,21 | 250:22 253:18 | 124:10 142:5 | 322:19 323:2 |
| 44:2,21,24 | 141:16,25 | 253:22 254:4 | 184:16 212:14 | 343:5 346:4 |
| 45:16 46:19 | 142:13,22 | 254:12,18 | 214:19 282:23 | **modeling** |
| 47:21 49:14,21 | 143:18 144:23 | 255:12,20,22 | 326:10 333:2 | 165:14 |
| 50:5 51:19 | 145:14 146:12 | 258:7 259:24 | 335:21 | **models** 124:12 |
| 52:9,22 53:10 | 146:24 148:6 | 260:13,20 | **minds** 117:3 | **modern** 225:1 |
| 53:17 54:1,7 | 149:3 150:12 | 264:20 265:5 | **mine** 36:25 | **modestly** 163:25 |
| 54:24 55:17 | 150:17 154:2,7 | 266:5,20 267:4 | **mineral** 70:13 | 165:16 |
| 56:2,4,9,13,17 | 154:21 156:1 | 267:6 268:5,18 | 70:19,24 71:10 | **modification** |
| 56:24 57:16,20 | 157:7 158:17 | 268:23 270:24 | 238:3,9,11 | 54:17,21 |
| 57:24 58:11,20 | 159:9,19 | 277:20 278:7 | **mineralogist** | **modified** 172:10 |
| 58:22 61:8 | 160:22 161:8 | 280:2 282:20 | 74:16 75:20 | 243:10 |
| 62:7 63:2,24 | 161:25 162:7 | 284:4,10 286:3 | **mineralogy** | **modulator** |
| 65:5,13,25 | 162:11 163:2,4 | 286:16 287:12 | 69:21 | 251:15 |
| 66:16 68:14 | 163:8 164:23 | 287:16 288:13 | **minerals** 70:25 | **molecular** 5:22 |
| 69:10 70:2,14 | 166:5,21 | 288:16 289:16 | **minoras** 64:23 | 60:3,11 66:21 |
| 71:14 72:10,19 | 167:24 168:4 | 289:19 293:20 | **minute** 23:12 | 67:8 79:13 |
| 73:1,6,10 74:2 | 169:1 173:22 | 294:21 302:4 | 174:6 246:17 | 83:6 111:15 |
| 74:6,22 75:2 | 174:6,15,23 | 303:5 305:14 | 267:6 | 136:15 155:1 |
| 75:11 76:19,22 | 176:19 178:25 | 317:3,7,9,20 | **minutes** 8:23 | 155:22 159:7 |
| 77:5,23 78:1 | 180:15 182:25 | 318:19 320:22 | **Mischaracteri...** | 165:23 268:14 |
| 78:10,23 80:13 | 186:11 187:23 | 321:10,14,20 | 46:20 54:8 | 292:13 |
| 81:1,19 82:16 | 188:17 191:2 | 322:4 330:8 | **misinterpreted** | **molecule** 72:6 |
| 83:16 84:1,13 | 193:9 194:2,16 | 332:3,18 | 157:21 | 235:21,22 |
| 84:20 85:8 | 195:8,11 | 338:21 339:15 | **misleading** | 283:14 |
| 86:1,10 88:23 | 196:17 202:1 | 340:10 341:16 | 42:15 124:1 | **molecules** 67:25 |
| 90:19 91:9,18 | 202:14,17,25 | 342:5 343:7,17 | **mismatch** | 70:25 |
| 94:18 95:4,16 | 204:11 205:2 | 343:21 344:10 | 328:11,12 | **mom** 151:16 |
| 96:24 98:23 | 205:12,24 | 347:6,22 | **missed** 63:17 | **moment** 120:3 |
| 101:13,25 | 207:10 208:10 | 348:24 349:23 | 238:4 | 137:12 153:25 |
| 102:8,15 103:2 | 209:2 210:7,13 | 350:19,22,25 | **misspoke** | 167:17 181:25 |
| 103:8 104:17 | 211:7 212:6 | 351:21 352:20 | 132:16 | 237:23 299:7 |

momentarily 62:1
MONDAY 1:8
money 19:14
monitor 294:12 297:21
monoclonal 67:25
monodentate 241:11,15
monograph 253:25 259:1 259:13
Montgomery 2:10
month 188:1
monthly 264:9 265:13
months 52:17 96:14 188:5 326:6
monumental 292:21,25 293:4 313:22
morbidity 313:10
morning 8:3,4 12:20 16:21 191:25
morphological 312:16
mortality 6:12 310:12,15 311:1 313:10 318:2,8,13,18 319:7
mother 122:7
motivated 312:4
motives 337:19
mouse 319:24 321:5 322:19 323:2
mouth 75:2
move 9:15 69:1 256:6 261:14 277:4 287:7,9 291:21,22

309:15 314:13
moved 119:5
moving 198:20
MPAFF 2:7
MPH 2:3 51:3
MPO 325:24 326:24
MPO-463 6:16
mucinous 306:18
muddled 145:8
Mulholland 3:18 7:2
multi 82:7
multi-center 178:2 308:25
Multi-Discipli... 47:10
multi-genetic 223:2,4
multi-step 223:2 223:4
multicausality 127:11,15 129:12
multifactorial 81:18 82:8,11 137:14 298:21 327:7
multimodal 312:10
multiple 22:25 46:15 71:20 112:3 126:18 137:18 151:25 172:16 192:8 194:18 219:10 266:7,10 267:20 269:15 296:22 317:4 335:24 349:5,6
multiply 196:8
multitude 80:20 113:12
mumbo 24:16
murky 338:14
Mutagenesis

327:2 328:17 328:21
mutagenic 149:20,23 150:5 154:11 154:15 197:11
mutant 151:15
mutated 232:5
mutation 38:7 86:9 133:9 134:23 151:22 151:23 164:9 203:19 205:11
mutational 232:2 233:4
mutations 67:3 103:4 108:7,11 108:22 126:18 133:4 134:7 147:16,21 148:5,13,19 149:1 151:7,12 153:1 155:3 161:2 231:3 296:5,15
mutual 170:11

**N**

N 2:1 176:5 298:11,11
N-e-e-l 29:25
N.W 3:2,8
name 7:2 8:7 31:14 44:20 50:12,14 90:6 156:13 336:5
names 34:16
NAPOLI 2:12
narrative 151:4 175:23
National 48:12 48:15 186:24 187:1 198:25 199:1,11
natural 157:17
naturally 335:3
Nature 156:8

162:23
NCI 200:15 201:22 203:23 205:7 210:3
NCRA 355:17
near 302:12
nearly 127:24
necessarily 233:2
necessary 87:14 109:14 118:11 151:19 176:11 261:20 356:4
need 8:19,24 15:8,18 34:13 42:19,21 168:17 171:6 213:19 267:11 289:4,14,21 300:7 325:8 332:4
needed 86:20 325:10 340:8 351:6
needle 251:24 251:25 252:15
needs 21:9 145:8 145:9,10
Neel 29:22,23 30:2,20 31:1,9
negative 148:8 205:14,19,23 206:4,5,8
negatives 125:7
neither 45:8 75:19 157:22 295:8 297:4 355:11,12
neoplasias 222:15
neoplastic 223:15,22 224:18,25
Ness 5:10 186:20 187:11 188:12 189:2 193:6,24

194:13 196:24 197:24 225:20 342:9
nested 308:23
never 38:2 41:18 55:19 57:23 70:4 78:2 83:19 149:11 179:17 267:9 276:15 293:11 293:21
new 1:1 2:14,23 3:2 16:19 21:14 116:16 255:23 309:10
Nicole 299:21 300:1
night 80:23 96:9 218:3 279:24
nine 120:15
node 104:16 105:1,4,12
nodes 5:21
non-Ashkenazi 103:7
non-epidemiol... 167:2
non-germane 87:20
non-Jewish 102:7,20 103:1
non-small 104:25 220:20
Non-Small-Cell 104:4 110:7
nonconfluent 251:15
nonexperts 99:4 99:9
norm 273:18
normal 10:3 112:2 152:4 161:5 224:13 231:5,18 246:12,20,23 247:8,10,23 285:23 287:14

289:5 291:19 291:25 293:17 307:2
**normally** 152:22
**north** 2:17 38:1 38:3 41:7,12 59:15 260:8,12 260:19 261:10 264:7 267:24 314:22
**Notary** 355:18 357:19
**note** 216:6
**notebook** 112:18,25 113:15 248:1 286:19 332:23 333:10
**notebooks** 113:5 113:6,12 248:12
**noted** 7:12 86:5 132:12 183:9 253:21 278:6 356:10 357:7
**notes** 22:18 325:1 359:1
**notice** 4:11,14 11:9 12:5,9
**noticed** 183:8
**noting** 268:20
**notion** 135:7
**novel** 178:7 189:23 292:2
**Nowak** 4:24 156:12 157:12 167:19 174:2
**NPO** 329:4
**NS** 246:22
**nucleophilic** 237:12 238:1,7 238:15
**Nulliparity** 140:1
**number** 12:10 13:25 20:4 23:8 24:2,3,4,6

24:8,9,19,20 25:7,17 26:21 27:16 28:5,14 31:6,13 32:5 33:2,11 35:3 37:21 90:7 99:25 100:3 155:8 157:20 163:18 177:1 190:2 217:3,5 239:13,25 240:8,9 252:18 252:23 270:16 275:9 302:1,20 319:19 321:21 322:8,9 327:22 327:25 332:24 333:9
**numbered** 111:10
**numbers** 165:4 227:8 240:13 331:16 332:15 334:12
**NYU** 49:5

---

**O**

**O** 3:17
**o-b-g-e** 350:3
**O-b-j-e-c-t-i-o...** 42:18
**object** 9:7 42:16 66:3 86:3 132:10 204:13 253:20 288:17 289:20,22
**objected** 21:24 30:7
**objecting** 30:17 57:21 73:11
**objection** 19:3,7 21:16 27:7 30:3,12 31:10 32:11 33:21 38:19,25 39:7 39:20,25 40:7 40:17 41:25

42:12 43:3,12 44:2,21 45:16 46:19 47:21 49:14,21 50:5 51:19 52:9,22 53:10,17 54:7 54:24 55:17 56:13 58:3 63:2,24 65:5 65:13,25 66:16 68:16 69:10 70:2,14 71:14 72:10,19 73:1 74:2 75:11 76:19,22 77:5 77:23 78:10,23 80:13 81:1,19 82:16 83:16 84:1,13,20 85:8 86:10 88:23 90:19 91:9,18 94:18 95:4 96:24 98:23 101:13 101:25 102:8 102:15 103:2 104:17 105:25 106:16 109:2 109:21 115:17 117:15 122:17 122:24 123:25 125:6,18 128:2 130:8,16 131:1 131:23 137:20 139:3,16 140:6 140:21 143:18 144:23 145:14 146:12,24 148:6 149:3 150:12,18 154:21 156:1 157:7 158:17 159:9 160:22 161:8,25 162:7 162:11 164:23 166:5,21 173:22 176:19

180:15 182:25 186:11 188:17 191:2 193:9 194:16 195:8 195:11 196:17 202:1,14,17,25 204:11 205:2 205:12,24 208:10 209:2 211:7 212:6 213:25 214:8 219:22 221:2 221:13 228:16 230:10 232:9 238:17 243:21 249:6,21 250:22 253:18 254:4 255:12 255:25 256:1 258:9 260:13 260:20 264:20 265:5 266:5,20 267:4,7 268:5 268:18,20,24 270:24 284:4 286:3,16 287:12,16 288:13 289:16 293:20 294:21 303:5 317:3,20 318:19 330:8 332:18 339:15 340:10 343:7 343:17,21 344:10 347:6 347:22 348:24 349:23 350:2 350:19,22
**objectionable** 43:19 253:19 349:25
**objections** 44:7 66:3
**objective** 9:12 99:7 201:20 203:22 205:6 210:2 219:16

238:12 300:24
**observation** 134:2 324:10
**observational** 122:23 123:7 123:24 125:17
**observed** 164:11 242:19 324:5
**obsolete** 245:5
**obstetrics** 41:11 79:22
**obvious** 8:8 138:13
**obviously** 13:2 14:6 95:5 98:9 270:15 286:21 339:6
**OC** 346:11
**occasions** 267:21
**occupational** 136:22
**occur** 101:16,20 126:16
**occurred** 233:6
**occurrence** 97:11 231:2
**occurs** 230:23 231:10,18
**odds** 346:14,19 347:3 348:21
**offer** 39:12 66:6 85:10 111:5 193:18 291:7
**offered** 99:25 147:9 165:10
**offering** 46:3 68:9 69:5,12 93:8,17 96:3 193:10,17
**office** 25:16 26:5
**officer** 113:21
**offices** 1:13 26:4
**offspring** 121:10 122:7 124:19
**oh** 36:25 63:13 73:21 74:25

181:21 184:25
215:24 217:2
254:16 258:13
296:9 317:12
340:14 351:1
**Ohio** 3:14
**okay** 8:18 9:20
11:17 12:19,24
13:4 14:17
16:6,23 17:3
17:22 18:12,16
18:20 19:20
20:12,19 21:19
22:7,22 24:21
24:24 26:7,19
27:15,24 28:2
29:15,21 30:10
30:25 31:21
32:5 33:11,15
37:20 38:5,12
38:16 40:4,22
42:5 43:9,13
47:6 48:2,6
51:16 52:6
53:5 54:15
55:7 56:1
57:15 58:18,24
59:14 60:15
61:7 63:14
64:7,15 65:1
65:11,20 67:17
69:20 73:10,21
75:8 82:13
85:5,20 86:14
87:16,22 91:3
93:2 95:2
97:21 98:15
100:6 104:7
109:16 110:17
114:17 119:8
120:25 122:13
125:23 127:20
129:1 130:12
131:11 132:17
134:9 135:5
138:3,7,25
146:4 147:11

156:5 162:18
167:12,15
169:21 170:14
170:24 171:8
172:19 173:17
175:14 177:20
178:11 180:19
180:25 181:7
181:22 186:19
187:10 189:2
193:5,21 194:8
196:22 198:4
198:16 199:3
199:22 201:15
203:13 205:5
206:17 207:4
211:3,20
212:13 213:22
214:16,21
215:11 218:9
218:14 223:7
224:6 225:7,13
228:8 229:4,10
230:21 231:13
232:7 233:7,20
236:9,22
237:25 241:8
243:11,13
245:8 246:25
247:22 249:13
250:2,6 252:3
252:22 253:5
255:22 256:5
256:17 257:11
260:9 262:25
265:20,25
268:12 270:5
270:14 272:8
277:1,16,19
279:16,21
282:15 284:22
286:10 288:6
290:14 292:18
293:8 295:20
295:25 296:11
296:17 297:2
297:24 298:9

299:20 300:9
302:12 303:20
304:11 305:13
306:2,12,22
307:7 308:8,21
315:19,25
316:20 317:5
319:10 320:9
322:17,24
323:7 325:4
326:22 328:16
328:24 329:25
331:15 332:12
335:20 336:7
337:7,11,14,23
340:14,17
341:23 342:7
343:25 344:18
345:24 351:16
351:24 352:5
353:9,12,23
**old** 28:16 220:21
**Olson** 330:12,14
**once** 9:16 82:23
147:10 199:6
223:21
**oncogenes** 151:8
152:1 231:3
**Oncological**
314:21
**oncologist** 38:13
38:17 39:11,15
41:19 42:9
47:4,20 48:12
48:20 67:10,18
68:3 260:17
295:24
**oncology** 6:22
31:23,25 39:6
41:6 42:7
47:12 84:25
187:20 198:17
267:2 269:22
270:22 271:5
271:10,12
273:6,8,9,11
274:3,9,22

275:7,13,24
276:12,14
277:9 278:2
291:6 300:3
319:21 322:13
**one's** 64:4 304:1
**ones** 176:8
213:15 281:11
**onset** 140:18
144:11 344:5
346:9
**open** 8:20 75:3
114:7,11
126:14 127:2
136:21,24
155:6 157:19
163:25 165:16
177:22,25
178:23 190:9
198:12 228:9
229:11 237:15
242:1 256:25
262:6 278:21
279:7,11 308:1
308:5 315:4,6
325:24 346:7
346:10
**open-ended**
336:20
**operating** 8:15
**opine** 111:13
186:14 190:18
190:24 191:6
191:12 301:16
351:11
**opined** 285:11
**opining** 280:8
328:4
**opinion** 52:15
56:25 57:5,17
59:2,7 62:13
62:22,24 63:9
65:2,21 66:6
75:24 76:4,8
76:24 78:20
85:11 94:14
96:1,4 99:8

109:19 111:5
126:23 131:19
133:21 150:4
170:2 174:4,7
192:10 193:13
193:15,17,18
193:19 195:25
197:24 212:18
237:25 238:6
244:7,8 245:2
245:5,12
249:13 262:17
270:4 280:14
297:7 298:4
319:25 320:11
330:6 332:16
332:25 334:21
334:25 335:7
336:25 337:4
337:14
**opinions** 39:17
40:14 42:10
44:1,8 45:14
46:3 49:19
59:7 62:7,12
68:10,18 69:5
69:12 78:15,17
93:7,16,25
94:23 95:2
96:12,17
112:20 176:17
176:18 193:11
207:17 225:14
243:19 260:18
265:19,21
273:21 319:18
353:13
**Opportunities**
6:19 345:4
**opportunity**
142:11 272:4
**opposed** 16:9
68:1 84:7
108:21 116:1
145:8,9,11
149:9 188:22
192:13 240:12

Jeffrey A. Boyd, Ph.D.

272:6 336:25
**oral** 4:11,14
  140:3 142:2,20
  143:10,15,19
  144:1,10 344:6
  346:10 352:25
  353:6
**orange** 170:20
**oranges** 303:21
**order** 1:9 10:22
  26:15 41:21
  60:13 87:23
  101:3 141:18
  149:12 220:22
  280:23 295:23
  313:9 322:2
  351:6
**ordering** 67:9
**ordinary** 155:5
**organ** 147:22
  148:20 149:6
  264:8
**organism's**
  231:19
**organisms** 116:2
**organized** 67:17
**organs** 134:8
**origin** 105:21
  106:13 114:8
**original** 34:10
  56:9 87:7
  98:17 258:5
  356:14
**originally**
  269:21
**ostensible** 288:3
**ostensibly**
  172:13
**other's** 10:2
  163:7
**outlines** 28:19
**outright** 275:24
  276:23
**outset** 141:6
**ovarian** 5:6,9,10
  5:12,13,23 6:4
  6:6,9,11,12,15

6:20,21 21:12
42:11 46:8
48:12,15 49:19
51:18,25 52:3
52:20 53:3,7
54:23 56:12,21
57:1,12,18
59:3,10 62:8
62:17 63:1,12
63:23 64:5
66:10,22 68:13
69:9 80:1,7
82:1,8,12
83:25 89:21
91:8,17 94:17
96:22 100:13
101:2,12 102:6
102:25 103:14
103:20 108:11
108:15,24
111:19 112:5
114:8,10 126:7
126:12 127:1
128:8 133:5,10
137:19 138:10
139:11,15,25
140:2,5,11,12
140:15,19
142:21,23,24
143:3,8,17,21
144:11,15
147:24 148:5
148:13,21
149:2,24 150:6
150:23 151:9
151:22 154:11
154:15 160:20
170:4 172:14
173:4,9,12,21
175:7,19,21,24
176:4,24
177:24 178:8
178:15,20,21
182:16,24
183:10,19,25
184:10,15
186:22,22

187:17 189:3,4
189:7,22 190:1
190:7 191:23
192:15 193:8
194:1,15,23
196:1,5 197:13
198:6,10,12
200:3,11,20,23
201:3,24 202:7
203:6 204:21
205:22 209:12
209:14,18
210:4,19,20
211:4,21 212:3
212:11,14,20
212:22 213:3
213:11,21,22
221:4 225:6
230:2,22,24
231:1,10,11
232:4 257:13
257:24 265:3
268:16 279:2
290:21,25
291:11 292:15
292:16 294:13
294:20,23
295:5,18 296:6
296:14,14
297:9 298:2,6
298:11,20,22
299:7,11,13,25
301:20 302:21
304:2,5,13,17
305:8,11,21
306:11 307:2
307:11 308:3
309:4,17 310:8
310:12,15,25
311:7,24 312:3
312:7,13 313:9
313:10 314:1,2
314:8,14 315:1
316:17 317:23
318:3 319:3,7
320:19 324:4
328:7 330:7,15

330:25 331:6
339:11,20,24
340:23 342:14
342:16,21
343:16 344:4
345:5,6 346:8
347:4 348:17
348:22 349:13
349:21 351:12
353:14,19
**ovaries** 111:6
  253:10,16
  254:10 257:2
  258:21 259:5
  259:11 262:6
  262:11 263:12
  263:23
**ovary** 192:25
  250:8 258:12
  264:14,16,18
  265:1,10,13,22
**overall** 126:1,2
  126:5 329:7
  332:16
**overlap** 38:4
**overly** 72:22
  100:18 128:4
**oversee** 66:19
**overview** 4:22
  99:2 119:21
**ovulation** 190:6
  190:12,20
  191:1,10,14,19
  191:22 192:5
  192:24 209:21
  211:24 299:2
**ovulations** 190:2
**ovulatory** 190:4
  192:12
**oxaliplatin**
  235:9,10
**oxidant** 243:2
**oxidative** 171:17
  197:9 327:18
  328:10
**oxide** 281:4
**oxygen** 71:5

278:23 279:18
282:2 283:12
283:14 284:14

---
**P**

**P** 2:1,1 3:17
**P.C** 2:7
**p.m** 168:10,11
  168:13 239:1,2
  239:4 323:11
  323:12,14
  354:3,5
**p53** 38:7 152:19
  153:1 308:4
**page** 4:2,10
  11:22 12:6,11
  12:13,22 13:5
  13:9,16 19:20
  24:12,22 37:7
  90:7 111:9,10
  113:25 120:1,5
  120:6,7,22
  125:24 126:5
  135:14,24,25
  143:2 147:12
  163:15 165:2
  167:13 171:10
  172:22 178:13
  181:17,24
  182:4 184:21
  199:23 210:8,9
  215:12,20
  218:9,14 222:4
  226:20 227:5,8
  229:11 233:11
  236:24 239:11
  239:12,14,24
  240:2,8,9,13
  240:17 241:6
  241:18,21
  245:9,10
  254:21 255:1
  256:18 261:18
  274:19 278:13
  284:22,23
  294:1,9,9
  298:14 300:10

300:14 302:13
302:14 304:12
306:14 307:23
308:8 309:9
310:7 311:22
311:24 314:25
315:23 319:10
319:16,17
323:18 327:5
328:25 330:1
331:16 332:15
332:24 333:9
333:12 345:9
345:12,13,25
352:8 358:3
359:3
**pages** 239:18
333:5 357:5
**paid** 81:15
233:25 234:3
335:18 336:22
336:25 337:9
338:4,9 339:2
342:20
**pairs** 155:6
**panel** 182:5
183:5 184:19
184:25 185:3
**paper** 38:6
42:20,22 47:10
47:13,17 94:20
94:24 95:10
98:8,17,18,19
99:1,23 110:13
110:16 116:16
121:15 124:24
135:13 156:19
158:3 162:19
163:11 164:20
172:17 174:3
175:5,10,25
177:17 181:20
181:22 183:14
184:18 185:10
187:17 188:7
189:2,19
196:23 198:8

203:5,7 208:3
209:6,9 210:10
214:23 215:5,7
216:21,23
217:10 218:6
218:15 219:19
226:23,25
227:2 228:1
229:6 230:4
234:25 239:8
242:6,13
243:14,17
244:2 249:19
256:13,14
257:23 259:1
259:23 268:13
268:14 269:1,3
269:14,20
270:7,23 271:4
272:13 273:18
273:20,24
275:1,23
276:16,19
277:2,8,23
281:12 292:12
296:10,11,16
296:19 300:6
301:7,11,12,16
304:7 307:8
308:15,20
313:3 314:13
314:16 323:4
325:10 328:3,9
328:17,21
331:24 332:8
334:11,18
335:15 336:18
336:21,23
337:25 339:2
345:4 347:25
348:7 349:9,17
350:13,18
**papers** 26:22
27:4,16 48:25
65:18 90:1,3
167:4 172:12
176:6,12,16

177:13 181:4
224:7 248:25
249:2,4,8,11
249:19 255:7
259:8,25
270:16 272:16
272:18,21
273:1,3,7,12
348:3,10
**papers'** 177:7
**papilloma**
152:15
**paradigm** 152:8
152:9
**paradoxical**
222:12
**paragraph**
114:1 120:13
120:13 136:19
147:13 149:16
151:3 153:12
156:6 157:12
159:24 160:4
165:3 172:23
173:1 178:14
184:19,24
210:12 222:6
233:22 236:25
237:2 242:6
256:22 261:22
262:24 275:1
275:22 276:17
276:18,22
279:17 281:25
300:10 301:24
302:13,14
303:12 306:13
319:11,16
322:8 323:19
325:16 328:25
333:13,14
346:1,19 347:7
348:6
**paragraphs**
348:9
**paralegal** 14:7
**paraphrase**

225:16
**paraphrasing**
90:11
**paren** 114:7,8
114:11,12
126:14,15,16
127:2,3 136:21
136:24,24
137:1 155:6,7
157:19 163:25
164:1 165:17
165:18 177:23
177:23,25,25
178:23,23
190:9,10
198:12,13
237:15 242:1,2
262:6,7 278:22
279:2,7,9,11
279:12 308:1,1
308:5 315:4,5
315:6,7 325:24
325:25 346:7
346:10,11,13
**parity** 139:5
**Park** 2:23
**parlance** 167:3
**parse** 23:24,25
102:22 176:11
176:15 211:9
**part** 56:10
145:25 177:4
231:19 238:5
249:23,24
261:4 265:1,2
265:9 316:22
**participant**
341:22
**participated**
26:24 27:19
**particle** 280:6
280:13
**particles** 111:6
253:14 255:10
255:17,19
263:14 266:2
280:19,22

**particular** 9:13
52:16 55:2
61:24 68:24
70:25 89:14
103:17 111:16
115:23,23
116:6 129:5
153:4 158:20
161:21 183:9
196:7 236:20
250:11 262:20
265:17 273:6
277:23,24
290:24 301:16
321:19 328:4
332:23 341:14
**particularly**
153:20 176:13
**particulate**
263:9,19 279:5
279:9 285:4,7
**parties** 355:11
**party** 16:16
**passed** 216:23
**passing** 256:25
**passive** 59:9
221:23 353:18
**pathogenesis**
83:25 134:18
134:21 178:15
178:20 200:2
201:3,24
204:20 223:10
305:21
**pathogenicity**
160:2,9,13
**pathologic**
105:6
**pathological**
104:9,23
**pathologist**
50:10
**pathology** 50:18
50:20 67:8
**pathomechani...**
80:1,2
**pathophysiolo...**

197:12
patient 68:3
  104:5 110:8
  115:19
patient's 60:13
patients 5:6 60:9
  175:6 177:24
  178:3 251:6
  299:12 310:9
  339:13,21
pay 353:19
paying 338:20
Pearson 37:22
peer 269:24
  270:13,19,21
  273:4 324:9,12
  325:1
peer-review
  270:6
peer-reviewed
  52:4 106:10
  186:2,4 187:5
  219:18 328:16
  349:17
peer-reviewers
  276:9
pelvic 5:20
  182:17 190:11
  190:13,13
  209:23 211:25
pending 9:1
  37:9 214:13
Penninkilampi
  257:23
people 99:14
  131:14 199:19
  199:19,20,20
  260:23 265:17
percent 126:7
  126:15 153:5
  164:1 165:18
  196:8 250:20
  252:15 271:13
  275:11 276:20
  290:13 310:9
  315:5,6,21
  349:20

percentage
  131:21 290:10
Percival 130:4
  130:18
perfect 9:8
perfectly 114:16
perform 60:14
  68:6 148:8
  242:15 279:4
  280:16
performed
  33:18 79:6,9
  148:2,10 198:3
  251:12 285:2
  293:22 329:5
  333:6,7 338:17
performing 90:8
perineal 46:7
  62:16 111:18
  183:24 253:10
  254:11 257:23
  258:22
perineally
  352:18
perineum
  256:23 259:11
period 10:7
  19:24 67:15
  73:19 75:1
  124:7 135:8
  141:2 159:22
  242:20,25
  243:5 313:23
periodic 71:23
  72:2 73:24
peroxide 283:13
personal 3:9
  243:3,12
personally
  113:6 318:25
perspective 6:20
  9:11 71:22
  302:24 303:4
  345:5
pertaining
  25:17 51:17
  91:24 92:5

pertains 1:7
  184:2
petered 341:6
petri 251:13
  253:4 287:6
ph 1:24
Ph.D 1:13 4:16
  4:18 7:11,18
  14:1 44:12,20
  49:8 50:23
  59:15 60:19
  66:12 355:5
  357:12
pharmacologi...
  83:3,5
pharmacologist
  49:9,18
pharmacology
  49:13 235:4
phase 287:9,10
  287:10,11
  288:11,11,11
  288:11 289:9
  289:10,11,12
  291:15,16,16
  291:23,23,23
  291:24 292:3,4
  292:4
PhD 4:11,15,19
phenomenon
  244:23 280:24
phenotype
  208:21 229:21
phenotypic
  207:15 216:16
  216:17 232:21
  233:5
phone 58:12
  170:2
phrase 138:20
  138:22 277:5
physical 8:21
  169:10 251:8
physician 44:12
  44:22 45:2
  47:3 51:8
  59:22 65:12

105:17 257:19
physiologic
  191:3 212:24
  246:4 253:1
  302:20
physiological
  190:18,23
  283:2
physiologically
  282:10,14
pick 50:3 152:10
  229:2
piece 42:19,22
  87:7
pieces 277:6
pile 61:24
  170:22
pilot 312:18
Pipetman 252:8
pipetted 253:3,4
pipettes 252:8
place 113:23
  355:8
placing 280:21
plaintiff 20:20
  44:19 45:4
  46:17 49:18
  90:17 91:6,15
  143:7 171:15
  225:8,15 267:1
  267:1 268:2
  338:8,16,20
  348:15
plaintiff's 45:13
  111:18
plaintiffs 2:19
  7:22 8:8 35:22
  336:22 337:10
  338:10,12
plaintiffs' 4:13
  37:18 48:8
  99:25 170:10
  266:14 267:21
  339:6
planned 285:16
planning 285:18
  286:12

platinum 5:17
  234:11 235:15
  237:13,16
  241:10 242:15
platinum-based
  235:8 242:7
  243:15 244:3
plausibility 46:5
  68:22 90:16
  91:1,5,14,22
  91:25 92:5
  93:10,19 94:16
  106:19,25
  109:5,12
  111:17,24
  143:7 144:20
  144:22,25
  145:17,21
  146:9,11,15,17
  146:20 147:10
  170:3 348:16
plausible 62:25
  63:11 100:17
  100:23 101:3
  101:23 103:19
  105:9,14,23
  106:15 108:25
  109:20 137:18
  137:23 171:24
play 147:2 173:8
  173:20 184:14
  236:23 248:4,7
  353:3
played 248:2
playing 103:24
  147:1
plays 174:13
  327:21
PLCO 5:13
  198:12
please 10:15
  23:22 24:9
  25:6 26:2
  30:15 35:15
  40:1 41:4
  53:25 55:12
  66:2 76:2 82:4

93:15 105:11
106:3 118:14
120:5 123:1
125:10 128:15
135:24 156:20
161:11 174:19
194:9 202:19
206:6 228:25
253:20 274:6
288:8,16 289:1
305:15,16
317:10 321:1
332:1 339:16
341:11 342:5
347:13 356:3,8
**pleural** 251:1,5
252:6
**pleurodesis**
246:2,19
247:12,15
250:21 251:3
251:19,22
**PLLC** 2:12
**Plunkett** 49:8,10
**pneumothorax**
251:6
**point** 29:16
48:19 134:20
135:3 153:11
167:5,8 186:9
194:2 200:14
201:5 247:4
248:3 252:21
271:24 279:22
280:5,10 282:5
285:12 290:9
298:18 301:22
314:3,25
316:23 318:9
318:11,16,18
322:8 323:9
326:10 332:10
353:5
**pointing** 183:20
**points** 314:25
318:22,24
**polarizing** 5:19

**polymorphic**
328:4
**polymorphism**
6:16 325:24
326:25 329:8
331:21
**polymorphisms**
324:5
**poor** 310:8
311:23 312:3
**poorly** 211:11
**pop** 176:6
**population**
103:7 195:17
196:1,2,15
**population-ba...**
308:25
**populations**
316:6 317:2,19
**portion** 202:16
**PORTIS** 2:7
**posited** 155:1,23
165:24 174:15
**position** 41:9,14
51:15
**positive** 140:10
291:21
**possibility** 85:7
85:15,22 86:8
146:23 150:10
154:18 161:7
197:11 203:17
205:9 241:25
**possible** 5:9
57:11 75:5
94:10 145:12
145:13,22
146:20 149:20
149:23 150:5
154:11,15
186:21 189:3
210:19,25
221:18 306:5
338:25 351:14
**possibly** 161:24
162:3 169:15
**post-doc** 87:7

**post-grad** 86:25
**postmenopausal**
6:3 299:24
315:2
**potential** 121:7
122:4 206:23
285:3 290:15
329:9 336:10
**potentially**
339:24
**Pott** 130:5,13,18
**powder** 1:3 5:22
7:9 25:9,10
27:1,2,21,22
28:10,11,22,22
54:22 56:11,21
57:1 59:3
68:13 69:8
70:1,5,8,21,23
76:1,6,11,13
76:18,21 77:4
77:11,16,22
78:9,14,18,19
78:21 79:2,7
89:22 94:16
111:6 144:13
148:3,12,25
149:12 150:10
154:18 170:4
238:14 241:14
246:1 255:9,18
268:16 281:2
292:15 335:19
347:3 353:14
**powdered** 279:7
**powders** 255:16
**powered** 124:11
**PowerPoint**
29:2,5,12
**practice** 41:17
42:1,2 60:8,11
**practiced** 41:18
**PRACTICES**
1:4
**practicing** 38:17
40:23 41:2,4
**practitioners**

99:15
**Pre-diagnostic**
5:11
**preceding**
328:15
**precision** 60:14
67:4,11,24
**preclinical**
292:1
**Prediagnostic**
198:9
**predict** 343:6
346:5
**predicting** 6:6
304:2 306:6
**predictive**
300:18,21
301:1 319:2
**predictor** 312:7
**predisposition**
60:10 126:5,14
133:5
**preface** 335:16
**prefer** 88:16
161:16 188:20
199:21
**pregnancy**
124:6 299:2
**preliminary**
312:9 346:6
**prelude** 93:13
**premarked** 11:7
**premier** 180:14
**prenatal** 114:21
115:5,12
118:18
**Preoperative**
178:2
**preparation**
83:10 201:11
326:17
**prepared** 26:23
27:18 65:6
66:6 84:2
94:22 95:11,13
166:24
**preparing** 26:25

27:20 300:4
**prescribe** 67:18
**prescribed** 68:2
**presence** 77:15
78:8,22 79:6
92:20
**present** 35:16
75:25 76:5,10
77:10 337:24
**presentation**
28:21
**presentations**
28:19 29:3,5,6
**presented** 26:24
27:18 322:25
323:3
**presenting**
26:25 27:20
**presumably**
170:12
**presume** 170:6
283:7 299:6
**presumptive**
273:22
**pretty** 92:25
113:2 151:11
177:14 206:10
213:20
**prevalence**
108:21 315:1
**prevent** 16:1
121:11 122:8
251:5 262:8
263:25
**preventable**
136:10
**prevention**
164:15 187:19
199:11 200:10
339:12,20,25
340:6
**prevents** 152:23
**previous** 100:1
189:25 262:21
315:11
**previously**
23:10,17 25:2

Jeffrey A. Boyd, Ph.D.

27:5 36:19
39:13 110:6
144:5 229:3
230:25
**primarily** 251:5
**primary** 104:11
124:3 183:14
183:18 314:2
318:15,17
339:25
**principal** 113:3
113:9
**principle** 54:16
**principles** 53:6
53:15 54:5
**printed** 241:1
**prior** 22:9 30:1
56:5,8,16,23
57:15 58:19,24
59:1 62:6 63:9
87:17,24 88:21
131:12,15
134:10 135:2
312:22 355:4
**priori** 310:13
**privileges** 66:14
**probable** 162:6
**probably** 18:21
55:3 60:21
110:15 118:2
131:3 171:6
279:23 306:24
308:16 314:18
342:2
**problem** 240:10
336:16
**problems**
335:22
**proceed** 288:8
325:14
**proceeding**
17:20 18:19
**process** 67:6
111:25 161:5
177:14 185:4
190:6,20,25
191:13,14

192:4,12 223:2
223:4 224:12
248:9 251:3
270:6 281:9
329:5
**processes**
164:10 178:22
**produce** 24:1,2
24:5 26:9 99:1
201:8 263:4
279:12
**produced** 23:11
23:17 25:2,12
25:23 27:5,11
188:24 192:4
199:17
**produces** 192:24
**producing**
205:14 223:11
**product** 1:5 76:1
76:6
**production**
289:13
**production-m...**
12:9
**products** 1:4
3:10 25:10
27:1,21 28:10
28:22
**professional**
31:1 43:11
56:18 83:12
87:5 112:7,24
303:2
**professions**
265:17
**professor** 49:5
51:12 79:16,21
**profound** 241:9
**prognosis**
304:24 310:8
311:23 312:3
**prognostic** 5:5
175:6 177:23
178:8
**program** 312:5
**programmed**

231:22
**programs** 29:8
79:19
**progression**
222:14 223:3
223:15,22
224:8,18,22,25
225:24 306:9
**proliferation**
152:23,24
232:8 233:1
**proliferative**
227:17 229:22
229:24
**prominent**
154:25 155:22
159:7 165:23
174:13 308:5
**promise** 163:9
301:25 302:9
303:18
**promising** 287:7
287:9
**promotion**
222:24
**pronounce**
156:12 309:19
**pronounced**
31:15
**properties**
207:15 216:16
216:17 232:21
233:5
**propose** 171:15
**proposes** 189:23
**propounded**
357:6
**prospective** 6:10
307:12 308:25
311:13 318:4
**prostaglandins**
197:10
**Prostate** 5:12
198:11
**protecting** 9:11
**protective** 1:9
139:2 142:21

143:11,16
189:22 191:20
263:11
**protects** 152:20
**protein** 5:5
152:17,18
175:5 177:22
316:2,4 317:1
317:18
**proteins** 152:16
308:4
**proverbial**
323:17
**provide** 26:16
124:13 163:23
165:14 166:1
185:22 231:7
**provided** 89:6
202:3,5 303:12
319:19
**providing**
183:17
**proximity**
300:23 301:3
**PTI** 3:15,15
**public** 51:13
158:22 163:21
164:16 240:11
240:15 355:18
357:19
**publication**
21:10 47:14
99:19,21 110:4
156:7 186:2,4
217:20,22,24
275:7 296:3
299:21 347:16
**publications**
26:23 27:4,17
48:23 51:17
52:3 86:24
109:25 134:11
166:3,14 187:6
**publish** 105:19
106:10 109:18
334:3
**published** 90:23

94:20 95:10,17
97:23 98:4,10
98:18,19 108:5
108:10,13
116:15 134:11
136:13 156:16
157:3 158:3
159:8 162:23
175:8 180:10
181:5,11
182:21 185:10
186:1,4,23
187:13,20
188:2,5 193:15
197:18 198:17
215:6,8 218:11
219:19 248:21
249:19 255:8
256:13 257:15
257:25 270:16
272:22 296:2,9
300:2 304:4
305:2 307:13
313:19 314:20
323:4 328:17
334:2,18,21
335:8,15
344:24 346:25
348:5,19
349:17
**publishing**
104:3 110:2
273:1,3
**PubMed** 89:9,11
176:3,25
177:11 189:10
**pull** 201:10,13
321:23 348:2
**pulling** 65:17
301:14
**pure** 149:25
154:13
**purpose** 40:13
72:24 73:16,22
90:14,21
117:19 159:24
166:7,15

Jeffrey A. Boyd, Ph.D.

| | | | |
|---|---|---|---|
| 177:21 186:13 | 76:3 77:17 | 308:17 317:14 | 83:21 84:9,17 |
| 291:10 295:9 | 81:3,22 82:3 | 328:23 329:16 | 85:4,13 86:6 |
| 296:21 297:5 | 83:9,18 84:3 | 329:24 330:9 | 86:13 89:1 |
| 310:20 326:3 | 84:15 85:10,23 | 331:2,20 332:2 | 91:2,12,23 |
| **purposes** 39:16 | 86:11 87:3 | 332:12,21 | 95:1,7,23 96:6 |
| 73:3 167:23 | 88:2,2 91:11 | 333:3,18 334:9 | 97:4 99:6 |
| 299:9 | 92:3 93:5,14 | 338:22 340:4 | 101:22 102:2 |
| **pursuant** 1:9 | 93:23 94:7 | 341:2 342:3 | 102:11,17,23 |
| 14:10 | 95:22 100:9 | 343:25 347:11 | 103:12 104:21 |
| **pursued** 319:5 | 102:13,22 | 351:23 353:15 | 106:4 107:6 |
| **pursuing** 65:15 | 104:19 105:11 | **questioning** | 109:15 110:5 |
| **put** 14:8 42:20 | 106:2 109:23 | 18:25 | 111:2 117:10 |
| 90:17 91:5,15 | 112:15 113:3 | **questions** 8:2 | 118:15 119:10 |
| 93:25 146:21 | 115:4,10 117:9 | 9:7,8 10:6 | 119:17 121:5 |
| 156:5 170:15 | 118:14,17,24 | 11:13 12:4 | 122:19 123:2 |
| 186:7 245:11 | 119:4,7 121:25 | 13:23 14:20 | 124:16 125:11 |
| 252:13 | 122:1 123:1 | 19:4,19 20:3 | 125:22 126:3 |
| **putative** 184:3 | 124:1 125:9 | 20:11,18 21:18 | 128:6 130:11 |
| 294:23 | 128:14 130:2 | 22:6 23:2,15 | 130:21 131:10 |
| | 132:19 134:4 | 23:25 24:23 | 132:1,24 137:5 |
| **Q** | 139:22 143:14 | 26:18 27:8,13 | 137:11 138:6 |
| | 145:24 146:5 | 27:14 30:19 | 139:12,19 |
| **qualified** 69:16 | 150:14,15 | 31:12 32:12,16 | 140:9,24 141:4 |
| 191:24 | 151:20 154:3,3 | 33:24 34:19 | 141:8,12,13 |
| **qualify** 140:23 | 154:14 161:16 | 36:18 37:12 | 142:1,18 143:9 |
| **quality** 188:23 | 161:18 163:11 | 38:22 39:4,9 | 144:6 145:5,15 |
| 277:25 285:6 | 172:11 174:20 | 40:11,21 42:4 | 146:18 147:4 |
| **quantifically** | 174:22 177:4 | 42:23 43:23 | 148:9 149:14 |
| 165:11 | 192:22 194:10 | 44:5,16 45:5 | 150:24 154:8,9 |
| **quantify** 329:8 | 195:22 202:20 | 46:9 47:1 48:1 | 154:23 156:4 |
| **question** 9:1,6 | 208:6,12 213:8 | 49:16 50:1,8 | 157:1,11 159:1 |
| 9:13,15 10:5 | 214:2,13,19 | 52:1,18 53:4 | 159:11 160:16 |
| 10:12,14,15 | 215:22 221:9 | 53:13,22 54:3 | 161:6,19 162:4 |
| 21:20,22 22:5 | 224:19,24 | 54:14 55:6,21 | 162:8,17 |
| 23:20 25:6 | 226:3 227:20 | 56:15 57:21 | 163:13 165:1 |
| 30:7 33:7,12 | 227:23 228:11 | 58:1,8,10,22 | 166:18 167:1 |
| 37:9 38:21 | 228:21 234:5 | 61:17 63:5 | 168:14 169:2 |
| 40:10,19 42:14 | 238:5 244:10 | 64:6,12,14 | 169:20 174:1 |
| 42:24 43:20 | 248:24 253:19 | 65:10,19 66:8 | 174:12,16 |
| 48:15 49:23 | 255:13,23 | 67:13 69:3,19 | 175:3 177:15 |
| 52:24 53:19,20 | 264:22 265:7 | 70:6,17 71:15 | 179:5 180:4,18 |
| 55:11 58:7 | 265:24 267:12 | 72:14,23 73:4 | 183:3 186:18 |
| 61:6 63:4,18 | 268:8 272:3 | 73:18 74:12 | 188:8 189:1 |
| 65:16 66:18 | 286:5,25 | 75:7,14 76:20 | 191:8 193:20 |
| 68:15 69:4,14 | 288:25 289:1 | 77:1,7 78:5,12 | 194:11,24 |
| 69:17 70:16 | 289:17,21 | 79:3 80:16 | 195:9,13 |
| 71:12,16 72:12 | 290:18 307:12 | 81:6,23 82:18 | 196:21 202:10 |

| |
|---|
| 202:15,21 |
| 203:4 204:22 |
| 205:4,17 206:2 |
| 207:18 208:22 |
| 209:7 211:2,15 |
| 212:8 214:5,10 |
| 214:20 215:10 |
| 217:8,18,23 |
| 220:3 221:5,21 |
| 226:9 227:3,15 |
| 228:12 229:1 |
| 230:20 232:11 |
| 232:23 234:16 |
| 234:22 239:5 |
| 240:19 244:1 |
| 245:7 249:12 |
| 250:1 251:21 |
| 253:23 254:22 |
| 256:9 258:15 |
| 260:3,15 |
| 261:16 264:24 |
| 265:11 266:15 |
| 266:17,24 |
| 267:13 268:11 |
| 269:2,12 271:8 |
| 274:14 278:5 |
| 278:12 281:13 |
| 283:3,23 |
| 284:16 286:6 |
| 287:1,13,17,22 |
| 289:3 290:3 |
| 293:24 295:1 |
| 296:8 299:19 |
| 302:6 303:7,24 |
| 305:19,20 |
| 306:1 307:6 |
| 310:3 314:11 |
| 317:15 318:7 |
| 319:9 321:2 |
| 322:6 323:15 |
| 326:21 330:11 |
| 332:11 333:11 |
| 339:3,17 |
| 340:13 341:19 |
| 342:8 343:12 |
| 343:19,23 |
| 344:17 345:2 |

Jeffrey A. Boyd, Ph.D.

347:14 348:12
349:15 350:8
350:20 351:2
351:17,21
352:23 353:24
357:6
**quick** 92:13
**quite** 59:11
135:20 144:19
147:8 274:10
280:3 338:25
**quotation**
322:15
**quote** 126:16
136:8 147:20
147:21 156:15
156:15 157:15
157:15,16,16
163:22,23
185:20,20,22
185:23 258:25
279:1 294:12
294:12 299:1
319:22 333:20
333:20
**quote/unquote**
151:13 263:8
**quoting** 200:16
322:14

_____
**R**
**R** 2:1 3:17,17
**radiation**
136:23
**radicals** 327:20
328:5
**Raise** 353:6
**raised** 157:18
266:10
**random** 177:14
**randomised**
6:13
**randomized**
84:10 122:16
311:14 312:18
318:4
**range** 249:1,3

**rapid** 85:6,16,21
86:8 203:16,25
205:8
**rare** 9:6 116:9
116:20 124:5
**rarely** 85:2
**rat** 250:8
**rate** 20:14 157:8
157:9 196:15
**rate-limiting**
151:14
**rated** 157:6
**rates** 164:9
**ratio** 107:17,19
195:7 346:14
346:20 347:4
348:21
**rationale** 110:1
281:20
**raw** 334:3
**RB1** 152:18,22
231:9
**reach** 131:3
253:9 254:10
258:21
**reached** 177:9
**reaching** 257:1
262:11
**react** 282:25
**reaction** 190:5
190:19,25
191:10
**reactive** 283:15
**read** 13:10 31:3
31:8 32:14,17
32:24 33:7,13
33:19,25 34:3
34:14,17 42:25
46:16 50:3,17
79:1 83:20
92:9 94:19
95:9 98:17
111:20,22
114:15,16
121:16 122:10
122:11 126:9
126:10,20,21

127:5 133:18
136:11,12
137:6,7 147:25
148:1 150:2,3
155:9,10 156:2
157:25 158:1
160:25 161:10
164:17,18
165:20 171:19
171:25 172:1
172:15 173:14
173:16 177:13
177:17 178:9
178:24,25
179:12 182:19
185:6,24
189:15 190:15
192:7 197:16
198:14 200:6
200:12 201:9
203:12,20
209:24 210:13
211:11 216:19
219:14 222:16
223:16 227:7
233:14 234:12
234:23 237:17
237:20,23
241:12 242:3
242:13 244:10
245:19 247:13
249:9 253:11
257:3,17
258:23 263:1
266:13,19
267:3,5,11,14
267:17 271:9
271:25 272:4
275:14,15,17
275:23 279:14
285:10 295:10
297:11 301:6
302:4,7,10,25
303:15 304:20
306:20 308:6
309:6 312:23
314:18 315:8

316:7,15 320:4
324:7 326:1
327:3,11,23
329:10 333:24
346:16 347:25
356:3 357:4
**reader** 281:25
**readers** 186:7
**readily** 236:15
**reading** 37:16
44:14 45:20
59:9 89:4
110:15 160:19
177:18 208:14
208:18 226:21
227:11,12,14
228:11 236:22
246:23 254:5,8
254:17 260:2
266:11 267:10
267:25 295:22
308:14,18,19
312:21 316:12
321:11,12
322:7 325:5
**reads** 216:7
**ready** 238:19,21
**real** 221:19
**reality** 61:2
273:1 314:5
**realization**
134:5
**realize** 227:7
**really** 40:5
44:10 93:22
95:18 128:20
128:24 131:9
134:18 191:15
192:11 199:6
210:13 222:24
289:4,14,21
328:12
**realm** 18:10
196:20
**Realtime** 1:18
355:3,18
**reask** 23:21

115:10
**reason** 8:25
21:12 25:22
72:18 83:8
124:3 152:13
199:7 298:19
299:5 319:4
326:7 338:7
339:7 356:5
**reasonable** 20:9
97:13,19,20
131:19 270:20
325:12
**reasonably**
127:23
**reasons** 110:2
248:10
**REATH** 2:21
**REBECCA** 3:7
**recall** 15:5 16:8
22:13 37:16
47:6,14,16
48:9,18 50:13
59:7 64:12,13
90:3,8 92:22
99:24 100:9
104:2 108:2
110:10,15
130:13,17
137:15 169:25
258:23 259:12
272:1 279:23
341:24 342:1
342:12 343:1
344:1,9,18
349:14 353:17
**recalled** 260:2
**recapitulate**
100:2
**receipt** 356:15
**receive** 273:19
**received** 19:12
20:21 59:14
155:13,20
325:7 335:24
**receiving** 252:25
253:1

receptor 72:7
236:1,3,4
recitation 58:4
reciting 216:5
recognize
108:24 126:12
152:13 180:13
180:16 187:1,4
234:25 345:18
recognized
98:21 152:11
recollection
169:17,22
recommendat...
352:17
recommendat...
352:6,11,25
record 7:2,13
8:6 9:11,17
14:15 22:1
61:12,14,16
110:22,24
111:1 168:9,11
168:13,16
174:24 208:7
208:11 238:25
239:2,4 270:2
277:21 297:17
322:11 323:10
323:12,14
354:4
records 22:18
26:14
recurrence
105:3 297:22
redaction 12:14
redefine 161:14
161:17
REDIRECT
352:22
reduce 121:11
122:8 313:9
318:12 319:6
reduced 139:10
173:12
reduces 139:5
reducing 318:2

318:8
refer 8:19 29:4
35:23 36:1
61:4,22 62:19
88:11 109:24
112:4 150:21
219:25 223:1
228:2 260:22
295:16 309:20
reference
126:22 127:7
155:8 164:20
164:25 173:9
173:12 180:5
200:5,8,19,20
201:1 202:12
202:23 210:17
234:8,18 237:9
239:9 242:5
245:15 253:24
254:15,19
255:1,5 257:11
257:22 258:16
258:19 261:23
262:17 294:14
295:9,13,14
298:10,10,12
298:13,24
299:22 300:23
301:13 304:19
304:22 306:19
312:4,6,7,8,10
312:15,17,19
315:20 327:22
327:25 328:15
328:19 330:1
333:22 345:12
346:15
referenced
124:24 175:15
181:6 217:11
263:10 275:1
304:8 328:10
references 165:4
165:10 166:1
179:7 224:2,17
254:5 257:2,5

257:8 258:6,20
258:25 262:22
302:2,3 303:9
303:13 309:4
referencing
298:15
referred 64:24
231:21 263:7
referring 64:18
76:12 82:21
83:10 143:8
200:25 224:7
232:15,17,20
235:15 263:18
296:16 324:21
338:16
reflect 302:19
reflection 340:3
refresh 37:15
169:9 340:22
refreshes 169:13
refutes 201:21
regard 25:4
37:18 65:12
176:17,18
192:20 243:19
244:7
regarding 42:11
49:19 53:6
54:22 56:20,25
57:17 58:20
59:2 62:8,24
63:10 64:9
68:10 69:5
77:14 78:8
82:14 93:8,17
94:1,14,16
108:23 123:17
142:21 160:12
161:1 166:2
169:10 170:3
197:24 225:14
255:9 265:12
266:25 271:11
297:2 320:18
320:21 334:17
334:19 343:2

352:25 353:13
regardless
130:12 151:9
188:6 333:17
regimen 67:19
region 5:20
116:19
Registered 1:17
355:3,17
regression
222:22,25
regulation
134:22
reiterate 113:8
rejected 272:14
272:18 275:24
276:23
relate 27:1,20
214:12
related 24:25
25:8 26:6 28:6
91:22 131:22
209:20 210:5
211:6,22 212:4
227:23 279:25
296:19 305:20
308:17 316:22
342:21 351:12
relates 63:23
127:11,15
243:18 331:9
relating 58:9
172:12,17
221:7
relationship
46:6 123:21
336:13,14
relative 107:22
195:3,18 196:6
196:10 355:11
355:12
relatively 52:11
124:6 179:22
179:24 245:16
250:17 252:19
313:19
relevance 306:4

306:5,5
relevant 46:1
176:13 225:7
328:14
reliance 124:12
225:9
relied 34:10
123:15
rely 117:12
119:11 176:9
relying 249:18
249:22 250:3
330:5
remain 136:7
147:23 148:21
remains 316:3
316:25 317:17
remarks 322:12
remember
11:16 20:6
22:20,23,23
47:5 49:1
58:21 89:22
175:13 177:18
188:7,10
225:18 234:21
259:19,22
279:20 321:20
323:5 342:18
343:10,13
344:14 348:6
remind 103:10
112:11
reminding
103:8
remodeling
182:18
removing
263:13
render 68:18
204:9 243:19
265:20
rendered 39:13
204:20 238:14
270:3
rendering 245:2
245:5 265:19

Jeffrey A. Boyd, Ph.D.

**renders** 237:16
241:25
**reoccurrence**
104:10,24
105:9,15,21
106:13
**repair** 85:22
203:18 205:10
209:20 210:6
211:6,10,13,18
211:23 328:11
328:12,14
**repeat** 17:7 25:5
40:10 55:11
76:2 82:2 87:2
91:11 92:2
93:14 106:3
118:13 121:25
122:25 125:9
128:14 132:18
190:22 194:9
202:20 289:5
331:1 332:1
339:16
**repeated** 192:13
289:15,22
**repeatedly**
263:7
**rephrase** 10:16
23:16 32:13
43:13,15 72:15
80:4
**replication** 85:7
85:11,15,19
155:5 161:4,22
203:18 205:9
206:20
**replicative**
206:22 333:21
**report** 4:19
27:23 31:7,8
32:6,8,14,17
33:12,13,15,16
33:19 34:2,4
34:14,18 35:19
36:2,7,9,11,20
37:1,3,21 43:1

47:2 48:7 50:3
50:18 61:23
67:8 68:20
74:11 78:16
86:14,16,20
87:14,18,25
88:22 90:15,25
92:11,24 93:3
93:9,11,18,20
93:21 94:1,12
94:13,15,23
95:3,12 96:2
96:17,19 111:8
111:12,14
112:8,21
113:25 125:24
131:9,13
135:21 143:6
147:12 155:18
159:6,15,18
160:19,25
164:21 166:2
167:9,13,20
171:10 172:7
172:18,22
175:16 176:10
201:12 233:11
241:18 245:11
261:17 266:8
267:15 278:14
284:23 286:20
294:1,14
297:13,15
300:5 302:13
303:16 316:10
316:13,22
319:11 322:12
323:18 326:4
326:17 328:20
331:22 333:12
335:4 344:19
348:23
**reported** 130:5
130:23 248:20
298:16,25
312:6
**reporter** 1:18,19

7:14 170:16
324:2 355:3,4
355:4,17,18
**reporting**
130:13,18
**reports** 35:5,7
35:20 37:17
46:14,17 89:5
338:17
**represent** 21:2
127:3 175:14
180:25 200:8
216:22 218:2
256:12 334:12
334:16
**representation**
35:12
**representative**
33:16 55:8,14
55:20 77:20
78:3 215:25
**representatives**
28:8
**represented**
216:20
**representing** 8:8
23:18 55:23
58:25 141:11
337:1
**reproducing**
323:1
**reproductive**
61:5 64:10
94:21 95:10
114:23 115:14
118:20 255:10
260:6,11 262:5
263:6,22
273:25 277:3
323:4 336:4
343:3 346:3
**request** 23:7
24:1,2,5,15,20
25:7,17 26:20
27:15 28:4
44:4
**requests** 4:13

23:5
**require** 151:25
**required** 85:18
292:2
**requires** 315:3
315:17
**requisite** 153:2
161:2
**rereading**
347:12
**research** 6:20
32:2 51:22
56:10 79:19,25
80:6 82:13,20
82:22 83:3,3,5
83:7,10,14
86:19,24 87:8
87:10,13,24
88:21 111:15
111:16 114:2,6
163:16 164:15
175:9 188:16
188:20,21
197:15,21
198:1 223:9
228:1 230:22
234:4 240:12
280:1 287:3
290:12 304:5
312:5 313:17
345:5
**researcher**
177:5 218:4
220:16 292:7
**researchers**
99:18,21,23
113:15 199:8
199:12,16
200:15,16
203:24 205:7
210:3
**researching**
26:15
**residents** 87:8
**respect** 71:11
81:21 85:25
86:2 110:12

124:14 140:24
177:3 193:22
204:20 209:5
273:5 306:25
313:12 316:14
321:7 332:20
339:5 348:8
**respected** 187:2
199:12,18,19
**respectfully**
44:3 118:23
121:25 308:13
**respective**
199:13
**response** 4:13
11:17,20 12:9
23:4 192:25
220:8 222:12
294:13 297:21
324:22
**responses** 11:21
12:2 219:13,20
**Restaino** 2:2,3
4:5,7 8:2,7
11:13 12:3,4
13:23 14:15,18
14:20 19:4,19
20:11,18 21:18
21:25 22:6
23:2,15 24:23
26:18 27:14
30:9,13,15,19
31:12 32:12
33:24 34:8,12
34:19 36:10,13
36:18 37:2,12
38:20,22 39:4
39:9,24 40:4
40:11,21 42:4
42:17 43:2,6
43:10,16,21,23
44:5,22 45:2,5
46:9 47:1 48:1
49:16 50:1,8
52:1,18 53:4
53:13,22 54:3
54:14 55:6,21

Jeffrey A. Boyd, Ph.D.

56:15 58:6,8
61:7,11,17
63:5 64:6
65:10,19 66:8
67:13 68:25
69:3,19 70:6
70:17 71:15
72:14,23 73:4
73:8,18 74:12
74:25 75:7,14
76:20 77:1,7
78:5,12 79:3
80:16 81:6,23
82:18 83:21
84:9,17 85:4
85:13 86:6,13
89:1 91:2,12
91:23 95:1,7
95:20,23 97:4
99:6 101:22
102:2,11,23
103:12 104:20
104:21 106:4
107:6 109:15
110:5,20 111:2
117:10,24
118:2,10,15
119:8,10,17
120:22 121:1,5
122:19 123:2
124:16 125:11
125:22 126:2,3
128:6 130:11
130:21 131:10
132:1,15,18,24
137:5,11 138:6
139:12,19
140:9 141:4,20
142:1,18 143:3
143:9 144:6
145:5,15
146:18 147:4
148:9 149:14
150:15,24
154:9,23 156:4
157:1,11 159:1
159:11,21

160:16 161:6
161:19 162:4,8
162:17 163:13
165:1 166:18
167:1 168:2,7
168:14,24
169:2,20 174:1
174:12,16,24
175:3 177:15
179:2,5 180:4
180:18 183:3
186:18 187:25
188:8 189:1
191:8 193:12
193:20 194:11
194:24 195:9
195:13 196:21
202:10,15,21
203:4 204:22
205:4,17 206:2
207:18 208:22
209:7 210:9
211:2,15 212:8
214:5,10,14,20
215:3,10 217:1
217:4,8,18,23
220:3 221:5,21
226:4,9,17,22
227:3,10,15,25
228:12 229:1
230:20 232:11
232:23 234:16
234:20,22
238:21 239:5
240:3,7,19
244:1 245:7
249:12 250:1
251:21 253:23
254:7,16,20,22
255:18,21,24
256:9 258:13
258:15 260:1,3
260:15 261:14
261:16 264:24
265:11 266:17
266:24 267:13
268:11 269:2

269:12 271:8
274:14 278:3,9
278:12 281:13
283:3,23 284:6
284:16 286:6
287:1,13,22
289:3 290:3
293:24 295:1
299:19 302:6
303:7,24 306:1
307:6 310:3
314:11 317:8
317:15 318:7
319:9 321:2
322:6 323:7,15
326:21 330:11
332:11 333:11
339:3,17
340:13 341:17
341:19 342:8
343:12,19,23
344:17 345:2
347:14 348:12
349:15 350:8
350:20 351:2
351:16 352:23
353:23
**restate** 70:15
329:16 339:22
**restating** 184:1
**result** 67:5
134:6 206:5
219:9 232:24
246:4 275:10
281:2 339:24
**resulting** 155:4
**results** 164:14
171:18 173:13
178:4 234:7
242:1 279:13
287:6,8 291:21
320:13 327:8
331:17 332:16
337:16
**retired** 39:14
40:25 41:1,13
**retirement**

38:15
**retrograde**
259:4,15 260:4
**retrospective**
257:13 331:24
**retrospectosc...**
247:4
**retroviral-ind...**
134:4
**return** 153:13
153:24 171:9
278:10 356:13
**returned** 67:9
**Reusing** 101:5
**revelation** 121:8
122:5
**review** 6:7 17:24
20:13 48:6
87:6,16 112:7
112:18,24
113:14 156:11
183:12 186:3,6
186:13,15
189:10,13
201:18 203:8
203:10 207:14
210:18,23
227:22 257:25
259:13 270:10
270:13,19
300:12 304:3
322:14 325:7
325:14 326:16
335:1
**reviewed** 13:15
32:7 35:20
87:19 113:5,11
268:12 271:25
273:6 275:2
**reviewer** 273:4
277:8 319:19
319:22 321:13
322:15,18
324:14
**reviewer's**
319:25 325:1
**reviewers** 28:8

269:25 270:7
270:21 271:3
273:22 278:1
322:9 324:9,12
336:8,17
**reviewers'** 275:4
**reviewing** 52:15
336:21
**reviews** 189:20
**revised** 274:2
**revision** 273:15
**revisit** 81:24
**rhetorical**
195:22 286:5
305:19
**rid** 345:11
**ridiculous** 214:2
214:18
**right** 9:22 22:12
96:3 111:10
120:2,16
129:11 135:20
137:24 149:19
150:17 153:15
170:12 178:13
182:2,11,17
184:22 189:19
194:7 200:14
207:9 209:11
218:24,25
219:4 222:6
224:16 226:8
230:6 233:23
241:4 254:6
261:7,23 280:4
305:3,6 310:24
328:24 333:16
333:20 345:25
**right-hand**
121:2 149:16
157:3 182:5
237:3 240:21
300:18 302:15
**rigorous** 124:13
**ring** 187:21
**rings** 341:1
**rinse** 17:7

**risk** 4:24 5:2,11
5:23 6:4,17
52:21 57:17
62:25 63:11,16
63:22 64:4
100:8,10,12,15
100:16,21,22
100:25 101:4
101:11,19,24
102:6,25
103:13,16,19
103:23 104:24
105:2,9,14,19
105:22 106:11
106:14,21,22
107:17,19,23
108:25 109:5
109:18,19
131:13 137:18
138:8,9,19,24
139:1,5,10,14
139:24 140:1,4
140:11,15,19
140:25 141:1
143:21,25
144:13 145:22
156:16 162:21
163:17,20,24
164:3,6,7,11
164:12 165:12
165:16 173:12
182:7 183:10
183:19,25
184:3 187:18
189:21 190:1,7
191:20,23
192:14 193:7
194:1,14,22
195:1,2,3,6,15
195:17,18,18
196:1,2,6,9,10
196:11,14
198:10 268:16
292:15,21
293:5,16
299:24 301:25
302:9 311:7

312:7,13
325:25 326:25
329:7 330:23
331:4 339:10
339:19,23
342:14 343:4,6
343:15 344:3
346:3,5,6
347:1,18
348:20 349:8
349:19,21
350:14 351:12
353:8
**risks** 144:4
254:1 340:8
**Road** 2:13
**Roberta** 186:20
187:10 193:6
193:24 194:12
342:9
**ROCA** 311:3,7
312:14,18
313:7,14,24
**role** 5:9 6:6
17:19 46:2
54:21 91:6,16
92:1,6 93:8,9
93:17,18 108:6
108:7,11,13
173:8,20 184:6
184:14 186:21
189:3 210:19
304:1 327:21
329:4 349:11
**room** 10:20
80:22 83:13
**root** 135:7
**rose** 311:9
**rough** 334:15
**roughly** 249:5
251:14,16
330:18 353:17
**round** 27:13
29:11
**route** 141:24
**row** 333:19
**Royston** 3:15

**RS** 325:23
**rude** 9:16 10:2
**Rudolf** 179:16
**rule** 148:3
157:15 261:2
**ruled** 17:11
**rules** 8:15 14:11
18:24 40:7
142:4 256:3
**rush** 253:22
**rwoods@seyf...**
3:7

---
**S**

**S** 2:1
**S-a-e-n-z** 31:14
**S-h-i-h** 33:3
**S-i-e-m-i-a-t-y...**
48:4
**S-i-n-g** 51:3
**sad** 314:4
**Saed** 6:1 34:17
35:18 37:17
94:1 172:17,24
173:3,6 184:9
184:12 225:16
243:18 245:13
248:20 249:4
263:6,11
268:13,13
271:11 274:20
279:3 285:1,16
286:9 294:14
305:22 324:3
334:17 335:17
338:25
**Saed's** 34:3,14
46:3 68:19
90:15,23 91:21
91:24 92:4
93:9,17 94:14
94:15,20 95:9
111:13 143:6
241:22,24
244:8 248:1
249:19 251:11
269:14 278:18

281:9 306:25
319:20 338:12
**Saenz** 31:16,17
32:4,6
**safe** 75:8 127:23
164:19 171:6
282:3 283:16
**safety** 289:9,10
**SALES** 1:4
**saline** 246:12,20
246:24 247:8
247:11,23
**salmon** 262:9
264:1
**sand** 279:11
**Sarah** 50:9
**sat** 84:23
**Savannah**
345:20
**save** 11:7
**saw** 13:2 29:18
30:20 261:6
277:9
**saying** 16:15
23:16 26:9,12
31:19 66:13
128:23 157:21
214:17 217:2,7
228:20 254:15
256:1 276:4
285:19 287:23
327:7 329:3
332:6
**says** 7:21 184:25
276:1 295:13
322:18 335:15
**scale** 251:18
**scanning** 5:19
**scenery** 343:11
344:16
**Scholler** 298:11
298:25 299:22
304:7 305:4
**school** 51:13
256:3
**science** 156:17
157:4,5,10

173:7,19
184:13 199:15
199:21 273:12
273:13 293:17
336:10,12
**Sciences** 94:21
95:10 273:25
277:3 336:4
**scientific** 26:22
27:17 28:9
29:7 56:19
62:14,23 65:18
86:23 87:20
88:6,11,12
100:20 113:19
113:21 131:20
157:6,9 158:22
160:11 171:23
192:11,17,19
208:25 209:4
265:18 270:7
281:8 285:24
287:3,15,19
342:16 351:10
**scientist** 59:22
66:12 74:17
83:19 105:18
106:6 174:11
188:16 290:4
337:15
**scientist's**
100:20
**scientists** 59:11
313:15 325:12
**scope** 101:17
111:11 342:17
**screen** 245:1
**screening** 5:13
6:11,13 187:19
198:13 295:18
307:24 309:18
310:11,15,25
312:5,10 315:3
315:17
**scroll** 330:17
**scrotal** 130:19
**se** 108:16,21

search 89:17
90:9 157:13
172:6 175:23
176:3,4 177:11
searches 89:9,10
89:12
second 16:24
17:20 53:20
66:2 177:4
181:16 184:18
184:23 185:14
202:23 204:12
227:4,5 229:11
239:11 253:7
256:22 268:22
300:10,14
304:12 306:15
309:8 316:21
323:20,23
324:15 336:15
336:19 343:25
346:1
second-line
312:12,16
secondary
339:25
Secondly 228:5
seconds 285:13
section 111:11
135:22 167:14
171:11 233:11
233:17 240:23
256:19 261:22
278:14 294:2
309:10 316:1
326:6 352:24
sections 350:13
see 11:21 12:15
12:19 16:24
23:4 34:1,6
36:23 39:18
40:15 55:15
74:10 77:13,19
78:3,6 114:4
120:10,19
121:4 136:1
141:25 148:25

149:13,21
157:2 161:11
165:6 167:15
171:12 172:25
176:24 177:21
181:23 182:8
182:13,15
184:19 185:17
186:25 189:9
192:5 193:2
197:1,7,8
198:16,23
202:18 203:1
209:13 218:17
218:24 219:5
220:24 222:8
229:12,14
231:15 233:17
234:1 237:6
240:8 241:20
254:23 261:25
274:5,19,25
278:16 295:14
296:9 298:13
298:15 300:1,6
300:7,19
302:17 304:14
304:25 306:4
307:19 308:11
308:22 309:11
312:1 314:20
317:12 323:21
325:19 329:2
336:18 345:16
352:10
seeing 11:16
37:6 45:13
49:18 52:7
175:13 239:21
seen 11:14 12:17
14:2 50:12,14
175:10 178:6
178:17 255:7
256:14 274:16
275:8 286:20
314:16
select 176:8

177:10,17
selected 270:10
self-evident
115:20
self-reference
210:23
self-sufficiency
207:4,19
226:13 227:18
228:14,18,25
229:17
seminal 134:2
134:11
send 19:10
276:18
senior 113:9
sense 4:24 10:10
31:1,18 55:1
72:7 77:25
84:4 91:1
126:25 127:1
134:15 146:2,6
152:8 156:16
228:6 246:22
sensitive 300:22
301:2 316:4,25
317:17,25
sensitivity 295:6
297:3 298:21
301:20 313:20
315:4,18
sentence 77:24
111:12 114:2
120:15 123:19
125:25 126:4
126:25 146:2
147:14 148:16
149:7,19
150:13,20
154:25 159:20
165:3 171:14
171:21 174:10
190:22 194:9
199:23 200:21
202:16,24
203:15 204:3,7
204:9 209:9

211:12,16
223:7 225:11
233:24 237:8
241:17 243:23
254:9 258:5
262:20 271:7
282:21 294:8
295:2 301:15
301:17,23
303:15 307:22
310:17 316:15
316:23 326:13
327:17 328:15
329:3 340:12
sentences
149:15 196:23
272:6 301:15
301:18 308:15
348:3
separate 34:23
separately 36:23
Sephardic
108:20
sequence 285:23
287:15 288:9
291:20,25
sequencing-ba...
66:25
series 326:9
serious 94:3,3,4
94:4 248:6
seriousness
343:9
serous 232:4
306:18
serum 5:5,11
177:22 178:2,6
198:9 294:10
295:6 298:16
298:23 299:14
311:8
serve 55:9
served 155:16
273:8,10 291:5
335:18
serves 335:23
Services 1:23

3:18 7:4 47:11
50:23
serving 273:3
338:2
set 216:10
230:15 310:23
355:9
setting 83:12
seven 18:25 19:2
19:5 120:14
141:22 149:17
185:13 219:3
343:15 344:3
346:6,13 347:1
347:18,20
348:20 349:19
349:25
seventh 317:22
sex 213:11
SEYFARTH 3:6
shake 30:23
shaking 31:18
205:16
shape 298:1,5
share 89:19
98:21 272:9
330:4
shared 285:9
319:19
sharing 170:1
225:2
SHARKO 2:21
74:4 256:5
260:25 261:6
350:24 351:1
SHAW 3:6
Shawn 50:22
sheet 356:6,9,11
356:14 357:7
Sherman 199:5
shifted 293:11
Shih 33:3,4,12
33:17 92:10
141:23
Shih's 216:19
SHKOLNIK
2:12

Jeffrey A. Boyd, Ph.D.

**Shook** 1:13
**short** 124:7
  242:24
**shorten** 97:10
**Shorthand**
  355:4
**shot** 149:5
**show** 29:10,12
  156:19 164:6,8
  207:2 259:25
  301:25 302:8
  307:7 313:23
  321:11 325:10
  334:7,8 346:13
**showed** 259:3
  346:25 347:19
**showing** 79:6
  192:23 303:18
  313:19 348:19
**shows** 238:13
**shred** 333:4
**Shukla** 248:22
**sic** 9:13 44:20
  51:3 243:17
**side** 121:3
  139:13 149:16
  170:9 237:4
  240:21 245:11
  267:1 300:18
  302:15 338:1
**sides** 18:22
**sidetracked**
  331:19
**Siemiatycki**
  48:3
**sign** 356:8
**signal** 231:8,12
**signaling** 207:5
  207:20 227:17
  228:18 229:22
  229:24
**signals** 226:13
  227:18 228:14
  229:18 230:7
  230:23
**signed** 95:14
  96:2,16 349:9

**significance**
  319:22 321:4,8
  322:10,18,23
  324:15
**significant**
  275:8
**significantly**
  124:11
**signing** 94:13
  356:9
**silica** 244:14
**silicate** 278:22
**silicates** 283:5,7
  283:19
**silicon** 71:3 72:2
  278:23 279:11
  279:18 282:1
  284:14
**silly** 286:24
**similar** 17:1,12
  218:13 242:12
  252:12 279:10
  280:17
**simple** 142:9
  280:20 329:22
**simplistic**
  171:22 198:7
  225:10,18
**simply** 45:25
  155:2,24
  157:23 165:25
  183:20 184:1
  230:12 265:24
  268:9 281:1
  322:14 326:13
  333:8 337:6
  348:11
**Singh** 51:2
**single** 217:10
  275:25 283:13
  332:24
**sinister** 348:8
**sir** 12:15 56:6
  88:3 110:12
  112:10 114:4
  119:1,23
  120:10,19

126:20 130:4
130:17 136:1
145:18 147:18
148:17 149:21
154:10 155:18
156:21 162:25
165:2,6 168:7
171:12 172:25
182:8,13
185:17 197:2
208:8 209:13
215:19,21
218:17 219:5
222:8 231:15
233:23 234:23
235:1,17
236:23 237:6
239:10 241:20
241:21 254:23
261:25 263:2
269:8 274:17
278:16 282:19
286:5 291:3
292:17 297:16
297:18 302:17
304:8,14
308:11 309:11
311:24 314:17
319:15 323:21
325:19 332:20
333:24 338:15
340:5,12 342:6
343:9 344:9
345:25 347:13
350:4 353:5
**sit** 21:8 62:11
  64:15 65:20
  89:18 93:24
  98:20 110:9
  131:11 133:18
  151:4 159:25
  166:10 213:3
  217:9 276:16
  276:21 286:2
  297:8 314:6
  341:23
**sitting** 22:12

29:1 144:7
  192:10 261:7
**situation** 291:19
**situations**
  128:22
**six** 120:14 160:7
  187:6 197:4
  219:2 302:14
  346:13,25
  347:18,20
  348:20 349:19
  352:16
**sixth** 316:16
  345:16
**size** 104:11
  251:1
**Skadden** 3:1
  19:13
**Skates** 313:13
**Skates'** 312:21
**skew** 234:7
**skim** 32:22 33:6
  46:23 47:2
**skimmed** 33:8
  33:14,22 50:19
  92:9 267:17
**skimming** 32:15
**skip** 28:2,4
**SLATE** 3:1
**slide** 28:14,16
  29:1
**slides** 29:11
**Sloan** 31:24
**slough** 265:3
**sloughed** 264:11
  264:14,19
**slow** 226:15
**slurry** 247:20,22
  248:3,10
**small** 67:25
  220:21 252:4
**smaller** 113:11
**Smith** 47:3,7,7
  47:16,19
**smoke** 129:14
  129:19,23
  136:21 221:23

**smokers** 220:20
**smoking** 107:1,7
  107:11,12,17
  107:19,25
  220:23 221:11
  221:12,14,17
**smudged** 331:16
  332:14
**snips** 323:25
**SNP** 323:23
  324:15 326:14
**SNPs** 323:24
  324:2 340:9
**so-called** 152:25
**society** 29:7
  47:12 56:18
**sole** 268:14
**soluble** 236:15
**solution** 242:21
  242:24 243:7
  245:14 248:10
**solvent** 233:13
  233:18 234:5
  236:10,18
  237:3 241:19
  242:16 246:18
  247:8
**somatic** 147:16
  147:21 148:4
  148:12,19
  149:1
**somatically**
  151:20 161:21
**Sonal** 51:2
**Song** 162:23
**soot** 129:25
  130:6
**sophisticated**
  340:8
**sorry** 11:24
  16:21 17:16,17
  19:8,16 21:6
  23:19,24 24:19
  30:13 34:16
  35:10 40:9,18
  42:15 44:14
  48:14 58:2

Jeffrey A. Boyd, Ph.D.

63:3,13 73:19
74:25 82:20
83:18 87:2
91:10 92:2,14
93:12 94:2,8
98:14 102:17
104:6 107:8,10
115:22 117:16
119:1 120:2
121:23 135:16
139:7,22 142:3
145:18,23
151:2 154:22
159:16,21
168:5 169:16
170:25 171:3
181:24 182:2
190:21 197:3
199:2 206:15
215:17 223:24
225:12 227:19
227:21 229:5
238:4,18
239:18 243:22
244:10 245:10
246:16 248:5
253:17 254:7
258:4,6,14
260:22 261:15
264:23 268:7
268:10 271:6
271:21 280:2
286:24 310:18
311:24 317:13
321:19 323:5
326:15 329:15
330:13 331:1
331:19 333:15
338:15 339:4
339:14 340:12
343:17 344:11
345:10 352:9
352:12,13
**sort** 62:6 185:13
**sought** 16:1
310:13
**sound** 38:10

97:13 110:13
119:23 289:25
340:23
**sounded** 226:7
254:14 320:23
**Sounds** 271:20
**south** 1:14 264:7
**space** 251:9
252:4,24,25
253:1 356:6
**spanned** 342:24
**sparked** 157:24
158:4,6
**speak** 99:20
258:8
**speaker** 351:7
**speaking** 58:3
62:13,18 64:17
72:25 101:18
103:4 106:18
116:8 152:6
160:3 213:5,6
228:13 229:25
230:3 231:25
252:19 282:7
328:6 330:19
333:3
**speaks** 281:9
**special** 342:20
**specialist** 228:7
**specialists** 207:1
207:2
**specific** 23:5
67:2,4,18 82:3
108:17 109:25
142:24 165:10
221:10 264:22
265:7 276:11
276:11 281:1
316:4,25
317:17,25
334:6
**specifically**
15:23 21:11
46:4 63:22
68:21 90:10,25
104:10 170:5

213:6 220:2
328:8 344:21
**specificity** 295:6
298:22 299:16
301:19 312:8
312:25 313:20
315:6,11,18,21
**specified** 14:9
**specify** 337:12
**speculate** 249:8
342:6
**speculating**
204:25
**speculation**
270:25
**speculative**
145:11 171:23
**speech** 226:8
**spend** 23:6
290:7
**spending** 217:12
**spent** 26:15
134:11,16
290:11 313:4
**sperm** 266:1,2
267:24
**spoken** 286:9
**spontaneous**
121:12 122:9
152:21
**spontaneously**
282:24
**sporadically**
126:16
**Spring** 296:21
**squamous** 153:6
**square** 250:12
**stack** 169:7
**stage** 105:4,7
295:12 316:5
317:1,18
**stages** 113:7,9
**stand** 22:8
161:13 174:25
294:5 297:14
**standard** 89:8
304:18

**standards** 282:8
**standpoint**
100:20
**stands** 295:19
328:18 346:19
**start** 9:21 18:16
23:7,22 65:17
139:21 172:23
191:17,18
196:16 233:24
243:7 261:23
272:25 312:4
327:6 329:3
**started** 8:5 11:6
22:10 287:23
**starting** 186:9
189:19 244:25
**starts** 120:16
147:14 149:19
178:14 184:19
209:11 219:3
222:7 240:1
300:17 323:19
**state** 15:13
16:25 17:9
59:15 149:10
159:14 205:8
210:3 211:20
220:5 276:24
294:9 304:16
327:19 349:12
356:5
**stated** 203:24
207:3 225:13
259:14 324:14
**statement** 23:20
105:24 128:5
132:8 133:18
140:8 154:4
167:17 201:21
211:4 220:10
223:6 230:19
291:8 303:9,17
306:23 330:21
334:22 340:2
349:24 353:10
**statements**

154:8
**states** 1:1 180:8
200:4,23 201:6
257:14 302:20
322:9 341:10
**stating** 8:7
138:12 159:7
204:16 246:18
337:6
**statistic** 200:24
**statistical** 4:24
156:16 166:25
167:3
**statistics** 200:11
200:20 201:17
**stay** 59:12
113:25 301:22
**steal** 163:9
**stem** 114:10
163:18 164:8
**stem-cell** 164:3
**stenographic**
7:13
**stenographica...**
355:8
**step** 10:2,7
292:19,23
**steroid** 190:3
**Steven** 313:13
**sticker** 170:20
**stickies** 24:11
**sticky** 117:23
**stimuli** 182:23
**stimulus** 121:6
122:3
**stimulus\cond...**
182:12
**stipulate** 284:9
284:13 307:17
**stochastic**
155:17 161:3
**stop** 103:8
125:21 196:19
245:3 296:25
319:8
**stopped** 41:16
**straighten** 35:16

strange 109:6
strategies
    230:17 340:6
strategizing
    164:15
strategy 216:12
    315:3,17
Street 2:4,9 3:8
strength 117:2
    117:13 119:11
strengths 68:10
    69:5 116:4
stress 171:17
    197:9 327:19
    328:10
strictly 160:20
strike 9:15 69:2
    95:21 174:21
    234:24 247:18
    309:15
strikes 166:22
    220:9
stromal 213:12
strong 131:4
    144:2 163:16
    165:15 221:18
strongest 170:6
strongly 306:17
structure
    237:14 283:25
    284:7
students 99:15
studied 61:1
    75:21 294:19
    294:25 329:9
studies 6:18
    53:7 57:11,14
    68:12 69:7
    79:5,8 123:13
    123:15 124:21
    125:5 167:4
    173:10 196:12
    209:22 242:13
    242:14 259:3
    266:1 278:19
    285:21,22
    286:14,15,18

287:20,21
291:10,14
292:2,4,13
313:19 318:14
318:21 319:5
320:1 325:18
325:22 327:2
329:7,23 330:3
330:4,20
331:10,12,13
study 26:4,6
    33:16,17,19
    84:6 92:10,19
    93:9,18 94:14
    107:5 122:23
    123:7,24
    124:10 157:20
    178:2 227:20
    227:21 233:12
    250:5 257:14
    258:17 285:24
    287:6,7,8,15
    287:19,24,25
    288:1,4,4
    289:5 292:8,19
    293:18,19,23
    306:14 308:23
    309:1,2 310:4
    310:6,22
    311:22 312:24
    314:5 315:11
    315:24 318:15
    318:17 319:1
    319:23 321:4,8
    322:10,18,22
    324:6 329:25
    330:12 331:18
    332:17
studying 60:18
    186:9
stuff 260:8,10
    260:12,18
    261:9 264:5,6
    280:8 335:16
    345:11
Sub-associatio...
    182:6

subject 66:22
    270:8,22
    356:10
subjective
    100:18 250:16
    270:8 272:20
submission
    273:16 276:24
    319:21
submit 118:24
    173:15 237:18
    274:2 279:15
    304:9 346:17
submitted 96:16
    188:4 269:21
    269:21 270:9
    271:4,14
    272:14,17
    273:24 275:10
    275:12 276:15
    276:20 277:2,9
submitting
    19:16,17
Subscribed
    357:15
subsequent
    58:16 86:9
    94:20 95:9
    114:22 115:5
    115:13 118:19
    135:4 151:17
    151:18 153:1
    156:6 203:19
    205:10 311:5
    324:18
subsequently
    272:22
substance 72:6
    125:14 357:7
substances 77:3
substantial 5:1
    52:14 162:21
    192:2 335:9
substantive 64:4
    249:14 305:20
substantively
    331:17

substitute 132:6
subtypes 213:10
    213:16,21
sued 17:9
suffice 153:15
    177:16
sufficient 117:4
    164:10 171:23
sufficiently
    320:2
suggest 14:13
    106:24 123:15
    140:13 176:3
    210:15 216:7
    216:18 219:24
    230:13,13
    257:7 305:23
    308:14 319:4
    347:23 348:5
    352:18
suggested
    123:12 216:19
    244:11 348:9
suggesting 43:5
    173:7,19 183:7
    184:13 194:21
    207:14 264:6
suggestion
    124:25 216:14
    307:1
suggests 197:14
    282:23 327:18
suit 16:4
Suite 1:15 2:13
    2:17 3:13
sulfur 237:12
    238:1,7,15
summary
    163:15 183:5
    183:13 310:7
    312:21,23
    344:23
Summit 47:10
supplemental
    11:23 12:10
    13:7 29:16
    34:6 35:3

46:12
support 62:15
    62:23 124:6
    133:17 167:5
    171:24 200:21
    202:4,6 204:6
    219:10
supported
    176:16 320:13
supporting 5:22
    268:15 292:14
supports 111:16
    336:24
suppose 87:21
    96:25
supposed 240:6
suppressor
    151:8 152:2,18
    231:4,6,8
    232:6
sure 10:25 11:2
    24:18 31:15
    36:5 40:12
    52:5 61:11
    74:20 82:5,23
    92:25 93:21
    104:20,20
    110:20 143:1
    163:1 166:12
    187:16 206:3,4
    206:7,8,10
    238:24 248:6
    271:19 276:13
    283:9 296:8
    309:25 325:15
    328:12
surgeon 41:21
surgeons 41:20
surgery 42:2
    68:6
surprise 192:17
    222:1 246:10
    246:13
survival 6:6
    304:2 306:6,10
    312:9 314:2
surviving 310:9

Jeffrey A. Boyd, Ph.D.

**SUSAN** 2:21
**Susan.Sharko...**
    2:22
**susceptibility**
    132:4
**suspected** 76:16
**sustained** 208:5
    229:24
**sustaining**
    227:16 229:21
**swear** 7:15
**sweeping** 130:20
**sweeps** 130:15
**swirling** 252:10
**switch** 80:24
    81:8 288:24
**switched** 293:2
    293:9
**switching** 288:2
    324:13
**sworn** 7:19
    355:5 357:15
**Sylvester** 15:23
**symbol** 326:24
**symposia**
    342:16
**synonymous**
    162:3
**syntax** 73:14
    147:3 158:21
**synthetic** 114:18
    114:19
**system** 223:14
    264:8 328:11
**systematic**
    257:24

_____

**T**

**T-r-a-b-e-r-t**
    198:8
**T.H** 51:13
**table** 71:23 72:2
    73:25 330:2
    333:18
**take** 8:22,22,24
    9:23 38:11
    60:19 78:21

163:14 168:18
170:21 173:4
184:9 187:15
237:22 250:23
262:19 293:25
310:22 311:17
313:2 314:12
319:12 323:8
326:13 327:25
**taken** 8:11 21:3
    34:21 64:8
    114:25 115:16
    118:22 355:8
**takes** 252:7
**talc** 5:20 21:11
    25:10 27:2,21
    28:10,22 42:11
    46:8 49:19
    51:23 53:8
    57:12 62:8,16
    70:11,23,24
    71:9,19 76:9
    89:21 111:5,18
    112:1 171:15
    172:13 182:22
    183:7,18,25
    190:8 193:25
    194:14,22
    196:11 209:22
    211:24 225:5
    238:3,9,11
    241:14 242:2,9
    244:6,13 245:9
    245:14,14,17
    245:21 247:9
    247:10,16
    248:2,9,14
    251:2 252:9,11
    253:2,6,9
    254:3,10 255:9
    255:15,18
    256:23 257:12
    257:24 258:11
    258:21 259:4
    259:10 262:4,8
    263:4,21,25
    278:21 279:10

280:5,9,12,18
281:1 282:6
285:4,7 320:18
324:6 344:8
346:8 348:16
352:18 353:14
353:14
**talcum** 1:3 5:22
    7:9 25:9,10
    27:1,2,21,22
    28:10,10,21,22
    54:22 56:11,20
    57:1 59:3
    68:13 69:8
    70:1,4,8,21,22
    76:1,6,10,21
    77:4,10,16,22
    78:9,14 79:7
    89:22 94:16
    144:13 148:3
    148:11,25
    149:12 150:10
    154:18 170:4
    238:13 246:1
    268:15 292:14
    335:19 347:3
**talk** 58:11
    227:13 312:25
**talked** 56:3
    100:7
**talking** 9:25
    33:9 67:23
    129:7,8,10
    135:4 142:22
    142:24 143:4
    146:22 149:8
    174:9 184:5
    194:3 200:15
    204:4 205:25
    207:3 211:17
    213:9,10
    216:14 221:10
    224:20 225:23
    251:17 276:10
    287:19 288:20
    288:21
**Tallahassee**

16:14
**tape** 18:24
**target** 245:6
**task** 160:4
**technical** 26:22
    27:17
**Tecum** 4:12,15
**teenagers**
    116:11
**telephone** 58:17
    169:10,14
**telephonic**
    169:22
**tell** 7:20 62:12
    187:8,9 251:4
    276:17 335:10
    336:1
**ten** 309:1
**tend** 116:3
**tended** 249:1
**tendency** 97:8
**tens** 250:10
**tenured** 79:16
**term** 16:5 28:16
    64:1 83:10
    88:16 90:9
    100:19 109:16
    127:11,15
    128:7,24
    155:12,14,16
    155:19 158:6
    158:24 161:15
    166:20,23
    167:11 191:4
    191:16 222:23
    225:1 226:19
    248:6 250:17
    272:19 301:9
    342:24
**terms** 73:23
    82:10,24 84:4
    116:25 161:17
    188:20 194:22
    195:1 204:18
    221:19 236:1
    251:18 259:8
    288:24 324:23

338:1 349:12
**test** 8:19,21
    35:25 108:1,4
    205:20 244:21
    279:5 284:11
    312:13
**tested** 123:17
    295:4
**testicular**
    129:24 130:6
    130:14
**testified** 29:18
    92:8 137:21
    188:13 195:4
    301:10
**testify** 65:7
    355:5
**testifying** 4:16
    13:25 14:13,23
**testimony** 18:2
    18:13 35:19
    42:13 46:20
    54:8 58:5
    68:20 83:11
    267:11,23
    355:8
**testing** 243:9
    285:3 290:15
    292:9
**tests** 295:23
**Texas** 44:13
    45:4
**text** 184:25
**textbook** 61:2
**textbooks** 65:17
    160:6 265:18
**thank** 9:3 14:18
    21:5 33:1 35:1
    61:19 62:4
    66:4 104:1
    106:8 167:21
    168:8,20 172:3
    173:17 175:17
    178:11 179:6
    269:9 272:12
    319:13 342:7
**Thanks** 353:25

Jeffrey A. Boyd, Ph.D.

theme 198:5
theoretically 75:5 322:4
theory 111:18
therapeutic 67:11 288:4,22
therapeutics 67:4,24 293:10
therapy 60:14
thereof 191:22
thing 16:24
  168:17 170:17
  179:23 276:1
  276:22 293:3
  343:9 344:14
things 49:24
  50:7 159:14
  206:1 261:9
  268:19 286:20
  286:22 314:19
  349:25
think 9:14 15:12
  20:8 26:8
  27:11 34:12
  40:2,6 43:13
  45:17 46:1
  50:6 52:10
  61:5 73:15,16
  75:4 81:24
  87:19 89:6,7
  96:7 119:13
  128:21 131:2,3
  131:12 132:16
  133:22,23,25
  135:12,17
  137:21,22
  141:16 145:7,9
  145:10 146:25
  154:5 155:15
  159:19 167:18
  170:11 177:1
  188:13 189:12
  191:5,11,15,16
  191:16,18,24
  192:1,9 193:10
  194:17 201:13
  201:16 202:2

204:15,17,23
217:13 223:5
224:20 226:25
227:6,22
228:19,22
235:19 236:19
244:14,17,24
247:1 250:25
262:19 263:16
267:10 268:6
271:22 277:7
277:13,24
279:22 281:5,6
281:8,19
283:16 286:23
296:1,16
297:13 303:18
321:13 324:11
324:20 329:25
335:12 336:5
339:7 341:5,7
348:10,13
353:15
thinking 71:25
  235:24 248:18
third 11:22 12:6
  12:22 13:5,8
  40:24 114:1
  182:15 189:18
  308:8
thirty 356:15
Thompson 2:7
  260:25 261:3,8
  261:15
thoroughly 172:15
thought 93:12
  96:15 159:22
  195:4 217:6
  281:9 321:18
  343:18
thousand 176:6
  176:12,16
  250:13
thousands 166:12,13
threatened

121:11 122:8
three 43:19 58:1
  120:14 121:20
  149:17 219:2
  232:7,10,12,15
  232:17,20,24
  254:5 258:20
  258:24 300:16
  333:21 352:15
throw 243:6
tick 270:18
tie 270:18
time 7:6 11:8
  18:4,23 19:12
  22:1 23:6
  26:15 29:13
  35:14 40:24
  45:19,24 46:1
  46:16,22 50:7
  52:14 59:24
  61:9 62:21
  72:1 96:13
  97:6,10 110:19
  112:17 117:3
  124:7 134:12
  134:13,16
  137:13 141:14
  150:4,9 154:17
  167:25 168:3
  168:19 169:25
  179:18 203:11
  217:13 242:20
  242:25 253:20
  264:7,8 277:19
  278:4,10
  286:15 288:17
  290:8,10 292:8
  292:10 299:13
  301:7,8 316:16
  317:22 335:25
  336:6 341:7
  344:13 353:10
  354:2 355:8
time-consuming 32:24
timeout 168:19
times 9:5 10:21

18:22 23:1
34:21 43:19
69:1 172:16
192:8 194:18
195:12,17
196:9 205:18
206:18,21
216:24 217:11
218:3 221:7
266:10 272:15
272:18 317:4
327:15
tissue 134:23
  190:10 207:25
  265:3,21
  292:13
tissue-specific 163:17,18
tissues 66:23
  134:8 192:23
  282:16
titanium 254:2
  281:4
title 98:1,6,8,12
  110:13 175:18
  175:20 189:8
  203:7 215:6
  306:4 328:9
titled 38:7 47:10
  119:19 156:14
  162:20 175:5
  186:21 198:9
  217:25 229:17
  292:12 304:1
  304:23 307:10
  314:14 316:2
  326:23 345:4
titles 177:7,12
tobacco 136:21
today 8:15 10:21
  11:2 18:20
  21:8 22:3
  23:18 59:25
  61:20 62:11
  64:15 65:20
  68:18 79:12
  87:14 88:9

89:18 90:14,22
93:24 98:20
110:10 131:11
133:18,20
141:24 144:7
151:5 160:1,12
166:10 192:10
213:2 217:9
225:5 240:6
276:17 280:12
286:2 290:11
314:6 327:14
335:7 341:23
today's 7:5 80:9
  354:2
told 42:25
Tomasetti 156:8
  156:10 157:18
  158:2
Tomatis 120:18
tone 289:20
tongue 16:20
tongue-tied 16:21
tool 109:12
  302:22
top 114:1 147:12
  165:3 218:19
  229:15 232:17
  232:18,20
  261:18,22
  284:23 300:3
  302:14 333:13
topic 54:11
  65:18 66:7
  186:8,10
  277:22 320:16
  320:17 342:20
tortured 323:1
total 164:7
  217:1
totality 27:25
  31:9 32:10,20
  32:25 159:2
totally 158:11
tougher 10:4
toxicologist

44:12,23 45:3
49:9
**toxicology** 45:10
287:20
**toxicology's**
45:14
**TP53** 152:17
231:9 232:2
**Trabert** 5:13
198:8 209:8
210:10 225:21
**track** 271:6
**tract** 61:3,5
64:11 114:24
115:15 118:21
255:11 256:25
256:25 260:6
260:12 262:5
263:22
**traditional** 68:1
**training** 32:2
87:10
**trait** 157:13
**transcript** 33:9
90:24 100:2
216:20 263:10
263:14 267:16
338:13 355:7
356:16,17
**transcription**
357:5
**transcripts**
34:23 35:4,6
50:16 89:5
266:12,16
267:18 268:1
**transformation**
112:1 152:3
224:12 307:2
**transformatio...**
134:19 135:8
**transforming**
152:15
**transition**
150:22
**transplant** 15:9
15:19,25 16:3

17:14
**transport** 259:4
259:15
**transportation**
260:5
**transported**
266:3
**transvaginal**
311:6 312:12
**treat** 66:14
**treated** 149:11
245:18 252:18
252:24
**treating** 242:18
250:12 280:17
**treatment** 67:12
205:21 234:6
242:21 287:4
287:20,24,25
287:25 289:6
290:15,20,25
293:2 294:13
297:21
**trial** 5:13 6:12
6:13 84:11
122:16 198:13
287:10 295:15
295:17,18
296:24,25
309:17 310:10
311:11,14
312:18,23
313:22 315:12
318:5
**trials** 84:22 85:3
291:11,13
**trick** 71:12
**tricking** 71:18
**trouble** 35:11
**true** 46:18
100:16,18
134:19 196:13
264:9,12
273:23 287:2
**Truly** 255:25
**Trust** 340:25
**truth** 7:20,20,21

355:5,6,6
**try** 8:22 9:23
10:4,6,9,16
35:16 59:12
94:9 99:24
101:8 199:17
314:18
**trying** 71:17
95:24 101:7
103:24 147:5
150:22 153:11
162:9 204:17
204:24 235:20
236:23 252:20
301:21 325:9
329:15 338:21
345:10 350:5
**tubal** 138:18,23
144:8 344:7
346:12
**tubes** 253:16
257:1 262:7
263:24
**tubules** 266:4
**TUCKER** 3:12
**tumor** 60:13
66:23 67:2,3
97:11 104:12
112:3 151:8
152:2,18
222:21 231:4,5
231:8 232:5
233:8 304:17
305:8,10 306:9
**tumor-associa...**
6:8 222:11
307:10,25
**tumor-promo...**
219:12,19
220:7 223:13
**Tumor-Related**
104:5 110:9
**Tumor-Suppr...**
38:7
**tumorigenesis**
222:13,19
225:6 306:7

**tumors** 97:9
115:2 116:9
213:12,12
222:20 306:18
**turn** 24:7 111:9
113:24 118:3,7
119:25 135:11
135:14 147:11
162:19 165:2
167:12 181:16
215:11 222:4
233:10 239:11
243:5 256:17
277:16 300:9
310:6 319:10
323:17 345:8
345:24
**turning** 242:24
254:25
**TV** 311:6
**TVU** 313:8,25
**twice** 8:12 85:25
147:10 203:6
248:23
**two** 9:25 26:3
32:2,16 34:22
34:23,25 45:23
50:7 98:4
102:17 120:14
149:17 152:15
153:20 155:8
157:19 158:9
196:23 199:9
206:1 207:15
219:2 241:1
257:14 268:19
269:24 270:1,3
270:21 275:2
300:16 303:17
309:4 318:14
326:6 335:21
336:8 341:8
352:15
**two-pronged**
329:20
**twofold** 144:18
**type** 13:11 16:4

16:4,11 17:1
17:24 87:12
108:17 151:9
176:23 212:10
212:11,14,20
212:22 292:19
330:18 344:23
**typed** 13:13 14:7
**types** 112:4
149:24 150:6
150:21,23
151:10 154:12
185:21 212:20
213:3 325:22
**typical** 59:11
236:1 270:6
**typically** 41:20
64:24 67:24
90:6 99:3,8
105:5 115:25
123:15 251:24
301:8 342:23
344:22

--- U ---
**Uh-huh** 120:11
149:22 169:1
173:2 237:5
309:23 311:4
**UK** 6:12 309:16
**UKCTOCS**
6:13 295:14,17
296:23 309:18
309:20,22
**ultimate** 134:5
335:14
**ultimately** 112:2
147:23 148:20
224:14 277:2
323:6
**ultrasound**
311:6 312:12
312:17
**unable** 187:9
275:6
**unacceptable**
335:5

Jeffrey A. Boyd, Ph.D.

295:7 297:3
**unanticipated** 222:12
**unavoidable** 163:20 165:15
**unaware** 336:13
**unbelievable** 204:9,15
**uncertainties** 247:6
**uncomfortable** 158:23
**uncommon** 287:3
**undergrad** 60:19
**underlie** 190:4
**underlying** 13:1 15:4 110:2 112:18,25 160:1 189:24 331:13
**underneath** 120:13 136:4 216:1 230:19
**understand** 9:4 9:18 10:15 11:4 33:1 41:5 46:10 49:3 91:3,13 128:25 183:23 188:9 192:18 195:6 206:4,8 220:17 235:13 265:24 276:6,8 288:15 301:6 331:8 346:18
**understandable** 10:17
**understanding** 8:10 17:22 19:10 29:1 35:17 38:14 39:14 40:25 41:15 53:14 54:4 63:25 70:8,10 75:16

75:18,19 79:11 84:5 90:13,13 90:21 132:25 134:20,22 135:9 159:3 204:3 227:2 235:8 269:23 288:23 291:18 296:4
**understood** 10:13,18 16:10 21:19 22:4 26:12 35:1 170:9
**undoubtedly** 349:10
**unequivocally** 149:10
**unfair** 348:11,13
**unfortunate** 155:12,19
**unfortunately** 136:6 341:7
**unheard** 116:12 116:24
**Union** 3:15
**unique** 285:7
**unit** 15:9,19,25 16:3 17:14
**United** 1:1 200:4 200:23 295:17 341:9
**universal** 236:10,18 237:2
**University** 15:1 15:22 17:9 38:1,3 41:7,11 44:13 45:3 59:15 79:16 116:15
**unknown** 136:7 147:23 148:4 148:21,24 149:25 150:7,7 154:12,16
**unlimited** 45:18

**unreactive** 282:6
**unrelated** 228:21
**unreliable** 242:2 243:20 244:7
**unresponsive** 9:16 69:2
**unstable** 237:16 238:14
**unstated** 299:6
**unsure** 35:15
**unusually** 33:23 268:8
**up-to-date** 21:1
**upcoming** 30:21
**update** 98:18
**updated** 218:15
**updating** 217:3 217:4
**upper** 256:19,24
**uproar** 158:7
**upstream** 262:9 264:1
**upward** 266:3
**Urban** 6:5 298:11,25 299:21,23 300:1,25 304:7 305:4
**usage** 344:8 346:8 347:3 353:1
**use** 5:23 46:8 63:20 78:18 80:10 83:9 99:13,18,21 111:18 125:4 140:3 142:2,20 143:10,15,19 143:25 144:10 146:7 147:7 155:14 158:5 158:24 162:5,9 173:11 183:25 200:19 222:24 233:13,17

234:5 241:19 243:18 248:13 252:20 253:10 254:11 257:13 257:24 258:22 268:16 277:5 280:18 287:25 292:15 294:10 294:20 297:9 297:19 302:21 303:3 309:24 312:15,17 342:24 346:6 346:11 352:18 353:7
**useful** 222:25 262:19 272:10 295:8 297:4
**usual** 245:25 273:18
**usually** 9:8 344:23
**uterine** 190:10
**utero** 114:14 116:20 117:5
**uterus** 262:7 263:24 266:4
**utility** 299:15
**utilize** 86:24 87:7 89:13
**utilized** 28:20 89:7,20 172:5
**utilizing** 148:25
**utity** 196:16

———————
**V**
**V** 3:17
**vagina** 65:4,23 114:13 116:7 253:15 262:6 263:23
**vaginal** 312:17
**vague** 80:13 84:14 85:10 109:23 158:17 170:6 272:19 290:17

**vaguely** 8:14 37:19 225:19
**valid** 244:16
**validity** 331:9 333:4
**value** 250:24 333:21
**values** 333:21
**variable** 5:5 175:6 177:24
**variant** 328:4
**variants** 143:23
**various** 70:13,19 134:8 172:15 198:24 216:12 284:25 325:22
**Varmus** 134:1
**veracity** 68:19 277:8 323:3
**verbatim** 355:7
**verbiage** 313:3
**version** 20:20 98:19 240:11 240:13,15 241:2,2 274:2 335:15 336:2
**versions** 98:4 153:16 241:1
**versus** 15:2 32:15 108:20 157:18 213:11 249:4 251:19 268:2 290:11 351:11
**video** 7:7
**videographer** 7:1,3 18:23 61:12,15 110:22,25 168:9,12 238:25 239:3 323:10,13 354:1
**Videotaped** 1:12 4:11,14
**view** 167:5
**viewed** 278:2

Jeffrey A. Boyd, Ph.D.

158:10
**Virchow** 5:8
179:11,16,16
180:7
**virtual** 61:2
135:8 236:10
236:18
**virtually** 101:20
105:3 115:21
116:12,24
**virtue** 172:14
**virus** 152:15
153:14,16
**viruses** 134:14
136:23
**Vitae** 4:17
**vitro** 251:19
280:17 286:14
287:5 288:10
289:7 291:14
291:20 292:7
292:12 293:18
**vivo** 285:21
286:15 287:7
289:7 291:15
291:21 292:23
**vivo/animal**
288:10
**Vogelstein**
155:13 156:11
157:19 158:3
**volume** 121:15
254:2
**voluntarily**
69:12
**vulva** 64:19,25
65:2,3,22

—————————
**W**
—————————
**W** 307:20
**W-a-c-l-a-w**
156:13
**W-u** 162:23
**Waclaw** 156:14
157:13
**wait** 23:12 24:10
28:5 174:6

267:6 332:3,3
333:14
**waiting** 352:13
**walk** 30:22
80:22
**walking** 31:18
**wall** 246:9
**want** 14:12 34:9
34:13 36:3
37:10 39:17
40:14 42:16
61:23 63:20
68:14 82:23
137:24 141:13
141:14 142:10
143:1 163:1
167:19 168:1
168:17 171:4
208:7 224:1
237:20 239:23
240:2 259:24
267:8 271:24
284:1 311:21
321:10,14,22
350:1
**wanted** 288:14
288:18
**wants** 10:20
24:14,17 186:8
**wash** 262:10
263:7,18 264:1
**Washington** 3:3
3:8
**wasn't** 21:21
35:25 95:17
98:7 119:4
170:7 193:10
227:10 261:12
281:24 310:19
310:21 349:3
350:6
**watching** 243:4
**water** 283:11
**waterfront**
204:18,24
342:25
**way** 62:3 89:16

120:16 138:20
167:19 180:9
209:10 219:1
238:2,9 261:13
264:4 286:11
292:16 297:25
298:5 306:14
335:9 337:16
**we'll** 8:15,22 9:1
61:22 81:24
172:21 203:13
319:12
**we're** 9:17,21
18:9,20 21:13
23:13,13 33:9
34:15 45:25
61:15 62:18
76:12 82:24
129:7,8,10
139:21 141:23
143:1,4 146:22
146:25 153:13
161:9 162:1
163:6 167:18
167:25 198:20
199:15 200:15
205:25 206:11
212:21,21
215:17 217:13
221:4,10 225:5
225:22 226:11
227:1 229:4,8
240:5,23
251:17 271:17
271:18,22
276:10 288:2
288:21 289:11
289:12 292:20
292:21 293:5
302:14 323:13
336:4 354:4
**we've** 20:20
32:19 37:24
61:9 100:7
141:2 144:4
146:7 162:20
167:15 172:16

181:10 183:21
187:12 191:25
194:18 214:23
215:15 216:2
225:20 232:13
269:13 280:15
284:13 292:25
293:7,11 296:1
331:20 347:1
347:18 349:19
351:3
**weak** 144:19
145:3 183:23
194:20,21,25
253:10 258:22
259:2
**weaknesses**
68:11 69:6
**week** 216:22,25
217:7
**Weinberg** 97:24
207:7,13 208:3
208:16,19,23
209:6 214:23
215:8 217:25
219:18 222:5
**weird** 83:18
191:4
**welcome** 61:18
111:3 168:15
168:21 239:6
319:14
**well-written**
320:7
**went** 17:9 256:3
**Wertheim** 79:14
79:23
**whatsoever**
169:22 238:2,9
**whichever** 96:6
213:18
**White** 47:13
**whited** 332:25
**WHITEHEAD**
2:16,16
**widely** 152:7
157:20 178:7

219:12,21
220:6,13,15
304:17 305:8
305:12
**willing** 150:8
154:17 332:9
**wind** 323:16
**wire** 81:7
**withdraw** 38:20
58:6 167:16
181:15
**witness** 7:16
16:16,22 17:20
18:5 19:8 20:8
21:17 22:4
24:13,18,21
26:13 30:4,11
30:14 31:11
33:22 34:15
36:5 37:6 39:1
39:8 40:1,3,9
40:18 42:1
44:3 45:17
46:21 47:24
49:15,22 50:6
51:20 52:10,23
53:11,18 54:9
54:25 55:15,18
56:14 63:3,25
65:6,14 66:5
66:17 68:17
69:11 70:3,15
72:11,20 73:2
73:12 75:4,12
76:23 77:6,24
78:2,11,25
80:14 81:2,20
82:17 83:17
84:2,14,21
85:9 86:5,11
88:24 90:20
91:10,19 94:19
95:5 96:25
98:24 101:14
102:1,9,16
103:3,9 106:1
106:17 109:3

Jeffrey A. Boyd, Ph.D.

| | | | | |
|---|---|---|---|---|
| 117:16,20,25 | 265:6 266:6,22 | 132:4 133:6 | **work** 24:25 25:9 | 87:25 88:21 |
| 118:4,9,12 | 267:5 268:6,19 | 151:21 160:19 | 46:3 51:17 | 150:20 165:22 |
| 119:6 122:18 | 268:25 271:1 | 187:18 196:4 | 52:12 55:15 | 186:13,15 |
| 122:25 124:2 | 277:21 278:6 | 200:4,23 | 68:19 90:23,23 | 201:11,18 |
| 125:7,19 128:3 | 280:3 282:22 | 259:14 299:24 | 91:21,24 | 204:25 316:3 |
| 130:9,17 131:2 | 284:8,12 286:4 | 311:6,8 315:2 | 179:21 275:5 | **written** 26:23 |
| 131:24 132:12 | 286:17 287:18 | 339:10,19,23 | 279:25 305:24 | 27:18 35:21 |
| 132:22 137:21 | 288:14,18 | 342:13 346:13 | 306:25 319:1 | 48:7 94:12 |
| 138:1,4 139:4 | 289:18,24 | 348:19 349:18 | **work-related** | 103:22 119:21 |
| 139:17 140:7 | 293:21 294:22 | 352:18 353:7,8 | 26:5 | 132:15 163:15 |
| 140:22 141:21 | 303:6 305:17 | **Women's** 51:7 | **worked** 48:19 | 186:20 207:13 |
| 143:19 144:24 | 317:5,12,21 | **wonder** 260:1 | 56:4 313:15 | 259:23 320:8 |
| 146:14,25 | 318:20 320:25 | **wondering** | **working** 81:12 | 326:6 333:1,1 |
| 148:7 149:4 | 321:12,16 | 117:21 | **works** 40:8 | 338:17 |
| 150:19 154:5 | 322:1,5 330:9 | **WOODS** 3:7 | **world** 180:14 | **wrong** 74:4,7,8 |
| 154:22 156:2 | 332:7,19 | **word** 32:24 | **wouldn't** 34:6 | 90:18 98:1,2 |
| 157:8 158:18 | 335:19 337:9 | 38:11 40:7 | 138:20 246:13 | 191:16 239:12 |
| 159:23 160:23 | 338:2,3,24 | 43:2 74:23 | 260:21,22 | 302:5 |
| 161:9 162:1,13 | 339:16 340:11 | 80:3 103:24 | 337:3 342:2 | **wrote** 111:23 |
| 163:6,10 | 341:18 342:7 | 109:4 115:8 | **wounds** 219:9 | 127:1 136:20 |
| 164:24 166:6 | 343:8 344:11 | 120:17 121:2 | **wrap** 288:19 | 154:10 156:3 |
| 166:22 168:5,8 | 347:9,23 | 121:24 127:18 | **write** 42:19,22 | 174:17 184:8 |
| 173:23 176:20 | 348:25 350:4 | 127:18 132:10 | 86:16 87:14 | 239:12 259:19 |
| 179:4 180:16 | 351:18 356:1 | 145:20 146:10 | 92:23 114:2 | 334:25 346:2 |
| 183:1 186:12 | **witnesses** | 147:1 149:6 | 121:18 125:23 | **Wu** 5:2 162:23 |
| 188:3,18 191:3 | 267:19 268:2,3 | 161:23 185:14 | 126:11 136:5 | 164:20 167:18 |
| 193:16 194:4 | 339:6 | 185:15 187:16 | 147:14 154:24 | 174:3 |
| 194:17 195:12 | **Wolf** 48:11,17 | 192:8 209:11 | 157:13 171:15 | |
| 196:18 202:2 | 48:23 | 210:24 216:9 | 171:22 177:21 | **X** |
| 202:19 203:1 | **woman** 66:9 | 219:5 220:4 | 178:6,19 | **X** 84:6 249:10 |
| 204:14 205:3 | 68:7 101:10,12 | 225:17 236:24 | 196:24 199:25 | **xenobiotic** |
| 205:13,25 | 102:3,4,7 | 289:25 | 203:15 223:8 | 116:23 |
| 207:12 208:13 | 138:17 140:17 | **wording** 218:25 | 223:22 224:17 | |
| 209:3 210:15 | 170:12 264:10 | **words** 63:17 | 231:14 233:21 | **Y** |
| 211:8 212:7 | 265:14 346:25 | 89:23 93:2 | 237:11 253:6 | **Y** 84:6 334:15 |
| 214:1,9,17 | 347:19 | 101:5 106:23 | 256:23 261:21 | **yeah** 11:25 12:3 |
| 215:4 219:23 | **woman's** 64:16 | 110:12 111:22 | 278:18 285:2 | 21:25 23:21 |
| 221:3,14 226:7 | 64:21 | 123:9 147:7 | 295:2 298:24 | 37:7 74:6 78:1 |
| 226:24 228:17 | **women** 6:4 | 162:10,12,14 | 302:15 306:16 | 100:10 117:18 |
| 228:23 230:11 | 47:11 66:14 | 175:19,21 | 307:24 311:23 | 118:12 119:6 |
| 232:16 238:18 | 102:19,20,24 | 183:16 189:7 | 316:3,10 | 168:2 187:25 |
| 238:24 239:24 | 103:1,20 | 196:3 216:13 | 333:17 335:4 | 194:17 195:16 |
| 240:10 243:22 | 114:13,24 | 224:18 231:7 | 339:2 | 205:18 215:3 |
| 245:4 249:7,22 | 115:15 116:10 | 240:18 264:3,7 | **writes** 314:19 | 239:17 240:25 |
| 250:23 253:21 | 116:11,19 | 276:24 280:25 | 319:22 | 243:24 249:7 |
| 258:10 260:14 | 117:1,7 118:21 | 322:2 324:25 | **writing** 26:25 | 271:22 274:5 |
| 260:21 264:21 | 121:10 124:20 | 336:21 337:8 | 27:19 87:6,17 | 288:12 296:10 |

301:18 321:16
345:18
**year** 201:14
275:8 314:22
**years** 14:10,22
31:22 32:2
51:21 52:12
72:1 83:6 85:1
124:13 129:15
130:10 136:18
141:22 144:1
157:19 177:6
187:22 242:19
291:7 310:10
312:5 313:5,11
313:12,18
319:6 341:4,6
341:8,16
344:15,20
349:18 353:17
353:21
**yell** 44:4
**yelling** 290:1
**yesterday** 12:23
13:6 29:19
**York** 2:14 3:2
**young** 116:10
117:7

**Z**

**Z-e-l-i-c-o-f-f**
49:5
**Zelikoff** 49:4,6

**0**

**0.0005** 252:15
**0.005** 250:20
**07932-1047** 2:23

**1**

**1** 4:11 11:11
35:3 63:10
99:13 157:20
182:5 183:5
184:19 185:1,3
196:3 200:5,8
201:1 215:18

215:23 229:12
232:18,19
239:18 240:14
312:4 315:2
319:19 322:8,9
324:14 330:2
**1,200** 18:1,12,17
19:1,5 338:4
**1.0** 196:16,18
**1.2** 195:3,3,7
**1.3** 195:3,3,7,12
195:12,16,17
195:19 196:3,9
196:9,11,18
206:17,18,21
206:21 222:2
**1:10** 168:13
**10** 5:5 33:11
163:25 165:17
175:1,5 245:15
245:22 250:8
254:13
**10.50** 333:22
**10.70** 333:23
**10:02** 61:13,14
**10:14** 61:16
**100** 20:10 153:5
245:17 246:11
**100-millimeter**
250:12 252:9
**100-millimete...**
251:13
**100,000** 176:21
251:16
**11** 4:11,13 5:7
121:1 135:14
135:25 180:2,6
237:4 257:2,8
257:11 258:10
323:17 349:18
**11.07** 333:21
**11.63** 333:22
**11:16** 110:23,24
**11:31** 111:1
**1100** 3:13
**111** 257:5
**11747** 2:14

**119** 4:21
**11th** 6:20 340:23
345:6
**12** 5:9 186:16,20
237:4,9 256:18
323:18 341:16
344:15,20
352:16
**12:36** 168:10,11
**122** 330:15
**125** 294:6
304:23
**13** 4:16 5:11
120:1,6 165:10
198:7 214:3
237:15 240:17
261:23 352:16
**130** 2:4
**14** 5:14 214:22
217:16 229:3,4
232:19 240:17
**14-year** 313:23
**1440** 3:2
**15** 8:23 28:5
35:4 46:13
120:7,22
187:22 217:20
240:17
**150** 273:7
**156** 4:23
**16** 5:16 187:23
234:14,17
237:15 257:2,6
257:9,22
258:10,11,16
300:23 302:2
**16-2738** 1:4
**162** 5:1
**169** 5:3
**17** 5:19 28:14
85:1 256:7,11
291:7
**175** 5:5
**18** 5:22 172:22
269:4,10
294:14
**18-gauge** 251:25

**18-grade** 251:24
**180** 5:7
**186** 5:9
**18th** 19:22,25
131:15
**19** 6:1 121:14
274:12,15
304:19,22
321:24 322:3
**1970s** 134:1
**1971** 116:13
124:8 255:1
**1975** 130:4,10
**1978** 134:10
135:2,4,6
**1980** 348:4
**1990** 97:24
98:10
**1990s** 57:7
**1996** 136:17
255:4
**1999** 186:24
197:18,23
**1st** 59:1

**2**

**2** 4:3,13 11:11
12:10 19:21
23:4 24:6,9,12
29:16 31:13
103:5,18 111:9
111:10,11
113:25 125:24
151:21 165:2
210:9 215:12
215:20 218:9
236:24 239:18
240:14 296:15
306:14 307:23
310:7 312:6,8
327:22,25
**2,500** 315:2
**2:25** 239:1,2
**2:38** 239:4
**20** 4:17 6:2
126:7 129:14
129:14 136:18

165:17 271:13
275:11 283:21
283:24 302:2
322:3 357:16
**200** 130:10
348:10
**200,000** 251:16
**200,000-woman**
313:22
**2000** 98:5,14,14
98:17 214:22
215:8 217:20
217:21 218:11
222:7,10
226:23,23
229:6,8,19
230:4 296:3
**20004** 3:8
**20005** 3:3
**2000s** 18:11 57:8
112:14
**2001** 180:10
182:22 185:9
185:11 186:2,5
**2003** 187:20
**2004** 330:12,14
**2007** 6:21
299:23 304:6
340:17 341:18
344:2 345:7
346:2,23
347:16 348:17
**2008** 175:9
305:2 346:24
347:17 348:19
349:17
**2009** 198:21
225:21 304:4,6
**201** 1:14
**2010** 200:11
253:25
**2011** 98:5,19
208:16 215:6
217:24 219:18
225:23 227:1
229:20
**2013** 104:2

Jeffrey A. Boyd, Ph.D.

**2014** 198:18
  203:24 225:22
  225:22
**2015** 300:2,3,25
**2016** 162:24
  257:15
**2017** 22:17,21
  47:9 156:17
  169:12
**2018** 55:25 56:5
  56:17,24 57:16
  57:23,24 58:11
  258:2 307:14
  314:22 316:3
  317:16
**2019** 1:8 7:5
  20:24 29:1
  59:2 63:10
  144:8 187:23
  256:13 355:19
**202** 3:3,9
**2020** 2:17
**20s** 101:12 102:7
  116:11
**21** 6:3 299:17
**214** 5:11
**216** 3:14
**217** 5:14
**218** 2:9
**21st** 19:22,25
  20:5
**22** 6:6 303:22,25
**224-1133** 2:14
**23** 6:8 302:2
  307:4,8 333:12
**2333227** 325:24
**234** 5:16
**24** 6:11 310:1,5
**25** 6:15 37:7
  95:18 306:19
  314:9,15
**256** 5:19
**25th** 13:3
**26** 6:16 326:19
**269** 5:22
**269-2343** 2:10
**27** 6:19 344:25

**274** 6:1
**28** 294:14
**283** 6:2
**29** 295:9,13
**299** 6:3

---

### 3

**3** 4:16 13:21,25
  23:8 24:2,3,4,8
  24:19,20 25:7
  25:17 33:2
  126:5 147:12
  167:13 171:10
  239:19 240:14
  240:17 311:22
  311:24 312:8
  346:15
**3.3** 155:6
**30** 136:18
  163:25 165:18
  196:8 298:10
  298:12,13
  312:5 313:5,12
  319:6 353:17
  353:21 356:15
**30,148** 216:24
  217:11
**303** 2:5 6:6
**305** 2:13,18
**307** 6:8
**31** 311:22,25
**310** 6:11
**314** 6:15
**3200** 1:15
**326** 6:16
**33137** 2:18
**334** 2:10
**34,389** 218:3
**344** 6:19
**35** 177:6
**35-year** 273:2
**351** 4:6
**352** 4:7
**36** 4:19
**36104** 2:10
**3706** 2:17
**371-7000** 3:3

**39** 239:16
**391** 330:1
**3913** 240:2
**3915** 240:3
**3919** 239:14
**396** 330:15

---

### 4

**4** 4:17 20:16,20
  155:8 167:14
  171:11 233:11
  240:14 241:18
  241:21 245:9
  245:10 309:4
  312:8
**4:08** 323:11,12
**4:21** 323:14
**4:58** 354:3,5
**40** 72:1 129:15
  273:4 310:9
**400** 2:13 18:15
**40s** 124:7
**411** 254:3
**43** 6:17 325:17
  325:21 327:1
  330:2
**44113** 3:14
**45** 101:11
  138:15 144:8
  273:4 343:20
  344:4 346:7
**463** 326:24
**463-2400** 3:9
**4th** 20:24 21:7

---

### 5

**5** 4:19 36:16,19
  135:15 165:10
  245:17 246:11
  246:14 250:19
  261:18 309:5
  312:10
**5,000** 246:15
**50** 176:5 245:22
  246:11
**500** 245:14,21
**53.24** 181:2

**541** 181:24
**549-7000** 2:23
**55** 102:4
**592-5000** 3:14

---

### 6

**6** 4:21 119:15,18
  135:12,17,18
  165:4 178:23
  179:7,8 278:13
  284:22 312:15
**600** 2:22 17:23
**600-an-hour**
  20:14
**623** 178:3
**631** 2:14
**656** 352:8,9
**658** 218:14
**659** 222:4
  349:20

---

### 7

**7** 4:23 26:21
  27:16 31:6
  156:22,23
  165:4 178:23
  179:8,9 180:5
  234:8 284:23
  312:15
**7.59** 346:14
  347:4,21
  348:21
**70** 20:10
**75** 315:5
**7th** 20:5

---

### 8

**8** 1:8 4:5 5:1 7:5
  162:15 245:15
  294:1,9 312:17
**80** 126:15
  276:20
**800** 18:15
**80220** 2:4
**80s** 57:13
**82** 173:9
**83** 173:12

**839-8000** 2:5
**87** 196:4
**877.370.3377**
  1:24

---

### 9

**9** 5:3 32:5 37:21
  168:23 169:18
  170:15 241:6
  302:13,14
  312:19 319:10
  319:16,17
  355:19
**9.98** 333:22
**9:03** 1:16 7:6
**90** 290:13
**906** 315:23
**90s** 18:11 57:13
  112:14
**917.591.5672**
  1:24
**93** 254:2
**950** 3:13
**962-0992** 2:18
**973** 2:23
**975** 3:8
**99** 333:22
**99.7** 315:6,21

# Exhibit D

Michael Birrer, M.D., Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW JERSEY

_____

IN RE:  JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION
                                Case No. 16-2738
THIS DOCUMENT RELATES TO        (FLW)  (LHG)
ALL CASES

MDL Docket No. 2738
_____

Friday, March 29, 2019

- - - - -


          The video deposition of MICHAEL BIRRER, M.D.,

          Ph.D., taken pursuant to notice, was held at

          the law offices of Butler Snow, LLP, One Federal

          Place, Suite 1000, 1819 Fifth Avenue North,

          Birmingham, Alabama, commencing at approximately

          9:03 a.m., on the above date, before Lois Anne

          Robinson, Registered Diplomate Reporter,

          Certified Realtime Reporter, and

          Notary Public for the State of Alabama.

Michael Birrer, M.D., Ph.D.

## Page 2

1             A P P E A R A N C E S
2   COUNSEL FOR PLAINTIFFS' STEERING COMMITTEE:
3       BEASLEY ALLEN LAW FIRM
        218 Commerce Street
4       Montgomery, Alabama  36104
        BY:  Margaret M. Thompson,
5           M.D., J.D., MPAFF
        Margaret.thompson@beasleyallen.com
6       Sydney Everett, Esquire
        Sydney.everett@beasleyallen.com
7
8       ROBINSON CALCAGNIE, INC.
        19 Corporate Plaza Drive
9       Newport Beach, California  92660
        BY:  Cynthia L. Garber, Esquire
10          Cgarber@robinsonfirm.com
11
        RESTAINO LAW, LLC
12      130 Forest Street
        Denver, Colorado 80220
13      BY: John M. Restaino, JR., DPM, ESQ.
        Jrestaino@restainollc.com
14
15      NAPOLI SHKOLNIK PLLC
        400 Broadway Road, Suite 305
16      Melville, New York  11747
        BY: ALASTAIR J. M. FINDEIS, ESQUIRE
17          Afindeis@napolilaw.com
18
    FOR THE DEFENDANT, JOHNSON & JOHNSON:
19
        NUTTER, McCLENNEN & FISH, LLP
20      155 Seaport Boulevard
        Boston, Massachusetts 02210
21      BY:  Dawn M. Curry, ESQUIRE
            Dawn@nutter.com
22      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
        4 Times Square
23      New York, New York  10036
        BY:  Benjamin Halperin, Esquire
24          Benjamin.halperin@skadden.com

## Page 3

1       A P P E A R A N C E S - (continued)
2
    COUNSEL FOR PERSONAL CARE PRODUCTS COUNCIL:
3
        SEYFARTH SHAW LLP
4       1075 Peachtree Street, N.E.
        Atlanta, Georgia  30309
5       BY:  Eric Barton, ESQUIRE
            Ebarton@seyfarth.com
6
7   COUNSEL FOR PTI:
8       TUCKER ELLIS, LLP
        233 S. Wacker Drive, Suite 6950
9       Chicago, Illinois  60606-9997
        BY:  JAMES W. MIZGALA, ESQUIRE
10          James.mizgala@tuckerellis.com
11
12  VIDEOGRAPHER:
13      Devyn Mulholland
14
15
16
17
18
19
20      LOIS ANNE ROBINSON, RPR, RDR, CRR
        COURT REPORTER
21
22
23
24

## Page 4

1                    I N D E X
2   EXAMINATION                          PAGE
3   By Ms. Thompson                       10
4   By Ms. Curry                 424
5
6             * * * * * *
7   EXHIBITS
8   1  Expert report of Michael Birrer, M.D., Ph.D.    20
9
10  2  Curriculum vitae of Michael Birrer, M.D., Ph.D.   21
11
12  3  Defendants' Response to Plaintiff's Document     21
13     Requests contained in Notice
14
15  4  Health Canada - Draft Screening Assessment - Talc  48
16
17  5  FDA letter to Samuel Epstein regarding Citizen   49
18     Petitions
19
20  6  IARC Monographs on the Evaluation of Carcinogenic  50
21     Risks to Humans
22
23  7  "Weight of Evidence:  General Principles and     53
24     Current Applications at Health Canada"

## Page 5

1          I N D E X - (continued)
2
3   8  List of Co-Authors                   81
4
5   9  List of 62 statements               113
6
7   10  "Hallmarks of Cancer: The Next Generation"    149
8
9   11  "Inflammation and cancer:  Back to Virchow?"   153
10      (Fran Balkwill, Alberto Mantovani)
11
12  12  Free Radical Biology & Medicine, Review Article   162
13      "Oxidative stress, inflammation, and cancer:  How are
14      they linked?"  (Simone Reuter, Gupta, et al.)
15
16  13  "Epithelial ovarian cancer" (Stephanie Lheureux,  166
17      C. Gourley, et al.)
18
19  14  Federal Register/ Vol. 81, No. 243/ Monday,     199
20      December 19, 2016
21
22  15  "The relationship between perineal cosmetic talc  205
23      usage and ovarian talc particle burden"  (Debra Heller,
24      et al.)

Michael Birrer, M.D., Ph.D.

Page 6

I N D E X - (Continued)

16  Ultrastructural Pathology - "Correlative      209
    polarizing light and scanning electron microscopy for
    the assessment of talc in pelvic region lymph nodes"
    (Sandra McDonald, et al.)

17  American Cancer Society - "Talcum Powder and      234
    Cancer What is talcum powder?

18  "Ovarian Cancers: Evolving Paradigms in Research  246
    and Care"  (The National Academies of
    Sciences-Engineering-Medicine)

19  Practice Issues - "What is New in Ovarian       253
    Cancer?" (Jason D. Wright, M.D.)

20  "Asbestos (Chrysotile, Amosite, Crocidolite,    264
    Tremolite, Actinolite, and Anthophyllite)"

21  American Journal of Industrial Medicine -       268
    "Asbestos Exposure and Ovarian Fiber Burden"  (Heller, et al.)

Page 7

I N D E X - (continued)

22  "The Analysis of Johnson & Johnson's Historical  281
    Baby Powder & Shower to Shower Products from the
    1960's for Amphibole Asbestos"   (Longo, Rigler)
    November 14, 2018

23  "The Analysis of Johnson & Johnson's Historical  282
    Product Containers and Imerys' Historical Railroad
    Car Samples from the 1960's to the Early 2000's for
    Amphibole Asbestos" (Longo, Rigler) January 15, 2019

24  BMJ: "Johnson & Johnson knew for decades talcum  287
    powder contained asbestos, reports allege" (Owen Dyer)

25  "Correspondence - Erratum: Smooth reference      294
    equations for slow vital capacity and flow-volume
    curve indexes"

26  Toxicology and Applied Pharmacology - "Mechanistic 301
    in vitro studies:  What they have told us about
    carcinogenic properties of elongated mineral particles
    (EMPs)"  (Brooke Mossman)

Page 8

I N D E X - (Continued)

27  Curriculum vitae of Ghassan M. Saed, Ph.D.      311

28  "Molecular Basis Supporting the Association of   320
    Talcum Powder Use With Increased Risk of Ovarian Cancer"
    (Fletcher, et al.)

29  GYN-188-1020: Final Decision - 9/19/18 - To      328
    Ghassan Saed from Robert Bristow, Editor, Gynecologic
    Oncology

30  "FWD:  Reproductive Sciences - Decision of       329
    Manuscript ID RSCI-18-671"

31  Tables from Saed manuscript with handwritten     366
    chart

32  Gynecologic Oncology - Review Article - "Updates 393
    of the role of oxidative stress in the pathogenesis
    of ovarian cancer"  (Saed, et al)

33  "Alterations in Gene Expression in Human Mesothelial 400
    Cells Correlate with Mineral Pathogenicity"  (Shukla)

Page 9

I N D E X - (Continued)

34  "Pycnogenol reduces Talc-induced Neoplastic      406
    Transformation in Human Ovarian Cell Cultures"
    (Buz'Zard)

35  Toxicology in Vitro - "The primary role of       409
    iron-mediated lipid peroxidation in the differential
    cytotoxicity caused by two varieties of talc nanoparticles
    on A549 cells and lipid peroxidation inhibitory effect
    exerted by ascorbic acid" (Akhtar, et al.)

36  "Cytotoxicity and Apoptosis Induction by         415
    Nanoscale Talc Particles from Two Different Geographical
    Regions in Human Lung Epithelial Cells"  (Akhtar, et al.)

3  (Pages 6 to 9)

Michael Birrer, M.D., Ph.D.

| Page 10 | Page 12 |
|---|---|

**Page 10**

1  VIDEOGRAPHER:
2        We are now on the record.  My name is
3  Devyn Mulholland.  I'm a videographer for Golkow
4  Litigation Services.  Today's date is March 29th,
5  2019.  The time is 9:03 a.m.
6        This video deposition is being held in
7  Birmingham, Alabama, in the matter of Talcum
8  Powder Litigation, MDL Number 2738.  The deponent
9  is Michael Birrer, M.D., Ph.D.
10        Counsel will be noted on the
11  stenographic record.  The court reporter is Lois
12  Robinson and will now swear in the witness.
13        MICHAEL BIRRER, M.D., PH.D.,
14        the witness, after having first been
15  duly sworn to tell the truth, the whole truth,
16  and nothing but the truth, was examined and
17  testified as follows:
18        EXAMINATION
19  BY MS. THOMPSON:
20  Q      Dr. Birrer, I'm Margaret Thompson, and
21  I'll be taking your deposition today.
22        You've had your deposition taken
23  before; right?
24  A      Correct.

**Page 11**

1  Q      Including in the talcum powder
2  litigation; correct?
3  A      Yes.
4  Q      Have you had your deposition taken in
5  any other situation?
6  A      I gave testimony in a case, but that
7  wasn't a deposition, I don't think.  No.
8  Q      And when was that?
9  A      That was prior to the talc.  It's --
10  probably goes back, I want to say, 2015, 2012,
11  somewhere --
12  Q      And what -- sorry.
13  A      Yeah.
14  Q      What was the nature of that matter?
15  A      I was in Massachusetts at the time.  It
16  was a delayed diagnosis case.
17  Q      A medical malpractice case?
18  A      Medical malpractice, yes.
19  Q      Were you testifying for the plaintiff
20  or for the defendant?
21  A      Defendant.
22  Q      Was it a physician or a doc- -- a
23  hospital?
24  A      It was both.  And it was in Maine.

**Page 12**

1  It -- it eventually went to -- to court.  They
2  have a panel up there of three judges, which sort
3  of prescreens it.
4  Q      And you've also submitted a previous
5  report in this case; correct?
6  MS. CURRY:
7        Object to the form.
8  A      Correct.
9  MS. THOMPSON:
10  Q      That was in the Swan case?  Does that
11  sound familiar?
12  A      Yes.
13  Q      Have any of your opinions -- and that
14  was in May 2017.  Does that sound right?
15  A      That sounds right.
16  Q      Have any of your opinions in this case
17  changed since May 2017?
18  A      No.
19  Q      Have any of your opinions changed since
20  you were deposed in September of 2018?
21  A      No.
22  Q      I guess that would be a "no" if they
23  hadn't changed since 2017.
24  A      It's consistent.

**Page 13**

1  Q      And you're aware that the purpose of
2  today is for me to gain a thorough understanding
3  of what opinions you plan to give at a hearing or
4  trial?
5  A      Yes.
6  Q      And the basis for those opinions;
7  right?
8  A      Yes.
9  Q      And your report states that your
10  opinions are given to a reasonable degree of
11  scientific and medical certainty.
12        What does that mean to you?
13  A      It means that, basically, more often
14  than not, they're correct.
15  Q      And you are a medical doctor as well as
16  a Ph.D. researcher; correct?
17  A      Correct.
18  Q      Do you currently see patients?
19  A      I do.
20  Q      Do you currently diagnose ovarian
21  cancer in women?
22  A      Yes.
23  Q      How -- do you treat women with ovarian
24  cancer?

Michael Birrer, M.D., Ph.D.

Page 14

1    A      Yes.
2    Q      And would that primarily involve the
3    medical aspects, including chemotherapy
4    administration?
5    A      Yes.
6    Q      Do you perform any surgical procedures?
7    A      No.
8    Q      What --
9    A      I'm a medical oncologist.
10   Q      What --
11   A      I could perform it, but it wouldn't
12   come out very well.
13   Q      I understand.
14          What percentage of your time involves
15   patient care versus research?
16   A      So --
17   MS. CURRY:
18          Object to the form.
19   A      -- right now I have a half-a-day clinic
20   a week, and then the research component, I have a
21   fully funded lab, probably two days a week. I'm
22   the director of the cancer center, which also
23   takes a fair amount of administrative
24   responsibility.

Page 15

1    MS. THOMPSON:
2    Q      So administrative time --
3    A      Yeah.
4    Q      -- as well included in that?
5           And how would you describe the focus of
6    your laboratory search -- research currently?
7    A      Almost entirely on ovarian cancer and
8    exploring detailing the genomics, the molecular
9    basis for ovarian cancer and trying to translate
10   that into better early detection, diagnosis and
11   treatment.
12   Q      Are you doing in vitro as well as in
13   vivo research?
14   A      Correct.
15   Q      And have published in both animal
16   studies as well as cellular studies?
17   A      Yes.
18   Q      Have you published with immortalized
19   cells?
20   A      Yes.
21   Q      Have you published research with human
22   tissue?
23   A      Yes.
24   Q      Have you published human trials?

Page 16

1    A      Yes.
2    Q      And does that pretty much cover the
3    types of research that you would be doing in your
4    lab --
5    MS. CURRY:
6           Object to the form.
7    MS. THOMPSON:
8    Q      -- or in a general sense?
9    A      I'm just trying to think if there was
10   anything else. We obviously do a lot of
11   review-type papers and articles. You know, I
12   think that's pretty broad. I think it does,
13   actually.
14   Q      When you do a review article, is that
15   usually invited by the journal, or is that a
16   topic that you have interest in that you submit
17   as a publication?
18   A      Could be both. A lot of them are
19   invited. But we have occasionally thought of
20   areas that we thought were interesting and
21   important and suggested it.
22   Q      And are authors or review articles
23   generally intended to be experts in the field?
24   MS. CURRY:

Page 17

1           Object to the form.
2    A      More often than not, yes. But
3    frequently on my reviews, I'll have some junior
4    people.
5    MS. THOMPSON:
6    Q      With -- with a senior author
7    usually --
8    A      (Nods affirmatively.)
9    Q      -- correct?
10   A      Correct.
11   Q      And that would be, I would think,
12   because readers of a journal want to know that
13   it's an expert in the field that's providing the
14   information in a review article; right?
15   MS. CURRY:
16          Object to the form.
17   A      I think so, yeah.
18   MS. THOMPSON:
19   Q      Would you agree with me that it would
20   be unethical at this point in time to design a
21   prospective study in which women were exposed to
22   talcum powder in the genital area and follow over
23   time?
24   MS. CURRY:

5 (Pages 14 to 17)

Michael Birrer, M.D., Ph.D.

| Page 18 | Page 20 |
|---|---|

**Page 18**

1  Object to the form.
2  A  Prospectively and randomized and --
3  could you just --
4  MS. THOMPSON:
5  Q  Let's start with just prospectively.
6  A  I -- I think it would be a --
7  interesting question. I don't think it would be
8  valuable.
9  Q  How about a randomized trial? Would it
10  be ethical?
11  A  No. I don't think it would be valuable
12  at all.
13  Q  But I didn't ask about valuable.
14  What about ethical?
15  A  Well, val-- -- if it's not valuable, it
16  should -- it wouldn't be of great concern to do
17  that. I'm not sure what you're asking.
18  Q  Well, I'm asking if you -- if you have
19  a carcinogen, even a possible carcinogen, you
20  could not design and get a trial through IRB
21  using that product and a control group; correct?
22  MR. MIZGALA:
23  Object to form.
24  A  I guess -- I -- I see what -- now I see

**Page 20**

1  A  And this is -- this is a -- let me get
2  my glasses -- supplemental materials received by
3  me after this was done.
4  Q  Okay.
5  A  Okay?
6  Q  And so, "received by" you meant the
7  lawyers for Johnson & Johnson provided those
8  supplemental materials to you?
9  A  It was a little bit of both. I mean,
10  some of this I wasn't privy to, so I got it
11  provided to me, and some of these were additional
12  articles that I was -- I pulled out.
13  Q  Okay. And I've marked as Exhibit 1
14  your expert report.
15  (DEPOSITION EXHIBIT NUMBER 1
16  WAS MARKED FOR IDENTIFICATION.)
17  MS. THOMPSON:
18  Q  Do you --
19  Do you have a copy? You're good on
20  that?
21  A  And mine's -- mine's thicker than
22  yours, so -- it's got my CV in there.
23  Q  I separated out your CV. So -- well,
24  good. But that's a good observation.

**Page 19**

1  what you're asking.
2  So my position on that is that talc
3  is -- I don't believe talc is a carcinogen.
4  MS. THOMPSON:
5  Q  I understand. But there are others
6  that do.
7  And, so, is it your opinion that an IRB
8  would let a study through using what has been
9  designated as a possible carcinogen, say, for
10  example, IARC?
11  MS. CURRY:
12  Object to the form.
13  A  I have no idea.
14  MS. THOMPSON:
15  Q  All right. So the ground rules are
16  we'll try not to interrupt each other. Let me
17  know if I ask a bad question or one that you
18  don't understand, and I'll expect you to answer
19  honestly. Fair enough?
20  A  Yes.
21  Q  If you need a break, let me know.
22  What did you bring with you today?
23  A  I have my expert report right here.
24  Q  And is that all you brought with you?

**Page 21**

1  And -- and I marked as Exhibit 2 your
2  CV.
3  A  Okay.
4  (DEPOSITION EXHIBIT NUMBER 2
5  WAS MARKED FOR IDENTIFICATION.)
6  MS. THOMPSON:
7  Q  And that should --
8  And you're good on that, too?
9  MS. CURRY:
10  Thank you.
11  MS. THOMPSON:
12  Q  That should -- those combined should be
13  the same thickness of what you've brought.
14  And I also brought the Notice of
15  Deposition, which I'm going to hand you.
16  (DEPOSITION EXHIBIT NUMBER 3
17  WAS MARKED FOR IDENTIFICATION.)
18  MS. THOMPSON:
19  Q  And this is the one with objections.
20  Have you seen this before, Dr. Birrer?
21  A  Yes.
22  Q  And did you look at the request on
23  the -- on this document?
24  A  Yes.

6 (Pages 18 to 21)

Michael Birrer, M.D., Ph.D.

Page 22

```
 1    Q      Is there -- and there's nothing that
 2  was responsive to any of these requests?
 3  MS. CURRY:
 4         Objection.  Subject to the objections
 5  that were made by counsel.
 6  MS. THOMPSON:
 7    Q      Subject --
 8  MS. THOMPSON:
 9         Sorry.
10    Q      Subject to the objections.
11    A      Yeah.
12    Q      So where would you keep your file for
13  the litigation?
14  MS. CURRY:
15         And I'm sorry.  Just to clarify for the
16  record, there is a small production at the back
17  that incorporates the --
18  MS. THOMPSON:
19         Yes.
20  MS. CURRY:
21         -- invoice as well as the supplemental
22  fee schedule and the supplemental list of
23  materials.
24  MS. THOMPSON:
```

Page 23

```
 1         Right.
 2    Q      So the supplemental material list that
 3  you brought with you today, Dr. Birrer, is
 4  attached to the back of this notice with
 5  objections; correct?
 6    A      That's the same as this.  Yes.
 7    Q      Yes.
 8    A      Yeah.  Uh-huh.
 9    Q      And also attached to this -- this
10  notice with objections are your fees; correct?
11    A      Correct.
12    Q      And are -- are those all the invoices
13  that you have submitted thus far?
14    A      Yes.
15    Q      And how much -- and from -- this
16  invoice that's attached to Exhibit 3 goes through
17  March 17th.
18         How much time would you say you have
19  spent since March 17th preparing for the case?
20    A      I'd say probably put another 15 hours,
21  And I haven't invoiced that yet.
22    Q      Okay.  And you have testified in other
23  cases for the defendants in --
24    A      Correct.
```

Page 24

```
 1    Q      -- this litigation?
 2         And be careful not to interrupt just
 3  because it makes our court reporter's job a
 4  little more difficult.
 5         How much money have you been paid total
 6  by Johnson & Johnson in talcum powder litigation?
 7    A      To date, nothing.
 8    Q      You haven't been paid for any of the
 9  other cases that you've testified in?
10    A      Correct.
11    Q      Why is that?
12    A      I'm a lousy businessman.  I haven't
13  invoiced for Swan yet and I haven't invoiced for
14  Brower.  But I can -- I can estimate the hours.
15    Q      Go ahead and estimate.
16    A      Swan I think is around 80 hours --
17    Q      Okay.
18    A      -- because it was the initial case.  It
19  was a bundled -- bundled five cases, so involved
20  a lot of review.  And the deposition alone was
21  quite long.  I remember like it was yesterday.
22         And, then, Brower was probably about 40
23  hours.
24    Q      Okay.
```

Page 25

```
 1    A      And those invoices are being
 2  constructed.
 3    Q      And you're charging those at the same
 4  rate as in your fee schedule --
 5    A      That's right.
 6    Q      -- attached to this document?
 7    A      That's right.
 8    Q      Okay.  When were you first approached
 9  by Johnson & Johnson as -- about serving as an
10  expert in talcum powder litigation?
11    A      So that was before the -- that was the
12  Blaes or Swan case.  I believe it was in
13  December, around November, December of 2016.
14    Q      '16?
15    A      Thank you.  Time flies.
16    Q      Only because I know that the report was
17  submitted in May, so --
18    A      (Nods affirmatively.)
19    Q      -- I'm assuming that you didn't work 18
20  months on that --
21    A      No.
22    Q      -- case.
23         And you were asked in -- for this
24  report that you just submitted, to address the
```

7 (Pages 22 to 25)

Michael Birrer, M.D., Ph.D.

Page 26

1    biological plausibility of the plaintiffs' theory
2    that cosmetic talcum powder can cause ovarian
3    cancer. Right?
4    A      Correct.
5    Q      And that would be the stand- -- from
6    the standpoint of the genomics and molecular
7    biology that is your expertise; correct?
8    MS. CURRY:
9          Object to the form.
10   A      So I think they were asking me in the
11   big picture the biologic plausibility of talc
12   being involved in the -- causing ovarian cancer
13   and then my scientific experience, even clinical
14   experience, would factor into -- to -- to that
15   expert opinion.
16   MS. THOMPSON:
17   Q      Was that a different opinion than what
18   you were asked to provide in the previous cases
19   that you testified in?
20   MS. CURRY:
21        Object to the form.
22   A      Previously -- the answer, I believe, is
23   no. But I was asked for general causation
24   before. This was a more -- somewhat more narrow

Page 27

1    expert opinion.
2    MS. THOMPSON:
3    Q      So in this case, you're not providing
4    general causation opinions. You're providing the
5    biological mechanism, plausibility opinions;
6    correct?
7    A      Well, the title --
8    MS. CURRY:
9        Object to the form.
10   A      The title on the expert report is for
11   General Causation For the Daubert Hearing. But
12   my understanding was -- was to focus extensively,
13   if you will, on the biologic plausibility.
14   MS. THOMPSON:
15   Q      And because biological plausibility is
16   part of general causation; correct?
17   A      Correct.
18   Q      But it's not the whole of general
19   causation. Is that your understanding?
20   A      Correct.
21   Q      So I want to make sure that I
22   understand your opinions.
23         Is it your opinion that the perineal
24   use of talcum powder products is not associated

Page 28

1    with an increased risk of epithelial ovarian
2    cancer?
3    A      Correct.
4    Q      Is it your opinion that the genital use
5    of talcum powder is not a risk factor for
6    epithelial ovarian cancer?
7    A      Correct.
8    Q      Is it your opinion that genital use of
9    talcum powder products does not cause ovarian
10   cancer?
11   A      Correct.
12   Q      Is it your opinion that the genital use
13   of talcum powder products does not cause ovarian
14   cancer in some women?
15   MS. CURRY:
16         Object to the form.
17   A      Correct.
18   MS. THOMPSON:
19   Q      And that would be ever.
20   MS. CURRY:
21         Object -- object to the form.
22   A      No data to support that.
23   MS. THOMPSON:
24   Q      Is it your opinion that the genital use

Page 29

1    of talcum powder does not contribute to the
2    development of epithelial ovarian cancer?
3    A      Yes.
4    Q      And do you say that there's no data to
5    support that as well?
6    A      Correct.
7    Q      Is it your opinion that genital use of
8    talcum powder does not contribute to the
9    development of ovarian cancer in some women?
10   MS. CURRY:
11         Object to the form.
12   A      There's no data to support that either.
13   MS. THOMPSON:
14   Q      So the answer is yes?
15   A      Yes.
16   Q      Is it your opinion that any proposed
17   biologic mechanism for how the genital use of
18   talcum powder products could cause epithelial
19   ovarian cancer is not plausible?
20   MS. CURRY:
21         Object to the form.
22   A      I would agree with that statement.
23   It's not biologically plausible.
24   MS. THOMPSON:

8 (Pages 26 to 29)

Michael Birrer, M.D., Ph.D.

Page 30

1 Q Is it your opinion that any proposed
2 biologic mechanism for how the genital use of
3 talcum powder products might contribute to the
4 development of ovarian cancer is not plausible?
5 MS. CURRY:
6 Object to the form.
7 A There's no data for that either.
8 MS. THOMPSON:
9 Q So the answer would be yes?
10 A Yes.
11 Q Do you intend to give opinions on
12 whether talc particles can reach the ovaries?
13 A I believe on my expert report and in --
14 and I'm more than happy to talk about it --
15 reviews the migration theories.
16 Q Do you consider yourself to be an
17 expert in that area?
18 A I think that those studies are
19 relatively straightforward and, based upon my
20 experience that, I would be relatively easy to
21 interpret those.
22 Q Do you feel like you would be in a
23 better position than a gynecologist or
24 gynecologic oncologist?

Page 31

1 A Yes.
2 Q Have you found any new expertise in the
3 migration or transport of particles in the female
4 reproductive system since 2017?
5 MS. CURRY:
6 Object to the form.
7 A I'm not sure what you mean by "found
8 any new expertise." In the literature or my own
9 experience?
10 MS. THOMPSON:
11 Q Do you believe that you have more
12 expertise in that subject than you did in 2017?
13 A I think that it's comparable.
14 Q So that would be no additional
15 expertise since 2017, when you testified
16 previously?
17 MS. CURRY:
18 Object to the form.
19 A Not that I can identify as -- as we're
20 discussing this.
21 MS. THOMPSON:
22 Q And same for 2018, when you gave a
23 deposition in -- in a talcum powder case?
24 MS. CURRY:

Page 32

1 Object to the form.
2 A Correct.
3 MS. THOMPSON:
4 Q Are all the opinions contained in your
5 report that you will be providing in this case?
6 A That's a tough question to ask because
7 I don't know what you're gonna ask me.
8 Q Fair enough.
9 Can you think of any areas, sitting
10 here today, that you intend to testify in other
11 than the migration and transport of particles and
12 the molecular and genomics of cellular tissue
13 response to talc?
14 MS. CURRY:
15 Object to the form.
16 A Well, that's the bulk of my expert
17 report. I'm -- again, it depends on what you ask
18 me within the construct of general causation.
19 I'm willing to talk about some of that.
20 MS. THOMPSON:
21 Q Okay. I understand.
22 A Uh-huh.
23 Q And you are not an epidemiologist;
24 correct?

Page 33

1 A I don't have a degree in epidemiology.
2 But I have training.
3 Q So would you agree that your
4 understanding of epidemiology is general in
5 nature?
6 MS. CURRY:
7 Object to the form.
8 A So in order to be a, you know,
9 laboratory-based scientist in this field and a
10 clinician to treat patients, you certainly need
11 to have an understanding of epidemiologic
12 studies, so I have that understanding. And I
13 think that it gives me the ability to assess
14 epidemiologic studies and to draw conclusions
15 from them.
16 MS. THOMPSON:
17 Q But if you're looking for more nuanced
18 or more comprehensive epidemiological experience,
19 you would look to an actual epidemiologist;
20 correct?
21 MS. CURRY:
22 Object to the form.
23 A Well, I think it would depend on the
24 question that's being asked.

9 (Pages 30 to 33)

Michael Birrer, M.D., Ph.D.

Page 34

MS. THOMPSON:
Q      Well, for example, in the consortium that you publish with, there are specific epidemiologists that publish with the group; correct?
A      Which consortium are you referring to?
Q      There are several?
A      Yes.
Q      Take -- take the Ovarian Cancer Association Consortium.
A      The GOS?
Q      No.  OCAC or --
A      Okay.
Q      There are specific epidemiologists that I assume are recruited to -- to provide the epidemiology experience in that consortium; correct?
A      There are epidemiologists in that consortium.  I will point out there are lots of other people and scientists.
Q      And -- and -- and you would be sought out for that type of consortium because of your molecular experience; correct?
MS. CURRY:

Page 35

Object to the form.
A      Well, I would add to that that I think from a -- sort of a clinical standpoint we provide some reality testing in terms of whether -- what they're observing is actually meaningful.
MS. THOMPSON:
Q      Yes.  So it would be for your experience as a clinician in genomics and molecular researcher; right?
A      Yes.
Q      That makes sense.
       You're not a gynecologist or gynecologic oncologist; correct?
A      Correct.
Q      Were you asked to offer criticism of plaintiff experts and their opinions?
MS. CURRY:
       Object to the form.
A      So in my expert report, I really reviewed the primary literature, and with -- with then integrating that into the arguments made by plaintiffs' expert witnesses.  So you see in a section there I began to look at individuals'

Page 36

comments, and they're all listed in terms of biologic plausibility.  And then, of course, I spent a lot of time on Dr. Saed.
MS. THOMPSON:
Q      My question, though, is which of the plaintiff experts were you asked to offer criticism of?
MS. CURRY:
       Object to the form.
A      So I reviewed the entire list, and that's listed in the materials.  I think it's on page --
MS. THOMPSON:
Q      28?
A      -- 28 and 29.
Q      Okay.  Let's go ahead and go -- do -- did you read all of these experts -- expert reports?
A      I looked through them, yes.
Q      And each one?
A      Correct.
Q      All right.  Let's go through each one and have you tell me what you gleaned from each expert report.

Page 37

MS. CURRY:
       Object to the form.
MS. THOMPSON:
Q      Ann McTiernan, do you know Ann McTiernan?
A      I don't know her personally.
Q      What's her field of expertise?
A      I would have to check that.
Q      So you don't remember here today what --
A      Well, you're reviewing, I think -- let's be honest, 300 pages.  I'm not going to be able to go through those systematically.
Q      Well --
A      But if you look at my report, it very specifically addressed some of the flaws in the experts' opinions regarding migration of talc.
Q      I -- I understand.  But my question is do you know what Dr. McTiernan's area of expertise is?  And it's fine if you don't.
A      I'd have to look it up.
Q      Okay.  Do you know Dr. Carson's area of expertise?
A      I have never met him, and I don't know

Michael Birrer, M.D., Ph.D.

Page 38

1    him.
2    Q      Have you met Dr. McTiernan?
3    A      No.
4    Q      What is Dr. Clarke-Pearson's area of
5    expertise?
6    A      Clarke-Pearson is a gynecological
7    oncologist, former department chair at UNC. Now
8    he's stepped down.
9    Q      And do you know Dr. Clarke-Pearson?
10   A      I've met him.
11   Q      And what about Dr. Kessler?
12   A      I've never met Dr. Kessler.
13   Q      What's his area of expertise?
14   A      I can't quote you that.
15   Q      What's Dr. Smith's area of expertise?
16   A      I think Dr. Smith's pretty -- actually,
17   I can't tell you.
18   Q      And Dr. Saed, I think we know.
19          What about Dr. Siemiatycki?
20   A      Uh-uh. No.
21   Q      Dr. Wolf?
22   A      I've met Judith. She's a gynecologic
23   oncologist.
24   Q      And do you know Dr. Zelikoff's area of

Page 39

1    expertise?
2    A      I don't know her.
3    Q      Nor her area of expertise?
4    A      Correct.
5    Q      What about Dr. Plunkett? Do you know
6    her area of expertise?
7    A      I don't.
8    Q      Dr. Moorman, do you know her area of
9    expertise?
10   A      Don't know her. No.
11   Q      Dr. Smith-Bindman, do you know her area
12   of expertise?
13   A      No.
14   Q      Do you know the area of expertise of
15   Dr. Kane?
16   A      Nope.
17   Q      Dr. Levy?
18   A      No.
19   Q      Dr. Singh?
20   A      No.
21   Q      Were you asked by Johnson & Johnson to
22   perform any experiments?
23   A      No.
24   Q      Did you offer to perform any

Page 40

1    experiments?
2    A      No. Laboratory-based?
3    Q      Laboratory, yes.
4    A      No.
5    Q      What did you know about talcum powder
6    and a possible link to ovarian cancer before you
7    were approached to serve as an expert in 2017?
8    A      So it was not something that we dealt
9    with clinically. We never counseled patients.
10   Scientifically, it never really was part of my
11   laboratory effort. I didn't know really -- I
12   didn't know anybody working with it in the lab.
13   And -- and, you know, to be fair, I would say
14   that I was aware of the sort of concept that some
15   people -- some epidemiologic studies were being
16   done trying to determine relationship of talc
17   exposure to ovarian cancer. And that's about it.
18   Q      Were you -- were you aware of the
19   issues raised by Dr. Woodruff and others in the
20   '70s about possible contamination with asbestos?
21   MS. CURRY:
22          Object to the form.
23   A      No.
24   MS. THOMPSON:

Page 41

1    Q      Did you have any opinions about whether
2    talcum powder could cause ovarian cancer before
3    you were approached to serve as an expert?
4    A      Well, my sense was that it wasn't a
5    factor.
6    Q      And what was --
7    A      Because we -- again, we weren't -- we
8    weren't using it in the clinic. We weren't
9    talking about it. There were essentially no
10   presentations in the biologic plausibility within
11   any of the scientific meetings that I would go
12   to.
13   Q      And at that time, that's what your
14   impression, at least, would have been based on?
15   MS. CURRY:
16          Object to the form.
17   A      Yeah.
18   MS. THOMPSON:
19   Q      Did you write your report?
20   A      Yes.
21   Q      Every word?
22   A      Yes.
23   Q      Did you choose the literature to cite?
24   A      So I pulled out most of that myself,

11 (Pages 38 to 41)

Michael Birrer, M.D., Ph.D.

Page 42

1    went back and did a reference list and then
2    pulled more. As I said before, the expert
3    reports would have been provided from counsel.
4         There may have been some papers that I
5    said, hey, I don't have this. Can you pull this
6    out? And then they would -- they would provide
7    it to me.
8    Q     And there are -- just so I understand
9    the literature --
10   A     Uh-huh.
11   Q     -- there's literature that you actually
12   cite in the report in footnotes; right?
13   A     Correct.
14   Q     And then there's another list at the
15   end of the report that's considered -- that's
16   titled "Materials Reviewed and Considered by Dr.
17   Birrer"; right?
18   A     That's right.
19   Q     And can I assume that the literature
20   that are actually cited in the footnotes is
21   literature that you felt was particularly
22   significant?
23   MS. CURRY:
24        Object to the form.

Page 43

1    A     Yeah. So the idea here was to try to
2    provide some guidance as to where that reference
3    was relevant within the document. That's why
4    it's on each page. At the end is a sort of sum
5    total.
6    MS. THOMPSON:
7    Q     Okay.
8    A     Yeah.
9    Q     Did you choose any quotes that are
10   included in your expert report yourself?
11   MS. CURRY:
12        Object to the form.
13   MS. THOMPSON:
14   Q     It was a bad question.
15        Did you choose the quotes that are
16   included in your expert report?
17   A     Correct.
18   Q     Did you choose the language that you
19   used to criticize the plaintiffs' experts?
20   A     Correct.
21   Q     Did you perform any searches?
22   MS. CURRY:
23        Object to the form.
24   A     In order to generate the original body

Page 44

1    of information, I did that by searching.
2    MS. THOMPSON:
3    Q     And what search engines did you use?
4    A     It was mostly PubMed, which is
5    something we use all the time.
6    Q     And did you -- what search terms did
7    you use?
8    A     Ovary, ovarian cancer, talc. So the
9    ones you -- you'd predict. And that doesn't
10   necessarily generate the entire list. Right? I
11   mean, you get the list and then you look at the
12   papers, go back to the references in those
13   papers, and then you see if you -- you're missing
14   out. Then you pull out more. And as you go
15   through this iteration, you begin to find out
16   that you're identifying the same patient -- the
17   same papers. So then you begin to get an idea
18   that you have the sum total of what you need.
19   Q     And have you saved those papers
20   anywhere?
21   A     So those were -- the way that worked
22   was they came in, mostly computer-based, and then
23   I would look at those, extract what I wanted, and
24   then construct the report. And that was all done

Page 45

1    in the computer.
2    Q     But what happened to the articles?
3    MS. CURRY:
4         Object to the form.
5    A     Well, they'd be computer-based, or
6    there's backup, I believe, some backup copies
7    here on everything.
8    MS. THOMPSON:
9    Q     So -- so everything that you looked at
10   would be in your materials considered list and
11   the supplemental materials considered list?
12   A     Correct. Yep.
13   Q     Did you look at plaintiff expert
14   depositions?
15   A     Correct.
16   Q     Which ones?
17   A     So I looked at the deposition of
18   Dr. Saenz. I think that's listed on supplemental
19   deposition.
20   MS. CURRY:
21        I believe she asked about plaintiff
22   expert deposition.
23   MS. THOMPSON:
24   Q     Plaintiff.

12 (Pages 42 to 45)

Michael Birrer, M.D., Ph.D.

Page 46

1    A    I'm sorry. I'm on the wrong one. So
2    that would be Dr. Saed.
3    Q    Uh-huh.
4    A    And I think -- let's go back and look.
5    I think -- yeah. It was 23 and 24 are -- were
6    both the Saed depositions.
7    Q    In the file -- the backup file that you
8    mentioned that's here, is that on a thumb drive
9    or what's --
10   MS. CURRY:
11        Object to the form. They're actually
12   my -- the lawyer's files. I just brought a copy
13   of the references in case we needed to refer to
14   everything. But it's not -- actually not
15   Dr. Birrer's file.
16   MS. THOMPSON:
17   Q    So there's no electronic file that you
18   possess?
19   A    Yeah.
20   Q    Did you make any notes or highlights on
21   any of the articles that --
22   A    (Shakes head negatively.)
23   Q    And in addition to Dr. Saed's
24   deposition, you have listed two drafts of his

Page 47

1    manuscript that was recently published; correct?
2    A    I believe I saw the pre-print and then
3    the copy of the actual published paper. And, of
4    course, his expert report.
5    Q    When did you first see Dr. Saed's
6    manuscript?
7    MS. CURRY:
8        Object to the form.
9    A    Preprint or published?
10   MS. THOMPSON:
11   Q    Either.
12   A    So I think the preprint came first,
13   obviously. The expert report was available
14   first, and then the preprint, and then just
15   within, I think, a month and a half I got the
16   paper. It was pretty recent.
17   Q    Is Dr. Saenz's published manuscript on
18   your supplemental materials list?
19   MS. CURRY:
20        It's attached to the objections, which
21   is Exhibit 3.
22   MS. THOMPSON:
23        Yeah. I -- I couldn't find my notice
24   with objections.

Page 48

1    MS. CURRY:
2        Here you go.
3    A    This supplemental list with objections
4    or the extra paper?
5    MS. THOMPSON:
6    Q    And you reviewed some reports from
7    governmental and regulatory agencies; correct?
8    A    Correct.
9    Q    I'll go ahead and mark those. We're
10   gonna discuss them more later.
11       (DEPOSITION EXHIBIT NUMBER 4
12        WAS MARKED FOR IDENTIFICATION.)
13   MS. THOMPSON:
14   Q    You've looked at the Health Canada's
15   recent draft assessment; correct?
16   A    Yes.
17   Q    When did you first see that?
18   A    It was in a deposition of Dr. Saenz's.
19   Q    And do you know when that was first
20   published?
21   A    The Health Canada?
22   Q    Yes.
23   A    Fairly recently. Can't quote you the
24   date.

Page 49

1    Q    If it was December, would that surprise
2    you?
3    MS. CURRY:
4        Object to the form.
5    A    December of --
6    MS. THOMPSON:
7    Q    Of '18?
8    A    That's pretty recent.
9    Q    Were you not aware that this had been
10   put online by Health Canada prior to Dr. Saenz's
11   deposition?
12   A    I was not.
13   Q    Did you review that 2014 letter from
14   FDA in response to a public citizen complaint?
15   A    I am familiar with that.
16       (DEPOSITION EXHIBIT NUMBER 5
17        WAS MARKED FOR IDENTIFICATION.)
18   MS. THOMPSON:
19   Q    And I'll mark that 2014 public citizen
20   response letter from the FDA as Exhibit Number 5.
21        Does that look like the letter that you
22   reviewed, Dr. Birrer?
23   A    (Nods affirmatively.) I've seen that,
24   yeah.

13 (Pages 46 to 49)

Michael Birrer, M.D., Ph.D.

Page 50

```
 1    Q       And did you review the IARC Monograph
 2  on Nonasbestiform Talc from 2010?
 3    A    I did.
 4    Q       And that will be Exhibit Number 6.
 5          (DEPOSITION EXHIBIT NUMBER 6
 6             WAS MARKED IDENTIFICATION.)
 7  MS. THOMPSON:
 8    Q     Does that look like the document that
 9  you reviewed?
10    A    Yes.  Yeah.  I've seen that.  Yep.
11  MS. THOMPSON:
12       Dawn, if you want more copies, I'm
13  happy to give --
14  MS. CURRY:
15       I'm okay.  I don't know if other
16  counsel need a copy to review.
17  MR. MIZGALA:
18       No.
19  MS. THOMPSON:
20       I think for most everything I have
21  another copy, so if there's anything you'd like
22  to see and not have to take home with you, I'm
23  happy to provide it.
24  MS. THOMPSON:
```

Page 51

```
 1    Q       Did you know that the Health Canada
 2  assessment was made pub- -- made available to the
 3  public?
 4    A    Yes.
 5  MS. CURRY:
 6       Object to the form.
 7  MS. THOMPSON:
 8    Q     Do you believe that the Health Canada
 9  risk assessment is relevant to the topic today?
10  MS. CURRY:
11       Object to the form.
12    A    It doesn't change my opinion about
13  biologic plausibility.  It's a -- obviously, an
14  opinion that's based upon a lot of data that I
15  believe is reviewed by Taher, which is
16  information data that I already was aware of, so
17  it doesn't really sway me one way or the other.
18  MS. THOMPSON:
19    Q     But my question was, did you deem it
20  relevant?
21  MS. CURRY:
22       Object to the form.
23    A    Relevant to review.
24  MS. THOMPSON:
```

Page 52

```
 1    Q     Okay.  That's my question.
 2    A    Yes.
 3    Q     But it was published in December, and
 4  you didn't look at it until you saw it in
 5  Dr. Saenz's deposition as an exhibit; right?
 6    A    Correct.
 7    Q     Did you deem it important?
 8  MS. CURRY:
 9       Object to the form.
10    A    Well, since it was quoted and my
11  impression was that there were people who thought
12  this was important, that necessitated me to take
13  a look at it.
14  MS. THOMPSON:
15    Q     Did you think it was important?
16  MS. CURRY:
17       Object to the form.
18    A    Well, after I read it, again, my sense
19  was it doesn't really sway me one more -- one way
20  or the other because they're -- they're
21  essentially re-reviewing all the data that we
22  know and coming to a different conclusion.  I
23  just think they got it wrong, unfortunately.
24  MS. THOMPSON:
```

Page 53

```
 1    Q     But you will agree that it did provide
 2  an extensive review on the subject?
 3  MS. CURRY:
 4       Object to the form.
 5    A    It was, I thought, would be described
 6  as extensive.
 7  MS. THOMPSON:
 8    Q     Did you review the statement of the
 9  methodology that accompanied the risk assessment?
10    A    I went -- I looked through it.
11    Q     I'll mark that as Exhibit 7.
12          (DEPOSITION EXHIBIT NUMBER 7
13             WAS MARKED IDENTIFICATION.)
14  MS. THOMPSON:
15    Q     Is that what you saw?
16    A    I didn't see it printed like this with
17  the color on it.  Yeah.
18    Q     And let's just look at page 2 of the
19  document titled "Weight of Evidence, General
20  Principles and Current Applications in Health
21  Canada."
22       Does number 3, Role in Risk
23  Assessments, generally outline the methodology
24  that Health Canada applied to this risk
```

14 (Pages 50 to 53)

Michael Birrer, M.D., Ph.D.

Page 54

1    assessment?
2    MS. CURRY:
3         Object to the form.
4    A       Yeah. I think it's a summary of
5    what -- of how they approached it. That's my
6    sense. Yep.
7    MS. THOMPSON:
8    Q       And for the risk assessment, Health
9    Canada assumed talc or talcum products to be
10   nonasbestiform.
11        Is that your understanding?
12   A       Yeah. I believe that's what they
13   focused on.
14   Q       What does nonasbestiform mean?
15   A       I'm not going to go down the line of
16   being an expert in asbestos.
17   Q       So do you not know what it means when
18   the talc is considered nonasbestiform?
19   MS. CURRY:
20        Object to the form.
21   A       I'm assuming they're addressing sort of
22   mineral characterization of these substances.
23   But again, I -- that's not my area of expertise.
24   I'm not a geologist and it -- it in many ways is

Page 55

1    sort of irrelevant to looking at many of the
2    studies which are just looking at talcum powder.
3    MS. THOMPSON:
4    Q       Does it not matter to you whether that
5    talc is in a particle or fiber -- fiber form?
6    MS. CURRY:
7         Object to the form.
8    A       Well, I looked at, again, extensively
9    all the data that was addressing whether talcum
10   powder is a risk factor or plays a role in
11   developing ovarian cancer. It is irrelevant in
12   that setting whether there are components in
13   there that go from asbestiform to heavy metals to
14   fragrance. That data would be clear from those
15   experiments, and they're not.
16   MS. THOMPSON:
17   Q       So is the answer that -- is it
18   irrelevant whether the particles are in a
19   particulate form or in a fiber form?
20   MS. CURRY:
21        Object to the form.
22   A       Again, I -- that -- that experiment has
23   not been done in the -- the -- in the -- in the
24   data that I looked at.

Page 56

1    MS. THOMPSON:
2    Q       So you're agreeing it's irrelevant what
3    form the particles are in when --
4    A       I'm saying we don't have any data.
5    MS. CURRY:
6         Object to the form.
7         You have to let her get her --
8    THE WITNESS:
9         Okay.
10   MS. CURRY:
11        -- entire question out before you
12   answer so that the court reporter can get
13   everything down.
14   MS. THOMPSON:
15   Q       No data isn't the same as irrelevant,
16   and that's my question.
17   MS. CURRY:
18        Object to the form.
19   A       You know, again, I don't think I can
20   answer that "yes" or "no."
21   MS. CURRY:
22   Q       Is it important whether the substance
23   in Johnson's baby powder and Shower to Shower is
24   in a particulate form or in a fiber form?

Page 57

1    MS. CURRY:
2         Object to the form.
3    A       I don't know.
4    MS. THOMPSON:
5    Q       You don't know if it's important?
6    A       I don't know if it's important.
7    Q       Okay. And is part of the reason is
8    because you're not an expert in asbestos?
9    MS. CURRY:
10        Object to the form.
11   A       Again, I wasn't asked to evaluate the
12   role of asbestos in ovarian cancer. I have an
13   opinion on that based upon some of the
14   epidemiologic studies.
15        But in terms of the compositional
16   analysis of talcum powder, that is not within the
17   area of my expertise, and the various forms of
18   asbestos in talc in terms of mineralogy is not
19   something that I've spent time on.
20        But, as I pointed out before, the
21   experiments that have been conducted address that
22   issue, which is they're using talcum powder. If
23   it's got a variety of substances in it, any one
24   of which match and play a role in ovarian cancer,

15 (Pages 54 to 57)

Michael Birrer, M.D., Ph.D.

Page 58

1    it would have been obvious from the data and it's
2    not.
3    MS. THOMPSON:
4    Q    Is it your opinion that baby powder and
5    Shower to Shower -- and you understand those are
6    the two products that we're here to talk about
7    today; right?
8    A    Yes.  J & J products?
9    Q    Yes.
10        Is it your opinion that those products
11   have been proven safe?
12   MS. CURRY:
13       Object to the form.
14   A    So there's no data that I know of that
15   says they're not safe.
16   MS. THOMPSON:
17   Q    That's different.  Have they been
18   proven safe?
19   MS. CURRY:
20       Object to the form.
21   A    Yes.
22   MS. THOMPSON:
23   Q    And what data do you have as the basis
24   for that, that they have been proven safe?

Page 59

1    A    Again, years and years of usage with
2    these experiments and biologic systems,
3    epidemiologic data is basically not exposing or
4    uncovering any definitive data that that they're
5    unsafe.
6    Q    So you believe the epidemiological data
7    proves the product safe?
8    A    I don't think it -- it proves that it's
9    a risk factor.
10   Q    Is that --
11   A    You're asking -- you're asking me to
12   prove a negative.  I can't do that.
13   Q    So you're not -- you're unable to prove
14   that it's safe because you can't prove a
15   negative?
16   MS. CURRY:
17       Object to the form.
18   MS. THOMPSON:
19   Q    Is that what you're saying?
20   A    I get -- yeah.  I think -- I think the
21   issue in front of us is:  Is it unsafe?  And the
22   answer to that is there's no data for it.
23   Q    Well, the issue is what I asked you.
24   And my question was has it been proven safe, not

Page 60

1    has it been proven unsafe, so --
2    MR. MIZGALA:
3        Object to the form.
4    MS. THOMPSON:
5    Q    -- I'll ask the question again.
6        Have these products been proven safe in
7    your mind?
8    MS. CURRY:
9        Object to the form.
10   A    Again, it is -- it is an issue about
11   trying to prove a negative.  The data is there
12   are decades of use of this, this material,
13   perineal dusting, with no evidence, no convincing
14   evidence that it's unsafe.  I conclude that it's
15   a safe product.
16   MS. THOMPSON:
17   Q    Do you believe that the molecular data
18   proves the product safe?
19   MS. CURRY:
20       Object to the form.
21   A    Can you define "molecular data"?
22   MS. THOMPSON:
23   Q    The -- the studies that have been
24   performed on talcum powder, do you believe they

Page 61

1    prove that the products are safe?
2    MS. CURRY:
3        Object to the form.
4    A    Just repeat that once more, please.
5    MS. THOMPSON:
6    Q    The molecular studies that have been
7    done on talcum powder, is it your opinion that
8    they prove that the products are safe?
9    MS. CURRY:
10       Object to the form.
11   A    So I refine that a bit because I don't
12   really consider them molecular studies.  They're
13   biologic studies, and there's a difference.
14       The biologic studies which I reviewed,
15   which I think is the sum total that's out there,
16   are completely unconvincing, unconvincing that
17   talcum powder is a -- plays a role in the
18   development of ovarian cancer.
19   MS. THOMPSON:
20   Q    But my question was is it your belief
21   that the biologic studies confirm that the
22   product is safe?
23   MS. CURRY:
24       Object to the form.

16 (Pages 58 to 61)

Michael Birrer, M.D., Ph.D.

Page 62

1    A      Again, we're back sort of to that
2    negative.  I -- I think if -- I don't think they
3    convince me at all that it's -- it's a risk or
4    that it has any biologic activity on the target
5    organ, which is the ovary.  And then in the
6    context of decades of use, then I would conclude
7    that it's a safe product.
8    MS. THOMPSON:
9    Q      And it's fine to say you can't
10   answer -- you can't answer the question.  But I
11   need -- but I want to have an answer.
12          And that is:  Is it your opinion that
13   the biologic studies show that the products are
14   safe?
15   MS. CURRY:
16          Object to the form.
17   A      Yeah.  I -- I think -- I think
18   certainly that -- I think we can say that the
19   biologic studies do not reveal any untoward
20   effects.  It's not reliable.  The experiments are
21   not reliable.  And so in that context, it's a
22   safe product.
23          I mean, again, you're asking me for a
24   biologic experiment that proves something is

Page 63

1    safe.  I don't even know how to conduct an
2    experiment like that.
3    MS. THOMPSON:
4    Q      Okay.  And again, you know, I can't
5    answer that -- your question --
6    A      It's okay?
7    Q      -- is a fine answer.  Yeah.
8    MS. CURRY:
9          Object to the form.
10   MS. THOMPSON:
11   Q      Back to the weight of the evidence
12   document, it's your understanding that this is
13   the evaluation that Health Canada applied to --
14   A      That's this one?
15   Q      Yeah.
16          -- to answering the -- the question of
17   whether talcum powder was a risk for the public
18   in Canada; correct?
19   MS. CURRY:
20          Object to the form.
21   A      Correct.
22   MS. THOMPSON:
23   Q      And they also applied a Bradford Hill
24   analysis?  Is that your understanding from

Page 64

1    reviewing the assessment?
2    A      I believe so, but let me just --
3    MS. CURRY:
4          Do you have the marked Exhibit 4 there?
5          I don't think the witness actually has
6    the --
7          Oh, I think it's in front of you here.
8          I'm just gonna grab these marked
9    exhibits for him.  Thank you.
10   MS. THOMPSON:
11          I think his is the marked exhibit,
12   unless I --
13   MS. CURRY:
14          Right.  It was just in front of you.
15   MS. THOMPSON:
16          Oh, I -- yeah.
17   MS. CURRY:
18          He didn't have it.  That's all.
19   MS. THOMPSON:
20          Sorry.
21   A      Yeah, this -- okay.
22          Yeah.  So they -- they essentially went
23   through it in that kind of algorithm.
24   MS. THOMPSON:

Page 65

1    Q      I did not see any discussion in your
2    report of a methodology similar to this.  Is that
3    right?
4    A      Correct.
5    Q      Did you perform a weight of the
6    evidence of the data in this case?
7    A      So I approached the expert report based
8    upon my experience, both scientifically and
9    clinical.  We do this -- we do this a lot,
10   actually, where we'll do a complete review of the
11   literature and then extract the information,
12   dissect it in terms of paper by paper.
13          As a scientist, we don't really weigh
14   studies in a quantitative way.  We don't -- it's
15   really not like a meta-analysis where we're
16   saying, okay, this is -- this is this weight
17   versus that weight.
18          But -- but the gestalt is, if you will,
19   at the end of the day, we look at these studies
20   and say do we believe -- do we think that the
21   data and results are believable; do they -- do
22   they support the conclusions.  And we do that
23   individually through all the studies.
24          And my expert report, I think, outlines

17 (Pages 62 to 65)

Michael Birrer, M.D., Ph.D.

Page 66

1    that very clearly.
2        So I guess the answer to your question
3    is at the end of the day, the conclusion is that
4    we don't think -- I don't think the data supports
5    a biologic plausibility for talc versus -- talc
6    and the -- as a role in the development of
7    ovarian cancer.  That's the sum total of all that
8    analysis.
9    Q    Did you perform a Bradford Hill
10   analysis, per se?
11   A    Not in the expert report.  It's really
12   focused on biologic plausibility.  I'm aware of
13   Bradford Hill.  Prior depositions, we talked
14   about the elements, and I feel like I -- I
15   certainly understand those criteria.
16   Q    But at least in this report, you didn't
17   apply the criteria to this subject?
18   MS. CURRY:
19       Object to the form.
20   A    It's really focused on biologic
21   plausibility, which, as you know, is one
22   component of it.
23   MS. THOMPSON:
24   Q    Correct.

Page 67

1        And you reviewed that IARC 2010
2    document that we've marked as an exhibit; right.
3    A    This is when it was labeled as 2B;
4    right?
5    Q    Yes.
6        And -- and this -- well, this monograph
7    was published in 2010; right?
8    A    Correct.
9    Q    Is it your understanding that it
10   considered literature up to 2006?  Correct?
11   A    Sounds about right, yes.
12   Q    What is IARC?
13   A    Well, it's an international agency for
14   research on cancer.  Part of what they -- their
15   responsibility is is to look at environmental
16   risks for -- and -- and to sort of attempt to
17   quantify them, identify them and quantify them
18   for the development of cancer.
19   Q    Is it generally thought to be a
20   reputable scientific organization?
21   MS. CURRY:
22       Object to the form.
23   A    How do you define "reputable"?
24   MS. THOMPSON

Page 68

1    Q    Is it a credible scientific
2    organization?
3    MS. CURRY:
4        Object to the form.
5    A    I -- I think, to be fair, they -- they
6    recognize this as a group that is careful and is
7    invested in this.  I would say, though, that
8    they're not, as an organization, completely free
9    of -- because of the way they're structured with
10   WHO, completely free of outside influence or
11   politics.  That's my sense.
12   MS. THOMPSON:
13   Q    And by outside influence and politics,
14   where would that be coming from?
15   A    From World Health Organization, which
16   is their sort of supervising body.
17   Q    And is it your belief that the World
18   Health Organization is politically biased or
19   subject to influence from outside?
20   A    Well, I think it's an organization
21   that, by its nature, is, you know, a compendium
22   of countries and societies.  And, so, it's --
23   let's just say it's not necessarily as sort of
24   independent as the Academy, National Academy.

Page 69

1    Q    And by that you mean the National
2    Academy of Science and Medicine Engineering, now
3    titled?
4    A    Yes.
5    Q    Okay.  And I believe we talked about
6    before this --
7    A    Uh-huh.
8    Q    -- this monograph applies to talc not
9    containing asbestiform fibers, but that is not
10   your area of expertise; correct?
11   MS. CURRY:
12       Object to the form.
13   A    Correct.
14   MS. THOMPSON:
15   Q    And you are aware that there's a
16   different IARC monograph published in 2012 that
17   would cover talc containing asbestos or talc
18   containing asbestiform fibers; correct?
19   A    I don't think I've seen that.
20   Q    That would be 2012, the 100C.  I
21   believe it's on your --
22   A    Is it?
23   Q    -- reliance list.
24   A    Do you have a copy?

18 (Pages 66 to 69)

Michael Birrer, M.D., Ph.D.

Page 70

1    Q      Yeah.  It's number 77.
2    A      77.
3    Q      Arsenic, Metals, Fibers and Dust?
4    A      Oh, I think I -- I'm sorry.  That's
5    coming back to me.  It was a small -- yeah.
6    Q      And did you -- did you review that IARC
7    monograph?
8    A      Yeah.  There was a -- what -- what
9    I looked at was a subset of the entire document.
10   Yeah.
11   Q      Did you look at the section with
12   asbestos?
13   MS. CURRY:
14          Object to the form.
15   A      I believe so, yeah.
16   MS. THOMPSON:
17   Q      Did you look at the section with heavy
18   metals?
19   A      No.
20   Q      Are you aware that that document, 2012,
21   100C, includes all forms of asbestos and talc
22   containing asbestiform fibers?
23   A      That sounds correct.
24   Q      But you're not sure about that today?

Page 71

1    MS. CURRY:
2           Object to the form.
3    A      Well, as I said, I'm not a asbestos
4    expert.  But that -- that IARC volume is focused
5    on fibers, so that makes sense.
6    MS. THOMPSON:
7    Q      And have you reviewed the preamble to
8    the IARC monographs?  It's included in --
9    A      Yeah.
10   Q      -- in exhibit --
11   A      I looked through it.
12   Q      Okay.
13   A      It's voluminous.
14   Q      And does that describe the -- the
15   methodology that IARC applies when it's looking
16   to determine whether a substance is carcinogenic
17   or not?
18   A      Yes.  It's a list of all the
19   participants, the general principles, the
20   methodology.
21   Q      And you would agree, similar to Health
22   Canada, that that methodology is extensive as
23   well?
24   MS. CURRY:

Page 72

1           Object to the form.
2    A      It's detailed.
3    MS. THOMPSON:
4    Q      Going to the FDA response letter, at
5    least by volume, would you agree that this FDA
6    letter is a less extensive review?
7    MS. CURRY:
8           Object to the form.
9    A      Less pages.
10   MS. THOMPSON:
11   Q      That's kind of what I was getting at.
12          How about references?
13   A      Yeah.
14   Q      So, essentially, the FDA response
15   letter in 2014 does not include a description of
16   the methodology or an extensive reference list.
17   Is a that fair --
18   MS. CURRY:
19          Object to the form.
20   MS. THOMPSON:
21   Q      -- statement?
22   A      Well, I -- again, I think a little bit
23   you're comparing apples and oranges in the sense
24   that the purpose for these documents is somewhat

Page 73

1    different in that this is a letter from the FDA
2    in response to a -- I think it was a citizen's
3    petition.  They're not gonna give -- they're not
4    gonna send this back to a citizen's petition
5    because I think the citizen's petition would be
6    insulted because they're not going to be able to
7    read it.  It's more of a letter than the -- what
8    their opinion is.
9           Oh.  Sorry.
10   Q      And you're referring to that IARC --
11   A      Yeah.
12   Q      -- 2010 monograph.  Yeah.
13   A      Yeah.
14   Q      Fair enough.
15          However, you would consider the FDA a
16   credible source?
17   A      Yes.
18   Q      Let's look at your CV.  And you have
19   been a prolific researcher.  Would you agree?
20   A      I survive.
21   Q      I -- I think there are approximately
22   400 published papers.  Is that close?
23   A      Correct.
24   Q      You have a lot of coauthors on these

19 (Pages 70 to 73)

Michael Birrer, M.D., Ph.D.

Page 74

1  papers.  Am I right?
2  A     Correct.
3  Q     On some, you're the lead author;
4  correct?
5  A     Correct.
6  Q     What does the role of lead author
7  usually entail?
8  MS. CURRY:
9         Object to the form.
10  A     So let me -- let me step back and
11  define that.  I would say anchor positions.
12  MS. THOMPSON:
13  Q     Okay.
14  A     So first author is usually the person
15  who has done most of the work.  And, it
16  actually -- my first authorship positions have
17  sort of faded with time because I take the other
18  anchor position, which is the senior author,
19  where you're providing guidance, mentorship, and
20  then you -- you ultimately are responsible for
21  the quality of the paper.
22  Q     And -- and that --
23  A     Yeah.
24  Q     -- that person is -- is often listed

Page 75

1  last.  Is that right?
2  A     That's right.
3  Q     Okay.  And can I assume that the
4  authors in the middle have varying roles but all
5  participate in the preparation of the manuscript
6  in some sense?
7  A     Right.  I mean, it becomes -- you
8  probably can guess -- somewhat problematic when
9  you look at GY studies when there are almost more
10  authors than specimens.  So the idea there is
11  that the individuals in -- in between are still
12  contributing to the paper.  They're -- they may
13  be providing specimens.
14  Q     And I believe in GWAS, the -- the
15  recruitment for GWAS are researchers that can
16  provide tissue specimens for the group that's
17  analyzing them.  Is that a fair --
18  A     It's a big point.  It's -- it's a big
19  part of it.  Yeah.
20  Q     And you'd agree that that's different
21  from the consortium that we discussed earlier,
22  that OCAC consortium; right?
23  MS. CURRY:
24         Object to the form.

Page 76

1  A     No.  I think OCAC is a lot like that.
2  MS. THOMPSON:
3  Q     They're providing tissue samples or are
4  they providing expertise?
5  A     Well, OCAC is the consortium, so
6  it's -- it's composed of all of those
7  institutions.  And those institutions are
8  providing specimens.  And then the authors from
9  those institutions end up on the paper.
10  Q     How are the authors of the consortium's
11  publications selected?
12  MS. CURRY:
13         Object to the form.
14  A     Specific in GWAS or in general?
15  MS. THOMPSON:
16  Q     In OCAC.
17  A     OCAC.  Well, I'm not sure I can quote
18  you OCAC rules, but the general guidelines would
19  be that from every institution that participated,
20  there'd be a primary author.  If -- if there was
21  somebody else at the institution who specifically
22  did something important for that paper, they
23  might take two authors.  But usually there's a
24  limit because you just -- OCAC, I believe, has --

Page 77

1  I'm guessing -- 50 to maybe even 100
2  institutions.  So if you were to allow unlimited
3  authors, it would be unmanageable.
4  Q     Would the authors typically be
5  considered to have expertise in the particular
6  area that they're publishing in?
7  A     Yes.
8  Q     Would they typically have previous
9  scholarly work or publications?
10  MS. CURRY:
11         Object to the form.
12  A     Usually.
13  MS. THOMPSON:
14  Q     Would they typically have a -- good
15  reputation in the scientific or medical
16  community?
17  MS. CURRY:
18         Object to the form.
19  A     I hope so.
20  MS. THOMPSON:
21  Q     Would they typically be knowledgeable
22  in that respective field that they're called upon
23  to contribute to the --
24  MS. CURRY:

20  (Pages 74 to 77)

Michael Birrer, M.D., Ph.D.

Page 78

1          Object to the form.
2     A     Yeah.  I mean, I think it would be
3   very -- again, these GWAS studies -- I'm sorry --
4   the GWAS studies are in some ways really unique
5   in that there's so many authors.  There may be
6   individuals in that list who -- who while they're
7   ovarian cancer researchers, they could be fairly
8   junior, and they may have just provided some
9   specimens.  Yeah.
10   MS. THOMPSON:
11     Q     Yeah.  And I'm not as interested in the
12   GWAS because they do have, you know, a whole
13   number.
14     A     Yeah.
15     Q     But I'm thinking more of the Australian
16   consortium, the OCAC, the -- other ones where
17   it looks, at least by appearance, that you're --
18   the authors are chosen because they're experts
19   in -- in a particular area.  For example,
20   epidemiology.  Would you agree with that
21   statement?
22   MS. CURRY:
23          Object to the form.
24     A     I think that's true -- I think that's

Page 79

1   true as a -- as general guideline, yeah.
2   MS. THOMPSON:
3     Q     And would the same be true for a paper
4   that you're publishing?  Would you look for
5   coauthors -- either as an anchor or a senior,
6   would you look for coauthors that are credible?
7     A     Well, you know, when you do these
8   experiments, you're not really out looking for
9   authors.  You're doing the experiments, and the
10   people who do them, help you design a project,
11   deserve authorship.  Those are the guidelines.
12          And if you're asking would I put
13   somebody who I thought was not credible on an
14   author list, I'd be very bothered by that.  But
15   you'd have to define what "credible" means.
16     Q     Yeah.  So I guess rather than choosing
17   someone as a coauthor, I should have rephrased
18   that.  Choosing someone to work on a project that
19   would later be published, you can assume that
20   person would be credible; correct?
21   MS. CURRY:
22          Object to the form.
23     A     Yeah.  I choose my collaborators, like
24   others, other scientists, with a certain amount

Page 80

1   of careful thought.
2   MS. THOMPSON:
3     Q     And -- and I'd assume they'd be
4   qualified in their area of expertise for the same
5   reason, or else you wouldn't choose them.  Right?
6     A     It would be hard for them to contribute
7   in a meaningful way if they don't know what
8   they're doing.
9     Q     Okay.  Looking at your CV, are there
10   any coauthors that you can identify that you
11   would not regard as qualified in their respective
12   fields?
13     A     I'm not gonna be able to answer that.
14   I've got 400 publications and probably several
15   thousand authors.
16     Q     So do you think there would be some
17   that you could identify as not being credible?
18     A     Not that I know of.
19   MS. CURRY:
20          Object to the form.
21     A     Again, this is realtime, so if we go
22   back to my Ph.D., which was on the measles virus
23   back when I was a young lad, I don't know that
24   field anymore, and I don't know what those

Page 81

1   individuals have done.
2          It's a realtime process.  Sometimes
3   individuals who seem to be very, very good
4   scientists later on in life will get involved in
5   scientific misconduct.  That may not have been at
6   all relevant for when you put that person on your
7   paper.
8          (DEPOSITION EXHIBIT NUMBER 8
9            WAS MARKED IDENTIFICATION.)
10   MS. THOMPSON:
11     Q     I'm gonna just give you a list of some
12   coauthors that I pulled off your CV.  And would
13   you look at that list?
14     A     Uh-huh.
15     Q     I narrowed it down from a couple
16   thousand to a more manageable number.  Are there
17   any names on that list that you could identify as
18   not being credible?
19   MS. CURRY:
20          Object to the form.
21   MS. THOMPSON:
22     Q     And that list is marked as Exhibit --
23   Dr. Birrer, can you --
24     A     8.

Michael Birrer, M.D., Ph.D.

Page 82

1  Q    -- 8.
2  A    So I would say of this list,
3  probably -- I'm estimating -- about 20 percent of
4  these people, I'm -- I'm not sure I quite
5  remember what paper they're on.  But the rest of
6  them I know because they're high profile.  I
7  don't see anybody here that I would say is not a
8  good scientist.
9  Q    And qualified in their respective
10  areas?
11  A    Yes.
12  MS. CURRY:
13      Object to the form.
14  MS. THOMPSON:
15  Q    And some -- at least some on the list
16  you published with multiple times.  Is that fair
17  to say?
18  A    Yeah.
19  Q    Dr. Birrer, throughout your report you,
20  at least at times, used the term "talc."  What
21  are you referring to when you say talc?
22  A    So there's two levels of relevance
23  here.  One is for epidemiologic studies or
24  studies that were -- that were conducted.  A

Page 83

1  subset of the -- of the studies that were
2  conducted in the lab were actually dealing with
3  talcum powder.
4      But there are experiments in particular
5  where individuals are using sigma-produced talc.
6  So it's -- it's -- it's a bit of a mixture.  But
7  I think, in particular in the epi studies, a lot
8  of them are just okay to use powder.
9  Q    So to -- to the extent both of us can,
10  we can try to say whether we're referring to
11  talcum powder or talc, as you described, so
12  let's -- let's both try to do that, to the extent
13  possible, because it can get confusing.
14  A    I completely concur.
15  Q    Okay.  Okay.  I'm glad we agree on
16  that.
17      Do you know what Johnson & Johnson's
18  market share of the talcum powder product has
19  been over the years?
20  A    I don't.
21  Q    If I told you it was 60 to 70 percent,
22  would you have any basis to disagree with that
23  number?
24  A    I actually wouldn't, because I -- my

Page 84

1  sense is they command the market.  But I'm not --
2  I'm not in the supermarket a lot.
3  Q    And not in the baby powder section?
4  A    No.
5  Q    And what is contained in the
6  Johnson's -- in Johnson's baby powder, to your
7  understanding?
8  MS. CURRY:
9      Object to the form.
10  A    Talc.  And I know that's an issue
11  that's come up in terms of are there other
12  things.  I mean, clearly there are other things
13  that -- the product smells nice, so there must be
14  some fragrance.
15  MS. THOMPSON:
16  Q    Okay.
17  A    But I don't know of any -- first of
18  all, I don't -- that's not my area of expertise.
19  I've certainly never conducted any experiments
20  and tried to figure out what's in it and -- and
21  wouldn't consider myself an expert in the whole
22  mineralogy issue.
23  Q    So that would be talc, the mineral.  Do
24  you have an opinion as to whether there is a such

Page 85

1  thing as pure talc?
2  MS. CURRY:
3      Object to the form.
4  A    You know, my -- you know, my sense is
5  in that some of the experiments where this
6  product is actually bought not cosmetically, but
7  I've seen references to sigma-produced talc, that
8  that's a -- that's a purified form of it.
9  MS. THOMPSON:
10  Q    And, so, by pure -- purified form, you
11  would mean that it does not con- -- contain
12  impurities; correct?
13  A    It would not contain something else.
14  Q    Would you consider it pure if it
15  contained talc fibers?
16  MS. CURRY:
17      Object to the form.
18  A    I don't -- I don't think I can answer
19  that.
20  MS. THOMPSON:
21  Q    So no opinion on -- on that issue.
22  A    Yeah.
23  Q    Are you familiar with the various
24  grades of talc?

22 (Pages 82 to 85)

Michael Birrer, M.D., Ph.D.

Page 86

1    A    No.
2    Q    Do you have any knowledge regarding the
3    particle size of Johnson's baby powder or Shower
4    to Shower?
5    A    Again, that's a little bit outside my
6    area of expertise. My understanding is, you
7    know, talc ranges from 10 microns to larger
8    sizes. But it's not something I systematically
9    explored. Even the expert reports here that
10   focused on the mineralogy, I looked at it but not
11   in any great detail.
12   Q    And if you were told that there are
13   also smaller particles than 10 microns, that
14   wouldn't surprise you?
15   A    I think there's a range.
16   Q    Fair enough.
17   A    I don't know how -- you know, again, I
18   know there's references to ultrafine, et cetera,
19   et cetera. I don't have definitive knowledge or
20   data that that is true.
21   Q    Okay. But, as far as you know, the
22   particle size is -- is mixed?
23   A    Uh-huh.
24   Q    It's not a standard size like you might

Page 87

1    see, for example, in a pleurodesis talc?
2    MS. CURRY:
3         Object to the form.
4    A    I don't -- I can't say that.
5    MS. THOMPSON:
6    Q    Okay.
7    A    But based on my rudimentary
8    understanding of mineralogy here, that there's a
9    range.
10   Q    Have you ever looked at the label on a
11   bottle of baby powder?
12   A    I don't recall that.
13   Q    So you don't know what would be listed
14   on the label?
15   A    No.
16   Q    But you're assuming it has some kind of
17   fragrances in it?
18   A    I think that's a safe assumption. I
19   have smelled it.
20   Q    Haven't we all.
21        Did you read Dr. Crowley's report?
22        Do you remember Dr. Crowley's report?
23   A    That's not coming to mind. Can -- do
24   you have it?

Page 88

1    Q    It was the -- it was a report that
2    addressed the fragrance chemicals in talcum
3    powder. Do you remember seeing that? I don't
4    remember whether it's on your list. Oh.
5    A    Is that plaintiff?
6    Q    You don't have Dr. Crowley's report.
7    A    Yeah.
8    Q    Did you know if there was a -- an
9    expert report that specifically addressed the
10   fragrance -- fragrance chemical presence in baby
11   powder?
12   A    Not that I know of.
13   Q    So I -- I can assume that you don't
14   know why you weren't provided Dr. Crowley's
15   report?
16   MS. CURRY:
17        Object to the form.
18   A    It's not on my list.
19   MS. THOMPSON:
20   Q    Did you ask if anyone had looked at the
21   actual chemicals in baby powder?
22   A    I didn't specifically go through that,
23   no.
24   Q    It -- is it important for you to know

Page 89

1    the quality of talcum powder?
2    MS. CURRY:
3         Object to the form.
4    A    And how do you define "quality"?
5    MS. THOMPSON:
6    Q    I -- I define "quality" as the absence
7    of the amount and types of impurities.
8    MS. CURRY:
9         Object to the form.
10   A    How do you define "impurities"?
11   MS. THOMPSON:
12   Q    Something that's not pure talc.
13   A    Okay. Again, I -- I'll come back to
14   this theme. I think -- I didn't go down that
15   road. It's not my area of expertise. But, more
16   importantly, I was asked to sort of review the
17   total data that suggested there might be a role
18   for talc in ovarian cancer, regard- -- talcum
19   powder, regardless of what's in it.
20        So in that context, impurities,
21   fragrance, heavy metals, it doesn't matter. We
22   would see the data. So I felt pretty comfortable
23   that that's the -- that's the important theme for
24   my job.

23  (Pages 86 to 89)

Michael Birrer, M.D., Ph.D.

Page 90

1  Q     Is it important for you to know the
2  min- -- mineral content of a talcum powder
3  product if you are intending to assess its
4  potential health effects?
5  MS. CURRY:
6         Object to the form.
7  A      Would you just repeat that, please?
8  MS. THOMPSON:
9  Q      Is it important to know the mineral
10 content of a talcum powder product if you are
11 intending to assess its potential health effects?
12 MS. CURRY:
13        Object to the form.
14 A      You know, again, I think in terms of
15 reviewing the literature, no.  I mean, it's
16 talcum and it's talcum powder.  It's a
17 representative of what's on the market.
18        So regardless of what's there or not,
19 even from a mineral standpoint, we can make a
20 judgment as to whether that's providing data that
21 supports whether it's a risk factor or biologic
22 plausibility for a role in development of ovarian
23 cancer.
24 MS. THOMPSON:

Page 91

1  Q      So even in your determination of
2  whether a biologic mechanism is plausible or not,
3  it doesn't matter what the mineral content of the
4  baby powder is?
5  MS. CURRY:
6         Object to the form.
7  A      As long as that baby powder's been
8  tested in that experiment, it doesn't matter.
9  MS. THOMPSON:
10 Q      And that goes for whether the baby
11 powder contains asbestos?
12 A      Well, again, I -- I think if it
13 contained asbestos, that would show a signal in
14 those experiments.  Now, we would see it.  We may
15 not know it's related to asbestos, fragrance or
16 whatever, but the experiments would be
17 reproducible and dispositive.  And in my
18 experience, they're not.
19 Q      But the question is, does that -- would
20 that explain a mechanism if there's asbestos in
21 the baby powder?
22 MS. CURRY:
23        Object to the form.
24 A      Mechanism for what?

Page 92

1  MS. THOMPSON:
2  Q      For a potential health effect.
3  MS. CURRY:
4         Object to the form.
5  A      There's no data for that.  I can't
6  develop a mechanism when, in fact, there's no
7  biologic plausibility for talcum powder in a role
8  of ovarian cancer.
9  MS. THOMPSON:
10 Q      Well, it sounds like what you're saying
11 is if you decide that talcum powder doesn't cause
12 ovarian cancer, then there's no reason to even
13 look at whether there's a plausible mechanism or
14 not.
15 MS. CURRY:
16        Object to the form.
17 MS. THOMPSON:
18 Q      Is that --
19 A      Well, I'm not sure what mechanism we're
20 looking at.  We're looking at a mechanism that an
21 agent doesn't cause cancer?  That does -- makes
22 no sense to me.
23 Q      We're looking at what a mechanism could
24 be if it could cause cancer, as a hypothetical.

Page 93

1  MS. CURRY:
2         Object to the form.
3  A      No.  I -- a mechanism for a
4  hypothetical.  I -- you know, again, that -- we
5  don't need the hypothetical.  We've tested talcum
6  in those experiments.  There's no data to support
7  biologic plausibility.  So why are -- why would
8  we be trying to think about a hypothetical
9  component to produce a mechanism for a biologic
10 activity that we haven't seen?
11 MS. THOMPSON:
12 Q      What experiments are you referring to?
13 A      I would say primarily the ones that are
14 in my expert report.  That really is a sum- --
15 Q      Which experiments in your report?  We
16 can go through your report if you want.
17 A      I'm -- yeah.
18 Q      I'm looking for the experiments that
19 show that there's no biologic effect.
20 A      So Buz'Zard is one that frequently --
21 Q      And is it your opinion that Buz'Zard
22 shows no biologic effect?
23 A      There's nothing in that paper that's
24 reliable in terms of showing biologic

24 (Pages 90 to 93)

Michael Birrer, M.D., Ph.D.

Page 94

1  plausibility.
2  Q      And we'll get to the others.
3         So you're referring to --
4  A      Yes.
5  Q      -- Buz'Zard, Shukla?
6  A      Shukla.  Just hang on.  Yeah.
7  Buz'Zard, Shukla and Hamilton.
8  Q      And I'm going to assume you include
9  Dr. Saed in that?
10  A     Correct.
11  Q     Although we're going to get into more
12  detail in that later.
13  A     Exactly.
14  Q     And you're aware of the other animal
15  studies that show inflammatory effects; right?
16  MS. CURRY:
17         Object to the form.
18  A      You have to go through those and define
19  that.
20  MS. THOMPSON:
21  Q     Okay.
22  A      Because it's pretty broad literature.
23         You're assuming -- you're referring to
24  Keskin?

Page 95

1  Q      There are studies going back to the
2  '40s and '50s with intraperitoneal inflammatory
3  effects with -- in the presence of talc.
4         You're aware of those?
5  MS. CURRY:
6         Object to the form.
7  A      There is a big literature.
8  MS. THOMPSON:
9  Q      And understanding that there are
10  different histologic subtypes of epithelial
11  ovarian cancer, can we agree that if one of us
12  refers to ovarian cancer in a general sense, that
13  we're referring to epithelial ovarian cancer?
14  A      I would not include germ -- you know,
15  germ cell tumors in this.
16  Q      Stromal -- we're excluding stromal --
17  A      And stromal, yeah.  It's epithelial,
18  correct.
19  Q      Okay.  So we're on the same page there?
20  A      With -- with the caveat being, and we
21  do discuss this in the report about -- even
22  within the epithelial component, we now realize
23  there are different types of tumors.
24  Q      Understood.

Page 96

1         What is your understanding of how these
2  products are used by women?
3  MS. CURRY:
4         Object to the form.
5  A      Baby powder?
6  MS. THOMPSON:
7  Q      And -- and we're talking about, at
8  least for these cases, in the perineal area.
9  A      Yeah.
10  Q     Do you have any knowledge from
11  conversations with women or literature or any
12  other source as to how it's applied, whether it's
13  standing, lying down, in the underwear, on a
14  sanitary napkin, shaken into hands?  Did you have
15  any understanding of -- of those issues?
16  MS. CURRY:
17         Object to the form.
18  A      I would say not a systematic, shall we
19  say, meta-analysis of baby powder use.  I
20  certainly, over years in the clinic, am familiar
21  with women who use baby powder.  You know, my
22  sense is that most dust the perineum usually
23  standing up.  I -- but again, I can't say that's
24  a scientific evaluation.  I have some experience

Page 97

1  with my wife.  So I -- I -- it's a certain --
2  some general concept of how it's done, yeah.
3  MS. THOMPSON:
4  Q      Would you agree, at least, that, for
5  most women, it would be applied in a -- in a
6  habitual manner?
7  MS. CURRY:
8         Object to the form.
9  A      Yeah, I think it's important to define
10  that.  It would certainly be repetitive.  Is it
11  something -- you know, habitual sounds to me
12  like -- almost like an addict.  And I don't -- I
13  don't think that's the case.
14  MS. THOMPSON:
15  Q      No.  I didn't mean it -- mean in that
16  term.
17         I meant that it's -- and this has been
18  reported in the literature, I believe you're
19  aware --
20  A      Uh-huh.
21  Q      -- that most women do it the same way
22  every day or whatever schedule they're on.
23  MS. CURRY:
24         Object to the form.

Michael Birrer, M.D., Ph.D.

Page 98

1    A     I would think that there'd be some
2   consistency on that.  I -- I will say this
3   parenthetically, you may get to it later on, but
4   I do think, based on what we're just discussing,
5   it's very hard to -- it's very hard to quantify
6   amount of use.  I really do.
7   MS. THOMPSON:
8    Q     And I think we will get to that.
9    A     Okay.
10   Q     But -- but -- so it's hard to quantify
11  how much a woman is using on any given
12  application; correct?
13   A     (Nods affirmatively.)
14   Q     And it's hard --
15  MS. CURRY:
16        You have to say "yes" or "no" versus
17  head shakes because the court reporter will not
18  be able to get that down.
19   A     It says "nods affirmatively."
20        Yes.
21  MS. CURRY:
22        She was able to in that instance.  I
23  stand corrected, but for --
24  THE WITNESS:

Page 99

1        She's very good.
2   MS. THOMPSON:
3    Q     And -- and if there were talc that
4   reached the vagina or the upper genital tract, it
5   would be hard to quantify how much that would be;
6   right?
7    A     Yes.
8    Q     But you'll have to agree, but -- that
9   not being able to quantify it isn't a reason not
10  to study the issue.  Right?
11  MS. CURRY:
12        Object to the form.
13   A     I think that's a fair statement in
14  that, you know, if it's important, you need to do
15  it.  I just think that, for the reasons you just
16  said, quantifying it is -- it's difficult, not only
17  in individual applications, how much actually
18  would get where, but this longitudinal issue.
19  While I think there's some consistency, do women
20  use it for a while and then stop using it and how
21  often do they change?  I think there's a whole
22  issue on that, too.
23  MS. THOMPSON:
24   Q     And wouldn't you agree that that would

Page 100

1   be true for a number of environmental
2   exposures --
3   MS. CURRY:
4        Object to the form.
5   MS. THOMPSON:
6    Q     -- that difficulty in quantifying how
7   much a particular individual is exposed to?
8    A     Well, you'd have to give me some
9   examples on that.  I mean, I think for cigarette
10  smoke, it actually is quite quantifiable.
11   Q     Cigarette smoke, I agree.
12        How about a household or domestic
13  exposure to asbestos, for example?
14   A     I guess you could quantify the amount
15  of asbestos-containing material in the house,
16  but --
17   Q     How about a spouse coming home from
18  occupational exposure?
19   A     Yeah.  It would be a challenge.
20   Q     How about chemicals in water source?
21   A     That should be measurable.
22   Q     Over time?
23   A     Multiple samples.
24   Q     How about --

Page 101

1    A     And -- and potentially even the
2   patient.
3    Q     How about exposure to a pesticide?
4    A     Yeah.  That would be more of a
5   challenge.  Yeah.
6    Q     So there's certainly other --
7    A     Some variability.
8    Q     -- other situations where it's
9   challenging to quantify the exposure to an
10  individual over time.
11  MS. CURRY:
12        Object to the form.
13   A     Yes.
14  MS. THOMPSON:
15   Q     Other than a literature or document
16  review, you -- I think I asked you this before
17  but I'm gonna just ask it again since it's in my
18  outline here.
19        Other than a literature and document
20  review, have you done any research on talcum
21  powder and ovarian cancer?
22   A     No.
23   Q     And that would include in vitro
24  research and in vivo; correct?

26 (Pages 98 to 101)

Michael Birrer, M.D., Ph.D.

| Page 102 | Page 104 |
|---|---|
| 1   A   Correct. | 1   Q   Do you know why she's no longer an |
| 2   Q   And you've never published an article | 2   expert? |
| 3   on talcum powder and ovarian cancer. Is that | 3   A   I don't. |
| 4   correct? | 4   Q   Do you know Dr. Huh? |
| 5   A   No. | 5   A   I do know Dr. Huh. Warner. Uh-huh. |
| 6   Q   Have you ever given a talk on talcum | 6   Q   Do you know why Dr. Huh is not serving |
| 7   powder and ovarian cancer? | 7   as an expert for the defendants in the MDL? |
| 8   A   No. | 8   A   No. |
| 9   Q   Have you discussed your opinions in | 9   Q   Does University of Alabama know that |
| 10   this case with anyone? | 10   you are serving as a paid expert for |
| 11   A   No, other than counsel. | 11   Johnson & Johnson -- |
| 12   Q   No colleagues? | 12   A   Yes. |
| 13   A   No. | 13   Q   -- in this case? |
| 14   Q   Did you attend the recent SGO | 14   Do you know how much money |
| 15   conference in Hawaii? | 15   Johnson & Johnson has contributed to the |
| 16   A   Hawaii's a nice place. I did. | 16   University of Alabama and your lab? |
| 17   Q   Did you discuss talcum powder with any | 17   MS. CURRY: |
| 18   of your colleagues at the meeting? | 18   Object to the form. |
| 19   A   I'd never been there before. | 19   A   I -- |
| 20   I did not. | 20   MS. THOMPSON: |
| 21   Q   Do you know Liz Swisher? | 21   Let me rephrase that question because I |
| 22   A   I do know Liz, yes. | 22   don't like being "contributed." |
| 23   Q   Do you know her from professional | 23   Do you know how much money |
| 24   meetings and other interactions? | 24   Johnson & Johnson has paid to University of |

| Page 103 | Page 105 |
|---|---|
| 1   A   I know her professionally and we're on | 1   Alabama? |
| 2   several papers together. | 2   A   No. |
| 3   Q   Yes, you are. | 3   Q   Do you know how much money |
| 4   A   Yeah. | 4   Johnson & Johnson has paid to support your lab? |
| 5   Q   Have you discussed the case with | 5   MS. CURRY: |
| 6   Dr. Swisher? | 6   Object to the form. |
| 7   A   Not that I can recall. | 7   A   None. |
| 8   Q   Were you aware that she was originally | 8   MS. CURRY: |
| 9   disclosed as an expert for the defendants? | 9   We've been going over an hour and a |
| 10   MS. CURRY: | 10   half. Whenever it's a good breaking point for |
| 11   Object to the form. | 11   you. |
| 12   A   I think her name did -- was sort of | 12   MS. THOMPSON: |
| 13   mentioned to me, but -- | 13   I think maybe less than five minutes -- |
| 14   MS. CURRY: | 14   MS. CURRY: |
| 15   And please don't reveal any discussions | 15   No problem. |
| 16   or -- | 16   MS. THOMPSON: |
| 17   THE WITNESS: | 17   -- and it's a great break time. |
| 18   Okay. | 18   A   I may be in kidney failure soon. |
| 19   MS. CURRY: | 19   MS. THOMPSON: |
| 20   -- communications that you've had with | 20   Q   Can you make five minutes? |
| 21   lawyers. | 21   A   Yeah, I can. Yeah. |
| 22   THE WITNESS: | 22   Q   We'll -- we'll -- |
| 23   Yes, counsel. | 23   A   Sure. |
| 24   MS. THOMPSON: | 24   Q   -- be in the same boat there, so we |

27 (Pages 102 to 105)

Michael Birrer, M.D., Ph.D.

| Page 106 | Page 108 |
|---|---|

**Page 106**

1  can --
2  A  Boat's not a good choice.
3  Q  Yeah.  I should have used a different
4  word there.
5  We talked about the methodology that
6  you applied, but -- but it's not included, per
7  se, in the report.
8  Can you refer to me -- me to any
9  published article, textbook chapter, anything
10  that actually describes Dr. Birrer's methodology?
11  MS. CURRY:
12  Object to the form.
13  A  No.  Again, I -- I think this relates
14  to what a lot of us in the field on my level do
15  routinely, and so it's not really defined.  But
16  when we review literature, a topic, I wouldn't
17  want to -- I don't want to call it a
18  meta-analysis because that's a formal process.
19  But we -- we -- we do the right -- we do the same
20  thing.  If we do it right, then it's
21  comprehensive and then we make opinions on those
22  papers.  That's the methodology.
23  MS. THOMPSON:
24  Q  Okay.

**Page 107**

1  A  It's more of a scientific lab-based
2  approach.
3  Q  Okay.  And did you apply the same
4  standards for this report that you would use if
5  you were publishing a paper, for example, a
6  review article like we discussed before?
7  A  I think so, yes.
8  Q  Would you be willing to have the
9  opinions that you've provided in this report
10  peer-reviewed if that were appropriate?
11  A  Essentially, yes.  Yeah.  Yeah.
12  Q  And I think we've discussed this, but
13  does -- in your opinion, you performed a
14  comprehensive literature review on the subject of
15  talc and ovarian cancer; correct?
16  A  Correct.
17  Q  But am I correct to say that you did
18  not perform the same comprehensive literature
19  review for asbestos and ovarian cancer?
20  A  Correct.
21  Q  Fibrous talc in ovarian cancer?
22  MS. CURRY:
23  Object to the form.
24  A  Didn't use that term.

**Page 108**

1  MS. THOMPSON:
2  Q  How about what is sometimes used in the
3  literature, elongated mineral fibers?  Does that
4  sound familiar?
5  A  It sounds consistent with some of the
6  things I read, but I certainly did not pursue
7  that sort of mineralogy review.
8  Q  So no comprehensive review on what's
9  called EMP sometimes.
10  MS. CURRY:
11  Object to the form.
12  A  No.
13  MS. THOMPSON:
14  Q  And I can assume that you didn't do a
15  comprehensive review on heavy metals --
16  A  Correct.
17  Q  -- and ovarian cancer?
18  A  Yes.
19  Q  Or fragrance chemicals and ovarian
20  cancer?
21  A  Correct.
22  Q  Do you agree that scientists can look
23  at the same body of literature and reach
24  different conclusions, in a general sense?

**Page 109**

1  A  You know, again, I think if the body
2  of -- of data and literature is substantive and
3  clear, I think that a reasonable scientist, a
4  competent scientist will come to the same
5  conclusion.
6  Q  So is it your opinion that a scientist
7  who looks at the baby powder literature or talcum
8  powder literature and concludes something
9  different from you is unreasonable and
10  incompetent?
11  MS. CURRY:
12  Object to the form.
13  A  I -- I would say they got it wrong.
14  MS. THOMPSON:
15  Q  They got it wrong.  But what about
16  unreasonable?
17  MS. CURRY:
18  Object to the form.
19  A  I don't -- I wouldn't use that term.  I
20  would say that they looked at the data and
21  misinterpreted it.
22  MS. THOMPSON:
23  Q  And would you say the same about their
24  competence?

28 (Pages 106 to 109)

Michael Birrer, M.D., Ph.D.

Page 110

1  MS. CURRY:
2      Object to the form.
3  A      I think -- you know, labeling that as
4  incompetent is not appropriate.
5  MS. THOMPSON:
6  Q      Well, you said, I think that a
7  reasonable scientist, competent scientist will
8  come to the same conclusion.  Wouldn't that imply
9  that if they come to a different inclusion --
10  conclusion, that they're unreasonable or
11  incompetent?
12  A      Well, I think I prefaced that with if
13  the body of science we're looking at is -- is --
14  it's convincing and strong and reproducible, that
15  reasonable scientists will come to the same
16  conclusion.
17          When the data is really unconvincing,
18  which is what we're dealing with here -- this
19  data is not convincing -- there's no data for
20  talc being involved in ovarian cancer, then you
21  get this disparate opinions.  And -- and they've
22  got it wrong.  And I made the --
23  Q      They've got it -- sorry.
24  A      And I've made the argument why I got it

Page 111

1  right.
2  Q      Okay.  They've got it wrong?
3  A      Uh-huh.
4  Q      You have it right.
5  A      Uh-huh.
6  Q      But I'm trying to find -- figure out
7  how you think they got it wrong.  Were they
8  misinformed?
9  MS. CURRY:
10      Object to the form.
11  A      They misinterpreted the data.
12  MS. THOMPSON:
13  Q      They misinterpreted the data.
14  A      Yeah.
15  Q      And you would say they misinterpreted
16  the data even though they interpreted the data in
17  the same way that the authors presenting the data
18  pre- -- interpreted it?
19  MS. CURRY:
20      Object to the form.
21  A      We'd have to go through the actual
22  paper you're referring to.
23  MS. THOMPSON:
24  Q      Okay.  We may go through some of those.

Page 112

1  A      Okay.
2  MS. CURRY:
3      Can we take a break?
4  A      It looks like you're coming to an end.
5  MS. THOMPSON:
6  Q      We are.  Well, not the end of the day.
7  The end of the section.
8  A      Hope springs eternal.
9  Q      Wishful thinking.
10          One -- one more question, then we're
11  done.
12  A      Sure.
13  Q      What does "proof" mean to you?
14  MS. CURRY:
15      Object to the form.
16  MS. THOMPSON:
17  Q      In a scientific sense.
18  A      That would be evidence to support the
19  conclusion.
20  Q      To convincingly support the conclusion?
21  MS. CURRY:
22      Object to the form.
23  A      I'm not sure I need that adjective
24  there.

Page 113

1  MS. THOMPSON:
2  Q      Well, support -- support equals proof?
3  A      Support couldn't equal proof.  Proof is
4  a general term.  So it's gonna be a spectrum.
5  Q      100 percent?
6  A      Are you -- you know, definitive proof
7  would be definitive.
8  Q      Okay.  Let's take a break.
9  VIDEOGRAPHER:
10      Off the record at 10:44 a.m.
11      (OFF THE RECORD.)
12  VIDEOGRAPHER:
13      We're back on the record at 11 a.m.
14  MS. THOMPSON:
15  Q      Dr. Birrer, I want to give you a series
16  of statements and have you agree or disagree or,
17  if you don't know or don't have an opinion,
18  that's fine, too.  And -- and if you do have a
19  comment or explanation, you're welcome to provide
20  that, too, after you -- do you have a pen?  You
21  can mark on this exhibit as we go through.  This
22  is Exhibit 9.
23      (DEPOSITION EXHIBIT NUMBER 9
24      WAS MARKED FOR IDENTIFICATION.)

29 (Pages 110 to 113)

Michael Birrer, M.D., Ph.D.

Page 114

1    MS. CURRY:
2        Can I just state an objection on the
3    record to the creation of this exhibit without
4    knowing the background of where the statements
5    are coming from.
6    MS. GARBER:
7        I don't think we're going to have
8    speaking objections here today, Miss Curry.  The
9    proper objection is "Objection.  Form."  Do not
10   coach the witness, please.
11   MS. CURRY:
12       Miss Garber, I'm not coaching the
13   witness.
14   MS. GARBER:
15       You are coaching the witness.  You know
16   you're coaching the witness.
17   MS. THOMPSON:
18       I'm asking a statement.  It doesn't
19   matter where it's coming from.  It's from my
20   head.
21   MR. MIZGALA:
22       Do you have extra copies of this?
23   MS. THOMPSON:
24       I did bring extra copies.

Page 115

1    MR. MIZGALA:
2        Thank you.
3    MS. THOMPSON:
4    Q    So, Dr. Birrer, statement number 1,
5    "Given the number of hazard ratios reported in
6    the literature between 1.1 and" -- that should be
7    an -- "1.4 in both case-control and cohort
8    studies, it is disingenuous to state that there
9    is no evidence that talc is associated with
10   ovarian cancer."
11       Do you agree or disagree with that
12   statement?
13   MS. CURRY:
14       Object to the form.
15   A    Now, you want me to write an answer
16   here?
17   MS. THOMPSON:
18   Q    Yes, please.  And then -- and when you
19   tell me, I'm going to put it on here, too.
20   A    Yeah.  Okay.  In these -- the hazard
21   ratios, these are in a case-controlled cohort
22   studies.
23   Q    It says in both case-controlled and
24   cohort studies.

Page 116

1    A    Yeah.  I would disagree with that
2    statement.
3    Q    Number 2, "If 40 percent of women use
4    talc and the relative risk is 1.2, then 7 percent
5    of ovarian cancer cases would be attributable to
6    talc use or 1,577 cases a year in the USA.  This
7    is not a trivial number and should not be
8    dismissed."
9        Would you agree or disagree?
10   MS. CURRY:
11       Object to the form.
12   A    Disagree.
13   MS. THOMPSON:
14   Q    Number 3, "Genital powder use is a
15   modifiable exposure associated with small to
16   moderate increases in risk of most histologic
17   subtypes of epithelial ovarian cancer."
18       Would you agree or disagree?
19   MS. CURRY:
20       Object to the form.
21   A    Disagree.
22       I'm sorry.  Go ahead.  Got it?
23       Disagree.
24   MS. THOMPSON:

Page 117

1    Q    Number 4, "Perineal use of talc-based,
2    not asbestiform, body powder is possibly
3    carcinogenic to humans, group 2B."
4    A    Disagree.
5    MS. CURRY:
6        Object to the form.
7    MS. THOMPSON:
8    Q    Number 5, "The use of perineal talcum
9    powder has been associated with a 20 to 30
10   percent increased risk of ovarian cancer,
11   although it also has been shown to vary by
12   histologic subtype."
13   MS. CURRY:
14       Object to the form.
15   MS. THOMPSON:
16   Q    Agree or disagree?
17   A    And this is -- like, histologic --
18   clear cell and endometrioid?  Is that what's
19   being implied here?
20   Q    Yes.
21   A    Disagree.
22   Q    Number 6, "A lot of work has been done
23   to clarify the risk reduction of various
24   lifestyle approaches, such as alcohol, obesity,

Michael Birrer, M.D., Ph.D.

Page 118

1    cigarette smoking and talc use.  Some of these
2    are subtype specific, such as endometriosis,
3    cigarette smoking, while others are general risk
4    factors.  Use of talc in the genital area has
5    consistently been shown to increase the risk of
6    OC and therefore is not recommended."
7    MS. CURRY:
8         Object to the form.
9    A    Disagree.
10   MS. THOMPSON:
11   Q    Number 7, "Inflammatory risk factors
12   for EOC are perineal talc exposure, endometriosis
13   and pelvic inflammatory disease."
14        Agree or disagree?
15   MS. CURRY:
16        Object to the form.
17   A    So this is inclusive of all three;
18   right?  Endometriosis and --
19   MS. THOMPSON:
20   Q    Yes.
21   A    Okay.
22   Q    But if you want to disagree and
23   explain, that -- that's fine.
24   A    I would -- that's a tough one to

Page 119

1    answer.  I think endometriosis is a -- I don't
2    call it inflammatory.  So, yeah, I would -- I
3    don't call it inflammatory, so, yeah, I would
4    disagree on this.  It's too general.
5    MS. THOMPSON:
6    Q    "Risk factors to be considered:
7    Parity, oral contraceptive use, breastfeeding,
8    tubal ligation, painful periods or endometriosis,
9    obesity or polycystic ovarian syndrome, and talc
10   use.  These risk factors are concordant with
11   published epidemiologic data related to
12   reproductive factors, use of talc, tubal
13   ligation, endometriosis and polycystic ovarian
14   syndrome or obesity."
15   MS. CURRY:
16        Object to the form.
17   A    So parity, oral contraceptive,
18   breastfeeding, tubal ligation, endometriosis but
19   not painful periods or obesity or talc use.  Is
20   that a --
21   MS. THOMPSON:
22   Q    Okay.
23   A    -- no or --
24   Q    So -- so you would disagree with the

Page 120

1    statement as a whole --
2    A    Yeah.
3    Q    -- but would --
4    A    Caveat.
5    Q    -- and that will be on the record that
6    you --
7    A    Okay.  Parsed it.
8    Q    The ones that -- yeah.
9         Number 9, "Talc powder use is highly
10   prevalent in the African-American community and
11   has been found to be associated with increased
12   risk of ovarian cancer, period."
13   MS. CURRY:
14        Object to the form.
15   A    So I do believe the first part, that
16   it's prevalent in the African-American community.
17   The second part is not convincing to me.
18        Is that -- can we put that on the
19   record?  Disagree with the caveat, yeah.
20   MS. THOMPSON:
21   Q    Yeah.  "Most women report using
22   Johnson's baby powder or Shower to Shower."
23   A    I don't know.
24   Q    "The average age women begin using talc

Page 121

1    is 20."
2    A    Don't know that.
3    Q    "In the interest of public health, I
4    believe we should caution women against using
5    genital talcum powder," number 12.
6    MS. CURRY:
7        Object to the form.
8    MS. THOMPSON:
9    Q    Agree or disagree?
10   A    I disagree.
11   Q    Number 13, "Genital powder use is a
12   lifestyle risk factor for all serous,
13   endometrioid, and clear cell histologic subtypes
14   of ovarian cancer."
15   MS. CURRY:
16        Object to the form.
17   A    I disagree.
18   MS. THOMPSON:
19   Q    Number 14, "Overall, there is an
20   association between genital talc use and EOC and
21   a significant trend with increasing" -- in
22   quotations -- "'talc years of use.'"
23   MS. CURRY:
24        Object to the form.

31 (Pages 118 to 121)

Michael Birrer, M.D., Ph.D.

Page 122

1  MS. THOMPSON:
2  Q    Agree or disagree?
3  A    I'm thinking.  Disagree.
4  Q    Number 15, "Talc-containing powders are
5  hypothesized to promote cancer development by
6  ascending the female genital tract and
7  interacting directly with the ovarian surface
8  epithelium, leading to local inflammation
9  characterized by increased rates of cell
10  division, DNA repair, oxidative stress, and
11  elevated inflammatory cytokines."
12  MS. CURRY:
13      Object to the form.
14  A    This is a hypothesis; right?
15  MS. THOMPSON:
16  Q    Yes.
17  A    I agree.
18  Q    "Following" -- number 16.
19  A    Uh-huh.
20  Q    "Following perineal application, talc
21  particles can migrate from the vagina to the
22  peritoneal cavity and ovaries."
23  MS. CURRY:
24      Object to the form.

Page 123

1  A    Disagree on that.
2  MS. THOMPSON:
3  Q    Number 17, "A majority of women
4  experience retrograde menstruation.  This
5  suggests a mechanism by which talc particles can
6  travel through the female reproductive tract to
7  the peritoneal cavity and ovaries."
8  MS. CURRY:
9      Object to the form.
10  MS. THOMPSON:
11  Q    Agree or disagree?
12  A    Disagree.
13  Q    Number 18, "It is possible that the
14  passage of talc is aided by retrograde menses and
15  that talc use during menses poses a special
16  risk."
17      Agree or disagree?
18  MS. CURRY:
19      Object to the form.
20  A    Disagree.
21  MS. THOMPSON:
22  Q    19, "Biologic credibility of the
23  Talc/EOC association is enhanced by persuasive
24  evidence that inert particles the size of talc,

Page 124

1  present in the vagina, can migrate to the upper
2  genital tract."
3  MS. CURRY:
4      Object to the form.
5  MS. THOMPSON:
6  Q    Agree or disagree?
7  MS. THOMPSON:
8  A    You want to -- do you want to define
9  "biologic credibility"?
10  THE COURT REPORTER:
11      Say again?
12  THE WITNESS:
13      Define "biologic credibility."
14      Sorry.  I'm mumbling.
15  THE COURT REPORTER:
16      Uh-huh.
17  MS. THOMPSON:
18  Q    Let's define it as evidence of a
19  credible biologic mechanism.
20  A    I would disagree.
21  MS. CURRY:
22      Object to the form.
23  MS. THOMPSON:
24  Q    Number 20, "The vagina serves as a

Page 125

1  portal to the internal reproductive tract.
2  MS. CURRY:
3      Object to the form.
4  A    Agree.
5  MS. THOMPSON:
6  Q    21, "The vagina is a musculoepithelial
7  tube extending from the level of the external
8  genitals to the cervical portion of the uterus.
9  It is a reproductive conduit in all respects,
10  connecting the external environment to the
11  internal genitalia."
12  MS. CURRY:
13      Object to the form.
14  A    I'm not sure I understand that
15  statement.
16      What's the internal genitalia?
17  MS. THOMPSON:
18  Q    The ovaries.
19  A    The ovaries.  I'm putting that in here.
20  Q    And tubes.  Let's say tubes and
21  ovaries.
22  A    Okay.  External.
23      Yeah, I would agree on that.
24  Q    And, actually, I think the --

32 (Pages 122 to 125)

Michael Birrer, M.D., Ph.D.

Page 126

1    A      Cervix.
2    Q      I think the uterus is an internal
3    genitalia, too.
4    A      Okay.
5    Q      But I agree that's somewhat --
6    A      Yeah. It's a little -- I mean, yeah.
7    Genitalia is usually external.
8    Q      Yeah.
9           22, "A review of the literature
10   suggests that it is biologically plausible for
11   talc particles to migrate from the vagina to the
12   peritoneal cavity and ovaries following perineal
13   application."
14   MS. CURRY:
15          Object to the form.
16   MS. THOMPSON:
17   Q      Agree or disagree?
18   A      Disagree.
19   Q      "Talc" -- 23. "Talc placed on the
20   perineum may enter the vagina and ascend to the
21   upper genital tract."
22          Agree or disagree?
23   MS. CURRY:
24          Object to the form.

Page 127

1    A      Disagree.
2    MS. THOMPSON:
3    Q      24, "The potential for particulates to
4    migrate from the perineum and vagina to the
5    peritoneal cavity is indisputable."
6    MS. CURRY:
7           Object to the form.
8    A      Disagree.
9    MS. THOMPSON:
10   Q      "The Sjösten study" --
11          Do you know the Sjösten study?
12   A      I do.
13   Q      -- "offers compelling evidence in
14   support of the migration hypothesis."
15   MS. CURRY:
16          Object to the form.
17   A      Disagree.
18   MS. THOMPSON:
19   Q      26, "Talc particulates from perineal
20   application have been shown to migrate to the
21   ovaries."
22          Agree or disagree?
23   MS. CURRY:
24          Object to the form.

Page 128

1    A      Disagree.
2    MS. THOMPSON:
3    Q      27, "Talc is able to migrate through
4    the genital tract and gain access to the ovaries
5    because talc fibers have been detected in benign
6    and malignant ovarian tissues."
7           Agree or disagree?
8    MS. CURRY:
9           Object to the form.
10   A      Disagree.
11   MS. THOMPSON:
12   Q      28, "There are inherent limitations
13   quantifying a dose-response due to a lack of
14   metrics for how much talc is in an application,
15   how much enters the vagina, and how much reaches
16   the upper genital tract where, presumably, any
17   deleterious effect is mediated.  This may account
18   for the failure to identify a dose-response in
19   many papers on talc and ovarian cancer."
20   MS. CURRY:
21          Object to the form.
22   A      It's a big statement.  Give me a
23   second.  I disagree with that.
24   MS. THOMPSON:

Page 129

1    Q      29, "Tubal ligation is a strong
2    protective factor.  One possibility for the
3    mechanism is blocking the transience of potential
4    materials that could impact the health of the
5    fimbria."
6    MS. CURRY:
7           Object to the form.
8    A      Disagree.
9    MS. THOMPSON:
10   Q      Number 30, "Any material -- whether it
11   be talc, heavy metals, asbestos, whatever -- can
12   migrate from the perineum to the ovaries through
13   the reproductive tract.  There's an anatomical
14   conduit, so it's not blocked.  Theoretically, it
15   could happen."
16          Agree or disagree?
17   MS. CURRY:
18          Object to the form.
19   A      Disagree.
20   MS. THOMPSON:
21   Q      31, "There is an anatomic conduit from
22   the perineum through to the ovary, vagina,
23   cervical os, endometrium, and the fallopian tube
24   that is, in most women, an open conduit -- that

33 (Pages 126 to 129)

Michael Birrer, M.D., Ph.D.

Page 130

```
 1   is in most women an open conduit.  On a theoretic
 2   level, things can transit."
 3   A      I would agree with that.
 4   MS. CURRY:
 5        Object to the form.  Sorry.
 6   THE WITNESS:
 7        I'm sorry.
 8   MS. THOMPSON:
 9   Q      32, "Genital powder use was associated
10   with ovarian cancer risk in African-American
11   women and are consistent with localized chronic
12   inflammation in the ovary due to particulates
13   that travel through a direct transvaginal route."
14   MS. CURRY:
15        Object to the form.
16   A      Disagree.
17   MS. THOMPSON:
18   Q      33, "Biologic credibility for an
19   association would be strengthened by an animal
20   model, but an experiment capturing all of the
21   potential factors in the 'human' model would be
22   very difficult.  These elements include
23   chronicity of the exposure, anatomic and
24   physiologic uniqueness of women, effects of
```

Page 131

```
 1   pregnancy and potential spread through coitus."
 2        Agree or disagree?
 3   MS. CURRY:
 4        Object to the form.
 5   A      This is in relationship to talc?
 6   MS. THOMPSON:
 7   Q      Yes.
 8   A      Okay.
 9   Q      Talc and ovarian cancer.
10   A      Yeah, yeah.  Okay.
11        It's a two-part issue, unfortunately.
12   I mean, I think it would be strengthened by an
13   animal model.
14   Q      And if you -- if you'd -- if you'd like
15   to divide that up into two sections, that would
16   be -- that's fine.
17   A      Okay.  Well, I -- okay.  That's --
18   yeah.  I think -- I think it would be
19   strengthened by an animal model.
20   Q      Okay.  So --
21   A      "Experiment capturing all the potential
22   would be difficult."
23        I don't agree with that, the second
24   part.  Can I do that and split it a little bit?
```

Page 132

```
 1   Oh, sorry.
 2        So the animal model, yes.  The rest of
 3   it, no.
 4   Q      Animal model --
 5   A      Would be strengthened.
 6   Q      Okay.  We've got in the human model --
 7   A      Yeah.
 8   Q      -- agree.
 9   A      Okay.
10   Q      Okay.  And the rest, disagree.
11   A      Yeah.
12   Q      Okay.  I think that's clear, especially
13   with explanation.
14        34, "It is plausible that perineal
15   talc, and other particulate, in parens, that
16   reaches the endometrial cavity, fallopian tubes,
17   ovaries and peritoneum, may elicit a foreign
18   body-type reaction and inflammatory response
19   that, in some exposed women, may progress to
20   epithelial cancers."
21   MS. CURRY:
22        Object to the form.
23   A      I disagree with that.
24   MS. THOMPSON:
```

Page 133

```
 1   Q      35, "Epidemiologic evidence implicates
 2   chronic inflammation as a central mechanism in
 3   the pathogenesis of ovarian cancer, the most
 4   lethal gynecologic cancer among women in the
 5   United States."
 6   MS. CURRY:
 7        Object to the form.
 8   MS. THOMPSON:
 9   Q      And I'll assume that you don't agree
10   with the last --
11   A      Right.  Most lethal?
12   Q      -- part of that?  But the first part?
13   A      I would disagree with this.  Yeah.
14   Q      36, "Findings on talc and endometriosis
15   are consistent with previous findings and are
16   compatible with a hypothesis that these factors
17   increase the risk of ovarian cancer and that
18   inflammation -- and that inflammation may be a
19   common pathway."
20   MS. CURRY:
21        Object to the form.
22   A      Disagree.
23   MS. THOMPSON:
24   Q      37, "Chron-" --
```

34 (Pages 130 to 133)

Michael Birrer, M.D., Ph.D.

Page 134

1    A    37. Right.
2    Q    "Chronic inflammation has been proposed
3    as the possible causal mechanism that explains
4    the observed association between certain risk
5    factors, such as use of talcum powder (talc) in
6    the pelvic region and epithelial ovarian cancer."
7    MS. CURRY:
8         Object to the form.
9    A    That's been proposed; right?  I would
10   agree.
11   MS. THOMPSON:
12   Q    And you would disagree that that is a
13   possible cause of mechanism, I assume.
14   A    Correct.
15   Q    38, "Talc particles can induce an
16   inflammatory response in vivo, which may be
17   important in ovarian cancer risk.  Normal ovarian
18   cells treated with talc are more likely to
19   undergo cell proliferation and neoplastic
20   transformation, and cellular generation of
21   reactive oxygen species increases with increasing
22   exposure to talc."
23   MS. CURRY:
24        Object to the form.

Page 135

1    A    I disagree with that.
2    MS. THOMPSON:
3    Q    39, "A growing body of epidemiologic
4    evidence suggests that factors causing epithelial
5    inflammation are involved in ovarian
6    carcinogenesis.  Such factors include asbestos
7    and talc exposures, endometriosis and pelvic
8    inflammatory disease (PID)."
9    MS. CURRY:
10        Object to the form.
11   A    Disagree with that.
12   MS. THOMPSON:
13   Q    40, "Direct induction of inflammation
14   as a result of endometriosis, talc, and asbestos
15   exposure, and PID, as well as ovulation itself,
16   may act to promote ovarian tumorigenesis."
17        Agree or disagree?
18   MS. CURRY:
19        Object to the form.
20   A    Disagree.
21   MS. THOMPSON:
22   Q    41, regarding Inflammation.  "Studies
23   of the inflammatory marker C-reactive protein
24   suggests a possible association between

Page 136

1    inflammation and an increased risk of ovarian
2    cancer.  Other specific inflammatory factors have
3    also been associated with ovarian cancer."
4    MS. CURRY:
5         Object to the form.
6    A    I agree on that.
7    MS. THOMPSON:
8    Q    42, "The patency of the female tract
9    and the nature of ovarian cancer as a surface
10   epithelial (mesothelial lesion) make the ovary a
11   target for foreign body carcinogenesis."
12   MS. CURRY:
13        Object to the form.
14   MS. THOMPSON:
15   Q    Agree or disagree?
16   A    Disagree.
17   Q    43, "Inflammation has been suggested to
18   be a major factor leading to epithelial ovarian
19   cancer.  For example, epidemiologic data have
20   shown that asbestos and talc exposure increased
21   ovarian cancer risk."
22   MS. CURRY:
23        Object to the form.
24   A    Disagree.

Page 137

1    MS. THOMPSON:
2    Q    44, "Studies have found" -- "also found
3    that endometrio-" --
4         Let's leave out the "also," since I
5    don't know what that refers to.
6         "Studies have found that endometriosis,
7    pelvic inflammatory disease, and mumps viral
8    infection are positively associated with ovarian
9    cancer risk.  In contrast, tubal ligations and
10   hysterectomies, which are thought to reduce the
11   exposure of the OSE to environmental inflammation
12   initiators have been shown to reduce the risk of
13   ovarian cancer."
14   MS. CURRY:
15        Object to the form.
16   A    I agree on that.
17   MS. THOMPSON:
18   Q    45, "It has been noted that the
19   ovulatory process itself resembles an
20   inflammatory reaction, with leukocytic
21   infiltration, the release of nitric oxide and
22   inflammatory cytokines, basal dilation, DNA
23   repair and tissue remodeling."
24   MS. CURRY:

35 (Pages 134 to 137)

Michael Birrer, M.D., Ph.D.

Page 138

1      Object to the form.
2    MS THOMPSON:
3    Q      Agree or disagree?
4    A      I would agree on that.
5    Q      46, "The latency period of more
6    advanced, malignant epithelial ovarian cancer
7    could be estimated to be approximately 30 to 40
8    years."
9    MS. CURRY:
10      Form.
11    A      I don't know that.  Sorry.  I don't
12    know.
13    MS. THOMPSON:
14    Q      "If the magnitude of the association is
15    to be estimated with precision, it is important
16    that consortia are developed and expanded in
17    order to generate the appropriate sample size."
18      And this is in regard to talcum powder
19    in association with ovarian cancer.
20    MS. CURRY:
21      Object to the form.
22    A      Don't know.
23    MS. THOMPSON:
24    Q      48, "Neither prospective study" --

Page 139

1    meaning Gertig or Houghton -- "confirmed the
2    association of talc use and ovarian cancer raised
3    by the case-control studies, but neither study
4    was powered to detect a risk of 1.2 and
5    therefore, we cannot exclude the possibility."
6      Agree or disagree?
7    MS. CURRY:
8      Object to the form.
9    A      Disagree.
10    MS. THOMPSON:
11    Q      49, "An odds ratio of 1.2 or 1.3 has no
12    meaningful clinical impact on a patient."
13    MS. CURRY:
14      Object to the form.
15    A      Don't know.
16    MS. THOMPSON:
17    Q      "There are design studies with" --
18    sorry.
19      50, "There are design issues with every
20    study, both case-controls and cohort studies."
21    MS. CURRY:
22      Object to the form.
23    A      I would agree with that.
24    MS. THOMPSON:

Page 140

1    Q      51, "For baby powder users, it is habit
2    that developed at one point and stays regularly."
3    MS. CURRY:
4      Object to the form.
5    A      Don't know.
6    MS. THOMPSON:
7    Q      52, "In order to achieve statistical
8    significance in a prospective study, we need a
9    much larger cohort.  For example, we will need to
10    study upwards of 200,000 women for ten years."
11    MS. CURRY:
12      Object to the form.
13    A      I disagree.
14    MS. THOMPSON:
15    Q      You disagree.
16      53, "Given inherent limitation of
17    cohort studies, it is not surprising that we have
18    not been able to confirm the case-control studies
19    with prospective studies, but this does not mean
20    that the case-control studies were wrong."
21    MS. CURRY:
22      Object to the form.
23    A      Disagree.
24    MS. THOMPSON:

Page 141

1    Q      Agree or disagree?
2    A      Disagree.
3    Q      54, "It is unlikely that the
4    association between talc and ovarian cancer is
5    due to confounding, and so it is fair to say that
6    if there is a statistically robust relationship
7    between talc use and ovarian cancer" -- sorry.
8    I'm gonna start all over.
9      "It is unlikely that the association
10    between talc and ovarian cancer is due to
11    confounding, and so it is fair to say that if
12    there is a statistically robust relationship
13    between talc use and ovarian cancer, it is likely
14    to be causal (albeit with intermediate factors
15    such as inflammation)."
16      Agree or disagree?
17    MS. CURRY:
18      Object to the form.
19    A      Disagree.
20    MS. THOMPSON:
21    Q      55, "Among many epidemiologic
22    variables, no confounders for the association --
23    for the association were identified."
24    MS. CURRY:

36 (Pages 138 to 141)

Michael Birrer, M.D., Ph.D.

Page 142

| | |
|---|---|
| 1 | Object to the form. |
| 2 | A No opinion. |
| 3 | MS. THOMPSON: |
| 4 | Q 56, "There is a consistent association |
| 5 | between talc and ovarian cancer that appears |
| 6 | unlikely to be explained by recall or |
| 7 | confounding." |
| 8 | Agree or disagree? |
| 9 | MS. CURRY: |
| 10 | Object to the form. |
| 11 | A Disagree. |
| 12 | MS. THOMPSON: |
| 13 | Q 57, "The meta-analyses of the available |
| 14 | human studies in the peer-reviewed literature |
| 15 | indicate a consistent and statistically |
| 16 | significant positive association between perineal |
| 17 | exposure to talc and ovarian cancer." |
| 18 | MS. CURRY: |
| 19 | Object to the form. |
| 20 | A Disagree. |
| 21 | MS. THOMPSON: |
| 22 | Q You disagree. |
| 23 | 58, "In studies where the exposure is |
| 24 | simple (e.g., never versus ever use), recall bias |

Page 143

| | |
|---|---|
| 1 | is unlikely to be an important source of bias." |
| 2 | Agree or disagree? |
| 3 | MS. CURRY: |
| 4 | Object to the form. |
| 5 | A No opinion. |
| 6 | MS. THOMPSON: |
| 7 | Q Is that an issue that you would be |
| 8 | inclined to -- to ask an epidemiologist? |
| 9 | MS. CURRY: |
| 10 | Object to the form. |
| 11 | A I'd like to see the -- I'd like to see |
| 12 | the study that it's based on. |
| 13 | MS. THOMPSON: |
| 14 | Q Okay. 59, "Available data are |
| 15 | indicative of a causal effect." And again, |
| 16 | referring to talc and ovarian cancer. |
| 17 | MS. CURRY: |
| 18 | Object to the form. |
| 19 | A Disagree. |
| 20 | MS. THOMPSON: |
| 21 | Q 60, "The data supporting the |
| 22 | association of talc to the development of ovarian |
| 23 | cancer is completely inconclusive." |
| 24 | MS. CURRY: |

Page 144

| | |
|---|---|
| 1 | Object to the form. |
| 2 | A I agree on that. |
| 3 | MS. THOMPSON: |
| 4 | Q 61, "The gold standard for translating |
| 5 | epidemiologic case-controlled or cohort |
| 6 | observational studies into a clinical meaningful |
| 7 | data relies on laboratory-derived experiments in |
| 8 | vitro or in vivo." |
| 9 | MS. CURRY: |
| 10 | Object to the form. |
| 11 | A I disagree with that. |
| 12 | MS. THOMPSON: |
| 13 | Q On what basis? |
| 14 | A The -- it depends upon the |
| 15 | epidemiologic date that we're talking about. |
| 16 | Q In other words, if the epidemiologic |
| 17 | data isn't strong enough, in your opinion, then |
| 18 | doing in vitro or in vivo studies don't provide |
| 19 | clinically meaningful data? Is that -- |
| 20 | MS. CURRY: |
| 21 | Object to the form. |
| 22 | A It's actually -- it's actually the |
| 23 | other way around. So I think if it's a weak |
| 24 | association, then the laboratory data becomes |

Page 145

| | |
|---|---|
| 1 | that much more important for biologic |
| 2 | plausibility. |
| 3 | If it has -- you know, if it's chimney |
| 4 | sweeps or lung cancer with smoking, then that's |
| 5 | clinically meaningful. Those effects are huge. |
| 6 | That's what I'm -- I'm not associating this just |
| 7 | with the talc statement. Is it a talc statement? |
| 8 | MS. THOMPSON: |
| 9 | Q Uh-huh. I just want to make -- just |
| 10 | want to make sure that I understand the -- the |
| 11 | reason for your disagreement. But if you feel |
| 12 | like it's explained, I'm good. |
| 13 | A And again, I -- it's sort of the broad |
| 14 | view that if -- if the -- if the epidemiologic |
| 15 | case control and cohort studies are so powerful |
| 16 | with a huge effect, then the biologic experiments |
| 17 | and lab become less important. |
| 18 | The other way around, which is really |
| 19 | what we're dealing with with talc where the |
| 20 | epidemiologic data I think is not compelling, the |
| 21 | biologic plausibility becomes more important. |
| 22 | And it sort of gets back into the Bradford Hill. |
| 23 | Q Okay. So it's sort of inversely |
| 24 | proportional in terms of the -- |

37 (Pages 142 to 145)

Michael Birrer, M.D., Ph.D.

Page 146

1    A      In terms of value.
2    Q      -- the importance of it?
3    A      Yeah.
4    Q      Okay.  Got it.
5          62, "Mineral talc occurs naturally in a
6    platy, flat form, but may also occur as
7    asbestiform fibers, which describes its physical
8    form and does not imply the presence of asbestos.
9    The purer forms, approximately 90 percent mineral
10   talc, are used for" -- oops -- "are used for
11   cosmetic and hygiene products, including baby
12   powders and feminine hygiene products."
13   MS. CURRY:
14          Object to the form.
15   MS. THOMPSON:
16   Q      Agree or disagree or no opinion?
17   A      No opinion.
18   Q      That's it.  I'll think of some new
19   questions.
20   A      I feel like I just took my boards.
21   Q      Dr. Birrer, how do you define a
22   carcinogen?
23   A      That's an agent or substance which
24   causes or induces cancer.

Page 147

1    Q      Do you include effect on the promotion
2    and progression of cancer as well in a -- when
3    you're considering carcinogenicity?
4    MS. CURRY:
5          Object to the form.
6    A      So historically -- and there's been a
7    lot of work on this for decades -- carcinogens
8    have been -- usually been associated with
9    initiation.  So this is a substance -- just to
10   you an example.  Paint it on to a mouse skin, and
11   you develop tumors above -- statistically
12   significantly above background.
13          Tumor promoters don't do that.  But
14   when you combine the tumor promoter with the
15   carcinogen, instead of getting the 10 tumors, now
16   you get a hundred.  So promotion is a little bit
17   different.  That's the historic perspective.
18          You know, we've come a long way since
19   then, and I think it's gotten even more complex,
20   that there are tumor promoters that work by
21   transcriptional factors.  So that's not genetic
22   changes in the tumor, in the cells.  Carcinogens
23   usually work that way, where you're getting a
24   permanent genetic change.

Page 148

1    Q      Are you familiar with the term -- and I
2    believe this is more in the toxicological
3    literature -- of a complete carcinogen?
4    A      I would --
5    Q      Does that have a meaning to you?
6    A      Yeah.  I've seen that described.
7    Frankly, I can only -- I can only sort of guess
8    what they mean by that.  My guess is a complete
9    carcinogen, putting out there for the discussion
10   between you and me is what I'm describing as the
11   classic initiation molecule.
12   Q      IARC describes -- do I have it?  Would
13   you look at Exhibit 6, which is the IARC?  I just
14   wanted to look at their definition of
15   carcinogenesis and see whether you would agree
16   with it or not.
17   A      Is it in the preamble?
18   Q      It's in the preamble.  And if I can't
19   find it, we may come back to that later.
20          Because I can't remember where it is.
21   Let's come back to that.
22   A      It's a big preamble.
23   Q      Lots of methodology.
24          Are you familiar with the Hanahan paper

Page 149

1    from 2011 "Hallmarks of Cancer"?
2    A      It's a global sort of review.  Yes.
3    Q      A big review --
4    A      Big.
5    Q      -- article?
6    A      Is it --
7    Q      Do you know -- do you know Dr. Hanahan
8    or know of Dr. Hanahan?
9    A      I know of him.
10   Q      And it's Hanahan and Weinberg?
11   A      Weinberg, yeah.  Yeah.
12   Q      Let me go ahead and mark that.
13   A      Okay.
14          (DEPOSITION EXHIBIT NUMBER 10
15          WAS MARKED FOR IDENTIFICATION.)
16   MS. THOMPSON:
17          Make sure those don't have my markings
18   on it.
19   A      It would be easier for me if the
20   markings were there.
21   MS. THOMPSON:
22   Q      Exhibit 10.  And you agree that this
23   article describes the hallmarks of cancer in a
24   general sense; right?

38 (Pages 146 to 149)

Michael Birrer, M.D., Ph.D.

Page 150

1    A      Correct.
2    Q      And it's a review article in Cell. Are
3    you familiar with that journal?
4    A      I am.
5    Q      Have you published in that journal?
6    Probably.
7    A      I wished I had published more in that
8    journal. Yeah.
9    Q      And it's -- the title of the article is
10   "The Hallmarks of Cancer: The Next Generation."
11   But in the top right hand, it says, "Leading edge
12   review." So that would be a review article for a
13   general audience. Would you agree?
14   A      Yes. General audience of scientists,
15   yeah. Because it's pretty sophisticated.
16   Q      Agree.
17          And it describes the hallmarks of
18   cancer generally. These do not specifically
19   apply to ovarian cancer in -- in the
20   introduction. I'm starting on the third
21   sentence. "They include sustaining proliferative
22   signaling, evading growth suppressors, resisting
23   cell death, enabling replicative" --
24   A      Third line of -- you're in the abstract

Page 151

1    or in the introduction?
2    Q      I'm in the -- sorry. I'm in the
3    abstract.
4    A      Okay.
5    Q      It sort of seemed more like an
6    introduction than an abstract to me. So starting
7    again. Talking about the hallmarks described in
8    this paper, "They include sustaining
9    proliferative signalling, evading growth
10   suppressors, resisting cell death, enabling
11   replicative immortality, enduing angiogenesis,
12   and activating invasin and metathesis.
13          "Underlining these hallmarks are genome
14   instability which generates the genetic diversity
15   that expedites their acquisition and
16   inflammation, which fosters multiple hallmark
17   functions."
18          Would you agree with that statement
19   from this article?
20   A      I think as a general statement, yes.
21   Q      And the article, as you described, is
22   quite technical and -- and goes on for a while.
23   I'm looking at the Figure 3 on page 658. And the
24   heading is "Emerging Hallmarks and Enabling

Page 152

1    Characteristics."
2          And it says, the first sentence, "An
3    increasing body of research suggests that two
4    additional hallmarks of cancer are involved in
5    the pathogenesis of some and perhaps all
6    cancers."
7          I'm gonna skip down to the -- to the
8    last sentence in that description.
9    "Inflammation" --
10   A      You're in the figure legend?
11   Q      In the figure legend.
12          "Inflammation by innate immune cells
13   designed to fight infections and heal wounds can
14   instead result in their inadvertent support of
15   multiple hallmark capabilities, thereby
16   manifesting the now widely appreciated tumor
17   promoting consequences of inflammatory
18   responses."
19          Would you agree with that statement, in
20   a general sense?
21   A      Yes.
22   MS. CURRY:
23          Object to the form.
24   A      Sorry.

Page 153

1    MS. THOMPSON:
2    Q      Are you familiar with Dr. Balkwill?
3    A      We're done with this?
4    Q      We're done with that.
5    A      Fran? Fran Balkwill? Yes.
6    Q      And I believe you published with
7    Dr. Balkwill?
8    A      I believe we're on two. I can't
9    remember.
10   Q      And she is a well-renowned cancer
11   biologist. Would you agree?
12   A      I would agree.
13   MS. CURRY:
14          Object to the form.
15          (DEPOSITION EXHIBIT NUMBER 11
16          WAS MARKED FOR IDENTIFICATION.)
17   MS. THOMPSON:
18   Q      I'm gonna mark as Exhibit 11 an article
19   written by Dr. Balkwill.
20          Have you seen this article, Dr. Birrer?
21   A      I'm actually not familiar with this.
22   But I know Fran's work pretty well.
23   Q      Okay. Well, let's just --
24   A      Yeah.

39 (Pages 150 to 153)

Michael Birrer, M.D., Ph.D.

Page 154

1    Q      -- look through it.  And this is also a
2    review article.
3    A      Uh-huh.
4    Q      And -- and this article is in -- is in
5    The Lancet.  Correct?
6    A      Correct.
7    Q      And is -- we've already mentioned that
8    Dr. Balkwill is well regarded.
9           Is The Lancet a well-regarded journal?
10   A      Yes.
11   MS. CURRY:
12          Object to the form.
13   MS. THOMPSON:
14   Q      Is it one of the most respected
15   journals, would you say?
16   MS. CURRY:
17          Object to the form.
18   A      It's not as good as Cell.
19   MS. THOMPSON:
20   Q      Oh.  I won't tell them you said that.
21          But, generally -- generally speaking --
22   A      Yes.
23   Q      -- physicians and scientists would
24   recognize The Lancet?

Page 155

1    A      It's well read -- it's well read and
2    it's -- it has a substantial impact factor.
3    Q      And we don't know in this situation
4    whether Dr. Balkwill -- do you know
5    Dr. Mantovani, the second author on this paper?
6    A      No.  I don't recognize him.
7    Q      We don't know whether this article was
8    invited or submitted, but, regardless, certainly
9    the readers of Lancet would look to Dr. Balkwill
10   as being an expert to discuss inflammation in
11   cancer; correct?
12   MS. CURRY:
13          Object to the form.
14   A      Correct.
15   MS. THOMPSON:
16   Q      So reading in -- in the abstract, which
17   looks like an introduction to me again, but
18   reading the abstract, "This article reviews" --
19   second line -- "This article reviews the links
20   between cancer and inflammation and discusses the
21   implications of these links for cancer prevention
22   and treatment.  We suggest that the inflammatory
23   cells and cytokines found in tumors are more
24   likely to contribute to tumor growth,

Page 156

1    progression, and immunosuppression than they are
2    to mount an effective host antitumor response.
3    Moreover cancer suscep- -- susceptibility and
4    severity may be associated with functional
5    polymorphisms of inflammatory cytokine genes, and
6    deletion or inhibition of inflammatory cytokines,
7    inhibits development of experimental cancer.
8           "If genetic damage is the 'match that
9    lights the fire' of cancer, some types of
10   inflammation may provide the 'fuel that feeds the
11   flames.'"
12          That was a long passage, but do you
13   generally agree with the statement by
14   Dr. Balkwill?
15   MS. CURRY:
16          Object to the form.
17   A      I do.
18   MS. THOMPSON:
19   Q      And then look down on that same page to
20   panel 1.
21   A      Uh-huh.
22   Q      And the title of that panel, for lack
23   of better word, is "Some Associations Between
24   Inflammation and Cancer Risk."  Right?

Page 157

1    A      901.  Got it.
2    Q      And under "Malignancy," it lists
3    various types of cancer in which there's
4    association between inflammation and cancer risk.
5    Correct?
6    A      Correct.
7    Q      And one of them -- one of them is
8    ovarian; right?
9    A      I see it.
10   Q      And in the -- under the inflammatory
11   stimulus/condition, it lists pelvic inflammatory
12   disease, talc, tissue remodeling.
13          Do you agree that Dr. Balkwill, at
14   least in 2001, believed that talc was an
15   inflammatory stimulus and condition for the
16   association with ovarian cancer?
17   MS. CURRY:
18          Object to the form.
19   A      Yeah.  So, again, this is a -- bit of
20   a recurring theme in the sense that I don't know
21   if Fran -- I haven't talked to her about this
22   review.  I don't know if Fran believed that and
23   got it wrong or, more likely, this is a review
24   article.  So you include everything, even though

40 (Pages 154 to 157)

Michael Birrer, M.D., Ph.D.

Page 158

1    she may not feel really strongly about that.  So
2    it's a little hard to tell.
3    MS. THOMPSON:
4    Q      But you would agree that both -- both
5    Dr. Balkwill and The Lancet would not include
6    something in a review article for which there was
7    no evidence?
8    MS. CURRY:
9         Object to the form.
10   A      Again, it depends on how they're
11   proposing it; that there has been -- there has --
12   there have been reports associating PID, talc --
13   I don't know what tissue remodeling is, although
14   that is probably the most reasonable -- but PID
15   and talc as associated with a risk for ovarian
16   cancer.  That's a true statement.  I don't -- and
17   the reason we're here today is because I reviewed
18   that literature and I don't believe the
19   conclusion.
20        But you could put it into review.
21   That's -- that's the nature of a review article.
22   We all put things in that we feel the reader
23   needs to see to get a full understanding of
24   science, but we don't necessarily -- we're not

Page 159

1    convinced.
2    MS. THOMPSON:
3    Q      Well, but -- but back to my question,
4    which I think was Dr. Balkwill and The Lancet
5    would not have put this in with no evidence.
6    MS. CURRY:
7         Object to the form.
8    A      I don't agree with that.
9    MS. THOMPSON:
10   Q      You think they would put something in
11   that they did not believe there was any evidence
12   to support?
13   MS. CURRY:
14        Object to the form.
15   A      Again, it depends on how you define
16   that.  So when you say "no evidence," you mean no
17   epidemiologic studies that have ever shown an
18   association.  We know that's not true.  There
19   have been some.  So there is some evidence.  It's
20   the totality of the evidence that I don't
21   believe.
22   MS. THOMPSON:
23   Q      Okay.
24   A      But it would not be unreasonable for

Page 160

1    them to say, okay, this has been studied
2    epidemiologically and in other situations.  So I
3    think -- I think that's what you're grappling
4    with.  It's a review article.  So these things
5    show up.
6    Q      Okay.  So -- so there are two
7    possibilities --
8    A      Uh-huh.
9    Q      -- it sounds like.  Either Dr. Balkwill
10   got it wrong --
11   A      Uh-huh.
12   Q      -- or because this was a review
13   article, she was reporting evidence that was in
14   the literature that she felt that readers of this
15   article should be aware of.
16   A      Correct.  Don't tell her I said the
17   former.
18   MS. CURRY:
19        Object to the form of the question.
20   MS. THOMPSON:
21   Q      Okay.  I -- I -- I will do that for
22   you, Dr. Birrer.
23   A      Uh-huh.
24   Q      And -- and this paper is not recent,

Page 161

1    you will agree?
2    A      2010?
3    Q      2001.
4    A      2001.  Uh-huh.  Yeah.  Okay.
5    Q      Are you aware of anything that
6    Johnson & Johnson did in 2001 to address this
7    idea of Dr. Balkwill and others, including
8    Dr. Ness, that talc may be causing ovarian cancer
9    through an inflammatory process?
10   MS. CURRY:
11        Object to the form.
12   A      In 2000 -- in 2001?
13   MS. THOMPSON:
14   Q      Right.
15        Did Johnson & Johnson respond to what
16   at least is reported as being in the literature
17   in Lancet?
18   MS. CURRY:
19        Object to the form.
20   A      I'm not aware of that.
21   MS. THOMPSON:
22   Q      I'm gonna mark as Exhibit 13 --
23   MS. EVERETT:
24        12.

41 (Pages 158 to 161)

Michael Birrer, M.D., Ph.D.

Page 162

1   MS. THOMPSON:
2   Q      Oh, there it is.
3          (DEPOSITION EXHIBIT NUMBER 12
4          WAS MARKED FOR IDENTIFICATION.)
5   MS. THOMPSON:
6   Q      Exhibit 12 is going to be another
7   article -- another review article by Dr. Reuter
8   and authors.  Oh, we need to -- sorry.  Make sure
9   that's not my copy.
10  A      This is mine?
11  Q      That's yours, yeah.
12         Are you familiar with the journal of
13  Free Radical Biology in Medicine?
14  A      I am familiar.  Not something I publish
15  in much.
16  Q      And probably doesn't have quite the
17  reputation of The Lancet or Cell?
18  A      I don't think so.
19  Q      But regardless, it's peer-reviewed.
20  A      Uh-huh.
21  Q      Are you familiar with any of these
22  authors?
23  A      Not firsthand.  Aggarwal I may have
24  heard about, but not, firsthand, no.

Page 163

1   Q      And reading -- and the title of this
2   review article is "Oxidative stress,
3   inflammation, and cancer.  How are they linked?"
4          Right?
5   A      Correct.
6   Q      Reading in the abstract, the last
7   couple of sentences starting with "How oxidative
8   stress activates inflammatory pathways leading to
9   a transformation of a normal cell to tumor cell,
10  tumor cell survival, proliferation,
11  chemoresistance, radioresistance, invasion,
12  angiogenesis, and stem cell survival is the focus
13  of this review.  Overall, observations to date
14  suggest that oxidative stress, chronic
15  inflammation, and cancer are closely linked."
16         Would you agree with that statement?
17  MS. CURRY:
18         Object to the form.
19  A      Yes.
20  MS. THOMPSON:
21  Q      In a general sense, in a review
22  article?
23  A      Correct.
24  Q      And --

Page 164

1   A      Where are you now?
2   Q      I'm turning to page 2, 1604 in the
3   introduction section.
4   A      Uh-huh.
5   Q      The second paragraph reads "Under a
6   sustained environmental stress, ROS -- R-O-S --
7   are produced over a long time, and thus
8   significant damage may occur to cell structure
9   and functions and may induce somatic mutations
10  and neoplastic transformation.
11         "Indeed, cancer initiation and
12  progression have been linked to oxidative stress
13  by increasing DNA mutations or inducing DNA
14  damage, genome instability, and cell
15  proliferation."
16         Would you agree with that sentence in a
17  general sense?
18  MS. CURRY:
19         Object to the form.
20  A      I'm just looking at the references.
21  MS. THOMPSON:
22  Q      And take a moment if you need to do
23  that.
24  A      Sure.

Page 165

1          I think as a general statement, I
2   wouldn't -- I would not disagree with that.  I
3   think that's -- yeah.
4   Q      Sorry.
5   A      Go ahead.
6   Q      And this article was published in 2010;
7   correct?
8   A      Correct.
9   Q      And looking at Table 2, a partial list
10  of cancers that have been linked to reactive
11  oxygen species, and under that list is ovarian
12  cancer.
13         Would you agree that in 2010 ovarian
14  cancer had been linked to reactive oxygen
15  species?
16  MS. CURRY:
17         Object to the form.
18  A      Yeah.  This was a little more
19  complicated in the sense I'm not sure why every
20  case was not listed because reactive oxygen
21  species are present in essentially every cell in
22  the body.  So it's a -- it's an odd table in that
23  it's a subset and then -- it's sort of implying
24  reactive oxygen species are not important in

42 (Pages 162 to 165)

Michael Birrer, M.D., Ph.D.

Page 166

1    other cancers.
2         And, then, too, what they reference is
3    51, which is a really odd reference. "Loss of
4    Mkp3 mediated by oxidative stress enhances tumor
5    genicity and chemoresistance of ovarian cancer
6    cells."
7         Hardly a paper -- I mean, I'm
8    extrapolating the title. Hardly a paper that
9    would say that reactive oxygen species is
10   critical to the development of ovarian cancer.
11   That's chemoresistance. That's -- that's at the
12   end of natural history, so...
13   MS. THOMPSON:
14   Q     But at least the authors in this
15   peer-reviewed review article thought appropriate
16   to list ovarian cancer under one of the cancers
17   that have been linked to reactive oxygen species;
18   right?
19   A     It's there.
20        (DEPOSITION EXHIBIT NUMBER 13
21        WAS MARKED FOR IDENTIFICATION.)
22   MS. THOMPSON:
23   Q     I'm marking as Exhibit 13 another
24   review article from Lancet. This one, a little

Page 167

1    more current.
2         Have you seen this article, Dr. Birrer?
3    A     I know the -- I know the authors, but I
4    haven't actually --
5    Q     Oh. Did I give you a highlighted --
6    A     I -- I don't think so.
7    Q     Okay.
8    A     It would be helpful if it was
9    highlighted.
10   Q     It would be helpful to me also.
11        That's okay.
12        And, in fact, these -- I think three of
13   the four authors you have published with. Does
14   that sound right?
15   A     Ignace, Charlie, Amit, I know all of
16   them. I don't know Stephanie.
17   Q     I think that was the one that I did not
18   see on -- on your CV as one of your coauthors.
19        And this review article -- and you
20   would assume that -- well, we don't have to
21   assume -- are Dr. Gourley, Dr. Vergote and
22   Dr. Oza considered experts in the field of
23   epithelial ovarian cancer?
24   MS. CURRY:

Page 168

1         Object to the form.
2    A     Oza and Vergote are -- Vergote is a
3    surgeon and very much clinical. I don't think he
4    does any work in the lab. Oza is developmental
5    therapeutics clinical. Charlie is the scientist
6    here.
7    MS. THOMPSON:
8    Q     Okay. And I think --
9    A     Yeah.
10   Q     -- at least with this review article,
11   it was meant to address --
12   A     Everything.
13   Q     -- all -- all aspects --
14   A     Right.
15   Q     -- from my reading of it.
16   A     And I think Stephanie works for Amit, I
17   think.
18   Q     So these are well-regarded --
19   A     Uh-huh.
20   Q     -- scientists and experts in ovarian
21   cancer. You would agree?
22   MS. CURRY:
23        Object to the form.
24   A     Yes.

Page 169

1    MS. THOMPSON:
2    Q     And this is a review article, as we
3    said, just published in Lancet within -- March
4    23rd, so within the last week.
5         Have you seen this article?
6    A     This one?
7    Q     Yes.
8    A     No. Just the last week.
9    Q     Let's look in the first section,
10   Epidemiology and Risk Factors. And the last
11   sentence, "Risk factors for EOC include the
12   number of lifetime of ovulations (absence of
13   pregnancy), early age of menarche and late age at
14   menopause, family history of EOC, smoking, benign
15   gynecological conditions, including
16   endometriosis -- endometriosis, polycystic ovary
17   disease and pelvic inflammatory disease, and
18   potentially use of talcum powder."
19        Would you agree that at least the
20   authors thought that the use of talcum powder is
21   potentially a risk factor for EOC?
22   MS. CURRY:
23        Object to the form.
24   A     And, again, this is a review. So I

43 (Pages 166 to 169)

Michael Birrer, M.D., Ph.D.

Page 170

1    think they're trying to be inclusive.  And I
2    don't actually know that any of them believe
3    that.
4    MS. THOMPSON:
5        Q      So would -- would they -- would they
6    have -- would it be the two options again, either
7    they're wrong --
8        A      (Nods affirmatively.)
9        Q      -- or that they're just reporting on
10   what the literature states?
11       A      (Nods affirmatively.)
12   MS. CURRY:
13           Object to the form.
14       A      Yeah.  I think it extends beyond
15   talcum, too, to be honest with you.  I don't -- I
16   don't consider smoking to be a strong risk for
17   ovarian cancer.  And PID, I don't either.
18           So -- and I don't know of many of my --
19   I mean, we don't -- we don't want our patients
20   smoking.  But I don't know of many of the
21   gynecologic oncologists I work with who -- that's
22   on their -- that's on their risk list.
23   MS. THOMPSON:
24       Q      Even for mucinous?

Page 171

1        A      Well, now you're gonna get complicated
2    on me because, you know, there are people that
3    don't think -- there are mucinous tumors of the
4    ovary.  Bob Kirkman is one of them, and that is
5    all GI.
6           So I think -- I don't think it's all
7    that relevant because it's such a rare tumor.
8        Q      And the citation for the reference
9    that --
10       A      8?
11       Q      -- a risk factor potentially would --
12   could be the use of talcum powder is the
13   Penninkilampi meta-analysis; right?
14       A      That's referenced in 8, yes.
15       Q      So at least the authors, the reviewers,
16   the editors of the journal felt that the most
17   authoritative source would be that Penninkilampi
18   meta-analysis.  Would you agree?
19   MS. CURRY:
20           Object to the form.
21       A      Say that again.  I'm sorry.
22   MS. THOMPSON:
23       Q      Yeah.
24       A      I could read it.

Page 172

1        Q      So the authors, if they were reporting
2    on the potential risk of talcum powder use in
3    ovarian cancer chose to cite Penninkilampi as a
4    source -- as the source for that information;
5    correct?
6        A      They reference it.
7        Q      And you would assume they would choose
8    the most authoritative article that was available
9    in the literature?
10   MS. CURRY:
11           Object to the form.
12   MS. THOMPSON:
13       Q      Wouldn't you?
14       A      I would not assume that.
15       Q      You would assume they'd pick something
16   that wasn't as authoritative?  There's something
17   else they could have picked?
18   MS. CURRY:
19           Object to the form.
20       A      They may have -- they may have picked
21   that because it was one of the more recent
22   meta-analyses, and so it was convenient.  And
23   it's flawed.  We can go over if you'd like.
24   MS. THOMPSON:

Page 173

1        Q      Well, I'm just saying these authors
2    picked that to -- to support the statement in
3    their review article in The Lancet that the use
4    of talcum powder is potentially a risk factor for
5    ovarian cancer.
6        A      Well, I would agree that they picked
7    that reference.  I disagree that that's because
8    they thought it was the most authoritative
9    article.  It is one of the more recent, and, so,
10   therefore, a lot of the other papers would be
11   included in it.  So it's a convenient place to
12   steer a reader.
13       Q      Do you think they'd pick it if they
14   thought it was flawed?
15   MS. CURRY:
16           Object to the form.
17       A      Probably if -- if it was seriously
18   flawed, I don't think they would have picked it.
19   Yeah.
20   MS. THOMPSON:
21       Q      And would you agree, also, that the
22   reviewers would not have included an article that
23   the reviewers felt was seriously flawed?
24   MS. CURRY:

44 (Pages 170 to 173)

Michael Birrer, M.D., Ph.D.

Page 174

1    Object to the form.
2    A    Again, it's a little bit -- having been
3    involved in these processes, to be perfectly
4    frank, you get a review article with a review of
5    147 references, you're not gonna go through them
6    all.  So I don't know I can say with any
7    authority that the reviewers looked at this and
8    said, gee, they picked the one talc paper that is
9    really spectacular.
10   MS. THOMPSON:
11   Q    Okay.  So there were -- but there --
12   there were no --
13   A    The review, and -- and it's true for
14   the editor too.
15   Q    Okay.  So at least there were no red
16   flags in front of the reviewers and the editor
17   when they saw the Penninkilampi article cited for
18   that reference?
19   MS. CURRY:
20       Object to the form.
21   A    I --
22   MS. THOMPSON:
23   Q    That would cause them to --
24   A    I don't know they noticed it.

Page 175

1    Q    Okay.  But the editors selected that
2    article; correct?
3    MS. CURRY:
4        Object to the form.
5    MS. THOMPSON:
6    Q    For whatever reason?
7    A    The --
8    Q    The authors.
9    A    The authors selected it.
10   Q    Sorry.
11   A    Not -- not the editors.  Correct.
12   Q    Thank you.  I meant to say authors.
13   A    And, again, I would just emphasize it
14   says "potentially use of talcum powder."
15   Q    That's right.
16   A    Okay.
17   Q    And at least in this statement, the
18   reference to talcum powder as potentially a risk
19   factor did not separate out the subtypes.  It's
20   referring to EOC; correct?
21   A    I -- that's the way I would read it,
22   right.
23   MS. THOMPSON:
24       Dawn, what are you thinking about

Page 176

1    lunch?
2    MS. CURRY:
3        We actually did order in lunch.  I'm
4    not sure if we -- if you want to take a quick
5    break, I can check on the estimated time of
6    arrival.
7    MS. THOMPSON:
8        Sure.  Or we can just keep going until
9    we get word.  Whatever --
10   A    Or we could just finish.
11   MR. MIZGALA:
12       I second that.
13   MS. GARBER:
14       You guys keep going.  I'll check.
15   MS. THOMPSON:
16       Are you telling me you're not having
17   fun?  I think he liked the test.
18   THE WITNESS:
19       Yeah.  It would have been nice to have
20   the little box -- the little circles you could
21   fill in.  You know.
22   MS. THOMPSON:
23       And then I could just put it in the
24   computer.

Page 177

1    THE WITNESS:
2        No mumbling?  Sorry.
3    MS. CURRY:
4        Okay.  So the lunch, I was just told,
5    is actually here.  So it's up to you when you're
6    in a good breaking point.
7    MS. THOMPSON:
8        Dr. Birrer, do you want to take a break
9    for lunch or do you want to go another 15 or 20
10   minutes?
11   THE WITNESS:
12       Going would be fine.
13   MS. THOMPSON:
14   Q    Okay.
15   A    Yeah.
16   Q    Let's -- let's look at the IARC 93, the
17   one that --
18   A    Uh-huh.
19   Q    -- addresses the nonasbestiform talc.
20   And turning to page 277 in the exposure data
21   introduction --
22   A    Uh-huh.  Do you want to use mine?
23   Q    Let's have a blank one to follow along.
24       Does this section define the

45 (Pages 174 to 177)

Michael Birrer, M.D., Ph.D.

Page 178

1  nonasbestiform talc?
2  MS. CURRY:
3       Object to the form.
4  MS. THOMPSON:
5  Q     Oh, there it is.  And let's just read
6  along in that third paragraph.
7  A     Okay.
8  Q     "Asbestiform talc fibers are very long
9  and thin and occur in parallel bundles that are
10 easily separated from one another by hand
11 pressure."  And asbestos -- no.  Just strike
12 that.
13      You're -- you're not an expert in the
14 different types of asbestos or talc in its
15 different --
16 A     I'm learning --
17 Q     Are you?
18 A     I'm learning a lot.
19 Q     I -- well, I don't want to ask those
20 questions to you later because then you'll be an
21 expert.
22      Let's -- let's go to the conclusions of
23 IARC.  We've already established that IARC used a
24 pretty extensive methodology in reaching their

Page 179

1  conclusions; right?
2  MS. CURRY:
3       Object to the form.
4  A     Yes.
5  MS. THOMPSON:
6  Q     And in your -- in your opinion, IARC
7  got -- got it wrong; right?
8  MS. CURRY:
9       Object to the form.
10 A     I think the net -- and I -- let me just
11 summarize.  I agree that they did a thorough sort
12 of process here.  In the end, what they
13 concluded, I think, was -- was wrong.  If I
14 recall correctly, it's 2B.
15 MS. THOMPSON:
16 Q     That's right.
17 A     Was the classification.
18 Q     But 2B does not mean that it's not
19 carcinogenic, does it?
20 A     Means it's possible carcinogenic.  I
21 think that's by definition.
22 Q     Right.
23      And -- and in this situation, the
24 reason for the classification was that there

Page 180

1  was -- well, that there was limited evidence in
2  humans for the carcinogenicity in peroneal use of
3  talcum powder body product.  Is that what IARC
4  concluded?
5  A     That's in 6.1, the second one.  Yes.
6  Q     Right.
7       And there is limited evidence in
8  experimental animals; right?
9  A     6.2.  Yes.
10 Q     And in the rationale, the authors
11 state, third paragraph, "For peroneal use of
12 talcum-based body power, many case-control
13 studies of ovarian cancer found a modest but an
14 unusually consistent excessive risk, although the
15 impact of bias and potential confounding could
16 not be ruled out."
17      Is -- is that your understanding of the
18 conclusions?
19 A     That's what they concluded.
20 Q     And --
21 A     We're done with IARC?
22 Q     We're done with IARC.
23      And you also looked at the Health
24 Canada Assessment; right?

Page 181

1  A     Yes.
2  Q     And we agreed that the methodology that
3  Health Canada applied for -- for their
4  determination was also extensive; right?
5  MS. CURRY:
6       Object to the form.
7  A     They were systematic and thorough.  I
8  think it was pretty complicated, yeah.
9  MS. THOMPSON:
10 Q     And what's your understanding of the
11 conclusions reached by the -- Health Canada?
12 MS. CURRY:
13      Object to the form.
14 MS. THOMPSON:
15 Q     Scientists.
16 A     Well, they concluded that there was a
17 low risk of harm to the environment from talc.
18 Q     Is that what you came away with?
19 A     Well, it was in the third paragraph.
20 So it was important to note that.  But they did
21 conclude that talc meets one of the criteria.
22 That was Section 64.  And so they concluded that
23 it potentially presented a health risk to
24 Canadians, if I got that right.

46 (Pages 178 to 181)

Michael Birrer, M.D., Ph.D.

Page 182

1    Q       And do you think it was just to
2  Canadians?
3    A       Well, that's the way they quoted it.
4    Q       And --
5    A       In fact, the statement is "may
6  constitute a danger in Canada to health" --
7  "human health" -- "human life or health."
8    Q       And they also made the -- well, let's
9  read beginning on page little -- little 3, i --
10 iii?
11   A       I'm sorry.  Where are you?
12   Q       Little -- little roman numeral 3.
13   A       Three?  Yeah.
14   Q       Is your understanding that the -- that
15 Health Canada found that the available data were
16 indicative of a causal effect?
17   A       Where are you reading?
18   Q       I was just asking you what your
19 understanding was.
20 MS. CURRY:
21         Object to the form.
22   A       I'm not sure that they actually found
23 causal effects.
24 MS. THOMPSON:

Page 183

1    Q       Okay.  Well, let's -- let's read
2  beginning -- the paragraph with "The
3  meta-analyses."
4    A       Where are you?  Oh, the -- yeah.
5    Q       "The meta-analyses of the available
6  human studies in the peer-reviewed literature" --
7    A       Yep.
8    Q       -- "indicate a statistically
9  significant positive association between perineal
10 exposure to talc and ovarian cancer.  Further,
11 available data are indicative of a causal
12 effect."
13   A       Uh-huh.
14   Q       So they did --
15   A       (Nods affirmatively.)
16   Q       -- determine that it was indicative of
17 a causal effect; right?
18 MS. CURRY:
19         Object to the form.
20   A       That's what they said, yes.  It's not
21 referenced, but --
22 MS. THOMPSON:
23   Q       Well, this is the --
24   A       Yeah.

Page 184

1    Q       -- executive summary.
2    A       Yeah.  Uh-huh.
3    Q       "Given that there is potential for
4  peroneal exposure to talc from the use of various
5  self-care products, for example, body powder,
6  baby powder, diaper and rash creams, gentle
7  antiperspirants and deodorants, body wipes, bath
8  bombs, a potential concern for human health has
9  been identified."
10         Correct?
11   A       I agree with that.
12   Q       And is it your opinion that Health
13 Canada got it wrong also?
14 MS. CURRY:
15         Object to the form.
16   A       So it's interesting.  When I reviewed
17 this was -- again, this is a very recent -- looks
18 like December 2018 -- decision by Health Canada
19 based upon a huge body of literature, which I had
20 reviewed and come to a different conclusion.
21         So there really was not very much new
22 data to draw this conclusion.  So, you know,
23 again, I think very much like IARC, I think they
24 got it wrong.

Page 185

1  MS. THOMPSON:
2    Q       And you don't think that this is a
3  situation where scientists can look at the same
4  data and -- and make different conclusions?
5    A       No.
6  MS. CURRY:
7         Object to the form.
8  MS. THOMPSON:
9    Q       Do you have any reason to believe that
10 the scientists who worked on this project were
11 unreasonable?
12 MS. CURRY:
13         Object to the form.
14   A       Other than the fact they drew the wrong
15 conclusion here, I know nothing else about them,
16 so...
17 MS. THOMPSON:
18   Q       You don't have any reason to believe
19 they were incompetent?
20 MS. CURRY:
21         Object to the form.
22   A       No.
23 MS. THOMPSON:
24   Q       Do you have any reason to believe that

47 (Pages 182 to 185)

Michael Birrer, M.D., Ph.D.

Page 186

1  they weren't good scientists?
2  MS. CURRY:
3      Object to the form.
4  A    I don't really have a lot of knowledge
5  of them. If I could actually find the list of
6  individuals who made this decision -- I don't
7  think it's published.
8  MS. THOMPSON:
9  Q    And did you -- this was done under the
10  auspices, I believe, of the Minister of Health.
11  A    Uh-huh.
12  Q    You don't know the Minister of Health
13  in Canada, do you?
14  A    I don't.
15  Q    Or know that he would -- or she would
16  not be competent?
17  MS. CURRY:
18      Object to the form.
19  A    I have no direct evidence for that.
20  MS. THOMPSON:
21  Q    Do you take any issue with the weight
22  of the evidence methodology that Health Canada
23  applied?
24  A    No.

Page 187

1  Q    Only that they came up with the wrong
2  conclusion; right?
3  A    Correct.
4  Q    And this assessment, like IARC, was
5  based on talc -- cosmetic-grade talc and not on
6  potential impurities such as asbestos. Is that
7  also your understanding?
8  MS. CURRY:
9      Object to the form.
10  A    That is my understanding. So, you
11  know, again, it's -- it's the same epi data. The
12  epi data is focused on talcum powder. So that --
13  that applies here, too.
14  MS. THOMPSON:
15  Q    And is it your understanding that the
16  human health portion of the Health Canada
17  assessment went through a peer-review process?
18  MS. CURRY:
19      Object to the form.
20  MS. THOMPSON:
21  Q    With external reviewers.
22  A    I didn't see that described.
23  Q    So you don't know one way or the other
24  whether it went through a review process?

Page 188

1  A    In terms of peer review, scientific
2  peer review?
3  Q    Correct.
4  A    I can't say that definitively.
5  Q    If you'll look at the -- and the copy
6  that I'm looking at doesn't have page numbers, so
7  that's why it's -- I'm --
8  A    Roughly.
9  Q    -- making it difficult.
10      But if you look at the big bold
11  introduction that comes right after the synopsis,
12  it should be about the -- it may be the little
13  numbers.
14  A    Introduction?
15  Q    Yeah.
16      And the very bottom of that page, I'm
17  reading "The human health portion of this
18  assessment has undergone external peer review
19  and/or consultation?"
20      Doesn't -- does the assessment, at
21  least, state that it underwent peer review and
22  consultation?
23  A    It states that. I don't quite -- I
24  don't honestly know what that means.

Page 189

1  Q    Okay.
2  A    And the public comment period, of
3  course, is just a governmental response.
4  Q    Do you know if Johnson & Johnson has
5  submitted comments to Health Canada?
6  MS. CURRY:
7      Object to the form.
8  A    Not that I know of.
9  MS. THOMPSON:
10  Q    Have you submitted comments to Health
11  Canada --
12  A    No.
13  Q    -- with your opinions?
14  A    No.
15  Q    Do you intend to submit any opinions to
16  Health Canada?
17  A    I doubt it.
18  Q    You are -- are you aware that talc used
19  as a dry powder lubricant on condoms was
20  substituted with cornstarch in the 1990s?
21  A    I believe I am familiar with that.
22  Q    Do you know why?
23  A    No.
24  Q    Do you know that dusting diaphragms,

48 (Pages 186 to 189)

Michael Birrer, M.D., Ph.D.

Page 190

```
 1    the practice of dusting diaphragms with talcum
 2    powder was abandoned approximately the same time?
 3    MS. CURRY:
 4         Object to the form.
 5    A    Yes.
 6    MS. THOMPSON:
 7    Q    Do you know why?
 8    A    No.
 9    Q    Was it for concerns about inflammatory
10    and cancer effects?
11    MS. CURRY:
12         Object to the form.
13    A    Could have been. I don't -- can't
14    quote that.
15    MS. THOMPSON:
16    Q    Were you aware that FDA banned -- has
17    banned powder examination and surgical gloves?
18    A    Yes.
19    Q    Do you know why?
20    A    That was based upon the concern about
21    the generation of fibrosis.
22    Q    And other inflammatory processes in
23    the -- in the peritoneal cavity?
24    MS. CURRY:
```

Page 191

```
 1         Object to the form.
 2    A    I would define -- I would define that
 3    as fibrosis, if not inflammatory.
 4    MS. THOMPSON:
 5    Q    Do you consider granulomas an
 6    inflammatory response?
 7    A    It's in the characterization of chronic
 8    inflammation, yes.
 9    Q    Are adhesions an inflammatory response?
10    A    Not necessarily.
11    Q    And they would be an acute response
12    if -- if they were caused by an inflammatory
13    reaction?
14    MS. CURRY:
15         Object to the form.
16    A    So adhesions are, you know, essentially
17    scar tissue and fibrosis. The etiology of it is
18    pretty broad. Some of it could be chronic
19    inflammation. Some of it could be acute
20    inflammation. And I would not even rule out the
21    possibility that general wound healing would give
22    rise to scar tissue. And that may not
23    necessarily fit the criteria of inflammation.
24    MS. THOMPSON:
```

Page 192

```
 1    Q    Are you aware of the differences
 2    between cornstarch and talc?
 3    MS. CURRY:
 4         Object to the form.
 5    A    In terms of biochemical and physical
 6    differences?
 7    MS. THOMPSON:
 8    Q    Sure. Let's start there.
 9    A    Yeah. I don't think I can list them
10    all. But certainly cornstarch is a biologic
11    agent, it's a carbohydrate, and talc is a
12    mineral.
13         We've already talked a little bit about
14    the size of particles in talcum powder and it's
15    exceedingly variable. So it's a little hard to
16    compare those two particles. But I would think
17    that starch would be more homogeneous and of a
18    different size.
19         And then, you know, biochemical
20    differences are substantial. I mean, this is a
21    carbohydrate, which can be broken down by certain
22    enzymes, has, you know, a firm structure to it.
23         Talc, as a mineral, forms suspensions.
24    It is not soluble. Starch is more soluble. So
```

Page 193

```
 1    there's differences.
 2    Q    So, in general terms, cornstarch would
 3    typically be absorbed or metabolized by the body?
 4    MS. CURRY:
 5         Object to the form.
 6    MS. THOMPSON:
 7    Q    Would you agree?
 8    A    Absorbed or -- there's -- it would
 9    certainly be more likely, I think, than a
10    mineral, yeah.
11    Q    Whereas the mineral, once it's there,
12    is expected to remain there; correct?
13    MS. CURRY:
14         Object to the form.
15    A    It's a little hard to tell because then
16    there are other mechanisms remove particulate
17    matters; right? So macrophages come along and
18    they phagocytize them. That macrophage then may
19    travel somewhere else and then essentially
20    deposit it in a way that the mineral -- the
21    mineral particle could be removed. So -- so it's
22    a little bit complex.
23    MS. THOMPSON:
24    Q    Can inhaled talc particles appear in
```

49 (Pages 190 to 193)

Michael Birrer, M.D., Ph.D.

Page 194

1  distant organs?
2  A      So there is some data, I believe, in
3  animal studies that high concentrations of talc,
4  either in the pleural cavity or in intratracheal
5  injections can end up in what --
6         And I think I put them in the expert
7  report; for instance, the spleen.
8  Q      And ovaries?  Can they occur in the
9  ovaries?
10 A      So if you look at the literature -- you
11 know, and I went through in pretty big detail --
12 nobody's looked.  So there's no reproductive
13 organs in any of those studies.  At least the
14 ones that I have looked at.  So I don't think we
15 know, and I don't think we could assume that.
16 Q      Can talc fibers enter the peritoneal
17 cavity?
18 MS. CURRY:
19        Object to the form.
20 A      Again, we're back to this mineral
21 structure, and I'm not going to be able to
22 comment on that.
23 MS. THOMPSON:
24 Q      And how about asbestos fibers?

Page 195

1  A      Well, asbestos exposure can, of course,
2  give rise to mesothelioma and can give rise to
3  peritoneal mesotheliomas.  So it's got to get
4  there from somewhere.
5  Q      Do you have an opinion as to whether
6  asbestos fibers can get to the peritoneal cavity
7  through peritoneal exposure and migration through
8  the genital tract?
9  MS. CURRY:
10        Object to the form.
11 A      I don't have any data on that.
12 MS. THOMPSON:
13 Q      So you have no opinion.
14 A      I would say analogous with the
15 migration data that there's not a lot of evidence
16 things are migrating retrograde.  So -- and I
17 think -- although I don't think those experiments
18 have been done with asbestos in mind -- and we
19 know that asbestos can travel with high
20 insulation [sic] -- you know, inhalation of
21 asbestos can get in the pleural cavity.  It gets
22 there from somewhere.  It's got to be inside the
23 lung.  It has to get out in the pleural cavity,
24 and then again, the peritoneal cavity.  So we

Page 196

1  know that.
2  Q      So you know -- you -- we know that
3  asbestos fibers can reach the peritoneal cavity;
4  correct?
5  A      Yes.
6  Q      And -- and let me just understand
7  you -- what you're opining today is that we just
8  don't know how they get there?
9  MS. CURRY:
10        Object to the form.
11 A      I don't know.  So -- so I think one of
12 the hypotheses that -- after asbestos -- again,
13 I'm not -- I wasn't asked to explore asbestos in
14 great detail.  This is more my medical training
15 speaking.
16        But as people inhaled asbestos, these
17 particles would work their way out into the
18 pleural cavity --
19 MS. THOMPSON:
20 Q      So --
21 A      -- which is where they would do their
22 badness.  And then, there is a hypothesis
23 connection between the pleural cavity and the
24 peritoneal cavity.

Page 197

1  Q      So direct penetration of the fiber
2  through the pleura?
3  A      The diaphragm's are pretty secure
4  structures, so it's a little bit -- I can't say,
5  hey, here's the pathway.  But that's the
6  supposition.
7  Q      Okay.
8  A      Okay.
9  Q      Do you -- are you aware of any
10 epidemiologic or other studies that have linked
11 the use of perineal cornstarch with ovarian
12 cancer?
13 MS. CURRY:
14        Object to the form.
15 A      Perineal cornstarch with ovarian
16 cancer?
17 MS. THOMPSON:
18 Q      Correct.  Let me phrase that
19 differently just so it's clear.
20 A      Okay.
21 Q      Are you aware of any studies that link
22 the perineal use of cornstarch products with
23 ovarian cancer?
24 MS. CURRY:

Michael Birrer, M.D., Ph.D.

Page 198

1      Object to the form.
2   A    Therapeutically or just accidentally?
3   MS. THOMPSON:
4   Q    Um -- as a substitute for talcum
5   powder.  If a woman is using corn -- a
6   cornstarch-based perineal dusting powder, are you
7   aware of any studies that have linked that usage
8   to ovarian cancer?
9   A    Not that I -- no.
10  Q    Do you agree that -- I might go ahead
11  and go back to that -- that -- the FDA, mark it
12  as --
13  A    The letter?
14  Q    The letter.
15      I know.  But I don't have my stickers.
16  MS. THOMPSON:
17      My fault; not yours.
18  THE COURT REPORTER:
19      Okay.
20  MS. THOMPSON:
21      Shall we do another few just to get us
22  to lunch?
23  THE COURT REPORTER:
24      I forget what number we're on.

Page 199

1   MS. THOMPSON:
2      We're on --
3   MS. EVERETT:
4      14.
5   MS. THOMPSON:
6      14.
7      (DEPOSITION NUMBER 14 WAS
8      MARKED FOR IDENTIFICATION.)
9   MS. THOMPSON:
10  Q    I'm going to go ahead and mark the FDA
11  announcement on the banning of -- of talcum
12  powder just so we can see what they actually did
13  say about the reasons.
14      And --
15  A    This is for gloves.  For gloves.
16  Surgical gloves.
17  Q    Examination and surgical gloves.
18  A    Yeah.
19  Q    And just in the bottom part of the
20  right-hand side of the first page, "Banned
21  Devices; Powdered Surgeon's Gloves, Powdered
22  Patient Examination Gloves, and Absorbable Powder
23  For Lubricating on a Surgeon's Glove."
24      And if you'll turn to the executive

Page 200

1   summary on the following page, one, purpose and
2   coverage of the final rule, and the last
3   paragraph -- or the last sentence of the first
4   paragraph says, "However, the use of powder on
5   medical gloves presents numerous risks to
6   patients and healthcare workers, including
7   inflammation, granulomas and respiratory allergic
8   reaction."
9      Does that at least state what the FDA
10  considers the reasons for the removal of talcum
11  powder from surgical gloves?
12  A    Yes, it does.
13  Q    Are you aware that Health Canada
14  determined that the migration of talc particles
15  to the ovaries from perineal use was a plausible
16  or is a plausible mechanism for the detection of
17  talc in the ovaries?
18  MS. CURRY:
19      Object to the form.
20  A    I believe they did.  You're --
21  MS. THOMPSON:
22  Q    And you -- do you disagree with the
23  determination that Health Canada reached
24  regarding the -- the migration of talc particles

Page 201

1   to the ovaries being a plausible mechanism for
2   the detection of talc in ovaries?
3   A    Yes, I do.
4   Q    In your report, you state that the
5   migration is contrary to basic anatomy and common
6   sense, I believe.
7      Do you still hold that opinion?
8   A    Where are you reading?  Back to my
9   report?
10  Q    I have to get your report out.
11  A    Yeah.  That's get that out there.
12  Q    His expert report.
13      And in the -- under "Migration" on page
14  5, "Supposed Presence of Talc in Ovaries."
15  A    Ah.  Okay.  Yep.
16  Q    And Health Canada's conclusion was that
17  the migration of talc particles to the ovaries
18  from perineal use is a plausible mechanism for
19  the detection of talc to the ovaries.
20      But at least your opinion is that the
21  presence of talc in the ovaries cannot be
22  explained by migration.  Is that right?
23  A    Well, the studies that I looked at here
24  mostly are the presence of talc in cancer of the

51 (Pages 198 to 201)

Page 202

1    ovary, and there were some control patients, I
2    believe, with breast cancer where they looked at
3    the ovary.
4          And these -- these studies have been
5    around for a while. I've reviewed them multiple
6    times, and they're just seriously flawed, from my
7    perspective. So I don't know that you can
8    conclude that. But these are -- these are just
9    the studies that show the presence of talc in
10   specimens. It's not the next line of evidence,
11   which is actual variety of human -- human
12   experiments, if you will, which are also
13   seriously flawed.
14         So, you know, I essentially reviewed
15   all of that and came to the conclusion you can't
16   conclude anything. There's no convincing data.
17   Health Canada came to a different conclusion.
18   Q       And is that because Health Canada got
19   it wrong again, or is that because scientists can
20   come to different conclusions when reviewing the
21   same data?
22   MS. CURRY:
23         Object to the form.
24   A       Based on my review on this, they got it

Page 203

1    wrong.
2    MS. THOMPSON:
3    Q       Regarding the Heller paper --
4    A       Uh-huh.
5    Q       -- let's just go back to your report.
6          Do you know what the Heller authors
7    concluded from their study?
8    MS. CURRY:
9          Object to the form.
10   A       Do you --
11   MS. THOMPSON:
12   Q       This is the paper regarding the talc
13   presence in --
14   A       Right.
15   Q       -- ovaries from the Heller paper.
16   MS. CURRY:
17         Object to the form.
18   A       So just to summarize real quick --
19   MS. THOMPSON:
20   Q       No. Not asking that question.
21         Do you know what the Heller authors
22   concluded on the basis of their study?
23   MS. CURRY:
24         Object to the form.

Page 204

1    A       I think they were mystified and they
2    tried to argue that the reason why they found
3    talc in everybody --
4    MS. THOMPSON:
5    Q       Dr. Birrer, sorry.
6          My question was: Do you know what the
7    authors concluded?
8    A       I'm saying it.
9    Q       That's "yes" or "no."
10   A       Oh.
11   Q       Do you know what the authors concluded?
12   MS. CURRY:
13         Object to the form.
14   A       Yes.
15   MS. THOMPSON:
16   Q       What did the authors conclude?
17   A       So I think they were mystified. And
18   so --
19   Q       No. Did the authors -- where do you
20   see in the paper that the authors were mystified?
21   A       Because --
22   MS. CURRY:
23         Let him finish and don't cut him off.
24   MS. THOMPSON:

Page 205

1          Not when he's not answering my
2    question.
3    THE WITNESS:
4          Well, I --
5    MS. CURRY:
6          He's trying to answer it. You keep
7    cutting him off at every word.
8    MS. THOMPSON:
9          I asked where in the paper did the
10   authors say they were mystified, and he needs to
11   explain that.
12   MS. CURRY:
13         You haven't even marked the paper. You
14   are asking him based on his expert report, and
15   he's --
16   MS. THOMPSON:
17         I didn't ask him on the basis of his
18   expert report. I asked him on the basis of his
19   knowledge.
20         I'll mark the Heller paper 15.
21         (DEPOSITION EXHIBIT NUMBER 15 WAS
22         MARKED FOR IDENTIFICATION.)
23   MS. THOMPSON:
24   Q       Do you see anywhere in the paper that

52 (Pages 202 to 205)

Michael Birrer, M.D., Ph.D.

Page 206

1    the authors were mystified?  Yes or no?
2    A     I think they were confused by the lack
3    of association.
4    Q     Do you see where the authors were
5    mystified?
6    MS. CURRY:
7         Object to the form.
8    MS. THOMPSON:
9    Q     There's nowhere where the authors say
10   they were mystified, is there, Dr. Birrer?
11   MS. CURRY:
12        Object to the form.
13   MS. THOMPSON:
14   Q     I'll withdraw the question.
15   A     Okay.
16   Q     Let's just go to the conclusions.
17        "Conclusions:  The detection of talc in
18   all ovaries demonstrates that it can reach the
19   upper genital tract."
20        Is that what the authors of the Heller
21   paper conclude?
22   A     Yes.
23   Q     And yet you're critical of the
24   plaintiffs' experts because they conclude the

Page 207

1    same thing that the authors of the paper
2    conclude; right?
3    MS. CURRY:
4         Object to the form.
5    MS. THOMPSON:
6    Q     In fact, I -- well, go ahead and
7    answer.
8    A     Well, I'm critical of the paper and the
9    experts who agreed with it.
10   Q     And I -- I think there were no fewer
11   than 12 experts that you think were wrong on
12   this; right?
13   MS. CURRY:
14        Object to the form.
15   A     If that's the number of experts that
16   agreed to it, then, yeah.  I agree on that.
17   MS. THOMPSON:
18   Q     And it's not that scientists can come
19   to different conclusions.  It's that 12 experts
20   who state the same conclusions as the authors of
21   the paper are wrong and you're right?
22   MS. CURRY:
23        Object to the form.
24   MS. THOMPSON:

Page 208

1    Q     Is that your opinion?
2    A     Say that again.
3    Q     It's not that scientists can come to
4    different conclusions.  It's that the 12 experts
5    who state the same conclusions as the authors of
6    the paper are wrong and you're right?
7    MS. CURRY:
8         Object to the form.
9    MS. THOMPSON:
10   Q     Is that a correct statement?
11   A     Correct.
12   Q     One of your criticisms of the Cramer
13   paper from 2007 that detected talc in lymph nodes
14   was that it was a case report; correct?
15   A     Correct.
16   Q     And you've published with Dr. Cramer;
17   correct?
18   A     I don't think I'm on papers with
19   Dr. Cramer.
20   Q     And have you seen the paper that was
21   published recently of a series of cases in which
22   talc was detected in the lymph nodes?
23   MS. CURRY:
24        Object to the form.

Page 209

1    A     Do you have an author?
2    MS. THOMPSON:
3    Q     Same authors.
4    A     So Dr. Cramer --
5    Q     The lead author is McDonald, but from
6    Cramer's lab --
7    A     I have seen it.
8    Q     -- and Welch.  You've seen it?
9    A     Uh-huh.
10   Q     And is it your understanding that the
11   authors -- I'll mark the McDonald paper Exhibit
12   16.
13        (DEPOSITION EXHIBIT NUMBER 16 WAS
14        MARKED FOR IDENTIFICATION.)
15   MS. THOMPSON:
16   Q     Is it your understanding that the
17   authors specifically controlled for any
18   possibility of contamination?
19   MS. CURRY:
20        Object to the form.
21   A     No.  That's not my understanding.
22   MS. THOMPSON:
23   Q     Well, it's in the abstract, if we can
24   get -- delve deeper if we need to.  The authors

53 (Pages 206 to 209)

Michael Birrer, M.D., Ph.D.

Page 210

1  said that since talc can be a surface contaminant
2  from tissue collection preparation, digestion
3  measurements may be influenced by contamination.
4  Instead, because they preserve anatomic landmarks
5  and permit identification of particles in cells
6  and tissues polarized light microscopy and in
7  situ SEM-EDX are recommended to assess talc in
8  lymph nodes.
9       And that's the methodology that the
10  authors, the researchers, performed to assure
11  themselves that this finding was not due to
12  contamination; right?
13  MS. CURRY:
14       Object to the form.
15  A    You are reading correctly.
16  MS. THOMPSON:
17  Q    I didn't even read that.
18  A    Oh.
19  Q    I came up with that --
20  A    Oh. I thought you were looking at the
21  paper.
22  Q    Well, I must be right, then.
23  A    I mean, they -- they observe -- I read
24  this -- I'll read it. "In conclusion, talc

Page 211

1  contamination in the surface of surgical
2  pathology specimens of is common."
3  Q    Except -- and I didn't have a question
4  on the table.
5  A    Okay.
6  Q    So I'll object to that as being
7  nonresponsive to a question.
8       Except the whole purpose of this study
9  was to, number one, expand on the case report
10  that was published earlier; right?
11  MS. CURRY:
12       Object to the form.
13  A    I don't see that. It's another study.
14  MS. THOMPSON:
15  Q    Okay.
16  A    Yeah.
17  Q    But this had a series of 22 cases;
18  right?
19  A    Twenty-two cases, correct.
20  Q    And -- and the authors concluded that
21  by -- by using the techniques that they used in
22  this pap- -- in this paper, they could confirm
23  that the -- the talc in the lymph nodes was not
24  surface contamination. Right?

Page 212

1  MS. CURRY:
2       Object to the form.
3  A    So they -- they observe -- they observe
4  large amounts of contamination. They argue that
5  with their technology, they can tell whether some
6  is surface and some is internal, in lymph nodes.
7  MS. THOMPSON:
8  Q    And they determined that some was
9  internal; right?
10  A    I believe so.
11  Q    Probably have another, what, five
12  minutes and then lunch, or I can do it after we
13  come back.
14  MS. CURRY:
15       Is that okay with you?
16  A    That's okay.
17  MS. CURRY:
18       Is that okay with the court reporter?
19  THE COURT REPORTER:
20       That's fine. Yes.
21  THE WITNESS:
22       You all right? I'll stop mumbling.
23  MS. THOMPSON:
24  Q    Okay. I want to go over just a few of

Page 213

1  your criticisms of plaintiffs' experts. And
2  let's start with Dr. Clarke-Pearson. I believe
3  that you have met Dr. Clarke-Pearson and know him
4  by reputation, at least; correct?
5  A    I have.
6  Q    He's a past president, I believe, of
7  SGO; correct?
8  A    Correct.
9  Q    And department chair at University of
10  North Carolina, recently retired; correct?
11  A    Correct.
12  Q    And -- and you actually wrote the
13  criticism here of Dr. Clarke-Pearson?
14  A    Correct.
15  Q    And that's your language?
16  A    Uh-huh.
17  Q    Okay. Let's just read through that.
18  "Dr. Clarke-Pearson analogizes to the migration
19  of sperm" -- and this is considering the
20  migration of talc particles -- "into tubes after
21  coitus. It is rather surprising to hear this
22  from a gynecological oncologist."
23       Did you look at Dr. Clarke-Pearson's
24  references?

Michael Birrer, M.D., Ph.D.

Page 214

1    A    I looked at his expert report.
2    Q    Including his references?
3    A    I probably would have paged through it,
4    yeah.  Yep.
5    Q    "The obvious difficulty with this line
6    of reasoning is the fact that spermatozoa are
7    motile and have evolved under millions of years
8    to be able to migrate under their own control to
9    increase the potential to fertilize the egg.
10   This mode of transport is not consistent with a
11   talc particle."
12        Did you look at Dr. Pearson's citation
13   that describes the movement of dead sperm and
14   talc particles through that upper genital tract?
15   MS. CURRY:
16        Object to the form.
17   A    Yeah.  I didn't see the -- I didn't see
18   the reference on dead sperm.  But --
19   MS. THOMPSON:
20   Q    If -- if there was a reference that
21   dead sperm moved through and moved through quite
22   easily, then your statement that it's not
23   analogous because spermatozoa are motile is
24   incorrect, isn't it?

Page 215

1    MS. CURRY:
2        Object to the form.
3    A    Well, I have to see the paper, and I
4    don't know the details.
5    MS. THOMPSON:
6    Q    Assume with me that there is evidence
7    published in the peer-reviewed literature that
8    dead sperm and sperm particles move through the
9    upper genital tract, then your statement that
10   it's not analogous because spermatozoa are motile
11   would be incorrect; right?
12   MS. CURRY:
13        Object to the form.
14   A    So these sperm would be put on the
15   perineum like a dusting?
16   MS. THOMPSON:
17   Q    No.
18   A    Okay.
19   Q    I'm just saying it's -- your statement
20   that that is the reason would be incorrect.
21   A    I -- so --
22   Q    Are -- are dead sperm motile?
23   A    I don't actually know.  They --
24   Q    You're --

Page 216

1    A    Are they dead dead or --
2    Q    Do you think dead sperm may be motile?
3    Do you know any -- too much about reproductive
4    physiology?
5    MS. CURRY:
6        Object to the form.
7    A    A fair amount, yeah.
8    MS. THOMPSON:
9    Q    And you don't know whether dead sperm
10   would be motile or not?
11   A    So how are you defining that?
12   They're -- they're -- they've decayed?  They're
13   broken down --
14   Q    Yes.
15   A    -- or the flagella is not moving?
16   Q    The flagella is not moving in a dead
17   sperm.
18   A    Okay.
19   Q    Is it?
20   A    I guess as you are specifically
21   defining --
22   Q    Are you arguing me -- with me?
23   A    Can I answer?
24   MS. CURRY:

Page 217

1        I'm sorry.  You can each just take
2    turns.  Just please let her get her question out.
3    MS. THOMPSON:
4    Q    Do you not know whether dead sperm
5    would be motile or not?
6    A    I would think most of the time they
7    would not be motile.
8    Q    Okay.  And would you agree that a sperm
9    particle -- for example, if the flagellum is
10   broken off, would you agree that would not be
11   motile, a sperm particle?
12   MS. CURRY:
13        Object to the form.
14   A    Motile, moving under its own --
15   MS. THOMPSON:
16   Q    Moving on its own.
17   A    Yeah.  I think it's unlikely.
18   Q    Do you know the size of the head of a
19   sperm?
20   A    No.
21   Q    If the reason that Dr. Clarke-Pearson
22   was incorrect referencing dead and -- dead sperm
23   and sperm particles moving through the upper
24   genital tract could be relevant to a talc

55 (Pages 214 to 217)

Michael Birrer, M.D., Ph.D.

Page 218

1  particle. If your reason for saying that opinion
2  is incorrect is that sperm are motile, then that
3  reasoning is incorrect, isn't it?
4  MS. CURRY:
5      Object to the form.
6  A      Well, I think in the way it's expressed
7  here, that, obviously, it doesn't mean -- I mean,
8  it makes no sense to apply to spermatozoa, which
9  are mobile. But if you're telling me there's a
10 reference for dead sperm, then the question
11 becomes what's in that reference? So these --
12 MS. THOMPSON:
13 Q      Okay.
14 A      -- dead sperm were deposited into the
15 uterus after coitus and --
16 Q      We're just talking -- we're not talking
17 about coitus.
18      Is it plausible to you --
19 A      Okay.
20 Q      -- that a woman who has talcum on her
21 perineum --
22 A      Uh-huh.
23 Q      -- could have coitus and the talcum
24 powder on the perineum could be placed in the

Page 219

1  vagina forcefully? Is that plausible?
2  A      I don't have any data on that.
3  Q      Do you have to have data to say whether
4  or not that's plausible?
5  A      I am a scientist.
6  Q      Well, maybe take off your scientist
7  hat. Is it plausible that a woman who has talcum
8  powder on her perineum and has sex, that the
9  talcum powder could be forced into the vagina?
10 MS. CURRY:
11      Object to the form.
12 MS. THOMPSON:
13 Q      Is it plausible?
14 A      Sexual intercourse?
15 Q      Sexual intercourse, yes.
16 A      Yes. Just getting specifics.
17      Yeah. I mean, I -- I think the way
18 you're hypothesizing it, I suppose there's a
19 possibility.
20 Q      So if those things are possible and
21 plausible, then you really don't think
22 Dr. Clarke-Pearson's opinions are unreasonable
23 and -- and are contrary to basic anatomy, do you?
24 MS. CURRY:

Page 220

1      Object to the form.
2  A      Yeah, I don't know what --
3  MS. THOMPSON:
4  Q      Those are your words. Are
5  Dr. Clarke-Pearson's opinions contrary to
6  knowledge of basic anatomy?
7  MS. CURRY:
8      Object to the form.
9  A      Where are you reading?
10 MS. THOMPSON:
11 Q      Well, for right now I was just in the
12 first paragraph of "Hypothesized migration of
13 talc to ovaries."
14 A      What page? Is it on my report?
15 Q      Page 7.
16 A      Okay.
17      Oh. So you're relating that statement
18 to Clarke-Pearson?
19 Q      Well, I believe you say that all the
20 experts have -- have a theory that's contrary to
21 basic anatomy and common sense.
22 A      No. What that refers to, I think, is
23 the fact that you're putting -- you're dusting
24 the perineum many times, most of the times, in a

Page 221

1  woman who's vertical, and this concept is that
2  somehow that talc and dust essentially ascends
3  into the ovary. And I think that more often than
4  not lacks common sense and basic anatomy because
5  of what I just said.
6      Now, if you want to go through each
7  individual study, I'm happy to do that because
8  there are methodologic flaws in them. But that
9  statement does not relate directly to
10 Dr. Clarke-Pearson. If it did, it would be under
11 his name.
12 Q      But you talk generally about
13 plaintiffs' experts, too. And do you think that
14 you have a better understanding of female anatomy
15 than Dr. Clarke-Pearson?
16 MS. CURRY:
17      Object to the form.
18 A      Dr. Clarke-Pearson's pretty good with
19 female anatomy.
20 MS. THOMPSON:
21 Q      Do you think you have a better
22 understanding than Dr. Clarke-Pearson of female
23 reproductive physiology?
24 MS. CURRY:

56 (Pages 218 to 221)

Michael Birrer, M.D., Ph.D.

Page 222

1          Object to the form.
2     A     No.  I think he would be more versed in
3 that.
4     MS. THOMPSON:
5     Q     And -- and you've just testified that
6 we're not just talking about a woman standing up
7 and putting dusting powder and the ascension.  We
8 are talking about the possibility, in your words,
9 that powder could be on the perineum and
10 introduced in the vagina forcefully with sexual
11 intercourse; right?
12    A     Well, yes --
13    MS. CURRY:
14          Object to the form.
15    A     We just had that conversation.  I mean,
16 again, it's hypothetical.  Yeah.
17    MS. THOMPSON:
18    Q     Okay.  Agreed.  I mean, I agree that's
19 your opinion.
20          And how about a woman who applies
21 talcum powder to a sanitary napkin?  Is it
22 possible that the talcum powder would be
23 introduced in the vagina through menstrual flow?
24    A     Through menstrual --

Page 223

1     MS. CURRY:
2          Object to the form.
3     A     Not that I know of.  I don't have any
4 data for that.
5     MS. THOMPSON:
6     Q     Is that -- you don't think it's
7 possible?
8     A     Again, from -- from -- it's
9 interesting.  So if menstrual flow coming out of
10 the vagina with a sanitary napkin, the talc then
11 gets into the vagina up to the ovaries.  It
12 doesn't make a lot of sense to me.
13    Q     What percentage of women have
14 retrograde menstruation on a -- on a given
15 period?
16    A     I don't understand what you mean by
17 that.
18    Q     Do you think Dr. Clarke-Pearson
19 probably knows that percentage?
20    MS. CURRY:
21          Object to the form.
22    A     I'm sure he'd probably have an opinion
23 on it.
24    MS. THOMPSON:

Page 224

1     Q     Do you think he would know it, what's
2 published in literature?
3     MS. CURRY:
4          Object to the form.
5     A     He might.
6     MS. THOMPSON:
7     Q     So you're certainly not opining today
8 that you have a better understanding than
9 Dr. Clarke-Pearson of materials that can travel
10 retrograde through the upper genital tract, do
11 you?
12    MS. CURRY:
13          Object to the form.
14    A     Oh, I disagree with that.
15    MS. THOMPSON:
16    Q     You think you do have a better
17 understanding than Dr. Clarke-Pearson regarding
18 whether or not particles can travel through the
19 upper genital tract?
20    MS. CURRY:
21          Object to the form.
22    A     Based upon my analysis of these papers,
23 yes.
24    MS. THOMPSON:

Page 225

1     Q     Well, you certainly didn't know about
2 dead sperm and sperm particles, did you?
3     MS. CURRY:
4          Object to the form.
5     A     Well, it's one paper.
6     MS. THOMPSON:
7     Q     And you don't know about -- you don't
8 know how many -- what percentage of women have
9 retrograde menstruation, which is a classic paper
10 in gynecology -- gynecology?  You don't know that
11 percentage, do you?
12    MS. CURRY:
13          Object to the form.
14    A     I can't quote you that percentage.
15    MS. THOMPSON:
16    Q     Do you know that women oftentimes use
17 baby powder at bedtime?
18    MS. CURRY:
19          Object to the form.
20    A     I guess that's possible.
21    MS. THOMPSON:
22    Q     And that would not be in an upright
23 position, would it?
24    MS. CURRY:

Michael Birrer, M.D., Ph.D.

Page 226

1    Object to the form.
2    A    They may have put it on in an upright
3    position.
4    MS. THOMPSON:
5    Q    And do you agree that women could have
6    powder on the perineum and use a tampon?
7    MS. CURRY:
8        Object to the form.
9    A    I assume that's possible, yes.
10   MS. THOMPSON:
11   Q    And wouldn't it be possible that powder
12   on a tampon could be introduced into the vagina?
13   MS. CURRY:
14       Object to the form.
15   A    It's possible.
16   MS. THOMPSON:
17   Q    And what -- what did Dr. Kunz, K-U-N-Z,
18   describe in an article regarding how particles
19   and substances are transported to the upper
20   genital tract?
21   A    So that's the peristaltic pump.
22   Q    And describe that for me.
23   A    Yeah.  So they went and looked at the
24   contractions -- they, first of all, tried to

Page 227

1    measure the pressure in the uterus based on this
2    contraction, and they used actually ultrasound to
3    do it, which is an indirect measure, of course.
4    Don't know really what the pressure is.
5        Based upon finding that, then they went
6    on to, if I recall correctly, use micro- --
7    radiolabeled microspheres to do -- a word I can't
8    pronounce -- hysterosalpingoscintigraphy,
9    whatever.
10   Q    I can't either.
11   A    Yeah.  And the idea was -- if I recall
12   correctly, the idea of that whole study was
13   actually for -- I think fertility and pregnancy.
14   And the idea was that they then saw this
15   radioactivity up in the areas and drew the
16   conclusion that there is contraction to the
17   uterus and that they were hypothesizing that the
18   particles then were going up the tubes of the
19   ovaries.
20   Q    So it facilitates movement through
21   the --
22   A    Yeah.
23   Q    -- genital tract?
24   MS. CURRY:

Page 228

1    Object to the form.
2    A    Yeah.
3        The problem I have with that is I'm not
4    sure what direction the pressure is in, because
5    obviously if you give oxytocin at the time of
6    pregnancy after the delivery, expels the
7    placenta, so some of that pressure's going to
8    come down.
9        And, then, too, the radioactive studies
10   are really problematic because a lot of times the
11   label will come off of the microsphere.  So you
12   don't quite know where it's going.
13   MS. THOMPSON:
14   Q    At what points in a female's -- in a
15   woman's cycle are oxytocin levels the highest?
16   A    I can't quote you that.
17   Q    Would that be a question for
18   Dr. Clarke-Pearson?
19   MS. CURRY:
20       Object to the form.
21   A    He probably would know.
22   MS. THOMPSON:
23   Q    And are you aware of the studies
24   showing that not only sperm particles and dead

Page 229

1    sperm move through the upper genital tract but
2    even motile sperm move at a much faster rate than
3    would be predicted strictly based on their
4    self-generated motility?
5    MS. CURRY:
6        Object to the form.
7    A    Yeah.  I actually recall seeing that in
8    a study.
9    MS. THOMPSON:
10   Q    Are you aware that motile sperm
11   preferentially go to the side where ovulation has
12   occurred?
13   A    That, I'm not -- I can't quote you
14   that.  I don't know.
15   Q    So that would probably be another
16   question for one of the gynecologists or --
17   MS. CURRY:
18       Object to the form.
19   MS. THOMPSON:
20   Q    -- gynecologic oncologists?  Would you
21   agree?
22   A    They -- they would have that, and their
23   OB training would provide them with that
24   information.  Yeah.

58 (Pages 226 to 229)

Michael Birrer, M.D., Ph.D.

Page 230

1    Q      Let's break for lunch.
2    VIDEOGRAPHER:
3          Off the record at 12:55 p.m.
4          (Lunch recess.)
5    VIDEOGRAPHER:
6          We're back on the record at 2:02 p.m.
7    MS. THOMPSON:
8    Q      Dr. Birrer, I think we established this
9    morning that it is your opinion that the genital
10   use of talcum powder is not a risk factor for
11   ovarian cancer; right?
12   A      I'm sorry.  Say that -- say that again.
13   Q      It's your opinion that talcum powder is
14   not a risk factor for ovarian cancer; right?
15   A      The use of talcum powder?
16   Q      Yes.
17   A      Correct.
18   Q      Can you point me to any article -- can
19   you point me to an article that specifically
20   states genital talcum powder use is not a risk
21   factor for -- for ovarian cancer?
22   MS. CURRY:
23          Object to the form.
24   A      That genital talcum powder use is not a

Page 231

1    risk factor?  I mean, if you look at the -- a lot
2    of the case-control studies, about 40 percent of
3    them are negative and --
4    MS. THOMPSON:
5    Q      Well -- and by negative, you mean not
6    statistically significant; right?
7    A      (Nods affirmatively.)  Negative.  And
8    cohort studies aren't either.  And -- and,
9    actually, that -- and the cohort studies have
10   been sort of analyzed, reanalyzed in multiple
11   meta-analysis, and so they're all negative.
12   Q      But my question was:  Did any of those
13   studies conclude talcum powder is not a risk
14   factor for ovarian cancer?
15   MS. CURRY:
16          Object to the form.
17   A      So there are studies that don't show a
18   significant association between talcum use and --
19   MS. THOMPSON:
20   Q      But I'm looking for --
21   A      -- and ovarian cancer.
22   Q      -- the statement that genital use of
23   talcum is not a risk factor for ovarian cancer.
24          Do you remember seeing that in any

Page 232

1    study?
2    MS. CURRY:
3          Object to the form.
4    A      No.  I'd have to go through them.  Do
5    you have them?
6    MS. THOMPSON:
7    Q      We're not gonna go through the 40
8    studies, but --
9          At least sitting here today, you can't
10   think of one right offhand, can you?
11   A      I'm happy to go through the studies.
12   Q      Okay.  Is it your opinion that genital
13   talcum powder use has been proven to be a safe
14   practice?
15   MS. CURRY:
16          Object to the form.
17   A      We discussed that this morning.  There
18   is no data I have that it's an unsafe practice.
19   That's a review of the literature.  And, so,
20   it's -- I think in that context it's safe.
21   MS. THOMPSON:
22   Q      In your previous -- or did you look at
23   websites when you prepared your report this time
24   regarding talcum powder exposure and the risk for

Page 233

1    ovarian cancer?
2    MS. CURRY:
3          Object to the form.
4    A      Other than PubMed?
5    MS. THOMPSON:
6    Q      Right.
7          Like the American Cancer Society or NCI
8    or any websites.
9    A      Not for this one.
10   Q      Had you looked at them before?
11   MS. CURRY:
12          Object to the form.
13   A      I think in the previous depositions, I
14   reported looking at one or two of them.  I'd have
15   to go back and look at that.
16   MS. THOMPSON:
17   Q      Okay.
18   A      Yeah.
19   Q      And I think the American Cancer Society
20   website was one of those that you looked at.
21   Correct?
22   A      Could be.
23   Q      I'll mark 17, American Cancer Society,
24   Talcum Powder and Cancer.

59 (Pages 230 to 233)

Michael Birrer, M.D., Ph.D.

Page 234

1          (DEPOSITION EXHIBIT NUMBER 17
2          WAS MARKED FOR IDENTIFICATION.)
3    MS. THOMPSON:
4    Q      Does that look familiar?
5    A      That looks like American Cancer
6    Society's website. Because I see the logo.
7    Q      And -- and would you use this statement
8    on the American Cancer Society website to be
9    support for your opinion that talcum powder use
10   is not a risk factor for ovarian cancer?
11   A      Is not a risk factor?  Is not?
12   Q      Is not.
13   A      I wouldn't refer to this, no.
14   Q      Do you think that's what this document
15   states?
16   A      I don't think this -- it doesn't seem
17   to me, based on what the ACS is saying -- they
18   report that their findings are mixed, with some
19   studies reporting a slightly increased risk and
20   some reporting no increase.
21   Q      So the American Cancer Society, on
22   their website, states that IARC has classified
23   talc that contains asbestos as carcinogenic to
24   humans; right?

Page 235

1    A      You're on page 3?
2    Q      Yeah.  30 -- yeah, 3 of 6.
3    A      Yeah.
4    Q      And then based on the lack of data from
5    human studies and unlimited data in lab animal
6    studies, IARC classified inhaled talc not
7    containing asbestos as not classifiable; right?
8    A      The second bullet?
9    Q      The second bullet.
10          And then the third bullet is the IARC
11   that states that the perineal genital use of talc
12   powder -- talc-based body powder is possibly
13   carcinic- -- carcinogenic to humans.  That's the
14   2B classification; right?
15   A      2B.
16   Q      And then it states that the US National
17   Toxicology Program, NTB, has not fully reviewed
18   talc with or without asbestos as a possible
19   carcinogen; right?  That's what it says.
20   A      Correct.
21   Q      And, then, as -- as you said, the ACS
22   states it's not clear if consumer products
23   containing talcum powder increase cancer risk.
24          They're certainly not saying that

Page 236

1    talcum powder does not increase risk, are they?
2    MS. CURRY:
3          Object to the form.
4    A      Say again.
5    MS. THOMPSON:
6    Q      They're not saying that talcum powder
7    use does not increase cancer risk, do they?
8    A      I don't see that stated.
9    Q      And -- and they say there is some
10   suggestion of a possible increase in ovarian
11   cancer risk; right?
12   A      Well, the statement I see is "It's not
13   clear if consumer products containing talcum
14   increase cancer risks."  That's pretty specific.
15   Q      They're saying it's not clear.  It's
16   not saying it's not a risk, is it?
17   MS. CURRY:
18          Object to the form.
19   A      They're saying they don't know.
20   MS. THOMPSON:
21   Q      Right.  And then the recommendation, by
22   the American Cancer Society, would be "Until more
23   information is available, people concerned about
24   using talcum powder may want to avoid or limit

Page 237

1    their use of consumer products that contain it."
2          But you think any recommendation of
3    that kind is not indicated; correct?
4    MS. CURRY:
5          Object to the form.
6    A      Well, it depends on how you read that.
7    I mean, I think what they're suggesting is that
8    people concerned about using talcum powder, for
9    whatever reason, may want to avoid or limit their
10   use of consumer products that contain it and
11   implies that it's the stress of knowing they're
12   using it because of what they've interpreted.  It
13   doesn't really make any conclusions about talcum
14   powder.
15   MS. THOMPSON:
16   Q      Are there any medical benefits that
17   you're aware of from the genital use of talcum
18   powder?
19   A      Well, I think it's generally used to
20   absorb -- absorb fluid.  It's -- a lot of women
21   like it.  It's a body image issue.  You know, so
22   I think those issues -- and again, I treat a lot
23   of women with ovarian cancer -- are important.
24   Q      That wasn't my question.

60 (Pages 234 to 237)

Michael Birrer, M.D., Ph.D.

Page 238

```
 1           Are there any medical benefits to the
 2    genital use of talcum powder?
 3    MS. CURRY:
 4           Object to the form.
 5    A      That is a medical use?
 6    MS. THOMPSON:
 7    Q      Are there any benefits, is the
 8    question.
 9    A      Yeah.
10    MS. CURRY:
11           Object to the form.
12    MS. THOMPSON:
13    Q      Where are -- where are those benefits
14    reported?
15    A      That's quality of life.
16    Q      Where in the medical literature can you
17    show a report that describes medical benefits
18    from the genital use of talcum powder?
19    A      Well, it's not in -- and again, I
20    didn't review that for this expert report, so --
21    but you're asking me.
22    Q      When you -- if you're trying to make a
23    risk assessment, wouldn't you know if you're
24    weighing the benefits versus the potential risks?
```

Page 239

```
 1    A      Well, I evaluated the risks, and there
 2    are none.
 3    Q      So you just evaluated the risk and
 4    it -- it wouldn't matter to you whether there
 5    were benefits or not.
 6    A      Well, my benefit --
 7    MS. CURRY:
 8           Object to the form.
 9    A      I'm sorry. Go ahead. I'm sorry.
10           Yeah. My benefit would be based upon
11    my own experience. It's not necessarily
12    published in medical literature.
13    MS. THOMPSON:
14    Q      Okay. Well, that would certainly be
15    anecdotal, wouldn't it?
16    MS. CURRY:
17           Object to the form.
18    A      Well, you know, I've got a lot of
19    experience.
20    MS. THOMPSON:
21    Q      It's still anecdotal, isn't it,
22    Dr. Birrer?
23    MS. CURRY:
24           Object to the form.
```

Page 240

```
 1    A      Again, you asked me the question about
 2    do I think there's some medical benefit. I --
 3    the answer is yes. I mean --
 4    MS. THOMPSON:
 5    Q      But that's never been published
 6    anywhere that you're aware of, has it?
 7    MS. CURRY:
 8           Object to the form.
 9    A      As I said before, I -- I can't quote
10    you that.
11    MS. THOMPSON:
12    Q      Is it -- have you seen in the medical
13    literature that there are no benefits, medical
14    benefits from the use of talcum powder in the
15    genital area?
16    MS. CURRY:
17           Object to the form.
18    A      I don't think I've actually seen that.
19    MS. THOMPSON:
20    Q      Would you be surprised if there are
21    references in numerous articles that say because
22    there are no medical benefits of talcum powder
23    use, it's not recommended?
24    MS. CURRY:
```

Page 241

```
 1           Object to the form.
 2    A      I'd be happy to -- I'd be happy to
 3    review them.
 4    MS. THOMPSON:
 5    Q      Have you seen in the medical literature
 6    that cornstarch products are recommended if women
 7    choose to use a dusting powder over talcum
 8    powder?
 9    A      Can you repeat that? I -- the cough.
10    Q      Have you seen in the medical literature
11    that -- where cornstarch products are recommended
12    if women choose to use a dusting powder over
13    talcum powder?
14    A      You know, I haven't seen the -- I
15    haven't seen the medical literature recommending
16    cornstarch over talcum. But I have seen -- I've
17    seen discussions about women who use cornstarch.
18    Q      And again, there have never been any
19    risks that you're aware of into -- related to the
20    genital use of cornstarch products and the link
21    with ovarian cancer; right?
22    A      I don't know of any.
23    Q      You mentioned earlier this morning the
24    National Academy of Science, Engineering and
```

61 (Pages 238 to 241)

Michael Birrer, M.D., Ph.D.

Page 242

1    Medicine as a -- as a -- possibly the most
2    reputable source of credible information.
3          Would -- did I describe that sort of
4    correctly?
5    MS. CURRY:
6          Object to the form.
7    A     I don't recall saying it's the most,
8    but I used it in context of comparing IARC, if I
9    recall correctly, versus some other sort of pure
10   scientific professional organization, which I
11   would include the National Academy to be that.
12   MS. THOMPSON:
13   Q     Okay.  Fair enough.
14         And I'm sure you're familiar with the
15   treatise -- it's actually -- came out in book
16   form -- of the study by the Institute of
17   Medicine, I believe, at that time, on ovarian
18   cancer?
19   A     Yes.
20   Q     Did you participate at all in that
21   study?
22   A     They asked me to review it.
23   Q     You were one of the reviewers?
24   A     They asked me to review it.

Page 243

1    Q     Oh.
2    A     I declined.
3    Q     They asked you to review it and you did
4    not review it.  That explains it, because I
5    didn't see your name on the list.
6          And that was published in 2016?
7    A     Uh-huh.
8    Q     And what was your understanding of the
9    purpose of that study?
10   MS. CURRY:
11         Object to the form.
12   A     It -- I -- you know, I think it was --
13   this is -- it's just medicine undertakes this
14   periodically for large topics, and that was one
15   of them, to sort of summarize the state of the
16   science.
17   MS. THOMPSON:
18   Q     And the -- in fact, the committee that
19   did the study was a committee on the state of the
20   science in ovarian cancer research; is that
21   correct?  So you called --
22   A     This is the one by Beth Karlan?
23   Q     Yeah.
24   A     Yeah.

Page 244

1    Q     I'll give it to you in a minute.
2    A     Okay.
3    Q     I just want to ask you a few questions
4    first.
5          Why did you decline to review?
6    A     I was too busy.
7    Q     Okay.  Because it was a big book?
8    A     It's monstrous.
9    Q     However, several of the authors have
10   been coauthors with you on -- on papers.  Is one
11   of them Dr. Karlan?
12   A     I believe I've been on papers with
13   Beth.  And I think Anil Sood was on there, too.
14   THE COURT REPORTER:
15         Excuse me?
16   THE WITNESS:
17         Anil Sood, S-O-O-D.
18   MS. THOMPSON:
19   Q     And Ronald Alvarez -- Alvarez published
20   with you, I think?
21   A     I believe so.
22   Q     Dr. Karlan's published with you.
23   A     (Nods affirmatively.)
24   Q     Dr. Levine has published with you?

Page 245

1    A     Doug and I are on a couple of papers,
2    yeah.
3    Q     Doug Levine?
4    A     Yeah.
5    Q     Dr. Odunsi, Kunle Odunsi --
6    A     Kunle.  Kunle.
7    Q     -- has published with you.  And
8    Dr. Sood you mentioned; right?
9          And Dr. -- is it Tworoger or --
10   A     Two- -- Twergger?
11   Q     -- Two- -- Twoauger?
12   A     T-W-O-G-G-E-R [sic].
13   Q     Has published with you?
14   A     I think so, yes.  I'd have to check
15   that.
16   Q     So you were, I would say, well
17   represented on the --
18   MS. CURRY:
19         Object to the form.
20   A     Well, I know them.
21   MS. THOMPSON:
22   Q     -- on the author list?
23   MS. CURRY:
24         Object to the form.

Michael Birrer, M.D., Ph.D.

Page 246

1    MS. THOMPSON:
2    Q    And -- and I assume you would agree
3  with me that the committee to report on the state
4  of the science of ovarian cancer research was
5  selected because of their expertise in the area;
6  correct?
7    A    Yes.
8    MS. CURRY:
9    Object to the form.
10   MS. THOMPSON:
11   Q    And, as we mentioned, this study was
12 under the auspices of the National Academy of
13 Science, Medicine and Engineering, Institute of
14 Medicine, I believe, originally; correct?
15   A    Correct.
16   Q    And is it your understanding that this
17 study was also supported by the CDC?
18   A    That, I don't know.
19   Q    All right.  Let me just go ahead and
20 give it to you.
21   A    Yeah.
22      (DEPOSITION EXHIBIT NUMBER 18 WAS
23        MARKED FOR IDENTIFICATION.)
24   MS. THOMPSON:

Page 247

1    Q    Exhibit 18 I'm marking as Ovarian
2  Cancers, Evolving Paradigms in Research and Care.
3  And this is not the entire book, but it is the
4  entire chapter that we're going to look at, which
5  is "Prevention and Early Detection," Chapter 3.
6      And if you look on page little ix, page
7  9, preface --
8    A    9?  9?
9    Q    Little nine.
10   A    Yeah.
11   Q    Yeah.  The -- first sentence, "This
12 congressionally mandated report sponsored by the
13 Centers For Disease Control and Prevention
14 assesses the state of research on ovarian cancers
15 from multiple perspectives and by multiple
16 disciplines."
17      So do you agree that the Center For
18 Disease Control sponsored the study?
19   A    Correct.
20   Q    If you'll turn to page -- I don't have
21 pages on my copy.  Page 110.  Under the section
22 heading "Inflammation."  And this is in a larger
23 section titled "Behavioral and Inflammatory Risk
24 Factors"; correct?

Page 248

1    A    Correct.
2    Q    The State of the Science authors state,
3  under "Inflammation," "Studies of the
4  inflammatory marker C-reactive protein suggest a
5  possible association between inflammation and
6  increased risk of ovarian cancer," citing OC and
7  Poole.
8      "Other specific inflammatory factors
9  have also been associated with ovarian cancer."
10      Do you agree that the authors of this
11 treatise reported that there's a possible
12 association between inflammation and increased
13 risk for ovarian cancer?
14   A    Well, on these -- on these two
15 sentences, I think they accurately stated,
16 "suggests association."  And then they refer -- I
17 don't -- these two papers, I can't directly quote
18 you.  I mean --
19   Q    And I -- and I'm not --
20   A    Yeah.
21   Q    -- suggesting that they do anything
22 other than suggest the possible association.
23   A    Right.
24   Q    I'm not trying to read more into it.

Page 249

1    A    Okay.
2    Q    And then they describe "A meta-analysis
3  reported that exposure to asbestos was associated
4  with a 77 percent increased risk of ovarian
5  cancer mortality," citing Carmargo.
6      Are you familiar with that paper?
7    A    I am familiar with that.  That's the
8  occasional exposure, if I recall correctly.
9    Q    And "The International Agency For
10 Research on Cancer determined that there was
11 sufficient evidence to support a causal
12 relationship between asbestos exposure and
13 ovarian cancer."
14      So the authors of this treatise include
15 exposure to asbestos and its association with
16 ovarian cancer in the Inflammation section of --
17 of risk factors; right?
18   A    Say that again?  Sorry.  For asbestos?
19   Q    The authors of this treatise include
20 exposure to asbestos and its association with
21 ovarian cancer in the Inflammation section of
22 risk factors; right?
23   A    Correct.
24   Q    They go on to say, "This has led to

Michael Birrer, M.D., Ph.D.

Page 250

1    studies of talc use which is chemically similar
2    to asbestos and can cause an inflammatory
3    response."
4        Do you agree with that statement?
5    A    I -- I actually hesitate a little on
6    that because I'm not so sure that that's a
7    temporal relationship, that it was the asbestos
8    association that then led to the investigation of
9    talc. I don't know, when Dan Cramer published
10   his first paper, that's what was driving him.
11   Q    Do you have any other disagreement with
12   the -- the statement other than whether it led to
13   the studies of talc use?
14   MS. CURRY:
15       Object to the form.
16   A    I don't know. Again, we've covered
17   this. I'm not a mineralogist, so I don't know
18   the similarity issues. And inflammatory response
19   is not defined. So other than that, it's fine.
20   MS. THOMPSON:
21   Q    Well, the authors -- let's take out the
22   asbestos and say "Talc can cause inflammatory
23   response." Do you agree or disagree with that?
24   A    Well, inflammation is a broad issue and

Page 251

1    it's very relevant to this debate, which is are
2    we talking granulomas, acute, chronic but
3    nongranuloma? I think that's a big issue.
4    Q    Well, these were the authors that were
5    selected because of their expertise to do a State
6    of the Science treatise at the behest of the
7    National Academy of Science and CDC.
8        I'm just asking you do you agree with
9    the statement "Talc can cause an inflammatory
10   response"?
11   MS. CURRY:
12       Object to the form.
13   A    And -- and I'm -- I'm answering it.
14   MS. THOMPSON:
15   Q    And you say you don't know? You can't
16   agree or disagree? Is that what you're saying?
17   MS. CURRY:
18       Object to the form.
19   A    The inflammation is not defined. I
20   don't know if the similarity between asbestos and
21   talc. So other than that, I think it's fine.
22   But the -- the -- the implication that all of the
23   ovarian cancer experts are on this -- on this --
24   on this report and there are no one -- there's no

Page 252

1    one else anywhere in the literature to question
2    even this, I don't agree with.
3    MS. THOMPSON:
4    Q    Okay. So you -- so you disagree with
5    the authors including that statement in -- in
6    this treatise?
7    A    I just think it's not defined. They
8    defined it, then I would have felt a lot better.
9    Can cause granulomas inflammatory response. That
10   would have been more accurate.
11   Q    I can understand that you think it
12   should have been defined better.
13   A    Yeah.
14   Q    But do you agree with the statement
15   that's in this treatise, or disagree?
16   MS. CURRY:
17       Object to the form.
18   A    No opinion.
19   MS. THOMPSON:
20   Q    But you'll agree that at least these
21   experts thought it was worthwhile putting the
22   statement in this State of the Science treatise
23   on ovarian cancer published in 2016; right?
24   MS. CURRY:

Page 253

1        Object to the form.
2    A    Yeah. Apparently.
3    MS. THOMPSON:
4    Q    Do you know Jason Wright?
5    A    Division head at Columbia?
6    Q    Yes.
7    A    I do know Jason. Not -- I know him by
8    reputation. I don't think I've ever actually met
9    him.
10   Q    And what is his reputation?
11   A    I think he's got a good reputation
12   running his division, and he's a good surgeon.
13   Q    Have you ever published with Jason
14   Wright?
15   A    I don't believe so.
16   Q    You're right. That was a trick
17   question.
18       I'm gonna mark --
19   MS. CURRY:
20       I should have objected.
21       (DEPOSITION EXHIBIT NUMBER 19
22       WAS MARKED FOR IDENTIFICATION.)
23   MS. THOMPSON:
24       I'm gonna mark just a short article of

64 (Pages 250 to 253)

Michael Birrer, M.D., Ph.D.

Page 254

1  Jason Wright's as Exhibit Number 19.
2       Sorry. I thought I gave you mine.
3  THE WITNESS:
4       We're done with IM?
5  MS. THOMPSON:
6  Q    Yeah, I think so. And this was an
7  article published in -- not an article. It's
8  a -- under a practice issue, which I think is an
9  ongoing column, basically, in The Green Journal.
10 What's The Green Journal?
11 A    OB-GYN, I think?
12 Q    And is that the journal that -- the
13 journal that's published under the ACOG auspices?
14 A    I believe so.
15 Q    Are you a member of ACOG?
16 A    No.
17 Q    And this was published in December of
18 2018, about six months ago. And was titled "Best
19 Articles From the Past Year." And the second
20 article listed out of four -- and these were
21 what's new in ovarian cancer -- is the
22 Penninkilampi article published in Epidemiology.
23 A    Uh-huh.
24 Q    And Dr. Wright concludes that, bottom

Page 255

1  line, "Perineal application of talc is associated
2  with a small increased risk of ovarian cancer."
3       Do you disagree with that conclusion by
4  Dr. Wright?
5  MS. CURRY:
6       Object to the form.
7  A    That's his -- I'm trying to figure out
8  where you're reading. It's the bottom-line
9  statement?
10 MS. THOMPSON:
11 Q    Bottom line, yes.
12 A    Yeah, I would disagree with that.
13 Q    Do you disagree with it -- the
14 inclusion of the Penninkilampi meta-analysis as
15 one of the best articles from the past year?
16 MS. CURRY:
17      Object to the form.
18 A    You know, it's interesting. I would,
19 actually. I -- when -- when you compare it to
20 Aerial Three and the Carbon Inhibitors and the
21 hypothermic intraperineal chemotherapy, which was
22 a New England Journal paper --
23 MS. THOMPSON:
24      Can you slow down?

Page 256

1  THE WITNESS:
2       Oh, leaving you in the dust? Sorry.
3       And then the use -- UKC talc studies,
4  it really pales in comparison because -- and I
5  looked at Penninkilampi pretty carefully. It
6  kind of revisited all of the previous data. I
7  think -- I -- I would assume that Jason doesn't
8  necessarily keep up with this literature, so when
9  it came out, he looked at it and said, ah, it's a
10 meta-analysis. But it doesn't bring much to the
11 table, I think.
12 MS. THOMPSON:
13 Q    Well, you're obviously speculating as
14 to Dr. Wright's reasoning, because neither --
15 neither one of us knows. But at least Dr. Wright
16 chose to include this as one of the four best
17 articles regarding ovarian cancer in the past
18 year published in 2018; right?
19 MS. CURRY:
20      Object to the form.
21 A    Well, I think he -- I think he -- I
22 think he exposed his reasoning a little bit by
23 the last sentence in the first paragraph. "The
24 possible association with talcum and brain cancer

Page 257

1  has attracted media attention, resulting in a
2  number of lawsuits."
3       So I think that's part of the reason he
4  feels this is relevant. Doesn't bring a lot of
5  science.
6  MS. THOMPSON:
7  Q    Well, I don't think it was meant to
8  bring science. He was choosing this article for
9  its -- its relevance for the readership of the
10 American College of OB-GYN journal; correct?
11 MS. CURRY:
12      Object to the form.
13 A    I would agree with that.
14 MS. THOMPSON:
15 Q    Do you have an opinion as to whether
16 talc, the mineral talc, is inert?
17 MS. CURRY:
18      Object to the form.
19 A    You have to define "inert."
20 MS. THOMPSON:
21 Q    Do you have an opinion as to whether
22 the mineral talc, if it occurs in pure form --
23 I'll add that as well -- is chemically inert?
24 MS. CURRY:

65 (Pages 254 to 257)

Michael Birrer, M.D., Ph.D.

Page 258

1          Object to the form.
2     A    Chemically inert, meaning -- again, I'm
3     struggling with this, that it -- it -- it can
4     enter into chemical reaction with other
5     substances.
6     MS. THOMPSON:
7     Q    I'd just seen that phrase used, so I
8     wanted to see if you had an understanding of what
9     it meant and -- and whether it's -- that
10    statement would be true.
11    A    I really would need -- if -- if you've
12    seen it said, do you have it so I can look at it?
13    Q    I've seen it by your -- your fellow
14    experts.
15    A    And -- and what was the context?  There
16    must have been a context.
17    Q    And the context was talc is chemically
18    inert.  Would you have an opinion on that?
19    MS. CURRY:
20         Object to the form.
21    A    I think I would say no opinion right
22    now.
23    MS. THOMPSON:
24    Q    Okay.  Is it biologically inert?

Page 259

1     MS. CURRY:
2          Object to the form.
3     MS. THOMPSON:
4     Q    Pure mineral talc.  If pure talc
5     existed.
6     MS. CURRY:
7          Object to the form.
8     A    Huh?
9          Okay.
10         That's another difficult one.  I mean,
11    I think that we know talc is used for
12    pleurodesis.  So that's -- is that a biologic
13    process?  I think it probably would qualify.  So
14    I wouldn't call it inert from that standpoint.
15    MS. THOMPSON:
16    Q    And you're not gonna get me to argue
17    with that.
18    A    I don't think so.
19    Q    Would that opinion apply to Johnson's
20    baby powder?
21    MS. CURRY:
22         Object to the form.
23    MS. THOMPSON:
24    Q    Or do you know?

Page 260

1     MS. CURRY:
2          Sorry.
3     A    That, I don't think I could say with
4     confidence.
5     MS. THOMPSON:
6     Q    So even though talc used for
7     pleurodesis is biologically -- is not
8     biologically inert, you wouldn't be able to say
9     whether baby powder was or not?
10    A    Well, we --
11    MS. CURRY:
12         Object to the form.
13    A    Well, we didn't put baby powder into
14    the pleural cavities of patients, so we really
15    haven't done that.
16    MS. THOMPSON:
17    Q    Would you have any reason to suspect
18    that baby powder would behave in a less
19    biologically active manner than the talc used in
20    pleurodesis?
21    MS. CURRY:
22         Object to the form.
23    A    Well, the talc -- you know, the talc
24    used in pleurodesis is -- and I'm putting

Page 261

1     quotations around this -- relatively pure, and
2     it's gonna be different than the baby powder.
3     But if you're asking me is talc in baby powder, I
4     think we can agree on that.  And, so, by analogy,
5     I would expect some biologic activity.
6     MS. THOMPSON:
7     Q    Okay.
8     A    Okay.
9     Q    And same for Shower to Shower?
10    MS. CURRY:
11         Object to the form.
12    A    Actually don't even know -- I've never
13    seen a Shower to Shower container, but it's the
14    product; right?
15    MS. THOMPSON:
16    Q    Do you know what's in Shower to Shower?
17    A    I'm assuming it's analogous to baby
18    powder.
19    Q    If -- well, would -- would that opinion
20    apply to fibrous talc?
21    MS. CURRY:
22         Object to the form.
23    A    You know, again, I'm not a mineralogy
24    expert, so I'm not going to make a comment on

66 (Pages 258 to 261)

Michael Birrer, M.D., Ph.D.

Page 262

1    that.
2    MS. THOMPSON:
3    Q    Do you know what fibrous talc is?
4    A    I'm not sure I can really define it.
5    Q    And it's your understanding that
6    fibrous talc or talc with asbestiform fibers is
7    specifically excluded from the IARC 2010
8    monograph? Correct?
9    A    Say that again, please.
10    Q    Is it your -- let me rephrase it just a
11    little bit. Is it your understanding that
12    fibrous talc or talc with asbestiform fibers is
13    specifically excluded from the IARC 2010
14    monograph?
15    MS. CURRY:
16        Object to the form.
17    A    So that's -- asbestiform fibers or
18    asbestos?
19    MS. THOMPSON:
20    Q    Asbestiform fibers. Is there a
21    difference between fibrous talc and talc with
22    asbestiform fibers?
23    MS. CURRY:
24        Object to the form.

Page 263

1    A    Again, I -- I -- that's not in my area
2    of expertise.
3    MS. THOMPSON:
4    Q    So you don't know --
5    A    No.
6    Q    -- whether there's any difference or
7    not?
8    A    I have no opinion.
9    Q    And -- well, we can look at the 2010 --
10    A    Uh-huh.
11    Q    -- monograph to -- to clarify that.
12        So on page 277 --
13    A    Uh-huh.
14    Q    -- "Talc may also form" -- reading in
15    paragraph 3 --
16    A    Uh-huh.
17    Q    -- "Talc may also form as true mineral
18    fibers that are asbestiform. Asbestiform
19    describes the pattern of growth of a mineral that
20    is referred to as a habit."
21        And you would agree that that is not
22    the same as talc with asbestos; right?
23    MS. CURRY:
24        Object to the form.

Page 264

1    A    It sounds like it, yes. Habit. It's a
2    different definition of habit than I'm used to.
3    MS. THOMPSON:
4    Q    And I think you probably recall when we
5    were discussing Health Canada, they were also
6    referring to talc, nonasbestiform talc; right?
7    MS. CURRY:
8        Object to the form.
9    A    I believe so.
10    MS. THOMPSON:
11    Q    And in the -- let's go ahead and mark
12    the 2012 IARC that relates to asbestos.
13        (DEPOSITION EXHIBIT NUMBER 20
14        WAS MARKED FOR IDENTIFICATION.)
15    MS. THOMPSON:
16    Q    That'd be Exhibit 20. And on the first
17    page, 219, "The conclusions" -- reading in the
18    first paragraph -- "The conclusions reached in
19    this monograph about asbestos and its
20    carcinogenic risk apply to these six type of
21    fibers wherever they are found, and that includes
22    talc-containing asbestiform fibers."
23    A    Yes.
24    Q    Is that your understanding of this?

Page 265

1    A    I see that. Yeah.
2    MS. CURRY:
3        Object to the form.
4    MS. THOMPSON:
5    Q    Would your opinions regarding the
6    biological activity of baby powder apply as well
7    to baby powder that contains asbestos?
8    MS. CURRY:
9        Object to the form.
10    A    Not asbestiform but asbestos?
11    MS. THOMPSON:
12    Q    Asbestiform, it -- talc with asbestos
13    is talc with asbestos.
14    A    Okay.
15    Q    Talc with --
16    A    So it wouldn't change -- it wouldn't
17    change my view.
18    Q    Okay. And what about baby powder that
19    contains heavy metals like chromium, nickle, and
20    cobalt?
21    MS. CURRY:
22        Object to the form.
23    A    No.
24    MS. THOMPSON:

67 (Pages 262 to 265)

Michael Birrer, M.D., Ph.D.

Page 266

1     Q      And what about baby powder with
2  chemicals that are either possible or known
3  carcinogens, like styrene, coumarin, eugenol,
4  D'Limonine, p-Cresol, muscutone or benzophenone.
5  MS. CURRY:
6           Object to the form.
7  MS. THOMPSON:
8     Q      Would it change your opinion regarding
9  the biologic activity of baby powder?
10    A      Well, looking at the biologic activity
11 of baby powder, based upon what I reviewed, the
12 answer is no because it doesn't matter what's in
13 that.  We looked at the biologic activity.
14    Q      So it doesn't matter to you whether
15 there are known carcinogens in baby powder?
16 MS. CURRY:
17           Object to the form.
18    A      Well, based upon the studies, then we
19 would have seen convincing evidence of biologic
20 causality.  We didn't.
21 MS. THOMPSON:
22    Q      And you're referring to the
23 epidemiology studies?
24 MS. CURRY:

Page 267

1           Object to the form.
2     A      I'm referring to all of it.
3  MS. THOMPSON:
4     Q      Would the presence of known carcinogens
5  provide a plausible mechanism?
6  MS. CURRY:
7           Object to the form.
8     A      Mechanisms for -- for what?
9  MS. THOMPSON:
10    Q      For possible carcinogenesis.
11 MS. CURRY:
12           Object to the form.
13    A      But we didn't see carcinogenesis.
14 There's no plausible biologic association or --
15 so I'm not sure what we're designing a mechanism
16 for.
17 MS. THOMPSON:
18    Q      And are you familiar with the Heller
19 paper regarding the finding of asbestos in human
20 ovaries?
21    A      The Heller paper --
22    Q      1996?
23    A      The one we just reviewed or --
24    Q      I'm handing you a new one.

Page 268

1     A      Okay.  Okay.  Thank you.
2           (DEPOSITION EXHIBIT NUMBER 21 WAS
3           MARKED FOR IDENTIFICATION.)
4  MS. THOMPSON:
5     Q      This is Exhibit 21, "Asbestos Exposure
6  and Ovarian Fiber Burden."
7           Have you seen this paper, Dr. Birrer?
8     A      So I don't think -- let me -- I don't
9  think I reviewed this.  Let me just check.
10          Well, it was on my list.  I must have.
11    Q      And again, just going to the
12 conclusions of these authors, the last paragraph
13 in the abstract.
14    A      Uh-huh.
15    Q      "This study demonstrates that asbestos
16 can reach the ovary.  Although the number of
17 subjects is small, asbestos appears to be present
18 in ovarian tissue more frequently and in higher
19 amounts in women with a documentable exposure
20 history."
21          Do you agree that was the conclusion of
22 the authors?
23    A      That's what they state.
24    Q      And on page 438, last paragraph, "The

Page 269

1  fact that exposure to a husband is more
2  significant than exposure to a father suggests a
3  possible role for sexual contact as the
4  transporting vector for asbestos fibers."
5           Would you agree that if sexual -- if
6  sexual contact was a transporting vector, that
7  the fibers would enter the peritoneal cavity and
8  ovaries through the vagina?
9  MS. CURRY:
10          Object to the form.
11    A      Just ask that once more, please.
12 MS. THOMPSON:
13    Q      That wasn't a very good question.  The
14 problem is I don't know exactly how to make it
15 better.
16          If -- if the authors are proposing
17 sexual contact as a possible means for
18 transporting the asbestos fibers into -- into the
19 ovaries, would -- wouldn't you assume that that
20 would be via a vaginal route?
21    A      Yeah, I wouldn't assume that.  I think
22 one of the challenges here is that there are more
23 differences between a wife and a daughter than
24 just sexual activity.  Wives may be in close

68 (Pages 266 to 269)

Michael Birrer, M.D., Ph.D.

Page 270

1    contact with their husband in terms of --
2    Q      But that's not the question I'm asking.
3           I'm saying if sexual contact is a
4    transporting vector, wouldn't you assume that
5    that would be through a vaginal route, not
6    inhalation or some other way?
7    MS. CURRY:
8           Object to the form.
9    A      If -- if sexual activity was the
10   mechanism of transport, is that what you're
11   saying?
12   MS. THOMPSON:
13   Q      Right.
14   A      Yeah.
15          It's kind of a non sequitur. I mean,
16   you're making the assumption sexual contact, and
17   then you're asking, well, if that's it -- if
18   that's the mode of transmission, is that the mode
19   of transmission. Well, then, you've already
20   assumed it, so -- so I could --
21   Q      Okay. I just wanted to make sure
22   you're assuming it because the authors don't
23   specifically say, you know, the -- the asbestos
24   comes from a perineal exposure --

Page 271

1    A      Well, they're making -- yeah. They're
2    making that distinction between a daughter and --
3    Q      Yeah, they are. I just wanted to make
4    sure we are understanding that.
5           And in the conclusions, "In our study,
6    the women with a positive exposure history had
7    asbestos detected in their ovaries more
8    frequently and in higher counts."
9           If that did indeed happen, that would
10   argue against any kind of laboratory
11   contamination, wouldn't it?
12   MS. CURRY:
13          Object to the form.
14   A      I'm just checking the numbers. I'm
15   sorry.
16          9 of 13 household, 6 of 17 and about
17   one out of -- one out of 17.
18          So, you know, I think -- I think it's
19   fair to say that laboratory contamination should
20   be more equal in all groups. It doesn't
21   completely eliminate it, but...
22   MS. THOMPSON:
23   Q      And these were exposed through
24   household contact, not occupational exposure.

Page 272

1    Correct?
2    A      So it's household contact with men who
3    had fairly high exposure. So I think you can
4    probably assume it was a substantial amount of
5    exposure.
6    Q      What's your basis for assuming that
7    it's a substantial amount of exposure?
8    A      Well, these men, if they're working in
9    the asbestos area, are going to be covered with
10   it. That's been shown, which is unfortunate,
11   but, yeah.
12   Q      Can you point me to any study that
13   compares how much exposure there would be in a
14   talc mine versus a woman using talcum powder on
15   her perineum daily or twice daily for -- for
16   decades?
17   MS. CURRY:
18          Object to the form.
19   A      Well, this is not talc. This is not
20   talc; this is asbestos.
21   MS. THOMPSON:
22   Q      I know. That's a separate question.
23   It's not in the article.
24   A      Okay. Can you ask that again?

Page 273

1    Q      Can you point me to any study that
2    compares how much exposure there would be in a
3    talc mine versus a woman using talcum powder on
4    her perineum daily or twice daily for decades?
5    MS. CURRY:
6           Object to the form.
7    A      Yeah. I don't think that's been asked
8    and qualified. So it's difficult.
9    MS. THOMPSON:
10   Q      Is the fact that asbestos causes
11   pleural and peritoneal mesothelioma relevant to
12   whether or not talcum powder can cause ovarian
13   cancer?
14   MS. CURRY:
15          Object to the form.
16   A      Not to the data that I -- and the
17   studies that I reviewed.
18   MS. THOMPSON:
19   Q      And I don't think this was clear to me
20   this morning.
21          How does asbestos get to the
22   peritoneum, in your opinion?
23   MS. CURRY:
24          Object to the form.

Michael Birrer, M.D., Ph.D.

Page 274

```
 1   MS. THOMPSON:
 2   Q    Or do you not know?
 3   A    Well, I -- I summarized my
 4   understanding as not being necessarily an
 5   asbestos expert, but my clinical experience,
 6   which is asbestos, obviously, is a risk factor
 7   for mesothelioma and for lung cancer.  If it's
 8   inhaled, then it's -- it's transiting to the
 9   pleural cavity, which is where, then, it's
10   inducing mesothelioma.
11        And then there are peritoneal
12   mesotheliomas.  And I don't honestly think we
13   know precisely how it gets there.  There is --
14   there is some evidence that pleural activities
15   can communicate with peritoneal activities.  And
16   the example I'd give you on that is if one has
17   malignant ascites, fluid in the peritoneal
18   cavity, it frequently ends up in the pleural
19   cavities.
20        So -- so -- but you've got diaphragm
21   there with parietal pleura covering it.  So
22   exactly how that happens, I don't know.
23   Q    Is migration or transport through the
24   genital tract of asbestos a plausible mechanism
```

Page 275

```
 1   for asbestos getting into the peritoneal cavity?
 2   MS. CURRY:
 3        Object to the form.
 4   A    Yeah, I don't -- I don't know the
 5   answer to that.  The increased incidence of
 6   ovarian cancer in asbestos-exposed women, I mean,
 7   I think it's -- it's agreed upon that those women
 8   had massive exposures.  So --
 9   MS. THOMPSON:
10   Q    What -- what's your basis for saying
11   those women had massive exposures?
12   A    Well, my impression is that in gas mask
13   manufacturing --
14        And, of course, this is in the second
15   world war.
16        -- there wasn't really an appreciation
17   how bad asbestos is.  And, so, they got exposed
18   to certainly levels that, you know, average
19   people would not.  And even -- even in towns that
20   had cement factories and issues like that, those
21   studies were really not all that positive.  But
22   the gas masks are.
23   Q    Is it your opinion that the studies
24   that link asbestos with ovarian cancer are all in
```

Page 276

```
 1   women who are massively exposed?
 2   A    I think that's the epidemiologic data
 3   I'm aware of.
 4   Q    You're not aware of the epidemiology
 5   that includes household or domestic exposure?
 6   MS. CURRY:
 7        Object to the form.
 8   A    Secondary exposures?
 9   MS. THOMPSON:
10   Q    Correct.
11   A    Yeah.  Yeah.  I know that.  I know that
12   a little bit less than the initial occupational
13   exposure.  Most -- most of that came from the
14   Army.
15   Q    And you'll agree that you don't have
16   any literature that compares what that exposure
17   would be compared to an exposure with someone
18   using talcum powder on their genitals for --
19   A    I agree.
20   Q    -- for an extended period of time?
21   A    Yes.
22   Q    So I want to understand.  You don't
23   know whether asbestos fibers can migrate or be
24   transported up the genital tract, but you're
```

Page 277

```
 1   confident that talc cannot.  Is that right?
 2   MS. CURRY:
 3        Object to the form.
 4   A    Well, that's part of the reason I don't
 5   think asbestos -- we can't say that.  If I
 6   remember, the question was can -- can the genital
 7   tract be an explanation for the asbestos fibers.
 8   In my opinion, no, we don't know that.  And the
 9   data we have from talc suggests, no, that doesn't
10   happen.
11   MS. THOMPSON:
12   Q    Still not clear.
13        So asbestos, you don't know; but talc,
14   you know it doesn't.  Is that right?
15   MS. CURRY:
16        Object to the form.
17   A    Well, I would say, you know, if you --
18   if you want to pursue that, then I would say,
19   based upon the talc data, which has actually been
20   examined, that it's unlikely that asbestos is
21   going up through the genital tract.
22   MS. THOMPSON:
23   Q    So, in your opinion, that is not a
24   plausible mechanism for asbestos reaching the
```

70 (Pages 274 to 277)

Michael Birrer, M.D., Ph.D.

Page 278

```
 1    ovaries?
 2    A      Correct.
 3    Q      And what is your explanation for
 4    household members of asbestos working -- workers
 5    having an increased risk of ovarian cancer and
 6    mesothelioma?
 7    MS. CURRY:
 8           Object to the form.
 9    A      Well, again, not being an asbestos
10    expert, but I would assume this is inhalation,
11    much like other exposures to asbestos, and then
12    absorption through the lung parenchyma and
13    ultimately through this pleural perineal process.
14    MS. THOMPSON:
15    Q      But it's your opinion that the transfer
16    or migration of the fibers through coitus is not
17    plausible?
18    MS. CURRY:
19           Object to the form.
20    A      I don't know the data for that.
21    MS. THOMPSON:
22    Q      Well, you don't know data for the other
23    routes either, do you?
24    MS. CURRY:
```

Page 279

```
 1           Object to the form.
 2    A      Well, there's a lot of literature for,
 3    you know, shipyard builders where they got
 4    exposed to asbestos.  They get both pleural and
 5    perineal mesothelioma.
 6    MS. THOMPSON:
 7    Q      We're talking about household exposure.
 8    A      But again, that's data to tell us,
 9    under the extreme conditions, where and how that
10    might migrate.
11    Q      Well, but you don't believe Heller, who
12    proposed that sexual transmission was a plausible
13    route for -- for the asbestos fibers in contacts
14    to have a higher incidence of ovarian cancer in
15    perineal mesothelioma; right?
16    MS. CURRY:
17           Object to the form.
18    A      Well, they didn't say that.  They
19    didn't say that.  They said it's possible.
20    MS. THOMPSON:
21    Q      Okay.
22    A      They're proposing a hypothesis and I
23    said, well, show me the data.
24    Q      Okay.  Well, it seems like you need a
```

Page 280

```
 1    lot more data for -- if it's something to do with
 2    genital transport than you do for other -- other
 3    methods, but --
 4    A      Well, I am a scientist.
 5    MS. CURRY:
 6           Object to the form.
 7    MS. THOMPSON:
 8    Q      Well, it's selective science.
 9    MS. CURRY:
10           Object to the form and argumentative.
11    MS. THOMPSON:
12    Q      If you are advising a patient, could
13    you reassure her that talcum powder containing
14    asbestos is safe to use on the perineum?
15    A      It's -- it's an irrelevant issue.
16    Q      Okay.  Patient says, Dr. Birrer, is it
17    safe for me to continue using baby powder on the
18    per- -- on my perineum.  And your answer would
19    be?
20    A      Yes.
21    Q      And if -- assuming that baby powder
22    is -- is shown to contain asbestos, would your
23    advice be the same?
24    MS. CURRY:
```

Page 281

```
 1           Object to the form.
 2    MS. THOMPSON:
 3    Q      Would your answer be the same?
 4    A      So this is a hypothetical?
 5    Q      Yeah.
 6    A      Powder is the -- is -- is then
 7    determined to have asbestos?
 8    Q      Correct.
 9    A      Again, so is the question am I
10    recommending a patient use asbestos?
11    Q      Yeah.  That's the question.
12    A      Yeah.  No, I wouldn't do that.
13    Q      Did you read Dr. Longo's report?
14    A      You know, that came up.
15           Can you -- do you have a copy of it to
16    refresh my memory?
17    Q      I do.
18           (DEPOSITION EXHIBIT NUMBER 22 WAS
19           MARKED FOR IDENTIFICATION.)
20    MS. THOMPSON:
21    Q      I'm gonna mark -- Exhibit 22 is
22    Dr. Longo's report in the MDL.
23           Exhibit 23 is Dr. Longo's supplemental
24    report in the MDL.
```

71 (Pages 278 to 281)

Michael Birrer, M.D., Ph.D.

Page 282

1          (DEPOSITION EXHIBIT NUMBER 23 WAS
2          MARKED FOR IDENTIFICATION.)
3    MS. THOMPSON:
4    Q     Do you remember seeing these reports?
5    MS. CURRY:
6          Do you have an extra copy?
7    MS. THOMPSON:
8          I do.
9    MS. CURRY:
10         Thank you.
11   A     It's not on my list.
12   MS. THOMPSON:
13   Q     Did you ask to see any testing on
14   Johnson's baby powder to see if it contained
15   asbestos?
16   A     No, I did not.  I think I came across
17   this, actually, previously, but not in this one.
18   Q     And understanding that you're -- well,
19   I assume that you're not an expert in asbestos
20   testing; right?
21   A     Correct.
22   Q     Assuming that -- and if you want to
23   read the report, we can go off the record.
24         But assuming that Dr. Longo found

Page 283

1    between 60 and 70 percent of bottles, historical
2    samples provided by Johnson & Johnson over
3    decades to contain asbestos, would that impact
4    how you would advise a patient who says,
5    Dr. Birrer, is it safe for me to use Johnson's
6    baby powder on my perineum?
7    MS. CURRY:
8          Object to the form.
9    A     So, again, this -- this gets to the
10   point of having reviewed all the literature in
11   terms of the product, Shower to Shower,
12   Johnson & Johnson's baby powder, as increasing
13   the risk for ovarian cancer showing biological
14   plausibility.
15         Careful review of that literature has
16   shown nothing.  So whether there's asbestos in
17   there or not, I don't know.
18   MS. THOMPSON:
19   Q     Would -- would it give you pause?
20   MS. CURRY:
21         Object to the form.
22   A     Pause.  I don't know what pause is.
23   MS. THOMPSON:
24   Q     Would you have some concern about

Page 284

1    telling a patient it was safe to use baby powder
2    on her genitals if it contained -- if two-thirds
3    of the bottles contained asbestos?
4    MS. CURRY:
5          Object to the form.
6    A     You know, again, I'm gonna emphasize
7    this.  My review of the data suggests that --
8    that those products are not a risk for ovarian
9    cancer.
10   MS. THOMPSON:
11   Q     I -- I'm clear --
12   A     Regardless of what the hypothetical is.
13   Q     I'm clear on that.
14   A     Okay.
15   Q     But -- but this is not really even a
16   hypothetical.  This is testing that has shown
17   two-thirds of the baby powder samples contain
18   asbestos.
19         Do -- would you still feel good about
20   advising a patient that it's safe?
21   MS. CURRY:
22         Object to the form.
23   A     I would -- I would tell them that based
24   on my review of the literature, extensive review

Page 285

1    of the literature, it is a safe product.
2    MS. THOMPSON:
3    Q     And what if they said, Dr. Birrer, is
4    that true even if it does contain asbestos?
5    MS. CURRY:
6          Object to the form.
7    MS. THOMPSON:
8    Q     Would your answer be the same?
9    A     I would -- I would -- you know, I would
10   say, again, it doesn't matter if that's the way
11   the product was used.  And it was careful
12   studies.
13   Q     Have you seen any studies from
14   Johnson & Johnson regarding their asbestos
15   testing?
16   A     I haven't seen that.
17   Q     Were you shown any testing results from
18   Johnson & Johnson?
19   A     No.
20   Q     Were you shown any testing results from
21   defense experts as to whether baby powder
22   contained asbestos?
23   MS. CURRY:
24         Object to the form.

72 (Pages 282 to 285)

Michael Birrer, M.D., Ph.D.

Page 286

1    A      Not that I recall, although, as I said
2    before, in the expert witness reports, the ones
3    that involved minerals in asbestos, I went
4    through them fairly rapidly.
5    MS. THOMPSON:
6    Q      Do you know if any defense experts even
7    performed any testing as to whether there was
8    asbestos in baby powder?
9    A      No.
10   Q      Do you know -- did you see that
11   Dr. Longo also tested for talc fibers, so-called
12   fibrous talc?
13   MS. CURRY:
14         Object to the form.
15   A      Fibrous talc.  I can't quote you that,
16   but I'll rely on you.
17   MS. THOMPSON:
18   Q      Dr. Longo found -- and, you know, feel
19   free to look to that summary -- virtually every
20   Johnson's baby powder and Shower to Shower sample
21   provided from historical samples contained talc
22   fibers.  The same answer as to asbestos; it
23   doesn't matter?
24   MS. CURRY:

Page 287

1          Object to the form.
2    A      There again, these products that he's
3    analyzing have been used for years.  We have the
4    epi data.  It's unconvincing.  We've got the
5    biologic data.  It's definitely unconvincing.
6    The inflammatory theory is inconsistent.  So to
7    say anything other than that this is a safe
8    product, I think, is inappropriate.
9    MS. THOMPSON:
10   Q      Are -- are you aware of news reports
11   over the past two or three months of the presence
12   of asbestos in baby powder and
13   Johnson & Johnson's knowledge of the asbestos in
14   baby powder?
15   MS. CURRY:
16         Object to the form.
17   A      I'm not.
18         (DEPOSITION EXHIBIT NUMBER 24
19         WAS MARKED FOR IDENTIFICATION.)
20   MS. THOMPSON:
21   Q      You haven't seen any news reports about
22   asbestos in baby powder?
23   MS. CURRY:
24         Object to the form.

Page 288

1    A      No, I didn't.  I see the litigation ad.
2    MS. THOMPSON:
3    Q      Okay.  I'm gonna give you -- I'm gonna
4    mark as Exhibit 24 a report -- call it an article
5    because it's titled "News" -- from BMJ.  And
6    what's BMJ?
7    A      I don't know.  I was gonna ask you.
8    Q      Oh.  British Medical Journal.  You've
9    heard of the British Medical Journal?
10   A      Yes.  I thought it was Birmingham.
11   Q      I -- that was another trick question.
12   I said it was a news report from a medical
13   journal.
14         And you can take a minute to look
15   through that --
16   A      Please.
17   Q      -- since you haven't seen the news
18   reports.
19         So you'll, I think, agree with me that
20   the editors didn't come to any conclusions as to
21   whether or not baby powder caused ovarian cancer;
22   right?
23   A      Correct.
24   Q      But they -- the editors of the journal

Page 289

1    at least thought it important to -- to report the
2    claims that baby powder may contain asbestos;
3    correct?
4    MS. CURRY:
5          Object to the form.
6    A      I think they thought this would be of
7    interest to the readership.
8    MS. THOMPSON:
9    Q      Agreed.
10         And you don't think the editors would
11   have published this news report if it wasn't
12   based on what they considered credible evidence,
13   would you?
14   MS. CURRY:
15         Object to the form.
16   A      I would -- I would not agree with that
17   statement.  I think they would -- they might not
18   agree with any of this or the role of talcum
19   powder or asbestos, but -- but they felt their
20   readership would be interested in this.
21   MS. THOMPSON:
22   Q      So BMJ has become the National Enquirer
23   of medical journals now?
24   MS. CURRY:

73 (Pages 286 to 289)

Michael Birrer, M.D., Ph.D.

Page 290

1          Object to the form.
2    A       Medical journals are not above some
3    editorial latitude.
4    MS. THOMPSON:
5    Q       And why would the readers be
6    interested?
7    MS. CURRY:
8          Object to the form.
9    A       Well, I think there -- there is major
10   litigation involved.  There are a number of court
11   cases.  The FDA has weighed in a little bit.  And
12   then there are, quote, internal documents.  All
13   of that is, for lack of a better word, you know,
14   scientists are looking for things to excite their
15   lives, so this is entertainment.
16   MS. THOMPSON:
17   Q       Might it be that BMJ thought their
18   doctors would want to tell patients about this
19   information?
20   MS. CURRY:
21         Object to the form.
22   MR. MIZGALA:
23         So now you're --
24   MS. THOMPSON:

Page 291

1    Q       Just a hunch.  Just a hunch.
2    MR. MIZGALA:
3          Now you're asking him to speculate.
4    You've been doing this the whole deposition.
5    MS. GARBER:
6          I don't think we're doing speaking
7    objections.  So the objection is to form.
8    MR. MIZGALA:
9          Yeah.  But she's gone to task for
10   speculating earlier, and she's doing the same
11   thing.
12   MS. GARBER:
13         Okay.  The objection is to form.  You
14   know that.  Let's follow the rules.
15   A       Say again.
16   MS. THOMPSON:
17   Q       You're a physician that reads journals.
18   A       Uh-huh.
19   Q       As a physician, let's -- we're going to
20   take a hypothetical that you're not involved in
21   talcum powder litigation.  Okay?
22   A       Uh-huh.
23   Q       And you haven't done this thorough
24   review that you have done to come to your

Page 292

1    conclusions.  You're a physician and you see this
2    article.  Might it be something that you would be
3    interested in so you could advise your patients
4    accordingly?
5    MS. CURRY:
6          Object to the form.
7    A       Definitely not.
8    MS. THOMPSON:
9    Q       And you would not give a medical
10   journal any credit that doctors might want to
11   advise their patients that baby powder contains
12   asbestos?
13   MS. CURRY:
14         Object to the form.
15   A       I think they do a reasonable job of
16   simply reporting what is happening.  And they
17   talk about -- they talk about internal documents.
18   Those are essentially impossible to assess.  They
19   talk about the New York Times.  Not a scientific
20   organization.  There is some hearsay from the
21   FDA.  And then they -- they out line the court
22   case.  I wouldn't -- I would not take this and
23   translate it into some recommendation for a
24   patient.

Page 293

1    MS. THOMPSON:
2    Q       So it wouldn't be any different from
3    reading a story about the Kardashians in BMJ?
4    MS. CURRY:
5          Object to the form.
6    MS. THOMPSON:
7    Q       Is that what you're saying?
8    A       You want an answer to that?
9    Q       Sure.  It was a question.
10   A       Yeah, it's different.
11   Q       Okay.  Thanks.
12   A       It's about talc.
13   Q       Are you aware that concerns have been
14   raised about the safety of pleurodesis?
15   MS. CURRY:
16         Object to the form.
17   A       So, actually, my understanding of
18   pleurodesis, at least in the relationship of talc
19   in ovarian cancer, there's essentially no
20   evidence linking the two.  But let me -- let me
21   see what you're referring to.
22   MS. THOMPSON:
23   Q       Well, I was just -- let me ask
24   questions first.

Michael Birrer, M.D., Ph.D.

Page 294

1    A    Uh-huh.
2    Q    And that was:  Are you aware that
3  concerns have been raised about the safety of
4  pleurodesis?
5  MS. CURRY:
6        Object to the form.
7    A    No.
8  MS. THOMPSON:
9    Q    And have you been -- are you aware --
10  no, you're not aware of any concerns at all.
11        Let me go ahead and give you Exhibit
12  25.
13        (DEPOSITION EXHIBIT NUMBER 25
14        WAS MARKED FOR IDENTIFICATION.)
15  MS. THOMPSON:
16    Q    And this is a letter to the editor.
17  I --
18    A    Uh-huh.
19    Q    -- I understand that.  It's not a
20  formal study, per se.
21  MS. CURRY:
22        Do you have an extra copy?
23  MS. THOMPSON:
24        Yeah, I do.

Page 295

1    Q    Do you know Dr. -- I think it's Ghio.
2  I don't know how it's pronounced.  Do you know
3  Ghio and Dr. Roggli?
4    A    I don't know either of them.
5    Q    And I'll let you read through this.
6  Let's just read that -- I'm gonna read the last
7  paragraph and get your thoughts.
8    A    Okay.
9    Q    "The assertion that contemporary
10  purified preparations of talc do not contain
11  asbestos, therefore eliminating a risk of
12  mesothelioma, should be closely examined prior to
13  its acceptance for clinical application.  The
14  methodology used to confirm the lack of
15  asbestiform materials in a finished product,
16  (i.e., X-ray diffraction, optical microscopy, and
17  electron microcopy techniques) and its
18  sensitivity must be provided.  Even if the
19  product is "asbestos-free," the mechanism of
20  cancer induction by asbestos (i.e.,
21  metal-catalyzed radical generation) is similarly
22  pertinent to talc and the occurrence of fibrous
23  forms of the sheet silicate itself raises issues
24  about clearance and long-term safety.  Simply

Page 296

1  stating that talc is asbestos-free should not
2  release us from a responsibility to the patient,
3  especially when safe alternatives are available."
4        And the picture is of a talc fiber
5  found in a pleurodesis talc.
6        Does that cause you any concern?
7  MS. CURRY:
8        Object to the form.
9    A    It doesn't.  To be fair, the entire --
10  my -- my impression is, although I don't do -- I
11  do pleurodesis for cancer patients, in which
12  case, unfortunately, longevity makes this whole
13  issue moot.  But we've moved away from talc for
14  other reasons.  It's painful.  It doesn't work
15  all the time.  We have better agents.  So that
16  kind of makes this moot.
17        But, you know, again I think you
18  pointed out appropriately.  It's -- they're
19  entitled to their opinions.  It's a single
20  article -- it's a single letter, and the studies
21  addressing this are very limited.  So I think --
22  I think they're -- making fairly bold statements
23  on not a lot of data.
24  MS. THOMPSON:

Page 297

1    Q    But you'll agree that this was out of
2  the context of any litigation about baby powder;
3  correct?
4  MS. CURRY:
5        Object to the form.
6    A    I would agree on that.
7  MS. THOMPSON:
8    Q    What's your understanding of the
9  mechanism by which asbestos causes cancer?
10  MS. CURRY:
11        Object to the form.
12    A    Again, I'm not necessarily an expert on
13  this.  The association and the risk factor's very
14  clear.  I think the present theory -- and I would
15  put it as a theory -- is this is a substance that
16  essentially doesn't dissolve, stays there, or at
17  least is very long-lasting, and then, under those
18  circumstances, causes effectively the
19  transformation of cells that it is in close
20  contact with.  And that's -- it includes, of
21  course, lung cancer per se, but also mesothelioma
22  where these particles will sort of stay in the
23  pleural cavity.
24  MS. THOMPSON:

75 (Pages 294 to 297)

Michael Birrer, M.D., Ph.D.

Page 298

1    Q      Is there anything in that description
2    that you gave that would be different for talc?
3    MS. CURRY:
4          Object to the form.
5    A      Well --
6    MS. THOMPSON:
7    Q      And we're speaking in general terms.
8    MS. CURRY:
9          Object to the form.
10   A      Talc doesn't do this; right?
11   MS. THOMPSON:
12   Q      Well, no.  Let's go back.
13          You would agree that talc essentially
14   doesn't dissolve also; correct?
15   MS. CURRY:
16          Object to the form.
17   A      It's a mineral.
18   MS. THOMPSON:
19   Q      And it stays there; correct?
20   MS. CURRY:
21          Object to the form.
22   A      Well, I don't know if it stays there as
23   long as asbestos.  You know, if you look at the
24   pleurodesis patients, there's really essentially

Page 299

1    no increase in ovarian cancer.
2    MS. THOMPSON:
3    Q      Well, you've already told us that
4    pleurodesis patients have typically a life
5    expectancy of months, not years.
6    MS. CURRY:
7          Object to the form.
8    A      I said in the ones I treat.  But in
9    chronic heart failure, those patients have been
10   followed up to 40 years.
11   MS. THOMPSON:
12   Q      I would like to see that study, but
13   we'll do that another day.  How's that?
14   A      I don't know if I'd like another day.
15   Q      Let's say -- or -- your next comment,
16   or at least it's very long-lasting.  You would
17   agree that -- with that for talc; right?
18   A      Uh-huh.  Uh-huh.
19   Q      And, then, for asbestos, you say it
20   causes effectively the transformation of cells
21   that it's in close contact with.  But you don't
22   believe that happens for talc; correct?
23   A      Well, again, this may reflect my --
24   somewhat my ignorance about asbestos per se,

Page 300

1    because I wasn't asked to review that, and -- and
2    my experience is in lung cancer.
3          That process, I think, is still -- is
4    still questionable.  And -- and because of that,
5    that -- that process may be specifically
6    associated with asbestos.  So to extrapolate that
7    to some other molecule that, oh, by the way, it
8    hangs around for a while, is not acceptable.
9    Q      So I understand that you apparently
10   were not asked to consider asbestos.  You're a
11   scientist; right?
12   A      Yes.
13   Q      Did you not have any curiosity about
14   what effects the presence of asbestos in baby
15   powder would have?
16   MS. CURRY:
17          Object to the form.
18   A      To be honest, that wasn't the way I
19   approached it.  I approached it by looking
20   specifically from the talc standpoint.
21   MS. THOMPSON:
22   Q      Okay.
23   A      And -- and the studies and then looking
24   at that objectively.  And, again, we get back to

Page 301

1    this issue of really looking at epidemiologic
2    studies, just use powder, and then some of the
3    studies biologically used it -- use those -- used
4    those products.  It -- you know, if there are --
5    if there are substance X, Y, Z, A, B, and C that
6    are in there that are causing a problem and
7    carcinogenic, it would have shown up in the
8    studies.
9    Q      Do you know that initially in the
10   studies, asbestos, no one could prove that
11   asbestos was carcinogenic?
12   MS. CURRY:
13          Object to the form.
14   A      Well, no one could prove smoking was
15   carcinogenic either.  It takes time.
16   MS. THOMPSON:
17   Q      Well, there's two examples then.
18          (DEPOSITION EXHIBIT NUMBER 26
19          WAS MARKED FOR IDENTIFICATION.)
20   MS. THOMPSON:
21   Q      I'm going to show you Exhibit 26, a
22   paper by Dr. Mossman.  Do you know Mossman?
23   A      I do know Dr. Mossman.  Not personally.
24   Q      You know her by reputation?

76 (Pages 298 to 301)

Michael Birrer, M.D., Ph.D.

Page 302

1    A      I think we shared classmates about 20
2    years ago.
3    Q      I -- I won't -- I won't go any further
4    with that one.
5           The title of this study is "Mechanistic
6    in vitro studies:  What they have told us about
7    carcinogenic properties of elongated mineral
8    particles."
9           I think we've already established that
10   that's not a term that you're particularly
11   familiar with.  But go ahead and take a minute to
12   look at --
13   A      26?
14   Q      -- that paper.
15          And I'm going to just read from the
16   abstract.  "In vitro studies using target and
17   effector cells of mineral-induced cancers have
18   been critical in determining the mechanisms of
19   pathogenesis as well as the properties" --
20   A      Where are you?
21   Q      The first sentence of the paper, in the
22   abstract.
23   A      Oh, okay.  Thank you.
24   Q      "In vitro studies" -- we'll start over.

Page 303

1           "In vitro studies using target and
2    effector cells of mineral-induced cancers have
3    been critical in determining the mechanisms of
4    pathogenesis as well as the properties of
5    elongated mineral particles, EMPs, important in
6    eliciting these responses."
7           Dr. Mossman is reporting that in vitro
8    studies have been helpful in -- in determining
9    this mechanism; right?
10   MS. CURRY:
11          Object to the form.
12   A      Yeah, I think that's what she's saying.
13   Yes.
14   MS. THOMPSON:
15   Q      Next sentence, "Historically, in vitro
16   models of mutagenesis and immortalized cell lines
17   were first used to test the theory that EMPs were
18   mutagenic to cells, and genotoxicity, as defined
19   as damage to DNA, often culminating in cell
20   death, was observed in a dose-dependent fashion
21   as responses of many cell types to a number of
22   EMPs."
23          Does that sound reasonable?
24   MS. CURRY:

Page 304

1           Object to the form.
2    MS. THOMPSON:
3    Q      That in vitro studies could be used to
4    test that mechanism in EMPs?
5    A      And she's --
6    MS. CURRY:
7           Object to the form.
8    A      -- she's well respected in this area.
9    MS. THOMPSON:
10   Q      We're going to get to Saed's, Dr.
11   Saed's work in a minute.
12   A      Okay.
13   Q      But wouldn't you agree that that's what
14   Dr. Saed started testing in his in vitro studies?
15   MS. CURRY:
16          Object to the form.
17   A      I think the expert report and the paper
18   that I read is within this spectrum.
19   MS. THOMPSON:
20   Q      And, just moving down a little bit,
21   maybe two-thirds of the way down, "Comparative
22   studies using chemical carcinogens showed that
23   chemical agents interacted directly with DNA;
24   whereas, long EMPs appeared to be promoters of

Page 305

1    cancer via a number of mechanisms, such as
2    inflammation, generation of oxidants and
3    instigation of cell division.
4           "The multitude of these signaling
5    cascades and epigenetic mechanisms of both lung
6    cancers and mesotheliomas have been most recently
7    studied in normal or telomerase immortalized
8    human cells."
9           I believe she's saying -- and I'll ask
10   you if it's correct -- that particles,
11   particularly the elongated particles or fibers,
12   have a different mechanism than what is usually
13   thought of with chemical carcinogens.
14   MS. CURRY:
15          Object to the form.
16   MS. THOMPSON:
17   Q      Is that a --
18   A      I think that's --
19   Q      -- reasonable interpretation?
20   A      You know, again, we've been down this
21   road a little bit.  This is a review article, so
22   she's kind of looking at it globally.  But I
23   think that what you describe is one of the, sort
24   of, take-home messages she's implying.

Michael Birrer, M.D., Ph.D.

Page 306

1    Q      Thank you.  I'm honored --
2    A      Okay.  We're done?
3    Q      -- to have kind of gotten it right.
4    A      We're done?
5    Q      No.
6    A      No?
7    Q      But I'm gonna shave 10 minutes off for
8    that compliment.
9           And in the paragraph 2, "General
10   Concepts of Cancer Development," first
11   paragraph --
12   MS. CURRY:
13          I'm sorry.  The realtime is not --
14          (Off the record.)
15   A      I wouldn't -- we -- can we sort of edge
16   towards a break at some point?
17   MS. THOMPSON:
18   Q      Yeah.  Let's just go ahead and just
19   finish -- almost finished, and then we'll come
20   back.  That's a good -- good spot.
21          (Technical difficulties with realtime.)
22   MS. THOMPSON:
23   Q      Are we okay going forward for a couple
24   questions without the realtime?

Page 307

1    A      Yes.
2    Q      So in number 2, "General Concepts of
3    Cancer Development."
4    A      Uh-huh.
5    Q      "The development and use of in vitro
6    models over time has corresponded with the
7    evolution of research and knowledge on cancer
8    etiology in humans."
9           Would you agree with that statement?
10   A      I think so, yes.
11   Q      Next sentence, "While some scientists
12   have suggested that the relative contributions of
13   DNA replications and mutations are overwhelming
14   drivers of cancer risk, others argue that
15   experimental and evolutionary data point to
16   tissue microenvironment and epigenetic changes as
17   being key to tumorigenesis."
18          Would you agree with that statement?
19   MS. CURRY:
20          Object to the form.
21   A      I think it's a quantitative issue.  So
22   in some tumors, mutagenesis takes prominence; in
23   others, the microenvironment is important.  And
24   it's a spectrum.

Page 308

1    MS. THOMPSON:
2    Q      Would you agree that some scientists
3    tend to like one explanation or the other, and
4    the other scientists liking a different
5    explanation more than the first one?
6    MS. CURRY:
7           Object to the form.
8    A      I think that -- I think if you look at
9    the investigators in this field, they'll come at
10   it, as their expertise, from one direction or the
11   other.
12          But, you know -- you know, Brook is
13   somebody who sees the big picture.  I'd like to
14   think I do, too.  So there's some of us who look
15   at the whole thing.
16   MS. THOMPSON:
17   Q      Okay.  That's a good explanation.
18          But there are scientists doing credible
19   work that are kind of in both camps?
20   MS. CURRY:
21          Object to the form.
22   A      I think that's fair.
23   MS. THOMPSON:
24   Q      And then I'm going to that next page.

Page 309

1    I just have, I think, one more passage I'd like
2    to read from this paper and get -- get your
3    thoughts.
4           The first full paragraph on the second
5    page of the article, page 63, "The modern day
6    definition of epigenetic mechanisms has evolved
7    over time to encompass the fact that alterations
8    in the primary structure of DNA do not underlie
9    most changes in the development of tumors.
10   Accordingly, an epigenetic trait can be a stable
11   inheritable phenotype resulting from changes in a
12   chromosome without alteration in the DNA
13   sequence."
14          Do you agree with that statement?
15   MS. CURRY:
16          Object to the form.
17   A      It strikes me as a little overstated,
18   particularly the first part, "...epigenetic
19   mechanism evolved over time to encompass the fact
20   that alterations in the primary structure do not
21   underline most changes."  That, I -- I'm not sure
22   where that's coming from.
23          Now, it may be in a single tumor,
24   epigenetic is more important than mutation; but

78 (Pages 306 to 309)

Michael Birrer, M.D., Ph.D.

Page 310

1    in others, a mutation would be more important.
2         Again, when we treat patients, as you
3    know, we're sequencing everything, and that's not
4    looking at epigenetics. It's looking at
5    mutations. Tumors are riddled with these things.
6    In fact, the problem that we face is what's the
7    driver versus the passenger.
8    MS. THOMPSON:
9         Q    So in a particular tumor, either
10   mechanism -- well, it could be either mechanism
11   or both in various amount of contribution. Is
12   that a fair statement?
13   MS. CURRY:
14        Object to the form.
15   A    I think it's a fair statement.
16   MS. THOMPSON:
17        Let's take a break.
18   VIDEOGRAPHER:
19        Off the record at 3:26 p.m.
20        (OFF THE RECORD.)
21   VIDEOGRAPHER:
22        We're back on the record at 3:45 p.m.
23   MS. THOMPSON:
24        Q    Dr. Birrer, let's talk about Dr. Saed

Page 311

1    and his research. Okay?
2    A    Okay.
3    Q    Did you look at Dr. Saed's CV?
4    A    I did.
5    Q    I'll go ahead and mark that as exhibit
6    27.
7         (DEPOSITION EXHIBIT NUMBER 27 WAS
8         MARKED FOR IDENTIFICATION.)
9    A    Thank you.
10   MS. THOMPSON:
11        Q    And looking at his CV, would you agree
12   that the focus of his lab has been the study of
13   oxidative stress and its biological effects?
14   MS. CURRY:
15        Object to the form.
16   A    Let me refresh my -- refresh my memory
17   on this a little bit.
18        So I think, you know, looking at, if I
19   recall correctly -- I would say that he -- one of
20   his -- one of the components of what he looks at
21   is oxidative stress. If you look at his career,
22   he's been fairly broadly over a broad number of
23   topics. He's looked at, like, gene amplification
24   in certain tumors, mostly in GYN, I might add.

Page 312

1    So -- and then he did a fair amount of work on
2    adhesion, pure adhesion.
3    MS. THOMPSON:
4         Q    And his adhesion work involved
5    oxidative stress in adhesions, didn't it?
6    A    I think he would argue that. I
7    didn't -- it wasn't clear to me from my
8    perspective. But that's a component of what he
9    looked at. The unifying factor for me is that
10   it's gynecologic.
11   Q    Okay.
12   A    Okay.
13   Q    And he has 234 peer-reviewed
14   publications; correct? Oh, no. Take that back.
15   A    136, isn't it?
16   Q    136. I was looking --
17   A    136. Correct.
18   Q    What is oxidative stress?
19   A    Well, that's -- that's a biochemical
20   state, if you will, within -- we -- we consider
21   as biologists within cells. It exists in all
22   cells. And it's a balance between ox- -- you
23   know, oxidizing effects and antioxidants.
24        As a term, oxidative, of course, it's a

Page 313

1    chemistry definition. But this one, I think what
2    he means by oxidative stress is it's -- or what
3    you're implying is it's a biologic process.
4    Okay?
5    Q    And is it fair to say that at least
6    some scientists believe that oxidative stress
7    plays a role in the etiology of many types of
8    cancers?
9    MS. CURRY:
10        Object to the form.
11   A    I think it's safe to say oxidative
12   stress has been investigated and associated with
13   some cancers.
14   MS. THOMPSON:
15        Q    Okay. Do you have an opinion on the
16   role of oxidative stress in the initiation of
17   ovarian cancer?
18   A    I think that's unresolved at this
19   point. Most of the data that I know of for
20   oxidative stress, a lot of the data is in ovarian
21   tumors. They're already established.
22   Q    Are -- would you say there are
23   scientists on both sides of that issue?
24   MS. CURRY:

Michael Birrer, M.D., Ph.D.

Page 314

1        Object to the form.
2    A    Would you define that, please?
3    MS. THOMPSON:
4    Q    The importance of oxidative stress in
5    the pathogenesis of ovarian cancer.
6    MS. CURRY:
7        Object to the form.
8    A    I think it's an area of active
9    investigation.
10   MS. THOMPSON:
11   Q    Okay.  So you would agree that
12   researchers who believe that oxidative stress
13   plays a role in the initiation or progression of
14   ovarian cancer are not unreasonable?
15   MS. CURRY:
16       Object to the form.
17   A    It's a generalization that I can't
18   comment on.  Which researchers?
19   MS. THOMPSON:
20   Q    Okay.  But they wouldn't automatically
21   be unreasonable?
22   MS. CURRY:
23       Object to the form.
24   A    Because they believe --

Page 315

1    MS. THOMPSON:
2    Q    Because they believe in the importance
3    of oxidative stress.
4    A    I don't think so.
5    Q    They wouldn't automatically be
6    credible -- not credible?
7    MS. CURRY:
8        Object to the form.
9    A    That would depend on the work they've
10   done --
11   MS. THOMPSON:
12   Q    Okay.
13   A    -- in their experiments.
14   Q    All right.  And they wouldn't
15   automatically be uninformed.  Would you agree
16   with that?
17   MS. CURRY:
18       Object to the form.
19   MS. THOMPSON:
20   Q    It would depend?
21   A    We need to look at their -- their
22   scientific investigation to determine if they're
23   uninformed.
24   Q    Okay.

Page 316

1    A    Yeah.
2    Q    Let's go to your report.
3    A    We're done with the CV?
4    Q    I think so.
5    A    Are you going to the report or the
6    paper?
7    Q    I'm going to your report first.
8    A    Yeah.  Okay.
9    Q    And then the report, I'll probably go
10   to the -- this paper next.
11       So in your report, going to page --
12   actually, let's start on page 19.
13   A    Uh-huh.
14   Q    And you have the big heading, Section
15   4 --
16   A    Uh-huh.
17   Q    -- Dr. Saed's Plaintiff-Funded
18   Research.
19       Did you write that heading?
20   A    Yes.
21   Q    What is the basis for calling
22   Dr. Saed's research plaintiff-funded?
23   A    My understanding is after he submitted
24   his -- the preprint said -- revealed,

Page 317

1    essentially, nothing, and then the actual paper,
2    I believe, said that he was -- that he was a
3    consultant and an expert witness.
4    Q    Does that mean to you plaintiff-funded
5    research?
6    A    Well, I mean, that was a separate
7    issue, that there was money actually flowing into
8    his lab.
9    Q    What -- what is your basis for saying
10   there was money flowing into his lab?
11   A    I think that's what we -- I saw in
12   his -- let me see.  Hang on -- his deposition.
13   Q    What did his deposition say about that?
14   A    I'd have to refresh my memory.  Do you
15   have it?
16   Q    Do you recall that the funding for the
17   research came from his university lab funds and
18   that he was paid for his time as a consultant?
19   Does that sound right?
20   MS. CURRY:
21       Object to the form.
22   A    I think I remember that the exchange
23   was he was saying his departmental monies and
24   then he was asked, okay, where does that come

Michael Birrer, M.D., Ph.D.

Page 318

1    from, and he couldn't answer that and said, well,
2    I don't know.  And the problem is --
3    MS. THOMPSON:
4        Q    That's -- that's just not right.
5        A    Okay.  Can we look at it?
6        Q    And I don't have his deposition here.
7    But to put as your heading "Dr. Saed's
8    Plaintiff-Funded Research" without really knowing
9    the situation is -- doesn't sound like something
10   you would write in a paper.
11   MS. CURRY:
12       Object to the form.
13       A    No.
14   MS. THOMPSON:
15       Q    Does it?
16       A    In a peer-review paper?
17       Q    Right.
18       A    No.  But this is not a peer-review
19   paper.
20       Q    Well, did you not --
21       A    The fact that he has plaintiff-funded
22   research and hasn't really revealed it is a huge
23   issue.
24       Q    What -- what's your basis for saying he

Page 319

1    hasn't revealed it?
2        A    It's not on the manuscript.
3        Q    The manuscript that's published?
4        A    Yeah.
5        Q    Well, let's look at the manuscript.
6        So is your criticism that it's not on
7    the manuscript or that it's plaintiff-funded
8    research?
9    MS. CURRY:
10       Object to the form.
11       A    Well, it's two.  Yeah.
12   MS. THOMPSON:
13       Q    Because there's nothing in that heading
14   that says this research -- I just -- I just don't
15   understand the heading "Dr. Saed's
16   Plaintiff-Funded Research."
17       A    So I think there's two components
18   there.  One is I think it is an issue that --
19   that there's dollars flowing to do some of that
20   research.  I think that raises an issue of how
21   objective he is.
22       And then a second issue is at a minimum
23   it should be revealed.
24       Q    Now, this is --

Page 320

1        A    Yeah.
2        Q    -- the published manuscript.
3        (DEPOSITION EXHIBIT NUMBER 28
4        WAS MARKED FOR IDENTIFICATION.)
5    MS. THOMPSON:
6        Q    Have you seen that?
7        A    I have seen this, yes.
8        Q    And you're talking about the conflict
9    of interest statement; correct?
10       A    Yes.
11       Q    Doctor -- I'm sorry.  Exhibit 28 is his
12   manuscript.
13       And the declaration of conflicting
14   interests.
15       A    Uh-huh.
16       Q    "Dr. Saed has served as a paid
17   consultant and expert witness in the talcum
18   litigation."
19       Is -- is that a reason to make the
20   heading of your report "Dr. Saed's
21   Plaintiff-Funded Research"?
22   MS. CURRY:
23       Object to the form.
24       A    Well, I think -- so I guess the

Page 321

1    question is:  Is this accurate?  This was not on
2    the preprint.  This was not on the --
3    MS. THOMPSON:
4        Q    This is what's published; right?
5        A    That's not a preprint.
6        Q    Do you know what correspondence
7    Dr. Saed -- or what -- what are you speaking of?
8    The submission to --
9        A    The paper was submitted to GYN ONC and
10   rejected, and then the paper was submitted to --
11   this is Reproductive Sciences.  And those --
12   again, do we have a copy of that?  I got the
13   preprint which stated -- which said none of that.
14       Q    Okay.  We'll get to that in a minute.
15       A    This was only put on afterwards.
16       Q    Do you have any -- do you have any
17   knowledge of the conversations that Dr. Saed had
18   with the editors of either journal as to what
19   should go on his conflict of interest statement
20   with the situation that he was in?
21       Do you have any knowledge of that
22   whatsoever?
23       A    Verbal conversations.
24       Q    Written and verbal conversations.

81 (Pages 318 to 321)

Michael Birrer, M.D., Ph.D.

Page 322

```
 1    A      So verbal conversations, I don't know.
 2    I'm not there.  The written interactions between
 3    the journals, we had copies of.
 4    Q      And you think what you saw was
 5    sufficient enough for you to state "Dr. Saed's
 6    Plaintiff-Funded Research" in this report?
 7    A      I think so, yeah.  It's a big issue.
 8    Q      Wouldn't a scientist want to look at
 9    the research before they call it plaintiff-funded
10    research?
11    MS. CURRY:
12          Object to the form.
13    MS. THOMPSON:
14    Q      Doesn't that automatically indicate
15    that you think the research is biased?
16    A      Well, again, I -- so as this document
17    evolved, I looked at the science and I -- I was
18    chagrined.  That then put this into context.  I
19    think -- I think it's a concern.
20    Q      Well, couldn't you have just said
21    "Dr. Saed's Research" and then written your
22    comments without making the heading
23    "Plaintiff-Funded Research"?
24    MS. CURRY:
```

Page 323

```
 1          Object to the form.
 2    A      I could have.
 3    MS. THOMPSON:
 4    Q      Isn't there plenty of research being
 5    done that's funded by various entities that's
 6    quality research?
 7    A      So there's a broad spectrum of --
 8    Q      Answer my question.  Isn't there a lot
 9    of research that's being done funded by various
10    entities that's quality research?
11    A      As a general statement?
12    Q      Uh-huh.
13    A      Yes.
14    Q      Yes.
15          And funding has to come from somewhere;
16    correct?
17    MS. CURRY:
18          Object to the form.
19    A      Can't work without money.
20    MS. THOMPSON:
21    Q      And, again, you may not remember this
22    from Dr. Saed's deposition, but his testimony
23    that there was no money coming from the
24    litigation into his lab funds which paid for the
```

Page 324

```
 1    actual research in the lab, is that --
 2    A      I can't quite --
 3    MS. CURRY:
 4          Object to the form.
 5    A      I can't quite remember.
 6    MS. THOMPSON:
 7    Q      Okay.
 8    A      But --
 9    Q      So --
10    A      It was a big position.
11    Q      So do you think that heading is fair?
12    A      I think it is.
13    Q      Do you remember Dr. Saed's testimony
14    that he would have been -- that he would have
15    been happy to do the same research had
16    Johnson & Johnson approached him on the same
17    topic?
18    MS. CURRY:
19          Object to the form.
20    A      I can't remember.  Do you have the
21    deposition?
22    MS. THOMPSON:
23    Q      I don't.
24    A      Okay.
```

Page 325

```
 1    Q      You don't remember that he said his
 2    research would have been the same and he would
 3    have been willing to do it for Johnson & Johnson?
 4    MS. CURRY:
 5          Object to the form.
 6    A      I can't remember it.
 7    MS. THOMPSON:
 8    Q      To your knowledge, has
 9    Johnson & Johnson approached any researcher about
10    doing studies that would help understand whether
11    talcum powder has any molecular effects?
12    MS. CURRY:
13          Object to the form.
14    A      He certainly didn't approach me.  But
15    I -- I think I recall in the past they've had a
16    J & J-funded study, I think, which was
17    acknowledged on the paper.
18    MS. THOMPSON:
19    Q      A molecular study?
20    A      I can't say that.
21    Q      If you had that, I would certainly like
22    to see it.  So, to your knowledge,
23    Johnson & Johnson hasn't asked -- has not asked
24    any researchers to look at the molecular effects
```

82 (Pages 322 to 325)

Michael Birrer, M.D., Ph.D.

Page 326

1     of talcum powder in cell culture?
2     A      Outside the company, right?
3     Q      How about inside the company?
4     A      I don't know.  I don't know what goes
5     on there.
6     Q      Did you ask the attorneys --
7     A      No.
8     Q      -- if Johnson & Johnson had done any
9     studies that you could look at and --
10    A      No.
11    Q      -- criticize in the same way you did
12    Dr. Saed?
13    MS. CURRY:
14           Object to the form.
15    A      Well, I wouldn't rely on those, the
16    internal documents.  I would have to know the
17    context.
18    MS. THOMPSON:
19    Q      Well, can't you --
20    A      But this is -- this is peer-reviewed.
21    Q      Can't you find the context of -- of
22    what studies have been done by the company?
23    A      I think that would be hard.
24    Q      So it would be of no interest to you

Page 327

1     one way or the other whether Johnson & Johnson
2     had done any molecular studies on talcum powder
3     and its effect on -- on tissue or cells?
4     A      Correct.
5     MS. CURRY:
6            Object to the form.
7     A      Correct.
8     MS. THOMPSON:
9     Q      When did you -- is the paper that we
10    just marked as exhibit --
11    A      28.
12    Q      -- 28, was that paper peer-reviewed?
13    A      This is a peer-review journal.
14    Q      And when did you first see the
15    unpublished manuscript?
16    A      I am gonna really -- I'm stretching on
17    this.  I think it was about -- let's say a month
18    or two before this.
19    Q      Okay.  So a couple months ago?
20    A      Yeah.
21    Q      Do you review papers for Gynecologic
22    Oncology?
23    A      I do.
24    Q      Were you asked to review this paper?

Page 328

1     A      No.
2     Q      Did you have any conversations by
3     email, text or phone with the editors or any
4     other representatives of the journal regarding
5     this paper?
6     A      No.
7     Q      Did you have any conversations with
8     Johnson & Johnson regarding the manuscript while
9     it was under review?
10    A      No.
11    Q      Did you have any conversations with any
12    of the reviewers on the paper?
13    A      I don't know who the reviewers were.
14    Q      Okay.
15    A      Yeah.
16    Q      But you have seen the reviewer comments
17    from GYN Oncology; correct?
18    A      I did.
19           Do we have a copy?
20    MS. CURRY:
21           I think she's --
22    MS. THOMPSON:
23           Yeah, I'm --
24           (DEPOSITION EXHIBIT NUMBER 29 WAS

Page 329

1            MARKED FOR IDENTIFICATION.)
2     MS. THOMPSON:
3     Q      I'm gonna go ahead and mark Exhibit 29.
4     29 will be the reviewer comments from the journal
5     Gynecologic Oncology.
6     A      Uh-huh.
7     Q      And again, that journal is the
8     journal -- or maybe we haven't discussed this --
9     it's the journal for SGO, the Society of
10    Gynecologic Oncologists; correct?
11    A      Correct.
12    Q      Did I give you a highlighted copy?
13    A      You did, actually.  It's very helpful.
14    Q      Let me switch that.  I'm sure it was.
15    Actually, it probably wasn't.
16    A      I've seen these before.
17           (DEPOSITION EXHIBIT NUMBER 30 WAS
18           MARKED FOR IDENTIFICATION.)
19    MS. THOMPSON:
20    Q      And then I'm gonna also, at the same
21    time, give you Exhibit 30, which is the reviewer
22    comments from Reproductive Sciences.
23    A      All right.
24    Q      Both are peer-reviewed journals, as you

83 (Pages 326 to 329)

Michael Birrer, M.D., Ph.D.

Page 330

1   mentioned; right?
2   A      Yes.  Difference in impact, but both
3   peer review.
4   Q      And they have a -- a different audience
5   readership, too, wouldn't you agree?
6   A      I would agree, yes.
7   MS. CURRY:
8          Do you have another copy of Exhibit 30?
9   MS. THOMPSON:
10         Yes.  I'm sorry.
11  MS. CURRY:
12         Thank you.
13  MS. THOMPSON:
14         That good?
15  MS. CURRY:
16         Yes.
17  MS. THOMPSON:
18  Q      In your report, you make the statement
19  "Unsurprisingly, this manuscript has serious
20  methodologic, experimental and analysis flaws."
21  A      I'm sorry.  Are you in the beginning of
22  this last paragraph of 19?
23  Q      No.
24  A      No?

Page 331

1   Q      It's in another spot.  Let me find it.
2   A      Maybe it's under the paper.
3   Q      Yeah.  Page 24.
4   A      Yep.  Yeah.
5   Q      "Unsurprisingly, this manuscript has
6   serious methodologic, experimental and analysis
7   flaws."
8   A      Uh-huh.
9   Q      Did you see any language to that effect
10  in the peer-reviewers' comments?
11  MS. CURRY:
12         Object to the form.
13  A      One second.
14  MS. THOMPSON:
15  Q      Well, let me just ask you.
16         Did those words appear in the reviewer
17  comments?
18  A      No, I don't think so.
19  Q      Okay.
20  A      Yeah.
21  Q      So let's -- I want to actually go
22  through the reviewer comments.  We'll start with
23  Gynecologic Oncology.
24  A      Yep.

Page 332

1   Q      Reading the letter to Dr. Saed:
2          "Your paper, referenced above, has now
3   been reviewed by at least two reviewers -- has
4   now been reviewed by at least two experts in the
5   field and the editors.  Based on the reviewer
6   comments, we must inform you that while your work
7   is not without merit, we are unable to accept
8   your manuscript for publication in Gynecologic
9   Oncology.  In the last year we have seen a
10  significant increase in the number of manuscripts
11  submitted to the journal, and, as a result, we
12  are now accepting less than 20 percent of the
13  manuscripts submitted to the Gynecologic
14  Oncology."
15         Certainly in that first paragraph there
16  were -- there was no language that resembles this
17  manuscript has serious methodologic, experimental
18  and analysis flaws, is there?
19  A      No.
20  Q      The second paragraph, "We have attached
21  the comments of the reviewers below in order for
22  you to understand the basis for our decision.  We
23  hope that their thoughtful comments will help you
24  in your future studies and possibly with

Page 333

1   submission to another journal.
2          "Please note that a revised version of
3   the current manuscript should not be submitted
4   for another review to Gynecologic Oncology."
5          There's certainly no language in that
6   paragraph that resembles serious methodologic,
7   experimental and analysis flaws, is there?
8   A      No.
9   Q      And the reviewers actually encouraged
10  Dr. Saed to submit the article to another
11  journal; correct?
12  A      Well, this isn't the reviewer.  This is
13  the editor.
14  Q      The editor?
15  A      Yeah.
16  Q      The editors?
17  A      Yeah.  And this is boilerplate.  You'd
18  always get this.  They're not --
19  Q      Well, I'm just asking you for the --
20  for what the -- what the letter says.
21  A      Yeah.  Yeah.
22  Q      "The critique of this letter in no way
23  implies a lack of interest in this area of
24  research and we invite you to submit your future

84 (Pages 330 to 333)

Michael Birrer, M.D., Ph.D.

Page 334

 1    work to the journal."
 2        Is that what the letter from
 3    Dr. Bristow, the editor says?
 4    A     Correct.
 5    Q     And, in fact, Dr. Saed has published
 6    several times in this journal previously.
 7        Are you aware of that?
 8    A     Yeah.  I believe so, yeah.
 9    Q     So let's go ahead and go through the --
10    the reviewer comments.  Reviewer number 1 --
11        And, as you testified, you don't know
12    who these reviewers are; correct?
13    A     I don't.
14    Q     Reviewer 1, in his summary of
15    Dr. Saed's paper, says "The stated objective of
16    the study by Fletcher and colleagues is to
17    determine the effects of talc on expression of
18    key inflammatory and redox markers in ovarian
19    cancer and normal cell lines.  Normal ovarian and
20    EOC cells were treated with various doses of talc
21    for 48 hours.  Levels of CA-125 and selected key
22    redox enzymes were measured using realtime P --
23    RT-PCR and ELISA."
24        Is that an accurate statement of what

Page 335

 1    the objective of the study was?
 2    MS. CURRY:
 3        Object to the form.
 4    A     I think that's -- I think that's a
 5    little terse, but it covers the bases.
 6    MS. THOMPSON:
 7    Q     And then beginning with the reviewer
 8    comments, reviewer number 1 says "Overall, this
 9    is a well-written manuscript and the conclusions
10    are supported by the results."
11        Do you disagree with that comment by
12    reviewer number 1?
13    A     That's very generous.  I don't agree
14    with it.  Particularly the latter part.
15    Q     But at least that's what the
16    reviewer --
17    A     Correct.
18    Q     -- who was -- you would think was
19    chosen because of their expertise in the field,
20    those are the reviewer comments regarding
21    Dr. Saed's paper; correct?
22    MS. CURRY:
23        Object to the form.
24    A     For reviewer 1.

Page 336

 1    MS. THOMPSON:
 2    Q     Right.
 3    A     Yeah.
 4    Q     "This is an important but controversial
 5    topic in need of rigorous scientific inquiry."
 6        Why is this a controversial topic, in
 7    your mind?
 8    MS. CURRY:
 9        Object to the form.
10    MS. THOMPSON:
11    Q     Or is it a controversial topic to you?
12    A     I would assume they're referring to the
13    potential role of talc in ovarian cancer.  But
14    I'm -- again, it's speculative.
15    Q     Okay.
16    A     I'm guessing.
17    Q     So you wouldn't know why it would be
18    considered controversial?
19    MS. CURRY:
20        Object to the form.
21    A     No.  Not -- not in -- no, vis-à-vis
22    from what the reviewer's saying.
23    MS. THOMPSON:
24    Q     "The current in vitro study does" --

Page 337

 1    reading on, "The current in vitro study does
 2    provide novel information, but there are also
 3    some important limitations described below."
 4        Would you agree that it's common to
 5    have a back-and-forth with a reviewer and author
 6    before publication of a paper?
 7    MS. CURRY:
 8        Object to the form.
 9    A     Some papers are accepted de novo, but
10    it's unusual.  Usually there are criticisms and,
11    then you'd have to revise.  Sometimes if it's
12    Cancer Cell, it goes back and forth for two
13    years.
14    MS. THOMPSON:
15    Q     The reviewer number 1 in -- in the
16    bullet point number 1, said "The significance of
17    the study would be greatly enhanced if a mouse
18    model corroborated the cell line findings."
19        I would -- I'm guessing you're gonna
20    agree with that statement?
21    A     I do.
22    Q     But you would also agree, I think, that
23    oftentimes you -- a researcher would start with
24    an in vitro study; correct?

Michael Birrer, M.D., Ph.D.

| Page 338 | Page 340 |
|---|---|

**Page 338**

1    A     Frequently.

2    MS. CURRY:

3        Object to the form.

4    MS. THOMPSON:

5    Q     And what would the reasons for that be?

6    A     It's usually easier.

7    Q     Less costly?

8    MS. CURRY:

9        Object to the form.

10    A     By definition.

11    MS. THOMPSON:

12    Q     And could be completed in less time?

13    MS. CURRY:

14        Object to the form.

15    A     Usually, yeah.

16    MS. THOMPSON:

17    Q     Do you -- do you have any idea or

18 knowledge of what experiments Dr. Saed is

19 currently doing in the -- in the area of talcum

20 powder and its biologic effects?

21    MS. CURRY:

22        Object to the form.

23    A     I don't.

24    MS. THOMPSON:

**Page 339**

1    Q     In this reviewer's opinion, "The cell

2 line studies alone and the increase in CA-125,

3 while intriguing, are not sufficiently

4 convincing."

5        Would you agree with that statement?

6    A     Absolutely.

7    Q     And so a mouse model corroboration of

8 the findings would be -- would enhance the

9 results; correct?

10    A     Not from my perspective.  And I'm not

11 so sure this reviewer's implying that.  I think

12 there's a real question anything can be

13 interpreted from the cell line studies, and any

14 increase in CA-125 is meaningless because CA-125

15 is a marker.

16        So I think --

17    Q     Well, wait a minute.

18        Did Dr. Saed say anything about

19 CA-125 --

20    MS. CURRY:

21        Are you done with your response?

22    MS. THOMPSON:

23    Q     -- being the significance with the

24 findings?

**Page 340**

1    A     I'm not done with my response.

2        So let me finish the first statement.

3    Q     Okay.

4    A     I think if you could show a phenom- --

5 if you could show the biologic effects in a mouse

6 model, then it's much stronger data, regardless

7 of the cell lines.

8        I don't -- I would agree I don't think

9 Dr. Saed said much about CA-125 being -- being

10 involved in ovarian cancer development, and

11 that's the point.  I don't understand, and I

12 think a lot of other of us who have looked at

13 this, don't understand what the value is of the

14 increase in CA-125.

15    Q     Do you know that when Dr. Saed

16 presented the initial data at the meeting, that

17 the attendees requested that he perform CA-125

18 and that's why he performed it?  Do you remember

19 seeing that in his deposition?

20    MS. CURRY:

21        Object to the form.

22    A     I didn't see that.  Which meeting was

23 this?  Do you know?

24    MS. THOMPSON:

**Page 341**

1    Q     SRI, 2018.

2    A     Okay.

3    Q     Society of Reproductive Investigators.

4    A     And did they indicate -- anybody

5 indicate what the purpose of that was?

6    Q     I can't tell you that.

7        But, listen, I'm -- I'm just reading

8 the reviewer's comments --

9    A     Yeah.

10    Q     -- without either one of us trying to

11 speculate on what he means.

12        But the statement is "The significance

13 of this study would be greatly enhanced if a

14 mouse model corroborated the cell line findings."

15        So there were cell line findings to be

16 corroborated; correct?

17    A     Correct.

18    Q     The reviewer number 1 also said "The

19 significance of SNP alterations" -- that's SNP,

20 all capitalized -- "should be further clarified."

21        And I think you would agree with that;

22 correct?

23    MS. CURRY:

24        Object to the form.

86 (Pages 338 to 341)

Michael Birrer, M.D., Ph.D.

Page 342

1  A    I strongly agree with that.
2  MS. THOMPSON:
3  Q    And the viewer -- reviewer commented,
4  "The first bulleted highlight, Oxidative Stress,
5  is a key mechanism to the initiation and
6  progression of ovarian cancer is not supported by
7  this investigation and should be omitted."
8       Does the reviewer comment on why that
9  should be -- that line should be omitted, other
10  than it wasn't supported by this investigation
11  with talcum powder?
12  A    No.  It would be speculative.  It's --
13  it's as you read it.
14  Q    Okay.  Do you know that -- that
15  virtually that exact statement has been published
16  in this same journal in the past by Dr. Saed and
17  others?
18  MS. CURRY:
19       Object to the form.
20  A    As a stand-alone statement?
21  MS. THOMPSON:
22  Q    Yeah.  Yes.
23  A    Yeah.  I don't think that addresses
24  what the reviewer is saying.

Page 343

1  Q    Yeah.
2  A    The reviewer's saying it's not
3  supported by --
4  Q    And that's the point I was trying to
5  make.
6       So -- so you would agree that it
7  doesn't sound like it's the statement that's at
8  issue; it's whether the talcum powder studies are
9  supportive of that statement?
10  MS. CURRY:
11       Object to the form.
12  A    Well, the way it's phrased here -- the
13  way it's phrased here, I agree.  Yeah.
14  MS. THOMPSON:
15  Q    Let's go to reviewer number 2.
16  A    Uh-huh.
17  Q    And reviewer number 2 gives a similar
18  summary, perhaps with a little more detail.
19  A    Yeah.
20  Q    But would you agree it's an accurate
21  description of what the objectives of the study
22  were?
23  A    It is.
24  MS. CURRY:

Page 344

1  Object to the form.
2  A    And it's -- and it's -- I don't know --
3  just one comment that it's more detailed, which
4  makes someone like me as a third party look at
5  and say, well, they actually read the paper.  I'd
6  worry a little about if reviewer 1 didn't read it
7  carefully enough.
8  MS. THOMPSON:
9  Q    But you have no idea what he did?
10  A    I've been speculating all day.
11  Q    Okay.  All right.  And then the first
12  sentence of reviewer number 2, "While the authors
13  compellingly show changes in several key enzymes
14  recognizing redox potential in cells exposed to
15  talc, their data do not show, despite the
16  author's claim, any evidence that these cells are
17  transformed."
18       Do you agree with reviewer number 2 in
19  that statement?
20  A    I agree.
21  Q    Second sentence, "Specifically, no
22  experiments documenting changes in cell survival
23  proliferation are resistant to apoptosis have
24  been performed."

Page 345

1  And that's correct; right?
2  A    So he does show what he thinks is
3  proliferation, if I recall correctly.  I believe
4  it's an MMT -- MTT assay.
5  Q    Well, those experiments were done
6  following reviewer number 2's recommendation.  Is
7  that your understanding?
8  A    Well, I --
9  Q    In the --
10  A    Yeah.
11  Q    In the first manuscript.  Do you
12  remember that?
13  A    You could be right.  I don't have it
14  pre- -- I don't have that version in front of me.
15  Q    You may have to just take my word for
16  that.
17  MS. CURRY:
18       I have a copy of it if you need it.
19  MS. THOMPSON:
20       No.  It's not too -- I don't think it's
21  too much --
22  A    But I can say, in particular, cell
23  survival resistant apoptosis, I don't think has
24  been effectively performed.

87 (Pages 342 to 345)

Michael Birrer, M.D., Ph.D.

Page 346

1    MS. THOMPSON:
2        Object. That didn't answer a question.
3    Nonresponsive.
4    Q    Next sentence, "Consequently, neither
5    tumor initiation nor progression is documented in
6    this study as opposed to the statement in
7    highlight number 1 and elsewhere."
8        "While changes in redox potential play
9    an important role in tumor biology in general,
10   the present data are insufficient to back up the
11   claim that talc is central to the development of
12   ovarian cancer."
13       Did Dr. Saed make a claim that talcum
14   is central to the development of ovarian cancer,
15   that you recall?
16   A    I don't recall him saying that.
17   Q    I don't either.
18       "Other comments: The introduction
19   should be better organized with shorter
20   description of the general features of ovarian
21   cancer, replaced by a brief overview of redox
22   proteins in cancer, followed by a discussion of
23   their role in ovarian cancer."
24       That's more a style issue. Would you

Page 347

1    agree?
2    MS. CURRY:
3        Object to the form.
4    A    Make it -- make it more readable, yeah.
5    MS. THOMPSON:
6    Q    And, then, the -- finally, "The fact
7    that SNPs were changed following such short
8    exposure to talcum is surprising and makes one
9    wonder what the biological effects of such change
10   might be."
11       And those are the reviewer comments
12   from Gynecologic Oncology; correct?
13   A    Correct.
14   Q    Did the peer-reviewers raise concerns
15   about Dr. Saed's, in your words, unsubstantiated
16   assumptions?
17   A    Well, I -- I think it's implicit in
18   some of the comments.
19   Q    That there are unsubstantiated
20   assumptions?
21   A    So -- so I think if you read the second
22   paragraph of the second reviewer -- remember,
23   this paper basically says that talc transforms
24   ovarian cancer cells.

Page 348

1    Q    Where in -- where in Dr. Saed's paper
2    does it say this paper shows talcum powder
3    transforms ovarian cells?
4    A    Do we have the original?
5    Q    We're looking at the published
6    manuscript.
7    MS. CURRY:
8        But the comments are based on the --
9    A    This is the one published in -- and you
10   already told me he changed some of the
11   experiments.
12   MS. THOMPSON:
13   Q    Was -- shouldn't your critique be the
14   published paper?
15   A    Well, you're asking me to review this;
16   right?
17   Q    Okay. We can pull out the -- we can
18   pull out the published manuscript.
19       But certainly in the published paper,
20   there are no claims that cells are transformed,
21   are there?
22   A    Well, let's take a look.
23   Q    It's certainly not in the abstract or
24   in the conclusion -- in the summary, is it?

Page 349

1    A    I'm just getting through the discussion
2    a little bit. It may be -- may be buried in
3    there or may be an implication that the soft
4    argarose cloning is reflective of only the
5    changes.
6    Q    Dr. Saed's paper does not claim that
7    the cells were transformed, does it?
8    A    Let me look through it, then.
9    Q    Okay. Let's go off the record.
10   VIDEOGRAPHER:
11       Off the record at 4:23 p.m.
12       (OFF THE RECORD.)
13   VIDEOGRAPHER:
14       We're back on the record at 4:24 p.m.
15   A    Page 7 on the bottom. "In this study
16   we've shown that talc enhances cellular
17   proliferation, induces inhibition of apoptosis
18   and C-cells" --
19   MS. CURRY:
20       Gotta go slow for Lois.
21   THE WITNESS:
22       Oh.
23       -- "but, more importantly, in normal
24   cells, suggesting talc is a stimulus to the

88 (Pages 346 to 349)

Michael Birrer, M.D., Ph.D.

Page 350

1    development of an oncogenic phenotype."
2    MS. THOMPSON:
3    Q      That doesn't say the cells were
4    transformed, does it?
5    A      I think for those of us in the field
6    that implies transformation.
7    Q      Well, it certainly doesn't state --
8    state cells were transformed, as you stated
9    earlier.
10   MS. CURRY:
11          Object to the form.
12   MS. THOMPSON:
13   Q      Did the reviewers have -- raise any
14   concerns about serious flaws in methodology?
15   A      You know, the significance of SNP
16   alteration should be further clarified.  That's a
17   pleasant way of saying I don't understand what
18   you're doing.
19   Q      I'm asking did the peer-reviewers raise
20   concerns about serious flaws in methodology?
21   MS. CURRY:
22          Object to the form.
23   A      In those terms?
24   MS. THOMPSON:

Page 351

1    Q      Yes, in those terms.
2    A      No.
3    Q      Did the peer-reviewers raise concerns
4    about serious flaws in the experiments?
5    A      In those terms?
6    Q      Right.
7    A      No.
8    Q      Did the peer-reviewers raise serious
9    concerns about flaws in the analysis?
10   A      No.
11   Q      And, in fact, peer-reviewer number 1
12   explicitly stated that "The conclusions are
13   supported by the results."
14          Right?
15   MS. CURRY:
16          Object to the form.
17   A      They rejected the paper.
18   MS. THOMPSON:
19   Q      I -- that wasn't my question.
20          The question was -- I mean, my question
21   was that the reviewer number 1 specifically
22   states "The conclusions are supported by the
23   results."
24          Correct?

Page 352

1    MS. CURRY:
2           Object to the form.
3    A      Correct.
4    MS. THOMPSON:
5    Q      And wouldn't that be the flaws in the
6    analysis that you're referring to?
7    A      I don't know what that refers to in
8    vis-à-vis my statement.
9    Q      Did the reviewers state that any of the
10   cell line findings appeared to be inaccurate?
11   A      No.
12   Q      Did the reviewers state that the wrong
13   cell lines were used?
14   A      No.
15   Q      Did the reviewers state that the doses
16   were inappropriate?
17   A      No.
18   Q      Did the reviewers state that the CA-125
19   findings were irrelevant?
20   MS. CURRY:
21          Object to the form.
22   A      Increase in CA-125 while intriguing are
23   not sufficiently convincing to make it relevant
24   or not.

Page 353

1    MS. THOMPSON:
2    Q      But the reviewer certainly didn't say
3    they're irrelevant?
4    A      Didn't use those terms.
5    Q      And intriguing would at least mean that
6    the reviewer 1 thought they were of some
7    interest.  Wouldn't you agree?
8    MS. CURRY:
9           Object to the form.
10   A      Some interest.  Some interest.
11   MS. THOMPSON:
12   Q      The reviewer did ask for clarification
13   of the significance of SNPs.  Did the reviewer
14   state that the SNP findings were irrelevant?
15   A      Not in those terms.
16   Q      Did the reviewer state that the
17   methodology used to test for the SNPs was flawed?
18   A      You know, again, they're seeking
19   clarification.  That suggests to me that they
20   have a problem with the way it was done.
21   Wouldn't they --
22   Q      Did -- did the reviewer state the
23   methodology used to test the SNPs was flawed?
24   MS. CURRY:

89 (Pages 350 to 353)

Michael Birrer, M.D., Ph.D.

Page 354

```
 1          Sorry.  You keep cutting off his answer
 2   when he's not finished.
 3   MS. THOMPSON:
 4      Q      Were you finished?
 5      A      Well, I'm just asking what are they
 6   trying to clarify?
 7      Q      I'm just asking you did -- was there a
 8   comment that the methodology for testing the SNPs
 9   was flawed?
10   MS. CURRY:
11          Object to the form.
12      A      They do not say that.
13   MS. THOMPSON:
14      Q      Okay.  Did the reviewers state that the
15   SNP data was in a accurate?
16      A      I don't think they know.  It has to be
17   clarified.
18      Q      And are you aware that the same SNP
19   data was submitted to SGO as an abstract and
20   recently presented at the annual meeting?
21   MS. CURRY:
22          Object to the form.
23      A      The one --
24   MS. THOMPSON:
```

Page 355

```
 1      Q      As opposed to a presentation?
 2      A      The one in Honolulu -- the one in
 3   Honolulu --
 4      Q      Yes.
 5      A      -- Hawaii?  Yeah.  Yes.
 6      Q      Did you see that poster?
 7      A      No.
 8      Q      Did you speak with the -- the authors
 9   of the abstract and the paper?
10      A      No.
11      Q      Would that have been of interest to you
12   to -- to speak with the researchers?
13   MS. CURRY:
14          Object to the form.
15      A      Yeah.  So the poster section conflicted
16   with everything else I could do.  I didn't see
17   any posters.  But I think given my role on this,
18   I probably would not have gone, under any
19   circumstances.
20   MS. THOMPSON:
21      Q      Do you have any knowledge as to whether
22   either of these reviewers is a Johnson & Johnson
23   consultant or expert?
24      A      I have no -- no idea.
```

Page 356

```
 1      Q      Did the reviewer --
 2      A      I hope not.
 3      Q      Did either reviewer state that the data
 4   was poor?
 5   MS. CURRY:
 6          Object to the form.
 7      A      Not in that specific term.
 8   MS. THOMPSON:
 9      Q      Let's look at the reviewer from
10   Reproductive Sciences.
11          Are you going to give me yours?
12      A      I've got this pretty much memorized.
13   MS. EVERETT:
14          Did we put it back in the folder?  Here
15   is one.
16   MS. THOMPSON:
17      Q      Okay.  And the paper was accepted at
18   Reproductive Sciences.  Is that your
19   understanding, since it was eventually published?
20      A      Yes.
21      Q      Did the reviewers at Reproductive
22   Sciences make any statements regarding flawed
23   methodology, experiments, or analysis?
24   MS. CURRY:
```

Page 357

```
 1          Object to the form.
 2      A      I'm sorry.  I only see one reviewer;
 3   right?
 4   MS. THOMPSON:
 5      Q      We only have comments from one
 6   reviewer.  That's correct.
 7      A      Yeah.  And -- and they don't make that
 8   comment.
 9      Q      So I want to just go through Dr. Saed's
10   published paper --
11      A      Uh-huh.
12      Q      -- and discuss what was done in this --
13   just from the materials and methods.  We're not
14   in results yet.  Okay?
15          So Dr. Saed used the following cell
16   lines:  SKOV3, A2780, TOV11 -- or 112D.  And
17   those are all ovarian cancer cell lines; correct?
18      A      There is significant question about the
19   origin of 2780.
20      Q      Okay.
21      A      It may --
22      Q      But it is a cancerous cell line?
23      A      I would accept that.  Yeah.
24      Q      Okay.  And, then, there are also three
```

Michael Birrer, M.D., Ph.D.

Page 358

1  noncancerous cell lines.  Agree?  The human
2  primary normal ovarian epithelial cells from Cell
3  Biologics Chicago, the human ovarian epithelial
4  cells from Cell Biologics, and the human -- oops.
5  A      Immortal one.
6  Q      And the immortalized human fallopian
7  tube secretory epithelial cells, FT33, from
8  applied biologic materials.
9            Would you agree those are three
10  noncancerous cell lines?
11  A      And when you're defining
12  "noncancerous," you mean they were not isolated
13  from a tumor?
14  Q      Correct.
15  A      Agree on that.
16  Q      Again, just going through the
17  methodology, were the cells grown in media and
18  conditions following manufacturer protocol?
19  MS. CURRY:
20            Object to the form.
21  A      I'm not really sure what the
22  manufacturer suggested.  But I don't -- I think
23  that the way they were cultured appeared okay to
24  me.

Page 359

1  MS. THOMPSON:
2  Q      Appeared what?
3  A      Okay to me.
4  Q      Okay.  And you'll agree that the cells
5  were seeded and treated with zero, 5, 20, or 100
6  micrograms per mil of baby powder; correct?
7  A      This is in Treatment of Cells?
8  Q      Yes.
9  A      Correct.
10  Q      And the -- so the talcum powder was
11  dissolved in DMSO; correct?
12  A      I am looking for that.  Do you see
13  that?
14  Q      It's in Treatment of Cells also.
15  A      Oh, okay.
16  Q      I went out of order.
17  A      Thank you.
18  Q      And are you aware that these doses have
19  previously been reported in peer-reviewed
20  literature --
21  MS. CURRY:
22            Object to --
23  MS. THOMPSON:
24  Q      -- for the study of talc?

Page 360

1  MS. CURRY:
2            Object to the form.
3  A      I believe so.
4  MS. THOMPSON:
5  Q      And using the realtime PCR -- RT-PCR,
6  the -- the following assays were performed.  Beta
7  actin for normalization of samples; right?
8  A      Yes.
9  Q      CAT, SOD3?
10  A      Uh-huh.
11  Q      GSR, GPX1, NOS2.  Are those the tests
12  that were performed with PCR?
13  A      Seven -- seven genes.
14  Q      Yes.
15  A      Including beta actin.
16  Q      And --
17  A      Yes.
18  Q      And by ELISA, Dr. Saed in his lab
19  tested CAT, SOD, GSR, GPX, NPO, and the CA-125
20  that we've talked about before; correct?
21  A      Yes.
22  Q      And Dr. Saed -- and those have all been
23  peer-reviewed and published in other studies
24  using ELISA and testing those --

Page 361

1  MS. CURRY:
2            Object to the form.
3  A      Yes.
4  MS. THOMPSON:
5  Q      -- particular markers?
6            And Dr. Saed performed the TaqMan SNP
7  genotyping assay on all cell lines; correct?
8  A      It's listed there.  Yes.
9  Q      And those were performed by the Applied
10  Genomics Technology Center At Wayne State
11  University; correct?
12  A      Yes.
13  Q      And is it your understanding that this
14  is a core facility?
15  MS. CURRY:
16            Object to the form.
17  A      That, I don't know.  But it could be.
18  MS. THOMPSON:
19  Q      What is a core facility?
20  A      It's generally a facility that provides
21  standard assays, and everybody shares, and they
22  charge a fee.
23  Q      Is there some accreditation of core
24  facilities for quality control?

91 (Pages 358 to 361)

Michael Birrer, M.D., Ph.D.

Page 362

1    A      Usually it's institutional.  In other
2    words, it's not an external group.  But a
3    institution won't fund the core unless it's doing
4    decent work.
5    Q      And Dr. Saed and his researchers then
6    performed the cell proliferation and apoptosis
7    studies using the TACS MTT self-proliferation
8    assay; correct?
9    A      Yes.
10   Q      And -- and cast pace 3 after treatment
11   of all the cell lines with the various doses;
12   correct?
13   A      Yes.
14   Q      And you'll agree that all of these
15   tests have been performed, peer-reviewed, and
16   published previously by Dr. Saed and others;
17   correct?
18   MS. CURRY:
19          Object to the form.
20   A      I don't know that.  But these are
21   reasonably standard.
22   MS. THOMPSON:
23   Q      These are standardized --
24   A      Yeah.

Page 363

1    Q      -- testing methods.
2          All right.  Let -- let me just ask that
3    question again because we've got a -- these are
4    standardized testing methods; correct?
5    MS. CURRY:
6          Object to the form.
7    A      I don't know what you mean by
8    "standardized."  These are assays that many labs
9    use.  They're not being done in -- they're not
10   being done in a central CLIA-approved lab.
11   They're just being done by him and maybe a core
12   lab.
13   MS. THOMPSON:
14   Q      And I was just asking the question
15   because previously it got chopped into two pieces
16   on these are standardized -- yeah, testing
17   methods, all right.  So I was just trying to get
18   a single answer --
19   A      Yes.
20   Q      -- was the purpose of that question.
21         So these are standardized testing
22   methods; correct?
23   MS. CURRY:
24         Object to the form.

Page 364

1    A      They're generally accepted.  I --
2    "standardized" is a difficult word because it
3    implies some sort of external review or
4    standardization.  And that's not true.  These are
5    kits that are -- are bought and then they're
6    implemented in the lab.  You still don't know
7    whether it's really being done right, but --
8    MS. THOMPSON:
9    Q      Okay.  Well it sounds like --
10   A      -- but -- but -- but they're -- we're
11   familiar with these --
12   Q      Okay.
13   A      -- and there's nothing too much out of
14   the box there.
15   Q      And before, you said these are
16   standardized, yeah, so I was just going back to
17   that.
18   A      Right.
19   Q      I think we got the answer.
20         I'm about to start a little bit
21   different area.
22   MS. THOMPSON:
23         Do we want to take a break now or do
24   you want to go for another 30 minutes or so?

Page 365

1    MS. CURRY:
2          How much time do we have left on the
3    record?
4    VIDEOGRAPHER:
5          An hour and seven minutes.
6    MS. CURRY:
7          Do you want to take a final break now?
8    MS. THOMPSON:
9          Yeah.  I'll easily finish the rest, I
10   think, in an hour and seven minutes.
11   MS. CURRY:
12         Okay.
13   MS. THOMPSON:
14         Maybe even less.
15   VIDEOGRAPHER:
16         Off the record at 4:39 p.m.
17         (OFF THE RECORD.)
18   VIDEOGRAPHER:
19         We're back on the record at 4:50 p.m.
20   MS. THOMPSON:
21   Q      Dr. Birrer, I'd like to do another
22   chart with Dr. Saed's research so I can
23   understand what your opinions are regarding his
24   findings.  Okay?

92 (Pages 362 to 365)

Michael Birrer, M.D., Ph.D.

Page 366

1    A     Okay.
2    MS. CURRY:
3         And for the record, I object to the
4    creation of this chart.
5         (DEPOSITION EXHIBIT NUMBER 31 WAS
6         MARKED FOR IDENTIFICATION.)
7    MS. CURRY:
8         What's the exhibit number?
9    MS. THOMPSON:
10        And this would be Exhibit 31.
11   Q     And these are the tables taken from
12   Dr. Saed's manuscript.  Does that looks right?
13   If you want to compare, you can.
14   A     Let me just compare.
15   MS. CURRY:
16        This from the published manuscript?
17   MS. THOMPSON:
18   Q     This is from the published manuscript?
19   A     This is from Figure 1, right?
20   Q     And -- and you'll agree that these
21   charts are generated from the raw data; correct?
22   MS. CURRY:
23        Object to the form.
24   A     It appears so.

Page 367

1    MS. THOMPSON:
2    Q     And --
3    A     Although I would say --
4    MS. GARBER:
5         Do you have two?  Because your
6    co-counsel --
7    MS. THOMPSON:
8         No.  That's just one copy, one exhibit.
9    A     These are -- for instance, the PCR is
10   normalized.
11   MS. THOMPSON:
12   Q     Okay.  And this chart shows PCR and
13   ELISA for antioxidants; right?
14   MS. CURRY:
15        Object to the form.
16   MS. THOMPSON:
17   Q     The expression of antioxidants and the
18   activity of antioxidants CAT and SOV3; correct?
19   A     Correct.
20   Q     I want to go through this chart and
21   have you tell me "yes" or "no" for each of these
22   with each cell line.
23        Do you have an opinion as to whether
24   these results are accurate?

Page 368

1    MS. CURRY:
2         Object to the form.
3    A     I assume they are.  I mean, in terms of
4    they reflect the actual raw data, yeah.
5    MS. THOMPSON:
6    Q     Right.  So I'm going to put a Y --
7    A     Okay.
8    Q     -- for accurate.
9    A     Oh.  You're looking at all of them?
10   Q     Oh.  Do you have any --
11   MS. CURRY:
12        Do you have the published paper?
13   THE WITNESS:
14        I have it here.  Right here.
15   MS. CURRY:
16        What exhibit is that?
17   THE WITNESS:
18        Yeah.  Well, I'll have to say, that
19   does look different.
20   MS. THOMPSON:
21   Q     I can -- I'll represent that they were
22   cut and pasted from the manuscript.  So if they
23   are different, it's a --
24   MS. CURRY:

Page 369

1         Okay.  I'm sorry.  I'm having a hard
2    time following --
3    A     But this --
4    MS. CURRY:
5         -- this because the data represented on
6    the exhibit is not reflective of the bar graphs
7    that are in the published manuscript.
8         So if you can just point us to where in
9    the published manuscript you're pulling this
10   from.
11   MS. THOMPSON:
12        All right.
13   A     This is -- the entire ordinate has
14   changed.  This is 25.  This is 100.
15   MS. THOMPSON:
16   Q     This is -- this is, from the chart,
17   this is Figure 1.  The color came out a little
18   bit differently in the printing process,
19   but the --
20   MS. CURRY:
21        This is not Figure 1.
22   A     No.  Not even close.  This is, in fact,
23   Figure 3.
24   MS. THOMPSON:

93 (Pages 366 to 369)

Michael Birrer, M.D., Ph.D.

Page 370

1  Q      PCR, CAT, SOD3.  CAT activity and SOD
2  activity.
3  MS. THOMPSON:
4       Are y'all looking?  Mine are identical.
5  Can you be --
6  MS. CURRY:
7       On the published manuscript, this chart
8  does not represent --
9  MS. THOMPSON:
10      To Figure 1?
11  MS. CURRY:
12      -- to Figure 1.
13  MS. THOMPSON:
14      Let's go off the record.
15  VIDEOGRAPHER:
16      Going off the record at 4:55.
17      (OFF THE RECORD.)
18  VIDEOGRAPHER:
19      We're back on the record at 4:59 p.m.
20  MS. THOMPSON:
21  Q      Okay.  Now that we've got that
22  straightened out, so you'll agree that this is
23  the -- the chart that shows the expression of
24  antioxidant CAT and SKOV3 and the activity of the

Page 371

1  same; correct?
2  A      You're on Figure 1?
3  Q      I am on Figure 1, yes.
4  A      Yeah.  That's CAT and SKOV3?
5  Q      Yeah.
6  A      Yep.
7  Q      And we -- we are going through each
8  cell line.  The first column was Results
9  Accurate, and I think --
10  A      So let me -- let me revise that.
11  Q      Okay.
12  A      Because now I understand what we're
13  looking at.
14      So I think there's a serious problem in
15  the PCR, or at least I'd be concerned by that.
16  These PCR MRNA levels were normalized to beta
17  actin.  And I think most of us would accept that
18  using one housekeeping gene is not acceptable.  I
19  would expect at least two or three to make sure
20  that there isn't a change in the stability of
21  beta actin, which would throw off your
22  quantification levels of those genes.
23  Q      And do you think that would render
24  these results inaccurate?

Page 372

1  MS. CURRY:
2       Object to the form.
3  A      It could change them considerably,
4  yeah.
5  MS. THOMPSON:
6  Q      Do you want to change that to a
7  question mark, or do you want to change that to
8  no, they're not accurate?
9  MS. CURRY:
10      Object to the form.
11  A      Question mark will be fine.
12  MS. THOMPSON:
13  Q      And that would go for all cell lines?
14  A      Well, the technology -- the techniques
15  used was applied to all of them.
16  MS. CURRY:
17      Just so I know what we're doing here --
18  I'm sorry -- is when you're saying results
19  accurate in these four pictures, are -- are you
20  talking about -- like is that based on raw data
21  that's supposed to be in here?  I'm just not sure
22  what we're doing.
23  MS. THOMPSON:
24      These graphs are from the raw data.

Page 373

1  MS. CURRY:
2       But the raw data, we don't have.  That
3  hasn't --
4  MS. THOMPSON:
5       You've seen the raw data in the lab
6  notebooks and Dr. Saed has -- is this an
7  objection or is this --
8  MS. CURRY:
9       It's an object-- I'm just honestly --
10  I'm trying -- you're trying to have him create an
11  exhibit --
12  MS. THOMPSON:
13      That's a speaking objection.
14  MS. CURRY:
15      -- and I'm trying to find out --
16  MS. THOMPSON:
17      If he understands it, it doesn't really
18  matter whether you do or not, Dawn.  I mean --
19  MS. CURRY:
20      And that's fine if you don't want an
21  accurate record.  That's fine.
22  MS. THOMPSON:
23      And he hasn't expressed that he doesn't
24  understand.

94 (Pages 370 to 373)

Michael Birrer, M.D., Ph.D.

Page 374

1  MS. CURRY:
2      That's fine.
3  MS. THOMPSON:
4      Q    Dr. Birrer, do you understand what I'm
5  asking with this chart?  If not, I'll explain it.
6      A    Well, I -- I think -- it's a little bit
7  like the exercise this morning, which is we're
8  creating a document without all the information.
9  I don't have the raw data here.  I mean, yeah,
10  it's in the notebooks, I suppose, somewhere.
11      Q    And -- and you'll agree that these
12  charts are generated from raw data by a software
13  program.  Correct?
14      And Dr. Saed testified to that.
15  Correct?
16  MS. CURRY:
17      Object to the form.
18      A    Well, again, depending on what data's
19  put in --
20  MS. THOMPSON:
21      Q    Okay.
22      A    -- you could get completely different
23  results.
24      Q    I understand.  But we're gonna look at

Page 375

1  the data that was in the peer-reviewed published
2  paper.  Okay?
3      Are the results relevant?  And we can
4  go by each cell line.
5  MS. CURRY:
6      Object to the form.
7  MS. THOMPSON:
8      Q    And yes or no or you don't know.
9  MS. CURRY:
10      Object to the form.
11      A    Well, one of the challenges in this
12  paper is the purpose of the EL1 cell line.  I
13  don't think those results are relevant.
14  MS. THOMPSON:
15      Q    Okay.  The other lines?
16      A    The normal ovary, I would assume -- is
17  that primary cells?  Right?  We reviewed that?
18  Let me go back.
19      So I don't know if that's -- I don't
20  know if that's the HOS cell line or the -- the
21  ones from Cell Biologics.
22      Q    Is one relevant and one not?
23  MS. CURRY:
24      Object to the form.

Page 376

1      A    Well, I think the -- if you're gonna
2  call them normal, then the normal primary -- the
3  human primary normal ovarian cell lines would be
4  more relevant.
5  MS. THOMPSON:
6      Q    More relevant?  But either one would be
7  relevant.  Is that what you're saying?
8  MS. CURRY:
9      Object to form.
10      A    No.  I think the immortalized one is
11  not normal, so it wouldn't be relevant.
12  MS. THOMPSON:
13      Q    Okay.  So we'll make another column.
14      Well, we don't -- the immortalized and
15  the normal.
16      So the immortalized would be not
17  relevant?
18      A    Right.
19      Q    And the --
20      A    Yes.
21      Q    Maybe I should get a clean -- let's --
22  let's start over this chart.  That's okay.  I'll
23  make the next one neater.
24      Okay.  Let's start again.  And we're

Page 377

1  gonna distinguish between --
2      A    Uh-huh.
3      Q    -- the immortalized, which is IM on the
4  chart, and that's going to be not relevant;
5  right?
6      A    Correct.
7      Q    And the normal cells are relevant, in
8  your mind?
9      A    Uh-huh.
10      Q    How about the fallopian tube, the FT33?
11      A    Yeah.  So that's immortalized also, so
12  I don't think it's particularly relevant.
13      Q    Is it not relevant?
14  MS. CURRY:
15      Object to the form.
16      A    Uh-huh.
17  MS. THOMPSON:
18      Q    And that's because it's immortalized?
19      A    Uh-huh.
20      Q    Okay.  And 3, cancer cell lines?
21      A    So this is --
22  MS. CURRY:
23      Object to the form.
24      A    So this was a big -- this was a concern

Michael Birrer, M.D., Ph.D.

Page 378

1    in the paper, which is that, as you know, SKOV3
2    is a clear cell; we've got an endometrioid; and
3    we don't even know where 2780 comes from, so I
4    don't think they're relevant.
5    MS. THOMPSON:
6        Q      And that's because of lacking a clear
7    histologic relationship?
8    MS. CURRY:
9            Object to the form.
10   A       That's right.
11   MS. THOMPSON:
12       Q      Do those results show a biological
13   effect from talcum powder?
14   MS. CURRY:
15           Object to the form.
16   A       So I don't view that -- I don't -- I
17   guess the answer is -- biologic effects?
18   MS. THOMPSON:
19       Q      Does something happen when you put the
20   baby powder in the cell culture?
21   MS. CURRY:
22           Object to the form.
23   MS. THOMPSON:
24       Q      This is not related to whether you

Page 379

1    agree with how it was, the dosage, whether the
2    results are accurate or not.
3    MS. CURRY:
4            Object to the form.
5    A       Yeah.  It's really hard to interpret
6    this because, again, I believe he used a control
7    with DMSO.  DMSO has fairly dramatic effects and
8    he's not controlling for it.  So, you know, I
9    would say no.
10   MS. THOMPSON:
11       Q      No biologic effects?
12   A       No biologic effects.
13       Q      On any of the cell lines?
14   A       Correct.  Unless you call PCR effect --
15   you know, PCR quantification biologic.
16       Q      Do you have your exhibit there?
17   A       Exhibit --
18       Q      Oh, well.  We can -- we'll just use
19   mine.
20   A       This one?
21       Q      I wondered if you wanted to be filling
22   these in yourself.  But as long as you correct
23   my --
24   A       You go.

Page 380

1        Q      As long as you approve of my work, we
2    can -- we can switch the exhibit over to the one
3    I'm doing.
4    A       Uh-huh.
5        Q      If the results are accurate, do they
6    demonstrate a dose-dependent response?
7    MS. CURRY:
8            I object to the entirety of the
9    exercise --
10   MS. THOMPSON:
11           Okay.  You're --
12   MS. CURRY:
13           -- but I am following you in terms of
14   the accuracy of you putting his answers down on
15   the paper.
16   MS. THOMPSON:
17           Okay.  All right.  And we'll have the
18   record, too.
19   MS. THOMPSON:
20       Q      Do the answers show a dose-dependent
21   response?
22   MS. CURRY:
23           Object to the form.
24   A       So it depends on the cell line, I

Page 381

1    think.  Right?
2    MS. THOMPSON:
3        Q      Which cell line does not?  So --
4    MS. CURRY:
5            Object to the form.
6    A       If you look at the PCR, I don't know --
7    and you look at everything but EL1, I don't know
8    if those are statistically different.  If you --
9    if you pull it down, you can see it.
10   MS. THOMPSON:
11       Q      Oh, sorry.
12   A       Yeah.  See way on the top?
13       Q      If the paper says they were
14   statistically significant, does that matter?
15   MS. CURRY:
16           Object to the form.
17   A       Well, it doesn't look like it to me.
18   MS. THOMPSON:
19       Q      So are you gonna say no or you don't
20   know?
21   A       No.
22   MS. CURRY:
23           Object to the form.
24   MS. THOMPSON:

96 (Pages 378 to 381)

Michael Birrer, M.D., Ph.D.

Page 382

1    Q     On all cell lines?
2    A     No.  For EL1.  Normal ovary.
3          So, actually, for -- for -- what is
4    that?  That's B, SKOV3.  So for SKOV3, it looks
5    like nothing.  It's -- from the MRNA level, it's
6    all suppressed.  It's all very low.  I don't
7    see -- I don't see -- if there's a P-value there,
8    what is it between?  The control and the 5?  The
9    control and the 20?  The 20 and the 100?  I don't
10   know.
11         The ELISA looks like -- this is for
12   SKOV3; right?  The ELISA looks like there's no
13   effect until you get to 20 or 100.
14   Q     And you're eyeballing the statistical
15   significance of these charts?
16   A     Well, that's why they --
17   MS. CURRY:
18         Object to the form.
19   A     That's why they put arrow bars in
20   there.
21   MS. THOMPSON:
22   Q     So reading Dr. Saed's results in the
23   manuscript --
24   A     Uh-huh.

Page 383

1    Q     -- the CAT and SKOV -- this is Figure
2    1 -- "MRNA and protein levels were significantly
3    in a dose-dependent manner in talc-treated cells
4    compared to controls."
5          Do you disagree with Dr. Saed's
6    analysis?
7    A     I disagree with that statement.
8    Q     So you're going to say, regardless of
9    Dr. Saed's peer-reviewed conclusion, your
10   opinion, these do not show a dose-dependent
11   response --
12   MS. CURRY:
13         Object to the form.
14   MS. THOMPSON:
15   Q     -- based on your eyeballing of the
16   chart?
17   MS. CURRY:
18         Object to the form.  That's --
19   A     Well, that -- I disagree with that
20   statement.  That implies that these are all
21   statistically significant, and I can't imagine
22   that's true, given the arrow bars.  But it would
23   be very helpful to have the raw data.
24   MS. THOMPSON:

Page 384

1    Q     Well, you had the raw data to review,
2    didn't you?
3    MS. CURRY:
4          Object to the form.
5    MS. THOMPSON:
6    Q     It's on your materials considered list.
7    A     Well, his notebooks were very difficult
8    to interpret.
9    Q     All the raw data was in his notebooks.
10   If it -- if you are saying these results were not
11   accurate, could you have looked it up in the lab
12   notebooks?
13   MS. CURRY:
14         Object to the form.
15   A     Yeah, I don't know.  I'd have to go
16   back and look at it.  There were --
17   MS. THOMPSON:
18   Q     Did you do that?
19   MS. CURRY:
20         Object to the form.
21   A     I looked at his notebooks.  They were
22   extremely hard to follow.
23   MS. THOMPSON:
24   Q     Did you ask someone --

Page 385

1    MS. CURRY:
2          Object to the form.
3    MS. THOMPSON:
4    Q     -- to get information?  Because what's
5    your evidence that the data wasn't included in
6    the lab notebooks?
7    MS. CURRY:
8          Object to the form.
9    A     Well, I -- again, his notebooks were
10   very poorly organized.  There were things that
11   were whited out.  So it was hard to follow.
12   MS. THOMPSON:
13   Q     Okay.  What was whited out?  Seriously.
14   Was there any data whited out?
15   MS. CURRY:
16         Object to the form.
17   MS. THOMPSON:
18   Q     You're making --
19   A     Well, do you have them here?
20   MS. THOMPSON:
21   Q     I do.
22   MS. CURRY:
23         And the deposition transcript?
24   MS. THOMPSON:

97 (Pages 382 to 385)

Michael Birrer, M.D., Ph.D.

Page 386

1    I need the lab notebooks.  Let's just
2  answer this, and I think we're going to move on
3  to something else.
4    Q      In your opinion, are the results
5  dose-deponent?
6  MS. CURRY:
7      Object to the form.
8    A      So I -- I guess the way to handle that
9  would be for -- there looks like there's a dose
10  dependency for some of the cell lines in certain
11  conditions but not all of them.  Is that fair to
12  say?
13  MS. THOMPSON:
14    Q      Well, so you don't believe
15  Dr. Saed's --
16    A      Conclusions.
17    Q      -- conclusions?
18    A      I don't agree with that one statement.
19  His statement is that basically all of the time
20  points demonstrated a dose-dependant effect of
21  talc.  If that's true -- you can't see it here.
22  You see it in some.
23    Q      Did -- did any of the peer-reviewers
24  raise a question about that statement?

Page 387

1    A      No.
2    Q      And, in fact, the peer-reviewers said
3  his conclusions reflected the results; correct?
4  MS. CURRY:
5      Object to the form.
6  MS. THOMPSON:
7    Q      The peer-reviewer that commented on it?
8    A      The one reviewer.
9    Q      The only one that commented on it?
10    A      Yeah.
11    Q      So are these question marks or which --
12  which cell lines do you think are statistically
13  significant?
14    A      Yeah.  I think that's -- I think that's
15  probably reasonable, question marks.
16    Q      Question marks on everything?
17    A      Yeah.
18    Q      And there's plenty of discussion for us
19  to go back and figure out the reasoning for that.
20      We may come back to the chart, but
21  there's some other things I want to cover, so
22  we'll -- we'll leave that with you disagreeing
23  with Dr. Saed's analysis.
24      Did you look at Dr. Saed's previous

Page 388

1  publications using the same methodology and the
2  same assays?
3  MS. CURRY:
4      Object to the form.
5    A      I didn't -- I didn't go through all of
6  his papers, no.
7  MS. THOMPSON:
8    Q      Did you go through any of his previous
9  papers?
10  MS. CURRY:
11      Object to the form.
12    A      I can't recall going through papers
13  that used this technology.
14  MS. THOMPSON:
15    Q      But this technology has been
16  peer-reviewed and published --
17  MS. CURRY:
18      Object to the form.
19    A      Yes.
20  MS. THOMPSON:
21    Q      -- previously?
22      And you're aware that Dr. Saed has
23  presented four abstracts based on this research;
24  correct?

Page 389

1    A      I believe so.
2    Q      And abstracts are generally reviewed
3  prior to acceptance at a national meeting;
4  correct?
5  MS. CURRY:
6      Object to the form.
7    A      Usually there's a program committee
8  that will review them.
9  MS. THOMPSON:
10    Q      And would you agree that, generally,
11  four to six reviewers look at abstracts when
12  making the decision which to accept for a
13  meeting?
14  MS. CURRY:
15      Object to the form.
16    A      It depends on the organization.  But
17  there usually is -- it's certainly more than one
18  person.
19  MS. THOMPSON:
20    Q      If -- if I told you Society For
21  Reproductive Investigation typically has four to
22  six reviewers and SGO has four to five reviewers
23  for each abstract, does that sound reasonable?
24  MS. CURRY:

98 (Pages 386 to 389)

Michael Birrer, M.D., Ph.D.

Page 390

```
 1          Object to the form.
 2    A     You know, I think for the first
 3  society, the former one, I'm not familiar with
 4  them, but it sounds reasonable.
 5          SGO, I've been on the program
 6  committee.  Sometimes it's a little less than
 7  that depending on how many abstracts you get.
 8  MS. THOMPSON:
 9    Q     At least for this year, there were four
10  to five reviewers, and the abstracts were scored
11  numerically.
12          Are you familiar with that system?
13  MS. CURRY:
14          Object to the form.
15    A     I am.
16  MS. THOMPSON:
17    Q     And the -- and the top scoring
18  abstracts were accepted for presentation?
19    A     Usually they'll put a cutoff on it,
20  yeah.
21    Q     And in the two criteria that SGO
22  reviewers looked at were, one, scientific
23  validity; and two, clinical relevance.
24          Does that sound right?
```

Page 391

```
 1  MS. CURRY:
 2          Object to the form.
 3    A     That, I don't know.
 4  MS. THOMPSON:
 5    Q     And -- and you'll agree that the
 6  mutation, the SNP data, was presented as a poster
 7  at this year's SGO meeting; correct?
 8  MS. CURRY:
 9          Object to the form.
10    A     I didn't -- I didn't go to that poster,
11  so I don't know what was on it.  If it was a --
12  if it was similar to the paper, I would assume
13  so.
14  MS. THOMPSON:
15    Q     Okay.  So if you have the manuscript
16  that was reviewed by at least two reviewers and
17  the editors of Gynecologic Oncology, you have the
18  manuscript that was reviewed by at least one
19  editor -- one reviewer and editor for
20  Reproductive Sciences.  You have abstracts that
21  are each reviewed by four to five reviewers.  He
22  also has a book chapter that was reviewed,
23  peer-reviewed by editors which included this
24  data.
```

Page 392

```
 1          You would agree with me that there have
 2  been at least 20 to 30 eyes on this research;
 3  correct?
 4  MS. CURRY:
 5          Object to the form.
 6  MS. THOMPSON:
 7    Q     In various levels of review.
 8  MS. CURRY:
 9          Object to the form.
10    A     20 to 30 sounds a little excessive but
11  probably --
12  MS. THOMPSON:
13    Q     Well, four abstracts, four to five
14  reviewers each --
15    A     Oh, you're saying all of it?
16    Q     Yeah.  Combined.
17  MS. CURRY:
18          Objection.
19  MS. THOMPSON:
20    Q     Would you agree that there have been at
21  least 25 eyes on this research?
22    A     Uh-huh.  Some could have overlapped.
23  MS. GARBER:
24          Or 50 eyes, since there's two.
```

Page 393

```
 1  MS. THOMPSON:
 2    Q     Fifty eyes.
 3          Are you aware of any other reviewers
 4  that raised the serious concerns that you seem to
 5  have with Dr. Saed's paper --
 6  MS. CURRY:
 7          Object to the form.
 8  MS. THOMPSON:
 9    Q     -- and -- and research?
10    A     I don't know any of the reviewers for
11  the abstracts or the SGO.  That's all kept
12  confidential.  So none of them have -- I haven't
13  any firsthand knowledge that they said to me.
14  But the review process hasn't raised -- hasn't
15  necessarily raised the issues that I've raised.
16    Q     Okay.
17    A     But that doesn't change my opinion.
18    Q     I didn't ask you, actually.  If it did,
19  I didn't expect it to.
20          I want to go through -- oh.
21          (DEPOSITION EXHIBIT NUMBER 32 WAS
22          MARKED FOR IDENTIFICATION.)
23  MS. THOMPSON:
24    Q     And did you -- did you review
```

Michael Birrer, M.D., Ph.D.

Page 394

1    Dr. Saed's review article published in
2    Gynecologic Oncology in 2017?
3    A      I think I saw this.  Is this on
4    oxidative stress?
5    Q      Yes.
6    A      Yeah.  Yeah.
7    Q      And -- and do you know if this review
8    article was invited or submitted and
9    peer-reviewed in the process?
10   A      I don't know.
11   Q      But, as you've testified before, and
12   typically authors of review articles in reputable
13   journals are felt to be experts in the field;
14   correct?
15   MS. CURRY:
16          Object to the form.
17   A      They generally are.
18   MS. THOMPSON:
19   Q      And --
20   MS. CURRY:
21          Did you mark this as an exhibit?
22   MS. EVERETT:
23          It's Exhibit 32.
24   MS. THOMPSON:

Page 395

1           32.
2    MS. CURRY:
3           Okay.  Thank you.
4    MS. THOMPSON:
5    Q      And just looking at the abstract on --
6    well, first on the highlights -- this review
7    article updates the role of oxidative stress and
8    the pathogenesis of ovarian cancer.
9           The first highlight is "Oxidative
10   Stress Plays an Essential Role in the
11   Pathogenesis of Ovarian Cancer."
12   A      Where are you?  I'm sorry.
13   Q      The highlights at the top.
14   A      Oh.  The bullet points?
15   Q      Bullet point, highlights.
16   A      Okay.
17   Q      And you'll agree that -- that statement
18   is essentially the same as the one in the talcum
19   powder article that was asked to be removed
20   because of the data not supporting that
21   statement; correct?
22   MS. CURRY:
23          Object to the form.
24   A      You're going on submission?

Page 396

1    MS. THOMPSON:
2    Q      Yes.
3    A      It's not the same phrase.  Essential
4    role -- actually, the essential role here is
5    pretty narrow.  But it -- but, you know, I
6    wouldn't quibble about that.  It's in the same
7    range.
8    Q      It's a similar concept that's -- that
9    was published in the review article; correct?
10   A      Uh-huh.
11   MS. CURRY:
12          Object to the form.
13   MS. THOMPSON:
14   Q      Reading the abstract "Clinical and
15   epidemiological investigations have provided
16   evidence supporting the role of reactive oxygen
17   species, ROS, and reactive nitrogen species, RNS,
18   collectively known as oxidative stress in the
19   etiology of cancer."
20          Would you agree with that statement?
21   MS. CURRY:
22          Object to the form.
23   A      Yep.
24   MS. THOMPSON:

Page 397

1    Q      "Exogenous factors such as chronic
2    inflammation, infection and hypoxia are major
3    sources of cellular oxidative stress."
4           Would you agree with that statement?
5    MS. CURRY:
6           Object to the form.
7    A      Well, I would just refine it to say
8    they were sources.  I don't know if they're the
9    major sources.  In certain conditions there may
10   be other sources.  So it's a little bit of a
11   generality.
12   MS. THOMPSON:
13   Q      "Specifically oxidative stress plays an
14   important role in the pathogenesis,
15   neoangiogenesis and dissemination of local or
16   distant ovarian cancer, as it is known to induce
17   phenotypic modifications of tumor cells by
18   crosstalk between tumor cells and the surrounding
19   stroma."
20          Do you agree with that statement?
21   A      Well, that's a mouthful.  There's a lot
22   in there, and I'm not so sure I know exactly what
23   he's talking about.  Pathogenesis is pretty
24   general.  Blood vessel formation is a different

Michael Birrer, M.D., Ph.D.

Page 398

1    process. So --
2    Q     But certainly the reviewers and the
3    editors of the journal, when they published the
4    review article --
5    A     Uh-huh.
6    Q     -- thought that was accurate
7    information; correct?
8    A     They did.
9    MS. THOMPSON:
10         Object to the form.
11   A     Yeah.
12   MS. THOMPSON:
13   Q     Going to Table 1 on page 598, that's a
14   "Summary of the Oxidant and Antioxidant
15   Expression and Sensitive and Chemoresistant
16   Ovarian Cancer." You'll agree that these were
17   essentially the same markers that Dr. Saed
18   studied in the talcum powder experiments;
19   correct?
20   MS. CURRY:
21         Object to the form.
22   MS. THOMPSON:
23   Q     NPO, INOS?
24   A     I think so. I think so. I'm just

Page 399

1    checking all of them. Did they --
2    Q     And generally speaking.
3    A     Certainly the lower list is all in
4    there, yeah.
5    Q     So -- so these -- these oxidants,
6    antioxidants that Dr. Saed studied with the
7    talcum powder, he had published before; correct?
8    MS. CURRY:
9          Object to the form.
10   A     Well, this is a review article. He's
11   not publishing primary data right now. He's just
12   noting it.
13   MS. THOMPSON:
14   Q     A review article noting the relevance
15   of those assays for oxidative stress in ovarian
16   cancer; correct?
17   MS. CURRY:
18         Object to the form.
19   A     Well, again, I'm refining that a little
20   bit because this table really looks for
21   expression comparing standard ovarian cancer to
22   chemoresistance. That's really not what this
23   paper is about. So it's kind of apples and
24   oranges.

Page 400

1    MS. THOMPSON:
2    Q     But the -- but the markers are the
3    same, essentially?
4    MS. CURRY:
5          Object to the form.
6    A     The markers are the same.
7    MS. THOMPSON:
8    Q     And they're published in this review
9    article, correct, in Gynecologic Oncology?
10   A     They're reported here and published.
11   Q     And you'll agree there have been some
12   other molecular studies relating to talcum powder
13   and cell culture; correct?
14   MS. CURRY:
15         Object to the form.
16   A     I believe so.
17   MS. THOMPSON:
18   Q     Are you familiar with a Shukla paper?
19   A     Yes, I am.
20   Q     I'll mark the Shukla paper Exhibit 33.
21         (DEPOSITION EXHIBIT NUMBER 33 WAS
22         MARKED FOR IDENTIFICATION.)
23   MS. THOMPSON:
24   Q     Okay. And this paper was published in

Page 401

1    2008; correct?
2    MS. CURRY:
3          Object to the form.
4    MS. THOMPSON:
5    Q     Sorry. Received in --
6    A     That was in '9.
7    Q     In formal form, 2008.
8    MS. CURRY:
9          Do you have a copy?
10   A     This is in 2009, I have it.
11   MS. THOMPSON:
12   Q     The title is "Alterations in Gene
13   Expression in Human Mesothelia Cells Correlate
14   with Mineral Pathogenicity."
15         Is that the title of this paper that
16   you have?
17   A     Yes. Yes.
18   Q     Okay. And it was published in --
19   A     I have it 2009.
20   Q     Oh. No. We're looking at -- I'm
21   looking at that received in final form, and
22   you're -- when it actually appeared. You're
23   correct. 2009.
24         And this paper looked at cell culture

101 (Pages 398 to 401)

Michael Birrer, M.D., Ph.D.

Page 402

1    with asbestos applied; correct?
2    A       This looked at asbestos, nonfibrous
3    talc, and titanium dioxide.
4    Q       Correct.
5    A       Or glass beads.
6    Q       And if you'll turn to Table 2, it
7    reports on gene expression and mesothelial cells
8    at low and high doses at 8 and 24 hours for the
9    low dose and 8 hours for the high dose. Correct?
10   A       This is genes that are affected by
11   asbestos.
12   Q       Correct.
13           And, then, if you'll look at table --
14   A       And this -- sorry.
15   Q       -- Table 3, which are the genes
16   upregulated by nonfibrous talc, you'll see that
17   testing was done at 8 hours at low and high dose.
18   And it appears that there was no testing done at
19   24 hours for talc.
20           Is that your understanding?
21   A       I believe so.
22   Q       And, yet, there --
23   A       I'm sorry. Can I refine that?
24   MS. CURRY:

Page 403

1            Object to the form. Sorry.
2    A       They were -- it was checked but the
3    changes were not observed.
4    MS. THOMPSON:
5    Q       Where do you see that?
6    A       Well, that may be -- hang on. "These
7    are mesothelial cells..." Yeah. Right --
8    assuming I'm reading this right.
9            Right below the table it says "...were
10   initially -- were observed initially with talc at
11   8 hours. However, these changes were not
12   observed at 24 hours. Suggesting that the human
13   mesothelial cells adapt to this mineral."
14   Q       If you'll look at Table -- at Figure
15   4 --
16   A       Figure 4.
17   Q       -- you do see that there are
18   significant increases in both nonfibrous talc and
19   the crocidolite asbestos; correct?
20   MS. CURRY:
21           Object to the form.
22   A       So this is quantitative PCR of two
23   genes; right? This is ATF3?
24   MS. THOMPSON:

Page 404

1    Q       Yeah, ATF.
2            And those are cancer genes; correct?
3    Or genes affiliated -- associated with cancer?
4    MS. CURRY:
5            Object to the form.
6    A       Well, a lot of genes are.
7            AFT3 --
8    MS. THOMPSON:
9    Q       ATF3 and interleukin 8 are often
10   studied in relationship to cancer association;
11   correct?
12   MS. CURRY:
13           Object to the form.
14   A       I'd say interleukin 8. I don't -- I
15   know of less data for ATF3. It's a transcription
16   factor, so I don't know the story there.
17           But your original question, these are
18   statistically significant increases at 8 hours
19   for talc; right?
20   MS. THOMPSON:
21   Q       And 24 hours for talc was not
22   performed; correct?
23   MS. CURRY:
24           Object to the form.

Page 405

1    A       It was performed but they didn't see
2    any changes.
3    MS. THOMPSON:
4    Q       Was it performed at the high dose?
5    A       Well, let's see. I can't answer that.
6    It may be buried in here somewhere. I do -- I do
7    note that in this paper they didn't detect a lot
8    of gene changes with talc.
9    Q       They did detect gene changes with talc,
10   did they not?
11   MS. CURRY:
12           Object to the form.
13   A       Well, they didn't detect a lot. There
14   were some.
15   MS. THOMPSON:
16   Q       I didn't ask if there were a lot.
17   There were gene changes with talc?
18   A       Uh-huh.
19   Q       Would you consider that a biological
20   effect?
21   MS. CURRY:
22           Object to the form.
23   A       So, I -- yeah. I don't consider it
24   biologic. It may be transcriptional.

102 (Pages 402 to 405)

Michael Birrer, M.D., Ph.D.

Page 406

1    MS. THOMPSON:
2    Q      And you've looked at the Buz'Zard
3    paper; correct?  The Pycnogenol paper, does that
4    sound familiar?
5    A      Well, I don't recognize that name.
6    Yeah.  I did look at it.
7    Q      Okay.  I'm gonna mark that as Exhibit
8    34.
9         (DEPOSITION EXHIBIT NUMBER 34 WAS
10            MARKED FOR IDENTIFICATION.)
11   MS. THOMPSON:
12   Q      And you'll agree that this paper looked
13   at neoplastic transformation in humans' ovarian
14   cell cultures exposed to talc; correct?
15   A      Well, this gets back to what we
16   discussed before.  I think they -- they -- the
17   title says it and they -- and they argue that
18   what they've shown is transformation.  I don't --
19   I don't agree with that.
20   Q      Well, at least the authors say that, in
21   reading from the abstract, two-thirds of the way
22   down, "Talc increased proliferation, induced
23   neoplastic transformation and increased ROS
24   generation timed dependently in the ovarian cells

Page 407

1    and dosed dependently in the p.m."
2         And that's at least what the authors
3    conclude; right?
4    A      That's what they say in the abstract,
5    yes.
6    Q      And also conclude that "The data
7    suggests that talc may contribute to ovarian
8    neoplastic transformation" --
9    A      Where are you now?  I'm sorry.  The
10   next sentence?
11   Q      Next-to-last sentence.
12   A      Yep.
13   Q      "The data suggests that talc may
14   contribute to ovarian neoplastic transformation
15   and Pyc reduced the talc-induced transformation."
16        That's what the authors concluded;
17   correct?
18   A      That's what they say.
19   Q      Do either the Shukla paper or the
20   Buz'Zard paper refute Dr. Saed's research
21   findings?
22   MS. CURRY:
23        Object to the form.
24   A      I don't think Shukla does.  I'd have to

Page 408

1    think about Buz'Zard.  I'd have to cross-compare
2    that.
3    MS. THOMPSON:
4    Q      Well, I'm just asking you if it refutes
5    his findings.
6    MS. CURRY:
7         Object to the form.
8    A      No.  I -- I'm thinking about that.  I
9    think his ROS generation is a little bit
10   different, Buz'Zard.
11   MS. THOMPSON:
12   Q      The ROS generation may be a little bit
13   different, but it does show ROS generation in
14   that paper; correct?
15   MS. CURRY:
16        Object to the form.
17   A      Now, the Buz'Zard was -- was, for lack
18   of a better term, bizarre, because there were
19   differential effects in terms of production of
20   ROS depending on the concentration.  So I found
21   it very difficult.  And the interpretation that
22   they had was, I thought, misleading.
23   MS. THOMPSON:
24   Q      But the question was:  Did it in any

Page 409

1    way refute Dr. Saed's findings?
2    MS. CURRY:
3         Object to the form.
4    A      In -- in terms of comparing this to
5    that?
6    MS. THOMPSON:
7    Q      Yes.
8    A      I'd have to take a close look at that.
9    It's not something I thought about.
10   Q      Okay.  But there's nothing that's
11   obvious that refutes Dr. Saed's --
12   A      It's not leaping out to me.
13        (DEPOSITION EXHIBIT NUMBER 35 WAS
14            MARKED FOR IDENTIFICATION.)
15   MS. THOMPSON:
16   Q      Okay.  I'm marking as Exhibit 35 a
17   paper by Akhtar from 2010.
18        Have you seen this paper?
19   A      This one, I don't think I reviewed.
20   Let me just see if it's on my list.  No.
21   Q      And are you aware from Dr. Saed's
22   deposition that he referred to the -- this paper
23   to establish his dosages for the talc experiments
24   that Dr. Saed performed?

103 (Pages 406 to 409)

Michael Birrer, M.D., Ph.D.

Page 410

1  A      In terms of what he did?
2  Q      Yes.
3  A      No, I didn't. I'm not aware of that
4  from his deposition.
5  Q      Looking at the paper --
6  A      Yeah.
7  Q      -- does that look reasonable?
8  MS. CURRY:
9         Object to the form.
10  A      This is way out of my purview with iron
11  mediated lipid peroxidase in A459 cells, which
12  are lung cancer. I don't know the relevance of
13  this to what we're addressing here.
14  MS. THOMPSON:
15  Q      Well, let's read what he says --
16  A      Sure.
17  Q      -- in the abstract.
18         "Talc particles, the basic ingredient
19  in different kinds of talc-based cosmetic and
20  pharmaceutical products pose a health risk to
21  pulmonary and ovarian systems due to domestic and
22  occupational exposures."
23         Is that what the authors say?
24  A      Correct.

Page 411

1  Q      So at least the authors thought that
2  this experiment had relevance to talc-based
3  cosmetic products; correct?
4  MS. CURRY:
5         Object to the form.
6  A      Yeah. I think it's in that sentence.
7  MS. THOMPSON:
8  Q      And at least the authors thought that
9  these experiments had relevance to the ovarian
10  system; correct?
11  MS. CURRY:
12         Object to the form.
13  A      Well, they mentioned it. And as a -- I
14  think as a premise to the experiment. That
15  doesn't mean it's relevant.
16  MS. THOMPSON:
17  Q      Well, it's a -- you would assume that
18  if it's a premise to do the experiment, that they
19  thought the experiments would be relevant to the
20  question that they're asking; correct?
21  MS. CURRY:
22         Object to the form.
23  A      There's no question there. That's a
24  statement. It's in the --

Page 412

1  MS. THOMPSON:
2  Q      Well, it's the first statement of the
3  abstract.
4  A      Right.
5  Q      Do you think that's just an irrelevant
6  statement, that they put as the first -- the
7  introductory sentence to their paper?
8  MS. CURRY:
9         Object to the form.
10  A      Well, I think that's their supposition.
11  They make that statement. I get it. But that
12  doesn't mean that this experiment is relevant to
13  that.
14  MS. THOMPSON:
15  Q      I'm asking do the authors think it was
16  relevant?
17  MS. CURRY:
18         Object to the form.
19  A      You'd have to address it with them. I
20  don't know.
21  MS. THOMPSON:
22  Q      "The talc particles, the basic
23  ingredient in different kinds of talc-based
24  cosmetic and pharmaceutical products pose a

Page 413

1  health risk to pulmonary and ovarian systems due
2  to domestic and occupational exposure."
3         And then they go on to why they're
4  studying talc particles.
5         Is -- is it your testimony that you
6  don't know whether the authors thought that was
7  relevant or not?
8  MS. CURRY:
9         Object to the form.
10  A      Well, it's speculation. I don't know
11  what was in their mind. I can read this. I see
12  what they did. And that opening statement is,
13  again, sort of setting the -- setting the plate.
14  But is this system relevant to that? I don't
15  know. Lipid peroxidation --
16  MS. THOMPSON:
17  Q      But -- but you would agree that the
18  peer-reviewers and the editors of this journal
19  accepted this paper with the introduction that
20  talc particles posed a risk to pulmonary and
21  ovarian systems and that the investigators at
22  least did the experiments and published the
23  paper; correct?
24  MS. CURRY:

104 (Pages 410 to 413)

Michael Birrer, M.D., Ph.D.

Page 414

1          Object to the form.
2      A    Did the work and published the paper.
3    Agree.
4    MS. THOMPSON:
5      Q    And in the conclusion, the authors
6    state "We have presented a preliminary data on
7    the toxicity response elicited by the two types
8    of talc nano particles depending on their
9    different geologic origin," and then go on to
10   conclude, the end, "Data clearly suggests that
11   exposure to talc, particularly nanopowder, should
12   be protected in humans at risk of occupational as
13   well as domestic exposure."
14         That's the conclusions of the authors
15   based on this research; correct?
16     A    That's the last sentence?  Is that the
17   last sentence?
18     Q    Yes.
19     A    Yeah.  That's what they say.
20     Q    That is in the conclusion?
21     A    That's what they say.
22     Q    And that is the "Conclusion" section of
23   the paper; correct?
24     A    Correct.

Page 415

1          (DEPOSITION EXHIBIT NUMBER 36 WAS
2          MARKED FOR IDENTIFICATION.)
3    MS. THOMPSON:
4      Q    I'm marking as Exhibit 36 another paper
5    by Akhtar and colleagues published in 2012.
6    Have you seen that paper, Dr. Birrer?
7      A    No.
8      Q    This paper is titled "Cytotoxicity and
9    Apoptosis" --
10   MS. CURRY:
11         Do you have a copy?  Sorry.
12   MS. THOMPSON:
13         I'm sorry.
14   MS. CURRY:
15         Thank you.
16   MS. THOMPSON:
17     Q    This paper is titled "Cytotoxicity and
18   Apoptosis Induction by Nano-Scale Talc Particles
19   From Two Different Geographical Regions in Human
20   Lung Epithelial Cells."
21         Is it your opinion that this paper is
22   irrelevant because it tested the biological
23   effects of talc in human lung epithelial cells?
24   MS. CURRY:

Page 416

1          Object to the form.
2      A    Well, I just saw it.  I haven't
3    reviewed it.  I would be concerned that they're
4    in a completely different cell system.  And, as
5    you know, there's just huge differences in tissue
6    responses.
7    MS. THOMPSON:
8      Q    Would that automatically make it
9    irrelevant, in your mind?
10   MS. CURRY:
11         Object to the form.
12     A    I would -- I'd like to read the paper.
13   But I'd be concerned.  I would start out with a
14   certain concern about that and then go through
15   the paper.
16   MS. THOMPSON:
17     Q    Okay.  We can go off the record, and
18   you -- you can look at the paper.
19     A    Okay.
20   VIDEOGRAPHER:
21         Off the record at 5:38 p.m.
22         (OFF THE RECORD.)
23   VIDEOGRAPHER:
24         We're back on the record at 5:40 p.m.

Page 417

1    MS. THOMPSON:
2      Q    Dr. Birrer, this article titled
3    "Cytotoxicity and Apoptosis Induction by
4    Nano-Scale Talc Particles from Two Different
5    Geographical Regions in Human Lung Epithelial
6    Cells" is by the same authors of the paper we
7    just discussed; right?
8      A    Correct.  I don't know if they're all
9    on here, but it's the same group.
10     Q    Same group.
11     A    Yeah.
12     Q    Going to the last sentence on the first
13   page in the introduction, the authors state:
14   "Epidemiologic evidence also suggest a possible
15   association between genital use of talcum powder
16   and risk of ovarian cancer.  Talc also appears to
17   induce reactive oxygen, ROS, generation,
18   oxidative stress, and inflammation."
19         Is that what the authors state
20   regarding the epidemiology of talcum powder and a
21   reason for studying the cellular response?
22   MS. CURRY:
23         Object to the form.
24     A    So the first statement is about

Michael Birrer, M.D., Ph.D.

Page 418

1    epidemiologic evidence.  The second statement is
2    about reactive oxygen species.  And they don't
3    say anything about why there's a reason to study.
4    They just make those statements.
5    MS. THOMPSON:
6        Q    Is it your testimony that they would
7    just put -- put that statement in randomly in the
8    introduction to their paper about cytoxicity and
9    apoptosis with talc particles?
10   MS. CURRY:
11           Object to the form.
12       A    It wouldn't be random.  But, again, I
13   think it's just a piece of information that this
14   has been studied before in a different system.
15   MS. THOMPSON:
16       Q    And you would -- and they cite to
17   Buz'Zard, the paper we just reviewed; correct?
18       A    Uh-huh.  Yes.
19       Q    And they start -- cite to Langseth;
20   correct?
21       A    Yes.
22       Q    And in previous testimony you have
23   testified that you think that Langseth is a -- is
24   a high-quality paper.  Do you remember that?

Page 419

1    MS. CURRY:
2            Object to the form.
3        A    Yeah.  I'd have to see that.
4    MS. THOMPSON:
5        Q    Okay.
6        A    But I'm more familiar with Buz'Zard.
7        Q    Well, we just looked at that
8    one; right?
9            But at least --
10       A    Yeah.
11       Q    -- that's what the authors state in
12   their introduction --
13       A    Yeah.
14       Q    -- regarding talc; correct?
15       A    Yes.
16       Q    And, then, we'll just go to the
17   conclusion.
18       A    Uh-huh.
19       Q    The last paragraph.  "In conclusion,
20   both IN" -- which is Indian nano particles or
21   nano talc -- "and CN" -- which is commercial nano
22   talc particles, "significantly induce
23   cytoxicity, oxidative stress and apoptosis in
24   human lung epithelial cells."

Page 420

1            Is that what the authors conclude from
2    the experiments that they did on nano talc
3    particles?
4        A    That's what they say right there, yeah.
5        Q    And we've established earlier that the
6    baby powder is a mixed particle-sized product;
7    correct?
8    MS. CURRY:
9            Object to the form.
10       A    Well, we talked about talc particles,
11   and I simply said my understanding is not as a
12   mineralogist, but my understanding is a different
13   spectrum.  I don't --
14   MS. THOMPSON:
15       Q    And do you know one way or the other
16   whether some of the particles in baby powder
17   could be classified as nano particles?
18       A    No, I don't know that.
19       Q    Do either of the Akhtar papers that we
20   just looked at refute Dr. Saed's research?
21   MS. CURRY:
22           Object to the form.
23       A    The only comment I would make on that
24   is that this -- and again, I looked at this for

Page 421

1    literally five minutes, but I went through some
2    of the figures.  This paper shows a lot of
3    cytoxicity and apoptosis with the effect of
4    talc.  That's -- and this is actually in a cancer
5    cell line; right?  It's human lung epithelial
6    cells.  I don't think they're -- they're at least
7    immortalized.  So that strikes me as different
8    than the proliferative effect he's describing.
9    MS. THOMPSON:
10       Q    That wasn't my question.
11       A    Okay.
12       Q    My question:  Do these results refute
13   Dr. Saed's work?
14   MS. CURRY:
15           Object to the form.
16       A    Well, this is in lung cancer, so it's
17   pretty much irrelevant.
18   MS. THOMPSON:
19       Q    And where -- where are you finding that
20   it's in lung cancer cells?
21       A    Human lung epithelial A549 cells.  I
22   worked with them quite a bit.  It's a lung cancer
23   cell line.  It's an adenocarcinoma.  Top of page
24   396.

106 (Pages 418 to 421)

Michael Birrer, M.D., Ph.D.

Page 422

1   Q      Human lung epithelial cells?
2   A      Uh-huh.
3   Q      Those are cancer cells?
4   A      A549, if it's the same A549 which I
5   know about, which I think it is, that's an
6   adenocarcinoma.
7   Q      Do you see anywhere in the paper where
8   it describes those as cancer cells?
9   A      Just let me look at the back.  I don't
10  see it, although I've rushed through this.  But I
11  don't see it.
12  Q      I know.  I don't see it either.
13  They're just described as human lung epithelial
14  cells, which doesn't sound like they were
15  considered to be cancer cells.
16          I'm not sure I got the answer to the
17  question "Is there anything in either of these
18  Akhtar papers that refutes Dr. Saed's findings?"
19  A      No.
20  MS. CURRY:
21          Object to the form.
22  MS. THOMPSON:
23  Q      Do both of these Akhtar papers
24  demonstrate biological effect from talc particles

Page 423

1   on cell culture --
2   MS. CURRY:
3          Object to --
4   MS. THOMPSON:
5   Q      -- lines?
6   MS. CURRY:
7          Object to the form.
8   A      I would say yes, that there is some
9   activity.
10  MS. THOMPSON:
11          If we can take just a short break, I
12  think I'm finished.
13  VIDEOGRAPHER:
14          Off the record at 5:48 p.m.
15          (OFF THE RECORD.)
16  VIDEOGRAPHER:
17          We're back on the record at 6:03 p.m.
18  MS. THOMPSON:
19          Dr. Birrer, I have no further
20  questions.  Thank you for your time today.
21  MS. CURRY:
22          I have just a few follow-up questions.
23  VIDEOGRAPHER:
24          Counsel, your microphone.

Page 424

1   MS. CURRY:
2          Oh.  I'm so sorry.  Thank you.
3          EXAMINATION
4   BY MS. CURRY:
5   Q      Dr. Birrer, you have reviewed
6   Dr. Clarke-Pearson's expert report; correct?
7   A      Yes.
8   Q      Do you think his opinions overall are
9   based on sound science?
10  A      No.
11  Q      Do you defer to him on any issue
12  presented in this case?
13  A      No.
14  Q      Do you defer to any of the plaintiffs'
15  experts on any issues presented in this case?
16  A      No.
17  MS. CURRY:
18          I have no further questions.
19          Thank you.
20  MS. THOMPSON:
21          I'm done.
22  VIDEOGRAPHER:
23          Okay.  This concludes this deposition.
24          The time is 6:04 p.m.  We're off the

Page 425

1   record.
2          (Deposition concluded at 6:04 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

107 (Pages 422 to 425)

Michael Birrer, M.D., Ph.D.

Page 426

```
 1          C E R T I F I C A T E
 2   STATE OF ALABAMA)
 3   COUNTY OF MOBILE)
 4
 5       I do hereby certify that the above and
 6   foregoing transcript of proceedings in the matter
 7   aforementioned was taken down by me in machine
 8   shorthand, and the questions and answers thereto
 9   were reduced to writing under my personal
10   supervision, and that the foregoing represents a
11   true and correct transcript of the proceedings
12   given by said witness upon said hearing.
13       I further certify that I am neither of
14   counsel nor of kin to the parties to the action,
15   nor am I in anywise interested in the result of
16   said cause.
17       Signed this 22nd day of March, 2019.
18
19
20       LOIS ANNE ROBINSON, RDR
         COURT REPORTER, NOTARY PUBLIC
         STATE OF ALABAMA AT LARGE
21       ACCR# 352; EXPIRES 9/30/19
22
23
24
```

Page 428

```
 1         - - - - - -
 2         E R R A T A
           - - - - - -
 2
 3
 4   PAGE  LINE  CHANGE
 5   ____  ____  _____
 6        REASON: _____
 7   ____  ____  _____
 8        REASON: _____
 9   ____  ____  _____
10        REASON: _____
11   ____  ____  _____
12        REASON: _____
13   ____  ____  _____
14        REASON: _____
15   ____  ____  _____
16        REASON: _____
17   ____  ____  _____
18        REASON: _____
19   ____  ____  _____
20        REASON: _____
21   ____  ____  _____
22        REASON: _____
23   ____  ____  _____
24        REASON: _____
```

Page 427

```
 1       INSTRUCTIONS TO WITNESS
 2
 3           Please read your deposition
 4   over carefully and make any necessary
 5   corrections.  You should state the reason
 6   in the appropriate space on the errata
 7   sheet for any corrections that are made.
 8           After doing so, please sign
 9   the errata sheet and date it.
10           You are signing same subject
11   to the changes you have noted on the
12   errata sheet, which will be attached to
13   your deposition.
14           It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24
```

Page 429

```
 1
 2       ACKNOWLEDGMENT OF DEPONENT
 3
 4       I,_____, do
 5   hereby certify that I have read the
 6   foregoing pages, and that the same is
 7   a correct transcription of the answers
 8   given by me to the questions therein
 9   propounded, except for the corrections or
10   changes in form or substance, if any,
11   noted in the attached Errata Sheet.
12
13
14   _____
15   MICHAEL BIRRER, M.D., PH.D.     DATE
16
17
18   Subscribed and sworn
     to before me this
19   _____ day of _____, 20____.
20   My commission expires:_____
21
     _____
22   Notary Public
23
24
```

Michael Birrer, M.D., Ph.D.

Page 430

```
 1              LAWYER'S NOTES
 2      PAGE LINE
 3      ____ ____  _____
 4      ____ ____  _____
 5      ____ ____  _____
 6      ____ ____  _____
 7      ____ ____  _____
 8      ____ ____  _____
 9      ____ ____  _____
10      ____ ____  _____
11      ____ ____  _____
12      ____ ____  _____
13      ____ ____  _____
14      ____ ____  _____
15      ____ ____  _____
16      ____ ____  _____
17      ____ ____  _____
18      ____ ____  _____
19      ____ ____  _____
20      ____ ____  _____
21      ____ ____  _____
22      ____ ____  _____
23      ____ ____  _____
24      ____ ____  _____
```

109 (Page 430)

Michael Birrer, M.D., Ph.D.

## A

**a.m** 1:19 10:5 113:10,13
**A2780** 357:16
**A459** 410:11
**A549** 9:9 421:21 422:4,4
**abandoned** 190:2
**ability** 33:13
**able** 37:13 73:6 80:13 98:18,22 99:9 128:3 140:18 194:21 214:8 260:8
**absence** 89:6 169:12
**Absolutely** 339:6
**absorb** 237:20 237:20
**Absorbable** 199:22
**absorbed** 193:3 193:8
**absorption** 278:12
**abstract** 150:24 151:3,6 155:16 155:18 163:6 209:23 268:13 302:16,22 348:23 354:19 355:9 389:23 395:5 396:14 406:21 407:4 410:17 412:3
**abstracts** 388:23 389:2,11 390:7 390:10,18 391:20 392:13 393:11
**Academies** 6:12
**Academy** 68:24 68:24 69:2 241:24 242:11

246:12 251:7
371:17,21
**accept** 332:7 357:23 371:17 389:12
**acceptable** 300:8 371:18
**acceptance** 295:13 389:3
**accepted** 337:9 356:17 364:1 390:18 413:19
**accepting** 332:12
**access** 128:4
**accidentally** 198:2
**accompanied** 53:9
**account** 128:17
**ACCR** 426:21
**accreditation** 361:23
**accuracy** 380:14
**accurate** 252:10 321:1 334:24 343:20 354:15 367:24 368:8 371:9 372:8,19 373:21 379:2 380:5 384:11 398:6 427:20
**accurately** 248:15
**achieve** 140:7
**acid** 9:10
**acknowledged** 325:17
**ACKNOWLE...** 429:2
**ACOG** 254:13 254:15
**acquisition** 151:15
**ACS** 234:17 235:21
**act** 135:16
**actin** 360:7,15

371:17,21
**Actinolite** 6:19
**action** 426:14
**activates** 163:8
**activating** 151:12
**active** 260:19 314:8
**activities** 274:14 274:15
**activity** 62:4 93:10 261:5 265:6 266:9,10 266:13 269:24 270:9 367:18 370:1,2,24 423:9
**actual** 33:19 47:3 88:21 111:21 202:11 317:1 324:1 368:4
**acute** 191:11,19 251:2
**ad** 288:1
**adapt** 403:13
**add** 35:2 257:23 311:24
**addict** 97:12
**addition** 46:23
**additional** 20:11 31:14 152:4
**address** 25:24 57:21 161:6 168:11 412:19
**addressed** 37:16 88:2,9
**addresses** 177:19 342:23
**addressing** 54:21 55:9 296:21 410:13
**adenocarcino...** 421:23 422:6
**adhesion** 312:2 312:2,4
**adhesions** 191:9

191:16 312:5
**adjective** 112:23
**administration** 14:4
**administrative** 14:23 15:2
**advanced** 138:6
**advice** 280:23
**advise** 283:4 292:3,11
**advising** 280:12 284:20
**Aerial** 255:20
**affiliated** 404:3
**affirmatively** 17:8 25:18 49:23 98:13,19 170:8,11 183:15 231:7 244:23
**Afindeis@nap...** 2:17
**aforementioned** 426:7
**African-Amer...** 120:10,16 130:10
**AFT3** 404:7
**age** 120:24 169:13,13
**agencies** 48:7
**agency** 67:13 249:9
**agent** 92:21 146:23 192:11
**agents** 296:15 304:23
**Aggarwal** 162:23
**ago** 254:18 302:2 327:19
**agree** 17:19 29:22 33:3 53:1 71:21 72:5 73:19 75:20 78:20 83:15 95:11

97:4 99:8,24
100:11 108:22
113:16 115:11
116:9,18
117:16 118:14
121:9 122:2,17
123:11,17
124:6 125:4,23
126:5,17,22
127:22 128:7
129:16 130:3
131:2,23 132:8
133:9 134:10
135:17 136:6
136:15 137:16
138:3,4 139:6
139:23 141:1
141:16 142:8
143:2 144:2
146:16 148:15
149:22 150:13
150:16 151:18
152:19 153:11
153:12 156:13
157:13 158:4
159:8 161:1
163:16 164:16
165:13 168:21
169:19 171:18
173:6,21
179:11 184:11
193:7 198:10
207:16 217:8
217:10 222:18
226:5 229:21
246:2 247:17
248:10 250:4
250:23 251:8
251:16 252:2
252:14,20
257:13 261:4
263:21 268:21
269:5 276:15
276:19 288:19
289:16,18
297:1,6 298:13
299:17 304:13

307:9,18 308:2
309:14 311:11
314:11 315:15
330:5,6 335:13
337:4,20,22
339:5 340:8
341:21 342:1
343:6,13,20
344:18,20
347:1 353:7
358:1,9,15
359:4 362:14
366:20 370:22
374:11 379:1
386:18 389:10
391:5 392:1,20
395:17 396:20
397:4,20
398:16 400:11
406:12,19
413:17 414:3
**agreed** 181:2
207:9,16
222:18 275:7
289:9
**agreeing** 56:2
**ah** 201:15 256:9
**ahead** 24:15
36:16 48:9
116:22 149:12
165:5 198:10
199:10 207:6
239:9 246:19
264:11 294:11
302:11 306:18
311:5 329:3
334:9
**aided** 123:14
**Akhtar** 9:10,14
409:17 415:5
420:19 422:18
422:23
**al** 5:14,17,24 6:6
6:23 8:7,21
9:10,14
**Alabama** 1:18
1:22 2:4 10:7

104:9,16 105:1
426:2,20
**ALASTAIR**
2:16
**albeit** 141:14
**Alberto** 5:10
**alcohol** 117:24
**algorithm** 64:23
**allege** 7:14
**ALLEN** 2:3
**allergic** 200:7
**allow** 77:2
**alteration**
309:12 350:16
**alterations** 8:23
309:7,20
341:19 401:12
**alternatives**
296:3
**Alvarez** 244:19
244:19
**American** 6:8
6:21 233:7,19
233:23 234:5,8
234:21 236:22
257:10
**Amit** 167:15
168:16
**Amosite** 6:18
**amount** 14:23
79:24 89:7
98:6 100:14
216:7 272:4,7
310:11 312:1
**amounts** 212:4
268:19
**Amphibole** 7:5
7:11
**amplification**
311:23
**analogizes**
213:18
**analogous**
195:14 214:23
215:10 261:17
**analogy** 261:4
**analysis** 7:3,8

57:16 63:24
66:8,10 224:22
330:20 331:6
332:18 333:7
351:9 352:6
356:23 383:6
387:23
**analyzed** 231:10
**analyzing** 75:17
287:3
**anatomic**
129:21 130:23
210:4
**anatomical**
129:13
**anatomy** 201:5
219:23 220:6
220:21 221:4
221:14,19
**anchor** 74:11,18
79:5
**and/or** 188:19
**anecdotal**
239:15,21
**angiogenesis**
151:11 163:12
**Anil** 244:13,17
**animal** 15:15
94:14 130:19
131:13,19
132:2,4 194:3
235:5
**animals** 180:8
**Ann** 37:4,4
**Anne** 1:19 3:20
426:19
**announcement**
199:11
**annual** 354:20
**answer** 19:18
26:22 29:14
30:9 55:17
56:12,20 59:22
62:10,10,11
63:5,7 66:2
80:13 85:18
115:15 119:1

205:6 207:7
216:23 240:3
266:12 275:5
280:18 281:3
285:8 286:22
293:8 318:1
323:8 346:2
354:1 363:18
364:19 378:17
386:2 405:5
422:16
**answering** 63:16
205:1 251:13
**answers** 380:14
380:20 426:8
429:7
**Anthophyllite**
6:19
**antioxidant**
370:24 398:14
**antioxidants**
312:23 367:13
367:17,18
399:6
**antiperspirants**
184:7
**antitumor** 156:2
**anybody** 40:12
82:7 341:4
**anymore** 80:24
**anywise** 426:15
**apoptosis** 9:12
344:23 345:23
349:17 362:6
415:9,18 417:3
418:9 419:23
421:3
**apparently**
253:2 300:9
**appear** 193:24
331:16
**appearance**
78:17
**appeared**
304:24 352:10
358:23 359:2
401:22

**appears** 142:5
268:17 366:24
402:18 417:16
**apples** 72:23
399:23
**application**
98:12 122:20
126:13 127:20
128:14 255:1
295:13
**applications**
4:24 53:20
99:17
**applied** 7:20
53:24 63:13,23
96:12 97:5
106:6 181:3
186:23 358:8
361:9 372:15
402:1
**applies** 69:8
71:15 187:13
222:20
**apply** 66:17
107:3 150:19
218:8 259:19
261:20 264:20
265:6
**appreciated**
152:16
**appreciation**
275:16
**approach** 107:2
325:14
**approached**
25:8 40:7 41:3
54:5 65:7
300:19,19
324:16 325:9
**approaches**
117:24
**appropriate**
107:10 110:4
138:17 166:15
427:6
**appropriately**
296:18

Michael Birrer, M.D., Ph.D.

**approve** 380:1
**approximately**
  1:18 73:21
  138:7 146:9
  190:2
**area** 17:22 30:17
  37:19,22 38:4
  38:13,15,24
  39:3,6,8,11,14
  54:23 57:17
  69:10 77:6
  78:19 80:4
  84:18 86:6
  89:15 96:8
  118:4 240:15
  246:5 263:1
  272:9 304:8
  314:8 333:23
  338:19 364:21
**areas** 16:20 32:9
  82:10 227:15
**argarose** 349:4
**argue** 204:2
  212:4 259:16
  271:10 307:14
  312:6 406:17
**arguing** 216:22
**argument**
  110:24
**argumentative**
  280:10
**arguments**
  35:22
**Army** 276:14
**ARPS** 2:22
**arrival** 176:6
**arrow** 382:19
  383:22
**Arsenic** 70:3
**article** 5:12 8:19
  16:14 17:14
  102:2 106:9
  107:6 149:5,23
  150:2,9,12
  151:19,21
  153:18,20
  154:2,4 155:7

155:18,19
157:24 158:6
158:21 160:4
160:13,15
162:7,7 163:2
163:22 165:6
166:15,24
167:2,19
168:10 169:2,5
172:8 173:3,9
173:22 174:4
174:17 175:2
226:18 230:18
230:19 253:24
254:7,7,20,22
257:8 272:23
288:4 292:2
296:20 305:21
309:5 333:10
394:1,8 395:7
395:19 396:9
398:4 399:10
399:14 400:9
417:2
**articles** 16:11,22
20:12 45:2
46:21 240:21
254:19 255:15
256:17 394:12
**asbestiform**
55:13 69:9,18
70:22 117:2
146:7 178:8
262:6,12,17,20
262:22 263:18
263:18 264:22
265:10,12
295:15
**asbestos** 6:18,22
7:5,11,14
40:20 54:16
57:8,12,18
69:17 70:12,21
71:3 91:11,13
91:15,20
100:13 107:19
129:11 135:6

135:14 136:20
146:8 178:11
178:14 187:6
194:24 195:1,6
195:18,19,21
196:3,12,13,16
234:23 235:7
235:18 249:3
249:12,15,18
249:20 250:2,7
250:22 251:20
262:18 263:22
264:12,19
265:7,10,12,13
267:19 268:5
268:15,17
269:4,18
270:23 271:7
272:9,20
273:10,21
274:5,6,24
275:1,17,24
276:23 277:5,7
277:13,20,24
278:4,9,11
279:4,13
280:14,22
281:7,10
282:15,19
283:3,16 284:3
284:18 285:4
285:14,22
286:3,8,22
287:12,13,22
289:2,19
292:12 295:11
295:20 297:9
298:23 299:19
299:24 300:6
300:10,14
301:10,11
402:1,2,11
403:19
**asbestos-cont...**
100:15
**asbestos-expo...**
275:6

**asbestos-free**
295:19 296:1
**ascend** 126:20
**ascending** 122:6
**ascends** 221:2
**ascension** 222:7
**ascites** 274:17
**ascorbic** 9:10
**asked** 25:23
26:18,23 33:24
35:16 36:6
39:21 45:21
57:11 59:23
89:16 101:16
196:13 205:9
205:18 240:1
242:22,24
243:3 273:7
300:1,10
317:24 325:23
325:23 327:24
395:19
**asking** 18:17,18
19:1 26:10
59:11,11 62:23
79:12 114:18
182:18 203:20
205:14 238:21
251:8 261:3
270:2,17 291:3
333:19 348:15
350:19 354:5,7
363:14 374:5
408:4 411:20
412:15
**aspects** 14:3
168:13
**assay** 345:4
361:7 362:8
**assays** 360:6
361:21 363:8
388:2 399:15
**assertion** 295:9
**assess** 33:13
90:3,11 210:7
292:18
**assesses** 247:14

**assessment** 4:15
6:5 48:15 51:2
51:9 53:9 54:1
54:8 64:1
180:24 187:4
187:17 188:18
188:20 238:23
**Assessments**
53:23
**associated** 27:24
115:9 116:15
117:9 120:11
130:9 136:3
137:8 147:8
156:4 158:15
248:9 249:3
255:1 300:6
313:12 404:3
**associating**
145:6 158:12
**association** 8:5
34:10 121:20
123:23 130:19
134:4 135:24
138:14,19
139:2 141:4,9
141:22,23
142:4,16
143:22 144:24
157:4,16
159:18 183:9
206:3 231:18
248:5,12,16,22
249:15,20
250:8 256:24
267:14 297:13
404:10 417:12
**Associations**
156:23
**assume** 34:15
42:19 75:3
79:19 80:3
88:13 94:8
108:14 133:9
134:13 167:20
167:21 172:7
172:14,15

Michael Birrer, M.D., Ph.D.

194:15 215:6
226:9 246:2
256:7 269:19
269:21 270:4
272:4 278:10
282:19 336:12
368:3 375:16
391:12 411:17
**assumed** 54:9
270:20
**assuming** 25:19
54:21 87:16
94:23 261:17
270:22 272:6
280:21 282:22
282:24 403:8
**assumption**
87:18 270:16
**assumptions**
347:16,20
**assure** 210:10
**ATF** 404:1
**ATF3** 403:23
404:9,15
**Atlanta** 3:4
**attached** 23:4,9
23:16 25:6
47:20 332:20
427:12 429:11
**attempt** 67:16
**attend** 102:14
**attendees**
340:17
**attention** 257:1
**attorney** 427:16
**attorneys** 326:6
**attracted** 257:1
**attributable**
116:5
**audience** 150:13
150:14 330:4
**auspices** 186:10
246:12 254:13
**Australian**
78:15
**author** 17:6 74:3
74:6,14,18

76:20 79:14
155:5 209:1,5
245:22 337:5
**author's** 344:16
**authoritative**
171:17 172:8
172:16 173:8
**authority** 174:7
**authors** 16:22
75:4,10 76:8
76:10,23 77:3
77:4 78:5,18
79:9 80:15
111:17 162:8
162:22 166:14
167:3,13
169:20 171:15
172:1 173:1
175:8,9,12
180:10 203:6
203:21 204:7
204:11,16,19
204:20 205:10
206:1,4,9,20
207:1,20 208:5
209:3,11,17,24
210:10 211:20
244:9 248:2,10
249:14,19
250:21 251:4
252:5 268:12
268:22 269:16
270:22 344:12
355:8 394:12
406:20 407:2
407:16 410:23
411:1,8 412:15
413:6 414:5,14
417:6,13,19
419:11 420:1
**authorship**
74:16 79:11
**automatically**
314:20 315:5
315:15 322:14
416:8
**available** 47:13

51:2 142:13
143:14 172:8
182:15 183:5
183:11 236:23
296:3
**Avenue** 1:17
**average** 120:24
275:18
**avoid** 236:24
237:9
**aware** 13:1
40:14,18 49:9
51:16 66:12
69:15 70:20
94:14 95:4
97:19 103:8
160:15 161:5
161:20 189:18
190:16 192:1
197:9,21 198:7
200:13 228:23
229:10 237:17
240:6 241:19
276:3,4 287:10
293:13 294:2,9
294:10 334:7
354:18 359:18
388:22 393:3
409:21 410:3

---

### B

**B** 301:5 382:4
**baby** 7:4 56:23
58:4 84:3,6
86:3 87:11
88:10,21 91:4
91:7,10,21
96:5,19,21
109:7 120:22
140:1 146:11
184:6 225:17
259:20 260:9
260:13,18
261:2,3,17
265:6,7,18
266:1,9,11,15
280:17,21

282:14 283:6
283:12 284:1
284:17 285:21
286:8,20
287:12,14,22
288:21 289:2
292:11 297:2
300:14 359:6
378:20 420:6
420:16
**back** 5:9 11:10
22:16 23:4
42:1 44:12
46:4 62:1
63:11 70:5
73:4 74:10
80:22,23 89:13
95:1 113:13
145:22 148:19
148:21 159:3
194:20 198:11
201:8 203:5
212:13 230:6
233:15 298:12
300:24 306:20
310:22 312:14
337:12 346:10
349:14 356:14
364:16 365:19
370:19 375:18
384:16 387:19
387:20 406:15
416:24 422:9
423:17
**back-and-forth**
337:5
**background**
114:4 147:12
**backup** 45:6,6
46:7
**bad** 19:17 43:14
275:17
**badness** 196:22
**balance** 312:22
**Balkwill** 5:10
153:2,5,7,19
154:8 155:4,9

156:14 157:13
158:5 159:4
160:9 161:7
**banned** 190:16
190:17 199:20
**banning** 199:11
**bar** 369:6
**bars** 382:19
383:22
**Barton** 3:5
**basal** 137:22
**based** 30:19
41:14 51:14
57:13 65:7
87:7 98:4
143:12 184:19
187:5 190:20
202:24 205:14
224:22 227:1,5
229:3 234:17
235:4 239:10
266:11,18
277:19 284:23
289:12 332:5
348:8 372:20
383:15 388:23
414:15 424:9
**bases** 335:5
**basic** 201:5
219:23 220:6
220:21 221:4
410:18 412:22
**basically** 13:13
59:3 254:9
347:23 386:19
**basis** 8:5 13:6
15:9 58:23
83:22 144:13
203:22 205:17
205:18 272:6
275:10 316:21
317:9 318:24
332:22
**bath** 184:7
**Beach** 2:9
**beads** 402:5
**BEASLEY** 2:3

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 597 of 875 PageID: 48553
Michael Birrer, M.D., Ph.D.

Page 435

**bedtime** 225:17
**began** 35:24
**beginning** 182:9
  183:2 330:21
  335:7
**behave** 260:18
**Behavioral**
  247:23
**behest** 251:6
**belief** 61:20
  68:17
**believable** 65:21
**believe** 19:3
  25:12 26:22
  30:13 31:11
  45:6,21 47:2
  51:8,15 54:12
  59:6 60:17,24
  64:2 65:20
  69:5,21 70:15
  75:14 76:24
  97:18 120:15
  121:4 148:2
  153:6,8 158:18
  159:11,21
  170:2 185:9,18
  185:24 186:10
  189:21 194:2
  200:20 201:6
  202:2 212:10
  213:2,6 220:19
  242:17 244:12
  244:21 246:14
  253:15 254:14
  264:9 279:11
  299:22 305:9
  313:6 314:12
  314:24 315:2
  317:2 334:8
  345:3 360:3
  379:6 386:14
  389:1 400:16
  402:21
**believed** 157:14
  157:22
**benefit** 239:6,10
  240:2

**benefits** 237:16
  238:1,7,13,17
  238:24 239:5
  240:13,14,22
**benign** 128:5
  169:14
**Benjamin** 2:23
**Benjamin.hal...**
  2:24
**benzophenone**
  266:4
**best** 254:18
  255:15 256:16
**beta** 360:6,15
  371:16,21
**Beth** 243:22
  244:13
**better** 15:10
  30:23 156:23
  221:14,21
  224:8,16 252:8
  252:12 269:15
  290:13 296:15
  346:19 408:18
**beyond** 170:14
**bias** 142:24
  143:1 180:15
**biased** 68:18
  322:15
**big** 26:11 75:18
  75:18 95:7
  128:22 148:22
  149:3,4 188:10
  194:11 244:7
  251:3 308:13
  316:14 322:7
  324:10 377:24
**biochemical**
  192:5,19
  312:19
**biologic** 26:11
  27:13 29:17
  30:2 36:2
  41:10 51:13
  59:2 61:13,14
  61:21 62:4,13
  62:19,24 66:5

66:12,20 90:21
  91:2 92:7 93:7
  93:9,19,22,24
  123:22 124:9
  124:13,19
  130:18 145:1
  145:16,21
  192:10 259:12
  261:5 266:9,10
  266:13,19
  267:14 287:5
  313:3 338:20
  340:5 358:8
  378:17 379:11
  379:12,15
  405:24
**biological** 26:1
  27:5,15 265:6
  283:13 311:13
  347:9 378:12
  405:19 415:22
  422:24
**biologically**
  29:23 126:10
  258:24 260:7,8
  260:19 301:3
**Biologics** 358:3
  358:4 375:21
**biologist** 153:11
**biologists**
  312:21
**biology** 5:12
  26:7 162:13
  346:9
**Birmingham**
  1:18 10:7
  288:10
**Birrer** 1:14 4:8
  4:10 10:9,13
  10:20 21:20
  23:3 42:17
  49:22 81:23
  82:19 113:15
  115:4 146:21
  153:20 160:22
  167:2 177:8
  204:5 206:10

230:8 239:22
  268:7 280:16
  283:5 285:3
  310:24 365:21
  374:4 415:6
  417:2 423:19
  424:5 429:15
**Birrer's** 46:15
  106:10
**bit** 20:9 61:11
  72:22 83:6
  86:5 131:24
  147:16 157:19
  174:2 192:13
  193:22 197:4
  256:22 262:11
  276:12 290:11
  304:20 305:21
  311:17 349:2
  364:20 369:18
  374:6 397:10
  399:20 408:9
  408:12 421:22
**bizarre** 408:18
**Blaes** 25:12
**blank** 177:23
**blocked** 129:14
**blocking** 129:3
**Blood** 397:24
**BMJ** 7:13 288:5
  288:6 289:22
  290:17 293:3
**boards** 146:20
**boat** 105:24
**Boat's** 106:2
**Bob** 171:4
**body** 43:24
  68:16 108:23
  109:1 110:13
  117:2 135:3
  136:11 152:3
  165:22 180:3
  180:12 184:5,7
  184:19 193:3
  235:12 237:21
**body-type**
  132:18

**boilerplate**
  333:17
**bold** 188:10
  296:22
**bombs** 184:8
**book** 242:15
  244:7 247:3
  391:22
**Boston** 2:20
**bothered** 79:14
**bottle** 87:11
**bottles** 283:1
  284:3
**bottom** 188:16
  199:19 254:24
  255:11 349:15
**bottom-line**
  255:8
**bought** 85:6
  364:5
**Boulevard** 2:20
**box** 176:20
  364:14
**Bradford** 63:23
  66:9,13 145:22
**brain** 256:24
**break** 19:21
  105:17 112:3
  113:8 176:5
  177:8 230:1
  306:16 310:17
  364:23 365:7
  423:11
**breaking** 105:10
  177:6
**breast** 202:2
**breastfeeding**
  119:7,18
**brief** 346:21
**bring** 19:22
  114:24 256:10
  257:4,8
**Bristow** 8:10
  334:3
**British** 288:8,9
**broad** 16:12
  94:22 145:13

Michael Birrer, M.D., Ph.D.

191:18 250:24
311:22 323:7
**broadly** 311:22
**Broadway** 2:15
**broken** 192:21
216:13 217:10
**Brook** 308:12
**Brooke** 7:23
**brought** 19:24
21:13,14 23:3
46:12
**Brower** 24:14
24:22
**builders** 279:3
**bulk** 32:16
**bullet** 235:8,9
235:10 337:16
395:14,15
**bulleted** 342:4
**bundled** 24:19
24:19
**bundles** 178:9
**burden** 5:23
6:22 268:6
**buried** 349:2
405:6
**businessman**
24:12
**busy** 244:6
**Butler** 1:16
**Buz'Zard** 9:4
93:20,21 94:5
94:7 406:2
407:20 408:1
408:10,17
418:17 419:6

**C**

**C** 2:1 3:1 5:17
301:5 426:1,1
**C-cells** 349:18
**C-reactive**
135:23 248:4
**CA-125** 334:21
339:2,14,14,19
340:9,14,17
352:18,22

360:19
**CALCAGNIE**
2:8
**California** 2:9
**call** 106:17
119:2,3 259:14
288:4 322:9
379:9 314:15
**called** 77:22
108:9 243:21
**calling** 316:21
**camps** 308:19
**Canada** 4:15,24
48:21 49:10
51:1,8 53:21
53:24 54:9
63:13,18 71:22
180:24 181:3
181:11 182:6
182:15 184:13
184:18 186:13
186:22 187:16
189:5,11,16
200:13,23
202:17,18
264:5
**Canada's** 48:14
201:16
**Canadians**
181:24 182:2
**cancer** 5:7,9,13
5:16 6:8,9,16
8:6,21 13:21
13:24 14:22
15:7,9 26:3,12
28:2,6,10,14
29:2,9,19 30:4
34:9 40:6,17
41:2 44:8
55:11 57:12,24
61:18 66:7
67:14,18 78:7
89:18 90:23
92:8,12,21,24
95:11,12,13
101:21 102:3,7
107:15,19,21

108:17,20
110:20 115:10
116:5,17
117:10 120:12
121:14 122:5
128:19 130:10
131:9 133:3,4
133:17 134:6
134:17 136:2,3
136:9,19,21
137:9,13 138:6
138:19 139:2
141:4,7,10,13
142:5,17
143:16,23
145:4 146:24
147:2 149:1,23
150:10,18,19
152:4 153:10
155:11,20,21
156:3,7,9,24
157:3,4,16
158:16 161:8
163:3,15
164:11 165:12
165:14 166:5
166:10,16
167:23 168:21
170:17 172:3
173:5 180:13
183:10 190:10
197:12,16,23
198:8 201:24
202:2 230:11
230:14,21
231:14,21,23
233:1,7,19,23
233:24 234:5,8
234:10,21
235:23 236:7
236:11,14,22
237:23 241:21
242:18 243:20
246:4 248:6,9
248:13 249:5
249:10,13,16
249:21 251:23

252:23 254:21
255:2 256:17
256:24 273:13
274:7 275:6,24
278:5 279:14
283:13 284:9
288:21 293:19
295:20 296:11
297:9,21 299:1
300:2 305:1
306:10 307:3,7
307:14 313:17
314:5,14
334:19 336:13
337:12 340:10
342:6 346:12
346:14,21,22
346:23 347:24
357:17 377:20
395:8,11
396:19 397:16
398:16 399:16
399:21 404:2,3
404:10 410:12
417:16 421:4
421:16,20,22
422:3,8,15
**cancerous**
357:22
**cancers** 6:11
132:20 152:6
165:10 166:1
166:16 247:2
247:14 302:17
303:2 305:6
313:8,13
**capabilities**
152:15
**capacity** 7:17
**capitalized**
341:20
**capturing**
130:20 131:21
**Car** 7:10
**carbohydrate**
192:11,21
**Carbon** 255:20

**carcinic-** 235:13
**carcinogen**
18:19,19 19:3
19:9 146:22
147:15 148:3,9
235:19
**carcinogenesis**
135:6 136:11
148:15 267:10
267:13
**carcinogenic**
4:20 7:22
71:16 117:3
179:19,20
234:23 235:13
264:20 301:7
301:11,15
302:7
**carcinogenicity**
147:3 180:2
**carcinogens**
147:7,22 266:3
266:15 267:4
304:22 305:13
**care** 3:2 6:12
14:15 247:2
**career** 311:21
**careful** 24:2
68:6 80:1
283:15 285:11
**carefully** 256:5
344:7 427:4
**Carmargo**
249:5
**Carolina** 213:10
**Carson's** 37:22
**cascades** 305:5
**case** 1:7 11:6,16
11:17 12:5,10
12:16 23:19
24:18 25:12,22
27:3 31:23
32:5 46:13
65:6 97:13
102:10 103:5
104:13 145:15
165:20 208:14

211:9 292:22
296:12 424:12
424:15
**case-control**
115:7 139:3
140:18,20
180:12 231:2
**case-controlled**
115:21,23
144:5
**case-controls**
139:20
**cases** 1:8 23:23
24:9,19 26:18
96:8 116:5,6
208:21 211:17
211:19 290:11
**cast** 362:10
**CAT** 360:9,19
367:18 370:1,1
370:24 371:4
383:1
**causal** 134:3
141:14 143:15
182:16,23
183:11,17
249:11
**causality** 266:20
**causation** 26:23
27:4,11,16,19
32:18
**cause** 26:2 28:9
28:13 29:18
41:2 92:11,21
92:24 134:13
174:23 250:2
250:22 251:9
252:9 273:12
296:6 426:16
**caused** 9:8
191:12 288:21
**causes** 146:24
273:10 297:9
297:18 299:20
**causing** 26:12
135:4 161:8
301:6

**caution** 121:4
**caveat** 95:20
120:4,19
**cavities** 260:14
274:19
**cavity** 122:22
123:7 126:12
127:5 132:16
190:23 194:4
194:17 195:6
195:21,23,24
196:3,18,23,24
269:7 274:9,18
275:1 297:23
**CDC** 246:17
251:7
**cell** 9:3 95:15
117:18 121:13
122:9 134:19
150:2,23
151:10 154:18
162:17 163:9,9
163:10,12
164:8,14
165:21 303:16
303:19,21
305:3 326:1
334:19 337:12
337:18 339:1
339:13 340:7
341:14,15
344:22 345:22
352:10,13
357:15,17,22
358:1,2,4,10
361:7 362:6,11
367:22 371:8
372:13 375:4
375:12,20,21
376:3 377:20
378:2,20
379:13 380:24
381:3 382:1
386:10 387:12
400:13 401:24
406:14 416:4
421:5,23 423:1

**cells** 8:24 9:9,14
15:19 134:18
147:22 152:12
155:23 166:6
210:5 297:19
299:20 302:17
303:2,18 305:8
312:21,22
327:3 334:20
344:14,16
347:24 348:3
348:20 349:7
349:24 350:3,8
358:2,4,7,17
359:4,7,14
375:17 377:7
383:3 397:17
397:18 401:13
402:7 403:7,13
406:24 410:11
415:20,23
417:6 419:24
421:6,20,21
422:1,3,8,14
422:15
**cellular** 15:16
32:12 134:20
349:16 397:3
417:21
**cement** 275:20
**center** 14:22
247:17 361:10
**Centers** 247:13
**central** 133:2
346:11,14
363:10
**certain** 79:24
97:1 134:4
192:21 311:24
386:10 397:9
416:14
**certainly** 33:10
62:18 66:15
84:19 96:20
97:10 101:6
108:6 155:8
192:10 193:9

224:7 225:1
235:24 239:14
275:18 325:14
325:21 332:15
333:5 348:19
348:23 350:7
353:2 389:17
398:2 399:3
**certainty** 13:11
**Certified** 1:21
**certify** 426:5,13
429:5
**cervical** 125:8
129:23
**Cervix** 126:1
**cetera** 86:18,19
**Cgarber@rob...**
2:10
**chagrinned**
322:18
**chair** 38:7 213:9
**challenge**
100:19 101:5
**challenges**
269:22 375:11
**challenging**
101:9
**change** 51:12
99:21 147:24
265:16,17
266:8 347:9
371:20 372:3,6
372:7 393:17
428:4
**changed** 12:17
12:19,23 347:7
348:10 369:14
**changes** 147:22
307:16 309:9
309:11,21
344:13,22
346:8 349:5
403:3,11 405:2
405:8,9,17
427:11 429:10
**chapter** 106:9
247:4,5 391:22

**Characteristics**
152:1
**characterizati...**
54:22 191:7
**characterized**
122:9
**charge** 361:22
**charging** 25:3
**Charlie** 167:15
168:5
**chart** 8:17
365:22 366:4
367:12,20
369:16 370:7
370:23 374:5
376:22 377:4
383:16 387:20
**charts** 366:21
374:12 382:15
**check** 37:8
176:5,14
245:14 268:9
**checked** 403:2
**checking** 271:14
399:1
**chemical** 88:10
258:4 304:22
304:23 305:13
**chemically**
250:1 257:23
258:2,17
**chemicals** 88:2
88:21 100:20
108:19 266:2
**chemistry** 313:1
**chemoresistan...**
163:11 166:5
166:11 399:22
**Chemoresistant**
398:15
**chemotherapy**
14:3 255:21
**Chicago** 3:9
358:3
**chimney** 145:3
**choice** 106:2
**choose** 41:23

43:9,15,18
79:23 80:5
172:7 241:7,12
**choosing** 79:16
79:18 257:8
**chopped** 363:15
**chose** 172:3
256:16
**chosen** 78:18
335:19
**chromium**
265:19
**chromosome**
309:12
**Chron-** 133:24
**chronic** 130:11
133:2 134:2
163:14 191:7
191:18 251:2
299:9 397:1
**chronicity**
130:23
**Chrysotile** 6:18
**cigarette** 100:9
100:11 118:1,3
**circles** 176:20
**circumstances**
297:18 355:19
**citation** 171:8
214:12
**cite** 41:23 42:12
172:3 418:16
418:19
**cited** 42:20
174:17
**citing** 248:6
249:5
**citizen** 4:17
49:14,19
**citizen's** 73:2,4
73:5
**claim** 344:16
346:11,13
349:6
**claims** 289:2
348:20
**clarification**

353:12,19
**clarified** 341:20
350:16 354:17
**clarify** 22:15
117:23 263:11
354:6
**Clarke-Pearson**
38:6,9 213:2,3
213:13,18
217:21 220:18
221:10,15,22
223:18 224:9
224:17 228:18
**Clarke-Pears...**
38:4 213:23
219:22 220:5
221:18 424:6
**classic** 148:11
225:9
**classifiable**
235:7
**classification**
179:17,24
235:14
**classified** 234:22
235:6 420:17
**classmates**
302:1
**clean** 376:21
**clear** 55:14
109:3 117:18
121:13 132:12
197:19 235:22
236:13,15
273:19 277:12
284:11,13
297:14 312:7
378:2,6
**clearance**
295:24
**clearly** 66:1
84:12 414:10
**CLIA-approved**
363:10
**clinic** 14:19 41:8
96:20
**clinical** 26:13

35:3 65:9
139:12 144:6
168:3,5 274:5
295:13 390:23
396:14
**clinically** 40:9
144:19 145:5
**clinician** 33:10
35:9
**cloning** 349:4
**close** 73:22
269:24 297:19
299:21 369:22
409:8
**closely** 163:15
295:12
**CN** 419:21
**Co-Authors** 5:3
**co-counsel**
367:6
**coach** 114:10
**coaching** 114:12
114:15,16
**coauthor** 79:17
**coauthors** 73:24
79:5,6 80:10
81:12 167:18
244:10
**cobalt** 265:20
**cohort** 115:7,21
115:24 139:20
140:9,17 144:5
145:15 231:8,9
**coitus** 131:1
213:21 218:15
218:17,23
278:16
**collaborators**
79:23
**colleagues**
102:12,18
334:16 415:5
**collection** 210:2
**collectively**
396:18
**College** 257:10
**color** 53:17

369:17
**Colorado** 2:12
**Columbia** 253:5
**column** 254:9
371:8 376:13
**combine** 147:14
**combined** 21:12
392:16
**come** 14:12
84:11 89:13
109:4 110:8,9
110:15 147:18
148:19,21
184:20 193:17
202:20 207:18
208:3 212:13
228:8,11
288:20 291:24
306:19 308:9
317:24 323:15
387:20
**comes** 188:11
270:24 378:3
**comfortable**
89:22
**coming** 52:22
68:14 70:5
87:23 100:17
112:4 114:5,19
223:9 309:22
323:23
**command** 84:1
**commencing**
1:18
**comment**
113:19 189:2
194:22 261:24
299:15 314:18
335:11 342:8
344:3 354:8
357:8 420:23
**commented**
342:3 387:7,9
**comments** 36:1
189:5,10
322:22 328:16
329:4,22

331:10,17,22
332:6,21,23
334:10 335:8
335:20 341:8
346:18 347:11
347:18 348:8
357:5
**Commerce** 2:3
**commercial**
419:21
**commission**
429:20
**committee** 2:2
243:18,19
246:3 389:7
390:6
**common** 133:19
201:5 211:2
220:21 221:4
337:4
**communicate**
274:15
**communicatio...**
103:20
**community**
77:16 120:10
120:16
**company** 326:2
326:3,22
**comparable**
31:13
**Comparative**
304:21
**compare** 192:16
255:19 366:13
366:14
**compared**
276:17 383:4
**compares**
272:13 273:2
276:16
**comparing**
72:23 242:8
399:21 409:4
**comparison**
256:4
**compatible**

133:16
**compelling**
127:13 145:20
**compellingly**
344:13
**compendium**
68:21
**competence**
109:24
**competent**
109:4 110:7
186:16
**complaint** 49:14
**complete** 65:10
148:3,8
**completed**
338:12
**completely**
61:16 68:8,10
83:14 143:23
271:21 374:22
416:4
**complex** 147:19
193:22
**complicated**
165:19 171:1
181:8
**compliment**
306:8
**component**
14:20 66:22
93:9 95:22
312:8
**components**
55:12 311:20
319:17
**composed** 76:6
**compositional**
57:15
**comprehensive**
33:18 106:21
107:14,18
108:8,15
**computer** 45:1
176:24
**computer-based**
44:22 45:5

**con-** 85:11
**concentration**
408:20
**concentrations**
194:3
**concept** 40:14
97:2 221:1
396:8
**Concepts**
306:10 307:2
**concern** 18:16
184:8 190:20
283:24 296:6
322:19 377:24
416:14
**concerned**
236:23 237:8
371:15 416:3
416:13
**concerns** 190:9
293:13 294:3
294:10 347:14
350:14,20
351:3,9 393:4
**conclude** 60:14
62:6 181:21
202:8,16
204:16 206:21
206:24 207:2
231:13 407:3,6
414:10 420:1
**concluded**
179:13 180:4
180:19 181:16
181:22 203:7
203:22 204:7
204:11 211:20
407:16 425:2
**concludes** 109:8
254:24 424:23
**conclusion**
52:22 66:3
109:5 110:8,10
110:16 112:19
112:20 158:19
184:20,22
185:15 187:2

201:16 202:15
202:17 210:24
227:16 255:3
268:21 348:24
383:9 414:5,20
414:22 419:17
419:19
**conclusions**
33:14 65:22
108:24 178:22
179:1 180:18
181:11 185:4
202:20 206:16
206:17 207:19
207:20 208:4,5
237:13 264:17
264:18 268:12
271:5 288:20
292:1 335:9
351:12,22
386:16,17
387:3 414:14
**concordant**
119:10
**concur** 83:14
**condition**
157:15
**conditions**
169:15 279:9
358:18 386:11
397:9
**condoms** 189:19
**conduct** 63:1
**conducted** 57:21
82:24 83:2
84:19
**conduit** 125:9
129:14,21,24
130:1
**conference**
102:15
**confidence**
260:4
**confident** 277:1
**confidential**
393:12
**confirm** 61:21

140:18 211:22
295:14
**confirmed** 139:1
**conflict** 320:8
321:19
**conflicted**
355:15
**conflicting**
320:13
**confounders**
141:22
**confounding**
141:5,11 142:7
180:15
**confused** 206:2
**confusing** 83:13
**congressionally**
247:12
**connecting**
125:10
**connection**
196:23
**consequences**
152:17
**Consequently**
346:4
**consider** 30:16
61:12 73:15
84:21 85:14
170:16 191:5
300:10 312:20
405:19,23
**considerably**
372:3
**considered**
42:15,16 45:10
45:11 54:18
67:10 77:5
119:6 167:22
289:12 336:18
384:6 422:15
**considering**
147:3 213:19
**considers**
200:10
**consistency** 98:2
99:19

**consistent** 12:24
108:5 130:11
133:15 142:4
142:15 180:14
214:10
**consistently**
118:5
**consortia**
138:16
**consortium** 34:2
34:6,10,16,19
34:22 75:21,22
76:5 78:16
**consortium's**
76:10
**constitute** 182:6
**construct** 32:18
44:24
**constructed**
25:2
**consultant**
317:3,18
320:17 355:23
**consultation**
188:19,22
**consumer**
235:22 236:13
237:1,10
**contact** 269:3,6
269:17 270:1,3
270:16 271:24
272:2 297:20
299:21
**contacts** 279:13
**contain** 85:11,13
237:1,10
280:22 283:3
284:17 285:4
289:2 295:10
**contained** 4:13
7:14 32:4 84:5
85:15 91:13
282:14 284:2,3
285:22 286:21
**container**
261:13
**Containers** 7:9

69:17,18 70:22
235:7,23
236:13 280:13
**contains** 91:11
234:23 265:7
265:19 292:11
**contaminant**
210:1
**contamination**
40:20 209:18
210:3,12 211:1
211:24 212:4
271:11,19
**contemporary**
295:9
**content** 90:2,10
91:3
**context** 62:6,21
89:20 232:20
242:8 258:15
258:16,17
297:2 322:18
326:17,21
**continue** 280:17
**continued** 3:1
5:1 6:1 7:1 8:1
9:1
**contraceptive**
119:7,17
**contraction**
227:2,16
**contractions**
226:24
**contrary** 201:5
219:23 220:5
220:20
**contrast** 137:9
**contribute** 29:1
29:8 30:3
77:23 80:6
155:24 407:7
407:14
**contributed**
104:15,22
**contributing**
75:12
**contribution**

310:11
**contributions**
307:12
**control** 18:21
145:15 202:1
214:8 247:13
247:18 361:24
379:6 382:8,9
**controlled**
209:17
**controlling**
379:8
**controls** 383:4
**controversial**
336:4,6,11,18
**convenient**
172:22 173:11
**conversation**
222:15
**conversations**
96:11 321:17
321:23,24
322:1 328:2,7
328:11
**convince** 62:3
**convinced** 159:1
**convincing**
60:13 110:14
110:19 120:17
202:16 266:19
339:4 352:23
**convincingly**
112:20
**copies** 45:6
50:12 114:22
114:24 322:3
**copy** 20:19
46:12 47:3
50:16,21 69:24
162:9 188:5
247:21 281:15
282:6 294:22
321:12 328:19
329:12 330:8
345:18 367:8
401:9 415:11
**core** 361:14,19

361:23 362:3
363:11
**corn** 198:5
**cornstarch**
189:20 192:2
192:10 193:2
197:11,15,22
241:6,11,16,17
241:20
**cornstarch-ba...**
198:6
**Corporate** 2:8
**correct** 10:24
11:2 12:5,8
13:14,16,17
15:14 17:9,10
18:21 23:5,10
23:11,24 24:10
26:4,7 27:6,16
27:17,20 28:3
28:7,11,17
29:6 32:2,24
33:20 34:5,17
34:23 35:14,15
36:21 39:4
42:13 43:17,20
45:12,15 47:1
48:7,8,15 52:6
63:18,21 65:4
66:24 67:8,10
69:10,13,18
70:23 73:23
74:2,4,5 79:20
85:12 94:10
95:18 98:12
101:24 102:1,4
107:15,16,17
107:20 108:16
108:21 134:14
150:1 154:5,6
155:11,14
157:5,6 160:16
163:5,23 165:7
165:8 172:5
175:2,11,20
184:10 187:3
188:3 193:12

196:4 197:18
208:10,11,14
208:15,17
211:19 213:4,7
213:8,10,11,14
230:17 233:21
235:20 237:3
243:21 246:6
246:14,15
247:19,24
248:1 249:23
257:10 262:8
272:1 276:10
278:2 281:8
282:21 288:23
289:3 297:3
298:14,19
299:22 305:10
312:14,17
320:9 323:16
327:4,7 328:17
329:10,11
333:11 334:4
334:12 335:17
335:21 337:24
339:9 341:16
341:17,22
345:1 347:12
347:13 351:24
352:3 357:6,17
358:14 359:6,9
359:11 360:20
361:7,11 362:8
362:12,17
363:4,22
366:21 367:18
367:19 371:1
374:13,15
377:6 379:14
379:22 387:3
388:24 389:4
391:7 392:3
394:14 395:21
396:9 398:7,19
399:7,16 400:9
400:13 401:1
401:23 402:1,4

402:9,12
403:19 404:2
404:11,22
406:3,14
407:17 408:14
410:24 411:3
411:10,20
413:23 414:15
414:23,24
417:8 418:17
418:20 419:14
420:7 424:6
426:11 429:7
**corrected** 98:23
**corrections**
427:5,7 429:9
**correctly** 179:14
210:15 227:6
227:12 242:4,9
249:8 311:19
345:3
**Correlate** 8:24
401:13
**Correlative** 6:3
**corresponded**
307:6
**correspondence**
7:16 321:6
**corroborated**
337:18 341:14
341:16
**corroboration**
339:7
**cosmetic** 5:22
26:2 146:11
410:19 411:3
412:24
**cosmetic-grade**
187:5
**cosmetically**
85:6
**costly** 338:7
**cough** 241:9
**coumarin** 266:3
**COUNCIL** 3:2
**counsel** 2:2 3:2
3:7 10:10 22:5

42:3 50:16
102:11 103:23
423:24 426:14
**counseled** 40:9
**countries** 68:22
**counts** 271:8
**COUNTY** 426:3
**couple** 81:15
163:7 245:1
306:23 327:19
**course** 36:2 47:4
189:3 195:1
227:3 275:14
297:21 312:24
**court** 1:1 3:20
10:11 12:1
24:3 56:12
98:17 124:10
124:15 198:18
198:23 212:18
212:19 244:14
290:10 292:21
426:20 427:20
**cover** 16:2 69:17
387:21
**coverage** 200:2
**covered** 250:16
272:9
**covering** 274:21
**covers** 335:5
**Cramer** 208:12
208:16,19
209:4 250:9
**Cramer's** 209:6
**creams** 184:6
**create** 373:10
**creating** 374:8
**creation** 114:3
366:4
**credibility**
123:22 124:9
124:13 130:18
**credible** 68:1
73:16 79:6,13
79:15,20 80:17
81:18 124:19
242:2 289:12

308:18 315:6,6
**credit** 292:10
**criteria** 66:15,17
181:21 191:23
390:21
**critical** 166:10
206:23 207:8
302:18 303:3
**criticism** 35:16
36:7 213:13
319:6
**criticisms**
208:12 213:1
337:10
**criticize** 43:19
326:11
**critique** 333:22
348:13
**crocidolite** 6:18
403:19
**cross-compare**
408:1
**crosstalk** 397:18
**Crowley's** 87:21
87:22 88:6,14
**CRR** 3:20
**culminating**
303:19
**culture** 326:1
378:20 400:13
401:24 423:1
**cultured** 358:23
**cultures** 9:3
406:14
**curiosity** 300:13
**current** 4:24
53:20 167:1
333:3 336:24
337:1
**currently** 13:18
13:20 15:6
338:19
**Curriculum**
4:10 8:3
**Curry** 2:21 4:4
12:6 14:17
16:5,24 17:15

17:24 19:11
21:9 22:3,14
22:20 26:8,20
27:8 28:15,20
29:10,20 30:5
31:5,17,24
32:14 33:6,21
34:24 35:18
36:8 37:1
40:21 41:15
42:23 43:11,22
45:3,20 46:10
47:7,19 48:1
49:3 50:14
51:5,10,21
52:8,16 53:3
54:2,19 55:6
55:20 56:5,10
56:17 57:1,9
58:12,19 59:16
60:8,19 61:2,9
61:23 62:15
63:8,19 64:3
64:13,17 66:18
67:21 68:3
69:11 70:13
71:1,24 72:7
72:18 74:8
75:23 76:12
77:10,17,24
78:22 79:21
80:19 81:19
82:12 84:8
85:2,16 87:2
88:16 89:2,8
90:5,12 91:5
91:22 92:3,15
93:1 94:16
95:5 96:3,16
97:7,23 98:15
98:21 99:11
100:3 101:11
103:10,14,19
104:17 105:5,8
105:14 106:11
107:22 108:10
109:11,17

110:1 111:9,19
112:2,14,21
114:1,8,11
115:13 116:10
116:19 117:5
117:13 118:7
118:15 119:15
120:13 121:6
121:15,23
122:12,23
123:8,18 124:3
124:21 125:2
125:12 126:14
126:23 127:6
127:15,23
128:8,20 129:6
129:17 130:4
130:14 131:3
132:21 133:6
133:20 134:7
134:23 135:9
135:18 136:4
136:12,22
137:14,24
138:9,20 139:7
139:13,21
140:3,11,21
141:17,24
142:9,18 143:3
143:9,17,24
144:9,20
146:13 147:4
152:22 153:13
154:11,16
155:12 156:15
157:17 158:8
159:6,13
160:18 161:10
161:18 163:17
164:18 165:16
167:24 168:22
169:22 170:12
171:19 172:10
172:18 173:15
173:24 174:19
175:3 176:2
177:3 178:2

179:2,8 181:5
181:12 182:20
183:18 184:14
185:6,12,20
186:2,17 187:8
187:18 189:6
190:3,11,24
191:14 192:3
193:4,13
194:18 195:9
196:9 197:13
197:24 200:18
202:22 203:8
203:16,23
204:12,22
205:5,12 206:6
206:11 207:3
207:13,22
208:7,23
209:19 210:13
211:11 212:1
212:14,17
214:15 215:1
215:12 216:5
216:24 217:12
218:4 219:10
219:24 220:7
221:16,24
222:13 223:1
223:20 224:3
224:12,20
225:3,12,18,24
226:7,13
227:24 228:19
229:5,17
230:22 231:15
232:2,15 233:2
233:11 236:2
236:17 237:4
238:3,10 239:7
239:16,23
240:7,16,24
242:5 243:10
245:18,23
246:8 250:14
251:11,17
252:16,24

Michael Birrer, M.D., Ph.D.

253:19 255:5
255:16 256:19
257:11,17,24
258:19 259:1,6
259:21 260:1
260:11,21
261:10,21
262:15,23
263:23 264:7
265:2,8,21
266:5,16,24
267:6,11 269:9
270:7 271:12
272:17 273:5
273:14,23
275:2 276:6
277:2,15 278:7
278:18,24
279:16 280:5,9
280:24 282:5,9
283:7,20 284:4
284:21 285:5
285:23 286:13
286:24 287:15
287:23 289:4
289:14,24
290:7,20 292:5
292:13 293:4
293:15 294:5
294:21 296:7
297:4,10 298:3
298:8,15,20
299:6 300:16
301:12 303:10
303:24 304:6
304:15 305:14
306:12 307:19
308:6,20
309:15 310:13
311:14 313:9
313:24 314:6
314:15,22
315:7,17
317:20 318:11
319:9 320:22
322:11,24
323:17 324:3

324:18 325:4
325:12 326:13
327:5 328:20
330:7,11,15
331:11 335:2
335:22 336:8
336:19 337:7
338:2,8,13,21
339:20 340:20
341:23 342:18
343:10,24
345:17 347:2
348:7 349:19
350:10,21
351:15 352:1
352:20 353:8
353:24 354:10
354:21 355:13
356:5,24
358:19 359:21
360:1 361:1,15
362:18 363:5
363:23 365:1,6
365:11 366:2,7
366:15,22
367:14 368:1
368:11,15,24
369:4,20 370:6
370:11 372:1,9
372:16 373:1,8
373:14,19
374:1,16 375:5
375:9,23 376:8
377:14,22
378:8,14,21
379:3 380:7,12
380:22 381:4
381:15,22
382:17 383:12
383:17 384:3
384:13,19
385:1,7,15,22
386:6 387:4
388:3,10,17
389:5,14,24
390:13 391:1,8
392:4,8,17

393:6 394:15
394:20 395:2
395:22 396:11
396:21 397:5
398:9,20 399:8
399:17 400:4
400:14 401:2,8
402:24 403:20
404:4,12,23
405:11,21
407:22 408:6
408:15 409:2
410:8 411:4,11
411:21 412:8
412:17 413:8
413:24 415:10
415:14,24
416:10 417:22
418:10 419:1
420:8,21
421:14 422:20
423:2,6,21
424:1,4,17
**curve** 7:18
**cut** 204:23
  368:22
**cutoff** 390:19
**cutting** 205:7
  354:1
**CV** 20:22,23
  21:2 73:18
  80:9 81:12
  167:18 311:3
  311:11 316:3
**cycle** 228:15
**Cynthia** 2:9
**cytokine** 156:5
**cytokines**
  122:11 137:22
  155:23 156:6
**cytotoxicity** 9:8
  9:12 415:8,17
  417:3 419:23
  421:3
**cytoxicity** 418:8

───── D ─────

**D** 4:1 5:1 6:1,16
  7:1 8:1 9:1
**D'Limonine**
  266:4
**daily** 272:15,15
  273:4,4
**damage** 156:8
  164:8,14
  303:19
**Dan** 250:9
**danger** 182:6
**data** 28:22 29:4
  29:12 30:7
  51:14,16 52:21
  55:9,14,24
  56:4,15 58:1
  58:14,23 59:3
  59:4,6,22
  60:11,17,21
  65:6,21 66:4
  86:20 89:17,22
  90:20 92:5
  93:6 109:2,20
  110:17,19,19
  111:11,13,16
  111:16,17
  119:11 136:19
  143:14,21
  144:7,17,19,24
  145:20 177:20
  182:15 183:11
  184:22 185:4
  187:11,12
  194:2 195:11
  195:15 202:16
  202:21 219:2,3
  223:4 232:18
  235:4,5 256:6
  273:16 276:2
  277:9,19
  278:20,22
  279:8,23 280:1
  284:7 287:4,5
  296:23 307:15
  313:19,20
  340:6,16
  344:15 346:10

354:15,19
356:3 366:21
368:4 369:5
372:20,24
373:2,5 374:9
374:12 375:1
383:23 384:1,9
385:5,14 391:6
391:24 395:20
399:11 404:15
407:6,13 414:6
414:10
**data's** 374:18
**date** 1:19 10:4
  24:7 48:24
  144:15 163:13
  427:9 429:15
**Daubert** 27:11
**daughter** 269:23
  271:2
**Dawn** 2:21
  50:12 175:24
  373:18
**Dawn@nutter...**
  2:21
**day** 65:19 66:3
  97:22 112:6
  299:13,14
  309:5 344:10
  426:17 429:19
**days** 14:21
  427:16
**de** 337:9
**dead** 214:13,18
  214:21 215:8
  215:22 216:1,1
  216:2,9,16
  217:4,22,22
  218:10,14
  225:2 228:24
**dealing** 83:2
  110:18 145:19
**dealt** 40:8
**death** 150:23
  151:10 303:20
**debate** 251:1
**Debra** 5:23

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 605 of 875 PageID: 48561
Michael Birrer, M.D., Ph.D.

Page 443

decades 7:13
  60:12 62:6
  147:7 272:16
  273:4 283:3
decayed 216:12
December 5:20
  25:13,13 49:1
  49:5 52:3
  184:18 254:17
decent 362:4
decide 92:11
decision 8:9,13
  184:18 186:6
  332:22 389:12
declaration
  320:13
decline 244:5
declined 243:2
deem 51:19 52:7
deemed 427:19
deeper 209:24
defendant 2:18
  11:20,21
defendants
  23:23 103:9
  104:7
Defendants'
  4:12
defense 285:21
  286:6
defer 424:11,14
define 60:21
  67:23 74:11
  79:15 89:4,6
  89:10 94:18
  97:9 124:8,13
  124:18 146:21
  159:15 177:24
  191:2,2 257:19
  262:4 314:2
defined 106:15
  250:19 251:19
  252:7,8,12
  303:18
defining 216:11
  216:21 358:11
definitely 287:5

292:7
definition
  148:14 179:21
  264:2 309:6
  313:1 338:10
definitive 59:4
  86:19 113:6,7
definitively
  188:4
degree 13:10
  33:1
delayed 11:16
deleterious
  128:17
deletion 156:6
delivery 228:6
delve 209:24
demonstrate
  380:6 422:24
demonstrated
  386:20
demonstrates
  206:18 268:15
Denver 2:12
deodorants
  184:7
department
  38:7 213:9
departmental
  317:23
depend 33:23
  315:9,20
dependency
  386:10
dependently
  406:24 407:1
depending
  374:18 390:7
  408:20 414:8
depends 32:17
  144:14 158:10
  159:15 237:6
  380:24 389:16
deponent 10:8
  429:2
deposed 12:20
deposing 427:16

deposit 193:20
deposited
  218:14
deposition 1:14
  10:6,21,22
  11:4,7 20:15
  21:4,15,16
  24:20 31:23
  45:17,19,22
  46:24 48:11,18
  49:11,16 50:5
  52:5 53:12
  81:8 113:23
  149:14 153:15
  162:3 166:20
  199:7 205:21
  209:13 234:1
  246:22 253:21
  264:13 268:2
  281:18 282:1
  287:18 291:4
  294:13 301:18
  311:7 317:12
  317:13 318:6
  320:3 323:22
  324:21 328:24
  329:17 340:19
  366:5 385:23
  393:21 400:21
  406:9 409:13
  409:22 410:4
  415:1 424:23
  425:2 427:3,13
  427:17,19
depositions
  45:14 46:6
  66:13 233:13
describe 15:5
  71:14 226:18
  226:22 242:3
  249:2 305:23
described 53:5
  83:11 148:6
  151:7,21
  187:22 337:3
  422:13
describes

106:10 146:7
  148:12 149:23
  150:17 214:13
  238:17 263:19
  422:8
describing
  148:10 421:8
description
  72:15 152:8
  298:1 343:21
  346:20
deserve 79:11
design 17:20
  18:20 79:10
  139:17,19
designated 19:9
designed 152:13
designing
  267:15
despite 344:15
detail 86:11
  94:12 194:11
  196:14 343:18
detailed 72:2
  344:3
detailing 15:8
details 215:4
detect 139:4
  405:7,9,13
detected 128:5
  208:13,22
  271:7
detection 15:10
  200:16 201:2
  201:19 206:17
  247:5
determination
  91:1 181:4
  200:23
determine 40:16
  71:16 183:16
  315:22 334:17
determined
  200:14 212:8
  249:10 281:7
determining
  302:18 303:3,8

develop 92:6
  147:11
developed
  138:16 140:2
developing
  55:11
development
  29:2,9 30:4
  61:18 66:6
  67:18 90:22
  122:5 143:22
  156:7 166:10
  306:10 307:3,5
  309:9 340:10
  346:11,14
  350:1
developmental
  168:4
Devices 199:21
Devyn 3:13 10:3
diagnose 13:20
diagnosis 11:16
  15:10
diaper 184:6
diaphragm
  274:20
diaphragm's
  197:3
diaphragms
  189:24 190:1
difference 61:13
  262:21 263:6
  330:2
differences
  192:1,6,20
  193:1 269:23
  416:5
different 9:13
  26:17 52:22
  58:17 69:16
  73:1 75:20
  95:10,23 106:3
  108:24 109:9
  110:9 147:17
  178:14,15
  184:20 185:4
  192:18 202:17

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 606 of 875 PageID: 48562
Michael Birrer, M.D., Ph.D.

Page 444

202:20 207:19
208:4 261:2
264:2 293:2,10
298:2 305:12
308:4 330:4
364:21 368:19
368:23 374:22
381:8 397:24
408:10,13
410:19 412:23
414:9 415:19
416:4 417:4
418:14 420:12
421:7
**differential** 9:7
408:19
**differently**
197:19 369:18
**difficult** 24:4
99:16 130:22
131:22 188:9
259:10 273:8
364:2 384:7
408:21
**difficulties**
306:21
**difficulty** 100:6
214:5
**diffraction**
295:16
**digestion** 210:2
**dilation** 137:22
**dioxide** 402:3
**Diplomate** 1:20
**direct** 130:13
135:13 186:19
197:1
**direction** 228:4
308:10
**directly** 122:7
221:9 248:17
304:23
**director** 14:22
**disagree** 83:22
113:16 115:11
116:1,9,12,18
116:21,23

117:4,16,21
118:9,14,22
119:4,24
120:19 121:9
121:10,17
122:2,3 123:1
123:11,12,17
123:20 124:6
124:20 126:17
126:18,22
127:1,8,17,22
128:1,7,10,23
129:8,16,19
130:16 131:2
132:10,23
133:13,22
134:12 135:1
135:11,17,20
136:15,16,24
138:3 139:6,9
140:13,15,23
141:1,2,16,19
142:8,11,20,22
143:2,19
144:11 146:16
165:2 173:7
200:22 224:14
250:23 251:16
252:4,15 255:3
255:12,13
335:11 383:5,7
383:19
**disagreeing**
387:22
**disagreement**
145:11 250:11
**disciplines**
247:16
**disclosed** 103:9
**discuss** 48:10
95:21 102:17
155:10 357:12
**discussed** 75:21
102:9 103:5
107:6,12
232:17 329:8
406:16 417:7

**discusses** 155:20
**discussing** 31:20
98:4 264:5
**discussion** 65:1
148:9 346:22
349:1 387:18
**discussions**
103:15 241:17
**disease** 118:13
135:8 137:7
157:12 169:17
169:17 247:13
247:18
**disingenuous**
115:8
**dismissed** 116:8
**disparate**
110:21
**dispositive**
91:17
**dissect** 65:12
**dissemination**
397:15
**dissolve** 297:16
298:14
**dissolved** 359:11
**distant** 194:1
397:16
**distinction**
271:2
**distinguish**
377:1
**DISTRICT** 1:1
1:2
**diversity** 151:14
**divide** 131:15
**division** 122:10
253:5,12 305:3
**DMSO** 359:11
379:7,7
**DNA** 122:10
137:22 164:13
164:13 303:19
304:23 307:13
309:8,12
**doc-** 11:22
**Docket** 1:9

**doctor** 13:15
320:11
**doctors** 290:18
292:10
**document** 1:7
4:12 21:23
25:6 43:3 50:8
53:19 63:12
67:2 70:9,20
101:15,19
234:14 322:16
374:8
**documentable**
268:19
**documented**
346:5
**documenting**
344:22
**documents**
72:24 290:12
292:17 326:16
**doing** 15:12 16:3
79:9 80:8
144:18 291:4,6
291:10 308:18
325:10 338:19
350:18 362:3
372:17,22
380:3 427:8
**dollars** 319:19
**domestic** 100:12
276:5 410:21
413:2 414:13
**dosage** 379:1
**dosages** 409:23
**dose** 386:9 402:9
402:9,17 405:4
**dose-dependant**
386:20
**dose-dependent**
303:20 380:6
380:20 383:3
383:10
**dose-deponent**
386:5
**dose-response**
128:13,18

**dosed** 407:1
**doses** 334:20
352:15 359:18
362:11 402:8
**doubt** 189:17
**Doug** 245:1,3
**DPM** 2:13
**Dr** 10:20 21:20
23:3 36:3
37:19,22 38:2
38:4,9,11,12
38:15,16,18,19
38:21,24 39:5
39:8,11,15,17
39:19 40:19
42:16 45:18
46:2,15,23
47:5,17 48:18
49:10,22 52:5
81:23 82:19
87:21,22 88:6
88:14 94:9
103:6 104:4,5
104:6 106:10
113:15 115:4
146:21 149:7,8
153:2,7,19,20
154:8 155:4,5
155:9 156:14
157:13 158:5
159:4 160:9,22
161:7,8 162:7
167:2,21,21,22
177:8 204:5
206:10 208:16
208:19 209:4
213:2,3,13,18
213:23 214:12
217:21 219:22
220:5 221:10
221:15,18,22
223:18 224:9
224:17 226:17
228:18 230:8
239:22 244:11
244:22,24
245:5,8,9

254:24 255:4
256:14,15
268:7 280:16
281:13,22,23
282:24 283:5
285:3 286:11
286:18 295:1,3
301:22,23
303:7 304:10
304:14 310:24
310:24 311:3
316:17,22
318:7 319:15
320:16,20
321:7,17 322:5
322:21 323:22
324:13 326:12
332:1 333:10
334:3,5,15
335:21 338:18
339:18 340:9
340:15 342:16
346:13 347:15
348:1 349:6
357:9,15
360:18,22
361:6 362:5,16
365:21,22
366:12 373:6
374:4,14
382:22 383:5,9
386:15 387:23
387:24 388:22
393:5 394:1
398:17 399:6
407:20 409:1
409:11,21,24
415:6 417:2
420:20 421:13
422:18 423:19
424:5,6
**draft** 4:15 48:15
**drafts** 46:24
**dramatic** 379:7
**draw** 33:14
184:22
**drew** 185:14

227:15
**drive** 2:8 3:8
46:8
**driver** 310:7
**drivers** 307:14
**driving** 250:10
**dry** 189:19
**due** 128:13
130:12 141:5
141:10 210:11
410:21 413:1
**duly** 10:15
**dust** 70:3 96:22
221:2 256:2
**dusting** 60:13
189:24 190:1
198:6 215:15
220:23 222:7
241:7,12
**Dyer** 7:14

— E —

**E** 2:1,1 3:1,1 4:1
5:1 6:1 7:1 8:1
9:1 426:1,1
428:1
**e.g** 142:24
**earlier** 75:21
211:10 241:23
291:10 350:9
420:5
**early** 7:10 15:10
169:13 247:5
**easier** 149:19
338:6
**easily** 178:10
214:22 365:9
**EASTERN** 1:2
**easy** 30:20
**Ebarton@sey...**
3:5
**edge** 150:11
306:15
**editor** 8:10
174:14,16
294:16 333:13
333:14 334:3

391:19,19
**editorial** 290:3
**editors** 171:16
175:1,11
288:20,24
289:10 321:18
328:3 332:5
333:16 391:17
391:23 398:3
413:18
**effect** 9:9 92:2
93:19,22
128:17 143:15
145:16 147:1
182:16 183:12
183:17 327:3
331:9 378:13
379:14 382:13
386:20 405:20
421:3,8 422:24
**effective** 156:2
**effectively**
297:18 299:20
345:24
**effector** 302:17
303:2
**effects** 62:20
90:4,11 94:15
95:3 130:24
145:5 182:23
190:10 300:14
311:13 312:23
325:11,24
334:17 338:20
340:5 347:9
378:17 379:7
379:11,12
408:19 415:23
**effort** 40:11
**egg** 214:9
**either** 29:12
30:7 47:11
79:5 160:9
170:6,17 194:4
227:10 231:8
266:2 278:23
295:4 301:15

310:9,10
321:18 341:10
346:17 355:22
356:3 376:6
407:19 420:19
422:12,17
**EL1** 375:12
381:7 382:2
**electron** 6:4
295:17
**electronic** 46:17
**elements** 66:14
130:22
**elevated** 122:11
**elicit** 132:17
**elicited** 414:7
**eliciting** 303:6
**eliminate**
271:21
**eliminating**
295:11
**ELISA** 334:23
360:18,24
367:13 382:11
382:12
**ELLIS** 3:8
**elongated** 7:22
108:3 302:7
303:5 305:11
**email** 328:3
**Emerging**
151:24
**EMP** 108:9
**emphasize**
175:13 284:6
**EMPs** 7:23
303:5,17,22
304:4,24
**enabling** 150:23
151:10,24
**encompass**
309:7,19
**encouraged**
333:9
**endometrial**
132:16
**endometrio-**

137:3
**endometrioid**
117:18 121:13
378:2
**endometriosis**
118:2,12,18
119:1,8,13,18
133:14 135:7
135:14 137:6
169:16,16
**endometrium**
129:23
**ends** 274:18
**enduing** 151:11
**Engineering**
69:2 241:24
246:13
**engines** 44:3
**England** 255:22
**enhance** 339:8
**enhanced**
123:23 337:17
341:13
**enhances** 166:4
349:16
**Enquirer**
289:22
**entail** 74:7
**enter** 126:20
194:16 258:4
269:7
**enters** 128:15
**entertainment**
290:15
**entire** 36:10
44:10 56:11
70:9 247:3,4
296:9 369:13
**entirely** 15:7
**entirety** 380:8
**entities** 323:5,10
**entitled** 296:19
**environment**
125:10 181:17
**environmental**
67:15 100:1
137:11 164:6

Michael Birrer, M.D., Ph.D.

**enzymes** 192:22
334:22 344:13
**EOC** 118:12
121:20 169:11
169:14,21
175:20 334:20
**epi** 83:7 187:11
187:12 287:4
**epidemiologic**
33:11,14 40:15
57:14 59:3
82:23 119:11
133:1 135:3
136:19 141:21
144:5,15,16
145:14,20
159:17 197:10
276:2 301:1
417:14 418:1
**epidemiological**
33:18 59:6
396:15
**epidemiologic...**
160:2
**epidemiologist**
32:23 33:19
143:8
**epidemiologists**
34:4,14,18
**epidemiology**
33:1,4 34:16
78:20 169:10
254:22 266:23
276:4 417:20
**epigenetic** 305:5
307:16 309:6
309:10,18,24
**epigenetics**
310:4
**epithelial** 5:16
9:14 28:1,6
29:2,18 95:10
95:13,17,22
116:17 132:20
134:6 135:4
136:10,18
138:6 167:23

358:2,3,7
415:20,23
417:5 419:24
421:5,21 422:1
422:13
**epithelium**
122:8
**Epstein** 4:17
**equal** 113:3
271:20
**equals** 113:2
**equations** 7:17
**Eric** 3:5
**errata** 427:6,9
427:12,15
429:11
**Erratum** 7:16
**especially**
132:12 296:3
**ESQ** 2:13
**Esquire** 2:6,9,16
2:21,23 3:5,9
**essential** 395:10
396:3,4
**essentially** 41:9
52:21 64:22
72:14 107:11
165:21 191:15
193:19 202:14
221:2 292:18
293:19 297:16
298:13,24
317:1 395:18
398:17 400:3
**establish** 409:23
**established**
178:23 230:8
302:9 313:21
420:5
**estimate** 24:14
24:15
**estimated** 138:7
138:15 176:5
**estimating** 82:3
**et** 5:14,17,24 6:6
6:22 8:7,21
9:10,14 86:18

86:19
**eternal** 112:8
**ethical** 18:10,14
**etiology** 191:17
307:8 313:7
396:19
**eugenol** 266:3
**evading** 150:22
151:9
**evaluate** 57:11
**evaluated** 239:1
239:3
**evaluation** 4:20
63:13 96:24
**eventually** 12:1
356:19
**Everett** 2:6
161:23 199:3
356:13 394:22
**everybody**
204:3 361:21
**evidence** 4:23
53:19 60:13,14
63:11 65:6
112:18 115:9
123:24 124:18
127:13 133:1
135:4 158:7
159:5,11,16,19
159:20 160:13
180:1,7 186:19
186:22 195:15
202:10 215:6
249:11 266:19
274:14 289:12
293:20 344:16
385:5 396:16
417:14 418:1
**evolution** 307:7
**evolutionary**
307:15
**evolved** 214:7
309:6,19
322:17
**Evolving** 6:11
247:2
**exact** 342:15

**exactly** 94:13
269:14 274:22
397:22
**examination** 4:2
10:18 190:17
199:17,22
424:3
**examined** 10:16
277:20 295:12
**example** 19:10
34:2 78:19
87:1 100:13
107:5 136:19
140:9 147:10
184:5 217:9
274:16
**examples** 100:9
301:17
**exceedingly**
192:15
**excessive** 180:14
392:10
**exchange**
317:22
**excite** 290:14
**exclude** 139:5
**excluded** 262:7
262:13
**excluding** 95:16
**Excuse** 244:15
**executive** 184:1
199:24
**exercise** 374:7
380:9
**exerted** 9:10
**exhibit** 20:13,15
21:1,4,16
23:16 47:21
48:11 49:16,20
50:4,5 52:5
53:11,12 64:4
64:11 67:2
71:10 81:8,22
113:21,22,23
114:3 148:13
149:14,22
153:15,18

161:22 162:3,6
166:20,23
205:21 209:11
209:13 234:1
246:22 247:1
253:21 254:1
264:13,16
268:2,5 281:18
281:21,23
282:1 287:18
288:4 294:11
294:13 301:18
301:21 311:5,7
320:3,11
327:10 328:24
329:3,17,21
330:8 366:5,8
366:10 367:8
368:16 369:6
373:11 379:16
379:17 380:2
393:21 394:21
394:23 400:20
400:21 406:7,9
409:13,16
415:1,4
**exhibits** 4:7 64:9
**existed** 259:5
**exists** 312:21
**Exogenous**
397:1
**expand** 211:9
**expanded**
138:16
**expect** 19:18
261:5 371:19
393:19
**expectancy**
299:5
**expected** 193:12
**expedites**
151:15
**expels** 228:6
**experience**
26:13,14 30:20
31:9 33:18
34:16,23 35:9

Michael Birrer, M.D., Ph.D.

65:8 91:18
96:24 123:4
239:11,19
274:5 300:2
**experiment**
55:22 62:24
63:2 91:8
130:20 131:21
411:2,14,18
412:12
**experimental**
156:7 180:8
307:15 330:20
331:6 332:17
333:7
**experiments**
39:22 40:1
55:15 57:21
59:2 62:20
79:8,9 83:4
84:19 85:5
91:14,16 93:6
93:12,15,18
144:7 145:16
195:17 202:12
315:13 338:18
344:22 345:5
348:11 351:4
356:23 398:18
409:23 411:9
411:19 413:22
420:2
**expert** 4:8 17:13
19:23 20:14
25:10 26:15
27:1,10 30:13
30:17 32:16
35:20,23 36:17
36:24 40:7
41:3 42:2
43:10,16 45:13
45:22 47:4,13
54:16 57:8
65:7,24 66:11
71:4 84:21
86:9 88:9
93:14 103:9

104:2,7,10
155:10 178:13
178:21 194:6
201:12 205:14
205:18 214:1
238:20 261:24
274:5 278:10
282:19 286:2
297:12 304:17
317:3 320:17
355:23 424:6
**expertise** 26:7
31:2,8,12,15
37:7,20,23
38:5,13,15
39:1,3,6,9,12
39:14 54:23
57:17 69:10
76:4 77:5 80:4
84:18 86:6
89:15 246:5
251:5 263:2
308:10 335:19
**experts** 16:23
35:17 36:6,17
43:19 78:18
167:22 168:20
206:24 207:9
207:11,15,19
208:4 213:1
220:20 221:13
251:23 252:21
258:14 285:21
286:6 332:4
394:13 424:15
**experts'** 37:17
**expires** 426:21
429:20
**explain** 91:20
118:23 205:11
374:5
**explained** 142:6
145:12 201:22
243:4
**explains** 134:3
**explanation**
113:19 132:13

277:7 278:3
308:3,5,17
**explicitly** 351:12
**explore** 196:13
**explored** 86:9
**exploring** 15:8
**exposed** 17:21
100:7 132:19
256:22 271:23
275:17 276:1
279:4 344:14
406:14
**exposing** 59:3
**exposure** 6:22
40:17 100:13
100:18 101:3,9
116:15 118:12
130:23 134:22
135:15 136:20
137:11 142:17
142:23 177:20
183:10 184:4
195:1,7 232:24
249:3,8,12,15
249:20 268:5
268:19 269:1,2
270:24 271:6
271:24 272:3,5
272:7,13 273:2
276:5,13,16,17
279:7 347:8
413:2 414:11
414:13
**exposures** 100:2
135:7 275:8,11
276:8 278:11
410:22
**expressed** 218:6
373:23
**expression** 8:23
334:17 367:17
370:23 398:15
399:21 401:13
402:7
**extended** 276:20
**extending** 125:7
**extends** 170:14

**extensive** 53:2,6
71:22 72:6,16
178:24 181:4
284:24
**extensively**
27:12 55:8
**extent** 83:9,12
**external** 125:7
125:10,22
126:7 187:21
188:18 362:2
364:3
**extra** 48:4
114:22,24
282:6 294:22
**extract** 44:23
65:11
**extrapolate**
300:6
**extrapolating**
166:8
**extreme** 279:9
**extremely**
384:22
**eyeballing**
382:14 383:15
**eyes** 392:2,21,24
393:2

_____
**F**
**F** 426:1
**face** 310:6
**facilitates**
227:20
**facilities** 361:24
**facility** 361:14
361:19,20
**fact** 92:6 167:12
182:5 185:14
207:6 214:6
220:23 243:18
269:1 273:10
309:7,19 310:6
318:21 334:5
347:6 351:11
369:22 387:2
**factor** 26:14

28:5 41:5
55:10 59:9
90:21 121:12
129:2 136:18
155:2 169:21
171:11 173:4
175:19 230:10
230:14,21
231:1,14,23
234:10,11
274:6 312:9
404:16
**factor's** 297:13
**factories** 275:20
**factors** 118:4,11
119:6,10,12
130:21 133:16
134:5 135:4,6
136:2 141:14
147:21 169:10
169:11 247:24
248:8 249:17
249:22 397:1
**faded** 74:17
**fail** 427:18
**failure** 105:18
128:18 299:9
**fair** 14:23 19:19
32:8 40:13
68:5 72:17
73:14 75:17
82:16 86:16
99:13 141:5,11
216:7 242:13
271:19 296:9
308:22 310:12
310:15 312:1
313:5 324:11
386:11
**fairly** 48:23 78:7
272:3 286:4
296:22 311:22
379:7
**fallopian** 129:23
132:16 358:6
377:10
**familiar** 12:11

49:15 85:23
96:20 108:4
148:1,24 150:3
153:2,21
162:12,14,21
189:21 234:4
242:14 249:6,7
267:18 302:11
364:11 390:3
390:12 400:18
406:4 419:6
**family** 169:14
**far** 23:13 86:21
**fashion** 303:20
**faster** 229:2
**father** 269:2
**fault** 198:17
**FDA** 4:17 49:14
49:20 72:4,5
72:14 73:1,15
190:16 198:11
199:10 200:9
290:11 292:21
**features** 346:20
**Federal** 1:16
5:19
**fee** 22:22 25:4
361:22
**feeds** 156:10
**feel** 30:22 66:14
145:11 146:20
158:1,22
284:19 286:18
**feels** 257:4
**fees** 23:10
**fellow** 258:13
**felt** 42:21 89:22
160:14 171:16
173:23 252:8
289:19 394:13
**female** 31:3
122:6 123:6
136:8 221:14
221:19,22
**female's** 228:14
**feminine** 146:12
**fertility** 227:13

**fertilize** 214:9
**fewer** 207:10
**fiber** 6:22 55:5,5
55:19 56:24
197:1 268:6
296:4
**fibers** 69:9,18
70:3,22 71:5
85:15 108:3
128:5 146:7
178:8 194:16
194:24 195:6
196:3 262:6,12
262:17,20,22
263:18 264:21
264:22 269:4,7
269:18 276:23
277:7 278:16
279:13 286:11
286:22 305:11
**fibrosis** 190:21
191:3,17
**fibrous** 107:21
261:20 262:3,6
262:12,21
286:12,15
295:22
**field** 16:23 17:13
33:9 37:7
77:22 80:24
106:14 167:22
308:9 332:5
335:19 350:5
394:13
**fields** 80:12
**Fifth** 1:17
**Fifty** 393:2
**fight** 152:13
**figure** 84:20
111:6 151:23
152:10,11
255:7 366:19
369:17,21,23
370:10,12
371:2,3 383:1
387:19 403:14
403:16

**figures** 421:2
**file** 22:12 46:7,7
46:15,17
**files** 46:12
**fill** 176:21
**filling** 379:21
**fimbria** 129:5
**final** 8:9 200:2
365:7 401:21
**finally** 347:6
**find** 44:15 47:23
111:6 148:19
186:5 326:21
331:1 373:15
**FINDEIS** 2:16
**finding** 210:11
227:5 267:19
421:19
**findings** 133:14
133:15 234:18
337:18 339:8
339:24 341:14
341:15 352:10
352:19 353:14
365:24 407:21
408:5 409:1
422:18
**fine** 37:20 62:9
63:7 113:18
118:23 131:16
177:12 212:20
250:19 251:21
372:11 373:20
373:21 374:2
**finish** 176:10
204:23 306:19
340:2 365:9
**finished** 295:15
306:19 354:2,4
423:12
**fire'** 156:9
**firm** 2:3 192:22
**first** 10:14 25:8
47:5,12,14
48:17,19 74:14
74:16 84:17
120:15 133:12

152:2 169:9
199:20 200:3
220:12 226:24
244:4 247:11
250:10 256:23
264:16,18
293:24 302:21
303:17 306:10
308:5 309:4,18
316:7 327:14
332:15 340:2
342:4 344:11
345:17 371:8
390:2 395:6,9
412:2,6 417:12
417:24
**firsthand**
162:23,24
393:13
**FISH** 2:19
**fit** 191:23
**five** 24:19
105:13,20
212:11 389:22
390:10 391:21
392:13 421:1
**flagella** 216:15
216:16
**flagellum** 217:9
**flags** 174:16
**flames.'** 156:11
**flat** 146:6
**flawed** 172:23
173:14,18,23
202:6,13
353:17,23
354:9 356:22
**flaws** 37:16
221:8 330:20
331:7 332:18
333:7 350:14
350:20 351:4,9
352:5
**Fletcher** 8:7
334:16
**flies** 25:15
**FLOM** 2:22

**flow** 222:23
223:9
**flow-volume**
7:17
**flowing** 317:7,10
319:19
**fluid** 237:20
274:17
**FLW** 1:7
**focus** 15:5 27:12
163:12 311:12
**focused** 54:13
66:12,20 71:4
86:10 187:12
**folder** 356:14
**follow** 17:22
177:23 291:14
384:22 385:11
**follow-up**
423:22
**followed** 299:10
346:22
**following**
122:18,20
126:12 200:1
345:6 347:7
357:15 358:18
360:6 369:2
380:13
**follows** 10:17
**footnotes** 42:12
42:20
**forced** 219:9
**forcefully** 219:1
222:10
**foregoing** 426:6
426:10 429:6
**foreign** 132:17
136:11
**Forest** 2:12
**forget** 198:24
**form** 12:7 14:18
16:6 17:1,16
18:1,23 19:12
26:9,21 27:9
28:16,21 29:11
29:21 30:6

Michael Birrer, M.D., Ph.D.

| | | | |
|---|---|---|---|
| 31:6,18 32:1 | 121:16,24 | 194:19 195:10 | 357:1 358:20 |
| 32:15 33:7,22 | 122:13,24 | 196:10 197:14 | 360:2 361:2,16 |
| 35:1,19 36:9 | 123:9,19 124:4 | 198:1 200:19 | 362:19 363:6 |
| 37:2 40:22 | 124:22 125:3 | 202:23 203:9 | 363:24 366:23 |
| 41:16 42:24 | 125:13 126:15 | 203:17,24 | 367:15 368:2 |
| 43:12,23 45:4 | 126:24 127:7 | 204:13 206:7 | 372:2,10 |
| 46:11 47:8 | 127:16,24 | 206:12 207:4 | 374:17 375:6 |
| 49:4 51:6,11 | 128:9,21 129:7 | 207:14,23 | 375:10,24 |
| 51:22 52:9,17 | 129:18 130:5 | 208:8,24 | 376:9 377:15 |
| 53:4 54:3,20 | 130:15 131:4 | 209:20 210:14 | 377:23 378:9 |
| 55:5,7,19,19 | 132:22 133:7 | 211:12 212:2 | 378:15,22 |
| 55:21 56:3,6 | 133:21 134:8 | 214:16 215:2 | 379:4 380:23 |
| 56:18,24,24 | 134:24 135:10 | 215:13 216:6 | 381:5,16,23 |
| 57:2,10 58:13 | 135:19 136:5 | 217:13 218:5 | 382:18 383:13 |
| 58:20 59:17 | 136:13,23 | 219:11 220:1,8 | 383:18 384:4 |
| 60:3,9,20 61:3 | 137:15 138:1 | 221:17 222:1 | 384:14,20 |
| 61:10,24 62:16 | 138:10,21 | 222:14 223:2 | 385:2,8,16 |
| 63:9,20 66:19 | 139:8,14,22 | 223:21 224:4 | 386:7 387:5 |
| 67:22 68:4 | 140:4,12,22 | 224:13,21 | 388:4,11,18 |
| 69:12 70:14 | 141:18 142:1 | 225:4,13,19 | 389:6,15 390:1 |
| 71:2 72:1,8,19 | 142:10,19 | 226:1,8,14 | 390:14 391:2,9 |
| 74:9 75:24 | 143:4,10,18 | 228:1,20 229:6 | 392:5,9 393:7 |
| 76:13 77:11,18 | 144:1,10,21 | 229:18 230:23 | 394:16 395:23 |
| 78:1,23 79:22 | 146:6,8,14 | 231:16 232:3 | 396:12,22 |
| 80:20 81:20 | 147:5 152:23 | 232:16 233:3 | 397:6 398:10 |
| 82:13 84:9 | 153:14 154:12 | 233:12 236:3 | 398:21 399:9 |
| 85:3,8,10,17 | 154:17 155:13 | 236:18 237:5 | 399:18 400:5 |
| 87:3 88:17 | 156:16 157:18 | 238:4,11 239:8 | 400:15 401:3,7 |
| 89:3,9 90:6,13 | 158:9 159:7,14 | 239:17,24 | 401:21 403:1 |
| 91:6,23 92:4 | 160:19 161:11 | 240:8,17 241:1 | 403:21 404:5 |
| 92:16 93:2 | 161:19 163:18 | 242:6,16 | 404:13,24 |
| 94:17 95:6 | 164:19 165:17 | 243:11 245:19 | 405:12,22 |
| 96:4,17 97:8 | 168:1,23 | 245:24 246:9 | 407:23 408:7 |
| 97:24 99:12 | 169:23 170:13 | 250:15 251:12 | 408:16 409:3 |
| 100:4 101:12 | 171:20 172:11 | 251:18 252:17 | 410:9 411:5,12 |
| 103:11 104:18 | 172:19 173:16 | 253:1 255:6,17 | 411:22 412:9 |
| 105:6 106:12 | 174:1,20 175:4 | 256:20 257:12 | 412:18 413:9 |
| 107:23 108:11 | 178:3 179:3,9 | 257:18,22 | 414:1 416:1,11 |
| 109:12,18 | 181:6,13 | 258:1,20 259:2 | 417:23 418:11 |
| 110:2 111:10 | 182:21 183:19 | 259:7,22 | 419:2 420:9,22 |
| 111:20 112:15 | 184:15 185:7 | 260:12,22 | 421:15 422:21 |
| 112:22 114:9 | 185:13,21 | 261:11,22 | 423:7 429:10 |
| 115:14 116:11 | 186:3,18 187:9 | 262:16,24 | 350:11,22 | **formal** 106:18 |
| 116:20 117:6 | 187:19 189:7 | 263:14,17,24 | 351:16 352:2 | 294:20 401:7 |
| 117:14 118:8 | 190:4,12 191:1 | 264:8 265:3,9 | 352:21 353:9 | **formation** |
| 118:16 119:16 | 191:15 192:4 | 265:22 266:6 | 354:11,22 | 397:24 |
| 120:14 121:7 | 193:5,14 | 266:17 267:1,7 | 355:14 356:6 | **former** 38:7 |

Michael Birrer, M.D., Ph.D.

160:17 390:3
**forms** 57:17
70:21 146:9
192:23 295:23
**forth** 337:12
**forward** 306:23
**fosters** 151:16
**found** 31:2,7
120:11 137:2,2
137:6 155:23
180:13 182:15
182:22 204:2
264:21 282:24
286:18 296:5
408:20
**four** 167:13
254:20 256:16
372:19 388:23
389:11,21,22
390:9 391:21
392:13,13
**fragrance** 55:14
84:14 88:2,10
88:10 89:21
91:15 108:19
**fragrances**
87:17
**Fran** 5:10 153:5
153:5 157:21
157:22
**Fran's** 153:22
**frank** 174:4
**Frankly** 148:7
**free** 5:12 68:8
68:10 162:13
286:19
**frequently** 17:3
93:20 268:18
271:8 274:18
338:1
**Friday** 1:11
**front** 59:21 64:7
64:14 174:16
345:14
**FT33** 358:7
377:10
**fuel** 156:10

**full** 158:23
309:4
**fully** 14:21
235:17
**fun** 176:17
**functional** 156:4
**functions**
151:17 164:9
**fund** 362:3
**funded** 14:21
323:5,9
**funding** 317:16
323:15
**funds** 317:17
323:24
**further** 183:10
302:3 341:20
350:16 423:19
424:18 426:13
**future** 332:24
333:24
**FWD** 8:13

___
**G**
**gain** 13:2 128:4
**Garber** 2:9
114:6,12,14
176:13 291:5
291:12 367:4
392:23
**gas** 275:12,22
**gee** 174:8
**gene** 8:23
311:23 371:18
401:12 402:7
405:8,9,17
**general** 4:23
16:8 26:23
27:4,11,16,18
32:18 33:4
53:19 71:19
76:14,18 79:1
95:12 97:2
108:24 113:4
118:3 119:4
149:24 150:13
150:14 151:20

152:20 163:21
164:17 165:1
191:21 193:2
298:7 306:9
307:2 323:11
346:9,20
397:24
**generality**
397:11
**generalization**
314:17
**generally** 16:23
53:23 67:19
150:18 154:21
154:21 156:13
221:12 237:19
361:20 364:1
389:2,10
394:17 399:2
**generate** 43:24
44:10 138:17
**generated**
366:21 374:12
**generates**
151:14
**generation** 5:7
134:20 150:10
190:21 295:21
305:2 406:24
408:9,12,13
417:17
**generous** 335:13
**genes** 156:5
360:13 371:22
402:10,15
403:23 404:2,3
404:6
**genetic** 147:21
147:24 151:14
156:8
**genicity** 166:5
**genital** 17:22
28:4,8,12,24
29:7,17 30:2
99:4 116:14
118:4 121:5,11
121:20 122:6

124:2 126:21
128:4,16 130:9
195:8 206:19
214:14 215:9
217:24 224:10
224:19 226:20
227:23 229:1
230:9,20,24
231:22 232:12
235:11 237:17
238:2,18
240:15 241:20
274:24 276:24
277:6,21 280:2
417:15
**genitalia** 125:11
125:16 126:3,7
**genitals** 125:8
276:18 284:2
**genome** 151:13
164:14
**genomics** 15:8
26:6 32:12
35:9 361:10
**genotoxicity**
303:18
**genotyping**
361:7
**gentle** 184:6
**Geographical**
9:13 415:19
417:5
**geologic** 414:9
**geologist** 54:24
**Georgia** 3:4
**germ** 95:14,15
**Gertig** 139:1
**gestalt** 65:18
**getting** 72:11
147:15,23
219:16 275:1
349:1
**Ghassan** 8:3,10
**Ghio** 295:1,3
**GI** 171:5
**give** 13:3 30:11
50:13 73:3

81:11 100:8
113:15 128:22
167:5 191:21
195:2,2 228:5
244:1 246:20
274:16 283:19
288:3 292:9
294:11 329:12
329:21 356:11
**given** 13:10
98:11 102:6
115:5 140:16
184:3 223:14
355:17 383:22
426:12 429:8
**gives** 33:13
343:17
**glad** 83:15
**glass** 402:5
**glasses** 20:2
**gleaned** 36:23
**global** 149:2
**globally** 305:22
**Glove** 199:23
**gloves** 190:17
199:15,15,16
199:17,21,22
200:5,11
**go** 24:15 36:16
36:16,22 37:13
41:11 44:12,14
46:4 48:2,9
54:15 55:13
80:21 88:22
89:14 93:16
94:18 111:21
111:24 113:21
116:22 149:12
165:5 172:23
174:5 177:9
178:22 198:10
198:11 199:10
203:5 206:16
207:6 212:24
221:6 229:11
232:4,7,11
233:15 239:9

246:19 249:24
264:11 282:23
294:11 298:12
302:3,11
306:18 311:5
316:2,9 321:19
329:3 331:21
334:9,9 343:15
349:9,20 357:9
364:24 367:20
370:14 372:13
375:4,18
379:24 384:15
387:19 388:5,8
391:10 393:20
413:3 414:9
416:14,17
419:16
**goes** 11:10 23:16
91:10 151:22
326:4 337:12
**going** 21:15
37:12 54:15
72:4 73:6 94:8
94:11 95:1
105:9 114:7
115:19 162:6
176:8,14
177:12 194:21
199:10 227:18
228:7,12 247:4
261:24 268:11
272:9 277:21
291:19 301:21
302:15 304:10
306:23 308:24
316:5,7,11
356:11 358:16
364:16 368:6
370:16 371:7
377:4 383:8
386:2 388:12
395:24 398:13
417:12
**gold** 144:4
**Golkow** 10:3
**gonna** 32:7

48:10 64:8
73:3,4 80:13
81:11 101:17
113:4 141:8
152:7 153:18
161:22 171:1
174:5 232:7
253:18,24
259:16 261:2
281:21 284:6
288:3,3,7
295:6 306:7
327:16 329:3
329:20 337:19
374:24 376:1
377:1 381:19
406:7
**good** 20:19,24
20:24 21:8
77:14 81:3
82:8 99:1
105:10 106:2
145:12 154:18
177:6 186:1
221:18 253:11
253:12 269:13
284:19 306:20
306:20 308:17
330:14
**GOS** 34:11
**Gotta** 349:20
**gotten** 147:19
306:3
**Gourley** 5:17
167:21
**governmental**
48:7 189:3
**GPX** 360:19
**GPX1** 360:11
**grab** 64:8
**grades** 85:24
**granulomas**
191:5 200:7
251:2 252:9
**graphs** 369:6
372:24
**grappling** 160:3

**great** 18:16
86:11 105:17
196:14
**greatly** 337:17
341:13
**Green** 254:9,10
**ground** 19:15
**group** 18:21
34:4 68:6
75:16 117:3
362:2 417:9,10
**groups** 271:20
**growing** 135:3
**grown** 358:17
**growth** 150:22
151:9 155:24
263:19
**GSR** 360:11,19
**guess** 12:22
18:24 66:2
75:8 79:16
100:14 148:7,8
216:20 225:20
320:24 378:17
386:8
**guessing** 77:1
336:16 337:19
**guidance** 43:2
74:19
**guideline** 79:1
**guidelines** 76:18
79:11
**Gupta** 5:14
**guys** 176:14
**GWAS** 75:14,15
76:14 78:3,4
78:12
**GY** 75:9
**GYN** 311:24
321:9 328:17
**GYN-188-1020**
8:9
**gynecologic**
8:10,19 30:24
35:14 38:22
133:4 170:21
229:20 312:10

327:21 329:5
329:10 331:23
332:8,13 333:4
347:12 391:17
394:2 400:9
**gynecological**
38:6 169:15
213:22
**gynecologist**
30:23 35:13
**gynecologists**
229:16
**gynecology**
225:10,10

**H**

**habit** 140:1
263:20 264:1,2
**habitual** 97:6,11
**half** 47:15
105:10
**half-a-day** 14:19
**hallmark**
151:16 152:15
**hallmarks** 5:7
149:1,23
150:10,17
151:7,13,24
152:4
**Halperin** 2:23
**Hamilton** 94:7
**Hanahan**
148:24 149:7,8
149:10
**hand** 21:15
150:11 178:10
**handing** 267:24
**handle** 386:8
**hands** 96:14
**handwritten**
8:16
**hang** 94:6
317:12 403:6
**hangs** 300:8
**happen** 129:15
271:9 277:10
378:19

**happened** 45:2
**happening**
292:16
**happens** 274:22
299:22
**happy** 30:14
50:13,23 221:7
232:11 241:2,2
324:15
**hard** 80:6 98:5,5
98:10,14 99:5
158:2 192:15
193:15 326:23
369:1 379:5
384:22 385:11
**harm** 181:17
**hat** 219:7
**Hawaii** 102:15
355:5
**Hawaii's** 102:16
**hazard** 115:5,20
**head** 46:22
98:17 114:20
217:18 253:5
**heading** 151:24
247:22 316:14
316:19 318:7
319:13,15
320:20 322:22
324:11
**heal** 152:13
**healing** 191:21
**health** 4:15,24
48:14,21 49:10
51:1,8 53:20
53:24 54:8
63:13 68:15,18
71:21 90:4,11
92:2 121:3
129:4 180:23
181:3,11,23
182:6,7,7,15
184:8,12,18
186:10,12,22
187:16,16
188:17 189:5
189:10,16

Michael Birrer, M.D., Ph.D.

200:13,23
201:16 202:17
202:18 264:5
410:20 413:1
**healthcare**
200:6
**hear** 213:21
**heard** 162:24
288:9
**hearing** 13:3
27:11 426:12
**hearsay** 292:20
**heart** 299:9
**heavy** 55:13
70:17 89:21
108:15 129:11
265:19
**held** 1:15 10:6
**Heller** 5:23 6:22
203:3,6,15,21
205:20 206:20
267:18,21
279:11
**help** 79:10
325:10 332:23
**helpful** 167:8,10
303:8 329:13
383:23
**hesitate** 250:5
**hey** 42:5 197:5
**high** 82:6 194:3
195:19 272:3
402:8,9,17
405:4
**high-quality**
418:24
**higher** 268:18
271:8 279:14
**highest** 228:15
**highlight** 342:4
346:7 395:9
**highlighted**
167:5,9 329:12
**highlights** 46:20
395:6,13,15
**highly** 120:9
**Hill** 63:23 66:9

66:13 145:22
**histologic** 95:10
116:16 117:12
117:17 121:13
378:7
**historic** 147:17
**historical** 7:3,8
7:9 283:1
286:21
**historically**
147:6 303:15
**history** 166:12
169:14 268:20
271:6
**hold** 201:7
**home** 50:22
100:17
**homogeneous**
192:17
**honest** 37:12
170:15 300:18
**honestly** 19:19
188:24 274:12
373:9
**Honolulu** 355:2
355:3
**honored** 306:1
**hope** 77:19
112:8 332:23
356:2
**HOS** 375:20
**hospital** 11:23
**host** 156:2
**Houghton** 139:1
**hour** 105:9
365:5,10
**hours** 23:20
24:14,16,23
334:21 402:8,9
402:17,19
403:11,12
404:18,21
**house** 100:15
**household**
100:12 271:16
271:24 272:2
276:5 278:4

279:7
**housekeeping**
371:18
**How's** 299:13
**huge** 145:5,16
184:19 318:22
416:5
**Huh** 104:4,5,6
259:8
**human** 8:23 9:3
9:14 15:21,24
132:6 142:14
182:7,7 183:6
184:8 187:16
188:17 202:11
202:11 235:5
267:19 305:8
358:1,3,4,6
376:3 401:13
403:12 415:19
415:23 417:5
419:24 421:5
421:21 422:1
422:13
**human'** 130:21
**humans** 4:21
117:3 180:2
234:24 235:13
307:8 414:12
**humans'** 406:13
**hunch** 291:1,1
**hundred** 147:16
**husband** 269:1
270:1
**hygiene** 146:11
146:12
**hypothermic**
255:21
**hypotheses**
196:12
**hypothesis**
122:14 127:14
133:16 196:22
279:22
**hypothesized**
122:5 220:12
**hypothesizing**

219:18 227:17
**hypothetical**
92:24 93:4,5,8
222:16 281:4
284:12,16
291:20
**hypoxia** 397:2
**hysterectomies**
137:10
**hysterosalpin...**
227:8

___

**I**

**i.e** 295:16,20
**IARC** 4:20
19:10 50:1
67:1,12 69:16
70:6 71:4,8,15
73:10 148:12
148:13 177:16
178:23,23
179:6 180:3,21
180:22 184:23
187:4 234:22
235:6,10 242:8
262:7,13
264:12
**ID** 8:14
**idea** 19:13 43:1
44:17 75:10
161:7 227:11
227:12,14
338:17 344:9
355:24
**identical** 370:4
**identification**
20:16 21:5,17
48:12 49:17
50:6 53:13
81:9 113:24
149:15 153:16
162:4 166:21
199:8 205:22
209:14 210:5
234:2 246:23
253:22 264:14
268:3 281:19

282:2 287:19
294:14 301:19
311:8 320:4
329:1,18 366:6
393:22 400:22
406:10 409:14
415:2
**identified**
141:23 184:9
**identify** 31:19
67:17 80:10,17
81:17 128:18
**identifying**
44:16
**Ignace** 167:15
**ignorance**
299:24
**iii** 182:10
**Illinois** 3:9
**IM** 254:4 377:3
**image** 237:21
**imagine** 383:21
**Imerys'** 7:9
**Immortal** 358:5
**immortality**
151:11
**immortalized**
15:18 303:16
305:7 358:6
376:10,14,16
377:3,11,18
421:7
**immune** 152:12
**immunosuppr...**
156:1
**impact** 129:4
139:12 155:2
180:15 283:3
330:2
**imperative**
427:14
**implemented**
364:6
**implicates** 133:1
**implication**
251:22 349:3
**implications**

Michael Birrer, M.D., Ph.D.

155:21
implicit 347:17
implied 117:19
implies 237:11
333:23 350:6
364:3 383:20
imply 110:8
146:8
implying 165:23
305:24 313:3
339:11
importance
146:2 314:4
315:2
important 16:21
52:7,12,15
56:22 57:5,6
76:22 88:24
89:23 90:1,9
97:9 99:14
134:17 138:15
143:1 145:1,17
145:21 165:24
181:20 237:23
289:1 303:5
307:23 309:24
310:1 336:4
337:3 346:9
397:14
importantly
89:16 349:23
impossible
292:18
impression
41:14 52:11
275:12 296:10
impurities 85:12
89:7,10,20
187:6
inaccurate
352:10 371:24
inadvertent
152:14
inappropriate
287:8 352:16
incidence 275:5
279:14

inclined 143:8
include 72:15
94:8 95:14
101:23 130:22
135:6 147:1
150:21 151:8
157:24 158:5
169:11 242:11
249:14,19
256:16
included 15:4
43:10,16 71:8
106:6 173:11
173:22 385:5
391:23
includes 70:21
264:21 276:5
297:20
including 11:1
14:3 146:11
161:7 169:15
200:6 214:2
252:5 360:15
inclusion 110:9
255:14
inclusive 118:17
170:1
incompetent
109:10 110:4
110:11 185:19
inconclusive
143:23
inconsistent
287:6
incorporates
22:17
incorrect 214:24
215:11,20
217:22 218:2,3
increase 118:5
133:17 214:9
234:20 235:23
236:1,7,10,14
299:1 332:10
339:2,14
340:14 352:22
increased 8:6

28:1 117:10
120:11 122:9
136:1,20
234:19 248:6
248:12 249:4
255:2 275:5
278:5 406:22
406:23
increases 116:16
134:21 403:18
404:18
increasing
121:21 134:21
152:3 164:13
283:12
independent
68:24
indexes 7:18
Indian 419:20
indicate 142:15
183:8 322:14
341:4,5
indicated 237:3
indicative
143:15 182:16
183:11,16
indirect 227:3
indisputable
127:5
individual 99:17
100:7 101:10
221:7
individually
65:23
individuals
75:11 78:6
81:1,3 83:5
186:6
individuals'
35:24
induce 134:15
164:9 397:16
417:17 419:22
induced 406:22
induces 146:24
349:17
inducing 164:13

274:10
induction 9:12
135:13 295:20
415:18 417:3
Industrial 6:21
inert 123:24
257:16,19,23
258:2,18,24
259:14 260:8
infection 137:8
397:2
infections
152:13
infiltration
137:21
inflammation
5:9,13 122:8
130:12 133:2
133:18,18
134:2 135:5,13
135:22 136:1
136:17 137:11
141:15 151:16
152:9,12
155:10,20
156:10,24
157:4 163:3,15
191:8,19,20,23
200:7 247:22
248:3,5,12
249:16,21
250:24 251:19
305:2 397:2
417:18
inflammatory
94:15 95:2
118:11,13
119:2,3 122:11
132:18 134:16
135:8,23 136:2
137:7,20,22
152:17 155:22
156:5,6 157:10
157:11,15
161:9 163:8
169:17 190:9
190:22 191:3,6

191:9,12
247:23 248:4,8
250:2,18,22
251:9 252:9
287:6 334:18
influence 68:10
68:13,19
influenced
210:3
inform 332:6
information
17:14 44:1
51:16 65:11
172:4 229:24
236:23 242:2
290:19 337:2
374:8 385:4
398:7 418:13
ingredient
410:18 412:23
inhalation
195:20 270:6
278:10
inhaled 193:24
196:16 235:6
274:8
inherent 128:12
140:16
inheritable
309:11
inhibition 156:6
349:17
Inhibitors
255:20
inhibitory 9:9
inhibits 156:7
initial 24:18
276:12 340:16
initially 301:9
403:10,10
initiation 147:9
148:11 164:11
313:16 314:13
342:5 346:5
initiators 137:12
injections 194:5
innate 152:12

Michael Birrer, M.D., Ph.D.

INOS 398:23
inquiry 336:5
inside 195:22
  326:3
instability
  151:14 164:14
instance 98:22
  194:7 367:9
instigation
  305:3
Institute 242:16
  246:13
institution 76:19
  76:21 362:3
institutional
  362:1
institutions 76:7
  76:7,9 77:2
INSTRUCTI...
  427:1
insufficient
  346:10
insulation
  195:20
insulted 73:6
integrating
  35:22
intend 30:11
  32:10 189:15
intended 16:23
intending 90:3
  90:11
interacted
  304:23
interacting
  122:7
interactions
  102:24 322:2
intercourse
  219:14,15
  222:11
interest 16:16
  121:3 289:7
  320:9 321:19
  326:24 333:23
  353:7,10,10
  355:11

interested 78:11
  289:20 290:6
  292:3 426:15
interesting
  16:20 18:7
  184:16 223:9
  255:18
interests 320:14
interleukin
  404:9,14
intermediate
  141:14
internal 125:1
  125:11,16
  126:2 212:6,9
  290:12 292:17
  326:16
international
  67:13 249:9
interpret 30:21
  379:5 384:8
interpretation
  305:19 408:21
interpreted
  111:16,18
  237:12 339:13
interrupt 19:16
  24:2
intraperineal
  255:21
intraperitoneal
  95:2
intratracheal
  194:4
intriguing 339:3
  352:22 353:5
introduced
  222:10,23
  226:12
introduction
  150:20 151:1,6
  155:17 164:3
  177:21 188:11
  188:14 346:18
  413:19 417:13
  418:8 419:12
introductory

412:7
invasin 151:12
invasion 163:11
inversely 145:23
invested 68:7
investigated
  313:12
investigation
  250:8 314:9
  315:22 342:7
  342:10 389:21
investigations
  396:15
investigators
  308:9 341:3
  413:21
invite 333:24
invited 16:15,19
  155:8 394:8
invoice 22:21
  23:16
invoiced 23:21
  24:13,13
invoices 23:12
  25:1
involve 14:2
involved 24:19
  26:12 81:4
  110:20 135:5
  152:4 174:3
  286:3 290:10
  291:20 312:4
  340:10
involves 14:14
IRB 18:20 19:7
iron 410:10
iron-mediated
  9:7
irrelevant 55:1
  55:11,18 56:2
  56:15 280:15
  352:19 353:3
  353:14 412:5
  415:22 416:9
  421:17
isolated 358:12
issue 57:22

59:21,23 60:10
  84:10,22 85:21
  99:10,18,22
  131:11 143:7
  186:21 237:21
  250:24 251:3
  254:8 280:15
  296:13 301:1
  307:21 313:23
  317:7 318:23
  319:18,20,22
  322:7 343:8
  346:24 424:11
issues 6:15
  40:19 96:15
  139:19 237:22
  250:18 275:20
  295:23 393:15
  424:15
iteration 44:15
ix 247:6

_____
        J
_____
J 2:16 58:8,8
  325:16
J-funded 325:16
J.D 2:5
JAMES 3:9
James.mizgal...
  3:10
January 7:11
Jason 6:16
  253:4,7,13
  254:1 256:7
JERSEY 1:2
job 24:3 89:24
  292:15
John 2:13
Johnson 1:4,4
  2:18,18 7:3,8
  7:13,13 20:7,7
  24:6,6 25:9,9
  39:21,21 83:17
  104:11,11,15
  104:15,24,24
  105:4,4 161:6
  161:6,15,15

189:4,4 283:2
  283:2,12
  285:14,14,18
  285:18 287:13
  324:16,16
  325:3,3,9,9,23
  325:23 326:8,8
  327:1,1 328:8
  328:8 355:22
  355:22
Johnson's 7:3,8
  56:23 83:17
  84:6,6 86:3
  120:22 259:19
  282:14 283:5
  283:12 286:20
  287:13
journal 6:21
  16:15 17:12
  150:3,5,8
  154:9 162:12
  171:16 254:9
  254:10,12,13
  255:22 257:10
  288:8,9,13,24
  292:10 321:18
  327:13 328:4
  329:4,7,8,9
  332:11 333:1
  333:11 334:1,6
  342:16 398:3
  413:18
journals 154:15
  289:23 290:2
  291:17 322:3
  329:24 394:13
JR 2:13
Jrestaino@re...
  2:13
judges 12:2
judgment 90:20
Judith 38:22
junior 17:3 78:8

_____
        K
_____
K-U-N-Z 226:17
Kane 39:15

Michael Birrer, M.D., Ph.D.

**Kardashians** 293:3
**Karlan** 243:22 244:11
**Karlan's** 244:22
**keep** 22:12 176:8,14 205:6 256:8 354:1
**kept** 393:11
**Keskin** 94:24
**Kessler** 38:11,12
**key** 307:17 334:18,21 342:5 344:13
**kidney** 105:18
**kin** 426:14
**kind** 64:23 72:11 87:16 237:3 256:6 270:15 271:10 296:16 305:22 306:3 308:19 399:23
**kinds** 410:19 412:23
**Kirkman** 171:4
**kits** 364:5
**knew** 7:13
**know** 16:11 17:12 19:17,21 25:16 32:7 33:8 37:4,6,19 37:22,24 38:9 38:18,24 39:2 39:5,8,10,11 39:14 40:5,11 40:12,13 48:19 50:15 51:1 52:22 54:17 56:19 57:3,5,6 58:14 63:1,4 66:21 68:21 78:12 79:7 80:7,18,23,24 82:6 83:17 84:10,17 85:4 85:4 86:7,17

86:17,18,21 87:13 88:8,12 88:14,24 90:1 90:9,14 91:15 93:4 95:14 96:21 97:11 99:14 102:21 102:22,23 103:1 104:1,4 104:5,6,9,14 104:23 105:3 109:1 110:3 113:6,17 114:15 120:23 121:2 127:11 137:5 138:11 138:12,22 139:15 140:5 145:3 147:18 149:7,7,8,9 153:22 155:3,4 155:7 157:20 157:22 158:13 159:18 167:3,3 167:15,16 170:2,18,20 171:2 174:6,24 176:21 184:22 185:15 186:12 186:15 187:11 187:23 188:24 189:4,8,22,24 190:7,19 191:16 192:19 192:22 194:11 194:15 195:19 195:20 196:1,2 196:2,8,11 198:15 202:7 202:14 203:6 203:21 204:6 204:11 213:3 215:4,23 216:3 216:9 217:4,18 220:2 223:3 224:1 225:1,7 225:8,10,16

227:4 228:12 228:21 229:14 232:18 236:19 237:21 238:23 239:18 241:14 241:22 243:12 245:20 246:18 250:9,16,17 251:15,20 253:4,7,7 255:18 259:11 259:24 260:23 261:12,16,23 262:3 263:4 269:14 270:23 271:18 272:22 274:2,13,22 275:4,18 276:11,11,23 277:8,13,14,17 278:20,22 279:3 281:14 283:17,22 284:6 285:9 286:6,10,18 288:7 290:13 291:14 295:1,2 295:2,4 296:17 298:22,23 299:14 301:4,9 301:22,23,24 305:20 308:12 308:12 310:3 311:18 312:23 313:19 318:2 321:6 322:1 326:4,4,16 328:13 334:11 336:17 340:15 340:23 342:14 344:2 350:15 352:7 353:18 354:16 361:17 362:20 363:7 364:6 372:17 375:8,19,20 378:1,3 379:8

379:15 381:6,7 381:20 382:10 384:15 390:2 391:3,11 393:10 394:7 394:10 396:5 397:8,22 404:15,16 410:12 412:20 413:6,10,15 416:5 417:8 420:15,18 422:5,12
**knowing** 114:4 237:11 318:8
**knowledge** 86:2 86:19 96:10 186:4 205:19 220:6 287:13 307:7 321:17 321:21 325:8 325:22 338:18 355:21 393:13
**knowledgeable** 77:21
**known** 266:2,15 267:4 396:18 397:16
**knows** 223:19 256:15
**Kunle** 245:5,6,6
**Kunz** 226:17

_____
**L**
**L** 2:9
**lab** 14:21 16:4 40:12 83:2 104:16 105:4 145:17 168:4 209:6 235:5 311:12 317:8 317:10,17 323:24 324:1 360:18 363:10 363:12 364:6 373:5 384:11 385:6 386:1

**lab-based** 107:1
**label** 87:10,14 228:11
**labeled** 67:3
**labeling** 110:3
**laboratory** 15:6 40:3,11 144:24 271:10,19
**laboratory-ba...** 33:9 40:2
**laboratory-de...** 144:7
**labs** 363:8
**lack** 128:13 156:22 206:2 235:4 290:13 295:14 333:23 408:17
**lacking** 378:6
**lacks** 221:4
**lad** 80:23
**Lancet** 154:5,9 154:24 155:9 158:5 159:4 161:17 162:17 166:24 169:3 173:3
**landmarks** 210:4
**Langseth** 418:19,23
**language** 43:18 213:15 331:9 332:16 333:5
**large** 212:4 243:14 426:20
**larger** 86:7 140:9 247:22
**late** 169:13
**latency** 138:5
**latitude** 290:3
**law** 1:16 2:3,11
**lawsuits** 257:2
**lawyer's** 46:12 430:1
**lawyers** 20:7 103:21

Michael Birrer, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| **lead** 74:3,6 | 72:6,15 73:1,7 | 339:2,13 | 45:18 46:24 | 182:12,12 |
| 209:5 | 198:13,14 | 341:14,15 | 74:24 87:13 | 188:12 192:13 |
| **leading** 122:8 | 294:16 296:20 | 342:9 352:10 | 165:20 254:20 | 192:15 193:15 |
| 136:18 150:11 | 332:1 333:20 | 357:22 367:22 | 361:8 | 193:22 197:4 |
| 163:8 | 333:22 334:2 | 371:8 375:4,12 | **listen** 341:7 | 247:6,9 250:5 |
| **leaping** 409:12 | **leukocytic** | 375:20 380:24 | **lists** 157:2,11 | 256:22 262:11 |
| **learning** 178:16 | 137:20 | 381:3 421:5,23 | **literally** 421:1 | 276:12 290:11 |
| 178:18 | **level** 106:14 | 428:4 430:2 | **literature** 31:8 | 304:20 305:21 |
| **leave** 137:4 | 125:7 130:2 | **lines** 303:16 | 35:21 41:23 | 309:17 311:17 |
| 387:22 | 382:5 | 334:19 340:7 | 42:9,11,19,21 | 335:5 343:18 |
| **leaving** 256:2 | **levels** 82:22 | 352:13 357:16 | 65:11 67:10 | 344:6 349:2 |
| **led** 249:24 250:8 | 228:15 275:18 | 357:17 358:1 | 90:15 94:22 | 364:20 369:17 |
| 250:12 | 334:21 371:16 | 358:10 361:7 | 95:7 96:11 | 374:6 390:6 |
| **left** 365:2 | 371:22 383:2 | 362:11 372:13 | 97:18 101:15 | 392:10 397:10 |
| **legend** 152:10 | 392:7 | 375:15 376:3 | 101:19 106:16 | 399:19 408:9 |
| 152:11 | **Levine** 244:24 | 377:20 379:13 | 107:14,18 | 408:12 |
| **lesion** 136:10 | 245:3 | 382:1 386:10 | 108:3,23 109:2 | **lives** 290:15 |
| **let's** 18:5 36:16 | **Levy** 39:17 | 387:12 423:5 | 109:7,8 115:6 | **Liz** 102:21,22 |
| 36:22 37:12 | **Lheureux** 5:16 | **link** 40:6 197:21 | 126:9 142:14 | **LLC** 2:11 |
| 46:4 53:18 | **LHG** 1:7 | 241:20 275:24 | 148:3 158:18 | **LLP** 1:16 2:19 |
| 68:23 73:18 | **LIABILITY** 1:6 | **linked** 5:14 | 160:14 161:16 | 2:22 3:3,8 |
| 83:12,12 113:8 | **life** 81:4 182:7 | 163:3,15 | 170:10 172:9 | **local** 122:8 |
| 124:18 125:20 | 238:15 299:4 | 164:12 165:10 | 183:6 184:19 | 397:15 |
| 137:4 148:21 | **lifestyle** 117:24 | 165:14 166:17 | 194:10 215:7 | **localized** 130:11 |
| 153:23 169:9 | 121:12 | 197:10 198:7 | 224:2 232:19 | **logo** 234:6 |
| 177:16,16,23 | **lifetime** 169:12 | **linking** 293:20 | 238:16 239:12 | **Lois** 1:19 3:20 |
| 178:5,22,22 | **ligation** 119:8 | **links** 155:19,21 | 240:13 241:5 | 10:11 349:20 |
| 182:8 183:1,1 | 119:13,18 | **lipid** 9:7,9 | 241:10,15 | 426:19 |
| 192:8 203:5 | 129:1 | 410:11 413:15 | 252:1 256:8 | **long** 24:21 91:7 |
| 206:16 213:2 | **ligations** 137:9 | **list** 5:3,5 22:22 | 276:16 279:2 | 147:18 156:12 |
| 213:17 230:1 | **light** 6:4 210:6 | 23:2 36:10 | 283:10,15 | 164:7 178:8 |
| 250:21 264:11 | **lights** 156:9 | 42:1,14 44:10 | 284:24 285:1 | 298:23 304:24 |
| 291:14,19 | **liked** 176:17 | 44:11 45:10,11 | 359:20 | 379:22 380:1 |
| 295:6 298:12 | **liking** 308:4 | 47:18 48:3 | **litigation** 1:6 | **long-lasting** |
| 299:15 306:18 | **limit** 76:24 | 69:23 71:18 | 10:4,8 11:2 | 297:17 299:16 |
| 310:17,24 | 236:24 237:9 | 72:16 78:6 | 22:13 24:1,6 | **long-term** |
| 316:2,12 319:5 | **limitation** | 79:14 81:11,13 | 25:10 288:1 | 295:24 |
| 327:17 331:21 | 140:16 | 81:17,22 82:2 | 290:10 291:21 | **longer** 104:1 |
| 334:9 343:15 | **limitations** | 82:15 88:4,18 | 297:2 320:18 | **longevity** 296:12 |
| 348:22 349:9 | 128:12 337:3 | 165:9,11 | 323:24 | **longitudinal** |
| 356:9 370:14 | **limited** 180:1,7 | 166:16 170:22 | **little** 20:9 24:4 | 99:18 |
| 376:21,22,24 | 296:21 | 186:5 192:9 | 72:22 86:5 | **Longo** 7:5,11 |
| 386:1 405:5 | **line** 54:15 | 243:5 245:22 | 126:6 131:24 | 282:24 286:11 |
| 410:15 | 150:24 155:19 | 268:10 282:11 | 147:16 158:2 | 286:18 |
| **lethal** 133:4,11 | 202:10 214:5 | 384:6 399:3 | 165:18 166:24 | **Longo's** 281:13 |
| **letter** 4:17 49:13 | 255:1,11 | 409:20 | 174:2 176:20 | 281:22,23 |
| 49:20,21 72:4 | 292:21 337:18 | **listed** 36:1,11 | 176:20 182:9,9 | **look** 21:22 33:19 |

35:24 37:15,21
44:11,23 45:13
46:4 49:21
50:8 52:4,13
53:18 65:19
67:15 70:11,17
73:18 75:9
79:4,6 81:13
92:13 108:22
148:13,14
154:1 155:9
156:19 169:9
177:16 185:3
188:5,10
194:10 213:23
214:12 231:1
232:22 233:15
234:4 247:4,6
258:12 263:9
286:19 288:14
298:23 302:12
308:8,14 311:3
311:21 315:21
318:5 319:5
322:8 325:24
326:9 344:4
348:22 349:8
356:9 368:19
374:24 381:6,7
381:17 384:16
387:24 389:11
402:13 403:14
406:6 409:8
410:7 416:18
422:9
**looked** 36:19
45:9,17 48:14
53:10 55:8,24
70:9 71:11
86:10 87:10
88:20 109:20
174:7 180:23
194:12,14
201:23 202:2
214:1 226:23
233:10,20
256:5,9 266:13

311:23 312:9
322:17 340:12
384:11,21
390:22 401:24
402:2 406:2,12
419:7 420:20
420:24
**looking** 33:17
55:1,2 71:15
79:8 80:9
92:20,20,23
93:18 110:13
151:23 164:20
165:9 188:6
210:20 231:20
233:14 266:10
290:14 300:19
300:23 301:1
305:22 310:4,4
311:11,18
312:16 348:5
359:12 368:9
370:4 371:13
395:5 401:20
401:21 410:5
**looks** 78:17
109:7 112:4
155:17 184:17
234:5 311:20
366:12 382:4
382:11,12
386:9 399:20
**Loss** 166:3
**lot** 16:10,18
24:20 36:3
51:14 65:9
73:24 76:1
83:7 84:2
106:14 117:22
147:7 173:10
178:18 186:4
195:15 223:12
228:10 231:1
237:20,22
239:18 252:8
257:4 279:2
280:1 296:23

313:20 323:8
340:12 397:21
404:6 405:7,13
405:16 421:2
**lots** 34:19
148:23
**lousy** 24:12
**low** 181:17
382:6 402:8,9
402:17
**lower** 399:3
**lubricant**
189:19
**Lubricating**
199:23
**lunch** 176:1,3
177:4,9 198:22
212:12 230:1,4
**lung** 9:14 145:4
195:23 274:7
278:12 297:21
300:2 305:5
410:12 415:20
415:23 417:5
419:24 421:5
421:16,20,21
421:22 422:1
422:13
**lying** 96:13
**lymph** 6:5
208:13,22
210:8 211:23
212:6

---

### M

**M** 2:4,13,16,21
8:3
**M.D** 1:14 2:5
4:8,10 6:16
10:9,13 429:15
**machine** 426:7
**macrophage**
193:18
**macrophages**
193:17
**magnitude**
138:14
**Margaret** 2:4

**Maine** 11:24
**major** 136:18
290:9 397:2,9
**majority** 123:3
**making** 188:9
270:16 271:1,2
296:22 322:22
385:18 389:12
**Malignancy**
157:2
**malignant** 128:6
138:6 274:17
**malpractice**
11:17,18
**manageable**
81:16
**mandated**
247:12
**manifesting**
152:16
**manner** 97:6
260:19 383:3
**Mantovani** 5:10
155:5
**manufacturer**
358:18,22
**manufacturing**
275:13
**manuscript** 8:14
8:16 47:1,6,17
75:5 319:2,3,5
319:7 320:2,12
327:15 328:8
330:19 331:5
332:8,17 333:3
335:9 345:11
348:6,18
366:12,16,18
368:22 369:7,9
370:7 382:23
391:15,18
**manuscripts**
332:10,13
**March** 1:11 10:4
23:17,19 169:3
426:17
**Margaret** 2:4

10:20
**Margaret.tho...**
2:5
**mark** 48:9 49:19
53:11 113:21
149:12 153:18
161:22 198:11
199:10 205:20
209:11 233:23
253:18,24
264:11 281:21
288:4 311:5
329:3 372:7,11
394:21 400:20
406:7
**marked** 20:13
20:16 21:1,5
21:17 48:12
49:17 50:6
53:13 64:4,8
64:11 67:2
81:9,22 113:24
149:15 153:16
162:4 166:21
199:8 205:13
205:22 209:14
234:2 246:23
253:22 264:14
268:3 281:19
282:2 287:19
294:14 301:19
311:8 320:4
327:10 329:1
329:18 366:6
393:22 400:22
406:10 409:14
415:2
**marker** 135:23
248:4 339:15
**markers** 334:18
361:5 398:17
400:2,6
**market** 83:18
84:1 90:17
**MARKETING**
1:5
**marking** 166:23

Michael Birrer, M.D., Ph.D.

247:1 409:16 415:4

**markings** 149:17,20

**marks** 387:11 387:15,16

**mask** 275:12

**masks** 275:22

**Massachusetts** 2:20 11:15

**massive** 275:8 275:11

**massively** 276:1

**match** 57:24 156:8

**material** 23:2 60:12 100:15 129:10

**materials** 20:2,8 22:23 36:11 42:16 45:10,11 47:18 129:4 224:9 295:15 357:13 358:8 384:6

**matter** 10:7 11:14 55:4 89:21 91:3,8 114:19 239:4 266:12,14 285:10 286:23 373:18 381:14 426:6

**matters** 193:17

**McCLENNEN** 2:19

**McDonald** 6:6 209:5,11

**McTiernan** 37:4 37:5 38:2

**McTiernan's** 37:19

**MDL** 1:9 10:8 104:7 281:22 281:24

**MEAGHER** 2:22

**mean** 13:12 20:9 31:7 44:11 54:14 62:23 69:1 75:7 78:2 84:12 85:11 90:15 97:15,15 100:9 112:13 126:6 131:12 140:19 148:8 159:16 166:7 170:19 179:18 192:20 210:23 218:7,7 219:17 222:15,18 223:16 231:1,5 237:7 240:3 248:18 259:10 270:15 275:6 317:4,6 351:20 353:5 358:12 363:7 368:3 373:18 374:9 411:15 412:12

**meaning** 139:1 148:5 258:2

**meaningful** 35:6 80:7 139:12 144:6,19 145:5

**meaningless** 339:14

**means** 13:13 54:17 79:15 179:20 188:24 269:17 313:2 341:11

**meant** 20:6 97:17 168:11 175:12 257:7 258:9

**measles** 80:22

**measurable** 100:21

**measure** 227:1,3

**measured** 334:22

**measurements** 210:3

**mechanism** 27:5 29:17 30:2 91:2,20,24 92:6,13,19,20 92:23 93:3,9 123:5 124:19 129:3 133:2 134:3,13 200:16 201:1 201:18 267:5 267:15 270:10 274:24 277:24 295:19 297:9 303:9 304:4 305:12 309:19 310:10,10 342:5

**mechanisms** 193:16 267:8 302:18 303:3 305:1,5 309:6

**Mechanistic** 7:20 302:5

**media** 257:1 358:17

**mediated** 128:17 166:4 410:11

**medical** 11:17 11:18 13:11,15 14:3,9 77:15 196:14 200:5 237:16 238:1,5 238:16,17 239:12 240:2 240:12,13,22 241:5,10,15 288:8,9,12 289:23 290:2 292:9

**medicine** 5:12 6:21 69:2 162:13 242:1 242:17 243:13 246:13,14

**meeting** 102:18 340:16,22

**mean** 354:20 389:3 389:13 391:7

**meetings** 41:11 102:24

**meets** 181:21

**Melville** 2:16

**member** 254:15

**members** 278:4

**memorized** 356:12

**memory** 281:16 311:16 317:14

**men** 272:2,8

**menarche** 169:13

**menopause** 169:14

**menses** 123:14 123:15

**menstrual** 222:23,24 223:9

**menstruation** 123:4 223:14 225:9

**mentioned** 46:8 103:13 154:7 241:23 245:8 246:11 330:1 411:13

**mentorship** 74:19

**merit** 332:7

**Mesothelia** 401:13

**mesothelial** 8:23 136:10 402:7 403:7,13

**mesothelioma** 195:2 273:11 274:7,10 278:6 279:5,15 295:12 297:21

**mesotheliomas** 195:3 274:12 305:6

**messages** 305:24

**met** 37:24 38:2 38:10,12,22 213:3 253:8

**meta-analyses** 142:13 172:22 183:3,5

**meta-analysis** 65:15 96:19 106:18 171:13 171:18 231:11 249:2 255:14 256:10

**metabolized** 193:3

**metal-catalyzed** 295:21

**metals** 55:13 70:3,18 89:21 108:15 129:11 265:19

**metathesis** 151:12

**methodologic** 221:8 330:20 331:6 332:17 333:6

**methodology** 53:9,23 65:2 71:15,20,22 72:16 106:5,10 106:22 148:23 178:24 181:2 186:22 210:9 295:14 350:14 350:20 353:17 353:23 354:8 356:23 358:17 388:1

**methods** 280:3 357:13 363:1,4 363:17,22

**metrics** 128:14

**Michael** 1:14 4:8;10 10:9,13 429:15

**micro-** 227:6

**microcopy**

295:17
microenviron...
  307:16,23
micrograms
  359:6
microns 86:7,13
microphone
  423:24
microscopy 6:4
  210:6 295:16
microsphere
  228:11
microspheres
  227:7
middle 75:4
migrate 122:21
  124:1 126:11
  127:4,20 128:3
  129:12 214:8
  276:23 279:10
migrating
  195:16
migration 30:15
  31:3 32:11
  37:17 127:14
  195:7,15
  200:14,24
  201:5,13,17,22
  213:18,20
  220:12 274:23
  278:16
mil 359:6
millions 214:7
min- 90:2
mind 60:7 87:23
  195:18 336:7
  377:8 413:11
  416:9
mine 162:10
  177:22 254:2
  272:14 273:3
  370:4 379:19
mine's 20:21,21
mineral 7:22
  8:24 54:22
  84:23 90:2,9
  90:19 91:3

108:3 146:5,9
  192:12,23
  193:10,11,20
  193:21 194:20
  257:16,22
  259:4 263:17
  263:19 298:17
  302:7 303:5
  401:14 403:13
mineral-induc...
  302:17 303:2
mineralogist
  250:17 420:12
mineralogy
  57:18 84:22
  86:10 87:8
  108:7 261:23
minerals 286:3
minimum
  319:22
Minister 186:10
  186:12
minute 244:1
  288:14 302:11
  304:11 321:14
  339:17
minutes 105:13
  105:20 177:10
  212:12 306:7
  364:24 365:5
  365:10 421:1
misconduct 81:5
misinformed
  111:8
misinterpreted
  109:21 111:11
  111:13,15
misleading
  408:22
missing 44:13
mixed 86:22
  234:18 420:6
mixture 83:6
MIZGALA 3:9
  18:22 50:17
  60:2 114:21
  115:1 176:11

290:22 291:2,8
Mkp3 166:4
MMT 345:4
mobile 218:9
  426:3
mode 214:10
  270:18,18
model 130:20,21
  131:13,19
  132:2,4,6
  337:18 339:7
  340:6 341:14
models 303:16
  307:6
moderate
  116:16
modern 309:5
modest 180:13
modifiable
  116:15
modifications
  397:17
molecular 8:5
  15:8 26:6
  32:12 34:23
  35:10 60:17,21
  61:6,12 325:11
  325:19,24
  327:2 400:12
molecule 148:11
  300:7
moment 164:22
Monday 5:19
money 24:5
  104:14,23
  105:3 317:7,10
  323:19,23
monies 317:23
monograph
  50:1 67:6 69:8
  69:16 70:7
  73:12 262:8,14
  263:11 264:19
monographs
  4:20 71:8
monstrous
  244:8

Montgomery
  2:4
month 47:15
  327:17
months 25:20
  254:18 287:11
  299:5 327:19
Moorman 39:8
moot 296:13,16
morning 230:9
  232:17 241:23
  273:20 374:7
mortality 249:5
Mossman 7:23
  301:22,22,23
  303:7
motile 214:7,23
  215:10,22
  216:2,10 217:5
  217:7,11,14
  218:2 229:2,10
motility 229:4
mount 156:2
mouse 147:10
  337:17 339:7
  340:5 341:14
mouthful
  397:21
move 215:8
  229:1,2 386:2
moved 214:21
  214:21 296:13
movement
  214:13 227:20
moving 216:15
  216:16 217:14
  217:16,23
  304:20
MPAFF 2:5
MRNA 371:16
  382:5 383:2
MTT 345:4
  362:7
mucinous
  170:24 171:3
Mulholland
  3:13 10:3

multiple 82:16
  100:23 151:16
  152:15 202:5
  231:10 247:15
  247:15
multitude 305:4
mumbling
  124:14 177:2
  212:22
mumps 137:7
musculoepith...
  125:6
muscutone
  266:4
mutagenesis
  303:16 307:22
mutagenic
  303:18
mutation 309:24
  310:1 391:6
mutations 164:9
  164:13 307:13
  310:5
mystified 204:1
  204:17,20
  205:10 206:1,5
  206:10

          N
N 2:1 3:1 4:1 5:1
  6:1 7:1 8:1 9:1
N.E 3:4
name 10:2
  103:12 221:11
  243:5 406:5
names 81:17
nano 414:8
  419:20,21,21
  420:2,17
Nano-Scale
  415:18 417:4
nanoparticles
  9:8
nanopowder
  414:11
Nanoscale 9:13
napkin 96:14

**NAPOLI** 2:15
**narrow** 26:24
  396:5
**narrowed** 81:15
**national** 6:12
  68:24 69:1
  235:16 241:24
  242:11 246:12
  251:7 289:22
  389:3
**natural** 166:12
**naturally** 146:5
**nature** 11:14
  33:5 68:21
  136:9 158:21
**NCI** 233:7
**neater** 376:23
**necessarily**
  44:10 68:23
  158:24 191:10
  191:23 239:11
  256:8 274:4
  297:12 393:15
**necessary** 427:4
**necessitated**
  52:12
**need** 19:21
  33:10 44:18
  50:16 62:11
  93:5 99:14
  112:23 140:8,9
  162:8 164:22
  209:24 258:11
  279:24 315:21
  336:5 345:18
  386:1
**needed** 46:13
**needs** 158:23
  205:10
**negative** 59:12
  59:15 60:11
  62:2 231:3,5,7
  231:11
**negatively** 46:22
**neither** 138:24
  139:3 256:14
  256:15 346:4

426:13
**neoangiogenesis**
  397:15
**neoplastic** 9:2
  134:19 164:10
  406:13,23
  407:8,14
**Ness** 161:8
**net** 179:10
**never** 37:24
  38:12 40:9,10
  84:19 102:2,19
  142:24 240:5
  241:18 261:12
**new** 1:2 2:16,23
  2:23 6:15 31:2
  31:8 146:18
  184:21 254:21
  255:22 267:24
  292:19
**Newport** 2:9
**news** 287:10,21
  288:5,12,17
  289:11
**Next-to-last**
  407:11
**nice** 84:13
  102:16 176:19
**nickle** 265:19
**nine** 247:9
**nitric** 137:21
**nitrogen** 396:17
**nobody's** 194:12
**nodes** 6:5
  208:13,22
  210:8 211:23
  212:6
**nods** 17:8 25:18
  49:23 98:13,19
  170:8,11
  183:15 231:7
  244:23
**non** 270:15
**nonasbestiform**
  50:2 54:10,14
  54:18 177:19
  178:1 264:6

**noncancerous**
  358:1,10,12
**nonfibrous**
  402:2,16
  403:18
**nongranuloma**
  251:3
**nonresponsive**
  211:7 346:3
**Nope** 39:16
**normal** 134:17
  163:9 305:7
  334:19,19
  349:23 358:2
  375:16 376:2,2
  376:3,11,15
  377:7 382:2
**normalization**
  360:7
**normalized**
  367:10 371:16
**North** 1:17
  213:10
**NOS2** 360:11
**Notary** 1:22
  426:20 429:22
**note** 181:20
  333:2 405:7
**notebooks** 373:6
  374:10 384:7,9
  384:12,21
  385:6,9 386:1
**noted** 10:10
  137:18 427:11
  429:11
**notes** 46:20
  430:1
**notice** 1:15 4:13
  21:14 23:4,10
  47:23
**noticed** 174:24
**noting** 399:12
  399:14
**novel** 337:2
**November** 7:6
  25:13
**novo** 337:9

**NPO** 360:19
  398:23
**NTB** 235:17
**nuanced** 33:17
**number** 10:8
  20:15 21:4,16
  48:11 49:16,20
  50:4,5 53:12
  53:22 70:1
  78:13 81:8,16
  83:23 100:1
  113:23 115:4,5
  116:3,7,14
  117:1,8,22
  118:11 120:9
  121:5,11,19
  122:4,18 123:3
  123:13 124:24
  129:10 149:14
  153:15 162:3
  166:20 169:12
  198:24 199:7
  205:21 207:15
  209:13 211:9
  234:1 246:22
  253:21 254:1
  257:2 264:13
  268:2,16
  281:18 282:1
  287:18 290:10
  294:13 301:18
  303:21 305:1
  307:2 311:7,22
  320:3 328:24
  329:17 332:10
  334:10 335:8
  335:12 337:15
  337:16 341:18
  343:15,17
  344:12,18
  345:6 346:7
  351:11,21
  366:5,8 393:21
  400:21 406:9
  409:13 415:1
**numbers** 188:6
  188:13 271:14

**numeral** 182:12
**numerically**
  390:11
**numerous** 200:5
  240:21
**NUTTER** 2:19

---

### O

**OB** 229:23
**OB-GYN**
  254:11 257:10
**obesity** 117:24
  119:9,14,19
**object** 12:7
  14:18 16:6
  17:1,16 18:1
  18:23 19:12
  26:9,21 27:9
  28:16,21,21
  29:11,21 30:6
  31:6,18 32:1
  32:15 33:7,22
  35:1,19 36:9
  37:2 40:22
  41:16 42:24
  43:12,23 45:4
  46:11 47:8
  49:4 51:6,11
  51:22 52:9,17
  53:4 54:3,20
  55:7,21 56:6
  56:18 57:2,10
  58:13,20 59:17
  60:3,9,20 61:3
  61:10,24 62:16
  63:9,20 66:19
  67:22 68:4
  69:12 70:14
  71:2 72:1,8,19
  74:9 75:24
  76:13 77:11,18
  78:1,23 79:22
  80:20 81:20
  82:13 84:9
  85:3,17 87:3
  88:17 89:3,9
  90:6,13 91:6

Michael Birrer, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| 91:23 92:4,16 | 164:19 165:17 | 245:19,24 | 324:19 325:5 | 408:16 409:3 |
| 93:2 94:17 | 168:1,23 | 246:9 250:15 | 325:13 326:14 | 410:9 411:5,12 |
| 95:6 96:4,17 | 169:23 170:13 | 251:12,18 | 327:6 331:12 | 411:22 412:9 |
| 97:8,24 99:12 | 171:20 172:11 | 252:17 253:1 | 335:3,23 336:9 | 412:18 413:9 |
| 100:4 101:12 | 172:19 173:16 | 255:6,17 | 336:20 337:8 | 414:1 416:1,11 |
| 103:11 104:18 | 174:1,20 175:4 | 256:20 257:12 | 338:3,9,14,22 | 417:23 418:11 |
| 105:6 106:12 | 178:3 179:3,9 | 257:18 258:1 | 340:21 341:24 | 419:2 420:9,22 |
| 107:23 108:11 | 181:6,13 | 258:20 259:2,7 | 342:19 343:11 | 421:15 422:21 |
| 109:12,18 | 182:21 183:19 | 259:22 260:12 | 344:1 346:2 | 423:3,7 |
| 110:2 111:10 | 184:15 185:7 | 260:22 261:11 | 347:3 350:11 | **object-** 373:9 |
| 111:20 112:15 | 185:13,21 | 261:22 262:16 | 350:22 351:16 | **objected** 253:20 |
| 112:22 115:14 | 186:3,18 187:9 | 262:24 263:24 | 352:2,21 353:9 | **objection** 22:4 |
| 116:11,20 | 187:19 189:7 | 264:8 265:3,9 | 354:11,22 | 114:2,9,9 |
| 117:6,14 118:8 | 190:4,12 191:1 | 265:22 266:6 | 355:14 356:6 | 291:7,13 373:7 |
| 118:16 119:16 | 191:15 192:4 | 266:17 267:1,7 | 357:1 358:20 | 373:13 392:18 |
| 120:14 121:7 | 193:5,14 | 267:12 269:10 | 359:22 360:2 | **objections** 21:19 |
| 121:16,24 | 194:19 195:10 | 270:8 271:13 | 361:2,16 | 22:4,10 23:5 |
| 122:13,24 | 196:10 197:14 | 272:18 273:6 | 362:19 363:6 | 23:10 47:20,24 |
| 123:9,19 124:4 | 198:1 200:19 | 273:15,24 | 363:24 366:3 | 48:3 114:8 |
| 124:22 125:3 | 202:23 203:9 | 275:3 276:7 | 366:23 367:15 | 291:7 |
| 125:13 126:15 | 203:17,24 | 277:3,16 278:8 | 368:2 372:2,10 | **objective** 319:21 |
| 126:24 127:7 | 204:13 206:7 | 278:19 279:1 | 374:17 375:6 | 334:15 335:1 |
| 127:16,24 | 206:12 207:4 | 279:17 280:6 | 375:10,24 | **objectively** |
| 128:9,21 129:7 | 207:14,23 | 280:10 281:1 | 376:9 377:15 | 300:24 |
| 129:18 130:5 | 208:8,24 | 283:8,21 284:5 | 377:23 378:9 | **objectives** |
| 130:15 131:4 | 209:20 210:14 | 284:22 285:6 | 378:15,22 | 343:21 |
| 132:22 133:7 | 211:6,12 212:2 | 285:24 286:14 | 379:4 380:8,23 | **observation** |
| 133:21 134:8 | 214:16 215:2 | 287:1,16,24 | 381:5,16,23 | 20:24 |
| 134:24 135:10 | 215:13 216:6 | 289:5,15 290:1 | 382:18 383:13 | **observational** |
| 135:19 136:5 | 217:13 218:5 | 290:8,21 292:6 | 383:18 384:4 | 144:6 |
| 136:13,23 | 219:11 220:1,8 | 292:14 293:5 | 384:14,20 | **observations** |
| 137:15 138:1 | 221:17 222:1 | 293:16 294:6 | 385:2,8,16 | 163:13 |
| 138:21 139:8 | 222:14 223:2 | 296:8 297:5,11 | 386:7 387:5 | **observe** 210:23 |
| 139:14,22 | 223:21 224:4 | 298:4,9,16,21 | 388:4,11,18 | 212:3,3 |
| 140:4,12,22 | 224:13,21 | 299:7 300:17 | 389:6,15 390:1 | **observed** 134:4 |
| 141:18 142:1 | 225:4,13,19 | 301:13 303:11 | 390:14 391:2,9 | 303:20 403:3 |
| 142:10,19 | 226:1,8,14 | 304:1,7,16 | 392:5,9 393:7 | 403:10,12 |
| 143:4,10,18 | 228:1,20 229:6 | 305:15 307:20 | 394:16 395:23 | **observing** 35:5 |
| 144:1,10,21 | 229:18 230:23 | 308:7,21 | 396:12,22 | **obvious** 58:1 |
| 146:14 147:5 | 231:16 232:3 | 309:16 310:14 | 397:6 398:10 | 214:5 409:11 |
| 152:23 153:14 | 232:16 233:3 | 311:15 313:10 | 398:21 399:9 | **obviously** 16:10 |
| 154:12,17 | 233:12 236:3 | 314:1,7,16,23 | 399:18 400:5 | 47:13 51:13 |
| 155:13 156:16 | 236:18 237:5 | 315:8,18 | 400:15 401:3 | 218:7 228:5 |
| 157:18 158:9 | 238:4,11 239:8 | 317:21 318:12 | 403:1,21 404:5 | 256:13 274:6 |
| 159:7,14 | 239:17,24 | 319:10 320:23 | 404:13,24 | **OC** 118:6 248:6 |
| 160:19 161:11 | 240:8,17 241:1 | 322:12 323:1 | 405:12,22 | **OCAC** 34:12 |
| 161:19 163:18 | 242:6 243:11 | 323:18 324:4 | 407:23 408:7 | 75:22 76:1,5 |

76:16,17,18,24
78:16
**occasional** 249:8
**occasionally**
16:19
**occupational**
100:18 271:24
276:12 410:22
413:2 414:12
**occur** 146:6
164:8 178:9
194:8
**occurred** 229:12
**occurrence**
295:22
**occurs** 146:5
257:22
**odd** 165:22
166:3
**odds** 139:11
**Odunsi** 245:5,5
**offer** 35:16 36:6
39:24
**offers** 127:13
**offhand** 232:10
**offices** 1:16
**oftentimes**
225:16 337:23
**oh** 64:7,16 70:4
73:9 88:4
132:1 154:20
162:2,8 167:5
178:5 183:4
204:10 210:18
210:20 220:17
224:14 243:1
256:2 288:8
300:7 302:23
312:14 349:22
359:15 368:9
368:10 379:18
381:11 392:15
393:20 395:14
401:20 424:2
**okay** 20:4,5,13
21:3 23:22
24:17,24 25:8

32:21 34:13
36:16 37:22
43:7 50:15
52:1 56:9 57:7
63:4,6 64:21
65:16 69:5
71:12 74:13
75:3 80:9 83:8
83:15,15 84:16
86:21 87:6
89:13 94:21
95:19 98:9
103:18 106:24
107:3 111:2,24
112:1 113:8
115:20 118:21
119:22 120:7
125:22 126:4
131:8,10,17,17
131:20 132:6,9
132:10,12
143:14 145:23
146:4 149:13
151:4 153:23
159:23 160:1,6
160:21 161:4
167:7,11 168:8
174:11,15
175:1,16 177:4
177:14 178:7
183:1 189:1
197:7,8,20
198:19 201:15
206:15 211:5
211:15 212:15
212:16,18,24
213:17 215:18
216:18 217:8
218:13,19
220:16 222:18
232:12 233:17
239:14 242:13
244:2,7 249:1
252:4 258:24
259:9 261:7,8
265:14,18
268:1,1 270:21

272:24 279:21
279:24 280:16
284:14 288:3
291:13,21
293:11 295:8
300:22 302:23
304:12 306:2
306:23 308:17
311:1,2 312:11
312:12 313:4
313:15 314:11
314:20 315:12
315:24 316:8
317:24 318:5
321:14 324:7
324:24 327:19
328:14 331:19
336:15 340:3
341:2 342:14
344:11 348:17
349:9 354:14
356:17 357:14
357:20,24
358:23 359:3,4
359:15 364:9
364:12 365:12
365:24 366:1
367:12 368:7
369:1 370:21
371:11 374:21
375:2,15
376:13,22,24
377:20 380:11
380:17 385:13
391:15 393:16
395:3,16
400:24 401:18
406:7 409:10
409:16 416:17
416:19 419:5,7
421:11 424:23
**omitted** 342:7,9
**ONC** 321:9
**once** 61:4
193:11 269:11
**oncogenic** 350:1
**oncologist** 14:9

30:24 35:14
38:7,23 213:22
**oncologists**
170:21 229:20
329:10
**Oncology** 8:11
8:19 327:22
328:17 329:5
331:23 332:9
332:14 333:4
347:12 391:17
394:2 400:9
**ones** 44:9 45:16
78:16 93:13
120:8 194:14
286:2 299:8
375:21
**ongoing** 254:9
**online** 49:10
**oops** 146:10
358:4
**open** 129:24
130:1
**opening** 413:12
**opining** 196:7
224:7
**opinion** 19:7
26:15,17 27:1
27:23 28:4,8
28:12,24 29:7
29:16 30:1
51:12,14 57:13
58:4,10 61:7
62:12 73:8
84:24 85:21
93:21 107:13
109:6 113:17
142:2 143:5
144:17 146:16
146:17 179:6
184:12 195:5
195:13 201:7
201:20 208:1
218:1 222:19
223:22 230:9
230:13 232:12
234:9 252:18

257:15,21
258:18,21
259:19 261:19
263:8 266:8
273:22 275:23
277:8,23
278:15 313:15
339:1 367:23
383:10 386:4
393:17 415:21
**opinions** 12:13
12:16,19 13:3
13:6,10 27:4,5
27:22 30:11
32:4 35:17
37:17 41:1
102:9 106:21
107:9 110:21
189:13,15
219:22 220:5
265:5 296:19
365:23 424:8
**opposed** 346:6
355:1
**optical** 295:16
**options** 170:6
**oral** 119:7,17
**oranges** 72:23
399:24
**order** 33:8 43:24
138:17 140:7
176:3 332:21
359:16
**ordinate** 369:13
**organ** 62:5
**organization**
67:20 68:2,8
68:15,18,20
242:10 292:20
389:16
**organized**
346:19 385:10
**organs** 194:1,13
**origin** 357:19
414:9
**original** 43:24
348:4 404:17

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 625 of 875 PageID: 48581
Michael Birrer, M.D., Ph.D.

Page 463

427:15
originally 103:8
  246:14
os 129:23
OSE 137:11
outline 53:23
  101:18
outlines 65:24
outside 68:10,13
  68:19 86:5
  326:2
ovarian 5:16,23
  6:11,15,22 8:6
  8:21 9:3 13:20
  13:23 15:7,9
  26:2,12 28:1,6
  28:9,13 29:2,9
  29:19 30:4
  34:9 40:6,17
  41:2 44:8
  55:11 57:12,24
  61:18 66:7
  78:7 89:18
  90:22 92:8,12
  95:11,12,13
  101:21 102:3,7
  107:15,19,21
  108:17,19
  110:20 115:10
  116:5,17
  117:10 119:9
  119:13 120:12
  121:14 122:7
  128:6,19
  130:10 131:9
  133:3,17 134:6
  134:17,17
  135:5,16 136:1
  136:3,9,18,21
  137:8,13 138:6
  138:19 139:2
  141:4,7,10,13
  142:5,17
  143:16,22
  150:19 157:8
  157:16 158:15
  161:8 165:11

165:13 166:5
166:10,16
167:23 168:20
170:17 172:3
173:5 180:13
183:10 197:11
197:15,23
198:8 230:11
230:14,21
231:14,21,23
233:1 234:10
236:10 237:23
241:21 242:17
243:20 246:4
247:1,14 248:6
248:9,13 249:4
249:13,16,21
251:23 252:23
254:21 255:2
256:17 268:6
268:18 273:12
275:6,24 278:5
279:14 283:13
284:8 288:21
293:19 299:1
313:17,20
314:5,14
334:18,19
336:13 340:10
342:6 346:12
346:14,20,23
347:24 348:3
357:17 358:2,3
376:3 395:8,11
397:16 398:16
399:15,21
406:13,24
407:7,14
410:21 411:9
413:1,21
417:16
ovaries 30:12
  122:22 123:7
  125:18,19,21
  126:12 127:21
  128:4 129:12
  132:17 194:8,9

200:15,17
201:1,2,14,17
201:19,21
203:15 206:18
220:13 223:11
227:19 267:20
269:8,19 271:7
278:1
ovary 44:8 62:5
  129:22 130:12
  136:10 169:16
  171:4 202:1,3
  221:3 268:16
  375:16 382:2
overall 121:19
  163:13 335:8
  424:8
overlapped
  392:22
overstated
  309:17
overview 346:21
overwhelming
  307:13
ovulation
  135:15 229:11
ovulations
  169:12
ovulatory
  137:19
Owen 7:14
ox- 312:22
Oxidant 398:14
oxidants 305:2
  399:5
oxidative 5:13
  8:20 122:10
  163:2,7,14
  164:12 166:4
  311:13,21
  312:5,18,24
  313:2,6,11,16
  313:20 314:4
  314:12 315:3
  342:4 394:4
  395:7,9 396:18
  397:3,13

399:15 417:18
419:23
oxide 137:21
oxidizing 312:23
oxygen 134:21
  165:11,14,20
  165:24 166:9
  166:17 396:16
  417:17 418:2
oxytocin 228:5
  228:15
Oza 167:22
  168:2,4

_____

**P**

P 2:1,1 3:1,1
  334:22
p-Cresol 266:4
P-value 382:7
p.m 230:3,6
  310:19,22
  349:11,14
  365:16,19
  370:19 407:1
  416:21,24
  423:14,17
  424:24 425:2
pace 362:10
page 4:2 36:12
  43:4 53:18
  95:19 151:23
  156:19 164:2
  177:20 182:9
  188:6,16
  199:20 200:1
  201:13 220:14
  220:15 235:1
  247:6,6,20,21
  263:12 264:17
  268:24 308:24
  309:5,5 316:11
  316:12 331:3
  349:15 398:13
  417:13 421:23
  428:4 430:2
paged 214:3
pages 37:12 72:9

247:21 429:6
paid 24:5,8
  104:10,24
  105:4 317:18
  320:16 323:24
painful 119:8,19
  296:14
Paint 147:10
pales 256:4
panel 12:2
  156:20,22
pap- 211:22
paper 47:3,16
  48:4 65:12,12
  74:21 75:12
  76:9,22 79:3
  81:7 82:5
  93:23 107:5
  111:22 148:24
  151:8 155:5
  160:24 166:7,8
  174:8 203:3,12
  203:15 204:20
  205:9,13,20,24
  206:21 207:1,8
  207:21 208:6
  208:13,20
  209:11 210:21
  211:22 215:3
  225:5,9 249:6
  250:10 255:22
  267:19,21
  268:7 301:22
  302:14,21
  304:17 309:2
  316:6,10 317:1
  318:10,16,19
  321:9,10
  325:17 327:9
  327:12,24
  328:5,12 331:2
  332:2 334:15
  335:21 337:6
  344:5 347:23
  348:1,2,14,19
  349:6 351:17
  355:9 356:17

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 626 of 875 PageID: 48582
Michael Birrer, M.D., Ph.D.

Page 464

357:10 368:12
375:2,12 378:1
380:15 381:13
391:12 393:5
399:23 400:18
400:20,24
401:15,24
405:7 406:3,3
406:12 407:19
407:20 408:14
409:17,18,22
410:5 412:7
413:19,23
414:2,23 415:4
415:6,8,17,21
416:12,15,18
417:6 418:8,17
418:24 421:2
422:7
**papers** 16:11
42:4 44:12,13
44:17,19 73:22
74:1 103:2
106:22 128:19
173:10 208:18
224:22 244:10
244:12 245:1
248:17 327:21
337:9 388:6,9
388:12 420:19
422:18,23
**Paradigms** 6:11
247:2
**paragraph**
164:5 178:6
180:11 181:19
183:2 200:3,4
220:12 256:23
263:15 264:18
268:12,24
295:7 306:9,11
309:4 330:22
332:15,20
333:6 347:22
419:19
**parallel** 178:9
**parenchyma**

278:12
**parens** 132:15
**parenthetically**
98:3
**parietal** 274:21
**parity** 119:7,17
**Parsed** 120:7
**part** 27:16 40:10
57:7 67:14
75:19 120:15
120:17 131:24
133:12,12
199:19 257:3
277:4 309:18
335:14
**partial** 165:9
**participants**
71:19
**participate** 75:5
242:20
**participated**
76:19
**particle** 5:23
55:5 86:3,22
193:21 214:11
217:9,11 218:1
**particle-sized**
420:6
**particles** 7:22
9:13 30:12
31:3 32:11
55:18 56:3
86:13 122:21
123:5,24
126:11 134:15
192:14,16
193:24 196:17
200:14,24
201:17 210:5
213:20 214:14
215:8 217:23
224:18 225:2
226:18 227:18
228:24 297:22
302:8 303:5
305:10,11
410:18 412:22

413:4,20 414:8
415:18 417:4
418:9 419:20
419:22 420:3
420:10,16,17
422:24
**particular** 77:5
78:19 83:4,7
100:7 310:9
345:22 361:5
**particularly**
42:21 302:10
305:11 309:18
335:14 377:12
414:11
**particulate**
55:19 56:24
132:15 193:16
**particulates**
127:3,19
130:12
**parties** 426:14
**party** 344:4
**passage** 123:14
156:12 309:1
**passenger** 310:7
**pasted** 368:22
**patency** 136:8
**pathogenesis**
8:20 133:3
152:5 302:19
303:4 314:5
395:8,11
397:14,23
**Pathogenicity**
8:24 401:14
**pathology** 6:3
211:2
**pathway** 133:19
197:5
**pathways** 163:8
**patient** 14:15
44:16 101:2
139:12 199:22
280:12,16
281:10 283:4
284:1,20

292:24 296:2
**patients** 13:18
33:10 40:9
170:19 200:6
202:1 260:14
290:18 292:3
292:11 296:11
298:24 299:4,9
310:2
**pattern** 263:19
**pause** 283:19,22
283:22
**PCR** 360:5,12
367:9,12 370:1
371:15,16
379:14,15
381:6 403:22
**Peachtree** 3:4
**Pearson's**
214:12
**peer** 188:1,2,18
188:21 330:3
**peer-review**
187:17 318:16
318:18 327:13
**peer-reviewed**
107:10 142:14
162:19 166:15
183:6 215:7
312:13 326:20
327:12 329:24
359:19 360:23
362:15 375:1
383:9 388:16
391:23 394:9
**peer-reviewer**
351:11 387:7
**peer-reviewers**
347:14 350:19
351:3,8 386:23
387:2 413:18
**peer-reviewers'**
331:10
**pelvic** 6:5
118:13 134:6
135:7 137:7
157:11 169:17

**pen** 113:20
**penetration**
197:1
**Penninkilampi**
171:13,17
172:3 174:17
254:22 255:14
256:5
**people** 17:4
34:20 40:15
52:11 79:10
82:4 171:2
196:16 236:23
237:8 275:19
**per-** 280:18
**percent** 82:3
83:21 113:5
116:3,4 117:10
146:9 231:2
249:4 283:1
332:12
**percentage**
14:14 223:13
223:19 225:8
225:11,14
**perfectly** 174:3
**perform** 14:6,11
39:22,24 43:21
65:5 66:9
107:18 340:17
**performed**
60:24 107:13
210:10 286:7
340:18 344:24
345:24 360:6
360:12 361:6,9
362:6,15
404:22 405:1,4
409:24
**perineal** 5:22
27:23 60:13
96:8 117:1,8
118:12 122:20
126:12 127:19
132:14 142:16
183:9 197:11
197:15,22

198:6 200:15
201:18 235:11
255:1 270:24
278:13 279:5
279:15
**perineum** 96:22
126:20 127:4
129:12,22
215:15 218:21
218:24 219:8
220:24 222:9
226:6 272:15
273:4 280:14
280:18 283:6
**period** 120:12
138:5 189:2
223:15 276:20
**periodically**
243:14
**periods** 119:8,19
**peristaltic**
226:21
**peritoneal**
122:22 123:7
126:12 127:5
190:23 194:16
195:3,6,7,24
196:3,24 269:7
273:11 274:11
274:15,17
275:1
**peritoneum**
132:17 273:22
**permanent**
147:24
**permit** 210:5
**peroneal** 180:2
180:11 184:4
**peroxidase**
410:11
**peroxidation**
9:7,9 413:15
**person** 74:14,24
79:20 81:6
389:18
**personal** 3:2
426:9

**personally** 37:6
301:23
**perspective**
147:17 202:7
312:8 339:10
**perspectives**
247:15
**persuasive**
123:23
**pertinent**
295:22
**pesticide** 101:3
**petition** 73:3,4,5
**Petitions** 4:18
**Ph.D** 1:15 4:8,10
8:3 10:9,13
13:16 80:22
429:15
**phagocytize**
193:18
**pharmaceutical**
410:20 412:24
**Pharmacology**
7:20
**phenom-** 340:4
**phenotype**
309:11 350:1
**phenotypic**
397:17
**phone** 328:3
**phrase** 197:18
258:7 396:3
**phrased** 343:12
343:13
**physical** 146:7
192:5
**physician** 11:22
291:17,19
292:1
**physicians**
154:23
**physiologic**
130:24
**physiology**
216:4 221:23
**pick** 172:15
173:13

**picked** 172:17
172:20 173:2,6
173:18 174:8
**picture** 26:11
296:4 308:13
**pictures** 372:19
**PID** 135:8,15
158:12,14
170:17
**piece** 418:13
**pieces** 363:15
**place** 1:17
102:16 173:11
**placed** 126:19
218:24
**placenta** 228:7
**plaintiff** 11:19
35:17 36:6
45:13,21,24
88:5
**Plaintiff's** 4:12
**plaintiff-funded**
316:17,22
317:4 318:8,21
319:7,16
320:21 322:6,9
322:23
**plaintiffs'** 2:2
26:1 35:23
43:19 206:24
213:1 221:13
424:14
**plan** 13:3
**plate** 413:13
**platy** 146:6
**plausibility** 26:1
26:11 27:5,13
27:15 36:2
41:10 51:13
66:5,12,21
90:22 92:7
93:7 94:1
145:2,21
283:14
**plausible** 29:19
29:23 30:4
91:2 92:13

126:10 132:14
200:15,16
201:1,18
218:18 219:1,4
219:7,13,21
267:5,14
274:24 277:24
278:17 279:12
**play** 57:24 346:8
**plays** 55:10
61:17 313:7
314:13 395:10
397:13
**Plaza** 2:8
**pleasant** 350:17
**please** 61:4 90:7
103:15 114:10
115:18 217:2
262:9 269:11
288:16 314:2
333:2 427:3,8
**plenty** 323:4
387:18
**pleura** 197:2
274:21
**pleural** 194:4
195:21,23
196:18,23
260:14 273:11
274:9,14,18
278:13 279:4
297:23
**pleurodesis** 87:1
259:12 260:7
260:20,24
293:14,18
294:4 296:5,11
298:24 299:4
**PLLC** 2:15
**Plunkett** 39:5
**point** 17:20
34:19 75:18
105:10 140:2
177:6 230:18
230:19 272:12
273:1 283:10
306:16 307:15

313:19 337:16
340:11 343:4
369:8 395:15
**pointed** 57:20
296:18
**points** 228:14
386:20 395:14
**polarized** 210:6
**polarizing** 6:4
**politically** 68:18
**politics** 68:11,13
**polycystic** 119:9
119:13 169:16
**polymorphisms**
156:5
**Poole** 248:7
**poor** 356:4
**poorly** 385:10
**portal** 125:1
**portion** 125:8
187:16 188:17
**pose** 410:20
412:24
**posed** 413:20
**poses** 123:15
**position** 19:2
30:23 74:18
225:23 226:3
324:10
**positions** 74:11
74:16
**positive** 142:16
183:9 271:6
275:21
**positively** 137:8
**possess** 46:18
**possibilities**
160:7
**possibility** 129:2
139:5 191:21
209:18 219:19
222:8
**possible** 18:19
19:9 40:6,20
83:13 123:13
134:3,13
135:24 179:20

Michael Birrer, M.D., Ph.D.

219:20 222:22
223:7 225:20
226:9,11,15
235:18 236:10
248:5,11,22
256:24 266:2
267:10 269:3
269:17 279:19
417:14
**possibly** 117:2
235:12 242:1
332:24
**poster** 355:6,15
391:6,10
**posters** 355:17
**potential** 90:4
90:11 92:2
127:3 129:3
130:21 131:1
131:21 172:2
180:15 184:3,8
187:6 214:9
238:24 336:13
344:14 346:8
**potentially**
101:1 169:18
169:21 171:11
173:4 175:14
175:18 181:23
**powder** 1:5 6:8
6:9 7:4,14 8:6
10:8 11:1
17:22 24:6
25:10 26:2
27:24 28:5,9
28:13 29:1,8
29:18 30:3
31:23 40:5
41:2 55:2,10
56:23 57:16,22
58:4 60:24
61:7,17 63:17
83:3,8,11,18
84:3,6 86:3
87:11 88:3,11
88:21 89:1,19
90:2,10,16

91:4,11,21
92:7,11 96:5
96:19,21
101:21 102:3,7
102:17 109:7,8
116:14 117:2,9
120:9,22 121:5
121:11 130:9
134:5 138:18
140:1 169:18
169:20 171:12
172:2 173:4
175:14,18
180:3 184:5,6
187:12 189:19
190:2,17
192:14 198:5,6
199:12,22
200:4,11
218:24 219:8,9
222:7,9,21,22
225:17 226:6
226:11 230:10
230:13,15,20
230:24 231:13
232:13,24
233:24 234:9
235:12,12,23
236:1,6,24
237:8,14,18
238:2,18
240:14,22
241:7,8,12,13
259:20 260:9
260:13,18
261:2,3,18
265:6,7,18
266:1,9,11,15
272:14 273:3
273:12 276:18
280:13,17,21
281:6 282:14
283:6,12 284:1
284:17 285:21
286:8,20
287:12,14,22
288:21 289:2

289:19 291:21
292:11 297:2
300:15 301:2
325:11 326:1
327:2 338:20
342:11 343:8
348:2 359:6,10
378:13,20
395:19 398:18
399:7 400:12
417:15,20
420:6,16
**powder's** 91:7
**Powdered**
199:21,21
**powders** 122:4
146:12
**power** 180:12
**powered** 139:4
**powerful** 145:15
**practice** 6:15
190:1 232:14
232:18 254:8
**PRACTICES**
1:5
**pre-** 111:18
345:14
**pre-print** 47:2
**preamble** 71:7
148:17,18,22
**precisely** 274:13
**precision** 138:15
**predict** 44:9
**predicted** 229:3
**preface** 247:7
**prefaced** 110:12
**preferentially**
229:11
**pregnancy**
131:1 169:13
227:13 228:6
**preliminary**
414:6
**premise** 411:14
411:18
**preparation**
75:5 210:2

**preparations**
295:10
**prepared**
232:23
**preparing** 23:19
**preprint** 47:9,12
47:14 316:24
321:2,5,13
**prescreens** 12:3
**presence** 88:10
95:3 146:8
201:14,21,24
202:9 203:13
267:4 287:11
300:14
**present** 124:1
165:21 268:17
297:14 346:10
**presentation**
355:1 390:18
**presentations**
41:10
**presented**
181:23 340:16
354:20 388:23
391:6 414:6
424:12,15
**presenting**
111:17
**presents** 200:5
**preserve** 210:4
**president** 213:6
**pressure** 178:11
227:1,4 228:4
**pressure's** 228:7
**presumably**
128:16
**pretty** 16:2,12
38:16 47:16
49:8 89:22
94:22 150:15
153:22 178:24
181:8 191:18
194:11 197:3
221:18 236:14
256:5 356:12
396:5 397:23

421:17
**prevalent**
120:10,16
**prevention**
155:21 247:5
247:13
**previous** 12:4
26:18 77:8
133:15 232:22
233:13 256:6
387:24 388:8
418:22
**previously**
26:22 31:16
282:17 334:6
359:19 362:16
363:15 388:21
**primarily** 14:2
93:13
**primary** 9:6
35:21 76:20
309:8,20 358:2
375:17 376:2,3
399:11
**principles** 4:23
53:20 71:19
**printed** 53:16
**printing** 369:18
**prior** 11:9 49:10
66:13 295:12
389:3
**privy** 20:10
**probably** 11:10
14:21 23:20
24:22 75:8
80:14 82:3
150:6 158:14
162:16 173:17
212:11 214:3
223:19,22
228:21 229:15
259:13 264:4
272:4 316:9
329:15 355:18
387:15 392:11
**problem** 105:15
228:3 269:14

Michael Birrer, M.D., Ph.D.

301:6 310:6
318:2 353:20
371:14
**problematic**
75:8 228:10
**procedures** 14:6
**proceedings**
426:6,11
**process** 81:2
106:18 137:19
161:9 179:12
187:17,24
259:13 278:13
300:3,5 313:3
369:18 393:14
394:9 398:1
**processes** 174:3
190:22
**produce** 93:9
**produced** 164:7
**product** 7:9
18:21 59:7
60:15,18 61:22
62:7,22 83:18
84:13 85:6
90:3,10 180:3
261:14 283:11
285:1,11 287:8
295:15,19
420:6
**production**
22:16 408:19
**products** 1:5,6
3:2 7:4 27:24
28:9,13 29:18
30:3 54:9 58:6
58:8,10 60:6
61:1,8 62:13
96:2 146:11,12
184:5 197:22
235:22 236:13
237:1,10 241:6
241:11,20
284:8 287:2
301:4 410:20
411:3 412:24
**professional**

102:23 242:10
**professionally**
103:1
**profile** 82:6
**program** 235:17
374:13 389:7
390:5
**progress** 132:19
**progression**
147:2 156:1
164:12 314:13
342:6 346:5
**project** 79:10,18
185:10
**proliferation**
134:19 163:10
164:15 344:23
345:3 349:17
362:6 406:22
**proliferative**
150:21 151:9
421:8
**prolific** 73:19
**prominence**
307:22
**promote** 122:5
135:16
**promoter**
147:14
**promoters**
147:13,20
304:24
**promoting**
152:17
**promotion**
147:1,16
**pronounce**
227:8
**pronounced**
295:2
**proof** 112:13
113:2,3,3,6
**proper** 114:9
**properties** 7:22
302:7,19 303:4
**proportional**
145:24

**proposed** 29:16
30:1 134:2,9
279:12
**proposing**
158:11 269:16
279:22
**propounded**
429:9
**prospective**
17:21 138:24
140:8,19
**prospectively**
18:2,5
**protected**
414:12
**protective** 129:2
**protein** 135:23
248:4 383:2
**proteins** 346:22
**protocol** 358:18
**prove** 59:12,13
59:14 60:11
61:1,8 301:10
301:14
**proven** 58:11,18
58:24 59:24
60:1,6 232:13
**proves** 59:7,8
60:18 62:24
**provide** 26:18
34:15 35:4
42:6 43:2
50:23 53:1
75:16 113:19
144:18 156:10
229:23 267:5
337:2
**provided** 20:7
20:11 42:3
78:8 88:14
107:9 283:2
286:21 295:18
396:15
**provides** 361:20
**providing** 17:13
27:3,4 32:5
74:19 75:13

76:3,4,8 90:20
**PTI** 3:7
**pub-** 51:2
**public** 1:22
49:14,19 51:3
63:17 121:3
189:2 426:20
429:22
**publication**
16:17 332:8
337:6
**publications**
76:11 77:9
80:14 312:14
388:1
**publish** 34:3,4
162:14
**published** 15:15
15:18,21,24
47:1,3,9,17
48:20 52:3
67:7 69:16
73:22 79:19
82:16 102:2
106:9 119:11
150:5,7 153:6
165:6 167:13
169:3 186:7
208:16,21
211:10 215:7
224:2 239:12
240:5 243:6
244:19,22,24
245:7,13 250:9
252:23 253:13
254:7,13,17,22
256:18 289:11
319:3 320:2
321:4 334:5
342:15 348:5,9
348:14,18,19
356:19 357:10
360:23 362:16
366:16,18
368:12 369:7,9
370:7 375:1
388:16 394:1

396:9 398:3
399:7 400:8,10
400:24 401:18
413:22 414:2
415:5
**publishing** 77:6
79:4 107:5
399:11
**PubMed** 44:4
233:4
**pull** 42:5 44:14
348:17,18
381:9
**pulled** 20:12
41:24 42:2
81:12
**pulling** 369:9
**pulmonary**
410:21 413:1
413:20
**pump** 226:21
**pure** 85:1,10,14
89:12 242:9
257:22 259:4,4
261:1 312:2
**purer** 146:9
**purified** 85:8,10
295:10
**purpose** 13:1
72:24 200:1
211:8 243:9
341:5 363:20
375:12
**pursuant** 1:15
**pursue** 108:6
277:18
**purview** 410:10
**put** 23:20 49:10
79:12 81:6
115:19 120:18
158:20,22
159:5,10
176:23 194:6
215:14 226:2
260:13 297:15
318:7 321:15
322:18 356:14

368:6 374:19
378:19 382:19
390:19 412:6
418:7,7
**putting** 125:19
148:9 220:23
222:7 252:21
260:24 380:14
**Pyc** 407:15
**Pycnogenol** 9:2
406:3

**Q**

**qualified** 80:4
80:11 82:9
273:8
**qualify** 259:13
**quality** 74:21
89:1,4,6
238:15 323:6
323:10 361:24
**quantifiable**
100:10
**quantification**
371:22 379:15
**quantify** 67:17
67:17 98:5,10
99:5,9 100:14
101:9
**quantifying**
99:16 100:6
128:13
**quantitative**
65:14 307:21
403:22
**question** 18:7
19:17 32:6
33:24 36:5
37:18 43:14
51:19 52:1
56:11,16 59:24
60:5 61:20
62:10 63:5,16
66:2 91:19
104:21 112:10
159:3 160:19
203:20 204:6

205:2 206:14
211:3,7 217:2
218:10 228:17
229:16 231:12
237:24 238:8
240:1 252:1
253:17 269:13
270:2 272:22
277:6 281:9,11
288:11 293:9
321:1 323:8
339:12 346:2
351:19,20,20
357:18 363:3
363:14,20
372:7,11
386:24 387:11
387:15,16
404:17 408:24
411:20,23
421:10,12
422:17
**questionable**
300:4
**questions**
146:19 178:20
244:3 293:24
306:24 423:20
423:22 424:18
426:8 429:8
**quibble** 396:6
**quick** 176:4
203:18
**quite** 24:21 82:4
100:10 151:22
162:16 188:23
214:21 228:12
324:2,5 421:22
**quotations**
121:22 261:1
**quote** 38:14
48:23 76:17
190:14 225:14
228:16 229:13
240:9 248:17
286:15 290:12
**quoted** 52:10

182:3
**quotes** 43:9,15

**R**

**R** 2:1 3:1 426:1
428:1,1
**R-O-S** 164:6
**radical** 5:12
162:13 295:21
**radioactive**
228:9
**radioactivity**
227:15
**radiolabeled**
227:7
**radioresistance**
163:11
**Railroad** 7:9
**raise** 347:14
350:13,19
351:3,8 386:24
**raised** 40:19
139:2 293:14
294:3 393:4,14
393:15,15
**raises** 295:23
319:20
**random** 418:12
**randomized**
18:2,9
**randomly** 418:7
**range** 86:15
87:9 396:7
**ranges** 86:7
**rapidly** 286:4
**rare** 171:7
**rash** 184:6
**rate** 25:4 229:2
**rates** 122:9
**ratio** 139:11
**rationale** 180:10
**ratios** 115:5,21
**raw** 366:21
368:4 372:20
372:24 373:2,5
374:9,12
383:23 384:1,9

**RDR** 3:20
426:19
**re-reviewing**
52:21
**reach** 30:12
108:23 196:3
206:18 268:16
**reached** 99:4
181:11 200:23
264:18
**reaches** 128:15
132:16
**reaching** 178:24
277:24
**reaction** 132:18
137:20 191:13
200:8 258:4
**reactive** 134:21
165:10,14,20
165:24 166:9
166:17 396:16
396:17 417:17
418:2
**read** 36:17
52:18 73:7
87:21 108:6
155:1,1 171:24
175:21 178:5
182:9 183:1
210:17,23,24
213:17 237:6
248:24 281:13
282:23 295:5,6
295:6 302:15
304:18 309:2
342:13 344:5,6
347:21 410:15
413:11 416:12
427:3 429:5
**readable** 347:4
**reader** 158:22
173:12
**readers** 17:12
155:9 160:14
290:5
**readership**
257:9 289:7,20

330:5
**reading** 155:16
155:18 163:1,6
168:15 182:17
188:17 201:8
210:15 220:9
255:8 263:14
264:17 293:3
332:1 337:1
341:7 382:22
396:14 403:8
406:21
**reads** 164:5
291:17
**real** 203:18
339:12
**reality** 35:4
**realize** 95:22
**really** 35:20
40:10,11 51:17
52:19 61:12
65:13,15 66:11
66:20 78:4
79:8 93:14
98:6 106:15
110:17 145:18
158:1 166:3
174:9 184:21
186:4 219:21
227:4 228:10
237:13 256:4
258:11 260:14
262:4 275:16
275:21 284:15
298:24 301:1
318:8,22
327:16 358:21
364:7 373:17
379:5 399:20
399:22
**realtime** 1:21
80:21 81:2
306:13,21,24
334:22 360:5
**reanalyzed**
231:10
**reason** 57:7 80:5

Michael Birrer, M.D., Ph.D.

92:12 99:9
145:11 158:17
175:6 179:24
185:9,18,24
204:2 215:20
217:21 218:1
237:9 257:3
260:17 277:4
320:19 417:21
418:3 427:5
428:6,8,10,12
428:14,16,18
428:20,22,24
**reasonable**
13:10 109:3
110:7,15
158:14 292:15
303:23 305:19
387:15 389:23
390:4 410:7
**reasonably**
362:21
**reasoning** 214:6
218:3 256:14
256:22 387:19
**reasons** 99:15
199:13 200:10
296:14 338:5
**reassure** 280:13
**recall** 87:12
103:7 142:6,24
179:14 227:6
227:11 229:7
242:7,9 249:8
264:4 286:1
311:19 317:16
325:15 345:3
346:15,16
388:12
**receipt** 427:17
**received** 20:2,6
401:5,21
**recess** 230:4
**recognize** 68:6
154:24 155:6
406:5
**recognizing**

344:14
**recommendat...**
236:21 237:2
292:23 345:6
**recommended**
118:6 210:7
240:23 241:6
241:11
**recommending**
241:15 281:10
**record** 10:2,11
22:16 113:10
113:11,13
114:3 120:5,19
230:3,6 282:23
306:14 310:19
310:20,22
349:9,11,12,14
365:3,16,17,19
366:3 370:14
370:16,17,19
373:21 380:18
416:17,21,22
416:24 423:14
423:15,17
425:1
**recruited** 34:15
**recruitment**
75:15
**recurring**
157:20
**red** 174:15
**redox** 334:18,22
344:14 346:8
346:21
**reduce** 137:10
137:12
**reduced** 407:15
426:9
**reduces** 9:2
**reduction**
117:23
**refer** 46:13
106:8 234:13
248:16
**reference** 7:16
42:1 43:2

72:16 166:2,3
171:8 172:6
173:7 174:18
175:18 214:18
214:20 218:10
218:11
**referenced**
171:14 183:21
332:2
**references** 44:12
46:13 72:12
85:7 86:18
164:20 174:5
213:24 214:2
240:21
**referencing**
217:22
**referred** 263:20
409:22
**referring** 34:6
73:10 82:21
83:10 93:12
94:3,23 95:13
111:22 143:16
175:20 264:6
266:22 267:2
293:21 336:12
352:6
**refers** 95:12
137:5 220:22
352:7
**refine** 61:11
397:7 402:23
**refining** 399:19
**reflect** 299:23
368:4
**reflected** 387:3
**reflective** 349:4
369:6
**refresh** 281:16
311:16,16
317:14
**refute** 407:20
409:1 420:20
421:12
**refutes** 408:4
409:11 422:18

**regard** 80:11
138:18
**regard-** 89:18
**regarded** 154:8
**regarding** 4:17
37:17 86:2
135:22 200:24
203:3,12
224:17 226:18
232:24 256:17
265:5 266:8
267:19 285:14
328:4,8 335:20
356:22 365:23
417:20 419:14
**regardless** 89:19
90:18 155:8
162:19 284:12
340:6 383:8
**region** 6:5 134:6
**Regions** 9:14
415:19 417:5
**Register/** 5:19
**Registered** 1:20
**regularly** 140:2
**regulatory** 48:7
**rejected** 321:10
351:17
**relate** 221:9
**related** 91:15
119:11 241:19
378:24
**relates** 1:7
106:13 264:12
**relating** 220:17
400:12
**relationship**
5:22 40:16
131:5 141:6,12
249:12 250:7
293:18 378:7
404:10
**relative** 116:4
307:12
**relatively** 30:19
30:20 261:1
**release** 137:21

296:2
**relevance** 82:22
257:9 390:23
399:14 410:12
411:2,9
**relevant** 43:3
51:9,20,23
81:6 171:7
217:24 251:1
257:4 273:11
352:23 375:3
375:13,22
376:4,6,7,11
376:17 377:4,7
377:12,13
378:4 411:15
411:19 412:12
412:16 413:7
413:14
**reliable** 62:20
62:21 93:24
**reliance** 69:23
**relies** 144:7
**rely** 286:16
326:15
**remain** 193:12
**remember**
24:21 37:9
82:5 87:22
88:3,4 148:20
153:9 231:24
277:6 282:4
317:22 323:21
324:5,13,20
325:1,6 340:18
345:12 347:22
418:24
**remodeling**
137:23 157:12
158:13
**removal** 200:10
**remove** 193:16
**removed** 193:21
395:19
**render** 371:23
**repair** 122:10
137:23

Michael Birrer, M.D., Ph.D.

**repeat** 61:4 90:7 241:9
**repetitive** 97:10
**rephrase** 104:21 262:10
**rephrased** 79:17
**replaced** 346:21
**replications** 307:13
**replicative** 150:23 151:11
**report** 4:8 12:5 13:9 19:23 20:14 25:16,24 27:10 30:13 32:5,17 35:20 36:24 37:15 41:19 42:12,15 43:10,16 44:24 47:4,13 65:2,7 65:24 66:11,16 82:19 87:21,22 88:1,6,9,15 93:14,15,16 95:21 106:7 107:4,9 120:21 194:7 201:4,9 201:10,12 203:5 205:14 205:18 208:14 211:9 214:1 220:14 232:23 234:18 238:17 238:20 246:3 247:12 251:24 281:13,22,24 282:23 288:4 288:12 289:1 289:11 304:17 316:2,5,7,9,11 320:20 322:6 330:18 424:6
**reported** 97:18 115:5 161:16 233:14 238:14 248:11 249:3 359:19 400:10

**reporter** 1:20,21 3:20 10:11 56:12 98:17 124:10,15 198:18,23 212:18,19 244:14 426:20
**reporter's** 24:3
**reporting** 160:13 170:9 172:1 234:19 234:20 292:16 303:7
**reports** 7:14 36:18 42:3 48:6 86:9 158:12 282:4 286:2 287:10 287:21 288:18 402:7
**represent** 368:21 370:8
**representative** 90:17
**representatives** 328:4
**represented** 245:17 369:5
**represents** 426:10
**reproducible** 91:17 110:14
**reproductive** 8:13 31:4 119:12 123:6 125:1,9 129:13 194:12 216:3 221:23 321:11 329:22 341:3 356:10,18,21 389:21 391:20
**reputable** 67:20 67:23 242:2 394:12
**reputation** 77:15 162:17 213:4 253:8,10

253:11 301:24
**request** 21:22
**requested** 340:17
**requests** 4:13 22:2
**research** 6:11 14:15,20 15:6 15:13,21 16:3 67:14 101:20 101:24 152:3 243:20 246:4 247:2,14 249:10 307:7 311:1 316:18 316:22 317:5 317:17 318:8 318:22 319:8 319:14,16,20 320:21 322:6,9 322:10,15,21 322:23 323:4,6 323:9,10 324:1 324:15 325:2 333:24 365:22 388:23 392:2 392:21 393:9 407:20 414:15 420:20
**researcher** 13:16 35:10 73:19 325:9 337:23
**researchers** 75:15 78:7 210:10 314:12 314:18 325:24 355:12 362:5
**resembles** 137:19 332:16 333:6
**resistant** 344:23 345:23
**resisting** 150:22 151:10
**respected** 154:14 304:8

**respective** 77:22 80:11 82:9
**respects** 125:9
**respiratory** 200:7
**respond** 161:15
**response** 4:12 32:13 49:14,20 72:4,14 73:2 132:18 134:16 156:2 189:3 191:6,9,11 250:3,18,23 251:10 252:9 339:21 340:1 380:6,21 383:11 414:7 417:21
**responses** 152:18 303:6 303:21 416:6
**responsibility** 14:24 67:15 296:2
**responsible** 74:20
**responsive** 22:2
**rest** 82:5 132:2 132:10 365:9
**Restaino** 2:11 2:13
**result** 135:14 152:14 332:11 426:15
**resulting** 257:1 309:11
**results** 65:21 285:17,20 335:10 339:9 351:13,23 357:14 367:24 371:8,24 372:18 374:23 375:3,13 378:12 379:2 380:5 382:22 384:10 386:4

387:3 421:12
**retired** 213:10
**retrograde** 123:4,14 195:16 223:14 224:10 225:9
**return** 427:15
**Reuter** 5:14 162:7
**reveal** 62:19 103:15
**revealed** 316:24 318:22 319:1 319:23
**review** 5:12 8:19 16:14,22 17:14 24:20 49:13 50:1,16 51:23 53:2,8 65:10 70:6 72:6 89:16 101:16 101:20 106:16 107:6,14,19 108:7,8,15 126:9 149:2,3 150:2,12,12 154:2 157:22 157:23 158:6 158:20,21 160:4,12 162:7 163:2,13,21 166:15,24 167:19 168:10 169:2,24 173:3 174:4,4,13 187:24 188:1,2 188:18,21 202:24 232:19 238:20 241:3 242:22,24 243:3,4 244:5 283:15 284:7 284:24,24 291:24 300:1 305:21 327:21 327:24 328:9 330:3 333:4

Michael Birrer, M.D., Ph.D.

348:15 364:3
384:1 389:8
392:7 393:14
393:24 394:1,7
394:12 395:6
396:9 398:4
399:10,14
400:8
**review-type**
16:11
**reviewed** 35:21
36:10 42:16
48:6 49:22
50:9 51:15
61:14 67:1
71:7 158:17
184:16,20
202:5,14
235:17 266:11
267:23 268:9
273:17 283:10
332:3,4 375:17
389:2 391:16
391:18,21,22
409:19 416:3
418:17 424:5
**reviewer** 328:16
329:4,21
331:16,22
332:5 333:12
334:10,10,14
335:7,8,12,16
335:20,24
337:5,15
341:18 342:3,8
342:24 343:15
343:17 344:6
344:12,18
345:6 347:11
347:22 351:21
353:2,6,12,13
353:16,22
356:1,3,9
357:2,6 387:8
391:19
**reviewer's**
336:22 339:1

339:11 341:8
343:2
**reviewers**
171:15 173:22
173:23 174:7
174:16 187:21
242:23 328:12
328:13 332:3
332:21 333:9
334:12 350:13
352:9,12,15,18
354:14 355:22
356:21 389:11
389:22,22
390:10,22
391:16,21
392:14 393:3
393:10 398:2
**reviewing** 37:11
64:1 90:15
202:20
**reviews** 17:3
30:15 155:18
155:19
**revise** 337:11
371:10
**revised** 333:2
**revisited** 256:6
**riddled** 310:5
**right** 10:23
12:14,15 13:7
14:19 17:14
19:15,23 23:1
25:5,7 26:3
35:10 36:22
42:12,17,18
44:10 52:5
58:7 64:14
65:3 67:2,4,7
67:11 74:1
75:1,2,7,22
80:5 94:15
99:6,10 106:19
106:20 111:1,4
118:18 122:14
133:11 134:1,9
149:24 150:11

156:24 157:8
161:14 163:4
166:18 167:14
168:14 171:13
175:15,22
179:1,7,16,22
180:6,8,24
181:4,24
183:17 187:2
188:11 193:17
201:22 203:14
207:2,12,21
208:6 210:12
210:22 211:10
211:18,24
212:9,22
215:11 220:11
222:11 230:11
230:14 231:6
232:10 233:6
234:24 235:7
235:14,19
236:11,21
241:21 245:8
246:19 248:23
249:17,22
252:23 253:16
256:18 258:21
261:14 263:22
264:6 270:13
277:1,14
279:15 282:20
288:22 298:10
299:17 300:11
303:9 306:3
315:14 317:19
318:4,17 321:4
326:2 329:23
330:1 336:2
344:11 345:1
345:13 348:16
351:6,14 357:3
360:7 363:2,17
364:7,18
366:12,19
367:13 368:6
368:14 369:12

375:17 376:18
377:5 378:10
380:17 381:1
382:12 390:24
399:11 403:7,8
403:9,23
404:19 407:3
412:4 417:7
419:8 420:4
421:5
**right-hand**
199:20
**Rigler** 7:5,11
**rigorous** 336:5
**rise** 191:22
195:2,2
**risk** 8:6 28:1,5
51:9 53:9,22
53:24 54:8
55:10 59:9
62:3 63:17
90:21 116:4,16
117:10,23
118:3,5,11
119:6,10
120:12 121:12
123:16 130:10
133:17 134:4
134:17 136:1
136:21 137:9
137:12 139:4
156:24 157:4
158:15 169:10
169:11,21
170:16,22
171:11 172:2
173:4 175:18
180:14 181:17
181:23 230:10
230:14,20
231:1,13,23
232:24 234:10
234:11,19
235:23 236:1,7
236:11,16
238:23 239:3
247:23 248:6

248:13 249:4
249:17,22
255:2 264:20
274:6 278:5
283:13 284:8
295:11 297:13
307:14 410:20
413:1,20
414:12 417:16
**risks** 4:21 67:16
200:5 236:14
238:24 239:1
241:19
**RNS** 396:17
**road** 2:15 89:15
305:21
**Robert** 8:10
**Robinson** 1:20
2:8 3:20 10:12
426:19
**robust** 141:6,12
**Roggli** 295:3
**role** 8:20 9:6
53:22 55:10
57:12,24 61:17
66:6 74:6
89:17 90:22
92:7 269:3
289:18 313:7
313:16 314:13
336:13 346:9
346:23 355:17
395:7,10 396:4
396:4,16
397:14
**roles** 75:4
**roman** 182:12
**Ronald** 244:19
**ROS** 164:6
396:17 406:23
408:9,12,13,20
417:17
**Roughly** 188:8
**route** 130:13
269:20 270:5
279:13
**routes** 278:23

Michael Birrer, M.D., Ph.D.

routinely 106:15
RPR 3:20
RSCI-18-671
  8:14
RT-PCR 334:23
  360:5
rudimentary
  87:7
rule 191:20
  200:2
ruled 180:16
rules 19:15
  76:18 291:14
running 253:12
rushed 422:10

**S**

s 2:1 3:1,8
  301:17
S-O-O-D 244:17
Saed 8:3,10,16
  8:21 36:3
  38:18 46:2,6
  94:9 304:14
  310:24 320:16
  321:7,17
  326:12 332:1
  333:10 334:5
  338:18 339:18
  340:9,15
  342:16 346:13
  357:15 360:18
  360:22 361:6
  362:5,16 373:6
  374:14 388:22
  398:17 399:6
  409:24
Saed's 46:23
  47:5 304:10,11
  311:3 316:17
  316:22 318:7
  319:15 320:20
  322:5,21
  323:22 324:13
  334:15 335:21
  347:15 348:1
  349:6 357:9

365:22 366:12
382:22 383:5,9
386:15 387:23
387:24 393:5
394:1 407:20
409:1,11,21
420:20 421:13
422:18
Saenz 45:18
Saenz's 47:17
  48:18 49:10
  52:5
safe 58:11,15,18
  58:24 59:7,14
  59:24 60:6,15
  60:18 61:1,8
  61:22 62:7,14
  62:22 63:1
  87:18 232:13
  232:20 280:14
  280:17 283:5
  284:1,20 285:1
  287:7 296:3
  313:11
safety 293:14
  294:3 295:24
SALES 1:5
sample 138:17
  286:20
samples 7:10
  76:3 100:23
  283:2 284:17
  286:21 360:7
Samuel 4:17
Sandra 6:6
sanitary 96:14
  222:21 223:10
saved 44:19
saw 47:2 52:4
  53:15 174:17
  227:14 317:11
  322:4 394:3
  416:2
saying 56:4
  59:19 65:16
  92:10 173:1
  204:8 215:19

218:1 234:17
235:24 236:6
236:15,16,19
242:7 251:16
270:3,11
275:10 293:7
303:12 305:9
317:9,23
318:24 336:22
342:24 343:2
346:16 350:17
372:18 376:7
384:10 392:15
says 58:15 98:19
  115:23 150:11
  152:2 175:14
  200:4 235:19
  280:16 283:4
  319:14 333:20
  334:3,15 335:8
  347:23 381:13
  403:9 406:17
  410:15
scanning 6:4
scar 191:17,22
schedule 22:22
  25:4 97:22
scholarly 77:9
science 69:2
  110:13 158:24
  241:24 243:16
  243:20 246:4
  246:13 248:2
  251:6,7 252:22
  257:5,8 280:8
  322:17 424:9
Sciences 8:13
  321:11 329:22
  356:10,18,22
  391:20
Sciences-Engi...
  6:13
scientific 13:11
  26:13 41:11
  67:20 68:1
  77:15 81:5
  96:24 107:1

112:17 188:1
242:10 292:19
315:22 336:5
390:22
scientifically
  40:10 65:8
scientist 33:9
  65:13 82:8
  109:3,4,6
  110:7,7 168:5
  219:5,6 280:4
  300:11 322:8
scientists 34:20
  79:24 81:4
  108:22 110:15
  150:14 154:23
  168:20 181:15
  185:3,10 186:1
  202:19 207:18
  208:3 290:14
  307:11 308:2,4
  308:18 313:6
  313:23
scored 390:10
scoring 390:17
Screening 4:15
se 66:10 106:7
  294:20 297:21
  299:24
Seaport 2:20
search 15:6 44:3
  44:6
searches 43:21
searching 44:1
second 120:17
  128:23 131:23
  155:5,19 164:5
  176:12 180:5
  235:8,9 254:19
  275:14 309:4
  319:22 331:13
  332:20 344:21
  347:21,22
  418:1
Secondary
  276:8
secretory 358:7

section 35:24
  70:11,17 84:3
  112:7 164:3
  169:9 177:24
  181:22 247:21
  247:23 249:16
  249:21 316:14
  355:15 414:22
sections 131:15
secure 197:3
see 13:18 18:24
  18:24 35:23
  44:13 47:5
  48:17 50:22
  53:16 65:1
  82:7 87:1
  89:22 91:14
  143:11,11
  148:15 157:9
  158:23 167:18
  187:22 199:12
  204:20 205:24
  206:4 211:13
  214:17,17
  215:3 234:6
  236:8,12 243:5
  258:8 265:1
  267:13 282:13
  282:14 286:10
  288:1 292:1
  293:21 299:12
  317:12 325:22
  327:14 331:9
  340:22 355:6
  355:16 357:2
  359:12 381:9
  381:12 382:7,7
  386:21,22
  402:16 403:5
  403:17 405:1,5
  409:20 413:11
  419:3 422:7,10
  422:11,12
seeded 359:5
seeing 88:3
  229:7 231:24
  282:4 340:19

seeking 353:18
seen 21:20 49:23
  50:10 69:19
  85:7 93:10
  148:6 153:20
  167:2 169:5
  208:20 209:7,8
  240:12,18
  241:5,10,14,15
  241:16,17
  258:7,12,13
  261:13 266:19
  268:7 285:13
  285:16 287:21
  288:17 320:6,7
  328:16 329:16
  332:9 373:5
  409:18 415:6
sees 308:13
selected 76:11
  175:1,9 246:5
  251:5 334:21
selective 280:8
self-care 184:5
self-generated
  229:4
self-proliferat...
  362:7
SEM-EDX
  210:7
send 73:4
senior 17:6
  74:18 79:5
sense 16:8 35:12
  41:4 52:18
  54:6 68:11
  71:5 72:23
  75:6 84:1 85:4
  92:22 95:12
  96:22 108:24
  112:17 149:24
  152:20 157:20
  163:21 164:17
  165:19 201:6
  218:8 220:21
  221:4 223:12
Sensitive 398:15

sensitivity
  295:18
sentence 150:21
  152:2,8 164:16
  169:11 200:3
  247:11 256:23
  302:21 303:15
  307:11 344:12
  344:21 346:4
  407:10,11
  411:6 412:7
  414:16,17
  417:12
sentences 163:7
  248:15
separate 175:19
  272:22 317:6
separated 20:23
  178:10
September
  12:20
sequence 309:13
sequencing
  310:3
sequitur 270:15
series 113:15
  208:21 211:17
serious 330:19
  331:6 332:17
  333:6 350:14
  350:20 351:4,8
  371:14 393:4
seriously 173:17
  173:23 202:6
  202:13 385:13
serous 121:12
serve 40:7 41:3
served 320:16
serves 124:24
Services 10:4
serving 25:9
  104:6,10
setting 55:12
  413:13,13
seven 360:13,13
  365:5,10
severity 156:4

sex 219:8
sexual 219:14,15
  222:10 269:3,5
  269:6,17,24
  270:3,9,16
  279:12
SEYFARTH 3:3
SGO 102:14
  213:7 329:9
  354:19 389:22
  390:5,21 391:7
  393:11
shaken 96:14
shakes 46:22
  98:17
share 83:18
shared 302:1
shares 361:21
shave 306:7
SHAW 3:3
sheet 295:23
  427:7,9,12,15
  429:11
shipyard 279:3
SHKOLNIK
  2:15
short 253:24
  347:7 423:11
shorter 346:19
shorthand 426:8
show 62:13
  91:13 93:19
  94:15 160:5
  202:9 231:17
  238:17 279:23
  301:21 340:4,5
  344:13,15
  345:2 378:12
  380:20 383:10
  408:13
showed 304:22
Shower 7:4,4
  56:23,23 58:5
  58:5 86:3,4
  120:22,22
  261:9,9,13,13
  261:16,16

283:11,11
  286:20,20
showing 93:24
  228:24 283:13
shown 117:11
  118:5 127:20
  136:20 137:12
  159:17 272:10
  280:22 283:16
  284:16 285:17
  285:20 301:7
  349:16 406:18
shows 93:22
  348:2 367:12
  370:23 421:2
Shukla 8:24
  94:5,6,7
  400:18,20
  407:19,24
sic 195:20
  245:12
side 199:20
  229:11
sides 313:23
Siemiatycki
  38:19
sigma-produced
  83:5 85:7
sign 427:8
signal 91:13
signaling 150:22
  305:4
signalling 151:9
Signed 426:17
significance
  140:8 337:16
  339:23 341:12
  341:19 350:15
  353:13 382:15
significant
  42:22 121:21
  142:16 164:8
  183:9 231:6,18
  269:2 332:10
  357:18 381:14
  383:21 387:13
  403:18 404:18

significantly
  147:12 383:2
  419:22
signing 427:10
silicate 295:23
similar 65:2
  71:21 250:1
  343:17 391:12
  396:8
similarity
  250:18 251:20
similarly 295:21
Simone 5:14
simple 142:24
simply 292:16
  295:24 420:11
Singh 39:19
single 296:19,20
  309:23 363:18
sitting 32:9
  232:9
situ 210:7
situation 11:5
  155:3 179:23
  185:3 318:9
  321:20
situations 101:8
  160:2
six 254:18
  264:20 389:11
  389:22
size 86:3,22,24
  123:24 138:17
  192:14,18
  217:18
sizes 86:8
Sjösten 127:10
  127:11
SKADDEN 2:22
skin 147:10
skip 152:7
SKOV 383:1
SKOV3 357:16
  370:24 371:4
  378:1 382:4,4
  382:12
SLATE 2:22

**slightly** 234:19
**slow** 7:17 255:24
  349:20
**small** 22:16 70:5
  116:15 255:2
  268:17
**smaller** 86:13
**smelled** 87:19
**smells** 84:13
**Smith's** 38:15
  38:16
**Smith-Bindman**
  39:11
**smoke** 100:10
  100:11
**smoking** 118:1,3
  145:4 169:14
  170:16,20
  301:14
**Smooth** 7:16
**Snow** 1:16
**SNP** 341:19,19
  350:15 353:14
  354:15,18
  361:6 391:6
**SNPs** 347:7
  353:13,17,23
  354:8
**so-called** 286:11
**societies** 68:22
**society** 6:8 233:7
  233:19,23
  234:8,21
  236:22 329:9
  341:3 389:20
  390:3
**Society's** 234:6
**SOD** 360:19
  370:1
**SOD3** 360:9
  370:1
**soft** 349:3
**software** 374:12
**soluble** 192:24
  192:24
**somatic** 164:9
**somebody** 76:21

79:13 308:13
**somewhat** 26:24
  72:24 75:8
  126:5 299:24
**Sood** 244:13,17
  245:8
**soon** 105:18
**sophisticated**
  150:15
**sorry** 11:12 22:9
  22:15 46:1
  64:20 70:4
  73:9 78:3
  110:23 116:22
  124:14 130:5,7
  132:1 138:11
  139:18 141:7
  151:2 152:24
  162:8 165:4
  171:21 175:10
  177:2 182:11
  204:5 217:1
  230:12 239:9,9
  249:18 254:2
  256:2 260:2
  271:15 306:13
  320:11 330:10
  330:21 354:1
  357:2 369:1
  372:18 381:11
  395:12 401:5
  402:14,23
  403:1 407:9
  415:11,13
  424:2
**sort** 12:2 35:3
  40:14 43:4
  54:21 55:1
  62:1 67:16
  68:16,23 74:17
  89:16 103:12
  108:7 145:13
  145:22,23
  148:7 149:2
  151:5 165:23
  179:11 231:10
  242:3,9 243:15

297:22 305:23
  306:15 364:3
  413:13
**sought** 34:21
**sound** 12:11,14
  108:4 167:14
  303:23 317:19
  318:9 343:7
  389:23 390:24
  406:4 422:14
  424:9
**sounds** 12:15
  67:11 70:23
  92:10 97:11
  108:5 160:9
  264:1 364:9
  390:4 392:10
**source** 73:16
  96:12 100:20
  143:1 171:17
  172:4,4 242:2
**sources** 397:3,8
  397:9,10
**SOV3** 367:18
**space** 427:6
**speak** 355:8,12
**speaking** 114:8
  154:21 196:15
  291:6 298:7
  321:7 373:13
  399:2
**special** 123:15
**species** 134:21
  165:11,15,21
  165:24 166:9
  166:17 396:17
  396:17 418:2
**specific** 34:3,14
  76:14 118:2
  136:2 236:14
  248:8 356:7
**specifically**
  37:16 76:21
  88:9,22 150:18
  209:17 216:20
  230:19 262:7
  262:13 270:23

300:5,20
  344:21 351:21
  397:13
**specifics** 219:16
**specimens** 75:10
  75:13,16 76:8
  78:9 202:10
  211:2
**spectacular**
  174:9
**spectrum** 113:4
  304:18 307:24
  323:7 420:13
**speculate** 291:3
  341:11
**speculating**
  256:15 291:10
  344:10
**speculation**
  413:10
**speculative**
  336:14 342:12
**spent** 23:19 36:3
  57:19
**sperm** 213:19
  214:13,18,21
  215:8,8,14,22
  216:2,9,17
  217:4,8,11,19
  217:22,23
  218:2,10,14
  225:2,2 228:24
  229:1,2,10
**spermatozoa**
  214:6,23
  215:10 218:8
**spleen** 194:7
**split** 131:24
**sponsored**
  247:12,18
**spot** 306:20
  331:1
**spouse** 100:17
**spread** 131:1
**springs** 112:8
**Square** 2:22
**SRI** 341:1

**stability** 371:20
**stable** 309:10
**stand** 98:23
**stand-** 26:5
**stand-alone**
  342:20
**standard** 86:24
  144:4 361:21
  362:21 399:21
**standardization**
  364:4
**standardized**
  362:23 363:4,8
  363:16,21
  364:2,16
**standards** 107:4
**standing** 96:13
  96:23 222:6
**standpoint** 26:6
  35:3 90:19
  259:14 300:20
**starch** 192:17,24
**start** 18:5 141:8
  192:8 213:2
  302:24 316:12
  331:22 337:23
  364:20 376:22
  376:24 416:13
  418:19
**started** 304:14
**starting** 150:20
  151:6 163:7
**state** 1:22 114:2
  115:8 180:11
  188:21 200:9
  201:4 207:20
  208:5 243:15
  243:19 246:3
  247:14 248:2,2
  251:5 252:22
  268:23 312:20
  322:5 350:7,8
  352:9,12,15,18
  353:14,16,22
  354:14 356:3
  361:10 414:6
  417:13,19

Case 3:16-md-02738-MAS-RLS   Document 9743-5   Filed 05/07/19   Page 637 of 875 PageID: 48593
Michael Birrer, M.D., Ph.D.

Page 475

419:11 426:2
426:20 427:5
**stated** 236:8
248:15 321:13
334:15 350:8
351:12
**statement** 29:22
53:8 72:21
78:21 99:13
114:18 115:4
115:12 116:2
120:1 125:15
128:22 145:7,7
151:18,20
152:19 156:13
158:16 163:16
165:1 173:2
175:17 182:5
208:10 214:22
215:9,19
220:17 221:9
231:22 234:7
236:12 250:4
250:12 251:9
252:5,14,22
255:9 258:10
289:17 307:9
307:18 309:14
310:12,15
320:9 321:19
323:11 330:18
334:24 337:20
339:5 340:2
341:12 342:15
342:20 343:7,9
344:19 346:6
352:8 383:7,20
386:18,19,24
395:17,21
396:20 397:4
397:20 411:24
412:2,6,11
413:12 417:24
418:1,7
**statements** 5:5
113:16 114:4
296:22 356:22

418:4
**states** 1:1 13:9
133:5 170:10
188:23 230:20
234:15,22
235:11,16,22
351:22
**stating** 296:1
**statistical** 140:7
382:14
**statistically**
141:6,12
142:15 147:11
183:8 231:6
381:8,14
383:21 387:12
404:18
**stay** 297:22
**stays** 140:2
297:16 298:19
298:22
**steer** 173:12
**STEERING** 2:2
**stem** 163:12
**stenographic**
10:11
**step** 74:10
**Stephanie** 5:16
167:16 168:16
**stepped** 38:8
**stickers** 198:15
**stimulus** 157:15
349:24
**stimulus/cond...**
157:11
**stop** 99:20
212:22
**story** 293:3
404:16
**straightened**
370:22
**straightforward**
30:19
**Street** 2:3,12 3:4
**strengthened**
130:19 131:12
131:19 132:5

**stress** 5:13 8:20
122:10 163:2,8
163:14 164:6
164:12 166:4
237:11 311:13
311:21 312:5
312:18 313:2,6
313:12,16,20
314:4,12 315:3
342:4 394:4
395:7,10
396:18 397:3
397:13 399:15
417:18 419:23
**stretching**
327:16
**strictly** 229:3
**strike** 178:11
**strikes** 309:17
421:7
**stroma** 397:19
**stromal** 95:16
95:16,17
**strong** 110:14
129:1 144:17
170:16
**stronger** 340:6
**strongly** 158:1
342:1
**structure** 164:8
192:22 194:21
309:8,20
**structured** 68:9
**structures** 197:4
**struggling** 258:3
**studied** 17:21
305:7 398:18
399:6 404:10
418:14
**studies** 7:21
15:16,16 30:18
33:12,14 40:15
55:2 57:14
60:23 61:6,12
61:13,14,21
62:13,19 65:14
65:19,23 75:9

78:3,4 82:23
82:24 83:1,7
94:15 95:1
115:8,22,24
135:22 137:2,6
139:3,17,20
140:17,18,19
140:20 142:14
142:23 144:6
144:18 145:15
159:17 180:13
183:6 194:3,13
197:10,21
198:7 201:23
202:4,9 228:9
228:23 231:2,8
231:9,13,17
232:8,11
234:19 235:5,6
248:3 250:1,13
256:3 266:18
266:23 273:17
275:21,23
285:12,13
296:20 300:23
301:2,3,8,10
302:6,16,24
303:1,8 304:3
304:14,22
325:10 326:9
326:22 327:2
326:24 339:2
339:13 343:8
360:23 362:7
400:12
**study** 17:21 19:8
99:10 127:10
127:11 138:24
139:3,20 140:8
140:10 143:12
203:7,22 211:8
211:13 221:7
227:12 229:8
232:1 242:16
242:21 243:9
243:19 246:11
246:17 247:18

268:15 271:5
272:12 273:1
294:20 299:12
302:5 311:12
325:16,19
334:16 335:1
336:24 337:1
337:17,24
341:13 343:21
346:6 349:15
359:24 418:3
**studying** 413:4
417:21
**style** 346:24
**styrene** 266:3
**subject** 22:4,7
22:10 31:12
53:2 66:17
68:19 107:14
427:10
**subjects** 268:17
**submission**
321:8 333:1
395:24
**submit** 16:16
189:15 333:10
333:24
**submitted** 12:4
23:13 25:17,24
155:8 189:5,10
316:23 321:9
321:10 332:11
332:13 333:3
354:19 394:8
**Subscribed**
429:18
**subset** 70:9 83:1
165:23
**substance** 56:22
71:16 146:23
147:9 297:15
301:5 429:10
**substances**
54:22 57:23
226:19 258:5
**substantial**
155:2 192:20

272:4,7
**substantive**
109:2
**substitute** 198:4
**substituted**
189:20
**subtype** 117:12
118:2
**subtypes** 95:10
116:17 121:13
175:19
**sufficient**
249:11 322:5
**sufficiently**
339:3 352:23
**suggest** 155:22
163:14 248:4
248:22 417:14
**suggested** 16:21
89:17 136:17
307:12 358:22
**suggesting**
237:7 248:21
349:24 403:12
**suggestion**
236:10
**suggests** 123:5
126:10 135:4
135:24 152:3
248:16 269:2
277:9 284:7
353:19 407:7
407:13 414:10
**Suite** 1:17 2:15
3:8
**sum** 43:4 44:18
61:15 66:7
**sum-** 93:14
**summarize**
179:11 203:18
243:15
**summarized**
274:3
**summary** 54:4
184:1 200:1
286:19 334:14
343:18 348:24

**398:14**
**supermarket**
84:2
**supervising**
68:16
**supervision**
426:10
**supplemental**
20:2,8 22:21
22:22 23:2
45:11,18 47:18
48:3 281:23
**support** 28:22
29:5,12 65:22
93:6 105:4
112:18,20
113:2,2,3
127:14 152:14
159:12 173:2
234:9 249:11
**supported**
246:17 335:10
342:6,10 343:3
351:13,22
**supporting** 8:5
143:21 395:20
396:16
**supportive**
343:9
**supports** 66:4
90:21
**suppose** 219:18
374:10
**supposed**
201:14 372:21
**supposition**
197:6 412:10
**suppressed**
382:6
**suppressors**
150:22 151:10
**sure** 18:17 27:21
31:7 70:24
76:17 82:4
92:19 105:23
112:12,23
125:14 145:10

149:17 162:8
164:24 165:19
176:4,8 182:22
192:8 223:22
228:4 242:14
250:6 262:4
267:15 270:21
271:4 293:9
309:21 329:14
339:11 358:21
371:19 372:21
397:22 410:16
422:16
**surface** 122:7
136:9 210:1
211:1,24 212:6
**surgeon** 168:3
253:12
**Surgeon's**
199:21,23
**surgical** 14:6
190:17 199:16
199:17 200:11
211:1
**surprise** 49:1
86:14
**surprised**
240:20
**surprising**
140:17 213:21
347:8
**surrounding**
397:18
**survival** 163:10
163:12 344:22
345:23
**survive** 73:20
**suscep-** 156:3
**susceptibility**
156:3
**suspect** 260:17
**suspensions**
192:23
**sustained** 164:6
**sustaining**
150:21 151:8
**Swan** 12:10

24:13,16 25:12
**sway** 51:17
52:19
**swear** 10:12
**sweeps** 145:4
**Swisher** 102:21
103:6
**switch** 329:14
380:2
**sworn** 10:15
429:18
**Sydney** 2:6
**Sydney.everet...**
2:6
**syndrome** 119:9
119:14
**synopsis** 188:11
**system** 31:4
390:12 411:10
413:14 416:4
418:14
**systematic**
96:18 181:7
**systematically**
37:13 86:8
**systems** 59:2
410:21 413:1
413:21

————————
**T**
————————
**T** 426:1,1 428:1
**T-W-O-G-G-...**
245:12
**table** 165:9,22
211:4 256:11
398:13 399:20
402:6,13,15
403:9,14
**tables** 8:16
366:11
**TACS** 362:7
**Taher** 51:15
**take** 34:9,9
50:22 52:12
74:17 76:23
112:3 113:8
164:22 176:4

177:8 186:21
217:1 219:6
250:21 288:14
291:20 292:22
302:11 310:17
312:14 345:15
348:22 364:23
365:7 409:8
423:11
**take-home**
305:24
**taken** 1:15 10:22
11:4 366:11
426:7
**takes** 14:23
301:15 307:22
**talc** 4:15 5:22,23
6:5 9:8,13 11:9
19:2,3 26:11
30:12 32:13
37:17 40:16
44:8 50:2 54:9
54:18 55:5
57:18 66:5,5
69:8,17,17
70:21 82:20,21
83:5,11 84:10
84:23 85:1,7
85:15,24 86:7
87:1 89:12,18
95:3 99:3
107:15,21
110:20 115:9
116:4,6 118:1
118:4,12 119:9
119:12,19
120:9,24
121:20,22
122:20 123:5
123:14,15,24
126:11,19,19
127:19 128:3,5
128:14,19
129:11 131:5,9
132:15 133:14
134:5,15,18,22
135:7,14

Michael Birrer, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| 136:20 139:2 | 286:21 293:12 | 55:9 57:16,22 | **talk** 30:14 32:19 | 97:16 107:24 |
| 141:4,7,10,13 | 293:18 295:10 | 60:24 61:7,17 | 58:6 102:6 | 109:19 113:4 |
| 142:5,17 | 295:22 296:1,4 | 63:17 83:3,11 | 221:12 292:17 | 148:1 302:10 |
| 143:16,22 | 296:5,13 298:2 | 83:18 88:2 | 292:17,19 | 312:24 356:7 |
| 145:7,7,19 | 298:10,13 | 89:1,18 90:2 | 310:24 | 408:18 |
| 146:5,10 | 299:17,22 | 90:10,16,16 | **talked** 66:13 | **terms** 35:4 36:1 |
| 157:12,14 | 300:20 334:17 | 92:7,11 93:5 | 69:5 106:5 | 44:6 57:15,18 |
| 158:12,15 | 334:20 336:13 | 101:20 102:3,6 | 157:21 192:13 | 65:12 84:11 |
| 161:8 174:8 | 344:15 346:11 | 102:17 109:7 | 360:20 420:10 | 90:14 93:24 |
| 177:19 178:1,8 | 347:23 349:16 | 117:8 121:5 | **talking** 41:9 | 145:24 146:1 |
| 178:14 181:17 | 349:24 359:24 | 134:5 138:18 | 96:7 144:15 | 188:1 192:5 |
| 181:21 183:10 | 386:21 402:3 | 169:18,20 | 151:7 218:16 | 193:2 270:1 |
| 184:4 187:5,5 | 402:16,19 | 170:15 171:12 | 218:16 222:6,8 | 283:11 298:7 |
| 189:18 192:2 | 403:10,18 | 172:2 173:4 | 251:2 279:7 | 350:23 351:1,5 |
| 192:11,23 | 404:19,21 | 175:14,18 | 320:8 372:20 | 353:4,15 368:3 |
| 193:24 194:3 | 405:8,9,17 | 180:3 187:12 | 397:23 | 380:13 408:19 |
| 194:16 200:14 | 406:14,22 | 190:1 192:14 | **tampon** 226:6 | 409:4 410:1 |
| 200:17,24 | 407:7,13 | 198:4 199:11 | 226:12 | **terse** 335:5 |
| 201:2,14,17,19 | 409:23 410:18 | 200:10 218:20 | **TaqMan** 361:6 | **test** 176:17 |
| 201:21,24 | 412:22 413:4 | 218:23 219:7,9 | **target** 62:4 | 303:17 304:4 |
| 202:9 203:12 | 413:20 414:8 | 222:21,22 | 136:11 302:16 | 353:17,23 |
| 204:3 206:17 | 414:11 415:18 | 230:10,13,15 | 303:1 | **tested** 91:8 93:5 |
| 208:13,22 | 415:23 417:4 | 230:20,24 | **task** 291:9 | 286:11 360:19 |
| 210:1,7,24 | 417:16 418:9 | 231:13,18,23 | **technical** 151:22 | 415:22 |
| 211:23 213:20 | 419:14,21,22 | 232:13,24 | 306:21 | **testified** 10:17 |
| 214:11,14 | 420:2,10 421:4 | 233:24 234:9 | **techniques** | 23:22 24:9 |
| 217:24 220:13 | 422:24 | 235:23 236:1,6 | 211:21 295:17 | 26:19 31:15 |
| 221:2 223:10 | **talc-based** 117:1 | 236:13,24 | 372:14 | 222:5 334:11 |
| 234:23 235:6 | 235:12 410:19 | 237:8,13,17 | **technology** | 374:14 394:11 |
| 235:11,18 | 411:2 412:23 | 238:2,18 | 212:5 361:10 | 418:23 |
| 250:1,9,13,22 | **talc-containing** | 240:14,22 | 372:14 388:13 | **testify** 32:10 |
| 251:9,21 255:1 | 122:4 264:22 | 241:7,13,16 | 388:15 | **testifying** 11:19 |
| 256:3 257:16 | **talc-induced** 9:2 | 256:24 272:14 | **tell** 10:15 36:23 | **testimony** 11:6 |
| 257:16,22 | 407:15 | 273:3,12 | 38:17 115:19 | 323:22 324:13 |
| 258:17 259:4,4 | **talc-treated** | 276:18 280:13 | 154:20 158:2 | 413:5 418:6,22 |
| 259:11 260:6 | 383:3 | 289:18 291:21 | 160:16 193:15 | **testing** 35:4 |
| 260:19,23,23 | **Talc/EOC** | 320:17 325:11 | 212:5 279:8 | 282:13,20 |
| 261:3,20 262:3 | 123:23 | 326:1 327:2 | 284:23 290:18 | 284:16 285:15 |
| 262:6,6,12,12 | **talcum** 1:5 6:8,9 | 338:19 342:11 | 341:6 367:21 | 285:17,20 |
| 262:21,21 | 7:13 8:6 10:7 | 343:8 346:13 | **telling** 176:16 | 286:7 304:14 |
| 263:14,17,22 | 11:1 17:22 | 347:8 348:2 | 218:9 284:1 | 354:8 360:24 |
| 264:6,6 265:12 | 24:6 25:10 | 359:10 378:13 | **telomerase** | 363:1,4,16,21 |
| 265:13,15 | 26:2 27:24 | 395:18 398:18 | 305:7 | 402:17,18 |
| 272:14,19,20 | 28:5,9,13 29:1 | 399:7 400:12 | **temporal** 250:7 | **tests** 360:11 |
| 273:3 277:1,9 | 29:8,18 30:3 | 417:15,20 | **ten** 140:10 | 362:15 |
| 277:13,19 | 31:23 40:5 | **talcum-based** | **tend** 308:3 | **text** 328:3 |
| 286:11,12,15 | 41:2 54:9 55:2 | 180:12 | **term** 82:20 | **textbook** 106:9 |

Michael Birrer, M.D., Ph.D.

| | | | | |
|---|---|---|---|---|
| **Thank** 21:10 | 33:13,23 35:2 | 192:9,16 193:9 | 307:21 308:8,8 | 344:4 |
| 25:15 64:9 | 36:11 37:11 | 194:6,14,15 | 308:14,22 | **thirty** 427:16 |
| 115:2 175:12 | 38:16,18 45:18 | 195:17,17 | 309:1 310:15 | **Thompson** 2:4 |
| 268:1 282:10 | 46:4,5,6 47:12 | 196:11 204:1 | 311:18 312:6 | 4:3 10:19,20 |
| 302:23 306:1 | 47:15 50:20 | 204:17 206:2 | 313:1,11,18 | 12:9 15:1 16:7 |
| 311:9 330:12 | 52:15,23 54:4 | 207:10,11 | 314:8 315:4 | 17:5,18 18:4 |
| 359:17 395:3 | 56:19 59:8,20 | 208:18 216:2 | 316:4 317:11 | 19:4,14 20:17 |
| 415:15 423:20 | 59:20 61:15 | 217:6,17 218:6 | 317:22 319:17 | 21:6,11,18 |
| 424:2,19 | 62:2,2,17,17 | 219:17,21 | 319:18,20 | 22:6,8,18,24 |
| **Thanks** 293:11 | 62:18 64:5,7 | 220:22 221:3 | 320:24 322:4,7 | 26:16 27:2,14 |
| **That'd** 264:16 | 64:11 65:20,24 | 221:13,21 | 322:15,19,19 | 28:18,23 29:13 |
| **theme** 89:14,23 | 66:4,4 68:5,20 | 222:2 223:6,18 | 324:11,12 | 29:24 30:8 |
| 157:20 | 69:19 70:4 | 224:1,16 | 325:15,16 | 31:10,21 32:3 |
| **theoretic** 130:1 | 72:22 73:2,5 | 227:13 230:8 | 326:23 327:17 | 32:20 33:16 |
| **Theoretically** | 73:21 76:1 | 232:10,20 | 328:21 331:18 | 34:1 35:7 36:4 |
| 129:14 | 78:2,24,24 | 233:13,19 | 335:4,4,18 | 36:13 37:3 |
| **theories** 30:15 | 80:16 83:7 | 234:14,16 | 337:22 339:11 | 40:24 41:18 |
| **theory** 26:1 | 85:18 86:15 | 237:2,7,19,22 | 339:16 340:4,8 | 43:6,13 44:2 |
| 220:20 287:6 | 87:18 89:14 | 240:2,18 | 340:12 341:21 | 45:8,23 46:16 |
| 297:14,15 | 90:14 91:12 | 243:12 244:13 | 342:23 345:20 | 47:10,22 48:5 |
| 303:17 | 93:8 97:9,13 | 244:20 245:14 | 345:23 347:17 | 48:13 49:6,18 |
| **Therapeutically** | 98:1,4,8 99:13 | 248:15 251:3 | 347:21 350:5 | 50:7,11,19,24 |
| 198:2 | 99:15,19,21 | 251:21 252:7 | 354:16 355:17 | 51:7,18,24 |
| **therapeutics** | 100:9 101:16 | 252:11 253:8 | 358:22 364:19 | 52:14,24 53:7 |
| 168:5 | 103:12 105:13 | 253:11 254:6,8 | 365:10 371:9 | 53:14 54:7 |
| **there'** 301:17 | 106:13 107:7 | 254:11 256:7 | 371:14,17,23 | 55:3,16 56:1 |
| **thereto** 426:8 | 107:12 109:1,3 | 256:11,21,21 | 374:6 375:13 | 56:14,21 57:4 |
| **they'd** 45:5 80:3 | 110:3,6,12 | 256:22 257:3,7 | 376:1,10 | 58:3,16,22 |
| 172:15 173:13 | 111:7 114:7 | 258:21 259:11 | 377:12 378:4 | 59:18 60:4,16 |
| **thicker** 20:21 | 119:1 125:24 | 259:13,18 | 381:1 386:2 | 60:22 61:5,19 |
| **thickness** 21:13 | 126:2 131:12 | 260:3 261:4 | 387:12,14,14 | 62:8 63:3,10 |
| **thin** 178:9 | 131:18,18 | 264:4 268:8,9 | 390:2 394:3 | 63:22 64:10,15 |
| **thing** 85:1 | 132:12 144:23 | 269:21 271:18 | 398:24,24 | 64:19,24 66:23 |
| 106:20 207:1 | 145:20 146:18 | 271:18 272:3 | 406:16 407:24 | 67:24 68:12 |
| 291:11 308:15 | 147:19 151:20 | 273:7,19 | 408:1,9 409:19 | 69:14 70:16 |
| **things** 84:12,12 | 159:4,10 160:3 | 274:12 275:7 | 411:6,14 412:5 | 71:6 72:3,10 |
| 108:6 130:2 | 160:3 162:18 | 276:2 277:5 | 412:10,15 | 72:20 74:12 |
| 158:22 160:4 | 165:1,3 167:6 | 282:16 287:8 | 418:13,23 | 76:2,15 77:13 |
| 195:16 219:20 | 167:12,17 | 288:19 289:6 | 421:6 422:5 | 77:20 78:10 |
| 290:14 310:5 | 168:3,8,16,17 | 289:10,17 | 423:12 424:8 | 79:2 80:2 |
| 385:10 387:21 | 170:1,14 171:3 | 290:9 291:6 | **thinking** 78:15 | 81:10,21 82:14 |
| **think** 11:7 16:9 | 171:6,6 173:13 | 292:15 295:1 | 112:9 122:3 | 84:15 85:9,20 |
| 16:12,12 17:11 | 173:18 176:17 | 296:17,21,22 | 175:24 408:8 | 87:5 88:19 |
| 17:17 18:6,7 | 179:10,13,21 | 297:14 300:3 | **thinks** 345:2 | 89:5,11 90:8 |
| 18:11 24:16 | 181:8 182:1 | 302:1,9 303:12 | **third** 150:20,24 | 90:24 91:9 |
| 26:10 30:18 | 184:23,23 | 304:17 305:18 | 178:6 180:11 | 92:1,9,17 |
| 31:13 32:9 | 185:2 186:7 | 305:23 307:10 | 181:19 235:10 | 93:11 94:20 |

95:8 96:6 97:3
97:14 98:7
99:2,23 100:5
101:14 103:24
104:20 105:12
105:16,19
106:23 108:1
108:13 109:14
109:22 110:5
111:12,23
112:5,16 113:1
113:14 114:17
114:23 115:3
115:17 116:13
116:24 117:7
117:15 118:10
118:19 119:5
119:21 120:20
121:8,18 122:1
122:15 123:2
123:10,21
124:5,7,17,23
125:5,17
126:16 127:2,9
127:18 128:2
128:11,24
129:9,20 130:8
130:17 131:6
132:24 133:8
133:23 134:11
135:2,12,21
136:7,14 137:1
137:17 138:2
138:13,23
139:10,16,24
140:6,14,24
141:20 142:3
142:12,21
143:6,13,20
144:3,12 145:8
146:15 149:16
149:21 153:1
153:17 154:13
154:19 155:15
156:18 158:3
159:2,9,22
160:20 161:13

161:21 162:1,5
163:20 164:21
166:13,22
168:7 169:1
170:4,23
171:22 172:12
172:24 173:20
174:10,22
175:5,23 176:7
176:15,22
177:7,13 178:4
179:5,15 181:9
181:14 182:24
183:22 185:1,8
185:17,23
186:8,20
187:14,20
189:9 190:6,15
191:4,24 192:7
193:6,23
194:23 195:12
196:19 197:17
198:3,16,20
199:1,5,9
200:21 203:2
203:11,19
204:4,15,24
205:8,16,23
206:8,13 207:5
207:17,24
208:9 209:2,15
209:22 210:16
211:14 212:7
212:23 214:19
215:5,16 216:8
217:3,15
218:12 219:12
220:3,10
221:20 222:4
222:17 223:5
223:24 224:6
224:15,24
225:6,15,21
226:4,10,16
228:13,22
229:9,19 230:7
231:4,19 232:6

232:21 233:5
233:16 234:3
236:5,20
237:15 238:6
238:12 239:13
239:20 240:4
240:11,19
241:4 242:12
243:17 244:18
245:21 246:1
246:10,24
250:20 251:14
252:3,19 253:3
253:23 254:5
255:10,23
256:12 257:6
257:14,20
258:6,23 259:3
259:15,23
260:5,16 261:6
261:15 262:2
262:19 263:3
264:3,10,15
265:4,11,24
266:7,21 267:3
267:9,17 268:4
269:12 270:12
271:22 272:21
273:9,18 274:1
275:9 276:9
277:11,22
278:14,21
279:6,20 280:7
280:11 281:2
281:20 282:3,7
282:12 283:18
283:23 284:10
285:2,7 286:5
286:17 287:9
287:20 288:2
289:8,21 290:4
290:16,24
291:16 292:8
293:1,6,22
294:8,15,23
296:24 297:7
297:24 298:6

298:11,18
299:2,11
300:21 301:16
301:20 303:14
304:2,9,19
305:16 306:17
306:22 308:1
308:16,23
310:8,16,23
311:10 312:3
313:14 314:3
314:10,19
315:1,11,19
318:3,14
319:12 320:5
321:3 322:13
323:3,20 324:6
324:22 325:7
325:18 326:18
327:8 328:22
329:2,19 330:9
330:13,17
331:14 335:6
336:1,10,23
337:14 338:4
338:11,16,24
339:22 340:24
342:2,21
343:14 344:8
345:19 346:1
347:5 348:12
350:2,12,24
351:18 352:4
353:1,11 354:3
354:13,24
355:20 356:8
356:16 357:4
359:1,23 360:4
361:4,18
362:22 363:13
364:8,22 365:8
365:13,20
366:9,17 367:1
367:7,11,16
368:5,20
369:11,15,24
370:3,9,13,20

372:5,12,23
373:4,12,16,22
374:3,20 375:7
375:14 376:5
376:12 377:17
378:5,11,18,23
379:10 380:10
380:16,19
381:2,10,18,24
382:21 383:14
383:24 384:5
384:17,23
385:3,12,17,20
385:24 386:13
387:6 388:7,14
388:20 389:9
389:19 390:8
390:16 391:4
391:14 392:6
392:12,19
393:1,8,23
394:18,24
395:4 396:1,13
396:24 397:12
398:12,22
399:13 400:1,7
400:17,23
401:4,11 403:4
403:24 404:8
404:20 405:3
405:15 406:1
406:11 408:3
408:11,23
409:6,15
410:14 411:7
411:16 412:1
412:14,21
413:16 414:4
415:3,12,16
416:7,16 417:1
418:5,15 419:4
420:14 421:9
421:18 422:22
423:4,10,18
424:20
**thorough** 13:2
179:11 181:7

Michael Birrer, M.D., Ph.D.

291:23
**thought** 16:19
  16:20 52:11
  53:5 67:19
  79:13 80:1
  137:10 166:15
  169:20 173:8
  173:14 210:20
  252:21 254:2
  288:10 289:1,6
  290:17 305:13
  353:6 398:6
  408:22 409:9
  411:1,8,19
  413:6
**thoughtful**
  332:23
**thoughts** 295:7
  309:3
**thousand** 80:15
  81:16
**three** 12:2
  118:17 167:12
  182:13 255:20
  287:11 357:24
  358:9 371:19
**throw** 371:21
**thumb** 46:8
**time** 10:5 11:15
  14:14 15:2
  17:20,23 23:18
  25:15 36:3
  41:13 44:5
  57:19 74:17
  100:22 101:10
  105:17 164:7
  176:5 190:2
  217:6 228:5
  232:23 242:17
  276:20 296:15
  301:15 307:6
  309:7,19
  317:18 329:21
  338:12 365:2
  369:2 386:19
  423:20 424:24
**timed** 406:24

**times** 2:22 82:16
  82:20 202:6
  220:24,24
  228:10 292:19
  334:6
**tissue** 15:22
  32:12 75:16
  76:3 137:23
  157:12 158:13
  191:17,22
  210:2 268:18
  307:16 327:3
  416:5
**tissues** 128:6
  210:6
**titanium** 402:3
**title** 27:7,10
  150:9 156:22
  163:1 166:8
  302:5 401:12
  401:15 406:17
**titled** 42:16
  53:19 69:3
  247:23 254:18
  288:5 415:8,17
  417:2
**today** 10:21 13:2
  19:22 23:3
  32:10 37:9
  51:9 58:7
  70:24 114:8
  158:17 196:7
  224:7 232:9
  423:20
**Today's** 10:4
**told** 7:21 83:21
  86:12 177:4
  299:3 302:6
  348:10 389:20
**top** 150:11
  381:12 390:17
  395:13 421:23
**topic** 16:16 51:9
  106:16 324:17
  336:5,6,11
**topics** 243:14
  311:23

**total** 24:5 43:5
  44:18 61:15
  66:7 89:17
**totality** 159:20
**tough** 32:6
  118:24
**TOV11** 357:16
**towns** 275:19
**toxicity** 414:7
**toxicological**
  148:2
**Toxicology** 7:20
  9:6 235:17
**tract** 99:4 122:6
  123:6 124:2
  125:1 126:21
  128:4,16
  129:13 136:8
  195:8 206:19
  214:14 215:9
  217:24 224:10
  224:19 226:20
  227:23 229:1
  274:24 276:24
  277:7,21
**training** 33:2
  196:14 229:23
**trait** 309:10
**transcript**
  385:23 426:6
  426:11 427:17
  427:19
**transcription**
  404:15 429:7
**transcriptional**
  147:21 405:24
**transfer** 278:15
**transformation**
  9:3 134:20
  163:9 164:10
  297:19 299:20
  350:6 406:13
  406:18,23
  407:8,14,15
**transformed**
  344:17 348:20
  349:7 350:4,8

**transforms**
  347:23 348:3
**transience** 129:3
**transit** 130:2
**transiting** 274:8
**translate** 15:9
  292:23
**translating**
  144:4
**transmission**
  270:18,19
  279:12
**transport** 31:3
  32:11 214:10
  270:10 274:23
  280:2
**transported**
  226:19 276:24
**transporting**
  269:4,6,18
  270:4
**transvaginal**
  130:13
**travel** 123:6
  130:13 193:19
  195:19 224:9
  224:18
**treat** 13:23
  33:10 237:22
  299:8 310:2
**treated** 134:18
  334:20 359:5
**treatise** 242:15
  248:11 249:14
  249:19 251:6
  252:6,15,22
**treatment** 15:11
  155:22 359:7
  359:14 362:10
**Tremolite** 6:19
**trend** 121:21
**trial** 13:4 18:9
  18:20
**trials** 15:24
**trick** 253:16
  288:11
**tried** 84:20

204:2 226:24
**trivial** 116:7
**true** 78:24 79:1
  79:3 86:20
  100:1 158:16
  159:18 174:13
  258:10 263:17
  285:4 364:4
  383:22 386:21
  426:11
**truth** 10:15,15
  10:16
**try** 19:16 43:1
  83:10,12
**trying** 15:9 16:9
  40:16 60:11
  93:8 111:6
  170:1 205:6
  238:22 248:24
  255:7 341:10
  343:4 354:6
  363:17 373:10
  373:10,15
**tubal** 119:8,12
  119:18 129:1
  137:9
**tube** 125:7
  129:23 358:7
  377:10
**tubes** 125:20,20
  132:16 213:20
  227:18
**TUCKER** 3:8
**tumor** 147:13,14
  147:20,22
  152:16 155:24
  163:9,10 166:4
  171:7 309:23
  310:9 346:5,9
  358:13 397:17
  397:18
**tumorigenesis**
  135:16 307:17
**tumors** 95:15,23
  147:11,15
  155:23 171:3
  307:22 309:9

310:5 311:24 313:21
**turn** 199:24 247:20 402:6
**turning** 164:2 177:20
**turns** 217:2
**Twenty-two** 211:19
**Twergger** 245:10
**twice** 272:15 273:4
**two** 9:8,13 14:21 46:24 58:6 76:23 82:22 131:15 152:3 153:8 160:6 170:6 192:16 233:14 248:14 248:17 287:11 293:20 301:17 319:11,17 327:18 332:3,4 337:12 363:15 367:5 371:19 390:21,23 391:16 392:24 403:22 414:7 415:19 417:4
**Two-** 245:10,11
**two-part** 131:11
**two-thirds** 284:2,17 304:21 406:21
**Twoauger** 245:11
**Tworoger** 245:9
**type** 34:22 264:20
**types** 16:3 89:7 95:23 156:9 157:3 178:14 303:21 313:7 414:7
**typically** 77:4,8 77:14,21 193:3

299:4 389:21 394:12

_____

**U**

**Uh-huh** 23:8 32:22 42:10 46:3 69:7 81:14 86:23 97:20 104:5 111:3,5 122:19 124:16 145:9 154:3 156:21 160:8,11,23 161:4 162:20 164:4 168:19 177:18,22 183:13 184:2 186:11 203:4 209:9 213:16 218:22 243:7 254:23 263:10 263:13,16 268:14 291:18 291:22 294:1 294:18 299:18 299:18 307:4 316:13,16 320:15 323:12 329:6 331:8 343:16 357:11 360:10 377:2,9 377:16,19 380:4 382:24 392:22 396:10 398:5 405:18 418:18 419:18 422:2
**Uh-uh** 38:20
**UKC** 256:3
**ultimately** 74:20 278:13
**ultrafine** 86:18
**ultrasound** 227:2
**Ultrastructural** 6:3
**Um** 198:4

**unable** 59:13 332:7
**UNC** 38:7
**unconvincing** 61:16,16 110:17 287:4,5
**uncovering** 59:4
**undergo** 134:19
**undergone** 188:18
**underlie** 309:8
**underline** 309:21
**Underlining** 151:13
**understand** 14:13 19:5,18 27:22 32:21 37:18 42:8 58:5 66:15 125:14 145:10 196:6 223:16 252:11 276:22 294:19 300:9 319:15 325:10 332:22 340:11 340:13 350:17 365:23 371:12 373:24 374:4 374:24
**understanding** 13:2 27:12,19 33:4,11,12 54:11 63:12,24 67:9 84:7 86:6 87:8 95:9 96:1 96:15 158:23 180:17 181:10 182:14,19 187:7,10,15 209:10,16,21 221:14,22 224:8,17 243:8 246:16 258:8 262:5,11 264:24 271:4 274:4 282:18

293:17 297:8 316:23 345:7 356:19 361:13 402:20 420:11 420:12
**understands** 373:17
**Understood** 95:24
**undertakes** 243:13
**underwear** 96:13
**underwent** 188:21
**unethical** 17:20
**unfortunate** 272:10
**unfortunately** 52:23 131:11 296:12
**unifying** 312:9
**uninformed** 315:15,23
**unique** 78:4
**uniqueness** 130:24
**United** 1:1 133:5
**university** 104:9 104:16,24 213:9 317:17 361:11
**unlimited** 77:2 235:5
**unmanageable** 77:3
**unpublished** 327:15
**unreasonable** 109:9,16 110:10 159:24 185:11 219:22 314:14,21
**unresolved** 313:18
**unsafe** 59:5,21 60:1,14 232:18

**unsubstantiated** 347:15,19
**Unsurprisingly** 330:19 331:5
**untoward** 62:19
**unusual** 337:10
**unusually** 180:14
**updates** 8:19 395:7
**upper** 99:4 124:1 126:21 128:16 206:19 214:14 215:9 217:23 224:10 224:19 226:19 229:1
**upregulated** 402:16
**upright** 225:22 226:2
**upwards** 140:10
**USA** 116:6
**usage** 5:23 59:1 198:7
**use** 8:6 27:24 28:4,8,12,24 29:7,17 30:2 44:3,5,7 60:12 62:6 83:8 96:19,21 98:6 99:20 107:4,24 109:19 116:3,6 116:14 117:1,8 118:1,4 119:7 119:10,12,19 120:9 121:11 121:20 123:15 130:9 134:5 139:2 141:7,13 142:24 169:18 169:20 171:12 172:2 173:3 175:14 177:22 180:2,11 184:4 197:11,22 200:4,15

201:18 225:16
226:6 227:6
230:10,15,20
230:24 231:18
231:22 232:13
234:7,9 235:11
236:7 237:1,10
237:17 238:2,5
238:18 240:14
240:23 241:7
241:12,17,20
250:1,13 256:3
280:14 281:10
283:5 284:1
301:2,3 307:5
353:4 363:9
379:18 417:15
**use.'** 121:22
**users** 140:1
**usually** 16:15
  17:7 74:7,14
  76:23 77:12
  96:22 126:7
  147:8,23
  305:12 337:10
  338:6,15 362:1
  389:7,17
  390:19
**uterus** 125:8
  126:2 218:15
  227:1,17

———————
**V**
———————
**vagina** 99:4
  122:21 124:1
  124:24 125:6
  126:11,20
  127:4 128:15
  129:22 219:1,9
  222:10,23
  223:10,11
  226:12 269:8
**vaginal** 269:20
  270:5
**val-** 18:15
**validity** 390:23
**valuable** 18:8,11

18:13,15
**value** 146:1
  340:13
**variability**
  101:7
**variable** 192:15
**variables** 141:22
**varieties** 9:8
**variety** 57:23
  202:11
**various** 57:17
  85:23 117:23
  157:3 184:4
  310:11 323:5,9
  334:20 362:11
  392:7
**vary** 117:11
**varying** 75:4
**vector** 269:4,6
  270:4
**verbal** 321:23
  321:24 322:1
**Vergote** 167:21
  168:2,2
**versed** 222:2
**version** 333:2
  345:14
**versus** 14:15
  65:17 66:5
  98:16 142:24
  238:24 242:9
  272:14 273:3
  310:7
**vertical** 221:1
**vessel** 397:24
**video** 1:14 10:6
**videographer**
  3:12 10:1,3
  113:9,12 230:2
  230:5 310:18
  310:21 349:10
  349:13 365:4
  365:15,18
  370:15,18
  416:20,23
  423:13,16,23
  424:22

**view** 145:14
  265:17 378:16
**viewer** 342:3
**viral** 137:7
**Virchow** 5:9
**virtually** 286:19
  342:15
**virus** 80:22
**vis-à-vis** 336:21
  352:8
**vitae** 4:10 8:3
**vital** 7:17
**vitro** 7:21 9:6
  15:12 101:23
  144:8,18 302:6
  302:16,24
  303:1,7,15
  304:3,14 307:5
  336:24 337:1
  337:24
**vivo** 15:13
  101:24 134:16
  144:8,18
**Vol** 5:19
**volume** 71:4
  72:5
**voluminous**
  71:13

———————
**W**
———————
**W** 3:9
**Wacker** 3:8
**wait** 339:17
**want** 11:10
  17:12 27:21
  50:12 62:11
  93:16 106:17
  106:17 113:15
  115:15 118:22
  124:8,8 145:9
  145:10 170:19
  176:4 177:8,9
  177:22 178:19
  212:24 221:16
  236:24 237:9
  244:3 276:22
  277:18 282:22

290:18 292:10
293:8 322:8
331:21 357:9
364:23,24
365:7 366:13
367:20 372:6,7
373:20 387:21
393:20
**wanted** 44:23
  148:14 258:8
  270:21 271:3
  379:21
**war** 275:15
**Warner** 104:5
**wasn't** 11:7
  20:10 41:4
  57:11 172:16
  196:13 237:24
  269:13 275:16
  289:11 300:1
  300:18 312:7
  329:15 342:10
  351:19 385:5
  421:10
**water** 100:20
**way** 44:21 51:17
  52:19 65:14
  68:9 80:7
  97:21 111:17
  144:23 145:18
  147:18,23
  175:21 182:3
  187:23 193:20
  196:17 218:6
  219:17 270:6
  285:10 300:7
  300:18 304:21
  326:11 327:1
  333:22 343:12
  343:13 350:17
  353:20 358:23
  381:12 386:8
  406:21 409:1
  410:10 420:15
**Wayne** 361:10
**ways** 54:24 78:4
**we'll** 19:16

65:10 94:2
105:22,22
299:13 302:24
306:19 321:14
331:22 376:13
379:18 380:17
387:22,22
419:16
**we're** 31:19 48:9
  58:6 62:1
  65:15 83:10
  92:19,20,23
  94:11 95:13,16
  95:19 96:7
  98:4 103:1
  110:13,18
  112:10 113:13
  114:7 144:15
  145:19 153:3,4
  153:8 158:17
  158:24 180:21
  180:22 194:20
  198:24 199:2
  218:16,16
  222:6 230:6
  232:7 247:4
  254:4 267:15
  279:7 291:6,19
  298:7 304:10
  306:2,4 310:3
  310:22 316:3
  348:5 349:14
  357:13 364:10
  365:19 370:19
  371:12 372:17
  372:22 374:7
  374:24 376:24
  386:2 401:20
  410:13 416:24
  423:17 424:24
**we've** 67:2 93:5
  105:9 107:12
  132:6 147:18
  154:7 178:23
  192:13 250:16
  287:4 296:13
  302:9 305:20

349:16 360:20
363:3 370:21
378:2 420:5
**weak** 144:23
**website** 233:20
234:6,8,22
**websites** 232:23
233:8
**week** 14:20,21
169:4,8
**weigh** 65:13
**weighed** 290:11
**weighing** 238:24
**weight** 4:23
53:19 63:11
65:5,16,17
186:21
**Weinberg**
149:10,11
**Welch** 209:8
**welcome** 113:19
**well-regarded**
154:9 168:18
**well-renowned**
153:10
**well-written**
335:9
**went** 12:1 42:1
53:10 64:22
187:17,24
194:11 226:23
227:5 286:3
359:16 421:1
**weren't** 41:7,8,8
88:14 186:1
**whatsoever**
321:22
**whited** 385:11
385:13,14
**widely** 152:16
**wife** 97:1 269:23
**willing** 32:19
107:8 325:3
**wipes** 184:7
**wished** 150:7
**Wishful** 112:9
**withdraw**

206:14
**witness** 10:12,14
56:8 64:5
98:24 103:17
103:22 114:10
114:13,15,16
124:12 130:6
176:18 177:1
177:11 205:3
212:21 244:16
254:3 256:1
286:2 317:3
320:17 349:21
368:13,17
426:12 427:1
**witnesses** 35:23
**Wives** 269:24
**Wolf** 38:21
**woman** 98:11
198:5 218:20
219:7 221:1
222:6,20
272:14 273:3
**woman's** 228:15
**women** 13:21,23
17:21 28:14
29:9 96:2,11
96:21 97:5,21
99:19 116:3
120:21,24
121:4 123:3
129:24 130:1
130:11,24
132:19 133:4
140:10 223:13
225:8,16 226:5
237:20,23
241:6,12,17
268:19 271:6
275:6,7,11
276:1
**wonder** 347:9
**wondered**
379:21
**Woodruff** 40:19
**word** 41:21
106:4 156:23

176:9 205:7
227:7 290:13
345:15 364:2
**words** 144:16
220:4 222:8
331:16 347:15
362:2
**work** 25:19
74:15 77:9
79:18 117:22
147:7,20,23
153:22 168:4
170:21 196:17
296:14 304:11
308:19 312:1,4
315:9 323:19
332:6 334:1
362:4 380:1
414:2 421:13
**worked** 44:21
185:10 421:22
**workers** 200:6
278:4
**working** 40:12
272:8 278:4
**works** 168:16
**world** 68:15,17
275:15
**worry** 344:6
**worthwhile**
252:21
**wouldn't** 14:11
18:16 80:5
83:24 84:21
86:14 99:24
106:16 109:19
110:8 165:2
172:13 226:11
234:13 238:23
239:4,15
259:14 260:8
265:16,16
269:19,21
270:4 271:11
281:12 292:22
293:2 304:13
306:15 314:20

315:5,14 322:8
326:15 330:5
336:17 352:5
353:7,21
376:11 396:6
418:12
**wound** 191:21
**wounds** 152:13
**Wright** 6:16
253:4,14
254:24 255:4
256:15
**Wright's** 254:1
256:14
**write** 41:19
115:15 316:19
318:10
**writing** 426:9
**written** 153:19
321:24 322:2
322:21
**wrong** 46:1
52:23 109:13
109:15 110:22
111:2,7 140:20
157:23 160:10
170:7 179:7,13
184:13,24
185:14 187:1
202:19 203:1
207:11,21
208:6 352:12
**wrote** 213:12

———————
**X**
**X** 4:1 5:1 6:1 7:1
8:1 9:1 301:5
**X-ray** 295:16

———————
**Y**
**Y** 301:5 368:6
**y'all** 370:4
**yeah** 11:13 15:3
17:17 22:11
23:8 41:17
43:1,8 46:5,19
47:23 49:24

50:10 53:17
54:4,12 59:20
62:17 63:7,15
64:16,21,22
70:1,5,8,10,15
71:9 72:13
73:11,12,13
74:23 75:19
78:2,9,11,14
79:1,16,23
82:18 85:22
88:7 93:17
94:6 95:17
96:9 97:2,9
100:19 101:4,5
103:4 105:21
105:21 106:3
107:11,11
111:14 115:20
116:1 119:2,3
120:2,8,19,21
125:23 126:6,6
126:8 131:10
131:10,18
132:7,11
133:13 146:3
148:6 149:11
149:11 150:8
150:15 153:24
157:19 161:4
162:11 165:3
165:18 168:9
170:14 171:23
173:19 176:19
177:15 181:8
182:13 183:4
183:24 184:2
188:15 192:9
193:10 199:18
201:11 207:16
211:16 214:4
214:17 216:7
217:17 219:17
220:2 222:16
226:23 227:11
227:22 228:2
229:7,24

233:18 235:2,2
235:3 238:9
239:10 243:23
243:24 245:2,4
246:21 247:10
247:11 248:20
252:13 253:2
254:6 255:12
265:1 269:21
270:14 271:1,3
272:11 273:7
275:4 276:11
276:11 281:5
281:11,12
291:9 293:10
294:24 303:12
306:18 316:1,8
319:4,11 320:1
322:7 327:20
328:15,23
331:3,4,20
333:15,17,21
333:21 334:8,8
336:3 338:15
341:9 342:22
342:23 343:1
343:13,19
345:10 347:4
355:5,15 357:7
357:23 362:24
363:16 364:16
365:9 368:4,18
371:4,5 372:4
374:9 377:11
379:5 381:12
384:15 387:10
387:14,17
390:20 392:16
394:6,6 398:11
399:4 403:7
404:1 405:23
406:6 410:6
411:6 414:19
417:11 419:3
419:10,13
420:4
**year** 116:6

254:19 255:15
256:18 332:9
390:9
**year's** 391:7
**years** 59:1,1
83:19 96:20
121:22 138:8
140:10 214:7
287:3 299:5,10
302:2 337:13
**Yep** 45:12 50:10
54:6 183:7
201:15 214:4
331:4,24 371:6
396:23 407:12
**yesterday** 24:21
**York** 2:16,23,23
292:19
**young** 80:23

_____
**Z**
**Z** 301:5
**Zelikoff's** 38:24
**zero** 359:5

_____
**0**
**02210** 2:20

_____
**1**
**1** 4:8 20:13,15
115:4 156:20
334:10,14
335:8,12,24
337:15,16
341:18 344:6
346:7 351:11
351:21 353:6
366:19 369:17
369:21 370:10
370:12 371:2,3
383:2 398:13
**1,577** 116:6
**1.1** 115:6
**1.2** 116:4 139:4
139:11
**1.3** 139:11
**1.4** 115:7

**10** 4:3 5:7 86:7
86:13 147:15
149:14,22
306:7
**10:44** 113:10
**100** 77:1 113:5
359:5 369:14
382:9,13
**1000** 1:17
**10036** 2:23
**100C** 69:20
70:21
**1075** 3:4
**11** 5:9 113:13
153:15,18
**110** 247:21
**112D** 357:16
**113** 5:5
**11747** 2:16
**12** 5:12 121:5
161:24 162:3,6
207:11,19
208:4
**12:55** 230:3
**13** 5:16 121:11
161:22 166:20
166:23 271:16
**130** 2:12
**136** 312:15,16
312:17
**14** 5:19 7:6
121:19 199:4,6
199:7
**147** 174:5
**149** 5:7
**15** 5:22 7:11
23:20 122:4
177:9 205:20
205:21
**153** 5:9
**155** 2:20
**16** 6:3 25:14
122:18 209:12
209:13
**16-2738** 1:7
**1604** 164:2
**162** 5:12

**166** 5:16
**17** 6:8 123:3
233:23 234:1
271:16,17
**17th** 23:17,19
**18** 6:11 25:19
49:7 123:13
246:22 247:1
**1819** 1:17
**19** 2:8 5:20 6:15
123:22 253:21
254:1 316:12
330:22
**1960's** 7:5,10
**199** 5:19
**1990s** 189:20
**1996** 267:22

_____
**2**
**2** 4:10 21:1,4
53:18 116:3
164:2 165:9
306:9 307:2
343:15,17
344:12,18
402:6
**2's** 345:6
**2:02** 230:6
**20** 4:8 6:18 82:3
117:9 121:1
124:24 177:9
264:13,16
302:1 332:12
359:5 382:9,9
382:13 392:2
392:10 429:19
**200,000** 140:10
**2000** 161:12
**2000's** 7:10
**2001** 157:14
161:3,4,6,12
**2006** 67:10
**2007** 208:13
**2008** 401:1,7
**2009** 401:10,19
401:23
**2010** 50:2 67:1,7

73:12 161:2
165:6,13 262:7
262:13 263:9
409:17
**2011** 149:1
**2012** 11:10
69:16,20 70:20
264:12 415:5
**2014** 49:13,19
72:15
**2015** 11:10
**2016** 5:20 25:13
243:6 252:23
**2017** 12:14,17
12:23 31:4,12
31:15 40:7
394:2
**2018** 7:6 12:20
31:22 184:18
254:18 256:18
341:1
**2019** 1:11 7:11
10:5 426:17
**205** 5:22
**209** 6:3
**21** 4:10,12 6:21
125:6 268:2,5
**218** 2:3
**219** 264:17
**22** 7:3 126:9
211:17 281:18
281:21
**22nd** 426:17
**23** 7:8 46:5
126:19 281:23
282:1
**233** 3:8
**234** 6:8 312:13
**23rd** 169:4
**24** 7:13 46:5
127:3 287:18
288:4 331:3
402:8,19
403:12 404:21
**243/** 5:19
**246** 6:11
**25** 7:16 294:12

Michael Birrer, M.D., Ph.D.

294:13 369:14
392:21
**253** 6:15
**26** 7:20 127:19
301:18,21
302:13
**264** 6:18
**268** 6:21
**27** 8:3 128:3
311:6,7
**2738** 1:9 10:8
**277** 177:20
263:12
**2780** 357:19
378:3
**28** 8:5 36:14,15
128:12 320:3
320:11 327:11
327:12
**281** 7:3
**282** 7:8
**287** 7:13
**29** 1:11 8:9
36:15 129:1
328:24 329:3,4
**294** 7:16
**29th** 10:4
**2B** 67:3 117:3
179:14,18
235:14,15

**3**

**3** 4:12 21:16
23:16 47:21
53:22 116:14
151:23 182:9
182:12 235:1,2
247:5 263:15
362:10 369:23
377:20 402:15
**3:26** 310:19
**3:45** 310:22
**30** 8:13 117:9
129:10 138:7
235:2 329:17
329:21 330:8
364:24 392:2

392:10 427:16
**300** 37:12
**301** 7:20
**30309** 3:4
**305** 2:15
**31** 8:16 129:21
366:5,10
**311** 8:3
**32** 8:19 130:9
393:21 394:23
395:1
**320** 8:5
**328** 8:9
**329** 8:13
**33** 8:23 130:18
400:20,21
**34** 9:2 132:14
406:8,9
**35** 9:6 133:1
409:13,16
**352** 426:21
**36** 9:12 133:14
415:1,4
**36104** 2:4
**366** 8:16
**37** 133:24 134:1
**38** 134:15
**39** 135:3
**393** 8:19
**396** 421:24

**4**

**4** 2:22 4:15
48:11 64:4
117:1 316:15
403:15,16
**4:23** 349:11
**4:24** 349:14
**4:39** 365:16
**4:50** 365:19
**4:55** 370:16
**4:59** 370:19
**40** 24:22 116:3
135:13 138:7
231:2 232:7
299:10
**400** 2:15 8:23

73:22 80:14
**406** 9:2
**409** 9:6
**40s** 95:2
**41** 135:22
**415** 9:12
**42** 136:8
**424** 4:4
**43** 136:17
**438** 268:24
**44** 137:2
**45** 137:18
**46** 138:5
**48** 4:15 138:24
334:21
**49** 4:17 139:11

**5**

**5** 4:17 49:16,20
117:8 201:14
359:5 382:8
**5:38** 416:21
**5:40** 416:24
**5:48** 423:14
**50** 4:20 77:1
139:19 392:24
**50s** 95:2
**51** 140:1 166:3
**52** 140:7
**53** 4:23 140:16
**54** 141:3
**55** 141:21
**56** 142:4
**57** 142:13
**58** 142:23
**59** 143:14
**598** 398:13

**6**

**6** 4:20 50:4,5
117:22 148:13
235:2 271:16
**6.1** 180:5
**6.2** 180:9
**6:03** 423:17
**6:04** 424:24
425:2

**60** 83:21 143:21
283:1
**60606-9997** 3:9
**61** 144:4
**62** 5:5 146:5
**63** 309:5
**64** 181:22
**658** 151:23
**6950** 3:8

**7**

**7** 4:23 53:11,12
116:4 118:11
220:15 349:15
**70** 83:21 283:1
**70s** 40:20
**77** 70:1,2 249:4

**8**

**8** 5:3 81:8,24
82:1 171:10,14
402:8,9,17
403:11 404:9
404:14,18
**80** 24:16
**80220** 2:12
**81** 5:3,19

**9**

**9** 5:5 113:22,23
120:9 247:7,8
247:8 271:16
401:6
**9/19/18** 8:9
**9/30/19** 426:21
**9:03** 1:19 10:5
**90** 146:9
**901** 157:1
**92660** 2:9
**93** 177:16

Exhibit E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO ALL CASES*** | **MDL NO. 16-2738 (FLW) (LHG)** |

**EXPERT REPORT OF BENJAMIN G. NEEL, MD, PHD
FOR GENERAL CAUSATION *DAUBERT* HEARING**

Date: February 25, 2019

_____
Benjamin G. Neel, M.D., Ph.D.

## I.   BACKGROUND AND QUALIFICATIONS

I am the Laura and Isaac Perlmutter Director and Professor of Medicine (with tenure) at NYU School of Medicine. In that capacity, I am responsible for all cancer care and research across NYU Langone Health.

In my role at NYU, I oversee my own 13-person research laboratory, which has been continuously funded by NCI/NIH since 1988. My major expertise is in the area of cancer cell signaling, most notably involving protein-tyrosine phosphatases (PTPs). I am generally recognized as a co-founder of the PTP field, and have authored or co-authored multiple major reviews and co-edited a book in this area.

I received my Ph.D. in Viral Oncology at The Rockefeller University in 1982 in the laboratory of Lasker Awardee Hidesaburo Hanafusa, Ph.D., working directly under William S. Hayward, Ph.D. My thesis work established that slowly transforming RNA tumor viruses caused cancer by inserting themselves next to, and activating, the cellular proto-oncogene c-*Myc*. This finding served as the paradigm for oncogenesis by all such viruses and anticipated the subsequent discovery that many chromosomal translocations (rearrangements) cause cancer in humans by a similar "promoter/enhancer" mechanism. Dr. Hayward was the co-recipient of the Bristol-Myers Squibb award for this discovery.

I received my M.D. from Cornell University Medical School (now Weill-Cornell) in 1983, and completed medical internship and residency training at the former Beth Israel Hospital (now Beth Israel Deaconess Medical Center (BIDMC)) from 1983-85. I am a Diplomate of the American Board of Internal Medicine (board-certification). From 1985-1988, I pursued post-doctoral studies as a Leukemia Society Special Fellow with Lasker Awardee Raymond L. Erikson, Ph.D., in the Department of Cell and Developmental Biology at Harvard University.

In 1988, I was appointed Assistant Professor of Medicine at Harvard Medical School (HMS), and started my own research laboratory at Beth Israel Hospital. I rose through the ranks at HMS, becoming Professor of Medicine in 1999, and also serving as Director of the Cancer Biology Program, from 1994, and Deputy Director for Basic Research, Hematology-Oncology at BIDMC, beginning in 2003. In 2006, I was appointed to the William B. Castle Chair of Medicine at HMS. Under my leadership, Hematology-Oncology rose from the least-funded to the top-funded (in NIH/NCI grants) division in the Department of Medicine at BIDMC. I also recruited three new junior faculty, two of whom are now Professors of Medicine at HMS.

In 2007, I became Director of Research at Princess Margaret Cancer Center (PMCC) in Toronto, Canada, and Senior Scientist and Canada Research Chair, Tier 1, in the Departments of Medical Biophysics and Biochemistry at the University of Toronto. In that capacity, I recruited more than 20 new investigators, and established new programs in Clinical Cancer Genomics, Epigenetics, Computational Biology and Tumor Immunology/Immune Therapy. During my tenure, PMCC ranked 3rd or 4th year over year in percentage of high-impact publications among North American cancer centers, and grant and philanthropic funding each increased by more than 50% on a yearly basis.

2

During my time at PMCC, my group also developed a significant interest in ovarian cancer pathogenesis and functional genomics. I have authored several papers in this area, chaired the Current Topics in Ovarian Cancer session at the American Association for Cancer Research (AACR) annual meeting in 2014 and co-chaired the AACR Ovarian Cancer Conference in 2015. Overall, I have published 234 peer-reviewed primary manuscripts and 33 invited reviews, which together have attracted more than 45,000 citations. I have an h-index of 107 and an i10 of 236.

Since assuming my position at NYU Langone in January 2015, I have recruited 38 new investigators from external institutions, restructured our entire leadership team and successfully renewed our NCI Cancer Center Support Grant with a score of "Outstanding" and "Comprehensive Cancer Center" designation.

In addition to my institutional experiences, I have had a number of national and international leadership roles. I have chaired or co-chaired numerous important scientific meetings, including Gordon Conferences, FASEB meetings, and Cold Spring Harbor (CSH) meetings, all of which are major meetings in the fields of cancer biology and signal transduction. I am currently co-chair of the CSH Meeting on Cancer, through 2021. Chairing/co-chairing such conferences is generally recognized as indicative of world leadership in the field. In 2012, I was the Program Chair for the AACR annual meeting, which attracts nearly 20,000 cancer researchers from around the world. As Program Chair, I was responsible for selecting leaders for all of the sessions, and ultimately responsible for the entire meeting program and its execution. From 2012-2015, I served as an elected member of the AACR Board of Directors. I have been a member on several AACR award selection committees, and just completed service as Chair of the committee to select the AACR Lifetime Achievement Award. I also have served as a full member on two NIH study sections, and as an external reviewer of the intramural program at NCI-Frederick, program project grants, and Cancer Center grants. I am a member of the external advisory boards of 3 NCI-designated Comprehensive Cancer Centers (Columbia, Northwestern, Rutgers-CINJ). I also was an Editor of the journal *Molecular and Cellular Biology* from 1991 to 2000, and currently serve on the editorial boards of multiple major cancer and cellular/molecular biology journals, including the two most highly rated specialized journals for Cancer Biology, *Cancer Cell* and *Cancer Discovery*.

I have also been fortunate to receive several awards in recognition of my research. I was the first recipient of the Gertrude Elion Award from the AACR. I have been elected to the American Association of Physicians, received the Premier of Ontario's Summit Award (the highest scientific award in Ontario), and held an NIH MERIT award from 2003-2013.

Overall, my own research and multiple leadership experiences have given me broad expertise in cancer biology and medicine, as well as detailed, specific expertise in signal transduction and ovarian cancer pathobiology.

A complete curriculum vitae is attached as an appendix to this report.

I am being compensated at a rate of $750 per hour for my expert work in this litigation. All of the opinions in this report are stated to a reasonable degree of scientific certainty.

3

## II.     WHAT IS CANCER?

**A brief overview of normal cellular regulation:** Our cells are complex machines, and thus are subject to multiple – and intricate – levels of regulation. The cellular "control center" is the nucleus, which houses 46 chromosomes (23 pairs), composed of "chromatin." Chromatin comprises DNA wrapped around specific proteins, called histones. "Genes" are units of DNA of variable length that encode the instructions for making proteins, the ultimate workhorses of cells. These instructions are transmitted from the nucleus by messenger RNA (mRNA) to protein synthesis machines, called ribosomes, in the cytosol. The genetic content of an organism is termed its "genome," and to maintain genomic integrity, when a cell divides, it must replicate its DNA perfectly and reassemble it properly into chromosomes.

Although all cells contain the same genes, different types of cells express different mRNAs, and consequently, distinct proteins. For example, blood cells, skin cells and heart cells express different mRNAs and proteins. Such "differential gene expression" is achieved in multiple ways. Much of the genome comprises DNA ("regulatory regions") that binds proteins called "transcription factors," which instruct genes to turn on or turn off. Transcription factors bind specific sequences in the DNA, known as "enhancers" and "promoters," respectively. Another, more recently described level of gene regulation, often termed "epigenetic," is mediated at the level of histones or DNA. Histones undergo chemical modifications, such as acetylation, methylation, and phosphorylation, and/or have other proteins (ubiquitin, SUMO) attached to, or removed from, them. This "histone code" regulates the accessibility of different parts of the DNA to transcription factors. Large regions of the genome can be "looped" together to render them susceptible to the same histone modifications, and thereby control blocks of genes together. Looping is mediated by the binding of two proteins, called CTCF and cohesin, which also bind to specific regions (CTCF/cohesin binding sites). Looping and histone movements require "chromatin remodeling," carried out by so-called "SWI/SNF chromatin remodeling complexes." Long non-coding RNAs (lncRNAs) also may play important roles in controlling opening and closing of specific regions of chromatin.

These multiple levels of control leave some regions of the genome "open," and others closed or "compacted." For a gene to be expressed, it must lie in open chromatin, and its key transcription factors must be expressed and bound to its enhancer/promoter regions. Genes that lie in closed or compacted chromatin can only be expressed if the chromatin is opened by altered epigenetic regulation. DNA, which consists of adenines, guanines, thymine and cytosine residues, can be methylated on specific cytosines. DNA methylation also helps control its packaging into open or closed chromatin, and thereby its access to transcription factors. In general, high levels of methylation (hypermethylation) are associated with closed, inactive chromatin, whereas hypomethylation correlates with open, active gene regions.

Gene expression is also regulated by RNA splicing and microRNAs (miRNAs). Nearly all protein-coding genes are divided into "exons" and "introns." When a gene is expressed, all of its exons and introns are made into an initial "pre-mRNA," which is then "spliced" by a multi-protein complex called the "spliceosome." Splicing stitches exons together, while removing introns. Although most exons ("coding exons") contain the coding information for proteins, others are "non-coding." Some non-coding exons bind miRNAs, which inhibit translation of that mRNA by the ribosome, and ultimately cause the mRNA to be degraded. Some genes undergo

4

"alternative splicing," whereby specific exons are shuffled in or out in different physiological states or cell contexts. These "alternative splice products" can result in the expression of different proteins from the same gene. Thus, while there are only about 20,000 human genes, these likely encode around 60-80,000 human proteins. Alternative splicing also can leave a miRNA-binding exon in or out of an mRNA, thereby affecting the level of its cognate protein.

Once synthesized, proteins perform all major functions in cells. These include the generation and utilization of energy ("metabolism"), specialized cell functions such as cell movement, antibody production, defense against parasites and other microorganisms, digestion, pumping of blood and food, and reproduction, among others. Specific proteins also enable cells to respond correctly to signals in the external environment. For example, cells receive specific signals known as "growth factors and cytokines," to begin the process of cell growth and division. They also receive other "growth inhibitory" signals. These analog signals are integrated, via a process termed "signal transduction," into digital cellular decisions: should the cell divide, move, contract, etc.? Most of these signals are transmitted from specific proteins on the cell membrane termed "receptors" through downstream signaling molecules, to the cell nucleus. Ultimately, signal transduction results in modifications of transcription factors or epigenetic regulators, and changes in gene expression.

Hence, while cellular information flow follows the "Central Dogma" of molecular biology, DNA->RNA->protein, there are many devils in the dogma's details. For a given protein to be expressed, its gene must reside within open chromatin, and transcription factors that activate its cognate gene must be present and active. The level of that protein is determined by how strongly the particular transcription factor engages the mRNA synthesis machinery, and whether or not miRNAs that control its mRNA are present. There also are additional levels of control of protein synthesis and degradation ("translational" and "post-translational" control, respectively). Proteins, in turn, perform all of the key functions of the cell, including the transmission of signals back to the cellular control center in the nucleus. Remarkably, these processes usually function seamlessly and continuously throughout human life. When they malfunction, however, disease, including cancer, ensues.

**Cancer is a disease of the genome:** Many diseases result from external pathogens (e.g., bacteria, viruses, parasites) that disrupt normal body functions. Cancer, however, is a disease of the genome, caused by "mutations" that affect the intricate control mechanisms described above. Mutations are structural changes in DNA that occur in multiple varieties. "Point mutations" affect single DNA residues, and depending upon their precise location, can have distinct effects. If they affect coding regions of genes, point mutations can increase ("gain-of-function") or decrease ("loss-of-function") a protein's normal activity. Alternatively, point mutations can affect key regulatory regions. For example, mutations that alter CTCF binding sites have been reported; these can lead to altered chromatin structure and aberrant gene expression, as can mutations that affect chromatin remodeling complexes and mutations in CTCF itself. "Structural variants" also contribute to cancer. Chromosomes can break and rejoin incorrectly, resulting in part of one chromosome becoming attached to another, an aberration known as a "translocation." Some translocations place a gene under the regulatory control of another gene, resulting in inappropriate expression. Others result in "fusion proteins," in which a piece of one protein is grafted onto another. Fusion proteins typically drive a highly regulated protein into a

5

constitutively "on" state. Other times, chromosomes –or regions within chromosomes – undergo "amplification" or "deletion." Amplifications result in an increase in the "copy number" of a specific gene or genes – and thus are gain-of-function mutations. Deletions result in decrease or absence of a specific gene product. Collectively, deletions and amplifications are termed "copy number abnormalities" (CNAs).

Cancer-causing mutations (point mutations, translocations, CNAs) affect specific genes, known as "oncogenes" and "tumor-suppressor" genes. Oncogenes undergo gain-of-function mutations, and encode proteins that tell cells to grow, divide, send out signals to promote new blood formation ("angiogenesis"), and/or escape the immune system. Some oncogenes inhibit a process called "programmed cell death," which directs cells to commit suicide if they have suffered too much damage. Representative oncogenes include the BCR/ABL fusion protein, the product of the so-called "Philadelphia chromosome" in chronic myelogenous leukemia, which encodes a constitutively active "kinase" and is the target of the drugs Imatinib and Dasatanib, and HER2, which is amplified in ~20% of breast cancer cases (and at a lower rate in some other cancers) and is the target of the drug Herceptin. Tumor suppressor genes undergo loss-of-function mutations, and come in two general categories. Some, such as the so-called "retinoblastoma gene product" (RB), and the *PTEN* gene product, encode proteins that tell cells to stop growing. Others direct DNA repair; these are sometimes termed "caretaker genes." For example, *BRCA1* and *BRCA2* are tumor suppressor genes whose products control a specific type of DNA repair called "homologous recombination." Other tumor suppressor genes control "mismatch repair." The *TP53* tumor suppressor gene is one of the most frequently altered genes in human cancer, and is mutated in virtually all high grade serous ovarian carcinomas. The *TP53* gene product (TP53) tells cells to stop growing, activates the DNA repair machinery, and directs cell death if the DNA damage is not repaired. Because of its multiple, critical functions in maintaining genome integrity, TP53 has been termed the "guardian of the genome" [1-4].

Large-scale sequencing efforts have identified nearly 600 genes whose mutation clearly contributes to human cancer, and many others that might contribute (https://cancer.sanger.ac.uk/cosmic). Established cancer-causing mutations affect all of the major cellular regulatory processes described above, including alterations of histone modifications, DNA methylation, chromatin remodeling proteins, CTCF binding, transcription factor binding and/or expression, miRNA and lncRNA expression splicing, and the expression and/or activity of signal transduction proteins [4].

Fortunately, like any complex machine, cells engage multiple "back-up" systems whenever they incur a mutation in an oncogene or tumor suppressor gene. Consequently, 6-8 independent genetic changes must occur before a cell's multiple failsafe mechanisms are breached and malignancy develops [5]. Typically, these include mutations in some combination of oncogenes and tumor suppressor genes. They also can include combinations of point mutations and structural variants, although most tumors are driven mainly by one or the other of these mutational processes. In some (but not all) types of cancer, "pre-malignant" lesions can be visualized under the microscope (histologically); DNA sequencing shows that such lesions have subsets of the mutations seen in full-blown cancers.

**Cancer is a genetic disease, but most cancer is not inherited:** All cancers are "genetic" (i.e., caused by mutations in (multiple) genes), but only a minority are "inherited" (i.e., caused by mutations that occur in a patient's parents and are transmitted through the "germ cells" (sperm or eggs)) [6, 7]. Two general types of inherited variants contribute to increased cancer risk. Strong cancer risk often shows "autosomal dominant" inheritance, which means that inheriting one copy of the defective gene increases risk. Classic examples include: mutations of *BRCA1* or *BRCA2*, which increase susceptibility to breast and ovarian cancer, but also several other malignancies (pancreas, prostate, melanoma, etc.), *TP53* mutations, which cause "Li-Fraumeni syndrome," and mutations in one of several genes involved in mismatch repair, which cause "Lynch syndrome." Each of these can increase the risk of developing different types of ovarian cancer. Although germ line mutations typically show autosomal dominant inheritance, both copies of the gene usually must be inactivated for cancer to occur. Loss of the second copy ("allele") can occur in multiple ways, including loss of all or part of the chromosome containing the normal copy, mutation, a process known as "gene conversion," or epigenetic silencing of the chromatin containing the normal gene. Although *BRCA1* and *BRCA2* mutations show autosomal dominant inheritance, only some patients inheriting such mutations develop breast or ovarian cancer; hence, even these strong risk genes show "incomplete penetrance."

Beyond strong cancer susceptibility genes, multiple single nucleotide polymorphisms (SNPs) each confer slightly increased risk of specific (or multiple) cancers [8]. SNPs, as their name implies, are variations in DNA sequence that occur between individuals. Most of these are normal variants that reflect the wide diversity of the human population; on average, any two unrelated individuals have a sequence difference approximately every 300 nucleotides (the total size of the human genome is 6 billion nucleotide pairs). Most SNPs are in non-coding regions, but protein-coding SNPs occur about every 900-1000 nucleotides. Although they are quite frequent, the overwhelming majority of SNPs have no pathological significance. Others, though, especially in combination, contribute to familial predisposition to cancer. Most risk-conferring SNPs have been identified by genome-wide association studies (GWAS), which simultaneously correlate large batteries of SNPs against different disease states. The most recent GWAS compendium lists ~100 SNPs that affect the risk of high grade serous ovarian cancer (https://www.ebi.ac.uk/gwas/). Notably, to be sure that SNPs are associated with a trait, one must correct statistics for multiple comparisons; i.e., the chance that if one measures enough parameters, some will seem to be associated by chance. Consequently, only SNPs that attain "genome-wide significance" are assured of association with cancer; genome-wide significance means a "P-value" of $<10^{-8}$.

Only 5-10% of cancers have a strong inherited predisposition (i.e., are due to inheritance of autosomal dominant risk alleles). Nevertheless, comparison of cancer incidence in identical and fraternal twins suggests that up to a third of all cancers have some familial component, with some cancers having even higher familial contributions. A recent large study of Nordic twins suggests that as much as 39% of ovarian cancer might have a familial component, although the error in this estimate is large (23-55%), and the study did not differentiate between different types of ovarian cancer [8].

Most cancer-causing mutations are "somatic," meaning mutations occurring in non-germ (somatic) cells after birth. These result from DNA damage or errors in replication that exceed the

cellular repair capacity, occur sporadically, and accumulate over time. For this reason, the greatest contributor to cancer risk is age. Strong environmental "carcinogens," such as cigarette smoke, X-rays and ultraviolet light, increase the rate of DNA damage, making it more likely that the damage will go unrepaired and result in a cancer-causing mutation. Agents that directly detect DNA damage can be detected by surrogate "genotoxicity" assays [9], such as the "Ames test." Notably, however, even genotoxic compounds typically demonstrate a dose-response in their ability to cause cancer, for the simple reason that powerful cellular repair pathways are always attempting to reverse the damage that these agents cause. Because cells have this remarkable capacity to repair DNA, DNA damage is cumulative, and multiple genes must be mutated to generate a malignancy, the more exposure that one has to a genotoxic substance, the more likely one is to develop cancer. For example, the risk of lung cancer in cigarette smokers is related to "pack-years" (the number of packs smoked per day X number of years of smoking), and substantially increased risk is seen above 20 pack-years [10].

More recently, "mutational signatures" of several carcinogens have been discerned by DNA sequence analysis of tumors, which can reveal specific patterns of damage caused by these agents [11]. Agents or conditions that lead to increased inflammation can result in the production of "reactive oxygen species" (ROS), which can damage DNA and lead to mutations under certain conditions. Conditions like obesity, which is now the major risk factor for cancer in the United States, probably contribute to cancer at least in part by promoting inflammation and excess ROS generation. Nevertheless, the majority of cellular ROS are generated as part of normal physiological processes, particularly mitochondrial respiration [12]. Consequently, there is no reason to infer that a person who develops cancer has been exposed to a cancer-causing chemical or physical agent in the environment. Rather, most cancer-causing somatic mutations probably occur as a consequence of unrepaired errors in DNA replication, and are thus mere bad luck. Put another way, the cancer-causing environment is our own body – and the enemy lies within [13-16].

**Cancer disrupts normal cellular regulation**: When a cell has suffered a sufficient number of cancer-causing mutations, its normal function is disrupted in multiple ways, which differ for different types of cancer. In general, however, malignant cells share several "hallmarks" of cancer [5].

- Normal cells typically need external growth signals to proliferate. Cancer cells generate their own growth signals or become autonomous of external growth signals in other ways.

- Normal cells respond to external growth-inhibitory signals. Cancer cells ignore such signals.

- Normal cells self-destruct when they suffer DNA damage that is unrepairable. Cancer cells disable the self-destruct mechanism.

- Most normal cells divide only a limited number of times. Cancer cells can have markedly extended or even unlimited proliferative capacity.

8

- Normal cells replicate their genomes with high fidelity. Genomic integrity is compromised in cancer cells, and this lack of genome stability can result in ongoing genetic change and escape from therapy.

- Normal cells do not usually send signals to surrounding blood vessel cells to make new blood vessels. Tumors typically send multiple such signals, via a process known as tumor angiogenesis (the formation of new blood vessels). Angiogenesis enables tumors to create their own blood supply as they expand beyond their normal size and location.

- Normal cells typically are located within a defined area. For example, "epithelial cells" (the cells that line body tubes and cavities) usually rest on top of a "basement" membrane that separates them from underlying connective tissue and blood vessels. Cancer cells can invade through this basement membrane, and also can spread to, and establish residence in, other organs, a process known as "metastasis."

- When normal cells express abnormal proteins – e.g., when they are infected with a virus or other pathogen – they display these proteins to the immune system, which can eliminate the cells. Cancer cells develop multiple strategies to evade the immune system.

- Normal cells typically have defining characteristics that make them look unique. For example, different cell types within the lung or gut have a distinct appearance under the microscope, because they have different functions. Cancer cells, to different extents, lose such "differentiated" features.

- Cancer cells often use fuels differently than normal cells, enabling them to survive in abnormal, and often hostile, milieus.

**Cancer is not a single disease – or even a single type of disease:** "Cancer" is not one disease, but probably hundreds. Pathologists sub-divide cancer in multiple ways. The simplest criterion is based on the type of cell from which the malignancy originates. Epithelia are the cells that line our body tubes and glands. Skin and the lining of our mouth, throat, lung, gastrointestinal tract, urinary tract, and reproductive organs, are composed of epithelial cells. "Carcinomas" are tumors that originate in epithelial tissues, and are then specified further by the (presumed) cell-of-origin ("breast" cancer, "lung" cancer, "bladder" cancer, etc.). "Sarcomas" initiate in connective tissue (mesenchymal) cells, such as bone (osteosarcoma), cartilage (chondrosarcoma), or striated or smooth muscle (rhabdomyosarcoma, leiomyosarcoma). Leukemias and lymphomas involve blood-forming cells. Pathologists also refer to "tumor grade," which, as mentioned above, reflects the extent to which the tumor cell has lost the "differentiated features" of the cell-of-origin. High grade tumors resemble the normal tissue less than low grade tumors. A tumor's "stage" typically reflects its size and the extent to which it has spread beyond its initial tissue boundary. Each tumor type has its own staging system, which usually goes from Stage I to IV. Staging, in turn, is based on the "**T**umor, **N**odes, **M**etastasis" criteria. For example, a Stage I ovarian cancer is confined to the ovary or fallopian tube, and has not spread to the lymph nodes, whereas a Stage IV tumor has spread beyond the pelvic cavity to other organs.

9

Although microscopic examination, grading and staging remain essential components of cancer diagnosis and therapy recommendations, with the advent of the molecular era, we realize that (microscopic) appearance isn't everything – in fact, it is relatively little. Instead, tumors from different organs can have similar molecular defects, whereas those from the same organ can be quite different. For example, high grade serous ovarian cancer is genetically – and functionally – more similar to triple negative breast cancer than to other types of ovarian cancer [17, 18]. These differences in the genetic architecture of different tumors also imply distinct underlying mutational processes. Stated simply, it is highly unlikely that tumors that have different genomic defects/mutational signatures are caused by the same mutational agent(s).

**Ovarian cancer is not a single disease – and in most cases, it is not even "ovarian":** Even at the microscopic level, it is clear that ovarian cancer is more than one disease [19]. "Ovarian" tumors were initially thought to originate from one of the three cell types found within gonadal tissue: sex cord-stromal cells, germ cells and ovarian surface-epithelial cells. As described below, most "ovarian" tumors are now believed to originate from other tissues that implant on the ovarian surface early in their development as neoplasms. Nevertheless, the old histology-based nomenclature persists.

The vast majority (90%) of tumors of the ovary are "Epithelial ovarian carcinomas" (EOC) [19]. These, in turn can be sub-divided into high grade serous (~70%), mucinous (~3%), endometrioid (~10%), clear cell (10%) and low grade serous (<5%) carcinomas. The most common EOC, high grade serous ovarian carcinoma (HGSOC), is, unfortunately, also the most lethal gynecologic malignancy and the 5th-most-common cause of cancer death in women in the United States. The EOC subtypes differ in likely cell-of-origin, genomic abnormalities, metastatic potential, treatment response and therefore, prognosis. This disparity in their characteristics, and particularly, their distinct mutational profiles (see below), makes it almost certain that they differ in pathogenesis.

The remaining 10% of ovarian cancers comprise the germ cell and sex cord-stromal tumors, respectively. Germ cell tumors (~1-2% of all ovarian cancers) originate from defective germ cells or their derivatives (trophoblast, embryonal carcinomas). Sex cord-stromal tumors (~8-9% of ovarian cancer) arise from the tissues that surround and support the germ cells (granulosa cells, theca cells, fibocytes). Plaintiffs do not allege that talc causes this class of tumors, so I will not discuss them further.

**Epithelial ovarian cancers fall into two general classes:** Recent re-evaluation of EOC pathobiology suggest that these tumors should be re-classified into two large groups [20-22]. "Type I" tumors, which include low grade serous ovarian cancer (LGSOC), mucinous carcinoma (MC), endometrioid carcinoma (EC), and clear cell carcinoma (CCC), develop more slowly and through defined intermediate stages of differing malignant potential, are generally more genetically stable and less aggressive, and are usually detected at an early stage (Stage I). Increasing evidence also suggests that these tumors arise from different locations and cell types [22-26]. EC and CCC are thought to derive from endometriotic lesions from the uterus that implant on the ovarian surface and undergo further malignant transformation. LGSOC probably arises from fingertip-like projections ("fimbria") at the ends of the fallopian tube (FT), although an ovarian surface epithelium (OSE) origin has not been excluded, and MC might arise from the

10

junction of the fallopian tube and the peritoneum (tubal-mesothelial junction) or from ectopic sites like the GI tract. Type II tumors comprise HGSOC, undifferentiated carcinomas and rare carcinosarcomas (the latter two are probably variants of HGSOC). At least 60% of these originate in the FT fimbria, and it is possible that they all do. HGSOC are highly aggressive, genetically unstable, and unlike Type I tumors, often appear without an obvious precursor lesion. However, close inspection of the fimbria can often (at least 60% of the time) reveal such a precursor, which is termed serous tubal intraepithelial carcinoma (STICs); indeed, it was the discovery of STIC lesions in *BRCA1/2*-mutant patients undergoing prophylactic removal of their fallopian tubes and ovaries that led to the FT "cell-of origin" concept [27-32].

Subsequent, detailed DNA sequencing studies of STICs and full-blown ovarian cancers have shown that in most cases, STICs contain only some of the genetic abnormalities seen in the bulk tumor [33, 34]. Scientists interpret such results as indicating that the STIC gave rise to the bulk tumor, arguing in favor of an FT origin for HGSOC. However, in other cases, tumors in the FT show more genomic changes than the ovarian mass, which suggests that the tumor-initiating event took place in (on) the ovary or elsewhere and then metastasized to the FT [35], Furthermore, in the remaining 40% of HGSOC, no precursor lesion can be identified, leaving open the possibility that the tumor originated within the tumor mass(es) seen in the ovary. Comparison of gene expression in human normal ovarian surface epithelial cells, normal human fallopian tube epithelium ("FTE"), and a large panel of HGSOC indicates that a significant fraction (15-30%) of HGSOC appears more similar to OSE than to FTE [26]. Also, a recent study from our laboratory, which is under review (http://biorxiv.org/cgi/content/short/481200v1), shows unambiguously that either OSE or FTE can be transformed to generate HGSOC in mice. Thus, it is conceivable that not only do individual HGSOC cases have different combinations of mutations, but some might originate from the FTE, whereas others originate from OSE.

Finally, HGSOC, because it is often quite undifferentiated, or shows mesenchymal differentiation, can be difficult to discern from peritoneal mesothelioma under the microscope. Special immunohistochemical stains (e.g., for the marker PAX8) have made this differential diagnosis far more facile in modern pathology laboratories [36]. Nevertheless, mesothelioma originates from a distinct cell type (mesothelium), has distinct genomic abnormalities and likely has distinct causes. Whereas asbestos clearly causes pleural (chest wall) and peritoneal mesothelioma, this does not imply that it causes *bona fide* ovarian cancer.

**The different types of EOC are caused by distinct mutations and mutational types:** Type I tumors typically feature mutations in components of signal transduction pathways [20, 25]. For example, LGSOC and MC frequently have gain-of-function point mutations in *BRAF* or *KRAS*. KRAS and BRAF participate in the same signaling pathway downstream of most growth factor receptors, with KRAS functioning to activate BRAF. KRAS acts as a type of molecular "switch," oscillating between an "on" KRAS-GTP state and an "off" KRAS-GDP state. When growth factors are present, KRAS is switched on, but then decays to the off state. Gain-of-function mutations cause KRAS to "lock" into the "on" state, so that the cell thinks that it is always getting a growth factor signal. KRAS-GTP binds to, and activates, BRAF. The gain-of-function mutations in *BRAF*-mutant Type I ovarian tumors render BRAF active in the absence of an upstream growth factor/KRAS signal. EC and CC often have loss-of-function mutations in *ARID1A*, which encodes a chromatin remodeling protein, activating mutations in β-catenin, a

11

transcription factor that mediates signals from WNT growth factors, and/or gain of function mutations in *PIK3CA* or loss-of-function mutations in *PTEN*. PIK3CA produces a signaling lipid, phosphatidylinositol-3-phosphate (PI3P), that is also evoked by growth factor signals, whereas PTEN encodes a protein (enzyme) that inactivates PI3P. EC can also be associated with Lynch syndrome, whereas the other Type I tumors show no such association. MC can have gain-of-function mutations in *KRAS* or *BRAF* or amplification of *HER2/ERBB2*, a growth factor receptor also amplified in 20% of breast cancer cases. *TP53* mutations are rare in Type I tumors, and they have relatively stable and "quiet" genomes, with few CNAs or rearrangements.

Type II tumors, by contrast, uniformly have *TP53* mutations or deletions [37], and reflecting TP53's "guardian of the genome" role [38, 39], these tumors look as if a bomb has been dropped in their genomes [40]. There are multiple CNAs, including amplifications, deletions, translocations and fusions. HGSOC cells are highly aneuploid (i.e., have the wrong number of chromosomes) and also have multiple epigenetic changes from normal FT cells. As noted above, up to 10% of HGSOC patients have germline *BRCA*1 or *BRCA2* mutation, but *BRCA1/2* are somatically mutated or epigenetically silenced in up to 20% of HGSOC. Other frequent mutations include *PTEN* deletions, *PIK3CA* or *KRAS* amplifications (although point mutations in these genes are rare, unlike in Type I tumors), *NOTCH3* (a type of receptor) or *CYCLIN E* (and cell cycle regulator) amplification and FOXM1 (a key transcription factor) deletions.

The high degree of genomic abnormality and instability in HGSOC reflects the mutations that are found in this disease. TP53, as mentioned before, is often termed the guardian of the genome because of its critical role in maintaining genomic integrity [38, 39]. When *TP53* is defective, multiple genomic abnormalities can accumulate without the cell receiving a "self-destruct" signal. BRCA1/2 play critical, direct roles in a specific type of DNA repair, termed homologous recombination repair (HRR) [41]. When cells are defective in HRR, they resort to back up, mutation-causing pathways [42].

Taken together, these findings clearly show that different types of ovarian cancer originate in different cell types that suffer different types of mutations, which are unlikely to be caused by the same environmental agent. *Studies, including epidemiological reports, that treat "ovarian cancer" as a single entity, should, in my opinion, be viewed with skepticism*.

**Multiple factors, rather than a single cause, likely contribute to ovarian cancer generation:** It is difficult to attribute a specific case of cancer to a single cause. Even in smokers, lung cancer is not inevitable, as we know from individuals who have smoked for many years and yet have not developed cancer. Rather, for any cancer, it is only meaningful to speak in terms of exposures that increase risk. It is also important to quantify such risks if it is possible to do so in a scientific way. Risk factors can generally be grouped into genetic and environmental factors. Not surprisingly, both types of risk factors differ for different types of tumors. Moreover, given the multiple lines of evidence, discussed above, that ovarian cancer arises in different cell types as a consequence of distinct mutational events, it should be equally unsurprising that different subtypes of the disease are associated with different risk factors.

It is also important to distinguish *association* between a risk factor and a disease, and a demonstrated causal association. The former means that two events occur more frequently than expected by chance, whereas the latter means that one event causes the other. Two events can occur in common and not be causally related, if one event occurs in association with an undefined causal association. For example, one might find an association between a baby drinking juice and the incidence of a certain disease, and jump to the conclusion that the juice is causing the disease. However, it could be that the juice is almost always imbibed from a plastic bottle and, by virtue of its acidic character, causes other disease-evoking agents to leak from the plastic. To truly demonstrate a causal association requires a plausible, demonstrable biological mechanism of disease. In other words, one must avoid attributing guilt by association to fellow travelers.

There are several clearly established risk factors for all ovarian cancer, and others for specific types (reviewed in [43]). As for almost all cancers, age is a major risk factor: the older a woman is, the more likely she is to accumulate the mutations that lead to ovarian cancer. Genetic risk factors for ovarian cancer were described above and will only be reiterated briefly here. Strong risk is conferred by mutations in *BRCA1* (44% lifetime risk, compared with 1.3% overall), *BRCA2* (27% risk), or other genes involved in HRR (e.g., *BRIP1*, *RAD51C*, *RAD51D*; 5-12% lifetime risk each). These mutations predominantly increase the risk of HGSOC. Lynch syndrome mutations are associated with EC and CCC. Risk SNPs also contribute, but even including these, based on the aforementioned twin studies, less than half of the familial risk can be assigned at present. Nevertheless, in predicting any individual's risk of developing ovarian cancer, these genetic contributions must be considered.

Endometriosis is a risk factor, but only for CC and EC, reflective of the currently accepted pathogenic mechanisms for these diseases (reviewed in [43]). Parity (giving birth) is among the best accepted protective factors. Two major hypotheses have been proposed to explain these observations: incessant ovulation and the gonadotrophin hypothesis. With every ovulation event, there is damage to the OSE that must be repaired; the incessant ovulation hypothesis holds that mistakes can be made during this repair process, leading to mutations. Ovulation is also proposed to damage the FTE fimbria, accommodating the more recent evidence that FT is the site of origin for HGSOC and LGSOC. The gonadotrophin hypothesis argues that luteinizing hormone (LH) and/or follicle stimulating hormone (FSH), rather than ovulation *per se*, can stimulate the relevant target cells to undergo transformation. Early menarche, nulliparity and late menopause, all of which lead to longer periods of unopposed menstrual cycling, are often said to associated with increased risk of ovarian cancer (reviewed in [43]). However, there are conflicting studies on this issue, and overall, the effect is likely to be small. Infertility might also increase risk, although "infertility" has multiple causes, only some of which might be relevant. Also, it can be difficult to distinguish the effects of infertility from the effects of drugs used to treat this condition. Conversely, the use of oral contraceptives reduces risk. Because LH and FSH direct the normal menstrual cycle, it is difficult to distinguish between these models, as increased exposure to LH and FSH occur together with ovulation in women who have early menarche, late menopause or nulliparity. Regardless, it should be noted that neither of these proposed mechanisms requires any external agent to promote cancer development.

Certain gynecologic procedures or therapies also affect the risk of ovarian cancer. Some studies indicate hysterectomy may reduce risk and bilateral tubal ligation reduces risk by approximately 20-30%, although risk reduction is greatest for EC and CCC, consistent with their proposed pathogenesis (reviewed in [43]). Bilateral oophorectomy markedly lowers risk, which might seem tautological at first, but need not be if the cell-of-origin for different types of OC is not the OSE. Rather, these findings suggest that some factor in the ovaries or the ovarian environment itself is necessary for cancer to develop. Conversely, post-menopausal hormone therapy, especially with estrogen alone, increases risk, with the increase in risk possibly greater for EC and CCC. Whether combined estrogen/progestin also increases risk is less clear, and in any event, the magnitude of the increase is likely to be less.

Finally, lifestyle factors can affect the risk of some subtypes of ovarian cancer. Obesity increases the risk for non-HGSOC, and smoking increases the risk of MC, but has no apparent effect on other subtypes. All of these factors are relevant to individual risk, and it is difficult to control them all when comparing two patient populations. This difficulty, in turn, makes it hard to interpret apparent small increases in risk in epidemiologic studies, particularly when the results of such studies are inconsistent.

## III.    TALC AND OVARIAN CANCER

**Opinion: Talc is not genotoxic, does not cause mutations, does not cause inflammation in the female genitourinary tract and has not been shown to cause ovarian cancer.**

**Talc is chemically inert and non-genotoxic:** Talc is a plate-like magnesium silicate that is chemically inert. It does not score as positive (i.e., cause mutations) in standard genotoxicity assays [44]. Talc is present ubiquitously in foods, such as chewing gum, candies, cured meat, olive oil, ceramics, papers, inks, soaps, plastics, cosmetics and other products [44]. The FDA regulates talc and rejected proposals to add ovarian cancer warnings as recently as 2014 (Letter from Food & Drug Admin., Dep't of Health & Human Servs., to Samuel S. Epstein, M.D., Cancer Prevention Coalition, University of Illinois - Chicago School of Public Health (Apr. 1, 2014). The IARC reviewed the literature on talc in 2010 and classified it as "possibly carcinogenic (class 2B)," which, according to its definition, means that "there is limited evidence of carcinogenicity in humans *and* less than sufficient evidence of carcinogenicity in experimental animals." (Int'l Agency For Research On Cancer, World Health Org., *93 Monographs on the Evaluation of Carcinogenic Risks to Humans: Carbon Black, Titanium Dioxide, and Talc* at 35 (2010).) Very recently, Health Canada again reviewed the literature surrounding talc and ovarian cancer, stating in a draft screening assessment that talc was "possibly carcinogenic" [45]. I carefully reviewed the Taher et al. manuscript that was funded by Health Canada, which is under review for publication but has been released to the public. It focuses primarily on a meta-analysis of the numerous epidemiological studies on the topic of talc and ovarian cancer, noting that 63% show a positive association, while 37%, including the strongest cohort studies, show no association. In my opinion, the studies cited by this report are weak and unconvincing (see below).

**There is no compelling evidence that talc causes ovarian cancer:** Multiple lines of evidence are needed to convincingly show that a given agent is carcinogenic. These have been

standardized into specific criteria, known as the Bradford Hill criteria [46].

1. **Strength of association:** Multiple epidemiologic studies have investigated a possible relationship between talc and *any* type of ovarian cancer. As discussed above, it is not biologically meaningful to lump together all ovarian cancer subtypes, as they arise from different cells-of-origin, distinct genetic events and therefore, different types of DNA damage/repair problems. Even so, the epidemiological studies have been inconsistent, and the purported effects, even when present, are small. A recent "meta-analysis" (aggregate analysis) included 24 case-control and three cohort studies, and found an association between "any perineal use" of talc (including use on diaphragms and sanitary napkins) and ovarian cancer with an odds ratio (OR) of 1.31 [47]. When the entire meta-analysis was considered, risk was only increased for HGSOC and EC. Based on their distinct pathogenesis, however, it is not clear why only these two subtypes showed increased risk. In particular, as discussed above, CCC and EC are in endometrial cells and have similar mutational spectra. It is unclear why one, but not the other, would show an increase, if women were exposed to the same pro-cancer agent. Similar conclusions were reached in meta-analyses by Berge *et al.* [48], and by the aforementioned Health Canada review [45].

Notably, cohort studies fail to find an increased risk of ovarian cancer overall with "any use" of talc. In their meta-analysis, Berge *et al.* [48] note that, based on the combined number of cases and controls in the cohort studies, the statistical power to detect an association in these studies, when pooled, should have been 99%. The pooled cohort studies do report a small increase in HGSOC for ever use of talc (OR 1.25). This increase is quite small, though; by comparison, smoking causes a 25-fold increase in risk of lung cancer. (*See* Smoking and Cancer, https://www.cdc.gov/tobacco/data_statistics/sgr/50thanniversary/pdfs/fs_smoking_cancer_508.pdf.) When an effect is so small, it is difficult to rule out other potential contributors to ovarian cancer, or HGSOC, risk. For example, a major weakness of all of these studies is that the talc exposures are self-reported, and therefore accurate quantification of exposure is difficult. Also, exposures occurred via different routes, and the various studies did not find that routes of exposure were equivalent. Alternatively, some other practice or exposure that is not routinely queried might be more common in talc users. Furthermore, none of these studies restricted themselves to the products at issue in this litigation (Johnson's Baby Powder and Shower to Shower), and therefore any conclusion about the products at issue is inherently confounded.

2. **Consistency of Relationship**: As noted above, the individual epidemiologic studies do not show a consistent relationship between talc and ovarian cancer, and the meta-analyses show differences between the population-based case-control studies and the cohort studies. The case-control design attempts, as best as possible, to match cases to individuals who share the same characteristics except the disease under study. However, because a patient knows she has the disease, case-control studies can be confounded by "recall bias." For example, if news reports indicate a possible connection between talc exposure and ovarian cancer, recollections can be different. The finding of a higher relative risk in more recent case-control studies, compared with earlier ones [49, 50], is consistent with this potential problem, as noted by Berge *et al.* [48]. In the latter study, for example, an association with "ever use" was only seen for patients interviewed after 2014, when there was already substantial

15

publicity about a potential talc/ovarian cancer connection. The authors of the study explicitly acknowledge the possible influence of litigation, but nevertheless, such influence seriously confounds any conclusion that talc caused the ovarian cancers seen in these women. Also unclear is why hospital-based case-control studies fail to detect an association whereas population-based reports do detect one, again suggesting that these studies might not be capturing all relevant variables [45, 48, 51]. The case-control studies also are inconsistent regarding exposure route. Some see an increase in ovarian cancer incidence in women exposed by "any route" [50, 52]. Notably, exposure via talc on condoms or diaphragms, which one might expect to introduce particles to the upper genitourinary (GU) tract (i.e., the area of the body encompassing the reproductive organs) more proximately than perineal dusting, did not show increased risk when queried [45, 47, 48]. Also, different studies are heterogeneous regarding the source of talc, the inclusion or exclusion of other powders, other queries about other potential confounding factors (e.g., douching [53]) and the extent of genetic risk data collected [45].

3. ***Biological Plausibility***: For an agent to be adjudged the cause of cancer, there must be a demonstration of a plausible biochemical mechanism. In my opinion, there simply are no compelling data to this effect. As noted above, talc is universally acknowledged to be non-genotoxic in standard mutagenesis assays. The plaintiffs' experts cite several alternative mechanisms by which talc could be cancer-promoting, but the evidence supporting each of these mechanisms is quite weak, as detailed below:

**Route of access:** The plaintiffs' experts argue that talc can be transported from the vagina through the cervix to the uterus and into the fallopian tube, ovary and peritoneum. No data are available relating perineal exposure to exposure in the relevant target tissue. It simply is not clear whether talc can regularly get from the perineal area to the region of the fallopian tube or the ovarian surface epithelium, and even if it can, the relationship between the amount of talc applied to underwear or sanitary napkins and the amount that reaches the relevant cells is completely unclear. The plaintiffs' experts do not identify any convincing, direct evidence on this point. Instead, they cite to earlier papers to support this hypothetical possibility. For example, Egli and Newton [54] placed inert dextran particles via a speculum into the posterior fornices of the vagina of three women undergoing elective hysterectomy (and thus under general anesthesia). They then administered 10U of oxytocin, rapidly placed the patient in the supine, flat position, retrieved the fallopian tubes, and found particles in 2/3 within 28-34 min. It should be obvious that the design of this study bears little resemblance to the standard ways that women use talc in the perineal area. Furthermore, the above study is seriously compromised by its small size, use of anesthesia and oxytocin (which causes uterine contractions), and lack of information regarding the relative dose of these particles compared to what might be reasonably expected to be a dose of talc from perineal dusting. These authors argue for the physiological relevance of the oxytocin administration, as oxytocin is released during intercourse. In that case, one might expect that talc on diaphragms or on condoms would show the largest association with risk in the epidemiological studies. However, as mentioned above, the epidemiological studies find exactly the opposite. Venter and Iturralde [55] deposited radioactively labelled albumin microspheres into the posterior fornices of 24 patients one day before different operations. Only 21 cases could be examined (in the other, the particles streamed out of the vagina), and

16 showed radioactivity reaching the uterus or higher. This study is also compromised by a lack of clear relevance between depositing large numbers of particles in the posterior fornix versus perineal dusting of talc.

By contrast, Heller *et al.* [56] examined the ovaries of 24 women undergoing incidental oophorectomy, and collected data on talc use. Twelve women reported frequent perineal talc application; the other 12 reported no use. Blocks of ovarian tissue were digested and examined by polarized light microscopy and electron microscopy. Talc was detected in all 24 patients, regardless of exposure. Although these data show that talc can be found at high frequency within ovarian tissue, they argue strongly that perineal talc use does not accurately reflect potential exposure. Similarly, Henderson [57] found talc in 10/13 ovarian tumors, 12/21 cervical tumors, and 5/12 normal ovaries. There was no correlation between particle count and patient-reported talc exposure. Together, these findings, which would appear to be directly on-point, vividly illustrate the unreliability of conclusions based solely on epidemiological studies that rely entirely on self-reporting of talc exposure. Furthermore, no evidence of inflammation, fibrosis or other forms of damage to the ovaries or FT was reported by either Heller *et al.* or Henderson.

**Purported carcinogenic mechanism:** Talc is not genotoxic in standard mutagenicity assays in lower organisms, has never been shown to induce mutations in any cancer-causing gene (oncogene or TS gene) in human cells, and has not been shown to cause CNAs in any setting. Plaintiffs' expert, Dr. Saed, argues that talc promotes cancer by inducing oxidative stress, which in turn could be mutagenic. He provides several potential mechanisms by which this could occur, much of it based on his own work. In my opinion, these studies are technically and conceptually flawed, and do not withstand critical scrutiny. I will discuss each of these claims below:

a) "*[O]varian cancer patients manifest significantly decreased levels of antioxidants and higher levels of oxidants*" *(p. 5)*. Regardless of whether this statement is true, it is a *non-sequitur* insofar as ovarian cancer pathogenesis is concerned. By the time a patient has developed obvious ovarian cancer, one cannot determine whether the above phenomena are cause or effect. Dr. Saed provides no evidence on the oxidation state of *pre-malignant* lesions, which is when a carcinogen that promotes inflammation would be expected to act.

b) "*MPO . . . and iNOS . . . are highly expressed and co-localized . . . in EOC cells*" *(p. 5)*. Again, even if this statement were true, it too is a *non-sequitur,* for the reasons discussed above. Indeed, the claim that *MPO* is not expressed in normal ovarian epithelium, if anything, argues against any purported involvement in talc-mediated ovarian carcinogenesis. I have reviewed the paper that Dr. Saed quotes (from his own laboratory) to support this claim, and find it seriously flawed at multiple levels. First, he uses one cell line (SKOV3) that is not representative of HGSOC [58] and another of uncertain provenance. Since the focus of many of plaintiffs' experts is on the potential association between talc and HGSOC, which is also the most common form of ovarian cancer, these cell lines are irrelevant. Second, he uses immunostaining methods to identify MPO, but fails to provide key controls for his reagents. This shortcoming is no trivial matter, given

17



**Figure 1**: RNA-sequencing counts for *MPO*, compared with known ovarian cancer TS genes, showing virtually undetectable expression of the former in 374 HGSOC. Raw data available at: www.portal.gdc.cancer.gov.

that MPO is only known to be expressed in myeloid cells, and inspection of the Cancer Cell Line Encyclopedia (CCLE) database (https://portals.broadinstitute.org/ccle) reveals no significant *MPO* mRNA expression in cell lines other than those of myeloid origin. Likewise, inspection of The Human Cancer Genome Atlas data on HGSOC shows that MPO RNA is virtually undetectable; notably, its levels are lower than those of standard ovarian cancer TS genes (Figure 1). Most likely, the low residual counts reflect *MPO* expression in infiltrating myeloid cells rather than, as claimed by Dr. Saed, tumor cell expression. Third, his functional experiments, involving a technique known as RNA interference (RNAi), lack standard controls. In RNAi experiments, scientists introduce short double stranded sequences (siRNAs) into cells. These siRNAs can direct the degradation of mRNAs that contain this sequence, but the technique is not absolutely specific. Instead, a given siRNA can gratuitously degrade other mRNAs, a phenomenon we term "off-target" effects. All high-quality journals require that such controls be performed; yet, they were not done in Dr. Saed's paper.

c) "*Common SNPs in the redox enzymes are known to be strongly associated with altered enzymatic activity . . . that has been linked to . . . ovarian cancer*" (p. 7-8). It is true that a SNP in *GPX6*, which encodes a redox enzyme, is associated with HGSOC risk, although notably, Dr. Saed does not mention this SNP. The ones that he does discuss either do not reach genome-wide significance (and thus are not conclusively associated with ovarian cancer risk) or are associated with other biological processes. **See Appendix A.** For example, the only SNPs in the catalase gene (*CAT*) that reach genome-wide significance affect blood catalase levels, whereas MPO SNPs are associated with blood levels of this enzyme or with white blood cell levels (https://www.ebi.ac.uk/gwas/genes/MPO). **See Table 1 (adapted from https://www.ebi.ac.uk/gwas/search?query=mpo).**

**Table 1 – GWAS Associations For MPO That Reach Genome-Wide Significance (Note Lack of Ovarian Carcinomas)**

| Disease/Trait | Region | Reported Gene | Mapped Gene | Source |
|---|---|---|---|---|
| Circulating myeloperoxidase levels (plasma) | 17q22 | MPO, RNF43, PPM1E | MPO - BZRAP1 | Reiner AP. Genome-wide and gene-centric analyses of circulating myeloperoxidase levels in the charge and care consortia. Hum Mol Genet. 2013 Aug 15;22(16):3381-93. |

| Disease/Trait | Region | Reported Gene | Mapped Gene | Source |
|---|---|---|---|---|
| Blood protein levels | 17q22 | NR | MPO | Sun BB. Genomic atlas of the human plasma proteome. Nature. 2018 Jun;558(7708):73-79. |
| Blood protein levels | 17q22 | NR | MPO | Sun BB. Genomic atlas of the human plasma proteome. Nature. 2018 Jun;558(7708):73-79. |
| Blood protein levels | 17q22 | MPO | MPO - BZRAP1 | Sun BB. Genomic atlas of the human plasma proteome. Nature. 2018 Jun;558(7708):73-79. |
| Post bronchodilator FEV1/FVC ratio in COPD | 17q22 | MPO | MPO | Lutz SM. A genome-wide association study identifies risk loci for spirometric measures among smokers of European and African ancestry. BMC Genetics 2015 16:138. |
| Monocyte count | 17q22 | MPO | MPO - BZRAP1 | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Monocyte percentage of white cells | 17q22 | MPO | MPO - BZRAP1 | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Granulocyte percentage of myeloid white cells | 17q22 | MPO | MPO - BZRAP1 | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Neutrophil percentage of white cells | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Myeloid white cell count | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Granulocyte | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of |

19

| Disease/Trait | Region | Reported Gene | Mapped Gene | Source |
|---|---|---|---|---|
| count | | | | Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Sum neutrophil eosinophil counts | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Sum basophil neutrophil counts | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| Neutrophil count | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |
| White blood cell count | 17q22 | MPO | MPO | Astle WJ. The Allelic Landscape of Human Blood Cell Trait Variation and Links to Common Complex Disease. Cell. 2016 Nov 17;167(5). |

Furthermore, the fact that alterations in redox state might contribute to ovarian cancer risk implies nothing about whether talc is oncogenic; nor does it imply that talc is in any way associated with redox state in the fallopian tube or ovarian surface epithelium.

d) "*Chemoresistance is Associated with Point Mutations in Key Redox Enzymes in EOC cells*" *(p. 9)*. Again, this entire line of reasoning is not germane to the issue of talc and ovarian cancer. Also, HGSOC is a disease of CNAs, not point mutations (see above).

e) "*[T]alc . . . initiates a[n] . . . inflammatory response*" *(p. 10/11)*. There simply is no compelling evidence that talc induces an inflammatory response in the female genital tract. Notably, no evidence of inflammation was reported in studies that documented talc in surgical tissue from women undergoing oophorectomy (see above). In other words, when the putatively offending substance has been found in the site in which ovarian cancer develops, there have been no evident pro-inflammatory *effects*!

f) "*Studies that exposed lab animals (rats, mice, hamsters) to asbestos-free talcum powder in various ways have had mixed results*" *(pp. 10-11)*. Here, it is unclear to what Dr. Saed is referring, as he cites two epidemiology papers, not biology experiments. ***In fact, no***

*animal studies have shown that ovarian cancer develops following talc injection.*

- Hamilton *et al.* [59] injected talc directly into the rat ovarian bursa (the junction of the FT and the ovary). *They specifically noted that no malignancies were observed*. They also did not report evidence of STIC, the well-accepted precursor lesion for HGSOC, as discussed above. Focal papillary changes were seen in the OSE, but the authors noted that these changes could be due to high concentrations of hormones that accumulated in the intrabursal space due to the amount of talc injected. They also specifically noted *no evidence of inflammation*, although foreign body granulomas were seen. Importantly, granulomas are <u>not</u> observed during human ovarian cancer development (e.g., in patients with STICs). Moreover, the doses that were injected were massive (100 ul of 100 mg/ml talc suspension). The authors concluded that their results were "preliminary," and notably, they never published on this topic again. Nevertheless, the fact that these massive amounts of talc failed to show any evidence of pro-oncogenic effects is strong evidence against plaintiffs' experts' arguments.

- Keskin *et al.* [60] delivered talc to rats intravaginally or via their perineum. They also observed foreign body reactions (granulomas), as well as infections, in both groups exposed to talc, but *no neoplastic changes*. They concluded that talc causes foreign body reaction and infection, but not cancer.

g) "*Migration/transport of particles through the genital tract is universally accepted*" *(p. 11)*. Again, as discussed above, the evidence supporting this notion is far from "universally accepted"; to the contrary, it is actually quite limited. Furthermore, this mechanism fails to explain the frequent finding of talc particles in normal ovaries of women with no self-reported talc exposure. In its report evaluating the potential carcinogenicity of talc, IARC specifically noted that the evidence for transport was weak [44], whereas the recent Health Canada study maintained that data on talc migration were "inconsistent [45]."

h) "*[T]he inflammatory nature of talcum powder [is] consistently demonstrated*" *(p. 11)*. Notwithstanding this strong statement, the evidence simply fails to support this claim. As noted above, injection of large amounts of talc into the relevant organs in experimental animals does NOT cause inflammation other than granulomas, much less neoplasia. Similarly, there is no evidence of any type of inflammation – including granulomas – in women with documented talc particles in their ovaries (see above). Dr. Saed cites a paper by Shukla *et al. [61]* in which human mesothelial cells were exposed to talc for eight and 24 hours, respectively, and some changes in *gene expression* were noted. This study examines a cell type (immortalized pleural mesothelial cells) that is not directly relevant to ovarian cancer pathogenesis, and even then, reports quite minor changes in gene expression. The same study included limited studies on immortalized OSE cells, but found almost no significant changes in gene expression. As discussed above, OSE also is likely not to be the target cell for most HGSOC, and even if it were, there is no evidence that talc causes anything other than granulomas, which are not typically associated with

21

human ovarian cancer and are seen in animals only at exceedingly high doses of talc instillation.

i) "*Findings from recent research from [the Saed] laboratory*" *(p. 13)*. Dr. Saed provides a manuscript in press and several abstracts purporting to show changes in the levels of certain redox enzymes in response to talc exposure, including exposure to Johnson's Baby Powder. Even if one were to accept these data at face value, the mere finding of differences in the levels of certain redox enzymes does not alone provide evidence of an altered redox state within cells, much less a pro-oncogenic effect of talc. Notably, Dr. Saed fails to carry out standard measurements to assess intracellular ROS and/or their effects, such as DCF fluorescence (to measure $H_2O_2$ levels), BODIPY staining (to assess lipid peroxidation) or measurement of 8-oxo-dG in DNA (measurement of oxidative DNA damage). Also, these short-term assays in no way model what he claims throughout his report to be "chronic inflammation" induced by talc. It bears repeating that experimental animals and, most importantly, women, with documented talc exposure show no neoplastic changes, nor is there any evidence that talc evokes changes in redox state *in vivo*. Furthermore, it should be noted that careful examination of Dr. Saed's laboratory notebooks reveals inconsistencies with the data in his abstract and manuscript, whited out sections, removal of some data points as "outliers" for unclear reasons, and the use of single biological replicates for each of the talc doses tested.

j) In his manuscript, Dr. Saed also makes the truly extraordinary claim that "talc treatment was associated with a genotype switch" for SNPs in redox enzymes (Manuscript p. 7, 11; Report p. 19). What this means is that a specific base in DNA ("letter" in the DNA code) is somehow specifically changed in nearly 100% of the cells treated with talc, an agent that he acknowledges is not directly genotoxic! Even if talc were mutagenic (i.e., capable of inducing changes in the DNA code) – for example, by generating DNA-damaging ROS – such damage would be random, not affecting a specific base that just happened to be part of a SNP. It would be totally unprecedented for any agent to cause a switch in genotype at a specific locus, and Dr. Saed not only provides no mechanism to explain this claim, he does not appear to recognize just how extraordinary such a claim would be. Of note, I inspected the printouts for the SNP analysis in Dr. Saed's lab notebooks, and several are technically flawed, making it difficult to be confident of the allele ("letter") assignment. He could have easily confirmed these assignments by direct Sanger sequencing of the DNA, but did not do so. Simply stated, the reference to "talc treatment-induced gene point mutations" is not credible.

Dr. Saed's in-press manuscript was previously rejected at the (higher quality) journal *Gynecologic Oncology*. Reviewer 1 of the initial manuscript noted that the paper's claim that "'oxidative stress is a key mechanism to the initiation and progression of ovarian cancer' is not supported by this investigation." I share that view. Similarly, Reviewer 2 noted that, "their data do not show, despite the authors' claim, any evidence that these cells are transformed (i.e., malignant).… Consequently, neither tumor initiation nor progression is documented in this study, as opposed to the statement in Highlight #1 (in the text) and elsewhere. While changes in redox potential play an important role in tumor biology in general, the present data are insufficient to back up the claim that talcum (sic)

22

is central to the development of ovarian cancer." I also share Reviewer 2's view.

k) Dr. Saed's deposition testimony contains several statements that call into question his knowledge of basic cancer cell biology, genetics and biochemistry. For example, he states that p53 is an oncogene, whereas it is a paradigmatic tumor *suppressor* gene (p. 230). He states that cells are grown at normal oxygen and glucose levels (pp. 252-257), whereas in fact, they are typically grown at ~3X normal oxygen levels and 4X normal glucose concentrations. He does not appear to know that GWAS aggregates all published work on SNPs associated with disease risks and traits (pp. 205-206). His comments on SNPs in the catalase gene (p. 206-207) call into question his understanding of linkage disequilibrium, the concept that blocks of SNPs located close together in the genome are typically co-inherited. He does not appear to understand that the BCA assay is a colorimetric assay, rather than a direct measurement of absorbance (pp. 119-120). He does not seem to be aware of recent evidence that full-blown cancers are often more sensitive to oxidative stress [12]; indeed, one therapeutic approach under investigation in several laboratories is to promote increased oxidative stress in cancer cells. He states that CA125 is a marker of inflammation (p. 248), but this statement too is speculative. He states that normal cells have a higher apoptotic rate than cancer cells. Healthy normal cells do not have a higher apoptotic rate than cancer cells, although unhealthy or damaged normal cells are more likely to undergo apoptosis than cancer cells. Perhaps most importantly, none of Dr. Saed's contentions or conclusions is based on animal studies, much less on human data.

l) *Relationship between MUC1 antibodies and ovarian cancer pathogenesis (Zelikoff report, p. 19).* Plaintiffs' expert Dr. Judith Zelikoff cites work showing that talcum powder users have lower plasma levels of MUC1 antibodies than non-users [62], and proposes that decreased immunity to MUC1 could be a mechanism by which talc increases ovarian cancer risk. Anti-tumor immunity is primarily mediated by anti-tumor T lymphocytes and possibly NK cells [63]. Because there is no evidence that anti-MUC1 antibodies (which are produced by B-lymphocytes) play any role in immune surveillance of ovarian or other types of cancer, this opinion should be viewed as pure speculation.

m) "*Recent clinical and prospective data suggest that C-reactive protein (CRP), a marker of global inflammation, is associated with increased ovarian cancer risk*" (Zelikoff, p. 20). Dr. Zelikoff cites work by Poole [64], who measured the association of various inflammatory markers and ovarian cancer development in the Nurse's Health Studies 1 and 2 and the Women's Health Study (WHS). This study showed a 53% increase in risk for ovarian cancer for women with the highest (4th) quartile, compared with the lowest (1st) quartile, CRP levels in the blood. Notably, there was no association with IL6 (a cytokine marker of inflammation) or secreted TNFαR2 levels (another inflammatory marker). This study, as well as work by Trabert *et al. [65]*, shows that some degree of systemic inflammation may be present during the development of ovarian cancer. However, a recent analysis of 26 STIC and early serous carcinomas saw no evidence of inflammation [66]. Moreover, NHS-1 and the WHS collected talc exposure data – indeed, these are among the major cohort studies of the talc/ovarian cancer association. Yet, while they could have addressed this key question, neither Poole *et al.* nor Trabert *et al.*

23

analyzed the relationship between perineal talc exposure and inflammation. Hence, there simply is no evidence in these papers that links perineal talc exposure to inflammation, whereas, as mentioned above, direct experiments argue against any such link. It also remains possible that increased CRP is a sign of inflammation that results from, rather than causes, ovarian cancer, a possibility acknowledged by Poole *et al.* Notably, a subsequent meta-analysis of this issue concluded that "Further studies are needed to definitively identify the role of CRP in the etiology of ovarian cancer [67]."

n)  *Effect of talc on macrophages and relevance to ovarian cancer.* In her report, Dr. Zelikoff (pp. 22-24) raises the possibility that talc ingestion, either directly or on lipid particles, might have pro-inflammatory effects on macrophages. In fact, the picture that emerges from the papers she cites is complex, confusing and in some cases contradictory. In no way does the evidence cited by Dr. Zelikoff rise to the level of scientifically conclusive.

- **Bogatu and Contag** [68] argue that talc binds to high-density lipoprotein particles, which are then ingested into macrophages. Dr. Zelikoff notes that this could trigger a fibrogenic reaction (scar formation). However, there is no evidence for the involvement of scarring/fibrosis in ovarian carcinogenesis. Furthermore, there was no evidence of scarring in ovaries in which talc particles were detected. Indeed, Bogatu and Contag's focus was on mechanisms underlying silicosis, not ovarian cancer.

- **Ghio *et al*.** [69] report that mineral talc sequesters iron (Fe) from cells, resulting in increased Fe uptake, oxidative stress and ROS production. This study involved immortalized bronchial epithelial and primary pleural mesothelial cells, which are not obviously relevant to ovarian cancer. Furthermore, there is no evidence that injecting talc into the pleural space causes lung cancer or mesothelioma.

- **Akhtar *et al.*** [70, 71] measured the effects of talc on A549 cells, and found ROS production, oxidation of cellular lipids and DNA damage. The relevance of this work to ovarian carcinogenesis also is extremely questionable. Because A549 are lung cancer cells, they are from an irrelevant cell-of-origin and are already malignant. In addition, it is not clear how the doses seen here relate to the small number of particles in the female reproductive tract.

- **Davies *et al.*** [72] studied the effects of seven specimens of respirable talc dust on mouse peritoneal macrophages, and observed mild, but consistent, cytotoxicity and suggested that talc could be fibrogenic. Again, there is no evidence that fibrosis plays a role in ovarian cancer pathogenesis.

- **Hamilton *et al.*** [73], on the other hand, found that talc caused a small *increase* in the proliferation of mouse bone marrow-derived macrophages (the opposite of the effects seen by Davies *et al.* on peritoneal macrophages). At higher doses, toxicity was observed, however. Based on these data, they argue that talc could cause granulomas. Indeed, granulomas were seen in the talc injection studies noted

24

above, but granulomas are not seen in women who have talc particles in their ovaries or as part of ovarian carcinogenesis.

o)  *Effect of talc on ovarian surface epithelial cells.* Several of plaintiffs' experts (including Dr. Zelikoff) cite work by Buz'Zard and Lau [74] as evidence that talc is pro-oxidative and causes transformation of ovarian cells. This paper examined the effects of talc on immortalized human ovarian granulosa (GC1a) cells, immortalized human ovarian surface epithelial (OSE2a) cells and primary human polymorphonuclear leukocytes (PMNs; PMNs, also known as neutrophils, are the major white blood cell in human peripheral blood). The authors claimed that talc increased cell viability (cell number) of OSE2a and GC1a cells at low doses, but decreased it at higher doses (>200 ug/ml). They also claim that it increased the growth of these cell lines in soft agar at 5ug/ml and 20 ug/ml. At low doses, talc decreased ROS generation in OSE2a and increased ROS in GC1a cells, while decreasing ROS at higher talc concentrations in OSE2a cells. Finally, they find that talc causes increased ROS generation in PMNs across a broad dose range. In my opinion, this study, and its interpretation by plaintiffs' experts, is seriously flawed, for multiple reasons:

- The talc was obtained from a standard chemical reagent company, Sigma, and its quality, mineral and/or fibrous content and composition were not assessed.

- Granulosa cells are totally irrelevant to the study of epithelial ovarian carcinoma, meaning that the experiments with GC1a cells are not germane to the plaintiffs' case.

- OSE2a cells are a single, immortalized cell line, produced by transformation of normal OSE from a single woman of reproductive age with large T antigen of SV40. The use of these cells as a model for the early events of ovarian carcinogenesis is problematic on multiple levels. First, normal OSE is not the cell-of-origin for most ovarian cancer. Second, large T antigen is a viral gene product that evokes changes equivalent to at least two of the transformation events needed for ovarian carcinogenesis. Third, large T-transformed cells are genetically unstable, and no two cells transformed in this way are the same. Hence, this choice of cell system is inapt for studying mechanisms of ovarian carcinogenesis.

- Notwithstanding the choice of experimental system, the effects on proliferation are very small, quite dose-sensitive, and not likely to be biologically relevant.

- Of note, the purported pro-oncogenic effects on proliferation and ROS occur at two different doses of talc. As noted several times above, it is difficult to know what would be an appropriate dose to model the supposed level of talc in the GU tract of women exposed to perineal dusting powder.

- Growth in soft agar does not mean tumorigenicity – at least not with human cells, and as with the growth effects, at higher concentration, soft agar colony formation

25

is eliminated by talc treatment.

- The relevance of the PMN experiments is not clear. No role for neutrophils in ovarian carcinogenesis has been suggested by plaintiffs' experts, much less demonstrated experimentally.

p)  *Effect of talc on CA125 levels.* (p. 25) Dr. Zelikoff cites work by plaintiffs' expert Dr. Saed (discussed above) that talc induces the expression of the cancer antigen CA125 in normal ovarian cells and ovarian cancer cells. Even if these observations are true, there is no obvious relevance to ovarian cancer pathogenesis. As Dr. Zelikoff notes, CA125 is a "biomarker" for ovarian cancer detection, but it has no known role in ovarian cancer *causation*. Whether or not talc induces CA-125 expression says nothing about talc having any carcinogenic effect. Notably, in her deposition (p. 352), Zelikoff states that CA125 is MUC1. CA125 is, however, MUC16, raising the possibility that she is confusing these two proteins.

q)  *Effect of talc on expression of redox enzymes.* Dr. Zelikoff also cites "[e]merging science" (p. 25) from the Saed laboratory claiming that talc treatment of ovarian cancer cell lines and normal ovarian cells causes changes in the levels of mRNA for multiple pro-oxidant and anti-oxidant genes. The multiple problems with this work have been detailed above. Also, in her deposition (p. 236), Dr. Zelikoff states that talc leads to changes in gene expression, which "can be inferred as a mutation." This statement is categorically incorrect – changing the media on cells can cause changes in gene expression. Changing temperature can change gene expression. In no way can one "infer" a mutation merely because gene expression is altered.

r)  *Women with certain genetic variants have increased risk of ovarian cancer with talc use.* Dr. Zelikoff (p. 26) points to epidemiological data from Gates *et al.* [75] who carried out a case-control study genotyping SNPs in *GSTM1*, *GSTT1* and *NAT2* in participants from the New England based Case-Control and Nurses Health studies. The authors found that these SNPs were not themselves associated with risk, but the association of ovarian cancer with talc use was stronger in women with the GST-null genotype, and further enhanced in women with the *GST1-null* and *GSTM1*-present. The study concludes that "women with certain genetic variants may have a higher risk of ovarian cancer associated with talc use." However, the authors also specifically stated that "…additional research is needed to confirm these findings and to explore potential mechanisms for these interactions…." There appears to have been no subsequent follow up/confirmation of these data. Given that positive results are nearly always published, whereas negative results often are not (a phenomenon termed "publication bias"), it seems likely that these observations are not reproducible (or the authors would have published a subsequent paper verifying the association). Also, it should be noted that no biological/biochemical mechanism is available to explain why a higher level of GSTM1 and a lower level of GST1 increase interaction with talc, as these enzymes both catalyze the same biochemical reaction

Several additional lines of evidence argue against the "talc-induced inflammation model" of ovarian carcinogenesis proposed by the authors, most which have been cited above. First and foremost, whereas the evidence cited by plaintiffs' experts is indirect, involves irrelevant cell lines, and/or is not definitive, the most direct evidence available contradicts their argument. As noted, injection of talc directly into the ovarian bursa of animals does NOT evoke inflammation, much less cancer. Similarly, women with talc particles in their ovaries do not show evidence of inflammation. Nor am I aware of any publications that have reported finding STICs, the only known pre-neoplastic lesion in HGSOC, in women or animals with talc in their genitourinary tracts. Conversely, a recent study found "no significant correlation . . . between serous carcinoma and histological signs of inflammation or chronic tubal injury" [66]. Inflammatory diseases, such as rheumatoid arthritis, systemic lupus erythematosus, psoriatic arthritis, etc., are not known risk factors for ovarian cancer [43]. And finally, there is no consistent evidence that NSAIDs mitigate ovarian cancer risk [52, 76-83].

4. ***Consideration of Alternative Explanations:*** As with any weak epidemiologic association, the use of talc could be associated with other conditions that promote ovarian cancer. For example, women who use talc might be more likely to have a sub-clinical infection. Also, since the publication of these epidemiology studies, numerous additional strong risk genes for ovarian cancer have been identified, as have multiple weaker risk alleles. These were not tested in the patient populations used in these studies, and thus might not have been distributed equally in the talc and non-talc groups. In the case-control studies, recall bias is a major, demonstrable concern that has not been adequately eliminated. One of the major meta-analyses [48] found significant evidence of heterogeneity, complicating the conclusions that could be drawn. Heterogeneity means that the designs of the studies have so many differences that it might not be valid to combine them.

5. ***Dose-Response:*** An agent that has *bona fide* pro-oncogenic effects is expected to show increasing effect with increasing dose of the agent. Yet the epidemiologic data fail to show a compelling dose-response relationship.

- None of the cohort studies reveals a dose-response relationship [53, 84-86].

- Multiple case-control studies also fail to show evidence of a dose-response:

   1) Mills *et al.* [87] found essentially no difference in the odds ratio for the lowest and highest quartiles of cumulative exposure ((1.03 (0.59-1.80)) and (1.06 (0.62-1.83)), respectively) and concluded that "no dose response association was found."

   2) Cook *et al.* [88] looked for an association across various strata of "cumulative lifetime days," and saw no statistically significant elevated risk for any of the four categories.

   3) Meta-analyses and pooled studies have concluded that no clear, consistent dose-response relationship can be demonstrated; e.g., [45, 47, 48, 89, 90].

4)  The National Cancer Institute and the FDA have concluded that a dose-response relationship has not been found. (Nat'l Cancer Inst., Ovarian, Fallopian Tube, and Primary Peritoneal Cancer Prevention (PDQ®)–Health Professional Version, https://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq (last updated June 22, 2018); Letter from Food & Drug Admin., Dep't of Health & Human Servs., to Samuel S. Epstein, M.D., Cancer Prevention Coalition, University of Illinois - Chicago School of Public Health (Apr. 1, 2014).) The recent Health Canada analysis noted that "concerns that the actual exposure experienced by these women over the past 40-50 years is not well understood [45]."

5)  Some observational studies have argued for a dose-response relationship (e.g., [49, 50, 91], but these studies and their conclusions have significant issues. It is particularly difficult to retroactively quantify exposure. Also, exposure via diaphragms or condoms is not consistently associated with risk, even though such routes might be expected to provide the highest, and certainly the most direct, exposure. As noted above, proponents of talc transit have suggested that sexual activity facilitates exposure. In that case, one would expect talc on condoms or diaphragms to be particularly dangerous.

**6.  *Coherence:*** A theory that an agent causes disease should be internally coherent and also fit with existing, accepted science. But plaintiffs' experts' theories do not satisfy this requirement. In particular, humans given high doses of talc in other body cavities (e.g., via pleurodesis) or exposed occupationally do not have increased cancer risk. Yet most of the pro-oncogenic mechanisms proposed by plaintiffs' experts would be expected to operate in multiple body sites. Nor does it make logical sense that talc use would cause multiple subtypes of ovarian cancer, which have different cells of origin, different types of mutations and mutational effects, and therefore likely different oncogenic mechanisms.

## IV.  CONCLUSIONS AND SUMMARY OF OPINIONS

Scientific support for the theory that talc use can cause ovarian cancer is lacking. The plaintiffs' experts' causation theories do not comport with what we know about carcinogenesis generally or the development of ovarian cancer specifically; nor do they have sufficient support from epidemiological research. In particular, Dr. Saed's work is rife with errors and overstated claims that betray a lack of understanding of cancer genetics – perhaps most notably his claim that talc induces specific point mutations in certain SNPs. Moreover, Dr. Saed's work, even if the significant errors, gaps and irregularities in his lab work are ignored, rests on a series of totally unsubstantiated assumptions, including the role (if any) of inflammation or oxidant states in ovarian cancer pathogenesis, the relevance (if any) of certain SNPs to ovarian cancer, and the significance (if any) of elevated CA-125 levels to ovarian carcinogenesis. More generally, the plaintiffs' experts' theories of biological mechanism lack support in the literature – indeed, if anything, existing literature tends to negate, rather than support, their proposed mechanism. Finally, evidence from the epidemiological literature shows only weak or nonexistent associations between talcum powder use and ovarian cancer and has failed to demonstrate any strong evidence of dose-response.

28

**References**

1.  Garraway, L.A. and E.S. Lander, *Lessons from the cancer genome.* Cell, 2013. **153**(1): p. 17-37.

2.  Vogelstein, B., et al., *Cancer genome landscapes.* Science, 2013. **339**(6127): p. 1546-58.

3.  Mardis, E.R., *Insights from large-scale cancer genome sequencing.* Ann Rev Cancer Biology, 2018. **2**: p. 429-444.

4.  Sanchez-Vega, F., et al., *Oncogenic Signaling Pathways in The Cancer Genome Atlas.* Cell, 2018. **173**(2): p. 321-337.e10.

5.  Hanahan, D. and R.A. Weinberg, *Hallmarks of cancer: the next generation.* Cell, 2011. **144**(5): p. 646-74.

6.  Rahman, N., *Realizing the promise of cancer predisposition genes.* Nature, 2014. **505**(7483): p. 302-8.

7.  Huang, K.L., et al., *Pathogenic Germline Variants in 10,389 Adult Cancers.* Cell, 2018. **173**(2): p. 355-370.e14.

8.  Sud, A., B. Kinnersley, and R.S. Houlston, *Genome-wide association studies of cancer: current insights and future perspectives.* Nat Rev Cancer, 2017. **17**(11): p. 692-704.

9.  Turkez, H., M.E. Arslan, and O. Ozdemir, *Genotoxicity testing: progress and prospects for the next decade.* Expert Opin Drug Metab Toxicol, 2017. **13**(10): p. 1089-1098.

10. Pesch, B., et al., *Cigarette smoking and lung cancer--relative risk estimates for the major histological types from a pooled analysis of case-control studies.* Int J Cancer, 2012. **131**(5): p. 1210-9.

11. Helleday, T., S. Eshtad, and S. Nik-Zainal, *Mechanisms underlying mutational signatures in human cancers.* Nat Rev Genet, 2014. **15**(9): p. 585-98.

12. Reczak, C.R. and N.S. Chandel, *The two faces of reactive oxygen species in cancer.* Ann Rev Cancer Biology, 2017. **1**: p. 79-98.

13. Tomasetti, C., L. Li, and B. Vogelstein, *Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention.* Science, 2017. **355**(6331): p. 1330-1334.

14. Tomasetti, C. and B. Vogelstein, *Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions.* Science, 2015. **347**(6217): p. 78-81.

15. Tomasetti, C. and B. Vogelstein, *Cancer risk: role of environment-response.* Science, 2015. **347**(6223): p. 729-31.

16. Tomasetti, C. and B. Vogelstein, *On the slope of the regression between stem cell divisions and cancer risk, and the lack of correlation between stem cell divisions and environmental factors-associated cancer risk.* PLoS One, 2017. **12**(5): p. e0175535.

17. Marcotte, R., et al., *Essential gene profiles in breast, pancreatic, and ovarian cancer cells.* Cancer Discov, 2012. **2**(2): p. 172-89.

18. Marcotte, R., et al., *Functional Genomic Landscape of Human Breast Cancer Drivers, Vulnerabilities, and Resistance.* Cell, 2016. **164**(1-2): p. 293-309.

19. Kobel, M., et al., *Differences in tumor type in low-stage versus high-stage ovarian carcinomas.* Int J Gynecol Pathol, 2010. **29**(3): p. 203-11.

20. Kurman, R.J. and M. Shih Ie, *The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded.* Am J Pathol, 2016. **186**(4): p. 733-47.

21. Kurman, R.J. and M. Shih Ie, *Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm.* Hum Pathol, 2011. **42**(7): p. 918-31.

22.    Kurman, R.J. and M. Shih Ie, *The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory.* Americn Journal of Surgical Pathology, 2010. **34**: p. 433-443.

23.    Salvador, S., et al., *The fallopian tube: primary site of most pelvic high-grade serous carcinomas.* Int J Gynecol Cancer, 2009. **19**(1): p. 58-64.

24.    Klotz, D.M. and P. Wimberger, *Cells of origin of ovarian cancer: ovarian surface epithelium or fallopian tube?* Arch Gynecol Obstet, 2017. **296**(6): p. 1055-1062.

25.    Karnezis, A.N., et al., *The disparate origins of ovarian cancers: pathogenesis and prevention strategies.* Nat Rev Cancer, 2017. **17**(1): p. 65-74.

26.    Ducie, J., et al., *Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma.* Nat Commun, 2017. **8**(1): p. 990.

27.    Scully, R.E., *Pathology of ovarian cancer precursors.* J Cell Biochem Suppl, 1995. **23**: p. 208-18.

28.    Bell, D.A. and R.E. Scully, *Early de novo ovarian carcinoma. A study of fourteen cases.* Cancer, 1994. **73**(7): p. 1859-64.

29.    Pothuri, B., et al., *Genetic analysis of the early natural history of epithelial ovarian carcinoma.* PLoS One, 2010. **5**(4): p. e10358.

30.    Zweemer, R.P., et al., *Molecular evidence linking primary cancer of the fallopian tube to BRCA1 germline mutations.* Gynecol Oncol, 2000. **76**(1): p. 45-50.

31.    Colgan, T.J., et al., *Occult carcinoma in prophylactic oophorectomy specimens: prevalence and association with BRCA germline mutation status.* Am J Surg Pathol, 2001. **25**(10): p. 1283-9.

32.    Mehra, K., et al., *STICS, SCOUTs and p53 signatures; a new language for pelvic serous carcinogenesis.* Front Biosci (Elite Ed), 2011. **3**: p. 625-34.

33.    Labidi-Galy, S.I., et al., *High grade serous ovarian carcinomas originate in the fallopian tube.* Nat Commun, 2017. **8**(1): p. 1093.

34.    Bashashati, A., et al., *Distinct evolutionary trajectories of primary high-grade serous ovarian cancers revealed through spatial mutational profiling.* J Pathol, 2013. **231**(1): p. 21-34.

35.    Eckert, M.A., et al., *Genomics of Ovarian Cancer Progression Reveals Diverse Metastatic Trajectories Including Intraepithelial Metastasis to the Fallopian Tube.* Cancer Discov, 2016. **6**(12): p. 1342-1351.

36.    Laury, A.R., et al., *PAX8 reliably distinguishes ovarian serous tumors from malignant mesothelioma.* Am J Surg Pathol, 2010. **34**(5): p. 627-35.

37.    Vang, R., et al., *Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study.* Int J Gynecol Pathol, 2016. **35**(1): p. 48-55.

38.    Kastenhuber, E.R. and S.W. Lowe, *Putting p53 in Context.* Cell, 2017. **170**(6): p. 1062-1078.

39.    Zilfou, J.T. and S.W. Lowe, *Tumor suppressive functions of p53.* Cold Spring Harb Perspect Biol, 2009. **1**(5): p. a001883.

40.    Cancer Genome Atlas Research, N., *Integrated genomic analyses of ovarian carcinoma.* Nature, 2011. **474**(7353): p. 609-15.

41.    Jasin, M. and R. Rothstein, *Repair of strand breaks by homologous recombination.* Cold Spring Harb Perspect Biol, 2013. **5**(11): p. a012740.

42. Iliakis, G., T. Murmann, and A. Soni, *Alternative end-joining repair pathways are the ultimate backup for abrogated classical non-homologous end-joining and homologous recombination repair: Implications for the formation of chromosome translocations.* Mutat Res Genet Toxicol Environ Mutagen, 2015. **793**: p. 166-75.

43. Reid, B.M., J.B. Permuth, and T.A. Sellers, *Epidemiology of ovarian cancer: a review.* Cancer Biol Med, 2017. **14**(1): p. 9-32.

44. Monograph, I.W.H.O., *Carbon Black, Titanium Dioxide and Talc.* 2010. **93**.

45. Taher, M.K., et al., *Systematic review and meta-analysis of the association between perineal use of talc and risk of ovarian cancer.* 2018: p. Submitted.

46. Hill, A.B., *The environment and disease: association or causation? 1965.* J R Soc Med, 2015. **108**(1): p. 32-7.

47. Penninkilampi, R. and G.D. Eslick, *Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis.* Epidemiology, 2018. **29**(1): p. 41-49.

48. Berge, W., et al., *Genital use of talc and risk of ovarian cancer: a meta-analysis.* Eur J Cancer Prev, 2018. **27**(3): p. 248-257.

49. Cramer, D.W., et al., *The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States.* Epidemiology, 2016. **27**(3): p. 334-46.

50. Schildkraut, J.M., et al., *Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES).* Cancer Epidemiol Biomarkers Prev, 2016. **25**(10): p. 1411-1417.

51. Huncharek, M., J.F. Geschwind, and B. Kupelnick, *Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies.* Anticancer Res, 2003. **23**(2c): p. 1955-60.

52. Wu, A.H., et al., *Markers of inflammation and risk of ovarian cancer in Los Angeles County.* Int J Cancer, 2009. **124**(6): p. 1409-15.

53. Gonzalez, N.L., et al., *Douching, Talc Use, and Risk of Ovarian Cancer.* Epidemiology, 2016. **27**(6): p. 797-802.

54. Egli, G.E. and M. Newton, *The transport of carbon particles in the human female reproductive tract.* Fertil Steril, 1961. **12**: p. 151-5.

55. Venter, P.F. and M. Iturralde, *Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries.* S Afr Med J, 1979. **55**(23): p. 917-9.

56. Heller, D.S., et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden.* Am J Obstet Gynecol, 1996. **174**(5): p. 1507-10.

57. Henderson, W.J., et al., *Talc and carcinoma of the ovary and cervix.* J Obstet Gynaecol Br Commonw, 1971. **78**(3): p. 266-72.

58. Domcke, S., et al., *Evaluating cell lines as tumour models by comparison of genomic profiles.* Nat Commun, 2013. **4**(2126).

59. Hamilton, T.C., et al., *Effects of talc on the rat ovary.* Br J Exp Pathol, 1984. **65**(1): p. 101-6.

60. Keskin, N., et al., *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study.* Arch Gynecol Obstet, 2009. **280**(6): p. 925-31.

61. Shukla, A., et al., *Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity.* Am J Respir Cell Mol Biol, 2009. **41**(1): p. 114-23.

62. Cramer, D.W., et al., *Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer.* Cancer Epidemiol Biomarkers Prev, 2005. **14**(5): p. 1125-31.

63. Chen, D.S. and I. Mellman, *Elements of cancer immunity and the cancer-immune set point.* Nature, 2017. **541**(7637): p. 321-330.

64. Poole, E.M., et al., *A prospective study of circulating C-reactive protein, interleukin-6, and tumor necrosis factor alpha receptor 2 levels and risk of ovarian cancer.* Am J Epidemiol, 2013. **178**(8): p. 1256-64.

65. Trabert, B., et al., *Prediagnostic circulating inflammation markers and endometrial cancer risk in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial.* Int J Cancer, 2017. **140**(3): p. 600-610.

66. Malmberg, K., et al., *Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development.* Virchows Arch, 2016. **468**(6): p. 707-13.

67. Li, J., et al., *C-reactive protein and risk of ovarian cancer: A systematic review and meta-analysis.* Medicine (Baltimore), 2017. **96**(34): p. e7822.

68. Bogatu, B. and B. Contag, *Adsorption of lipoproteins onto mineral dust surfaces: a possible factor in the pathogenesis of particle-induced pulmonary fibrosis?* Z Naturforsch C, 2005. **60**(9-10): p. 792-8.

69. Ghio, A.J., et al., *Disruption of iron homeostasis in mesothelial cells after talc pleurodesis.* Am J Respir Cell Mol Biol, 2012. **46**(1): p. 80-6.

70. Akhtar, M.J., et al., *The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid.* Toxicol In Vitro, 2010. **24**(4): p. 1139-47.

71. Akhtar, M.J., et al., *Cytotoxicity and apoptosis induction by nanoscale talc particles from two different geographical regions in human lung epithelial cells.* Environ Toxicol, 2014. **29**(4): p. 394-406.

72. Davies, R., et al., *Cytotoxicity of talc for macrophages in vitro.* Food Chem Toxicol, 1983. **21**(2): p. 201-7.

73. Hamilton, J.A., G. McCarthy, and G. Whitty, *Inflammatory microcrystals induce murine macrophage survival and DNA synthesis.* Arthritis Res, 2001. **3**(4): p. 242-6.

74. Buz'Zard, A.R. and B.H. Lau, *Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures.* Phytother Res, 2007. **21**(6): p. 579-86.

75. Gates, M.A., et al., *Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer.* Cancer Epidemiol Biomarkers Prev, 2008. **17**(9): p. 2436-44.

76. Merritt, M.A., et al., *Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer.* Int J Cancer, 2008. **122**(1): p. 170-6.

77. Baandrup, L., et al., *Nonsteroidal anti-inflammatory drugs and risk of ovarian cancer: systematic review and meta-analysis of observational studies.* Acta Obstet Gynecol Scand, 2013. **92**(3): p. 245-55.

78. Baandrup, L., et al., *Low-dose aspirin use and the risk of ovarian cancer in Denmark.* Ann Oncol, 2015. **26**(4): p. 787-92.

79. Barnard, M.E., et al., *Association of Analgesic Use With Risk of Ovarian Cancer in the Nurses' Health Studies.* JAMA Oncol, 2018. **4**(12): p. 1675-1682.

80.    Nagle, C.M., et al., *Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, acetaminophen and ovarian cancer survival.* Cancer Epidemiol, 2015. **39**(2): p. 196-9.

81.    Ni, X., et al., *Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer.* Br J Clin Pharmacol, 2013. **75**(1): p. 26-35.

82.    Tsoref, D., T. Panzarella, and A. Oza, *Aspirin in prevention of ovarian cancer: are we at the tipping point?* J Natl Cancer Inst, 2014. **106**(2): p. djt453.

83.    Bonovas, S., K. Filioussi, and N.M. Sitaras, *Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis.* Br J Clin Pharmacol, 2005. **60**(2): p. 194-203.

84.    Houghton, S.C., et al., *Perineal powder use and risk of ovarian cancer.* J Natl Cancer Inst, 2014. **106**(9).

85.    Gates, M.A., et al., *Risk factors for epithelial ovarian cancer by histologic subtype.* Am J Epidemiol, 2010. **171**(1): p. 45-53.

86.    Gertig, D.M., et al., *Prospective Study of Talc Use and Ovarian Cancer.* Journal of the National Cancer Institute, 2000. **92**(3): p. 249-252.

87.    Mills, P.K., et al., *Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California.* Int J Cancer, 2004. **112**(3): p. 458-64.

88.    Cook, L.S., M.L. Kamb, and N.S. Weiss, *Perineal powder exposure and the risk of ovarian cancer.* Am J Epidemiol, 1997. **145**(5): p. 459-65.

89.    Terry, K.L., et al., *Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls.* Cancer Prev Res (Phila), 2013. **6**(8): p. 811-21.

90.    Langseth, H., et al., *Perineal use of talc and risk of ovarian cancer.* J Epidemiol Community Health, 2008. **62**(4): p. 358-60.

91.    Harlow, B.L., et al., *Perineal exposure to talc and ovarian cancer risk.* Obstet Gynecol, 1992. **80**(1): p. 19-26.

## Materials Considered

*Expert Reports*
- 2018.11.12 - Expert Report of Michael M. Crowley, PhD
- 2018.11.14 - Expert Report of William E. Longo, PhD & Mark W. Rigler, PhD
- 2018.11.15 - Expert Report of Sarah Kane, MD
- 2018.11.16 - Expert Report of Alan Campion, PhD
- 2018.11.16 - Expert Report of Anne McTiernan, MD PhD
- 2018.11.16 - Expert Report of April Zambelli-Weiner, PhD, MPH
- 2018.11.16 - Expert Report of Arch Carson, MD, PhD
- 2018.11.16 - Expert Report of Daniel L. Clarke-Pearson, MD
- 2018.11.16 - Expert Report of David Kessler, MD
- 2018.11.16 - Expert Report of Ellen Blair Smith, MD
- 2018.11.16 - Expert Report of Ghassan Saed, PhD
- 2018.11.16 - Expert Report of Jack Siemiatycki, MSc, PhD
- 2018.11.16 - Expert Report of Judith Wolf, MD
- 2018.11.16 - Expert Report of Judith Zelikoff, PhD
- 2018.11.16 - Expert Report of Laura Plunkett, PhD, DABT
- 2018.11.16 - Expert Report of Mark Krekeler, PhD
- 2018.11.16 - Expert Report of Patricia Moorman, MSPH, PhD
- 2018.11.16 - Expert Report of Rebecca Smith-Bindman, MD
- 2018.11.16 - Expert Report of Robert B. Cook, PhD
- 2018.11.16 - Expert Report of Shawn Levy, PhD
- 2018.11.16 - Expert Report of Sonal Singh, MD, MPH
- 2019.01.15 - Supp. Expert Report of William E. Longo, PhD & Mark W. Rigler, PhD
- 2019.01.17 - Addendum to the Expert Report of Mark Krekeler, PhD
- 2019.01.22 - Amended Expert Report of Robert B. Cook, PhD

*Deposition Transcripts*
- 2019.01.21 - Zelikoff, Judith Deposition Transcript
- 2019.01.23 - Saed, Ghassan Deposition Transcript
- 2019.02.14 - Saed, Ghassan Deposition Transcript

*Internet Resources*
- https://cancer.sanger.ac.uk/cosmic
- https://www.ebi.ac.uk/gwas/
- http://biorxiv.org/cgi/content/short/481200v1
- https://www.cdc.gov/tobacco/data_statistics/sgr/50th-anniversary/pdfs/fs_smoking_cancer_508.pdf
- https://portals.broadinstitute.org/ccle
- https://www.ebi.ac.uk/gwas/genes/MPO
- https://www.cancer.gov/types/ovarian/hp/ovarian-prevention-pdq
- https://ntp.niehs.nih.gov/ntp/roc/content/listed_substances_508.pdf

*Literature*

- Akhtar, M.J., et al., *Cytotoxicity and apoptosis induction by nanoscale talc particles from two different geographical regions in human lung epithelial cells.* Environ Toxicol, 2014. **29**(4): p. 394-406.
- Akhtar, M.J., et al., *The primary role of iron-mediated lipid peroxidation in the differential cytotoxicity caused by two varieties of talc nanoparticles on A549 cells and lipid peroxidation inhibitory effect exerted by ascorbic acid.* Toxicol In Vitro, 2010. **24**(4): p. 1139-47.
- Baandrup, L., et al., *Low-dose aspirin use and the risk of ovarian cancer in Denmark.* Ann Oncol, 2015. **26**(4): p. 787-92.
- Baandrup, L., et al., *Nonsteroidal anti-inflammatory drugs and risk of ovarian cancer: systematic review and meta-analysis of observational studies.* Acta Obstet Gynecol Scand, 2013. **92**(3): p. 245-55.
- Barnard, M.E., et al., *Association of Analgesic Use With Risk of Ovarian Cancer in the Nurses' Health Studies.* JAMA Oncol, 2018. **4**(12): p. 1675-1682.
- Bashashati, A., et al., *Distinct evolutionary trajectories of primary high-grade serous ovarian cancers revealed through spatial mutational profiling.* J Pathol, 2013. **231**(1): p. 21-34.
- Bell, D.A. and R.E. Scully, *Early de novo ovarian carcinoma. A study of fourteen cases.* Cancer, 1994. **73**(7): p. 1859-64.
- Berge, W., et al., *Genital use of talc and risk of ovarian cancer: a meta-analysis.* Eur J Cancer Prev, 2018. **27**(3): p. 248-257.
- Bogatu, B. and B. Contag, *Adsorption of lipoproteins onto mineral dust surfaces: a possible factor in the pathogenesis of particle-induced pulmonary fibrosis?* Z Naturforsch C, 2005. **60**(9-10): p. 792-8.
- Bonovas, S., K. Filioussi, and N.M. Sitaras, *Do nonsteroidal anti-inflammatory drugs affect the risk of developing ovarian cancer? A meta-analysis.* Br J Clin Pharmacol, 2005. **60**(2): p. 194-203.
- Buz'Zard, A.R. and B.H. Lau, *Pycnogenol reduces talc-induced neoplastic transformation in human ovarian cell cultures.* Phytother Res, 2007. **21**(6): p. 579-86.
- Camargo, M.C., et al., *Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-analysis.* Environ Health Perspect, 2011. **119**(9): 1211–1217.
- Cancer Genome Atlas Research, N., *Integrated genomic analyses of ovarian carcinoma.* Nature, 2011. **474**(7353): p. 609-15.
- Chen, D.S. and I. Mellman, *Elements of cancer immunity and the cancer-immune set point.* Nature, 2017. **541**(7637): p. 321-330.
- Colgan, T.J., et al., *Occult carcinoma in prophylactic oophorectomy specimens: prevalence and association with BRCA germline mutation status.* Am J Surg Pathol, 2001. **25**(10): p. 1283-9.
- Cook, L.S., M.L. Kamb, and N.S. Weiss, *Perineal powder exposure and the risk of ovarian cancer.* Am J Epidemiol, 1997. **145**(5): p. 459-65.
- Cramer, D.W., et al., *Conditions associated with antibodies against the tumor-associated antigen MUC1 and their relationship to risk for ovarian cancer.* Cancer Epidemiol Biomarkers Prev, 2005. **14**(5): p. 1125-31.

- Cramer, D.W., et al., *The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States.* Epidemiology, 2016. **27**(3): p. 334-46.
- Davies, R., et al., *Cytotoxicity of talc for macrophages in vitro.* Food Chem Toxicol, 1983. **21**(2): p. 201-7.
- Domcke, S., et al., *Evaluating cell lines as tumour models by comparison of genomic profiles.* Nat Commun, 2013. **4**(2126).
- Ducie, J., et al., *Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma.* Nat Commun, 2017. **8**(1): p. 990.
- Eckert, M.A., et al., *Genomics of Ovarian Cancer Progression Reveals Diverse Metastatic Trajectories Including Intraepithelial Metastasis to the Fallopian Tube.* Cancer Discov, 2016. **6**(12): p. 1342-1351.
- Egli, G.E. and M. Newton, *The transport of carbon particles in the human female reproductive tract.* Fertil Steril, 1961. **12**: p. 151-5.
- Gao, F.F. and Oury, T.D., "Other Neoplasia" in Oury, T.D., et al., eds., *Pathology of Asbestos-Associated Diseases*, 3rd ed., Springer, 2014, pp 177-92.
- Garraway, L.A. and E.S. Lander, *Lessons from the cancer genome.* Cell, 2013. **153**(1): p. 17-37.
- Gates, M.A., et al., *Risk factors for epithelial ovarian cancer by histologic subtype.* Am J Epidemiol, 2010. **171**(1): p. 45-53.
- Gates, M.A., et al., *Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer.* Cancer Epidemiol Biomarkers Prev, 2008. **17**(9): p. 2436-44.
- Gertig, D.M., et al., *Prospective Study of Talc Use and Ovarian Cancer.* Journal of the National Cancer Institute, 2000. **92**(3): p. 249-252.
- Ghio, A.J., et al., *Disruption of iron homeostasis in mesothelial cells after talc pleurodesis.* Am J Respir Cell Mol Biol, 2012. **46**(1): p. 80-6.
- Gonzalez, N.L., et al., *Douching, Talc Use, and Risk of Ovarian Cancer.* Epidemiology, 2016. **27**(6): p. 797-802.
- Hamilton, J.A., G. McCarthy, and G. Whitty, *Inflammatory microcrystals induce murine macrophage survival and DNA synthesis.* Arthritis Res, 2001. **3**(4): p. 242-6.
- Hamilton, T.C., et al., *Effects of talc on the rat ovary.* Br J Exp Pathol, 1984. **65**(1): p. 101-6.
- Hanahan, D. and R.A. Weinberg, *Hallmarks of cancer: the next generation.* Cell, 2011. **144**(5): p. 646-74.
- Harlow, B.L., et al., *Perineal exposure to talc and ovarian cancer risk.* Obstet Gynecol, 1992. **80**(1): p. 19-26.
- Helleday, T., S. Eshtad, and S. Nik-Zainal, *Mechanisms underlying mutational signatures in human cancers.* Nat Rev Genet, 2014. **15**(9): p. 585-98.
- Heller, D.S., et al., *Asbestos exposure and ovarian fiber burden*. Am J Ind Med, 1996. **29**(5):435-9.
- Heller, D.S., et al., *Correlation of asbestos fiber burdens in fallopian tubes and ovarian tissue*. Am J Obstet Gynecol, 1999. **181**(2):346-7.

- Heller, D.S., et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden.* Am J Obstet Gynecol, 1996. **174**(5): p. 1507-10.
- Henderson, W.J., et al., *Talc and carcinoma of the ovary and cervix.* J Obstet Gynaecol Br Commonw, 1971. **78**(3): p. 266-72.
- Henderson, W.J., et al., *Talc in normal and malignant ovarian tissue.* Lancet, 1979. **1**(8114):499.
- Hill, A.B., *The environment and disease: association or causation? 1965.* J R Soc Med, 2015. **108**(1): p. 32-7.
- Houghton, S.C., et al., *Perineal powder use and risk of ovarian cancer.* J Natl Cancer Inst, 2014. **106**(9).
- Huang, K.L., et al., *Pathogenic Germline Variants in 10,389 Adult Cancers.* Cell, 2018. **173**(2): p. 355-370.e14.
- Huncharek, M., J.F. Geschwind, and B. Kupelnick, *Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies.* Anticancer Res, 2003. **23**(2c): p. 1955-60.
- Iliakis, G., T. Murmann, and A. Soni, *Alternative end-joining repair pathways are the ultimate backup for abrogated classical non-homologous end-joining and homologous recombination repair: Implications for the formation of chromosome translocations.* Mutat Res Genet Toxicol Environ Mutagen, 2015. **793**: p. 166-75.
- Jasin, M. and R. Rothstein, *Repair of strand breaks by homologous recombination.* Cold Spring Harb Perspect Biol, 2013. **5**(11): p. a012740.
- Karnezis, A.N., et al., *The disparate origins of ovarian cancers: pathogenesis and prevention strategies.* Nat Rev Cancer, 2017. **17**(1): p. 65-74.
- Kastenhuber, E.R. and S.W. Lowe, *Putting p53 in Context.* Cell, 2017. **170**(6): p. 1062-1078.
- Keskin, N., et al., *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study.* Arch Gynecol Obstet, 2009. **280**(6): p. 925-31.
- Klotz, D.M. and P. Wimberger, *Cells of origin of ovarian cancer: ovarian surface epithelium or fallopian tube?* Arch Gynecol Obstet, 2017. **296**(6): p. 1055-1062.
- Kobel, M., et al., *Differences in tumor type in low-stage versus high-stage ovarian carcinomas.* Int J Gynecol Pathol, 2010. **29**(3): p. 203-11.
- Kurman, R.J. and M. Shih Ie, *Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm.* Hum Pathol, 2011. **42**(7): p. 918-31.
- Kurman, R.J. and M. Shih Ie, *The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded.* Am J Pathol, 2016. **186**(4): p. 733-47.
- Kurman, R.J. and M. Shih Ie, *The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory.* Americn Journal of Surgical Pathology, 2010. **34**: p. 433-443.
- Labidi-Galy, S.I., et al., *High grade serous ovarian carcinomas originate in the fallopian tube.* Nat Commun, 2017. **8**(1): p. 1093.
- Langseth, H., et al., *Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers.* Int J Gynecol Cancer, 2007. **17**(1):44-9.
- Langseth, H., et al., *Perineal use of talc and risk of ovarian cancer.* J Epidemiol Community Health, 2008. **62**(4): p. 358-60.

- Laury, A.R., et al., *PAX8 reliably distinguishes ovarian serous tumors from malignant mesothelioma.* Am J Surg Pathol, 2010. **34**(5): p. 627-35.
- Li, J., et al., *C-reactive protein and risk of ovarian cancer: A systematic review and meta-analysis.* Medicine (Baltimore), 2017. **96**(34): p. e7822.
- Malmberg, K., et al., *Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development.* Virchows Arch, 2016. **468**(6): p. 707-13.
- Marcotte, R., et al., *Essential gene profiles in breast, pancreatic, and ovarian cancer cells.* Cancer Discov, 2012. **2**(2): p. 172-89.
- Marcotte, R., et al., *Functional Genomic Landscape of Human Breast Cancer Drivers, Vulnerabilities, and Resistance.* Cell, 2016. **164**(1-2): p. 293-309.
- Mardis, E.R., *Insights from large-scale cancer genome sequencing.* Ann Rev Cancer Biology, 2018. **2**: p. 429-444.
- Mehra, K., et al., *STICS, SCOUTs and p53 signatures; a new language for pelvic serous carcinogenesis.* Front Biosci (Elite Ed), 2011. **3**: p. 625-34.
- Merritt, M.A., et al., *Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer.* Int J Cancer, 2008. **122**(1): p. 170-6.
- Mills, P.K., et al., *Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California.* Int J Cancer, 2004. **112**(3): p. 458-64.
- Monograph, I.W.H.O., *Carbon Black, Titanium Dioxide and Talc.* 2010. **93**.
- Nagle, C.M., et al., *Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, acetaminophen and ovarian cancer survival.* Cancer Epidemiol, 2015. **39**(2): p. 196-9.
- Ni, X., et al., *Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer.* Br J Clin Pharmacol, 2013. **75**(1): p. 26-35.
- Penninkilampi, R. and G.D. Eslick, *Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis.* Epidemiology, 2018. **29**(1): p. 41-49.
- Pesch, B., et al., *Cigarette smoking and lung cancer--relative risk estimates for the major histological types from a pooled analysis of case-control studies.* Int J Cancer, 2012. **131**(5): p. 1210-9.
- Pira, E., et al., *Mortality of Talc Miners and Millers From Val Chisone, Northern Italy: An Updated Cohort Study.* J Occup Environ Med, 2017. **59**(7):659-664.
- Poole, E.M., et al., *A prospective study of circulating C-reactive protein, interleukin-6, and tumor necrosis factor alpha receptor 2 levels and risk of ovarian cancer.* Am J Epidemiol, 2013. **178**(8): p. 1256-64.
- Pothuri, B., et al., *Genetic analysis of the early natural history of epithelial ovarian carcinoma.* PLoS One, 2010. **5**(4): p. e10358.
- Rahman, N., *Realizing the promise of cancer predisposition genes.* Nature, 2014. **505**(7483): p. 302-8.
- Reczak, C.R. and N.S. Chandel, *The two faces of reactive oxygen species in cancer.* Ann Rev Cancer Biology, 2017. **1**: p. 79-98.
- Reid, A., et al., *Does exposure to asbestos cause ovarian cancer? A systematic literature review and meta-analysis.* Cancer Epidemiol Biomarkers Prev, 2011. **20**(7):1287-95.
- Reid, B.M., J.B. Permuth, and T.A. Sellers, *Epidemiology of ovarian cancer: a review.* Cancer Biol Med, 2017. **14**(1): p. 9-32.
- Salvador, S., et al., *The fallopian tube: primary site of most pelvic high-grade serous carcinomas.* Int J Gynecol Cancer, 2009. **19**(1): p. 58-64.

- Sanchez-Vega, F., et al., *Oncogenic Signaling Pathways in The Cancer Genome Atlas.* Cell, 2018. **173**(2): p. 321-337.e10.
- Schildkraut, J.M., et al., *Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES).* Cancer Epidemiol Biomarkers Prev, 2016. **25**(10): p. 1411-1417.
- Scully, R.E., *Pathology of ovarian cancer precursors.* J Cell Biochem Suppl, 1995. **23**: p. 208-18.
- Shukla, A., et al., *Alterations in gene expression in human mesothelial cells correlate with mineral pathogenicity.* Am J Respir Cell Mol Biol, 2009. **41**(1): p. 114-23.
- Sud, A., B. Kinnersley, and R.S. Houlston, *Genome-wide association studies of cancer: current insights and future perspectives.* Nat Rev Cancer, 2017. **17**(11): p. 692-704.
- Taher, M.K., et al., *Systematic review and meta-analysis of the association between perineal use of talc and risk of ovarian cancer.* 2018: p. Submitted.
- Terry, K.L., et al., *Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls.* Cancer Prev Res (Phila), 2013. **6**(8): p. 811-21.
- Tomasetti, C. and B. Vogelstein, *Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions.* Science, 2015. **347**(6217): p. 78-81.
- Tomasetti, C. and B. Vogelstein, *Cancer risk: role of environment-response.* Science, 2015. **347**(6223): p. 729-31.
- Tomasetti, C. and B. Vogelstein, *On the slope of the regression between stem cell divisions and cancer risk, and the lack of correlation between stem cell divisions and environmental factors-associated cancer risk.* PLoS One, 2017. **12**(5): p. e0175535.
- Tomasetti, C., L. Li, and B. Vogelstein, *Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention.* Science, 2017. **355**(6331): p. 1330-1334.
- Trabert, B., et al., *Prediagnostic circulating inflammation markers and endometrial cancer risk in the prostate, lung, colorectal and ovarian cancer (PLCO) screening trial.* Int J Cancer, 2017. **140**(3): p. 600-610.
- Tsoref, D., T. Panzarella, and A. Oza, *Aspirin in prevention of ovarian cancer: are we at the tipping point?* J Natl Cancer Inst, 2014. **106**(2): p. djt453.
- Turkez, H., M.E. Arslan, and O. Ozdemir, *Genotoxicity testing: progress and prospects for the next decade.* Expert Opin Drug Metab Toxicol, 2017. **13**(10): p. 1089-1098.
- Vang, R., et al., *Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study.* Int J Gynecol Pathol, 2016. **35**(1): p. 48-55.
- Venter, P.F. and M. Iturralde, *Migration of a particulate radioactive tracer from the vagina to the peritoneal cavity and ovaries.* S Afr Med J, 1979. **55**(23): p. 917-9.
- Vogelstein, B., et al., *Cancer genome landscapes.* Science, 2013. **339**(6127): p. 1546-58.
- Wu, A.H., et al., *Markers of inflammation and risk of ovarian cancer in Los Angeles County.* Int J Cancer, 2009. **124**(6): p. 1409-15.
- Zilfou, J.T. and S.W. Lowe, *Tumor suppressive functions of p53.* Cold Spring Harb Perspect Biol, 2009. **1**(5): p. a001883.
- Zweemer, R.P., et al., *Molecular evidence linking primary cancer of the fallopian tube to BRCA1 germline mutations.* Gynecol Oncol, 2000. **76**(1): p. 45-50.

*Other*

- Documents produced by Ghassan Saed
- Int'l Agency For Research On Cancer, World Health Org., *93 Monographs on the Evaluation of Carcinogenic Risks to Humans: Carbon Black, Titanium Dioxide, and Talc* (2010)
- Int'l Agency for Research on Cancer, World Health Org., *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 100C: Arsenic, Metals, Fibres, and Dusts* (2012)
- Letter from Food & Drug Admin., Dep't of Health & Human Servs., to Samuel S. Epstein, M.D., Cancer Prevention Coalition, University of Illinois - Chicago School of Public Health (Apr. 1, 2014)
  The Human Cancer Genome Atlas

# APPENDIX A

# APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
## (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 9p22.2 | NR | BNC2 - LOC105 375983 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 3q25.31 | NR | METTL 15P1 - LINC00 886 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 3q25.31 | NR | METTL 15P1 - LINC00 886 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 3q25.31 | NR | METTL 15P1 - LINC00 886 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 3q25.31 | NR | METTL 15P1 - LINC00 886 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 10q26.13 | FGFR2 | FGFR2 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 3q25.31 | NR | TIPARP | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |

APPENDIX A
GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 9p22.2 | NR | BNC2 - LOC105 375983 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 3q25.31 | NR | TIPARP | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 17q12 | HNF1B | HNF1B | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 19p13.11 | NR | BABAM1 - ANKLE1 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 19p13.11 | NR | BABAM1 - ANKLE1 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 5p15.33 | NR | TERT | Low-grade serous and serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

2

APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
### (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 17q21.31 | NR | PLEKHM1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 19p13.11 | NR | BABAM1 - ANKLE1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | BNC2, LOC646570, CNTLN | BNC2 - LOC105375983 | Ovarian cancer | Song H. A genome-wide association study identifies a new ovarian cancer susceptibility locus on 9p22.2. Nat Genet. 2009 Sep;41(9):996-1000. |
| 5p15.33 | NR | TERT | Serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 19p13.11 | NR | BABAM1 - ANKLE1 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.32 | NR | SKAP1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Low-grade serous and serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 12q13.13 | KRT8 | KRT8 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 2q31.1 | NR | HAGLR OS, HAGLR | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HOXD3 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.32 | NR | SKAP1 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105375983 | Ovarian cancer in BRCA1 mutation carriers | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HAGLR OS, HAGLR | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 19p13.11 | NR | BABAM1 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 2q31.1 | NR | HOXD3 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 11q13.3 | Intergenic | LOC105369366 - LOC105369367 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 2q31.1 | NR | HOXD3 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HAGLR OS, HAGLR | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

APPENDIX A
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|--------|---------------|-------------|----------------|--------|
| 2q31.1 | HOXD1, HOXD3 | HAGLR | Ovarian cancer | Goode EL. A genome-wide association study identifies susceptibility loci for ovarian cancer at 2q31 and 8q24. Nat Genet. 2010 Oct;42(10):874-9. |
| 17q21.32 | NR | SKAP1 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.31 | NR | PLEKHM1 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.31 | NR | PLEKHM1 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HAGLROS, HAGLR | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q23.2 | BRIP1 | BRIP1 | Ovarian cancer | Rafnar T. Mutations in BRIP1 confer high risk of ovarian cancer. Nat Genet. 2011 Oct 2;43(11):1104-7. |
| 2q31.1 | NR | HOXD3 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.32 | NR | SKAP1 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 5p15.33 | NR | TERT | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | LINC00824 | Serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | MYC | LINC00824 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |

APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
### (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 17q21.31 | NR | PLEKHM1 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 5q11.2 | Intergenic | LOC101928448 - LOC105378979 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 5p15.33 | NR | TERT | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| * | NR | * | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 13q13.1 | BRCA2 | BRCA2 | Cancer | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| * | NR | * | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 10p12.31 | NR | MLLT10 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 2q31.1 | NR | HAGLR | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 9p22.2 | cHMP4C, FABP5, PMP2, FABP12, IMPA1, SLC10A5, ZFAND1, SNX16, FABP4 | BNC2 - LOC105375983 | Ovarian cancer in BRCA1 mutation carriers | Couch FJ. Genome-wide association study in BRCA1 mutation carriers identifies novel loci associated with breast and ovarian cancer risk. PLoS Genet. 2013;9(3):e1003212. |

6

# APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
## (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| * | NR | * | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 9p22.2 | NR | BNC2 - LOC105 375983 | Ovarian cancer in BRCA2 mutation carriers | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 4q24 | Intergenic | LOC100 288146 - TET2 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 5p15.33 | TERT | TERT | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 17q12 | NR | HNF1B | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q12 | NR | HNF1B | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 14q24.1 | RAD51B | RAD51 B | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 2q31.1 | NR | HAGLR | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 17q21.32 | NR | SKAP1 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| * | NR | * | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 1p36.33 | Intergenic | DVL1 - MXRA8 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 13q13.1 | BRCA2 | BRCA2 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 12q24.31 | NR | RPL12P33 - HNF1A-AS1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 5p15.33 | NR | TERT | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q21.13 | CHMP4C, FABP5, PMP2, FABP12, IMPA1, SLC10A5, ZFAND1, SNX16, FABP4 | CHMP4C | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 5p15.33 | NR | TERT | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 17q12 | HNF1B, ACACA, C17orf78, TADA2A, DUSP14, SYNRG, DDX52, TBC1D3F, TBC1D3, MRPL45, GPR179, SOCS7, ARHGAP23 | HNF1B | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| * | NR | * | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 10p12.31 | NR | MLLT10 | Invasive epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| * | NR | * | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q12 | HNF1B | HNF1B | Cancer | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 5p15.33 | NR | TERT | Low-grade serous and serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 1p34.3 | NR | RSPO1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

# APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
## (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 3p24.1 | NEK10 | NEK10 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 19p13.11 | BABAM1 | BABAM1 - ANKLE1 | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| * | NR | * | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q21.13 | NR | LINC01111 | Low-grade serous and serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 8q24.21 | NR | PVT1 | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 20q11.22 | Intergenic | RPS2P1 - ASIP | Cancer | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |
| 8q24.21 | MYC, THEM75 | LINC00824 | Ovarian cancer | Goode EL. A genome-wide association study identifies susceptibility loci for ovarian cancer at 2q31 and 8q24. Nat Genet. 2010 Oct;42(10):874-9. |
| 17q12 | NR | HNF1B | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 13q13.1 | FRY | FRY | Cancer (pleiotropy) | Fehringer G. Cross-Cancer Genome-Wide Analysis of Lung, Ovary, Breast, Prostate, and Colorectal Cancer Reveals Novel Pleiotropic Associations. Cancer Res. 2016 Sep 1;76(17):5103-14. |

# APPENDIX A
## GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS
## (NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|---|---|---|---|---|
| 5p15.33 | NR | TERT | Serous borderline ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 22q12.1 | NR | TTC28, LOC101929594 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.32 | NR | SKAP1 | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 8q21.13 | CHMP4C, FABP5, PMP2, FABP12, IMPA1, SLC10A5, ZFAND1, SNX16, FABP4 | CHMP4C | Ovarian cancer | Pharoah PD. GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer. Nat Genet. 2013 Apr;45(4):362-70, 370e1-2. |
| 17q12 | NR | HNF1B | Ovarian clear cell cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 10p12.31 | NR | MLLT10 | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q12 | NR | HNF1B | Epithelial ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 17q21.31 | intergenic | PLEKHM1 | Ovarian cancer in BRCA1 mutation carriers | Couch FJ. Genome-wide association study in BRCA1 mutation carriers identifies novel loci associated with breast and ovarian cancer risk. PLoS Genet. 2013;9(3):e1003212. |
| 17q21.31 | NR | PLEKHM1 | Ovarian cancer in BRCA1 mutation carriers | Couch FJ. Genome-wide association study in BRCA1 mutation carriers identifies novel loci associated with breast and ovarian cancer risk. PLoS Genet. 2013;9(3):e1003212. |

**APPENDIX A**
**GWAS ASSOCIATIONS FOR OVARIAN CARCINOMAS**
**(NOTE LACK OF GENES INCLUDED IN SAED'S LAB WORK)**

| Region | Reported Gene | Mapped Gene | Disease/ Trait | Source |
|--------|---------------|-------------|----------------|--------|
| 17q12 | NR | HNF1B | Serous invasive ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |
| 22q12.1 | NR | TTC28, LOC101 929594 | High-grade serous ovarian cancer | Phelan CM. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nat Genet. 2017 May;49(5):680-691. |

\* In some instances, no region or mapped gene is identified for a given SNP.  Most likely, these are in regulatory regions that undergo looping to the gene of interest, but the looping has not been defined yet.

# APPENDIX B

**22 February 2019**

**CURRICULUM VITAE**

**Name:**            Benjamin G. Neel

**Office Address:**   Laura and Isaac Perlmutter Cancer Center
522 First Avenue
Smilow Building 12th Floor, Suite 1201
New York, NY 10016
Tel: 212.263.3019, Fax: 212.263.9190
benjamin.neel@nyulangone.org

**Education:**
05/1977    A.B.   Cornell University College of Arts and Sciences, Ithaca, NY
06/1982    Ph.D.  Rockefeller University, New York, NY
06/1983    M.D.   Cornell University Medical College, New York, NY

**Postdoctoral Training:**
**Internship and Residencies:**
1983-1985   Medical Resident, Beth Israel Hospital, Boston, MA
1985-1987   Special Resident, Beth Israel Hospital, Boston, MA
**Research Fellowships:**
1985-1989   Special Fellow, Leukemia Society of America (Molecular Biology), Harvard University Department of Cell and Developmental Biology, Cambridge, MA
1987-1988   Postdoctoral Fellow, Harvard University Department of Cell and Developmental Biology, Cambridge, MA

**Academic Appointment:**
1988-1993   Assistant Professor of Medicine, Harvard Medical School, Boston, MA
1993-1999   Associate Professor of Medicine, Harvard Medical School, Boston, MA
1999-2007   Professor of Medicine, Harvard Medical School, Boston, MA
2006 -2007  William B. Castle Professor of Medicine, Harvard Medical School, Boston, MA
2007 -2015  Professor of Medical Biophysics, University of Toronto, Toronto, ON
2007 - 2015 Canada Research Chair, Tier 1
2015-       Professor of Medicine, NYU Langone Health, School of Medicine, New York, NY

**Hospital Appointment:**
1994-2007   Director, Cancer Biology Program, Beth Israel Deaconess Medical Center
2003-2007   Deputy Director, Basic Research, Hematology/Oncology Division, Beth Israel Deaconess Medical Center, Boston, MA
2007- 2014  Director, Research, Princess Margaret Hospital Cancer Center, Toronto, ON
2008- 2014  Founding Director, The Campbell Family Institute for Cancer Research
2015-       Laura and Isaac Perlmutter Cancer Center Director, NYU Langone Health, School of Medicine, New York, NY

**Others:**
2015-       SiriusXM, Co-Host, Doctor Radio Oncology Special

**Licensure and Certification:**

| | |
|---|---|
| 1987 | Diplomat, American Board of Internal Medicine |
| 1984 | Massachusetts License (inactive) |

**Awards and Honors:**

| | |
|---|---|
| 1976 | Phi Beta Kappa |
| 1977 | Phi Kappa Phi |
| 1983 | Associated Medical Schools of New York, Award for Biomedical Research |
| 1985 | Special Fellowship, Leukemia Society of America |
| 1990 | Harvard University Nominee for Pew Scholars Program |
| 1992 | Harvard University/Hoffman-LaRoche Institute for Chemistry and Medicine Grant Recipient |
| 1992 | American Cancer Society, Junior Faculty Research Award |
| 1992 | American Association for Cancer Research, Gertrude Elion Award |
| 2003, 2008 | NIH MERIT Award (Renewed) |
| 2007- | Canada Research Chair, Tier 1 |
| 2009- | Premier of Ontario Summit Award |
| 2012- 2015 | AACR Board of Directors, Elected |
| 2015- | Association of American Physicians, Elected Member |

**Selected Invited Talks:**

| | |
|---|---|
| 1996 | EMBO Workshop on Protein Dephosphorylation, Switzerland |
| 1996 | British Society of Cell Biology Joint Spring Meeting, U.K. |
| 1996 | Hanson Symposium on Molecular Mechanisms of Oncogenesis, Adelaide, Australia |
| 1997 | Keystone Meeting on Cell Signaling, Colorodo |
| 1997 | FASEB Summer Research Conference on Hematopoietic Neoplasms, Vermont |
| 1997 | EMBO-FEBS Workshop on Protein Phosphatases and Protein Dephosphorylation, Oxford, England |
| 1997 | Tokyo International Symposium, Tokyo, Japan |
| 1998 | Keystone Meeting on JAK/STAT Signalling, Colorado |
| 1998 | Gordon Research Conference on Second Messengers and Protein Phosphorylation, New Hampshire |
| 1998 | FASEB Summer Research Conference on Protein Phosphatases, Copper Mountain, Colorado |
| 1998 | International Hematology Congress, Amsterdam |
| 1998 | University of Toronto Department of Immunology Eaton Lectureship |
| 1999 | First Harvard/Munich AML Workshop, Munich, Germany |
| 1999 | FASEB Meeting on Biology of ImmunoReceptors, Saxtons River, Vermont |
| 2000 | Lorne Cancer Conference, Lorne, Australia |
| 2000 | FASEB Meeting on Signal Transduction in the Immune System, Saxtons River, Vermont |
| 2000 | The Second International Conference on Signal Transduction, Dubrovnik, Croatia |
| 2001 | FASEB Meeting on Receptors and Signal Transduction, Cooper Mountain, Colorado |
| 2001 | American Heart Association Annual Meeting, Washington, DC |
| 2002 | Experimental Biology 2002, New Orleans, Louisiana |

Page | 2

| | |
|---|---|
| 2002 | Keystone Symposium on Molecular and Cellular Biology of Leukocyte Receptors, Lake Tahoe, California |
| 2002 | Fifth International Conference on Phosphatases and Cellular Regulation, Okazaki, Japan |
| 2003 | Europhosphatases 2003, Barcelona, Spain |
| 2003 | Gordon Conference on Cell Proliferation, New London, New Hampshire |
| 2003 | FASEB  Summer Research Conference on Signal Transduction in the Immune System, Snowmass Village, Colorado |
| 2004 | 12th International Conference on Second Messengers and Phosphoproteins, Montreal, Quebec, Canada |
| 2004 | FASEB  Summer Research Conference on Protein Phosphatases, Snowmass Village, Colorado |
| 2005 | AACR  Annual Meeting, Anaheim, California, Meet the Experts |
| 2005 | Keynote Speaker, National Neurofibromatosis International Consortium for the Molecular Biology of NF1 and NF2, Aspen, Colorado |
| 2005 | 17th Pezcoller Symposium on Molecular Understanding of Solid Tumors, Trento, Italy |
| 2005 | Europhosphatases 2005, Cambridge, England |
| 2005 | FASEB Summer Research Conference on Hematological Malignancies, Saxton's River, Vermont |
| 2005 | FASEB Summer Research Conference on Growth Factor Receptor Tyrosine Kinases in Mitogenesis, Morphogenesis and Tumorigenesis Tucson, Arizona |
| 2005 | Salk/EMBL Oncogenes and Growth Control Meeting, La Jolla, California |
| 2006 | International Symposium of Kobe University on Signal Transduction, Kobe, Japan |
| 2007 | USA-Japan Cooperative Cancer Workshop on Animal Models of Hematological Malignancies, Kauai, Hawaii |
| 2007 | 5th International Aachen Symposium on Cytokine Signaling, Aachen, Germany |
| 2007 | AACR Annual Meeting, Los Angeles, California, Meet the Expert |
| 2007 | Signaling and Metabolic Pathways in Cancer Workshop, Madrid, Spain |
| 2007 | FASEB Summer Research Conference on Growth Factor Receptor Tyrosine Kinases in Mitogenesis, Morphogenesis and Tumorigenesis, Tucson, Arizona |
| 2008 | 20th Lorne Cancer Conference, Lorne, Australia |
| 2008 | FASEB Summer Research Conference on Protein Phosphatase Snowmass Village, Colorado |
| 2008 | Gordon Research Conference on Growth Factors and Signalling, Oxford, United Kingdom |
| 2011 | AACR Annual Meeting, Forum on Cancer Stem Cells, Moderator and Speaker |
| 2011 | Avery Steelman Lecture, University of North Carolina, Department of Pharmacology. |
| 2012 | Satellite Conference on Protein Phosphatases, Melbourne, Australia |
| 2012 | Lorne Proteomics Conference, Lorne, Australia |
| 2012 | Lorne Cancer Conference, Lorne, Australia |
| 2012 | Pathways Symposium, Koch Institute, MIT, Cambridge, MA |
| 2012 | Keynote speaker 2013 Japanese Phosphatase Meeting, Tokyo Japan |
| 2013 | Invited Speaker, AACR Conference on Synthetic Lethality, Seattle, WA |

Page | 3

| | |
|---|---|
| 2013 | Arnold S. Greenberg Lecture, U. Winnepeg |
| 2014 | Invited Speaker, Europhosphatase Meeting, Rehovot, Israel |
| 2013 | Keynote Speaker, International Conference on Systems Biology, Copenhagen, Denmark |
| 2014 | Session Chair and Invited Speaker, Current Topics in Ovarian Cancer, AACR Annual Meeting, San Diego, CA. |
| 2014 | Christie Gordon Lecture, University of Birmingham, Birmingham UK |
| 2014 | Invited Speaker, FASEB phosphatases Meeting, Nassau, Bahamas |
| 2014 | Invited Speaker, Salk Meeting on Cell Signaling, La Jolla, CA |
| 2014 | Invited Speaker, Max Planck Institute Student Symposium, Dortmund, Germany |
| 2014 | Invited Speaker, Japanese Phosphatase Society Meeting |
| 2015 | Keystone Speaker, the Biological Code of Cell Signaling - A Tribute to Tony Pawson, Steamboat Springs, Colorado |
| 2015 | Invited Speaker, Department of Oncological Sciences at Mount Sinai, New York, New York |
| 2015 | Invited Speaker, Current Topics in Cancer Therapy, AACR Annual Meeting, Philadelphia, PA |
| 2015 | Invited Speaker, Cell Signalling and its Therapeutic Implications (CSTI) Symposium, Melbourne, Australia |
| 2015 | Invited Speaker, Monash University, Melbourne, Australia |
| 2015 | Invited Speaker, Uppsala University, Uppsala, Sweden |
| 2015 | Invited Speaker, EMBO Conference Europhosphatase Meeting, Turku, Finland |
| 2015 | Invited Speaker, FASEB Protein Kinases and Protein Phosphorylation Meeting, Itasca, Illinois |
| 2015 | Oncology Grand Rounds Speaker, Georgetown-Lombardi Comprehensive Cancer Center, Washington, District of Columbia |
| 2016 | Pharmacology Seminar Course Speaker, Precision Medicine and Pharmacology at UCSD University of California, San Diego, La Jolla, California |
| 2016 | Regulatory Networks in Health and Disease Seminar Series Speaker, Department  of Pharmacology and Cancer Biology at Duke Cancer Institute at Duke University School of Medicine, Durham, North Carolina |
| 2016 | Invited Speaker, 213th Interurban Clinical Club, New York, New York |
| 2016 | Invited Speaker, Hinterzartner Kreis on Cancer Research, Lake Como, Italy |
| 2016 | Guest Speaker, 81st Cold Spring Harbor Laboratory Symposium on Quantitative Biology, Cold Spring Harbor, NY |
| 2016 | Invited Speaker, FASEB Science Research Conference on Cell Signaling in Cancer: From Mechanisms to Therapy, Snowmass, Colorado |
| 2016 | Invited Speaker, Lurie Comprehensive Cancer Center of Northwestern University, Hematology/Oncology, Grand Rounds, Chicago, Illinois |
| 2016 | Invited Speaker, Biochemical Society meeting on Phosphatases and Signalling in Health and Disease, University of Bath, Claverton Down, Bath |
| 2016 | Invited Speaker, FASEB Science Research Conference on Protein Phosphatases, Steamboat Springs, Colorado |
| 2016 | Invited Speaker, Post-Translational Regulation of Cell Signaling Meeting, Salk Institute, La Jolla, California |
| 2016 | Invited Speaker, Oncology Seminar Series, Lilly NY Research, New York, New York |

| | |
|---|---|
| 2016 | Invited Speaker,  Animal models for hematopoietic malignancies, Nice, France |
| 2016 | Guest Speaker, 12th International Conference on Protein Phosphates, Kinki University, Osaka, Japan |
| 2016 | Seminar Speaker, Cold Spring Harbor Laboratory Seminar Series, Cold Spring Harbor, NY |
| 2016 | Visiting Lecturer, Frontiers in Oncology Lecture, Icahn School of Medicine at Mount Sinai Hospital, New York, New York |
| 2016 | Invited Speaker, Tisch Cancer Institute Grand Rounds Lecture, Icahn School of Medicine at Mount Sinai Hospital, New York, NY |
| 2017 | Dana-Farber Cancer Institute, Louise & Herbert Shivek, Oncology Lecture Series, Boston, MA |
| 2017 | UCSF Helen Diller Family Comprehensive Cancer Center, Seminar Series, San Francisco, CA |
| 2017 | Invited Speaker, University of Turku, Frontiers of Science Seminars, Turku, Finland |
| 2017 | Invited Speaker, Charite University Medical Center, Sharing Radically Novel Visions in Cancer Conference, Berlin Germany |
| 2017 | Invited Speaker, Meyer Cancer Center at Weill Cornell Medicine, Seminar Series,   New York, NY |
| 2017 | Invited Speaker, EMBO Europhosphatase, Paris, France |
| 2017 | Invited Speaker, FASEB - Protein Kinases and Protein Phosphorylation, Cambridge, UK. |
| 2017 | Invited Speaker, New York Genome Center, New York, NY |
| 2017 | Invited Speaker, Cold Spring Harbor Asia Conference on Cell Signaling & Metabolism in Metabolism in Development & Disease, Suzhou, China. |
| 2018 | Invited Speaker, World Congress on Cancer, Jaipur, India. |
| 2018 | Invited Speaker, University of Texas MD Anderson Cancer Center, Blaffer Lecture Series, Houston, TX. |
| 2018 | Invited Speaker, European Association for Cancer Research, LIF AS WE KNOW IT Conference, Barcelona, Spain. |
| 2018 | Invited Speaker, FASEB -Cell Signaling in Cancer: from Mechanisms to Therapy, Steamboat Springs, Colorado |
| 2018 | Distinguished Lectureship, Albert Einstein Cancer Center, New York, NY. |
| 2018 | Invited Speaker, Salk Post-translational Regulation of Cell Signaling, La Jolla, CA. |
| 2018 | Distinguished Lectureship, University of Cincinnati College of Medicine, Cincinnati, OH. |
| 2018 | Invite Speaker, International Phosphatase Conference, Tokyo, Japan |
| 2018 | Invited Speaker, Science China Life Science Conferences on Cell Signaling, Hangzhou and Wuhan, China |
| 2018 | Invited Speaker, Rhode Island Hospital's Department of Hematology and Oncology Research, Scientific Meeting. |

**Meetings Organized:**

| | |
|---|---|
| 1995, 1997 1999, 2001 2003, 2005 2007, 2009 | Co-Organizer, Cold Spring Harbor Laboratory Meeting on Tyrosine Phosphorylation and Cell Signaling, New York |
| 1999 | Vice-Chair (elected), Gordon Conference on Cell Proliferation |
| 2000 | Vice-Chair (elected), FASEB Phosphatase Meeting |
| 2001 | Chair (elected), Gordon Conference on Cell Proliferation |
| 2002 | Chair (elected), FASEB Phosphatase Meeting |
| 2011 | Chair, 2012 AACR Annual Meeting Program Committee |
| 2014 | Co-organizer, Cold Spring Harbor Laboratory Meeting on Mechanisms and Models of Cancer |
| 2015 | Co-Chair, AACR Ovarian Cancer Conference, Orlando, Florida |
| 2015 | Co-Chair, WIN Symposium 2016, Paris, France |

**Editorial Boards:**

| | |
|---|---|
| 1993- | Editorial Board Member, Virology |
| 1995-2000 | Editorial Board Member, Journal of Biological Chemistry |
| 1997- | Editorial Board Member, Cell Growth and Differentiation |
| 1997-2000 | Editorial Board Member, Genes and Development |
| 1996-2000 | Editorial Board Member, Molecular and Cellular Biology |
| 2000-2010 | Editor, Molecular and Cellular Biology |
| 2002- | Editorial Board Member, Cancer Cell |
| 2009- | Editorial Board Member, Current Opinion in Genetics and Development |
| 2010- | Editorial Board Member, Journal of Experimental Medicine |
| 2010- | 2014   Board of Reviewing Editors, Science Signaling |
| 2011- | Editorial Board Member, AACR, Cancer Discovery |
| 2013- | Editorial Board Member, Journal of Clinical Investigation |
| 2014- | Editorial Board Member, Molecular Cell |

**Board Members:**

| | |
|---|---|
| 2015- 2016 | Centre for Commercialization of Antibodies and Biologics (CCAB), Board and Chair |
| 2010-2016 | Kolltan, Scientific Advisory Board |
| 2014-2018 | Northern Biologics, Member, Board of Directors |
| 2014- | Northern Biologics, Co-founder andScientific Advisory Board |
| 2014- | Gerstner School, Memorial Sloan Kettering, External Advisory Committee |
| 2015- | Ronald McDonald House of New York, Board of Directors |
| 2016- | Lurie Comprehensive Cancer Center of Northwestern University, External Advisor Board |
| 2016- | AACR Regional Advisory Subcommittee on Canada |
| 2017- | Rutgers Cancer Institute of New Jersey, External Advisory Board |
| 2017- | Co-Founder and Chair, Scientific Advisory Board, Navire Pharmaceuticals |
| 2017- | Quantigic Genomics LLC, Scientific Advisory Board |
| 2017- | Herbert Irving Comprehensive Cancer Center, at Columbia University Medical, External Scientific Advisory Board |
| 2018- | AACI Board of Directors |

Page | 6

2018-        Max F. Perutz Laboratories, Scientific Advisory Board

**Memberships and Professional Societies:**
American Society for Microbiology (ASM)
American Association for Cancer Research (AACR)
American Association of Arts and Sciences (AAAS)
American Society of Hematology (ASH)
Affiliate Member of the New York Genome Center


**Study Sections:**

| | |
|---|---|
| 1992 | Ad Hoc Reviewer for NIH DSR IRG Study Section |
| 1993, 1994 | Study Section member, California State Tobacco Related Diseases Program |
| 1995 | Ad Hoc Reviewer, Veterans Administration |
| 1995 | Ad Hoc Reviewer, Israeli National Science Foundation |
| 1996 | Reviewer for NCI-Frederick Intramural Program |
| 1995-1998 | Member, NIH Biology II Study Section |
| 1997-2001 | Study Section member, American Cancer Society, Mass. Division |
| 1998-2000 | Member, NIH Molecular Biology Study Section (CDF-1) |
| 1997-2007 | Study Section member, The Medical Foundation, Boston, MA |
| 2004 | Member, Hematology Study Section |
| 2004 | Reviewer, California State Breast Cancer Research Program |
| 2007-2010 | Reviewer, STARR Cancer Consortium |
| 2008-2011 | Study Section Member, Molecular and Integrative Signal Transduction (MIST) |
| 2010-2015 | Member, Gairdner Award Medical Advisory Board (Selection Committee) |
| 2016 | Ad Hoc Reviewer, Winship Cancer Center of Emory University |
| 2016 | Reviewer, Howard Hughes Medical Institute, Investigator Review |
| 2016-2018 | Member, AACR Award for Lifetime Achievement in Cancer Research Selection Committee |
| 2018 | Chairperson, AACR Award for Lifetime Achievement in Cancer Research Selection Committee |


**Major Research Interests:**
Tyrosine phosphatases, scaffolding adapters, signal transduction, mouse models of signaling abnormalities and human disease, breast carcinogenesis, leukemogenesis, functional genomic screening, ovarian cancer.

**Teaching Experience:**

| | |
|---|---|
| 1990-1993 | Co-director, Cellular and Developmental Biology 200B: core cell biology course in Cell Biology, Division of Medical Sciences, Harvard University |
| 1993 | Lecturer, Immunology 212 and Genetics 205 |
| 1994 | Lecturer, Core Cell Biology Course (CDB200B) |
| 1995-2006 | Section Leader, Core Cell Biology Course (CDB200B) |
| 2004-2006 | Co-Director, Cell Biology and Biochemistry core course, Harvard Medical School |
| 2004-2006 | Co-Director, CB201 (Core graduate student Cell Biology Course) |
| 2013-2014 | Lecturer, Signaling in Biochemistry - (BCH426) - Phosphatases |
| 2013-2014 | Lecturer, Medical Biophysics Lecture – (MBP1007) - RTK signaling |

**Patents:**

Methods for identifying a tyrosine phosphatase abnormality associated with neoplastic disease.
Inventors: Freeman, Jr.; Robert M. (Boston, MA); Plutzky; Jorge (Boston, MA); Neel; Benjamin G. (Wayland, MA); Rosenberg; Robert D. (Brookline, MA)   5,536,636 - July 16th, 1996

Peptide which binds SH.sub.2 domains of protein tyrosine phosphatase SH-PTP1.
Inventors: Klingmuller; Ursula (Arlington, MA); Michnick; Stephen         (Westmount, CA); Neel; Benjamin G. (Wayland, MA); Lorenz; Ulrike (Boston, MA); Lodish; Harvey F. (Brookline, MA)   5,659,012 - August 9th, 1997

Activated mutants of SH2-domain-containing protein tyrosine phosphatases and methods of use thereof.
Inventors:  Neel, Benjamin G (Wayland, MA).; O'Reilly, Alana M. (Watertown, MA); Shoelson, Steven (Natick, MA); Pluskey, Scott (Allston, MA)  6,156,551 - Dec. 5th, 2000

Gab2(p97) gene and methods of use thereof .
Inventors:  Gu, Haihua, Neel Benjamin G, Kinet, Jean-Pierre. US 2004/0086893 A1 - May 6th, 2004

Combination of mtor inhibitor and a tyrosine kinase inhibitor for the treatment of neoplasms.
Inventors:  Neel, Benjamin G. and Mohi, Golam.  US 2006/0094674 A1 – May 4th, 2006

Diagnosis and Treatment of Noonan Syndrome and Neoplastic Disorders.
Inventors: Neel, Benjamin G, Roberts, Amy, Kucherlapati, Raju, Araki, Toshiyuki, Swanson, KD. US 2010/0227778 A1 - September 9th, 2010

Hedgehog Pathway Inhibition for Cartilage Tumor and Metachondromatosis Treatment.
Inventors:   Wentian Yang; Benjamin G. Neel. US 9,833,446 B2 – December 5, 2017


**Bibliography:**

1.     Anderson SM, Hayward WS, **Neel BG**, Hanafusa H.  Avian erythroblastosis virus produces two messenger RNAs.  **J. Virol.**, 1980; 36:676-683. PMCID:PMC353695

2.     Hayward WS, **Neel BG**, Astrin SM.  Induction of lymphoid leukosis by avian leukosis virus: activation of a cellular onc gene by promoter insertion.  J. Supramol. **Struct. Cell. Biochem.** (suppl. 5), 1981; 0:101.

3.     Hayward WS, **Neel BG**, Fang J, Robinson HL, Astrin SM.  Avian lymphoid leukosis is correlated with the appearance of discrete new RNAs containing viral and cellular genetic information.  **Hematol Blood Transfus**. 1981;26:439-44.

4.     **Neel BG**, Hayward WS, Robinson HS, Fang J, Astrin SM.  Avian leukosis virus-induced tumors have common proviral integration sites and synthesize discrete new RNAs: oncogenesis by promoter insertion.  **Cell** 1981 Feb;23(2):323-34. PMID 6258798

5.   Hayward WS, **Neel BG**, Astrin SM.  Activation of a cellular onc gene by promoter insertion in avian leukosis virus-induced lymphoid leukosis.  **Nature** 1981 Apr 9;290(5806):475-80. PMID 6261142

6.   **Neel BG**, Wang LH, Mathey-Prevot B, Hanafusa T, Hanafusa H, Hayward WS.  Isolation of 16L virus: a rapidly transforming sarcoma virus from an avian leukosis virus induced sarcoma.  **Proc. Natl. Acad. Sci. USA,** 1982 Aug;79(16)5088-92. PMCID:PMC346833

7.   **Neel BG**, Gasic GP, Rogler CE, Skalka AM, Ju G, Hisinuma F, Pappas T, Astrin SM, Hayward WS.  Molecular analysis of the c-myc locus in normal tissue and in avian leukosis virus-induced lymphomas.  **J. Virol.**, 1982; 44:158-166. PMCID:PMC256249

8.   **Neel BG**, Jhanwar SC, Chaganti RS, Hayward WS. Two human c-onc genes are located on the long arm of chromosome 8. **Proc Natl Acad Sci USA** 1982 Dec;79(24):7842-6 PMCID:PMC347445

9.   Hayward WS, **Neel BG,** Shin CK, Jhanwar Sc, Chaganti, RS. The role of host c-onc genes in viral and non-viral neoplasia. **Prog Clin Biol Res.** 1983;119:119-32

10.  Jhanwar SC, **Neel BG**, Hayward WS, Chaganti RSK.  Localization of c-ras oncogene family on human germ-line chromosomes.  **Proc. Natl. Acad. Sci. USA**, 1983 Aug;80(15):4794-7. PMCID:PMC384131

11.  Jhanwar SC, **Neel BG**, Hayward WS, Chaganti RSK.  Localization of the cellular oncogenes ABL, SIS and FES on human germ-like chromosomes.   **Cytogenet. Cell Genet**., 1984;38:73-5.

12.  Chernoff J, Schievella AR, Jost CA, Erickson RL, **Neel BG**.  Cloning of a cDNA for a major human protein-tyrosine-phosphatase.  **Proc. Natl. Acad. Sci. USA**, 1990 Apr;87(7):2735-9. PMCID:PMC53765

13.  Gebert JF, Moghal N, Frangioni JV, Sugarbaker DJ, **Neel BG**.  High frequency of retinoic acid receptor abnormalities in human lung cancer.  **Oncogene** 1991 Oct;6(10):1859-68

14.  Plutzky J, **Neel BG**, Rosenberg, RD.  Isolation of a src homology 2-containing tyrosine phosphatase.  Proc Natl Acad Sci U.S.A.  1992 Feb;89(3):1123-7. PMCID: PMC48398

15.  Frangioni JV, Beahm PH, Shifrin V, Jost CA, **Neel BG**.  The non-transmembrane tyrosine phosphatase PTP-1B localizes to the endoplasmic reticulum via its 35 amino acid C-terminal sequence. **Cell,** 1992 Feb 7;68(3):545-60. PMID 1739967

16.  Plutzky J, **Neel BG**, Rosenberg RD, Eddy RL, Shows TB.  Chromosomal localization of an SH-2 containing tyrosine phosphatase.  **Genomics**. 1992 Jul;13(3):869-72.

17.  Shou C, Farnsworth CL, **Neel BG**, Feig LA.  Molecular cloning of cDNAs encoding a guanine-nucleotide-releasing factor for RAS p21.  **Nature**. 1992 Jul 23;358(6384):351-4.

18.  Simmons DL, **Neel BG**, Stevens R, Evett G, Erikson RL.  Identification of an early-growth-response gene encoding a novel putative protein kinase.  **Mol. Cell. Biol**. 1992 Sep;12(9):4164-9. PMCID:PMC360319

19.   Freeman RM, Plutzky J, **Neel BG**.  Identification of a human src homology 2-containing protein-tyrosine-phosphatase:  a putative homolog of Drosophila corkscrew.  **Proc. Natl. Acad. Sci. USA**. 1992 Dec 1;89(23):11239-43. PMCID:PMC50525

20.   Pei D, **Neel BG**, Walsh CT.  Overexpression, purification, and characterization of SHPTP1, a Src homology 2-containing protein-tyrosine-phosphatase.  **Proc. Natl. Acad. Sci. USA**. 1993 Feb 1;90(3):1092-6. PMCID:PMC45817

21.   Frangioni JV**, Neel BG.**  Solubilization and purification of enzymatically active glutathione S-transferase (pGEX) fusion proteins.  **Anal. Biochem**., 1993 Apr;210(1):179-87.

22.   Frangioni JV, **Neel BG**. Use of a general purpose mammalian expression vector for studying intracellular protein targeting: Identification of critical residues in the nuclear lamin A/C nuclear localization signal.  **J. Cell Science,** 1993 Jun;105(pt 2):481-8.

23.   Lechleider RJ, Freeman RM, **Neel BG.**  Tyrosyl phosphorylation and growth factor receptor association of the human corkscrew homolog, SH-PTP2.  **J. Biol. Chem**. 1993 Jun 25;268(18):13434-38. PMID: 8514779

24.   Lechleider RJ, Sugimoto S, Bennett AM, Kashishian AS, Cooper JA, Shoelson S, Walsh CT, **Neel BG**.  Activation of the SH2-containing phosphotyrosine phosphatase SH-PTP2 by its binding site, Phosphotyrosine 1009, on the human PDGF receptor.  **J. Biol. Chem**. 1993 Oct 15;268(29):21478-81. PMID: 7691811

25.   Sugimoto S, Lechleider RL, Shoelson SE, **Neel BG,** Walsh CT.  Expression, purification, and characterization of SH2-containing protein tyrosine phosphatase, SH-PTP2.  **J. Biol. Chem.** 1993 Oct 25;268(30):22771-76.

26.   Frangioni JV, Oda A, Smith M, Salzman EW, **Neel BG**.  Calpain-catalyzed cleavage and subcellular relocation of protein tyrosine phosphatase 1B (PTP-1B) in human platelets. **EMBO** J. 1993 Dec;12(12):4843-56. PMCID:PMC413938

27.   Shifrin VI, **Neel BG**.  Growth factor-inducible alternative splicing of nontransmembrane phosphotyrosine phosphatase PTP-1B pre-mRNA.  **J Biol Chem** 1993 Dec 5;268(34):25376-84.

28.   Lorenz U, Ravichandran KS, Pei D, Walsh CT, Burakoff SJ, **Neel BG**.  Lck-dependent tyrosyl phosphorylation of the phosphotyrosine phosphatase SH-PTP1 in murine T cells. **Mol. Cell. Biol.** 1994 Mar;14(3):1824-34. PMCID:PMC358540

29.   Frangioni JV, Moghal N, Stuart-Tilley A, **Neel BG**, Alper SL.  The DNA binding domain of retinoid acid receptor beta is required for ligand-dependent suppression of proliferation. Application of general purpose of mammalian coexpression vectors.  **J. Cell Science,** 1994: Apr;107(pt 4):827-38.

30.   Case RD, Piccione E, Wolf G, Bennett AM, Lechleider RJ, Chauduri M, **Neel BG**, Shoelson SE. SH-PTP2/Syp SH2 domain binding specificity is defined by direct interactions with platelet-derived growth factor receptor, and insulin receptor substrate-1-derived phosphopeptides.  **J. Biol. Chem**. 1994 Apr 8;269(14):10467-74.

31.     Sugimoto S, Wandless TJ, Shoelson SE, **Neel BG**, Walsh CT.  Activation of the SH2-containing protein tyrosine phosphatase, SH-PTP2, by phosphotyrosine containing peptides derived from insulin receptor substrate-1.  **J. Biol. Chem.** 1994 May 6;269(18):13614-22.

32.     Bennett AM, Tang T, Sugimoto S, Walsh CT, **Neel BG**.  Protein-tyrosine-phosphatase SHPTP2 couples platelet-derived growth factor receptor beta to Ras.  **Proc. Natl. Acad. Sci**. USA 1994 Jul 19;91(15):7335-9. PMCID:PMC44394

33.     Pei D, Lorenz U, Klingmuller U., **Neel BG**, Walsh CT. Intramolecular regulation of protein tyrosine phosphatase SH-PTP1: a new function for Src homology 2 domains. **Biochem** 1994 Dec 27;33(51):15483-93.

34.     Tang TL, Freeman RM, O'Reilly AM, **Neel BG\***, Sokol SY\*.  The SH2-containing protein-tyrosine phosphatase SH-PTP2 is required upstream of MAP kinase for early Xenopus development.  **Cell** 1995 Feb 10;80(3): 473-83.  PMID 7859288  **\*co-corresponding**

35.     Klingmuller U, Lorenz U, Cantley LC, **Neel BG\***, Lodish HF.  Specific recruitment of the SH-PTP1 to the erythropoietin receptor causes inactivation of JAK2 and termination of proliferative signals. **Cell** 1995 Mar 10;80(5):729-38. **\*co-corresponding**

36.     Hausdorff SF, Bennett AM, **Neel BG\***, Birnbaum MJ. Different signaling roles of SHPTP2 in insulin-induced GLUT1expression and GLUT4 translocation.  **J. Biol. Chem.** 1995 Jun 2;270(22):12965-68. **\*co-corresponding**

37.     Moghal N., **Neel BG.** Evidence for impaired retinoic acid receptor-thyroid hormone receptor AF-2 cofactor activity in human lung cancer.  **Mol. Cell. Biol.** 1995 Jul;15(7):3945-59. PMCID:PMC230634

38.     David M, Chen HE**,** Ling L, Goelz S, Larner AC, **Neel BG**.  Differential regulation of the IFN-stimulated Jak/Stat pathway by the SH2-domain containing tyrosine phosphatase SHPTP1. **Mol. Cell. Biol.** 1995 Dec;15(12):7050-8. PMCID:PMC230960

39.     Itoh K., Tang TL., **Neel BG**, Sokol SY. Specific modulation of ectodermal cell fates in Xenopus embryos by glycogen synthase kinase. **Development,** 1995 Dec;121(12):3979-88.

40.     Maestrini E, Tamagnone L, Longati P, Cremona O, Gulisano M, Bione S, Tamanini F, **Neel BG**, Toniolo D, Comoglio PM.  A family of transmembrane proteins with homology to the MET-hepatocyte growth factor receptor.  **Proc. Natl. Acad. Sci. USA**, 1996 Jan 23;93(2):674-78. PMCID:PMC40111

41.     Bennett AM, Hausdorff SF, O'Reilly AM, Freeman RM, **Neel BG.**  Multiple requirements for SHPTP2 in epidermal growth factor-mediated cell cycle progression.  **Mol. Cell. Biol.,** 1996 Mar;16(3):1189-202. PMCID:PMC231101

42.     Chen HE, Chang S, Trub T, **Neel BG**.  Regulation of colony-stimulating factor 1 receptor signaling by the SH2 domain-containing tyrosine phosphatase SHPTP1. **Mol Cell Biol.** 1996 Jul;16(7):3685-97. PMCID:PMC231364

43.    Lorenz U, Bergemann AD, Steinberg HN, Flanagan JG, Li X, Galli SJ, **Neel BG.**  Genetic analysis reveals cell-type specific regulation of receptor tyrosine kinase c-Kit by the protein tyrosine phosphatase SHP1.    **J. Exp. Med.** 1996 Sep 1;184(3):1111-26.    PMCID: PMC2192792

44.    Lorenz U, Ravichandran KS, Burakoff SJ, **Neel BG.**  Lack of SHPTP1 results in src-family kinase hyper-activation and thymocyte    hyper-responsiveness.    **Proc. Natl. Acad. Sci.,** 1996 Sep 3;93918):9624-29. PMCID:PMC38478

45.    Shifrin VI, Davis RJ, **Neel BG**.  Phosphorylation of protein-tyrosine phosphatase PTP1-B on identical sites suggests activation of a common signaling pathway during mitosis and stress response in mammalian cells. **J. Biol. Chem**. 1997 Jan 31;272(5):2957-62.

46.    Gu H, Griffin JD, **Neel BG**.  Characterization of two SHP-2-associated binding proteins and potential substrates in hematopoietic cells. **J. Biol. Chem.** 1997 Jun 9;272(26):16421-30.

47.    Nadler MJ, Chen B, Anderson JS, Wortis HH, **Neel BG**.  Protein tyrosine phosphatase SHP-1 is dispensable for Fcgamma RIIB-mediated inhibition of B cell antigen receptor activation. **J. Biol. Chem**. 1997 Aug 8;272(32):20038-43.

48.    Nadler MJ, McLean PA, **Neel BG**, Wortis HH.  B cell antigen receptor-evoked calcium influx is enhanced in CD22-deficient B cell lines. **J. Immunol.** 1997 Nov 1;159(9):4233-43.

49.    O'Reilly AM, **Neel BG**.  Structural determinants of SHP-2 function and specificity in Xenopus mesoderm induction. **Mol. Cell. Biol.** 1998 Jan;18(1):161-77. PMCID:PMC121471

50.    Platanias LC, Domanski P, Yi T, Uddin S, Fish E, **Neel BG**, Colamonici OR.  Identification of a domain in the subunit of the type I interferon (IFN) receptor that exhibits a negative regulatory effect in the growth inhibitory action of type I IFNS. **J. Biol. Chem.** 1998 Mar 6;273(10):5577-81.

51.    Timms JF, Carlberg K, Gu H, Chen H, Kamatkar S, Nadler MJS, Rohrschneider LR, **Neel BG**.  Identification of major binding proteins and substrates for the SH2-containing protein tyrosine phosphatase SHP-1 in macrophages.  **Mol. Cell. Biol.** 1998 Jul;18(7):3838-50. PMCID:PMC108968

52.    Wu Y, Nadler MJ, Brennan LA, Gish GD, Timms JF, Fusaki N, Jongstra-Bilen J, Tada N, Pawson T, Wither J, **Neel BG\***, Hozumi N.  The B-cell transmembrane protein CD72 binds to and is an in vivo substrate of the protein tyrosine phosphatase SHP-1.  **Curr. Biol.** 1998 Sep 10;8(18):1009-17. \*co-corresponding

53.    Moghal N, **Neel BG**.  Integration of growth factor, substratum and retinoid signals during bronchial epithelial cell differentiation.    **Mol. Cell. Biol.** 1998 Nov;18(11):6666-78. PMCID:PMC109251

54.    Gu H, Pratt JC, Burakoff SJ, **Neel BG**. Cloning of p97/Gab2, the major SHP2-binding protein in hematopoietic cells, reveals a novel pathway for cytokine-induced gene activation. **Mol Cell** 1998 Dec;2(6):729-40.  PMID 9885561

55.   Oh ES, Gu H, Saxton TM, Timms JF, Hausdorff S, Frevert EU, Kahn BB, Pawson T, **Neel BG\***, Thomas SM.  Regulation of early events in integrin signaling by the protein-tyrosine phosphatase SHP-2.   **Mol. Cell. Biol.,** 1999 Apr;19(4): 3205-15. **\*co-corresponding** PMID:PMC84114

56.   Bianchi C, Sellke FW, Del Vecchio RL, Tonks NK, **Neel BG**.  Receptor-type protein-tyrosine phosphatase mu is expressed in specific vascular endothelial beds in vivo.  **Exp Cell Res** 1999 Apr 10;248(1):329-38.

57.   Xia K, Lee RS, Narsimhan RP, Mukhopadhyay NK, **Neel BG,** Roberts TM.  Tyrosine phosphorylation of the proto-oncoprotein Raf-1 is regulated by Raf-1 itself and the phosphatase Cdc25A.  **Mol Cell Biol**. 1999 Jul;19(7):4819-24. PMCID:PMC84280

58.   Miller BA, Barber DL, Bell LL, Beattie BK, Zhang M-Y, **Neel BG**, Yoakim M, Rothblum LI, Cheung JY.   Identification of the erythropoietin receptor domain required for calcium channel activation. **J. Biol. Chem.,** 1999 Jul 16;274(29):20465-72.

59.   Timms JF, Swanson KD, Marie-Cardine A, Raab M, Rudd CE, Schraven B, **Neel BG**. SHPS-1 is a scaffold for assembling distinct adhesion-regulated multi-protein complexes in macrophages.  **Curr. Biol.,** 1999 Aug 26;9(16):927-30.

60.   Carter JD, **Neel BG\***, Lorenz U.  The tyrosine phosphatase SHP-1 influences thymocyte selection by setting T cell receptor signaling thresholds.   **Intl. Immunol.** 1999 Dec;11(12):1999-2014. **\*co-corresponding**

61.   O'Reilly AM, Pluskey S, Shoelson SE, **Neel BG**.  Activated mutants of SHP-2  preferentially induce elongation of Xenopus animal caps.  **Mol. Cell. Biol.** 2000 Jan;20(1):299-311. PMCID: PMC85085

62.   Lachyankar MB, Sultana N, Schonhoff CM, Mitra P, Poluha W, Lambert S, Quesenberry PJ, Litofsky NS, Recht LD, Nabi R, Miller SJ, Ohta S, **Neel BG** and Ross AH.  A role for nuclear PTEN in neuronal differentiation.  **J. Neurosci.** 2000 Feb 15;20(4):1404-13.

63.   Chen B, Bronson RT, Klaman LD, Hampton TG, Wang, JF, Green PJ, Magnuson T, Douglas PS, Morgan JP and **Neel BG**.  Mice mutant for Egfr and Shp2 have defective cardiac semilunar valvulogenesis.  **Nature Genet.** 2000 Mar;24(3):296-99. PMID10700187

64.   Venable CL, Frevert EU, Kim Y-B, Fischer BM, Kamatkar S, **Neel BG\*** and Kahn BB. Overexpression of protein tyrosine phosphatase-1B in adipocytes inhibits insulin-stimulated phosphoinositide 3-kinase activity with altering glucose transport or Akt/PKB activation.  **J. Biol. Chem**. 2000 Jun 16;275(24):18318-26. \*co-corresponding

65.   Gadina M, Sudarshan C, Visconti R, Ahou YJ, Gu H, **Neel BG**, O'Shea JJ. The docking molecule Gab2 is induced by lymphocyte activation and is involved in signaling by interleukin-2 and interleukin-15 but not other common gamma chain-using cytokines.  **J. Biol. Chem**, 2000 Sep 1;275(35):26959-66.

66.   Klaman LD, Boss O, Peroni OD, Kim JK, Martino JL, Zabolotny JM, Moghal N, Lubkin M, Kim Y-B, Sharpe AH, Stricker-Krongard A, Shulman GI, **Neel BG\*** and Kahn BB.  Increased energy expenditure, decreased adiposity and tissue-specific insulin sensitivity in protein-

tyrosine phosphatase 1B-deficient mice.  **Mol. Cell. Biol.** 2000 Aug;20(15):5479-89.  **\*co-corresponding** PMCID: PMC85999

67.  Gu H, Maeda H, Moon JJ, Lord JD, Yoakim M, Nelson BH and **Neel BG**.  A new role for Shc in activation of the PI-3K/Akt pathway.  **Mol. Cell. Biol.**, 2000; Oct 20(19):7109-20.  PMCID:PMC86258

68.  Pratt JC, Igras VE, Maeda H, Baksh S, Gelfand EW, Burakoff SJ, **Neel BG\*** and Gu H.  Cutting edge: Gab2 mediates an inhibitory phosphatidylinositol 3'-kinase pathway in T cell antigen receptor signaling.  **J. Immunol.** 2000 Oct 15;165(8):4158-63. **\*co-corresponding**

69.  Bjorbaek C, Buchholz RM, Davis SM, Bates SH, Pierroz DD, Gu H, **Neel BG,** Myers MG Jr, Flier JS. The role of SHP-2 in ERK activation by leptin receptors. **J Biol Chem.** 2001; Feb 16;276(7):4747-55.

70.  Barber DL, Beattie BK, Yoakim M, **Neel BG**, D'Andrea AD and Frank DA.  A common epitope is shared by activated signal transducer and activator of transcription-5 (STAT5) and the phosphorylated erythropoietin receptor:implications for the docking model of STAT activation.  **Blood.** 2001 Apr 15;97(8) :2230-7.

71.  Zabolotny JM, Kim YB, Peroni OD, Kim JK, Pani MA, Boss O, Klaman LD, Kamatkar S,Shulman GI, Kahn BB and **Neel BG**.  Overexpression of the LAR (leukocyte antigen-related) protein tyrosine phosphatase in muscle causes insulin resistance.  **Proc. Natl. Acad. Sci.** 2001 Apr 24;98(9):5187-92. PMCID:PMC33185

72.  Gu H, Saito K, Klaman LD, Shen J, Fleming T, Wang Y, Pratt JC, Lin G, Lim B, Kinet JP, **Neel BG.**  Essential role for Gab2 in the allergic response.  **Nature.** 2001 Jul 12;412(6843):186-190.   PMID 11449275

73.  Bruecher-Enke B, Griffin JD, **Neel BG\*** and Lorenz U.  Role of the tyrosine phosphatase SHP-1 in K562 cell differentiation.  **Leukemia.**  2001 Sep;15(9):1424-32**. \*co-corresponding**

74.  Haj FG, Verveer PJ, Squire A, **Neel BG\*** and Bastiaens PIH\*.  Imaging sites of receptor dephosphorylation by PTP1B on the surface of the endoplasmic reticulum. **Science.** 2002 Mar 1;295(5560):1708-11.  PMID 11872838  **\*co-corresponding**

75.  Zabolotny JM, Bence-Hanulec KK, Stricker-Krongard A, Haj F, Wang YP, Minokoshi Y, Kim Y-B, Elmquist JK, Tartaglia LA, Kahn BB, **Neel BG**.  PTP1B regulates leptin signal transduction in vivo.  **Dev. Cell.** 2002 Apr;2(4):489-95. PMID  11970898

76.  Jin L, McLean PA, **Neel BG** and Wortis HH.  Sialic acid binding domains of CD22 are required for negative regulation of B cells.   **J. Exp. Med.** 2002 May 6;195(9):1199-205 PMCID:PMC2193702

77.  Zhang SQ, Tsiaras WG, Araki T, Wen G, Minichiello L, Klein R, **Neel BG**.  Receptor-specific regulation of PI-3K activation by the protein-tyrosine phosphatase Shp2.  **Mol. Cell. Biol.** 2002 Jun;22(12):4062-72. PMCID:PMC133866

78.  Heinrich R, **Neel BG**, Rapoport TA.  Mathematical models of protein kinase signal transduction.  **Molecular Cell** 2002 May;9(5):957-70.

79.  Sattler M, Mohi MG, Pride YB, Quinnan LR, Malouf NA, Podar K, Gesbert F, Iwasaki H, Li S, Van Etten RA, Gu H, Griffin JD, **Neel BG**.  Critical role for Gab2 in transformation by BCR/ABL.  **Cancer Cell** 2002 Jun;1(5):479-92.  PMID  12124177

80.  Daly RJ, Gu H, Parmar J, Malaney S, Lyons RJ, Kairouz R, Head DR, Henshall SM, **Neel BG**, Sutherland RL.  The docking protein Gab2 is overexpressed and estrogen regulated in breast cancer.  **Oncogene.** 2002 Aug 1;21(33): 5175-81.

81.  Miller SJ, Lou DY, Seldin DC, Lane WS, **Neel BG**. Direct Identification of PTEN phosphorylation sites.  **FEBS Lett**. 2002 Sep 25;528(1-3):145-153.

82.  Lehmann U, Schmitz J, Weissenbach M, sobota RM, Hortner M, Friederichs K, Behrmann I, Tsiaras W, Sasaki A, Schneider-Mergener J, Yoshimura A, **Neel BG**, Heinrich PC,Schaper F.  SHP2 and SOCS contribute to Tyr-759-dependent attenuation of Interleukin-6 signaling through gp130.  **J. Biol. Chem.** 2003 Jan 3;278(1):661-71.

83.  Haj FG, Markova B, Klaman LD, Bohmer FD, **Neel BG**. Regulation of receptor tyrosine kinase signaling by protein tyrosine phosphatase-1B (PTP1B**).  J. Biol. Chem**. 2003 Jan 10;27892):739-44.

84.  Habib AA, Chun SJ, **Neel BG,** Vartanian T. Increased expression of epidermal growth factor receptor induces sequestration of extracellular signal-related kinases and selective attenuation of specific epidermal growth factor-mediated signal transduction pathways.  **Mol Cancer Res**. 2003 Jan;1(3):219-33.

85.  Bates SH, Stearns WH, Dundoin TA, Schubert M, Tso AW, Wang Y, Banks AS, Lavery HJ, Haq AK, Maratos-Flier E, **Neel BG** and Myers MG, Jr.  STAT3 signalling is required for leptin regulation of energy balance but not reproduction. **Nature**. 2003 Feb20;421(6925):856-9.

86.  Gu H**,** Botelho RJ, Yu M, Grinstein S and **Neel BG**. Critical role for scaffolding adapter Gab2 in Fc{gamma}R-mediated phagocytosis.  **J. Cell Biol**. 2003 Jun 23;161(6):1151-61. PMCID:PMC2172986

87.  Araki T, Nawa H and **Neel BG**.  Tyrosyl phosphorylation of Shp2 is required for normal ERK activation in response to some, but not all growth factors. **J. Biol Chem**. 2003, Oct 24;278(43):41677-84.

88.  Marsh HN, Dubreuil CI, Quevedo C, Lee A, Majdan M, Walsh G, Hausdorff, SF**,** Said FA, Zoueva O, Kozlowski M, Siminovitch K, **Neel BG**, Miller FD and Kaplan DR. SHP-1 negatively regulates neuronal survival by functioning as a TrkA phosphatase. **J Cell Biol.** 2003 Dec 8;163(5):999-1010. PMCID:PMC2173621

89.  Kushner JA, Haj FG, Klaman LD, Dow MA, Kahn BB, **Neel BG** and White MF.  Islet-sparing effects of protein tyrosine phosphatase-1b deficiency delays onset of diabetes in IRS2 knockout mice.  **Diabetes**. 2004 Jan;53(1):61-6.

90. Persson C, Savenhed C, Bourdeau A, Tremblay ML, Markova B, Bohmer FD, Haj FG, **Neel BG**, Elson A, Heldin CH, Ronnstrand L, Ostman A, Hellberg C.  Site-selective regulation of platelet-derived growth factor beta receptor tyrosine phosphorylation by T-cell protein tyrosine phosphatase. **Mol Cell Biol.** 2004 Mar;24(5):2190-201. PMCID:PMC350555

91. Zhang  SQ, Yang W, Kontaridis MI, Bivona TG, Wen G, Araki T, Thompson JA, Schraven BL, Philips MR and **Neel BG**.  Shp2 Regulates Src Family Kinase Activity and Ras/Erk Activation by Controlling Csk Recruitment via PAG/Cbp. **Mol Cell**. 2004 Feb 13;13(3):341-55.

92. Mohi MG, Boulton C, Gu T-L, Sternberg DW, Neuberg D, Griffin JD, Gilliland DG and **Neel BG**.  Combination of rapamycin and PTK inhibitors for the treatment of leukemias caused by oncogenic PTKs. **Proc.Natl. Acad. Sci**. 2004 Mar 2;101(9):3130-5. PMCID:PMC365755

93. Zabolotny  JM, Haj FG, Kim JK, Kim Y-B, Shulman GI, Kahn BB and **Neel BG**. Transgenic overexpression of PTP1B in muscle causes insulin resistance but overepxression with LAR does not additively impair insulin action. **J Biol Chem**. 2004 Jun 4;279923):24844-51.

94. Shi Z-D, Wei C-Q, Lee K, Liu H, Zhang M, Araki T, Roberts LR, Worthy KM, Fisher RJ, **Neel BG**, Kelley JA, Yang D and Burke TR, Jr. Macrocyclization in the design of non phosphorous-containing Grb2 SH2 domain-binding ligands. **J Med Chem**. 2004 Apr 8;47(8):2166-9.

95. Chen J, McLean PA, **Neel BG**, Okunade G, Shull GE, Wortis HH.  CD22 attenuates $Ca^{2+}$ signaling by potentiating  plasma-membrane $Ca^{2+}$ -ATPase activity. **Nat Immunol.** 2004 Jun 5(6):651-7.

96. Araki T, Mohi MG, Ismat FA, Bronson RT, Williams IR, Kutok JL, Pao LI, Gilliland DG, Epstein JA and **Neel BG**. Mouse model of Noonan Syndrome reveals cell type- and gene dosage-dependent effects of *PTPN11* mutation. **Nat Med**. 2004 Aug;10(8):849-57. PMID 15273746.

97. Sathish JG, Walters J, Luo JC, Johnson KG, LeRoy FG, Brennan P, Kim KP, Gygi SP, **Neel BG**, Matthews RJ.  CD22 is a functional ligand for SH2 domain-containing protein-tyrosine phosphatase-1 in primary T cells. .  **J. Biol. Chem**. 2004 Nov 12;279(46): 47783-91.

98. Bentires-Alj M, Paez JG, David FS, Keilhack H, Halmos B, Naoki K, Maris JM, Richardson A, Bardelli A, Sugarbaker DJ, Richards WG, Du J, Girard L, Minna JD, Loh ML, Fisher DE, Velculescu VE, Vogelstein B, Meyerson M, Sellers WR and **Neel BG**.  Activating mutations of the Noonan Syndrome-associated SHP2/PTPN11 gene in human solid tumors and adult acute myelogenous leukemia.  **Cancer Res**. 2004 Dec 15;64924):8816-20.

99. Galic S, Hauser C, Kahn BB, Haj FG, **Neel BG**, Tonks NK and Tiganis T.  Coordinated regulation of insulin signaling by the protein tyrosine phosphatases PTP1B and TCPTP. **Mol. Cell. Biol**. 2005 Jan;25(2):819-29. PMCID:PMC543412

100. Rusanescu G, Yang W, Bai A, **Neel BG** and Feig LA.  Tyrosine phosphatase SHP-2 is a mediator of activity-dependent neuronal excitotoxicity. **EMBO J**. 2005 Jan 26;24(2):305-14. PMCID:PMC545812

101. Haj FG, Zabolotny JM, Kim YB, Kahn BB, **Neel BG**.  Liver-specific re-expression of protein tyrosine phosphatase 1B (PTP1B) reverses insulin hyper-sensitivity in PTP1B knockout mice.  **J. Biol. Chem**. 2005 Apr 15;280 (15):15038-46.

102. Mohi MG, Williams IR, Dearolf CR, Chan G, Kutok JL, Cohen S, Morgan K, Boulton C, Shigematsu H, Keilhack H, Akashi K, Gilliland DG and **Neel BG**.  Prognostic, therapeutic and mechanistic implications of mouse model of leukemia evoked by Shp2 (*PTPN11*) mutations.  **Cancer Cell**. 2005 Feb;792):179-91.  PMID:15710330

103. Haider UG, Roos TU, Kontaridis MI, **Neel BG**, Sorescu D, Griendling KK, Vollmar AM, Dirsch VM.  Resveratrol inhibits angiotensin II- and EGF-mediated Akt activation-role of Gab1 and Shp2. **Mol Pharmacol**. 2005 Jul;68(1):41-8

104. Baksh S, Tommasi S, Fenton S, Yu VC, Martins LM, Pfeifer GP, Latif F, Downward J, **Neel BG**. The tumor suppressor RASSF1A and MAP-1 link death receptor signaling to Bax conformational change and cell death.  **Mol Cell**. 2005 Jun 10;18(6):637-50.

105. Keilhack H, David FS, McGregor M, Cantley LC, **Neel BG**.  Diverse biochemical properties of Shp2 mutants: implications for disease phenotypes. **J Biol Chem**. 2005 Sep 2;280(35):30984-93.  PMID: 15987685

106. Du Z, Shen Y, Yang W, Mecklenbrauker I, **Neel BG**, Ivashkiv LB.  Inhibition of IFN-{alpha} signaling by a PKC- and protein tyrosine phosphatase SHP-2-dependent pathway. **Proc Natl Acad Sci U S A**. 2005 Jul 19;102(29):10267-72. PMCID:PMC1177356

107. Luo J, Sobkiw CL, Logsdon NM, Watt JM, Signoretti S, O'connell F, Shin E, Shim Y, Pao L, **Neel BG**, Depinho RA, Loda M, Cantley LC. Modulation of epithelial neoplasia and lymphoid hyperplasia in PTEN+/- mice by the p85 regulatory subunits of phosphoinositide 3-kinase.  **Proc Natl Acad Sci U S A**. 2005 Jul 19;102(29):10238-43.   Epub Jul 8 2005 PMCID:PMC1174323

108. Ren SY, Bolton E, Mohi GM**,** Morrione A, **Neel BG**, Skorski T.  Phosphatidylinositol 3-kinase p85 subunit-dependent interaction with BCR/ABL-related fusion tyrosinse kinases: molecular mechanisms and biological consequences. **Mol. Cell. Biol**. 2005 Sep 25(18):8001-8. PMCID:PMC1234343

109. Arias-Salgado EG, Haj F, Dubois C, Moran B, Kasirer-Friede A, Furie BC, Furie B, **Neel BG**, Shattil SJ.  PTP-1B is an essential positive regulator of platelet integrin signaling. **J Cell Biol**. 2005 Aug 29;170(5):837-45.  PMCID:PMC2171339

110. Togni M, Swanson KD, Reimann S, Kliche S, Pearce AC, Simeoni L, Reinhold D, Wienands J, **Neel BG**, Schraven B, Gerber  A.  Regulation of in vitro and in vivo immune functions by the cytosolic adaptor protein SKAP-HOM.  **Mol. Cell Biol**. 2005 Sep 25 (18):8052-63. PMCID:PMC1234325

111. Zhang Z, Lin SY, **Neel BG**, Haimovich B. Phosphorylated alpha-actinin and PTP1B coregulate the disassembly of the FAK/Src complex and promote cell migration. **J Biol Chem**. 2006 Jan 20;281(3):1746-54.  Epub Nov 15 2005

112. Van den Berg TK, van Beek EM, Buhring HJ, Colonna M, Hamaguchi M, Howard CJ, Kasuga M, Liu Y, Matozaki T, **Neel BG**, Parkos CA, Sano S, Vignery A, Vivier E, Wright M, Zawatzky R, Barclay AN.  A nomenclature for signal regulatory protein family members. J **Immunol**. 2005 Dec 15;175(12):7788-9.

113. Bentires-Alj M, Gil SG, Chan R, Wang ZC, Imanaka N, Harris L, Richardson A, **Neel BG\***, Gu H.  A role for scaffolding adapter Gab2 in breast cancer. **Nat Med**. 2006; 12(1):114-21. **\*co-corresponding**, PMID 16369543

114. Kontaridis MI, Swanson KD, David FS, Barford D, **Neel BG**.  *PTPN11* (SHP2) mutations in LEOPARD syndrome have dominant negative, not activating, effects. **J Biol Chem**. 2006; Mar 19;281(10):6785-92.  PMID:16377799

115. Yu M, Lowell CA, **Neel BG**, Gu H. Scaffolding adapter Grb2-associated binder 2 requires Syk to transmit signals from FcepsilonRI. **J Immunol**. 2006 Feb15;176(4):2421-9.

116. Yang W, Klaman L, Chen B, Araki T, Harada H, Thomas SM, George EL, **Neel BG**.  An Shp2/SFK/Ras/Erk signaling pathway controls trophoblast stem cell survival.  **Dev. Cell**. 2006; 10:317-27. PMID 16516835.

117. Bence KK, Delibegovic M, Xue B, **Neel BG\***, Kahn BB\*.  Neuronal PTP-1B regulates body mass and glucose homeostasis and is required for the development of leptin resistance. **Nature Med**. 2006; 12:917-924. PMID  16845389  **\*co-corresponding**

118. Yu M, Luo J, Yang W, Wang Y, Mizuki M, Kanakura Y, Besmer P, **Neel BG**, Gu H. The scaffolding adapter Gab2, via SHP-2, regulates kit-evoked mast cell proliferation by activating the Rac/JNK pathway. **J Biol Chem**. 2006 Sep 29;281(39):28615-26. PMID: 16873377

119. Fornaro M, Burch PM, Yang W, Zhang L, Hamilton CE, Kim JH, **Neel BG**, Bennett AM. SHP-2 activates signaling of the nuclear factor of activated T cells to promote skeletal muscle growth. **J Cell Biol**. 2006 Oct 9;175(1):87-97. PMCID:PMC2064501

120. Nagaishi T, Pao L, Lin SH, Iijima H, Kaser A, Qiao SW, Chen Z, Glickman J, Najjar SM, Nakajima A, **Neel BG**, Blumberg RS. SHP1 phosphatase-dependent T cell inhibition by CEACAM1 adhesion molecule isoforms. **Immunity**. 2006 Nov;25(5):769-81.

121. Dadke S, Cotteret S, Yip S-C, Jaffer ZM, Haj F, Ivanov A, Rauscher F, Shuai K, Ng T, **Neel BG**, Chernoff J.  Regulation of protein tyrosine phosphatase (PTP) 1B by sumolyation. **Nat Cell Biol**. 2007 Jan;9(1):80-5.

122. Roberts AE, Araki T, Swanson KD, Montgomery KT, Schiripo TA, Joshi VA, Li L, Yassin Y, Tamburino AM, **Neel BG\***, Kucherlapati RS.  Germline gain-of-function mutations in SOS1 cause Noonan syndrome. **Nat Genet**. 2007 Jan;39(1):70-4. **\*co-corresponding**.

123. Kasirer-Friede A, Moran PB, Nagrampa-Orje J, Swanson K, Ruggeri ZM, Schraven B,  **Neel BG**, Koretzky GA, Shattil SJ. ADAP is required for normal {alpha}IIb{beta}3 activation by VWF/GP Ib-IX-V and other agonists.  **Blood**.  2007  Feb  1;109(3):1018-25. PMCID:PMC1785130

124. Yudushkin IA, Schleifenbaum A, Kinkhabwala A, **Neel BG**, Schultz C, Bastiaens PI. Live-cell imaging of enzyme-substrate interaction reveals spatial regulation of PTP1B. **Science**. 2007 Jan 5;315(5808):115-9.

125. Masiello D, Mohi MG, McKnight NC, Smith B, **Neel BG**, Balk SP, Bubley GJ.  Combining an mTOR Antagonist and receptor tyrosine kinase inhibitors for the treatment of prostate cancer. **Cancer Biol Ther**. 2007 Feb 7;6(2)195-201

126. Park-Min KH, Serbina NV, Yang W, Ma X, Krystal G, **Neel BG**, Nutt SL, Hu X, Ivashkiv LB. FcgammaRIII-dependent inhibition of interferon-gamma responses mediates suppressive effects of intravenous immune globulin. **Immunity**. 2007; 26:67-78. PMID: 17239631

127. Bentires-Alj M**, Neel BG**. Protein-Tyrosine Phosphatase 1B Is required for HER2/Neu-induced breast cancer. **Cancer Res**. 2007 Mar 15;67(6):2420-4 PMID:17347513

128. Gauthier AS, Furstoss O, Araki T, Chan R, **Neel BG**, Kaplan DR, Miller FD. Control of CNS cell-fate decisions by SHP-2 and its dysregulation in Noonan syndrome.  **Neuron**. Apr 19 2007  54(2):245-62. PMCID:PMC1900070

129. Pao LI, Lam K-P, Henderson J, Kutok J, Alimzhanov M, Nitschke L, Thomas ML, **Neel BG***, Rajewsky K.  B cell-specific Shp1 deletion promotes B-1a cell development and causes systemic autoimmunity. **Immunity**. Jul 2007 27:35-48 PMID: 17600736 ***co-corresponding**

130. Xue B, Kim YB, Lee A, Toschi E, Bonner-Weir S, Kahn CR, **Neel BG***, Kahn BB.  Protein tyrosine phosphatase 1B (PTB1B) deficiency reduces insulin resistance and the diabetic phenotype in mice with polygenic insulin resistance. **J Biol Chem**. 2007 Aug 17;282(33):23829-40  PMCID:1754516 ***co-corresponding**

131. Delibegovic M, Bence KK**,** Mody N, hong EG, Ko HJ, Kim JK, Kahn BB, **Neel BG**. Improved glucose homeostasis in mice with muscle-specific deletion of protein-tyrosine phosphatase. 1B (PTP1B). **Mol Cell Biol**. 2007 Nov; 27(21):7727-34 PMCID: PMC2169063

132. Swanson KD, Winter JM, Reis M, Bentires-Alj M, Greulich H, Grewal R, Hruban, RH, Yeo CJ, Yassin Y, Iartchouk O, Montgomery K, Whitman SP, Caligiuri MA, Loh ML, Gilliland DG, Look AT, Kucherlapati R, Kern SE, Meyerson M, **Neel BG**.  SOS1 Mutations are rare in human malignancies: implications for Noonan Syndrome patients. **Genes Chromosomes Cancer**. 2008 Mar;47(3):253-9. PMID:18064648

133. Zabolotny JM, Kim YB, Welsh LA, Kershaw EE, **Neel BG***, Kahn BB.  Protein-tyrosine phosphatase 1B expression is induced by inflammation in vivo. **J Biol Chem** 2008 May 23;283(21):14230-41. PMCID: PMC2386946 ***co-corresponding**

134. Kontaridis MI, Yang W, Bence KK, Cullen D, Wang B, Bodyak N, Ke Q, Hinek A, Kang PM, Liao R, **Neel BG**. Deletion of Ptpn11 (Shp2) in cardiomyocytes causes dilated cardiomyopathy via effects on the extracellular signal-regulated kinase/mitogen-activated protein kinase and RhoA signaling pathways. **Circulation**. 2008 Mar 18;117(11):1423-35. PMCID: PMC2394674

135. Wang S, Yu WM, Zhang W, McCrae KR, **Neel BG**, Qu CK. Noonan syndrome/leukemia-associated gain-of-function mutations in SHP-2 phosphatase (PTPN11) enhance cell migration and angiogenesis. **J Biol Chem**. 2009 Jan 9;284(2):913-20. PMCID: PMC2613626

136. Zucchi I, Astigiano S, Bertalot G, Sanzone S, Cocola C, Pelucchi P, Bertoli G, Stehling M, Barbieri O, Albertini A, Schöler HR, **Neel BG**, Reinbold RA, Dulbecco R. Distinct populations of tumor-initiating cells derived from a tumor generated by rat mammary cancer stem cells. **Proc Natl Acad Sci** U S A. 2008 Nov 4;105(44):16940-5. PMCID: PMC2575224

137. Kalaitzidis D, **Neel BG**. Flow-cytometric phosphoprotein analysis reveals agonist and temporal differences in responses of murine hematopoietic stem/progenitor cells. **PLoS One**. 2008;3(11):e3776. PMCID:PMC2582484

138. Swanson, KD, Tang Y, Ceccarelli DF, Py F, Sliwa JP, **Neel BG***, Eck MJ. The Skap-hom dimerization and PH domains comprise a novel 3'-phosphoinositide-gated molecular switch. **Mol Cell** 2008 Nov 21;32(4) 564–575. PMCID: PMC2628593 *co-corresponding

139. Delibegovic M, Zimmer D, Kauffman C, Rak K, Hong EG, Cho YR, Kim JK, Kahn BB, **Neel BG***, Bence KK. Liver-specific deletion of Protein-Tyrosine Phosphatase 1B (PTP1B) improves metabolic syndrome and attenuates diet-induced ER stress. **Diabetes**. Mar 2009; 58(3): 590-599. PMCID: PMC2646057 *co-corresponding

140. Chan G, Kalaitzidis D, Usenko T, Kutok JL, Yang W, Mohi MG, **Neel BG.** Leukemogenic Ptpn 11 causes fatal myeloproliferative disorder via cell-autonomous effects on multiple stages of hematopoiesis. **Blood**. Apr 30 2009; 113(18): 4414-4424. PMCID: PMC2676094

141. Araki T, Chan G, Newbigging S, Morikawa L, Bronson RT, **Neel BG.** Noonan Syndrome cardiac defects are due to PTPN11 acting in endocardium to enhance endocardial-mesenchymal transformation. **Proc Natl Acad Sci.** Mar 24 2009; 106(12):4736-41. PMCID: PMC2649209

142. Xue B, Pulinilkunnil T, Murano I, Bence KK, He H, Minokoshi Y, Asakura K, Lee A, Haj F, Furukawa N, Catalano KJ, Delibegovic M, Balschi JA, Cinti S, **Neel BG***, Kahn BB. Neuronal protein tyrosine phosphatase 1B deficiency results in inhibition of hypothalamic AMPK and isoform-specific activation of AMPK in peripheral tissues. **Mol Cell Biol**. 2009 Aug; 29(16):4563-73. PMCID: PMC2725736 *co-corresponding

143. Mazhab-Jafari, M.T., Marshall, C.B., Smith, M., Gasmi-Seabrook, GMC., Stambolic,V., Rottapel, R., **Neel, BG**., Ikura, M. Real-time NMR study of three small GTPases reveals that fluorescent manttagged nucleotides alter hydrolysis and exchange kinetics. **J Biol Chem.** Feb 19 2010 285(8);5132-6. PMCID: PMC2820739

144. Rajala, R.V.S., Tanito, M., **Neel, BG**., Rajala, A. Enhanced retinal insulin receptor activated neuroprotective survival signal in mice lacking the Protein Tyrosine Phosphatase-1B Gene. **J Biol Chem**. Mar 19 2010 285(12);8894-904. PMCID: PMC2838311

145. Lee I, Pecinova A, Pecina P, **Neel BG**, Araki T, Kucherlapati R, Roberts A, Huttemann M. A Suggested role for mitochondria in Noonan Syndrome. **BBA-MOL BASIS DIS**. February 2010, 1802,(2): 275-283. PMCID:PMC2878584

146. Lazzara MJ, Lane K, Chan R, Jasper PJ, Yaffe MB, Sorger PK, Jacks T, **Neel BG**, and Lauffenburger DA. Impaired SHP2-mediated extracellular signal-regulated kinase activation contributes to Gefitinib sensitivity of lung cancer cells with Epidermal Growth Factor Receptor–activating mutations. **Cancer Research.** May 1, 2010 70(9);3843-50. PMCID:PMC2862125

147. Stewart R.A., Sanda T., Widlund H.R., Zhu S., Swanson K.D., Hurley A.D., Bentires-Alj M., Fisher D.E., Kontaridis A., Look T., **Neel BG**. Phosphatase-dependent and independent functions of Shp2 in neural crest cells underlie LEOPARD Syndrome Pathogenesis. **Developmental Cell**. May 18, 2010 18(5)pp.750-762.  PMCID: PMC3035154

148. Xu D, Wang S, Yu WM, Chan G, Araki T, Bunting KD, **Neel BG**, Qu CK., A germline gain-of-function mutation in Ptpn11 (Shp-2) phosphatase induces myeloproliferative disease by aberrant activation of hematopoietic stem cells. **Blood.**  Nov 4 2010;116(18):3611-21. PMCID: PMC2981480

149. David FS, Cullen-McEwen L, S, Zins SR, Lin J, Bertram JF, **Neel BG**.,  Regulation of kidney development by Shp2: an unbiased stereological analysis. **Anat Rec (Hoboken).**  Dec 2010 ;293(12):2147-53. PMCID: PMC2992585

150. Ishizawa K, Rasheed ZA, Karisch R, Wang Q, Kowalski J, Susky E, Pereira K, Karamboulas C, Moghal N, Rajeshkumar NV, Hidalgo M, Tsao M, Ailles L, Waddell TK, Maitra A, **Neel BG**, Matsui W., Tumor-initiating cells are rare in many human tumors. **Cell Stem Cell**. Sep 3 2010;7(3):279-82.  PMCID: PMC2945729

151. Matsuo K, Delibegovic M, Matsuo I, Nagata N, Liu S, Bettaieb A, Xi Y, Araki K, **Yang W,** Kahn BB, **Neel BG*,** Haj FG., Altered glucose homeostasis in mice with liver-specific deletion of Src homology phosphatase 2. **J Biol Chem**. Dec 17 2010;285(51):39750-8. PMCID: PMC3000956 **\*co-corresponding**

152. Chen PC, Wakimoto H, Conner D, Araki T, Yuan T, Roberts A, Seidman CE, Bronson R, **Neel BG**, Seidman JG, Kucherlapati R. Activation of multiple signaling pathways causes developmental defects in mice with a Noonan syndrome-associated Sos1 mutation.  **J Clin Invest.,** Dec 1 2010;120(12):4353-4365.  PMID: 21041952

153. Nievergall E, Stegmayer C, Haj FG, Janes PW, **Neel BG,** Bastiaens PI,  Lackmann M. PTP1B regulates Eph receptor function and trafficking. **J Cell Bio.,** 2010 Dec 13;191(6):1189-203. PMCID: PMC3002030

154. Wu, X, Simpson, J, Hong, JH, Kim, KH, Thavarajah NK, Backx PB, **Neel BG*** Araki T. MEK-ERK pathway ameliorates disease phenotypes  in a mouse model of Noonan syndrome-associated Raf1 mutation. **J Clin Invest**., Mar 1 2011;121(3):1009-25. PMCID: PMC3049402 **\*co-corresponding**

155. Marin TM, Keith K, Davies B, Conner DA, Guha P, Kalaitzidis D, Wu X, Lauriol J, Wang B, Bauer M, Bronso, R, Franchini KG, **Neel BG*,** Kontaridis MI. Rapamycin reverses hypertrophic cardiomyopathy in a mouse model of LEOPARD Syndrome-associated PTPN11 mutation. **J Clin Invest**, Mar 1 2011; 121 (3): 1026-43. PMCID: PMC3049377 **\*co-corresponding**

156.    Ren L, Chen X, Luechapanichkul R, Selner N, Meyer T,  Wavreille AS, Chan R, Iorio C, Zhou X, **Neel BG,** Pei D. Substrate specificity of protein tyrosine phosphatases 1B, RPTPα, SHP-1, and SHP-2. **Biochemistry**, Mar 29 2011;50(12):2339-56 PMCID: PMC3074353

157.    Chan G, Cheung LS, Yang W, Milyavsky M, Sanders AD, Gu S, Hong WX, Liu AX, Wang X, Barbara M, Sharma T, Gavin J, Kutok JL, Iscove NI, Shannon KM, Dick JE, **Neel BG\*,** Braun BS. Essential role for *Ptpn11* in survival of hematopoietic stem and progenitor cells. **Blood,** Apr 21 2011; 117(16): 4253-61. PMCID: PMC3087477 **\*co-corresponding**

158.    Stewart, JM, Shaw PA, Gedye C, Bernardini MQ, **Neel BG\*,** Ailles LE. Phenotypic heterogeneity and instability of human ovarian tumor-initiating cells. **Proc Natl Acad Sci USA**, Apr 19 2011;108(16):6468-73. PMCID: PMC3081039 **\*co-corresponding**

159.    Futami M, Zhu, QSJ, Whichard ZL, Xia, L, Ke,Y, **Neel, BG**, Feng, GS, Corey, SJ, G-CSF Receptor activation of the Src kinase Lyn is mediated by Gab2 recruitment of the Shp2 phosphatase. **Blood** 2011 Jul 28;118(4):1077-86. PMCID: PMC3148159

160.    Takahashi A, Tsutsumi R, Kikuchi I, Obuse C, Saito Y, Seidi A, Karisch R, Fernandez M, Cho T, Ohnishi T, Rozenblatt-Rosen O, Meyerson M, **Neel BG,**  Hatakeyama M. SHP2 tyrosine phosphatase converts parafibromin/Cdc73 from a tumor suppressor to an oncogenic driver. **Mol Cell,** July 8, 2011 Vol 43, Iss 1, pg. 45-56. PMID: 21726809

161.    Karisch R, Fernandez M, Taylor P, Virtanen C, St-Germain JR, Jin LL, Harris IS, Mori J, Mak TW, Senis YA, Östman A, Moran MF, **Neel BG**. Global proteomic assessment of the classical protein-tyrosine phosphatome and "redoxome". **Cell,** Vol 146, (5):826-840, 2 September 2011.  PMCID:PMC3176638

162.    Balavenkatraman KK, Aceto N, Britschgi A, Mueller U, Bence KK, **Neel BG,** Bentires-Alj M**,** Epithelial Protein-Tyrosine Phosphatase 1B (PTP1B) contributes to the induction of mammary tumors by HER2/Neu but is not essential for tumor maintenance. **Mol Cancer Res**., 2011 Oct;9(10):1377-84. PMCID: PMC3580839

163.    Kant S, Swat W, Zhang S, Zhang Z-Y, **Neel BG**, Flavell R A, Davis RJ. TNF-stimulated MAP kinase activation mediated by a Rho family GTPase signaling pathway **Genes Dev.,** 2011 Oct 1; 25 (19) :2069-78. PMCID: PMC3197205

164.    Loh K, Fukushima A, Zhang X, Galic S, Briggs D, Enriori PJ, Simonds S, Wiede F, Reichenbach A, Hauser C, Sims NA, Bence KK, Zhang S, Zhang ZY, Kahn BB, **Neel BG**, Andrews ZB. Cowley MA, Tiganis T.  Elevated hypothalamic TCPTP in obesity contributes to cellular leptin resistance. **Cell Metab**., 2011 Nov 2;14(5):684-99. PMCID:PMC3263335

165.    Palande K, Roovers O, Gits J, Verwijmeren C, Iuchi Y, Fujii J, **Neel BG,** Karisch R**,** Tavernier J, Touw, IP. Peroxiredoxin-controlled G-CSF signalling at the endoplasmic reticulum-early endosome interface.  **J Cell Sci.** Nov 1,2011; 124 (21):3695-705. PMCID: PMC32115578

166.    Loh K, Merry TL, Galic S, Wu BJ, Watt MJ, Zhang S, Zhang ZY, **Neel BG**, Tiganis T.  T cell protein tyrosine phosphatase (TCPTP) deficiency in muscle does not alter insulin signalling

and glucose homeostasis in mice.   **Diabetologia.** 2012 Feb;55(2):468-78.PMCID: PMC326335

167.   Marcotte R, Brown KR, Suarez F, Sayad A, Karamboulas K, Krzyzanowski  PM, Sircoulomb F, Medrano  M., Fedyshyn Y, Koh  JLY, van Dyk D, Fedyshyn B, Luhova M, Brito GC, Vizeacoumar  FJ, Vizeacoumar FS, Datti  A, Kasimer D,  Buzina  A, Mero  P, Misquitta  C, Normand J, Haider M, Ketela M, Wrana JL, Rottapel R, **Neel BG\***, Moffat J, Essential gene profiles in breast, pancreas and ovarian cancer cells**. Cancer Discovery,** February 2012 2:172-189. PMID: 22585861 **\*co-corresponding**

168.   Tran B, Dancey JE, Kamel-Reid S, McPherson JD, Bedard PL, Brown AMK, Zhang T, Shaw P, Onetto N, Stein L, Hudson TJ, **Neel BG,** Siu LL. Cancer genomics: technology, discovery, and translation **JCO**, 2012 Feb 20;30(6):647-60.  PMID: 22271477

169.   Owen C, Czopek A, Agouni A, Grant L, Judson R, Lees EK, Mcilroy GD, Göransson O, Welch A, Bence KK, Kahn BB, **Neel BG**, Mody N, Delibegović M**.** Adipocyte-specific protein tyrosine phosphatase 1B deletion increases lipogenesis, adipocyte cell size and is a minor regulator of glucose homeostasis  **PLoS One**. 2012;7(2):e32700. PMCID: PMC3289674

170.   De Rocca Serra-Nédélec A, Edouard T, Tréguer K, Tajan M, Araki T, Dance M, Mus M, Montagner A, Tauber M, Salles JP, Valet P, **Neel BG**, Raynal P, Yart A.  Noonan syndrome-causing SHP2 mutants inhibit insulin-like growth factor 1 release via growth hormone-induced ERK hyperactivation, which contributes to short stature.  **Proc Natl Acad Sci U S A**, 2012 Mar 13;109(11):4257-62. PMCID: PMC3306697

171.   Haj FG, Sabet O, Kinkhabwala A, Wimmer-Kleikamp S, Roukos V, Han HM, Grabenbauer M, Bierbaum M, Antony C, **Neel BG\***, Bastiaens P\*. Regulation of signaling at regions of cell-cell contact by endoplasmic reticulum-bound protein-tyrosine phosphatase 1B. **PLoS One**, May 24 2012; 7(5): e36633. PMCID: PMC3360045 **\*co-corresponding**

172.   Yang Z, Xue B, Umitsu M, Ikura M, Muthuswamy S, **Neel BG** The signaling adapter Gab1 regulates cell polarity by acting as a PAR protein scaffold. **Mol Cell,** 2012 Aug 10;47(3):469-83.  PMCID: PMC3462001

173.   Wu X, Yin J, Simpson J, Kim KH, Gu S, Hong JH, Bayliss P, Backx PH, **Neel BG\***, Araki, T. Increased BRAF heterodimerization is the common pathogenic mechanism for Noonan Syndrome-Associated RAF1 Mutants. **Mol Cell Biol**. 2012 Oct;32(19):3872-90 PMCID: PMC3457534 **\*co-corresponding**

174.   Xu E, Charbonneau A, Rolland Y, Bellmann K, Pao L, Siminovitch KA, **Neel BG,** Beauchemin N, Marette A. Hepatocyte-specific Ptpn6 deletion protects from obesity-linked hepatic insulin resistance. **Diabetes**. 2012 Aug;61(8):1949-58. PMCID:PMC3402325

175.   Alenghat, FJ., Baca QJ, Rubin  NT, Pao LI, Lowell CA, Golan DE, **Neel BG,** Swanson KD. Macrophages Require Skap2 and Sirp [alpha] for integrin-stimulated cytoskeletal rearrangement. **J Cell Sci,** 2012 Nov 15;125(Pt 22):5535-4.
PMCID: PMC3561861

176.   Mak AB, Nixon AML, Kittanokom S, Stewart JM**,** Chen GI, Curak J, Gingras AC, Mazitschek R, **Neel BG**, Stagljar I, Moffat J. Regulation of CD133 by HDAC6 promotes b-catenin

signaling to suppress cancer cell differentiation **Cell Rep,** Oct 25 2012; 2(4) 951-963. PMCID:23084749

177. Tran B, Brown AMK, Bedard PL, Winquist E, Goss GD, Hotte, SJ, Welch SA, Hirte HW, Zhang T, Stein, LD, Ferretti V, Watt S, Jiao W, Ng K, Ghai S, Shaw P, Petrocelli T, Hudson TJ, **Neel BG,** Onetto N, Siu LL, McPherson JD, Kamel-Reid S, Dancey, JE. Feasibility of real time next generation sequencing of cancer genes linked to drug response: results from a clinical trial. **Int. J. Cancer**, 2013 Apr 1;132(7):1547-55. PMID: 22948899

178. Mori J, Wang YJ, Ellison S, Heising S, **Neel BG**, Tremblay ML, Watson SP, Senis YA. Dominant role of the Protein-Tyrosine Phosphatase CD148 in regulating platelet activation relative to Protein-Tyrosine Phosphatase-1B, **Arterioscler Thromb Vasc Biol**. 2012 Dec;32(12):2956-65. PMID:23065825

179. Chan G, Gu S, **Neel BG.** Erk1 and Erk2 are required for maintenance of hematopoietic stem cells and adult hematopoiesis. **Blood**. 2013 May 2;121(18):3594-8. doi: 10.1182/blood-2012-12-476200. Epub 2013 Feb 26.  PMCID: PMC3643760

180. Mazharian A, Mori J, Wang YJ, Heising S, **Neel BG**, Watson SP, Senis YA. Megakaryocyte-specific deletion of the protein tyrosine phosphatases Shp1 and Shp2 causes abnormal megakaryocyte development, platelet production and function. **Blood,** 2013 May 16;121(20):4205-20. PMCID:  PMC3656453

181. Smith, MJ, **Neel, BG**, Ikura M, NMR-based functional profiling of RASopathies and oncogenic RAS mutations. **PNAS USA,** March 19 2013; 110(12) 4574-9. PMCID: 23487764

182. Abram CL, Roberge GL, Pao LI**, Neel BG\***, Lowell CA. Distinct roles for neutrophils and dendritic cells in inflammation and autoimmunity in motheaten mice. **Immunity.** 2013 Mar 21;38(3):489-501. PMCID: PMC3613338 *co-corresponding

183. Liu TW, Stewart JM, MacDonald TD, Chen J, Clarke B, Shi J, Wilson BC, **Neel BG**, Zheng G. Biologically-targeted detection of primary and micro-metastatic ovarian cancer **Theranostics,** May 25 2013, 3(6):420-427. PMCID: PMC3677412

184. Wiley SE, Andreyev AY, Divakaruni AS, Karisch R, Perkinds G, Wall EA, vander Geer P, Chen YF, Tsai TF, Simon, MI, **Neel BG,** Dixon JE, and Murphy, AN. Wolfram Syndrome protein, Miner1, regulates sulfhydryl redox status, the unfolded protein response and $Ca^{2+}$ homeostasis. **EMBO Mol Med.,** June 6, 2013, Vol 5 pg 904-18. PMCID: PMC3779451

185. Sun J, Lu S, Ouyang M, Lin LJ, Zhuo Y, Liu B, Chien S, **Neel BG**, Wang Y. Antagonism between binding site affinity and conformational dynamics tunes alternative cis-interactions within Shp2. **Nat Comm.** June 24, 2013 Vol 4, pg 2037. PMID: 23792876

186. Johnson DJ, Pao LI, Dhanji S, Murakami K, Ohashi PS, **Neel BG**. Shp1 regulates T cell homeostasis by limiting IL-4 signals. **JExp Med.,** June 24, 2013 vol. 210 no. 7 1419-1431. PMCID: PMC3698519

187. Miraldi ER, Sharfi H, Friedline RH, Johnson H, Zhang T, Lau KS, Ko HJ, Curran TG, Haigis KM, Yaffe MB, Bonneau R, Lauffenburger DA, Kahn BB, Kim JK, **Neel BG**, Saghatelian A,

White FM. Molecular network analysis of phosphotyrosine and lipid metabolism in hepatic PTP1b deletion mice. **Integr Biol (Camb).** 2013 Jul 24;5(7):940-63. PMCID: PMC3759823

188.    Kaanta AS, Virtanen C,  Selfors L, Brugge JS, **Neel BG**, Evidence for a multipotent mammary progenitor with pregnancy-specific activity. **Breast Cancer Research,** Aug 15 2013;15(4):R65. PMCID: PMC3979108

189.    Bassi C,  Ho J, Srikumar T, Dowling RJO, Gorrini C, Miller SJ, Mak TW, **Neel BG,** Raught B, Stambolic V, Nuclear PTEN controls DNA repair and sensitivity to genotoxic stress. **Science,** July 26 2013; 341 (6144): 395-99. PMID  23888040

190.    Yang W, Wang J, Moore D, Dooner M, Wu Q, Terek R, Chen Q, Ehrlich MG, Quesenberry PJ, **Neel BG**. Ptpn11 Deletion in a novel stem/progenitor cell causes metachondromatosis by activating hedgehog signaling. **Nature,** 2013 Jul 25;499(7459):491-5. PMCID:PMC4148013

191.    Selner NG, Luechapanichkul R, Chen X, **Neel BG**, Zhang ZY, Knapp S, Bell CE, Pei D. Diverse levels of sequence selectivity and catalytic efficiency of protein-tyrosine phosphatases. **Biochemistry**. 2014 Jan 21;53(2):397-412.  PMCID: PMC3954597

192.    Cullis J, Meiri D, Sandi MJ, Radulovich N, Kent OA, Medrano M, Mokady D, Normand J, Larose J, Marcotte R, Marshall CB, Ikura M, Ketela T, Moffat J, **Neel BG**, Gingras AC, Tsao MS, Rottapel R The RhoGEF GEF-H1 is required for oncogenic RAS signaling via KSR-1. **Cancer Cell.** 2014 Feb 10;25(2):181-9. PMID: 24237879

193.    Qiu W, Wang X, Romanov V, Hutchinson A, Lin A, Ruzanov MP, Battaile KP, Pai EF, **Neel BG**, Chirgadze N. Structural insights into Noonan/ LEOPARD Syndrome-related mutants of Protein-Tyrosine Phosphatase SHP2 (PTPN11) **BMC Struct Biol**, 2014 Mar 14; 14(1):10. PMCID: PMC4007598

194.    Xu E, Forest MP, Schwab M, Avramoglu RK, St-Amand E, Caron AZ, Bellmann K, Shum M, Voisin G, Paquet M, Montoudis A, Lévy E, Siminovitch KA, **Neel BG**, Beauchemin N, Marette A. Hepatocyte-specific Ptpn6 deletion promotes hepatic lipid accretion, but reduces NAFLD in diet-induced obesity: potential role of PPARγ. **Hepatology**. 2014 May;59(5):1803-15. PMID: 24327268

195.    Goodwin CB, Li XJ, Mali RS, Chan G, Kang M, Liu Z, Vanhaesebroeck B, **Neel BG**, Loh ML, Lannutti BJ, Kapur R, Chan RJ. PI3K p110δ uniquely promotes gain-of-function Shp2-induced GM-CSF hypersensitivity in a model of JMML. **Blood,** 2014 May 1;123(18):2838-42. PMCID: PMC4007610

196.    Gurzov E, Tran M, Fernandez-Rojo M, Merry T, Zhang X, Xu Y, Fukushima A, Waters M, Watt M, Andrikopoulos S, **Neel BG**, Tiganis T. Hepatic oxidative stress promotes insulin-STAT-5 signaling and obesity by inactivating inactivating protein tyrosine phosphatase N2. **Cell Metab.**, 2014 Jul 1;20(1):85-102. PMCID: PMC4335267

197.    Chen PC, Yin J, Yu HW, Yuan T, Fernandez M, Yung CK, Trinh QM, Peltekova VD, Reid JG, Tworog-Dube E, Morgan MB, Muzny DM, Stein L, McPherson JD, Roberts AE, Gibbs RA, **Neel BG***, Kucherlapati R*. Next-generation sequencing identifies rare variants

associated with Noonan syndrome. **Proc Natl Acad Sci U S A,** 2014 Aug 5;111(31):11473-8. PMCID: PMC4128129 ***co-corresponding.**

198. Gedye CA, Hussain A, Paterson J, Smrke A, Saini H, Sirskyj D, Pereira K, Lobo N, Stewart J, Go C, Ho J, Medrano M, Hyatt E, Yuan J, Lauriault S, Kondratyev M, van den Beucken T, Jewett M, Dirks P, Guidos CJ, Danska J, Wang J, Wouters B, **Neel B**, Rottapel R, Ailles LE. Cell surface profiling using high-throughput flow cytometry: a platform for biomarker discovery and analysis of cellular heterogeneity. **PLoS One.** 2014 Aug 29;9(8):e105602. doi: 10.1371/journal.pone.0105602. eCollection 2014. PMID: 25170899

199. Chiappini F, Catalano KJ, Lee J, Peroni OD, Lynch J, Dhaneshwar AS, Wellenstein K, Sontheimer A, **Neel BG**,* Kahn BB. Ventromedial hypothalamus-specific Ptpn1 deletion exacerbates diet-induced obesity in female mice. **J Clin Invest.,** 2014 Sep 2;124(9):3781-92. doi: 10.1172/JCI68585. Epub 2014 Aug 1.PMCID: PMC4151212 ***co-corresponding**

200. Usenko T, Chan G, Torlakovic E, Klingmuller U, **Neel BG.** Leukemogenic Ptpn11 allele causes defective erythropoiesis in mice. **PLoS One.** 2014 Oct 7;9(10):e109682. doi: 10.1371/journal.pone.0109682. eCollection 2014. PMCID: PMC4188809.

201. Lee YS, Ehninger D, Zhou M, Oh JY, Kang M, Kwak C, Ryu HH, Butz D, Araki T, Cai Y, Balaji J, Sano Y, Nam CI, Kim HK, Kaang BK, Burger C, **Neel BG**, Silva AJ. Mechanism and treatment for learning and memory deficits in mouse models of Noonan syndrome. **Nat Neurosci;** 2014 Dec;17(12):1736-43. doi: 10.1038/nn.3863. Epub 2014 Nov 10. PMCID: PMC4716736.

202. St-Germain JR, Taylor P, Zhang W, Li Z, Ketela T, Moffat J, **Neel BG**, Trudel S, Moran MF, Differential regulation of FGFR3 by PTPN1 and PTPN2. **Proteomics;** 015 Jan;15(2-3):419-33. doi: 10.1002/pmic.201400259. Epub 2014 Dec 17. PMID: 25311528.

203. Dodd GT, Decherf S, Loh K, Simonds SE, Wiede F, Balland E, Merry TL, Münzberg H, Zhang ZY, Kahn BB, **Neel BG**, Bence KK, Andrews ZB, Cowley MA, Tiganis T. Leptin and insulin act on POMC neurons to promote the browning of white fat. **Cell;** 2015 Jan 15;160(1-2):88-104. doi: 10.1016/j.cell.2014.12.022. PMCID:PMC4453004

204. Mazhab-Jafari MT, Marshall CB, Smith MJ, Gasmi-Seabrook GM, Stathopulos PB, Inagaki F, Kay LE, **Neel BG**, Ikura M. Oncogenic and RASopathy-associated K-RAS mutations relieve membrane-dependent occlusion of the effector-binding site **Proc Natl Acad Sci U S ;** 2015 May 4. pii: 201419895. [Epub ahead of print]. PMCID: PMC4450377.

205. Stewart EL, Mascaux C, Pham NA, Sakashita S, Sykes J, Kim L, Yanagawa N, Allo G, Ishizawa K, Wang D, Zhu CQ, Li M, Ng C, Liu N, Pintilie M, Martin P, John T, Jurisica I, Leighl NB, **Neel BG**, Waddell TK, Shepherd FA, Liu G, Tsao MS. Clinical utility of patient-derived xenografts to determine biomarkers of prognosis and map resistance pathways in EGFR-Mutant lung adenocarcinoma**. J Clin Oncol.;** 2015 Aug 1;33(22):2472-80. doi: 10.1200/JCO.2014.60.1492. Epub 2015 Jun 29. PMID: 26124487.

206. Cordeddu V, Yin JC, Gunnarsson C, Virtanen C, Drunat S, Lepri F, De Luca A, Rossi C, Ciolfi A, Pugh TJ, Bruselles A, Priest JR, Pennacchio LA, Lu Z, Danesh A, Quevedo R, Hamid A, Martinelli S, Pantaleoni F, Gnazzo M, Daniele P, Lissewski C, Bocchinfuso G,

Stella L, Odent S, Philip N, Faivre L, Vlckova M, Seemanova E, Digilio C, Zenker M, Zampino G, Verloes A, Dallapiccola B, Roberts AE, Cavé H, Gelb BD, **Neel BG***, Tartaglia M. Activating mutations affecting the Dbl homology domain of SOS2 cause Noonan syndrome. **Hum Mutat;** 2015 Nov;36(11):1080-7. doi: 10.1002/humu.22834. Epub 2015 Aug 3. PMCID: PMC4604019. ***co-corresponding**

207.  Hsu TY, Simon LM, Neill NJ, Marcotte R, Sayad A, Bland CS, Echeverria GV, Sun T, Kurley SJ, Tyagi S, Karlin KL, Dominguez-Vidaña R, Hartman JD, Renwick A, Scorsone K, Bernardi RJ, Skinner SO, Jain A, Orellana M, Lagisetti C, Golding I, Jung SY, Neilson JR, Zhang XH, Cooper TA, Webb TR, **Neel BG**, Shaw CA, Westbrook TF. The spliceosome is a therapeutic vulnerability in MYC-driven cancer. **Nature;** 2015 Sep 17;525(7569):384-8. doi: 10.1038/nature14985. Epub 2015 Sep 2. PMCID:PMC4831063

208.  Hatlen MA, Arora K, Vacic V, Grabowska EA, Liao W, Riley-Gillis B, Oschwald DM, Wang L, Joergens JE, Shih AH, Rapaport F, Gu S, Voza F, Asai T, **Neel BG**, Kharas MG, Gonen M, Levine RL, Nimer SD. Integrative genetic analysis of mouse and human AML identifies cooperating disease alleles. **J Exp Med.** J Exp Med. 2016 Jan 11;213(1):25-34. doi: 10.1084/jem.20150524. Epub 2015 Dec 14. PMCID: PMC4710200

209.  Liu X, Zheng H, Li X, Wang S, Meyerson HJ, Yang W, **Neel BG**, Qu CK. Gain-of-function mutations of Ptpn11 (Shp2) cause aberrant mitosis and increase susceptibility to DNA damage-induced malignancies. **Proc Natl Acad Sci U S A.** 2016 Jan;113(4):984-9. doi: 10.1073/pnas.1508535113. Epub 2016 Jan 11. PMCID: PMC4743778

210.  Marcotte R, Sayad A, Brown KR, Sanchez-Garcia F, Reimand J, Haider M, Virtanen C, Bradner JE,  Bader GD, Mills GB, Pe'er D, Moffat J, **Neel BG**. Functional genomic landscape of human breast cancer drivers,vulnerabilities, and resistance. **Cell.** 2016 Jan 14; 164 (1-2): 293-309. PMCID: PMC4724865

211.  Gu S, Chan WW, Mohi G, Rosenbaum J, Sayad A, Lu Z, Virtanen C, Li S, **Neel BG***, Van Etten RA. Distinct GAB2 signaling pathways are essential for myeloid and lymphoid transformation and leukemogenesis by BCR-ABL1. **Blood**. 2016 Apr 7. pii: blood-2015-06-653006. [Epub ahead of print]. PMCID: PMC4825414 ***co-corresponding**

212.  Fang Z, Marshall CB, Yin JC, Mazhab-Jafari MT, Gasmi-Seabrook GMC, Smith MJ, Nishikawa T, Xu Y, **Neel BG**, Ikura M. Biochemical classification of disease-associated mutants of RAS-Like protein expressed in many tissues (RIT1). **J. Biol. Chem**. 2016 May 18. pii: jbc.M116.714196. [Epub ahead of print]. PMID:27226556

213.  Banh RS, Iorio C, Marcotte R, Xu Y, Cojocari D, Rahman AA, Pawling J, Zhang W, Sinha A, Rose CM, Isasa M, Zhang S, Wu R, Vitrtanen C, Hitomi T, Habu T, Sidhu SS, Koizumi A, Wilkins SE, Kislinger T, Gygi SP, Schofield CJ, Dennis J W, Wouters BG, **Neel BG**. PTP1B controls non-mitochondrial oxygen consumption by regulating RNF213 to promote tumour survival during hypoxia. **Nature Cell Biology.** 2016 Jul;18(7):803-13. doi: 10.1038/ncb3376. Epub 2016 Jun 20. PMCID:PMC4936519

214.  Yao Z, Darowski K, St-Denis N, Wong V, Offensperger F, Villedieu A, Amin S, Malty R, Aoki H, Guo H, Xu Y, Iorio C, Kotlyar M, Emili A, Jurisica I, **Neel BG**, Babu M, Gingras A-C, Stagljar I. A Global Analysis of the Receptor Tyrosine Kinase-Protein Phosphatase

Interactome. **Molecular Cell.** 2017 Jan 19;65(2):347-360. doi: 10.1016/j.molcel.2016.12.004. Epub 2017 Jan 5. PMID:28065597

215. Tiburcy M, Hudson JE, Balfanz P, Schlick SF, Meyer T, Chang Liao ML, Levent E, Raad F, Zeidler S, Wingender E, Riegler J, Wang M, Gold JD, Kehat I, Wettwer E, Ravens U, Dierickx P, van Laake L, Goumans MJ, Khadjeh S, Toischer K, Hasenfuss G, Couture LA, Unger A, Linke WA, Araki T, **Neel B**, Keller G, Gepstein L, Wu JC, Zimmermann WH. Defined Engineered Human Myocardium with Advanced Maturation for Applications in Heart Failure Modelling and Repair.**Circulation.** 2017 Feb 6. pii: CIRCULATIONAHA.116.024145. doi: 10.1161/CIRCULATIONAHA.116.024145. [Epub ahead of print] PMID:28167635

216. Tong J, Helmy M, Cavalli FM, Jin L, St-Germain J, Karisch R, Taylor P, Minden MD, Taylor MD, **Neel BG**, Bader GD, Moran MF. Integrated analysis of proteome, phosphotyrosine-proteome, tyrosine-kinome and tyrosine-phosphatome in acute myeloid leukemia. **Proteomics**. 2017 Mar;17(6). doi: 10.1002/pmic.201600361.PMID: 28176486

217. Medrano M, Communal L, Brown KR, Iwanicki M, Normand J, Paterson J, Sircoulomb F, Krzyzanowski P, Novak M, Doodnauth SA, Saiz FS, Cullis J, Al-Awar R, **Neel BG**, McPherson J, Drapkin R, Ailles L, Mes-Massons AM, Rottapel R. Interrogation of Functional Cell-Surface Markers Identifies CD151 Dependency in High-Grade Serous Ovarian Cancer. **Cell Rep**. 2017 Mar 7;18(10):2343-2358. doi: 10.1016/j.celrep.2017.02.028. PMID:2827345

218. Zhang X, Dong Z, Zhang C, Ung CY, He S, Tao T, Oliveira AM, Meves A, Ji B, Look AT, Li H, **Neel BG**, Zhu S. Critical Role for GAB2 in Neuroblastoma Pathogenesis through the Promotion of SHP2/MYCN Cooperation. **Cell Rep**. 2017 Mar 21;18(12):2932-2942. doi: 10.1016/j.celrep.2017.02.065. PMCID:PMC5393048

219. Yin JC, Platt MJ, Tian X, Wu X, Backx PH, Simpson JA, Araki T, **Neel BG**. Cellular interplay via cytokine hierarchy causes pathological cardiac hypertrophy in RAF1-mutant Noonan syndrome. **Nat Commun**. 2017 May 26;8:15518. doi:10.1038/ncomms15518. PMID: 28548091; PMCID: PMC5458545

220. Brana I, Pham NA, Kim L, Sakashita S, Li M, Ng C, Wang Y, Loparco P, Sierra R, Wang L, Clarke BA, **Neel BG**, Siu LL, Tsao MS. Novel combinations of PI3K-mTOR inhibitors with dacomitinib or chemotherapy in PTEN-deficient patient-derived tumor xenografts. **Oncotarget**. 2017 Jul 8;8(49):84659-84670. doi: 10.18632/oncotarget.19109. eCollection 2017 Oct 17.PMCID:PMC5689564

221. Tsutsumi R, Harizanova J, Stockert R, Schröder K, Bastiaens PIH, **Neel BG**. Assay to visualize specific protein oxidation reveals spatio-temporal regulation of SHP2. **Nat Commun**. 2017 Sep 6;8(1):466. doi: 10.1038/s41467-017-00503-w. PMID:28878211; PMCID: PMC5587708

222. Cimmino L, Dolgalev I, Wang Y, Yoshimi A, Martin GH, Wang J, Ng V, Xia B, Witkowski MT, Mitchell-Flack M, Grillo I, Bakogianni S, Ndiaye-Lobry D, Martín MT, Guillamot M, Banh RS, Xu M, Figueroa ME, Dickins RA, Abdel-Wahab O, Park CY, Tsirigos A, **Neel BG**, Aifantis I. Restoration of TET2 Function Blocks Aberrant Self-Renewal and Leukemia Progression. **Cell**. 2017 Sep 7;170(6):1079-1095.e20.doi: 10.1016/j.cell.2017.07.032. Epub 2017 Aug 17. PMCID:PMC5755977

## 2018

223.  Gu S*, Sayad A, Chan G, Yang W, Lu Z, Virtanen C, Van Etten RA, **Neel BG\***. SHP2 is required for BCR-ABL1-induced hematologic neoplasia. **Leukemia**. 2018 Jan;32(1):203-213. doi: 10.1038/leu.2017.250. Epub 2017 Aug 14.PMID: 28804122. **\*co-corresponding**

224.  Le Sommer S, Morrice N, Pesaresi M, Thompson D, Vickers MA, Murray GI, Mody N, **Neel BG**, Bence KK, Wilson HM, Delibegovic M. Deficiency in protein tyrosine phosphatase PTP1B shortens lifespan and leads to development of acute leukemia. **Cancer Res**. 2018 Jan 1;78(1):75-87. doi: 10.1158/0008-5472.CAN-17-0946. Epub 2017 Nov 9.PMCID:PMC5756472

225.  Peled M, Tocheva AS, **Neel BG**, Sandigursky S, Nayak S, Philips EA, Nichols KE, Strazza M, Azulay-Alfaguter I, Askenazi M, Pelzek A, Ueberheide B, Mor A. Affinity purification mass spectrometry analysis of PD-1 uncovers SAP as a new checkpoint inhibitor. **Proc Natl Acad Sci U S A.** 2018 Jan 16;115(3):E468-E477. doi: 10.1073/pnas.1710437115. Epub 2017 Dec 27. PMCID:PMC5776966

226.  Wang L, Iorio C, Yan K, Yang H, Takeshita S, Chen J, **Neel BG\*,** Yang W. An ERK/RSK-Mediated Negative Feedback Loop Regulates M-CSF-Evoked PI-3 Kinase/AKT Activation in Macrophages. **FASEB J**. 2018 Feb;32(2):875-887. doi: 10.1096/fj.201700672RR. Epub 2018 Jan 4. PMCID:PMC5888401 **\*co-corresponding**

227.  Zheng H, Yu WM, Waclaw RR, Kontaridis MI, **Neel BG**, Qu CK. Gain-of-function mutations in the gene encoding the tyrosine phosphatase SHP2 induce hydrocephalus in a catalytically dependent manner. **Sci Signal**. 2018 Mar 20;11(522). pii: eaao1591. doi: 10.1126/scisignal.aao1591. PMCID:PMC5915342

228.  Zuo C, Wang L, Kamalesh RM, Bowen ME, Moore DC, Dooner MS, Reginato AM, Wu Q, Schorl C, Song Y, Warman ML, **Neel BG**, Ehrlich MG, Yang W. SHP2 regulates skeletal cell fate by modifying SOX9 expression and transcriptional activity. **Bone Res**. 2018 Apr 6;6:12. doi: 10.1038/s41413-018-0013-z. eCollection 2018. PMCID:PMC5886981

229.  Cybulska P, Stewart JM, Sayad A, Virtanen C, Shaw PA, Clarke B, Stickle N, Bernardini MQ, **Neel BG**. A Genomically Characterized Collection of High-Grade Serous Ovarian Cancer Xenografts for Preclinical Testing. **Am J Pathol**. 2018 May;188(5):1120-1131. doi: 10.1016/j.ajpath.2018.01.019. Epub 2018 Feb 16. PMID: 29458007

230.  Tajan M, Pernin-Grandjean J, Beton N, Gennero I, Capilla F, **Neel BG**, Araki T, Valet P, Tauber M, Salles JP, Yart A, Edouard T. Noonan syndrome-causing SHP2 mutants impair ERK-dependent chondrocyte differentiation during endochondral bone growth. **Hum Mol Genet**. 2018 Jul 1;27(13):2276-2289. doi: 10.1093/hmg/ddy133. PMID:29659837.

231.  Fedele C, Ran H, Diskin B, Wei W, Jen J, Geer MJ, Araki K, Ozerdem U, Simeone DM, Miller G, **Neel BG\***, Tang KH. SHP2 Inhibition Prevents Adaptive Resistance to MEK Inhibitors in Multiple Cancer Models. **Cancer Discov**. 2018 Jul 25. pii: CD-18-0444. doi: 10.1158/2159-8290.CD-18-0444. [Epub ahead of print]. PMID:30045908. **\*co-corresponding**

232. Tsutsumi R, Ran H, **Neel BG**. Off-target inhibition by active site-targeting SHP2 inhibitors. **FEBS Open Bio**. 2018 Aug 1;8(9):1405-1411. doi: 10.1002/2211-5463.12493. eCollection 2018 Sep. PMCID:PMC6120237.

233. Xu Y, Taylor P, Andrade J, Ueberheide B, Shuch B, Glazer PM, Bindra RS, Moran MF, Linehan WM, **Neel BG**. Pathological Oxidation of PTPN12 Underlies ABL1 Phosphorylation in Hereditary Leiomyomatosis and Renal Cell Carcinoma. **Cancer Research**. 2018 Oct 8. doi: 10.1158/0008-5472.CAN-18-0901. [Epub ahead of print]. PMID:30297534.

234. Nagy Z, Vögtle T, Geer MJ, Mori J, Heising S, Di Nunzio G, Gareus R, Tarakhovsky A, Weiss A, **Neel BG**, Desanti GE, Mazharian A, Senis YA. The *Gp1ba-Cre* transgenic mouse: a new model to delineate platelet and leukocyte functions. **Blood**. 2018 Nov 14. pii: blood-2018-09-877787. doi: 10.1182/blood-2018-09-877787. [Epub ahead of print]. PMID:30429161


## Reviews:

1. Hayward WS, **Neel BG**. Retroviral gene expression. In: Henle W, et al. eds. Current Topics Microbiology Immunology, vol 91. New York: **Springer-Verlag;** 1981: pp. 217-276.

2. Hayward WS, **Neel BG**, Astrin SM. Avian leukosis viruses: activation of cellular onc genes. In: Klein G, ed. Advances in Viral Research and Therapy. New York: **Raven Press;** 1982: pp. 207-233.

3. Hayward WS, **Neel BG**, Astrin SM. Oncogene activation by avian leukosis virus. **J. Cell. Biochem;** Suppl., 1982; 0:199.

4. **Neel BG**. Tumor Suppressor Genes. In: Kumar R, Neel BG, eds. Molecular Basis of Human Cancer, Mount Kisco, NY, 1993: pp. 17-143.

5. **Neel BG**. Structure and function of SH2 domain-containing tyrosine phosphatases. **Seminars in Cell Biology;** 1993 Dec;4(6):419-32. PMID: 8305681.

6. Tonks NK, **Neel BG**. From form to function: signaling by protein tyrosine phosphatases. **Cell;** 1996; 87:365-368. PMID: 8898190.

7. **Neel BG,** Tonks NK. Protein tyrosine phosphatases in signal transduction. Curr. Op. Cell Biol.; 1997 Apr;9(2):193-204. PMID: 9069265.

8. **Neel BG**. Role of phosphatases in lymphocyte activation. **Curr. Op. Immunol**.; 1997 Jun;9(3):405-20. PMID: 9203149.

9. Van Vactor D, O'Reilly AM, **Neel BG**. Genetic analysis of protein tyrosine phosphatases. **Curr. Op. Genet. Develop;** 1998 Feb;8(1):112-26. PMID: 9529614.

10. Barford D, **Neel BG**. Revealing mechanisms for SH2 domain-mediated regulation of the protein tyrosine phosphatase SHP-2. **Structure**; 1998 Mar 15;6(3):249-54. PMID: 9551546.

11. Siminovitch KA, **Neel BG**. Regulation of B cell signal transduction by SH2-containing protein-tyrosine phosphatases. **Seminars in Immunolog**y; 1998 Aug;10(4):329-47. PMID: 9695189.

12. Cantley LC, **Neel BG**. New insights into tumor suppression: PTEN suppresses tumor formation by restraining the phosphoinositides 3-kinase/AKT pathway. **Proc. Natl. Acad. Sci. USA;** 1999; 96:4240-4245. PMCID: PMC33561.

13. **Neel BG**. Dedication. **Semin Immunol;** 2000 Aug;12(4):345-6. PMID: 10995580.

14. **Neel BG**. Introduction: phosphatases in the immune system. **Semin Immunol;** 2000 Aug;12(4):347-8. PMID: 10995581.

15. Tonks NK, **Neel BG**. Combinatorial control of the specificity of protein tyrosine phosphatases. **Curr Opin Cell Biol;** 2001;13:182-95. PMID: 11248552.

16. Gu H, **Neel BG**. The "Gab" in signal transduction. **Trends Cell Biol;** 2003;13:122-30. PMID: 12628344.

17. **Neel BG**, Gu H, Pao L. The "Shp"ing news: Sh2 domain-containing tyrosine phosphatases in cell signaling. **Trends Biochem Sci;** 2003; 28:284-93. PMID: 12826400.

18. **Neel BG**, Gu H, Pao L. SH2 domain-containing Protein-Tyrosine Phosphatases**. Handbook of Cell Signaling 2003;** Chapter 118:707-728.

19. Epstein JA, **Neel BG**. Signal transduction: an eye on organ development. **Nature;** 2003;426:238-9. PMID: 14628032.

20. Bentires-Alj M, Kontaridis MI, **Neel BG**. Stops along the RAS pathway in human genetic disease. **Nat. Med;** 2006;12:283-285. PMID: 16520774.

21. Courtneidge SA, **Neel BG**. Genetic and cellular mechanisms of oncogenesis. **Curr Opin Genet Dev;** 2007 Feb;17(1):23-30. Epub 2007 Jan 16. PMID: 17227708.

22. Mohi MG, **Neel BG**. The role of Shp2 (PTPN11) in cancer. Curr Opin Genet Dev. 2007; 17(1):23-30. Epub 2007 Jan 16. Review.

23. Pao LI, Badour K, Siminovitch KA, **Neel BG**. Non-receptor Protein-Tyrosine Phosphatases in immune cell signaling. **Annu Rev Immunol;** 2007 Jan 2;25:473-523. PMID: 17291189.

24. Chan G, Kalaitzidis D**, Neel BG**. The Tyrosine phosphatase Shp2 (PTPN11) in cancer. **Cancer Metastasis Rev;** 2008 Jun; 27(2):179-92. Review. PMID:18286234.

25. Araki T, **Neel BG**. Animal models for NS and related disorders. **Monographs in Human Genetics;** Karger Pub, Vol. 17, pg 138 - 150, 2009.

26. **Neel BG,** Chan G, Dhanji S. Shp2 domain-containing protein-tyrosine phosphatases. **Handbook of Cell Signalling**; Vol. 2 (eds Bradshaw, R. A.& Dennis, E. A.) Ch. **98**, 771–809 (2009).

27.   Karisch R**, Neel, BG.** Methods to monitor classical protein-tyrosine phosphatase oxidation, **FEBS Journal;** Epub 2012 May 12, 2013 Jan;280(2):459-75.  PMID: 22577968.

28.   Yang W, **Neel BG.** From an orphan disease to a generalized molecular mechanism: PTPN11 loss-of-function mutations in the pathogenesis of metachondromatosis. **Rare Diseases;** Oct 2 2013 Landes Bioscience 1, e26657 PMID: 25003010

29.   Xu Y, **Neel BG**. Redox regulation of PTPs in metabolism: Focus on Assays in Protein Tyrosine Phosphatase Control of Metabolism, **(ed. Bence, K);** Ch. **1**, Springer Vol XI:1-26, 2013.

30.   Ran H, Tsutsumi R, Araki T, **Neel BG**. Sticking It to Cancer with Molecular Glue for SHP2. **Cancer Cell.** 2016 Aug 8;30(2):194-6. doi: 10.1016/j.ccell.2016.07.010. PMID:27505669

31.   Chan G, **Neel BG.** Role of PTPN11 (SHP2) in Cancer.  In: Neel BG, Tonks NK, eds. Protein Tyrosine Phosphatases in Cancer. New York: **Springer**, 2016. pp.115-143.

32.   Chan G, **Neel BG**. Bad neighbors cause bad blood. **Nature**;  2016  Nov 10;539 (7628):173-175, doi: 10.1038/nature19479, PMID: 27783594

33.   Cimmino L, **Neel BG\***, Aifantis I. Vitamin C in Stem Cell Reprogramming and Cancer. **Trends Cell Biol.** 2018 Sep;28(9):698-708. doi: 10.1016/j.tcb.2018.04.001. Epub 2018 Apr 30. Review. PMCID:PMC6102081. **\*co-corresponding**


## Meeting Reports

1.   **Neel BG**.   Anti-Receptor Signaling Strategies in Human Neoplasia - First International Symposium, Chicago, IL;  IDdb Meeting Report  2002, September 19-21.

2.   Rauen KA, Schoyer L, McCormick F, Lin AE, Allanson JE, Stevenson DA, Gripp KW, Neri G, Carey JC, Legius E, Tartaglia M, Schubbert S, Roberts AE, Gelb BD, Shannon K, Gutmann DH, McMahon M, Guerra C, Fagin JA, Yu B, Aoki Y, **Neel BG**, Balmain A, Drake RR, Nolan GP, Zenker M, Bollag G, Sebolt-Leopold J, Gibbs JB, Silva AJ, Patton EE, Viskochil DH, Kieran MW, Korf BR, Hagerman RJ, Packer RJ, Melese T. Proceedings from the 2009 genetic syndromes of the Ras/MAPK pathway: From bedside to bench and back. **Am J Med Genet A.** 2010 Jan; 152A(1):4-24.

3.   Korf B, Ahmadian R, Allanson J, Aoki Y, Bakker A, Wright EB, Denger B, Elgersma Y, Gelb BD, Gripp KW, Kerr B, Kontaridis M, Lazaro C, Linardic C, Lozano R, MacRae CA, Messiaen L, Mulero-Navarro S, **Neel B**, Plotkin S, Rauen KA, Roberts A, Silva AJ, Sittampalam SG, Zhang C, Schoyer L.The Third International Meeting on Genetic Disorders in the RAS/MAPK Pathway: Towards a Therapeutic Approach. **Am J Med Genet A**. 2015 Apr 21. doi: 10.1002/ajmg.a.37089. [Epub ahead of print] PMID: 25900621


## Books

1.  **Neel BG**, Kumar R, eds.  Molecular Basis of Human Cancer. New York: **Mount Kisco**, 1993. Print.

2.  **Neel BG**, Tonks NK, eds. Protein Tyrosine Phosphatases in Cancer. New York: **Springer**, 2016. eBook and Print.

# APPENDIX C

# Previous Four Years of Expert Testimony for Benjamin Neel, M.D., Ph.D.

Dr. Benjamin Neel has not testified as an expert at trial or by deposition during the previous four years.

Exhibit F

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

MDL NO. 16-2738 (FLW) (LHG)

*THIS DOCUMENT RELATES TO ALL CASES*

**EXPERT REPORT OF IE-MING SHIH, MD, PHD
FOR GENERAL CAUSATION *DAUBERT* HEARING**

Date: February 25, 2019

_____

Ie-Ming Shih, MD, PhD

**EXPERT REPORT ON THE ALLEGED CAUSAL ROLE OF TALC IN OVARIAN CANCER**

Ie-Ming Shih, MD, PhD

Richard W. TeLinde Distinguished Professor of Gynecologic Pathology
Director of the inter-departmental TeLinde Gynecologic Pathology Research Program
Co-Director of the Breast and Ovarian Cancer program, Sidney Kimmel Comprehensive Cancer Center
Johns Hopkins University School of Medicine
Baltimore, Maryland

## INTRODUCTION, SCOPE OF REPORT, AND SUMMARY OF OPINIONS

I understand that plaintiffs' experts – in particular, Dr. Ghassan Saed and Dr. Sarah Kane – have offered opinions for litigation regarding the biological mechanisms by which perineal talc might cause or worsen the prognosis of ovarian cancer. I was asked to review these litigation opinions and to assess their scientific validity and the reliability of the methods employed to formulate them. Based on my experience and expertise as a pathologist who focuses on gynecological pathology and carcinogenesis, I have formed the following opinions, which I detail in this report:

1. Dr. Saed's and Dr. Kane's opinions related to the biological plausibility of the theory that talc powder use can cause ovarian cancer or increase the risk of ovarian cancer are not the product of reliable methods and are contrary to established scientific knowledge.

2. Dr. Saed's experimental results, including those published (in press), are fraught with research design flaws, and the results fail to support or negate his hypothesis – they are simply irrelevant. He has not developed any evidence that supports the theory that talc powder has a carcinogenic role in ovarian cancer development.

3. Based on the recent research findings as published, I did not find any evidence – molecular, biological, pathological or epidemiological in nature – that supports the conclusion that talc can cause or increase the risk of ovarian cancer.

4. Dr. Saed failed to provide an adequate disclosure of a significant conflict of interest in his manuscript, and his failure to do so calls all of his work and conclusions into question.

## SUMMARY OF RELEVANT EXPERIENCE AND QUALIFICATIONS

I am a pathologist with expertise in gynecologic pathology, especially in the carcinogenesis and etiology of ovarian cancer (i.e., how ovarian cancer develops in women). I am certified in Anatomic Pathology by the American Board of Pathology. I received my medical degree from the Taipei Medical University in 1988, as well as a Ph.D. in Biomedical Graduate Study (Pathology) from the University of Pennsylvania in 1993. Thereafter, I completed a residency in Anatomic Pathology and a clinical fellowship in Gynecologic Pathology at the Johns Hopkins Hospital, and a research fellowship in Cancer Genetics at Johns Hopkins Oncology Center.

1

I currently hold an appointment as the Richard W. TeLinde Distinguished Professor of Gynecologic Pathology in the Department of Gynecology and Obstetrics at Johns Hopkins Medical Institutions (see the link below), where I also hold secondary appointments in the Departments of Oncology and Pathology. I additionally serve as the Director of the Johns Hopkins Inter-departmental TeLinde Gynecologic Pathology Research Program (www.gynecologycancer.org) and as a Co-director of the Breast and Ovarian Cancer Program at the Sidney Kimmel Comprehensive Cancer Center at the Johns Hopkins University School of Medicine. Of note, the Richard W. TeLinde distinguished (endowed) professorship is considered the most prestigious position of gynecologic pathology in the country. https://professorships.jhu.edu/professorship/richard-w-telinde-distinguished-professorship-in-gynecological-pathology/.

My research focuses on exploring carcinogenesis, genomic landscapes and pathogenesis of ovarian and endometrial cancers, developing new target-based therapy and applying innovative technology for early detection of gynecologic cancer. My research team has proposed the new model in classifying ovarian cancer, which has become widely used, helped elucidate the origin of ovarian cancer and develops new technology to detect ovarian cancer. My research group also pioneered elucidating the molecular landscapes in different types of ovarian cancer and identifying novel genes and pathways involved in cancer initiation, chromatin remodeling, chromosomal instability, cytokinesis and tumor invasion in ovarian cancer, providing new insight into how ovarian cancer occurs.

I have received many research awards from US government agencies, including the National Institutes of Health ("NIH") and National Cancer Institute ("NCI") and the Department of Defense (DoD), to study ovarian cancer-related topics. Pursuant to these awards, my research team, in collaboration with medical and gynecologic oncologists, is initiating new clinical trials that capitalize on our new molecular research findings. For example, I am the Principal Investigator in the recent NIH/NCI awarded SPORE (Specialized Program of Research Excellence) for Ovarian Cancer ($12.5 million for 5 years, 2018-2023), and I am leading the multi-institutional team for translational ovarian cancer research, including the development of early detection and novel therapies by further understanding ovarian cancer initiation and progression and by better understanding ovarian cancer biology. I have also been the Principal Investigator or key project leader in several research projects supported by NIH/NCI, DoD and several private foundation awards. Under my leadership, the TeLinde Gynecologic Pathology Research Program has generated more than $6.6 million of research funds each year, making my research program the most successful gynecologic pathology research group in the country.

I have published more than 350 original articles and book chapters in prestigious medical and science journals such as *New England Journal of Medicine*, *Cancer Cell*, *Journal of National Cancer Institute*, *PNAS*, *Science*, *Lancet Oncology, Nature* and *Nature Medicine*, etc., which have been cited more than 32,000 times in the literature, making me one of the most cited gynecologic pathologists in the world. My 2017 paper published in *New England Journal of Medicine* (related to molecular changes in the very beginning of a specific type of ovarian cancer) received the Most Influential Paper Prize in Gynecology field in 2017 from the Columbia Hospital for Women Research Foundation. I am also one of the contributors to book chapters in gynecology textbooks and the WHO Classification of Tumors of Female Reproductive Organs

published by the IARC 2014 in defining different types of ovarian cancer. I have been invited to give more than 110 lectures worldwide, many of which related to ovarian cancer. In particular, I have given 36 invited lectures on the carcinogenesis of ovarian (high-grade) cancer. These lectures reflect my academic status and international reputation on the subject of how ovarian cancer develops. I have been on several advisory boards, such as the NCI Ovarian Task Force of Gynecologic Cancer Steering Committee and Ovarian Cancer Research Alliance, and served as an editorial board member of *Cancer Research*, *Journal of Pathology*, *American Journal of Pathology* and several others.

I am serving as an expert on ovarian cancer carcinogenesis in this litigation. In particular, I was asked to review the expert report and related work of Dr. Ghassan Saed. My reimbursement rate is commensurate to my experience and academic status mentioned above: $800/hr for preparing reports, $1400/hr for deposition, $1200/case for reviewing tissue materials and generating pathology reports.

## OPINIONS

The following opinions are based on my expertise, experience, training, my previous and ongoing research, as well as knowledge from reading the relevant scientific literature. Based on an assessment of the totality of the evidence, and following the methodology set forth below, I hold the opinions offered in this report to a reasonable degree of scientific and medical certainty. I reserve the right to amend or supplement this report as new information becomes available.

This report is divided into four sections. I begin with a brief overview (section A). I then express my opinions in two parts. Section B sets forth the serious problems with Dr. Saed's research findings provided in his expert report and the in-press article. I conclude that Dr. Saed's research does not support the conclusions he offers in his expert report or his article. Section C addresses my understanding of whether talc powder is a cause of ovarian cancer, including the lack of scientific evidence to support the conclusion that talc could cause ovarian cancer. And Section D discusses the problematic implications of Dr. Saed's failure to disclose in his manuscript that the funding he received was from a law firm with a vested interest in the results of his study.

## A. Overview

Very few true ovarian cancer risks have been established. They include the BRCA1/2 inherited mutations and the increased accumulated times of ovulation in a woman's lifetime (affected by oral contraceptive use, oocyte induction, child bearing, breast feeding, etc.). Approximately 1.3% of women in the general population will develop ovarian cancer sometime during their lives (Howlader et al., 2017). But in women who carry the germline mutations, the chance dramatically increases by the age of 80 to ~ 44% of women who inherit a harmful BRCA1 mutation and ~ 17% of women who inherit a harmful BRCA2 mutation (Kuchenbaecker et al., 2017). Ovarian cancer precursor lesions are also enriched in BRCA1/2 mutation carriers (Visvanathan et al., 2018). Similarly, more ovulations increase the risk of ovarian cancer, the so-called "incessant ovulation theory" of ovarian cancer (Fathalla, 2013; Havrilesky et al., 2013; Lurie et al., 2008). The above conclusions are reproducible and unequivocal and have become generally accepted in the field of ovarian cancer carcinogenesis.

Several studies have reported an association between ovarian cancer and the use of talcum powder on the perineal area. In 2010, the International Agency for Research on Cancer ("IARC") classified perineal use of talc as a possible carcinogen. As compared to the published reports confirming scientifically accepted ovarian cancer risks, the studies focusing on delineating the alleged ovarian cancer-promoting roles of talc are fraught with several issues, including study design, incorrect interpretation of the study results, and premature conclusions. Therefore, credible support for the theory that talc can cause ovarian cancer is lacking. In Section C of this report, I will carefully examine the published evidence (especially after 2010) that is related to the alleged role of talc in the development of ovarian cancer.

**B. Dr. Saed's And Dr. Kane's Conclusions**

In this part, I identify problems related to the interpretations and conclusions made by Dr. Saed, who conducted experiments on talc powder and argues that talc could cause ovarian cancer development, as well as the opinions of Dr. Kane, who puts forth a number of the same points raised by Dr. Saed but also offers a few additional opinions of her own. I first address Dr. Saed's opinions (B.1) and in-press article (B.2). I then address the additional opinions offered by Dr. Kane (B.3).

    **1. Dr. Saed's statements in his expert report**

Dr. Saed purports to have conducted laboratory research that supports the theory that talc use can cause ovarian cancer. According to Dr. Saed:

*"1. Johnson's Baby Powder elicits an inflammatory response in normal ovarian and tubal cells and in ovarian cancer cells that can result in the development and progression of ovarian cancer."* (*See, e.g.*, Saed Rep. at 20; *see also id.* at 10.)
*"2. This pro-carcinogenic process involves oxidative stress, alteration of the redox environment by increasing oxidant enzymes and decreasing anti-oxidant enzymes, promotion of cell proliferation, inhibition of apoptosis, and induction of specific genetic mutations."* (*See, e.g.*, Saed Rep. at 20; *see also id.* at 16-17.)
*"3. Johnson's Baby Powder exposure results in elevation of CA-125, a clinically relevant biomarker for ovarian cancer, in normal and ovarian cancer cells."* (*See, e.g.*, Saed Rep. at 20; *see also id.* at 18.)
*"4. The molecular effects resulting from Johnson's Baby Powder exposure exhibit a clear dose-response pattern."* (*See, e.g.*, Saed Rep. at 20; *see also id.* at 17.)

Dr. Saed concludes that "Johnson's Baby Powder exposure can cause ovarian cancer." (*See, e.g.*, Saed Rep. at 20.)

Dr. Saed's research is unreliable and his conclusions reveal a fundamental misunderstanding of ovarian cancer, for several reasons.

**Excessive Talc Concentration.** The talc concentrations used in Dr. Saed's experiments (from 20-100 mg/ml) are higher than would be encountered in real-world (i.e., physiological) conditions. If use of such a high concentration was deemed appropriate by the researcher, he

needed to show a similar talc concentration range in human gynecologic tissues from those who had prior exposures. Otherwise, his data cannot be extrapolated to patients in real life. But no such showing was made here. Therefore, the observations made in Dr. Saed's report concerning cell growth, inhibition of cell death (apoptosis) and CAT expression and enzymatic activity in epithelial ovarian cancer cell lines and other cell lines (which are not relevant to ovarian cancer initiation) – are most likely the results of abnormally high concentrations of talc, which is not relevant to human biology.

**Use of Cancer Cell Lines.** Dr. Saed's study is also problematic because, although he was attempting to support the hypothesis that talc powder can cause ovarian cancer, Dr. Saed's study relies extensively on claimed effects of talc powder (under a non-physiological concentration) on cancer cell lines. Cancer cell lines were originally derived from cancer tissues and they are already cancer cells, meaning not normal cells anymore. If one wishes to show that the chemical of interest is potentially carcinogenic, one should show its biological effects on normal non-transformed cells – in this case, the normal fallopian tube epithelial cells. But this was not reported in Dr. Saed's study. (Dr. Saed did include immortalized cancer-free cells as well, but these are not normal cells.) Therefore, the research team missed the point regarding whether talc particles can cause ovarian cancer. Another problem with the study design is that the researchers mistakenly used an A2780 cell line as an ovarian high-grade serous cancer cell line. But in fact, A2780 is unlikely an ovarian high-grade serous cancer line and should not have been relevant in this study, reflecting the limited knowledge of the research group in studying ovarian cancer (Anglesio et al., 2013; Domcke et al., 2013).

Another related concern is the experiment related to oxidative stress. According to Dr. Saed, there is "*substantial evidence demonstrating that altered oxidative stress may play a role in maintaining the oncogenic phenotype of [epithelial ovarian cancer] cells.*" (*See, e.g.*, Saed Rep. at 17-18 (emphasis added).) But again, Dr. Saed's research does not show whether this is true in normal fallopian tube epithelial cells that give rise to ovarian cancer. In fact, what Dr. Saed really showed is the effect on cancer cells, which are characterized by a very different molecular and biological landscape from normal counterparts. If one wishes to demonstrate whether the chemical can induce malignant changes, one should focus on studying the effects of the chemical on normal fallopian tube epithelial cells.

**Irrelevance of CA-125 Finding.** Dr. Saed misstates the relevance of his findings with respect to CA-125. CA-125 is an FDA-approved ovarian cancer biomarker for monitoring disease status after treatment. It is definitely not a cancer-specific biomarker, as many normal tissues express CA-125 in the absence of cancer or its precursor. Therefore, CA-125 should not be considered as indicating the onset or heightened risk of the development of ovarian cancer. Thus, Dr. Saed's statement in the conclusion of his report that CA-125 is a "clinically relevant biomarker for ovarian cancer" (*see, e.g.*, Saed Rep. at 20) is misleading, and the data from CA-125 are not relevant to support the researcher's conclusion.

**Extrapolation From In Vivo Experiment.** Dr. Saed claims in his summary paragraph that "*This study has shown a dose-dependent significant increase in key pro-oxidants . . . and a concomitant decrease in key antioxidant enzymes . . . in all talc treated cells (both normal and ovarian cancer) compared to their controls.*" (*See, e.g.*, Saed Rep. at 19.) But the significance of

5

this finding is unclear. Although a dose-dependent phenomenon is relevant to assessing causal effect in biological studies, a broader conclusion on causation would depend on demonstration of a similar dose-dependent effect in women – i.e., that women who apply talc perineally have a higher risk when they are exposed to a higher dosage of talc powder (more frequent use and/or longer period of time, for example). Dr. Saed's experiment obviously does not answer this question. Moreover, all the data as presented in Dr. Saed's report were based on *in vitro* (in petri dishes or test tubes) experiments, and their significance to *in vivo* (in real animal or human tissues) is essentially unknown. Therefore, Dr. Saed's leap to a causal conclusion in his "Summary of Opinions" is not supported from the perspective of careful scientific investigation.

**Studies Not Conducted.** Dr. Saed acknowledged that there are other studies that he could have conducted – and even proposed conducting – but chose not to conduct due to claimed limitations on time and money. For example, he testified that animal experiments would be necessary to confirm that his *in vitro* experiments actually modeled chronic inflammation (Saed Dep. vol. 2, 542:16-25), but he did not conduct animal studies because he did not "have the time to do it and the money" (Saed Dep. vol. 1, 50:10-13). Dr. Saed similarly explained that he ultimately decided not to conduct other tests he had initially proposed, including one that he deemed essential to establishing a "cause and effect" relationship between talc exposure and ovarian cancer, because such testing would have taken more time and money. (Saed Dep. vol. 2, 498:6-17, 501:14-502:5, 503:10-505:20, 509:23-510:9, 513:9-14.) But science is a purely evidence-based and evidence-driven discipline, and limitations of money and time (or other matters mentioned in Dr. Saed's deposition, including reagents and assays) cannot excuse a lack of scientific rigor.

## 2. Dr. Saed's "In-Press" Paper in *Reproductive Science*

There are several problems with Dr. Saed's article as well, most of which are similar to the problems I have already identified with respect to his expert report.

**Cell Lines.** Three "ovarian cancer" cell lines were used in Dr. Saed's research. SKOV3 and A2780 in this new publication are not true ovarian high-grade serous cancer cells (Anglesio et al., 2013; Domcke et al., 2013). The third cell line employed, TOV112D, is a known ovarian endometrioid carcinoma cell line (Anglesio et al., 2013). This is concerning because none of the three "ovarian" cancer cell lines used were derived from high-grade serous carcinoma, which is the most common histological subtype of ovarian cancer and the disease focus of several of plaintiffs' epidemiology experts in this litigation.

**Concentration.** The talcum powder in this study was dissolved in DMSO at a concentration of 500 mg in 10 ml. (Manuscript at 5.) It is certainly unknown whether this concentration is relevant to ovarian tissue exposure to perineal use of talcum powder in women. Therefore, the significance of the results – including the expression levels of antioxidant enzymes, SOD, CAT, GPX and GSR as well as pro-oxidants, INOS, $NO_2$-/$NO_3$- and MPO in normal and ovarian cancer cells – is unclear.

**Purported Mutations.** The Saed paper states that, "*[r]emarkably, talc exposure induced specific point mutations that are known to alter the activity in some of these key enzymes.*" (Manuscript at 2.) The gene variants that were reported by Saed were not listed as cancer driver genes

(Tamborero, 2013), and therefore their biological significance in initiating human ovarian cancer is totally unknown. There is no evidence demonstrating these variants occur significantly in human ovarian cancer either. In addition, this statement has no solid support from the data provided (Table 2). Single nucleotide polymorphisms (SNPs) – a type of genetic variation – did occur in certain enzymes in some cell lines, but the reported mutant allele frequency (MAF) was low in general. This discrepancy is significant. A fundamental tenet of cancer genetics is that the mutations that drive tumor development, such as *TP53*, *KRAS* and many others, should be much higher (> 50% in cancer cell lines and > 10% in cancer tissues because of contamination from normal tumor stromal cells). As an example, *KRAS* mutation is an established cancer driver event, and it usually mutates in one of a pair of alleles (inherited from either mother or father) but not in the other, so the MAF is 50%. Thus, the reported findings suggest that mutations likely occur as a random event. In fact, the authors also said in the Result section that, "*[i]ntriguingly, talc treatment reversed this SNP genotype to the normal genotype (Table 2).*" (Manuscript at 8.) Based on my expertise in biology and cancer genetics, I can attest that this result of genotyping is of unknown significance and in any event is not related to the risk of talcum powder in promoting ovarian cancer. This is because these changes will not significantly affect any functions of the enzyme (meaning that the mutations do not have carcinogenic potential) unless the biochemistry can provide further evidence to support a different finding. In short, showing SNP changes does not prove or even suggest that an exposure is carcinogenic. The investigator would need to show a malignant or pre-cancerous change in tissue – and Dr. Saed has not done this.

**CA-125.** The authors state that talc treatment increased CA-125 levels in normal and ovarian cancer cells. (Manuscript at 8.) But for the reasons explained above, this is of no biological significance at all. CA-125 (also known as mucin 16) is a "biomarker" to monitor ovarian cancer during treatment. It has nothing to do with the disease biology (development of ovarian cancer). Nor, in any event, is CA-125 specific to ovarian cancer or, indeed, cancer generally. In gynecologic pathology, women who have several benign diseases (not cancers) have an increased CA-125 level in serum. Gynecologic tissues such as normal fallopian tube epithelium express CA-125. The best interpretation is that the increased CA-125 levels reflect a cell response to environmental stress (talc powder) – and not that this response has anything to do with ovarian cancer.



Figure 1. A representative photomicrograph showing the cell death (apoptosis) of epithelial cells in response to inflammation. There are many cells undergoing apoptosis (a kind of cell death) (arrows). These cells are characterized by pyknotic nuclei and eosinophilic condensed cytoplasm. Surrounding the epithelial nest are abundant lymphocytes and some leukocytes.

7

**Cell Proliferation.** The final conclusion provided in this paper is that the talc treatment increased cellular proliferation and decreased apoptosis (cell death). (Manuscript at 8.) But cell proliferation is not specific to cancer, as normal cells also proliferate all the time (like bone marrow blood cells and uterine epithelial cells) to replace normally aging cells. Thus, increased cellular proliferation itself does not suggest carcinogenicity. In other words, cellular proliferation is required but not sufficient to induce cancer. Rather, conceptually, if talc were a carcinogen, it would damage cell DNA first (mutagenic), causing either (1) growth arrest in non-transformed "normal" epithelial cells that repair DNA damage; or (2) cell death when the DNA damage is extensive and beyond the repair capacity of cells (**Figure 1**). But the result published is just the opposite (i.e., increased cell growth), and thus does not support the conclusion that talc is a mutagen or carcinogen. There are also numerous flaws associated with this experiment. For example, a time dependent cellular proliferation and apoptosis should be shown, different talc concentrations should be tested, more rigorous cell growth assays should be used, and more "normal" tubal epithelial and ovarian surface epithelial cells including the freshly prepared (non-transformed) ones should be used.

The assay for apoptosis suffered a similar pitfall in that other apoptotic markers should be employed. Moreover, reduced apoptosis itself is not a marker for tumorigenesis. In fact, apoptosis is more frequently seen in ovarian cancer precursor lesions and ovarian cancer than in normal counterparts (fallopian tube epithelium). And in any event, whether this talc-induced increased proliferation and decreased apoptosis can be observed in vivo is not known. Therefore, these *in vitro* results and conclusions cannot be extrapolated to support the hypothesis that talc use can cause ovarian cancer.

### 3. Dr. Kane's Opinions

Dr. Kane has also expressed an opinion on the alleged causal role of talc in ovarian cancer development. Dr. Kane's opinions are mostly similar to those described by Dr. Saed, and these opinions are covered by the points I have set forth above (in B.1 and B.2). But Dr. Kane also offers two additional opinions: (1) that "*[t]here is also evidence that these [talcum powder] products can be transported through the lymphatic system (Cramer 2007)*" or by "*inhalation leading to lymphatic transport to the ovaries (Suzuki 1991, Marchiori 2010, Frank 2011)*"; and (2) that "*[t]here are chemical similarities between asbestos and talc and there are striking pathological similarities between invasive serous ovarian cancer and mesothelioma.*" (*See, e.g.*, Kane Rep. at 4-5.) I explain the invalidity of these arguments as support for the hypothesis that talc powder is causally related to ovarian cancer risk in this section.

**"Lymphatic transport**." Although the lymphatic transportation of inhaled topically applied talc powder could occur in rare cases, this is not relevant to the central argument that talc is carcinogenic in the ovary. If talc particles can travel through the lymphatic channel to the ovaries, they should be able to reach other human body parts and tissues as well because the lymphatic system runs throughout the body. There are no reports showing that talc is associated with other types of female (or male) cancer like colon cancer, liver cancer, stomach cancer, prostate cancer and pancreatic cancer (where lymphatic circulation is active), just to name a few. In addition, notwithstanding Dr. Kane's suggestion that talc powder may be inhaled into the lungs as a pathway to the lymphatic system, the American Cancer Society has stated that no

8

increased risk of lung cancer has been reported with the use of cosmetic talcum powder, which can be inhaled during topical use in women. (*See* American Cancer Society official site: https://www.cancer.org/cancer/cancer-causes/talcum-powder-and-cancer.html.) Finally, even if talc may be present in lymphatics and lymph nodes either through skin and mucosa or by inhalation, the evidence that this mechanism can cause ovarian cancer is entirely lacking because no experimental results have demonstrated that the talc in the lymphatic vessels in fallopian tubes is present close to the ovarian cancer precursors in the fallopian tube, the origin of high-grade serous ovarian cancer. In addition, if they are carcinogenic, their presence in the lymph nodes (where the lymphatic drainage occurs) should lead to cancer in the lymph nodes (i.e., lymphoma), and there is no evidence of such a relationship.

**"Chemical similarities between asbestos and talc"** This is incorrect. First, talc is not asbestos. Structural similarity of chemical compounds does not mean they have the same functions or effects. For example, benzene is a well-known carcinogen that induces leukemia when a person is repeatedly over-exposed. As a result, benzene is being replaced by its many related chemical derivative compounds, like phenol and aniline. These benzene derivatives are structurally similar to benzene but they, unlike benzene, are not classified as carcinogens. Another example is estradiol, which is the most active estrogen and a known carcinogen for reproductive organ cancers in women. By contrast, both estrone and estriol are closely related to estrogen and bear structural resemblance to estradiol, but by themselves are not considered to be carcinogens. Therefore, although both talc and asbestos have structural similarity to some degree, talc is not asbestos. Second, morphological features of ovarian high-grade serous carcinoma and mesothelioma are strikingly different from the view of a board-certified pathologist, and their distinct histological features serve as the foundation for pathologists to distinguish both diseases and render correct diagnoses in the pathology reports without difficulty (although historically, prior to more advanced pathological understanding, advanced peritoneal mesothelioma may have been misdiagnosed as ovarian cancer). I have encountered numerous ovarian serous carcinomas and can attest that they bear no similarity to mesotheliomas in histopathology. Moreover, both diseases have different etiology and molecular features in their development. Therefore, Dr. Kane's statement is totally irrelevant and reveals a misunderstanding of gynecological pathology.

## C. The lack of sufficient evidence to support talc as a cause of ovarian cancer

In this part, I set forth my expert opinion on whether there is any cogent evidence showing that talc powder can cause ovarian cancer. As I explain, such evidence is lacking.

According to Merriam-Webster's dictionary and the dictionary of NCI, a carcinogen is a substance that causes cancer. As an example, coal ash deposits have heavy concentrations of hexavalent chromium, which is a carcinogen. Carcinogens cause cancer due to their ability to damage the genome and induce cancer-driver (but not passenger) mutations that promote cancer development (Martincorena, 2017). Thus, in order to prove that any substance is carcinogenic, it is not sufficient to demonstrate exposure. One must also demonstrate that the exposure can cause biological effects and tissue/cellular changes (like precursor lesions).

As I noted above, perineal use of cosmetic talcum powder has been classified as "possibly carcinogenic to humans" by IARC (Group 2b). It should be emphasized that the term "possibly" implies uncertainty at the time when the statement was originally made by the IARC in 2010.

And further analyses of the data (including publications after 2010) have further called into question the possible carcinogenicity of talc.

The debate over whether talcum particles can cause ovarian cancer is longstanding. But despite several decades of research, the science does not support such a conclusion. Moreover, data from several studies are not correctly interpreted because of "confirmation bias" – i.e., a preference for data or conclusions that confirm rather than negate the hypothesis that talc and ovarian cancer are related. Dr. Saed's experimental result is an example of this phenomenon.

When an unbiased review is exercised on the data that have been published in this topic, one quickly realizes that there is essentially no cogent evidence to support the suggestion that talc acts as a carcinogen in the female genital tract, including the ovary. Proof of the carcinogenic role of any agent (either biological, physical or chemical) is not a trivial undertaking; indeed, it requires robust study designs and ample samples with overwhelming consensus from the researchers in that particular field.

One example of such a robust undertaking to prove carcinogenicity involves cervical cancer, which is caused by human papilloma virus (HPV). In this case, cervical cancers and their precursors contain HPV in the epithelial cells, can be prevented by avoiding exposure to HPV or by effective immunization (HPV vaccine), are molecularly characterized by oncogenic activation by HPV particles, and can be induced by HPV oncoproteins in animal models (Roden and Wu, 2006; Roden and Stern, 2018; Sasagawa et al., 1992). This finding that HPV causes cervical cancer was awarded with the 2008 Nobel Prize of Physiology and Medicine www.nobelprize.org/prizes/medicine/2008/press-release/). By contrast, the evidence to support the causal role of talc in ovarian cancer is conflicting, ambiguous and completely lacking from the perspective of rigorous scientific approaches. The differences in these lines of evidence are briefly summarized in **Table 1** and elaborated below.

Table 1. Comparison of HPV and perineal talc use as carcinogens in women.

| Features | HPV causes cervical cancer | Talc causes ovarian cancer |
|---|---|---|
| Relative risk association | Almost all are HPV associated | Equivocal; some show ~ 1.3 |
| Present in cancer precursor lesions | Yes | No evidence of tissue reaction |
| Animal model(s) to support | Well established | No evidence |
| Molecular mechanisms | Well characterized | Not credible; with concerns |

1. The new paradigm of ovarian cancer genesis – that ovarian serous carcinomas originate not in ovarian tissues, but rather in the precursor lesions in the fallopian tubes – has been widely accepted (Kurman and Shih Ie, 2011, 2016; Kurman and Shih, 2010; Wu et al., 2018) (**Figure 2**). To claim that talc can cause ovarian cancer, one needs to not only demonstrate that talc has been deposited in the fallopian tissues,[1] but also that talc powder depositions are associated with tissue reaction, such as foreign body giant cell reaction, granulation tissues and chronic inflammation – and that those reactions then cause cancer. Talc may be inert to fallopian tube tissues, and its

---

[1]     To confirm the presence of talc, birefringent materials would need to be identified in tissue, and those materials would need to be confirmed as talc using biochemistry or biophysical approaches.

presence should not be construed as biologically significant or related to the induction of any inflammatory response unless proven otherwise.

2. It has been established that mutations of TP53, a tumor suppressor gene, are the first molecular genetic alteration in initiating ovarian serous carcinoma in humans and such mutations are present in almost all ovarian high-grade serous carcinomas (Kuhn et al., 2012; Vang et al., 2016; Vang et al., 2013; Wu et al., 2018). TP53 mutation is also required to develop ovarian cancer in mouse models. In several published research papers, including our own (Kobayashi et al., 2015; Perets et al., 2013), inactivation of TP53 or p53 abnormality can cause ovarian cancer in mouse models. If one would like to establish the causal relationship between talc exposure and the risk of ovarian cancer, it is essential to demonstrate that talc exposures leads to TP53 mutations or inactivation. However, there is no evidence that talc exposure is associated with TP53 mutations or p53 abnormality in normal fallopian tube epithelium where ovarian cancer precursors arise. Without this direct molecular pathology evidence, a causal relationship of talc and ovarian cancer cannot be established (see below).



Figure 2. Schematic representation of the current paradigm of ovarian carcinogenesis. Fallopian tube is the source of ovarian (high-grade) serous carcinoma precursors, including p53 signature, serous tubal intraepithelial carcinoma (STIC). Ovarian cancer (but not its precursors) is usually accompanied by abundant inflammatory cells (blue cells in the inset).

3. Recent advancements in genetic sequencing technology have made it possible to observe the specific changes to DNA caused by identified mutagens – and even to "tease apart the superimposed effects of several mutational exposures and processes to determine which ones occurred during the development of individual tumors" (Poon et al., 2014). Therefore, the mutation signature serves as cogent evidence that a potential carcinogen causes a certain type of human cancer. But there is a lack of such evidence showing that talc-induced/caused ovarian serous carcinomas are characterized by mutation signatures unique to those associated with talc exposures.

4. A number of epidemiological studies clearly fail to show an association between talc exposure and women who develop ovarian cancer, including prospective cohort studies (Houghton et al., 2014; Gertig et al., 2000; Gates et al. 2010; Gonzalez et al. 2016). The association between talc use in the perineal region and ovarian cancer was investigated in the Nurses' Health Study, published by Gertig (Gertig et al., 2000) and in a follow-up study by Gates (Gates et al. 2010). "In this cohort study, arguably the strongest type of study because of its partly prospective

11

ascertainment of exposure, there was no association between cosmetic talc use and risk of all subtypes of ovarian cancer combined" (Langseth et al., 2007).

In another, more recent, prospective cohort study by Gonzalez et al., the authors reported that there was little association between baseline perineal talc use and subsequent ovarian cancer (HR: 0.73, CI: 0.44, 1.2). In this report, douching was more common among talc users (odds ratio: 2.1, CI: 2.0, 2.3), and douching at baseline was associated with increased subsequent risk of ovarian cancer (HR: 1.8, CI: 1.2, 2.8). The authors concluded that douching but not talc use was associated with increased risk of ovarian cancer in this study, known as the Sister Study (Gonzalez et al., 2016). In another important study reported by Nicole Urban et al., based on 74,786 Women's Health Initiative (WHI) Observational Study (OS) participants, the authors concluded that "CA125 and HE4 contributed significantly to a risk prediction classifier combining serum markers with epidemiologic risk factors. The hybrid risk classifier may be useful to identify post-menopausal women who would benefit from timely surgical intervention to prevent ovarian cancer" (Urban et al., 2015). However, talc use is not a risk factor in both univariate and multivariate analyses (*Id.*).

In some population-based case-control studies, investigators reported a weak association between reported perineal talc exposure and ovarian cancer. The "risk association" reported in those studies should not be construed as proof of causation. A positive association is not equal to a causal relationship. Moreover, the hospital-based case-control studies did not show a statistically significant increased risk of ovarian cancer from reported perineal talcum powder use.

As an example, people who carry a lighter have a higher risk of developing lung cancer because there is an association between those who carry a lighter and the incidence of lung cancer. But it becomes apparent that it is not the lighter itself that causes lung cancer, but rather cigarette smoking (with which carrying a lighter is correlated) that is the cause. There are numerous such examples in public health topics and medical practice. The key point is that all scientists and physicians must try to establish the true cause of a disease by excluding the many confounding factors associated with ovarian cancer.

One meta-analysis (cited by Dr. Saed) is Huncharek et al., 2003. Although there appears to be a 33% increased risk of ovarian cancer in women who reportedly used perineal talc powder after meta-analysis of a total of 11,933 study subjects, the authors from this study stated (in the conclusion of the article) that "*[t]he available observational data do not support the existence of a causal relationship between perineal talc exposure and an increased risk of epithelial ovarian cancer. Selection bias and uncontrolled confounding may account for the positive associations seen in prior epidemiological studies*" (Huncharek et al., 2003).

Articles like these reflect the understanding by researchers that many confounding factors may exist in assessing the association between talc powder and ovarian cancer that have not yet been definitively identified.

A related problem is that the results of case control studies are prone to recall bias. This was shown in the Schildkraut study (Schildkraut et al., 2016), but could well have affected studies

before 2014 as well. Thus, even those authors who published studies finding a positive (but very modest) association between talc and ovarian cancer also cautiously mentioned the limitation of their own studies. As an example, in one very recent published paper, the authors concluded that the "*fact that the association between genital talc use and risk of ovarian cancer is present in case-control, but not in cohort studies, can be attributed to bias in the former type of studies*" (Berge et al., 2018).

In light of the limitations in the research, scientists remain skeptical of a causal connection between talc use and ovarian cancer, even if they take a precautionary approach in their own practice. A recent article relied on by plaintiffs' experts noted that : "*[t]here is a substantial need for further research on a potential mechanism by which ovarian cancer may be caused by talc, as this will allow a causal relationship to be established or rejected with more certainty*" (Penninkilampi and Eslick, 2018). Dr. Saed's research does not fill this void because it neither establishes nor rejects the hypothesis of a causal link between talc use and ovarian cancer.

5. Another issue concerning epidemiologic studies is that almost all reports apparently lumped all types of ovarian cancer together in their analyses. It has been well established that ovarian cancer is a highly heterogeneous group of diseases that can be broadly classified as Type I and Type II diseases (Kurman and Shih Ie, 2016; Shih and Kurman, 2004). In other words, various types of ovarian cancer are characterized by distinct clinicopathological and molecular features. Moreover, their origins and risk factors are all different.

Briefly, Type I ovarian cancers include clear cell carcinoma, endometrioid carcinoma, mucinous carcinoma and low-grade serous carcinoma. In addition to their unique histologic appearances, they are characterized by somatic mutations in PTEN, ARID1A, KRAS, PIK3CA. Both clear cell carcinoma and endometrioid carcinoma are mostly derived from previous endometriotic cysts of the ovary (or ovarian endometrioma), and the presence of ovarian endometriotic cysts carries the risk of developing both types of Type I ovarian cancer.

By contrast, Type II ovarian cancer includes high-grade serous carcinomas, the most common and aggressive type of ovarian epithelial neoplasms. Type II ovarian cancer is generally referred to as "ovarian cancer" in public because it is the most common and lethal type. In contrast to Type I ovarian cancers, high-grade serous carcinomas demonstrate a high level of proliferative activities and genomic instability, as reflected by abnormal mitoses and micronuclei. They almost all harbor TP53 mutations, but not the same type of mutations found in Type I ovarian cancers.

The risk factors of Type II ovarian cancer include the lifelong accumulated number of ovulations (so, child-bearing, oral contraceptive use and breast-feeding reduce the risk (Langseth et al., 2007)) and the germ-line mutation of BRCA1 and BRCA2 genes, which are not the same as the risks in Type I diseases. As compared to Type I ovarian cancers, the majority of Type II ovarian cancers are diagnosed late and therefore the clinical outcome of women suffering from Type II ovarian cancers can be dismal, requiring surgery and chemotherapy, and often resulting in death. Although more recently, the PARP inhibitor has been approved by the FDA to treat BRCA-mutated ovarian high-grade serous carcinomas and has been established as a

13

maintenance therapy in newly diagnosed advanced ovarian cancer (Moore et al., 2018), a cure for this devastating disease is still not within reach.

From this perspective, the question of whether perineal use of talc powder is related to ovarian cancer should be re-phrased more specifically as whether the talc use is associated with Type I or Type II diseases. Without specifying the tumor types in these cases, it would be difficult to start looking into this question in a scientific way. It is possible that, even if talc users have a higher than average risk in developing certain subtypes of ovarian cancer, the risk might not be the same for all types, or there is no association with some subtypes at all. If different subtypes of ovarian cancer are included as one group, it would be highly challenging to determine if talc is a carcinogen and cause of ovarian cancer or not because there are different diseases under the rubric of "ovarian cancer."

6. The claim that talc powders can cause chronic inflammation, which can lead to the development of ovarian cancer (as proposed by Dr. Saed) is significantly flawed for at least two reasons. One is the lack of cogent evidence that talc depositions in humans are associated with chronic inflammation in normal fallopian tubes and ovaries. In a study of human ovarian tissues, researchers found no evidence of response to talc, such as foreign body giant cell reaction and/or fibrosis, and in addition found no correlation between clinical talc exposures and actual tissue talc deposition levels (Heller et al., 1996).

In experiments involving rats, applying talc powder induced genital infection (likely due to the non-sterile nature of the talc or control saline used and experimental procedure) (Keskin et al., 2009). According to the authors, no peritoneal change was observed. Thus, the forced application of talc powder into the murine genital tract artificially induced bacterial infection, which was not seen in humans, as there are no data reporting perineal talc powder use induces genital infection.

Moreover, as compared to the murine genital tract, the human fallopian tube and ovary are "far" away from the perineum. The talc powder applied to the perineal area technically needs to travel remotely to reach the fallopian tube and ovary through the vagina, cervix, and endometrial cavity. Importantly, young women who use talc powder usually have an enclosed cervix (the function of which is to prevent foreign bodies and microorganisms from coming into the uterine cavity, which is normally sterile). And even if talc powders can really arrive at the endometrial surface, the menstruation that sheds endometrial tissue off outside the body will clear these powders.

The second flaw in the inflammation theory is that if talc deposition is indeed a cause of chronic inflammation, such inflammatory background is not sufficient to cause cancer. A recent study shows that pelvic inflammatory disease (PID) was associated with an increased risk of borderline ovarian tumors, but not ovarian cancer in general. Although the results of this study suggest a histotype-specific association with PID, the association of PID with ovarian cancer risk is still somewhat uncertain and requires further investigation (Rasmussen et al., 2017). Also, in the literature, salpingitis or inflammation in the pelvis was not associated with ovarian cancer risk (Parazzini et al., 1996). Based on my own study and observation, I did not detect significant increase in chronic salpingitis in fallopian tubes containing the precursor ovarian cancer lesions. It would be critically important to the inflammation theory to associate chronic inflammation and

the occurrence of ovarian cancer precursors in the fallopian tubes – and to rule out the possibility that ovarian cancer itself induces chronic inflammation in normal tissues.

In reality, chronic inflammation observed in ovarian cancer is most likely a result of cancer, not the cause. My recent study, which is included in full at the end of this report, offers significant support for this conclusion. I reviewed samples of fallopian tissue taken from women with pre-cancerous lesions that had not yet developed into ovarian cancer, as well as from healthy women (to serve as negative controls) and from women with ovarian cancer (to serve as positive controls). My results showed that ovarian cancer precursor lesions, prior to the development of cancer, are not associated with inflammation, while ovarian cancer cases are associated with inflammation, strongly indicating that inflammation follows, but does not cause, ovarian cancer. There are several reasons why invasive carcinoma like ovarian cancer is associated with inflammatory background within cancer tissue and nearby tissue, and they include new antigens produced by the cancer cells (due to mutations) and cancer cell-induced inflammation related molecules. Because there is no evidence of this association between chronic inflammation and occurrence of tubal precursors, and, indeed, evidence to the contrary, the claim that talc deposition causes chronic inflammation, which subsequently causes ovarian cancer, is unsustainable.[2]

7. In any event, even assuming some role for inflammation in the development of ovarian cancer, it is important to distinguish between what is necessary and what is sufficient to cause cancer. In several human cancers, chronic inflammation is associated with the initiation of malignant changes in the tissues because of the oxidative stress that may damage DNA and cause mutations (such as TP53). Therefore, in those cancer types (such as prostate cancer and certain types of gastric cancer), chronic inflammation is required to induce tumor formation but itself is not sufficient to induce cancer development. This argument is supported by numerous reports showing that even chronic inflammation is related to cancer development; the chance to develop cancer in the chronic inflammatory background is still uncommon and most importantly, the risk is tissue type dependent. In other words, there are many endogenous and exogenous factors that can promote chronic inflammation, including aging, chronic infection and even mental stress, among others. Thus, even if there is a chronic inflammation near the ovarian precursor lesions in fallopian tubes (and in fact there is no such evidence), it still remains unclear whether this inflammation is related to talc deposition or results from other factors such as infection, aging, etc.

8. Another frequently cited study by Cibula et al. reported that tubal ligation was associated with a reduced risk for ovarian cancer (Cibula et al., 2011). The results from this study have been used by advocates who believe talc is a carcinogen to explain the blockage of talc deposition to the ovary through the fallopian tubes as a possible mechanism for the observed decrease in ovarian cancer. However, as previously mentioned, perineal use of talc powder is, at most, equivocally

---

[2]     In a published report entitled "Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study," the authors concluded that "Talc has unfavorable effects on the female genital system. However, this effect is in the form of foreign body reaction and infection, rather than being neoplastic" Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y., and Saygili, H. (2009). *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study.* Arch Gynecol Obstet 280, 925-931.

(and inconsistently) associated with ovarian cancer risk in some retrospective case-control studies. A prospective population-based study (study of 121,700 registered nurses in the USA who were aged 30-55 years at enrollment in 1976) in the Nurses' Health Study does not identify any significant association between perineal talc use and ovarian cancer risk overall (Gertig et al., 2000). There are two alternative mechanisms accounting for the protective effect of tubal ligation. First, assuming it is true that migration of non-motile particles up the fallopian tubes is feasible, some of the ovarian cancers might be imported from the uterine cavity, where the primary tumors arise in the endometrium, and not in the fallopian tube or ovary. The tumor cells arising from the endometrium (both endometrioid and serous types) can readily travel through the fallopian tubes to reach the ovaries, which provide a suitable microenvironment for tumor cells to grow as an "ovarian" cancer. Therefore, tubal ligation can effectively block the passage of uterine cancer to the ovary. In fact, the authors on Cibula's paper also concluded in the end that the results of this meta-analysis should provide an impulse for further research on the etiology of ovarian epithelial cancers, focusing particularly on the importance of retrograde transport of endometrial cells. The other explanation is due to the surgery-induced anatomic alteration of the tubal fimbriated ends, which are no longer intimately associated with the ovulation sites of the ovary (Roy et al., 2005). Thus, the follicular fluid that is proposed to be carcinogenic (Huang et al., 2015) would not directly splash onto fallopian tube fimbral ends, reducing the carcinogenic events of fallopian tube epithelium and preventing the occurrence of ovarian cancer precursor lesions on the fallopian tubes.

In summary, there is no relevant and cogent evidence based on the published literature, Dr. Saed's research and my own research to prove that cosmetic talc use can cause ovarian cancer. Among the steps that remain unproven are migration to the ovaries, the induction of chronic inflammation or oxidative stress, and evidence that these events are carcinogenic or precursors to ovarian cancer.

## D.    Undisclosed conflicts of interest affecting Dr. Saed's work

Dr. Saed testified at his deposition that he billed the time he spent preparing his manuscript to lawyers for Beasley Allen. (Saed Dep. vol. 1, 33:22-24.) The precise nature of the arrangement is unclear; he claims that his university paid for some of the lab work that was the basis for the manuscript (Saed Dep. vol. 1, 34:2-39:9), but his hours in total spent on preparing his opinion and in writing the paper are not compatible with what he was paid in sum. It is also uncertain whether Dr. Saed also disclosed his relationship with Beasley Allen to his coauthors and institution.

Regardless of the details of the arrangement, the important point is that Dr. Saed failed to adequately disclose the resulting conflict of interest. Normally, experiments and the time spent in writing research articles are part of an author's academic responsibility and are supported by research grant(s) or institutional support. To charge the time spent in preparing an article is unusual and could potentially introduce a bias into the research results. Relatedly, conflicts of interest can compromise objectivity. This can occur not only in performing the experiments but also in writing the research paper in a manner that slants toward the authors' favored conclusions.

16

There are indications that objectivity was compromised here. For example, it is unclear to what extent Beasley Allen influenced the design or conduct of the experiments. In his deposition, Dr. Saed was asked, "*[w]ith regard to the tests that were part of the manuscript, those tests were done in connection with your communications with Beasley Allen, correct?*" (Saed Dep. vol. 1, 63:9-11.) He acknowledged that he had communicated the details of his experiment to the firm, though he also insisted that the design of it was his alone. ("*A. I actually designed this whole thing. So when they approached me and I got -- you know, I told them this is what I'm going to do, this is what I have in mind, we have all this setup in my lab and I want to do it, and I did it*" Saed Dep. vol. 1, 67:17-21.) This insistence provides little comfort. Based on my experience in academia for 30 years, it is unusual for any scientist to communicate with a non-academic party in any form during experiments because there is no such need; thus, Dr. Saed's departure from that norm necessarily raises questions about his motivations for sharing the details of his experiment with his financiers. It also raises a question about why the firm paid Dr. Saed for his writing of the paper since it would normally be incumbent upon Dr. Saed within the scope of his academic obligations to finish the writing and publish it himself.

One other significant indicator that Dr. Saed's objectivity may have been compromised is the language used in the manuscript. There are a number of ways an author can write up the same results, and the choice of language can profoundly affect the general reception of the readers based on the conclusions the author chooses to emphasize and those he or she chooses to downplay or ignore. It is obvious to me, from my perspective as an author who has contributed significantly to the literature and as a frequent journal reviewer, member of several editorial boards and the prior editor-in-chief of a medical journal (*Current Obstetrics and Gynecology Report*, 2012-2015), that Dr. Saed's paper has intentionally underscored the supposedly contributing role of talc to ovarian carcinogenesis, despite the fact that the claim is not supported by his data at all. In addition, Dr. Saed, unlike other authors, did not discuss the limitations in interpreting his results at all in the paper, which is a very unusual practice in scientific reports.

As a result, it was especially important for Dr. Saed's conflict-of-interest statement to completely disclose the nature and purpose of his financing. Based on his deposition, I think it is clear that he did not follow best practices in scientific reporting because he failed to disclose the relationship with a law firm involved in litigation concerning the same subject matter as the manuscript, either in the conflict-of-interest statement or in his communications with the journal that has accepted his manuscript for publication.

## E. References Cited

Anglesio, M.S., Wiegand, K.C., Melnyk, N., Chow, C., Salamanca, C., Prentice, L.M., Senz, J., Yang, W., Spillman, M.A., Cochrane, D.R.*, et al.* (2013). Type-specific cell line models for type-specific ovarian cancer research. PloS one *8*, e72162.

Berge, W., Mundt, K., Luu, H., and Boffetta, P. (2018). Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev *27*, 248-257.

Cibula, D., Widschwendter, M., Majek, O., and Dusek, L. (2011). Tubal ligation and the risk of ovarian cancer: review and meta-analysis. Hum Reprod Update *17*, 55-67.

Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738).

Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738).

Domcke, S., Sinha, R., Levine, D.A., Sander, C., and Schultz, N. (2013). Evaluating cell lines as tumour models by comparison of genomic profiles. Nature communications *4*, 2126.

Expert Report of Ghassan Saed, Nov. 16, 2018 (MDL No. 2738).

Expert Report of Sarah Kane, Nov. 15, 2018 (MDL No. 2738).

Gates, M.A., Rosner, B.A., Hecht, J.L., Tworoger, S.S. (2010). Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol 171(1):45-53.

Fletcher NM et al., Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer (2019) (unpublished manuscript) (Ex. 7 & 8 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).

Fathalla, M.F. (2013). Incessant ovulation and ovarian cancer - a hypothesis re-visited. Facts Views Vis Obgyn *5*, 292-297.Gertig, D.M., Hunter, D.J., Cramer, D.W., Colditz, G.A., Speizer, F.E., Willett, W.C., and Hankinson, S.E. (2000). Prospective study of talc use and ovarian cancer. Journal of the National Cancer Institute *92*, 249-252.

Gonzalez, N.L., O'Brien, K.M., D'Aloisio, A.A., Sandler, D.P., and Weinberg, C.R. (2016). Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology *27*, 797-802.

Havrilesky, L.J., Moorman, P.G., Lowery, W.J., Gierisch, J.M., Coeytaux, R.R., Urrutia, R.P., Dinan, M., McBroom, A.J., Hasselblad, V., Sanders, G.D.*, et al.* (2013). Oral contraceptive pills as primary prevention for ovarian cancer: a systematic review and meta-analysis. Obstetrics and gynecology *122*, 139-147.

Heller, D.S., Gordon, R.E., Westhoff, C., Gerber, S. (1996). Asbestos exposure and ovarian fiber burden. Am. J. Ind. Med. 29, 435-9.

Houghton, S.C., Reeves, K.W., Hankinson, S.E., Crawford, L., Lane, D., Wactawski-Wende, J., Thomson, C.A., Ockene, J.K., and Sturgeon, S.R. (2014). Perineal powder use and risk of ovarian cancer. Journal of the National Cancer Institute *106*.

Howlader N., Noone A.M., and M., K. (2017). SEER Cancer Statistics Review, 1975-2014 (National Cancer Institute. Bethesda, MD).

Huang, H.S., Chu, S.C., Hsu, C.F., Chen, P.C., Ding, D.C., Chang, M.Y., and Chu, T.Y. (2015). Mutagenic, surviving and tumorigenic effects of follicular fluid in the context of p53 loss: initiation of fimbria carcinogenesis. Carcinogenesis *36*, 1419-1428.

Huncharek M., Geschwind J.F., and Kupelnick B (2003). Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies. Anticancer Research *23*, 1955-1960.

Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y., and Saygili, H. (2009). Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Arch Gynecol Obstet *280*, 925-931.

Kobayashi, Y., Kashima, H., Wu, R.C., Jung, J.G., Kuan, J.C., Gu, J., Xuan, J., Sokoll, L., Visvanathan, K., Shih, I.M.*, et al.* (2015). Mevalonate Pathway Antagonist Inhibits Proliferation of Serous Tubal Intraepithelial Carcinoma and Ovarian Carcinoma in Mouse Models. Clinical cancer research : an official journal of the American Association for Cancer Research *21*, 4625-4662.

Kuchenbaecker, K.B., Hopper, J.L., Barnes, D.R., Phillips, K.A., Mooij, T.M., Roos-Blom, M.J., Jervis, S., van Leeuwen, F.E., Milne, R.L., Andrieu, N.*, et al.* (2017). Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA : the journal of the American Medical Association *317*, 2402-2416.

Kuhn, E., Kurman, R.J., Vang, R., Sehdev, A.S., Han, G., Soslow, R., Wang, T.L., and Shih, I.M. (2012). TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic

18

high-grade serous carcinoma- evidence supporting the clonal relationship of the two lesions. The Journal of pathology *226*, 421-426.

Kurman, R.J., and Shih Ie, M. (2011). Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. Human pathology *42*, 918-931.

Kurman, R.J., and Shih Ie, M. (2016). The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded. The American journal of pathology *186*, 733-747.

Kurman, R.J., and Shih, I.M. (2010). The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory. The American journal of surgical pathology *34*, 433-443.

Lurie, G., Wilkens, L.R., Thompson, P.J., McDuffie, K.E., Carney, M.E., Terada, K.Y., and Goodman, M.T. (2008). Combined oral contraceptive use and epithelial ovarian cancer risk: time-related effects. Epidemiology *19*, 237-243.

Martincorena I, Raine KM, Gerstung M, Dawson KJ, Haase K, VAn Loo P, Davies H, Stratton M, Campbell PJ (2017). Universal patterns of selection in cancer and somatic tissues. Cell, 171:1029.

Moore, K., Colombo, N., Scambia, G., Kim, B.G., Oaknin, A., Friedlander, M., Lisyanskaya, A., Floquet, A., Leary, A., Sonke, G.S.*, et al.* (2018). Maintenance Olaparib in Patients with Newly Diagnosed Advanced Ovarian Cancer. The New England journal of medicine *379*, 2495-2505.

Parazzini, F., La Vecchia, C., Negri, E., Moroni, S., dal Pino, D., and Fedele, L. (1996). Pelvic inflammatory disease and risk of ovarian cancer. Cancer epidemiology, biomarkers & prevention: a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology *5*, 667-669.

Penninkilampi, R., and Eslick, G.D. (2018). Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology *29*, 41-49.

Perets, R., Wyant, G.A., Muto, K.W., Bijron, J.G., Poole, B.B., Chin, K.T., Chen, J.Y., Ohman, A.W., Stepule, C.D., Kwak, S.*, et al.* (2013). Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. Cancer cell *24*, 751-765.

Poon, S.L., McPherson, J.R., Tan, P., Teh, B.T., and Rozen, S.G. (2014). Mutation signatures of carcinogen exposure: genome-wide detection and new opportunities for cancer prevention. Genome Med *6*, 24.

Rasmussen, C.B., Kjaer, S.K., Albieri, V., Bandera, E.V., Doherty, J.A., Hogdall, E., Webb, P.M., Jordan, S.J., Rossing, M.A., Wicklund, K.G.*, et al.* (2017). Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol *185*, 8-20.

Roden, R., and Wu, T.C. (2006). How will HPV vaccines affect cervical cancer? Nature reviews Cancer *6*, 753-763.

Roden, R.B.S., and Stern, P.L. (2018). Opportunities and challenges for human papillomavirus vaccination in cancer. Nature reviews Cancer *18*, 240-254.

Roy, K.K., Hegde, P., Banerjee, K., Malhotra, N., Nayyar, B., Deka, D., and Kumar, S. (2005). Fimbrio-ovarian relationship in unexplained infertility. Gynecologic and obstetric investigation *60*, 128-132.

Sasagawa, T., Inoue, M., Inoue, H., Yutsudo, M., Tanizawa, O., and Hakura, A. (1992). Induction of uterine cervical neoplasias in mice by human papillomavirus type 16 E6/E7 genes. Cancer research *52*, 4420-4426.

Schildkraut, J.M., Abbott, S.E., Alberg, A.J., Bandera, E.V., Barnholtz-Sloan, J.S., Bondy, M.L., Cote, M.L., Funkhouser, E., Peres, L.C., Peters, E.S.*, et al.* (2016). Association between Body

Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES), Cancer epidemiol biomarkers prev 25, 1411-1417.

Shih, I.-M., and Kurman, R.J. (2004). Ovarian tumorigenesis- a proposed model based on morphological and molecular genetic analysis. The American journal of pathology *164*, 1511-1518.

Tamborero D, Gonzalez-Perez A, et al. (2013). Comprehensive identification of mutational cancer driver genes across 12 tumor types. Sci Reports, 3:2650.

Urban, N., Hawley, S., Janes, H., Karlan, B.Y., Berg, C.D., Drescher, C.W., Manson, J.E., Palomares, M.R., Daly, M.B., Wactawski-Wende, J.*, et al.* (2015). Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. Gynecologic oncology *139*, 253-260.

Vang, R., Levine, D.A., Soslow, R.A., Zaloudek, C., Shih Ie, M., and Kurman, R.J. (2016). Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study. International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists *35*, 48-55.

Vang, R., Shih Ie, M., and Kurman, R.J. (2013). Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology *62*, 44-58.

Visvanathan, K., Shaw, P., May, B.J., Bahadirli-Talbott, A., Kaushiva, A., Risch, H., Narod, S., Wang, T.L., Parkash, V., Vang, R.*, et al.* (2018). Fallopian Tube Lesions in Women at High Risk for Ovarian Cancer: A Multicenter Study. Cancer prevention research *11*, 697-706.

Wu, R.C., Wang, P., Lin, S.F., Zhang, M., Song, Q., Chu, T., Wang, B.G., Kurman, R.J., Vang, R., Kinzler, K.*, et al.* (2018). Genomic landscape and evolutionary trajectories of ovarian cancer early precursor lesions. The Journal of pathology.


## F. Materials Relied Upon

1. Anglesio, M.S., Wiegand, K.C., Melnyk, N., Chow, C., Salamanca, C., Prentice, L.M., Senz, J., Yang, W., Spillman, M.A., Cochrane, D.R., et al. (2013). Type-specific cell line models for type-specific ovarian cancer research. PloS one 8, e72162.
2. Berge, W., Mundt, K., Luu, H., and Boffetta, P. (2018). Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev 27, 248-257.
3. Cibula, D., Widschwendter, M., Majek, O., and Dusek, L. (2011). Tubal ligation and the risk of ovarian cancer: review and meta-analysis. Hum Reprod Update 17, 55-67.
4. Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)
5. Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738)
6. Domcke, S., Sinha, R., Levine, D.A., Sander, C., and Schultz, N. (2013). Evaluating cell lines as tumour models by comparison of genomic profiles. Nature communications 4, 2126.
7. Fathalla, M.F. (2013). Incessant ovulation and ovarian cancer - a hypothesis re-visited. Facts Views Vis Obgyn 5, 292-297.
8. Fletcher NM et al., Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer (2019) (unpublished manuscript) (Ex. 7 & 8 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738)).
9. Expert Report of April Zambelli-Weiner, Ph.D., M.P.H., Nov. 16, 2018 (MDL No. 2738).
10. Expert Report of Ghassan Saed, Nov. 16, 2018 (MDL No. 2738).
11. Expert Report of Rebecca Smith-Bindman, M.D., Nov. 15, 2018 (MDL No. 2738).
12. Expert Report of Sarah Kane, Nov. 15, 2018 (MDL No. 2738).

13. Gates, M.A., Rosner, B.A., Hecht, J.L., Tworoger, S.S. (2010). Risk factors for epithelial ovarian cancer by histologic subtype. Am J Epidemiol 171(1):45-53.

14. Gertig, D.M., Hunter, D.J., Cramer, D.W., Colditz, G.A., Speizer, F.E., Willett, W.C., and Hankinson, S.E. (2000). Prospective study of talc use and ovarian cancer. Journal of the National Cancer Institute 92, 249-252.

15. Gonzalez, N.L., O'Brien, K.M., D'Aloisio, A.A., Sandler, D.P., and Weinberg, C.R. (2016). Douching, Talc Use, and Risk of Ovarian Cancer. Epidemiology 27, 797-802.

16. Havrilesky, L.J., Moorman, P.G., Lowery, W.J., Gierisch, J.M., Coeytaux, R.R., Urrutia, R.P., Dinan, M., McBroom, A.J., Hasselblad, V., Sanders, G.D., et al. (2013). Oral contraceptive pills as primary prevention for ovarian cancer: a systematic review and meta-analysis. Obstetrics and gynecology 122, 139-147.

17. Heller, D.S., Gordon, R.E., Westhoff, C., Gerber, S. (1996). Asbestos exposure and ovarian fiber burden. Am. J. Ind. Med. 29, 435-9.

18. Houghton, S.C., Reeves, K.W., Hankinson, S.E., Crawford, L., Lane, D., Wactawski-Wende, J., Thomson, C.A., Ockene, J.K., and Sturgeon, S.R. (2014). Perineal powder use and risk of ovarian cancer. Journal of the National Cancer Institute 106.

19. Howlader N., Noone A.M., and M., K. (2017). SEER Cancer Statistics Review, 1975-2014 (National Cancer Institute. Bethesda, MD).

20. Huang, H.S., Chu, S.C., Hsu, C.F., Chen, P.C., Ding, D.C., Chang, M.Y., and Chu, T.Y. (2015). Mutagenic, surviving and tumorigenic effects of follicular fluid in the context of p53 loss: initiation of fimbria carcinogenesis. Carcinogenesis 36, 1419-1428.

21. Huncharek M., Geschwind J.F., and Kupelnick B. (2003). Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-analysis of 11,933 Subjects from Sixteen Observational Studies. Anticancer Research 23, 1955-1960.

22. Keskin, N., Teksen, Y.A., Ongun, E.G., Ozay, Y., and Saygili, H. (2009). Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study. Arch Gynecol Obstet 280, 925-931.

23. Kobayashi, Y., Kashima, H., Wu, R.C., Jung, J.G., Kuan, J.C., Gu, J., Xuan, J., Sokoll, L., Visvanathan, K., Shih, I.M., et al. (2015). Mevalonate Pathway Antagonist Inhibits Proliferation of Serous Tubal Intraepithelial Carcinoma and Ovarian Carcinoma in Mouse Models. Clinical cancer research : an official journal of the American Association for Cancer Research 21, 4625-4662.

24. Kuchenbaecker, K.B., Hopper, J.L., Barnes, D.R., Phillips, K.A., Mooij, T.M., Roos-Blom, M.J., Jervis, S., van Leeuwen, F.E., Milne, R.L., Andrieu, N., et al. (2017). Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA : the journal of the American Medical Association 317, 2402-2416.

25. Kuhn, E., Kurman, R.J., Vang, R., Sehdev, A.S., Han, G., Soslow, R., Wang, T.L., and Shih, I.M. (2012). TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic high-grade serous carcinoma- evidence supporting the clonal relationship of the two lesions. The Journal of pathology 226, 421-426.

26. Kurman, R.J., and Shih Ie, M. (2011). Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. Human pathology 42, 918-931.

27. Kurman, R.J., and Shih Ie, M. (2016). The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded. The American journal of pathology 186, 733-747.

28. Kurman, R.J., and Shih, I.M. (2010). The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory. The American journal of surgical pathology 34, 433-443.

29. Langseth, H., Hankinson, S., Siemiatycki, J., & Weiderpass, E. (2008). Perineal use of talc and risk of ovarian cancer. Journal of Epidemiology and Community Health (1979-), 62(4), 358-360. Retrieved from http://www.jstor.org/stable/40665540.

30. Lurie, G., Wilkens, L.R., Thompson, P.J., McDuffie, K.E., Carney, M.E., Terada, K.Y., and Goodman, M.T. (2008). Combined oral contraceptive use and epithelial ovarian cancer risk: time-related effects. Epidemiology 19, 237-243.

31. Martincorena I, Raine KM, Gerstung M, Dawson KJ, Haase K, VAn Loo P, Davies H, Stratton M, Campbell PJ (2017). Universal patterns of selection in cancer and somatic tissues. Cell, 171:1029.

32. Moore, K., Colombo, N., Scambia, G., Kim, B.G., Oaknin, A., Friedlander, M., Lisyanskaya, A., Floquet, A., Leary, A., Sonke, G.S., et al. (2018). Maintenance Olaparib in Patients with Newly Diagnosed Advanced Ovarian Cancer. The New England journal of medicine 379, 2495-2505.

33. Parazzini, F., La Vecchia, C., Negri, E., Moroni, S., dal Pino, D., and Fedele, L. (1996). Pelvic inflammatory disease and risk of ovarian cancer. Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology 5, 667-669.

34. Penninkilampi, R., and Eslick, G.D. (2018). Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis. Epidemiology 29, 41-49.

35. Perets, R., Wyant, G.A., Muto, K.W., Bijron, J.G., Poole, B.B., Chin, K.T., Chen, J.Y., Ohman, A.W., Stepule, C.D., Kwak, S., et al. (2013). Transformation of the fallopian tube secretory epithelium leads to high-grade serous ovarian cancer in Brca;Tp53;Pten models. Cancer cell 24, 751-765.

36. Poon, S.L., McPherson, J.R., Tan, P., Teh, B.T., and Rozen, S.G. (2014). Mutation signatures of carcinogen exposure: genome-wide detection and new opportunities for cancer prevention. Genome Med 6, 24.

37. Rasmussen, C.B., Kjaer, S.K., Albieri, V., Bandera, E.V., Doherty, J.A., Hogdall, E., Webb, P.M., Jordan, S.J., Rossing, M.A., Wicklund, K.G., et al. (2017). Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol 185, 8-20.

38. Roden, R., and Wu, T.C. (2006). How will HPV vaccines affect cervical cancer? Nature reviews Cancer 6, 753-763.

39. Roden, R.B.S., and Stern, P.L. (2018). Opportunities and challenges for human papillomavirus vaccination in cancer. Nature reviews Cancer 18, 240-254.

40. Roy, K.K., Hegde, P., Banerjee, K., Malhotra, N., Nayyar, B., Deka, D., and Kumar, S. (2005). Fimbrio-ovarian relationship in unexplained infertility. Gynecologic and obstetric investigation 60, 128-132.

41. Sasagawa, T., Inoue, M., Inoue, H., Yutsudo, M., Tanizawa, O., and Hakura, A. (1992). Induction of uterine cervical neoplasias in mice by human papillomavirus type 16 E6/E7 genes. Cancer research 52, 4420-4426.

42. Schildkraut, J.M., Abbott, S.E., Alberg, A.J., Bandera, E.V., Barnholtz-Sloan, J.S., Bondy, M.L., Cote, M.L., Funkhouser, E., Peres, L.C., Peters, E.S., et al. (2016). Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES), Cancer epidemiol biomarkers prev 25, 1411-1417.

43. Shih, I.-M., and Kurman, R.J. (2004). Ovarian tumorigenesis- a proposed model based on morphological and molecular genetic analysis. The American journal of pathology 164, 1511-1518.
44. Tamborero D, Gonzalez-Perez A, et al. (2013). Comprehensive identification of mutational cancer driver genes across 12 tumor types. Sci Reports, 3:2650.
45. Urban, N., Hawley, S., Janes, H., Karlan, B.Y., Berg, C.D., Drescher, C.W., Manson, J.E., Palomares, M.R., Daly, M.B., Wactawski-Wende, J., et al. (2015). Identifying post-menopausal women at elevated risk for epithelial ovarian cancer. Gynecologic oncology 139, 253-260.
46. Vang, R., Levine, D.A., Soslow, R.A., Zaloudek, C., Shih Ie, M., and Kurman, R.J. (2016). Molecular Alterations of TP53 are a Defining Feature of Ovarian High-Grade Serous Carcinoma: A Rereview of Cases Lacking TP53 Mutations in The Cancer Genome Atlas Ovarian Study. International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists 35, 48-55.
47. Vang, R., Shih Ie, M., and Kurman, R.J. (2013). Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology 62, 44-58.
48. Visvanathan, K., Shaw, P., May, B.J., Bahadirli-Talbott, A., Kaushiva, A., Risch, H., Narod, S., Wang, T.L., Parkash, V., Vang, R., et al. (2018). Fallopian Tube Lesions in Women at High Risk for Ovarian Cancer: A Multicenter Study. Cancer prevention research 11, 697-706.
49. Wu, R.C., Wang, P., Lin, S.F., Zhang, M., Song, Q., Chu, T., Wang, B.G., Kurman, R.J., Vang, R., Kinzler, K., et al. (2018). Genomic landscape and evolutionary trajectories of ovarian cancer early precursor lesions. The Journal of pathology.

# Study Report to Determine Whether Chronic Inflammation Causes Ovarian Cancer

**Investigator:** Ie-Ming Shih, MD, PhD

**Study location:** 1550 Orleans Street, CRB-II, Rm 305, Baltimore, Maryland 21231

**Time frame:** 1/1/2019 to 2/11/2019

**Hypothesis:** Chronic inflammation has been thought to be carcinogenic in several types of human cancer including those arising from esophagus, colon, pancreas, prostate and liver. On the other hand, many cancer types are thought not to be related to chronic inflammation, including those developing from brain, connective tissue, etc. There is no evidence that ovarian cancer development is indeed caused by chronic inflammation. We hypothesize that if ovarian cancer development is caused by chronic inflammation from various etiologies, one should observe at the human tissue level that the very early lesions of ovarian cancer, i.e., ovarian cancer precursors (before ovarian cancer arises), should be accompanied by chronic inflammation in close geographical proximity to the precursor lesions.

**Question to ask:** To determine whether ovarian cancer precursors, especially those without concurrent ovarian cancer, are associated with chronic inflammation.

The early molecular events of ovarian carcinogenesis remain poorly understood, resulting in a lack of effective prevention and early detection strategies (Skates et al., 2017; Trabert et al., 2017). Unlike cancers arising in organs such as the colon, where the early events of carcinogenesis can be studied because their precursor lesions are well-recognized, the precursors of ovarian high-grade serous carcinoma (HGSC), the most common and lethal type of ovarian cancer, have eluded detection until recently. Accumulating evidence suggests that serous tubal intraepithelial carcinoma (STIC) or its precursor lesions, including p53 signature and serous tubal intraepithelial lesion (STIL), located at fallopian tubes or cortical inclusion cysts of the ovary, are the precursors of ovarian HGSC (Ducie et al., 2017; Kindelberger et al., 2007; Kuhn et al., 2012a; Kuhn et al., 2012b; Kuhn et al., 2012c; Kuhn et al., 2012d; Kuhn et al., 2010; Kuhn et al., 2016; Kuhn et al., 2012e; Lee et al., 2006; Lee et al., 2007; Medeiros et al., 2006; Piek et al., 2001a; Piek et al., 2001b; Sehdev et al., 2010; Vang et al., 2012b; Visvanathan et al., 2017). The reported incidence of tubal lesions varied in the literature, but when a rigorous sampling was performed in a large cohort of fallopian tubes from a high-risk population, the incidence of p53 signature and STIC/STIL can be as high as 27% and 12%, respectively (Visvanathan et al., 2018).

Microscopically, STICs exhibit significant nuclear atypia and architectural alterations, *TP53* mutations and high proliferative/apoptotic activity. STIC cells are often loosely arranged and can readily disseminate outside the fallopian tube. The p53 signature is identified as a stretch of 12-30 normal-appearing epithelial cells having a p53 immunoreactivity pattern compatible with a missense *TP53* mutation and displaying low proliferative activity, similar to adjacent normal tubal epithelium. The term STIL has been used to describe, among other lesions, a group of tubal precursors characterized by lower levels of nuclear atypia than STIC, p53 staining patterns

compatible with either missense or deleterious TP53 mutations, and a level of proliferative activity similar to adjacent normal epithelium (Vang et al., 2012a; Visvanathan et al., 2011). "Dormant STICs" in this study were deemed morphologically compatible with STILs by a panel of gynecologic pathologists. Although molecular relationships between STICs and concurrent ovarian HGSCs have been reported (Eckert et al., 2016; Kuhn et al., 2012b; McDaniel et al., 2015; Rabban et al., 2015; Singh and Cho, 2017; Visvanathan et al., 2017), few of these studies analyzed p53 signatures or STILs, largely because of technical challenges. More importantly, since all of these studies analyzed patients with tubal lesions co-existing with advanced ovarian HGSCs, it is likely that some of these lesions were disseminated tumor cell clones from the adjacent, concurrent ovarian tumors, therefore obscuring the evolutionary histories. This issue is aggravated in ovarian HGSCs, which are often diagnosed late, at which time the vast late-stage tumor mass overwhelms or effaces the precursor lesions located at either the fallopian tube or the small cortical inclusion cysts of the ovary, leaving little trace of the molecular landscape existing before the advent of invasive cancer. Indeed, a recent article cautioned against clonal evolution studies performed on advanced tumors with high genetic heterogeneity and the possibility of constituent clones arising from multiple cell lineages (Alves et al., 2017). Consequently, distinguishing between true precursor lesions and HGSC implants is problematic (Rabban et al., 2015; Singh and Cho, 2017). Nevertheless, powerful techniques for analysis of clonal evolution are useful for assessing clonal relationships between primary tumor and distant metastases and when true precursor lesions are available, the same tools can provide similarly powerful means to delineate tumor evolution (Wu et al., 2018).

**Study design and case selection:** The cases were retrieved from the archival files from the ovarian cancer precursor registry supported by the US Department of Defense (USAMRMC), Directed Medical Research Programs (CDMRP), grant title: "Prevention of Ovarian High-Grade Serous Carcinoma by Elucidating Its Early Changes," grant number: W81XWH-11-2-0230. The purpose of this completed study is to determine the origin and pathogenesis in the development of ovarian high-grade serous carcinomas by employing cancer genetics, cell biology, animal models and epidemiologic studies through a multi-institutional research effort. The consortium includes five research projects and three cores. Tissue collection started as early as 2013. This archival file contained 48 cases of ovarian cancer precursors, carcinoma and normal fallopian tubes, and their diagnoses were made after a prior pathology review by a panel of gynecologic pathologists. Many research projects have utilized this and its related resources (please see the attached information), resulting in peer-reviewed publications. This indicates that this tissue source is useful and reliable to study projects related to ovarian cancer pathogenesis.

In particular, I identified the cases showing ovarian cancer precursor lesions without concurrent ovarian cancer. I also selected a few cases of ovarian cancer as the controls. I excluded those cases showing active bleeding (the presence of inflammatory cells due to hemorrhage can confound the interpretation). Once identified, I retrieved the slides, including H&E, and accompanied immunostaining slides. All cases are anonymous, without patients' personal identifiers (but labeled with experimental ID). I re-reviewed and recorded results and took representative photomicrographs using a Nikon Eclipse Ci light microscopy and Nikon digital camera. Images were taken at either 20X or 40X when appropriate. A total of 59 lesions and areas of interest from 48 individuals were included in this study. The review of the slides took place in the Cancer Research Bldg,- II, Room 305 at the Johns Hopkins Medical Institution,

25

Baltimore, Maryland, from February 2 to February 18, 2019.

**Diagnosis criteria:** I used the criteria to diagnose ovarian cancer precursor lesions as summarized in the research papers of which I am one of the coauthors (Vang et al., 2012a; Visvanathan et al., 2011). To determine if the precursor lesions are associated with chronic inflammation, I use lymphocyte infiltration in the stroma and or within the epithelium of the lesion on either H&E stained or immunohistochemically stained slides. To better demonstrate chronic inflammation in tissues, I also used positive control slides showing increased lymphocytic infiltrate as the references. To conclude that there is a chronic inflammation, I must observe a significant increase in lymphocyte density within the lesion or in its immediate stromal tissue as compared to the background normal-appearing fallopian tube epithelium without precursor lesions or carcinomas. Alternatively, fused plicae of the fallopian tube papillae can also be considered as evidence of prior salpingitis (chronic inflammation in fallopian tube) in appropriate cases. To compare the lymphocyte density between lesion and normal epithelial areas is important, as there is a normal immune surveillance in normal fallopian tube mucosa containing the resident immune cells, including lymphocytes (Ardighieri et al., 2014). I diagnose chronic inflammation based on my training as a pathologist and experience practicing gynecologic pathology for 20 years. The criteria used here is no different from those in my clinical practice.

**Research findings:** After identifying those qualified cases, I organized them into individual slide holders (one case in one folder). First, I used the low-power lens (4X) to look for the regions of interest, followed by higher-power lenses, including 10X, 20X and 40X on H&E slides. For p53 signature cases, I used p53 antibody stained slides since the H&E stain will not allow one to identify p53 signatures. I recorded the diagnosis and evaluated the density of chronic inflammatory cells, i.e., lymphocytes on the slides on H&E and/or immunostained slides. I compared the lymphocyte density between the lesion and the background normal-appearing fallopian tube mucosa. I then took photomicrographs on the lesions or regions of interest (usually at 20X) and saved the image files as .jpg files in my desktop computer in a folder. I labeled the file names of each image using the original experimental ID to avoid confusion.

My study result was summarized in the following **Table 2**. A total of 59 areas of interest were analyzed, and they included 18 p53 signature lesions, 25 STICs, eight normal fallopian tubes and eight ovarian (high-grade) serous carcinomas. Based on intraepithelial and intra-stromal lymphocyte density, as well as the architecture of tubal plicae, I did detect chronic inflammation in carcinoma tissues (the positive controls). When I applied the same criteria, I did not observe chronic inflammation in the p53 signatures and STIC lesions as compared to their background normal-appearing fallopian tube mucosa in any of the cases examined. **The photomicrographs are attached as an appendix**, and one can see that there are two types of images presented. One is conventional H&E slides to show the STICs and the other is immunohistochemistry (mostly p53 staining) to demonstrate p53 signatures, because without p53 staining, p53 signature lesions could not be identified by H&E staining. Immunohistochemistry using immune cell markers was not performed because it is not required to do so in routine diagnostic pathology, although chronic inflammation can be validated by immunostaining to highlight immune cells. Although not required, every board-certified anatomic pathologist now learns how to perform this procedure as part of his or her training. I also focused on comparing the lymphocyte density

between a lesion and its immediately adjacent normal region whenever the junctions were available for study. As a result, I did not see the difference between the lesion and the adjacent normal areas in terms of increased level of lymphocytic infiltration. Besides, there is a heterogeneity of lymphocyte density within normal fallopian tube mucosa with unknown significance; therefore, I used the average of lymphocyte density from normal fallopian tube mucosa to compare to those in fallopian tube precursor lesions.

In this study, I also ask whether there is any difference in lymphocyte density in mucosae (the connective tissue layer beneath the tubal epithelium) between normal fallopian tubes and those fallopian tubes harboring ovarian cancer precursor lesions (but without ovarian cancer). For the former, I selected eight new cases (10028, 10031, 10039, 10052, 20001, 20001, 20003, 20004), together with 10 previously reported cases (Ardighieri et al., 2014) (for a total of 18 normal-appearing fallopian tubes). As a result, there is no evidence that either group has an apparent increase in lymphocytes in mucosae. Like the fallopian tubes harboring precursor lesions, normal fallopian tubes do not have chronic inflammation.

**Interpretation and Discussion:** Based on the data presented, I attest that ovarian cancer precursor lesions, including STIC and p53 signatures (before cancer develops), are not associated with increased lymphocyte infiltration, and thus there is no evidence of chronic inflammation. This new result refutes the hypothesis that chronic inflammation can cause the malignant transformation of fallopian tube epithelium into cancer precursor lesions. If the precursor lesions are not the result of chronic inflammation, ovarian cancer is not caused by chronic inflammation because ovarian cancer (the invasive cancer) must derive from its precursor (i.e., p53 signatures and STICs), just like all other human cancers. Similarly, a recent study published by Malmberg et al. did not find evidence that chronic inflammation or tubal injury is involved in the carcinogenesis of ovarian cancer (Malmberg 2016).

Unlike cancers arising in organs such as the colon, where the early events of carcinogenesis can be studied because their precursor lesions are well-recognized, the precursors of ovarian high-grade serous carcinoma (HGSC), the most common and lethal type of ovarian cancer, have eluded detection until recently. Accumulating evidence suggests that serous tubal intraepithelial carcinoma (STIC) or its precursor lesions, including p53 signature and serous tubal intraepithelial lesion (STIL), located at fallopian tubes or cortical inclusion cysts of the ovary are the precursors of ovarian HGSC (Kurman and Shih Ie, 2016; Kurman and Shih, 2010) (Wu et al., 2018). The reported incidence of tubal lesions varied in the literature, but when a rigorous sampling was performed in a large cohort of fallopian tubes from a high-risk population, the incidence of p53 signature and STIC/STIL can be as high as 27% and 12%, respectively (Visvanathan, 2018).

One may ask why this study focuses on determining the chronic inflammation in precursor lesions rather than in ovarian cancer. This is because if the study analyzed patients with tubal lesions co-existing with advanced ovarian high-grade serous carcinomas, it is likely that some of these lesions were indeed the disseminated tumor cell clones from the adjacent, concurrent ovarian tumors, therefore obscuring the evolutionary histories. This issue is aggravated in ovarian HGSCs, which are often diagnosed late, at which time the vast late-stage tumor mass overwhelms or effaces the precursor lesions located at either the fallopian tube or the small

27

cortical inclusion cysts of the ovary, leaving little trace of the molecular landscape existing before the advent of invasive cancer. More importantly, cancer often induces chronic inflammation due to the neo-antigens (due to many missense mutations that produce new epitopes of proteins) that trigger immune responses in tissues. In this case, it is unknown if the chronic inflammation associated with cancer is the cause of the cancer or the result of it. All things considered, the best experimental approach is to directly observe the precursor lesions and detect if chronic inflammation is present. If yes, the development of ovarian cancer can be causally induced by chronic inflammation. Otherwise, the chronic inflammation that always occurs in ovarian cancer is not the cause of carcinogenesis of ovarian carcinoma. So, the final answer from this study is that ovarian cancer precursor lesions are not associated with chronic inflammation, thus refuting the hypothesis that chronic inflammation is the cause of ovarian cancer.

In conclusion, the most plausible cause of ovarian (high-grade) serous carcinoma is related to the incessant ovulation theory, which posits that the accumulated numbers of ovulations increase the risk. This risk is substantially further enhanced by genetic predisposition, including BRCA1/2 germline mutations. Temporary cessation of ovulation, such as during pregnancy or while taking birth control, is known to have a significant protective effect with respect to ovarian cancer (Bera, 2008), and the mechanism of this effect is revealed by recent advances in this study field. Previous studies have examined the link between ovulation and cancer development by examining fallopian tube follicular fluid (FF), which bathes fallopian tubes after each ovulation and is a required process during ovulation (Bahar, 2014) (Hsu, 2015). Scientists found that FF in high concentrations could cause significant DNA damage, double-stranded breaks, and TP53 nuclear accumulation that created an immunostaining pattern similar to that seen in p53 signature. Reactive oxygen species (ROS) and the IGF2 have been implicated in this mutagenesis (Hsu, 2015) (Hsu, 2019).

| Lesion | case ID | diagnosis | with concurrent cancer | inflammation* |
|--------|---------|-----------|------------------------|---------------|
| 1 | S80001 | p53 sig | no | no |
| 2 | S80002 | p53 sig | no | no |
| 3 | S80003 | STIC | no | no |
| 4 | S80004 | p53 sig | no | no |
| 5 | S80005 | p53 sig | no | no |
| 6 | S80006 | p53 sig | no | no |
| 7 | S80007 | STIC | no | no |
| 8 | 10150 | STIC | no | no |
| 9 | 10149 | p53 sig-1 | no | no |
| 10 | 10149 | p53 sig-2 | no | no |
| 11 | 10148 | p53 sig | no | no |
| 12 | 10147 | STIC | no | no |
| 13 | 10146 | STIC | yes | no |
| 14 | 10146 | ovarian cancer | yes | yes |
| 15 | 10145 | p53 sig | no | no |
| 16 | 10144 | STIC | no | no |
| 17 | 10142 | p53 sig | yes | no |
| 18 | 10142 | ovarian cancer | yes | yes |
| 19 | 10141 | STIC | yes | no |
| 20 | 10141 | ovarian cancer | yes | yes |
| 21 | 10137 | STIC-1 | no | no |
| 22 | 10137 | STIC-2 | no | no |
| 23 | 10136 | STIC | no | no |
| 24 | 10135 | STIC | no | no |
| 25 | 10133 | STIC | no | no |
| 26 | 10060 | STIC | no | no |
| 27 | 10059 | STIC | no | no |
| 28 | 10058 | ovarian cancer | yes | yes |
| 29 | 10058 | STIC | yes | no |
| 30 | 10057 | ovarian cancer | yes | yes |
| 31 | 10056 | STIC | no | no |
| 32 | 10055 | ovarian cancer | yes | yes |
| 33 | 10053 | STIC | yes | no |
| 34 | 10013 | STIC-1 | no | no |
| 35 | 10013 | STIC-2 | no | no |
| 36 | 10013 | STIC-3 | no | no |
| 37 | 10013 | p53 sig | no | no |
| 38 | 30032 | STIC | no | no |
| 39 | 20073 | STIC | no | no |
| 40 | 10046 | p53 sig | no | no |
| 41 | 20055 | ovarian cancer | yes | yes |
| 42 | 20055 | STIC | yes | no |
| 43 | 10022 | p53 sig | no | no |
| 44 | 10020 | p53 sig | no | no |
| 45 | 10043 | p53 sig | no | no |
| 46 | 10018 | p53 sig | no | no |
| 47 | 10026 | p53 sig | no | no |
| 48 | 10013 | p53 sig | no | no |
| 49 | 20114 | STIC | yes | no |
| 50 | 20114 | ovarian cancer | yes | yes |
| 51 | 10011 | STIC | no | no |
| 52 | 10028 | NFT | no | no |
| 53 | 10031 | NFT | no | no |
| 54 | 10039 | NFT | no | no |
| 55 | 10052 | NFT | no | no |
| 56 | 20001 NFT | NFT | no | no |
| 57 | 20002 NFT | NFT | no | no |
| 58 | 20003 NFT | NFT | no | no |
| 59 | 20004 NFT | NFT | no | no |

Table 2. The summary of the results.

*Inflammation is defined by increased lymphocytic infiltrate associated with the lesions as compred to the background normal tissues or mucosa.

**Appendix**

**Publications supported by DoD Ovarian Cancer Consortium (OCPR: W81XWH-11-2-0230)**

Title: Prevention of Ovarian High-Grade Serous Carcinoma by Elucidating Its Early Change

2011-Current (all investigators in this consortium)

6.1. Journal publications (with acknowledgement of federal support)

1. George SH, Greenaway J, Milea A, Clary V, Shaw S, Sharma M, Virtanen C, Shaw PA: Identification of abrogated pathways in fallopian tube epithelium from BRCA1 mutation carriers. J Pathol 2011, 225:106-17 PMID: 21744340.

2. Kurman RJ, Shih Ie M: Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer--shifting the paradigm. Hum Pathol 2011, 42:918-31 PMCID: PMC3148026

3. Kurman RJ, Vang R, Junge J, Hannibal CG, Kjaer SK, Shih Ie M: Papillary tubal hyperplasia: the putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. Am J Surg Pathol 2011, 35:1605-14 PMCID: PMC3193599

4. Visvanathan K, Vang R, Shaw P, Gross A, Soslow R, Parkash V, Shih Ie M, Kurman RJ: Diagnosis of serous tubal intraepithelial carcinoma based on morphologic and immunohistochemical features: a reproducibility study. Am J Surg Pathol 2011, 35:1766-75. PMCID: PMC4612640

5. Kuhn E, Kurman RJ, Sehdev AS, Shih IM: Ki-67 labeling index as an adjunct in the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol 2012, 31:416-22. PMCID: PMC3715095

6. Kuhn E, Kurman RJ, Shih IM: Ovarian Cancer Is an Imported Disease: Fact or Fiction? Curr Obstet Gynecol Rep 2012, 1:1-9. PMCID: PMC3322388

7. Kuhn E, Kurman RJ, Soslow RA, Han G, Sehdev AS, Morin PJ, Wang TL, Shih IM: The diagnostic and biological implications of laminin expression in serous tubal intraepithelial carcinoma. Am J Surg Pathol 2012, 36:1826-34. PMCID: PMC3500426

8. Kuhn E, Kurman RJ, Vang R, Sehdev AS, Han G, Soslow R, Wang TL, Shih IM: TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic high-grade serous carcinoma- evidence supporting the clonal relationship of the two lesions. J Pathol 2012, 226:421-6. PMCID: PMC4782784

9. Vang R, Visvanathan K, Gross A, Maambo E, Gupta M, Kuhn E, Li RF, Ronnett BM, Seidman JD, Yemelyanova A, Shih Ie M, Shaw PA, Soslow RA, Kurman RJ: Validation of an algorithm for the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol 2012, 31:243-53. PMCID: PMC3366037

10. Tone AA, Virtanen C, Shaw P, Brown TJ: Prolonged postovulatory proinflammatory signaling in the fallopian tube epithelium may be mediated through a BRCA1/DAB2 axis. Clin Cancer Res 2012, 18:4334-44. PMID: 22753593

11. George SH, Milea A, Shaw P: Proliferation in the normal FTE is a hallmark of the follicular phase not BRCA mutation status. Clin Cancer Res 2012, 18:6199-207. PMID: 22967960

12. Tian Y, Chen L, Zhang B, Zhang Z, Yu G, Clarke R, Xuan J, Shih IM, Wang Y: Genomic and network analysis to study the origin of ovarian cancer. Systems biomedicine 2013, 1:55-64.

13. Kuhn E, Ayhan A, Shih Ie M, Seidman JD, Kurman RJ: Ovarian Brenner tumour: a morphologic and immunohistochemical analysis suggesting an origin from fallopian tube epithelium. Eur J Cancer 2013, 49:3839-49. PMID: 24012099

14. Vang R, Shih Ie M, Kurman RJ: Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology 2013, 62:44-58. PMID: 23240669

15. Rodic N. Sharma R, Sharma R, Zampella J, Dai L, Taylor MS, Hruban RH, Iacobuzio-Donahue CA, Maitra A, Torbenson MS, Goggins M, Shih IM, Duffield AS, Montgomery EA, Gabrielson E, Netto GJ, Lotan TL, De Marzo AM, Westra W, Binder ZA, Orr BA, Gallia GL, Eberhart CG, Boeke JD, Harris CR, Burns KH. Long interspersed element-1 protein expression is a hallmark of many human cancers. Am J Pathol, 184:1280-1286, 2014. PMID:24607009

16. Nik NN, Vang R, Shih Ie M, Kurman RJ: Origin and pathogenesis of pelvic (ovarian, tubal, and primary peritoneal) serous carcinoma. Ann Rev Pathol 2014, 9:27-45.

17. Ardighieri L, Lonardi S, Moratto D, Facchetti F, Shih IM, Vermi W, Kurman RJ: Characterization of the immune cell repertoire in the normal fallopian tube. Int J Gyn Pathol 2014, 33:581-91. PMCID: PMC4617751.

18. Bettegowda C, Sausen M, Leary RJ, Kinde I, Wang Y, Agrawal N, Bartlett BR, Wang H, Luber B, Alani RM, Antonarakis ES, Azad NS, Bardelli A, Brem H, Cameron JL, Lee CC, Fecher LA, Gallia GL, Gibbs P, Le D, Giuntoli RL, Goggins M, Hogarty MD, Holdhoff M, Hong SM, Jiao Y, Juhl HH, Kim JJ, Siravegna G, Laheru DA, Lauricella C, Lim M, Lipson EJ, Marie SK, Netto GJ, Oliner KS, Olivi A, Olsson L, Riggins GJ, Sartore-Bianchi A, Schmidt K, Shih l M, Oba-Shinjo SM, Siena S, Theodorescu D, Tie J, Harkins TT, Veronese S, Wang TL, Weingart JD, Wolfgang CL, Wood LD, Xing D, Hruban RH, Wu J, Allen PJ, Schmidt CM, Choti MA, Velculescu VE, Kinzler KW, Vogelstein B, Papadopoulos N, Diaz LA, Jr.: Detection of circulating tumor DNA in early- and late-stage human malignancies. Sci Transl Med 2014, 6:224ra24. PMID:24553385

19. Sherman-Baust CA, Kuhn E, Valle BL, Shih Ie M, Kurman RJ, Wang TL, Amano T, Ko MS, Miyoshi I, Araki Y, Lehrmann E, Zhang Y, Becker KG, Morin PJ: A genetically engineered ovarian cancer mouse model based on fallopian tube transformation mimics human high-grade serous carcinoma development. J Pathol 2014, 233:228-37. PMCID: PMC4149901.

31

20. George SH, Shaw P: BRCA and Early Events in the Development of Serous Ovarian Cancer. Frontiers Onc 2014, 4:5. PMCID: PMC3901362.

21. Zeppernick F, Meinhold-Heerlein I, Shih Ie M: Precursors of ovarian cancer in the fallopian tube: serous tubal intraepithelial carcinoma--an update. J Ob Gyn Res 2015, 41:6-11. PMCID: PMC4352308.

22. Chui MH, Wang Y, Wu RC, Seidman J, Kurman RJ, Wang TL, Shih IM: Loss of ALDH1A1 expression is an early event in the pathogenesis of ovarian high-grade serous carcinoma. Mod Pathol 2015, 28:437-45. PMCID: PMC4344882

23. Morrison JC, Blanco LZ Jr, Vang R, Ronnett BM: Incidental serous tubal intraepithelial carcinoma and early invasive serous carcinoma in the nonprophylactic setting: analysis of a case series. Am J Surg Pathol 2015, 39:442-53. PMID: 25517955.

24. Cobb LP, Gaillard S, Wang YH, Shih IM, Secord AA. Adenocarcinoma of Mullerian origin: review of pathogenesis, molecular biology, and emerging treatment paradigms. Gyn Oncol Res Pract, 2:1, 2015.

25. Kobayashi Y, Kashima H, Wu RC, Jung JG, Kuan JC, Gu J, Xuan J, Sokoll L, Visvanathan K, Shih IM, Wang TL: Mevalonate Pathway Antagonist Inhibits Proliferation of Serous Tubal Intraepithelial Carcinoma and Ovarian Carcinoma in Mouse Models. Clin Cancer Res, 2015, 21:4625-62. PMCID: PMC4609247.

26. Lheureux S, Shaw PA, Karakasis K, Oza AM: Cancer precursor lesions in the BRCA population at the time of prophylactic salpingo-oophorectomy: Accuracy of assessment and potential surrogate marker for prevention. Gyn Oncol, 2015, 138:235-7. PMID: 26072440.

27. George SH, Milea A, Sowamber R, Chehade R, Tone A, Shaw PA: Loss of LKB1 and p53 synergizes to alter fallopian tube epithelial phenotype and high-grade serous tumorigenesis. Oncogene. 2016 Jan 7;35(1):59-68. PMID: 25798842

28. Kurman RJ, Shih IM: The dualistic model of ovarian carcinogenesis- revisited, revised and expanded. Am J Pathol. 2016 186:733-47. PMID: 27012190

29. Kito M, Maeda D, Kudo-Asabe Y, Sato N, Shih IM, Wang TL, Tanaka M, Terada Y. Goto A. Expression of cell competition markers at the interface between p53 signature and normal epithelium in the human fallopian tube. PLoS One, 11(6):e0156069, 2016. PMID: 27258067

30. Kuhn E, Wang TL, Doberstein K, Bahadirli-Talbott A, Ayhan A, Sehdev S, Drapkin R, Kurman RJ, Shih IM. CCNE1 amplification and centrosome number abnormality in serous tubal intraepithelial carcinoma- further evidence supporting its role as a precursor of ovarian high-grade serous carcinoma. Mod Pathol, 29:1254-1261, 2016.

31. Gerry E, Shih IM. Will shorter time interval to diagnose ovarian cancer improve early detection? A perspective from the dualistic model. Br J Ob Gyn, 123:1021, 2016. PMID: 26138012

32. Angeleso M, Papdopoulos N, Ayhan A, Wang TL, Nazeran TM, Horlings HM, Noe M, Lum A, Jones S, Senz J, Seckin T, Ho J, Wu RC, Lac V, Ogawa H, Tessier-Cloutier B, Alhassan R, Wang A, Wang Y, Cohen, J, Wong F, Hasanovic A, Orr, Wang M, Popoli M, McMahon W, Wood L, Mattox A, Allaire C, Segars J, Williams C, Tomasetti C, Boyd N, Kinzler KW, Gilks B, Diza L, Wang TL, Vogelstein B, Yong PJ, Huntsman DG, Shih IM. Cancer associated mutations in endometriosis without cancer. N Engl J Med, 376:1835-1848, 2017. PMID: 28489996

33. Ducie J, Dao F, Considine M, Olvera N, Shaw PA, Kurman RJ, Shih IM, Soslow RA, Cope L, Levine DA. Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma. Nat Commun, 2017 Oct 17;8(1):990. doi: 10.1038/s41467-017-01217-9. PubMed PMID: 29042553; PubMed Central PMCID: PMC5645359.

34. Labidi-Galy I, Papp E, Hallberg D, Niknafs N, Adleff V, Now M, Bhattacharya R, Novak M, Jones S, Phallen J, Hurban CA, Hirsch MS, Lin DI, Schwartz L, Maire CL, Tille JC, Bowden M, Ahyan A, Wood LD, Scharpf RB, Kurman RJ, Wang TL, Shih IM, Karchin R, Drapkin R, Velculescu VE. High grade serous ovarian carcinomas originate in the fallopian tube. Nat Comm, 8:1093, 2017. PMID: 29061967

35. Lin SF, Gerry E, Shih IM. Tubal origin of ovarian cancer- the double-edged sword of haemaglobin. J Pathol, 242:3-6, 2017. PMID: 28054715

36. Visvanathan K, Wang TL, Shih IM. Pre-cancerous lesions of ovarian cancer- a US perspective. J Natl Can Inst, 110:djx269, 2018. PMID: 29281080

37. Wang Y, Li L, Douville C, Cohen JD, Yen TT, Kinde I, Sundfelt K, Kjaer SK, Hruban RH, Shih IM, Wang TL, Kurman RJ, Springer S, Ptak J, Popli M, Schaefer J, Silliman N, Dobbyn L, Tanner EJ, Angarita A, Lycke M, Jochumsen K, Afsari B, Danilova L, Levine DA, Jardon K, Zeng X, Arsenau J, Fu L, Diaz LA, Karchin R, Tomasetti C, Kinzler KW, Vogelstein B, Fader AN, Papadopoulos N. Evaluation of liquid from the Papnicolaou test and other liquid biopsies for the detection of endometrial and ovarian cancers. Sci Tral Med, 10(433). pii: eaap8793. doi: 10.1126/scitranslmed.aap8793, 2018. PMID: 29563323

38. Ojalvo LS, Thompson ED, Wang TL, Meeker AK, Shih IM, Fader AN, Cimino-Mathews AM, Emens LA. Tumor-associated macrophages and the tumor immune microenvironment of primary and recurrent epithelial ovarian cancer. Hum Pathol, 74:135-147, 2018. PMID: 29288043.

39. Pisanic TR, Lin SF, Yen TT, Athamanolap P, Nakayama K, Cope LM, Wang TH, Shih IM, Wang TL. Methylomic analysis of ovarian cancers identifies tumor-specific alterations readily detectable in early precursor lesions. Clin Cancer Res, in press.

40. Visvanathan K, Shaw PA, May BJ, Bahdirli-Talbot A, Kaushiva A, Risch HA, Narod SA, Wang T-L, Parkash V, Vang R, Levine DA, Soslow RA, Kurman RJ, and Shih Ie-Ming. Fallopian tube lesions in women at high risk for ovarian cancer: A multicenter study. Resubmission under review with Cancer Prevention Research.

41. Lin SF, Wang P, Zhang M, Wu RC, Chu T, Wang BG, Kurman RJ, Vang R, Kinzler K, Tomasetti C, Wang TL, Shih IM. Early genomic landscape in the evolution of ovarian cancer. Submission under review with J Pathol.

42. Sophia HL George, Anca Milea, Ramlogan Sowamber, Alicia Tone, Rania Chehade and Patricia Shaw. Loss of LKB1 Protein Expression is Frequent in Serous Carcinoma. Oncogene, 35:58, 2016.

43. Sophia HL George and Patricia Shaw. BRCA and the fallopian tube epithelium. Frontiers in Oncology, 4:5, 2014

44. Sophia H.L. George, Anca Milea and Patricia A. Shaw. Proliferation in the Normal FTE Is a Hallmark of the Follicular Phase, Not BRCA Mutation Status. Clin Can Res, 22:6199-6207; 2012.

45. George, S. H., Greenaway, J. ,Milea, A. , Clary, V. , Shaw, S. , Sharma, M. , Virtanen, C. and Shaw, P. A. Identification of abrogated pathways in fallopian tube epithelium from BRCA1 mutation carriers. J. Pathol, 225:106-117, 2011.

46. Han C, Bellone S, Siegel ER, Altwerger G, Menderes G, Bonazzoli E, Egawa-Takata T, Pettinella F, Bianchi A, Riccio F, Zammataro L, Yadav G, MartoJA, Penet MF, Levine DA, Drapkin R, Patel A, Litkouhi B, Ratner E, Silasi DA,Huang GS, Azodi M, Schwartz PE, Santin AD. A novel multiple biomarker panel for the early detection of high-grade serous ovarian carcinoma. Gynecol Oncol. 2018Jun;149(3):585-591. doi: 10.1016/j.ygyno.2018.03.050. Epub 2018 Mar 21. PubMedPMID: 29572027; PubMed Central PMCID: PMC5986604.

47. Hussein YR, Ducie JA, Arnold AG, Kauff ND, Vargas-Alvarez HA, Sala E, LevineDA, Soslow RA. Invasion Patterns of Metastatic Extrauterine High-grade Serous Carcinoma With BRCA Germline Mutation and Correlation With Clinical Outcomes. Am J Surg Pathol. 2016 Mar;40(3):404-9. doi: 10.1097/PAS.0000000000000556. PubMedPMID: 26574845; PubMed Central PMCID: PMC4970426.

## References cited in this study

Alves, J.M., Prieto, T., and Posada, D. (2017). Multiregional Tumor Trees Are Not Phylogenies. Trends Cancer *3*, 546-550.

Ardighieri, L., Lonardi, S., Moratto, D., Facchetti, F., Shih Ie, M., Vermi, W., and Kurman, R.J. (2014). Characterization of the immune cell repertoire in the normal fallopian tube. International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists *33*, 581-591.

Bahar-Shany K, Brand H, Sapoznik S, Jacob-Hirsch J, Yung Y, Korach J, et al. Exposure of fallopian tube epithelium to follicular fluid mimics carcinogenic changes in precursor lesions of serous papillary carcinoma. Gynecologic Oncology. 2014;132(2):322-7.

Beral V, Doll R, Hermon C, Peto R, Reeves G. Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. The Lancet. 2008;371(9609):303-14.

Ducie, J., Dao, F., Considine, M., Olvera, N., Shaw, P.A., Kurman, R.J., Shih, I.M., Soslow, R.A., Cope, L., and Levine, D.A. (2017). Molecular analysis of high-grade serous ovarian carcinoma with and without associated serous tubal intra-epithelial carcinoma. Nature communications *8*, 990.

Eckert, M.A., Pan, S., Hernandez, K.M., Loth, R.M., Andrade, J., Volchenboum, S.L., Faber, P., Montag, A., Lastra, R., Peter, M.E.*, et al.* (2016). Genomics of Ovarian Cancer Progression Reveals Diverse Metastatic Trajectories Including Intraepithelial Metastasis to the Fallopian Tube. Cancer discovery *6*, 1342-1351.

Hsu C-F, Huang H-S, Chu T-Y, Chu S-C, Ding D-C, Chen P-C, et al. Mutagenic, surviving and tumorigenic effects of follicular fluid in the context of p53 loss: initiation of fimbria carcinogenesis. Carcinogenesis. 2015;36(11):1419-28.

Hsu C-F, Huang H-S, Chen P-C, Ding D-C, Chu T-Y. IGF-axis confers transformation and regeneration of fallopian tube fimbria epithelium upon ovulation. EBioMedicine. 2019.

Kindelberger, D.W., Lee, Y., Miron, A., Hirsch, M.S., Feltmate, C., Medeiros, F., Callahan, M.J., Garner, E.O., Gordon, R.W., Birch, C.*, et al.* (2007). Intraepithelial carcinoma of the fimbria and pelvic serous carcinoma: Evidence for a causal relationship. The American journal of surgical pathology *31*, 161-169.

Kuhn, E., Kurman, R.J., Sehdev, A.S., and Shih, I.M. (2012a). Ki-67 labeling index as an adjunct in the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol *in press*.

Kuhn, E., Kurman, R.J., and Shih, I.M. (2012b). Ovarian cancer is an imprted disease: fact or fiction? Curr Obstet Gynecol Rep *1*, 1-9.

Kuhn, E., Kurman, R.J., Soslow, R.A., Han, G., Sehdev, A.S., Morin, P.J., Wang, T.L., and Shih Ie, M. (2012c). The diagnostic and biological implications of laminin expression in serous tubal intraepithelial carcinoma. The American journal of surgical pathology *36*, 1826-1834.

Kuhn, E., Kurman, R.J., Vang, R., Sehdev, A.S., Han, G., Soslow, R., Wang, T.L., and Shih, I.M. (2012d). TP53 mutations in serous tubal intraepithelial carcinoma and concurrent pelvic high-grade serous carcinoma- evidence supporting the clonal relationship of the two lesions. The Journal of pathology *226*, 421-426.

Kuhn, E., Meeker, A., Wang, T.L., Sehdev, A.S., Kurman, R.J., and Shih Ie, M. (2010). Shortened telomeres in serous tubal intraepithelial carcinoma: an early event in ovarian high-grade serous carcinogenesis. The American journal of surgical pathology 34, 829-836.

Kuhn, E., Wang, T.L., Doberstein, K., Bahadirli-Talbott, A., Ayhan, A., Sehdev, A.S., Drapkin, R., Kurman, R.J., and Shih Ie, M. (2016). CCNE1 amplification and centrosome number abnormality in serous tubal intraepithelial carcinoma: further evidence supporting its role as a precursor of ovarian high-grade serous carcinoma. Modern pathology : an official journal of the United States and Canadian Academy of Pathology, Inc 29, 1254-1261.

Kuhn, E., Wu, R.C., Guan, B., Wu, G., Zhang, J., Wang, Y., Song, L., Yuan, X., Wei, L., Roden, R.B., et al. (2012e). Identification of Molecular Pathway Aberrations in Uterine Serous Carcinoma by Genome-wide Analyses. Journal of the National Cancer Institute 104, 1503-1513.

Kurman, R.J., and Shih Ie, M. (2016). The Dualistic Model of Ovarian Carcinogenesis: Revisited, Revised, and Expanded. The American journal of pathology 186, 733-747.

Kurman, R.J., and Shih, I.M. (2010). The origin and pathogenesis of epithelial ovarian cancer: a proposed unifying theory. The American journal of surgical pathology 34, 433-443.

Lee, Y., Medeiros, F., Kindelberger, D., Callahan, M.J., Muto, M.G., and Crum, C.P. (2006). Advances in the recognition of tubal intraepithelial carcinoma: applications to cancer screening and the pathogenesis of ovarian cancer. Adv Anat Pathol 13, 1-7.

Lee, Y., Miron, A., Drapkin, R., Nucci, M.R., Medeiros, F., Saleemuddin, A., Garber, J., Birch, C., Mou, H., Gordon, R.W., et al. (2007). A candidate precursor to serous carcinoma that originates in the distal fallopian tube. The Journal of pathology 211, 26-35.

Malmberg K, Klynning C et al. Serous tubal intraepitehlial carcinoma, chronic fallopian tube injury, and serous carcinoma development. Virchows Arch, 2016.

McDaniel, A.S., Stall, J.N., Hovelson, D.H., Cani, A.K., Liu, C.J., Tomlins, S.A., and Cho, K.R. (2015). Next-Generation Sequencing of Tubal Intraepithelial Carcinomas. JAMA oncology 1, 1128-1132.

Medeiros, F., Muto, M.G., Lee, Y., Elvin, J.A., Callahan, M.J., Feltmate, C., Garber, J.E., Cramer, D.W., and Crum, C.P. (2006). The tubal fimbria is a preferred site for early adenocarcinoma in women with familial ovarian cancer syndrome. The American journal of surgical pathology 30, 230-236.

Piek, J.M., van Diest, P.J., Zweemer, R.P., Jansen, J.W., Poort-Keesom, R.J., Menko, F.H., Gille, J.J., Jongsma, A.P., Pals, G., Kenemans, P., et al. (2001a). Dysplastic changes in prophylactically removed Fallopian tubes of women predisposed to developing ovarian cancer. The Journal of pathology 195, 451-456.

Piek, J.M., van Diest, P.J., Zweemer, R.P., Kenemans, P., and Verheijen, R.H. (2001b). Tubal ligation and risk of ovarian cancer. Lancet 358, 844.

Rabban, J.T., Vohra, P., and Zaloudek, C.J. (2015). Nongynecologic metastases to fallopian tube mucosa: a potential mimic of tubal high-grade serous carcinoma and benign tubal mucinous metaplasia or nonmucinous hyperplasia. The American journal of surgical pathology 39, 35-51.

Sehdev, A.S., Kurman, R.J., Kuhn, E., and Shih Ie, M. (2010). Serous tubal intraepithelial carcinoma upregulates markers associated with high-grade serous carcinomas including Rsf-1 (HBXAP), cyclin E and fatty acid synthase. Modern pathology : an official journal of the United States and Canadian Academy of Pathology, Inc *23*, 844-855.

Singh, R., and Cho, K.R. (2017). Serous Tubal Intraepithelial Carcinoma or Not? Metastases to Fallopian Tube Mucosa Can Masquerade as In Situ Lesions. Archives of pathology & laboratory medicine *141*, 1313-1315.

Skates, S.J., Greene, M.H., Buys, S.S., Mai, P.L., Brown, P., Piedmonte, M., Rodriguez, G., Schorge, J.O., Sherman, M., Daly, M.B.*, et al.* (2017). Early Detection of Ovarian Cancer using the Risk of Ovarian Cancer Algorithm with Frequent CA125 Testing in Women at Increased Familial Risk - Combined Results from Two Screening Trials. Clinical cancer research : an official journal of the American Association for Cancer Research *23*, 3628-3637.

Trabert, B., Coburn, S.B., Mariani, A., Yang, H.P., Rosenberg, P.S., Gierach, G.L., Wentzensen, N., Cronin, K.A., and Sherman, M.E. (2017). Reported Incidence and Survival of Fallopian Tube Carcinomas: A Population-Based Analysis From the North American Association of Central Cancer Registries. Journal of the National Cancer Institute.

Vang, R., Gupta, M., Wu, L.S., Yemelyanova, A.V., Kurman, R.J., Murphy, K.M., Descipio, C., and Ronnett, B.M. (2012a). Diagnostic reproducibility of hydatidiform moles: ancillary techniques (p57 immunohistochemistry and molecular genotyping) improve morphologic diagnosis. The American journal of surgical pathology *36*, 443-453.

Vang, R., Visvanathan, K., Gross, A., Maambo, E., Gupta, M., Kuhn, E., Li, R.F., Ronnett, B.M., Seidman, J.D., Yemelyanova, A.*, et al.* (2012b). Validation of an algorithm for the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol *31*, 243-253.

Visvanathan, K., Shaw, P., May, B.J., Bahadirli-Talbott, A., Kaushiva, A., Risch, H., Narod, S., Wang, T.L., Parkash, V., Vang, R.*, et al.* (2018). Fallopian Tube Lesions in Women at High Risk for Ovarian Cancer: A Multicenter Study. Cancer prevention research *11*, 697-706.

Visvanathan, K., Vang, R., Shaw, P., Gross, A., Soslow, R., Parkash, V., Shih Ie, M., and Kurman, R.J. (2011). Diagnosis of serous tubal intraepithelial carcinoma based on morphologic and immunohistochemical features: a reproducibility study. The American journal of surgical pathology *35*, 1766-1775.

Visvanathan, K., Wang, T.L., and Shih, I.M. (2017). Precancerous Lesions of Ovarian Cancer-A US Perspective. Journal of the National Cancer Institute.

Visvanathan, K., Shaw, P., May, B.J., Bahadirli-Talbott, A., Kaushiva, A., Risch, H., Narod, S., Wang, T.L., Parkash, V., Vang, R.*, et al.* (2018). Fallopian Tube Lesions in Women at High Risk for Ovarian Cancer: A Multicenter Study. Cancer prevention research *11*, 697-706.

Wu, R.C., Wang, P., Lin, S.F., Zhang, M., Song, Q., Chu, T., Wang, B.G., Kurman, R.J., Vang, R., Kinzler, K.*, et al.* (2018). Genomic landscape and evolutionary trajectories of ovarian cancer early precursor lesions. The Journal of pathology.

# Appendix: Photomicrographs

















20055













Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL NO. 16-2738 (FLW) (LHG) |

EXPERT REPORT OF JEFF BOYD, PHD
FOR GENERAL CAUSATION *DAUBERT* HEARING

Date: February 25, 2019

_____
Jeff Boyd, Ph.D.

# I.       BACKGROUND AND QUALIFICATIONS

I am professor (with tenure) and chair of the Department of Human and Molecular Genetics and professor of Obstetrics and Gynecology, as well as associate dean for Basic Research and Graduate Programs at the Herbert Wertheim College of Medicine at Florida International University.  I also serve as associate deputy director, Translational Research and Genomic Medicine, at the Miami Cancer Institute of Baptist Health South Florida.  I am founding director of the Center for Genomic Medicine at the Miami Cancer Institute.

I received my bachelor's degree at Duke University and my master's and Ph.D. degrees in toxicology and biochemistry at North Carolina State University, and completed my postdoctoral training in environmental pathology at the Lineberger Comprehensive Cancer Center of the University of North Carolina at Chapel Hill.  Following that, I served on the faculty (as a section head of Gynecologic Pathobiology) of the National Institute of Environmental Health Sciences, National Institutes of Health.  I then joined the University of Pennsylvania as an associate professor, Division of Gynecologic Oncology, within the Department of Obstetrics and Gynecology, with a joint appointment in the Department of Genetics.  From 1997-2006, I worked at Memorial Sloan-Kettering Cancer Center in New York City, where I was director of the Gynecology and Breast Research Laboratory in the Department of Surgery, and director of the Diagnostic Molecular Genetics Laboratory in the Department of Medicine.  While there, I was promoted to full member (professor) with tenure-of-title.  I left Sloan-Kettering to become vice president of Oncology and Research and director of the Anderson Cancer Institute at the Memorial University Medical Center in Savannah, GA.  I also held appointments as professor in the Departments of Obstetrics and Gynecology, Surgery, Medicine, and Division of Basic Medical Sciences, as well as assistant dean for Research at the Mercer University School of Medicine - Savannah.  From 2008-2015, immediately prior to taking my positions in Miami, I was a tenured professor and held the Robert C. Young, MD, Chair in Cancer Research at Fox Chase Cancer Center in Philadelphia, where I also served as Senior Vice President, Chief Scientific Officer, and Chief of the Division of Molecular Pathology.  In addition, I was founding director of the Cancer Genome Institute.

My research focuses on the genetics and molecular genetics of gynecologic and breast cancers.  I have been supported by more than $25 million in grants from the National Institutes of Health or peer-reviewed NIH-equivalent grants, and have served as principal investigator for a National Cancer Institute Specialized Program of Research Excellence grant in ovarian cancer.  Additional awards include Distinguished Cancer Scholar from the Georgia Cancer Coalition (2006) and the Rosalind Franklin Award for Excellence in Ovarian Cancer Research from the Ovarian Cancer National Alliance (2015).  I have authored or co-authored more than 200 articles, reviews, book chapters and editorials on the molecular and genetic bases of gynecologic or breast cancers, and been invited to present more than 150 lectures on these topics throughout the world.  I have served as a peer reviewer in many capacities, including as a standing member of scientific review groups of the National Institutes of Health, the Department of Defense cancer research program, and the American Cancer Society, and as an editorial board member for seven scientific and clinical journals.  I have also served as an ad hoc peer reviewer for approximately 45 scientific and clinical journals.  Among my many committee and board

memberships, I served as chair of the Scientific Advisory Committee for the Ovarian Cancer Research Fund (Alliance) for nine years, and am currently a member of the Board of Directors for the Society of Gynecologic Oncology.  My current research interests include the histogenesis (cell of origin) of ovarian carcinoma, the comprehensive genomic characterization of ovarian cancer stem cells, and the genomic basis of diethylstilbestrol (DES)-induced carcinogenesis of the cervix and vagina of women exposed to DES in utero.

## II.      SCOPE OF REPORT

I was asked to opine on Dr. Ghassan Saed's expert report based on my experience as a molecular biologist and cancer researcher, and in particular, whether this research supports the biological plausibility of plaintiffs' theory that perineal talc use causes ovarian cancer.  All of the opinions in this report are stated to a reasonable degree of scientific certainty.  I am being compensated at the rate of $600 per hour for my work on this matter and $1200 per hour for deposition and other testimony.

## III.     BACKGROUND ON OVARIAN CANCER

Ovarian cancer is a term that embraces several closely-related malignancies.  Of most relevance here is epithelial ovarian carcinoma (EOC), which comprises several histological subtypes that together account for approximately 90% of all cases of "ovarian cancer."  These subtypes include serous, endometrioid, clear cell and mucinous EOCs.  Although the histogenesis (cell of origin) of these cancers remains relatively poorly understood, it has been established that the pathogenesis of the distinct subtypes is not entirely overlapping.  For example, a proportion of serous EOCs are now believed to arise in the fallopian tube, while some proportion of clear cell and endometrioid EOCs are believed to arise from implants of endometriosis on the ovary.  It should also be noted that from a clinical perspective, carcinomas of the ovary, fallopian tube and primary peritoneal lining are generally treated identically (when matched for stage), in both surgical and medical contexts, and demonstrate a very similar clinical course.  Hereafter in this report, the term "ovarian cancer" will be used as defined above.

Among the few accepted significant risk factors for ovarian cancer are rare inherited genetic mutations that affect certain genes, including *BRCA1* and *BRCA2*, which are estimated to substantially increase the lifetime risk of developing ovarian cancer to as high as 40% or 20%, respectively.[1]  Additionally, through genome-wide associational studies (GWAS), certain other common genetic variants have been correlated with an increased risk of ovarian cancer, although these variants are associated with a substantially smaller lifetime relative risk of ovarian cancer.[2]  Overall, genetic predisposition is currently believed to be associated with approximately 20% of

---

[1]    Kuchenbaecker KB et al., *Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers.* JAMA (2017) 317(23):2402-16.

[2]    Pharoah PD et al., *GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer*. Nat Genet. (2013) 45(4):362-70.

all ovarian cancers.[3]  It is very important to recognize that ovarian cancers associated with genetic predisposition as well as those (approximately 80%) that occur "sporadically" are all associated with the acquisition and accumulation of mutations affecting multiple cancer-related genes.  So-called "hereditary cancers" differ only in the sense that the first rate-limiting genetic mutation is inherited, rather than acquired.  In this sense, all ovarian cancers (and indeed all cancers generally) represent a genetic disease.  Multiple mutations affecting multiple genes are required for a normal cell to progress to a malignant tumor cell, regardless of the tissue of origin.  The causes of these "somatic" genetic mutations acquired in the organ in which a cancer ultimately develops remain largely unknown for ovarian cancer and most other cancers.  Exceptions include a strong association between chronic inhalation of tobacco smoke and lung cancer, and prolonged exposure to ultraviolet-irradiation (sunlight) and skin cancer.  Even for these examples, however, it is important to note that never-smokers develop lung cancer and that individuals with very low lifetime exposures to sunlight develop melanoma.  Possible mutagenic mechanisms in ovarian and other cancer types include unknown environmental exposures and pure chance.  Indeed, one prominent cancer molecular geneticist recently posited that most cancer cases may simply be attributable to bad luck – genetic mutations resulting from chance errors in the ordinary replication of the cellular genome (3.3 billion base pairs per cell) whenever one cell divides into two.[4]  If such mutations occur in certain critical genes that affect elements of the cancer cell phenotype, then tumorigenesis may ensue.

The limitations on our understanding of the causes and prevention of ovarian cancer persist notwithstanding decades of intense research efforts in this field.  Underscoring these difficulties, a randomized controlled clinical trial involving more than 200,000 apparently well women attempted to assess the viability of ovarian cancer screening over the course of more than a decade.  The trial was recently concluded, but shed little light on potential paths forward in identifying ovarian cancer in its earliest and potentially curable stages.  As the authors summarized in the published results of this clinical trial, "[f]indings from this trial suggest that for 641 women screened annually using the multimodal strategy for 14 years, one ovarian cancer death is prevented."[5]  This disappointing result characterizes the challenges that remain in the area of ovarian cancer research, especially in the areas of etiology and prevention.

## IV.    PLAINTIFFS' EXPERTS HAVE NOT SHOWN THAT THEIR PROPOSED MECHANISMS FOR OVARIAN CARCINOGENESIS ARE PLAUSIBLE

Plaintiffs' experts propose that talc causes inflammation, which leads to cancer, or that inflammation causes oxidative stress, which damages DNA, which results in cancer.  These

---

[3]    Walsh T et al., *Mutations in 12 genes for inherited ovarian, fallopian tube, and peritoneal carcinoma identified by massively parallel sequencing*. Proc Natl Acad Sci USA (2011) 108(44):18032-7; Norquist BM et al., *Inherited mutations in women with ovarian carcinoma*. JAMA Oncol. (2016) 2(4):482-90.

[4]    Tomasetti C & Vogelstein B, *Variation in cancer risk among tissues can be explained by the number of stem cell divisions*. Science (2015) 347:78-81.

[5]    Jacobs I et al., *Ovarian cancer screening and mortality in the UK Collaborative Trial of Ovarian Cancer Screening (UKCTOCS): a randomized controlled trial*. Lancet (2016) 387:945-56.

3

explanations are simplistic, speculative and lack sufficient scientific support to be deemed plausible. All suffer from the same flaw to various degrees: they depend on large leaps of faith connecting one process to another. My focus, however, is on Dr. Saed's report and the underlying study he conducted, which purportedly found that talc causes an oxidative stress response that is associated with an increased ovarian cancer risk.

As set forth below, Dr. Saed's report layers speculation upon speculation. The gap between his research (which is itself filled with many methodological flaws, described below) and elucidating the origins of ovarian cancer is very large. At most, if his research had been conducted in a reliable manner, it would show that placing relatively large amounts of talc on cell lines *in vitro* can alter the expression of certain genes, change the rates of cell proliferation and apoptosis, and increase the secretion of CA-125. But these observations have no bearing on whether ordinary use of talc in a woman's underwear (or perineal area) can cause ovarian cancer, which remains a speculative theory for which plaintiffs have offered no rational scientific support.

## A.    Study Design Issues

**Use of DMSO as Solvent:**  Dr. Saed determined that he needed to apply talc through a liquid medium to the cells he wished to treat. But talc is poorly soluble in water, so he apparently chose DMSO (dimethyl sulfoxide), a "universal" solvent, in which to dissolve the talc. Dr. Saed apparently believed that he was controlling for the effects of DMSO by treating a control group of cells with the same solvent (but without talc dissolved in it).[6] But he apparently paid no heed to recent research that has called into question whether the use of DMSO as a solvent can alter the effect of the treatment and skew the results.[7] In other words, while a DMSO-only control can theoretically control for the effects of DMSO by itself, it cannot control for the possibility of an interaction between DMSO and talc or DMSO and the cells that could, in and of itself, alter the effect that talc would otherwise have on the cells (if any). Dr. Saed's failure to evaluate this possibility renders most of his results (those involving exposure of cells to talc) unreliable.

**Determination of Talc Dosage:**  Dr. Saed used a very highly concentrated talc solution – 500 mg of talc per 10 ml of DMSO.[8] He then applied relatively enormous doses of talc – from 5 to 100 µg/ml – directly to the treated cells.[9] This represents a far greater talc exposure than human ovarian cells would ever be subjected to under normal physiologic conditions – including as a result of regular perineal use of talcum powder. Indeed, the evidence that ***any*** talc can reach the ovaries from external perineal use is weak.[10] Dr. Saed never estimated the amount of talc he

---

[6]    Saed Dep. Vol. I 117:4-119:10.

[7]    *See* Hall MD et al., *Say no to DMSO: Dimethyl sulfoxide inactivates cisplatin, carboplatin and other platinum complexes*. Cancer Res. (2014) 74(14):3913-22.

[8]    Saed Rep. at 14.

[9]    *Id.*

[10]   International Agency for Research on Cancer, *Monographs on the Evaluation of Carcinogenic Risks to Humans* Vol. 93: Carbon Black, Titanium Dioxide, and Talc 411 (2010) ("[T]he evidence for retrograde transportation of talc to the ovaries of normal women is weak" and animal studies "showed no evidence of retrograde transport

*(cont'd)*

believes would reach the ovary or the fallopian tubes as a result of perineal dusting, despite being directly asked,[11] and other aspects of his deposition testimony support the conclusion that such an anatomical journey would prove improbable for talc particles.  In attempting to explain why talc would not produce inflammation and cancer in the intervening areas of the female reproductive anatomy, for example, Dr. Saed repeatedly referred to the "wash" of bodily fluids that would expel particulate matter.[12]  Dr. Saed contrasted this protective mechanism to that of the ovaries, which he claims have no mechanism for removing foreign particles.[13]  But the logical conclusion of this argument would be that the same mechanisms of expulsion of talc from areas of the female reproductive tract distal to the ovaries (vagina, cervix, uterus, fallopian tubes) should also prevent talc from otherwise migrating – like a salmon upstream – through this wash of bodily fluids, eventually reaching the ovaries.

Even accepting that talc could reach the ovaries to some extent, however, I am aware of no research suggesting that an amount approaching the quantities involved in Dr. Saed's study would ever reach the fallopian tubes or ovaries, and Dr. Saed appears to admit as much.[14]  As such, Dr. Saed failed to show that the dose range he used in his studies is applicable to human exposure levels and any subsequent physiological sequela.

Moreover, Dr. Saed's report does not articulate any reason for selecting such high doses, much less any reason why he believes a study using these mega-doses is likely to produce data relevant to carcinogenesis in humans.  At his deposition, Dr. Saed suggested that he initially treated cells with an even larger dose of 1000 μg/ml, but found that this dose simply killed the cells, precluding the ability to measure any biological response, and that he, therefore, selected the lower, but still very high, doses reported in his report and manuscript.[15]  This is an inappropriate methodology for selecting an appropriate dose range for experiments designed to test the effect of a xenobiotic (foreign chemical or substance, naturally-occurring or otherwise) on cultured human cells *in vitro*, especially when the goal is to provide evidence that such an exposure is directly linked to carcinogenesis in humans.

A fundamental tenet of toxicology is that any chemical or substance, including those generally considered completely safe or inert (for example, food or beverage ingredients, or substances that humans consume or otherwise contact routinely), will almost certainly elicit a measurable biological or physiological response from cells or organisms that are exposed *in vitro* or *in vivo*,

---

*(cont'd from previous page)*

   of talc to the ovaries").  *See* Henderson WJ et al., *Talc and carcinoma of the ovary and cervix*. J Obstet Gynaecol Br Commonw. (1971) 78(3):266-72 (finding no relationship between perineal talc use and ovarian talc burden); Heller DS et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden*. Am J Obstet Gynecol. (1996) 174(5):1507-10 (same).

[11]   Saed Dep. Vol. I 233:8-234:5.

[12]   *Id.* 166:1-2.

[13]   *Id.* 165:11-166:2.

[14]   *See id.* 233:11-234:1.

[15]   *Id.* 55:3-12.

respectively, to any such xenobiotic when administered at an extremely high, i.e., non-physiologic, dose. That said, such biologic responses, e.g., changes in gene expression or cell proliferation, may not necessarily be associated with a "toxic" outcome, e.g., cell death or neoplastic transformation. If one is testing the hypothesis that exposure to a specific xenobiotic is plausibly linked to carcinogenesis in humans, especially if the model system is human cells cultured *in vitro*, it is only logical that the appropriate experimental design would employ a dose range compatible with an equivalent physiologic exposure *in vivo*, if the intent is to argue that the biological responses seen *in vitro* are somehow related to the carcinogenic process *in vivo*. Since it is impossible to know what level of talc, if any, may actually reach the fallopian tubes and ovaries of a woman exposed to hygienic doses of talc applied in the perineal region, the only recourse an experimentalist has in the design of such a study is to employ as large a dose range as necessary in order to elicit measurable biological perturbations. This describes, in essence, an experimental approach of convenience.

It should now be self-evident that this entire experimental design is fundamentally flawed in several respects, in terms of linking the results of these experiments to talc-induced human ovarian carcinogenesis. First and foremost, lower doses more compatible with a physiologic exposure to talc in the human female reproductive tract were not used in these experiments, even if it were possible to determine what significantly lower dose range that may be. Second, the biological perturbations observed in cultured cells exposed to high doses of talc cannot be reliably extrapolated to such biological responses *in vivo*, which is why animals (typically mice or rats) are used in studies designed to predict the human carcinogenic potential of one or another xenobiotic. Finally, absent the malignant transformation of human cells cultured *in vitro* (utilizing several assays traditionally employed to approximate malignant transformation in this context) following exposure to high doses of talc, the rather non-specific biological responses observed in Dr. Saed's studies cannot be interpreted to conclude that talc exposure causes ovarian cancer *in vivo*. At most, the only conclusion that may be reasonably made from these experiments is that exposure to extremely high doses of talc results in the biological perturbation of human cells cultured *in vitro*,[16] a result that is entirely expected based on well-established principles of toxicology. Several of the problematic experimental issues discussed above will be expanded upon below.

**Inadequate Control Experiments:** Dr. Saed's studies do not adequately address his hypothesis that there is a biological mechanism linking exposure to talc (a hydrated magnesium silicate compound consisting of magnesium, silicon and oxygen – all of which are found at one or another concentration in the human body, and are in fact considered "essential elements") to ovarian carcinogenesis because Dr. Saed failed to perform additional control experiments designed to test whether other particulate compounds, such as, for example, cornstarch (a powdered carbohydrate derived from the endosperm of corn kernels) or a particulate compound more chemically similar to talc, such as finely ground beach sand (silicon dioxide) produced the same results. Such experiments testing the potential biological effects of other particulate compounds like talc could have been used to determine whether his findings were driven by

---

[16]    Saed Rep. at 14.

6

some quality that is unique to talc, or rather its particulate form generally, the characteristics of which are shared by many other compounds.

Specifically, in his investigation, talc was dissolved in DMSO and added to cultured cells as an experimental condition.[17]  Changes in the levels of RNA and protein expression in these cells were then measured by qPCR (quantitative polymerase chain reaction) and ELISA (enzyme-linked immunosorbent assay) techniques and compared with levels found in cells treated with DMSO only.[18]  Dr. Saed concluded that differences in RNA and protein expression between the talc-treated and DMSO-only-treated samples were evidence of an "oxidative stress" response induced by talc exposure.[19]  Overlooked, however, was the possibility that these differences were the result of high-dose particulate exposure generally, and not to talc exposure specifically.

A properly designed experiment would have included a condition(s) where cultured cells were treated with at least one, and preferably several, additional non-talc compounds suspended in DMSO.  Such control experiments would help an investigator discern the baseline RNA and protein expression level changes that occur in response to addition of particulate matter generally to cultured cells.  Dr. Saed testified that the inclusion of such a condition would have been feasible.[20]  He admitted that he did not know whether the addition of an inert substance, such as corn starch, to the cell cultures would have yielded the same RNA and protein expression changes that he observed in talc-treated cell cultures.[21]  When confronted with the issue of exclusion of such control experiments, Dr. Saed erroneously concluded that inert substances could not cause a similar oxidative stress response profile because the "untreated" cells exposed to DMSO only "didn't show that."[22]  The manner in which cultured cells respond to the addition of DMSO alone has no bearing on how they may respond to the addition of DMSO containing a suspended inert particulate substance other than talc.

The failure to include such control experiments to measure potential "oxidative stress responses" to inert particulate substances is a fatal flaw with respect to the veracity of the investigative power of the aforementioned studies to establish a cause and effect relationship between talc exposure and a cellular oxidative stress response.  Dr. Saed's only defense to this fundamentally flawed experimental design was that he "tested several fold."[23]  However, repeating the same flawed experiment several times cannot overcome this underlying methodological flaw.

Dr. Saed's experiments neither contradict nor support his hypothesis that there is a biological mechanism(s) through which talc may induce an oxidative stress response in cultured human

---

[17]   Saed Dep. Vol. I 273:10-14.

[18]   Saed Rep. at 14-15.

[19]   *Id.* at 14-18.

[20]   Saed Dep. Vol. I 274:5-9.

[21]   *Id.* 273:16-25.

[22]   *Id.* 272:20-273:2.

[23]   *Id.* 272:14-19.

cells.  He merely showed that there are changes in the expression levels of specific RNA and protein molecules that differ between cells treated with DMSO and cells treated with DMSO containing talc.  As such, Dr. Saed's studies offer no support for his opinion regarding the biological mechanism by which talc allegedly causes an oxidative stress response in cultured cells *in vitro*, and much further, ovarian carcinogenesis *in vivo*.

**Cell lines:**  There are serious methodological concerns with respect to the types of human cells that were used in Dr. Saed's experiments.  Four distinct categories of primary cells or established cell lines were used:  1) The EL1 cell line, derived from human spleen and classified as a monocyte/macrophage cell type; 2) "Normal ovarian epithelial" cells – it may be inferred from Dr. Saed's laboratory notebook and the commercial source of these cells (Cell Biologics) that they are "human primary ovarian epithelial cells derived from normal human ovary tissue"; 3) The FT33 cell line, described by the commercial source as "immortalized human fallopian tube epithelial cells"; and 4) Three human ovarian carcinoma cell lines, SK-OV-3, A2780, and TOV-112D, which are, by definition, derived from human ovarian carcinomas.[24]  All three of the ovarian carcinoma cell lines are originally from the American Type Culture Collection; the latter two are described as having been derived from endometrioid ovarian adenocarcinomas, and the SK-OV-3 cell line was derived from ovarian carcinoma ascites (histologic subtype unknown).[25]

It is not at all clear why one would conduct experiments related to xenobiotic-induced ovarian carcinogenesis using a cell line (EL1) derived from the monocyte/macrophage lineage, a white blood cell type involved in the adaptive immunity process.  It is similarly unclear why one would conduct such experiments using human ovarian carcinoma cell lines (SK-OV-3, A2780, and TOV-112D); if an experimentalist is testing the hypothesis that exposure of human ovarian cells to a potential carcinogen leads to biological effects related to the tumorigenic process, why would cell lines that are derived from ovarian carcinomas represent an appropriate model?  These cells, *ipso facto*, represent the ultimate culmination of the tumorigenic process, and would be expected to possess myriad biological and somatic genetic differences compared to "normal" ovarian epithelial cells.  Stated simply, the approach of testing a hypothesis as to how cancer may be experimentally induced, *using cancer cells*, is seriously unsound.

## B.    Misinterpretation of Results

**CA-125 Findings:**  Dr. Saed reports an increase in cellular release of the CA-125 protein following talc treatment and claims that this "highlight[s] the implications of the pro-oxidant states caused by talc. . . ."[26]  This is a confusing assertion because Dr. Saed does not identify the "implications" that increased CA-125 expression purportedly "highlight[s]."  If he intends to suggest that increased CA-125 secretion is suggestive of ovarian carcinogenesis, however, then he misunderstands the clinical use of serum CA-125 protein measurements.[27]  The FDA-

---

[24]    Saed Dep. Vol. I, Ex. 1 at SAED000001 (Expert Report Notebook Files).

[25]    *Id.*

[26]    Saed Rep. at 18.

[27]    Notably, in his deposition, Dr. Saed admitted that that he does not know the clinical significance of CA-125. Saed Dep. Vol. I 248:25-250:2.

approved use of measuring serum CA-125 levels is in the context of a "biomarker" to monitor response to ovarian cancer treatment.[28]  Although such measurements have also been tested experimentally for decades in an effort to detect ovarian cancer at an early stage, the specificity and sensitivity of serum CA-125 levels in this context are unacceptably low, and the assay is neither useful nor approved for this purpose.[29]  Increased serum CA-125 levels have been reported in "benign conditions such as endometriosis, pregnancy, ovulatory cycles, liver diseases and congestive heart failure, as well as in infectious disease such as tuberculosis."[30]  Serum levels of CA-125 are also elevated in non-ovarian cancers, such as "breast cancer, mesothelioma, non-Hodgkin lymphoma, gastric cancer, and leiomyoma and leiomyosarcoma of gastrointestinal origin."[31]  Therefore, any increase in CA-125 levels observed by Dr. Saed is not necessarily indicative of malignant conditions, much less malignant risk.  Because increased CA-125 expression can reflect any number of causes, physiologic states, or conditions other than ovarian cancer, its use as a detection tool is highly disfavored and is considered ineffective from a clinical perspective.  Nor does it play any role in ovarian cancer causation.  Therefore, any effect that exposure to talc may have on cellular release of CA-125 is irrelevant to the question whether it plays any role in causing ovarian cancer.

Some of the utility of CA-125 as a biomarker does stem from the fact that CA-125 secretion can increase with the onset of ovarian cancer.  As discussed, however, CA-125 secretion is highly non-specific and increases are more frequently unrelated to ovarian cancer.  Furthermore, clinical use of CA-125 as an early detection marker for ovarian cancer is typically accompanied by a transvaginal sonography.[32]  Even then, "reports suggest that sensitivity of early stage disease is limited."[33]  If CA-125 is not even a reliable biomarker for the *onset* of ovarian cancer *in vivo*, it is doubtful that CA-125 can be a reliable biomarker for the *increased risk* of onset of ovarian cancer *in vitro*.  To the extent that an increase in CA-125 secretion is sometimes associated with ovarian cancer, Dr. Saed still has not shown that CA-125 is a cancer precursor, rather than an effect of such cancer.

These opinions are generally shared by Reviewer #1, who provided a critique of Dr. Saed's manuscript following submission to *Gynecologic Oncology*.  The Reviewer writes that, "The significance of this study would be greatly enhanced if a mouse model corroborated the cell line findings.  In this reviewer's opinion, the cell line studies alone and the increase in CA-125 while intriguing are not sufficiently convincing."[34]

---

[28]   Saed Rep. at 18 (citing Jelovac D & Armstrong DK, *Recent progress in the diagnosis and treatment of ovarian cancer*. CA Cancer J Clin. (2011) 61(3):183-203).

[29]   *See* above reference to UKCTOCS clinical trial.

[30]   Scholler N & Urban N, *CA125 in Ovarian Cancer*. Biomark Med. (2007) 1(4): 513-523 (internal refs. omitted).

[31]   *Id.* at 517 (internal refs. omitted).

[32]   *Id.*

[33]   *Id.*

[34]   Saed Dep. Vol. II, Ex. 35 at 2, Gynecologic Oncology Email dated Sept. 19, 2018 re: GYN-18-1020: Final Decision ("Gynecologic Oncology Decision").

Finally, the conclusion stated in the Abstract and elsewhere in the manuscript by Fletcher *et al*. (rejected by *Gynecology Oncology* and under review or perhaps in press at *Reproductive Sciences*), stating that, "Talc exposure also resulted in a significant increase in inflammation as determined by increased tumor marker CA-125," is incorrect and misleading.[35]  There was no direct measurement of inflammation in the cultured cells, and a correlation of increased CA-125 secretion with inflammation is speculative at best.

**Cell Proliferation and Apoptosis Findings:**  Dr. Saed claims that he has "shown conclusively that talcum powder . . . enhance[s] cell proliferation, and inhibit[s] apoptosis in EOC cells," as well as in "normal cells, including surface ovarian epithelium, fallopian tube, and macrophages."[36]  At his deposition, he took this claim further, asserting that cell proliferation "is an indirect measure of the beginning of [neoplastic] transformation."[37]  None of this is correct, and Dr. Saed's attempt to equate cell proliferation with cancer development is profoundly unscientific.  As noted above, the lack of appropriate control experiments undermines the specificity of his findings to talc powder, making it impossible to issue such a "conclusive[]" claim.  In fact, cell proliferation is a natural response to stress, meaning that this result would be expected to follow many cell treatments *in vitro* and would not remotely be unique to exposure to large doses of talc suspended in DMSO.

In addition, it is unclear why these findings are significant since Dr. Saed testified that there are no studies showing that increased cell proliferation and decreased apoptosis are associated with ovarian cancer risk.[38]  The findings also seem irrelevant because Dr. Saed was not aware of any studies showing that these cellular responses are present in any tissue in women who use talc.[39]  Nor am I.  Regardless, Dr. Saed's broad characterization of these properties as an "oncogenic phenotype"[40] is not consistent with scientific knowledge.

First, cell proliferation is a regular process in tissue homeostasis, and does not indicate that a normal cell has transformed into a cancer cell.  Dr. Saed acknowledged this when he explained that "temporary or initial induction of proliferation [] is a normal response of all normal cells to agents."[41]  Dr. Saed does not explain in his report why his findings are not simply a typical cellular response to the introduction of a foreign agent, such as talc, in cell culture.  Furthermore, according to his lab notebooks, the furthest data collection time point in Dr. Saed's investigation was 72 hours after treatment with talc.  At best, Dr. Saed's study provides a snapshot of the

---

[35]   Saed Dep. Vol. I, Ex. 7 & 8 at 2 (Fletcher NM, Harper AK, Memaj I, Fan R, Morris RT, Saed GM, *Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer* (2019) (unpublished manuscript)) ("Manuscript") at 2.

[36]   Saed Rep. at 16.

[37]   Saed Dep. Vol. II 464:2-11.

[38]   Saed Dep. Vol. I 268:4-269:4.

[39]   *Id.* 268:25-269:4.

[40]   Saed Rep. at 17.

[41]   Saed Dep. Vol. I 265:10-15.

initial reaction of cells to particulate exposure.  It is unreasonable to extrapolate from these findings that cells are therefore "oncogenic" and any observed fluctuations in proliferation and apoptosis are permanent.  Dr. Saed's findings on proliferation and apoptosis do not seem to have any bearing on whether talc increases the risk of ovarian cancer.

## C.    Limitations of Results and the Need for Further Study

**Alterations in Expression Levels and Activities of the Enzymes Studied Do Not Equate to an Altered State of Oxidative Stress in the Cultured Cells:**  As described in much of the evidence submitted by Dr. Saed in the context of expert testimony, including laboratory notebooks, the transcript of his deposition, and perhaps most succinctly, the manuscript by Fletcher *et al.* summarizing his findings, he consistently states and otherwise implies, many times, that decreased expression and activity of the antioxidant enzymes CAT and SOD3, increased expression and activity of the pro-oxidants iNOS, NO2-/NO3-, and MPO, and decreased expression and activity of antioxidant enzymes GSR and GPX "enhances the pro-oxidant state in . . . cells."[42]  While he reports RNA levels ("expression") of these enzymes, as measured by qPCR, that are altered (up or down) following exposure to talc for 72 hours, he frequently conflates "expression and activity" of these enzymes as assessed by an ELISA, which measures protein levels.[43]  The reactions that these enzymes catalyze may alter the levels of reactive oxygen species (typically nitrogen- or oxygen-based), but these reactive oxygen species are very unstable and cannot be measured by an ELISA.  As best as I can tell from his laboratory notebooks, and from the content of the manuscript, he is using protein levels, as measured by an ELISA, to estimate the amount of enzymatic activity that a certain quantity of protein may have.  This is an indirect and misleading presentation of the data.  *Regardless*, none of these data are indicative of an increased pro-oxidant state in the cultured cells *in vitro*, much less *in vivo*.

**The Single Nucleotide Polymorphism (SNP) Findings are Vague and of Questionable Relevance:  *First*,** Dr. Saed has not established that his findings actually represent mutations, as he claims in his manuscript.  In Table 2, he lists what he believes to be talc-induced genetic mutations resulting in SNP genotype switches in "key redox enzymes."[44]  But as he acknowledged at his deposition, he was not "able to estimate the volume of cells that this genotype switch occurred in."[45]  Rather, his technique only reports whether there is a "population of cells that acquired th[e] genotype" at issue.[46]  This limitation is significant because it cannot rule out the possibility that the cells under treatment had one of three possible SNP genotypes (heterozygous, homozygous for minor allele, or homozygous for major allele) already, prior to treatment – in other words, that Dr. Saed was not finding treatment-induced mutations at all, but

---

[42]   Manuscript at 2.

[43]   *Id.* at 20-22 (panels A and B of each figure show RNA expression, while panels C and D of each figure show protein levels as measured by ELISA).

[44]   *Id.* at 19 (Table 2).

[45]   Saed Dep. Vol. I 198:13-199:15.

[46]   *Id.*

rather preexisting genetic variability that became manifest after the expansion of one or another subpopulation of cells in culture as a result of variable proliferation of a heterogeneous cell population. Indeed, the term "single nucleotide polymorphism" is by definition a type of genetic variation that exists in a population at a particular nucleotide position in a particular gene. In other words, polymorphisms represent naturally occurring genetic variants, not "mutations", at least in the context of putative carcinogen-induced mutagenesis over a 72-hour period. This occurs when a specific nucleotide in a specific gene is variable throughout a population, occurring when one genetic variant is inherited from one parent and the other genetic variant is inherited from the other parent. At a typical SNP site in the human genome, an individual may be homozygous for the SNP (for example T/T or C/C), or heterozygous for the SNP (C/T). These are not mutations. They represent the genetic basis of human phenotypic variation, and one may find SNPs in the great majority of human genes. This well-established genetic phenomenon throws Saed's entire claim of talc-induced mutations into doubt.

**Second**, none of the SNPs identified by Dr. Saed in his background discussion of ovarian cancer-associated polymorphisms was observed in his talc study. Dr. Saed broadly states in his report that SNPs in genes that code for certain enzymes (such as *CAT*, *GPX1*, *GSR* and *SOD2*) have been associated with increased ovarian cancer risk.[47] In making this statement, Dr. Saed relies, in part, on the Belotte study, conducted in his lab, which actually found an association between a specific SNP in the *CAT* gene and ovarian cancer *survival*, not risk. Dr. Saed fails to elaborate on his statement and only identifies three SNPs in redox genes that he claims are related to ovarian cancer risk: rs1001179 (reducing CAT activity), rs4673 (reducing CYBA activity) and rs2333227 (occurring in the *MPO* gene).[48] The rs1001179 polymorphism is actually associated with ovarian cancer survival, not risk.[49] And a meta-analysis of 43 case-control studies involving various types of cancer found no association between the rs2333227 polymorphism (*MPO*) and an increased cancer risk.[50] Regardless, none of the underlying studies referenced by Dr. Saed is a genome-wide association study (GWAS) that examined the prevalence of a given SNP in a larger population of ovarian cancer patients. In other words, even if these three SNPs were hypothesized to be associated with ovarian cancer risk in isolated, statistically-underpowered investigations, their significance when it comes to the broader questions of ovarian cancer risk in the general population has not been established.

Perhaps recognizing this gap in his analysis, Dr. Saed also lists a number of additional SNPs identified by GWAS that influence ovarian cancer risk.[51] It is unclear whether these polymorphic variants are associated with an increased or decreased risk. None of the variants

---

[47]   Saed Rep. at 7-8.

[48]   *Id.* at 8.

[49]   Belotte J et al., *A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival.* PLoS One. (2015) 24:10(8):e0135739.

[50]   Chu H et al., *The* MPO *−463G>A polymorphism and cancer risk: a meta-analysis based on 43 case–control studies*. Mutagenesis. (2010) 25(4):389-95.

[51]   Saed Rep. at 8.

seem to occur in protein-coding regions except possibly rs2072590, which is "located at 2q31" within "a family of *HOX* genes."[52]   The remaining variants occur "near" *BNC2* and *MERIT40*, "downstream" of *MYC*, and "intronic" to *SKAP1* and *TIPARP*.[53]   At most, these SNPs could theoretically function to regulate the expression of genes, but not functions of the encoded protein, if they have any effect at all.   It is certainly far from evident that any of these genes is involved in the redox state of cells.

***Third***, none of the "mutations" that Dr. Saed observed in his talc-treated cells has been reported by GWAS to be associated with an increased ovarian cancer risk.   It should be noted that many SNPs are "silent," in that they do not result in any change in activity by the protein, and Dr. Saed has failed to show that the SNPs he claims resulted from talc-induced genotype switching are related to altered functions of the genes under study.   Dr. Saed lists *CAT* (rs769217), *NOS2* (rs2297518), *GSR* (rs2448), *GPX1* (rs2448) and *SOD3* (rs2536512) genetic variations in Table 2 of his manuscript.[54]   He was unable to state whether these SNPs have been reported to occur in women using talc.[55]   And as discussed below, the observed "mutations" in *CAT*, *NOS2*, and *GPX1* fail to support his conclusions, for a number of additional reasons.   Notably, the *GSR* and *SOD3* genes were not affected at all by talc treatment, as reported in Table 2.

<u>*CAT* (rs769217) SNP</u>.   Dr. Saed did not observe this "mutation" in A2780 and SK-OV-3 cell lines.   If this mutation is the mechanism by which talc allegedly increases ovarian cancer risk, it is unclear why the mutation is not commonly seen across all talc-treated cells.   Dr. Saed makes many logical leaps to connect this genetic variant to an elevated cancer risk.

First, Dr. Saed states that the SNP results in an isoleucine to threonine amino acid change, but no more information is provided as to how or whether this change affects protein function.[56]   Does the mutation alter the catalytic site of the enzyme?   Does it affect secondary and tertiary structures of the protein or modify its interactions with other molecules?   Dr. Saed's only observation is that talc-treated cells exhibit decreased *CAT* expression and catalase activity. However, he acknowledges in his report that these changes may be caused by other mutations in *CAT*, and not the rs769217 variant itself.[57]   In fact, it would be much more logical to conclude that lower amounts of CAT protein in a cell would result in lower CAT activity (converting hydrogen peroxide to water and oxygen).   Nevertheless, there are many straight-forward follow-up experiments that Dr. Saed could have conducted to understand the specific effect of the rs769217 genetic variant on catalase activity (if any).   Scientists regularly create cell lines with targeted mutations through the use of genetic editing tools (such as CRISPR/Cas9), to study the impact of specific genetic mutations on protein functions.   Dr. Saed could have repeated his

---

[52]   *Id.*

[53]   *Id.*

[54]   Manuscript at 19 (Table 2).

[55]   Saed Dep. Vol. I 225:17-226:3.

[56]   Manuscript at 19.

[57]   Saed Rep. at 18.

ELISA assays and done pull-downs of the catalase protein in normal cells and cells with targeted mutations to understand whether and how the rs769217 mutation affected the catalase function and its interaction with other molecules (including its function as a tetramer). Only with these sorts of follow-up experiments could Dr. Saed actually attribute a causal relationship between this specific genetic variant and the protein activity observed.

The minor allelic frequency (MAF) of the rs769217 SNP was described as 12.3%.[58] As presented, this figure can only be derived from the genotypes of large numbers of individuals in a population. For a single individual, the MAF would by necessity be 0, 50%, or 100%. These are basic principles of human genetics. In the talc treatment experiments, data are presented as Allele 1 and Allele 2 scores with and without talc treatment; in the case of TOV-112D cells, for example, the C/C genotype at rs769217 becomes C/T following talc treatment with scores of Allele Amp Scores of 0.67 and 0.88.[59] Although it is not clear exactly what these scores represent (the total is greater than 1.0), it may be assumed that a substantial proportion of the cells exposed to a dose of talc for 72 hours sustained a C to T mutation. I have never witnessed such potent mutagenesis by any agent – especially within a narrow 72-hour post-treatment window. Dr. Saed was similarly unable to recall any agent that has produced such rapid, robust mutagenesis.[60] It is highly unlikely that the increased MAF is due to genotoxicity that is unique to talc, considering a previous study found that talc was not genotoxic.[61] Rather, the high MAF is likely the result of general genotoxicity associated with the introduction of extremely high dosages of foreign particulate into cell cultures, the selective expansion of small numbers of cells present in culture with the MAF, otherwise undetectable, as the cells were induced to proliferate by talc exposure, some sort of experimental error, or all of the above. The inclusion of appropriate control experiments (as previously described) could have shed light on these questions. Finally, as noted elsewhere in this report, the allele frequencies for all the studied SNPs should have been presented in a quantitative fashion, rather than qualitative. For a mutation to be "fixed" in an affected cell, the cell must obviously undergo division to two daughter cells. That specific SNP sites that happened to be associated with enzyme activity of the "critical" genes under study underwent qualitative mutagenesis from one nucleotide to another in 100% of the talc-treated cells, in 72 hours, is not only implausible, it is **impossible**, in light of the doubling time of proliferating cells.

_SOD3_ (rs2536512) and _GSR_ (rs8190955) mutations. Dr. Saed's report states that these "SNP genotypes were not detected in any cell line."[62] Part B of Table 2 confirms that neither the control nor talc-treated cell lines had mutations at these locations.[63] However, the first part of

---

[58]   Saed Dep. Vol. I, Ex. 1 at SAED000078.

[59]   _Id._ at SAED000080.

[60]   Saed Dep. Vol. I 252:3-7.

[61]   Endo-Capron S et al., In vitro _response of rat pleural mesothelial cells to talc samples in genotoxicity assays (sister chromatid exchanges and DNA repair)._ Toxicol In Vitro. (1993) 7(1):7-14.

[62]   Saed Rep. at 18; Manuscript at 11.

[63]   Manuscript at 19.

the table still lists the MAF of mutations as 19.1% and 47.6%, respectively.[64]  As for the CAT gene data above, it is unclear from whence the MAF data are derived.  Is it a calculation of allelic frequency based on the total pooled alleles from all of the talc-treated cells?  Is it an average of the MAF values calculated individually for each of the talc-treated cell lines?  Is it the naturally-occurring frequency of the mutation in the general population?  If it does refer to the frequency in the general population, what proportion of cells treated with talc actually displayed these mutations?

Regardless of how the MAF data were calculated, if no SNP genotypes were detected in the cell lines, how can these *SOD3* and *GSR* mutations still be attributed to changes in redox activity and provide any basis for Dr. Saed's theory that talc exposure leads to mutations associated with an increase in ovarian cancer risk?

*NOS2* (rs2297518) mutation.  The concerns described above also apply to the *NOS2* mutation.  This mutation was not found in the talc-treated A2780 or TOV-112D cell lines, had a MAF of 17.3% and resulted in a serine to leucine amino acid change.[65]  No additional studies were conducted to confirm that observed increases in protein activity were actually caused by the rs2297518 mutation.

*GPX1* (rs3448) mutation.  In addition to the concerns described above, other issues also undermine the significance of the *GPX1* findings.  First, Dr. Saed focuses on the mutation because the "acquisition of chemoresistance by ovarian cancer cells is associated with a switch from *GPX1* SNP genotype to the normal *GPX1* genotype."[66]  It is unclear how any chemoresistance finding in already cancerous cells is relevant to understanding whether an association exists between talc exposure and ovarian cancer risk.  Among genes coding for glutathione peroxidase enzymes, only the rs6456822 SNP in *GPX6* has been reported as having a genome-wide significance for association with serous epithelial ovarian cancer risk.[67]  Simply put, Dr. Saed does not provide any basis for why the rs3448 genetic variant is associated with ovarian cancer risk.

Dr. Saed did not observe the *GPX1* conversion in one of the normal cell lines (HOSEpiC) after exposure to talc.  As with the *CAT* mutation, if this mutation is the mechanism by which talc allegedly increases ovarian cancer risk, it is unclear why the mutation did not occur in all normal cells treated with talc.  Showing this mutation occurs in all normal cells treated with talc would be the first step toward understanding any biological mechanism whereby talc allegedly leads to an increased risk of ovarian cancer.

---

[64]   *Id.*

[65]   *Id.*

[66]   Saed Rep. at 19.

[67]   Kuchenbaecker KB et al., *Identification of six new susceptibility loci for invasive epithelial ovarian cancer.* Nat Genet. (2015) 47(2):164-71.

Finally, Dr. Saed describes the amino acid changes and effect on protein activity for the *GPX1* mutation as "unknown."[68]  Dr. Saed has no idea why the mutation is significant to his opinion on talc and ovarian cancer risk other than the fact that the mutation occurs in a gene involved in redox activity.  The mere existence or creation of a mutation is not necessarily biologically significant.  For example, the SNP could be a synonymous mutation that does not result in any amino acid change in the resulting protein and has no consequence on glutathione peroxidase enzyme function.  If the SNP did result in an amino acid change, the change could be inconsequential because it does not affect the activity of the enzyme, the secondary or tertiary structures of the protein or how the protein interacts with other molecules.  As it stands, there is no basis for the relevance of the *GPX1* mutation in studying ovarian cancer risk.

My interpretation of the experimental design and presentation of data related to the measurement of SNP genotypes in several genes involved in the general oxidative state of the cell, after exposure to talc, is that Dr. Saed has conflated mutagenesis with normal genetic variation, especially as the latter may exist in a highly heterogeneous state in cells cultured *in vitro*.  It is not at all clear how these data bear on the purported risk of talc for the development of ovarian cancer.  This view would seem to be shared by Reviewer #1 of the manuscript submitted to *Gynecologic Oncology*, who writes, "The significance of SNP alterations should be further clarified."[69]

If Dr. Saed had been interested in demonstrating that talc was indeed mutagenic (creating mutations) in his cell lines, the most appropriate experiments would have examined global mutagenesis in a much broader context.  One potential experiment would involve comparing talc-treated cells to untreated cells with respect to potential mutations generated throughout the entire exome (coding region of the genome).  This experiment would have involved extraction of DNA from treated vs. untreated cells, followed by sequencing of the entire exomes of these cells using next-generation DNA sequencing technology.  This technology is typically available in core facilities of most research universities and academic medical/cancer centers, and if not, is readily performed by myriad commercial laboratories for a modest cost.  An alternative approach would have been to perform next-generation DNA sequencing analysis of a panel of several hundred genes known to be involved ("driver genes") in carcinogenesis when mutated.  Such analyses are also performed by many commercial laboratories.

In summarizing my conclusions on scientific clarity and relevance of the SNP studies, I can only conclude that the rationale of studying talc-induced mutagenesis occurring ***exclusively*** at SNP sites in some of the genes encoding enzymes under study, including the anti-oxidant enzymes CAT, GSR, GPX1, and SOD3, and the pro-oxidant enzyme NOS2, appears to represent a chain of logic by Dr. Saed that would correlate talc-induced mutations at these specific sites with altered enzymatic activity of the encoded proteins, followed by increased oxidative stress in the affected cells; this complex theoretical sequence of talc-induced events in cultured cells would appear to tie all of his various hypotheses together.  Parenthetically, there is no evidence or

---

[68]   Manuscript at 19.

[69]   Gynecologic Oncology Decision at 2.

suggestion provided in Dr. Saed's manuscript as to how the enzymes affected by talc exposure (expression levels) were so affected if they **did not contain SNPs subject to mutagenesis** and thus not studied at all (*MPO*), or **did** contain SNPs of purported functional consequence but **did not sustain mutagenesis by talc** (*GSR* and *SOD3*).  These data are presented in Table 2 of Dr. Saed's manuscript.  In my expert opinion, this experimental design and interpretation of results are deeply flawed, naïve, and the results regarding qualitative (as opposed to quantitative) mutagenesis at specific SNP sites are, candidly, very difficult to believe.  I have expanded upon all the critical elements of this paragraph elsewhere throughout this Expert Report.

**Limitations of Studies *in vitro***:  Even if Dr. Saed's research methodology were flawless, and his conclusions unassailable, his studies *in vitro* would not establish a mechanism of carcinogenesis *in vivo*.  The most even Dr. Saed claims to have actually shown with his experiment is a change in the levels of RNAs and proteins that encode certain proteins, changes in the activities of some of these proteins (by inference), an increase in cell proliferation and a decrease in apoptosis in response to talc exposure; but there is an enormous gap between such findings in a petri dish and proving that a particular agent is actually a probable cause of ovarian cancer.

Indeed, as a general rule, a study *in vitro* cannot, by itself, support conclusions about anything that happens in actual animal or human tissues.  At most, careful studies *in vitro* may generate hypotheses that may be tested with follow-up studies using models *in vivo*, e.g., animals.  The comments on Dr. Saed's manuscript reflect this principle.  According to Dr. Saed's deposition testimony, *Gynecologic Oncology*[70] declined to publish his paper, and a reviewer explained that he "needed to do *in vivo* . . . animal experiments."[71]  I note, too, that Dr. Saed volunteered at his own deposition that, in order to determine whether his experiments truly emulated chronic inflammation in humans, he would "have to do animal studies."[72]

The need for studies *in vivo* to evaluate Dr. Saed's results *in vitro* is especially glaring here, because previous work *in vivo* on the relationship between talc and ovarian cancer tends to refute, rather than support, Dr. Saed's conclusions.  I am not aware of any research *in vivo* specifically addressing the effects of talcum powder exposure on oxidant and anti-oxidant enzymes and resultant oxidative stress in human cells.  Two animal studies, however, have shown no increase in ovarian cancer development following talcum powder treatment.  Hamilton, *et al.*, injected rats with mega-doses of talc adjacent to the ovaries, and reported no inflammation or neoplasia.[73]  Keskin, *et al.*, exposed rats to talc either intra-vaginally or on the perineum.  While certain infections developed (likely because the talc was not sterile), there was

---

[70]  Dr. Saed testified that he submitted his manuscript to a journal called "*OB-GYN Oncology*."  I am aware of no journal with that name, and subsequent document productions from Dr. Saed make clear that he intended to refer to *Gynecologic Oncology*.

[71]  Saed Dep. Vol. I 46:22-47:2; *see also* Gynecologic Oncology Decision.

[72]  Saed Dep. Vol. II 542:16-25.

[73]  Hamilton TC et al., *Effects of talc on the rat ovary*. Br J Exp Pathol. (1984) 65(1):101-6.

no neoplastic change in any of the exposed animals.[74] Dr. Saed is capable of performing studies *in vivo* to challenge these conclusions, but said at his deposition that he lacks the time and the money for it.[75] In light of the data from earlier studies, I am skeptical that Dr. Saed's findings could be replicated *in vivo*, and without such replication, they are insufficient to reliably suggest the carcinogenic mechanism that he proposes.

Relatedly, Dr. Saed is presupposing that talc can travel to the fallopian tubes or ovaries and cause inflammation there, but his *in vitro* experiments obviously cannot evaluate that assumption, and support from existing research is lacking. In fact, Dr. Saed's suggestion that it is widely accepted that talc applied to a woman's underwear will travel to her ovaries against gravity[76] and that studies of sperm are somehow relevant to this question[77] ignores fundamental anatomy. Notably, the often-cited study regarding the presence of talc in ovarian tissue of women with ovarian cancer discovered talc both in women who reported perineal talc use and women who did not, suggesting that the talc came from a different source.[78]

With respect to Dr. Saed's assertion that his data support a role for oxidative stress (presumably produced by talc exposure) in ovarian carcinogenesis, in addition to my concerns raised in this report, both Reviewers for *Gynecologic Oncology* commented on this assertion specifically as it was articulated in Dr. Saed's manuscript.[79] Reviewer #1 writes, "The first bulleted highlight [the Journal requires a list of bulleted highlights of research papers submitted for publication], 'Oxidative stress is a key mechanism to the initiation and progression of ovarian cancer' is not supported by this investigation and should be omitted."[80] Reviewer #2 writes, "While changes in redox potential play an important role in in tumor biology in general, the present data are insufficient to back up the claim that talcum is central to the development of ovarian cancer."[81]

Finally, Dr. Saed appears to take for granted that ovarian cancer is caused by inflammation, but this, too, has not been established. Dr. Saed essentially ignores the body of science suggesting that chronic inflammation does not play a role in the development of ovarian cancer,[82] as well as

---

[74] Keskin N et al., *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study*. Arch Gynecol Obstet. (2009) 280(6):925-31.

[75] Saed Dep. Vol. I 50:10-13.

[76] Manuscript at 8.

[77] *Id.* (citing Kunz G et al., *The uterine peristaltic pump. Normal and impeded sperm transport within the female genital tract*. Adv Exp Med Biol. (1997) 424:267-77; Leyendecker G et al., *Uterine peristaltic activity and the development of endometriosis*. Ann NY Acad Sci. (2004) 1034:338-55; Zervomanolakis I et al., *Physiology of upward transport in the human female genital tract*. Ann NY Acad Sci. (2007) 1101:1-20

[78] Heller et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden*. Am J Obstet Gynecol. (1996) 174(5):1507-10.

[79] Gynecologic Oncology Decision at 2-3.

[80] *Id.* at 2.

[81] *Id.*

[82] Malmberg K et al., *Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development*. Virchows Arch. (2016) 468(6):707-13; Rasmussen et al., *Pelvic inflammatory disease and the risk*
*(cont'd)*

studies that considered whether aspirin use and anti-inflammatory drugs reduced the risk of ovarian cancer,[83] with mixed results.  As the Malmberg study concluded after finding no significant correlation between histological signs of inflammation and serous ovarian cancer, "Additional studies are needed to further evaluate the role of inflammation in carcinogenesis in the fallopian tube and its clinical implications of preventing serous carcinoma."[84]

**Need for Further Study:**  In addition to the concerns noted above regarding the limitations of the studies performed *in vitro*, and the inappropriate conclusions drawn from them, several related types of studies were notably ***not*** performed by Dr. Saed in the context of providing evidence central to the fundamental assertion of plaintiffs that perineal talc use causes ovarian cancer.  It is widely accepted in the cancer research community that there are several relatively straightforward assays that may be used to support the hypothesis that "normal" cells cultured *in vitro* have been stimulated by some type of exposure or manipulation (talc treatment in this case) to progress toward, or to fully develop, a neoplastic phenotype.  These assays include, but are not limited to, the assessment of loss of contact inhibition by cells cultured in a petri dish *in vitro*, the acquisition of anchorage independent growth potential (as assessed by culturing cells in suspension in soft agar), and perhaps the most compelling experiment, demonstrating that the treated cells have obtained neoplastic potential as assessed by their ability to form tumors following subcutaneous injection into athymic ("nude") mice.  All these assays employ standard, well-established methodologies, and could have been readily performed by Dr. Saed using the "normal" cell lines described in his studies.  As discussed earlier, none of these studies could have been performed using the three ovarian carcinoma cell lines described, however, since they have already undergone neoplastic transformation (in the humans from whence these cancers arose, and from whence the cell lines were derived).  Notably, the three ovarian carcinoma cell lines could have been used as positive controls for the three assays described above, as they would have certainly demonstrated loss of contact inhibition in a petri dish, anchorage independent growth in soft agar, and tumorigenicity in athymic mice.  I note that Dr. Saed himself proposed to do the second assay just mentioned involving suspension in soft agar, even stating in his proposal that actually demonstrating "neoplastic transformation" would be "critical in establishing a cause and effect relationship" between talc exposure and ovarian cancer,[85] but as he confirmed at his deposition, he never performed such a study.[86]

---

*(cont'd from previous page)*
of ovarian cancer and borderline ovarian tumors: A pooled analysis of 13 case-control studies. Am J Epidemiol. (2017) 185(1): 8–20; Zhou et al., *Pelvic inflammatory disease and the risk of ovarian cancer: a meta-analysis*. Cancer Causes Control. (2017) 28(5):415-28.

[83]  Ni X et al., *Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer*. Br J Clin Pharmacol. (Jan. 2013) 75(1):26-35.

[84]  Malmberg et al. (2016) at 712.

[85]  Saed Dep. Vol. II, Ex. 44 at 3, The Role of Talc Powder Exposure in Ovarian Cancer: A Mechanistic Approach.

[86]  Saed Dep. Vol. II 513:6-14.

### D.    Concerns Regarding Data and Handling/Manipulation of Laboratory Notebooks Generally

I have carefully studied three PDF files (in color) representing scanned portions of laboratory notebooks pertaining to the studies discussed in this Expert Report, that were provided by Dr. Saed, as well as Dr. Saed's deposition testimony about the conduct of his studies.  My understanding is that the three PDF files accurately reflect the contents of some portion of the laboratory notebooks related to the studies discussed herein, and that the content of the notebooks was produced by Dr. Saed or members of the Saed laboratory working under his supervision.  As a result of miscalculations, changing of dates on particular pages, whiting-out of data or notes, addition of data or notes to certain pages on different dates, the taping of data sheets cut from another source over data or notes previously existing on certain pages, the presence of data and other information in these notebooks that contradict Dr. Saed's statements during deposition as well as data and conclusions reached in the manuscript describing these studies that were submitted to at least two biomedical journals, and other irregularities too numerous to describe in detail, I have reached the following conclusions: 1) Some of the data and handwritten notes in these notebooks were intentionally manipulated; 2) Some of the data in these notebooks were selectively excluded from the final conclusions ultimately manifest in the manuscript submitted for publication; 3) Some of the data in these notebooks and conclusions drawn from them are internally inconsistent; 4) The handling of these laboratory notebooks and the recording of data and notes therein are egregiously inconsistent with the very minimum of well-accepted standard operating procedures with respect to the handling of laboratory notebooks and the recording of data and notes in the context of laboratory research; and, *5) It is my expert (as defined on pages 2 and 3 of this Report) opinion that some of the data in these notebooks are at the very least unreliable, and at worst fabricated, and that the conclusions drawn from these data, as a whole, are thus unbelievable and essentially worthless with respect to the written and stated claims relating to a possible mechanism(s) through which talc may induce tumorigenesis in cultured cells specifically, and by multiple layers of illogical extension, through which talc may induce ovarian cancer in women exposed to talc generally.*

For the record, I received three notebook files.  The first ("Expert Report Notebook Files") was described as the laboratory notebook that relates to Dr. Saed's work for his expert report.  It consists of 97 pages (with what would appear to be printed stickers in the bottom corner of each page labeled SAED000001(color) – SAED000097(color)).  There are handwritten numbers on the bottom corner of each page, beginning with "30" on page 1 and "124" on page 97.  There are two un-numbered pages inserted between the handwritten pages 33 and 35, and one un-numbered page inserted between the handwritten pages 39 and 40, possibly accounting for the discrepancy of two "missing" pages with respect to the handwritten numbered version.  For orientation, page 1 (or 30) contains color photographs of the front and back of a commercial container of "Johnson's baby powder."

The second laboratory notebook file ("Abstract Lab Notebook Files") contains a table of contents on the un-numbered first page, with a series of dates, 9/26/2017 – 10/20/2017, descending vertically on the left side, and page numbers from 38-63 descending vertically on the right side.  The pages are hand-numbered in the bottom corner, beginning with 38 after the TOC

page and ending with 61, prior to the last page consisting of a scientific poster prepared for presentation.

The third laboratory notebook file ("Preliminary Work Notebook Files") represents the first 30 pages that are missing from the Expert Report Notebook Files. My understanding is that plaintiffs did not originally share it with defendants because they characterized it as containing only preliminary work.[87] It begins with a table of contents on the un-numbered first page, with a series of dates, 10/15/2017 – 10/6/2017, descending vertically on the left side, and page numbers from 1-124 descending vertically on the right side. Pages 25-30 are missing from the table of contents. The pages are hand-numbered in the bottom corner, beginning with 1 after the TOC page containing a photograph of a container of "Talc" from Fisher Chemical. The next page is un-numbered and contains the same color photographs of a commercial container of "Johnson's baby powder" that appeared in the Expert Report Notebook Files. The next page is numbered 2 and the rest are numbered consecutively 3-24.

Examples of some of the irregularities described in the first paragraph of section IV.D of this Expert Report (above) include:

1) Pages from another source taped onto the laboratory notebook page, white-out present in both files, including dates whited out and single entries that are made with ink of a different color than the text otherwise filling the same page. I further note that apparent manipulation of the dates has resulted not only in lab books that have entries out of chronological order, but also statements that cannot possibly be true. For example, page 25 of the Expert Report Notebook Files is dated January 7, 2018, and claims to be recording protein extractions from samples 356 to 386.[88] The first line after the top of this page states that the cells were seeded on January 3, 2018.[89] The very next page identifies samples 356 through 386.[90] But exactly the same samples are also identified on page 20 of the Preliminary Work Notebook Files (which, as I note above, plaintiffs initially withheld from production on the ground that it was unrelated work). *That* page refers to the actual seeding of the samples and is dated *February 1, 2018* – or *nearly a month after* protein extractions were supposedly taken from the same samples (which had not been created yet).[91] There is no question that these pages in the separate parts of the Notebooks are referring to the same samples – Dr. Saed said so himself at his deposition, calling the samples "exactly the same."[92] In fact, the February 1 date in the Preliminary Work Notebook Files follows a "1/3" date that has been crossed out[93] – a date that matched the date referred to on page

---

[87]   Saed Dep. Vol. I 13:18-14:10, 15:24-16:1.

[88]   Saed Dep. Vol. I, Ex. 1 at SAED000025(color).

[89]   *Id.*

[90]   *Id.* at SAED000026(color).

[91]   Saed Dep. Vol. II, Ex. 23 at Ghassan Saed's Talc Study Lab Notebook – Preliminary Study ("Preliminary Work Notebook Files") at 20.

[92]   Saed Dep. Vol. II 390:7-17.

[93]   Preliminary Work Notebook Files at 20.

25 of the Expert Report Notebook Files[94] as the date when the cells were supposedly seeded. These changes suggest that the dates were intentionally manipulated (rather than, for example, that the author mistakenly believed that it was January 3 on February 1).

2) Throughout the Preliminary Work Notebook Files, the handwritten page numbers are invariably smudged, suggesting either erasure and writing over, or white-out and writing over.

3) On page 19 of the Preliminary Work Notebook Files, there is a handwritten entry as follows: "1/31/18 – The presence of 1000 µg/ml is physically killing the cells. – We need to decrease dose."[95]  In none of the pages preceding page 19 of the Preliminary Work Notebook Files, or in any section of the Abstract Lab Notebook Files (containing experiments ostensibly performed prior to 1/31/18), is there evidence of such toxicity.  In fact, data related to gene expression (as assessed by RNA levels) are readily obtained at doses of 20, 100 and 1000 µg/ml.  In some cases, gene expression of particular enzymes is higher at 1000 µg/ml than at 20 or 100 µg/ml, inconsistent with cells being "physically killed" at 1000 µg/ml.  In addition, the amount of RNA obtained from a given number of cells is similar in control vs. treated cells, and from cells treated at various doses (20 – 1000 µg/ml).  These data are also inconsistent with a greater proportion of "dead" cells at 1000 µg/ml.  What is **clearly** apparent, however, is that gene expression and CA-125 secretion levels at a dose of 1000 µg/ml do not follow a traditional "dose-response" (a biological response becoming increasingly higher or lower in response to an increasing dose of test substance).  In quantitating CA-125 secretion, for example, sometimes the amount does not change with talc, sometimes it is lower with talc, and sometimes it is higher with talc, compared to DMSO control treatment of the same cells.[96]  This phenomenon does not fit with a central tenet of Dr. Saed's conclusion, which is that there is a clear dose-dependent response in terms of gene expression, protein "activity," CA-125 secretion, etc., following talc exposure.  This selective exclusion of data in order to fit data to a particular hypothesis or conclusion, "cherry-picking" data to use a colloquialism, is unsound scientific methodology of the highest order.

4) With respect to data points themselves, there is clear evidence of error (human or machine) in terms of simple arithmetic calculations.  For example, in a random spot check (by me) of raw data in the Expert Report Lab Notebook Files, consider the computer-generated table (whether populated by a human or a machine being impossible to know) on page SAED000033(color).  These data relate to an ELISA-based measurement of catalase "protein/activity" following exposure of cultured cells to talc at doses of only 5, 20 and 100 µg, (presumably per ml?) and the table is dated 1/11/18.[97]  This date is 20 days before 1/31/18, the date upon which, in the

---

[94]   Saed Dep. Vol. I, Ex. 1 at SAED000025(color).

[95]   Preliminary Work Notebook Files at 19.

[96]   For example, see Preliminary Work Notebook Files at 13.

[97]   Saed Dep. Vol. I, Ex. 1 at SAED000033(color).

Preliminary Work Notebook Files, a notation is found that, "The presence of 1000 µg/ml is physically killing the cells…"[98]

Regardless, if one considers the data table in question, the first horizontal row concludes on the far right with an "Average" value of 11.07 for three replicate values of 9.98, 11.63, and 10.50.[99] The correct average would have been 10.70.  In horizontal line two of the same table, the "Average" value is listed as 9.13 for three replicate values of 9.18, 10.64, and 9.09.[100]  The correct average would have been 9.64.  Thus, the recorded difference between "control" A2780 cells and talc-treated (5 µg) A2780 cells is 1.94 nmol/min/ml[101]; the actual difference is 1.06 nmol/min/ml, a much smaller difference.  A "larger difference" in this case would have been more consistent with the experimental hypothesis and conclusions, which of course could be simply coincidental, the arithmetic errors notwithstanding.  There are other examples of these kinds of data errors throughout Dr. Saed's work, several of which were covered at his second deposition.[102]

5) I have also reviewed multiple drafts of Dr. Saed's manuscript, including the version of it that was rejected by *Gynecologic Oncology* and the version later accepted by *Reproductive Sciences*. Of particular interest is the fact that the earlier submission to *Gynecologic Oncology* claimed to have observed effects of talc after only 48 hours of treatment – a fact directly addressed by one of the reviewers in the rejection letter, who wrote that the "fact that SNPs were changed following such short exposure to talcum is surprising and makes one wonder what the biological effect of such changes might be."[103]  Curiously, Dr. Saed's subsequent submission to *Reproductive Sciences* changed the stated time of treatment to 72 hours – but includes many of the same tables that were included in the submission to *Gynecologic Oncology*, with exactly the same data for each dose of treatment, but with the exposure period changed from 48 hours to 72 hours.  And Dr. Saed's report states that he treated talc "for 48 hours"[104] – a discrepancy from his latest manuscript that he attempted to explain as "a typo" in his report at his deposition.[105]  Of course, another possibility is that Dr. Saed decided that 72 hours of treatment would appear more credible and that he simply revised this reference in his manuscript without rerunning the experiments before he resubmitted but forgot to make the same change to his report.

---

[98]   Preliminary Work Notebook Files at 19.

[99]   Saed Dep. Vol. I, Ex. 1 at SAED000033(color).

[100]   *Id.*

[101]   *Id.* at SAED000090(color).

[102]   *See, e.g.*, Saed Dep. Vol. II 450:24-452:6, 452:22-453:24 (additional averaging errors).

[103]   Gynecologic Oncology Decision at 2.

[104]   Saed Rep. at 14.

[105]   Saed Dep. Vol. I 185:6-186:7.

### E.    Additional Concern

**Improper financial disclosure:**  Dr. Saed's insufficient conflict-of-interest disclosure violates publishing principles and further indicates that his opinions are not reliable.  Although there is no single definitive standard for an appropriate conflict-of-interest disclosure, failures to disclose conflicts of interest have undermined the faith of both the public and healthcare professionals in the quality of scientific and medical literature.[106]  As such, most reputable journals have developed their own conflict-of-interest disclosure policies, and various voluntary organizations have advanced model standards that function as persuasive guidelines.  Dr. Saed's minimal disclosure violates both these model policies and the policy in place at *Reproductive Sciences*,[107] the journal in which his manuscript is to be published.

For example, the International Committee of Medical Journal Editors states that authors should disclose "all financial or personal relationships that might bias or be seen to bias their work" and, in particular, notes "[f]inancial relationships (such as . . . paid expert testimony)" as the most obvious type of conflict of interest.[108]  The World Association of Medical Editors has set forth a similar policy.[109]  In keeping with these principles, *Reproductive Sciences* requires all authors to make a "specific" declaration of "any financial relationship" that the author has and the "interests" of the sponsoring organization, and to include any information "that might represent an appearance of a conflict of interest" in the cover letter.[110]  Dr. Saed admits that he did not include any such information in his cover letter.[111]  Dr. Saed did acknowledge elsewhere that he "acted as a consultant regarding this topic for a fee."[112]  He did not link his consultancy to his manuscript in any way, much less disclose that plaintiffs' counsel funded the specific study that he submitted.  Nor did he disclose that he functioned as more than a consultant, but as a testifying expert witness.  Indeed, he did not even disclose for whom he consulted – whether it was a party, such as plaintiffs' counsel, with an interest in showing talc to be dangerous, a party, such as an industry player, with an interest in showing talc to be safe, or an unbiased organization.  Therefore, reviewers, and ultimately readers, could not evaluate his conclusions with appropriate context in mind.

---

[106]  Blum JA et al., *Requirements and definitions in conflict of interest policies of medical journals.* JAMA. (2009) 302(20):2230-4.

[107]  *See* Saed Dep. Vol. I, Ex. 12 at 3 (Sage Publishing Reproductive Sciences Webpage); *see also* Sage Publications, Declaration of Conflicting Interests Policy (2019), https://us.sagepub.com/en-us/nam/declaration-of-conflicting-interests-policy.

[108]  Int'l Committee Med. J. Editors, *Recommendations for the Conduct, Reporting, Editing, and Publication of Scholarly Work in Medical Journals* 3, http://www.icmje.org/icmje-recommendations.pdf (updated Dec. 2018).

[109]  *See* World Ass'n of Med. Editors, *Conflict of Interest in Peer-Reviewed Medical Journals*, http://wame.org/conflict-of-interest-in-peer-reviewed-medical-journals (updated July 25, 2009).

[110]  *See* Saed Dep. Vol. I, Ex. 12 at 3; *see also* Sage Publications, Declaration of Conflicting Interests Policy.

[111]  Saed Dep. Vol. I 156:10-19.

[112]  *Id.* 144:2-7; *see also id.* 142:1-2.

## V.    MATERIALS CONSIDERED

1. A2780 Cell Line human, https://www.sigmaaldrich.com/catalog/product/sigma/cb_93112519?lang=en&region=US

2. Belotte J et al., *A single nucleotide polymorphism in catalase is strongly associated with ovarian cancer survival.* PLoS One. (2015) 24;10(8):e0135739

3. Blum JA et al., *Requirements and definitions in conflict of interest policies of medical journals.* JAMA. (2009) 302(20):2230-4

4. Chu H et al., *The MPO −463G>A polymorphism and cancer risk: a meta-analysis based on 43 case–control studies*. Mutagenesis. (2010) 25(4):389-95

5. Deposition of Ghassan Saed, Ph.D., Vol. I, Jan. 23, 2019 (MDL No. 2738)

6. Deposition of Ghassan Saed, Ph.D., Vol. II, Feb. 14, 2019 (MDL No. 2738)

7. Didžiapetrienė J et al., *Significance of blood serum catalase activity and malondialdehyde level for survival prognosis of ovarian cancer patients*. Medicina (Kaunas) (2014) 50(4):204-8

8. Endo-Capron S et al., In vitro *response of rat pleural mesothelial cells to talc samples in genotoxicity assays (sister chromatid exchanges and DNA repair).* Toxicol In Vitro. (1993) 7(1):7-14

9. Expert Report of Daniel L. Clarke-Pearson, M.D. Nov. 16, 2018 (MDL No. 2738)

10. Expert Report of Ghassan Saed, M.D., Nov. 16, 2018 (MDL No. 2738)

11. Expert Report of Judith Wolf, M.D. Nov. 16, 2018 (MDL No. 2738)

12. Expert Report of Sarah Kane, M.D., Nov. 15, 2018 (MDL No. 2738)

13. Expert Report of Shawn Levy, Ph.D., Nov. 16, 2018 (MDL No. 2738)

14. Fletcher NM et al., LB-044 – Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells and in Normal Ovarian Epithelial Cells (abstract) (2018) (Ex. 21 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

15. Fletcher NM et al., Molecular basis supporting the association of talcum powder use with increased risk of ovarian cancer (2019) (unpublished manuscript) (Ex. 8 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

16. Fletcher NM et al., *Specific point mutations in key redox enzymes are associated with chemoresistance in epithelial ovarian cancer*. Free Radic Biol Med. (2016) 102:122-32

17. Fletcher NM et al., Talcum Powder Enhances Oxidative Stress in Ovarian Cancer, Reproductive Sciences, Vol. 25, Suppl. 1, F-098 (abstract) (2018) (Ex. 20 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

18. Forsberg L et al., *A common functional C-T substitution polymorphism in the promoter region of the human catalase gene influences transcription factor binding, reporter gene*

25

*transcription and is correlated to blood catalase levels.* Free Radic Biol Med. (2001) 30(5):500-5

19. Ghassan Saed's PCR EOC SRI Notebook (Ex. 9 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

20. Ghassan Saed's Talc Study Lab Notebook – Preliminary Study (Ex. 23 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738))

21. Gynecologic Oncology Email dated Sept. 19, 2018 re: GYN-18-1020: Final Decision (Ex. 35 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738))

22. Hall MD et al., *Say No to DMSO: Dimethyl sulfoxide inactivates cisplatin, carboplatin and other platinum complexes.* Cancer Res. (2014) 74(14):3913-22

23. Hamilton TC et al., *Effects of talc on the rat ovary.* Br J Exp Pathol. (1984) 65(1):101-6

24. Harper & Saed, Talc Induces a Pro-Oxidant State in Normal and Ovarian Cancer Cells Through Gene Point Mutrolations in Key Redox Enzymes (Ex. 19 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

25. Heller DS et al., *The relationship between perineal cosmetic talc usage and ovarian talc particle burden.* Am J Obstet Gynecol. (1996) 174(5):1507-10

26. Henderson WJ et al., *Talc and carcinoma of the ovary and cervix.* J Obstet Gynaecol Br Commonw. (1971) 78(3):266-72

27. Int'l Agency for Research on Cancer, *Monographs on the Evaluation of Carcinogenic Risks to Humans* Vol. 93: Carbon Black, Titanium Dioxide, and Talc (2010)

28. Int'l Committee Med. J. Editors, *Recommendations for the Conduct, Reporting, Editing, and Publication of Scholarly Work in Medical Journals,* http://www.icmje.org/icmje-recommendations.pdf (updated Dec. 2018)

29. Jacobs I et al., *Ovarian cancer screening and mortality in the UK Collaborative Trial of Ovarian Cancer Screening (UKCTOCS): a randomized controlled trial.* Lancet (2016) 387:945-56

30. Keskin N et al., *Does long-term talc exposure have a carcinogenic effect on the female genital system of rats? An experimental pilot study.* Arch Gynecol Obstet. (2009) 280(6):925-31

31. Klaunig JE et al., *Oxidative stress and oxidative damage in chemical carcinogenesis.* Toxicol Appl Pharmacol (2011) 25:86-99

32. Kuchenbaecker KB et al., *Identification of six new susceptibility loci for invasive epithelial ovarian cancer.* Nat Genet. (2015) 47(2):164-71

33. Kuchenbaecker KB et al., *Risks of breast, ovarian, and contralateral breast cancer for BRCA1 and BRCA2 mutation carriers.* JAMA (2017) 317(23):2402-16

34. Lab Notebook, SAED000001(color)-SAED000097(color) (Ex. 1 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

35. Malmberg K et al., *Serous tubal intraepithelial carcinoma, chronic fallopian tube injury, and serous carcinoma development*. Virchows Arch. (2016) 468(6):707-13

36. Ni X et al., *Meta-analysis on the association between non-steroidal anti-inflammatory drug use and ovarian cancer*. Br J Clin Pharmacol. (2013) 75(1):26-35

37. Norquist BM et al., *Inherited mutations in women with ovarian carcinoma*. JAMA Oncol. (2016) 2(4):482-90

38. Pharoah PD et al., *GWAS meta-analysis and replication identifies three new susceptibility loci for ovarian cancer*. Nat Genet. (2013) 45(4):362-70

39. Quick SK et al., *Effect modification by catalase genotype suggests a role for oxidative stress in the association of hormone replacement therapy with postmenopausal breast cancer risk*. Cancer Epidemiol Biomarkers Prev. (2008) 17(5):1082-7

40. Rasmussen et al., *Pelvic inflammatory disease and the risk of ovarian cancer and borderline ovarian tumors: A pooled analysis of 13 case-control studies*. Am J Epidemiol. (2017) 185(1):8–20

41. Sage Publications, Declaration of Conflicting Interests Policy (2019), https://us.sagepub.com/en-us/nam/declaration-of-conflicting-interests-policy

42. Sage Publications, Reproductive Sciences (Ex. 12 to Deposition of Ghassan Saed, Ph.D., Jan. 23, 2019 (MDL No. 2738))

43. Scholler N & Urban N, *CA125 in ovarian cancer*. Biomark Med (2007) 1(4):513-23

44. SK-OV-3 [SKOV-3; SKOV3] (ATCC® HTB-77™), https://www.atcc.org/products/all/HTB-77.aspx

45. The Role of Talc Powder Exposure in Ovarian Cancer: A Mechanistic Approach (Ex. 43 to Deposition of Ghassan Saed, Ph.D., Feb. 14, 2019 (MDL No. 2738))

46. Tomasetti C & Vogelstein B, *Variation in cancer risk among tissues can be explained by the number of stem cell divisions*. Science (2015) 347:78-81, 2015

47. TOV-112D (ATCC® CRL-11731™), https://www.atcc.org/products/all/CRL-11731.aspx

48. Walsh T et al., *Mutations in 12 genes for inherited ovarian, fallopian tube, and peritoneal carcinoma identified by massively parallel sequencing*. Proc Natl Acad Sci USA (2011) 108(44):18032-7

49. World Ass'n of Med. Editors, *Conflict of Interest in Peer-Reviewed Medical Journals*, http://wame.org/conflict-of-interest-in-peer-reviewed-medical-journals (updated July 25, 2009)

50. Zhou et al., *Pelvic inflammatory disease and the risk of ovarian cancer: a meta-analysis. Cancer Causes Control*. (2017) 28(5):415-28

# EXHIBIT A

Curriculum Vitae (02/04/19)

| | |
|---|---|
| Name: | Jeff Boyd |
| Place of Birth: | Chapel Hill, NC |
| Nationality: | USA |
| Office Address: | Herbert Wertheim College of Medicine |
| | Florida International University |
| | 11200 SW 8th Street, AHC2-693 |
| | Miami, FL 33199 |
| | Tel: 305-348-0646 |
| | E-mail: jboyd@fiu.edu |
| | |
| | Miami Cancer Institute |
| | Baptist Health South Florida |
| | 8900 North Kendall Drive |
| | Miami, FL 33176 |
| | Tel: 786-527-8023 |
| | E-mail: JeffBo@BaptistHealth.net |
| Home Address: | 505 Luenga Avenue |
| | Coral Gables, FL 33146 |
| Education: | Duke University, Durham, NC |
| | B.S. (Psychology/Chemistry), 1980 |
| | |
| | NC State University, Raleigh, NC |
| | M.S. (Toxicology/Biochemistry), 1982 |
| | |
| | NC State University, Raleigh, NC |
| | Ph.D. (Toxicology/Biochemistry), 1986 |
| Postdoctoral Training: | 1986-1988: Environmental Pathology Fellowship |
| | Department of Pathology |
| | Lineberger Comprehensive Cancer Center |
| | University of North Carolina School of Medicine |
| | Chapel Hill, NC |

1988-1990: Senior Staff Fellow
Cellular Carcinogenesis Section
Laboratory of Molecular Carcinogenesis
NIH/National Institute of Environmental Health Sciences
Research Triangle Park, NC

Positions and Appointments:

1990-1994: Head, Gynecologic Pathobiology Section
Laboratory of Molecular Carcinogenesis
NIH/National Institute of Environmental Health Sciences
Research Triangle Park, NC

1992-1994: Adjunct Assistant Professor (concurrent with primary position above)
Department of Epidemiology
University of North Carolina School of Public Health
Chapel Hill, NC

1994-1997: Associate Professor
Department of Obstetrics and Gynecology and Department of Genetics
Director, Gynecologic Oncology Research Laboratory
Member, Comprehensive Cancer Center
Member, Center for Research on Women's Health and Reproduction
Associate Member, Institute for Human Gene Therapy
University of Pennsylvania
Philadelphia, PA

1997-2003: Associate Attending Biologist
Gynecology Service, Department of Surgery
Clinical Genetics Service, Department of Medicine
Director, Gynecology and Breast Research Laboratory
Memorial Hospital for Cancer and Allied Diseases
Associate Member, Memorial Sloan-Kettering Cancer Center
New York, NY

2003-2006: Attending Biologist
Gynecology Service, Department of Surgery
Clinical Genetics Service, Department of Medicine
Director, Gynecology and Breast Research Laboratory (Department of Surgery)
Director, Diagnostic Molecular Genetics Laboratory (Department of Medicine)
Memorial Hospital for Cancer and Allied Diseases
Member (with tenure-of-title), Memorial Sloan-Kettering Cancer Center
New York, NY

2

2006-2007: Vice President, Laboratory Science
2007-2008: Vice President, Oncology and Research
2007-2008: Director, Curtis and Elizabeth Anderson Cancer Institute
2006-2008: Professor of Obstetrics and Gynecology, Surgery, Medicine, and Division of Basic Medical Sciences, Mercer University School of Medicine - Savannah
Assistant Dean for Research, Mercer University School of Medicine - Savannah
Distinguished Cancer Scholar, State of Georgia
Memorial University Medical Center, Savannah, GA

2008-2010: Senior Vice President and Chief Scientific Officer
Robert C. Young, MD, Chair in Cancer Research
Professor (with tenure), Women's Cancer Program
Fox Chase Cancer Center, Philadelphia, PA

2010-2014: Senior Vice President, Molecular Medicine
Robert C. Young, MD, Chair in Cancer Research
Executive Director, Cancer Genome Institute
Chief, Division of Molecular Pathology
Professor (with tenure), Cancer Biology Program
Fox Chase Cancer Center, Philadelphia, PA

2008-2015: Professor (with tenure), Cancer Biology Program
Robert C. Young, MD, Chair in Cancer Research
Fox Chase Cancer Center, Philadelphia, PA

2015-present: Professor (with tenure) and Chair, Department of Human and Molecular Genetics
Professor, Department of Obstetrics and Gynecology
Associate Dean for Basic Research and Graduate Programs
Herbert Wertheim College of Medicine
Florida International University
Miami, FL

2015-present: Associate Deputy Director, Translational Research and Genomic Medicine
Miami Cancer Institute
Baptist Health South Florida
Miami, FL

Scientific and Medical Societies:

American Association for the Advancement of Science (1982)
American Association for Cancer Research (1990)
American Society for Cell Biology (1992)
American Society of Clinical Oncology (2002)
American Society of Human Genetics (1997)
Association for Molecular Pathology (2014)
International Society of Gynecologic Oncology (2006)
Society of Gynecologic Oncology (1997)

Awards, Fellowships, and Grants:

Award for Special Achievement
Department of Health, Education, and Welfare, NIH, July, 1980.

Environmental Pathology Training Fellowship (Institutional NRSA)
NIH/NIEHS, T32-ES07017, March, 1986.

National Research Service Award (Individual)
NIH/NCI, F32-CA0524, February, 1988.

Co-Principal Investigator, Gynecologic Cancer Foundation/Karin Smith Award,
"Gene Therapy of Ovarian Cancer" (Univ of Pennsylvania); 6/1/96-5/31/97;
$50,000 total direct costs.

Principal Investigator, "Molecular Genetics of Gynecologic Cancers"
NIH/NCI, R01-CA67164; 10/1/96-9/30/00; $482,401 total direct costs.

Principal Investigator, "Genetic Mechanism of BRCA1-Linked Ovarian Tumorigenesis",
NIH/NCI, R01-CA71840, 10/1/96-9/30/00; $465,563 total direct costs.

Principal Investigator, "Genetic Mechanism of BRCA-Linked Ovarian Tumorigenesis",
NIH/NCI, R01-CA71840, 2/1/01-1/31/05; $676,000 total direct costs.

Principal Investigator, "Basic and Translational Research Program in the Molecular
Genetics of Gynecologic and Breast Cancers: New Strategies for Prevention, Early
Detection, and Treatment", Keck Foundation; 1/1/99-12/31/03; $2,500,000 direct costs.

Principal Investigator, "Molecular Classification of Ovarian Cancers",
NIH/NCI, U01-CA88175; 10/1/00-9/30/05; $655,976 total direct costs.

Principal Investigator, "Preclinical Alterations in Breast Epithelium of BRCA Heterozygotes", Breast Cancer Research Foundation, 10/1/00; $170,000 total direct costs.

Principal Investigator, "Molecular Genetic Basis of Invasive Breast Cancer Risk Associated with Lobular Carcinoma in Situ", Breast Cancer Research Foundation, 10/1/01; $243,356 total direct costs.

Principal Investigator, "Prediction of Breast Cancer Risk by Gene Expression Profiling", Breast Cancer Alliance, 11/1/01; $130,000 total direct costs.

Principal Investigator, "Molecular Response to Selective Estrogen Receptor Modulators (SERMs) in Human Breast Cancer Cells", Breast Cancer Research Foundation, 10/1/02; $228,862 total direct costs.

Principal Investigator, "Genetic Polymorphisms and Risk of Breast Cancer", Breast Cancer Alliance, 11/1/02; $91,592 total direct costs.

Principal Investigator, "Somatic Genetic Alterations in *BRCA*-Linked Human Breast Cancer", Breast Cancer Research Foundation, 10/1/03; $230,000 total direct costs.

Principal Investigator, "Molecular Classification of Endometrial Cancers", NIH/NCI, R01-CA100272; 4/1/04-3/31/08; $1,350,000 total direct costs.

Principal Investigator, "Prediction of Breast Cancer Risk by Whole Genome Profiling", Department of Defense, CDMRP, BC033728; 8/1/04-7/31/05; $75,000 total direct costs.

Principal Investigator, "Prediction of Breast Cancer Risk by Whole Genome Profiling", Breast Cancer Research Foundation, 10/1/04; $250,000 total direct costs.

Project Director, "Project 1: Role of CA125/MUC16 in Ovarian Tumorigenesis", NIH/NCI, P01-CA52477-13, "Epithelial Ovarian Cancer Program Project"; 4/1/05-3/31/10; $7,374,628 total direct costs.

Co-Principal Investigator, "Polygenic Basis of Breast Cancer", Breast Cancer Research Foundation, 10/1/05; $250,000 total direct costs.

Georgia Distinguished Cancer Scholar, Georgia Cancer Coalition, 2006-2010; $750,000 total direct costs.

Principal Investigator, "Recruiting shRNA Functional Screening Expertise", Pennsylvania Department of Community and Economic Development Grant, C000043689, 1/1/09-6/30/10; $150,000 total costs.

5

Principal Investigator, American Cancer Society Institutional Research Grant, IRG-92-027-15, 1/1/08-12/31/10; $360,000 total costs.

Principal Investigator, "The Exomes of Ovarian Tumors of Low Malignant Potential and Low Grade Ovarian Cancers", Sandy Rollman Ovarian Cancer Foundation; 6/1/10-5/31/11; $60,000 direct costs.

Mentor, "Determine the Role of Canonical Wnt Signaling in Ovarian Tumorigenesis", CDMRP/DOD, Ovarian Academy Award W81XWH-10-1-0823 (PI: R Zhang), 9/15/10-3/29/13; $750,000 total direct costs.

Angela Carlino Excellence in Ovarian Cancer Research Award, Sandy Rollman Ovarian Cancer Foundation; October, 2010.

Principal Investigator, "The Transcriptome of Platinum Resistance in Ovarian Cancer", The Carpenter Foundation; 7/1/12-6/30/13; $50,000 total direct costs.

Principal Investigator, "FCCC-PENN SPORE in Ovarian Cancer", NIH/NCI, P50 CA083638; 8/21/09–5/31/15; $9,996,150 total direct costs.

Mentor, "Identifying Determinants of PARP Inhibitor Sensitivity in Ovarian Cancer", CDMRP/DOD, Ovarian Academy Award OC130212 (PI: N Johnson), 2/1/14-1/31/19; $750,000 total direct costs.

Rosalind Franklin Award for Excellence in Ovarian Cancer Research, Ovarian Cancer Research Fund Alliance; July, 2016.

Co-Investigator, "The Impact of Radiation Dose on Brain Morphology, Volumetric Changes, Endocrine Function, and Neurocognitive Function Following Cranial Radiation Therapy in Children with Brain and Skull Base Tumors", Florida Department of Health, Award 8LA04 (PI: M. Hall), 6/14/18-4/30/22; $700,000 total direct costs.

Editorial Positions:

| | |
|---|---|
| 1993-1997: | Associate Editor, *Molecular and Cellular Differentiation* |
| 1994-2006: | Associate Editor, *Molecular Carcinogenesis* |
| 1997-2003: | Editorial Board, *Gynecologic Oncology* |
| 2003-2008: | Associate Editor, *Gynecologic Oncology* |
| 2004-2008: | Editorial Board, *Journal of Clinical Oncology* |
| 2004-2017: | Editorial Board, *American Journal of Pathology* |
| 2017-present | Editorial Board, *Anticancer Research* |

Committee Assignments (Previous):

Member, Task Force for Activities and Membership Development, American Association for Cancer Research, 1993.

Member, Epidemiology Committee, DOD Breast Cancer Program Review, 1994.

Member, Program Committee, Annual Meeting of the American Association for Cancer Research, 1995.

Member, Physiology Committee, DOD Gulf War Illness Program Review, 1995.

Member, Reproductive Biology Committee, DOD Women's Health Program Review, 1996.

Member, Special Review Group, "Endocrine Disrupting Chemicals and Women's Health Outcomes" (RFA 96-003), NIH/NIEHS, 1996.

Member, Epidemiology Committee, DOD Breast Cancer Program Review, 1996.

Invited Participant, American Cancer Society Workshop on Heritable Cancer Syndrome and Genetic Testing, 1996.

Member, Special Review Panel for Program Project Application P01-CA73992, "Molecular and Clinical Approaches to Colon Cancer Precursors", University of Utah, 1996.

Ad-Hoc Member, Program Committee, Society for Gynecologic Oncologists Annual Meeting, 1997.

Invited participant, "The Strategic Planning Conference on New Directions in Ovarian Cancer Research", The U.S. Public Health Service's Office on Women's Health, Washington, DC, 1997.

Member, Committee for DOD Ovarian Cancer Program Review, 1998.

Invited participant, "Implementation Meeting for New Directions in Ovarian Cancer Research", The National Cancer Institute and The Society of Gynecologic Oncologists, Bethesda, MD, 1998.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "Epidemiologic and Genetic Studies of Breast Cancer", Mayo Foundation, Rochester, MN, February, 1999.

Ad Hoc Member, National Cancer Institute Scientific Review Group, Subcommittee E (Prevention and Control), Bethesda, MD, 1999.

Ad-Hoc Member, Initial Review Group, Small Grants Program for Cancer Epidemiology, National Cancer Institute, Bethesda, MD, 1999.

Ad-Hoc Member, Peer Review Committee on Molecular Genetics and Oncogenes, American Cancer Society, 1999.

Member, Specified Appropriations Program Peer Review Committee, United States Army Medical Research and Material Command, 1999.
Member, Committee for DOD Ovarian Cancer Program Review, 1999.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "DNA Repair Genes and Cancer", University of Kentucky Medical Center, Lexington, KY, September, 1999.

Member, Program Committee, Society of Gynecologic Oncologists Annual Meeting, 2000.

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "Dietary and Hormonal Determinants of Cancer in Women" (Nurses' Health Study), Brigham and Women's Hospital, Boston, MA, February, 2000.

Invited Participant, Gynecologic Cancer Translational Research Retreat (GOG/NCI), Chantilly, VA; May, 2000.

Course Director, Second International Conference on Ovarian Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY; June, 2000.

Invited Participant, Conference on Ovarian Cancer Screening, NCI, Bethesda, MD; September, 2000.
Member, Committee for DOD Ovarian Cancer Program Review, 2000.

Invited Participant, NCI Gynecologic Cancers Progress Review Group Roundtable Meeting, Herndon, VA; June, 2001.

Member, Committee for DOD Ovarian Cancer Program Review, 2001.

Ad-Hoc Member, PTHC/CAMP Scientific Review Group, National Institutes of Health, Washington, DC; June, 2002.

Member, Epidemiology Panel, DOD Breast Cancer Program Review, 2002.

8

Member, Special Review Panel for National Cancer Institute Program Project Grant Application, "Cervical Cancer: Biology of Initiation and Progression", Emory University, Atlanta, GA, September, 2002.

Member, Scientific Review Group for Ovarian SPORE Applications, National Cancer Institute, Bethesda, MD; June, 2003.

Invited participant, Borderline Ovarian Tumor Consensus Workshop, National Cancer Institute, Bethesda, MD; August, 2003.

Member, Special Emphasis Panel ZCA1 SRRB-4 J1 R, "Strategic Partnerships to Evaluate Cancer Signatures", National Institutes of Health, 2004.

Member, Program Committee, Society of Gynecologic Oncologists Annual Meeting, Miami Beach, FL; 2005.

Ad-Hoc Member, NCI Scientific Review Group, Subcommittee E – Cancer Epidemiology, Prevention, and Control, Bethesda, MD; April, 2005.

Chair, Special Emphasis Panel, ZRG1 ONC-U (03), Breast and Ovarian Cancer Genetics, Center for Scientific Review, National Institutes of Health; July, 2005.

Invited Participant, National Cancer Institute Ovarian Cancer State-of-the-Science Meeting, Bethesda, MD; September, 2005.

Member, Education Committee, Society of Gynecologic Oncologists, 2000-2004
Member, Institutional Review Board, Memorial Sloan-Kettering Cancer Center, 1999-2006.

Member, Human Tissue Utilization Committee, Memorial Sloan-Kettering Cancer Center, 2002-2006.

Member, Computational Biology Program Search Committee, Memorial Sloan-Kettering Cancer Center, 2002-2006.

Member, Database Working Group, Memorial Sloan-Kettering Cancer Center, 2002-2006.

Ad-Hoc Member, Committee on Appointments and Promotions, Memorial Sloan-Kettering Cancer Center; July 2002, October, 2003, April, 2004, March, 2005.\\

Member, Translational and Integrative Medicine Grant Review Committee, Memorial Sloan-Kettering Cancer Center; 2003-2006.

9

Member, Institutional Review Board Workflow Committee, Memorial Sloan-Kettering Cancer Center; 2004-2006.

Invited Participant, Joint NCI/British National Cancer Research Institute Gynecologic Cancer Intergroup Endometrial Cancer State-of-the-Science Meeting, Manchester, UK; November, 2006.

Member, Integration Panel, DOD Ovarian Cancer Research Program, 2001-2008.

Chair, Integration Panel, DOD Ovarian Cancer Research Program, 2005-2006.

Member, Peer Review Committee on Molecular Genetics and Oncogenes, American Cancer Society, 2002-2006.

Charter Member, Cancer Biomarkers Study Section, Center for Scientific Review, National Institutes of Health, 2003-2008.

Chair, Molecular and Cellular Biology and Genetics Peer Review Panel, Susan G. Komen for the Cure Grants Program; January, 2008.

Member, External Advisory Committee, SPORE in Ovarian Cancer, Fox Chase Cancer Center, Philadelphia, PA; 2003-2008.

Chair, Appointments and Promotions Committee, Anderson Cancer Institute, Memorial University Medical Center; 2006-2008.

Member, Board of Directors, Georgia Center for Oncology Research and Education; 2006-2008.

Member, Georgia Cancer Coalition Distinguished Cancer Scholar Review Committee; 2006-2008.

Chair, Medical Research Advisory Committee, Memorial University Medical Center; 2007-2008.

Member, Board of Advisors, College of Science and Technology, Georgia Southern University; 2006-2008.

Member, Special Emphasis Panel, NCI-ARRA P30 Biomedical Research Core Center Review, Rockville, MD; July, 2009.

Member, CDMRP Ovarian Cancer Grant Review Panel OC-4, Reston, VA; August, 2009.

10

Member, Scientific Advisory Committee, Ovarian Cancer Research Fund, 1999-2009.

Chair, DOD/CDMRP Breast Cancer Grant Review Panel MBG-B, Reston, VA; January, 2010.

Member, Scientific Review Group, NIH/NCI ZCA1 SRLB-R M1 R, Exceptional, Unconventional Research Enabling Knowledge Acceleration (EUREKA), Rockville, MD; March, 2010.

Member, Scientific Review Group, EDRN Biomarker Development Labs (U01), NIH/NCI ZCA1 SRLB-C M1 B, Bethesda, MD; May, 2010.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel TRN-MBG, Reston, VA; May, 2010.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel IDEA-MBG, Reston, VA; June, 2010.

Chairman, External Advisory Committee, SPORE in Ovarian Cancer, Dana-Farber/Harvard Cancer Center, Boston, MA; 2003-2010.

Member, Program Committee, 13th Biennial Meeting of the International Gynecologic Cancer Society, Prague, Czech Republic, 2010.

Member, Nominations Committee, Fox Chase Cancer Center, 2008-2010.

Member, Scientific Review Group, NIH/NCI ZCA1 SRLB-2 M1 R, Exceptional Unconventional Research Enabling Knowledge Acceleration (EUREKA), Bethesda, MD; March, 2011.

Member and Co-Chair, Subcommittee on Tissue Utilization, Gynecologic Oncology Group, 1997-2011.

Member, Scientific Review Group, NIH/NINR ZNR1 REV M 09, Personalized Genomics for Symptom Management: Bridging the Gaps from Genomic Discovery to Improved Health Outcomes, Bethesda, MD; June, 2011.

Member, Program Committee, Society for Gynecologic Oncology Annual Meeting, 2012.

Member, Board of Directors, Gynecologic Cancer Foundation (now Foundation for Women's Cancer); 2006-2013.

11

Member, Cancer Center Support Grant Executive Committee, Fox Chase Cancer Center, 2008-2013.

Member, President's Council, Fox Chase Cancer Center, 2008-2013.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel BC12 TRN2, Reston, VA; February, 2013.

Member, Scientific Review Group, NCI ZCA1 RPRB-O (O1), NCI Small Grants Program for Cancer Research (NCI Omnibus R03), Reston, VA; June, 2013.

Member, Scientific Review Committee, DOD/CDMRP Ovarian Cancer Research Program Pilot Award Letter of Intent Review; July, 2013.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel TRN2-CMB, Chantilly, VA; March, 2014.

Member, Executive Committee on Research, Fox Chase Cancer Center, 2008-2014.

Member, Scientific Review Committee, DOD/CDMRP Ovarian Cancer Research Program Pilot Award Letter of Intent Review; July, 2014.

Member, NCI Special Emphasis Panel for Review of Omnibus R21/R03 Applications in Response to PAR12-145/144; July, 2014.

Member, Scientific Review Committee, DOD/CDMRP Breast Cancer Research Program Grant Review Panel CBY-2, Reston, VA; July, 2014.

Member, Ovarian Cancer SPORE Executive Committee, Fox Chase Cancer Center, 2008-2015.

Founding Member, Genomic Advisory (Tumor) Board, Fox Chase Cancer Center, 2012-2015.

Member, Program Committee, Society of Gynecologic Oncology Annual Meeting, Chicago, IL; March, 2015.

Member, DOD/CDMRP Ovarian Cancer Research Program Pre-Application Review Panel, Pilot Award Mechanism; May-June, 2015.

Chair, DOD/CDMRP Breast Cancer Research Program Grant Review Panel, Molecular Biology and Genetics, Reston, VA; June, 2015.

Chair, Society of Gynecologic Oncology Genetics Delivery Care Summit, 2014-2015.

Invited Participant, Workshop on Ovarian Cancer, US Food and Drug Administration, White Oak, MD; July, 2015.

Member, Novartis Future of Diagnostic Laboratories Advisory Board, Austin, TX; November, 2015.

Invited Participant, Banbury Center Conference on, "Preventing BRCA-Related Cancer: a Think Tank for Innovative Strategies, Milestone Objectives, and Research Priorities", Cold Spring Harbor, NY; November, 2015.

Member, Committee on Experimental Medicine, Gynecologic Oncology Group (now NRG Oncology), 1997-2014.

Co-Chair, Banbury Center Conference on, "After UKCTOCS: Public Messaging on Screening and Early Detection of Ovarian Cancer", Cold Spring Harbor, NY; February, 2016.

Member, FORCE (Facing Our Risk of Cancer Empowered) Advisory Board; 2003-2013.

Member, Development Committee, Foundation for Women's Cancer, 2013-2015.

Member, National Cancer Institute Special Emphasis Panel/Scientific Review Group 2016/05 ZCA1 PCRB-C (C2) B - Cell and Animal Models for Researching Disparities; February, 2016.

Chair, DOD/CDMRP Ovarian Cancer Research Program Grant Review Panel, Pathobiology Pilot Award Program; September, 2016.

Member, Clinical Practice Committee, Society of Gynecologic Oncology, 2014-2017.

Member, AACR Clinical and Translational Cancer Research Grants Scientific Review Committee, 2015-2017.

Member, National Cancer Institute Clinical Translational R21 and Omnibus R03 Special Emphasis Panel ZCA1 SRB-P (O1); May, 2018.

Member, Medical Student Interview Panel, Herbert Wertheim College of Medicine, Florida International University; 2017-2018.

Member, National Cancer Institute Special Emphasis Panel, ZCA1 SRB-P (J1) – Clinical and Translational Exploratory/Developmental Studies; September, 2018.

Co-Chair, Banbury Center Conference on, "Towards a Cure for Advanced Ovarian Cancer", Cold Spring Harbor, NY; October, 2018.

Member, Scientific Advisory Committee, Ovarian Cancer Research Alliance, 2001-2018.

Chair, Scientific Advisory Committee, Ovarian Cancer Research Alliance, 2009-2018.

Member, Board of Directors, Ovarian Cancer Research Fund Alliance, 2012-2018.

Member, Scientific Review Committee, National Cancer Institute Specialized Programs of Research Excellence II (P50); 2019/05 ZCA1 RPRB-7 (M1) P; January, 2019.

Member, Special Emphasis Panel-5, National Cancer Institute Clinical and Translational R21 and Omnibus R03; 2019/05 ZCA1 SRB-P (M2) S; January, 2019.

Committee Assignments (Current):

Member, External Advisory Board, SPORE in Ovarian Cancer, MD Anderson Cancer Center, Houston, TX; 2009-present.

Vice-Chair, Joint Scientific Advisory Committee, Stand Up to Cancer (SU2C) Ovarian Cancer Dream Team Grant; 2014-present.

Member, Cancer Education Committee: Cancer Prevention, Hereditary Genetics, and Epidemiology Track, American Society of Clinical Oncology (ASCO); 2016-present.

Member, Clinical Scientific Review Committee, Miami Cancer Institute, 2016-present.

Member, Board of Directors, Society of Gynecologic Oncology, 2017-2020.

Member, Medical Student Interview Panel, Herbert Wertheim College of Medicine, Florida International University; 2018-2019.

Member, Board of Directors, Florida International University Research Foundation; 2017-present.

Invited Lectures (Since 1992):

"Cell structure and tumor suppression" and "Molecular genetic techniques in human cancer research."  South American Course in Cancer Research; Caracas, Venezuela; February, 1992.

"Form and function in molecular carcinogenesis."  Third Frontiers in Science Symposium; NIH/NIEHS, Research Triangle Park, NC; April, 1992.

"Expression and function of the DCC gene in neural differentiation."  Gordon Research Conference on Cancer; Newport, RI; August, 1992.

"DCC gene expression and function."  Fifth Conference on Differentiation Therapy; Sardinia, Italy; September, 1992.

"Tumor suppressor genes I" and "Tumor suppressor genes II."  Department of Toxicology, North Carolina State University, Raleigh, NC; September, 1992.

"Molecular genetics of human endometrial carcinoma."  Department of Pathology, University of North Carolina, Chapel Hill, NC; September, 1992.

"Methods for the study of molecular genetics in human cancer."  Department of Pathology, Jikei University School of Medicine, Tokyo, Japan; October, 1992.

"The role of cell structure in tumor suppression."  Fourth International Conference of Anticancer Research; Crete, Greece; October, 1992.

"Molecular markers and endometrial cancer."  Department of Epidemiology, University of North Carolina School of Public Health, Chapel Hill, NC; November, 1992.

"Tumor suppressor genes."  Department of Epidemiology, University of North Carolina, Chapel Hill, NC; November, 1992.

"Role of cell and tissue structure in tumor suppression."  Department of Pathology, Johns Hopkins University School of Medicine, Baltimore, MD; November, 1992.

"Endometrial hyperplasia and adenocarcinoma: Molecular genetic characterization and determinants of risk."  American Association of Pathologists Annual Meeting; New Orleans, LA; March, 1993.

"The environment and women's health."  First Annual Environmental Careers Symposium; NIH/NIEHS, Research Triangle Park, NC; May, 1993.

15

"Cell structure and tumor suppression."  Gordon Research Conference on Biological Structure and Gene Expression; Volterra, Italy; May, 1993.

"Molecular genetics of human endometrial carcinoma."  Department of Molecular and Cell Biology, University of California at Berkeley, Berkeley, CA; May, 1993.

"Molecular genetics of human endometrial carcinoma."  Gordon Research Conference on Hormonal Carcinogenesis; Newport, RI; August, 1993.

"Molecular genetics of endometrial hyperplasia."  Workshop on Alternatives to Hysterectomy, National Institutes of Health, Bethesda, MD; May, 1994.

"Molecular genetics of ovarian carcinoma."  Third International Symposium on Ovarian Function, Sapporo, Japan; September, 1994.

"Molecular genetics of estrogen-associated cancers."  Conference on Molecular Mechanisms of Environmental Carcinogenesis, Research Triangle Park, NC; September, 1994.

"Molecular genetics of gynecologic cancers."  University of Pennsylvania Cancer Center Symposium on New Developments in Cancer Therapy: Focus on Gynecologic Cancers, Philadelphia, PA; December, 1994.

"Genetics and molecular medicine for the gynecologic oncologist", "BRCA1 and other genes involved in hereditary predisposition to reproductive cancer", Society of Gynecologic Oncologists Annual Meeting, San Francisco, CA; February, 1995.

"Hereditary Gynecologic Cancers."  Grand Rounds, Department of Obstetrics and Gynecology, University of Pennsylvania Medical Center, Philadelphia, PA; March, 1995.

"Endometriosis and the Environment: Biomarkers of Toxin Exposure."  Endometriosis 2000 Conference, National Institutes of Health, Bethesda, MD; May, 1995.

"Hereditary Gynecologic Cancers."  Grand Rounds, Department of Obstetrics and Gynecology, Medical College of Pennsylvania, Philadelphia, PA; May 1995.

"E-Cadherin as a Tumor Suppressor." Gordon Research Conference on Cell Contact and Adhesion, Andover, NH; June, 1995.

"Mismatch Repair."  American Urologic Association Summer Research Conference, Houston, TX; August, 1995.

16

"Genetic Characterization of Human Endometrial Carcinoma."  Ninth International Conference on Carcinogenesis and Risk Assessment, Austin, TX; November, 1995.

"Molecular Genetics of Ovarian Carcinoma."  The Finnish Medical Society Duodecim Annual Meeting, Turku, Finland; November, 1995.

"Hereditary Gynecologic Cancers."  Department of Pathology Grand Rounds, University of Pennsylvania Medical Center, Philadelphia, PA; November, 1995.

"Genetics of Hereditary Breast and Gynecologic Cancers."  Postgraduate Course on Molecular Biology of Gynecologic Cancers: Clinical Implications for the 1990s.  Society of Gynecologic Oncologists Annual Meeting, New Orleans, LA; February, 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers."  Department of Obstetrics and Gynecology Grand Rounds, Thomas Jefferson University, Philadelphia, PA; February, 1996.

"Hereditary Nonpolyposis Colorectal Cancer: Ethical, Legal, and Social Implications of Genetic Testing and Counseling for High Risk Individuals."  American Radium Society Annual Meeting, San Francisco, CA; March, 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers."  Department of Genetics, University of Pennsylvania, Philadelphia, PA; May, 1996.

"Molecular Genetics of Hereditary Endometrial and Ovarian Carcinomas."  President's Symposium of the New York Pathological Society, New York, NY; June, 1996.

"Familial Ovarian Cancer: Laboratory Diagnosis."  Current Concepts in Women's Health Care: Seventeenth Annual Postgraduate Course, University of Pennsylvania Medical Center, Philadelphia, PA; June 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers."  Barbara Moore Jordan Visiting Professorship, Memorial Sloan-Kettering Cancer Center, New York, NY; July 1996.

"Breast Cancer Genetics."  Keynote Lecture at the First Annual New Jersey Breast Cancer Research Symposium, Princeton, NJ; October, 1996.

"Estrogen as a Human Carcinogen: Molecular Genetics of Gynecologic Cancers."  US-Japan Cooperative Medical Science Program, Environmental Mutagenesis and Carcinogenesis Panel, Tokyo, Japan; November, 1996.

"Hereditary Breast and Ovarian Cancer: Molecular Genetics and Clinical Implications." Grand Rounds, Department of Surgery, Memorial Sloan-Kettering Cancer Center, New York, NY; December, 1996.

"Molecular Genetics of Hereditary Gynecologic Cancers." Solid Tumor Oncology Conference, Department of Medicine, Memorial Sloan-Kettering Cancer Center, New York, NY; February, 1997.

"Molecular Genetics of Hereditary Ovarian Cancer." Basic Science Postgraduate Course; "BRCA1/2 and Other Genes Involved in Hereditary Predisposition to Ovarian Cancer." Breakfast Session, Society of Gynecologic Oncologists Annual Meeting, Phoenix, AZ; March, 1997.

"Genetics of Ovarian Cancer." Helene Harris Memorial Trust 6th International Forum on Ovarian Cancer, Los Angeles, CA; May, 1997.

"Genotype-Phenotype Correlations in Hereditary Ovarian Cancer." Symposium on Ovarian Cancer: Prevention, Genetics and Treatment Challenges, Toronto, Ontario; May, 1997.

"Molecular Genetics of Hereditary Gynecologic Cancers." Department of Pathology Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY; July, 1997. "Quantitative Methods in Cancer Genetics."

Cancer Genetic Counseling and Testing: A Multidisciplinary Course, The Sarah Lawrence College Human Genetics Program, New York, NY; July, 1997.

"Hereditary Gynecologic Cancers: Molecular Genetics and Clinical Implications." 26th Congress of Gynecologic Pathology and Colposcopy, Tokyo, Japan; July, 1997.

"Molecular Genetics of Estrogen-Associated Human Cancers." Gordon Research Conference on Hormonal Carcinogenesis, Tilton, NH; July, 1997.

"Basic Principles of Genetics for Practicing Clinicians", Genetic Techniques - Relevance for Practicing Clinicians", and "Genetics of Gynecologic Sarcomas and Clinical Implications". European School of Oncology Conference on Molecular Genetics in Gynecologic and Breast Cancer and Its Clinical Implications: Bridging the Gap, Budapest, Hungary; November, 1997.

"Studies on the Molecular Mechanism of Estrogen-Associated Human Cancers." Department of Biochemistry, Mount Sinai University School of Medicine, New York, NY: November, 1997.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers." Distinguished Lecturer in Oncology, University of Texas M.D. Anderson Cancer Center, Houston, TX; January, 1998.

"Genetics of Hereditary Gynecologic Cancers: What patients are asking their gynecologists." Obstetrical Society of Philadelphia, Philadelphia, PA; February, 1998.

"Molecular Genetics of Hereditary Gynecologic Cancers." Grand Rounds, Department of Obstetrics and Gynecology, Allegheny University of the Health Sciences, Philadelphia, PA; February, 1998.

"Endometrial Cancer." Course on Human Genetics and Human Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY; May, 1998.

"Molecular Genetics of Hereditary Gynecologic Cancers: Clinical Implications." New York Gynecology Society, New York, NY; May, 1998.

"Hereditary Ovarian Cancer: Molecular Genetics and Clinical Implications." IVth Sapporo International Symposium on Ovarian Function, Sapporo, Japan; August, 1998.

"Molecular Pathogenesis of Endometrial Neoplasia." Grand Rounds, Department of Pathology, Brigham and Women's Hospital, Boston, MA; October, 1998.

"Hereditary Gynecologic Cancers: Molecular Genetics and Clinical Implications." Visiting Professor Program, Department of Pathology, Montefiore Medical Center, Bronx, NY; October, 1998.

"Molecular Genetics of Hereditary Gynecologic Cancers." Memorial Hospital Annual Alumni Meeting, Memorial Sloan-Kettering Cancer Center, New York, NY; November, 1998.

"Clinical and Pathologic Features of BRCA-Associated Hereditary Ovarian Cancers." Grand Rounds, Department of Surgery, Memorial Sloan-Kettering Cancer Center, New York, NY; November, 1998.

"Genetic Epidemiology of Ovarian Cancer." International Conference on Ovarian Cancer, The University of Texas M.D. Anderson Cancer Center, Houston, TX; February, 1999.

"Ovarian Cancer." Course on Human Genetics and Human Cancer, Memorial Sloan-Kettering Cancer Center, New York, NY; April, 1999.

"Genetics of Ovarian Cancer." Annual Conference of the National Corporate Medical Associates, Memorial Sloan-Kettering Cancer Center, New York, NY; June, 1999.

"Molecular Genetics of Hereditary Gynecologic Cancers." Scientific Symposium for Semi-Annual Business meeting of the Gynecologic Oncology Group, Scottsdale, AZ; July, 1999.

"Genetics." Breast Cancer Core Course, Memorial Sloan-Kettering Cancer Center, New York, NY; July, 1999.

"Genetic Susceptibility to Gynecologic Cancers." Cancer Smart Lecture Series, Memorial Sloan-Kettering Cancer Center, New York, NY; October, 1999.

"Molecular Genetics of Hereditary Breast Cancer: Clinical Implications." New York Pathological Society, New York, NY; February, 2000.

"Genetics of Hereditary Gynecologic Cancers." Postgraduate Course at the Society of Gynecologic Oncologists Annual Meeting, San Diego, CA; February, 2000.

"Molecular Genetics of Breast and Gynecologic Cancers." Course on Molecular Oncology, New York University School of Medicine, New York, NY; March, 2000.

Session Chair, Conference on Gynecologic Care of the Cancer Patient, Memorial Sloan-Kettering Cancer Center, New York, NY; March, 2000.

"Molecular Genetic Mechanism of Estrogen-Associated Human Tumorigenesis." Memorial Sloan-Kettering Cancer Center Scientific Retreat, March, 2000.

"Biology of Ovarian Cancer." Disease Management Team Conference Series (Gynecology), Memorial Sloan-Kettering Cancer Center, New York, NY; March, 2000.

"Preclinical Molecular Genetic Alterations in Breast and Ovarian Epithelium of BRCA Heterozygotes." American College of Surgeons Oncology Group Planning Conference. Memorial Sloan-Kettering Cancer Center; April, 2000.

Session Chair, Molecular Biology of Gynecologic Cancers, American Association for Cancer Research Annual Meeting, San Francisco, CA; April, 2000.

"Genetics of Hereditary Ovarian Cancer." Education Session on Ovarian Cancer, American Society of Clinical Oncology Annual Meeting, New Orleans, LA; May, 2000.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Ovarian Cancer National Alliance Third Annual Advocacy Conference, Washington, DC; September, 2000.

"Genetics of Cancer." Grand Rounds, Department of Medicine, Mercy Medical Center, Rockville Centre, NY; October, 2000.

20

"Can Molecular Markers Improve Risk Factor Determinations and Thereby Dictate Treatment and Improve Survival?", Plenary Session on Endometrial Cancer, VIII Meeting of the International Gynecologic Cancer Society, Buenos Aires, Argentina; October, 2000.

"Hereditary Ovarian Cancer: What We Know." Helene Harris Memorial Trust 8th International Forum on Ovarian Cancer, Houston, TX; March, 2001.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Gusberg Distinguished Lectureship in Gynecologic Oncology, Mt. Sinai Medical Center, New York, NY; April, 2001.

"Breast and Ovarian Cancers: Basic Science." A Comprehensive Review of Clinical Cancer Genetics, American Society of Clinical Oncology Annual Meeting, San Francisco, CA; May, 2001.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers: Clinical Implications." Grand Rounds, Department of Medicine, St. Clare's Medical Center, NJ; May, 2001.

"Molecular Biology of Gynecologic Cancers: Clinical Applications." Speaker of the Royal College of Physicians and Surgeons of Canada, Society of Gynecologic Oncologists of Canada Annual Meeting, St. John's, Newfoundland, Canada; June, 2001.

"Molecular Genetics of Hereditary Ovarian Cancer: Clinical Applications." Canadian Federation of Biological Sciences Annual Meeting, Ottawa, Canada; June, 2001.

"Molecular Genetics of Hereditary Ovarian Cancer: Translational Applications." NCI/Center for Cancer Research Grand Rounds, Bethesda, MD; July, 2001.

"Molecular Genetics of Hereditary Gynecologic Cancers: Clinical Implications. Grand Rounds, Department of Obstetrics and Gynecology, Long Island Hospital, Brooklyn, NY; October, 2001.

"Can Clinical Problems in Ovarian Cancer be Solved in the Laboratory?" Visiting Professorship, Department of Obstetrics and Gynaecology, University of Toronto, Toronto, Canada; October, 2001.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers: Clinical Implications." Grand Rounds, Department of Obstetrics and Gynecology, Columbia University, New York; March, 2002.

21

"Molecular Genetics of Hereditary Gynecologic Cancers." Postgraduate Course of Clinical Usefulness of Genetic Testing in Gynecologic Oncology.  Society of Gynecologic Oncologists Annual Meeting, Miami Beach, FL; March, 2002.

"Cancer Genetics." Course on Molecular Oncology, New York University, New York; March, 2002.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Conference on Ovarian Cancer and High-Risk Women: Implications of Screening, Prevention, and Early Detection, University of Pittsburgh, Magee-Women's Hospital, Pittsburgh, PA; May, 2002.

"Basic Science of Breast and Ovarian Cancer." Comprehensive Course on Clinical Cancer Genetics, American Society of Clinical Oncology Annual Meeting, Orlando, FL, May, 2002.

"Toward a Molecular Classification of Endometrial Carcinoma." Education Session on Endometrial Carcinoma, American Society of Clinical Oncology Annual Meeting, Orlando, FL; May, 2002.

"Hereditary Gynecologic Cancers: Clinical Implications." National Corporate Medical Associates Annual Meeting, Memorial Sloan-Kettering Cancer Center, New York, NY; June, 2002.

"Molecular Genetics of Hereditary Ovarian Cancer." Third Annual International Conference on Ovarian Cancer, MD Anderson Cancer Center, Houston, TX; September, 2002.

"Molecular Biology of Ovarian Cancer: From Pathogenesis to Treatment." Symposium on Ovarian Cancer, International Gynecologic Cancer Society Biennial Meeting, Seoul, Korea; October, 2002.

"Histogenesis of Ovarian Cancer." The Ethel N. Ruvelson Lecture in Ovarian Cancer, 33rd Annual Autumn Seminar in Obstetrics and Gynecology, University of Minnesota, Minneapolis, MN; October, 2002.

"Hereditary Gynecologic Cancers: What We Know." Society of Gynecologic Oncologists Winter Meeting, Breckenridge, CO; March, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Helene Harris Memorial Trust 9th Biennial Forum on Ovarian Cancer, Stratford-upon-Avon, United Kingdom; March, 2003.

"Cáncer de Ovario: Historia Natural y Biología Molecular." Cánceres de Próstata, Mama y Ovario: Tumores Hormono-Dependientes, Universidad Internacional Menéndez Pelayo, Santander, Spain; July, 2003.

"Gynecologic Tumors." Session on New Directions in Cancer, AACR Annual Meeting, Washington, DC; July, 2003.

"Molecular Genetics of Hereditary Gynecologic and Breast Cancers: Clinical Implications." Hoag Cancer Center Grand Rounds, Newport Beach, CA; July, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Department of Pathology, Yale-New Haven Hospital, New Haven, CT; September, 2003.

"Gene Silencing by Estrogen Receptor-Dependent Promoter Methylation." e.hormone 2003, 5th Annual Conference on Environmental Estrogens. Tulane University, New Orleans, LA; October, 2003.

"Genetics of Hereditary Breast and Gynecologic Cancers: Clinical Implications." 5th Annual Kimmel Cancer Center Hereditary Cancer Conference. Thomas Jefferson University, Philadelphia, PA; November, 2003.

Distinguished Visiting Professorship. "Genetic Analysis of Ovarian Carcinoma Histogenesis. Department of Pathology, Johns Hopkins University, Baltimore, MD; November, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." 19th Annual Ella T. Grasso Memorial Conference. University of Connecticut Health Center, Hartford, CT; November, 2003.

The 13th Annual Per Kolstad Memorial Lecture. "Genetics of Hereditary Ovarian Cancer: Clinical Implications." The Norwegian Radium Hospital, Oslo, Norway; December, 2003.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Medical Oncology and Ovarian Cancer Research Program Seminar Series, Fox Chase Cancer Center, Philadelphia, PA; January, 2004.

"BRCA - A Paradigm for Hereditary Cancer Predisposition." Postgraduate Course on "Genetics for Gynecologic Oncologists", Society for Gynecologic Oncologists Annual Meeting, San Diego, CA; February, 2004.

"Role of Gene Expression Profiling in Distinguishing Biologically and Clinically Distinct Subclasses of Endometrial Carcinoma." Gynecologic Cancer Models, Mouse Models of Human Cancers Consortium (NCI) Meeting, San Juan, Puerto Rico; February, 2004.

"Human Cancer Genetics." Course on Molecular Oncology, New York University, New York, NY; February, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Mayo Oncology Society, Rochester, MN; March, 2004.

"Ovarian Cancer - New Concepts in Organ-Site Research." American Association for Cancer Research Annual Meeting, Orlando, FL; March, 2004.

"Insights into Biology and Clinical Behavior of Endometrial Carcinoma through Comprehensive Gene Expression Profiling." Symposium on Ovarian Cancer and Other Gynecologic Malignancies, New York, NY; April, 2004.

"Genetics of Hereditary Gynecologic Cancers." American Society of Clinical Oncology Annual Meeting, ASCO/SGO Special Session on Clinical Management of Patients with Hereditary Predisposition to Gynecologic Cancers, New Orleans, LA; June, 2004.

"Gene Silencing through Estrogen Receptor Mediated Promoter Methylation." Gordon Research Conference on Reproductive Tract Biology, New London, CT; June, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Third Early Detection Research Network Scientific Workshop, Bethesda, MD; June, 2004.

"Stratification of Intermediate Risk Disease by Gene Expression Profiling." 2nd Annual Uterine Cancer Biology Symposium, MD Anderson Cancer Center, Houston, TX; September, 2004.

"Is There a Molecular Basis for the Developmental Estrogenization Syndrome?" e.hormone 2004 Conference, New Orleans, LA; October, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Dana-Farber/Massachusetts General Hospital, Boston, MA; November, 2004.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Curtis and Elizabeth Anderson Cancer Institute at Memorial Health University Medical Center, Savannah, GA; December, 2004.

Chair, "Postgraduate Course on Molecular Biology for Gynecologic Oncologists." Society for Gynecologic Oncologists Annual Meeting, Miami Beach, FL; March, 2005.

"Genetics of the Early Natural History of Ovarian Cancer." Helene Harris Memorial Trust 10th Annual Biennial International Forum on Ovarian Cancer, Washington, DC; April, 2005.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Elkin Cancer Biology Seminar Series, Winship Cancer Institute, Emory University School of Medicine, Atlanta, GA; March, 2005.

"Microarray Technology in Gynecologic Cancer Research." 2nd International Symposium on Ovarian Cancer and Other Gynecologic Malignancies, New York, NY; April, 2005.

"Hereditary Ovarian Cancer." Postgraduate Course on Gynecologic Cancer 2005, Medical College of Georgia/Curtis and Elizabeth Anderson Cancer Institute, Savannah, GA; April, 2005.

"Role of Defective DNA Repair in Gynecologic Tumorigenesis." Lynne Cohen Symposium on the Emerging Role of Screening and Prevention in Women's Cancers, NYU University School of Medicine, New York, NY; April, 2005.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Multidisciplinary International Conference on Gynecologic Cancer, Bologna, Italy; June, 2005.

"Gene Silencing through Estrogen Receptor-Mediated Promoter Hypermethylation." Biomedical Research Seminar Program, Mercer University School of Medicine, Macon GA; September, 2005.

"Treatment of Hereditary Ovarian Cancer: Clinical and Experimental Approaches." And "Haploinsufficiency: Is it Important?" International Symposium on *BRCA*: Today and Tomorrow, Montréal, Canada; October, 2005.

"Opening Key Note Address: Genetic Analyis of Ovarian Carcinoma Histogenesis." Symposium on Ovarian Cancer: Prevention and Detection of the Disease and its Recurrence. University of Pittsburgh Cancer Institute, Pittsburgh, PA; October, 2005.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Grand Rounds, Department of Pathology and Laboratory Medicine, MD Anderson Cancer Center, Houston, TX; January, 2006.

"Cancer Genetics." Course on Molecular Oncology, New York University School of Medicine, New York, NY; March, 2006.

"Genome-Based Laboratory Approaches to Advancing the Practice of Gynecologic Oncology." Postgraduate Course on Translational Research, Society for Gynecologic Oncologists Annual Meeting, Palm Springs, CA; March, 2006.

"Translational Research." Memorial Health University Medical Center First Resident Alumni CME Program, Savannah, GA; June, 2006.

"Molecular Medicine." Department of Internal Medicine, Memorial Health University Medical Center, Savannah, GA; August, 2006.

"Molecular Basis of Improved Survival in *BRCA*-Linked Ovarian Cancers." 11th Bienniel Meeting of the International Gynecologic Cancer Society, Santa Monica, CA; October, 2006.

"Genetic Analysis of Ovarian Carcinoma Histogenesis." Winter Symposium, Department of Obstetrics and Gynecology, Rambam Health Care Campus, Haifa, Israel; January, 2007.

"Functional Analysis of the CA125 (MUC16) Gene Product in Ovarian Tumorigenesis." Helene Harris Memorial Trust 11th Bienniel International Forum on Ovarian Cancer, Lake Como, Italy; March, 2007.

Discussant, Focused Plenary Session on Translational Research in Ovarian Cancer. Society of Gynecologic Oncologists Annual Meeting, San Diego, CA; March, 2007.

"Innovative Cancer Research Activities in Georgia." Georgia Cancer Summit, Atlanta, GA; January, 2008.

"Applications of Genomics/Proteomics Technologies to Gynecologic Cancers?" Gynecologic Oncology Group Scientific Session on "Genomics and Proteomics: The Future is Now".  GOG Semi-Annual Meeting, San Diego, CA; January, 2008.

"Molecular Evolution of Ovarian Cancer." 1st Ovarian Cancer Action International Conference, London, United Kingdom; March, 2008.

"Genetics 101." Sunrise Postgraduate Session, Society of Gynecologic Oncologists Annual Meeting, Tampa, FL; March, 2008.

Discussant, Focused Plenary Session on Translational Research, Society of Gynecologic Oncologists Annual Meeting, Tampa, FL; March, 2008.

"Genetic Profiling of Endometrial Cancers." Fifth International Symposium on Ovarian Cancer and Gynecologic Malignancies, New York, NY; March, 2008.

"Cancer Genetics." Grand Rounds, Department of Internal Medicine, Memorial University Medical Center, Savannah, GA; April, 2008.

"The Future of Healthcare: Genetic Medicine." Annual Meeting of the Coastal Empire Health Underwriters Association, Savannah, GA; May, 2008.

"Relevance of Tumor Biology to Prevention and Diagnosis." International Symposium on Hereditary Breast and Ovarian Cancer: Risks and Challenges, Bari, Italy; September, 2009.

"Whence Epithelial Ovarian Carcinoma?" Robert F. Ozols Symposium on Gyn Cancer: Gyn Cancers – the Next 25 Years, Philadelphia, PA; September, 2009.

Session Chair. Opening Plenary Session I; Interactive Session: "Hereditary Gynecologic Cancers." 13th Bienniel Meeting of the International Gynecologic Cancer Society, Prague, Czech Republic; October, 2010.

"Whence Epithelial Ovarian Carcinoma?" Ovarian Cancer National Alliance Regional Symposium; Radnor, PA; November, 2010.

"The Origin of Epithelial Ovarian Carcinoma: New Insights." Omniprex 2011 Ovarian Cancer Course; Philadelphia, PA; April, 2011.

"Whence Epithelial Ovarian Carcinoma?" Grand Rounds, Department of Obstetrics and Gynecology, Michigan State University School of Medicine; Grand Rapids, MI; May, 2011.

"Low Grade Serous Carcinomas." From Molecular Information to Cancer Medicine - NCI Translational Science Meeting 2011, Washington, DC; July, 2011.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Keynote Session, The Clinical Genome Conference, San Francisco, CA; June, 2012.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Keynote Session, Ion Torrent User's Group Meeting, Baltimore, MD; March, 2013.

"Cancer Genetics and the Evolution of Precision Medicine." Memorial Sloan-Kettering Cancer Center, New York, NY; May, 2013.

Co-Organizer, "Ovarian Cancer: Developing Research-Based Public Messaging on Early Detection and Screening." The Banbury Center, Cold Spring Harbor, NY; October, 2013.

"Cancer Genetics and the Evolution of Precision Medicine."  Grand Rounds, Department of Obstetrics and Gynecology, New York University School of Medicine, New York, NY; February, 2014.

"Defective Homologous Recombination and Therapeutic Opportunities in Ovarian Cancer." First Annual Meeting of International Ovarian Cancer Consortium: Tumor Microenvironment and Drug Discovery, University of Oklahoma Health Sciences Center, Oklahoma City, OK; February, 2014.

"Ethical, Legal, and Social Implications of Clinical Next-Generation Sequencing." Cancer Prevention and Control Program, Fox Chase Cancer Center, Philadelphia, PA; March, 2014.

"Lecturette: The Use of "omics"-Based Predictors in Clinical and Translational Research." Society of Gynecologic Oncology Annual Meeting, Tampa, FL; March, 2014.

"Genetic Solutions to the Cancer Problem: A Personal Perspective." The Jackson Laboratory for Genomic Medicine, Farmington, CT; August, 2014.

Keynote Presentation: "The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Seventh Annual Predictive Cancer Biomarkers Conference, Washington, DC; August, 2014.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." Third Annual Genomics in Medicine Symposium – Molecular Medicine Tri-Conference 2015, San Francisco, CA; February, 2015.

Panel Member, "Targeted Oncology". BIO 2015 International Conference, Philadelphia, PA; June, 2015.

"The Vision and the Reality: One Cancer Center's Journey toward Genomic Medicine." 8th Annual Predictive Cancer Biomarkers Conference, Washington, DC; August, 2015.

"Cancer Genetics and the Evolution of Precision Medicine." Grand Rounds, Broward Health Medical Center, Ft. Lauderdale, FL; March, 2016.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Fifth Annual Omar Pasalodos, MD, Memorial Lecture, Miami, FL; April, 2016.

"Advances in Genomic Medicine: Focus on Head and Neck Cancers." Fifth Annual Head and Neck Cancer Symposium, Miami, FL; April, 2016.

"Cancer Genetics in the Primary Care Setting." The International Symposium on Primary Care, Miami Beach, FL; July, 2016.

"Genomic Predisposition to Breast Cancer." Fourth Annual John M. Cassel, MD, Memorial Breast Cancer Symposium, Miami, FL; September, 2016.

"Updates on the UKCTOCS Trial." Ovarian Cancer State-of-the-Art Conference, Memorial Sloan-Kettering Cancer Center, New York, NY; October, 2016.

"Genetics of Cancer: New Opportunities through Genomic Medicine." Miami Medical Forum, Miami, FL; October, 2016.

"Cancer Genetics and the Evolution of Precision Medicine." Presidential Plenary Session, International Gynecologic Cancer Society Biennial Meeting, Lisbon, Portugal; October, 2016.

"Genetic Predisposition to Cancer." Baptist Health South Florida Research Summit: Bringing Cancer Research to the Community, Miami, FL; November, 2016.

"Germline Testing Meets Genomic Testing: How to Sort It Out." Second Annual West Cancer Center Oncology Conference: Collaboration for the Future Cure: Precision Medicine and Immuno-Oncology, Memphis, TN; November, 2016.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Second Annual MSK Cancer Alliance Scientific Symposium, Miami, FL; January, 2017.

"Precision Medicine in Cancer Care: Global Challenges and Opportunities." Enmore Bio Conference, Nanjing, China; February, 2017.

"Genetics of Women's Cancers: Advances through Genomic Medicine." Grand Rounds, Department of Obstetrics and Gynecology, Lehigh Valley Health Network, Allentown, PA; May, 2017.

"How to Interpret Tumor Genomics for the Oncologist." Education Session on Cascade Testing: What to Do When Ascertaining Germline Mutations from Tumor and Other Genomic Testing. American Society of Clinical Oncology Annual Meeting, Chicago, IL; June, 2017.

"Genetics of Women's Cancers: Advances through Genomic Medicine." President's Guest Speaker, Miami Obstetrical and Gynecological Society, Miami, FL; September, 2017.

29

"Genetics of Women's Cancers: Advances through Genomic Medicine." Grand Rounds, Simon Cancer Center, Indiana University, Indianapolis, IN; October, 2017.

"Genomics and Pediatric Malignancies." Kids with Cancer Symposium, Miami, FL; December, 2017.

"The Challenges and Rewards for Bringing AI into the Clinic for Health and Disease Management." Panel Discussion, Precision Medicine World Conference, Mountain View, CA; January, 2018.

"Genomics Revolution in Cancer Care." Al and Janie Nahmad Speaker Series: Thought Leaders in Medicine, Miami, FL; April, 2018.

"Cancer Genomics." Baptist Health International Videoconference, Miami, FL; September, 2018.

"Estrogen and Cancer." Visiting Professorship, Department of Obstetrics and Gynecology, University of Chicago, Chicago, IL; September, 2018.

"BRCA, Genetics, and Genomics: Role in Ovarian Cancer." Fight N Heal Teal Symposium, Miami, FL; October, 2018.

Ad Hoc Reviewer:

American Journal of Human Genetics
American Journal of Obstet and Gynecol
American Journal of Pathology
Annals of Surgical Oncology
BBA Reviews on Cancer
BMC Cancer
Breast Cancer Research and Treatment
British Journal of Cancer
Cancer
Cancer Biology and Therapy
Cancer Research
Clinical Cancer Research
Endocrinology
European Journal of Cancer
Genes, Chromosomes, and Cancer
Genomics
Gynecologic Oncology
International Journal of Cancer
International Journal of Gynecologic Cancer
International Journal of Oncology
Journal of the American Medical Association
Journal of Clinical Investigation

Journal of Experimental Medicine
Journal of Medical Genetics
Journal of Molecular Diagnostics
Journal of Molecular Endocrinology
Journal of the National Cancer Inst
Lancet
Molecular Cancer Therapeutics
Molecular Carcinogenesis
Molecular Endocrinology
Molecular Pharmacology
Nature
Nature Communications
Nature Genetics
Nature Medicine
Nature Reviews Cancer
New England Journal of Medicine
Nucleic Acids Research
Obstetrics and Gynecology
Oncogene
Proc Natl Acad Sci USA
Science
Science Translational Medicine
The Oncologist

Bibliography:

*Peer-Reviewed*

1.  Crutchley DJ, Boyd JA, Eling TE. Enhanced thromboxane $B_2$ release from challenged guinea pig lung after oxygen exposure. Am Rev Resp Dis 121: 695-699, 1980.

2.  Boyd JA, Eling TE. Prostaglandin release and the interaction of platelets with the pulmonary vasculature of rat and guinea pig. Thrombosis Res 19: 239-248, 1980.

3.  Korbut R, Boyd JA, Eling TE. Respiratory movements alter the generation of prostacyclin and thromboxane $A_2$ in isolated rat lungs: The influence of arachidonic acid pathway inhibitors on the ratio between pulmonary prostacyclin and thromboxane $A_2$. Prostaglandins 21: 491-503, 1981.

4.  Boyd JA, Eling TE. Prostaglandin endoperoxide synthetase-dependent cooxidation of acetaminophen to intermediates which covalently bind in vitro to rabbit renal medullary microsomes. J Pharmacol Exp Ther 219: 659-664, 1981.

5.  Korbut R, Boyd JA, Eling TE. Prostacyclin and thromboxane $A_2$ release in isolated rat lungs. Prostaglandins 23: 67-75, 1982.

6.  Guthrie J, Robertson IGC, Zeiger E, Boyd JA, Eling TE. Selective activation of some dihydrodiols of several polycyclic aromatic hydrocarbons to mutagenic products by prostaglandin synthetase. Cancer Res 42: 1620-1623, 1982.

7.  Boyd JA, Barrett JC, Eling TE. Prostaglandin endoperoxide synthetase-dependent cooxidation of trans-7,8-dihydroxy-7,8-dihydrobenzo(a)pyrene in C3H 10T1/2 clone 8 cells. Cancer Res 42: 2628-2632, 1982.

8.  Boyd JA, Harvan DJ, Eling TE. The oxidation of 2-aminofluorene by prostaglandin H synthase. Comparison with other peroxidases. J Biol Chem 258: 8246-8254, 1983.

9.  Boyd JA, Eling TE. Evidence for a one-electron mechanism of 2-aminofluorene oxidation by prostaglandin H synthase and horseradish peroxidase. J Biol Chem 259: 13885-13896, 1984.

10. Boyd JA, Zeiger E, Eling TE. The prostaglandin H synthase-dependent activation of 2-aminofluorene to products mutagenic to S. typhimurium strains TA98 and TA98NR. Mutat Res 143: 187-190, 1985.

11. Vanderslice RR, Boyd JA, Eling TE, Philpot RM. The cytochrome P-450 monooxygenase system of rabbit bladder mucosa: enzyme components and isozyme 5-dependent metabolism of 2-aminofluorene. Cancer Res 45: 5851-5858, 1985.

12. Boyd JA, Eling TE. The prostaglandin H synthase-dependent metabolism and DNA binding of 2-naphthylamine. Cancer Res 47: 4007-4014, 1987.

13. Boyd JA, Siegal GP, Kaufman DG. The establishment and characterization of a human cell line derived from serous papillary endometrial carcinoma. Gynecol Oncol 33: 301-312, 1989.

14. Boyd JA, Kaufman DG. Expression of transforming growth factor-ß1 by eight human endometrial carcinoma cell lines: correlation with effects on growth and morphology. Cancer Res 50: 3394-3399, 1990.

15. Boyd JA, Rinehart CA, Siegal GP, Walton LA, Kaufman DG. An ultrastructural comparison of normal human endometrial epithelial cells and two new human endometrial carcinoma cell lines cultured on extracellular matrix. In Vitro Cell Dev Biol 26: 701-708, 1990.

16. Boyd J, Pienta KJ, Getzenberg RH, Coffey DS, Barrett JC. Preneoplastic alterations in nuclear morphology that accompany loss of the tumor suppressor phenotype. J Natl Cancer Inst 83: 862-866, 1991.

17. Boyd J, Risinger JI. Analysis of oncogene alterations in human endometrial carcinoma: Prevalence of ras mutations. Mol Carcinog 4: 189-195, 1991.

18. Richter KH, Afshari CA, Annab LA, Burkhart BA, Owen RD, Boyd J, Barrett JC. Down-regulation of cdc2 in senescent human and hamster cells. Cancer Res 51: 6010-6013, 1991.

19. Hebert CD, Endo S, Korach KS, Boyd J, Barrett JC, McLachlan JA, Newbold RR. Characterization of murine cell lines from diethylstilbestrol-induced uterine endometrial adenocarcinomas. In Vitro Cell Dev Biol 28: 327-336, 1992.

20. Risinger JI, Dent GA, Ignar-Trowbridge D, McLachlan JA, Tsao M-S, Senterman M, Boyd J. Mutations of the p53 gene in human endometrial carcinoma. Mol Carcinog 5: 250-253, 1992.

21. Ignar-Trowbridge D, Risinger JI, Dent GA, Kohler M, Berchuck A, McLachlan JA, Boyd J. Mutations of the Ki-*ras* oncogene in endometrial carcinoma. Am J Obstet Gynecol 167: 227-232, 1992.

22. Risinger JI, Boyd J. Dinucleotide repeat polymorphism in the DCC gene at chromosome 18q21. Hum Mol Genet 1: 657, 1992.

23. Sasaki H, Nishii H, Tada A, Furusato M, Terashima Y, Siegal GP, Parker S, Kohler MF, Berchuck A, Boyd J. Mutation of the Ki-*ras* proto-oncogene in endometrial hyperplasia and carcinoma. Cancer Res 53: 1906-1910, 1993.

24. Jiang H, Su Z-z, Boyd J, Fisher PB. Gene expression changes induced in human melanoma cells undergoing reversible growth suppression and terminal cell differentiation.  Mol Cell Diff 1: 41-66, 1993.

25. Risinger JI, Berchuck A, Kohler MF, Watson P, Lynch HT, Boyd J. Genetic instability of microsatellites in endometrial carcinoma. Cancer Res 53: 5100-5103, 1993.

26.  Kohler MF, Nishii H, Humphrey PA, Sasaki H, Marks J, Bast RC, Clarke-Pearson DL, Boyd J, Berchuck A. Mutation of the p53 tumor suppressor gene is not a feature of endometrial hyperplasias. Am J Obstet Gynecol 169: 690-694, 1993.

27. Liu F-S, Kohler MF, Marks JR, Bast RC, Boyd J, Berchuck, A.  Mutation and overexpression of the P53 tumor suppressor gene frequently occurs in uterine and ovarian sarcomas. Obstet Gynecol 83: 118-124, 1994.

28. Risinger JI, Berchuck A, Kohler MF, Boyd J. Mutations of the E-cadherin gene in gynecologic cancers. Nature Genet 7: 98-102, 1994.

29. Umar A, Boyer JC, Thomas DC, Nguyen DC, Risinger JI, Boyd J, Ionov Y, Perucho M, Kunkel TA. Defective mismatch repair in extracts of colorectal and endometrial cancer cell lines exhibiting microsatellite instability. J Biol Chem 269: 14367-14370, 1994.

30. Berry KK, Siegal GP, Boyd J, Singh RK, Fidler IJ. Development of a metastatic model for human endometrial carcinoma using orthotopic implantation in nude mice. Int J Oncol 4: 1163-1171, 1994.

31. Fujino T, Risinger JI, Collins NK, Liu F-S, Nishii H, Takahashi H, Westphal E-M, Barrett JC, Sasaki H, Kohler MF, Berchuck A, Boyd J. Allelotype of endometrial carcinoma. Cancer Res 54: 4294-4298, 1994.

32. Smith EP, Boyd J, Frank GR, Takahashi H, Cohen RM, Specker B, Williams TC, Lubahn DB, Korach KS. Estrogen resistance caused by a mutation in the estrogen receptor gene in a man. N Eng J Med 331: 1056-1061, 1994.

33. Risinger JI, Terry LA, Boyd J. Use of representational difference analysis for the identification of oncogene amplification in diethylstilbestrol-induced murine uterine adenocarcinomas. Mol Carcinog 11: 13-18, 1994.

34. Castilla LH, Couch FJ, Erdos MR, Hoskins KF, Calzone K, Garber JE, Boyd J, Lubin MB, DeShano ML, Brody LC, Collins FS, Weber BL. Mutations in the BRCA1 gene in families with early-onset breast and ovarian cancer. Nature Genet 8: 387-391, 1994.

35. Tsutsui T, Fujino T, Kodama S, Tainsky MA, Boyd J, Barrett JC. Aflatoxin $B_1$-induced immortalization of cultured skin fibroblasts from a patient with Li-Fraumeni syndrome. Carcinogenesis 16: 25-34, 1995.

36. Schildkraut JM, Collins NK, Dent GA, Tucker JA, Barrett JC, Berchuck A, Boyd J. Loss of heterozygosity on chromosome 17q11-21 in cancers of women who have developed both breast and ovarian cancer. Am J Obstet Gynecol 172: 908-913, 1995.

37. Takahashi H, Furusato M, Allsbrook WC, Nishii H, Aizawa S, Barrett JC, Boyd J. Prevalence of androgen receptor gene mutations in latent prostatic carcinomas from Japanese men. Cancer Res 55: 1621-1624, 1995.

38. Merajver SD, Frank TS, Xu J, Pham TM, Calzone KA, Bennett-Baker P, Chamberlain J, Boyd J, Garber JE, Collins FS, Weber BL. Germline *BRCA1* mutations and loss of the wild-type allele in tumors from families with early onset breast and ovarian cancer. Clin Cancer Res 1: 539-544, 1995.

39. Yamada H, Sasaki M, Honda T, Wake N, Boyd J, Oshimura M, Barrett JC. Suppression of endometrial carcinoma cell tumorigenicity by human chromosome 18. Genes Chromosomes Cancer 13: 18-24, 1995.

40. Friedman LS, Ostermyer EA, Lynch ED, Szabo CI, Welcsh P, Meza JE, Anderson LA, Dowd P, Lee MK, Rowell SE, Ellison J Boyd J, King M-C. 22 genes from chromosome 17q21: cloning, sequencing, and characterization of mutations in breast cancer families and tumors. Genomics 25: 256-263, 1995.

41. King SA, Adas AA, LiVolsi VA, Takahashi H, Behbakht K, McGovern P, Benjamin I, Rubin SC, Boyd J. Expression and mutation analysis of the *P53* gene in uterine papillary serous carcinoma. Cancer 75: 2700-2705, 1995.

42. Takahashi H, Behbakht K, McGovern PE, Chiu H-C, Couch FJ, Weber BL, Friedman LS, King M-C, Furusato M, LiVolsi VA, Menzin AM, Liu PC, Benjamin I, Morgan MA, King SA, Rebane BA, Cardonick A, Mikuta JJ, Rubin SC, Boyd J. Mutation analysis of the *BRCA1* gene in ovarian cancers. Cancer Res 55: 2998-3002, 1995.

43. Kohler MF, Berkholz A, Risinger JI, Elbendary A, Boyd J, Berchuck A. Mutational analysis of the estrogen receptor gene in endometrial carcinoma. Obstet Gynecol 86: 33-37, 1995.

44. Lynch HT, Watson P, Conway T, Lynch J, Boyd J. Breast cancer and importance of zygosity determination in triplet sisters. Breast Cancer Res Treat 36: 315-317, 1995.

45. Boyd J, Risinger JI, Wiseman RW, Merrick BA, Selkirk JM, Barrett JC. Regulation of microfilament organization and anchorage-independent growth by tropomyosin-1. Proc Natl Acad Sci USA 92: 11534-11538, 1995.

46. Boyd J, Takahashi H, Waggoner SE, Jones LA, Hajek RA, Wharton JT, Fujino T, Liu F-S, Barrett JC, MacLachlan JA. Molecular genetic analysis of diethylstilbestrol-associated clear cell adenocarcinomas of the vagina and cervix. Cancer 77: 507-513, 1996.

47. Waggoner SE, Anderson SA, Luce MC, Takahashi H, Boyd J. P53 protein expression and gene analysis in clear cell adenocarcinoma of the vagina and cervix. Gynecol Oncol 60: 339-344, 1996.

48. Risinger JI, Barrett JC, Watson P, Lynch HT, Boyd J. Molecular genetic evidence for the occurrence of breast cancer as an integral tumor in the hereditary nonpolyposis colorectal cancer syndrome. Cancer 77: 1836-1843, 1996.

49. Takahashi H, Chiu H-C, Bandera CA, Behbakht K, Liu PC, Couch F, Weber BL, LiVolsi VA, Furusato M, Rebane BA, Cardonick A, Benjamin I, Morgan MA, King SA, Mikuta JJ, Rubin SC, Boyd J. Mutations of the *BRCA2* gene in ovarian carcinomas. Cancer Res 56: 2738-2741, 1996.

50. Terry LA, Boyd J, Alcorta D, Lyon T, Solomon G, Hannon G, Berchuck A, Beach D, Barrett JC. Mutational analysis of the *p21/WAF1/CIP1/SDI1* coding region in human tumor cell lines. Mol Carcinog 16: 221-228, 1996.

51. Behbakht K, Benjamin I, Chiu H-C, Eck SL, Van Deerlin PG, Rubin SC, Boyd J. Adenovirus-mediated gene therapy of ovarian cancer in a mouse model. Am J Obstet Gynecol 175: 1260-1265, 1996.

52. Benjamin I, Saigo P, Finstad C, Takahashi H, Federici M, Rubin SC, Boyd J. Expression and mutational analysis of *P53* in stage IB and IIA cervical cancers. Am J Obstet Gynecol 175: 1266-1271, 1996.

53. Risinger JI, Umar A, Boyd J, Berchuck A, Kunkel TA, Barrett JC. Mutation of *hMSH3* in endometrial cancer and evidence for its functional role in heteroduplex repair. Nature Genet 14: 102-105, 1996.

54. Rubin SC, Benjamin I, Behbakht K, Takahashi H, Morgan MA, LiVolsi VA, Berchuck A, Muto MG, Garber JE, Weber BL, Lynch HT, Boyd J. Clinical and pathological features of ovarian cancer in women with germ-line mutations of *BRCA1*. N Eng J Med 335: 1413-1416, 1996.

55. Mangold KA, Takahshi H, Brandigi C, Wada T, Wakui S, Furusato M, Boyd J, Chandler FW, Allsbrook WC. p16 (CDKN2/MTS1) gene deletions are rare in prostatic carcinomas in the United States and Japan. J Urol 157: 1117-1120, 1997.

56. Bandera CA, Takahashi H, Behbakht K, Liu PC, LiVolsi VA, Benjamin I, Morgan MA, King SA, Rubin SC, Boyd J. Deletion mapping of two potential chromosome 14 tumor suppressor gene loci in ovarian carcinoma. Cancer Res 57: 513-515, 1997.

57. Van Deerlin PG, Cekleniak N, Coutifaris C, Boyd J, Strauss JF. Evidence for the oligoclonal origin of the granulosa cell population of the mature human follicle. J Clin Endocrinol Metab 82: 3019-3024, 1997.

58. Rhei E, Kang L, Bogomolniy F, Federici MG, Borgen PI, Boyd J. Mutation analysis of the putative tumor suppressor gene *PTEN/MMAC1* in primary breast carcinomas. Cancer Res 57: 3657-3659, 1997.

59. Carani C, Qin K, Simoni M, Faustini-Fustini M, Serpente S, Boyd J, Korach KS, Simpson ER. Effect of testosterone and estradiol in a man with aromatase deficiency. N Engl J Med 337: 91-95, 1997.

60. Rubin SC, Blackwood MA, Bandera C, Behbakht K, Benjamin I, Rebbeck TR, Boyd J. *BRCA1*, *BRCA2*, and HNPCC gene mutations in an unselected ovarian cancer population: relationship to family history and implications for genetic testing. Am J Obstet Gynecol 178: 670-677, 1998.

61. Neuhausen SL, Godwin AK, Gershoni-Baruch R, Schubert E, Garber J, Stoppa-Lyonnet D, Olah E, Csokay B, Serova O, Lalloo F, Osorio A, Stratton M, Offit K, Boyd J, Caligo MA, Scott RJ, Schofield A, Teugels E, Schwab M, Cannon-Albright L, Bishop T, Easton D, Benitez J, King M-C, Ponder BAJ, Weber B, Devilee P, Borg A, Narod SA, Goldgar D. Haplotype and phenotype analysis of nine recurrent *BRCA2* mutations in 111 families: Results of an international study. Am J Hum Genet 62: 1381-1388, 1998.

62. Rhei E, Bogomolniy F, Federici MG, Maresco DL, Offit K, Robson ME, Saigo PE, Boyd J. Molecular genetic characterization of *BRCA1*- and *BRCA2*-linked hereditary ovarian cancers. Cancer Res 58: 3193-3196, 1998.

63. Randall TC, Bell KA, Rebane BA, Rubin SC, Boyd J. Germline mutations of the *BRCA1* and *BRCA2* genes in a breast and ovarian cancer patient. Gynecol Oncol 70: 432-434, 1998.

64. van der Heijden O, Chiu H-C, Park T-C, Takahashi H, LiVolsi VA, Risinger JI, Barrett JC, Berchuck A, Evans AC, Behbakht K, Menzin AW, Liu PC, Benjamin I, Morgan MA, King SA, Rubin SC, Boyd J. Allelotype analysis of uterine leiomyoma: localization of a potential tumor suppressor gene to a 4 cM region of chromosome 7q. Mol Carcinog 23: 243-247, 1998.

65. Boyd J, Rhei E, Federici MG, Borgen PI, Watson P, Franklin B, Karr B, Lynch J, Lemon SJ, Lynch HT. Male breast cancer in the hereditary nonpolyposis colorectal cancer syndrome. Breast Cancer Res Treat 53: 87-91, 1999.

66. Gurin CC, Federici MG, Kang L, Boyd J. Causes and consequences of microsatellite instability in endometrial carcinoma. Cancer Res 59: 462-466, 1999.

67. Sonoda Y, Saigo PE, Boyd J. P53 and genetic susceptibility to cervical cancer. J Natl Cancer Inst 91: 557, 1999.

68. Maresco DL, Arnold PH, Sonoda Y, Federici MG, Bogomolniy F, Rhei E, Boyd J. The *APC* I1307K allele and *BRCA*-associated ovarian cancer risk. Am J Hum Genet 64: 1228-1230, 1999.

69. Robson M, Levin D, Federici M, Satagopan J, Bogomolniy F, Heerdt A, Borgen P, McCormick B, Hudis C, Norton L, Boyd J, Offit K. Breast conservation therapy for invasive breast cancer in Ashkenazi women with *BRCA* gene founder mutations. J Natl Cancer Inst 91: 2112-2117, 1999.

70. Sonoda Y, Saigo PE, Federici MG, Boyd J. Carcinosarcoma of the ovary in a patient with a germline *BRCA2* mutation: evidence for monoclonal origin. Gynecol Oncol 76: 226-229, 2000.

71. Boyd J, Sonoda Y, Federici MG, Bogomolniy F, Rhei E, Maresco DL, Saigo PE, Almadrones LA, Barakat RR, Brown CL, Chi DS, Curtin JP, Poynor EA, Hoskins WJ. Clinicopathologic features of *BRCA*-linked and sporadic ovarian cancer. J Am Med Assoc 283: 2260-2265, 2000.

72. Barakat RR, Federici MG, Saigo PE, Robson ME, Offit K, Boyd J. Absence of premalignant histologic, molecular, or cell biological alterations in prophylactic oophorectomy specimens from *BRCA1* heterozygotes. Cancer 89:383-390, 2000.

73. The *BRCA1* Exon 13 Duplication Screening Group (87 authors). The exon 13 duplication in the *BRCA1* gene is a founder mutation present in geographically diverse populations. Am J Hum Genet 67: 207-212, 2000.

74. Yee CJ, Lin O, Boyd J. Analysis of fibroblast growth factor receptor 3 S249C mutation in cervical carcinoma. J Natl Cancer Inst 92: 1848-1849, 2000.

75. Levine DA, Lin O, Barakat RR, Robson ME, McDermott D, Cohen L, Satagopan J, Offit K, Boyd J. Risk of endometrial carcinoma associated with *BRCA* mutation. Gynecol Oncol 80: 395-398, 2001.

76. Levine DA, Boyd J. The androgen receptor and genetic susceptibility to ovarian cancer: results from a case series. Cancer Res 61: 908-911, 2001.

77. Dowdy SC, O'Kane DJ, Keeney GL, Boyd J, Podratz KC. Telomerase activity in sex cord-stromal tumors of the ovary. Gynecol Oncol 82: 257-260, 2001.

78. Leitao M, Boyd J. Preoperative CA-125 levels in patients with hereditary compared to sporadic ovarian carcinoma. Gynecol Oncol 84: 413-415, 2002.

79. Scheuer L, Kauff N, Robson M, Kelly B, Barakat R, Satagopan J, Ellis N, Hensley M, Boyd J, Borgen P, Norton L, Offit K. Outcome of preventive surgery and screening for breast and ovarian cancer in *BRCA* mutation carriers. J Clin Oncol 20: 1260-1268, 2002.

80. Levine DA, Federici MG, Reuter VE, Boyd J. Cell proliferation and apoptosis in *BRCA*-associated hereditary ovarian cancer. Gynecol Oncol 85: 431-434, 2002.

81. Kauff ND, Satagopan J, Scheuer L, Robson ME, Castiel M, Hensley M, Hudis CA, Ellis NA, Boyd J, Borgen PI, Barakat RR, Norton L, Offit K. Risk-reducing salpingo-oophorectomy in women with *BRCA1* and *BRCA2* mutations. N Engl J Med 346: 1609-1615, 2002.

82. Andrulis IL, Anton-Culver H, Beck J, Bove B, Boyd J, Buys S, Godwin A, Hopper J, Li F, Neuhausen SL, Ozcelik H, Peel D, Santella R, Southey M, van Orsouw NJ, Venter D, Vijg J, Whittemore AS. Comparison of DNA- and RNA-based methods for detection of truncating *BRCA1* mutations. Hum Mutat 20: 65-73, 2002.

83. Jazaeri AA, Yee CJ, Sotiriou C, Brantley KR, Boyd J, Liu ET. Gene expression profiles of *BRCA*-linked and sporadic ovarian cancers. J Natl Cancer Inst 94: 990-1000, 2002.

84. Satagopan J, Boyd J, Kauff N, Robson M, Scheuer L, Narod S, Offit K. Ovarian cancer risk in Ashkenazi Jewish carriers of *BRCA1* and *BRCA2* mutations. Clin Cancer Res 8: 3776-3781, 2002.

85. Gruber SB, Ellis NA, Scott KK, Almong R, Kolachana P, Bonner JD, Kirchoff T, Tomsho LP, Nafa K, Pierce H, Low M, Satagopan J, Rennert H, Huang H, Greenson JK, Groden J, Rappaport B, Shia J, Johnson S, Gregersen PK, Harris CC, Boyd J, Rennert G, Offit K. BLM heterozygosity and the risk of colorectal cancer. Science 297: 2013, 2002.

86. Foulkes WD, Thiffault I, Gruber SB, Horwitz M, Hamel N, Lee C, Shia J, Markowitz A, Figer A, Friedman E, Farber D, Greenwood CMT, Bonner JD, Nafa K, Walsh T, Marcus V, Tomsho L, Gebert J, Macrae FA, Gaff CL, Bressac-de Paillerets B, Gregersen PK, Weitzel JN, Gordon PH, MacNamara E, King M-C, Hampel H, de la Chapelle A, Boyd J, Offit K, Rennert G, Chong G, Ellis NA. The founder mutation *MSH2*1906G>C* is an important cause of hereditary nonpolyposis colorectal cancer in the Ashkenazi Jewish population. Am J Hum Genet 71: 1395-1412, 2002.

87. Yossepowitch O, Olvera N, Satagopan JM, Huang H, Jhanwar S, Rapaport B, Boyd J, Offit K. BRCA1 and BRCA2 germline mutations in lymphoma patients. Leukemia Lymphoma 44: 127-131, 2003.

88. Goffin JR, Chappuis PO, Begin LR, Wong N, Brunet J-S, Hamel N, Paradis A-J, Boyd J, Foulkes WD. The impact of germ-line BRCA1 mutations and overexpression of p53 on prognosis and response to treatment following breast cancer: 10 year follow up data. Cancer 97: 527-536, 2003.

89. Gemignani ML, Bogomolniy F, Lin O, Venkatraman E, Barakat RR, Boyd J. *KRAS* gene mutations in epithelial ovarian neoplasms. Gynecol Oncol 90: 378-381, 2003.

90. Peterlongo P, Nafa K, Lerman GS, Glogowski E, Shia J, Ye TZ, Markowitz AJ, Guillem JG, Kolachana P, Boyd J, Offit K, Ellis NA. *MSH6* germline mutations are rare in colorectal cancer families. Int J Cancer 107: 571-579, 2003.

91. Robson ME, Chappuis PO, Satagopan J, Wong N, Boyd J, Goffin JR, Hudis C, Roberge D, Norton L, Begin LR, Offit K, Foulkes WD. A combined analysis of outcome following breast cancer: differences in survival based on BRCA1/BRCA2 mutations status and administration of adjuvant treatment. Breast Cancer Res 6: R8-R17, 2003.

92. Zorn KK, Jazaeri AA, Awtrey CS, Gardner GJ, Mok SC, Boyd J, Birrer MJ. Choice of normal ovarian control influences determination of differentially expressed genes in ovarian cancer expression profiling studies. Clin Cancer Res 9: 4811-4818, 2003.

93. Levine DA, Argenta PA, Yee CJ, Marshall DS, Olvera N, Bogomolniy F, Rahaman JA, Robson ME, Offit K, Barakat RR, Soslow RA, Boyd J. Fallopian tube and primary peritoneal carcinomas associated with BRCA mutations. J Clin Oncol 21: 4222-4227, 2003.

94.  Ferguson SE, Olshen AB, Viale A, Awtrey CS, Barakat RR, Boyd J. Gene expression profiling of tamoxifen-associated uterine cancers: evidence for two molecular classes of endometrial carcinoma. Gynecol Oncol 92: 719-725, 2004.

95.  Leitao MM, Boyd J, Hummer A, Olvera N, Arroyo CD, Venkatraman E, Baergen R, Dizon DS, Barakat RR, Soslow RA. Clinicopathologic analysis of early-stage sporadic ovarian carcinoma. Am J Surg Pathol 28: 147-159, 2004.

96.  Leitao MM, Soslow RA, Baergen RN, Olvera N, Arroyo C, Boyd J. Mutation and overexpression of the *TP53* gene in early stage epithelial ovarian carcinoma. Gynecol Oncol, 93: 301-306, 2004.

97.  King TA, Gemignani ML, Li W, Tan LK, Giri DD, Panageas KS, Bogomolniy F, Arroyo C, Olvera N, Robson ME, Offit K, Borgen PI, Boyd J. Aberrant progesterone receptor expression in breast epithelium of *BRCA1* mutation carriers. Cancer Res 64: 5051-5053, 2004.

98.  Jazaeri AA, Chandramouli GVR, Aprelikova O, Nuber UA, Sotiriou C, Liu ET, Ropers HH, Yee CJ, Boyd J, Barrett JC. BRCA1-mediated repression of select X chromosome genes. J Transl Med 2: 32, 2004.

99.  Spentzos D, Levine DA, Ramoni MF, Joseph M, Gu X, Boyd J, Libermann TA, Cannistra SA. A gene expression signature with independent prognostic significance in epithelial ovarian cancer. J Clin Oncol 22: 4648-4658, 2004.

100. Kim SW, Lee CS, Fey JV, Borgen PI, Boyd J. Prevalence of *BRCA2* mutations in a hospital-based series of unselected breast cancer cases. J Med Genet 42: e5, 2005.

101. Black D, Bogomolniy F, Robson ME, Offit K, Barakat RR, Boyd J. Evaluation of germline *PTEN* mutations in endometrial carcinoma patients. Gynecol Oncol 96: 21-24, 2004.

102. Ferguson SE, Olshen AB, Viale A, Barakat RR, Boyd J. Stratification of intermediate risk endometrial cancer patients into groups at high- or low-risk for recurrence based on tumor gene expression profiles. Clin Cancer Res 11: 2252-2257, 2005.

103. Abu-Rustum NR, Su W, Levine DA, Boyd J, Sonoda Y, LaQuaglia MP. Pediatric radical abdominal trachelectomy for cervical clear cell carcinoma: a novel surgical approach. Gynecol Oncol 97: 296-300, 2005.

104. Levine DA, Bogomolniy F, Yee C, Lash A, Barakat RR, Borgen PI, Boyd J. Frequent mutation of the *PIK3CA* gene in ovarian and breast cancers. Clin Cancer Res 11: 2875-2878, 2005.

105. Zorn KK, Gangi L, Chandramouli GVR, Awtrey CS, Gardner GJ, Barrett JC, Boyd J, Birrer MJ. Gene expression profiles of serous, endometrioid, and clear cell subtypes of ovarian and endometrial cancer. Clin Cancer Res 11: 6422-6430, 2005.

106. Jazaeri AA, Awtrey CS, Gadisetti CVR, Chuang YE, Khan J, Sotiriou C, Aprelikova O, Yee CJ, Zorn KK, Birrer MJ, Barrett CJ, Boyd J. Gene expression profiles associated with response to chemotherapy in epithelial ovarian cancers. Clin Cancer Res 11: 6300-6310, 2005.

107. Spentzos D, Levine DA, Kolia S, Out H, Boyd J, Libermann T, Cannistra SA. Unique gene expression profile based upon pathologic response in epithelial ovarian cancer. J Clin Oncol 23: 7911-7918, 2005.

108. Suriano G, Yew S, Ferreira P, Senz J, Kaurah P, Ford JM, Longacre TA, Norton JA, Chun N, Young S, Oliveira MJ, MacGillivray B, Rao A, Sears D, Jackson CE, Boyd J, Yee C, Deters C, Pai GS, Hammond LS, McGivern BJ, Medgyesy D, Sartz D, Arun B, Oelschlager BK, Upton MP, Neufeld-Kaiser W, Silva OE, Donenberg TR, Kooby DA, Sharma S, Jonsson BA, Gronberg H, Gallinger S, Seruca R, Lynch H, Huntsman DG. The characterization of a recurrent germline mutation of the *E-Cadherin* gene: Implications for genetic testing and clinical management. Clin Cancer Res, 11: 5401-5409, 2005.

109. Ferguson SE, Olshen AB, Levine DA, Viale A, Barakat RR, Boyd J. Molecular profiling of endometrial cancers from African-American and Caucasian women. Gynecol Oncol 101: 209-213, 2006.

110. Villanueva J, Shaffer DR, Philip J, Chaparro CA, Erdjument-Bromage H, Olshen AB, Fleisher M, Lilja H, Brogi E, Boyd J, Sanchez-Carbayo M, Holland EC, Cordon-Cardo C, Scher HI, Tempst P. Differential exoprotease activities confer tumor-specific serum peptidome patterns. J Clin Invest 116: 271-284, 2006.

111. Black D, Soslow RA, Levine DA, Tornos C, Chen SC, Hummer AJ, Bogomolniy F, Olvera N, Barakat RR, Boyd J. The clinicopathologic significance of defective DNA mismatch repair in endometrial carcinoma. J Clin Oncol 24: 1745-1753, 2006.

112. Adank MA, Brogi E, Bogomolniy F, Wadsworth EA, Lafaro KJ, Yee CJ, Meijers-Heijboer EJ, Kauff ND, Boyd J, Offit K. Accuracy of BRCA1 and BRCA2 founder mutation analysis in formalin-fixed and paraffin-embedded (FFPE) tissue. Fam Cancer 5: 337-342, 2006.

113. King TA, Li W, Brogi E, Yee CJ, Gemignani ML, Olvera N, Levine DA, Norton L, Robson ME, Offit K, Boyd J. Heterogenic loss of the wild-type *BRCA* allele in human breast tumorigenesis. Ann Surg Oncol 14: 2510-2518, 2007.

114. Smith KL, Adank M, Kauff N, Lafaro K, Boyd J, Lee JB, Hudis C, Offit K, Robson M. *BRCA* mutations in women with ductal carcinoma *in situ*: prevalence and risk factors. Clin Cancer Res 13: 4306-4310, 2007.

115. Shia J, Black D, Hummer AJ, Boyd J, Soslow RA. Routinely assessed morphologic features correlate with microsatellite instability status in endometrial cancer. Hum Pathol 39: 116-125, 2008.

116. Edwards SL, Brough R, Lord CJ, Natrajan R, Levine DA, Vatcheva R, Levine DA, Boyd J, Reis-Filho JS, Ashworth A. Resistance to therapy caused by intragenic deletion in *BRCA2*. Nature 451: 1111-1115, 2008.

117. Olshen AB, Gold B, Lohmueller KE, Struewing JP, Satagopan J, Stefanov SA, Eskin E, Kirchhoff T, Lautenberger JA, Friedman E, Norton L, Ellis NA, Viale A, Lee CS, Borgen PI, Clark AG, Offit K, Boyd J. Analysis of genetic variation in Ashkenazi Jews by high density SNP genotyping. BMC Genetics 9: 14, 2008.

118. Gold B, Kirchhoff T, Stefanov S, Lautenberger J, Viale A, Garber J, Friedman E, Narod S, Olshen A, Gregersen P, Kosarin K, Olsh A, Bergeron J, Ellis NA, Klein R, Clark AG, Norton L, Dean M, Boyd J, Offit K. Genome-wide association study provides evidence for a breast cancer risk locus at 6q22.33. Proc Natl Acad Sci USA 105: 4340-4345, 2008.

119. Bonome T, Levine DA, Shih J, Randonovich M, Pise-Masison CA, Bogomolniy F, Ozbun L, Brady J, Barrett, JC, Boyd J, Birrer MJ. A gene signature predicting for survival in suboptimally debulked patients with ovarian cancer. Cancer Res 68: 5478-5486, 2008.

120. Dickler MN, Rugo HS, Eberle CA, Brogi E, Caravelli JF, Panageas KS, Boyd J, Yeh B, Lake DE, Dang CT, Gilewski TA, Bromberg JF, Seidman AD, D'Andrea GM, Moasser MM, Melisko M, Park JW, Dancey J, Norton L, Hudis CA. A phase II trial of erlotinib in combination with bevacizumab in patients with metastatic breast cancer. Clin Cancer Res 14: 7878-7883, 2008.

121. Berchuck A, Iverson ES, Luo J, Clarke JP, Horne H, Levine DA, Boyd J, Alonso MA, Secord AA, Bernardini MQ, Barnett JC, Boren T, Murphy SK, Dressman HK, Marks JR, Lancaster JM. Microarray analysis of early stage serous ovarian cancers shows profiles predictive of favorable outcome. Clin Cancer Res 15: 2448-2455, 2009.

122. Adams SF, Levine DA, Cadungog MG, Hammond R, Facciabene A, Olvera N, Rubin SC, Boyd J, Gimotty PA, Coukos G. Intraepithelial T cells and tumor proliferation: impact on the benefit from surgical cytoreduction in advanced serous ovarian cancer. Cancer 115: 2891-2902, 2009.

123. Dong X-Y, Guo P, Boyd J, Sun X, Li Q, Zhou W, Dong J-T. Implication of snoRNA U50 in human breast cancer. J Genet Genomics 36: 447-454, 2009.

124. Pothuri B, Leitao MM, Levine DA, Viale A, Olshen AB, Arroyo C, Bogomolniy F, Olvera N, Lin O, Soslow RA, Robson ME, Offit K, Barakat RR, Boyd J. Genetic analysis of the early natural history of ovarian carcinoma. PLoS ONE 5(4): e10358, 2010.

125. Ilson DH, Kelsen D, Sha M, Schwartz G, Levine DA, Boyd J, Capanu M, Miron B, Klimstra D. A phase II trial of erlotinib in patients with previously treated squamous cell and adenocarcinoma of the esophagus. Cancer 117: 1409-1414, 2011.

126. Allard J, Chandramouli G, Stagliano K, Hood B, Litzi T, Shoji Y, Boyd J, Berchuck A, Conrads T, Maxwell L, Risinger J. PSPHL as a candidate gene influencing racial disparities in endometrial cancer incidence and survival. Front Oncol 2: 65, 2012.

127. The Cancer Genome Atlas Network. Comprehensive genomic characterization of squamous cell lung cancers. Nature 489: 519-525, 2012.

128. The Cancer Genome Atlas Network. Integrative analysis of genomic and molecular alterations in clear cell renal cell carcinoma. Nature 499: 43-49, 2013.

129. Boyd J, Luo B, Peri S, Wirchansky B, Hughes L, Forsythe C, Wu H. Whole exome sequence analysis of serous borderline tumors of the ovary. Gynecol Oncol 130: 560-564, 2013.

130. The Cancer Genome Atlas Network. Comprehensive molecular profiling of lung adenocarcinoma. Nature 511: 543-550, 2014.

131. Hu X, Feng Y, Zhang D, Zhao SD, Greshock J, Hu Z, Zhang Y, Yang L, Wang L-P, Jean S, Li C, Katsaros D, Montone K, Tanyi JL, Lu Y, Boyd J, Nathanson KL, Li H, Mills GB, Zhang L. A functional genomic approach identifies *FAL-1* as an oncogenic long noncoding RNA that associates with BMI1 and represses p21 expression in human cancer. Cancer Cell 26: 344-357, 2014.

132. Barlin JN, Zhou QC, Leitao MM, Bisogna M, Olvera N, Shih KK, Jacobsen A, Schultz N, Tap WD, Hensley ML, Schwartz GK, Boyd J, Qin L-X, Levine DA. Molecular subtypes of uterine leiomyosarcoma and correlation with clinical outcome. Neoplasia 17: 183-189, 2015.

133. Yan X, Hu Z, Feng Y, Hu X, Yuan J, Zhao SD, Zhang Y, Yang L, Shan W, He Q, Fan L, Kandalaft LE, Tanyi JL, Li C, Yuan C-X, Zhang D, Yuan H, Hua K, Lu Y, Katsaros D, Huang Q, Montone K, Fan Y, Coukos G, Boyd J, Sood AK, Rebbeck T, Mills GB, Dang CV,  Zhang L. Comprehensive genomic characterization of long non-coding RNAs across human cancers. Cancer Cell 28: 529-40, 2015.

134. The Cancer Genome Atlas Network. The molecular taxonomy of primary prostate cancer. Cell 163: 1011-1025, 2015.

135. The Cancer Genome Atlas Network. Comprehensive molecular characterization of papillary renal-cell carcinoma. N Engl J Med, 374: 135-145, 2016.

136. Ariazi EA, Taylor JC, Black MA, Nicolas E, Slifker, MJ, Azzam DJ, Boyd J. A new role for ERα: Silencing via DNA methylation of basal, stem cell, and EMT genes. Mol Cancer Res 15: 152-164, 2017.

137. Eritja N, Chen B-J, Rodriguez-Barrueco R, Santacana M, Gatius S, Vidal A, Marti MD, Ponce J, Bergada L, Teramian A, Encinas M, Ribera J, Reventos J, Boyd J, Villanueva A, Matias-Guiu X, Dolcet X, Lllobet-Nava, D. Autophagy orchestrates adaptive responses to targeted therapy in endometrial cancer. Autophagy 13: 608-624, 2017.

138. Kotsopoulos J, Willows K, Trat S, Kim RH, Bernardini M, Sun P, Narod SA, Boyd J, May T. BRCA mutation status is not associated with increased hematologic toxicity among patients undergoing platinum-based chemotherapy for ovarian cancer. Int J Gynecol Cancer 28: 69-76, 2018.

*Recent Abstracts*

Diaz Z, Lupi C, Madueno FMV, Roller BA, Brewster C, Wells A, Ordonez J, Suarez D, Paez M, Boyd J, Runowicz CD, Villalona-Calero MA. The MD CaREs initiative: Tailoring oncology education to ethnically diverse students. American Society for Clinical Oncology Annual Meeting, Chicago, IL; June, 2018.

Mehta A, Duran JL, Moore WC, Zaidi I, Rodriquez L, Mei X, Hardeen GD, Narasimhan G, Diaz Z, Wei Q, Boyd J. Genomic big data, storage challenges, and a hybrid solution. 26th Conference on Intelligent Systems for Molecular Biology, Chicago, IL; July, 2018.

*Reviews and Editorials*

139. Eling TE, Boyd JA, Reed GA, Mason RP, Sivarajah K. Xenobiotic metabolism by prostaglandin endoperoxide synthetase. Drug Metab Rev 14: 1023-1053, 1983.

140. Boyd JA, Eling TE. Metabolism of aromatic amines by prostaglandin H synthase. Environ Health Perspec 64: 45-52, 1985.

141. Boyd JA, Barrett, JC. Genetic and cellular basis of multistep carcinogenesis. Pharmacol Therap 46: 469-486, 1990.

142. Barrett JC, Boyd JA. Proliferation of anti-proliferation factors. Cancer Cells 2: 152-155, 1990.

143. Boyd JA, Barrett JC. Tumor suppressor gene function and the negative regulation of cell proliferation. Mol Carcinog 3: 325-329, 1990.

144. Boyd JA. The role of protein kinases in regulating proliferation. Comm Toxicol 4: 107-124, 1991.

145. Berchuck A, Kohler MF, Marks JR, Wiseman RW, Boyd J, Bast RC. The P53 tumor suppressor gene frequently is altered in gynecologic cancers. Am J Obstet Gynecol 170: 246-252, 1994.

146. Rowell S, Newman B, Boyd J, King M-C. Inherited predisposition to breast and ovarian cancer. Am J Hum Genet 55: 861-865, 1994.

147. Boyd J. Molecular medicine quietly comes of age. New opportunities in treatment of patients with breast cancer. Cancer 74: 2215-2217, 1994.

148. Friedman LS, Ostermyer EA, Lynch ED, Szabo CI, Anderson LA, Dowd P, Lee MK, Rowell SE, Boyd J, King M-C. The search for *BRCA1*. Cancer Res 54: 6374-6382, 1994.

149. Boyd J. *BRCA1*: More than a hereditary breast cancer gene? Nature Genet 9: 335-336, 1995.

150. Berchuck A, Boyd J. Molecular basis of endometrial cancer. Cancer 76: 2034-2040, 1995.

151. Boyd J. Molecular biology in the clinicopathologic assessment of endometrial carcinoma subtypes. Gynecol Oncol 61: 163-165, 1996.

152. Boyd J. BRCA2 as a low-penetrance cancer gene (letter). J Nat Cancer Inst 88: 1408-1409, 1996.

153. Bandera CA, Boyd J. The molecular genetics of endometrial carcinoma. Prog Clin Biol Res 396: 185-203, 1997.

154. Boyd J, Rubin SC. Hereditary ovarian cancer: molecular genetics and clinical implications. Gynecol Oncol 64: 196-206, 1997.

155. Randall TC, Boyd J. Genetics of gynecologic sarcomas. CME J Gynecol Oncol 2: 182-189, 1997.

156. Boyd J. Molecular genetics of hereditary ovarian cancer. Oncology (Huntingt.), 12: 399-406, 1998.

157. Boyd J, Narod SA. RE: Association between nonrandom X-chromosome inactivation and BRCA1 mutation in germline DNA of patients with ovarian cancer (letter). J Natl Cancer Inst 91: 1507-1508, 1999.

158. Boyd J. *BRCA*: The breast, ovarian, and other cancer genes (editorial). Gynecol Oncol 80: 337-340, 2001.

159. Robson ME, Boyd J, Borgen PI, Cody HS. Hereditary breast cancer. Curr Prob Surg 38: 377-480, 2001.

160. Narod SA, Boyd J. Current understanding of the epidemiology and clinical implications of BRCA1 and BRCA2 mutations for ovarian cancer. Curr Opin Obstet Gynecol 1: 19-26, 2002.

161. Modugno F, Boyd J, Baum A, Bigbee WL, Cramer D, Ferrell R, Gallion HH, Greene MH, Goldman P, Johnson KA, Junker B, Kuller L, Kurman RJ, Maihle N, Narod S, Ness RB, Risch H, Rodriguez G, Sadetzki S, Skates S, Stein M, Weissfeld JL. Ovarian cancer and high-risk women: implications for prevention, screening and early detection. Gynecol Oncol 91: 15-31, 2003.

162. Boyd J. Specific keynote: hereditary ovarian cancer: what we know. Gynecol Oncol 88: S8-S10, 2003.

163. Boyd J. Genetics of familial endometrial cancer: is there more to learn? J Clin Oncol 21: 4570-4573, 2005.

164. Boyd J. An animal model for gynecologic pathology. N Engl J Med 352: 2240-2242, 2005.

165. Boyd J. Whence epithelial ovarian carcinoma? Gynecol Oncol 109: 161-163, 2008.

166. Stany MP, Bonome T, Wamunyokoli F, Zorn K, Park DC, Hao K, Boyd J, Sood AK, Gershenson DM, Berkowitz RS, Mok SC, Birrer MJ. Classification of ovarian cancer: a genomic analysis. Adv Exp Med Biol 622: 23-33, 2008.

167. Boyd J. Origins of ovarian cancer: new insights (editorial). Expert Rev Obstet Gynecol 6: 111-113, 2011.

168. Boyd J. Genetic predisposition to breast cancer: the next chapters (editorial). Cancer 120: 932-934, 2014.

169. Ovarian Cancer Research Fund Alliance and Banbury Conference Writing Group. What women and their physicians need to know about the UKCTOCS study and ovarian cancer screening (editorial). Am Family Physician 93: 903-904, 2016.

170. Randall LM, Pothuri B, Swisher EM, Diaz, JP, Buchanan A, Witkop C, Powell B, Smith EB, Robson ME, Boyd J, Coleman RL, Lu K. Multidisciplinary summit on genetics services for women with gynecologic cancers: A Society for Gynecologic Oncology White Paper. Gynecol Oncol 146: 217-224, 2017.

171. Boyd J. A parallel model for breast cancer metastasis (letter to the editor). Breast Cancer Res Treat. https://doi.org/10.1007/s10549-017-4644-3, 2018.

*Book Chapters and Proceedings*

172.  Eling TE, Boyd JA, Sivarajah K. Oxidation of chemical carcinogens by prostaglandin synthetase. In: Prostaglandins and Cancer: First International Conference, pp 113-122. Alan R Liss, New York, 1982.

173.  Eling TE, Reed GA, Boyd JA, Krauss RS, Sivarajah K. Metabolism of chemical carcinogens by prostaglandin H synthase. In: Extrahepatic Drug Metabolism and Chemical Carcinogenesis (J Rydstrom, J Montelius, M Bengtsson, eds), pp 105-112. Elsevier, New York, 1983.

174.  Eling TE, Reed GA, Krauss RS, Mason RP, Boyd JA. Metabolism of carcinogens by prostaglandin H synthase. In: Icosanoids and Cancer (H Thaler-Dao, A Crastes de Paulet, and R Paoletti, eds), pp 63-70. Raven Press, NY, 1984.

175.  Eling TE, Boyd JA, Krauss RS, Mason RP. Metabolism of aromatic amines by prostaglandin H synthase. In: Biochemical Oxidation of Nitrogen in Organic Molecules (JW Gorrod, LA Damani, eds), pp 313-319. Ellis-Horwood, Chichester, England, 1985.

176.  Boyd JA. Prostaglandin H synthase. In: Methods In Enzymology, Vol 186: Oxygen Radicals in Biological Systems (L Packer, LN Glazer, eds), pp 283-287. Academic Press, New York, 1990.

177.  Barrett JC, Boyd JA, Jones CA, Annab LA, Hosoi J, Montgomery JC, Wiseman RW. Tumor suppressor genes as negative regulators of cell growth. In: Current Communications in Molecular Biology: Recessive Oncogenes and Tumor Suppression (W Cavenee, N Hastie, E. Stanbridge, eds), pp 11-18. Cold Spring Harbor Laboratory Press, New York, 1989.

178.  Boyd J, Barrett JC. Tumor suppressor genes, growth regulation, and differentiation. In: The Status of Differentiation Therapy of Cancer, Vol 2 (S Waxman, GB Rossi, F Takaku, eds), pp 61-68. Raven Press, New York, 1991.

179.  Boyd J, Barrett JC. Role of tumor suppressor genes in a multistep model of carcinogenesis. In: Boundaries between Promotion and Progression during Carcinogenesis (O Sudilovsky, HC Pitot, LA Liotta, eds), pp 183-196. Plenum Press, New York, 1991.

180.  Hedrick L, Cho KR, Risinger JI, Boyd J, Vogelstein, B. The DCC gene product is a cell surface molecule involved in differentiation. Cold Spring Harbor Symp Quant Biol 57: 345-351, 1992.

181. Boyd J. Molecular genetic features of human endometrial carcinoma. In: Protooncogenes and Growth Factors in Steroid Hormone Induced Growth and Differentiation (GM Stancel, SA Khan, eds), pp 193-205, CRC Press, Boca Raton, 1993.

182. Boyd J. Oncogenes and tumor suppressor genes: potential in cancer therapy. In: Cancer Therapy into the Twenty-First Century, Vol 1. Molecular and Immunologic Approaches (BE Huber, BI Carr, eds), pp 3-38. Futura Publishing Co., Mount Kisco, 1994.

183. Boyd J. Molecular genetics of ovarian carcinoma. In: New Achievements in Research of Ovarian Function. Frontiers in Endocrinology, Vol. 13 (S Fujimoto, AJW Hsueh, JF Strauss III, T Tanaka, eds), pp 325-332. Ares-Serona Symposia Publications, Rome, 1995.

184. Huff JE, Boyd J, Barrett JC (eds). Cellular and Molecular Mechanisms of Hormonal Carcinogenesis: Environmental Influences. John Wiley and Sons, New York, 1996.

185. Huff JE, Boyd J, Barrett JC. Hormonal carcinogenesis and environmental influence: background and overview. In: Cellular and Molecular Mechanisms of Hormonal Carcinogenesis: Environmental Influences (JE Huff, J Boyd, JC Barrett, eds), pp 3-24. John Wiley and Sons, New York, 1996.

186. Boyd, J. Estrogen as a carcinogen: genetics and molecular biology of human endometrial carcinoma. In: Cellular and Molecular Mechanisms of Hormonal Carcinogenesis: Environmental Influences (JE Huff, J Boyd, JC Barrett, eds), pp 151-174. John Wiley and Sons, New York, 1996.

187. Behbakht K, Boyd J. Estrogen and progesterone receptors in human endometrial cancer. In: Estrogens, Progestins, and their Antagonists, Vol. 2 (E Pavlik, ed), pp. 169-188. Birkhauser, Boston, 1996.

188. Berchuck A, Evans AC, Boyd J. Alterations of oncogenes and tumor suppressor genes in endometrial cancer. In: Biology of Female Cancers (SP Langdon, WR Miller, A Berchuck, eds), pp. 205-217. CRC Press, Boca Raton, 1997.

189. Boyd, J. Overview: The genetics of ovarian cancer. In: Ovarian Cancer 5 (F Sharp, T Blackett, J Berek, R. Bast, eds), pp. 3-16. Isis Medical Media, Ltd, Oxord, UK, 1998.

190. Boyd J. Basic science in gynaecological cancer. In: Essentials of Gynaecological Cancer (F Lawton, M Friedlander, G Thomas, eds), pp. 15-39. Chapman and Hall Medical, London, 1998.

191. Boyd J. Molecular genetics of gynecologic cancers. In: Synopsis of Gynecologic Oncology, 5th Ed. (CP Morrow, JP Curtin, eds), pp. 515-536. Churchill Livingstone, New York, 1998.

192. Boyd J. Molecular carcinogenesis. In: Environmental and Occupational Medicine, Third Edition (WN Rom, ed), pp. 155-165. Lippincott-Raven, Philadelphia, 1998.

193. Boyd J. Molecular carcinogenesis. In: Molecular Biology in Reproductive Medicine (BCJM Fauser, ed), pp. 103-130. Parthenon Publishing, New York, 1999.

194. Boyd J, Hamilton TC, Berchuck A. Oncogenes and tumor suppressor genes. In: Principles and Practice of Gynecologic Oncology, 3rd Edition (WJ Hoskins, CA Perez, RC Young, eds), pp. 103-128. Lippincott Williams & Wilkens, Philadelphia, 2000.

195. Boyd J. Molecular genetics of hereditary ovarian cancer. In: Ovarian Cancer, 2nd Edition (SC Rubin, GP Sutton, eds), pp. 3-17. Lippincott Williams & Wilkens, Philadelphia, 2001.

196. Boyd J. Genetics of hereditary gynecologic cancers. In: Atlas of Cancer (M Markman, ed), pp. 39-44. Current Medicine, Philadelphia, 2003.

197. Boyd J. Molecular carcinogenesis. In: Reproductive Medicine. Molecular, Cellular and Genetic Fundamentals (BCJM Fauser, ed), pp. 91-118. Parthenon Publishing, New York, 2003.

198. Boyd J. Hereditary gynecologic cancer syndromes. In: Gynecologic Cancer: Controversies in Management (DM Gershenson, M Gore, WP McGuire, M Quinn, G Thomas, eds), pp. 833-846. Elsevier Science, Philadelphia, 2004.

199. Boyd J, Berchuck A. Oncogenes and tumor suppressor genes. In: Principles and Practice of Gynecologic Oncology, 4th Edition (WJ Hoskins, RC Young, M Markman, CA Perez, R Barakat, M Randall, eds), pp. 93-122. Lippincott Williams & Wilkens, Philadelphia, 2005.

200. Balkwill FR, Ashworth A, Bast RC, Berek JS, Boyd J, Disis ML, Gabra H, Gore ME, Hamilton TC, Jacobs IJ, Kaye SB, Kohn EC, Mills GB, Urban ND. 10th Bienniel Helene Harris Memorial Trust meeting.  Cancer Res 66: 2904-2906, 2006.

201. Ashworth A, Balkwill FR, Bast RC, Berek JS, Kaye A, Boyd J, Mills G, Weinstein JN, Woolley K, Workman P. Opportunities and challenges in ovarian cancer research: A perspective from the 11th Ovarian Cancer Action/HHMT Forum, Lake Como, March 2007. Gynecol Oncol 108:652-657, 2008.

202. Levine DA, Kauff ND, Boyd J. Genetics of hereditary gynecologic cancers. In: Atlas of Cancer, 2nd Edition (M Markman, ed), pp. 46-53.  Current Medicine Group, Philadelphia, 2008.

203. Kitchener HC, Trimble EL; Endometrial Cancer Working Group of the Gynecologic Cancer Intergroup (76 authors). Endometrial cancer state of the science meeting. Int J Gynecol Cancer 19: 134-140, 2009.

204. Boyd J, Risinger JI, Berchuck A. Oncogenes and tumor suppressor genes. In: Principles and Practice of Gynecologic Oncology, 5th Edition (M Markman, R Barakat, M Randall, eds), pp. 85-112. Lippincott Williams & Wilkens, Philadelphia, 2009.

205. Boyd J. Targeted therapies: the future of cancer care. Coping with Cancer. p. 40. Nov/Dec, 2011.

206. Morgan M, Boyd J, Drapkin R, Seiden MV. Cancers arising in the ovary. In: Abeloff's Clinical Oncology, 5th Edition (JE Niederhuber, JO Armitage, JH Doroshow, MB Kastan, JE Tepper, eds), pp. 1592-1613. Elsevier, Philadelphia, 2014.

207. Gunderson CC, Boyd J, O'Malley DM. Highlights from the Society of Gynecologic Oncology 2015 Annual Meeting on Women's Cancer. Gynecol Oncol 138: 3-6, 2015.

# EXHIBIT B

<u>Testifying History for Jeff Boyd, Ph.D.</u>

**University of Miami v. Agency for Health Care Administration and Baptist Hospital of Miami, Inc.**
State of Florida Division of Administrative Hearings
Case No. 16-001698CON

**University of Miami v. Baptist Hospital of Miami, Inc., and Agency for Health Care Administration**
State of Florida Division of Administrative Hearings
Case No. 17-005301CON