# EXHIBIT F3

**From:** McTiernan, Anne
**Sent:** Thursday, February 21, 2019 1:14 PM
**To:** Hancock, Scott (HC/SC) <scott.hancock@canada.ca>
**Cc:** Mohr, Sara (HC/SC) <sara.mohr@canada.ca>
**Subject:** Re: DSAT public comment

Dear Scott, I would be happy to help. Anne

Anne McTiernan, MD, PhD
Author of Starved: a Nutrition Doctor's Journey from Empty to Full
http://annemctiernan.com

On Feb 21, 2019, at 5:53 AM, Hancock, Scott (HC/SC) <scott.hancock@canada.ca> wrote:

> Hello Dr. McTiernan. I am a senior manager involved in the development of the Talc Screening Assessment here at Health Canada. I would like to thank you for your submission related to our DSAR. In the coming months, my team will be reviewing the more than 100 public comments we received as part of our consultation process. To that end, we typically meet with concerned stakeholders who have requested meetings. In this case, there are several industry groups who have asked for meetings to discuss their comments on the Draft Screening Assessment for Talc. I was wondering, if you would be available for phone calls, email exchanges, or even short term contracts to help offer scientific opinion on some arguments we have received as we work towards rewriting our screening assessment? Your expertise in this area would be most welcome
>
> Thanks in advance
>
>
> Scott Hancock
> Acting Senior Manager,
> ESRAB, SED, Health Canada
> 613-894-5668

1