# EXHIBIT F4

Begin forwarded message:

**From:** "Hancock, Scott (HC/SC)" <scott.hancock@canada.ca>
**Subject: Re: Your article is now published online**
**Date:** March 1, 2019 at 12:42:43 PM EST
**To:** Ghassan Saed <gsaed@med.wayne.edu>

That is fantastic! Congrats. This will be a great addition to our assessment as we move forward

Thanks again

Sent from my BlackBerry 10 smartphone on the Bell network.
  **From:** Ghassan Saed
  **Sent:** Friday, March 1, 2019 12:10 PM
  **To:** Hancock, Scott (HC/SC)
  **Subject:** Fwd: Your article is now published online

FYI

Begin forwarded message:

**From:** "SAGE Journals" <noreply@sagepub.com>
**Subject: Your article is now published online**
**Date:** February 28, 2019 at 11:50:38 PM EST
**To:** gsaed@med.wayne.edu
**Cc:** sage.eprints@sagepub.com
**Reply-To:** noreply@sagepub.com

Dear ,

Thank you for publishing your article with SAGE Publishing and Reproductive Sciences. Your article "Molecular Basis Supporting the Association of Talcum Powder Use With Increased Risk of Ovarian Cancer is now published and your complimentary e-copy is available at https://journals.sagepub.com/eprint/HhKiCxB3vfAYMgKqCnfN/full.

The above link and final published PDF are only for your personal use and non-profit teaching purposes and should not be posted online or otherwise distributed. If you wish to post your article on your personal website or institutional repository, you may use the accepted version. Please see the SAGE author sharing guidelines, linked below, for full details about appropriate use and version definitions.

The permanent link for your article is "https://doi.org/10.1177/1933719119831773".

Please also visit our online resources for more information:

- SAGE author sharing guidelines,

- [Promoting your article](), including [maximizing its impact via Kudos](),
- [Post-publication corrections](),
- [Author gateway]().

Thank you again for publishing with SAGE and Reproductive Sciences. We value your feedback and encourage you to complete the brief Journal Author Survey you will receive shortly.
Best wishes,
SAGE Journals Author Services
authorproductionqueries@sagepub.co.uk

Note: Please do not reply to this message, as replies are routed to an unmonitored mailbox. If you experience difficulty with the provided links, please check that the full link transferred to your browser without any line breaks or errant characters such as < or >. You may receive this message twice, once for your article's initial OnlineFirst publication and a second time for your article's issue publication. Please direct any questions to authorproductionqueries@sagepub.com, noting the article title and journal title.

Dr. Ghassan M. Saed
Associate Professor of Gynecologic Oncology
Director of Ovarian Cancer Biology Research
Departments of Obstetrics and Gynecology and Oncology
Member of Tumor Biology and Microenvironment Program
**Karmanos Cancer Institute**
Wayne State University School of Medicine
Detroit, MI 48202
(313) 577-5433 Office
(313) 577-1302 Lab
(313) 577-4633 Fax