# EXHIBIT F5

Begin forwarded message:

> **From:** "Hancock, Scott (HC/SC)" <scott.hancock@canada.ca>
> **Date:** March 8, 2019 at 2:59:08 PM GMT-5
> **To:** Siemiatycki Jack <j.siemiatycki@umontreal.ca>
> **Subject: Re: Talc comments - CONFIDENTIALITY**
>
> By all means. In writing our final risk assessment we may wish to refer to some of your points, and would cite them as personal communication.....and I would send you the text for your approval before it goes anywhere to make sure you are comfortable with how we are capturing the essence of your thoughts without giving away any confidential info......another way around it would be for a phone call later on, when we are writing the doc,nd I could ask you questions over the phone and those answers would be the reference cited to have another layer between the document you shared and what my team will be writing. Let me know if these paths forward would work for you, and thanks again for your help
>
> Sent from my BlackBerry 10 smartphone on the Bell network.
>
>> **From:** Siemiatycki Jack
>> **Sent:** Friday, March 8, 2019 1:50 PM
>> **To:** Hancock, Scott (HC/SC)
>> **Subject:** RE: Talc comments - CONFIDENTIALITY
>>
>> Hi Scott
>> I neglected to mention that I would like you to treat the report I sent you as a Confidential document. It should not be shared with anyone outside Health Canada, and its distribution within Health Canada should be very restricted to those who need to see it and who accept to treat it as Confidential.
>> Is this OK?
>> Jack Siemiatycki
>>
>> **From:** Hancock, Scott (HC/SC) [mailto:scott.hancock@canada.ca]
>> **Sent:** 2 mars 2019 09:30
>> **To:** Siemiatycki Jack <j.siemiatycki@umontreal.ca>
>> **Subject:** Re: Talc comments
>> Well that is great news! Thank you very Much. I will read with great interest and I am sure this will be very helpful as we revise our screening assessment for final publication
>> Thanks again
>> Sent from my BlackBerry 10 smartphone on the Bell network.

1

**From:** Siemiatycki Jack
**Sent:** Friday, March 1, 2019 9:22 PM
**To:** Hancock, Scott (HC/SC)
**Cc:** Mohr, Sara (HC/SC)
**Subject:** RE: Talc comments

Dear Mr Hancock

I have had authorization from the lawyer in the litigation to release my report to you without having to sign a "protective order".

Consequently, I am pleased to share the attached report with you.

Jack Siemiatycki