# EXHIBIT H2

**DOCUMENT FILED UNDER SEAL SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER DATED MARCH 1, 2017**