# EXHIBIT I1

**Methods**

Meta-analysis was performed using the metafor package in R (Version 3.5.1). The rma function was used to apply linear mixed effects models to study results and calculate summary statistics on effect size. Due to varying amounts and types of available data from each included publication, adjusted odds ratios (OR) and standard errors were used as the model inputs. Standard error (SE) was estimated using the relationship: 95% confidence interval = Effect size +/- 1.96*SE, assuming a roughly normal distribution of data and roughly symmetrical upper and lower confidence interval bounds. Incorporating adjusted ORs and SE into models in this way provides the added benefit of allowing model use of covariate-adjusted data (versus crude OR data). Weighting was done based on estimates of inverse variance. Study result heterogeneity was estimated based on maximum likelihood methods, and was summarized via an I2 statistic and associated p-value. The decision to include results from the cohort study by Gertig and colleagues (2000), which reported relative risk (RR), was based on the estimation that the RR value was only nominally different from the OR, a safe assumption in a study sample where less than 0.4% of the cohort developed the condition-of-interest.

All Papers

1. a Any Talc Use and Ovarian CA

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 0.0%
Q(df = 10) = 6.8184, p-val = 0.7425
Model Results:

| | |
|---|---|
| OR estimate | 1.3934 |
| Lower Bound | 1.2563 |
| Upper bound | 1.5305 |
| p-value | <.0001 |




1.39

1. b Frequent Talc Use and Ovarian CA

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 31.87%
Q(df = 10) = 14.1549, p-val = 0.1660
Model Results:

| | |
|---|---|
| OR estimate | 1.316 |
| Lower Bound | 1.0502 |
| Upper bound | 1.5818 |
| p-value | <.0001 |



1. c Any Talc Use and Serous Cancer

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 17.08%
Q(df = 9) = 9.1996, p-val = 0.4191
Model Results:

| | |
|---|---|
| OR estimate | 1.3699 |
| Lower Bound | 1.216 |
| Upper bound | 1.5238 |
| p-value | <.0001 |




1. d Frequent Talc use and Serous Cancer

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 0.00%
Q(df = 3) = 0.5982, p-val = 0.8968
Model Results:

| | |
|---|---|
| OR estimate | 1.3753 |
| Lower Bound | 1.1043 |
| Upper bound | 1.6463 |
| p-value | <.0001 |



1. e Frequent Talc use and Serous Cancer when available otherwise all invasive cancers

**Random Effects Model Results**

Test for Heterogeneity:

I^2 (total heterogeneity / total variability): 0.00%

Q(df = 2) = 0.0167, p-val = 0.9917

Model Results:

| | |
|---|---|
| OR estimate | 1.5183 |
| Lower Bound | 1.152 |
| Upper bound | 1.8847 |
| p-value | <.0001 |



Excluding Terry

1. a Any Talc Use and Ovarian CA

**Random Effects Model Results**

Test for Heterogeneity:

I^2 (total heterogeneity / total variability): 0.00%

Q(df = 9) = 6.3764, p-val = 0.7017

Model Results:

| | |
|---|---|
| OR estimate | 1.402 |
| Lower Bound | 1.2577 |
| Upper bound | 1.5463 |
| p-value | <.0001 |




1. b Frequent Talc Use and Ovarian CA

**Random Effects Model Results**

Test for Heterogeneity:

I^2 (total heterogeneity / total variability): 31.87%

Q(df = 10) = 14.1549, p-val = 0.1660

Model Results:

| | |
|---|---|
| OR estimate | 1.316 |
| Lower Bound | 1.0502 |
| Upper bound | 1.5818 |
| p-value | <.0001 |



1. c Any Talc Use and Serous Cancer

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 12.35%
Q(df = 8) = 7.1202, p-val = 0.5237

OR estimate 1.4009
Lower Bound 1.2143
Upper bound 1.5874
p-value <.0001




1. d Frequent Talc use and Serous Cancer

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 0.00%
Q(df = 2) = 0.4136, p-val = 0.8132
Model Results:
OR estimate 1.3773
Lower Bound 1.0109
Upper bound 1.7437
p-value <.0001



1. e Frequent Talc use and Serous Cancer when available otherwise all invasive cancers

**Random Effects Model Results**

Test for Heterogeneity:

I^2 (total heterogeneity / total variability): 0.00%

Q(df = 2) = 0.0167, p-val = 0.9917

Model Results:

| | |
|---|---|
| OR estimate | 1.5183 |
| Lower Bound | 1.152 |
| Upper bound | 1.8847 |
| p-value | <.0001 |



Excluding Rosenblatt

1. a Any Talc Use and Ovarian CA

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 0.00%
Q(df = 9) = 6.7928, p-val = 0.6587
Model Results:

| | |
|---|---|
| OR estimate | 1.4034 |
| Lower Bound | 1.258 |
| Upper bound | 1.5488 |
| p-value | <.0001 |




1. b Frequent Talc Use and Ovarian CA

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 28.36%
Q(df = 9) = 11.3779, p-val = 0.2507
Model Results:

| | |
|---|---|
| OR estimate | 1.4261 |
| Lower Bound | 1.1459 |
| Upper bound | 1.7062 |
| p-value | <.0001 |



1. c Any Talc Use and Serous Cancer

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 28.36%
Q(df = 9) = 11.3779, p-val = 0.2507
Model Results:

| | |
|---|---|
| OR estimate | 1.4261 |
| Lower Bound | 1.1459 |
| Upper bound | 1.7062 |
| p-value | <.0001 |




1. d Frequent Talc use and Serous Cancer

**Random Effects Model Results**
Test for Heterogeneity:
I^2 (total heterogeneity / total variability): 0.00%
Q(df = 3) = 0.5982, p-val = 0.8968
Model Results:

| | |
|---|---|
| OR estimate | 1.3753 |
| Lower Bound | 1.1043 |
| Upper bound | 1.6463 |
| p-value | <.0001 |



1. e Frequent Talc use and Serous Cancer when available otherwise all invasive cancers

**Random Effects Model Results**

Test for Heterogeneity:

I^2 (total heterogeneity / total variability): 0.00%

Q(df = 2) = 0.0167, p-val = 0.9917

Model Results:

| | |
|---|---|
| OR estimate | 1.5183 |
| Lower Bound | 1.152 |
| Upper bound | 1.8847 |
| p-value | <.0001 |

