# EXHIBIT I2

**From:** Sharko, Susan M
**Sent:** Tuesday, March 26, 2019 4:08 PM
**To:** 'Leigh O'Dell' <Leigh.ODell@BeasleyAllen.com>; 'Michelle Parfitt' <mparfitt@ashcraftlaw.com>
**Cc:** 'Locke, Thomas T' <TLocke@seyfarth.com>
**Subject:** RE: Talc Daubert: Longo/Rigler follow-up

Following up on this….

**From:** Sharko, Susan M
**Sent:** Friday, March 15, 2019 1:03 PM
**To:** 'Leigh O'Dell' <Leigh.ODell@BeasleyAllen.com>; Michelle Parfitt <mparfitt@ashcraftlaw.com>
**Cc:** Locke, Thomas T <TLocke@seyfarth.com>
**Subject:** RE: Talc Daubert: Longo/Rigler follow-up

thanks

**From:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Sent:** Friday, March 15, 2019 12:56 PM
**To:** Sharko, Susan M <Susan.Sharko@dbr.com>; Michelle Parfitt <mparfitt@ashcraftlaw.com>
**Cc:** Locke, Thomas T <TLocke@seyfarth.com>
**Subject:** RE: Talc Daubert: Longo/Rigler follow-up

Susan, Dr. Longo has been out of pocket in depositions and trial. I will follow up with him and get back to you next week.

Thanks,
Leigh



**P. Leigh O'Dell**
Principal
334.269.2343

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com
800.898.2034

Facebook | LinkedIn | Twitter | YouTube

CONFIDENTIALITY & PRIVILEGE NOTICE

**From:** Sharko, Susan M <Susan.Sharko@dbr.com>
**Sent:** Thursday, March 14, 2019 1:39 PM

**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>; Michelle Parfitt <mparfitt@ashcraftlaw.com>
**Cc:** Locke, Thomas T <TLocke@seyfarth.com>; Sharko, Susan M <Susan.Sharko@dbr.com>
**Subject:** RE: Talc Daubert: Longo/Rigler follow-up

**Following up on this – we really should not have to bother Judge Pisano with things like this, but will have not choice if we don't get the materials this week.**

**From:** Sharko, Susan M
**Sent:** Friday, February 15, 2019 6:15 AM
**To:** 'Leigh O'Dell' <Leigh.ODell@BeasleyAllen.com>; Michelle Parfitt <mparfitt@ashcraftlaw.com>
**Cc:** Locke, Thomas T <TLocke@seyfarth.com>; 'Mark Silver' <MSilver@coughlinduffy.com>; Michael Klatt (mklatt@grsm.com) <mklatt@grsm.com>
**Subject:** FW: Talc Daubert: Longo/Rigler follow-up

Formalizing the requests made at the depositions of Dr. Longo and Dr. Rigler. Please produce these documents as soon as possible in the next few days. Thank you.

- The underlying data generated by the third-party lab that MAS relies upon in its report, J3 Resources Inc., in connection with the analysis of samples in this case. (*See* Dr. William Longo Deposition, at 34:12-35:2.) It appears that plaintiffs produced only the MAS material.

- The key which lists samples analyzed by J3 Resources in connection to this case and their MAS sample number equivalents. (*See* Dr. William Longo Deposition, at 304:6-304:24.)

- Any SAED calculations or data generated by MAS in addition to the SAED diffraction verifications. To the extent calculations or other data were generated in addition to the SAED diffraction verifications. (*See* Dr. Mark Rigler Deposition, at 124:23-125:11.)

- The weight percentage standards used in connection with the PLM analysis of samples in this case. (*See* Dr. William Longo Deposition, at 270:2-270:16.)

***************************************
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Dorothy Bolinsky, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
***************************************
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the

message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*