# Exhibit E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

**IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION**

*THIS DOCUMENT RELATES TO ALL CASES*

**MDL NO. 16-2738 (FLW) (LHG)**

**EXPERT REPORT OF LAURA WEBB, PHD
FOR GENERAL CAUSATION *DAUBERT* HEARING**

Date: February 25, 2019

Laura Webb, Ph.D.

**Evaluation of the Formation of Talc Ores in the Fontane, Southern Vermont and Guangxi Talc Mines**

**1.0 Executive Summary**

I have been asked to prepare a report focused on the scientific principles that govern the formation of mineable high-grade talc deposits used in the manufacture of Johnson's Baby Powder and Shower to Shower, and to investigate the possible relationship of such deposits, or lack thereof, to amphibole asbestos. This charge includes evaluating plaintiffs' experts' reports by Dr. Cook and Dr. Krekeler, and addressing differences in the formation of amphibole minerals with different crystal habits (e.g., asbestiform vs. prismatic) and the physical and chemical properties that impact biopersistence and toxicity.

Based on my review of materials, my educational background and professional experience as a geologist, my expert opinions are provided below with a reasonable degree of scientific certainty. My main conclusions are as follows:

A. Plaintiffs' experts' reports fail to appropriately synthesize key data and observations available in the peer-reviewed scientific literature that are pertinent to understanding the issues in this litigation. The body of evidence in the published scientific literature does not support the assertion that there is/was asbestos in cosmetic-grade talc deposits mined for use in Johnson's Baby Powder and Shower to Shower; nor do geologic principles suggest that there should be, based on a review of the local and regional geologic data.

B. Talc is a common metamorphic mineral in metamorphosed ultramafic and carbonate rocks. However, mineable high-purity talc deposits are the result of special cases of intense metasomatism (an uncommon form of metamorphism discussed below in Section 4.0) in which the chemical composition of an original rock is changed to something closer to that of the talc mineral composition. The conditions associated with this transformation to create the talc ores mined for Johnson's Baby Powder and Shower to Shower were not amenable to asbestos formation.

C. There is no well-founded, scientifically-sound evidence in the peer-reviewed scientific literature for an association of amphibole asbestos with the talc deposits of concern. Based on reviews of the geology associated with the applicable mines, and the pressure and temperature histories recorded by the rocks, any amphibole found in Johnson's Baby Powder and Shower to Shower derived from the Fontane, southern Vermont and Guangxi talc mines would likely be incidental actinolite or tremolite cleavage fragments from non-asbestiform amphiboles most likely derived from the margins (blackwall zones) of the talc deposits.

D. Amphibole cleavage fragments are, in general, much less chemically-resistant and have different surface chemistries than their asbestiform counterparts, for which other distinctive properties include flexible bundles of fibrils (typically less than 0.5 microns in diameter) with high tensile strength.

**2.0 Summary of Qualifications**

I am a geologist who specializes in using the tools of petrology (the origin and evolution of rocks discerned from mineralogical evidence), structural geology (interpreting rock deformation) and geochronology (radiometric dating) to understand the histories of rocks and regions. I obtained my Bachelor of Science in Geology from the University of California at Los Angeles in 1993 and my Ph.D. in Geological and Environmental sciences from Stanford University in 1999 (see CV attached as Exhibit A). After a postdoctoral appointment at the University of Geneva in Switzerland from 1999–2000, I moved to Syracuse University in New York, where I was a geochronology laboratory manager from 2000–2008 and held a Research Assistant Professor appointment from 2004–2012. In the fall of 2008, I began my career

at the University of Vermont (UVM) as a tenure-track faculty member in the Department of Geology. In 2014, I was promoted with tenure to Associate Professor. I am a member of the following professional societies: Geological Society of America, Mineralogical Society of America, American Geophysical Union, Vermont Geological Society and the American Association for the Advancement of Science.

Beginning with my early academic training as a geologist, I have worked extensively in regions with complex geologic histories, such as those in Italy, Vermont and China. Based on prior research projects and/or themes, I have familiarity with the regional geology of the Fontane and Guangxi mine regions and have experience working near the southern Vermont mines. I have (co)authored 33 peer-reviewed scientific papers (32 published and one currently in press) with an additional two manuscripts currently in revision or review. A common theme is the integration of microscopic-scale observations of the relationships between mineral growth and deformation with outcrop data and regional geological and geophysical data (e.g., Webb et al., 1999, 2010, 2014). These data facilitate understanding of the pressure-temperature-time-deformation history of rocks and the resulting implications for the tectonic evolution of regions. My teaching at UVM spans the scope of disciplines I employ in my research and includes those that are essential to a holistic understanding of the formation of talc deposits and assessing any possible relationship to asbestos. Such courses include Petrology, Microstructures, Geochronology and Tectonics.

I am being compensated at the rate of $450 per hour for my expert work.

### 3.0 Minerals: Definitions and Important Concepts

Rocks are composed of one or more minerals. <u>Minerals</u> are naturally occurring inorganic compounds defined by their chemical compositions and unique crystalline structures. Minerals are classified based on these properties. In the case of talc deposits, geologists are mostly concerned with carbonate and silicate minerals that incorporate $CO_2$ and $SiO_2$ in their crystal structures. The mineral <u>talc</u> is a phyllosilicate (Figure 1), or sheet silicate, with the idealized chemical formula of $Mg_3Si_4O_{10}(OH)_2$.



van der Waals bonds

○ Oxygen    ∘ Silicon
● Hydroxyl    ● Magnesium

**Figure 1.** *Ball and stick model of the crystal structure of the mineral talc (from Huang and Fuerstenau, 2001). Talc sheets consist of Si tetrahedral, Mg octahedral, and Si tetrahedral layers (T-O-T). Weak van der Waals bonds hold the T-O-T sheets together, giving talc its platy habit.*

Many minerals can exhibit <u>solid solution</u> (i.e., be uniform solid mixtures), where <u>cations</u> (positively charged ions) with similar size and charge may substitute for one another in a mineral structure, allowing for known ranges in chemical composition for a given mineral. For example, forsterite is the pure magnesium-rich end-member of the mineral olivine ($Mg_2SiO_4$), and fayalite is the iron-rich end-member ($Fe_2SiO_4$). Almost all olivine found in nature contains some Fe and Mg and is thus a solid-solution of these two compositional end-members. Likewise, A small amount of Fe may substitute for Mg in talc crystals depending on various variables, including the chemistry of the geologic system and the pressure and temperature under which mineral formation and/or recrystallization occurs.

2

Structure and chemistry control all physical characteristics of a mineral, such as density, strength, mineral habit, cleavage, color and chemical stability. Habit is a term that refers to the general shape of the mineral, which is a function of the crystallographic structure as well as the conditions of formation. Table 1 defines common habit terms. Cleavage refers to weak planes in a crystal structure that influence how minerals break and controls the shape of crystal fragments. Cleavage planes may be described qualitatively as perfect, good, poor or indiscernible (synonyms may also be used). For example, talc crystals typically exhibit a platy or plate-like habit and have perfect cleavage along one crystallographic plane. This cleavage corresponds to the planes of weak van der Waals bonds (Figure 1). In other words, when forces are applied to talc crystals, the strongly-bonded T-O-T sheets remain intact and slip will occur along the weak forces of attraction between the sheets. This property is what gives talcum powders a slippery feel.

**Table 1.** *Examples of common terms used to describe mineral habits.*

| Term | Definition |
|---|---|
| Acicular | Needle-like appearance, visible to naked eye. |
| Asbestiform | Having the habit of asbestos, including: "fiber-like morphology and dimensions; enhanced strength and flexibility; diameter-dependent strength; increased physical and chemical durability; and improved surface structure (i.e., relatively free of defects)." (NRC, 1984). |
| Bladed | Long, flat and thin. |
| Blocky or equant | Roughly equidimensional (e.g., boxy). |
| Fibrous | The appearance of clusters of minerals with long aspect ratios, often parallel to one another or radiating, that may or may not be separable. Often used synonymously with terms such as acicular, asbestiform and filiform. |
| Massive | No clear structure or dominant shape apparent. |
| Filiform or capillary | Thread-like appearance. |
| Platy | Sheet-like appearance. |
| Prismatic | Elongate with faceted sides. |
| Tabular | Having a rectangular shape and relatively thin or with moderate thickness. |

Serpentine refers to a subgroup of phyllosilicates that includes about 20 minerals, including antigorite, chrysotile and lizardite (Rakovan, 2011). Serpentine minerals are 1:1 layer silicates. While the chemical formulas may be similar, Figure 2 illustrates how each has a unique crystal structure, making each a distinct mineral. Lizardite tends to most commonly occur as small (micron-scale) platy or elongate mineral




**Figure 2.** *Schematic representations of the serpentine minerals (A) lizardite, (B) chrysotile, and (C) antigorite. Images from Lacinska et al. (2016). Tetrahedral layers are composed of silicon (Si) and oxygen (O), whereas the octahedral layers include magnesium (Mg), O, and hydrogen (H). While compositionally similar, the ways in which atoms are bonded result in varying crystal structures: flat lizardite sheets, cylindrical chrysotile, and modulated antigorite. A small mismatch in the size of the octahedral and tetrahedral sheets in chrysotile results in the mineral's characteristic cylindrical shape.*

grains, antigorite tends to form coarser grained (millimeter-scale) flaky crystals, while chrysotile (serpentine asbestos) forms long hollow scrolls or cylinders with maximum outer diameters on the order of 150 angstroms (~0.015 microns) (Evans, 2004).

Amphibole minerals (Figure 3 [p. 5]) are members of the inosilicates that can exhibit a range of compositions (i.e., solid solution) (Table 2 [p. 6]). Which amphibole(s) are present in a rock (e.g., actinolite or anthophyllite) depend on the chemistry of the rock and its geologic history. Likewise, whether an amphibole is prismatic or asbestiform is strongly dependent on pressure and temperature, volume and composition of fluids and the deformation history of the rock at the time of its formation. Details relevant to these topics are discussed in subsequent sections of this report.

In cases where the amphibole crystal shape is well developed (i.e., prismatic), amphiboles are typically hexagonal in cross-section (Figure 3b). In general, amphiboles have two good cleavages that coincide with the {110} crystallographic planes (labeled in Figure 3b). Figure 3c illustrates how, in cross-section, these cleavage planes intersect in a diamond shape (see also upper left image in Figure 4 [p. 8]) and that the long axis of cleavage fragments are typically parallel to the c-axis of the mineral.[1]

While asbestiform minerals may be called fibrous, fibrous is not exclusively synonymous with asbestiform. The term fibrous is frequently used many ways by scientists, often applied to mineral habits with long aspect ratios that range in form from bladed to acicular to asbestiform (Zoltai, 1978; Ross et al., 2008; Belluso et al., 2017). Several different regulatory definitions also exist and must be distinguished as such (see summary in Wylie and Candela, 2015). For example, elongate mineral particle (EMP) has been employed as a term encompassing all structures with aspect ratios greater than 3:1, and therefore does not discriminate between asbestos and cleavage fragments (Kelse and Thompson, 1989). To further confound the issue, while asbestiform-amphibole-bearing deposits or rock units may contain non-asbestiform amphiboles (e.g., Harper et al., 2015), it is not the case that non-asbestiform (i.e., common) amphibole-bearing rocks inherently contain asbestiform amphiboles.

In this report, I use the term amphibole asbestos to refer to the regulated forms of amphiboles[2] that grow in an asbestiform habit. Non-asbestiform amphiboles refer to all other habits, such as prismatic, acicular, bladed (note that the latter two terms may be used synonymously with fibrous by certain authors). The issue of how amphibole asbestos differs from non-asbestiform amphiboles is further addressed below.


[Figure 3 on next page]


---

[1] Three-dimensional objects are often described using x, y, z coordinates for three mutually-perpendicular axes. Minerals are described in terms of a, b and c axes because these axes have different angular relationships to one another in different crystal systems.

[2] Regulated amphiboles refer to asbestiform riebeckite (crocidolite), cummingtonite–grunerite (amosite), anthophyllite, tremolite and actinolite, for which federal standards exist for occupational exposure or product concentration limits.



**Figure 3.** *Generalized amphibole crystal structure from Nesse (1991).* **a)** *Idealized double chain of tetrahedral (Si, O). The M1, M2, and M3 lattice sites correspond to elements associated with 'Y' as listed in Table 2, which are in octahedral coordination. Octahedral coordination means an atom is bonded with six neighboring elements or groups of elements (6-fold), defining the vertices of an octahedron. The M4 site corresponds to the elements associated with 'X' as listed in Table 2, which are in either octahedral or cubic (8-fold) coordination. The A site is a vacancy (empty site) in the amphibole structure.* **b)** *View down the c-axis of the crystal showing a typical amphibole cross-section (hexagonal). Amphiboles have two perfect cleavages that correspond to the {110} planes, forming diamond shapes in cross-section due to intersections forming ~120° and 60° angles.* **c)** *Three-dimensional view of an amphibole (anthophyllite) with the idealized crystal shape, showing a possible cleavage fragment with diamond-shaped cross-section (top) and long axis parallel to c-axis of the mineral. Another perspective is shown in Figure 4.*

*Table 2.* Chemical formulas for minerals referred to in this report.

| Mineral | Formula |
|---|---|
| Talc | $Mg_3Si_4O_{10}(OH)_2$ |
| *Serpentine Group* | $D_3[Si_2O_5](OH)_4$ |
| | D= Mg, Fe, Ni, Mn, Al, Zn |
| Chrysotile & lizardite; antigorite | $Mg_3Si_2O_5(OH)_4$; $Mg_{48}Si_{34}O_{85}(OH)_{62}$ |
| *Amphibole group* | $AX_2Y_5((Si,Al,Ti)_8O_{22})(OH,F,Cl,O)_2$ |
| | A = □, Na, K, Ca, $Pb^{2+}$ |
| | X = Li, Na, Mg, $Fe^{2+}$, $Mn^{2+}$, Ca |
| | Y = Li, Na, Mg, $Fe^{2+}$, $Mn^{2+}$, Zn, Co, Ni, Al, $Fe^{3+}$, $Cr^{3+}$, $Mn^{3+}$, $V^{3+}$, Ti, Zr |
| | □ = *Vacancy: Empty A site in the amphibole structure* |
| Riebeckite (crocidolite) | $□Na_2(Mg, Fe^{2+})_3Fe^{3+}_2Si_8O_{22}(OH)_2$ |
| Cummingtonite-grunerite (amosite[a]) | $□Mg_7Si_8O_{22}(OH)_2$ to $□Fe^{2+}_7Si_8O_{22}(OH)_2$ |
| Anthophyllite | $□(Mg, Fe^{2+})_7Si_8O_{22}(OH)_2$ |
| Actinolite | $□Ca_2(Mg, Fe^{2+})_5 Si_8O_{22}(OH)_2$ |
| Tremolite | $□Ca_2(Mg, Fe^{2+})_5 Si_8O_{22}(OH)_2$ |
| Quartz | $SiO_2$ |
| Sepiolite | $Mg_4(Si_6O_{15})(OH)_2 \cdot (H_2O)_6$ |
| Forsterite (olivine; Mg-endmember) | $Mg_2SiO_4$ |
| Enstatite (orthopyroxene; Mg-endmember) | $MgSiO_3$ |
| Dolomite | $CaMg(CO_3)_2$ |
| Calcite | $Ca(CO_3)$ |
| Magnesite | $Mg(CO_3)$ |
| Chlorite[b] | $Mg_5Al(AlSi_3O_{10})(OH)_8$ |

[a] *Amosite is the commercial term for amphibole asbestos principally composed of grunerite asbestos, but known to contain small amounts of anthophyllite and actinolite asbestos (see Zoltai (1981) and Wylie (2016) and references therein).*

[b] *Formula here is given for clinochlore, one of the most common members of the chlorite group; $Fe^{2+}$ may substitute for $Mg^{2+}$, grading into the Fe-rich endmember, chamosite.*

### 3.1 Asbestos

Dorling and Zussman (1987) documented four major types of habit exhibited by amphibole minerals, which include "massive, prismatic, finely acicular, and asbestos." Prismatic and acicular habits are most common, and the asbestiform habit is very rare (Zoltai, 1979; Walker and Zoltai, 1979; Nesse, 1991; Klein, 1993; Veblen and Wylie, 1993). Amphiboles are estimated to compose ~2–5% of the Earth's crust (Nesbitt and Young, 1984), making them the fifth-most-abundant mineral. By area, 6–10% of the rock types exposed at the surface in the coterminous United States are amphibole-bearing (Wylie and Candela, 2015). Zoltai (1979) estimates that *less than 1% by volume of all amphiboles* may have crystallized with the asbestiform habit, and Wylie and Candela (2015) estimate that less than 0.1% of amphibole-bearing rock underlying the coterminous United States contain asbestos. The rarity of asbestos indicates that special conditions are required for its formation.[3]

---

[3] Asbestos is most typically found as veins in which fibers grew perpendicular to the host rock walls as "cross fibers" or (sub)parallel to them as "slip fibers" (Zoltai, 1981; Ross and Nolan, 2003; Evans, 2004). Veins, in general, are not

Indeed, amphibole asbestos and cleavage fragments are fundamentally different (Figure 4 [p. 8]). Structural differences internal to amphibole asbestos and non-asbestiform amphiboles include: 1) abundant twinning[4] in asbestos compared to non-asbestiform amphiboles, and 2) abundant subgrains and dislocations[5] in non-asbestiform amphiboles versus none in amphibole asbestos (Zoltai, 1981; Dorling and Zussman, 1987; Veblen and Wylie, 1993). Other key structural differences include the size, shape and surfaces of the grains themselves. When crushed, ground, etc. (communition), asbestos bundles break down into the individual fibrils (or smaller individual fibers), whereas non-asbestiform amphiboles tend to break along {110} cleavage planes. For this reason, the {110} plane is a common surface for (non-asbestiform) amphibole cleavage fragments (Figure 5 [p. 9]). In contrast, several authors have observed that amphibole asbestos fibrils commonly lie on surfaces that correspond to the {100} plane (Wylie, 1979, 2016; Dorling and Zussman, 1987; Brown and Gunter, 2003; Bandli and Gunter, 2014). In other words, amphibole cleavage fragments and amphibole asbestos, despite having the same mineral formula and same basic structure at the smallest scale, form in different ways and have different structural properties that control which crystallographic planes are typically exposed on their surfaces. In turn, because different crystallographic planes host specific elemental sites, which planes form mineral surfaces are significant factors in surface chemistry (Figure 5).

The differences described above influence particle size distributions observed for populations of mineral grains. Harper et al. (2008) demonstrated that width may be the most effective discriminator in size characterization studies of cleavage fragments versus asbestiform amphibole analogs. Fibril widths are typically less than 0.5 microns in diameter (Wylie and Candela, 2015; Wylie, 2016). Zoltai (1981) notes that if "fibers" are observed as single crystals (i.e., not associated with bundles) and have diameters larger than typical fibrils, they are capillary or filamentary crystals; strictly speaking, they are not asbestiform.

A key property of asbestos that made it commercially valuable is its high tensile strength and flexibility. This tensile strength is generally associated with low defect densities of fibril surfaces (Zoltai, 1981). Experiments have demonstrated that chemical resistance is a feature of the asbestiform habit, as explicitly noted in its definition, which is also attributed to the lower number of surface defects compared to non-asbestiform varieties (Walker and Zoltai, 1979; Gualtieri et al., 2018). Imperfections in the crystal structure due to deformation (i.e., dislocations or cleavage breaks) are known to be higher energy sites. Because the system wants to minimize its energy (see discussion of Gibbs free energy on p. 10), deformed regions of a crystal with structural imperfections are prone to faster dissolution rates (e.g., Schott et al., 1989; Lasaga and Lüttge, 2001). High densities of steps and kinks on mineral surfaces also show an effect of increasing dissolution rates (Arvidson et al., 2003). Steps and kinks are known to be common on growth

---

uncommon in nature but asbestos-bearing veins are. The minerals that crystallize in veins and their habits are ultimately controlled by the metamorphic and deformation environment (rock chemistries, pressure, temperature, fluid volume and chemistry, rock strength, stress field). Observations of asbestos crystal surfaces and morphology are consistent with laboratory experiments that indicate asbestos forms by rapid growth in a supersaturated fluid-filled medium (Dorling and Zussman, 1987). The implication is that asbestos nucleates on rock surfaces and grows in fluid fluid-filled fractures or other voids (Evans, 2004; Ross et al., 2008). This association of asbestos with voids, brittle faults, and fractures indicate that, in addition to fluid composition, low temperature and/or pressures conditions are important factors in its formation.

[4] Twinning refers to symmetrical intergrowths within a larger crystal, where mirror images effectively occur across certain planes in the crystal lattice. In amphibole asbestos, twinning occurs along the {100} crystallographic plane shown in Figure 5.

[5] Subgrains are domains within a crystal lattice that are slightly misoriented relative to neighboring domains. They are bound by dislocations, which are analogous to small faults or offsets in the crystal structure.

surfaces of prismatic or acicular amphiboles and their cleavage planes but are not commonly associated with their asbestiform counterparts (Dorling and Zussman, 1987). Furthermore, because cleavage fragments form due to rock deformation, either by tectonic processes or by crushing and grinding, they are likely to dissolve faster. As a result, amphibole asbestos is associated with more chemically resistant Fe-bearing surfaces that can catalyze reactions compared to non-asbestiform amphiboles.



**Figure 4.** *Images comparing amphibole cleavage and cleavage fragments with amphibole asbestos. Upper images show basal cross-section views (i.e., a–b plane in Figure 5). Upper-left image shows well-developed {110} cleavage planes (appearing as dark lines bounding diamond-shaped crystal volumes) seen in polarized light microscopy. Image from:* http://www.science.smith.edu/geosciences/petrology/petrography/hornblende/P1010004.jpg
*Upper-right electron micrograph from Dorling and Zussman (1987) shows fibrils and fiber bundles. Fibrils are typically less than 0.1 microns in width, whereas bundles (example denoted by authors with an "x") are larger clusters with more irregular outlines. Lower images show tremolite cleavage fragments and bundle(s) of tremolite asbestos fibrils taken with scanning electron microscopes (note similar scale of both images). Image on lower left is from* https://usgsprobe.cr.usgs.gov/images/hexagonite.jpg; *(hexagonite is a variety of tremolite). Image on lower right is from* https://usgsprobe.cr.usgs.gov/images/asbestos_2.jpg.



The table within the figure:

| Exposed on | 100 | 010, 100 | 100 | 110, 010, 100 |
|---|---|---|---|---|
| Cation site | M1 ● | M2 ○ | M3 ◉ | M4 ● |
| Anthophyllite | Mg | Mg, Fe²⁺* | Mg | Mg, Fe²⁺* |
| Grunerite (Amosite) | Fe | Fe, Mg* | Fe | Fe, Fe²⁺* |
| Tremolite | Mg | Mg, Fe²⁺*, Fe³⁺* | Mg | Ca |
| Riebeckite (Crocidolite) | Fe, Fe³⁺* | Fe, Fe³⁺* | Fe, Fe²⁺* | Na, Mg* |
| Actinolite | Fe, Mg | Fe, Mg, Fe³⁺* | Fe, Mg | Ca |

*Denotes preferred M site
Details re: Fe²⁺ and Fe³⁺ summarized from Pollastri et al. (2015, 2017)
Cations from Klein and Hurlburt (1993)

***Figure 5.*** *Diagrams depict differences between cleavage fragments and asbestos fibrils in terms of crystallographic planes that form surfaces. I-beams represent the fundamental double-chain strands in amphiboles. Cation sites associated with each surface are shown, which depends on the type of amphibole. Details regarding Fe²⁺ and Fe³⁺ in table summarized from Pollastri et al. (2015, 2017), and cations from Klein and Hurlburt (1993).*

## 4.0 Formation of Talc Deposits: General principles of metamorphism and metasomatism

While talc is a common mineral in a variety of rocks, mineable cosmetic-grade[6] talc deposits are rare and require special conditions for formation. General principles of petrology—the study of the composition, occurrence and origin of rocks—are critical to understanding the formation process described below. For the non-geologist, baking provides a good analogy. That is, what comes out of the oven specifically depends upon: 1) the *composition* of ingredients that are mixed and in what ratios; 2) the *temperature* of the oven; 3) the *time* spent in the oven; and 4) the atmospheric *pressure* (i.e., at sea level vs. high elevation). The science of petrology, therefore, can be thought of as the study of rock recipes. In nature, as in the kitchen, recipes can be scaled and the availability of some ingredients (or another resource, such as time) will be a limiting factor in the volume of desired products that can be made.

Metamorphism is a process in which changes in mineralogy occur when a rock is exposed to temperatures, pressures and/or fluids different from the conditions under which it formed. The concept of metamorphism is critical to understanding the formation of talc deposits and, in the case of the deposits used in Johnson's Baby Powder and Shower to Shower, why asbestos is not associated.

---

[6] Standards for cosmetic-grade talc include ≥ 90% mineralogical purity. (See Fiume et al., 2015).

When geologic conditions change, the atoms in a rock are reorganized into more stable configurations—mineral compositions, structures and assemblages—with a lower energy state. Metamorphism, by definition, involves solid-state chemical reactions that are dependent on the physical movement (diffusion) of chemical elements through a solid medium; fluids may or may not play a role and, generally, melt is absent except at very high temperatures (> 650 °C; 1202 °F). The laws of thermodynamics govern this process. Because metamorphism involves the diffusion of elements through solid crystal structures, lattice site by lattice site, or along grain boundaries, metamorphism typically occurs over geologic timescales (millions of years). High temperatures, the presence of fluids and deformation can enhance diffusion and thus recrystallization rates.

The term protolith refers to the original "parent rock," the bulk composition[7] of which has a primary control over the types and relative abundances of minerals that will comprise an equilibrium assemblage. An equilibrium assemblage is a combination of minerals that has the lowest possible Gibbs free energy[8] given the pressure, temperature and bulk composition of the system. As noted earlier, Gibbs free energy is also associated with structural defects in crystal structures and grain boundary geometries within the rock. The more defects and the more convoluted the geometries, the higher the energy of the system and the higher the driving force for recrystallization. For a given bulk composition, the equilibrium assemblage is a function of the pressure and temperature conditions of metamorphism, often described as metamorphic facies (see Figure 6 and examples in figure caption).

There are three main different types of metamorphism, and they are not mutually exclusive. Regional metamorphism generally occurs during mountain building processes, referred to orogenesis, such as when continents collide. Contact metamorphism occurs more locally, possibly during regional metamorphism, due to juxtaposition of a hot magmatic intrusion with colder wall rocks. Hydrothermal fluids, possibly associated with magmatic intrusions, can also be a driver of metamorphism due to local interactions between hot ion-rich fluids and the wall rocks with which they interact.

The results of metamorphism depend on open vs. closed system behavior. In a closed system, there is no change in the overall composition of the rock, only the rearrangement of atoms into new minerals occurs. The baking analogy is you can only use the ingredients you have on hand in the kitchen. In contrast, in an open system, chemical components may be added or lost by a rock during metamorphism (i.e., you can borrow a cup of sugar or eggs from your neighbor). The metamorphic process can make as much of whatever the conditions allow, until the conditions change, or one of the necessary elements runs out.

The formation of talc deposits is the result of metasomatism, a special case of open-system metamorphism in which the bulk composition of a rock changes due to interactions with fluids and/or the transfer of elements between neighboring rocks. For example: **Rock A + Fluid = Rock B** -or- **Rock A + Rock B = Rock C + Rock D + ...** The degree to which chemicals are exchanged across a rock-fluid or rock-rock boundary and the width of the alteration zone are strongly dependent on temperature, time, the presence of fluids and the intensity of chemical gradients. The process can be further enhanced by deformation.

---

[7] We can define the overall chemistry, or bulk composition, of a rock by major elements (> 2 wt. %), minor elements (2–0.1 wt. %) and trace elements (< 0.1 wt. %).

[8] At a specified pressure and temperature, Gibbs free energy (G) can be defined as $G = H - TS$, where H is enthalpy, S is entropy and T is temperature in degrees Kelvin.



**Figure 6.** *Pressure-temperature diagram modified from Winter (2001) showing in gray the general boundaries of different <u>metamorphic facies</u> (e.g., greenschist facies) that represent conditions under which certain combinations of minerals (i.e., equilibrium assemblages) are stable as a function of a rock's bulk composition. The diagram is appropriate for water-saturated ultramafic rocks (CaO-MgO-SiO$_2$-H$_2$O). For example, burial of rocks during regional metamorphism is typically associated with greenschist–amphibolite-facies metamorphism. Greenschist-facies metamorphism of mafic rocks (e.g., basalt) will tend to result in a mineral assemblage including chlorite + albite + epidote + actinolite + quartz, whereas amphibolite-facies metamorphism of mafic rocks is typically associated with the assemblage hornblende + plagioclase + quartz. Mineral stability fields for the serpentine minerals taken from Evans (2004). Stability field of talc, tremolite and anthophyllite from Winter (2001); see also discussion in section 5.2. The green shaded field shows the general pressure and temperature conditions attending talc ore formation from which Johnson's Baby Powder and Shower to Shower were sourced, as described in the text. Guangxi talc ores formed at greenschist facies, southern Vermont and Fontane talc ores at up to lower amphibolite facies. Note that conditions favoring asbestos formation are generally associated with low-temperature and/or low-pressure conditions (zeolite, prehnite-pumpellyite and hornfels facies).*

### 4.1 A framework for analysis

By integrating observations made in the field and under the microscope with laboratory experiments, petrologists have constrained what minerals will form in a given rock type under different pressure and temperature conditions. Using this knowledge, we can either predict outcomes for different rock types (protoliths) and geologic histories or infer what the protolith and geologic history was based on observations of minerals and textures in rocks in the field and in petrographic thin sections.[9]

Figures 6 and 7 are examples of graphic representations petrologists employ to think about mineral assemblages and metamorphic reactions to constrain rock histories. For example, in Figure 6 above, the brown dashed line shows the stability fields of the different serpentine minerals as a function of pressure and temperature. Chrysotile and lizardite are stable (i.e., have the lowest Gibbs Free energy) at low temperatures, whereas antigorite is the most stable above ~300°C, depending on pressure. If we see chrysotile and lizardite veins in a serpentinite[10], we can infer that those veins formed at low-temperature conditions. Likewise, the green dashed line represents the maximum stability of talc, where it starts to undergo a metamorphic reaction to form anthophyllite + quartz + water. If in a thin section we see talc texturally associated with anthophyllite and quartz, we can infer that the rock records a frozen metamorphic reaction[11] that occurred at granulite-facies conditions, or temperatures ~700°C. This inference would be strengthened if we saw granulite-facies mineral assemblages in neighboring rock types.[12] The yellow field represents the stability field of anthophyllite in ultramafic bulk compositions. Its presence in a rock would testify to the rock having experienced upper-amphibolite or granulite facies conditions. If the maximum metamorphic grade recorded by a suite of rocks is lower amphibolite facies conditions (i.e., maximum temperature is less than ~650°C), ultramafic rocks in that suite of rocks would not contain anthophyllite; they would instead contain tremolite.

Figure 7 shows a chemographic projection, which is basically a graphical expression of the proportions of chemical components in rocks and the minerals that comprise them. To use a chemographic projection, we need to decide what our most important ingredients are. For carbonate and ultramafic rocks, the key chemical components are $CaO$, $SiO_2$, and $MgO$, and they are assigned to the three apices of the triangle. We need to consider fluids such as water ($H_2O$) and carbon dioxide ($CO_2$) and decide if they are abundantly available or are a limited resource. In the case of Figure 7 and the discussion that follows, the premise is that they are freely available to participate in reactions.

To plot a mineral or rock on the chemographic diagram, one must first determine the relative proportions of the chemical components. The mineral quartz (Qtz), $SiO_2$, plots at the $SiO_2$ apex. In this case, the mineral shares the same formula as the chemical component and 100% of the chemical composition of quartz is $SiO_2$. In the case of talc (Tlc), which has the formula $Mg_3Si_4O_{10}(OH)_2$, the chemical proportions are 3 MgO to 4 $SiO_2$ to 1 $H_2O$. Since water is ignored in the plotting scheme, we normalize the other chemical components to 100% and talc is plotted as 43% MgO and 57% $SiO_2$, therefore lying in that relative position

---

[9] A standard thin section is a polished 30-micron slice of a rock that can be examined using polarized light microscopy (petrographic microscope).

[10] Serpentinite is a rock predominantly composed of serpentine minerals.

[11] Metamorphic reactions can be preserved in rocks for a variety of reasons. For example, a chemical component might be limited ("runs out") or because of the timescales needed for reactions to go to completion, exceed the timescale of metamorphism.

[12] Petrology is effectively a forensic science, and for this reason petrologists work with suites of rocks rather than a single specimen.

on the line connecting the MgO and $SiO_2$ apices. The mineral tremolite (Tr), $Ca_2Mg_5Si_8O_{22}(OH)_2$, has the relative proportions (ignoring water) of 2 CaO to 5 MgO to 8 $SiO_2$, or 13.3% CaO, 33.3% MgO, and 53.3% $SiO_2$. Therefore, tremolite plotted based on these proportions lies closest to the $SiO_2$ apex, next closest to the MgO apex, and farthest from the CaO apex.





*Figure 7.* Chemographic diagrams for the $CaO-SiO_2-MgO$ chemical system for calcareous and ultramafic rocks modified from Winter (2001). Plot on left-hand side shows where rocks and minerals plot based on their chemical composition. Because of solid solution (e.g., the ability for Fe to replace Mg in a crystal structure), mineral positions may vary slightly due to actual mineral composition. Here, actinolite plots with tremolite because this simplified plotting scheme does not account for Fe. Abbreviations are as follows: Qtz = quartz, Act = actinolite, Tr = tremolite, Sep = sepiolite, Tlc = talc, Ath = anthophyllite, En = enstatite, Atg = antigorite, Fo = Forsterite, Bru = brucite, Mag = magnesite, Per = periclase, Dol = dolomite, Cal = calcite, Wo = Wollastonite and Di = diopside. Diagram in upper-right illustrates examples of changes in bulk composition due to metasomatism (open system metamorphism) resulting in the formation of high-purity talc deposits. See section 4.1 for discussion.

One can plot rocks on a chemographic diagram based on their bulk composition as well as the combinations of minerals resulting from metamorphic processes. The mineralogy of the rock, including the relative proportions of minerals, must obey the rules of mass balance. That is, the relative proportions of the minerals must be consistent with the bulk composition. For example, the purple star shows a typical bulk composition of an ultramafic rock, an Mg-rich rock derived from Earth's mantle, that is composed of the minerals forsterite (Fo) and enstatite (En) (Table 2). During metamorphism, if the system is closed, no change in bulk composition occurs because no chemical components are added or lost from the system— that is except for water, which is freely available in this case. Metamorphism of ultramafic rocks in the presence of water at temperatures below ~500°C (~932°F) results in the formation of serpentine minerals[13], typically antigorite or lizardite depending on the temperature and pressure of metamorphism (Figure 6). Note that the mineral antigorite (Atg) plots very close to the purple star, as would lizardite. Based on the starting bulk composition, metamorphism in the presence of water would transform the ultramafic rock almost completely to antigorite at greenschist-facies conditions (~350–500°C; Figure 6), but there would have to be a little residual forsterite left in the rock because the bulk composition is richer in MgO than the mineral formula for antigorite (i.e., the excess MgO is manifest in preservation of some

---

[13] This transformation of ultramafic rocks into a serpentine-dominated mineralogy is called serpentinization.

of the original olivine). Because calcium is an essential chemical component in the tremolite, we would not predict any tremolite to form during metamorphism given the bulk composition of the ultramafic rock as defined in this example.

In the case of an open system, where chemicals other than $H_2O$ or $CO_2$ may be added or lost due to chemical exchange between rock units or the introduction of silica-rich fluids via shear zones, faults or fractures, a talc deposit may form. For this to occur, a significant amount of $SiO_2$ must be added to the ultramafic rock system, ultimately shifting the bulk composition of the rock represented by the purple star to the position of talc (Tlc) on the graph (Figure 7). Likewise, in the case of a carbonate-rich (Cal ± Dol) protolith, $SiO_2$ and MgO must be added to the system to make a high-purity talc deposit.

The above principles highlight the fact that, while talc is a common metamorphic mineral in metamorphosed ultramafic and carbonate rocks, mineable high-purity talc deposits are the result of rare instances of rather extreme metasomatism, in which the bulk composition of a protolith is changed to something effectively matching (or very close to) the talc mineral composition.

### 5.0 Evaluation of talc mines used in Johnson's Baby Powder and Shower to Shower

Because each talc deposit is unique, an overview of the formation of talc deposits mined for use in Johnson's Baby Powder and Shower to Shower follows for the Fontane (Italy), southern Vermont and Guangxi (China) mines.

### 5.1 Sources of data

For the summaries and opinions provided below, I relied on peer-reviewed, published scientific literature and the examination of *primary sources* of data and observations. I emphasize the latter because, as discussed below (e.g., Section 5.3), there has been a lot of misinformation. Articles relating to the specific mines from which talcum powders were derived are somewhat sparse. In all cases, I integrated regional studies to understand the broader context and metamorphic conditions associated with the formation of the talc deposits. My examination of reports outside of the peer reviewed literature was very limited. For Guangxi talc ores, I used company documents (e.g., IMERYS413792) to find descriptions of geologic formation names and locations, and then used that information to search the peer-reviewed literature for relevant articles. This also facilitated assessing consistency between company reports and published findings.

In the case of both the southern Vermont talc mines and Fontane talc mines in Italy, I examined reports by Dr. Pooley[14] from the Department of Mineral Exploration at University College Cardiff in Wales. In my professional opinion, Dr. Pooley's reports are important records of data and observations that augment and are consistent with the published literature. Dr. Pooley sampled not only the talc ores, but representative samples of rock types included in and adjacent to the ore bodies. This sampling strategy is consistent with that required to understand the talc ores in the context of a geologic system and assess the potential for asbestos contamination. Based on my expertise, I focused on his petrographic thin section observations (polarized light microscopy) from which one can identify major, minor, and accessory minerals, their habits and their textural relationships (e.g., intergrowths, replacement textures, deformation at the microscale). I found his electron microscopy and X-ray diffraction data results to be consistent with the petrographic descriptions and photomicrographs.

---

[14] The report titles include: *Talc Product Safety and Purity Project: 1. Talc Ore Sampling – Fontane Mine – Italy; Report of Italian Mine Samples J & J.; Report of the Examination of Rock Samples from the Vermont Mine.*

The summaries provided below emphasize findings from the published literature, noting consistency between the published data and that in the industry reports examined.

### 5.2 Talc from the Fontane talc mines, Val Germanasca, Italy

The Fontane Talc Mine workings are in Val Germanasca in the Pinerolo district of the Torino province of Italy. Cadoppi et al. (2016), Sandrone et al. (1990) and Sandrone and Zucchetti (1988) indicate that the Fontane talc bodies are embedded within a pre-Carboniferous (i.e., older than ~355 million years) polymetamorphic complex of the Dora Maira Massif (southern blue map unit in Figure 8). The talc ores are associated with layers of schist, marble, and gneiss (Del Greco and Pelizza, 1984; Cadoppi et al., 2016), corresponding to metamorphosed mudstone, limestone and basalt, respectively. The talc ore bodies are of high purity and confined to a sheet-like body with local impurities that include lenses of carbonate or schist of varying size (Del Greco and Pelizza, 1984; Sandrone and Zucchetti, 1988). Cadoppi et al. (2016) report that the processes leading to Fontane Talc mineralization are still debated. The talc formation is hypothesized by some to have resulted from regional metamorphism of an Mg-rich clay horizon such as sepiolite (Table 2; Figure 7) (Sandrone and Zucchetti, 1988). However, juxtaposition of carbonate rocks, schists, and metabasalts (the prefix "meta" means metamorphosed ) as layers that host the talc ores, and the inclusion of these rock types locally within the talc ores, are consistent with a metasomatic origin (i.e., metasomatism of a carbonate rock to a talc ore; Figure 7).



**Figure 8.** Map showing location of the Fontane talc mineralization (yellow dots) from Cadoppi et al. (2016). The Fontane talc mines (FTM) are hosted within the old, poly-metamorphosed continental crust of the Dora Maira unit. Note that this suite of rocks (blue) are in a different geologic unit than the ophiolite (oceanic crust and mantle) units (light and dark green), where asbestos has been documented. The tectonic juxtaposition of these map units post-dates the formation of the talc (see discussion in text).

The high-purity Fontane talc deposits formed early in the geologic history of the rocks and have been geologically stable since their formation. Integrated studies of metamorphism and deformation recorded by the talc ores and their host rocks indicate a complex polymetamorphic history in which the talc ores formed prior to the Cenozoic Alpine orogeny (i.e., the talc formed greater than ~60–35 million years ago) (Gasco et al., 2011; Cadoppi et al., 2016). Gasco et al. (2011) demonstrate that the rocks hosting the Fontane talc deposits, and thus the talc deposits themselves, never exceeded temperatures of ~575°C during the Alpine phases of metamorphism. This is important because studies have shown that talc, once formed, is stable up to at least 650°C (1202°F) and as high as 800°C (1472°F) depending on pressure (e.g., Pawley and Wood, 1995; see also Sandrone and Zucchetti, 1988, and references therein; Figure 6).

The formation and location of asbestos and talc in the western Alps are clearly separated in both space and time. Asbestos is well-documented in ophiolite (sections of oceanic crust and upper mantle, mainly mafic and ultramafic rocks) units in the Piemonte zone (Labagnara et al., 2013). However, the talc ore bodies have no relationship to the ophiolites nor any direct geologic contact with them. The juxtaposition of the ophiolites (green units) and the Dora Maira massif (blue unit) that hosts the talc ores is the result of the Alpine orogeny, which postdates the formation of the talc ores by hundreds of millions of years. While tremolite[15] is documented in the literature in some rock types adjacent to talc ores, and occasionally found in rock fragments included within the talc ore bodies (Sandrone and Zucchetti, 1988; Cadoppi et al. 2016), there are no reports of asbestos associated with rock units in the Fontane talc mines in the published, peer-reviewed literature (nor detections of it in tests of Fontane mine-derived talcum powders; e.g., Marconi and Verdel, 1990).

The minerals and textures reported by Dr. Pooley for samples of the Italian mines are consistent with the geologic data and metamorphic histories documented by the publications cited above. Dr. Pooley examined more than 40 rock samples from a variety of rock types adjacent to the talc ores, as well as the talc ores themselves and specimens discarded during the screening stage. No asbestos or asbestiform minerals are reported. The only amphibole(s) observed are non-asbestiform calcic amphiboles, principally tremolite. The tremolite documented is prismatic, coarse-grained and bladed, occurring in surrounding rock types (his samples I19, I32, I35), which are locally found as rock inclusions in ore bodies. Only one talc ore sample revealed tremolite found as long prismatic inclusions in garnet (sample I41). (See JNJTALC000165964; JNJTALC000347819).

In summary, the Fontane talc mines are hosted within a metamorphosed suite of crustal rocks including mudstone, carbonate and basalt protoliths. Based on the rock-type associations, the talc ores formed from metasomatism of carbonate rocks juxtaposed with Si-rich metasedimentary and Mg-rich metabasalts (in the presence of $H_2O$ and $CO_2$) at temperatures up to ~575°C. In contrast to plaintiffs' experts' claims, there is no record of asbestos having formed in these rocks; the geologic conditions were unfavorable. Rather, the occurrence of asbestos in the region is associated with unrelated and spatially distinct ophiolite units.

### 5.3 Talc from southern Vermont, USA

The Vermont talc mines used for Johnson's Baby Powder and Shower to Shower are near Ludlow, Vermont (Figure 9). These talc deposits formed via metasomatism during the Acadian orogeny (Late Devonian, ~380–360 million years ago) at the interface between Mg-rich ultramafic (mantle derived) rocks juxtaposed with Si-rich metasedimentary rocks (Chidester et al., 1951; Cady et al., 1963; Sanford, 1982;

---

[15] Non-asbestiform tremolite.

Robinson et al., 2006). This metasomatic process is like that described in section 4.1 (i.e., metasomatism of ultramafic rock to talc). The age of the deposits was originally deduced from correlation of the foliations(s) exhibited by the talc deposit with those documented regionally, resulting from deformation during the Acadian orogeny.



*Figure 9.* Location of talc mines in the Ludlow region of southern Vermont. Talc for Johnson's Baby Powder and Shower to Shower came from the Hammondsville, Hamm and Argonaut mines. The Frostbite mine is also discussed in the text. The mines are associated with ultramafic rock units distributed within the Moretown Formation along the northern and western edges of the Chester Dome. Bedrock Geologic Map of Vermont from Ratcliffe et al. (2011). The complete version of this map, including the detailed index of rock units and map symbols, can be found here: https://dec.vermont.gov/geological-survey/publication-gis/VTrock.

The most authoritative publication on the petrologic processes that control the formation of talc deposits associated with ultramafic bodies in southern Vermont is Sanford (1982). While Sanford (1982) did not study the Ludlow area deposits specifically, his case studies from Vermont and Massachusetts provide excellent context. Considered a classic, this work provides the basis for metamorphic petrology textbook discussions of the formation of talc deposits via metasomatism (e.g., Winter, 2001). Sanford's (1982) description of the Newfane quarry is an analog for the mines that produced cosmetic-grade talc based on the similarity in metamorphic conditions. Figures 10 and 11 show a chemographic diagram for the Frostbite mine in the Ludlow area as well as schematic representations of the mineralogical zonation resulting from metasomatism along the contact between an ultramafic body and metasedimentary country rocks. The diagram shown in Figure 11 is based on the Newfane quarry, located ~23 km (~14 mi) south of the Hamm mine and positioned similarly along the margin of the Chester dome. Depending on the bulk composition of the rock and the metamorphic grade, the amphiboles of note in rocks immediately adjacent to the talc ore are either actinolite or tremolite, with anthophyllite present only at the highest metamorphic grades (Sanford, 1982). More specifically, anthophyllite is predicted to form at T ≥ 650°C (1202°F; Figure 6), or upper amphibolite-facies conditions (Johannes, 1968). Such conditions are known to have been experienced in the core of the Chester Dome. Positioned along the flanks of the dome, the Hammondsville, Hamm and Argonaut Mines experienced *maximum* metamorphic conditions up to lower amphibolite-facies (T ≤ 600°C, or 1112°F) conditions based on the mapping of isograds[16] in Doll et al. (1961) and Karabinos et al. (2010); therefore, amphiboles in the suite of rocks present at these mines are most likely either tremolite or actinolite, depending on the bulk composition (actinolite in more Fe-rich bulk compositions).[17] The Hammondsville mine is documented by Gillson (1927) and Chidester et al. (1951). These authors noted coarse flaky talc, a lack of serpentinite, and only localized masses of actinolite, which would be derived from blackwall, or the margin of the silica-rich metasedimentary rocks juxtaposed with the ultramafic bodies (i.e., the edges of the mineable talc deposit).

As noted previously, Dr. Pooley sampled a variety of representative rock types in the southern Vermont mine. Data and observations presented in Dr. Pooley's report for the southern Vermont talc mine are consistent with Sanford's (1982) findings for the talc zone formation in rocks of the Newfane quarry, which experienced similar metamorphic pressures and temperatures as the Ludlow area mines. Pooley documented no asbestos and found actinolite present only locally (sample V9) at margins of the talc bodies. The actinolite shown in Pooley's photomicrograph is coarse-grained and prismatic, not asbestiform. The suite of minerals observed in the country rocks is consistent with those described above and shown in Figure 11. Dr. Pooley's data are also generally consistent with the findings of Robinson et al. (2006) for the Frostbite Mine—although the latter does not report any amphiboles.

[Figure 10 on next page]

---

[16] Isograds are contours of equal metamorphic grade (i.e., demarcations of rocks that record similar pressures and temperatures of metamorphism based on their mineral assemblages).

[17] Note that other biopyriboles (Thompson, 1978; Bozhilov, 2013) have been documented as a function of bulk composition and metamorphic history. For example, at the Newfane locality, the thin epidote zone on the margins of the talc deposit shown in Figure 11 is known to contain intergrowths of hornblende, cummingtonite, and biotite interpreted to represent frozen metamorphic reactions (Sanford, 1982).



**Figure 10. a.)** *Chemographic diagram for the Frostbite Mine modified from Robinson et al. (2006). The diagram illustrates the chemical exchange between Mg-rich ultramafic rock and the Si-rich metasedimentary country rocks that resulted in the formation of talc deposits and accounts for a slightly different chemical system than that in Figure 7. Migration of $SiO_2$ from the country rocks (pelite, or mudstone, is the sedimentary protolith) into the partially serpentinized ultramafic body moved its bulk composition towards talc to form the talc deposit. Migration of MgO from the ultramafic body into the country rocks moved that bulk composition towards chlorite to form the chlorite-rich blackwall zone. These metasomatic reactions created mineralogical zoning schematically shown in b.* **b.)** *Schematic diagram from Winter (2001) showing the idealized mineral zonation resulting from metasomatic reactions between ultramafic pods or lenses and metapelites during regional metamorphism.*

[Figure 11 on next page]

19



**Figure 11.** *Diagram depicting mineralogical zonation resulting from metasomatism of an ultramafic body in contact with metasedimentary rocks. The X axis is distance measured in outcrop and the Y axis is modal percent, or the relative proportion of each mineral depicted or listed in the graph. The original contact between the ultramafic rocks and the metasedimentary rocks corresponds to 0 cm along the X axis; negative distance is associated with distance into the ultramafic body and positive distance is into the country rocks. Chemical fluxes (i.e., diffusion of Si into ultramafic body from the country rock), due to strong compositional differences between the rock types, are shown by the arrows at the top of the figure. The redistribution of chemicals and the recrystallization of the rocks results in the formation of distinct mineralogical zones during regional metamorphism. The diagram depicts the blackwall zone, which is the chlorite-rich zone (± actinolite) on the country rock-side of the lithologic contact. "Chr-Mt-Her ss" is chromite-magnetite-hercynite solid solution; "Chl + Ep + Hbl + Bt + Ab + Ttn + Ap" is the general country rock mineral assemblage of chlorite + epidote + hornblende + biotite + albite + titanite+ apatite, which is indicative of epidote-amphibole-facies metamorphism.*

Regional studies are clear that asbestos formation in Vermont occurred during a different tectonic cycle and under different metamorphic conditions than talc ore formation (~60 to 100 million years prior). Hess (1933) studied the occurrence of chrysotile asbestos in ~150 ultramafic bodies in the Appalachians from Alabama to Newfoundland, including those in Vermont, noting that in the bodies associated with talc deposits 1) serpentinization always preceded steatization[18] and 2) that the chrysotile veins were

---

[18] Steatization is a term used in the literature for the formation of talc-carbonate rocks from metasomatism, with the talc-carbonate rock sometimes being referred to as steatite or soapstone.

associated with the older serpentinization event and were limited spatially to the ultramafic body (i.e., were never found in the country rocks). Similar conclusions were made by Chidester et al. (1951), a study specific to Vermont talc, as well as Chidester et al. (1978). The latter study was specifically focused on the asbestos-bearing rocks around Belvidere Mountain in the northern Vermont talc belt. More recent work by Honsberger and Laird (2018) modeled the metamorphic histories of the Stockbridge and Belvidere ultramafic bodies and concluded there were two distinct events: 1) an earlier phase of metamorphism during which serpentinization occurred in the presence of $H_2O$ (with chrysotile asbestos forming locally in the latter stages of this event); and 2) a later event associated with steatization in the presence of $H_2O$ and $CO_2$-bearing fluids. In other words, all publications are consistent that talc ore formation was unrelated to the formation of asbestos and occurred under different metamorphic conditions.

There are limited publications implying that asbestos is commonly associated with the ultramafic rocks in the southern Vermont talc belt (Van Gosen et al., 2006). I have reviewed these papers and detail my professional opinion and findings below.

Van Gosen (2006) summarized reported asbestos deposits in the northeastern United States. Of the 22 localities listed in Vermont, the reports are mainly of chrysotile, with amphibole asbestos being much more limited. In southern Vermont, there are five reported asbestos localities, none of which were mined for talc for Johnson's Baby Powder and Shower to Shower, that can be considered generally in the vicinity of the Ludlow area mines:

1) The Five Corners Mine is located ~11 km (~7 mi) WNW of the nearest cosmetic-grade talc deposit at the Hammondsville Mine. There, tremolite asbestos is stated to occur in ultramafic rocks hosted in the Ottauquechee Formation based on Perry (1929). However, the report of asbestiform tremolite in Perry (1929) is tenuous because the description of the minerals is not consistent with the definition of asbestiform in Table 1. I found a brief reference to chrysotile in the Five Corners Mine in Chang et al. (1965), but this was not included in the Van Gosen (2006) summary; nor have I found any citations that corroborate this finding. I also note the country rocks that host the ultramafic rocks at the Five Corners Mine are a distinctly different geologic formation than those hosting the cosmetic-grade deposits used in Johnson's Baby Powder and Shower to Shower, which are hosted in the Moretown Formation (i.e., they are a different belt of rocks with a different tectonic history).

2) The Bridgewater Hill occurrence is cited as reported in Perry (1929). It is ~19 km (~12 mi) NW of the Hammondsville Mine. Perry (1929) only states that "asbestos" was found as a loose piece of rock in a pasture, but the specific mineralogy and/or context of its geologic occurence is unknown. The country rock at this location is the Ottauquechee Formation, similar to that above for the Five Corners Mine.

3) Van Gosen (2006) notes a chrysotile occurrence in the Ludlow area, approximately ~2.4 km (~1.5 mi) NE of the Argonaut Mine, citing Chidester and Shride (1962) as cited in Van Gosen (2006). However, Chidester and Shride (1962) present no primary data or observations, and only cite Chidester et al. (1951) as their source. At issue here is the fact that Chidester et al. (1951) do not report any location information for their general report, making this reported locality impossible to evaluate.

4) Van Gosen (2006) indicates chrysotile is found in association with the Dover ultramafic body, which is ~27 km (~17 mi) SSE of the Hamm Mine. However, this occurrence is attributed to Chidester et al. (1951) and Chidester and Shride (1962). As noted above, the latter cites the former as its source of information and, once again, there is no documentation of asbestos in the Dover ultramafic body in Chidester et al. (1951).

5) The Chester Talc Mine, or Carlton Quarry, is listed in Van Gosen (2006) as an anthophyllite asbestos and possibly actinolite asbestos locality. The quarry is located ~10 km (~6 mi) NNE of the Hamm Mine and ~11 km (~7 mi) SSE of the Argonaut Mine. Again, Chidester et al. (1951) is cited as a source by Van Gosen (2006) but does not report asbestos at any specific locality. Another cited source, Gillson (1927), describes talc quarried here as low grade and suitable for some industrial purposes only. Two types of talc are noted: coarse flakes and fibrous pseudomorphs of actinolite; no asbestos is reported. Phillips and Hess (1936) describes needles of actinolite (i.e., acicular actinolite), some pseudomorphed by talc, but no asbestos. The occurrence of anthophyllite is summarized in Veblen and Burnham (1978). These authors describe complex intergrowths in the blackwall zone on the margin of the talc deposit where anthophyllite is replaced by intergrowths of chesterite, jimthompsonite, clinojimthompsonite and talc. Thus, the amphibole asbestos reported in Van Gosen (2006) is more consistent with '"transitional" phases' of Kelse and Thompson (1989) rather than amphibole asbestos. The predominance of anthophyllite at this locality is consistent with the location's position relative to mapped isograds (Doll et al., 1961; Karabinos et al., 2010), placing it at a higher metamorphic grade (higher temperature) than the cosmetic-grade deposits historically used in Johnson's Baby Powder and Shower to Shower.

In short, the sources cited by Van Gosen (2006) as documenting asbestos occurrences in southern Vemont do not actually report asbestos at any specific locality, are based on ambiguous terminology and/or are inconsistent with other reports and publications. As noted in Bain (1942), while talc associated with ultramafic bodies in Vermont is common, only about a third of these occurences are associated with "some fibrous magnesian mineral." In other words, asbestos may occur locally, but is not ubiquitous to talc-bearing ultramafic rocks.

Plaintiffs also rely on the Blount (1991) paper, but that is problematic in several ways. The data upon which the conclusions are based are not presented, only interpretations. This would/should preclude publication in any reputable scientific journal because there is no way to evaluate or reanalyze the data, such as employing other plotting methods that have been determined to be more meaningful discriminators of asbetos versus cleavage fragments when looking at large populations of data (e.g., Wylie, 2016; Chatfield, 2018). Additionally, the methodology implied in Blount (1991) indicates Dr. Blount only counted particles with aspect ratios ≥ 3:1 (as opposed to what is implied in Figure 6 from Blount (1991) for 'Talc I'), whereas the frequency diagrams in Campbell (1977) include aspect ratios < 3:1. This effectively renders the comparison of the datasets incorrect, as it would impact binning intervals thus the frequency distributions. Furthermore, it is not clear how the "tremolite" particle in Blount (1991) Figure 5, presumably representing tremolite asbestos from Sample I, was determined to be tremolite. At a minimum, the refractive index used (1.584) would not distinguish tremolite from other amphiboles present (Crane, 1992) or other trace minerals with appropriate densities that could have been concentrated by Blount's heavy liquid separation method.  And finally, even Dr. Blount has questioned whether Sample I actually even came from Vermont.[19]

Overall, there are no data or observations, nor any petrologic argument, to support any claim of asbestos in the talc ores used in Johnson's Baby Powder and Shower to Shower from southern Vermont. The plaintiffs' experts' reports fail to make the distinctions between some talc formed during serpentinization driven by hydration of the ultramafic rocks, in which chrysotile formed locally under low-temperature (< 300°C) conditions, and talc ores that formed much later via metasomatism (in the presence of $H_2O$ *and* $CO_2$) at medium pressure and higher temperatures (~500–600°C). They also accept at face value

---

[19] Deposition of Alice M. Blount, Ph.D. in Gail Lucille Ingham and Robert Ingham, et al., v. Johnson & Johnson, et al., April 13, 2018, 52:9–53:21.

generalizations about the association of talc and amphibole asbestos made by Van Gosen et al. (2004) that are not representative of the talc ores mined for Johnson's Baby Powder and Shower to Shower, and fail to understand the details of the local and regional geology. The latter is apparent from 1) their assumption that all ultramafic rock bodies in Vermont have the same origin and similar history and 2) failure to recognize the complex distribution of rocks of differnet metamorphic grade resulting from multiple tectonic events.

### 5.4 Talc from the Guangxi Province in China

Little information is available in the peer-reviewed published literature on the talc deposits in the Guangxi Province in China. The geology of the Longsheng County talc mines of interest (Jizhua, Tongzishan, Guping and Shanglang mines) is deduced from Li (1979), Yao et al. (2016) and Zhao et al. (2018). The talc deposits are hosted in dolomitic marbles of the Hetong Formation in the Danzhou Group (Figure 12), which also includes metamorphosed sandstones and mudstones intercalated and intruded by mafic igneous rocks.



**Figure 12.** Geologic map from Yao et al. (2016) showing location of Jizhua (yellow dot) in Longsheng County, Guangxi Province, China. Talc deposits used in Johnson's Baby Powder and Shower to Shower are within the Danzhou Group.

23

Based on U-Pb zircon radiometric age constraints, the Danzhou Group was deposited sometime in the Neoproterozoic in a rift environment (Yao et al., 2016). Metamorphic mineral assemblages in the mafic rocks (e.g., albite, actinolite) indicate that the maximum grade of metamorphism experienced by the Danzhou Group hosting the talc deposits is greenschist-facies (medium pressure and maximum temperatures up to ~500°C; Figure 6). The talc deposits are spatially associated with thrust faults, including ductile shear zones, that formed during a collisional orogeny ~490–400 million years ago (Zhao et al., 2018). Deformation and metamorphism in the presence of Si-rich and $H_2O$ and $CO_2$-bearing fluids facilitated metasomatism of the dolomitic marbles adjacent to the metabasalts to form the high-purity talc deposits (Li, 1979; Yao et al., 2016). Modeling of the metamorphic reactions indicates that some Mg needed to form the high-purity talc ores was supplied by the mafic rocks adjacent to the ore bodies (Li, 1979).

The descriptions of the geology and conditions of metamorphism in the published literature are consistent with that in the IMERYS413792 report for the Jizhua, Tongzishan, Guping, and Shanglang mines. While non-asbestiform tremolite and actinolite are reported in metabasalts (spillite) adjacent to the talc deposits by Li (1979) and IMERYS413792, respectively, none of the sources cited above detail any asbestiform minerals associated with the Longsheng talc deposits in the Danzhou Group, and there is no petrologic reason to predict the presence of asbestos.

**6.0 Conclusions**

Based on my knowledge of petrologic systems, extensive searching and evaluation of the published scientific literature, and examination of limited industry reports, it is my opinion to a reasonable degree of scientific certainty that the cosmetic talc sources used for Johnson's Baby Powder and Shower to Shower were limited to mines that were free of asbestiform minerals. Overwhelmingly, the data I have evaluated and described above weighs in favor of the conclusion that there is no scientific merit to any claims of asbestos in the cosmetic talc ores utilized. Based on reviews of the geology associated with the mines and the pressure and temperature histories recorded by the rocks, the amphiboles found in Johnson's Baby Powder and Shower to Shower derived from the Fontane, southern Vermont, and Guangxi talc mines would be incidental cleavage fragments from non-asbestiform amphiboles (i.e. prismatic or acicular), most likely derived from the margins (blackwall zones) of the talc deposits. Any such cleavage fragments are, in general, much less chemically-resistant and have different surface chemistries from their asbestiform counterparts, for which other distinctive properties include flexible bundles of fibrils with high tensile strength.

**References Cited**

Andreozzi, G. B., Pacella, A., Corazzari, I., Tomatis, M., & Turci, F. (2017). Surface reactivity of amphibole asbestos: a comparison between crocidolite and tremolite. *Scientific Reports*, *7*(1), 14696.

Arvidson, R. S., Ertan, I. E., Amonette, J. E., & Luttge, A. (2003). Variation in calcite dissolution rates: A fundamental problem? *Geochimica et cosmochimica acta*, *67*(9), 1623-1634.

Bain, G. W. (1942). Vermont talc and asbestos deposits. *Ore deposits as related to structural features. Princeton University Press, Princeton, New Jersey*, 255-258.

Bandli, B. R., & Gunter, M. E. (2014). Scanning electron microscopy and transmitted electron backscatter diffraction examination of asbestos standard reference materials, amphibole particles of differing morphology, and particle phase discrimination from talc ores. *Microscopy and Microanalysis*, *20*(6), 1805-1816.

Belluso, E., Cavallo, A., & Halterman, D. (2017). Crystal habit of mineral fibres. In *Mineral Fibres: Crystal Chemistry, Chemical-Physical Properties, Biological Interaction and Toxicity* (Vol. 18, pp. 65-109). European Mineralogical Union-EMU Notes in Mineralogy.

Blount, A. M. (1991). Amphibole content of cosmetic and pharmaceutical talcs. *Environmental health perspectives*, 94, 225.

Bozhilov, K. N. (2013). Structures and microstructures of non-classical pyriboles. *EMU Notes Mineral*, 14, 109-152.

Brown, B. M., & Gunter, M. E. (2003). Morphological and optical characterization of amphiboles from Libby, Montana USA by spindle stage assisted-polarized light microscopy. *The Microscope*, *53*(3), 121-140.

Buzon, M. E. (2016). *Talc characterization: A provenance study*. University of Idaho.

Cadoppi, P., Camanni, G., Balestro, G., & Perrone, G. (2016). Geology of the Fontane talc mineralization (Germanasca valley, Italian Western Alps). *Journal of Maps*, *12*(5), 1170-1177.

Cady, W. M., Albee, A. L., & Chidester, A. H. (1963). *Bedrock geology and asbestos deposits of the upper Missisquoi Valley and vicinity, Vermont* (No. 1122-B). US Geological Survey.

Campbell, W. J. (1977). Identification of selected silicate minerals and their asbestiform varieties. *National Bureau of Standards, Special Publication*, 506, 201-221.

Chang, P. H., Ern, H. Jr., Thompson, J.B. Jr. (1965). *Bedrock geology of the Woodstock quadrangle, Vermont,* 65 p., 2 plates.

Chatfield, E. J. (2018). Measurement of elongate mineral particles: What we should measure and how do we do it? *Toxicology and applied pharmacology*, 361, 36-46.

Chidester, A. H., Albee, A. L., & Cady, W. M. (1978). *Petrology, structure, and genesis of the asbestos-bearing ultramafic rocks of the Belvidere Mountain area in Vermont* (No. 1016). US Govt. Print. Off.

Chidester, A. H., Billings, M. P., & Cady, W. M. (1951). *Talc Investigations in Vermont Preliminary Report*. US Geological Survey.

Chidester, A. H., and Shride A. F. (1962). *Asbestos in the United States*, US Geological Survey. 12 pp.

Crane, D. T. (1992). *Polarized Light Microscopy of Asbestos*. Branch of Physical Measurements and Analysis OSHA Salt Lake Technical Center, Salt Lake City, Utah. Revised in 1995. https://www.osha.gov/dts/sltc/methods/inorganic/id191/id191.html

Del Greco, O., & Pelizza, S. (1984). The underground Fontane Talc Mine: main characteristics of the deposit and exploitation methods. *Bollettino dell'Associazione Mineraria Subalpina*, *21*, 85-92.

Doll, C. G., Billings, M. P., Cady, W. M., & Thompson, J. B. (Eds.). (1961). *Centennial geologic map of Vermont*. Vermont Geological Survey, Vermont Development Department.

Dorling, M., & Zussman, J. (1987). Characteristics of asbestiform and non-asbestiform calcic amphiboles. *Lithos*, *20*(6), 469-489.

Evans, B. W. (2004). The serpentinite multisystem revisited: chrysotile is metastable. *International Geology Review*, *46*(6), 479-506.

Fiume, M. M., Boyer, I., Bergfeld, W. F., Belsito, D. V., Hill, R. A., Klaassen, C. D., ... & Snyder, P. W. (2015). Safety assessment of talc as used in cosmetics. *International journal of toxicology*, 34(1_suppl), 66S-129S.

Gasco, I., Borghi, A., & Gattiglio, M. (2011). P–T Alpine metamorphic evolution of the Monte Rosa nappe along the Piedmont Zone boundary (Gressoney Valley, NW Italy). *Lithos*, *127*(1-2), 336-353.

Gillson, J. L. (1927). Origin of the Vermont talc deposits, with a discussion on the formation of talc in general. *Economic Geology*, *22*(3), 246-287.

Gualtieri, A. F., Pollastri, S., Gandolfi, N. B., & Gualtieri, M. L. (2018). In vitro acellular dissolution of mineral fibres: A comparative study. *Scientific reports*, *8*(1), 7071.

Harper, M. (2008). 10th Anniversary critical review: Naturally occurring asbestos. *Journal of Environmental Monitoring*, *10*(12), 1394-1408.

Harper, M., Butler, C., Berry, D., & Wroble, J. (2015). Where occupation and environment overlap: US Forest Service worker exposure to Libby Amphibole fibers. *Journal of occupational and environmental hygiene*, *12*(5), D47-D53.

Hess, H. H. (1933). The problem of serpentinization and the origin of certain chrysotile asbestos, talc, and soapstone deposits. *Economic Geology*, *28*(7), 634-657.

Honsberger, I. W., & Laird, J. (2018). Net-Transfer Reactions and Modal Spaces for Ultramafic Slivers, Vermont Appalachians, USA. The Canadian Mineralogist, 56(5), 821-846.

Huang, P., & Fuerstenau, D. W. (2001). The effect of the adsorption of lead and cadmium ions on the interfacial behavior of quartz and talc. *Colloids and Surfaces A: Physicochemical and Engineering Aspects*, *177*(2-3), 147-156.

Karabinos, P., Mygatt, E. S., Cook, S. M., & Student, M. (2010). Evidence for an orogen-parallel, normal-sense shear zone around the Chester dome, Vermont: a possible template for gneiss dome formation in the New England Appalachians, USA. *From Rodinia to Pangea: The Lithotectonic Record of the Appalachian Region. Edited by RP Tollo, MJ Bartholomew, JP Hibbard, and PM Karabinos. Geological Society of America Memoir*, *206*, 183-203.

Kelse, J. W., & Thompson, C. S. (1989). The regulatory and mineralogical definitions of asbestos and their impact on amphibole dust analysis. *American industrial hygiene association Journal*, *50*(11), 613-622.

Klein, C. (193). Rocks, minerals and a dusty world. In: Guthrie, GD.; Mossman, B., editors. *Health effects of mineral dusts*. Washington, DC. p. 7-59.

Klein, C., & Hurlbut Jr, C. S. (1993). *Manual of Mineralogy*, 681 p.

Labagnara, D., Patrucco, M., Rossetti, P., & Pellegrino, V. (2013). Predictive assessment of the asbestos content in the Western Italian Alps: an essential tool for an effective approach to risk analysis and management in tunneling operations and muck reuse. *Environmental earth sciences*, 70(2), 857-868.

Lacinska, A. M., Styles, M. T., Bateman, K., Wagner, D., Hall, M. R., Gowing, C., & Brown, P. D. (2016). Acid-dissolution of antigorite, chrysotile and lizardite for ex situ carbon capture and storage by mineralisation. *Chemical Geology*, *437*, 153-169.

Lasaga, A. C., & Luttge, A. (2001). Variation of crystal dissolution rate based on a dissolution stepwave model. *Science*, *291*(5512), 2400-2404.

Li, Y. Y. (1979). Discussion on the genesis of Longsheng talc mine. *Non-Metallic Mines, 1*, 16-20

Marconi, A., & Verdel, U. (1990). Asbestos content of talcs from Italian mines and fibre concentration in various commercial talcum powders used in Italy. In *Health Related Effects of Phyllosilicates* (pp. 107-115). Springer, Berlin, Heidelberg.

National Research Council. (1984). *Asbestiform fibers: Nonoccupational health risks*. National Academies Press.

Nesbitt, H. W., & Young, G. M. (1984). Prediction of some weathering trends of plutonic and volcanic rocks based on thermodynamic and kinetic considerations. *Geochimica et Cosmochimica Acta*, *48*(7), 1523-1534.

Nesse, W. D. (1991). *Introduction to Optical Mineralogy*: Oxford Univ. Press*,* 335.

Pawley, A. R., & Wood, B. J. (1995). The high-pressure stability of talc and 10 Å phase: potential storage sites for H2O in subduction zones. *American Mineralogist*, *80*(9-10), 998-1003.

Perry, E.L. (1929). *The geology of Bridgewater and Plymouth Townships, Vermont, in* Report of the state geologist on the mineral industries and geology of Vermont, 1927-1928: Burlington, Vt., Free Press Printing Co., p. 1-64.

Phillips, A. H., Hess, H. H. (1936). Metamorphic differentiation at contacts between serpentinite and siliceous country rocks. *Amer. miner*. 21, 333-62.

Pollastri, S., D'Acapito, F., Trapananti, A., Colantoni, I., Andreozzi, G. B., & Gualtieri, A. F. (2015). The chemical environment of iron in mineral fibres. A combined X-ray absorption and Mössbauer spectroscopic study. *Journal of hazardous materials*, *298*, 282-293.

Pollastri, S., Gigli, L., Ferretti, P., Andreozzi, G. B., Gandolfi, N. B., Pollok, K., & Gualtieri, A. F. (2017). The crystal structure of mineral fibres. 3. Actinolite asbestos. *Periodico di Mineralogia*, *86*(2), 89-98.

Rabbitt, J. C. (1948). A new study of the anthophyllite series. *American Mineralogist: Journal of Earth and Planetary Materials*, *33*(5-6), 263-323.

Rakovan, J. (2011). Word to the Wise: Serpentine, California's State Rock. *Rocks & Minerals*, *86*(1), 63-68.

Ratcliffe, N. M., Stanley, R. S., Gale, M. H., Thompson, P. J., Walsh, G. J., Rankin, D. W., Doolan, B. L., Kim, J., Merhtens, C. J., Aleinikoff, J. N., & McHone, J. G. (2011). *Bedrock geologic map of Vermont* (No. 3184). US Geological Survey.

Robinson, G. R., Van Gosen, B. S., & Foley, N. K. (2006). *Ultramafic-hosted Talc-Magnesite deposits*. US Geological Survey.

Ross, M., Langer, A. M., Nord, G. L., Nolan, R. P., Lee, R. J., Van Orden, D., & Addison, J. (2008). The mineral nature of asbestos. *Regulatory Toxicology and Pharmacology*, *52*(1), S26-S30.

Ross, M., & Nolan, R. P. (2003). History of asbestos discovery and use and asbestos-related disease in context with the occurrence of asbestos within ophiolite complexes. *Special Papers-Geological Society of America*, 447-470.

Sandrone, R., Borghi, A., Carosso, G., Morsetti, C., Tagliano, C., & Zucchetti, S. (1990). Geometry of the talc deposit of Fontane, and structural evolution of the area (Dora-Maira Massif, Western Alps). *Bollettino Associazione Mineraria Subalpina*, *27*, 45-62.

Sandrone, R., & Zucchetti, S. (1988). Geology of the Italian high-quality cosmetic talc from the Pinerolo district (Western Alps). In *Proceedings of Symposium "Zuffardi'days", Cagliari*.

Sanford, R. F. (1982). Growth of ultramafic reaction zones in greenschist to amphibolite facies metamorphism. *American Journal of Science*, *282*(5), 543-616.

Schott, J., Brantley, S., Crerar, D., Guy, C., Borcsik, M., & Willaime, C. (1989). Dissolution kinetics of strained calcite. *Geochimica et Cosmochimica Acta*, *53*(2), 373-382.

Thompson Jr, J. B. (1970). Recent discussions of pyroxenes and amphiboles-Abstracts. *American Mineralogist*, *55*(1-2), 292-297.

Thompson, J. B. (1978). Biopyriboles and polysomatic series. *American Mineralogist*, *63*(3-4), 239-249.

Van Gosen et al. (2004). Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. *Environmental Geology*. 45:920-939.

Van Gosen, B. S. (2006). *Reported historic asbestos mines, historic asbestos prospects, and natural asbestos occurrences in the Eastern United States* U.S. Geological Survey Open-File Report (No. 2005–1189) 1 plate. Includes supplementary materials. https://pubs.usgs.gov/of/2005/1189/.

Veblen, D. R. (1991). Polysomatism and polysomatic series; a review and applications. *American Mineralogist*, *76*(5-6), 801-826.

Veblen, D. R., & Burnham, C. W. (1978). New biopyriboles from Chester, Vermont; I, Descriptive mineralogy. *American Mineralogist*, *63*(9-10), 1000-1009.

Veblen, D. R., & Wylie, A. G. (1993). Mineralogy of amphiboles and 1:1 layer silicates. Mineralogical Society of America *Reviews in Mineralogy*, 28, Washington, DC (United States).

Walker, J. S., & Zoltai, T. (1979). A comparison of asbestos fibers with synthetic crystals known as "whiskers". *Annals of the New York Academy of Sciences*, *330*(1), 687-704.

Webb, L. E., Baldwin, S. L., & Fitzgerald, P. G. (2014). The Early-Middle Miocene subduction complex of the Louisiade Archipelago, southern margin of the Woodlark Rift. *Geochemistry, Geophysics, Geosystems*, 15(10), 4024-4046.

Webb, L. E., Johnson, C. L., & Minjin, C. (2010). Late Triassic sinistral shear in the East Gobi fault zone, Mongolia. *Tectonophysics*, 495(3-4), 246-255.

Webb, L. E., Hacker, B. R., Ratschbacher, L., McWilliams, M. O., & Dong, S. (1999). Thermochronologic constraints on deformation and cooling history of high-and ultrahigh-pressure rocks in the Qinling-Dabie orogen, eastern China. *Tectonics*, 18(4), 621-638.

Winter, J.D., 2001, *An Introduction to Igneous and Metamorphic Petrology*. Prentice Hall

Wylie, A. G. (1979). Fiber length and aspect ratio of some selected asbestos samples. *Annals of the New York Academy of Sciences*, *330*(1), 605-610.

Wylie, A. G. (2016). Amphibole Dusts: Fibers, Fragments, and Mesothelioma. *The Canadian Mineralogist*, *54*(6), 1403-1435.

Wylie, A. G., & Candela, P. A. (2015). Methodologies for determining the sources, characteristics, distribution, and abundance of asbestiform and nonasbestiform amphibole and serpentine in ambient air and water. *Journal of Toxicology and Environmental Health, Part B*, *18*(1), 1-42.

Wylie, A. G., & Candela, P. A. (2015). Methodologies for determining the sources, characteristics, distribution, and abundance of asbestiform and nonasbestiform amphibole and serpentine in ambient air and water. *Journal of Toxicology and Environmental Health, Part B*, *18*(1), 1-42.

Yao, J., Cawood, P. A., Shu, L., Santosh, M., & Li, J. (2016). An early Neoproterozoic accretionary prism ophiolitic mélange from the western Jiangnan Orogenic Belt, South China. *The Journal of Geology*, 124(5), 587-601.

Zhao, Z., Xu, Z., Ma, X., Liang, F., & Guo, P. (2018). Neoproterozoic–Early Paleozoic Tectonic Evolution of the South China Craton: New Insights from the Polyphase Deformation in the Southwestern Jiangnan Orogen. *Acta Geologica Sinica-English Edition*, 92(5), 1700-1727.

Zoltai, T. (1978). History of asbestos-related mineralogical terminology. In *Workshop on Asbestos: Definitions and Measurement Methods. National Bureau of Standards, Special Publication* (Vol. 506, pp. 1-18).

Zoltai, T. (1979). Asbestiform and acicular mineral fragments. *Annals of the New York Academy of Sciences*, *330*(1), 621-643.

Zoltai, T. (1981). Amphibole asbestos mineralogy. *Reviews in Mineralogy and Geochemistry*, *9*(1), 237-278.

**Materials Considered**

Armstrong, T. R., & Tracy, R. J. (2000). One-dimensional thermal modelling of Acadian metamorphism in southern Vermont, USA. *Journal of Metamorphic Geology*, *18*(6), 625-638.

Arvidson, R. S., Ertan, I. E., Amonette, J. E., & Luttge, A. (2003). Variation in calcite dissolution rates: A fundamental problem? *Geochimica et cosmochimica acta*, *67*(9), 1623-1634.

Aust, A. E., Cook, P. M., & Dodson, R. F. (2011). Morphological and chemical mechanisms of elongated mineral particle toxicities. *Journal of Toxicology and Environmental Health, Part B*, *14*(1-4), 40-75.

Bain, G. W. (1934). Serpentinization, origin of certain asbestos, talc, and soapstone deposits; discussion. *Economic Geology*, *29*(4), 397-400.

Bain, G. W. (1936). Serpentinization of Vermont Ultrabasics. *Bulletin of the Geological Society of America*, 47(12), 1961-1980.

Bain, G. W. (1942). Vermont talc and asbestos deposits. *Ore deposits as related to structural features. Princeton University Press, Princeton, New Jersey*, 255-258.

Bandli, B. R., & Gunter, M. E. (2014). Scanning electron microscopy and transmitted electron backscatter diffraction examination of asbestos standard reference materials, amphibole particles of differing morphology, and particle phase discrimination from talc ores. *Microscopy and Microanalysis*, *20*(6), 1805-1816.

Baronnet, A., & Belluso, E. (2002). Microstructures of the silicates: key information about mineral reactions and a link with the Earth and materials sciences. *Mineralogical Magazine*, 66(5), 709-732.

Belluso, E., Cavallo, A., & Halterman, D. (2017). Crystal habit of mineral fibres. In *Mineral Fibres: Crystal Chemistry, Chemical-Physical Properties, Biological Interaction and Toxicity* (Vol. 18, pp. 65-109). European Mineralogical Union-EMU Notes in Mineralogy.

Berner, R. A., & Schott, J. (1982). Mechanism of pyroxene and amphibole weathering; II, Observations of soil grains. American Journal of Science, 282(8), 1214-1231.

Blount, A. M. (1991). Amphibole content of cosmetic and pharmaceutical talcs. *Environmental health perspectives*, 94, 225.

Bozhilov, K. N. (2013). Structures and microstructures of non-classical pyriboles. *EMU Notes Mineral*, 14, 109-152.

Brown, B. M., & Gunter, M. E. (2003). Morphological and optical characterization of amphiboles from Libby, Montana USA by spindle stage assisted-polarized light microscopy. *The Microscope*, *53*(3), 121-140.

Buzon, M. E. (2016). *Talc characterization: A provenance study*. University of Idaho.

Cadoppi, P., Camanni, G., Balestro, G., & Perrone, G. (2016). Geology of the Fontane talc mineralization (Germanasca valley, Italian Western Alps). *Journal of Maps*, *12*(5), 1170-1177.

Cady, W. M., Albee, A. L., & Chidester, A. H. (1963). *Bedrock geology and asbestos deposits of the upper Missisquoi Valley and vicinity, Vermont* (No. 1122-B). US Geological Survey.

Campbell, W. J. (1977). Identification of selected silicate minerals and their asbestiform varieties. *National Bureau of Standards, Special Publication*, 506, 201-221.

Cavallo, G. J. (1989). X-ray investigation of" mountain leather". *The Canadian Mineralogist*, 27(2), 237-239.

Chang, P. H., Ern, H. Jr., Thompson, J.B. Jr. (1965). *Bedrock geology of the Woodstock quadrangle, Vermont,* 65 p., 2 plates.

Chatfield, E. J. (2018). Measurement of elongate mineral particles: What we should measure and how do we do it? *Toxicology and applied pharmacology*, 361, 36-46.

Chidester, A. H. (1962). *Petrology and geochemistry of selected talc-bearing ultramafic rocks and adjacent country rocks in north-central Vermont* (No. 345). US Govt. Print. Off.,.

Chidester, A. H., Albee, A. L., & Cady, W. M. (1978). *Petrology, structure, and genesis of the asbestos-bearing ultramafic rocks of the Belvidere Mountain area in Vermont* (No. 1016). US Govt. Print. Off.

Chidester, A. H., Billings, M. P., & Cady, W. M. (1951). *Talc Investigations in Vermont Preliminary Report*. US Geological Survey.

Chidester, A. H., Engel, A. E. J., & Wright, L. A. (1964). *Talc resources of the United States* (No. 1167). US Government Printing Office.

Chidester, A. H., and Shride A. F. (1962). *Asbestos in the United States*, US Geological Survey. 12 pp.

Cogulu, E., & Laurent, R. (1984). Mineralogical and chemical variations in chrysotile veins and peridotite host-rocks from the asbestos belt of southern Quebec. *The Canadian Mineralogist*, 22(1), 173-183.

Coish, R. A., & Gardner, P. (2004). Suprasubduction-zone peridotite in the northern USA Appalachians: evidence from mineral composition. *Mineralogical Magazine*, 68(4), 699-708.

Crane, D. T. (1992). *Polarized Light Microscopy of Asbestos*. Branch of Physical Measurements and Analysis OSHA Salt Lake Technical Center, Salt Lake City, Utah. Revised in 1995. https://www.osha.gov/dts/sltc/methods/inorganic/id191/id191.html

Del Greco, O., & Pelizza, S. (1984). The underground Fontane Talc Mine: main characteristics of the deposit and exploitation methods. *Bollettino dell'Associazione Mineraria Subalpina*, *21*, 85-92.

Development Review Board Minutes, Town of Ludlow, Vermont, May 11, 2015. https://www.ludlow.vt.us/vertical/sites/%7B78E8DA21-0D46-4486-AF59-9D2B5A1048F3%7D/uploads/DRB_Minutes_May_11_2015.pdf

Doll, C. G., Billings, M. P., Cady, W. M., & Thompson, J. B. (Eds.). (1961). *Centennial geologic map of Vermont*. Vermont Geological Survey, Vermont Development Department.

Dorling, M., & Zussman, J. (1987). Characteristics of asbestiform and non-asbestiform calcic amphiboles. *Lithos*, *20*(6), 469-489.

Evans, B. W. (2004). The serpentinite multisystem revisited: chrysotile is metastable. *International Geology Review*, *46*(6), 479-506.

Evans, B. W., & Ghiorso, M. S. (1995). Thermodynamics and petrology of cummingtonite. *American Mineralogist*, 80(7-8), 649-663.

Ferrini, V., Masi, U., & MONTICELLI, F. (1991). Geochemistry of pyrite from the talc deposit of Val Germanasca (Western Alps, Italy) and genetic implications. *Mineralogica et petrographica acta*, 34, 153-158.

Fiume, M. M., Boyer, I., Bergfeld, W. F., Belsito, D. V., Hill, R. A., Klaassen, C. D., ... & Snyder, P. W. (2015). Safety assessment of talc as used in cosmetics. *International journal of toxicology*, 34(1_suppl), 66S-129S.

Gale, M. H. (1980). *Geology of the Belvidere Mountain Complex, Eden and Lowell, Vermont (No. 80-978).* US Geological Survey.

Gasco, I., Borghi, A., & Gattiglio, M. (2011). P–T Alpine metamorphic evolution of the Monte Rosa nappe along the Piedmont Zone boundary (Gressoney Valley, NW Italy). *Lithos*, *127*(1-2), 336-353.

Gillson, J. L. (1927). Origin of the Vermont talc deposits, with a discussion on the formation of talc in general. *Economic Geology*, *22*(3), 246-287.

Greene, R. C. (1995). *Talc resources of the conterminous United States* (No. 95-586). US Geological Survey.

Gualtieri, A. F., Pollastri, S., Gandolfi, N. B., & Gualtieri, M. L. (2018). In vitro acellular dissolution of mineral fibres: A comparative study. *Scientific reports*, *8*(1), 7071.

Gunter, M. E., Belluso, E., & Mottana, A. (2007). Amphiboles: Environmental and health concerns. *Reviews in mineralogy and geochemistry*, *67*(1), 453-516.

Guthrie Jr, G. D. (1997). Mineral properties and their contributions to particle toxicity. *Environmental Health Perspectives*, 105(suppl 5), 1003-1011.

Hacker, B. R., & Christie, J. M. (1990). Brittle/ductile and plastic/cataclastic transitions in experimentally deformed and metamorphosed amphibolite. *Geophysical Monograph*, *56*, 127-147.

Hardy, J. A., & Aust, A. E. (1995). Iron in asbestos chemistry and carcinogenicity. *Chemical Reviews*, *95*(1), 97-118.

Harper, M. (2008). 10th Anniversary critical review: Naturally occurring asbestos. *Journal of Environmental Monitoring*, *10*(12), 1394-1408.

Harper, M., Butler, C., Berry, D., & Wroble, J. (2015). Where occupation and environment overlap: US Forest Service worker exposure to Libby Amphibole fibers. *Journal of occupational and environmental hygiene*, *12*(5), D47-D53.

Harper, M., Lee, E. G., Slaven, J. E., & Bartley, D. L. (2012). An inter-laboratory study to determine the effectiveness of procedures for discriminating amphibole asbestos fibers from amphibole cleavage fragments in fiber counting by phase-contrast microscopy. *Annals of occupational hygiene*, *56*(6), 645-659.

Hess, H. H. (1933). The problem of serpentinization and the origin of certain chrysotile asbestos, talc, and soapstone deposits. *Economic Geology*, *28*(7), 634-657.

Hodgson, A. A. (1977). Nature and paragenesis of asbestos minerals. *Philosophical Transactions of the Royal Society of London. Series A, Mathematical and Physical Sciences*, 286(1336), 611-624.

Hoffman, M. A., & Walker, D. (1978). Textural and chemical variations of olivine and chrome spinel in the East Dover ultramafic bodies, south-central Vermont. *Geological Society of America Bulletin*, 89(5), 699-710.

Honsberger, I. W., & Laird, J. (2018). Net-Transfer Reactions and Modal Spaces for Ultramafic Slivers, Vermont Appalachians, USA. The Canadian Mineralogist, 56(5), 821-846.

Huang, P., & Fuerstenau, D. W. (2001). The effect of the adsorption of lead and cadmium ions on the interfacial behavior of quartz and talc. *Colloids and Surfaces A: Physicochemical and Engineering Aspects*, *177*(2-3), 147-156.

Johannes, W. (1968). Experimental investigation of the reaction forsterite+ H 2 O⇌ serpentine+ brucite. *Contributions to Mineralogy and Petrology*, 19(4), 309-315.

Ilgren, E. B. (2004). The biology of cleavage fragments: a brief synthesis and analysis of current knowledge. *Indoor and Built Environment*, *13*(5), 343-356.

Karabinos, P., Macdonald, F. A., & Crowley, J. L. (2017). Bridging the gap between the foreland and hinterland I: Geochronology and plate tectonic geometry of Ordovician magmatism and terrane accretion on the Laurentian margin of New England. *American Journal of Science*, *317*(5), 515-554.

Karabinos, P., Mygatt, E. S., Cook, S. M., & Student, M. (2010). Evidence for an orogen-parallel, normal-sense shear zone around the Chester dome, Vermont: a possible template for gneiss dome formation in the New England Appalachians, USA. *From Rodinia to Pangea: The Lithotectonic Record of the Appalachian Region. Edited by RP Tollo, MJ Bartholomew, JP Hibbard, and PM Karabinos. Geological Society of America Memoir*, *206*, 183-203.

Keith, S. B., & Bain, G. W. (1932). Chrysotile asbestos; I, Chrysotile veins. *Economic Geology*, *27*(2), 169-188.

Kelse, J. W., & Thompson, C. S. (1989). The regulatory and mineralogical definitions of asbestos and their impact on amphibole dust analysis. *American industrial hygiene association Journal*, *50*(11), 613-622.

Klein, C. (1993). Rocks, minerals and a dusty world. In: Guthrie, GD.; Mossman, B., editors. *Health effects of mineral dusts*. Washington, DC. p. 7-59.

Klein, C., & Hurlbut Jr, C. S. (1993). *Manual of Mineralogy*, 681 p.

Labagnara, D., Patrucco, M., Rossetti, P., & Pellegrino, V. (2013). Predictive assessment of the asbestos content in the Western Italian Alps: an essential tool for an effective approach to risk analysis and management in tunneling operations and muck reuse. *Environmental earth sciences*, 70(2), 857-868.

Lacinska, A. M., Styles, M. T., Bateman, K., Wagner, D., Hall, M. R., Gowing, C., & Brown, P. D. (2016). Acid-dissolution of antigorite, chrysotile and lizardite for ex situ carbon capture and storage by mineralisation. *Chemical Geology*, *437*, 153-169.

Lasaga, A. C., & Luttge, A. (2001). Variation of crystal dissolution rate based on a dissolution stepwave model. *Science*, *291*(5512), 2400-2404.

Levitan, D. M., Hammarstrom, J. M., Gunter, M. E., Seal, R. R., Chou, I. M., & Piatak, N. M. (2009). Mineralogy of mine waste at the Vermont asbestos group mine, Belvidere Mountain, Vermont. *American Mineralogist*, *94*(7), 1063-1066.

Li, Y. Y. (1979). Discussion on the genesis of Longsheng talc mine. *Non-Metallic Mines, 1*, 16-20

Marconi, A., & Verdel, U. (1990). Asbestos content of talcs from Italian mines and fibre concentration in various commercial talcum powders used in Italy. In *Health Related Effects of Phyllosilicates* (pp. 107-115). Springer, Berlin, Heidelberg.

National Research Council. (1984). *Asbestiform fibers: Nonoccupational health risks*. National Academies Press.

Nesbitt, H. W., & Young, G. M. (1984). Prediction of some weathering trends of plutonic and volcanic rocks based on thermodynamic and kinetic considerations. *Geochimica et Cosmochimica Acta*, *48*(7), 1523-1534.

Nesse, W. D. (1991). *Introduction to Optical Mineralogy*: Oxford Univ. Press, 335.

Pawley, A. R., & Wood, B. J. (1995). The high-pressure stability of talc and 10 Å phase: potential storage sites for H2O in subduction zones. *American Mineralogist*, *80*(9-10), 998-1003.

Peretti, L. (1966). Geology and genesis of the talc deposits in the Pinerolese. *Bulletin of the Subalpine Mining Association, 3*, 283-304.

Perry, E.L. (1929). *The geology of Bridgewater and Plymouth Townships, Vermont*, *in* Report of the state geologist on the mineral industries and geology of Vermont, 1927-1928: Burlington, Vt., Free Press Printing Co., p. 1-64.

Phillips, A. H., Hess, H. H. (1936). Metamorphic differentiation at contacts between serpentinite and siliceous country rocks. *Amer. miner.* 21, 333-62.

Plumlee, G. S., Morman, S. A., & Ziegler, T. L. (2006). The toxicological geochemistry of earth materials: an overview of processes and the interdisciplinary methods used to understand them. *Reviews in Mineralogy and Geochemistry*, *64*(1), 5-57.

Pollastri, S., D'Acapito, F., Trapananti, A., Colantoni, I., Andreozzi, G. B., & Gualtieri, A. F. (2015). The chemical environment of iron in mineral fibres. A combined X-ray absorption and Mössbauer spectroscopic study. *Journal of hazardous materials*, *298*, 282-293.

Pollastri, S., Gigli, L., Ferretti, P., Andreozzi, G. B., Gandolfi, N. B., Pollok, K., & Gualtieri, A. F. (2017). The crystal structure of mineral fibres. 3. Actinolite asbestos. *Periodico di Mineralogia*, *86*(2), 89-98.

Rabbitt, J. C. (1948). A new study of the anthophyllite series. *American Mineralogist: Journal of Earth and Planetary Materials*, *33*(5-6), 263-323.

Rakovan, J. (2011). Word to the Wise: Serpentine, California's State Rock. *Rocks & Minerals*, *86*(1), 63-68.

Ratcliffe, N. M., & Armstrong, T. R. (2001). Bedrock geologic map of the Saxtons River 7.5'× 15' quadrangle. *Windam and Windsor Counties, Vermont: United States Geological Survey Investigations Series Map I-2636, scale*, *1*(24,000).

Ratcliffe, N. M., Stanley, R. S., Gale, M. H., Thompson, P. J., Walsh, G. J., Rankin, D. W., Doolan, B. L., Kim, J., Merhtens, C. J., Aleinikoff, J. N., & McHone, J. G. (2011). *Bedrock geologic map of Vermont* (No. 3184). US Geological Survey.

Robinson, G. R., Van Gosen, B. S., & Foley, N. K. (2006). *Ultramafic-hosted Talc-Magnesite deposits*. US Geological Survey.

Ross, M., Langer, A. M., Nord, G. L., Nolan, R. P., Lee, R. J., Van Orden, D., & Addison, J. (2008). The mineral nature of asbestos. *Regulatory Toxicology and Pharmacology*, *52*(1), S26-S30.

Ross, M., & Nolan, R. P. (2003). History of asbestos discovery and use and asbestos-related disease in context with the occurrence of asbestos within ophiolite complexes. *Special Papers-Geological Society of America*, 447-470.

Sandrone, R., Borghi, A., Carosso, G., Morsetti, C., Tagliano, C., & Zucchetti, S. (1990). Geometry of the talc deposit of Fontane, and structural evolution of the area (Dora-Maira Massif, Western Alps). *Bollettino Associazione Mineraria Subalpina*, *27*, 45-62.

Sandrone, R., & Zucchetti, S. (1988). Geology of the Italian high-quality cosmetic talc from the Pinerolo district (Western Alps). In *Proceedings of Symposium "Zuffardi'days", Cagliari*.

Sanford, R. F. (1982). Growth of ultramafic reaction zones in greenschist to amphibolite facies metamorphism. *American Journal of Science*, *282*(5), 543-616.

Schott, J., Brantley, S., Crerar, D., Guy, C., Borcsik, M., & Willaime, C. (1989). Dissolution kinetics of strained calcite. *Geochimica et Cosmochimica Acta*, *53*(2), 373-382.

Siegrist Jr, H. G., & Wylie, A. G. (1980). Characterizing and discriminating the shape of asbestos particles. *Environmental research*, 23(2), 348-361.

Skrotzki, W. (1990). Microstructure in hornblende of a mylonitic amphibolite. Geological Society, London, Special Publications, 54(1), 321-325.

Thompson Jr, J. B. (1970). Recent discussions of pyroxenes and amphiboles-Abstracts. *American Mineralogist*, *55*(1-2), 292-297.

Thompson, J. B. (1978). Biopyriboles and polysomatic series. *American Mineralogist*, *63*(3-4), 239-249.

Thompson, B. D., Gunter, M. E., & Wilson, M. A. (2011). Amphibole asbestos soil contamination in the USA: A matter of definition. American Mineralogist, 96(4), 690-693.

USGS, (1994). The Mineral Industry of Vermont. *Minerals Yearbook*. 239-241 https://minerals.usgs.gov/minerals/pubs/state/985095.pdf

Van Gosen et al. (2004). Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. *Environmental Geology*. 45:920-939.

Van Gosen, B. S. (2006). *Reported historic asbestos mines, historic asbestos prospects, and natural asbestos occurrences in the Eastern United States* U.S. Geological Survey Open-File Report (No. 2005–1189) 1 plate. Includes supplementary materials. https://pubs.usgs.gov/of/2005/1189/.

Veblen, D. R. (1991). Polysomatism and polysomatic series; a review and applications. *American Mineralogist*, *76*(5-6), 801-826.

Veblen, D. R., & Burnham, C. W. (1978). New biopyriboles from Chester, Vermont; I, Descriptive mineralogy. *American Mineralogist*, *63*(9-10), 1000-1009.

Veblen, D. R., & Wylie, A. G. (1993). Mineralogy of amphiboles and 1:1 layer silicates. Mineralogical Society of America *Reviews in Mineralogy*, 28, Washington, DC (United States).

Walker, J. S., & Zoltai, T. (1979). A comparison of asbestos fibers with synthetic crystals known as "whiskers". *Annals of the New York Academy of Sciences*, *330*(1), 687-704.

Webb, L. E., Baldwin, S. L., & Fitzgerald, P. G. (2014). The Early-Middle Miocene subduction complex of the Louisiade Archipelago, southern margin of the Woodlark Rift. *Geochemistry, Geophysics, Geosystems*, 15(10), 4024-4046.

Webb, L. E., Johnson, C. L., & Minjin, C. (2010). Late Triassic sinistral shear in the East Gobi fault zone, Mongolia. *Tectonophysics*, 495(3-4), 246-255.

Webb, L. E., Hacker, B. R., Ratschbacher, L., McWilliams, M. O., & Dong, S. (1999). Thermochronologic constraints on deformation and cooling history of high-and ultrahigh-pressure rocks in the Qinling-Dabie orogen, eastern China. *Tectonics*, 18(4), 621-638.

Winter, J.D., 2001, *An Introduction to Igneous and Metamorphic Petrology*. Prentice Hall

Wylie, A. G. (1979). Fiber length and aspect ratio of some selected asbestos samples. *Annals of the New York Academy of Sciences*, *330*(1), 605-610.

Wylie, A. G. (2016). Amphibole Dusts: Fibers, Fragments, and Mesothelioma. *The Canadian Mineralogist*, *54*(6), 1403-1435.

Wylie, A. G., & Candela, P. A. (2015). Methodologies for determining the sources, characteristics, distribution, and abundance of asbestiform and nonasbestiform amphibole and serpentine in ambient air and water. *Journal of Toxicology and Environmental Health, Part B*, *18*(1), 1-42.

Yao, J., Cawood, P. A., Shu, L., Santosh, M., & Li, J. (2016). An early Neoproterozoic accretionary prism ophiolitic mélange from the western Jiangnan Orogenic Belt, South China. *The Journal of Geology*, 124(5), 587-601.

Zhao, Z., Xu, Z., Ma, X., Liang, F., & Guo, P. (2018). Neoproterozoic–Early Paleozoic Tectonic Evolution of the South China Craton: New Insights from the Polyphase Deformation in the Southwestern Jiangnan Orogen. *Acta Geologica Sinica-English Edition*, 92(5), 1700-1727.

Zoltai, T. (1978). History of asbestos-related mineralogical terminology. In *Workshop on Asbestos: Definitions and Measurement Methods. National Bureau of Standards, Special Publication* (Vol. 506, pp. 1-18).

Zoltai, T. (1979). Asbestiform and acicular mineral fragments. *Annals of the New York Academy of Sciences*, *330*(1), 621-643.

Zoltai, T. (1981). Amphibole asbestos mineralogy. *Reviews in Mineralogy and Geochemistry*, *9*(1), 237-278.

Expert Report of Alan Campion, PhD (November 16, 2018)

Expert Report of Robert B. Cook, PhD (November 16, 2018)

Amended Expert Report of Robert B. Cook, PhD (January 22, 2019)

Robert Cook Deposition (January 30, 2019)

Expert Report of Mark Krekeler, PhD (November 16, 2018)

Addendum to the Expert Report of Mark Krekeler, PhD (January 17, 2019)

Mark Krekeler Deposition (January 25, 2019)

Expert Report of William E. Longo, PhD and Mark W. Rigler, PhD (November 14, 2018)

Supplementary Expert Report of William E. Longo, PhD & Mark W. Rigler, PhD (January 16, 2019)

FDP000000381

FDP000000495

IMERYS030231

IMERYS032139

IMERYS034036

IMERYS034115

IMERYS061692

IMERYS173933

IMERYS240978

IMERYS413792

IMERYS415991

JNJ000414760

JNJAZ55_000001979

JNJI4T5_000005147

JNJTALC000165964

JNJTALC000297537

JNJTALC000347819

http://www.science.smith.edu/geosciences/petrology/petrography/hornblende/P1010004.jpg

https://dec.vermont.gov/geological-survey/publication-gis/VTrock

https://usgsprobe.cr.usgs.gov/images/asbestos_2.jpg

https://usgsprobe.cr.usgs.gov/images/hexagonite.jpg

# EXHIBIT A

**Dr. Laura E. Webb**

ORCID ID: 0000-0002-0597-5793 • ResearcherID: F-8226-2011
Associate Professor • Department of Geology • University of Vermont
180 Colchester Ave • Burlington, Vermont, 05405 USA
Phone: 802-656-8136 • Fax: 802-656-0045 • E-mail: lewebb@uvm.edu

**EDUCATION**

PhD in Geological and Environmental Sciences, Stanford University, Stanford, California, 1999.
    Doctoral Dissertation: "Exhumation of high and ultrahigh-pressure rocks in the Qinling–Dabie Orogen, eastern China and the Yagan–Onch Hayrhan metamorphic core complex, southern Mongolia." M.O. McWilliams, advisor. W.G. Ernst, S.A. Graham, and B.R. Hacker (UCSB), committee members.

BS in Geology, University of California, Los Angeles, *cum laude*, 1994.

**APPOINTMENTS**

Associate Professor, Department of Geology, University of Vermont, Burlington, Vermont, Fall 2014–present.

Assistant Professor, Department of Geology, University of Vermont, Burlington, Vermont, 2008–2014.

Graduate Faculty, University of Vermont, Burlington, Vermont, 2009–present.

**PREVIOUS RESEARCH AND WORK EXPERIENCE**

Research Assistant Professor, Department of Earth Sciences, Syracuse University, Syracuse, NY, 2004–2012.

Syracuse University Noble Gas Isotopic Research Laboratory Manager, Department of Earth Sciences, Syracuse University, Syracuse, NY, 2000–2008.

$^{40}$Ar/$^{39}$Ar Laboratory Manager, University of Geneva, Switzerland, 1999–2000.

Staff Geologist, American Geotechnical, Anaheim, California, 1994.

**AWARDED GRANTS AND CONTRACTS**

2018–2021, DMR 1828371, National Science Foundation Major Research Instrumentation, $480,000: "MRI: Acquisition of a Variable-Pressure, Field-Emission Scanning Electron Microscope for Materials Research and Education" **Co-PI**. Collaborative with M. White (PI), C. Landry, R. Headrick, and F. Sansoz.

2016–2017, University of Vermont, College of Arts and Sciences, Seed Grant, $9843, Subduction–Exhumation History of the Tillotson Peak Complex, Vermont." **PI.**

2010–2015, EAR 1028991, NSF Instrumentation and Facilities, $507,978: "Acquisition of a noble gas mass spectrometer and development of a multi-user facility for $^{40}$Ar/$^{39}$Ar geochronology at the University of Vermont." **PI**

2010–2014, EAR 0948529, NSF Petrology and Geochemistry and co-sponsored by Tectonics, $194,493: "Collaborative Research: Constraining P-T-t-D paths of metamorphic tectonites

with the TitaniQ thermobarometer." **PI**. Collaborative research with F. Spear and J. Thomas (Rensselaer Polytechnic Institute).

2007–2014, EAR 0709054, NSF Continental Dynamics, $1,282,742: "Collaborative Research: How Is Rifting Exhuming the Youngest HP/UHP Rocks on Earth?" **Co-PI**. Collaborative with S. Baldwin (PI) and P. Fitzgerald (Syracuse University). Collaborative research with G. Abers, T. Plank, W.R. Buck & J. Gaherty (Columbia University), B. Hacker (UCSB), and P. Mann & B. Horton (UT Austin).

2009–2013, DUE 0941255, NSF Course Curriculum and Laboratory Improvement Program, $103,410: "Collaborative Research: Field-based Projects Exploring Geophysical Methods, with Applications to the State of Vermont." **PI**. Keith Klepeis, Co-PI. Collaborative research with D. Westerman and G. Springston (Norwich University; and the Vermont Geological Survey).

2006–2011, EAR 0537165 & EAR-0929902, NSF Tectonics, $267,223: "Collaborative Research: Strike-Slip History of the East Gobi Fault Zone, Mongolia: Modes of Intraplate Deformation, Sedimentary Basin Evolution, and Regional Fault Linkages". **PI.** Collaborative research with C. Johnson (University of Utah).

2004–2007, EAR 0345822, NSF Instrumentation and Facilities, $77,340: "Acquisition of an excimer laser system for Syracuse University Noble Gas Isotope Research Laboratory (SUNGIRL)". **Co-PI** with S. Baldwin.


**TECHNICAL EXPERTISE**

Nu Noblesse, MAP 216 and Micromass 5400 noble gas mass spectrometers for $^{40}Ar/^{39}Ar$ thermochronology.

Balzers Prisma QME 200 quadrupole mass spectrometer for (U-Th)/He thermochronology.

Design, construction, and maintenance of ultra-high vacuum extraction lines.

Management of radioactive materials and isotopic inventories.

Other analytical experience: electron microprobe analyses, secondary ionization mass spectrometry, laser ablation inductively couple mass spectrometry, cathodoluminescence imaging.


**CONSULTING EXPERIENCE**

2017–present: Formation of high-purity talc deposits mined for Johnson & Johnson talcum powders and their relationships, or lack thereof, to asbestos. Retained by law firms representing Johnson & Johnson in talc-related litigation.


**COURSES REGULARLY TAUGHT AT UVM**

*Denotes new courses at UVM developed by Webb

GEOL 161 Field Methods in Geophysics*. As of fall 2015, this is a recognized service-learning course and fulfills the University-wide sustainability general education requirement.

GEOL 231 Petrology

GEOL 240 Tectonics

GEOL 263 Geochronology*

GEOL 266 Microstructures*

GEOL 302 Introduction to Graduate Studies

**INTERNATIONAL GEOLOGIC FIELD CAMPAIGNS**

2011: Coastal batholith, Central Chile.
2010: Islands of the Woodlark Rise, southeastern Papua New Guinea.
2009: East Gobi Fault Zone, southern Mongolia.
2009: Louisiade Archipelago, southeastern Papua New Guinea.
2008: D'Entrecasteaux Islands, southeastern Papua New Guinea.
2004, 2006, 2007: East Gobi Fault Zone, southern Mongolia.
2002: Sulu ultrahigh-pressure terrane, Shandong peninsula, China.
1997, 1998: Southern Mongolia.
1994, 1995, 1996: Qinling–Dabie orogen, China.

**HONORS, AWARDS AND PROFESSIONAL AFFILIATIONS**

Member of: Geological Society of America, Mineralogical Society of America, American Geophysical Union, Vermont Geological Society, and American Association for the Advancement of Science.

Nominated for the 2018 Kroepsch-Maurice Excellence in Teaching Award at the associate professor level, University of Vermont.

2018 Awardee of "Outstanding New Service-Learning Faculty", Community-University Partnerships & Service-Learning (CUPS). Nominated for GEOL161 Field Methods in Geophysics course.

UVM Faculty Fellow for Service Learning, AY2014–2015. Participant in service learning workshops and working towards UVM designation of GEOL161 Field Methods in Geophysics as a service-learning course.

Featured in an article on NSF-funded research on titanium-in-quartz thermobarometry in *International Innovation*. "Under Pressure", *International Innovation*, North America, August 2012, Issue 3, pp. 120–122.

UVM Sustainability Faculty Fellow, 2012. Participant in program designed to foster integration of interdisciplinary approaches to sustainability into the UVM curriculum; enhance the understanding of sustainability concepts among those not trained in environmental fields; and to explore curriculum design strategies that will engage students in thinking about sustainability from a multidisciplinary perspective.

Nominated for the 2011 Kroepsch-Maurice Excellence in Teaching Award at the assistant professor level, University of Vermont.

**PROFESSIONAL DEVELOPMENT AND WORKSHOPS**

Participant in Scholarship of Teaching and Learning initiative (AY2017–2018). Development of Action Research project related to revision of GEOL 240 Tectonics course employing scaffolding approaches to facilitate student achievement of writing and information learning outcomes for Geology.

Designing for Learning Spring 2017 Cohort, University of Vermont. Participated in semester-long program for faculty to help identify and reduce student barriers to learning.

Co-convener of EarthScope synthesis workshop, *Synthesizing EarthScope Results: Develop a New Model for the 4-D Evolution of North America*, James Madison University, Harrisonburg, Virginia, November 2016.

Participant and breakout group synthesizer in the NSF-sponsored *Future of Tectonics Workshop*, University of Wisconsin, Madison, Wisconsin, May 2016.

*Campuses for Environmental Stewardship*, Faculty Development Institute and Training. November 5-6, 2015, Portland, Maine. Part of UVM team for development of sustainability service learning courses (participant in UVM subgrant from Maine Campus Compact project funded by the Davis Educational Foundation).

Participant in UVM Honors College Faculty Seminar, August 11–13, 2014: *'Big Data': Engaging and Critiquing the Production of Knowledge in the Digital Age*.

*Outcomes of the Future of Geoscience Undergraduate Education Summit* webinar participant, March, 2013.

*EarthCube domain end-user workshop: Bringing Geochronology into the EarthCube framework*. October, 2013, University of Wisconsin – Madison. Invited participant. The overall goal of the workshop is to: 1) identify the scientific challenges and opportunities facing the geochronology domain for next 5-15 years; 2) specify the data and cyber-infrastructure obstacles to meeting those challenges; 3) compile a list of known community data and modeling resources; 4) describe the data and cyber-capabilities required to meet challenges, by matching obstacles (2) with resources (3) and identifying/imagining unmet needs that may develop; and 5) develop ideas for at least two "proof-of-concept" projects or test cases for scientifically transformative activities that would become feasible if EarthCube is successful.

*Systems, Society, Sustainability and the Geosciences* Workshop. July 2012, Carleton College. This workshop is part of the InTeGrate project, a five-year, NSF-funded STEP Center grant geared towards increasing undergraduate geoscience literacy and "increase the number of majors in the geosciences and associated fields who are able to work with other scientists, social scientists, business people, and policy makers to develop viable solutions to current and future environmental and resource challenges."

*Early Career Geoscience Faculty Workshop: Teaching, Research, and Managing Your Career*. National Science Foundation On the Cutting Edge workshop series, College of William and Mary, 2008.

Participant in the NSF-funded *U.S.–Russia Workshop on the Plate Tectonic Evolution of Northeast Russia*. Stanford University, 2004.

*Fourth International Symposium on Andean Geodynamics*. University of Göttingen, Germany, 1999.

*Exhumation Processes: Normal Faulting, Ductile Flow, and Erosion*. Penrose Conference, Greece, 1996.

*Ultrahigh-Pressure Metamorphism and Tectonics* workshops. Stanford University, 1994 and 1999.


**PROFESSIONAL SERVICE AND EDUCATIONAL OUTREACH**

National Science Foundation EarthScope Steering Committee, member. Fall 2015–present.

Member of the UVM General Education Sustainability Assessment Committee, Spring 2016– Present. Co-Chair of committee during AY2017–2018 and AY2018–2019.

Member of the Standard Four: Academic Program Committee for UVM's 10-year reaccreditation review from the New England Association of Schools and Colleges (NEASC) in 2019, AY2017– 2018.

Session organizer and convener, "Orogenic Sutures—Recognition, Characterization, and Tectonic Implications". Geological Society of America Northeastern Section Annual Meeting, Burlington, Vermont, March 2018.

Appointee to three-year term on the College of Arts and Sciences Deans Academic Planning and Budget Committee, Fall 2014–Spring 2017.

Co-convener of NSF EarthScope synthesis workshop: Synthesizing EarthScope Results to Develop a New Community Model for the 4-D Evolution of North America. November 18–20, 2016, at James Madison University, Harrisonburg, Virginia.

Department of Geology liaison for the Writing and Information Literacy in the Disciplines (WILD) General Education initiative, Spring 2014–Fall 2016.

Rock Point Funding and Staffing Committee, Land Use Implementation Plan, Spring 2015–2016.

Session organizer and convener, "Bridging Two Continents: Comparative Studies of Accretionary Orogenesis in the Central Asian Orogenic Belt, North American Cordillera, and Other Orogenic Belts". Joint meeting of the Geological Society of America (GSA) and the Geological Society of China (GSC), 2015 GSA Annual Meeting, Baltimore, Maryland, November 2015.

NSF EarthScope 2015 National Meeting organizing committee member. Stowe, Vermont, June 2015.

NSF EarthScope 2015 National Meeting organizer and co-leader of conference field trip. Stowe, Vermont, June, 2015.

Regular reviewer of NSF proposals (2–5 per year typical; Tectonics, Instrumentation and Facilities, Integrated Earth Systems, Petrology and Geochemistry, EarthScope, and CAREER programs) and journal manuscripts (5–10 per year typical. Journals include: *Geology, Tectonics, Journal of Metamorphic Geology, Terra Nova, GSA Bulletin, Journal of Structural Geology, Journal of Geology, Lithos, Journal of Geophysical Research – Solid Earth, Tectonophysics, Geoscience Frontiers, Journal of Asian Earth Sciences, Earth Science Reviews,* and *European Journal of Mineralogy*).

Department of Geology Graduate Student Coordinator, 2010–2013.

Organizer of Geology Seminar Series, Department of Geology, University of Vermont, 2009–2013.

Session organizer and convener, "Innovations in Geochronology: Present Developments and a Vision for 2020." 2013 Goldschmidt conference, Florence, Italy.

Member of the sustainability general education requirement committee charged with developing a suite of learning outcomes and methods of assessment for a university-wide sustainability general education requirement. 2013–2014.

UVM College of Arts and Sciences Academic Standing Committee, Fall 2010–Spring 2013.

Search committee member for Department of Geology tenure-track position in geochemistry, Spring 2013.

Earth Sciences proposal review panel member, National Science Foundation, Tectonics Program, served two single-term appointments in 2011 and 2012.

UVM College of Arts and Sciences summer orientation registration advising, 2009–2013.

Session organizer and convener, "The Wilson Cycle Revisited: From Microplates and Mobile Terranes to Supercontinent Dispersals." 2010 American Geophysical Union Fall Meeting.

Search Committee member for Department of Geology Chairperson, Spring 2010.

Faculty Senator, University of Vermont, 2009–2010.

Advisor to Geology Club and the Eta Kappa Chapter of the Sigma Gamma Epsilon National Honor Society for Earth Sciences, University of Vermont, 2009–2010.

Session organizer and convener, "Intraplate Deformation and Sedimentary Basins: A Record of Plate Margin Processes?" 2009 American Geophysical Union Fall Meeting.

UVM coordinator for the Vermont Geological Society Spring Meeting, April 2009.

Organizer of Geoscience Career Workshop, Department of Geology, University of Vermont, April 2009.

Session organizer and convener, "Microplate Geodynamics." 2008 American Geophysical Union Fall Meeting.

**INVITED LECTURES**

November 2018, Johns Hopkins University, "Insights into polyphase deformation and fault reactivation from $^{40}Ar/^{39}Ar$ geochronology."

April 2018, University of Miami Ohio, "Punctuated melt-enhanced deformation and tectonic reactivation above a long-lived subduction zone, Coastal Andes, Central Chile."

October 2016, University of Iowa, **"**Structural and isotopic constraints on the development of a major Phanerozoic intraplate fault zone**".**

February 2016, University of Wisconsin, Madison**,** "Slippery when wet: Confessions of an intraplate fault zone."

March 2015, University of Massachusetts, Amherst, "How to look older than your age: Phanerozoic life in the fastlane of the East Gobi Fault Zone."

October 2014, invited lecture on $^{40}Ar/^{39}Ar$ geochronology, Geological Society of America short course "EarthScope: Geochronology and the Earth Sciences", 2014 GSA Annual Meeting, Vancouver, Canada.

March 2012, McGill University GEOTOP Seminar, "The Epic Saga of Tavan Har: Phanerozoic Continental Growth, Collisional Orogenesis, and Intraplate Deformation in Southeastern Mongolia."

March 2012, University of New Hampshire Randolph W. Chapman Colloquium, "The Epic Saga of Tavan Har: Phanerozoic Continental Growth, Collisional Orogenesis, and Intraplate Deformation in Southeastern Mongolia."

September 2009, Department of Geology, Colby College, "P-T-t-D Paths of Metamorphic Tectonites and Making the Leap from Micron to Plate Scale."

October 2008, Department of Geology, Middlebury College, "Can subduction be undone? Examining the role of microplate rotation in the exhumation of high and ultrahigh-pressure rocks in Papua New Guinea."

April 2008, Syracuse University College of Arts and Sciences Frontiers of Science Lecture Series, "How do plate boundaries evolve on Earth?"

February 2008, Department of Geology, University of Vermont, "What's under the rug? Unraveling the tectonic history of southeastern Mongolia."

November 2006, Department of Geology & Geography, West Virginia University, "Unraveling complex intraplate deformation in southeastern Mongolia."

## PUBLICATIONS IN PEER-REVIEWED JOURNALS

*Student authors indicated in italics*

Klepeis, K.A., **Webb, L.E.**, *Blatchford, H.*, Schwartz, J., Jongens, R., Turnbull, R., and Stowell, H., *in review*, Crust-mantle interactions above the Puysegur subduction zone in Fiordland, New Zealand. GSA Today.

*Brombin, V.*, Bonadiman, C., Jourdan, F., Roghi, G., Coltori, M., **Webb, L.E.**, Callegaro, S., Bellieni, G., De Vecchi, G., Sedea, R., Marzoli, A., *in revision*, Intraplate magmatism at a convergent plate boundary, the case of the Cenozoic northern Adria magmatism. Earth-Science Reviews.

**Webb, L.E.**, and Klepeis, K.A., *in press*, $^{40}Ar/^{39}Ar$ constraints on the Tectonic evolution of the Late Paleozoic and Early Mesozoic accretionary complex of coastal Central Chile. Book chapter *in* Horton, B., and Folguera, A. eds. Andean Tectonics; Elsevier.

*Cordova, J.L.*, Mulcahy, S.R., Schermer, E.R., and **Webb, L.E.**, 2018, Subduction initiation and early evolution of the Easton Metamorphic Suite, Northwest Cascades, Washington. Lithosphere, v. 11, no. 1, p. 44-58, doi.org/10.1130/L1009.1.

*Heumann, M.J.*, Johnson, C.L., **Webb, L.E.**, 2017, Plate interior polyphase fault systems and sedimentary basin evolution: Case study of the East Gobi Basin and East Gobi Fault Zone, southeastern Mongolia, Journal of Asian Earth Sciences, v. 151, p. 343–358, doi: 10.1016/j.jseaes.2017.05.017.

*Webber, J.R.*, Klepeis, K.A., **Webb, L.E.**, Cembrano, J., Morata, D., Mora-Klepeis, G., and Arancibia, G., 2015, Deformation and magma transport in a crystallizing plutonic complex, Coastal Batholith, central Chile, Geosphere, v. 11, no. 5, p. 1401-1426.

**Webb, L.E.**, Baldwin, S.L. and Fitzgerald, P.G., 2014, The Early–Middle Miocene subduction complex of the Louisiade Archipelago, southern margin of the Woodlark Rift. Geophysics, Geochemistry, Geosystems, doi: 10.1002/2014GC005500.

*Heumann, M.J.*, Johnson, C.L., **Webb, L.E.**, *Taylor, J.P.*, Jalbaa, U., and Minjin, C., 2014, Total and incremental left-lateral displacement across the East Gobi Fault Zone, southern Mongolia: implications for timing and modes of polyphase intracontinental deformation, Earth and Planetary Science Letters, v. 392, p. 1-15, doi: 10.1016/j.epsl.2014.01.016.

*Ashley, K.T.*, **Webb, L.E.**, Spear, F.S., and Thomas, J.B., 2013, P-T-D histories from quartz: A case study of the application of the TitaniQ thermobarometer to progressive fabric development in metapelites, Geochemistry, Geophysics, Geosystems, v. 14, doi: 10.1002/ggge.20237.

*Taylor, J.*, **Webb, L.**, Johnson, C., and *Heumann, M.*, 2013, The lost South Gobi Microcontinent: protolith studies of metamorphic tectonites and implications for the evolution of continental crust in southeastern Mongolia, Geosciences, special issue: Continental Accretion and Evolution, doi:10.3390/geosciences3030543.

Leech, M.L., and **Webb, L.E.**, 2013, Is the HP-UHP Hong'an-Dabie-Sulu orogen a piercing point for offset on the Tan-Lu fault? Journal of Asian Earth Sciences, v. 62, p. 112–129, DOI: 10.1016/j.jseaes.2012.08.005.

Spear, F., *Ashley, K.T.*, **Webb, L.E.**, and Thomas, J., 2012, Ti diffusion in quartz inclusions: implications for metamorphic time scales, Contributions to Mineralogy and Petrology, DOI: 10.1007/s00410-012-0783-z.

Baldwin, S.L., Fitzgerald, P.G., and **Webb, L.E.**, 2012, Tectonics of the New Guinea region, Annual Review of Earth and Planetary Sciences, v. 40, p. 495-520, doi: 10.1146/annurev-earth-040809-15254, ***INVITED***.

*Heumann, M.J.*, Johnson, C.L., **Webb, L.E.**, *Taylor, J.P.*, Jalbaa, U., and Minjin, C., 2012, Paleogeographic reconstruction of a late Paleozoic arc collision zone, southern Mongolia, Geological Society of America Bulletin, doi:10.1130/B30510.1.

**Webb, L.E.**, Johnson, C.L., and Minjin, C., 2010, Late Triassic sinistral shear in the East Gobi Fault Zone, Mongolia, Tectonophysics, v. 495, p. 246-255, doi: 10.1016/j.tecto.2010.09.033.

**Webb, L.E.**, Baldwin, S.L., Little, T.A., and Fitzgerald, P.G., 2008, Can microplate rotation drive subduction inversion? Geology, v. 36, p. 823–826.

Baldwin, S.L., **Webb, L.E.**, and Monteleone, B.D., 2008, Late Miocene coesite-eclogite exhumed in the Woodlark Rift, Geology, v. 36, p. 735–738.

*Monteleone, B.D.*, Baldwin, S.L., **Webb, L.E.**, Fitzgerald, P.G., Grove, M., and Schmidt, A.K., 2007, Late Miocene–Pliocene eclogite-facies metamorphism, D'Entrecasteaux Islands, SE Papua New Guinea, Journal of Metamorphic Geology, v. 25, p. 245–265.

**Webb, L.E.**, and Johnson, C.L., 2006, Tertiary strike-slip faulting in southeastern Mongolia and implications for Asian tectonics, Earth and Planetary Science Letters, v. 241, p. 323–335.

**Webb, L.E.**, Leech, M.L., and Yang, T., 2006, $^{40}Ar/^{39}Ar$ thermochronology of the Sulu terrane: Late Triassic exhumation of high and ultrahigh-pressure rocks and implications for Mesozoic tectonics in East Asia, *in* Geological Society of America Special Paper *Ultrahigh-Pressure Metamorphism: Deep Continental Subduction,* edited by B.R. Hacker, B. McClelland, and J.G. Liou, p. 77–92.

Leech, M.L., **Webb, L.E.**, and Yang, T., 2006, Diachronous histories for the Dabie-Sulu orogen from high-temperature geochronology, *in* Geological Society of America Special Paper *Ultrahigh-Pressure Metamorphism: Deep Continental Subduction,* edited by B.R. Hacker, B. McClelland, and J.G. Liou, p. 1–22.

*Lewis, A.R.*, Marchant, D.R., Baldwin, S.L., and **Webb, L.E.**, 2006, The age and origin of the Labyrinth, western Dry Valleys, Antarctica: evidence for extensive middle Miocene subglacial floods and freshwater discharge to the Southern Ocean, Geology, v. 34, p. 513–516.

Fitzgerald, P., Baldwin, S., **Webb, L.E.,** and O'Sullivan, P., 2006, Interpretation of (U-Th)/He single grain ages from slowly cooled crustal terranes: A case study from the Transantarctic Mountains of southern Victoria Land, Chemical Geology, v. 225, p. 91–120.

Baldwin, S.L., *Monteleone, B.*, **Webb, L.E.**, Fitzgerald, P.G., Grove, M and Hill, E.J., 2004, Pliocene eclogite exhumation at plate tectonic rates in eastern Papua New Guinea, Nature, v. 431, p. 263–267.

Ratschbacher, L., Hacker, B.R., Calvert, A., **Webb, L.E.**, Grimmer, J.C., McWilliams, M., Ireland, T.R., Dong, S. and Hu, J., 2003, Tectonics of the Qinling (central China): Tectonostratigraphy, geochronology, and deformation kinematics, Tectonophysics, v. 336, p. 1–53.

Johnson, C.L., **Webb, L.E.**, Graham, S.A., Hendrix, M., and Badarch, G., 2001, Sedimentary and structural records of late Mesozoic high-strain extension and strain partitioning, East Gobi Basin, southern Mongolia, Memoir - Geological Society of America, v. 194, p. 231–246.

**Webb, L.E.,** Ratschbacher, L., Hacker, B.R. and Dong, S., 2001, Kinematics of exhumation of high- and ultrahigh-pressure rocks in the Hong'an and Tongbai Shan of the Qinling–Dabie collisional orogen, eastern China, Memoir - Geological Society of America, v. 194, p. 413–434.

Graham, S.A., Hendrix, M.H., Johnson, C.L., D. Badamgarav, G. Badarch, Amory, J., Porter, M., R. Barsbold, **Webb, L.E.**, Hacker, B., 2001, Sedimentary record and tectonic implications of Mesozoic rifting in southeast Mongolia, GSA Bulletin, v. 113, p. 1560–1579.

Hacker, B.R., Ratschbacher, L., **Webb, L.E.**, McWilliams, M., Calvert, A., Dong, S., Wenk, H.-R., and Chateigner, D., 2000. Exhumation of ultrahigh-pressure rocks in the Dabie-Hong'an area: Late Triassic-Early Jurassic tectonic unroofing, Journal of Geophysical Research, v. 105, p. 13,339–13,364.

Ratschbacher, L., Hacker, B.R., **Webb, L.E.**, Calvert, A., Ireland, T.R., McWilliams, M.O., Dong, S., Chateigner, D., and Wenk, H.-R., 2000. Exhumation of the ultrahigh-pressure continental crust in east-central China: Cretaceous and Cenozoic unroofing and the Tan-Lu Fault, Journal of Geophysical Research, v. 105, 13303–13338.

Lamb, M.A., Hanson, A.D., Graham, S.A., Badarch, G., and **Webb, L.E.**, 1999, Left-lateral sense offset of Upper Proterozoic and Paleozoic features on the Gobi Onon, Tost, and Zuunbayan faults in southern Mongolia and implications for other central Asian faults, Earth and Planetary Research Letters, v. 173, p. 183–194

**Webb, L.E.**, Hacker, B.R., Ratschbacher, L., Michael O. McWilliams, and Dong S., 1999. Thermochronologic constraints on deformation and cooling history of high and ultrahigh-pressure rocks in the Qinling–Dabie orogen, Tectonics, v. 18, p. 621–638.

**Webb, L.E.**, Graham, S.A., Johnson, C.L., Badarch, G., Hendrix, M., 1999. Occurrence, age, and implications of the Yagan–Onch Hayrhan metamorphic core complex, southern Mongolia, Geology, v. 27, p. 143–146.

Hacker, B.R., Ratschbacher, L., **Webb, L.E.**, Ireland, T., Walker, D., and Dong S., 1998. U/Pb Zircon ages constrain the architecture of the ultrahigh-pressure Qinling–Dabie orogen, China, Earth and Planetary Science Letters, v.161, p. 215–230.

Hacker, B.R., Ratschbacher, L., **Webb, L.E.**, and Dong S., 1995. What brought them up? Exhumation of the Dabie Shan ultrahigh-pressure rocks, Geology, v. 23, p. 743–746.

**WHITE PAPERS**

Crespi, J., Klepeis, K., Williams, M., Thomas, W., **Webb, L.**, Gale, M., Kim, J., and Becker, L., 2011, EarthScope in the New England Appalachians: Structural inheritance and the long-term strength of continental lithosphere. National Science Foundation Joint EarthScope-GeoPRISMS Science Workshop for Eastern North America.

Baldwin, S., Fitzgerald, P., Curewitz, D., Mann, P., Hacker, B., **Webb, L.**, Abers, G., Little, T., Wallace, L., Devey, C., Hoernle, K., Speckbacher, R., and Behrmann, J., 2010, Rift Initiation and Evolution within an Active Plate Boundary Zone: The Woodlark Rift of Papua New Guinea. National Science Foundation GeoPRISMS Rift Initiation and Evolution (RIE) initiative.

**PUBLISHED (REFERREED) ABSTRACTS OF CONFERENCE PRESENTATIONS**
*Student authors indicated in italics*

Webb, L.E., 2019. Revelations from EarthScope on the Dynamic History of North America. Association for the Advancement of Science, Annual Meeting, Washington D.C. ***INVITED.***

McGrew, A.J., *Rodgers, A.,* Metcalf, J.R., Mesiner, C.B., and **Webb, L.E.**, 2018. Tracking the escalator ride from mid-crustal depths to the surface: New constraints on the pace and episodicity of late Eocene to Miocene exhumation from the southern east Humboldt Range

metamorphic core complex, Elko County, Nevada. Geological Society of America Abstracts with Programs. Vol. 50, No. 6. doi: 10.1130/abs/2018AM-318419.

Baldwin, S.L., Fitzgerald, P.G., **Webb, L.E.**, Malusa, M.G., and Moucha, R., 2018. How to make and exhume (U)HP terranes: insights from southeastern Papua New Guinea (EOS, Transactions, American Geophysical Union, Fall Meeting). ***INVITED.***

*Gonzalez, J.,* Baldwin, S.L., Thomas, J.B., Fitzgerald, P.G., **Webb, L.E.**, and Kim, J.J., 2018. Peak pressure-temperature-time estimates for Taconic orogen high-pressure rocks, Tillotson Peak Complex, Vermont. (EOS, Transactions, American Geophysical Union, Fall Meeting).

*Tam, E.*, Webb, L.E., and *Aiken, C.*, 2018. Geochronologic Constraints on the Timing of Deformation in the Footwall of the Prospect Rock Fault in North-Central Vermont. Geological Society of America Abstracts with Programs. Vol. 50, No. 2, doi: 10.1130/abs/2018NE-310928.

*Caswell, B.*, Gilotti, J.A., Webb, L.E., Jones, D.A., McClelland, W.C., 2018. $^{40}$Ar/$^{39}$Ar Geochronology of Biotite from Ductile Shear Zones of the Ellesmere-Devon Crystalline Terrane, Nunavut, Canadian Arctic. Geological Society of America Abstracts with Programs. Vol. 50, No. 2, doi: 10.1130/abs/2018NE-310455

*Dundas, E., Ehlers, A., Lee, J., Titsworth, K., Weiss, H.*, and **Webb, L.E.**, 2018. Use of Ground-Penetrating Radar and Electromagnetic Induction Profiling to Image a Buried Revolutionary War Trench at Chimney Point, Addison County, Vermont. Geological Society of America Abstracts with Programs. Vol. 50, No. 2, doi: 10.1130/abs/2018NE-311041.

*Aiken, C.L.*, and **Webb, L.E.**, 2018. Geochronologic Constraints on the Timing of Metamorphism and Exhumation of the Tillotson Peak Complex in Northern Vermont. Geological Society of America Abstracts with Programs. Vol. 50, No. 2, doi: 10.1130/abs/2018NE-310829.

**Webb, L.E.**, Klepeis, K.A., and Kim, J.J., 2018. New Insights on Acadian Deformation and Reactivation in Northern Vermont from Integrated Structural and Geochronological Studies. Geological Society of America Abstracts with Programs. Vol. 50, No. 2, doi: 10.1130/abs/2018NE-311032.

Klepeis, K., **Webb, L.E.**, *Merson, M.Q.*, and Kim, J.J., 2018. Unraveling Fault Reactivations and Their Tectonic Significance Using Integrated Structural Data and $^{40}$Ar/$^{39}$Ar Geochronology, Examples from N. Vermont and S.W. New Zealand. Geological Society of America Abstracts with Programs. Vol. 50, No. 2, doi: 10.1130/abs/2018NE-311301.

*Maguire IV, H.C.,* Merhtens, C., Chiarenzelli, J., and Webb, L.E., 2018. Detrital Zircon Ages for the Cambrian Monkton and Danby Formations, Champlain Valley, Vermont. Geological Society of America Abstracts with Programs. Vol. 50, No. 2, doi: 10.1130/abs/2018NE-311008.

*Gonzalez, J.P.*, Baldwin, S., Kim, J.J., and **Webb, L.E.**, 2018. A Comparison of Pressure-Temperature-Time Histories across the Burgess Branch Fault Zone, Northern Vermont. Geological Society of America Abstracts with Programs. Vol. 50, No. 2, doi: 10.1130/abs/2018NE-310874.

*Brombin, V.*, Marzoli, A., Roghi, G., Fred, J., Coltorti, M., Bonadiman, C., **Webb, L.E.**, Sara, C., Giuliano, B., De Vecchi, G. and Roberto, S., 2018. The temporal evolution of the Cenozoic Southalpine magmatic activity in North-East Italy: evidence from $^{40}$Ar/$^{39}$Ar geochronology. In European Geosciences Union (pp. 1-1). European Geosciences Union.

Tam, E., **Webb, L.E.**, and *Aiken, C.L.*, 2017, Role of the Prospect Rock Fault in the Exhumation of High Pressure Rocks in North-Central Vermont. (EOS, Transactions, American Geophysical Union).

Klepeis, K., **Webb, L.E.**, Blatchford, H.J., Schwartz, J.J., Turnbull, R., and Jongens, R., 2017. Unraveling a history of repeated fault reactivations and differential uplift above a young subduction zone in SW New Zealand, Geological Society of America Abstracts with Programs. Vol. 49, No. 6, doi: 10.1130/abs/2017AM-306155.

**Webb, L.E.**, 2017. Strange results or: How I learned to stop worrying and love complicated $^{40}$Ar/$^{39}$Ar apparent age spectra. Geological Society of America Abstracts with Programs. Vol. 49, No. 6, doi: 10.1130/abs/2017AM-306106.

*Cordova, J.L.*, Schermer, E., Mulcahy, S.R., and **Webb, L.E.**, 2017. Initiation and early evolution of a subduction zone: T-t-D history of the Easton metamorphic suite, northwest Washington State, Geological Society of America Abstracts with Programs. Vol. 49, No. 6, doi: 10.1130/abs/2017AM-303853.

Fitzgerald, P.G., Baldwin, S.L., Bermúdez, M.B., **Webb, L.E.**, Little, T.A., Miller, S.R., Malusà, M.G., Seward, D., 2017. Rift-triggered exhumation of eclogite-bearing gneiss domes in eastern Papua New Guinea: Geologic and thermochronologic constraints. 12th International Eclogite Conference, Åre, Sweden, August 2017.

*Aiken, C.*, and **Webb, L.E.**, 2017. Exhumation of the Tillotson Peak complex in northern Vermont. Northeastern North-Central Joint Section Meeting of the Geological Society of America. Pittsburgh, Pennsylvania.

*Brombin, V.*, **Webb, L.**, Bonadiman, C., Marzoli, A., and Coltorti, M., 2017. A geochronological study of mafic and acidic lavas from Veneto Volcanic province (North-East Italy), EGU General Assembly 2017, Vienna, Austria. Geophysical Research Abstracts, Vol. 19, EGU2017-6410, 2017.

Ebinger, C., Humphreys, E., Williams, M., van der Lee, S., Levin, V., **Webb, L.**, and Becker, T., 2017. Dynamics and the Wilson Cycle: An EarthScope vision. EGU General Assembly 2017, Vienna, Austria. Geophysical Research Abstracts, Vol. 19, EGU2017-5829.

**Webb, L.E.**, Klepeis, K.A., Kim, J., and *Sullivan, P.*, 2017, Reactivation of Taconic Thrust Faults in the Late Acadian Orogenic Front. 2017 EarthScope National Meeting. Anchorage, Alaska.

Mehrtens, C., **Webb, L.E.**, Harrington, S., Desanto, D., and Berman, E., 2016. Writing and Information Literacy in The Geosciences: A Pilot Project to Improve Student Understanding and Communication, Geological Society of America Abstracts with Programs. Vol. 48, No. 7, doi: 10.1130/abs/2016AM-277481.

Tsai, C.-H., Liu, C., **Webb, L.**, and Keyser, W., 2016, New P-T and Geochronological Constraints on High-Pressure Garnet-Bearing Paragonite-Epidote Amphibolite in the Yuli Belt, Eastern Taiwan. Goldschmidt Conference, Yokohama, Japan. Goldschmidt Abstracts, 2016 3180.

**Webb, L.E.** and Klepeis, K.A., 2015, Punctuated melt-enhanced deformation and tectonic reactivation above a long-lived subduction zone, coastal Andes, central Chile, Geological Society of America Abstracts with Programs. Vol. 47, No. 7, p. 495.

Baldwin, S.L., Malusà, M.G., Fitzgerald, P.G., **Webb, L.E.**, and, 2015, Deciphering the 4-d evolution of Cenozoic (U)HP terranes, Geological Society of America Abstracts with Programs. Vol. 47, No. 7, p. 168. ***INVITED***.

Fitzgerald, P.G., Baldwin, S.L., Bermúdez, M.B., **Webb, L.E.**, Little, T.A., Malusà, M.G., Miller, S.R., and Seward, D., 2015, Constraints from low-temperature thermochronology on exhumation of (U)HP terranes: the eastern Papuan New Guinea example, Geological Society of America Abstracts with Programs. Vol. 47, No. 7, p. 375.

*Lagor, S.* and **Webb, L.E.**, 2015, Evidence for syntectonic intrusion of the Knox Mountain Pluton in the Connecticut Valley-Gaspe Trough, central Vermont, Geological Society of America Abstracts with Programs. Vol. 47, No. 3, p. 101.

Baldwin, S.L., Fitzgerald, P.G., **Webb, L.E.**, and Malusà, M.G., 2015, The (U)HP terrane of eastern Papua New Guinea: a modern analogue for (U)HP terranes globally, XI International Eclogite Conference, Dominican Republic.

Fitzgerald, P.G., Baldwin, S.L., Bermúdez, M.B., **Webb, L.E.**, Little, T.A., Miller, S.R., Malusà, M.G., and Seward, D., 2014, Exhumation of the Papua New Guinea (U)HP terrane: Constraints from low temperature thermochronology, XI International Eclogite Conference, Dominican Republic.

Baldwin, S.L., Bermúdez, M., Fitzgerald, P.G., and **Webb, L.E.**, 2014, Integrative thermochronology, petrology and modelling reveal the 4-D evolution of active plate boundary zones, 14th International Conference on Thermochronology, September 2014, Chamonix, France.

**Webb, L.E.**, Klepeis, K.A., Jones, D.A., Webber, J.R., Cembrano, J., Morata, D., Mora-Klepeis, G., and Arancibia, G., 2014, Thermochronologic Constraints on the Late Paleozoic and Early Mesozoic Tectonic Evolution of Coastal Central Chile (33.5 S), Geological Society of America Abstracts with Programs. Vol. 46, No. 6, p.445.

Lagor, S., and **Webb, L.E.**, 2014, The relationship between magmatism, deformation, and metamorphism during the Acadian Orogeny: a case study from the Knox Mountain Pluton, Green Mountains, Vermont, Geological Society of America Annual Meeting, Vancouver, October, 2014.

**Webb, L.**, *Dyess, P., Ashley, K.*, Spear, F., and Thomas, J., 2013, TitaniQ Records of P-T-D Paths from Metapelites during Burial Metamorphism and Orogenesis: Evidence for the Role of Pressure Solution Creep, (EOS, Transactions, American Geophysical Union).

Baldwin, S., Moucha, R., Fitzgerald, P.G., Hoke, G.D., Bermudez, M.A., **Webb, L.E.**, Braun, J., Rowley, D.B., Insel, N., Abers, G.A., Wallace, L.M., and Vervoort., J.D., 2013, Linking mantle dynamics, plate tectonics and surface processes in the active plate boundary zones of eastern New Guinea (EOS, Transactions, American Geophysical Union). ***INVITED***.

**Webb**, L., *Dyess, P., Ashley, K.*, Spear, F., and Thomas, J., 2013, Probing quartz for P-T-t-d paths, Mineralogical Magazine, 77(5) 2474. Goldschmidt Conference, Florence, Italy.

*Ashley K.*, Law R., Stahr D., Thomas J., Caddick M., Spear F., and **Webb L.**, 2013, Improved Crustal PTtD Evolution Constraints Using TitaniQ Thermobarometry, Mineralogical Magazine, 77(5) 624. Goldschmidt conference, Florence, Italy.

**Webb, L.E.**, Westerman, D.S., Springston, G.E., Kim, J., Klepeis, K., Koteas, G.C., *Ruksnzis, A.*, Merhtens, C., Becker, L.R., and Gale, M., 2013, Field-based undergraduate curriculum and research exploring geophysical methods, with applications to the State of Vermont, (Geological Society of America Northeastern Section – 48th Annual Meeting).

*Dyess, P.*, **Webb, L.E.**, Spear, F.S., and Thomas, J.B., 2012, Investigating Records of Prograde Metamorphism in Quartz with TitaniQ Thermobarometry: Initial Results from the Northfield Mountains, Vermont, (EOS, Transactions, American Geophysical Union).

Thomas, J.B., Spear, F.S., and **Webb, L.E.**, 2012, Experimental study of titanium-in-coesite solubility, (EOS, Transactions, American Geophysical Union).

Baldwin, S.L., Fitzgerald, P.G., Bermudez, M.A., **Webb, L.E.**, Moucha, R., Miller, S.R., *Catalano, J.P.*, and *Zirakparvar, N.A.*, 2012, Linking deep earth to surface processes in the Woodlark Rift of Papua New Guinea; a framework for understanding (U)HP exhumation globally, (EOS, Transactions, American Geophysical Union).

Fitzgerald, P.G., Baldwin, S.L., Bermudez, M.A., Miller, S.R., **Webb, L.E.**, and Little, T., 2012, Low-temperature thermochronologic constraints on cooling and exhumation trends along conjugate margins, within core complexes and eclogite-bearing gneiss domes of the Woodlark rift system of eastern Papua New Guinea, (EOS, Transactions, American Geophysical Union).

*Ashley K.T.*, **Webb, L.E.**, Spear, F.S., and Thomas, J.B., 2012, P-T-D Histories and Reequilibration of Ti in Quartz: Using the TitaniQ Thermobarometer in Poly-Deformed Tectonic Terranes, Mineralogical Magazine, 1436, Goldschmidt conference, Montreal, Quebec, Canada.

Spear, F.S., *Ashley K.T.*, **Webb, L.E.**, and Thomas, J.B., 2012, Tectonic implications of short metamorphic episodes, Goldschmidt Conference, Montreal, Quebec, Canada.

*Ruksznis, A.*, Kim, J., Klepeis, K., and **Webb, L.E.**, 2012, Integration of structural analysis, EMI, and GPR surveys, and hydrogeology in the Plainfield quadrangle, central Vermont, (Geological Society of America Northeastern Section – 47th Annual Meeting).

*McNiff, C.M.*, Klepeis, K., **Webb, L.E.**, and Kim, J., 2012, Geometric variability and spatial extent of an Acadian dome and basin fold interference pattern in NW Vermont, (Geological Society of America Northeastern Section – 47th Annual Meeting).

**Webb, L.E.**, Taylor, J.P., Heumann, M.J., Johnson, C.L., *Stypula, M.J.*, and Kylander-Clark, A.R.C., 2011, Permo-Triassic collisional orogenesis and transition to intraplate sinistral shear in southeastern Mongolia, (EOS, Transactions, American Geophysical Union).

Baldwin, S.L., *Zirakparvar, N.A.*, **Webb, L.E.**, Kula, J., Metcalf, J.R., Fitzgerald, P.G., and *Catalano, J.P.*, 2011, The isotopic record of subduction and exhumation within the (U)HP terrane of Papua New Guinea, 9th International Eclogite Conference, Czech Republic.

*Catalano, J.P.*, Baldwin, S.L., Fitzgerald, P.G., and **Webb, L.E.**, 2011, The isotopic record of subduction and exhumation within the (U)HP terrane of Papua New Guinea, 9th International Eclogite Conference, Czech Republic.

Fitzgerald, P.G., Baldwin, S.L., Miller, S.R., Little, T.A., **Webb, L.E.**, Metcalf, J.R., and Perry, S.E., 2011, Apatite fission track and (U-Th)/He dating in the world's youngest UHP terrane: The Woodlark rift of southeastern Papuan New Guinea, Mineralogical Magazine, p. 852.

**Webb, L.E.**, *Taylor, J.P., Heumann, M.J.*, Johnson, C.L., *Stypula, M.J.*, and *Hagen-Peter, G.A.*, 2010, Thermochronologic Records of Intraplate Deformation in the Northern East Gobi Fault Zone, Mongolia, (EOS, Transactions, American Geophysical Union).

*Ashley K.T.*, **Webb, L.E.**, Spear, F.S., and Thomas, J.B., 2010, Constraining P-T-t-D Histories with the TitaniQ Thermobarometer: Preliminary Findings from the Strafford Dome, Vermont (EOS, Transactions, American Geophysical Union).

*Stypula, M.J.*, and **Webb, L.E., 2010**, Microstructural and U-Pb Zircon Constraints on the Relationship between Partial Melting and Ductile Shear in the East Gobi Fault Zone, Southeast Mongolia (EOS, Transactions, American Geophysical Union).

Baldwin, S., *Zirakparvar, N.A., Catalano, J.P.*, Fitzgerald, P.G., **Webb, L.E.**, and Little, T., 2010, Reconstructing the Mid-Miocene to Recent evolution of the Woodlark Rift (EOS, Transactions, American Geophysical Union).

*Catalano, J.P.*, Baldwin, S., Fitzgerald, P.G., **Webb, L.E.**, and Hollocher, K., 2010, Temporal and geochemical constraints on active volcanism in southeastern Papua New Guinea (EOS, Transactions, American Geophysical Union).

Baldwin, S.L., **Webb, L.E.**, Fitzgerald, P.G, *Zirakparvar, N.A.*, and *Catalano, J.P.*, 2010, From subduction to rifting: The Late Cretaceous–Cenozoic tectonic evolution of eastern Papua New Guinea, (Tectonic Crossroads: Evolving Orogens of Eurasia-Africa-Arabia, Ankara, Turkey, Paper No. 32-3), *INVITED*.

**Webb, L.E.**, Baldwin, S.L., *Zirakparvar, N.A.*, Fitzgerald, P.G, and *Catalano, J.P.*, 2010, From microstructures to microplates: Integrating across scales to constrain the plate boundary evolution in eastern Papua New Guinea (AGU Western Pacific Meeting, V44A-02). *INVITED*.

**Webb, L.E.**, Baldwin, S.L., Fitzgerald, P.G., *Castellan, L.*, and *Zirakparvar, N.A.*, 2009, Structural Analysis of the Louisiade Archipelago, Southeastern Papua New Guinea (EOS, Transactions, American Geophysical Union).

*Taylor, J.P.*, **Webb, L.E.**, Johnson, C.L., *Heumann, M.J., Hagen-Peter, G.A.*, and Gehrels, G.E., 2009, Testing the Existence of the South Gobi Microcontinent: U-Pb Zircon Dating of Tectonites within the East Gobi Fault Zone, Southeastern Mongolia (EOS, Transactions, American Geophysical Union).

*Stypula, M.*, **Webb, L.E.**, and *Hagen-Peter, G.A.*, 2009, Evidence for partial melting at northern Tavan Har and relationship to Late Triassic sinistral shear in the East Gobi Fault Zone, southeastern Mongolia (EOS, Transactions, American Geophysical Union).

*Hagen-Peter, G.A.*, **Webb, L.E.**, and *Stypula, M.*, 2009, Large-scale folding in the Tavan Har basement block, southeastern Mongolia and its relevance to Phanerozoic intracontinental deformation (EOS, Transactions, American Geophysical Union).

*Heumann, M.J.*, Johnson, C.L., **Webb, L.E.**, *Taylor, J.P.*, 2009, Mesozoic–Cenozoic Reconstruction of the East Gobi Fault Zone, Southern Mongolia (EOS, Transactions, American Geophysical Union).

*Taylor, J.P.*, **Webb, L.E.**, Johnson, C.L., *Heumann, M.J.*, 2009, Strike-slip and exhumation history of the East Gobi Fault Zone, southeastern Mongolia, with emphasis on the Cenozoic era (Geological Society of America *Abstracts with Programs*, Geological Society of America Abstracts with Programs).

*Taylor, J.P.*, **Webb, L.E.**, Fitzgerald, P.G., Johnson, C.L., *Heumann, M.J.*, 2008, Constraints on the Low Temperature Thermal History of the Tsagan Subarga and Tavan Har Basement Blocks of the East Gobi Fault Zone, Southeastern Mongolia, and Tectonic Implications (EOS, Transactions, American Geophysical Union).

*Heumann, M.J.*, Johnson, C.L., **Webb, L.E.**, *Taylor, J.P.*, 2008, Detrital zircon and sandstone provenance analysis from Permian and Lower Cretaceous sedimentary units to constrain total and incremental left-lateral offset along the East Gobi Fault Zone, southeastern Mongolia (EOS, Transactions, American Geophysical Union).

Baldwin, S.L., Little, T.A., **Webb, L.E.**, Fitzgerald, P.G., *Zirakparvar, A.* and *Peters, K.*, 2008, Metamorphic Core Complex Formation on Misima Island during Miocene-Pliocene Rifting and Seafloor Spreading in the Woodlark Basin, Papua New Guinea, SE Papua New Guinea (EOS, Transactions, American Geophysical Union).

*Waggoner, A.G.*, Baldwin, S.L., **Webb, L.E.**, Little, T.A., and Fitzgerald, P.G., 2008, Temporal Constraints on Continental Rifting and the Exhumation of Pliocene Eclogites, SE Papua New Guinea (EOS, Transactions, American Geophysical Union).

Fitzgerald, P.G., Baldwin, S.L., Miller, S.R., *Perry, S.E.*, **Webb, L.E.**, and Little, T.A., 2008, Low-Temperature Constraints on the Evolution of Metamorphic Core Complexes of the Woodlark Rift System, Southeastern Papua New Guinea (EOS, Transactions, American Geophysical Union).

**Webb, L.E.**, Baldwin, S.L., Little, T.A., and Fitzgerald, P.G., 2008, Is Microplate Rotation Driving HP–UHP Exhumation in Eastern Papua New Guinea? (Geological Society of America *Abstracts with Programs*, Geological Society of America Abstracts with Programs, v. 40, n. 6, p. 551). ***INVITED***.

**Webb, L.E.**, Johnson, C.L., Minjin, C., 2007, Thermochronology of early Mesozoic shear in the East Gobi Fault Zone, Mongolia (EOS, Transactions, American Geophysical Union).

*Taylor, J.P.*, **Webb, L.E.**, Johnson, C.L., *Heumann, M.J.*, 2007, Constraints on Mesozoic and Tertiary Brittle Faulting in the Southern East Gobi Fault Zone, Southeastern Mongolia (EOS, Transactions, American Geophysical Union).

*Semple, I.L.*, **Webb, L.E.**, *Taylor, J.P., Heumann, M.J.*, Johnson, C.L., Minjin, C., 2007, Early Mesozoic overprinting of Paleozoic protoliths during shear zone formation in the southeast Gobi, Mongolia (EOS, Transactions, American Geophysical Union).

*Heumann, M.J.*, Johnson, C.L., **Webb, L.E.**, *Taylor, J.P.*, 2007, Implications for Mesozoic to Modern Tectonic Deformation in Sub-Basins Along the East Gobi Fault Zone, Southern Mongolia (EOS, Transactions, American Geophysical Union).

Baldwin, S.L., **Webb, L.E.,** *Monteleone, B.D.*, 2007, Late Miocene coesite-eclogite exhumed in the Woodlark Rift, Papua New Guinea (EOS, Transactions, American Geophysical Union).

Beamud, E., Fitzgerald, P., Muñoz, J., Garces, M., Baldwin, S., Webb, L., *Schwabe, E.*, and Cabrera, L., 2007 Palaeogene Exhumation of the Pyrenean Orogen: Magnetostratigraphic and Thermochronological Constraints from the South-Central Pyrenees (EOS, Transactions, American Geophysical Union).

**Webb, L.E.**, and Johnson, C.L., 2006, Intraplate Deformation Phase I of the East Gobi Fault Zone, Mongolia: Early Mesozoic Sinistral Shear (Geological Society of America *Abstracts with Programs*, Geological Society of America Abstracts with Programs, v. 38, n. 7, p. 418).

Baldwin, S.L., *Monteleone, B.D.*, Little, T.A., **Webb, L.E.**, and Fitzgerald, P.G., 2006, Subduction to rifting evolution of the Australian–Woodlark plate boundary zone of eastern Papua New Guinea: insights into the 4-D nature of continental subduction and exhumation processes (Geological Society of America *Abstracts with Programs*, v. 38, n. 7, p. 274).

**Webb, L.E.**, Johnson, C.L., G. Badarch, Ch. Minjin, G. Sersmaa, 2006, Evidence for an early Mesozoic mylonitic sinistral shear zone in southeastern Mongolia, IGCP 480 (International Geological Congress), Structural and Tectonic Correlation across the Central Asia Orogenic Collage, Ulaanbaatar, Mongolia, July 2006, Extended Abstracts Volume, p. 43-45.

Johnson, C.L., Amory, J.A., Zinniker, Z., Lamb, M.A., G. Badarch, and **Webb, L.E.**, 2006, Sedimentary record of arc collision, Permian, southern Mongolia, IGCP 480 (International Geological Congress), Structural and Tectonic Correlation across the Central Asia Orogenic Collage, Ulaanbaatar, Mongolia, July 2006, Extended Abstracts Volume, p. 46-49.

Baldwin, S.L., **Webb, L.E.**, *Monteleone, B.*, Little, T.A., Fitzgerald, P.G., *Peters, K.*, Chappell, J.L., 2006, Continental crust subduction and exhumation: Insights from eastern Papua New Guinea, Geochimica et Cosmochimica Acta Supplement, v. 70, issue 18, p. 31.

Baldwin, S.L., **Webb, L.E.**, and Monteleone, B., Little, T.A., Fitzgerald, P.G., and Chappell, J.L., 2005, Metamorphism and exhumation of the youngest known HP/UHP terrane on Earth, eastern Papua New Guinea, (EOS, Transactions, American Geophysical Union; v. 86 (52)).

Leech, M.L., **Webb, L.E.**, and Yang, T., 2005, Diachronous histories for the Dabie-Sulu orogen from high-temperature geochronology (Geological Society of America *Abstracts with Programs*, v. 37, n. 7, p. 57)

*Affolter, M.D.*, Johnson, C.L., and **Webb, L.E.**, 2005, Tectonic History of the East Gobi Basin (Geological Society of America *Abstracts with Programs*, v. 37, n. 7, p. 442).

Fitzgerald, P., Baldwin, S., Muñoz, J.-A., **Webb, L.**, and *Schwabe, E.*, 2005, Exhumation of the Pyrean intracontinental collisional orogen: New thermochronologic constraints from the central Pyrenees (Geological Society of America *Abstracts with Programs*, v. 37, n. 7, p. 346)

**Webb, L.E.**, Baldwin, S.L., Little, T.A., and Fitzgerald, P.G., 2005, A pivoting microplate model for subduction eversion and exhumation of UHP terranes (7th International Eclogite Conference, Austria, Mitt.Österr.Miner.Ges. 150, p. 164).

Baldwin, S.L., **Webb, L.E.**, and *Monteleone, B.*, 2005, Late Miocene–Pliocene eclogites of eastern Papua New Guinea: the youngest known HP/UHP terrane on Earth (7th International Eclogite Conference, Austria, Mitt.Österr.Miner.Ges. 150, p.16).

*Monteleone, B.*, Baldwin, S., **Webb, L.** & Fitzgerald, P., 2005, Constraints on Eclogite Facies Metamorphism in Southeastern Papua New Guinea from in situ Ion Microprobe U-Pb and REE Analyses (15th Annual Goldschmidt Conference, Abstract Volume, A60).

Johnson, C.L., and **Webb, L.E.**, 2005, Cenozoic Reactivation of the East Gobi Fault Zone, 20th Symposium, Himalaya-Karakorum-Tibet Workshop (HKT20), Aussois, France, (Geologie Alpine, Memoire H.S., n. 44, p.94-95).

**Webb, L.E.**, Johnson, C.L., Minjin, Ch., Sersmaa, G., Affolter, M., and Manchuk, N, 2004, Mesozoic and Cenozoic Intracontinental Deformation in Southeastern Mongolia, (EOS, Transactions, American Geophysical Union, v. 85 (47), F1698).

Johnson, C.L., **Webb, L.E.**, Minjin, Ch., Sersmaa, G., *Affolter, M.*, and *Manchuk, N.*, 2004, Sedimentary Basin Evolution in the Context of Polyphase Intracontinental Deformation: New Insights from Southeastern Mongolia, (EOS, Transactions, American Geophysical Union; v. 85 (47), F1699).

Baldwin, S.L., Finn, C.A., **Webb, L.E.**, Fitzgerald, P.G., Little, T., and Anderson, E., 2004, Microplate rotation leads to rapid exhumation of a subduction complex in eastern Papua New Guinea (EOS, Transactions, American Geophysical Union; v. 85 (47), F1738).

*Monteleone, B.*, Baldwin, S.L., Little, T., Fitzgerald, P.G., and **Webb, L.E.**, 2004, Thermochronologic and Geochemical Investigations of High Pressure Metamorphism and Pliocene Exhumation of the D'Entrecasteaux Islands, Southeastern Papua New Guinea (EOS, Transactions, American Geophysical Union; v. 85 (47), F1737).

Baldwin, S.L. **Webb, L.E.**, and Fitzgerald, P.G., 2004, Rifting of a subduction complex in eastern Papua New Guinea leads to exhumation of Pliocene HP rocks at plate tectonic rates (32nd International Geologic Congress, Florence, Italy, August 2004).

Leech, M.L., **Webb, L.E.**, Yang, T., Xu, Z., 2003, Microstructural analysis of the ultrahigh-pressure Sulu Terrane, eastern China (EOS, Transactions, American Geophysical Union; v. 84, F1391).

Baldwin, S.L. P.G. Fitzgerald, T.A. Little, **L.E. Webb** and *B.D. Monteleone*, 2003, Exhumation of the youngest HP rocks, at plate tectonic rates, during Plio-Pleistocene continental extension in SE Papua New Guinea (Geological Society of America *Abstracts with Programs*, v. 35, no. 6, p. 556).

**Webb, L.E.**, Leech, M.L., Yang, T., Xu, Z., 2002, Kinematics of structures of the ultrahigh-pressure Sulu Terrane, eastern China (EOS, Transactions, American Geophysical Union; v. 83, F1245).

Fitzgerald, P., Baldwin, S., Farley, K., Hedges, L., O'Sullivan, P. and **Webb., L,**, 2002, Constraining landscape evolution of the West Antarctic rift flank of southern Victoria Land (Abstracts of the 12th annual V. M. Goldschmidt conference, Geochimica et Cosmochimica Acta v. 66, no. 15A, p. 235).

Fitzgerald, P.G., Baldwin, S.L., Farley, K.A., Hedges, L., O'Sullivan, P.B., and **Webb, L.E**., 2001, Exhumation of apatite helium partial retention zones: An example from the Transantarctic Mountains and implications for (U/Th)/He dating of apatites (Geological Society of America *Abstracts with Programs*, v. 33).

Ritts, B.D., Graham, S.A., **Webb, L.E.**, Chang, E., Hanson, A., Johnson, C.L., 2000, Late Mesozoic Extrusion Tectonics of the North China Block (EOS, Transactions, American Geophysical Union; v. 81).

Anderson, K.S., and others, 1998, The Wagon Rock Project; an interdisciplinary characterization of sand-rich, high-density turbidity current deposits of the "Merle Formation", northern Santa Lucia Range, California (American Association of Petroleum Geologists annual meeting, Salt Lake City, Utah).

Hendrix, M.S., Beck, M. A., Lenegan, R., Graham, S. A., Johnson, C. J., **Webb, L**., and Sjostrom, D. J., 1998, Early Mesozoic development of a regional lake system in southern Mongolia: American Association of Petroleum Geologists National Meeting, Salt Lake City, Utah.

Hendrix, M.S., Beck, M.A., Graham, S. A., Johnson, C. J., and **Webb, L**., 1998, Early Mesozoic development of a regional lake system in southern Mongolia - sedimentary signature of a collisional foreland style basin? Yinshan-Yanshan major thrust and nappe structures field conference, May 8-11, Hohhot, Nei Mongol, China.

Greene, T.J., Ritts, B.D., **Webb, L.E.**, Graham, S.A.; Johnson, C.L., Hourigan, J.L., 1997. Progress report on Mesozoic Asian studies conducted by Stanford University (Geological Society of America *Abstracts with Programs*, v. 29).

Hacker, B.R., Ratschbacher, L., **Webb, L.E.**, Ireland, T., Walker, D., Calvert, A., Dong, S., 1997. New Constraints on Exhumation of Ultrahigh-Pressure Rocks, Dabie–Hong'an–Tongbai Shan, China (Geological Society of America *Abstracts with Programs*, v. 29).

Johnson, C.L., Graham, S.A., **Webb, L.E.**, Badarch, G., Hendrix, M., Sjostrom, D., Beck, M., and Lenegan, R., 1997. Sedimentary response to late Mesozoic extension in southern Mongolia (EOS, Transactions, American Geophysical Union; v. 78). *INVITED.*

**Webb, L.E.**, Graham, S.A., Johnson, C.L., Badarch, G., Hendrix, M., Sjostrom, D., Beck, M., and Lenegan, R., 1997. Characteristics and implications of the Onch Hayrhan metamorphic core

complex of southern Mongolia (EOS, Transactions, American Geophysical Union; v. 78). ***INVITED.***

**Webb, L.E.**, Hacker, B.R., Ratschbacher, L., Leech, M. Dong, S., and Lianhong, P., 1997. Mesozoic tectonism in the Qinling–Dabie collisional orogen: New constraints on the multistage exhumation of ultrahigh-pressure rocks (Geological Society of America *Abstracts with Programs*, v. 29). ***INVITED.***

**Webb, L.E.**, Hacker, B.R., Ratschbacher, L., and Dong S., 1996.  Structures, and kinematics of exhumation; ultrahigh-pressure rocks in the Hong'an Block of Qinling–Dabie Orogen, China (Geological Society of America *Abstracts with Programs*, v. 28).

**Webb, L.E.**, Hacker, B.R., Ratschbacher, L., and Dong S., 1996. Structural and geochronological constraints on the exhumation of high- and ultrahigh-pressure rocks in the Qinling–Dabie Orogen, China. (Penrose Conference: Exhumation Processes: Normal Faulting, Ductile Flow, and Erosion. Penrose Conference, Greece.)

Hacker, Bradley R., Ratschbacher, L., **Webb, L.E.**, and Dong S., 1995, What brought them up? Exhumation of ultrahigh-pressure rocks in the Dabie Mountains of eastern China. (EOS, Transactions, American Geophysical Union; v. 76).

**Webb, L.E.**, Hacker, B.R., Ratschbacher, L., and Dong S., 1995, Structures and kinematics of exhumation from 40 km; the Dabie Shan ultrahigh-pressure rocks, E. China (Geological Society of America *Abstracts with Programs*, v. 27).


**GRADUATE ADVISING**

Kristin Schnalzer (BS SUNY Plattsburgh), University of Vermont, MS in Geology, 2020 expected. Investigating the timing of deformation in the Chester Dome with $^{40}Ar/^{39}Ar$ geochronology.

Cheyne Aiken (BS SUNY Potsdam), University of Vermont, MS in Geology, October 2018. Geochronologic Constraints on the Timing of Metamorphism and Exhumation of the Tillotson Peak Complex in Northern Vermont.

Evan Tam (BS University of Connecticut), University of Vermont, MS in Geology, October 2018. Geochronological Constraints on the Timing of Deformation: An Examination of the Prospect Rock Fault Footwall in North-Central Vermont.

Samuel Lagor (BS St. Lawrence University), University of Vermont, MS in Geology, May 2016. The relationship between magmatism, deformation, and metamorphism during the Acadian orogeny: A case study from the Knox Mountain pluton, Green Mountains, Vermont.

Patrick Dyess (BS Montana State University), University of Vermont, MS in Geology, October 2013. Interpreting Quartz Textures through TitaniQ Thermobarometry of Low Grade Metapelites, Northfield Mountains, Vermont. Went on to work with NTL Engineering and Geoscience, Inc.

Christine Downs (BS Salem State University), University of Vermont, MS in Geology, October 2012. The Characterization of Ductile Deformation in the Upper and Lower Plates of the Hinesburg Thrust Fault Through Detailed Geometric Analysis of Selected Outcrops. Currently a PhD student at University of Southern Florida.

Merril Stypula (BA Colorado College), University of Vermont, MS in Geology, May 2012. U-Pb Zircon Dating of Metamorphic Tectonites from Tavan Har, Southeast Mongolia: Implications for the Role of Tectonic Inheritance in Intraplate Shear Zones. Currently employed by EQT Corporation.

Kyle Ashley (BS SUNY Potsdam), University of Vermont, MS in Geology, October 2011. TitaniQ Thermobarometry of Fabric Development in the Strafford Dome, Vermont: Linking Microstructures to Orogenic Processes. Went on to a PhD program at Virginia Tech, post-doc at UT Austin, and now a visiting professor at University of Pittsburgh.

Joshua Taylor, (BS St. Lawrence University, MS Syracuse University), Syracuse University, PhD in Earth Sciences (co-advisor with P.G. Fitzgerald), May 2011. Tectonic History of the East Gobi Fault Zone, Southeastern Mongolia: An Integrated Study Using Structural Geology, Geochronology, and Thermochronology. Currently employed at ExxonMobil Exploration Company.

**GRADUATE STUDENT THESIS COMMITTEES**

John Mark Brigham, Syracuse University, Department of Earth Sciences. MS, 2019 expected. Mineralogy of the Partially Serpentinized Meta-Dunite in East Dover, Vermont. Advisor: Suzanne Baldwin.

Joseph Gonzales, Syracuse University, Department of Earth Sciences. PhD, 2019 expected. Petrology and Thermochronology of the Burgess Branch Fault Zone at the Tillotson Peak Complex, Vermont. Advisor: Suzanne Baldwin.

Caswell, Brandon, University of Idaho, MS, 2018. $^{40}$Ar/$^{39}$Ar Geochronology of Biotite from Ductile Shear Zones of the Ellesmere-Devon Crystalline Terrane, Nunavut, Canadian Arctic. Advisor: Jane Gilotti.

Matthew Merson, University of Vermont, Department of Geology, MS, 2018. The Spatial and Temporal Development of the Champlain Thrust Fault Zone Exposed in Northwest Vermont. Advisor: Keith Klepeis.

Maquire IV, Henry, MS, 2018. Application of Geostatistical and Geochronological Methods to Stratigraphic Problems in the Lower Cambrian Monkton Formation. Advisor: Charlotte Mehrtens.

Julia Runcie, University of Vermont, Ecological Planning Program, Rubenstein School of Environment and Natural Resources. MS, 2017.  Environmental assessment guiding recreation at Travertine Hot Springs ACEC. Advisor: Dean Wang

Gina Accorsi, University of Vermont, Department of Geology, MS, 2017. Geochemical and XRD fingerprinting of conflict minerals, Advisor: John M. Hughes.

Mike Ingram, University of Vermont, Department of Geology, MS, 2016. The Effects of Heterogeneity in the Lower Crust on Strain Partitioning and Fabric Development During Extension Doubtful Sound, New Zealand. Advisor: Keith Klepeis.

John Gilbert, University of Vermont, Department of Geology, MS, 2016 expected. Crustal deformation during arc-flare up magmatism: Field and microstructural analysis of a mid-crustal, melt-enhanced shear zone. Advisor: Keith Klepeis.

Hannah Blatchford, University of Vermont, Department of Geology, MS, 2016. Fiordland, New Zealand. The Structural Evolution of a Portion of the Median Batholith and Its Host Rock in Central Fiordland, New Zealand: Examples of Partitioned Transpression and Structural Reactivation. Advisor: Keith Klepeis.

Benjamin Melosh, McGill University, Department of Earth and Planetary Sciences, PhD, 2015. Earthquake cycling in the brittle-plastic transition of a transform boundary: The Pofadder Shear Zone, Namibia and South Africa. Advisor: Christie Rowe.

Myagmarjav Lkhagvasuren, University of Vermont, Wildlife and Fisheries Biology Program Rubenstein School of Environment and Natural Resources, MS, 2015. Effects of Landscape Characteristics on Carnivore Diversity in Mongolia. Advisor: James Murdoch.

Ryan Brink, University of Vermont, Department of Geology, MS, 2014. Sedimentologic Comparison of the Late/Lower Early Middle Cambrian Altona Formation and the Lower Cambrian Monkton Formation. Advisor: Char Mehrtens.

Kathryn Dianiska, University of Vermont, Department of Geology, MS, 2014. The Interplay Between Deformation and Metamorphism During Strain Localization in the Lower Crust: Insights from Fiordland, New Zealand. Advisor: Keith Klepeis.

Alice Newman, University of Vermont, Department of Geology, MS, 2014. Strain Localizaton and Exhumation of the Lower Crust: A Study of the Three-Dimensional Structure and Flow Kinematics of Central Fiordland, New Zealand. Advisor: Keith Klepeis.

Jacob Menken, University of Vermont, Department of Geology, MS, 2014. Effect of Thermal Treatment on the Cation Exchange and Disordering in Tourmaline. Advisor: John Hughes.

Stephanie Perry, Syracuse University, Department of Earth Sciences, PhD, 2014. Thermotectonic Evolution of the Alaska Range: Low-temperature Thermochronologic Constraints. Advisor: Paul Fitzgerald.

Jeffrey Webber, University of Vermont, Department of Geology, MS, 2012. Advances in Rock Fabric Quantification and the Reconstruction of Progressive Dike Emplacement in the Coastal Batholith of Central Chile. Advisor: Keith Klepeis.

Jessica Terrien, Syracuse University, Department of Earth Sciences, PhD, 2012, dissertation in progress. Thermochronology and Geophysical Modeling of the Santa Catalina Metamorphic Core Complex, Arizona. Advisor: Suzanne Baldwin.

Charles Trodick, University of Vermont, Department of Geology, MS, 2011. Sediment Generation Rates in the Potomac River Basin. Advisor: Paul Bierman.

Eric Portenga, University of Vermont, Department of Geology, MS, 2010. Using [10]Be to constrain erosion rates of bedrock outcrops globally and in the central Appalachian Mountains. Advisor: Paul Bierman.

Janelle McAtamney, University of Vermont, Department of Geology, MS, 2010. Synthesizing the tectonic evolution of the Magallanes foreland basin during the Late Cretaceous backarc basin inversion using structural and stratigraphic evidence from Bahia Brookes, southern Patagonia, Chile. Advisor: Keith Klepeis.

Matthew Heumann, University of Utah, Department of Geology and Geophysics, PhD, 2010. Tectonic history and subsequent basin development along the East Gobi Fault Zone in southeastern Mongolia. Advisor: Cari Johnson.

Brian Monteleone, Syracuse University, Department of Earth Sciences, PhD, 2006. Timing and conditions of formation of the D'Entrecasteaux Islands, Southeastern Papua New Guinea. Advisor: Suzanne Baldwin.

**ADVISING OF UNDERGRADUATE RESEARCH**

Eryka Collins and John Sawyer Shaw, Geology BS, 2019 expected. Microstructural analyses and [40]Ar/[39]Ar geochronology of the Rattlesnake Thrust, southern Vermont.

Samantha Portnoy, Geology BS, 2018. Relationship between rapid exhumation and fault patterns in Fiordland, New Zealand. Co-advising with Keith Klepeis.

Patrick Sullivan, University of Vermont, Geology BS, 2017. Structural analysis and geochronology of pseudotachylyte in the Taconic Arrowhead Mountain thrust fault zone.

Elizabeth Pidgeon, University of Vermont, Geology BS, 2017. Subduction–exhumation-related deformation of high-pressure rocks, Tillotson Peak, Vermont.

Mariah Schneider, University of Vermont, Geology, BS, 2016. Geo-archaeological investigation of the UVM Green using ground penetrating radar, electromagnetic induction, and seismic refraction profiling.

Edward Bonner, University of Vermont, Geology, BS, 2016. Geo-archaeological investigation of the UVM Green using ground penetrating radar, electromagnetic induction, and seismic refraction profiling.

Carson Mitchell, University of Vermont, Geology, Geology BS, 2016. Field investigation of the Arrowhead Mountain Thrust Fault in the Lamoille River region.

Andrew Goff, University of Vermont, Geology, BS, 2015. Acadian Deformation in the Connecticut Valley Trough: Investigating Penetrative $S_2$ Foliation Development in the Waits River Formation.

Jacob Vincent, University of Vermont, Geology, BS, 2014. Structural analysis of Acadian deformation the Dog River Fault Zone, Montpelier, Vermont.

Stefan Christie, University of Vermont, Geology, BS, 2014. Geophysical investigation of the Kent Island Formation within the Blackwater National Wildlife Refuge and the potential influence of glacioisostatic adjustment on the Mid-Atlantic. This project is in collaboration with Ben DeJong, UVM PhD student.

Karina Heffernan, University of Vermont, Geology, BS, 2014. Geological and geophysical investigations of possible karst structures in the Dunham Dolomite, Starksboro, Vermont. This project is in collaboration with the Vermont Geological Survey.

Parker Richmond, University of Vermont, Geology, BS, 2013. Ground-penetrating radar investigation of fractures at Shelburne Point and Mount Philo, Vermont. Field studies advised in Summer and Fall 2012, Spring 2013.

James Christiansen, University of Vermont, Geology, BS, 2012. Metamorphism of arc and forearc lithologies at Tavan Har, SE Mongolia. Spring 2012.

Nick Archer, University of Vermont, Environmental Sciences, BS, 2012. Electromagnetic induction profiling of the Waits River Formation in Calais and East Montpelier, Vermont. Fall 2011. This project is in collaboration with the Vermont Geological Survey.

Ted Crook, University of Vermont, Department of Geology, BS, 2011. Groundwater investigation in Craftsbury, Vermont, using integrated geophysical technologies. Fall 2010–Spring 2011. This project was in collaboration with the Vermont Geological Survey.

Michael Ingram, University of Vermont, Department of Geology, BS, 2011. Interpretation of a Simple Bouguer Gravity Anomaly in Chittenden County, Vermont. Advising period: Fall 2010–Spring 2011. This project was in collaboration with the Vermont Geological Survey and Norwich University. Mike is currently an MS student in the Department of Geology at the University of Vermont.

Hagen-Peter, Graham, University of Vermont, Department of Geology, BS, 2010. "Large Scale Folding in the Tavan Har Basement Block, Southeastern Mongolia: Implications for Intracontinental Deformation". Advising period: Summer 2009–Spring 2010. Research presented at 2009 American Geophysical Union Fall Meeting, 2010 UVM Student Research

Conference and Spring 2010 Vermont Geological Society Meeting. Graham is currently a PhD student at the Institute for Crustal Studies, University of California, Santa Barbara.

Hefferon, Donald, University of Vermont, Department of Geology, BS, 2011. "Petrographic and Geochemical Analysis of Basement Rocks in the East Gobi Fault Zone, Mongolia." Advising period: Fall 2009–Spring 2010. Research presented at the 2010 Vermont Geological Society Meeting.

Gladstein, Katie, University of Vermont, Department of Geology, BS, 2009. "Volcanic Deformation Analysis of Mount Etna, Sicily, 2007–2008". Advising period: Spring 2009. Field data collected by K. Gladstein was under the supervision of John Murray at The Open University, United Kingdom. Research presented at the 2009 UVM Student Research Conference and Spring 2009 Vermont Geological Society Meeting.

Semple, Ian, Syracuse University, Department of Earth Sciences, BS, Spring 2008. "Early Mesozoic overprinting of Paleozoic protoliths during shear zone formation in the southeast Gobi, Mongolia". Advising period: Summer–Fall 2007. Supported by National Science Foundation Research Experience for Undergraduates supplement to grant EAR-0537165.

# EXHIBIT B

# Previous Four Years of Expert Testimony for Laura Webb, Ph.D.

Dr. Laura Webb has not testified as an expert at trial or by deposition during the previous four years.

# Exhibit F

Laura Webb, Ph.D.

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY


----------------------------x

IN RE JOHNSON & JOHNSON          ) MDL No.

TALCUM POWDER PRODUCTS           ) 16-2738 (FLW)(LHG)

MARKETING SALES PRACTICES,       )

AND PRODUCTS LIABILITY           )

LITIGATION                       )

                                 )

THIS DOCUMENT RELATES TO         )

ALL CASES                        )

----------------------------x


VIDEOTAPED DEPOSITION OF

LAURA WEBB, Ph.D.

BURLINGTON, VERMONT

FRIDAY, MARCH 29, 2019

9:28 A.M.


Reported by: Leslie A. Todd

Laura Webb, Ph.D.

Page 2

1   Deposition of LAURA WEBB, Ph.D., held at the:
2
3
4        HOTEL VERMONT
5        41 Cherry Street
6        Burlington, Vermont 05401
7        (802) 651-0080
8
9
10
11
12
13
14        Pursuant to notice, before Leslie Anne Todd,
15   Court Reporter and Notary Public, who officiated
16   in administering the oath to the witness.
17
18
19
20
21
22
23
24
25

Page 3

1        A P P E A R A N C E S
2
3   FOR THE PLAINTIFFS:
4        WARREN BURNS, ESQUIRE
5        MARTIN D. BARRIE, J.D., Ph.D
6        AMANDA KLEVORN, ESQUIRE
7        BURNS CHAREST LLP
8        900 Jackson Street
9        Suite 500
10        Dallas, Texas 75202
11        (469) 904-4550
12
13        LEIGH O'DELL, ESQUIRE
14        JENNIFER K. EMMEL, ESQUIRE (Telephonically)
15        BEASLEY, ALLEN, CROW, METHVIN,
16          PORTIS & MILES, P.C.
17        218 Commerce Street
18        Montgomery, Alabama 36104
19        (334) 269-2343
20
21        STEVE FARIES, ESQUIRE
22        MUELLER LAW, LLC
23        404 West 7th Street
24        Austin, Texas 78701
25        (832) 293-7368

Page 4

1        APPEARANCES (Continued):
2
3   ON BEHALF OF THE JOHNSON & JOHNSON DEFENDANTS:
4        JACK N. FROST, JR., ESQUIRE
5        KATHERINE McBETH, ESQUIRE
6        DRINKER BIDDLE & REATH LLP
7        One Logan Square
8        Suite 2000
9        Philadelphia, Pennsylvania 19103-6996
10        (215) 988-2706
11
12        ALEX V. CHACHKES, ESQUIRE
13        ORRICK, HERRINGTON & SUTCLIFFE LLP
14        51 West 52nd Street
15        New York, New York 10019-6142
16        (212) 506-3748
17
18   ON BEHALF OF THE PCPC:
19        JAMES R. BILLINGS-KANG, ESQUIRE
20        SEYFARTH SHAW LLP
21        975 F Street, N.W.
22        Washington, D.C. 20004-1454
23        (202) 463-2400
24
25

Page 5

1        APPEARANCES (Continued):
2
3   ON BEHALF OF PHARMATECH INDUSTRIES (PTI):
4        MICHAEL ANDERTON, ESQUIRE
5        TUCKER ELLIS, LLP
6        950 Main Avenue, Suite 1100
7        Cleveland, Ohio 44113-7213
8        (216) 696-4835
9
10   ALSO PRESENT:
11        DAVID LANE, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 to 5)

Laura Webb, Ph.D.

Page 6

1        C O N T E N T S
2    EXAMINATION OF LAURA WEBB, Ph.D.      PAGE
3        By Mr. Burns              13, 241
4        By Mr. Frost              238
5
6
7
8
9        E X H I B I T S
10        (Attached to transcript)
11    WEBB DEPOSITION EXHIBITS        PAGE
12    No. 1    Expert Report of Laura Webb, PhD
13        for General Causation Daubert
14        Hearing              15
15    No. 2    Notice of Oral and Videotaped
16        Deposition of Laura Webb, PhD, and
17        Duces Tecum              15
18    No. 3    Defendants' Response to Plaintiffs'
19        Document Requests Contained in Notice
20        of Oral and Videotaped Deposition of
21        Laura Webb, Ph.D. and Duces Tecum    15
22    No. 4A   Map entitled "Preliminary Bedrock
23        Geologic Map of the Andover
24        Quadrangle, Windsor County, Vermont,
25        by Nicholas M. Ratcliffe, 1996    53

Page 8

1        E X H I B I T S (Continued)
2        (Attached to transcript)
3    WEBB DEPOSITION EXHIBITS        PAGE
4    No. 7    Map entitled "Bedrock Geologic
5        Map of the Chester Quadrangle,
6        Windsor County, Vermont," by
7        Nicholas M. Ratcliffe, 2000      69
8    No. 8A   Map entitled "Bedrock Geologic
9        Map of the Saxtons River 7.5' x
10        15' Quadrangle, Windham and
11        Windsor Counties, Vermont," by
12        Nicholas M. Ratcliffe and Thomas R.
13        Armstrong, 2001              71
14    No. 8B   Map entitled "Bedrock Geologic
15        Map of the Saxtons River 7.5' x
16        15' Quadrangle, Windham and
17        Windsor Counties, Vermont," by
18        Nicholas M. Ratcliffe and Thomas R.
19        Armstrong, 2001              71
20    No. 9    Excerpt of book entitled "A Talc
21        Quarry Near Chester, Vermont," by
22        Peter Zodac              72
23    No. 10   Laura Webb bio from the
24        University of Vermont system    108
25

Page 7

1        E X H I B I T S (Continued)
2        (Attached to transcript)
3    WEBB DEPOSITION EXHIBITS        PAGE
4    No. 4B   Map entitled "Structural Data,
5        Preliminary Bedrock Geologic Map
6        of the Andover Quadrangle, Windsor
7        County, Vermont," by Nicholas M.
8        Ratcliffe, 1996              53
9    No. 4C   Map entitled "Cross Sections,
10        Preliminary Bedrock Geologic Map
11        of the Andover Quadrangle, Windsor
12        County, Vermont," by Nicholas M.
13        Ratcliffe, 1996              53
14    No. 5A   Map entitled "Digital Bedrock
15        Geologic Map of the Andover
16        Quadrangle, Vermont," by N.M.
17        Ratcliffe, 1996              55
18    No. 5B   Map entitled "Digital Bedrock
19        Geologic Map of the Andover
20        Quadrangle, Vermont," by N.M.
21        Ratcliffe, 1996              55
22    No. 6    Map entitled "Bedrock Geologic
23        Map of the Cavendish Quadrangle,
24        Windsor County, Vermont," by
25        Nicholas M. Ratcliffe, 2000      62

Page 9

1        E X H I B I T S (Continued)
2        (Attached to transcript)
3    WEBB DEPOSITION EXHIBITS        PAGE
4    No. 11   Document written in Chinese    169
5    No. 12   Interoffice Correspondence dated
6        March 25, 1992, subject: Cyprus
7        Ore Reserves - Arsenic & Tremolite  200
8    No. 13   Interoffice Correspondence dated
9        May 21, 1992, subject "Hamm Mine
10        Core Drilling"              210
11    No. 14   Various documents, Bates IMERYS
12        436951 to 436971          212
13    No. 15   Box of documents produced for
14        deposition              224
15    No. 15A   Spreadsheet              224
16    No. 15B   Document entitled "References
17        Cited in the Database (asbestos_
18        sites.xls)              224
19    No. 15C   Document entitled "Discussion on the
20        Genesis of Longsheng Talc Mine in
21        Guangxi Province"          228
22    No. 16   U.S. Department of the Interior
23        document entitled "The Phase
24        Relationship of Talc and
25        Amphiboles in a Fibrous Talc Sample" 236

3 (Pages 6 to 9)

Laura Webb, Ph.D.

Page 10

```
 1          E X H I B I T S (Continued)
 2         (Attached to transcript)
 3   WEBB DEPOSITION EXHIBITS              PAGE
 4   No. 17   Document entitled "Mineral Resource
 5            Provinces of Vermont," by Charles
 6            A. Ratte, February 1982      238
 7   No. 18   Plaintiffs' Demonstrative 1;
 8            and Plaintiffs' Demonstrative 2,
 9            "Dr. Laura Webb: Activities
10            Supporting Opinions"         131
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 12

```
 1   provision of new materials considered with respect
 2   to Dr. Webb's report.
 3          By our count, we're looking at, between
 4   last night and this morning, a total of 14 new
 5   maps, approximately four new articles, and one new
 6   analysis of the Pooley Vermont samples, and --
 7   that were not previously disclosed and which we
 8   have not had a chance to consider.
 9          As a result, we're going to hold the
10   deposition open until such further time as we've
11   either reached an accommodation or the court has
12   figured it out.
13          MR. FROST:  Well, we obviously object to
14   that.  We also object to the characterization of
15   what additional materials were provided on the --
16   the reliance list.  We think it is significantly
17   smaller than that.
18          We also object to the
19   characterization of the Pooley data as, one, being
20   new, and, two, being an analysis.  I'm sure you
21   will ask your questions about that today.  We'll
22   figure it out.
23          So, you know, your objection is noted,
24   and so is ours.
25          MR. BURNS:  All right.
```

Page 11

```
 1              P R O C E E D I N G S
 2              ------------------
 3          THE VIDEOGRAPHER:  We're now on the
 4   record.  My name is David Lane, videographer for
 5   Golkow Litigation Services.  Today's date is
 6   March 29th, 2019.  Our time is 9:28 a.m.
 7          This deposition is taking place in
 8   Burlington, Vermont, in the matter of Talcum
 9   Powder Litigation MDL.
10          Our deponent today is Laura Webb, Ph.D.
11          Counsel will be noted on the
12   stenographic record.
13          Our court reporter today is Leslie Todd,
14   who will now swear in the witness.
15          LAURA WEBB, Ph.D.,
16          and having been first duly sworn,
17          was examined and testified as follows:
18          THE VIDEOGRAPHER:  You can begin.
19          MR. BURNS:  You want appearances on the
20   record or --
21          THE VIDEOGRAPHER:  You can just begin.
22          MR. BURNS:  Okay.  Thank you.
23          Dr. Webb, before we get started -- and,
24   Mr. Frost, this is directed to all -- we're going
25   to lodge an objection on the record related to the
```

Page 13

```
 1              DIRECT EXAMINATION
 2   BY MR. BURNS:
 3      Q   Good morning, Dr. Webb.  My name is
 4   Warren Burns.  Again, we met right before the
 5   deposition.  I represent the plaintiffs in the
 6   MDL.  I'm from Dallas, Texas, and I will be
 7   questioning you today.
 8          Dr. Webb, have you ever been deposed
 9   before?
10      A   I have not.
11      Q   Okay.  A couple of simple rules for the
12   road then.  If you need a break, I'm more than
13   willing to let you take one at any time.  I only
14   ask that if a question is pending, we get that out
15   of the way, get the answer on the record, and then
16   you're more than welcome to go.  So just let us
17   know if that's the case.
18          If at any time I am unclear, which
19   certainly will happen probably multiple times over
20   the course of this day, please let me know.  I'm
21   happy to clarify anything I say.
22          You are obviously an expert in many
23   things, and the -- of which I am less familiar.
24   So if I am unclear, please let me know, and we
25   will try to get on through it.
```

Laura Webb, Ph.D.

Page 14

1          What did you do to prepare for your
2   deposition?
3          A   Well, I met with counsel.  I reviewed
4   the reports, including my own.  I reviewed the
5   body of literature that I've been looking at.
6          Q   Okay.  Now, when did you meet with
7   counsel?
8          A   Multiple times.
9          Q   Do you recall the dates?
10         A   I -- well, yesterday and last Friday as
11  well.
12         Q   Were those meetings here in Burlington,
13  Vermont?
14         A   They were.
15         Q   How many lawyers were present?
16         A   Yesterday, two, and last Friday, three.
17         Q   Do you recall any other meetings?
18         A   Yes, there were prior meetings.  I just
19  don't remember the dates offhand.
20         Q   Okay.  Approximately how many prior
21  meetings would you say?
22         A   Two to three.
23         Q   Okay.  Now, during the course of your
24  preparation for this deposition, were you shown
25  any documents that refreshed your recollection?

Page 15

1          A   I was not shown any documents.
2          Q   Now, Dr. Webb, I'm going to mark this as
3   Plaintiffs' Demonstrative No. 1.  It's nothing too
4   serious, just a little roadmap for us as we go
5   through the day today.
6          I intend to cover approximately four
7   issues with you as we go through today, and we'll
8   check them off as we get through them all.
9          The first is your response to the notice
10  of deposition and subpoena that you received prior
11  to the deposition.
12         The second involves your qualifications
13  which underpin your testimony and report.  I want
14  to make sure I spell that right.
15         The third involves your preparation to
16  render your opinions.
17         And the fourth is your report and
18  opinions.
19         So I want to start with actually the
20  subpoena.  I'm going to hand you a few documents
21  that we have premarked.  First will be Exhibit 1,
22  your report, or what I believe is your report.
23         (Webb Exhibit Nos. 1 through 3
24              were premarked for
25              identification.)

Page 16

1   BY MR. BURNS:
2          Q   Exhibit 2 is the -- Exhibit 2 is the
3   Notice of Oral and Videotaped Deposition of Laura
4   Webb, Ph.D. and Duces Tecum.
5          And Exhibit 3 is Defendants' Response to
6   Plaintiffs' Document Request contained in Notice
7   of Oral and Videotaped Deposition of Laura Webb,
8   Ph.D. and Duces Tecum.
9          There you go, Dr. Webb.
10         A   (Peruses document.)
11         Q   Ready, Dr. Webb?
12         A   Yes.
13         Q   Okay, great.
14         So let's start with Exhibit 2.  This is
15  the Notice of Oral and Videotaped Deposition of
16  Laura Webb, Ph.D. and Duces Tecum.  It's dated
17  March 14th, 2019.
18         Do you recognize this document?
19         A   I do not, no.
20         Q   You don't recall seeing it before?
21         A   (Witness shakes head.)
22         Q   But you are appearing today to give
23  testimony with respect to a report you previously
24  issued; is that correct?
25         A   That's correct.

Page 17

1          Q   And is that report reflected in
2   Exhibit 1, Expert Report of Laura Webb, Ph.D., for
3   General Causation Daubert Hearing?
4          A   That appears to be the very report, yes.
5          Q   Okay.  Thank you.
6          Now, I would like you to look at
7   Exhibit 3, Dr. Webb.  That's Defendants' Response
8   to Plaintiffs' Document Request contained in
9   Notice of Oral and Videotaped Deposition of Laura
10  Webb, Ph.D. and Duces Tecum.
11         Do you see that?
12         A   Yes.
13         Q   Okay.  Are you familiar with this
14  document?
15         A   No, I'm not.
16         Q   Okay.  You don't recall seeing it
17  before?
18         A   No.  I saw the notice of deposition, but
19  I have not seen this.
20         Q   Okay.  Before coming to the deposition
21  today, did you search your files for any relevant
22  documents?
23         A   Before -- sorry.  What time frame are we
24  talking about?
25         Q   Well, let me ask a different question

5 (Pages 14 to 17)

Page 18

1  then.
2      Prior to your deposition today, were you
3  informed that plaintiffs were seeking documents
4  from you at the time of this deposition?
5      A  I knew there -- I mean, I know there are
6  documents requested in the notice of deposition,
7  and counsel is responsible or, you know, responded
8  to those.  But that's --
9      Q  I see.  But did you -- were you
10  personally informed that you needed to look for
11  documents that were responsive to your requests
12  from the plaintiffs prior to your deposition?
13      A  I -- I provided everything that is in my
14  reliance, but in terms of in the last few days
15  being charged with searching my -- my records, no.
16      Q  That's right.  And we're really talking
17  about that period between March 14th of this year,
18  2019, and the present.
19      So you don't recall being asked to
20  search for additional documents during that
21  period?
22      A  I was asked to make sure that my
23  reliance list was complete.
24      Q  Okay.  And do you recall when you were
25  so instructed?

Page 19

1      A  Oh, I believe we talked about that last
2  Friday.
3      Q  Now, again, staying with Exhibit No. 3,
4  Dr. Webb, the first -- let's see -- the first 19
5  pages contains quite a bit of legal -- legal
6  mumbo-jumbo that you're probably not too
7  interested in that we may or may not fight about
8  down the road with your lawyers.
9      But after that, the next page is titled
10  Expert Report of Laura Webb, Ph.D. for General
11  Causation Daubert Hearing, Supplemental List of
12  Materials Reviewed.
13      Do you see that?
14      A  Yes.
15      Q  Okay.  Is this a document you prepared?
16      A  It is.  I provided that list.
17      Q  Okay.  And you provided it to counsel?
18      A  Yes.
19      Q  Okay.  Do you recall when you prepared
20  this list?
21      A  On Monday.
22      Q  Okay.  That would be Monday, March 15th?
23      A  This past Monday, the 20 -- whatever.
24  Yeah.
25      Q  Maybe 16th.

Page 20

1      A  Excuse me.
2      MS. O'DELL:  The 26th -- 25th.
3      MR. BURNS:  It's the 25th.  Okay.
4      Oh, you're right.  It's the 30th -- or
5  29th today.  I apologize.
6  BY MR. BURNS:
7      Q  Okay.  So you prepared this document on
8  Monday, March 25th, and the document contains 11
9  supplemental materials that you reviewed; is that
10  right?
11      A  Yes.
12      Q  Okay.  And the first five appear to be
13  maps; is that right?
14      A  Yes.
15      Q  Okay.
16      A  Or maps and reports in some cases, yes.
17      Q  Okay.  Can you tell me which ones also
18  represent reports?
19      A  Number 1, 3, and I believe number 5.
20  Number 4, I'm not sure about.
21      Q  And just so I understand, because
22  there's a little bit of confusion on our side,
23  when you listed these materials, and 1, 3 and 5
24  contain reports --
25      A  Mm-hmm.

Page 21

1      Q  -- is there any way we can figure that
2  out from the -- from the -- from your citation?
3  The citation appears to contain the title of the
4  maps, but does that correspond to the articles as
5  well?
6      A  I mean, these are USGS report --
7  reports, open file reports.  In some cases they're
8  maps in a numbered series.  So the general
9  citations don't necessarily, yes, reveal that.
10      Q  Okay.  Now, the next item is "Zodac, P.,
11  1940, A Talc Quarry Near Chester, Vermont."
12      Is that an article that you reviewed?
13      A  Yes.
14      Q  And item 7, Deposition of Ann G. Wylie.
15  Is that a deposition transcript?
16      A  Yes.
17      Q  And next one is Expert Report of Ann G.
18  Wylie.  Did you have access to the entire report?
19      A  I did.
20      Q  And the supporting materials?
21      A  Can you define "supporting materials"?
22      Q  Yeah, the documents that would have been
23  cited as the list of materials reviewed or relied
24  on.
25      A  I only read the expert report, so I

Laura Webb, Ph.D.

Page 22

1    didn't -- there may have been some common
2    materials cited, but I did not dig into those, so
3    to speak.
4        Q   Okay.  The next one is Deposition of
5    Mary Poulton, and that's a deposition transcript?
6        A   Yes.
7        Q   Next is Expert Report of Mary Poulton.
8    Did you read the entire report?
9        A   I -- I read good portions of it.  I
10   think there were some areas that I skimmed.
11       Q   Did you have access to the whole report?
12       A   I did, yes.
13       Q   And did you review the materials
14   reviewed or relied upon?
15       A   No.
16       Q   Next one is expert report of Darby Dyar.
17   Did you have access to the full report?
18       A   I did, yes.
19       Q   And did you review that full report?
20       A   Again, portions -- some portions
21   I read in more detail than others, but I did see
22   the full report.
23       Q   And did you review the materials
24   reviewed or relied upon?
25       A   No.

Page 23

1        Q   Okay.  In Exhibit 3, Dr. Webb, if you go
2    down, if you go to the end of the exhibit, there
3    appear to be five maps or graphical
4    representations that are part of these materials.
5        A   Yes.
6        Q   Okay.  This may be a little difficult,
7    but if we could stay with your supplemental list
8    of materials reviewed.  Can you tell me how these
9    maps correspond, if at all, to those supplemental
10   materials?
11       A   Well, the -- the geologic map --
12       Q   Now, we're looking there at the map that
13   says "Google Earth Image, U.S. Geographical
14   Survey"?
15       A   Yes.  So there are basically two map
16   backdrops.  There's the one that is much more
17   complicated looking, and that is the Vermont State
18   Bedrock map by Ratcliffe, et al., 2011.
19       Q   Is that the first map in the material?
20       A   Yes.  And then the second one is the
21   metamorphism tile from Doll, et al., 1961.
22       Q   And if I can just pause you there.
23       You said the first map was from
24   Ratcliffe, and what was the date on that?
25       A   2011.

Page 24

1        Q   2011.  Okay.  Now, that isn't listed in
2    your supplement materials, is it?
3        A   No.  It's cited in my report.
4        Q   Okay.  And now, if you wouldn't mind
5    proceeding to that second map.
6        A   Yes.
7        Q   Okay.  And how does this correspond, if
8    at all, to your supplemental materials?
9        A   It does not.
10       Q   Okay.
11       A   I mean, I will make -- so the link
12   between the supplemental materials and these maps
13   are the -- the pushpins that mark the locations of
14   certain mines or geologic bodies, for example.  So
15   when I first put this together, this is a Google
16   Earth compilation.  In terms of locating these
17   bodies, in some cases on this Ratcliffe, et al.,
18   2011 map, I also compared with maps, these more
19   detailed quadrangle maps.
20       Q   Okay.  And when you refer to the more
21   detailed quadrangle maps, you're referring to
22   those that are listed in your supplemental
23   materials?
24       A   Yeah.  So it was in providing this that
25   I recalled I had looked at these many months ago

Page 25

1    when I was determining locations, and that's
2    why -- I haven't looked at them recently.  This is
3    why they were added as a supplement.
4        Q   I see.  Okay.  So the second map we were
5    looking in -- looking at, another Google Earth
6    map, is this map cited in your report as well?
7        A   Yes, it is.  It's Doll, et al., 1961.
8        Q   Now, let's turn to the third map.  A lot
9    going on in this one.
10       A   Yes.  This is a -- I zoomed in on the
11   Chester dome area.  So it's the same background
12   map as the first one.
13       I'm sorry, I cut you off there.
14       Q   No, that's fine.
15       Okay.  So the third map is a zoomed-in
16   version of the first map focusing on the Chester
17   dome.
18       A   That's correct.
19       Q   Is that right?
20       A   Yes.
21       Q   And that is Ratcliffe, 2011?
22       A   Yes.
23       Q   Now, the fourth map, what are we looking
24   at here?
25       A   That's the zoomed-in version of the

7 (Pages 22 to 25)

Laura Webb, Ph.D.

Page 26

1    Doll, 1961 map.  So my -- yeah, generally I was
2    trying to show the detail that you can't see in
3    the first two.
4         Q   Okay.  And how do you -- is it D-A-L-L?
5         A   I'm sorry?
6         Q   Is Doll D-A-L-L?
7         A   D-O-L-L.
8         Q   D-O-L-L.  Okay.
9              All right.  And that leaves us with I
10   believe one map.  The fifth map, what is -- what
11   are we looking at here?
12        A   That's zoomed in further at the northern
13   end of the Chester dome.
14        Q   From the 2011?
15        A   2000 -- Ratcliffe, 2011, yes.  Sorry,
16   Ratcliffe, et al.
17        Q   Okay.  And this is the northern end of
18   the Chester dome?
19        A   Yes.
20        Q   Okay.  Let's start with -- I guess
21   really the Ratcliffe map that's reflected in maps
22   1, 3, I think, and 5; is that right?
23        A   Yes.
24        Q   Okay.  When did you prepare this map?
25        A   Well, I began compiling this information

Page 27

1    really when I was first retained by Shook Hardy &
2    Bacon.
3         Q   And was that in 2017?
4         A   That's correct.
5         Q   When you say you began compiling this
6    information, what do you mean?
7         A   I mean by determining the exact
8    locations of -- different geologic bodies on
9    this backdrop of the -- the bedrock map of Vermont
10   and the metamorphism tile.
11        Q   Can you give us an example in this first
12   map, the Ratcliffe, 2011 -- Ratcliffe, et al.,
13   2011, of the type of specific information you were
14   trying to show on this map?
15        A   Yeah.  So, again, for example, the
16   Ludlow area mines, I was trying to determine the
17   exact location of -- of those mines with regard to
18   the geology.
19        Q   Okay.  And can you tell me where those
20   are reflected on this map?  I see, on your
21   pushpins; is that right?
22        A   Yes, yes.
23        Q   Okay.
24        A   So you see there's -- maybe two-thirds
25   down the page almost, the Hammondsville quarry,

Page 28

1    the northern end of the Chester dome.  Then --
2    sorry, so again some things didn't show up well at
3    this -- at this area.  So Argonaut would be near
4    the Rainbow and Frostbite mines, and then Hamm
5    mine is further down.
6         Q   And these pushpins carry over then to
7    your zoomed versions?
8         A   They do, yes.
9         Q   Okay.  And if you look at that map
10   number 3, Argonaut mine, for example, there's
11   pushpins somewhere sort of in the upper middle of
12   the page; is that right?
13        A   Yes.
14        Q   What was your purpose in compiling this
15   information and creating this map?
16        A   Well, it's critical to understand the
17   location of the mines with respect to the
18   distribution of -- of geologic units, and in
19   particular -- of particular interest is also the
20   metamorphic grades of these rocks, which is why
21   the Doll map is -- is used.  Because the geology
22   is actually very complex.  There's -- I mean,
23   three collisional orogenies that -- that give rise
24   to the overall structure of -- of geologic units
25   here.

Page 29

1              And so there are pretty dramatic changes
2    and grades of metamorphism over short distances,
3    and I had to understand exactly where the mines
4    were with regard to the metamorphic histories
5    recorded by the rock units.
6         Q   So how would you manipulate these maps
7    to assist you in -- in coming to that
8    understanding?
9         A   I wouldn't manipulate them.  I would
10   just refer to them.
11        Q   Okay.  And perhaps that's the wrong
12   term, but I assume you mean -- you're probably not
13   looking at map number 1, but you're looking and
14   trying to zoom in at times on maps 3 and 5 to get
15   a better sense of the surrounding geology.  Is
16   that fair or --
17        A   As a geologist, I'm always moving in and
18   out of scales, from thinking about the whole state
19   of Vermont scale to, again, the micron scale and
20   samples.  So, yes, moving in and out of zoom
21   ranges is part and parcel.
22        Q   Sure.  Is it important then in addition
23   to having sort of general maps or larger scale
24   maps to have those much more finite and detailed
25   maps of particular regions or areas?

8 (Pages 26 to 29)

Laura Webb, Ph.D.

Page 30

1      MR. FROST:  Objection to form.
2          THE WITNESS:  Yes, I found I was
3      referring to those in detail because some
4      bodies -- the level of detail shown in maps is a
5      function of the scale of the map itself.  So the
6      1:24,000 quadrangle maps show some finer scale
7      details than the Ratcliffe map, but this was the
8      best map available, the most up to date, and the
9      best one for the -- compilation of the data.
10     BY MR. BURNS:
11         Q    And when you refer to the compilation of
12     the data, do you mean plotting these multiple
13     points, multiple mine sites on a single map?
14         A    I mean, that's part of it again.  It's,
15     again, understanding the -- the system, the
16     geologic system, the distribution of the rocks and
17     the rock types and those geologic structures such
18     as faults.
19         Q    But if you were wanting to look at a
20     particular -- a particular mine site -- for
21     example, let's say the Argonaut mine or the
22     Johnson mine -- you wouldn't want to start -- stop
23     at map number 1 or even map number 3 or 5.
24         Would you want to get as much detail as
25     possible and as much of the minute scale as

Page 31

1      possible when you were considering the geology of
2      the area?
3          MR. FROST:  Objection to form.
4          THE WITNESS:  Yeah, well, I mean it
5      depends on where the outstanding questions are,
6      where you're driven to, in that sense.
7      BY MR. BURNS:
8          Q    Okay.  Well, if the question --
9      outstanding questions were, as they are in this
10     case, say, proximity of a talc deposit to
11     potential asbestos, amphibole or other materials,
12     would you want that higher scale, more minute
13     scale?
14         MR. FROST:  Objection to form.
15         THE WITNESS:  Again, I mean, you know,
16     what I'm driven to search for is a product of what
17     I'm -- I'm finding, and so -- and also what --
18     what actually exists.
19     BY MR. BURNS:
20         Q    Well, and maybe I can be clearer, and I
21     apologize if I'm not.
22         But as a scientist of your experience,
23     and clearly you have published a lot and have
24     significant length of time in this field, but if
25     you were looking at, say, the Argonaut mine and

Page 32

1      ultimately wanted to opine on whether there was a
2      potential for asbestos contamination in talc
3      deposits in that mine, is it fair to say that you
4      would want to drill down on the most finite or
5      specific information, including maps on the
6      Argonaut mine, before you made that opinion?
7          MR. FROST:  Objection to form.
8          THE WITNESS:  I mean, maps are part of
9      it, but I was really looking at a much broader
10     range of petrological information.
11     BY MR. BURNS:
12         Q    So is the answer then that you would not
13     want that fine level of detail?
14         MR. FROST:  Objection to form.
15         THE WITNESS:  I mean, the answer is it
16     depends.  I mean, we're kind of -- I think I would
17     need more specific -- more specific questions in
18     order to give you a more specific answer.  Sorry.
19     BY MR. BURNS:
20         Q    Well, for example, if there was a
21     geologic map of the Argonaut mine available, would
22     you want to see that?
23         A    I guess, yeah, if there was good data
24     and -- and context there.  But I actually, you
25     know, felt that I had the information I -- I

Page 33

1      needed based on the -- the resources that I looked
2      at to have what I think is a very good
3      understanding of the -- the petrology.
4          Q    As a scientist, is it fair to say that
5      more information is better than less information?
6          MR. FROST:  Objection to form.
7          THE WITNESS:  It depends.  It depends on
8      the quality of the information.
9      BY MR. BURNS:
10         Q    Assuming that the quality is good, is it
11     fair to make that assumption?
12         MR. FROST:  Objection to form.
13         THE WITNESS:  I guess, yeah, we -- yeah,
14     information is good if there's -- if you're able
15     to evaluate the -- the real data and the -- the
16     methodology.
17     BY MR. BURNS:
18         Q    Would it be important for you to
19     actually review data or maps that were prepared
20     by, for instance, a company actually operating the
21     mine and having day-to-day experience with the
22     extraction of minerals?
23         MR. FROST:  Objection to form.
24         THE WITNESS:  It depends what's -- you
25     know, what's shown on those maps, I suppose, in

9 (Pages 30 to 33)

Laura Webb, Ph.D.

Page 34

```
 1    terms of detail.
 2    BY MR. BURNS:
 3         Q   I'm sorry.  Did you --
 4         A   Yeah, I mean, I was going to say,
 5    again -- I mean, I really feel like I arrived
 6    at -- with -- at a place where I had the
 7    information I needed to basically meet -- meet my
 8    charge.
 9             Because, again, I mean, what you see in
10    the rocks is -- is not -- is not random.  What we
11    see is very specifically controlled by the bolt
12    composition of the rocks, the pressure and
13    temperature conditions under which they were
14    metamorphosed, the fluids that were present,
15    and -- so I really -- you know, a good deal of my
16    effort was really trying to understand, again, the
17    petrologic systems of -- of these rocks -- sorry,
18    these mines -- in detail.
19             And so, you know, that information
20    was -- was pretty clear from what I was able to
21    review in the literature.
22         Q   Well, and just to be clear here, you're
23    speaking, I take it, of your opinion generally as
24    to the propensity for some of these formations to
25    result in asbestos contamination of talc; is that
```

Page 35

```
 1    right?
 2         A   Yes.
 3             MR. FROST:  Objection to form.
 4    BY MR. BURNS:
 5         Q   And that is a general opinion, not a
 6    specific opinion.  Is that right?
 7             MR. FROST:  Objection.
 8             THE WITNESS:  That's pretty specific to
 9    these -- to these mines.
10    BY MR. BURNS:
11         Q   Well, so, for instance, did you use maps
12    1, 3 and 5 to reach the opinion that there was no
13    asbestos contamination in the talc that was mined
14    in what I will refer to as the J&J mines?  I think
15    you may use that term in your report as well.
16         A   Yeah.  Well, this was a starting point.
17         Q   Yeah.  What do you mean by "a starting
18    point"?
19         A   In other words, I had to know where the
20    mines were with respect to the geology of Vermont,
21    with respect to the structure.  That is, again,
22    the result of multiple orogenic events that
23    basically have folded and stretched these rock
24    units that have a major impact, again, on the
25    distribution of different metamorphic grades.
```

Page 36

```
 1             And really it's about sort of the --
 2    understanding the location of these is what helped
 3    me basically place these rocks in the context of
 4    the -- the evolution of this region.
 5             So again, yes, this was a starting point
 6    for, again, sort of other literature searches
 7    and -- and determining the -- the types of other
 8    information I needed to compile.
 9         Q   But just so I'm clear at this early
10    stage in the deposition as to your opinion, is it
11    your opinion that there is no asbestos
12    contamination in the J&J mines in Vermont?
13         A   I see no --
14             MR. FROST:  Objection to form.
15             THE WITNESS:  I see no evidence to
16    support the claim that there is asbestos in these
17    mines.
18    BY MR. BURNS:
19         Q   Among the materials that you've
20    reviewed?
21             MR. FROST:  Objection.
22             THE WITNESS:  Well, I mean, my opinion
23    is my opinion, which is based on the review of --
24    of multiple papers, maps, and reports, and so, you
25    know, I didn't really adopt something that was
```

Page 37

```
 1    stated in the literature.  I -- I synthesized all
 2    that information to arrive at the opinions I
 3    presented in this report.
 4    BY MR. BURNS:
 5         Q   No, and -- and we'll get back to that,
 6    and I didn't mean to insinuate otherwise, Doctor.
 7             My point was really simply that your
 8    opinion is based on the materials you've listed in
 9    your report; is that right?
10             MR. FROST:  Objection to form.
11             THE WITNESS:  Yes, I've provided the
12    reliance, and that is what I reviewed to arrive at
13    my opinions, yes.
14    BY MR. BURNS:
15         Q   Okay.  And so if it's not listed in the
16    materials that you relied on, then it's safe to
17    assume that it is not something that you utilized
18    to reach your opinion.
19         A   I'm sorry, I couldn't hear --
20         Q   Certainly.
21         A   -- the last part of your question.
22         Q   Yeah, no problem.  I -- I'll restate it.
23             So if -- if a material is not listed in
24    the materials upon which you relied in your report
25    or the supplemental listing that your counsel
```

10   (Pages 34 to 37)

Laura Webb, Ph.D.

Page 38

1  provided last night, then it's safe to assume that
2  you didn't rely on missing material to reach your
3  opinions.
4          MR. FROST: Objection to form.
5          THE WITNESS: I'm not sure what you mean
6  by relying on missing material. So --
7  BY MR. BURNS:
8      Q   I'll switch it around. Is there
9  anything besides those materials that you have
10  listed in your report or in the supplemental list
11  that we received last night on which you've relied
12  in reaching your opinions?
13     A   No. To the best of my knowledge, I've
14  given you a complete list. Beyond, again, sort of
15  the -- my general experience and educational
16  background. Certainly that plays in.
17     A   Sure. So you began compiling the maps
18  that are reflected in 1, 3 and 5 in Exhibit 3 as
19  far back as 2017.
20         When -- when had you completed the
21  compilation of information that's reflected in
22  these maps 1, 3 and 5?
23     A   Is this the first one?
24         I'm sorry, I'm just looking in detail at
25  what's listed --

Page 39

1      Q   No problem.
2      A   -- on here and trying to think if there
3  was anything added in the last year, but I would
4  say this has -- this has existed for a year or so.
5  The exact dates I don't remember.
6      Q   And that's true of the zoomed-in
7  portions as well?
8      A   Again, this is from a Google Earth
9  database, so you zoom in and zoom out in real
10  time. So...
11     Q   The compilation of material doesn't
12  change.
13     A   Right, that's correct.
14     Q   Okay. Now, how did you establish the
15  location of the pushpins on the maps?
16     A   Oh, there were a variety of methods. In
17  some cases locations were taken from the published
18  literature. And that could come in a variety of
19  ways, from actual GPS coordinates listed to
20  descriptions.
21         So, for example, the Newfane mine is
22  something that was basically a -- a description in
23  a paper that then I conferred with the detailed
24  quadrangle map to find the location, and then
25  added the pushpin to this larger scale map.

Page 40

1          Others, I -- I confirmed by -- you know,
2  I did some actual just general web searches. And
3  so, for example, I think some of the -- the mine
4  locations are based on having seen town meeting
5  documents where they talked about wastewater
6  permits and gave the actual road that the map was
7  located on. So it was kind of a variety of ways.
8      Q   I see. Were there any other sources
9  that you used to create those pinpoints that you
10  can recall?
11     A   No. I mean, nothing noteworthy. Again,
12  I mean, based on, you know, literature references
13  and then trying to confirm the most precise
14  location, like I said, with some of those permits
15  that I saw.
16     Q   Okay.
17     A   So...
18     Q   Now, throughout the day we're probably
19  going to use the term "J&J mines" just for ease of
20  reference in Vermont and elsewhere, and, you know,
21  between China and Italy, I can easily distinguish
22  those.
23         But what's your understanding of the J&J
24  mines in Vermont that were used to source talc for
25  Johnson & Johnson Baby Powder or Shower to Shower

Page 41

1  products?
2          MR. FROST: Well, I will just lodge a
3  general objection to referring to the mines as
4  "J&J mines." If it's fine with you, we can call
5  it a standing objection so I don't have to object
6  every time you say it.
7          MR. BURNS: That's fine, yeah.
8          And just to cover your concern, I'm not
9  imputing in any way that they were owned by J&J or
10  controlled.
11         MR. FROST: Okay.
12         MR. BURNS: That's a different issue.
13  BY MR. BURNS:
14     Q   But really the source for baby powder
15  used in -- or talc used in baby powder or
16  shower -- Shower to Shower products. Sorry.
17     A   Yes.
18         MS. O'DELL: Excuse me. You aren't
19  saying they weren't -- aren't presently, but they
20  could be known to produce.
21         MR. BURNS: Right. Right. Fair enough.
22         MR. FROST: Yep, that's fine. Just, you
23  know, I'll lodge my general objection, but I --
24         MR. BURNS: Understood.
25         MR. FROST: -- for ease of reference,

11  (Pages 38 to 41)

Laura Webb, Ph.D.

Page 42

1    that's -- that's fine, pending my objection.
2           THE WITNESS:  So my understanding is
3    that the talc for talcum powders came from the
4    Hammondsville, Argonaut and Hamm mines.
5    BY MR. BURNS:
6        Q    And that's a complete list?
7        A    As far as I --
8        Q    That you understood --
9        A    Yeah, for -- for Vermont, yes.
10       Q    Now, you've included in your maps
11   pushpins for several other mines in the area.  Why
12   did you do that?
13       A    So, for example, the Frostbite mine, I
14   refer to a study by Robinson -- I believe that's
15   the name -- Robinson, et al., 2006.  So they
16   looked at the Frostbite mine.
17          The Grafton mine was in the Sanford,
18   1982, paper that I cite.  Newfane as well.
19          So in some cases, you know, these are
20   mines where there were detailed studies done that
21   are relevant to what I was trying to accomplish
22   in -- in terms of my understanding of the
23   petrology.
24       Q    Okay.  Now, can you -- I'm looking at
25   map number 1 and do not see the Argonaut mine

Page 43

1    referenced there.  Is that a function of the
2    scale?
3        A    It is.  And that's why part of the
4    motivation for blowing up certain regions for
5    detail, yeah, because those names would have
6    overlapped in the first, yes.
7        Q    I see.  It is reflected in number 3.
8        A    Yes.
9        Q    The third map.
10       A    Yes.
11       Q    Now, how -- now, Ratcliffe, 2011, was
12   cited in your original report.  How, if at all,
13   did these maps 1, 3 and 5 inform your opinions in
14   your report?
15       A    Well, again, it's the understanding of
16   where the mines are located relevant to the
17   geologic structure of the Chester dome, which
18   relates directly to the grades of metamorphism of
19   the rocks that are exposed on the surface around
20   the dome.
21          And so, again, this was kind of a
22   starting point in terms of location and units and
23   structure that then feeds into the petrological
24   analysis as a function of -- of metamorphic grade
25   and history.

Page 44

1        Q    Now, you've referenced the Chester dome,
2    which appears kind of on the right-hand side of
3    the -- of many of these maps.
4           What is the significance of the Chester
5    dome?
6        A    So, again, that's the main geologic
7    structure.  I mean, I think it shows up probably
8    perhaps best on the Doll, et al., 1961, map here
9    in terms of that elongate north-south blob.
10          But again, this is a dome that has a --
11   a sordid tectonic past.  So the structure of the
12   dome is, again, the result of the tectonic Acadian
13   and the Alleghanian orogenies, and the -- the
14   metamorphism that's recorded by these rocks around
15   the dome is -- is -- basically it's dominated by
16   the -- the Acadian orogeny, and this is the time
17   at which the talc forms, during that tectonic
18   event.
19          But subsequently, the rocks have been
20   folded, so you have actually the deepest -- so the
21   rocks in the core of the dome record the highest
22   pressures and the highest temperatures, upper
23   amphibolite up to granulite facies.  So that has a
24   direct control on the types of minerals that you
25   would see, for example, in the Grafton and the

Page 45

1    Chester Carlton quarries.
2           And as you move, in this case, west or
3    north, you move to lower grades of metamorphism.
4    So, you know, the Hammondsville quarry is at a
5    lower metamorphic grade relative to the Grafton or
6    Chester Carlton quarries.  The Argonaut and
7    Newfane mines, they're again sort of pre- --
8    virtually similar to the Hammondsville.
9           So, again, you know, basically you've
10   got this high temperature, higher pressure suite
11   of rocks in the core of the dome and lower grade
12   rocks mantling it.
13       Q    And when you refer to lower grades of
14   metamorphism, can you explain that?
15       A    So, for example, in my report, I think
16   it's Figure 6, I've got a diagram with pressure
17   and temperature and different -- what geologists
18   call metamorphic facies.  These are regions and
19   pressure temperature space where we expect rocks
20   of similar bulk composition to show similar
21   metamorphic assemblages as a function of those PT
22   conditions.
23          And so while rocks, say, at Grafton were
24   metamorphosed around 700 or 750 degrees C,
25   Hammondsville, Argonaut -- sorry, centigrade --

12 (Pages 42 to 45)

Laura Webb, Ph.D.

Page 46

1    Hammondsville and the Argonaut, Hamm, Newfane,
2    those were all at what we would say Greenschist
3    facies conditions, which is roughly in the range
4    of 550 to -- or -- well, to lower amphibolite, so
5    550 to 575 degrees C.
6        Q.   Okay.  To shorthand that, and tell me if
7    I'm right or wrong -- and I appreciate your
8    answer -- compared to the Chester dome then, would
9    you say that the rocks in the J&J mines were
10   formed in lower temperatures and lower pressure?
11       A.   Yes, compared to the core of the Chester
12   dome.  So the center of that -- that elongate
13   body, lower temperatures of metamorphism and --
14   and still relatively high pressures but lower
15   pressures as well.
16       Q.   And I heard you use the term "TP."  Is
17   that temperature and pressure?
18       A.   PT, yeah.
19       Q.   Or PT, pressure and temperature.
20       A.   Yes, that's correct.
21       Q.   Okay.  And it is PT, not TP?
22       A.   Maybe we say PT because TP sounds too
23   much like toilet paper.
24       Q.   That's a fair point.
25       A.   But, you know, they're just

Page 47

1    abbreviations, shorthand, yeah.
2        Q.   Let's look at the Doll maps then, 2 and
3    4.
4            Well, actually, just briefly before I
5    leave the Ratcliffe, 2011, these were produced
6    last night.  Have these -- has the -- have the --
7    let me strike that.
8            Do the inclusion of these maps in your
9    supplemental materials provided last night
10   indicate in any way that they have altered or
11   changed the opinions in your report?
12       MR. FROST:  Objection to form.
13       THE WITNESS:  No.  Again, these were
14   created prior to the submission of my report, and
15   in fact -- I mean, basically these -- there's a
16   version of this map as a figure in my report that
17   shows locations.  So...
18   BY MR. BURNS:
19       Q.   And is that true of the Doll maps as
20   well?
21       A.   Yeah, nothing has changed with respect
22   to the Doll maps.  I -- I refer to the Doll maps
23   and the isograds, which again relates to the --
24   isograd means, on a map, a contour of equal grade
25   of metamorphism.  So I refer to -- I speak about

Page 48

1    that in the report, and I refer to Doll, et al.,
2    1961, as well as Karabinos, 2010.
3        Q.   Now, the Doll maps here, tell me about
4    your process for preparing these maps.  How did
5    you do it?
6        A.   Well, the Doll map preexisted me, my
7    birth, by ten years, but -- excuse me -- basically
8    by, you know, georeferencing the -- the map.  So
9    you can line up the boundary of the state of
10   Vermont in the map with the boundary of the state
11   of Vermont that you see in -- in Google Earth.
12   And similar to the -- the bedrock map of Vermont.
13   So I basically had different layers on the Google
14   Earth map backdrop.
15       Q.   And what was your purpose for doing that
16   with the Doll maps?
17       A.   Well, it's, again, the same thing in
18   terms of seeing where the mines plot relative to
19   grades of metamorphism that are presented in -- in
20   this map.
21           I mean, I guess I would say that --
22   yeah, I mean, the purpose for choosing this map,
23   again, because it showed the -- the whole state.
24   The areas around the Chester dome have been
25   refined slightly by Karabinos, et al., 2010.

Page 49

1        Q.   Now, when did you prepare this map or
2    this overlay?
3        A.   As I said, I mean, I've had it for at
4    least a year on my computer.  So -- again, this
5    was really the starting point of my -- my work on
6    this issue.
7        Q.   Okay.  Now, map 4 is a zoom of map
8    number 2, correct, showing more clearly the
9    Chester dome?
10       A.   Yes.
11       Q.   And it also shows the Argonaut, Hamm,
12   and Hammondsville mines; is that right?
13       A.   Yes.
14       Q.   Okay.  Among others.
15       A.   Yeah.
16       Q.   Okay.  I'll drop that pen about 20 times
17   today, so don't worry.
18       MR. BURNS:  All right.  How about we
19   take a short break, and when we come back, we'll
20   go through the other maps we got this morning.
21       MR. FROST:  Okay.
22       THE VIDEOGRAPHER:  Going off -- going
23   off the record at 10:27.
24       (Recess.)
25       THE VIDEOGRAPHER:  We're back on the

13 (Pages 46 to 49)

Laura Webb, Ph.D.

Page 50

1    record at 10:46 a.m.
2    BY MR. BURNS:
3        Q   Welcome back, Dr. Webb.
4        I'd ask you to turn to your list of
5    supplemental materials in Exhibit 3 again.  It's
6    about 20 pages deep.
7        A   Okay.
8        Q   All right.  And before we get there, I
9    was discussing with your counsel, and I understand
10   that the maps we had been discussing, the five
11   maps in Exhibit 3, those were contained in your
12   files; is that right?
13       A   Yeah.  I guess I'm confused by the
14   terminology --
15       Q   That's fine.
16       A   -- of -- so --
17       Q   I understood that.  I just want to make
18   it clear and hopefully --
19       A   Yeah.
20       Q   -- save us some time.  Those were maps
21   that you had developed and created, and -- and
22   presumably were saved on your computer; is that
23   fair?
24       A   Yes.  Yes.
25       Q   Okay.  And you provided those after

Page 51

1    being requested to search your files by counsel?
2        A   Yes.  I think I understand the wording
3    now, yeah.
4        Q   All right.  Going back to that
5    supplemental list of materials reviewed, I want to
6    go through in detail each of the first five
7    entries.  Starting with Ratcliffe, N.M.,
8    parentheses, 1996, Preliminary Bedrock Geologic
9    Map of the Andover quadrangle, Windsor County,
10   Vermont, U.S. Geological Survey open file report,
11   parentheses, No. 96-32, scale 1:24,000.
12       Now, in addition to identifying what
13   will end up being a series of maps, this entry
14   also reflects an article; is that right?
15       A   Yes, there was a written report that
16   accompanied this.
17       Q   Okay.  And when did you review this
18   report?
19       A   Again, probably around a year ago or so.
20   I -- again, I added these to -- to the reliance
21   list in response to having generated the files
22   that we were looking at, the -- the Google Earth
23   images.  So I recalled that I had a folder of maps
24   that -- that were used when I was generating the
25   pushpins, et cetera, on that -- on that.  So it

Page 52

1    was a long time ago.
2        Q   Now, did you -- did you read the actual
3    report?
4        A   I went through sections of it.
5        Q   Okay.  Do you recall when you did that?
6        A   It -- again, it would have been at the
7    time that I was putting together that Google Earth
8    project.  So...
9        Q   Okay.  Can you describe for the Court
10   how, if at all, your review of this 1996 Ratcliffe
11   article informed your opinions that you're
12   offering in this case.
13       A   Oh, like I said, basically the primary
14   purpose -- or one of the primary purposes for
15   looking at these was, again, to aid my ability to
16   put those pushpins in the map.  But especially
17   when there were -- I did look through the map
18   indexes, the descriptions of units, and also if
19   there were written reports, I looked through those
20   to see if there were incidences of reported
21   asbestos and, you know.
22       Q   Do you recall anything specific about
23   this 1996 article that informed your opinions?
24       A   No.
25       Q   Now, Dr. Webb, we are going to hand

Page 53

1    you -- and this may be a little bulky, I
2    apologize -- Exhibits 4A, B and C.
3        MR. FROST:  I was going to say is there
4    a better way -- a better place to put these?
5    Probably not.
6        MR. BURNS:  We can put them back after
7    she identifies them.
8        MR. FROST:  Yeah, I was going to say --
9    I just want to make sure we have enough room to
10   even, like, plop them down here.  Move my stuff
11   over.
12       (Webb Exhibit Nos. 4A, 4B and 4C
13       were marked for identification.)
14   BY MR. BURNS:
15       Q   All right.  Thank you.
16       So Exhibits 4A, B and C, do those
17   correspond to U.S. Geological Survey maps that are
18   associated with the Ratcliffe '96 report?
19       A   Yes, these are three plates as part of
20   that report.
21       Q   I see.  And I think I understand based
22   on your testimony, but can you tell us again how,
23   if at all, you utilized these maps in reaching
24   your opinions or in your work?
25       A   Yeah, so again -- well, I would just say

14  (Pages 50 to 53)

Laura Webb, Ph.D.

Page 54

1    with respect to this map, I think I used -- this
2    preliminary bedrock geologic map of the Andover
3    quadrangle had the written report associated with
4    it.
5             And then the number 2 on that reliance
6    list is the digital bedrock map, so that actually
7    had the colored map.  So I think I -- I referred
8    to the color version of the map because the
9    details jump out better at you, and then -- and
10   then looked at that in comparison to the -- the
11   written report.
12            I mean, I'll be honest again, it's been
13   a while since I've looked at these, so I kind of
14   have to lay them down next to each other to figure
15   out their spatial relationships in terms of, you
16   know -- again, they would basically add up to what
17   we see in that Ratcliffe, et al., bedrock map.
18        Q    And that was maps 1, 3 and 5 of the
19   supplemental materials?
20        A    Yes.
21        Q    Okay.  Thank you.
22            And so did you obtain these maps at
23   about the same time you obtained the Ratcliffe
24   1996 report?
25        A    These are -- yes.  I mean, these maps

Page 55

1    are part of -- if you go to the USGS site for
2    that -- that report, you have access to the -- the
3    written report and these plates all together.
4        Q    I see.  And so you obtained them at the
5    same time?
6        A    Yes.
7        Q    Okay.
8             MR. BURNS:  Why don't we hand her
9    Exhibit No. 2, and then we'll take them all away.
10   Or, sorry, Exhibit No. 5A and B, if I remember
11   correctly.
12            (Webb Exhibit No. 5A and 5B were
13            marked for identification.)
14            THE WITNESS:  Okay.
15   BY MR. BURNS:
16        Q    And, Dr. Webb, do these maps correspond
17   to the second entry on your supplemental list of
18   materials, Ratcliffe, N.M., 1996, digital bedrock
19   geologic map of the Andover quadrangle, Vermont?
20        A    Yes, they do.
21        Q    And were these the maps you were just
22   referencing and using the colored versions?
23        A    Yes.
24        Q    Okay.  And when did you obtain these
25   maps?

Page 56

1        A    It would be about the same time
2    basically.
3        Q    And --
4             MR. FROST:  Excuse me.
5             MR. BURNS:  Bless you.
6    BY MR. BURNS:
7        Q    Can you tell us whether these maps in
8    any way impacted your opinions that you rendered
9    in this case?
10       A    Well -- again, I mean, using them for
11   finding locations, so it was -- it was a starting
12   point.  I would say also in terms of the review of
13   the -- the map unit descriptions and -- and the
14   reports, the -- the lack of any report of -- of
15   asbestos in -- in them, yes, was, in part,
16   contributed to my opinion.
17       Q    When -- when you said "the lack of any
18   report of asbestos in them," were you referring to
19   the elements on the map?
20       A    I mean in total, in terms of seeing
21   if -- if there's reference to -- yes, asbestos of
22   any type in terms of the description of the units
23   in the -- the map area, but also in terms of -- of
24   the descriptions in -- in the written report.
25       Q    Now, Dr. Webb, just so I'm not

Page 57

1    testifying for you, when you were referring to
2    that area on the right-hand side of the map,
3    what -- what is represented there?
4             Sorry, the right-hand side.
5        A    Oh, sorry.  This is the description of
6    map units.  So for each different colored map unit
7    on here, there is a -- an age assignment, as it's
8    understood, and a basic description of the rock
9    type.
10       Q    Okay.  When you say "a basic description
11   of the rock type," what do you mean?
12       A    So right up at the top, it says, you
13   know, for example, a map unit that's sort of
14   purple, it says "DG," which stands for Devonian
15   dikes, and the description is by type, "muscovite,
16   granite."  So short descriptions of both minerals
17   and/or rock names that are standard.
18       Q    Within that unit?
19       A    Within that unit and within, yeah, the
20   map area.
21       Q    Within the map.  Okay.
22            And you said there was an age identifier
23   as well?
24       A    Yes.
25       Q    Okay.  How are those age identifiers and

15 (Pages 54 to 57)

Laura Webb, Ph.D.

Page 58

1    the rock or mineral identifiers developed?  Who
2    does that?
3        A    It's the result of over a hundred years
4    of work of geologists out in this region, so --
5    and USGS scientists, Vermont state geologists,
6    academics who are -- and students who are involved
7    in -- in mapping.  So it's -- it's really a body
8    of information that is refined over decades and
9    decades of observation and analysis.
10       Q    I see.  Now, when you said you would
11   look at the map units to -- and I'm not trying to
12   put words in your mouth, but --
13       A    Mm-hmm.
14       Q    -- you said you would look to the map
15   units to determine whether asbestos was
16   identified.  Is that right?
17       A    Yeah.  I mean, I was interested to see
18   if it was mentioned anywhere, and then I would
19   follow that -- that lead, but --
20       Q    And what type or what designated map
21   units would you be looking for to determine
22   whether asbestos was identified?
23       A    Well, it could be anything if it were
24   there, but, I mean, of -- you know, of specific
25   focus in this area of Vermont, of course, it's

Page 59

1    the -- it's the ultramafic units.
2        Q    Okay.  And who are those?
3        A    What kind of -- sorry, what kind of
4    information do you mean or are looking for?
5        Q    Ultramafic units, what do you mean by
6    that term?
7        A    Uh, right.  So these are rocks that are
8    basically derived from Earth's mantle.  They're
9    very rich in magnesium typically.
10       Q    And what are the -- can you give us some
11   examples of those asbestos-bearing rocks?
12           MR. FROST:  Objection to form.
13           THE WITNESS:  I can give you an example
14   of the ultramafic rocks --
15   BY MR. BURNS:
16       Q    Yes.
17       A    -- that we were interested in about that
18   question.
19           But -- so, for example, here it says,
20   "Ordovician to late Proterozoic ultramafic rocks.
21   Map units OZU and OZT, serpentinite and talc, and
22   also talc schist."
23       Q    And those are the types of ultramafic
24   units that might contain asbestos?
25           MR. FROST:  Objection to form.

Page 60

1            THE WITNESS:  They're the ultramafic
2    units that are -- that are the protoliths for
3    the -- the talc, ores in this case.
4    BY MR. BURNS:
5        Q    How would they -- what's the association
6    with asbestos in that context?
7        A    Well, where asbestos is documented in
8    Vermont, it's associated with some ultramafic rock
9    units.  More typically, I mean, the serpentinite
10   and talc and talc schist here, these are basically
11   the serpentinite formed during the tectonic
12   orogeny, the talc during the Acadian orogeny.
13           The ultramafic rocks predated that.  And
14   where the ultramafic rocks are larger bodies that
15   haven't been fully metamorphosed and
16   recrystallized during these subsequent orogenic
17   events, those are the rocks that -- that are
18   reported to occasionally have those asbestos
19   veins.
20       Q    Okay.  Now, when you use the term
21   "asbestos," how would you define that term?
22       A    I'm using that to refer to the six
23   regulated minerals:  So chrysotile, the
24   asbestiform varieties of anthophyllite,
25   actinolite, tremolite, grunerite and riebeckite.

Page 61

1        Q    And you did say tremolite, right?
2        A    Yes.
3        Q    Okay.  Have you reached any opinions in
4    your report with respect to whether chrysotile
5    asbestos may be found in the J&J mines?
6        A    I have not seen any indications of that.
7    And again, the chrysotile that is reported in --
8    in Vermont, it formed during the tectonic orogeny,
9    generally at relatively low grades of metamorphism
10   in conjunction with like fracturing and fluid
11   infiltration of the rocks.
12           So, if it were present in the J&J mines,
13   as we're referring to them, those units underwent
14   very extreme metamorphism, deformation and
15   recrystallization during the Acadian orogeny.
16           So, again, I haven't seen any chrysotile
17   reported in -- in the area in that general belt of
18   ultramafic rocks that we're concerned with, and if
19   it had been present, I wouldn't expect it to
20   survive the -- the Acadian metamorphic event.
21       Q    And when you -- just to be clear, when
22   you say you haven't seen any indication of the
23   chrysotile, I assume you're referring to -- you
24   are referring to in the list of materials you've
25   reported in your report; is that correct?

16 (Pages 58 to 61)

Laura Webb, Ph.D.

Page 62

1    MR. FROST:  Objection to form.
2    THE WITNESS:  Yeah, I -- yeah.  So, I
3  mean, I -- in the documents reviewed.  In the
4  studies that I -- I looked at, no.
5  BY MR. BURNS:
6    Q    All right.  I think we can take these
7  away.
8    A    Thank you.
9    Q    Now, I'm going to hand you a few
10  documents under Exhibit 6.
11    (Webb Exhibit No. 6 was marked for
12    identification.)
13  BY MR. BURNS:
14    Q    Oh, just one document under Exhibit 6.
15    A    Okay.
16    Q    All right.  Now, exhibit -- does
17  Exhibit 6 correspond to the third entry in your
18  supplemental list of materials, Ratcliffe, N.M.,
19  2000, bedrock geologic map of the Cavendish
20  quadrangle, Windsor County, Vermont?
21    A    It does, yes.
22    Q    Okay.  And was there a report associated
23  with this map?
24    A    Not that I -- that I can recall, no.
25    Q    And when did you obtain this map?

Page 63

1    A    Again, it would have been at the same
2  time as the others, a year ago or so.
3    Q    Okay.  And to what purpose did you put
4  the data reflected in this map?
5    A    I'm sorry.  Can you --
6    Q    To what purpose did you put the data
7  reflected in this map or this map itself?  What
8  did you do with it?
9    A    Well, so this is -- I can recognize this
10  right away.  This is the northern end of the
11  Chester dome, and so there are these small units,
12  OZU -- I think it says OZU.  So this is the
13  Hammondsville mine, and it's basically at the
14  northern end of this map.
15    And so, again, an important aspect of --
16  of this and the detailed position of that
17  ultramafic body or the talc ores that are
18  associated with it, is its position relative to
19  this fault that outlines the -- the Chester dome.
20    Q    Again, what is a fault?
21    A    So a fault is a geologic structure
22  across which there is displacement, and that
23  displacement could range from -- I mean, we have
24  microfaults, so it could be millimeters or
25  centimeters of offset, and in some cases, you have

Page 64

1  kilometers of -- of offset, like the San Andreas
2  Fault, up to 300 kilometers there.
3    Here, there's a normal shear zone -- and
4  I'll just explain that in a second -- a normal
5  shear zone that bounds the -- the Chester dome,
6  and it's a -- it's a high -- what we would call
7  high strain, meaning if you started out with a --
8  something like a ball, it would be stretched
9  into -- it could be a big, flat pancake or it
10  could be a long cigar shape, or it depends on the
11  nature of the deformation.
12    But basically the shear zone that
13  outlines the Chester dome is the -- is part of
14  what's responsible for the -- the major
15  differences in the temperatures -- the higher
16  temperatures that are recorded in the core of the
17  dome relative to the units that flank it.
18    So, the Hammondsville unit would have
19  been up here, and the core of the dome would have
20  been up here, and after the faulting, basically
21  they would be juxtaposed, and there would be a
22  strong temperature and deformation gradient across
23  that boundary.
24    Q    And the last term you used "in
25  gradient"?

Page 65

1    A    A temperature --
2    Q    Or gradient?
3    A    A temperature and -- temperature,
4  pressure, and deformation gradient.
5    Q    And when you say that, what do you mean?
6    A    Well, I mean that over a short distance,
7  you could walk across rocks that record very
8  different temperature and pressure conditions
9  of -- of metamorphism.  In terms of the
10  deformation gradient, that would be going from
11  rocks that -- I mean, everything is deformed here,
12  but that are less deformed into rocks that are
13  more intensely deformed and stretched, and then
14  back out into a lower strain or less deformation.
15    Q    I see.  Now, are fissures commonly
16  associated with fault lines?
17    A    They can be, but it depends on, again,
18  the pressure, temperature, conditions.  So this is
19  really -- I mean, this -- this fault zone, the
20  temperature gradient across it, again, is kind
21  of in the range from, say, 700 degree C to, say,
22  550 degrees C.  And at those temperatures -- and
23  it also depends on the details of the mineralogy,
24  but in general that's hot enough where minerals
25  are deforming by slip along the crystallographic

17 (Pages 62 to 65)

Laura Webb, Ph.D.

Page 66

1 planes. So we refer to that as ductile
2 deformation.
3      So when you have deformation occurring
4 under these higher temperature conditions, we tend
5 to not have voids or fissures opening up. That's
6 much more common in low temperature deformation
7 environments where the rocks are deforming
8 brittlely.
9      Q   Okay. Do you know whether in fact there
10 are fissures associated with this fault line
11 around the Chester dome?
12      MR. FROST: Objection to form.
13      THE WITNESS: I have not seen really any
14 descriptions of such features. Again -- and in my
15 experience, I've actually worked in the shear zone
16 some, so my observation of rocks in the shear zone
17 is that it's more a continuum of ductile
18 deformation. We haven't -- haven't seen, yeah,
19 fractures opening up, filling with other minerals,
20 et cetera.
21 BY MR. BURNS:
22      Q   How would you identify a fracture or --
23 are fracture and fissure synonymous?
24      A   Yeah, I mean, we don't really use the
25 word "fissure" in geology so much, or at least not

Page 67

1 in my lexicon. But I think, you know, it's pretty
2 similar. I mean, a fracture -- and, again,
3 there's different types of fractures. There are
4 fractures that the rocks just pull apart. There
5 are fractures where there's some, like, little bit
6 of slip along them, and actually there's a slip
7 this way or slip this way, so there's mode 1, 2
8 and 3 of fractures, yeah.
9      Q   Okay. So how would you identify, in the
10 field, a fracture?
11      A   Uh, well, it's -- usually you would see
12 some -- a feature that crosscuts structural fabric
13 in the rock. So these rocks out here are highly
14 foliated, means that -- what that means is that
15 basically during the deformation, there are planar
16 elements that form. It could be defined by
17 compositional banding. It could be defined by the
18 preferred orientation of minerals are in the -- in
19 the talc. Often that's the -- all the talc plates
20 would be aligned in that foliation plane. And so
21 there would be some truncation of that -- that
22 fabric.
23      And it depends on when the fracture
24 forms. If it formed very recently, it might just
25 be an -- an open space, but if there are fluids

Page 68

1 that have moved through there, you might have
2 crystallization of minerals.
3      Q   And would that be what you were
4 referring to a few minutes ago when you said --
5 referred to sort of minerals filling in the
6 fracture?
7      MR. FROST: Objection to form.
8      THE WITNESS: Yeah, I mean -- yeah.
9 BY MR. BURNS:
10      Q   As a general principle, when you have
11 lower pressure and lower temperature, are the odds
12 greater that you would have or could have an
13 influx of water or liquids?
14      MR. FROST: Objection to form.
15      THE WITNESS: I mean, fluids will
16 preferentially follow pathways, such as faults and
17 fractures potentially, yeah. But, again, it
18 depends on a lot of variables. Yeah.
19 BY MR. BURNS:
20      Q   Okay. I think that moves number 3.
21      And just so I'm sure, was there anything
22 in particular about Exhibit 6 there that impacted
23 or informed your opinions?
24      A   Well, again, it's the finding the
25 location of the Hammondsville mine with regard to

Page 69

1 the details of the map.
2      Q   Okay.
3      A   And moving from there.
4      Q   Thank you.
5      I'm now going to hand you Exhibit No. 7,
6 and take No. 6.
7      (Webb Exhibit No. 7 was marked for
8      identification.)
9      THE WITNESS: It would help if I had
10 north up. (Peruses document.)
11 BY MR. BURNS:
12      Q   Ready?
13      A   Oh. Yes, sorry.
14      Q   No, no problem.
15      A   I can look at it all day.
16      Q   So does -- Dr. Webb, does Exhibit No. 7
17 correspond to the fourth item on your supplemental
18 list of materials, Ratcliffe, 2000, bedrock
19 geologic map of the Chester quadrangle, Windsor
20 County, Vermont?
21      A   Yes.
22      Q   And was there an associated report?
23      A   I -- I don't recall offhand on this one.
24      Q   With respect to this map, what was
25 your -- when did you obtain it?

18 (Pages 66 to 69)

Laura Webb, Ph.D.

Page 70

```
 1       A    Again, it would have been at the same
 2   time.
 3       Q    And what was your purpose in obtaining
 4   it?
 5       A    Oh, again, just -- I mean, I was just
 6   sort of gathering the quadrangle maps for the
 7   region in general.  This one, I do not believe we
 8   see any of the -- the different talc mines, but I
 9   think this is the southern -- sorry, the more
10   southern half of the -- the Chester dome.
11       Q    I see.  So none of the J&J talc mines
12   are represented on that map?
13       A    No.  I don't believe so, but I'd have
14   to -- can I confer with my report map for a
15   moment?  Oh, this is not the colored one.
16       MR. FROST:  Do you want a color -- I'm
17   just showing her a color copy of the same page.
18       THE WITNESS:  Yeah, so this is -- yes,
19   this is the southern half of the Chester dome,
20   and, no, none of the mines are located in the map
21   area here.
22   BY MR. BURNS:
23       Q    Okay.  All right.  Let's go to Exhibit
24   No. 8.
25            And this is going to be 8A and B.
```

Page 71

```
 1            (Webb Exhibit No. 8A and 8B were
 2            marked for identification.)
 3   BY MR. BURNS:
 4       Q    Dr. Webb, do Exhibits 8A and B relate to
 5   the fifth entry on your supplemental list of
 6   materials, Ratcliffe and Armstrong, 2001, bedrock
 7   geologic map of the Saxtons River in Windham and
 8   Windsor Counties, Vermont?
 9       A    Yes.
10       Q    Okay.  And was there an associated
11   report?
12       A    Again, I don't remember specifically
13   for -- for this one.  I'd have to look at the
14   website or my files.
15       Q    And did you obtain these maps at roughly
16   the same time as you obtained the preceding maps?
17       A    Yes.
18       Q    And were these maps again generally used
19   to plot the location of the mines and -- and your
20   inquiry into them?
21       A    Yeah.  Again, this -- this one is sort
22   of the southwestern end of the -- the Chester
23   dome.  So I recognize this -- this lobe.  None of
24   the mines are in this specific map area.
25       Q    Okay.  All right.  We can take that map
```

Page 72

```
 1   from you.
 2       MR. BURNS:  Can we mark that as
 3   Exhibit 9.
 4       MR. FROST:  This is what, Zodac?
 5       MR. BURNS:  Yeah.
 6       (Webb Exhibit No. 9 was marked for
 7       identification.)
 8   BY MR. BURNS:
 9       Q    Dr. Webb, I've handed you Exhibit 9,
10   which I believe corresponds to number 6 on your
11   supplemental list, Zodac, P., 1940, a talc quarry
12   near Chester, Vermont; is that correct?
13       A    That's correct.
14       Q    And it's published in Rocks & Minerals;
15   is that right?
16       A    Yes.
17       Q    How, if at all, did this article inform
18   your opinions?
19       A    I looked at this after I had written my
20   report, so it's -- it's not reflected in my
21   report.
22       Q    Did it change your opinions at all?
23       A    No.
24       Q    Have any impact?
25       A    No.
```

Page 73

```
 1       Q    When did you first read this?
 2       A    Three weeks ago or so.
 3       Q    So early March?
 4       A    Yes.  That's about right.
 5       Q    Okay.  Did you -- did you find this
 6   article yourself or was it provided to you?
 7       A    I found it myself.
 8       Q    Okay.  And why were you looking for it?
 9       A    Because I was reviewing the literature,
10   again just in general preparation, and I came
11   across this article cited in -- I believe it was
12   Van Gosen, 2004, and I just thought I should -- I
13   realized I hadn't seen it and I thought I should
14   look.
15       Q    And when you say you were reviewing the
16   literature, the literature with respect to what?
17       A    I mean just the things that are -- I've
18   cited in my report or was it in the reliance list, but
19   just -- there's so much information that I -- to
20   keep nimble, just to kind of constantly trying to
21   review and -- and remember.
22       Q    When you were reviewing the literature,
23   did you come across any studies or reports or
24   articles that were contrary to your opinions
25   expressed in your report?
```

19 (Pages 70 to 73)

Laura Webb, Ph.D.

Page 74

1    A   No, not really.  I mean, I -- I -- as I
2  said, I spent some time looking in -- in detail --
3  well, a wide variety of literature, and for
4  example, that included Van Gosen, et al., 2004,
5  and -- and the 2006 articles that I cited in -- in
6  my report.  Some of those are summary articles,
7  and so I really tried to go in and look at the
8  primary literature, not to rely on -- on someone's
9  summary.
10        But, you know, the Van Gosen, 2006,
11  seemed relevant to follow up on the details of the
12  citations, because in there -- in that report he
13  published a map of asbestos localities in Vermont.
14    Q   Now, you mentioned primary literature.
15  What do you mean by that?
16    A   I mean that I -- so, for example, the
17  Van Gosen, 2006, map and digital supplements, what
18  Van Gosen put on the map in terms of the
19  localities where asbestos was presumably reported
20  were not his first order observations.  He had a
21  citation list of the -- the people who made -- you
22  know, presumably said that there was asbestos
23  there.  And -- and so I -- you know, I drilled
24  down into that literature to try and see what
25  information was in those articles, if I could

Page 75

1  verify basically the locations that he had shown
2  on his map and understand their relationship to
3  the -- the talc mines.
4    Q   Were you able to verify those locations?
5    A   Well, I was able to look at the
6  literature I cited, but in some cases,
7  the -- the articles that he cited as reporting
8  asbestos actually cited another article, and when
9  I went to follow that trail, there was nothing in
10  there in terms of a detailed locality.  So I
11  actually found that there were several dead ends.
12    Q   Did that cause you to discount
13  Van Gosen?
14    A   Well, I mean, yeah, it gives me pause
15  if -- because obviously there are big implications
16  when you publish a map and say there's asbestos
17  here, here, here and here, that if I couldn't
18  verify the -- you know, the citations that were
19  the basis of -- of that map, that -- that's, yeah,
20  an issue, I think.
21    Q   Now, when you say "big implications,"
22  what do you mean?
23    A   Well, property values for people.  I
24  mean, obviously if -- I know that's been an issue
25  up around Mount Belvidere, et cetera, but, you

Page 76

1  know, also the health implications for the people
2  locally.  So, I mean, you know, that -- it's the
3  kind of thing that I think you want to be pretty
4  certain about if you make that claim.
5    Q   Do you know whether Van Gosen was --
6  felt pretty certain about it?
7    A   I have no idea.  I mean, I imagine, if
8  he put that out there, but I don't know.
9    Q   Were you ever provided details about the
10  years in which the J&J mines were in operation?
11        MR. FROST:  Objection to form.
12        THE WITNESS:  I mean, I think I have a
13  general sense from the sum of what I've read,
14  which includes, you know, testimony in
15  depositions, but -- I have an idea, but it -- you
16  know, it wasn't -- the exact years weren't really
17  critical for what I was doing.
18  BY MR. BURNS:
19    Q   Were you ever informed that J&J sourced
20  talc from the Johnson mine?
21    A   No.
22        MR. FROST:  Objection to form,
23  belatedly.
24        THE WITNESS:  I mean, not for cosmetic
25  purposes.

Page 77

1  BY MR. BURNS:
2    Q   Were you provided any information
3  whatsoever on the Johnson mine?
4        MR. FROST:  Objection to form.
5        THE WITNESS:  No.
6        Well, I will say that -- actually
7  correct one thing, in the sense that I saw a
8  reference to it in the plaintiffs' reports and a
9  citation for a Seymour thesis.  So I did ask -- I
10  wasn't able to access that thesis, so I asked
11  counsel to provide that, if possible.
12  BY MR. BURNS:
13    Q   And were you provided it?
14    A   Yes.
15    Q   Did you review it?
16    A   I had a look at it.  But, you know, the
17  Johnson mine is so far up north and in a different
18  portion of the belt that -- it didn't really
19  factor into my opinion.
20        And even though it makes reference I
21  think to the Hammondsville mine, I -- I wasn't --
22  I don't know.  A master's thesis isn't -- that
23  makes peripheral reference isn't what I'm going to
24  consider as like the key piece of information that
25  my report would hinge on.

20  (Pages 74 to 77)

Laura Webb, Ph.D.

Page 78

1      Q   Is it your opinion then that the areas
2   of the Johnson mine and the Hammondsville mine are
3   geologically distinct then?
4      A   Yes.
5      Q   Now, in your supplemental materials that
6   were provided last night, right before the maps in
7   Exhibit 3, there is a spreadsheet for the Pooley
8   report in Vermont.
9      A   Yes.
10     Q   And can you tell me what's reflected
11  here?
12     A   So when I reviewed the Pooley report, I
13  created this table to basically write notes about
14  his descriptions of the mineralogy, whether the
15  mineral was a major or minor component of the rock
16  or an accessory mineral, and -- and the different
17  textures that were either described or present in
18  the photomicrographs.
19     Q   So these are your notes on the Pooley
20  report?
21     A   Yes.
22         MR. FROST: Objection to form.
23         THE WITNESS: I mean, it was a way -- a
24  way to sort of organize the -- the data, yeah.
25  BY MR. BURNS:

Page 79

1      Q   When did you make these notes?
2      A   Oh, I'd say in January probably.
3      Q   And that's 2019?
4      A   Yes. Yeah.
5      Q   Okay.
6      A   Well, actually, I'll take that back.
7   The Pooley report would have been sometime earlier
8   for Vermont, but the -- the Italian -- there was a
9   table for the Italian.
10     Q   So you have another table for the
11  Italian mine?
12     A   It's the same form, yeah. Basically,
13  yeah.
14         MR. BURNS: Jack, if you can find that.
15         MR. FROST: We'll take a look, and we'll
16  figure out if it's in there or not.
17         THE WITNESS: Yeah, it would have been a
18  second tab in the Excel file, I think.
19         MR. FROST: Yeah, we'll take a look.
20  We'll get back to you after a break.
21         MR. BURNS: Sure.
22  BY MR. BURNS:
23     Q   What use did you put to this table? How
24  did you use it, if at all?
25     A   Well, sometimes -- I mean, I -- as I'm

Page 80

1   reading something, I make notes like this to just
2   sort of help process the -- the information.
3   So -- and it gave me a quick way to refer -- if I
4   wanted to refer back to his report to check on
5   something, this gave me sort of a quick way to
6   navigate to, say, a particular sample, et cetera.
7      Q   Did you try to be as thorough as
8   possible in -- in recording the information from
9   his report?
10         MR. FROST: Objection to form.
11         THE WITNESS: Yeah, I mean I -- I
12  worked -- as I read the results or the
13  descriptions of a particular sample, I -- I made
14  these notes. So -- I certainly wouldn't be
15  motivated to have it be inaccurate, but --
16  BY MR. BURNS:
17     Q   Okay. And your recollection of the
18  Italian spreadsheet or form, can you talk about
19  that a little bit. Were you doing the same thing?
20     A   It's the same thing in terms of
21  headings across the top would relate to the
22  samples that he had petrographic descriptions for.
23  And then the -- sorry, and then in the first
24  column would be the -- the list of the different
25  minerals that were mentioned. And so it would be

Page 81

1   the same format with the major, minor, accessory,
2   and any notes related to the -- the textures
3   observed.
4      Q   Now, you prepared this before your
5   original report?
6      A   Yeah, the -- the Pooley report from
7   Vermont is actually the -- the first document I
8   ever saw, and it was prior to when I was retained.
9   So this -- it would -- yeah, the first time I saw
10  this report would be back in probably May of 2017.
11  I think I made the table during that summer,
12  but...
13     Q   Okay. And with respect to the Italian
14  report?
15     A   Again, I think -- I think I saw that --
16  that prior to this litigation, but that table I
17  created -- I rereviewed the report, I think, as I
18  said, in January and created that table at that
19  time.
20     Q   And that's the Italian table, just to be
21  clear?
22     A   Yes.
23     Q   So the Pooley report for Vermont, you
24  reviewed sometime summer of 2017?
25     A   Yes.

21 (Pages 78 to 81)

Laura Webb, Ph.D.

Page 82

```
 1     Q   And created this table?
 2     A   (The witness nods.)
 3     Q   Now, preceding that, there are graphical
 4  representations that look pretty similar to some
 5  of the things in your report.
 6         Can you tell us what the two preceding
 7  pages encompass?
 8     A   Yeah, so there's -- yeah.  It's
 9  basically this was an early version of the -- the
10  table that shows up in -- in my report.  There's
11  some places where I just had some other notes that
12  I -- that I jotted down.
13         So -- yeah, it's a bigger spreadsheet,
14  so it shows this -- it would be continuous in my
15  Excel file, but it shows up on multiple pages
16  here.
17     Q   I see.  So --
18     A   So page 1 would be the first column that
19  would line up with page 2, and --
20     Q   Okay.  So the first column would be --
21     A   The mineral name.
22     Q   -- mineral and talc, and then the second
23  column would be formula.  Correct?
24     A   Correct, yes.
25     Q   Okay.  And what is the next page then?
```

Page 83

```
 1     A   That would be the final column.  So just
 2  for quick reference, if I had -- I often had the
 3  mineral table up when I was reading stuff to --
 4  just to be able to refer to quickly, and also so
 5  then I pasted in a picture -- again, this is I
 6  think the same image that's ultimately produced
 7  in -- in my report about the -- the amphibole
 8  structure.
 9         There is a column on, yeah, the
10  Fe sites, so the M2, M4, M -- or whatever number,
11  all refer to specific lattice sites, and you can
12  see them in the image that adjoins that.
13     Q   Mm-hmm.
14     A   But the question being where -- where
15  does iron live in the mineral lattice in -- in
16  different amphiboles.
17     Q   I see.
18     A   "Live" not being a great word for that,
19  but where does it reside typically.
20     Q   Flipping past the maps, there are a
21  couple of retention letters, one by Tucker Ellis,
22  one by Shook Hardy & Bacon; is that right?
23     A   Yes.
24     Q   And you were retained by Tucker Ellis in
25  October of 2018?
```

Page 84

```
 1     A   Yes.
 2     Q   And was that for purposes of the MDL?
 3     A   That was prior to being brought into
 4  this.
 5     Q   Prior to being brought into this case?
 6     A   Yes.
 7     Q   I see.  Were you retained generally or
 8  was it for a specific litigation?
 9     A   I was retained generally.  My
10  understanding is there was sort of a -- a
11  reorganization, and I have no idea how this works,
12  but -- of who deals with --
13         MR. FROST:  I was going to say, I'd
14  instruct you not to talk about what any of the
15  lawyers --
16         THE WITNESS:  Oh, okay.
17         MR. FROST:  -- have told you about, you
18  know, but --
19         THE WITNESS:  I was asked to sign a new
20  retainer in October because of something that, I
21  don't know, was reorganized in the structure of
22  things, and so I signed a new retainer with
23  Tucker & Ellis.
24  BY MR. BURNS:
25     Q   So Tucker Ellis replaces the Shook Hardy
```

Page 85

```
 1  retainer.
 2     A   It does, yes.
 3     Q   And the Shook Hardy retainer, which was
 4  signed back in June of 2017, was that for a
 5  particular piece of litigation or generally?
 6     A   No, that was just general consulting.
 7     Q   Okay.  And your fee there was $250 an
 8  hour; is that right?
 9     A   Yes.
10     Q   And with respect to the Tucker Ellis
11  retention, it increased to $458 an hour; is that
12  right?
13     A   Yes.
14     Q   And why is that?
15     A   Well, the -- for one, I had a -- I think
16  a better understanding of -- there was more
17  expertise on this topic at the time of the
18  re-signing, plus it was looking forward to -- I
19  mean, looking ahead to work like this.  And so in
20  my, you know, prior work, I was -- well, there's a
21  different level of intensity and commitment and
22  inconvenience now, and so the price went up.
23     Q   I'm sure that everyone on both sides of
24  this table can relate.
25         Now, following that are I think invoices
```

22 (Pages 82 to 85)

Laura Webb, Ph.D.

Page 86

1   that you sent to Tucker Ellis; is that correct?
2   Three of them?
3        A   Sorry, following that, is that -- yes.
4        Q   And the details of those invoices are
5   redacted; is that right?
6        A   Apparent- -- yes.
7        Q   Okay.  Do you recall whether the
8   redacted portions -- I'm not going to ask you what
9   they say -- but do you recall whether they
10  reflected communications with your counsel?
11       A   There was some of that in there.
12       Q   Okay.  Was there other
13  noncommunication-related detail around your work?
14       MR. FROST:  Objection to form.
15       THE WITNESS:  Noncommunication-related,
16  you said?
17  BY MR. BURNS:
18       Q   Yes.
19       A   Yes.
20       MR. BURNS:  And we would ask, Mr. Frost,
21  that y'all review those redactions to determine
22  whether there are any pieces that can be produced.
23       MR. FROST:  I'll take it under
24  advisement.
25       BY MR. BURNS:

Page 87

1        Q   Okay.  Well, I'll put this back up
2   because we've hit something of a milestone,
3   Dr. Webb, and I think we've largely exhausted most
4   of the portions of the subpoena.  So we can check
5   that off, and we'll go to your qualifications.
6        MR. BURNS:  Given where we're at, it
7   might make sense to take a break.
8        MR. FROST:  I was going to say we can
9   take a break now.  I don't know what your plan is
10  for lunch.  I don't know how long the
11  qualifications is going to take.  You know, I
12  would say if it's going to take a half hour, you
13  might want to do that, and then break for lunch.
14  If you think it's going take a little longer, we
15  can, you know --
16       MR. BURNS:  Yeah, it might.
17       MR. FROST:  -- take a really short break
18  now, and then maybe break for lunch at 1:00.
19       MR. BURNS:  Yeah, that's fine.  Why
20  don't we take --
21       MR. FROST:  Maybe you may want to take a
22  short break, and then --
23       MR. BURNS:  Sure.
24       MR. FROST:  -- we'll make it through
25  this area.

Page 88

1        THE VIDEOGRAPHER:  Going off the record
2   at 11:41 a.m.
3        (Recess.)
4        THE VIDEOGRAPHER:  We are back on the
5   record at 11:58 a.m.
6   BY MR. BURNS:
7        Q   Welcome back, Dr. Webb.
8        So, Dr. Webb, we're going to start going
9   through your qualifications, your background and
10  experience.  It's the next step on our journey.
11       In the supplemental materials you --
12  your counsel provided last night, there is a CV or
13  resume on -- let's see -- it's right past the
14  supplemental list.
15       A   Okay.
16       Q   Now, is this your current CV?
17       A   I believe so.  I haven't checked what's
18  in here, but I did send them an -- an updated CV
19  that was included.
20       Q   Okay.  Now, I take it you graduated high
21  school in 1990?
22       A   1989.
23       Q   Oh, '89.  All right.  Well, we're only a
24  year apart.  But you got your Bachelor of Science
25  in geology at UCLA; is that right?

Page 89

1        A   Yes.
2        Q   And from there you went to Stanford?
3        A   Correct.
4        Q   And in 1999, you received your Ph.D.
5   doctoral degree in geological and environmental
6   sciences; is that right?
7        A   That's correct.
8        Q   Now, did you have a specific area of
9   emphasis in your doctoral work?
10       A   Well, there were two main projects
11  thematically, but they basically involved
12  development of the same areas of expertise, and
13  that is petrology and, more specifically,
14  metamorphic petrology being a focus of my work:
15  The study of rock structures or rock deformation
16  and its relationship to metamorphism; and then
17  also the radio- -- excuse me -- the radiometric
18  dating of minerals to then understand the -- the
19  timing of metamorphism and deformation.
20       Q   All right.  Can you describe what
21  radiometric dating of minerals involves.
22       A   Yeah.  So for many elements, there are
23  different isotopes, which differ in the number of
24  neutrons in the atom.  Some of these are
25  radioactive, so in particular, my -- the technique

23 (Pages 86 to 89)

Laura Webb, Ph.D.

Page 90

```
 1    we do in my laboratory is -- is fundamentally
 2    based on the decay of potassium 40 -- that's the
 3    isotope number -- to argon 40.
 4            And so -- but we do a variation on that
 5    that I can describe if you want.  But basically,
 6    we analyze the -- the isotope ratios of the
 7    radioactive parent and the daughter product to
 8    determine an absolute age.
 9        Q   And by "absolute age," what do you mean?
10        A   That would be, say, to say -- calculate
11    an age of like 544 million years rather than
12    generally referring back to the Cambrian or
13    something like that.  So...
14        Q   I see.  So in layman's terms, if I could
15    hand you a rock, theoretically you could take it
16    back to your laboratory and date it through that
17    process?
18        A   Yeah, as long as -- in my case, as long
19    as there are potassium-bearing minerals.
20        Q   I see.  And do those attend certain
21    types of rocks?
22        A   Yes.  It's all a function of the bulk
23    composition of -- of the rock.  But, yeah,
24    certain -- certain rocks you can -- are pretty
25    much guaranteed you can find these potassium-
```

Page 91

```
 1    bearing minerals in, yeah.
 2        Q   I see.  Are there certain rocks that are
 3    on the other end of that equation where you can
 4    assume that you don't have those potassium-bearing
 5    mineral -- minerals?
 6        A   Yes.
 7        Q   What types of rocks are those?  Do you
 8    have some examples?
 9        A   Well, so rocks that don't have
10    significant potassium in them, like the ultramafic
11    rocks, for example, or a quartzite or a marble
12    or -- I mean, sometimes we can do a whole rock
13    analysis.  But, yeah, I mean, the -- the --
14    generally the mineral -- mineralogy is a function
15    of the bulk composition among the other variables
16    of metamorphism.
17        Q   I see.  So with respect to talc then,
18    it's fair to assume that you're not ordinarily
19    using rocks containing talc mineral -- minerals in
20    your dating process.  Is that fair?
21        A   Well, there -- there may be the
22    possibility of that, but -- again, it just depends
23    on the bulk composition of the -- of the rock and
24    the -- and the history.
25            But, you know, pure -- like these talc
```

Page 92

```
 1    ores of pure talc and magnesites, they would not
 2    be the ideal targets for that.
 3        Q   I see.  During your doctoral work at
 4    Stanford, did you perform any studies or -- or let
 5    me leave it there.
 6            Did you perform any studies that
 7    involved talc as a mineral?
 8        A   There was talc present in -- in some
 9    rocks, yes.
10        Q   But did you -- were you focused on the
11    talc itself or focused on some other aspect of the
12    rock?
13        A   Well, I was focused on -- I mean, again,
14    the same basic principles, understanding the
15    mineralogy and the textures in different rocks,
16    the relationship of that as deformation, and then,
17    again, based on the -- the thematic problems I was
18    working on, you know, finding other targets for --
19    for dating.  So it wasn't basically focused on --
20    on talc itself, but...
21        Q   Did you do any work that was
22    specifically focused on asbestos?
23        A   No.
24        Q   Now, your doctoral dissertation was in
25    exhumation of high and ultra high pressure rocks
```

Page 93

```
 1    in the Qinling-Dabie --
 2        A   Qinling, yeah.
 3        Q   -- Qinling-Dabie -- is it Dabie or --
 4        A   Dobby (phonetic).
 5        Q   Dobby (phonetic).
 6            -- Qinling-Dabie orogen?
 7        A   Yes.
 8        Q   Eastern China and --
 9        A   The Yagan-Onch Hayrhan metamorphic core
10    complex.
11        Q   All right.  And we are going to have to
12    spell this --
13            MR. FROST:  I was going to say, we'll
14    get you a list.
15    BY MR. BURNS:
16        Q   Can you describe generally what this
17    dissertation was about?
18        A   Yeah.  So those -- those are actually
19    two projects in that -- that title.  So the
20    "Exhumation of high and ultra high pressure rocks
21    in the Qinling-Dabie Orogen," so there we had
22    basically a continental collision that occurred at
23    the end of the Permian, early Triassic, and you
24    had the leading edge of the continental margin
25    went down a subduction zone, down to mantle
```

Laura Webb, Ph.D.

Page 94

1    depths, like 90, 100 or more kilometers depth, and
2    somehow those rocks came back to the surface.  And
3    so in some of those rocks, little bits of carbon
4    turned into microdiamonds and quartz turned into
5    coesite, a high-pressure polymorph, as a function
6    of having reached those high pressures, and
7    somehow they were brought back to the surface.
8            And so when I was in my Ph.D., this was
9    early after the first reports of these ultra high
10   pressure rocks at the surface, so we went to the
11   Qinling-Dabie Orogen, which was one of the largest
12   orogenic belts where this was recorded, to try and
13   again document the different metamorphic
14   assemblages, their relationship to different
15   fabrics that would form during deformation, during
16   exhumation, and also to try and date the timing of
17   when did the rocks first reach those depths and
18   how, and how fast did they come back to the
19   surface.
20           So it's really an integrative piece of
21   metamorphic petrology, structural geology, and
22   again the radiometric dating.
23        Q   Did you figure out how they came back
24   up?
25        A   Yeah.

Page 95

1        Q   How was it?
2        A   Plates reorganize and the subduction
3    zone got reactivated as a normal fault system.
4    And so basically, because South China started
5    moving, relative to today's geographic coordinates
6    started moving south again, it basically pulled
7    that continental margin out of the subduction
8    zone.
9        Q   Okay.  Now, when you mentioned going to
10   the Qinling-Dabie Orogen, did you physically visit
11   the site?
12       A   Yes.
13       Q   And what did you do while you were on
14   site?
15       A   We found outcrops where we observed the
16   metamorphic -- again, metamorphic rock types, and
17   really there, in particular, documenting the
18   structures and taking sample -- oriented samples
19   to then bring back and make thin sections, and
20   look at the petrography and also choose select
21   samples for dating.
22       Q   So once you brought those samples back
23   and did the thin sections, you were able to look
24   at the structure of the -- of the rock.  Is that
25   fair?

Page 96

1        A   Yeah.  Well, that -- in the thin
2    section, look at the microstructure and integrate
3    that back into the outcrop and regional scale.
4        Q   And you were also able to date the
5    rocks; is that right?
6        A   Yes.
7        Q   Okay.  Now, after you received your
8    Ph.D., it looks like you went to the University of
9    Geneva in Switzerland; is that right?
10       A   That's correct, yes.
11       Q   And what did you do there?
12       A   I -- well, I worked in the -- the
13   argon -- so this is the same type of lab that I
14   have here at UVM, but the argon laboratory, and --
15   pardon me.
16       Q   That's okay.
17       A   There I was working with igneous
18   petrologists, and so we were dating some samples
19   from the -- the Andes.
20       Q   And from there you went to Syracuse
21   University; is that right?
22       A   That's correct.
23       Q   And you, it looks like, worked in both
24   the noble gas isotropic research as a research
25   laboratory manager and as an assistant professor?

Page 97

1        A   Yes.
2        Q   Okay.  And what was the focus of your
3    work while you were at Syracuse?
4        A   Well, when I first arrived, the lab was
5    an empty room, so I actually helped build and
6    commission the laboratory.  And then we turned our
7    attention to different projects.  A big focus of
8    my research there was on Papua, New Guinea.
9        Q   And the rocks in Papua -- Papua, New
10   Guinea?
11       A   Yes.
12       Q   I see.  What exactly is a noble gas
13   isotopic research?
14       A   So argon, neon, helium, they're all
15   noble gases.  They have filled outer electron
16   shells, so they don't bond with other elements.
17       Q   I see.  Just like kings, they don't play
18   well with others, right?
19       A   Yeah, they don't need anybody else.
20       Q   And from Syracuse, you went to the
21   University of Vermont; is that right?
22       A   Yes.
23       Q   Okay.  And that was in 2009?
24       A   I started here in the fall of 2008.
25       Q   Okay.  And you are still at the

25 (Pages 94 to 97)

Laura Webb, Ph.D.

Page 98

```
 1    University of Vermont; is that right?
 2        A    That's correct.
 3        Q    And are you an associate professor
 4    today?
 5        A    I am, yes.
 6        Q    Has there been any particular focus to
 7    your work here at -- in Vermont?
 8        A    Again, general themes of integrating
 9    metamorphic petrology and structural geology
10    and -- and age dating.  I've worked in Papua, New
11    Guinea, I've worked in Mongolia, and I've been
12    working a lot in -- in Vermont.
13        Q    When did your work in Vermont begin?
14        A    Pretty much upon my arrival.
15        Q    Mm-hmm.  And what has been your focus
16    there?  Is there a particular area, geographic or
17    otherwise?
18        A    It varies.  I mean, I guess the Chester
19    dome area is the farthest south, and then I've
20    worked in the Tillotson Peak complex, so that's
21    a -- in the northern part.  I mean, generally kind
22    of in the Green Mountains generally, but also in
23    the Lake Champlain basin.
24        Q    And what have you been trying to do in
25    the Green Mountains?  Is there an overarching
```

Page 99

```
 1    theme to your work there?
 2        A    Well, it -- it depends.  Again, there's
 3    a very complex geologic and tectonic history.  You
 4    know, we have these very beautiful, detailed
 5    geologic maps, but there's a lot of room for
 6    refinement in some of the ages of events, and
 7    particularly looking at the -- the reactivation of
 8    structures that formed earlier in the history.  So
 9    you might have a fault that's formed during the
10    tectonic orogeny that a hundred million laters --
11    million years later, another continental block
12    comes and then slams into North America, and that
13    fault moves again.
14             But, again, being able to look at the
15    microstructure and choose targets for dating to
16    resolve those different events.
17        Q    Now, you mentioned you had worked out at
18    the Chester dome.  What have you -- what has been
19    your experience out there?
20        A    I have a master's student currently
21    working on the -- the eastern margin of the -- the
22    dome, and also the southern portions, which
23    technically some people call the Athens dome.  But
24    we're basically trying to refine the timing of the
25    formation of that shear zone, the one I described
```

Page 100

```
 1    that resulted in vertical thinning and the
 2    juxtaposition of the rocks at different
 3    metamorphic grades.
 4        Q    Are there differences between the
 5    eastern margin and the western margin?
 6        A    We've looked at some over there.  Our --
 7    the -- I mean, this is the beginning of that sort
 8    of investigation.  But the reason I mentioned the
 9    eastern margin specifically is because there,
10    there happen to be roads that cross good exposures
11    of rock types where you can do a sampling transect
12    from the core through the attenuated mantle unit.
13    So it's more about the opportunity -- the sampling
14    opportunities there.
15        Q    Roads have been cut through that?
16        A    Right.  You might -- well, it's not very
17    green here now, but -- the -- the foliage poses
18    some challenges at times, yeah.
19        Q    And what have you done on the
20    southern -- on the Athens dome region or that
21    southern region?
22        A    Again, just in particular, some very
23    good outcrops there that allow for some more
24    detailed study.
25        Q    Have you reached any conclusions or
```

Page 101

```
 1    dating?
 2        A    No, this is -- we're in -- in progress
 3    right now.
 4        Q    I see.  And we've used the term "dome" a
 5    lot.  Can you describe for the record what a dome
 6    is?
 7        A    Yeah.  So, again, it relates to folding
 8    of the rocks.  So, you know, there are layers
 9    of -- of rocks, say, and tectonic forces cause
10    folding.  And so the Chester dome is -- well,
11    again, there's multiple events that have done
12    this.  There was first sort of intense north-south
13    stretching, and then the Acadian orogeny resulted
14    in this sort of east-west folding.  So that's
15    partly how -- why we have this long north-south
16    structure.  So...
17        Q    Now, on the second page of your CV,
18    there's an area for Technical Expertise.
19        A    Mm-hmm.
20        Q    The first entry there refers to
21    Nu Noblesse, MAP 216 and Micromass 5400 noble gas
22    mass spectrometers for argon 40 and argon 39
23    thermochronology.
24             And again, are those tests or processes
25    to date rock?
```

26 (Pages 98 to 101)

Laura Webb, Ph.D.

Page 102

```
 1      A   Yes.
 2      Q   And I take it those are specific tests
 3  you would -- and those are the processes you
 4  enlisted, right?
 5      A   I'm sorry?
 6      Q   Are those specific testing devices or
 7  testing processes, rather, that you would use?
 8      A   Yeah.  These are magnetic sector, mass
 9  spectrometers, so that's -- yeah, how we're doing
10  the isotopic analyses.
11      Q   Okay.  Next one is Balzers Prisma
12  QME 200, and that's another mass spectrometer?
13      A   Yes, that's a quadrupole mass
14  spectrometer, so -- as opposed to taking up one of
15  these large tables, it's more of a football-shaped
16  item, but that is used, yes, specifically for that
17  uranium-thorium-helium dating technique.
18      Q   Okay.  Next is design, construction and
19  maintenance of ultra-high vacuum extraction lines.
20      A   Yes.
21      Q   What does that involve?
22      A   That's the front end to my mass
23  spectrometer.  So there's actually argon in the
24  air we're breathing right now, and so we have
25  to -- we've built this stainless steel line that
```

Page 103

```
 1  is -- inside that envelope, stainless steel
 2  envelope, pressures are about 13 orders of
 3  magnitude lower than the pressure we're enjoying
 4  today, because we have to get all that background
 5  argon out of the system in order to be able to
 6  measure precisely what comes out of our samples.
 7      Q   Then you list management of radioactive
 8  materials and isotopic inventories.  Is that
 9  primarily argon?
10      A   Yes.  In order to get to this argon 40,
11  39, from that potassium-argon technique, we
12  actually have to irradiate our samples with fast
13  neutrons and a reactor.
14      Q   I see.  Is that done under controlled
15  conditions of --
16      A   Yeah, I mean, I'm not involved with
17  the -- the nuclear reactor.  That's a service
18  that's provided to us, yeah.
19      Q   Yep.  Other analytical experience, you
20  have electron microprobe analyses.  What does that
21  involve?
22      A   So basically that's a scanning electron
23  microscope that has WDS protectors that are
24  higher -- generally higher precision detectors
25  than the EDS or EDAX.
```

Page 104

```
 1      Q   And what are those used for?
 2      A   For detailed elemental analyses.  So you
 3  might want to look at the chemical zoning in
 4  minerals.  You might want to measure absolute
 5  concentrations of different elements, because we
 6  can then use that information to do
 7  thermobarometry to determine the -- again, the
 8  pressures and temperatures of -- of the formation
 9  of a mineral that records.
10      Q   Okay.  The next one is secondary
11  ionization mass spectrometry.
12      A   Yes.
13      Q   What does that involve?
14      A   So that's a different type of mass
15  spectrometer where you basically ablate a sample
16  with an ion beam.  That ion beam basically drills
17  a hole and ionizes material.
18          So this is in situ work.  So you might
19  be making a 10 micron spot within a zircon grain,
20  and then -- then those ionized atoms -- or they're
21  ions at that point -- are analyzed, say, for
22  uranium-lead isotopes.
23          So it can be used for, again,
24  radiometric dating or I've also used it for a
25  technique related to the -- titanium concentration
```

Page 105

```
 1  in quartz.  Again, a thermometer or barometer-type
 2  technique.
 3      Q   Have you ever used a scanning electron
 4  microscope to identify particular minerals?
 5      A   Yes.
 6      Q   What type of minerals?
 7      A   I mean, it depends on what's -- what's
 8  on the menu in your rock, but -- well, the
 9  amphophiles, garnet, muscovite, biotite.  Yeah, I
10  mean --
11      Q   Okay.  Next one, laser ablation
12  inductively coupled mass spectrometry.
13      A   Yes.
14      Q   That's a mouthful.
15      A   Yeah.  So that one you -- again, it's a
16  mass spectrometer, a magnetic sector mass
17  spectrometer, but in this case the -- the
18  liberation of atoms from the sample is done
19  generally with an excimer laser, so that's in the
20  UV range of the spectrum.  So very short
21  wavelength, high energy laser that, again, can
22  drill a spot into -- a 10, 15, 20 micron spot into
23  a mineral grain so you can actually date different
24  zones in minerals.  So that -- that's used for
25  uranium-lead dating of zircon, for example.
```

27 (Pages 102 to 105)

Laura Webb, Ph.D.

Page 106

```
 1      Q   And the last one, just to make sure we
 2   get them all, cathodoluminescence imaging?
 3      A   Yeah.  So that's again using a scanning
 4   electron microscope, but a cathodoluminescence
 5   detector basically -- well, you can see different
 6   things.  Again, that was part what I used for the
 7   titanium and quartz.  So if you were looking at
 8   quartz with that technique, zones in the mineral
 9   that had higher titanium concentrations would show
10   up brighter, for example.  So you could identify
11   zoning, and then identify -- use those maps of
12   zones to target where you would drill into either
13   with the ion beam or subsequent analyses.
14          THE REPORTER:  Subsequent what?
15          THE WITNESS:  Analyses, yeah.
16   BY MR. BURNS:
17      Q   And the next entry in your CV is
18   consulting experience.  And you list from 2007 to
19   present the work you've done for law firms for
20   J&J; is that right?
21      A   Yes.
22          MR. FROST:  Objection to form.  It's
23   2017.
24          MR. BURNS:  Yeah, 2000 -- I said '7.
25   BY MR. BURNS:
```

Page 107

```
 1      Q   2017 to the present, right?
 2      A   Yes.
 3      Q   Okay.  I almost snuck that one past your
 4   counsel, but I failed.
 5          Have you done any other consulting
 6   experience for -- in litigation?
 7      A   No.
 8      Q   Okay.  Have you done any other
 9   consulting experience for industry?
10      A   No.  Not consulting, no.
11      Q   Okay.  Do you consider yourself a
12   mineralogist?
13      A   I certainly use mineralogy, so, I mean,
14   there's kind of a spectrum of expertise out there.
15   So I would describe myself as a -- as a
16   petrologist rather than a mineralogist, but I
17   certainly do have some expertise in mineralogy.
18      Q   What's -- what's the difference between
19   those two?
20      A   Well, most typically, if someone
21   describes themselves as a mineralogist, then --
22   for example, the faculty member in our department,
23   he is an expert in the structures of apatite
24   crystals, and so is looking to determine, yeah,
25   the mineral structure where different elements
```

Page 108

```
 1   are -- are sited, how they're bonded.
 2      Q   Mm-hmm.  And how would you contrast that
 3   with a petrologist?
 4      A   I'm generally looking at rock systems.
 5   So rather than -- I mean, I certainly use
 6   mineralogy in order to determine what minerals I'm
 7   looking at, but then what I'm interested in, after
 8   the mineral ID, is understanding the relationships
 9   between different minerals.  Because you might
10   have different assemblages in a rock that, again,
11   record different parts of that rock's history.
12          So, yeah, using mineralogy and mineral
13   structures, and again, I also get into the
14   structural geology side, but it's -- it's really
15   trying to understand the -- the formation and the
16   evolution of rocks, but what they record in terms
17   of geologic and tectonic processes.
18      Q   I hand you what we'll mark as
19   Exhibit 10, Dr. Webb.
20          (Webb Exhibit No. 10 was marked
21          for identification.)
22          MR. FROST:  Thank you.
23   BY MR. BURNS:
24      Q   Now, is this your bio on the University
25   of Vermont system?
```

Page 109

```
 1      A   It looks like it, yes.
 2      Q   Okay.  And similar to what we've been
 3   discussing, on the back page it lists your areas
 4   of expertise and a researcher in tectonics and
 5   thermochronology, correct?
 6      A   Yes.
 7      Q   All right.  And under "Teaching
 8   Research," there are a couple of things I wanted
 9   to understand a little more fully.
10          First, in the first sentence it says:
11   "I am a field-based geologist."
12          What is a field-based geologist?
13      A   Well, in that -- in many cases I'm
14   actually out in the field making structural
15   measurements, collecting oriented samples.  That
16   kind of depends on the nature of -- of the
17   question that I'm trying to address, but it means
18   that I have a skill set that allows me to do that
19   as needed.
20      Q   And what is that skill set?
21      A   Well, the ability to recognize different
22   rock types in the field, the ability to recognize
23   and document structures, to make the appropriate
24   measurements.  For example, the orientation of
25   foliations, or we also have lineations.  Minerals
```

28 (Pages 106 to 109)

Laura Webb, Ph.D.

Page 110

1    can be elongated or pebbles can be stretched, for
2    example.  All this relates again to the structural
3    evolution of -- of the rocks.
4        Q    All right.  Now, in the next paragraph
5    it says you teach courses in geochronology,
6    petrology, microstructural analysis and tectonics.
7            And then, "In the classroom and in
8    practice, my students and I integrate analytical
9    data with observations at microscopic to
10   continental scales to try and understand how rocks
11   and regions evolve in space and time, and the
12   tectonic processes that shape them."
13           Did I read that correctly?
14       A    Yes.
15       Q    Okay.  Now, when you refer to
16   "integrating analytical data with observations,"
17   what -- what are your referring to there?
18       A    Well, it -- it depends on, again, the --
19   the specific study at hand, but again, I -- in my
20   work, let's say if I want to date a mineral and
21   we -- the mass spectrometer spews out some
22   information that we calculate an age from, that
23   age is only as good as my ability to interpret
24   what it means.
25           So that means that I have to understand

Page 111

1    the context of the mineral I dated in the rock.  I
2    have to understand the context of that rock in an
3    outcrop.  I need to understand the context of that
4    outcrop in the -- sort of the map scale.
5            And so we're integrating the -- the
6    isotopic data.  We're integrating the observations
7    of the minerals and the mineral assemblages, and
8    their relationship to deformation, coupled with
9    field measurements.
10           Again, it depends on the study what --
11   what all is at play, but also, you know,
12   integrating this with the existing literature out
13   there, which generally drives the nature of the
14   question.
15       Q    Right.  And I'm going to assume your
16   field-based skill set assists in that process by
17   allowing you to observe the minerals, rocks in
18   question in the area in which they occur, and
19   juxtaposed against other formations or other rocks
20   or minerals, right?
21       MR. FROST:  Objection to form.
22       THE WITNESS:  Yeah, in part.  But
23   again -- yeah, I'm sorry, I think I lost the
24   thread there.  It was a long one.
25   BY MR. BURNS:

Page 112

1        Q    No, fair enough.  And really I'm just
2    saying that you described a pretty unique, I
3    think, field-based skill set, one that maybe I
4    wish I had.  I would love to be able to look at a
5    hillside and -- and take an instant view of the
6    rocks there and how they fit into the structure.
7            But what I was getting at is those
8    field-based skills allow you to put the rock or
9    mineral you're examining into that context, the
10   context that's found in the field; is that right?
11       A    Yes.  I mean, it's also a skill set that
12   allows me to work with others.  So a lot of the
13   analyses done in my lab are people who have
14   brought samples to us, and so in those cases, I'm
15   generating ages for them, but need to be heavily
16   involved in helping them interpret it.
17           So that field-based skill set also
18   allows me to ask them the appropriate questions to
19   get at that interpretation or give them advice in
20   advance about sampling strategies they might want
21   to employ.
22       Q    Okay.  In your professional career, have
23   you ever conducted any research on -- aside from
24   the litigation context, on talc as a mineral?
25       A    Not specifically focused on it, no.

Page 113

1        Q    And same question with respect to
2    asbestos.
3        A    No.
4        Q    Okay.  How does a petrologist differ
5    from a geologist?
6        A    Well, there are geologists who are
7    entirely focused on the fossil record or they
8    might be really an expert in a certain kind of
9    structural geology.  So geology is more broad
10   about, you know, the study of the earth and -- and
11   rocks, whereas petrology, again, is really looking
12   at the mineral assemblages and the mineral
13   textures to get at how did that rock initially
14   form and what are the processes that's altered it
15   since its formation.
16       Q    So you're not a professional geologist,
17   I would assume.
18       A    How do you define "professional
19   geologist"?
20       Q    Or a geologist generally.
21       A    Oh, I'm definitely a geologist.
22       Q    Okay.  So the greater subsumes the
23   lesser or the smaller.
24       A    Petrology is a specific -- more specific
25   area of geology.

Laura Webb, Ph.D.

Page 114

1        Q   Of geology.  Okay.  Bad question.  I
2   appreciate it.
3        A   Well, I -- yeah.
4        Q   Have you ever published any peer-
5   reviewed articles on asbestiform amphophiles in
6   talc?
7        A   No.
8        Q   Have you ever presented on that topic in
9   any capacity?
10        A   No.
11        Q   Have you ever published any peer-
12   reviewed articles on the methodological approaches
13   for the identification of asbestiform amphiboles
14   in talc?
15        A   No.
16        Q   Have you ever presented on that topic?
17        A   No.
18        Q   Have you ever -- in the context of -- in
19   the journal context, have you ever served as a
20   reviewer?
21        A   Yes.
22        Q   Okay.  Have you ever reviewed any
23   articles or other materials on any issues
24   involving asbestos in talc?
25        A   Not asbestos specifically.  I mean,

Page 115

1   there's been talc in rocks in papers that I've
2   reviewed, but --
3        Q   Okay.  Specifically about the talc or --
4        A   No.  I mean, you know, again, that's
5   part of an assemblage that's being interpreted in
6   the context of the assemblage, et cetera.
7        Q   Have you conducted any work with
8   graduate students on any issues involving asbestos
9   in talc?
10        A   No.
11        Q   Are you aware of any student thesis or
12   dissertations on any issue involving asbestos in
13   talc?
14        MR. FROST:  Objection to form.
15        THE WITNESS:  Am I --
16   BY MR. BURNS:
17        Q   Aware.
18        A   Aware?
19        Q   Mm-hmm, generally.
20        A   Yes.
21        Q   Okay.  And what's your general
22   awareness?
23        A   Well, I know -- I mean, some of the
24   papers I've cited have come out are first authored
25   by students who worked with Mickey Gunter, for

Page 116

1   example.  I'm also aware of the Kerrigan thesis
2   that looked at experiments in which they were
3   seeing if they could grow asbestiform talc.  So,
4   yeah.
5        Q   Putting aside the litigation context,
6   have you ever participated in any discussions or
7   fora or conferences involving those topics
8   relating to asbestos in talc?
9        A   No, not specific to them, no.
10        Q   Have -- have you personally ever
11   identified any asbestiform amphibole materials in
12   a talc sample?
13        A   No.
14        Q   Have you ever examined any talc samples
15   for that purpose?
16        A   No, not for that purpose, no.
17        Q   Have you ever examined any talc samples
18   generally?
19        A   Yes.
20        Q   For what purpose?
21        A   General petrology.  I mean, if we're
22   talking about rocks with talc in them, then we've
23   seen some of that in the rocks from China and
24   Papua, New Guinea, I think, but also in the
25   petrology collection for teaching, putting

Page 117

1   together labs, et cetera.
2        Q   Okay.  Do you plan to offer any opinions
3   in this case regarding the appropriate technique
4   for examining cosmetic talc for the presence of
5   asbestos?
6        A   No.
7        Q   Does your department possess a
8   transmission electron microscope?
9        A   The department does not.  There's one in
10   the medical school.
11        Q   What about -- same question for a
12   scanning electron microscope.
13        A   There's one in the -- the medical
14   school, and there's a new one coming this spring.
15   I'm a co-PI on an NSF grant that was funded to
16   allow UVM to purchase an SE/SEM instrument.
17        Q   You said co-PI.  What is a PI?
18        A   Co-principal investigator.  So there was
19   a lead PI out of the physics department, and then
20   I'm one of, say, five PIs on the grant.
21        Q   I see.  Have you ever been involved in
22   research or work designed to investigate the
23   presence of asbestos materials in any geologic
24   formation?
25        A   Not specifically for that purpose, no.

Laura Webb, Ph.D.

Page 118

1        MR. BURNS:  I think we're at a lunch
2   stopping point.
3        MR. FROST:  Yeah, 12:45, sounds about
4   right.
5        MR. BURNS:  All right.  Great.
6        THE VIDEOGRAPHER:  Going off the record
7   at 12:41.
8        (Lunch recess.)
9        THE VIDEOGRAPHER:  We're back on the
10  record at 2:00 p.m.
11  BY MR. BURNS:
12       Q   Good afternoon, Dr. Webb.
13           Dr. Webb, we are painfully close to
14  checking off the qualifications box on this --
15  this little sketch I made.
16           Just one general question that I was
17  hoping you could describe for us.  When you go out
18  into the field to collect samples, what process do
19  you generally do when you go out there?  What are
20  you looking for?  Can you describe that generally?
21       A   Yeah, I mean, it depends on what's known
22  and documented for the region already.  So that --
23  you usually build off of the existing knowledge
24  base.  But -- so usually we're looking for fresh
25  outcrops with 3D exposure so that you can actually

Page 119

1   see something, rather than just a moss-covered
2   rock surface, for example.
3       Again, to make observations about the --
4   the rock types, any observations that can made --
5   be made about the mineralogy in detail, but it
6   depends on the size of the minerals in -- in the
7   rocks.  Again, looking to make observations and
8   document structural orientations, again about the
9   planar or linear elements that might be present in
10  a rock as a function of its deformation history.
11       So, I mean, those are -- are generally
12  the -- the sort of categories of -- of
13  observations, yeah.
14       Q   Now, when you take the specimen, how do
15  you physically do that?  Are you chipping off a
16  specimen?  Are you picking it up off the ground?
17  I guess it really depends.
18       A   I don't usually rely on things that are
19  on the ground, because you can't.  I've left
20  plenty of rocks places where they didn't originate
21  from.
22       So -- so usually it's a hammer and
23  chisel, and most often I'm working with oriented
24  samples.  So we would measure a feature and mark
25  it in the field, and that way we can reorient it

Page 120

1   in the lab and, say, make -- cut the rock relative
2   to a specific orientations.
3       Q   And by orientations, are you referring
4   to sort of how it was oriented in the ground
5   before you took it so that you know where north,
6   south, you know, up, down is?
7       A   Uh, yeah, it depends.  I mean, you know,
8   so if -- if this is a rock and these pages are a
9   planar fabric in the rock, the foliation will
10  often cut perpendicular to the foliation so that
11  you see the --
12       Q   The layers.
13       A   -- the layering rather than just looking
14  at one plane in the rock.  If there is a
15  lineation, that usually relates to the
16  deformations, so the transport direction of one
17  piece of rock relative to a lower piece.  And
18  often we'll -- if that's present, we'll cut
19  perpend -- sorry, parallel to that, because
20  that's how we would observe the rotation of
21  minerals that might tell us the way the fault was
22  moving.  Or --
23       Q   Okay.  Thank you.
24       Now, you mentioned you would look for
25  fresh outcrops or 3D exposure.  What do -- what do

Page 121

1   you mean by 3D exposure?
2       A   Well, again, it's this idea that in
3   order to make these -- what we would call
4   kinematic observations relate -- how things are
5   rotating, you need a rock exposure that allows you
6   to look at an exposure that's perpendicular to the
7   foliation and parallel to the lineation.
8       In other words, you could -- if
9   something was rolling like that (demonstrative),
10  you could --
11       Q   Yeah.
12       A   -- you could see that as opposed to it
13  coming down the barrel at you.  So that 3D aspect
14  is important for getting those certain
15  perspectives at times.
16       Q   What type of sites do you look at or
17  look for to find that, you know, fresh outcrops or
18  3D exposure?  You had mentioned a road before.
19       A   Yeah, so road cuts are -- are often our
20  best window into the rocks, or perhaps in rivers.
21  You know, yeah, I've certainly been in quarries
22  before, et cetera, but --
23       Q   Mines?
24       A   If they're aboveground, I mean, yeah.
25  I've never been in an underground mine.

31 (Pages 118 to 121)

Laura Webb, Ph.D.

Page 122

1    Q   Okay.  Now, once you take the actual
2    sample, I assume that you are taking it back to
3    the lab to perform certain tests or examinations
4    upon it.  Right?
5        A   Yes.  Usually we take it back to the --
6    to the department, and there is a rock-cutting
7    facility, so we'll cut those oriented chips out of
8    the rock to send away to have thin sections made,
9    petrographic thin sections.
10       Q   And then what do you do with the
11   petrographic thin sections?
12       A   I look at them under a petrographic
13   microscope, polarized light microscope, to make
14   mineral identification, to observe the textural
15   relationships between minerals.  That, again,
16   might relate to relative ages or metamorphic
17   reactions that might be frozen or captured in a
18   sample, and also the microstructural observations
19   about, say, shear sense.  As I said, the vorticity
20   or the rotation of -- of minerals that might tell
21   us about the type of faulting or deformation that
22   was occurring.  And then in the case of the
23   geochronology, selecting appropriate rocks to
24   target for dating.
25       Q   And that's really been the focus of your

Page 123

1    particular research is ultimately getting to that
2    last point, the dating of those rocks, right?
3        A   Not exclusively, no.
4        Q   How not exclusively?
5        A   Because I've had some projects where
6    there's been no geochronology, and it's been more
7    about the petrology, again understanding the
8    temperature and pressure conditions.  So, again,
9    it just depends on what's known already and what
10   the new questions are.
11       Q   I see.  And I take it during those steps
12   of the micro-- pardon me.
13           During those steps in the lab, you are
14   carefully recording each of these observations; is
15   that right?
16       A   Yeah.  I mean, again, it depends on what
17   the -- the nature of the project is.  But, yes, we
18   make a record of the -- the mineralogy, the
19   structures, et cetera, yeah.
20       Q   How do you make a record of where the
21   rock was sourced?
22       A   Generally, we take GPS coordinates
23   associated with the sampling locations.
24       Q   Well, I think we can safely cross
25   qualifications off our list.

Page 124

1        And that will take us to the efforts you
2    made in preparing to give your opinions in this
3    case.  And I'm going to get to those specific
4    opinions a little bit later, hopefully not too
5    much later, recognizing it is the afternoon.
6        What was your charge in this case?  What
7    were you asked to do?
8        A   I was asked to study and -- and provide
9    an explanation of the petrological processes that
10   are associated with the high purity talc deposits.
11   So, again, you know, these pressure, temperature,
12   bulk composition type questions.
13       Of course, a specific question I was
14   asked to address is what is the relationship or
15   not of -- of asbestos to -- to the talc deposits
16   at issue.  Yeah.
17       Oh, as well, and part of that charge, of
18   course, was to read and respond to the -- the
19   reports of Drs. Cook and Krekeler.  And also if
20   there was information that I had or was able to
21   synthesize on -- on, again, sort of at the mineral
22   structure scale.  The differences, for example, in
23   the chemical resistance or the -- of, say,
24   asbestiform amphiboles versus non-asbestiform
25   amphiboles.

Page 125

1        Q   Mm-hmm.  Can you describe in general
2    terms the methodology you employed in reaching and
3    rendering your opinions in this case?
4        A   Yeah.  So, I mean, I -- I really used
5    the same approach that I would approach any aspect
6    of my science, whether it's writing a paper or a
7    peer review.  But, again, to try and do an
8    extensive search of the peer-reviewed literature,
9    and also -- I mean, in that search I found also
10   USGS reports, as we've discussed earlier today.
11   And really to look in -- in detail, and, again, I
12   mentioned that I tried to really dig into the
13   primary citations, who were the first people to
14   look at these rocks, what did -- you know, what
15   did they see, and try and confirm things that
16   had -- were then included in -- in later summary
17   type papers that I also saw.
18       But, again, what I'm really concerned is
19   as a petrologist is the system of rocks, and so,
20   you know, not only was my interest related to
21   anything written about the talc bodies themselves
22   but also the surrounding rocks.  Because in order
23   to understand the history that the -- the talc
24   ores experienced, you have to dig into rocks
25   around them of different bulk compositions.

32 (Pages 122 to 125)

Laura Webb, Ph.D.

Page 126

```
 1    Different rocks have the potential to record
 2    different aspects, in part because they might have
 3    a different strength or they might have minerals
 4    that are more stable over a broader range of
 5    pressure and temperature conditions.
 6          So this was all part and parcel in terms
 7    of trying to understand, as I was describing,
 8    the -- the structure of -- of the dome in the case
 9    of Vermont, you know, how differences between the
10    core and those mantling units where the -- the
11    talc mines are -- are located, the details of the
12    pressure, temperature, deformation histories.
13          So, again, I wasn't only just looking at
14    the talc ores, I was also looking at the reports
15    of asbestos in Vermont and really trying to
16    understand the petrology of those systems.  Again,
17    relative timing, pressure, temperature, conditions
18    of formations, differences maybe that in fluid
19    chemistry that might impact how metamorphic
20    processes play out.
21          So, again, my synthesis was a range of
22    scales from sort of, you know, all of Vermont and
23    its cumulative tectonic history to, you know,
24    reading works that described observations made in
25    petrologic thin sections, you know, again, down at
```

Page 127

```
 1    the micron scale.
 2          Q   Okay.  Well, one of the things that
 3    surprise me a bit in reading your report, just to
 4    be frank, is that the methodology you just -- just
 5    described and employed in this case differs from
 6    some of the science you have conducted before as a
 7    field-based geologist in that you did not
 8    apparently go out to, for instance, the Vermont
 9    sites and take samples, and bring those samples
10    back to your -- to your laboratory to determine
11    whether asbestos may be contained in the
12    underlying rock, what that relationship might be
13    to the talc.
14          Is that a fair description of what you
15    did in this case?
16          MR. FROST:  Objection to form.
17          THE WITNESS:  I mean, I think the
18    description of what I did is what I just outlined
19    in the prior question.  I mean, it's true I did
20    not sample the -- the talc -- rocks from the talc
21    mines, but again, I mean, as I've been describing,
22    when I go out into the field, those objectives
23    are -- are really driven by what I understand from
24    the -- in this -- like in the case of Vermont, the
25    decades of work of geologists and petrologists
```

Page 128

```
 1    before me.
 2          So if there -- if I feel like there is a
 3    big gap in that information, that would drive that
 4    need to go out into the field to collect samples,
 5    and I just didn't arrive at that position in this
 6    case.
 7    BY MR. BURNS:
 8          Q   Well, let me -- let me focus on the
 9    Argonaut mine for a moment.  Are you aware of any
10    peer-reviewed work or any other reports relating
11    to samples taken in the Argonaut mine relative to
12    talc and asbestos?
13          A   The Argonaut mine.  Well, other than, I
14    think it's, the Buzon thesis where there were some
15    samples that were analyzed by, I think it's,
16    Marian Buzon during her Ph.D., I haven't seen
17    anything in -- in the published literature about
18    the samples from that mine except for her work, I
19    believe.
20          Q   So, for example, you spoke about gaps in
21    the record.  Why is that not a gap in the record
22    you would be interested in?
23          A   Well, again --
24          MR. FROST:  Objection to form.
25          THE WITNESS:  Again, I mean, basically
```

Page 129

```
 1    the Vermont talc mines that we're interested in
 2    are in a pretty specific zone around mantling that
 3    Chester dome, and so bracketing that history
 4    are -- is work done -- I mean, really the most
 5    detailed study out there is that Sanford 1982
 6    paper, and Sanford sampled from, I think, three
 7    different locations in Vermont and also in
 8    Massachusetts.  But in his study, he had samples
 9    from the Newfane mine and the Grafton mine, which
10    basically bracket in PT space the -- the Argonaut,
11    Hamm and Hammondsville mines, and so I was able to
12    look at pretty gory detail in his -- in his paper.
13          I was able also to compare that with
14    the -- the Pooley study, who sampled different
15    rock types around the mine, which, again, was of
16    interest to me because I like to work with rock
17    systems.  And he had detailed petrographic data
18    and descriptions in there, again photomicrographs,
19    the kind of -- the kind of data that I regularly
20    work with.
21          And basically -- and also there was the
22    Robinson -- or, sorry, the Robinson study from the
23    Frostbite mine.  And so, I mean, I feel like these
24    rock bodies are -- are pretty tightly bracketed by
25    these studies, and -- and I felt like I saw the
```

33 (Pages 126 to 129)

Laura Webb, Ph.D.

Page 130

1    information I needed in those works.
2    BY MR. BURNS:
3        Q   So we're sitting here today in
4    Burlington, Vermont.  How far approximately is the
5    Argonaut mine from here?
6        A   Oh, I guess two-and-a-half hours or so.
7        Q   Driving by car?
8        A   Yeah, driving.
9        Q   Okay.  And you realize that the -- the
10   allegations in this case center in part on the
11   plaintiffs' allegations that asbestos was a
12   constituent mineral in the rocks that were mined
13   at the Argonaut mine.  Is that correct?
14       MR. FROST:  Objection to form.
15       THE WITNESS:  I'm sorry, can you repeat
16   the --
17   BY MR. BURNS:
18       Q   Sure.  Just asking you, you realize that
19   the allegations in this case center in part on
20   claims that asbestos was a constituent of the
21   material that was mined at Argonaut.
22       A   Yeah.
23       Q   Okay.  Did you ever ask to go to the
24   Argonaut mine?
25       A   No.

Page 131

1        Q   Were you ever told that you couldn't go
2    to the Argonaut mine?
3        A   No.
4        Q   And is that true of the other two J&J
5    mines in Vermont?
6        MR. FROST:  Objection to form.
7        THE WITNESS:  Yeah, I mean Hammondsville
8    is -- is underwater.  It's a pond.  So -- and I'm
9    not sure about the Hamm.  I think, you know,
10   underground mining wouldn't -- or shafts wouldn't
11   be able.
12       But, yeah, no, I didn't ask to go.  I
13   wasn't told that I should go or couldn't go.  I
14   was left to use my professional opinion about how
15   that played out.
16   BY MR. BURNS:
17       Q   I'm going to put up on the screen what
18   I've marked as Plaintiffs' Demonstrative No. 2.  I
19   will give you and your counsel a copy of it,
20   though, just so you can follow along.
21       (Webb Exhibit No. 18 was
22        subsequently marked for
23        identification.)
24   BY MR. BURNS:
25       Q   I think I have a pretty good

Page 132

1    understanding, although you should correct me if I
2    don't, about this methodology you just described.
3    But I want to make sure that we capture and
4    exclude some -- some areas that I don't think fit
5    into it.
6        MR. BURNS:  Oh, did I -- yeah, those are
7    two pages.  Here.
8    BY MR. BURNS:
9        Q   So I'm just going to ask you some
10   questions, and I will -- I'll mark this so I can
11   remember the answers.
12       So, Dr. Webb, have you ever worked in a
13   talc mine?
14       A   No.
15       Q   Have you ever designed any talc mine
16   operations?
17       A   No.
18       Q   Have you ever consulted on any talc mine
19   operations?
20       A   No.
21       Q   Have you ever designed any drill core
22   sampling protocols for talc mines?
23       A   No.
24       Q   Have you ever designed a blast hole
25   sampling protocol for a talc mine?

Page 133

1        A   No.
2        Q   Have you ever designed an open pit
3    mining operation?
4        A   No.
5        Q   Ever designed an underground mining
6    operation?
7        A   No.
8        Q   Have you ever supervised or consulted on
9    the ongoing operation of a mine?
10       A   No.
11       Q   And I think I -- I think you've answered
12   this, but have you ever visited any of the J&J
13   talc mines in Vermont?
14       A   No.
15       Q   Is that also true of China and Italy?
16       A   That's correct.
17       Q   Have you ever conducted any field
18   observations at any talc mines?
19       A   No.
20       Q   Have you ever conducted any field
21   observations at any of the J&J talc mines?
22       A   No.
23       Q   Have you ever inspected any talc mines?
24       A   No.
25       Q   Or any J&J talc mines?

34 (Pages 130 to 133)

Laura Webb, Ph.D.

Page 134

1    A   No.
2    Q   Have you ever reviewed any petrographic
3   maps from J&J talc mines?
4    A   What do you mean by "petrographic maps"?
5    Q   Well, similar to some of the maps that
6   you included in your report but specific to in
7   Vermont, Italy or Chinese mines?
8    A   I mean, do you mean geologic maps?
9   Because "petrographic" generally means
10   observations made through a petrographic
11   microscope.  So petrographic maps to me would mean
12   a map of a thin section.
13    Q   I see.  So that doesn't make a whole
14   hell of a lot of sense.
15    A   No.
16    Q   All right.  Fair enough.  Well, I tell
17   you what, we will scratch that one.
18        Have you ever reviewed any geologic
19   map -- maps from a talc mine?
20    A   Yes.
21    Q   And what mine was that?
22    A   There was -- in the Robinson, et al.,
23   2006, report from the Frostbite mine.
24    Q   Mm-hmm.  Okay.  How about any geologic
25   maps from J&J talc mines?

Page 135

1    A   No.
2    Q   Did you ask whether any were available?
3    A   I didn't ask, no.
4    Q   Okay.  Ever review any mine planning
5   maps from a talc mine?
6    A   No.
7    Q   Have you ever reviewed drill cores taken
8   from a talc mine?
9    A   No.
10    Q   Have you ever seen the drill cores taken
11   from any of the J&J mines at issue here?
12    A   No.
13    Q   Have you ever reviewed any mine planning
14   maps from the J&J talc mines?
15    A   No.
16    Q   Ever analyzed any thin sections from
17   cores removed from a talc mine?
18    A   No.
19    Q   Same question with respect to J&J talc
20   mines.
21    A   Yeah, no.
22    Q   Have you ever seen the results of any
23   analysis of thin sections from cores removed from
24   a talc mine?
25    A   From cores, no.

Page 136

1    Q   Same question with respect to J&J talc
2   mines.
3    A   Yes, that's --
4    Q   Same answer?
5    A   Yeah, yeah.
6    Q   Have you ever inspected any core logs
7   from a talc mine?
8    A   No.
9    Q   Ever inspected any core logs from the
10   J&J talc mines?
11    A   No.
12    Q   Ever asked for any samples of J&J talc
13   from the --
14    A   No.
15    Q   -- products in question?
16    A   No.
17    Q   I'm sorry.  And that answer was "no"?
18    A   Yes.  Never asked for.
19    Q   Okay.  Have you ever taken any samples
20   or rock specimens from a talc mine?
21    A   No.
22    Q   Or from the J&J mines in question?
23    A   No.
24    Q   Have you ever conducted any XRD on any
25   J&J talc?

Page 137

1    A   No.
2    Q   What about PLM?  We just talked about
3   PLM a few minutes ago.  Have you ever done that on
4   any J&J talc?
5    A   No, personally I have not conducted
6   those studies.
7    Q   Are you aware of any outside this
8   litigation?
9    A   Sorry, then we're on -- specifically on
10   J&J talc?
11    Q   Yes.
12    A   And this is the bodies that are being
13   mined for the cosmetic talc?
14    Q   Yes.
15    A   No.
16    Q   Have you ever conducted any scanning
17   electron microscopy on any talc?
18    A   I've seen it, yeah.
19    Q   Seen it, but have you conducted it
20   yourself?
21    A   Well, yes.  I mean, again, not on the
22   talc ores that we're -- we're discussing, but I've
23   seen talc in rocks on the SEM while I've been --
24    Q   So in other rocks.
25    A   Yes.

35 (Pages 134 to 137)

Laura Webb, Ph.D.

Page 138

1    Q    But not with respect to any J&J talc.
2    A    No.
3    Q    Have you ever conducted any transmission
4  electron microscopy on any talc samples?
5    A    No.
6    Q    And that would be true of J&J talc
7  samples?
8    A    That's correct.
9    Q    Have you ever seen test results from
10  samples taken from the J&J talc mines?
11    A    Test -- what kind of test results?
12    Q    Test results with respect to asbestos or
13  other contaminants.
14    A    No.
15    Q    Have you ever designed or supervised a
16  beneficiation process for talc ore?
17    A    No.
18    Q    Have you ever published on talc deposits
19  used to source J&J talc in Italy, Vermont or
20  China?
21    A    No.
22    Q    And I think you answered this earlier,
23  you've never published on asbestiform amphiboles
24  in talc, have you?
25    A    No.

Page 139

1    Q    And is that also true of asbestiform
2  serpentines?
3    A    No -- I mean, you're correct, and the
4  answer is no.
5    Q    Have you ever published on
6  methodological approaches to differentiate
7  asbestiform amphiboles and non-amphibole minerals
8  in talc?
9    A    No.
10    Q    And have you ever personally identified
11  any asbestiform amphiboles in talc?
12    A    No.
13    Q    All right.  Thank you, Doctor.
14        (Counsel conferring.)
15  BY MR. BURNS:
16    Q    Now, recalling our discussion on your
17  supplemental list earlier today, I noted that you
18  had read the deposition and expert report of Ann
19  Wylie.
20        Have you ever discussed this case or
21  your findings with Dr. Wylie?
22    A    No.
23    Q    Have you ever spoken to Dr. Wylie
24  before?
25    A    Last summer, once I spoke to her on the

Page 140

1  phone, I think.
2    Q    Okay.  And what was that about?
3    A    I was curious where I could access some
4  of her data on some of the -- the studies she's
5  compiled or done, so the WebLink distributions,
6  et cetera.
7    Q    Anything else in that conversation?
8    A    No.
9    Q    And was that the only conversation
10  you've had with her?
11    A    That's the only time I've spoken with
12  Ann Wylie.
13    Q    And was that in the context of
14  discussions about asbestos, the conversation you
15  had with her?
16    A    Yeah, so the -- I was looking for the --
17  the data from both known -- you know, like the --
18  the standards -- known asbestos versus known
19  cleavage fragments.
20    Q    Did Dr. Wylie inform you that she was
21  serving as an expert witness in this litigation?
22    MR. FROST:  Objection to form.
23    THE WITNESS:  It was prior to this, so
24  neither of us knew.
25  BY MR. BURNS:

Page 141

1    Q    And you haven't spoken to her since your
2  reports came out?
3    A    No.
4    Q    All right.  I also noticed you had read
5  the deposition and expert report of Mary Poulton,
6  Dr. Mary Poulton.
7    A    Yes.
8    Q    Have you ever spoken to Dr. Poulton
9  about asbestos in talc?
10    A    No.
11    Q    Any conversations with her whatsoever?
12    A    I've never met her or talked to her,
13  yeah.
14    Q    And you also reviewed the expert report
15  of Dr. Darby Dyar; is that right?
16    A    That's correct, yeah.
17    Q    And have you spoken with Dr. Dyar?
18    A    I met her in October of 2018, I believe,
19  because she was invited to come give a seminar in
20  our department.
21    Q    What was the seminar of?
22    A    It was related to her work on Mars, that
23  program.
24    Q    Did you discuss anything with respect to
25  asbestos or talc?

Laura Webb, Ph.D.

Page 142

1    A   Not in great detail.  I mean, I -- I
2  took her to lunch, and we were having a
3  conversation about the general paths of our -- our
4  careers, and so we understood that we were both
5  working with J&J lawyers.  But, again, that was
6  prior to this case, and we didn't go into any
7  details.
8    Q   Any specific conversation about asbestos
9  and the talc in J&J mines?
10    A   No.
11    Q   And going back to your conversation with
12  Dr. Wylie, why were you interested in the data you
13  were asking her about?
14    A   Because -- well -- yeah, so I was just
15  doing general consulting, meaning I was doing some
16  research to bolster my understanding of the topic,
17  and, you know, occasionally I was asked to respond
18  to a document or a paper.  And so I had seen some
19  of Dr. Longo's reports, and so there was an
20  analysis that -- in one of his reports that
21  related to the size distributions of -- of
22  structures he was measuring with -- with the TEM.
23  And so I was curious about that topic and wanted
24  to explore it further on my own.
25    Q   And who provided you those reports?

Page 143

1    A   Those would have come from Jonathan
2  Cooper.
3    Q   And who's Mr. Cooper?
4    A   He's with Tucker & Ellis.
5    Q   So after receiving that data, what did
6  you do?
7    A   I -- I basically -- I mean, with Ann's
8  data or ultimately with the online datasets that
9  they've published, I was able to bring that into
10  Excel, and so I was exploring different methods of
11  plotting the data, aspect ratio versus width or
12  width versus lengths or, you know, the variety of
13  ways, log, normal, just -- not -- excuse me.
14  Pardon me.  So, yes, it was sort of an exploration
15  in plotting methods to see what seemed to be most
16  meaningful.
17    Q   And what do you mean by "most
18  meaningful"?
19    A   Well, I mean, in particular, looking at
20  Ann's data, cleavage fragments versus known
21  documented asbestos, seeing if there was a
22  plotting method where you could see a clear
23  distinction in populations.
24    Q   I see.
25    A   I mean, not in a single particle, but,

Page 144

1  again, looking at a data -- a large dataset, what
2  were the --
3    Q   Okay.  And did you reach any
4  conclusions?
5    MR. FROST:  I was going to say --
6    THE WITNESS:  Yeah, this is --
7    MR. FROST:  -- I'm going to caution you
8  to the extent that -- we're now reaching into
9  consultancy, which has nothing to do with her work
10  here.
11    I'm just going to caution her, you know,
12  obviously any communications you've had with
13  lawyers during the consultancy and any work
14  product that you created during the consultancy,
15  I'm going to instruct you not to answer on that.
16  But if it's something that you drew yourself, you
17  know, sort of separately from what you were
18  working with the lawyers on, you know, that you
19  can answer.
20    THE WITNESS:  Pardon me.  I have an
21  eyelash attacking my eyeball.
22  BY MR. BURNS:
23    Q   That's okay.  Do you need to take a
24  break or --
25    A   I'll be fine.

Page 145

1    Yeah, I -- honestly, I haven't reviewed
2  that in preparation for this.  It's not part of
3  the opinions I'm -- or I offered in my report.  So
4  I'd rather not comment on that without having
5  refreshed my memory of those graphs.
6    MS. O'DELL:  If the data has been
7  provided to Dr. Webb, we would request on the
8  record that the data from Dr. Wylie be provided to
9  us.  I will formalize that request after the
10  deposition, but I think we're entitled to it if
11  she has reviewed it.
12    MR. FROST:  Again, I think she just said
13  she didn't consider it as any part of this
14  opinion, so I actually -- I will lodge an
15  objection to that.  And moreover, I think she
16  testified that she had a link to online data
17  sources that she looked at.
18    So to the extent that you are
19  insinuating she was provided data by Ann Wylie, I
20  think that is other than what the record reflects
21  here.
22    MS. O'DELL:  I think the record is quite
23  clear, and regardless of that, it was not
24  disclosed --
25    MR. FROST:  And --

37 (Pages 142 to 145)

Laura Webb, Ph.D.

Page 146

```
 1          MS. O'DELL:  And if it's available
 2   publicly, that's one thing, but we have to know
 3   that she's been provided that data.  And so we
 4   would request that it be --
 5          MR. FROST:  And I guess I'm just failing
 6   to understand why we would have to produce you
 7   data that has obviously nothing to do with this
 8   engagement.  You can send a letter, but, you know,
 9   obviously we object to it.
10          MS. O'DELL:  We will let the court
11   decide about that.
12          MR. FROST:  That's fine.
13          But again, I think she's made it very
14   clear this has absolutely nothing to do with what
15   she's been engaged to do.
16          MS. O'DELL:  Please don't coach the
17   witness.
18          MR. FROST:  Please don't what?
19          THE REPORTER:  I couldn't hear you.
20          MS. O'DELL:  Please don't coach the
21   witness.
22          MR. FROST:  I'm not coaching at all.
23   I'm responding to your statement on the record.
24   BY MR. BURNS:
25      Q   What was -- what was the form of the
```

Page 147

```
 1   Longo reports that you had at the time?
 2          MR. FROST:  Objection to form.
 3          THE WITNESS:  The form of the Longo -- I
 4   mean, they were PDF documents that kind of
 5   mimicked the format of -- of this.  So...
 6   BY MR. BURNS:
 7      Q   And this was the summer of 2018?
 8      A   I would have to -- that's a -- I mean,
 9   my best guess for the general time frame, but I
10   don't remember details.
11      Q   And do you recall whether they were
12   taken from litigation or --
13      A   Oh, they were -- yeah.  I mean, they
14   were expert reports, so...
15      Q   Okay.  Do you know Dr. Brooke Mossman?
16      A   I've met her once, yeah, or twice now.
17   I ran into her in the parking lot.  So...
18      Q   Have you had any conversations with her
19   about this case?
20      A   No.
21      Q   Have you had any conversations with her
22   about asbestos in talc?
23      A   No, not specifically.
24      Q   Do you know a Dr. Shukla, I think in her
25   department?
```

Page 148

```
 1      A   I'm familiar with the name, but I've
 2   never met or talked or communicated with her.
 3      Q   You mentioned Mickey Gunter earlier?
 4      A   Yes.
 5      Q   Is that right?
 6          What is your relationship with Mickey
 7   Gunter?
 8      A   Well, shortly after I came to UVM, he
 9   had a -- a Marsh Fellowship, I think is what they
10   call it, but it's basically an honorary visiting
11   professorship.  So he's -- it might have been
12   2009, around that time, that he was in our
13   department maybe for a couple of weeks at a time
14   throughout the -- the year.  So that's when I met
15   him.
16      Q   I see.  And have you continued a
17   friendship or professional relationship with him
18   since?
19      A   I haven't talked to him since that March
20   Fellowship, so not in eight years or something
21   like that or -- yeah.
22      Q   Have you communicated with him by e-mail
23   or any other means?
24      A   No.
25      Q   No.  Dr. Webb, I think we can mark off
```

Page 149

```
 1   preparation.
 2      A   Very good.
 3      Q   One left.
 4          MR. BURNS:  Should we take a short
 5   break?
 6          THE WITNESS:  Yeah.  Fill my water
 7   glass.
 8          THE VIDEOGRAPHER:  Going off the record
 9   at 2:42 p.m.
10          (Recess.)
11          THE VIDEOGRAPHER:  We're back on the
12   record at 3:10 p.m.
13   BY MR. BURNS:
14      Q   Welcome back, Dr. Webb.
15          Dr. Webb, were you aware that -- that
16   Dr. Mickey Gunter serves as an expert witness for
17   J&J?
18      A   I am aware of that, yes.
19      Q   How did you become aware of it?
20      A   I mean, I knew in general of his
21   involvement as an expert witness from when he
22   visited UVM long ago, but -- I suppose like the
23   details of his working for J&J came out sometime
24   during the consulting.  I mean, seeing documents,
25   et cetera.
```

38 (Pages 146 to 149)

Laura Webb, Ph.D.

Page 150

1      Q   All right.  Dr. Webb, at long last we've
2  made it to the report section.
3          MR. BURNS:  Are you okay?
4          MR. FROST:  Yeah.  I just kicked the
5  table pretty hard.
6          MR. BURNS:  That's no fun.
7  BY MR. BURNS:
8      Q   So I'd like to direct you to, I believe,
9  Exhibit 1.  And is this a true and correct copy of
10  your expert report?
11     A   It appears so, yes.
12     Q   All right.  And did you prepare this
13  report yourself?
14     A   I did, yes.
15     Q   Did you write every word of it?
16     A   I did, yes.
17     Q   Now, one of the terms that appears
18  throughout your report -- and we'll get to the
19  certain instances of it, but we've also -- I've
20  also heard you mention it today -- is you've
21  emphasized, I believe you call it, high purity
22  talc or cosmetic grade talc deposits.
23     A   (The witness nods.)
24     Q   Can you explain what you mean when
25  you're using that term?

Page 151

1      A   Well, I -- I guess I'm making the
2  distinction between a rock that has talc in it or
3  a rock that may have abundant talc in it versus
4  something that is talc rich enough that it would
5  be of interest for the mining companies.
6      Q   And is that really the trigger whether
7  it's -- whether industrial use -- it's capable of
8  industrial use or extraction?
9          MR. FROST:  Objection to form.
10  BY MR. BURNS:
11     Q   I don't want to put words in your mouth.
12     A   Yeah.
13     Q   I'm just really trying to tease out what
14  you mean by that.
15     A   Well, I mean, I think there are
16  definitions for "cosmetic grade talc," and I know
17  that it reflects -- maybe after a beneficiation,
18  the purity levels that are -- you're able to
19  attain coupled with some other geochemical
20  requirements and in the absence of asbestos.
21         But I think, you know, one of the
22  distinctions I'm trying to make is a rock that has
23  talc in it versus something that has undergone
24  such extreme degrees of metasomatism that we
25  arrive at the deposits that we have in Vermont and

Page 152

1  Italy and China.
2      Q   Mm-hmm.  Would it be fair to say then
3  that that high purity grade of talc deposit is one
4  that is, for lack of a better term, pure enough to
5  attract the interest of industrial or cosmetic
6  purposes?
7          MR. FROST:  Objection to form.
8          THE WITNESS:  Yeah, I mean, they
9  wouldn't be interested in something that wasn't
10  rich in talc and, yeah, relatively high purity.
11  BY MR. BURNS:
12     Q   So let's say you had a deposit where for
13  every pound of talc you extracted, there was
14  another pound of waste.  Would that fall into that
15  category for you?
16         MR. FROST:  Objection to form.
17         THE WITNESS:  Yeah, I don't know.  I
18  mean, that kind of gets beyond my area of -- of
19  expertise and distinction, I think.  Because,
20  yeah, I'm not an expert in the mining process,
21  and --
22         That eyelash came back.  Sorry.
23  BY MR. BURNS:
24     Q   Sure.  Oh, no.
25         I guess another way to look at it -- and

Page 153

1  really, again, I'm just trying to understand --
2  but for this purpose, the only mines you were
3  looking at were in your view high purity deposits
4  because they were used as mines for the talc
5  industry.  Is that fair?
6          MR. FROST:  Objection to form.
7          THE WITNESS:  Well, I mean, they're --
8  so obviously it boils down to my opinion about the
9  mines that were used for the talc that was used in
10  talcum powders, and -- but I was actually looking
11  at a larger body of literature to kind of
12  understand the systems and -- and sort of bracket
13  again these conditions where these rocks formed.
14  BY MR. BURNS:
15     Q   Just to be sure that I don't miss it
16  if there is a distinction, the J&J talc mines --
17  what we've been referring to as the J&J talc mines
18  are all in view -- in your view, high purity
19  deposits; is that right?
20     A   Well, yes.  Deposits from which cosmetic
21  grade talc can be derived.
22     Q   Okay.  And so we've talked about those
23  three mines in Vermont.  We've also mentioned some
24  other mines around there, the Johnson mine,
25  Rainbow mine.  Would you consider those high

Laura Webb, Ph.D.

Page 154

1   purity talc deposits as well?
2       MR. FROST: Objection to form.
3       THE WITNESS: Yeah. I mean, there may
4   be zones of -- you know, so even the Newfane mine
5   has high purity talc zone in it, but the Newfane
6   mine, that zone is so thin, I think it wasn't
7   economically viable. So it could include mines
8   from which there is no active or was no active
9   mining based on the economic viability of it.
10  BY MR. BURNS:
11      Q   Okay. So I would like you to turn to
12  page 1 of your report, which contains the
13  executive summary.
14      A   Okay.
15      Q   So as its title indicates, I take it
16  this section summarizes your opinions that you are
17  prepared to testify to in this litigation.
18      A   Yes. An overview of them, yes.
19      Q   Okay. I'd like to start with
20  subparagraph A in Section 1.0 of the executive
21  summary.
22          So subparagraph A begins with the
23  statement: "Plaintiffs' experts' reports fail to
24  appropriately synthesize key data and observations
25  available in the peer-reviewed scientific

Page 155

1   literature that are pertinent to understanding the
2   issues in this litigation."
3           Did I read that correctly?
4       A   Yes.
5       Q   Okay. What -- first of all, what
6   plaintiffs' experts' reports are you referencing
7   there? Is it Dr. Cook and Dr. Krekeler?
8       A   Correct.
9       Q   Okay. Any others?
10      A   No.
11      Q   Okay. It's not Dr. Longo?
12      A   No.
13      Q   Do you have any opinions with respect to
14  Dr. Longo's work?
15      A   Not that I'm offering in this report or
16  today.
17      Q   Have you -- do you intend to offer
18  opinions with respect to Dr. Longo in the future?
19      MR. FROST: Objection to form.
20      THE WITNESS: I mean, I think it depends
21  on the questions that are -- are asked. But that
22  really wasn't my charge to respond to his report,
23  and so, yes, I did read it, but --
24  BY MR. BURNS:
25      Q   Do you have any criticism of Dr. Longo's

Page 156

1   report today?
2       MR. FROST: Objection to form. Outside
3   of the scope of this witness's opinions.
4       THE WITNESS: Can -- can I answer or --
5       MR. FROST: Yes.
6       THE WITNESS: Sorry.
7       MR. FROST: Unless I specifically
8   instruct you not to answer, you can answer.
9       THE WITNESS: Okay. I mean, yeah, my
10  experience -- for example, anthophyllite and talc
11  have very similar geochemistry -- or, sorry,
12  chemistries that, in general, EDS is not
13  sufficient to distinguish the two. And -- and he
14  never provided quantitative data based on the EDS
15  analyses, and so, you know, there are -- are
16  issues there that I -- I take issue with.
17          I would also say that I'm not an expert
18  in SAED, so I'm not going to go down that road at
19  all.
20          Some things that are shown in the TEM
21  images look much more like cleavage fragments to
22  me than asbestos fibrils or bundles, but -- but I
23  guess -- so it's my general reaction to the use of
24  the EDS data, and -- yeah, and the -- and the
25  assertion that some of these amphiboles that

Page 157

1   presumably are identified in there based on the
2   other analyses are -- are asbestos.
3   BY MR. BURNS:
4       Q   Okay. Anything else?
5       A   No.
6       Q   All right. You next say that Dr. Cook
7   and Dr. Krekeler, the plaintiffs' experts you
8   refer to, failed to appropriately synthesize key
9   data.
10          What data did you have -- do you have in
11  mind there?
12      A   Well, I mean, the -- details of the
13  geology of Vermont, the details of the
14  metamorphism recorded by the rocks in the region
15  of -- of interest, they basically present broad
16  generalizations from some of these papers that
17  present generalizations, and, you know, try to
18  make analogies between rocks in the southern
19  Appalachians, and I think the mines in Vermont are
20  a very different beast than the ultramafic bodies
21  that are -- are elsewhere throughout the orogen.
22      Q   Okay. What about Italy and China?
23      A   Yeah, so with China, I didn't see them
24  zeroing in on the -- the Guangxi mines that were
25  actually used. There -- I know Krekeler, I think

Laura Webb, Ph.D.

Page 158

1    specifically more than Cook, at least what I
2    remember offhand, is that, you know, a lot of his
3    discussion included mines that were thousands of
4    kilometers away off in the Shandong Peninsula that
5    were totally irrelevant.
6         So, again, it's the lack of detail
7    related to petrological evolution in the immediate
8    vicinity of -- of the mines from which the talc
9    was derived.
10        Q    And you next question the observations
11   available in the peer-reviewed scientific
12   literature that are pertinent to understanding the
13   issues in this litigation.
14        Is your use of data and observations
15   there somewhat synonymous, or are you drawing a
16   distinction?
17        A    I mean, there -- yeah.  I guess it's
18   redundant in a sense.
19        Q    Not criticizing.
20        A    Yeah.
21        Q    Okay.  Just trying to understand whether
22   there is a unique distinction there.
23        You reviewed, and I can't remember the
24   precise number, quite a few articles and reports
25   with respect to the geology of Vermont.  Is that

Page 159

1    fair?
2         A    Yes.
3         Q    Okay.  Do any of those reports stand out
4    to you as particularly sound in terms of their
5    methodology, their primary sourcing, et cetera?
6         MR. FROST:  Objection to form.
7         THE WITNESS:  Particularly sound?  Well,
8    certainly, as I mentioned before, the Sanford 1982
9    article really is the -- the piece of literature
10   out there that looked into the systems in which
11   talc is forming in -- in these rocks.  You know,
12   it's really, again, kind of putting together the
13   body of data.
14        But I will say Chidester comes up.
15   There -- there are a number of -- of articles that
16   make this same statement, and this is what I think
17   is key, is that -- again, there's a polyphase
18   tectonic history.  So we've got three big orogenic
19   events that kind of build up the geology in
20   Vermont and influence it.
21        And the people who have looked at those
22   rocks -- so Chidester said it, Sanford said it --
23   those are the two that really come to mind -- is
24   that when they look at the relationship between
25   where asbestos is formed and where the talc is

Page 160

1    forming, they see information that is very
2    clearcut that they are not part of the same event.
3    And that is, that the asbestos forms during
4    late -- presumably in the tectonic orogeny when
5    these rocks are at low temperatures, low
6    pressures, they're -- these ultramafic bodies,
7    which were, you know, basically the rock collage
8    when it was kind of assembled at that time for a
9    large part, especially the bodies where the
10   asbestos is documented.
11        So in the late stages of the tectonic
12   orogeny about 450 million years ago, that's when
13   these ultramafic rocks are forming brittle
14   fractures.  Water rich fluids are interacting with
15   them.  Serpentinization is occurring.  And that is
16   when the chrysotile asbestos forms.  And the few
17   instances that are documented of tremolite
18   asbestos are also part of that same event.
19        Now, the talc, as I said before, forms
20   during the Acadian orogeny, so that's 80, 90
21   million years later, under very different
22   conditions.  And I would also say that the rocks
23   from which the -- the cosmetic talc is derived in
24   Vermont is in a different geologic belt than the
25   asbestos-bearing rocks.

Page 161

1         But in any case, if -- you know, so
2    the -- the Acadian orogeny event where the talc is
3    forming is at much higher temperature conditions.
4    The rocks are deforming ductilely.  There's this
5    intense metasomatism that's going on, and that is
6    the diffusion of chemical elements across these
7    rock boundaries that is basically changing the
8    composition of the ultramafic rock to something
9    that's much closer to the talc composition.
10        That's why I have those weird triangle
11   diagrams in my report to demonstrate that.  Sorry,
12   they're not weird to me, but I know they're odd to
13   others, a non-petrologist.  I'll clarify that.
14        And so we really have, again, a
15   different set of conditions.  The fluids are water
16   and carbon dioxide rich in the Acadian orogeny.
17   And, again, there's no asbestos as far as I've
18   been able to determine that are recorded in those
19   rocks in any clearcut fashion, but, say, had
20   chrysotile been present in the ultramafic bodies
21   from which the talc formed, it would have been
22   erased by that -- that metamorphic process.
23        So this is why I say I don't see any
24   documentation of it, nor were the conditions
25   appropriate.  Because, again, where it's been

41 (Pages 158 to 161)

Laura Webb, Ph.D.

Page 162

```
 1    documented, it's -- asbestos is forming under --
 2    in different places in space and time and under
 3    different conditions than the -- than the talc
 4    forms.
 5    BY MR. BURNS:
 6        Q   Okay.  So just to be clear, it's your
 7    opinion that you've not seen any evidence of
 8    asbestos in the J&J talc mines that we have been
 9    discussing, right?
10        A   That's correct.
11        Q   Okay.  Is it your opinion that there is
12    no evidence of asbestos in those J&J talc mines?
13            MR. FROST:  Objection to form.
14            THE WITNESS:  It's not been
15    demonstrated to -- no evidence has been
16    demonstrated to me in the -- in the literature or
17    the reports that I've reviewed.
18    BY MR. BURNS:
19        Q   Okay.  Let me ask you a follow-on
20    question then.
21            Is it your professional opinion that it
22    is impossible for asbestos to exist in the talc
23    sourced from the J&J talc mines?
24            MR. FROST:  Objection to form.
25            THE WITNESS:  It's extremely unlikely.
```

Page 163

```
 1    BY MR. BURNS:
 2        Q   But not impossible?
 3            MR. FROST:  Objection to form.
 4            THE WITNESS:  Geologists don't like
 5    using the word "impossible," but I would be
 6    extremely surprised.
 7    BY MR. BURNS:
 8        Q   Can you in your professional opinion
 9    imagine circumstances where the chrysotile or
10    tremolite asbestos made its way into talc deposits
11    and was not erased by that process you were
12    describing?
13            MR. FROST:  Objection to form.
14            THE WITNESS:  Not in the local geology.
15    BY MR. BURNS:
16        Q   Not in Vermont.
17        A   Not -- yeah.
18        Q   How about -- and, again, focusing on
19    Vermont here.  We'll get back to China and Italy.
20            So focusing on Vermont, have you seen
21    evidence of fibrous talc in the talc that was
22    sourced from the J&J mines?
23            MR. FROST:  Objection to form.
24            THE WITNESS:  I've seen evidence of
25    fibrous talc recorded in the thin section
```

Page 164

```
 1    descriptions.  Again, I wasn't looking at the
 2    finished products.  So I don't want to offer
 3    opinions on those, but --
 4    BY MR. BURNS:
 5        Q   You mean you haven't actually seen the
 6    thin sections.  You're -- you've read descriptions
 7    of them in the findings.  Is that what you're
 8    saying?
 9            MR. FROST:  Objection to form.
10            THE WITNESS:  In the literature and
11    reports that I reviewed, that's what I'm
12    summarizing, yes.
13    BY MR. BURNS:
14        Q   Do you have any opinion as to the -- as
15    to whether the appearance of fibrous talc would be
16    common in the talc sourced from the J&J mines?
17            MR. FROST:  Objection to form.
18            THE WITNESS:  It could be present.
19    BY MR. BURNS:
20        Q   In sub-- in substantial quantities?
21            MR. FROST:  Objection to form.
22            THE WITNESS:  I have no -- I mean, I
23    think they are principally -- my understanding is
24    they are principally looking for platy talc, but,
25    you know, so in rock bodies dominated by that, you
```

Page 165

```
 1    can't rule out the -- local presence of a
 2    fibrous talc.
 3    BY MR. BURNS:
 4        Q   So it could be present.
 5        A   Yes.  I mean, we know it forms from
 6    often -- I mean, a fibrous morphology again is the
 7    result of the way the metamorphic reaction
 8    proceeded, so those reactions are documented in
 9    these rocks.  So, yes.
10        Q   Let's focus on China for a moment and
11    the Guangxi mines.  What is your -- is your
12    opinion the same with respect to those mines as it
13    is with the Vermont J&J mines?
14        A   Yeah.  I mean, they formed in a
15    different bulk composition and a different system,
16    but at similar metamorphic grades and with similar
17    principles at play.  And once again, I never saw
18    anything in the literature related to the local
19    geology around those mines to support an assertion
20    of the presence of asbestos.
21        Q   Did you see anything in the literature
22    related to the local geology of those mines?
23        A   Yes.
24        Q   What was that?
25        A   Well, so -- I mean, I cite the papers
```

Laura Webb, Ph.D.

Page 166

1    that I -- I looked at. But basically that region
2    is -- is described in some detail in studies of --
3    and people who were again looking at the tectonic
4    evolution of the rocks, but -- say Yao, et al.,
5    2016, which is where the map figure is derived,
6    the Guangxi mine plots within that -- that mapped
7    area, and the formation of talc in those units is
8    described in the literature.
9          Lee, 1979, actually documents that in
10   detail and explores the -- the metamorphic
11   reactions involved in generating the -- the talc.
12         So, yes, there is -- there are
13   descriptions of the local geology in -- of the
14   units that are bracketing the talc bodies and from
15   which the talc was derived or formed.
16         Q   But none of those are specific to the
17   Guangxi mine; is that right?
18         MR. FROST: Objection to form.
19         THE WITNESS: Oh, well, I mean it is
20   specific to them. This is the area that the --
21   the mines are located. It relates to the units
22   that are documented in the -- the IMS documents
23   that describe the mines. So...
24   BY MR. BURNS:
25         Q   I guess I -- maybe I did not phrase that

Page 167

1    quite the way I should have.
2          But, again, those descriptions are on a
3    regional level, right? They're not specific to
4    any particular mine or samples from that mine,
5    correct?
6          MR. FROST: Objection to form.
7          THE WITNESS: They're specific to the
8    local geology around those mines.
9    BY MR. BURNS:
10         Q   Is the local geology similar to the
11   geology found here in Vermont?
12         A   I mean, it's a -- it's a different --
13   it's a different continent. It's got a different
14   history. In this case you have dolomitic marbles
15   that were juxtaposed next to mafic igneous rocks
16   that underwent a tectonic episode 400-something
17   million years ago, where there was ductile
18   deformation associated with the faults that are
19   shown on -- on the map. And you had silica rich
20   fluids present during metamorphism. And so,
21   again, it's a case of metasomatism, a case of
22   chemical exchange.
23         So some elements of the process are the
24   same or similar, but the -- the details of the
25   geology and the rock types are -- are quite

Page 168

1    different when you're talking about the -- the
2    genesis of the talc itself.
3          Q   What was the nature of the underlying
4    rock? Was it ultramafic or chloritic?
5          MR. FROST: Objection to form. Where?
6    BY MR. BURNS:
7          Q   In China.
8          A   Yeah. So, again, dolomitic marbles
9    juxtaposed next to these mafic igneous rocks that
10   underwent greenschist facies metamorphism. So,
11   again, that's in that range of, say, 500 -- around
12   500 degrees C.
13         So, yeah, in some of the mafic units, I
14   mean, there -- yeah, there's -- there's chlorite
15   present locally. They -- they don't describe the
16   same blackwall zones, and that's again because the
17   rock types are different. So...
18         Q   And what is a blackwall zone?
19         A   It refers -- well, so in -- in Vermont,
20   it refers to the -- the zone that's right at the
21   contact of the ultramafic rocks and the country
22   rock, and so there are chlorite and actinolite
23   rich domains. In some cases, also biotite, which
24   would truly give it the black color. But they
25   would be very dark rocks in comparison to the talc

Page 169

1    rich rocks that they're juxtaposed with.
2          Q   I'll hand you what we'll mark as
3    Exhibit 11.
4          MR. BURNS: I think we got these from
5    your materials. Is that where they came from?
6          MR. FROST: Yeah.
7          MS. O'DELL: Yeah.
8          MR. FROST: Yep, that's fine. I know
9    what this is.
10         MR. BURNS: Okay.
11         (Webb Exhibit No. 11 was marked
12         for identification.)
13   BY MR. BURNS:
14         Q   Is that the document, Exhibit 14, that
15   you relied on for your opinions with respect to
16   China?
17         A   It's one of the documents.
18         Q   Okay. Now, that is in Chinese. Do you
19   read Chinese?
20         A   I know a few characters.
21         Q   Okay. Is there an English translation
22   that you relied on or --
23         A   I asked counsel if -- if that service
24   would be available for this document, and it was
25   provided.

43 (Pages 166 to 169)

Laura Webb, Ph.D.

Page 170

```
 1          However, even prior to that, though, I
 2  was able to correlate the -- the map unit names
 3  that are not in -- in Chinese, and so able to
 4  deduce -- I don't have it.  I'd have to refer to
 5  the series of documents to point out, but, you
 6  know, the geologic layer in the map that was
 7  associated with the -- the talc formation.
 8          And there are also some chemical
 9  reactions that are written in English characters,
10  and so I can read -- read those.  But -- but, yes,
11  the details of -- that are hidden in the Chinese
12  characters, I relied on the translation for that.
13          MR. BURNS:  And, Mr. Frost, can you
14  provide that?
15          MR. FROST:  I'm sure I can find it.  It
16  might even be in the box.
17          MS. O'DELL:  Do you know how we would
18  identify it?  Is it --
19          MR. FROST:  It would say "Lee."  I mean,
20  I think I could find it in electronic form, and
21  I'll e-mail it to you.
22          MS. O'DELL:  Okay.
23          MR. BURNS:  Thank you.
24          MR. FROST:  That might be the easiest
25  way to dig it out.
```

Page 171

```
 1          MS. O'DELL:  Eric, can you do the
 2  translation?
 3          MR. FROST:  He might be able to.  Alex.
 4          MS. O'DELL:  Alex.
 5  BY MR. BURNS:
 6      Q   You said that was one of the documents.
 7  What was the -- what were the others?
 8      A   Yao, et al.  Zhao, et al.  Yao, et al.,
 9  2016.  Zhao, et al., 2018.
10          MS. O'DELL:  Do you mind spelling those,
11  please?
12          THE WITNESS:  Yao, Y-A-O, et al.  And
13  Zhao, Z-H-A-O.
14          MS. O'DELL:  Thank you.
15  BY MR. BURNS:
16      Q   What about the peer-reviewed literature
17  allowed you to reach the same conclusions with
18  respect to Italy?
19      A   Well, so in Italy, there's actually more
20  direct description of the, I'm going to say,
21  Fontane, and it's probably pronounced differently
22  in Italy.  I'm better with the Chinese
23  pronunciations than the Italian.
24          So there are a number of publications,
25  albeit it a small number, but that do describe
```

Page 172

```
 1  these deposits directly.  There the talc formed
 2  early in the history of -- of the rocks.  Because,
 3  again, I mean, the -- this -- this region has,
 4  again, a very complicated history represented by
 5  hundreds of millions of years, and, you know,
 6  they're in the Alps today, but that is a Cenozoic
 7  collision orogenic event that built up those
 8  mountains.
 9          But the -- the people, again, who
10  studied the minerals present, their textural
11  relationships relative to one another, the
12  different structural elements and their relative
13  age relationships, all demonstrate -- I mean, it's
14  pretty much a consensus out there that the talc
15  formed in this pre-carboniferous basement.  So,
16  you know, the constraint in the literature is
17  around 355 million years or -- or prior.
18          And the mineral assemblages, again, not
19  the talc specifically but in the rocks, the system
20  of rocks in which the talc is embedded record
21  evidence for metamorphism at up to like 575
22  degrees C or so, 600 degrees C, during an older
23  orogenic event.  And then talc being very stable,
24  unless you achieve temperatures much higher
25  than -- I mean, close to 700 degrees or higher,
```

Page 173

```
 1  that talc basically went for a ride down a
 2  subduction zone and came back up.
 3          So that's why I'm familiar with the area
 4  generally, because it's another case of one of
 5  these ultra high pressure terrains like I studied
 6  for my Ph.D.
 7          But, again, it's a mesomat- -- well,
 8  there's kind of two theories out there in terms of
 9  either the talc formed from a sepiolite horizon,
10  which has a chemical formula very similar to talc.
11  So that transformation would be just a function of
12  sepiolite having gotten hot enough to react to
13  form talc.
14          But the relationship between -- of the
15  talc bodies basically being at this interface of,
16  again, carbonate rocks and mafic gneisses suggest
17  to me, rather, that it was again a case of
18  metasomatism, a chemical exchange across rock
19  boundaries during high temperature metamorphism
20  that allowed the transformation of volumes of rock
21  to basically move towards that talc composition.
22          So, again, it's the integration of what
23  people have seen in terms of mineral assemblages,
24  textural relationships, relative age
25  relationships, et cetera, that led me to my
```

Laura Webb, Ph.D.

Page 174

1    opinion.
2        Q   And what are your principal sources for
3    your Italian theories -- or, sorry, opinions?
4            MR. FROST:  Objection to form.
5            THE WITNESS:  So could -- those papers
6    that I cite here, Cadoppi, et al., 2016; Sandrone,
7    et al., 1990; Sandrone and Zucchetti, 1988.
8    There's Del Greco and Pelizza, 1984.
9    BY MR. BURNS:
10       Q   Are there any that are not cited in your
11   report?
12       A   I don't believe so.  I mean, if they
13   are, they would be in the reliance, but I think
14   this is the key body of the papers.
15       Q   Oh, Exhibit 14, that Chinese document,
16   how were you able to locate it or find it?
17       A   I don't remember whether it was with
18   GeoRef or using Google Scholar, but I -- you know,
19   searching again the scientific literature, and --
20   specifically for -- so this is why I asked for
21   the -- the Imerys China mine documents was -- I
22   used those to get the formation names at the mines
23   of interest, and then I searched the literature
24   for those formation names.
25           The -- the Imerys documents also had

Page 175

1    coordinates of the mines in some cases, and so I
2    used those geographic coordinates to, for example,
3    determine that I was looking at the same geology
4    that's shown in this map figure.
5        Q   Okay.
6        A   Or, rather, that the geology shown in
7    that map figure described in those articles was
8    relevant to the mines.
9        Q   So turning to subparagraph C on the
10   first page of your report, you say:  "There is no
11   well-founded, scientifically sound evidence in the
12   peer-reviewed scientific literature for an
13   association of amphibole asbestos with the talc
14   deposits of concern."
15           So I think we've run through the
16   literature you consider well-founded.
17           Is there literature out there in the
18   peer-reviewed scientific literature that you don't
19   consider well-founded or scientifically sound that
20   supports the association of amphibole asbestos
21   with the talc deposits of concern?
22       A   I've never seen anything in the
23   published peer-reviewed literature that implies
24   specifically that there is asbestos in these --
25   these talc mines.

Page 176

1            You know, part of, I guess, what I'm
2    responded to are summary papers like Van Gosen,
3    et al., 2004, that at kind of a surficial level,
4    if you read that paper, you would come away with
5    the impression that it was highly probable.
6            But, again, when you dive into the
7    details of the geology and you really start to
8    understand how these very unique bodies formed,
9    there's just -- there's just nothing that would
10   lead you to that association.
11       Q   What about Doll?  Anything in Doll that
12   you consider not scientifically sound or --
13       A   The Doll, 1961?
14       Q   I think that's the right year.
15           MR. BURNS:  Do you have that handy?
16           MS. O'DELL:  It may be '65.
17           THE WITNESS:  I'm not sure I cited that
18   or --
19   BY MR. BURNS:
20       Q   It's in your materials.  Let's take a
21   look.  '61.
22           MS. O'DELL:  '61.
23           MR. BURNS:  '61.
24           THE WITNESS:  I mean -- sorry.
25   BY MR. BURNS:

Page 177

1        Q   Go ahead.
2        A   Is that the -- so is that the question,
3    Doll 1961?
4        Q   Yeah, that's the question.  I think it's
5    '61.  Mm-hmm.
6        A   Doll 1961 is a published bedrock map of
7    Vermont.
8        Q   Mm-hmm.
9        A   So it is the version that existed prior
10   to the update, which is Ratcliffe, et al., 9 -- or
11   2011.
12           So, yeah, some things have changed.
13   There's been some new -- new mapping, some new age
14   data that's come out, so, you know, things have
15   shifted, but that was the state of knowledge at
16   that time.
17       Q   Mm-hmm.
18           MR. BURNS:  What's that?
19           Leigh, I think you said it was 20.
20           MS. O'DELL:  20.
21           MR. BURNS:  Yeah.
22           (Counsel conferring.)
23   BY MR. BURNS:
24       Q   Oh, I see.  I thought it was the
25   statement of the geologist at the time.

45 (Pages 174 to 177)

Laura Webb, Ph.D.

Page 178

```
1              We're referring to bedrock geology of
2      the Woodstock quadrangle in Vermont by Chang, Ern
3      and Thompson.  Are you familiar with that?
4           A    Was that 1965 or thereabouts?  I know I
5      made reference to one Chang article.
6           Q    Judging by the font, 1965, you're right.
7           A    Sorry.  I'd just like to find that in my
8      report.
9           Q    Sure.
10              MR. FROST:  Did you say it was Chang,
11      C-H-A-N-G?
12              MR. BURNS:  Yeah.
13              THE WITNESS:  Right, I think this -- my
14      citation to it relates to the Five Corners mine.
15      BY MR. BURNS:
16           Q    Okay.
17           A    On page 21.
18           Q    More broadly, is this an article that
19      you considered to be well-founded?  Sound --
20      scientifically sound?
21           A    Well, it's -- I wouldn't say I would
22      venture an opinion on the entire body of that
23      document.  I -- again, I looked at that
24      specifically with respect to Van Gosen's 2006
25      citation.  Or maybe he -- no, I forget.  Did he
```

Page 179

```
1      actually even cite that and I came across it
2      myself?
3              Okay.  So I found a reference to
4      chrysotile in the Five Corners mine in that --
5      that document.  But Van Gosen actually did not
6      include that one.
7              I mean, I don't -- I don't take issue,
8      you know, with --
9           Q    Okay.
10           A    -- chrysotile at the Five Corners mine.
11           Q    Any other criticisms of that article you
12      recall?
13           A    Not that I think are -- no.
14           Q    Let's turn to page 13.
15              And I'm looking at Figure 7.  I believe
16      this is chemographic diagrams for the -- oh,
17      geez -- calcium oxide, silicon oxide, magnesium
18      oxide -- chemical system for calcareous and
19      ultramafic rocks modified from Winter, 2001.
20              Is that correct?
21           A    Yes.
22           Q    Okay.  How was it modified?
23           A    Well -- I think I added color.  I also I
24      think added the position of actinolite, which
25      would plot similarly to tremolite in this system,
```

Page 180

```
1      if there were enough iron for actinolite to form.
2              I also, you know, basically then took a
3      subset of that figure to -- for just a smaller
4      demonstrative and a smaller version of the
5      chemographic diagram in the upper left.
6           Q    Mm-hmm.  Okay.
7           A    But, otherwise, it's -- it's pretty --
8      pretty similar.
9           Q    Is this diagram -- and forgive me for
10      being confused on it -- but would this diagram be
11      accurate for the J&J mines in Vermont?
12           A    Actually, it would, because those
13      ultramafic bodies are extremely magnesium rich.
14      And so -- yeah, I mean, that ultramafic bulk
15      composition, based on the data that have been
16      published for a larger and more unaltered body in
17      Ludlow and Dover, would -- would plot where
18      that -- that purple triangle is.
19              THE REPORTER:  That what?  I'm sorry.
20              THE WITNESS:  Sorry.  Where the purple
21      triangle is in the diagram.
22      BY MR. BURNS:
23           Q    Did you plot this for Italy or China?
24           A    I did not.
25           Q    Would it differ?
```

Page 181

```
1           A    Yeah, I mean, those again would be a
2      little bit more -- the general principle I'm
3      trying to -- to show here holds in the sense that
4      in order to make a talc ore, you have to have sort
5      of extreme metasomatic events to change the bulk
6      composition of the rock to something that is very
7      close to -- to talc.
8              So in principle, it fits, but in terms
9      of that, of that system, because it's limestones
10      and marbles juxtaposed next to schist, and then
11      mafic, but not ultramafic, the -- the chemical
12      components you would need to consider would be
13      slightly different.
14           Q    How would it change the plotting?  What
15      would be the effect?
16              MR. FROST:  Objection to form.
17              THE WITNESS:  Yeah, well, you would
18      probably need to combine some chemical components.
19      Again, this is -- this is assuming that, you know,
20      you've got these three components that are shown
21      at the apices of the triangle are dominating the
22      system.
23              So, depending on what those chemical
24      components would be, you would have different
25      minerals and minerals plotting in different
```

Laura Webb, Ph.D.

Page 182

1    positions in that diagram compared to what they
2    are here.
3    BY MR. BURNS:
4        Q    And do you have sufficient data for
5    Italy or China to plot something similar?
6        A    No.  And -- I mean, I could find that,
7    but again this -- the purpose of this was really
8    to try and illustrate the point that while you can
9    have talc in carbonate or ultramafic rocks, with a
10   variety of minerals in your sort of general
11   metamorphic rocks, it takes a special process to
12   make a talc ore.
13           So, you know, I didn't engage in an
14   analysis with this beyond that.  It was meant more
15   to -- to try and illustrate a key concept.
16       Q    Let's go back --
17           MS. O'DELL:  Jack, would you please
18   provide White, 2001.
19           MR. FROST:  If I have it.
20           MS. O'DELL:  It's not --
21           THE WITNESS:  It's a textbook.
22           MR. FROST:  Oh, is that what it is?
23           THE WITNESS:  It's a geology textbook.
24           MR. FROST:  Yes.  I don't have it, but
25   I'll see if we can do anything during a break.

Page 183

1            MS. O'DELL:  That would be -- that would
2    be good.
3            MR. FROST:  Yeah, no promises, though.
4    I can't guarantee I can get it.
5            MS. O'DELL:  Well, I mean if she is
6    relying on it, and it's something she has based a
7    figure in her report, then we requested those
8    materials.  So I understand the issue, but if you
9    could work on it.
10           MR. FROST:  As I said, I'll see -- I'll
11   see if we can --
12           MR. BURNS:  And I think you're referring
13   to Winter, right?
14           THE WITNESS:  Yes, Winter.
15           MR. FROST:  I was going to say --
16           MS. O'DELL:  Excuse me.  Excuse me.
17   Winter.
18           MR. FROST:  Winter, I've got a better
19   shot of finding, so at least I know what that is.
20   But I don't know if I can get it, but I'll see
21   what we can do during a break.
22           MR. BURNS:  Winter is coming.
23           MR. FROST:  That's right.  Hopefully
24   not.  Spring and summer are coming.
25           MR. BURNS:  Thought I'd throw it out.

Page 184

1            MR. FROST:  I'm done with winter.
2            MR. BURNS:  That was for the "Game of
3    Thrones" fans in the audience.
4    BY MR. BURNS:
5        Q    Going back to page 1 of your report.
6            In that subparagraph C, you say based on
7    your "reviews of the geology associated with the
8    applicable mines, and the pressure and temperature
9    histories recorded by the rocks, any amphibole
10   found in Johnson's Baby Powder and Shower to
11   Shower derived from the Fontane, southern Vermont,
12   and Guangxi talc mines would likely be incidental
13   actinolite or tremolite cleavage fragments from
14   non-asbestiform amphiboles, most likely derived
15   from the margins (blackwall zones) of the talc
16   deposits."
17           Is that correct?
18       A    Yes.
19       Q    Okay.  What do you mean by "incidental
20   actinolite"?
21       A    Well, that principally, except right
22   along the -- the margins of the blackwall, you
23   wouldn't expect actinolite to be present in the
24   main body of talc ore, because the bulk
25   composition isn't really appropriate for that.

Page 185

1            And tremolite, also you wouldn't expect
2    in great volumes in the talc itself, and that's
3    because calcium is an essential element in these
4    minerals.
5            And again, the chemistry that's reported
6    for the -- the Ludlow and Dover bodies, which are
7    our best proxy for the ultramafic protoliths, the
8    mantle rocks that we started with, really low
9    calcium levels, so -- whereas the metasedimentary
10   and metavolcanic wall rocks are -- are more
11   calcium rich, more iron rich.  And so, you know,
12   that's where the blackwall -- the actinolite in
13   part -- by definition is part of the blackwall,
14   these actinolite zones.
15           So, I guess "incidental" would mean that
16   some accidental incorporation of -- of the
17   blackwall.
18       Q    Meaning that the mining encompassed part
19   or all of that -- of one piece of the blackwall.
20       A    Yeah.  I mean, I don't -- again, I don't
21   know.  Basically, it's like I can't come up with a
22   petrologic argument to say those should be present
23   in any abundance in the -- the talc that was the
24   desired mining product.  So it's most likely
25   coming from the margins.  But...

Laura Webb, Ph.D.

Page 186

1    Q   Okay.  Is actinolite a regulated form of
2  asbestos?
3        MR. FROST:  Objection to form.
4        THE WITNESS:  Asbestiform actinolite is
5  one of the regulated minerals, yes.
6  BY MR. BURNS:
7    Q   And you mentioned specifically tremolite
8  cleavage fragments; is that correct?
9    A   Well, actinolite or tremolite cleavage
10  fragments.
11    Q   Okay.  So both -- both modified --
12    A   Yeah, meaning that this actinolite, the
13  tremolite is not -- asbestiform did not grow in
14  that primary growth habit, and rather, could be
15  ablated or acicular or prismatic tremolite that --
16  I guess then if it's -- somehow in the talc
17  undergoes, you know, the beneficiation process,
18  so crushing and grinding and breakdown into
19  cleavage fragments.
20    Q   So is it your testimony then that there
21  would be no asbestiform actinolite or tremolite in
22  the talc?
23    A   That's -- yes, that's my testimony.
24    Q   Okay.  Let's turn to page 11.  And to
25  Figure 6.

Page 187

1        So Figure 6 is a "Pressure-temperature
2  diagram modified from Winter (2001), showing in
3  gray the general boundaries of the different
4  metamorphic facies (for example, greenschist
5  facies) that represent conditions under which
6  certain combinations of minerals (i.e.,
7  equilibrium assemblages) are stable as a function
8  of a rock's bulk composition."
9        Is that right?
10    A   Yes.
11    Q   How was this modified from Winter?
12    A   I added in -- I believe the reaction
13  curve for chrysotile and lizardite maximum
14  stability, and that was taken from Evans, 2004.
15    Q   And that was the chrysotile?
16    A   That was the chrysotile --
17    Q   Chrysotile.  Sorry.
18    A   -- and lizardite maximum stability, the
19  brown dashed curve at around 300 degrees C.
20    Q   So Evans, 2004?
21    A   Yes.
22    Q   Okay.
23    A   And then I also added the -- the green
24  roughly oval-shaped region that was meant to
25  encompass the -- the general range of pressure and

Page 188

1  temperature conditions under which the talc ores
2  formed.
3    Q   In all of the Fontane, southern Vermont
4  and Guangxi talc ores; is that right?
5    A   Yeah.  In general, there's some overlap
6  there.  Guangxi would be more firmly in the
7  greenschist boundary; Vermont would be more in the
8  epidote-amphibolite facies, with the Fontane as
9  well.
10    Q   Okay.  So there's a note in your
11  description of Figure 6 that:  "Conditions
12  favoring asbestos formation are generally
13  associated with low-temperature and/or
14  low-pressure conditions," and then you describe
15  the zeolite, prehnite, prehnite-pumpellyite --
16    A   Yeah, prehnite-pumpellyite.
17    Q   Pumpellyite.  Thank you.
18        -- and hornfels facies, right?
19    A   Yes.
20    Q   Okay.  And just so we are all on the
21  same page and we can look at the same thing for a
22  second, I'm going to circle each of those areas.
23        See if I get them all correctly.  I've
24  tried to circle here the areas where conditions
25  favor asbestos formation.  Did I capture them all?

Page 189

1    A   Yeah.  I mean, in terms of low
2  temperature, that could extend up to the -- the
3  blueschist facies.
4    Q   Mm-hmm.
5    A   I mean, the key thing is there, again,
6  low-temperature deformation tends to be more
7  brittle and -- and allow the -- the ability for
8  fractures to open, which is one of the -- the most
9  common site for asbestos to -- to form.
10    Q   Okay.  Now, is it --
11        MR. FROST:  Just a -- I'm just going to
12  object to some of the circles.  It seems different
13  than what's listed at the bottom of Figure 6.
14        MR. BURNS:  And if it is, let me know.
15        THE WITNESS:  The hornfels, I was just
16  speaking generally to the -- the high temperature,
17  low -- low pressure.  So...
18  BY MR. BURNS:
19    Q   So would it include the albite-epidote-
20  hornfels, which looks to be low pressure,
21  relatively low temperature or --
22    A   Yeah.  I don't have an issue with what
23  you circled.  I mean --
24        MR. FROST:  I just wanted the record to
25  be clear.

Laura Webb, Ph.D.

Page 190

1          MR. BURNS:  Mr. Frost -- Mr. Frost does,
2    but --
3          MR. FROST:  But I just wanted to make
4    sure the record was clear.
5          MR. BURNS:  All right.  Fair enough.
6    BY MR. BURNS:
7      Q    So you mention -- mentioned fractures.
8    And I believe you said that fractures are one of
9    the conditions where asbestos can form.  Is that
10   correct, or something along those lines?
11     A    Yes, most -- most commonly as those
12   cross fibers or slip fibers.
13     Q    Mm-hmm.  So, speaking generally and
14   recognizing -- well, strike that.
15          Not having your background and
16   expertise, I have some general questions about
17   this.
18          So it appears from this figure that the
19   talc in the Fontane and Vermont and Guangxi ores,
20   in your view, based on its -- based on I guess
21   that regional petrology and circumstances there,
22   would have formed at about, what, 500 degrees
23   Celsius and 0.6 GPA pressure; is that right?
24     A    That's a good ballpark.
25     Q    Okay.  And the conditions for the

Page 191

1    creation of asbestos sort of surround that area,
2    but obviously at different pressures and different
3    temperatures.
4          Would minor variations in temperature or
5    in pressure, had they occurred, could those have
6    resulted in asbestos materials coming into the
7    same ores?
8      A    I don't --
9          MR. FROST:  Object to form.
10          THE WITNESS:  I don't believe so.
11   BY MR. BURNS:
12     Q    And why?
13     A    Well, again, when you're at the low
14   temperature end and rocks are -- would deform
15   brittlely, again that's generally when fractures
16   could open.  And because of the primary growth
17   habit of asbestiform fibers, they're basically
18   growing into -- into void spaces.  So that's a
19   precondition, coupled with fluids that are
20   saturated and the chemical components from which
21   the asbestiform minerals would grow.
22          When you look at the -- when I say -- or
23   generally the hornfels conditions here, yeah, you
24   have higher temperatures, but you also have very
25   low pressures.  And so rock strength increases

Page 192

1    with depth because of the weight of the overlying
2    column of rocks, and so if you're at low
3    pressures, the rocks are a bit -- a bit weaker,
4    but you don't have that pressure that basically
5    fights against voids opening.
6          So the rocks either have to be low
7    temperature and brittle because of that or shallow
8    in the earth's crust to basically not have enough
9    weight down on you to -- to keep voids from
10   opening.
11          You know, whereas the -- the conditions
12   of metamorphism for the formation of talc, much
13   higher temperatures and, you know, 20 kilometers
14   deep.  That's pretty deep in the continental
15   crust.  And we know from people who have studied
16   the -- again, the structures that these were
17   undergoing ductile deformation at the time.
18          So it's just those geologic conditions
19   aren't -- that's why I say they aren't favorable,
20   aren't -- aren't amenable.
21     Q    At the same time, right?  Is that the
22   issue?
23          MR. FROST:  Objection.
24   BY MR. BURNS:
25     Q    It would be difficult to have the same

Page 193

1    conditions exist at the same time for the creation
2    of both the asbestos materials and the talc ores.
3    Is that right?
4          MR. FROST:  Object to the form.
5          THE WITNESS:  Yeah, I mean, I would say
6    that, yes, at the time the talc was forming, the
7    conditions were not appropriate.
8    BY MR. BURNS:
9      Q    Okay.  Now -- but I believe we've
10   described circumstances where -- I'm thinking of
11   Italy where you said the talc may have formed
12   earlier in the continent's subduction zone, but
13   have survived the subduction.
14          Is it possible that -- are there
15   circumstances where asbestos could form at a later
16   time and under favorable circumstances where the
17   talc would remain solid, because it's a stable
18   mineral, but a fracture, for example, could lead
19   to the incorporation of asbestiform materials?
20          MR. FROST:  Objection to form.
21          THE WITNESS:  Well, I mean, I suppose we
22   could devise a hypothetical situation where the
23   conditions were all ripe for this to happen, but
24   there's no evidence that that's the case.
25          As I said, all asbestos in Vermont,

49 (Pages 190 to 193)

Laura Webb, Ph.D.

Page 194

1    everybody has written about it, there's no
2    disagreement that that occurred, you know, 80
3    million years prior to the formation of the talc,
4    give or take a few million years.
5           And the conditions that postdated the
6    formation of the Italian talc in the Fontane mine
7    were way up here (indicating).  So, I mean, maybe
8    similar in temperature, but much, much higher --
9    higher pressures.  Yeah, they're back at the --
10   the surface today, but, you know, I think --
11   again, when asbestos forms, it's -- it's regional
12   conditions that allow that to occur, and so we'd
13   have other -- I would expect to see that
14   documented throughout the -- the geology.  And I
15   just -- you know, I don't see any evidence for it.
16   BY MR. BURNS:
17      Q   Turning to the Vermont example where the
18   asbestos formed before the talc, are fractures
19   again a potential explanation for migration of the
20   asbestos --
21          MR. FROST:  Objection to form.
22   BY MR. BURNS:
23      Q   -- subsequently?
24      A   I've never heard of migration of
25   asbestos, so I don't know --

Page 195

1       Q   Well, I didn't really mean migration.  I
2    mean the filling in of those -- those fractures
3    with the asbestiform materials.
4       A   I mean, dominantly in Vermont where
5    asbestos is documented, it's says cross and slip
6    fibers.
7       Q   And what do you mean by that?
8       A   That basically as these fractures were
9    opening, they're apparently, you know, filled with
10   fluid at the same time that became saturated in
11   the chemical component, so the chrysotile chemical
12   formula basically, that those minerals or, you
13   know, fibrils nucleated on walls of -- of the
14   fractures, and depending on whether they opened
15   like that or like that (demonstrating), in this
16   case they appear to continue to grow as the
17   fracture continues to open.  So it's -- the
18   nucleate on either side and -- or there are some
19   veins where things nucleate in the middle
20   initially, and then grow outward as well.
21          But in any case, the fibrils would be
22   growing as the fracture is opening.  So cross
23   fibers would be perpendicular to the fracture
24   walls.  Slip fibers would be one of those
25   fractures where there's, you know, some offset

Page 196

1    along that, and that's when you would get the
2    fibrils basically at an angle to the -- to the
3    fracture walls connecting on either side.
4       Q   Okay.  And you say that is the most
5    common means by which the asbestos occurs in
6    Vermont?
7       A   (The witness nods.)
8       Q   But not with respect to the J&J mines.
9          MR. FROST:  Objection to form.
10         THE WITNESS:  I'm -- I don't know what
11   you mean by that.  Sorry.
12   BY MR. BURNS:
13      Q   Well, meaning because you haven't seen
14   any evidence of asbestos in the J&J mines, what
15   you're describing there would not be true of those
16   mines?
17      A   Yeah.
18         MR. FROST:  Objection to form again.
19   BY MR. BURNS:
20      Q   Given the geologic -- given the
21   geology -- the local geology of the J&J mines,
22   would that process have been possible?
23      A   I mean, again, we could devise a
24   hypothetical situation that might satisfy those
25   conditions, but I --

Page 197

1       Q   I realize you haven't seen it, but
2    would -- would it be possible?
3          MR. FROST:  Objection to form.
4    Inappropriate hypothetical.
5          THE WITNESS:  Yeah, I'm sorry, I don't
6    know how to -- you know, lots of things are
7    possible, but many things don't happen.  So I
8    can't -- I don't -- I can't comfortably answer
9    that without having all of the variables sort of
10   outlined for me and --
11   BY MR. BURNS:
12      Q   Well, I certainly understand that, but
13   really I -- we're talking about a pretty small set
14   of variables, the ones you described as relatively
15   common in Vermont in terms of the formation of
16   asbestos materials.
17         And what I'm saying is, given the
18   regional geology that's present in the J&J mines,
19   is it possible -- not probable, not, you know,
20   highly possible -- but is it possible that that
21   process of the creation of asbestos may -- may
22   have occurred in a similar fashion in those J&J
23   mines?
24         MR. FROST:  Same objection to form and
25   inappropriate hypothetical.

50 (Pages 194 to 197)

Laura Webb, Ph.D.

Page 198

1      THE WITNESS:  Yeah, like I said, we
2  could devise a -- a scheme presumably in which
3  that could occur, but it's -- while it might be
4  possible in some parallel universe, I -- I just --
5  it's not probable, and I just don't see any
6  evidence for it having occurred here.
7  BY MR. BURNS:
8      Q   Well, what would constitute evidence for
9  you in that context?
10      MR. FROST:  Objection to form.
11      THE WITNESS:  Well, I would imagine that
12  in that belt of rocks, people would record
13  fractures filling with asbestos, more generally,
14  in the literature.  Because, again, people have
15  been looking at these rocks for over a hundred
16  years.  People are certainly interested in
17  concerned about asbestos.
18      So, had -- you know, it would be
19  documented in some of these, you know, Vermont
20  state reports, the USGS reports in the
21  peer-reviewed literature around the Chester dome,
22  and it's just -- it's not in anybody's data and
23  observations in the -- in the field.
24  BY MR. BURNS:
25      Q   Well, what if it -- and this -- just

Page 199

1  throwing this out there, what if -- what if it was
2  documented in a core log or observations by the
3  mining company at, say, the Argonaut mine, would
4  you consider that evidence?
5      MR. FROST:  Objection.
6  BY MR. BURNS:
7      Q   That would at least merit additional
8  testing?
9      MR. FROST:  Objection to form.
10      THE WITNESS:  Well, I mean, you know, if
11  you've got evidence where people have -- I mean,
12  where I can understand the methodology that was
13  used and see the data and observations -- I don't
14  want to take some random person who I don't know
15  their qualifications or what they're describing.
16  You know, so I'd be happy to -- if you've got
17  something you want me to look at that -- that
18  presents that, to consider it, sure.
19  BY MR. BURNS:
20      Q   Okay.  But you weren't presented any
21  such evidence when you were doing your report.
22      MR. FROST:  Objection to form.
23  BY MR. BURNS:
24      Q   Correct?
25      MR. FROST:  Supposes there's evidence.

Page 200

1      THE WITNESS:  Yeah, and I did not find
2  any, because, again, the vast majority of what I
3  looked at was my own research.
4      MR. BURNS:  Okay.
5      THE WITNESS:  Can I take a quick break?
6      MR. BURNS:  Oh, of course, sure.
7      THE WITNESS:  I've been drinking a lot
8  of water and tea and --
9      MR. FROST:  Yeah, I was going to say,
10  actually, I could use the restroom.
11      THE VIDEOGRAPHER:  Going off the record
12  at 4:26.
13      (Recess.)
14      THE VIDEOGRAPHER:  We're back on the
15  record at 4:57 p.m.
16  BY MR. BURNS:
17      Q   Welcome back, Dr. Webb.
18      So, Dr. Webb, we were talking about when
19  last we left off, evidence -- evidence for
20  asbestos in talc in the J&J mines in Vermont,
21  specifically.
22      MR. BURNS:  Let's go ahead and mark
23  this, Amanda.
24      (Webb Exhibit No. 12 was marked
25      for identification.)

Page 201

1  BY MR. BURNS:
2      Q   All right.  I'm going to hand you what
3  we've marked as Exhibit 12.
4      And just let me know when you are ready,
5  if you want to take a second to look it over.
6      A   Okay.  (Peruses document.)
7      Okay.
8      Q   All right.  Dr. Webb, have you seen
9  this -- well, let me start.
10      Exhibit No. 12 is a document bearing the
11  Bates labels IMERYS 219720-722.  It appears to be
12  dated March 25th, 1992.  Title appears to be
13  "Cyprus Ore Reserves - Arsenic & Tremolite."
14      Did I pronounce that -- or did I read
15  that correctly?
16      A   "Cyprus Ore Reserves - Arsenic &
17  Tremolite," yes.
18      Q   Okay.  Great.
19      Have you seen this document before?
20      A   I have not.
21      Q   Okay.  This -- and have you had a chance
22  to read it?
23      A   I did, yes.
24      Q   Okay.  And is it fair to say that this
25  document contains some discussion about the

Laura Webb, Ph.D.

Page 202

1  presence of asbestos materials in talc deposits in
2  Vermont?
3      A   It mentions fibrous amphiboles.
4      Q   Including tremolite; is that right?
5      A   Yes.
6      Q   Okay.  Is this the type of evidence that
7  would give you some concern if you had been
8  presented it when conducting your analysis?
9      A   Not really, because fibrous is a -- a
10  general term for maybe an elongate or long aspect
11  ratio, but it's imprecise, and so it doesn't
12  necessarily indicate asbestos.
13      Q   Fibrous tremolite?
14      A   Yes.
15      Q   It doesn't indicate asbestos to you?
16      A   No.
17      Q   Okay.  Why is that?
18      A   Again, because "fibrous" is used by
19  different people in different ways, and I've seen
20  many instances in the literature where it's used
21  for -- synonymously with like acicular.  I mean,
22  I've used the terms "fibrous" in my work when I'm
23  talking about working with fault zones and -- and
24  quartz fibers, for example.  But, again, it's
25  because they're crystals with long aspect ratios,

Page 203

1  and it's -- it's not synonymous, not -- you can't
2  take this to -- to indicate asbestiform tremolite.
3      Q   Have you -- what would you -- what else
4  would you need to take it to mean asbestiform
5  tremolite?
6      A   Well, some detailed description about
7  the habit of the minerals that is consistent with
8  the definition of "asbestiform."
9      Q   Well, so I'll direct you on page 2 to
10  the fourth paragraph down.
11      It says:  "Cyprus claims that there are
12  no fibres in their cosmetic talc products, and
13  they work rigorously to ensure this.  However, a
14  recent paper published by Rutgers University
15  worker, Alice Blount, suggests the presence of
16  fibre in several cosmetic talcs, some of which
17  might have been from Cyprus West Windsor material,
18  which is a source of great concern to Cyprus
19  management, and potentially to their principal
20  customer, Johnson & Johnson."
21      Why would Cyprus be concerned about
22  fibrous asbestiform materials, including
23  references to fibrous tremolite, if it were not
24  asbestos?
25      MR. FROST:  Objection to form.

Page 204

1      THE WITNESS:  Well, again, I mean, it's
2  the use of the -- fiber's an imprecise term.  I
3  mean, obviously they don't want asbestos in -- in
4  their product, so -- but, again, I don't -- I
5  don't see anything here that -- that indicates
6  this term is -- is really -- equates to
7  asbestiform.  So...
8  BY MR. BURNS:
9      Q   Well, the next paragraph down says:
10  "Vermont talcs are derived from altered serpentine
11  - a natural host for asbestiform minerals.  There
12  is certainly visible tremolite and actinolite in
13  specific zones of the Vermont deposits - fibrous
14  tremolite was identified by the writer in
15  exposures and cores at the East Argonaut and Black
16  Bear mines.  Cyprus staff report past tremolite
17  from the Hammondsville and Clifton deposits."
18      Did I read that correctly?
19      A   Sorry.  Where was --
20      Q   That's the fifth paragraph down, page 2.
21      A   Yeah.  So, I mean, you know, in general,
22  tremolite, I'm not concerned about that.
23  Tremolite means to me -- again, without -- unless
24  it's really described in detail, that's consistent
25  with the asbestiform habit, which again is a

Page 205

1  primary growth habit.
2      You know, I'm not shocked that there's
3  tremolite here.  I'm not shocked that there's
4  maybe acicular tremolite or, you know, tremolite
5  that someone might describe, depending on how they
6  used the term "fiber," as -- as fibrous.  But I
7  can't -- I can't take anything in here and say,
8  This leads me to believe that there's actually
9  asbestos that's been identified.
10      Q   Is asbestiform tremolite a regulated
11  form of asbestos?
12      A   Asbestiform tremolite is a regulated
13  form, yes.
14      Q   Are you able to discern from the
15  terminology used in this memo -- are you -- strike
16  that.
17      Are you able to exclude the possibility
18  that the tremolite referenced in this memo is
19  indeed asbestiform tremolite?
20      MR. FROST:  Objection to form, calls for
21  speculation.
22      THE WITNESS:  Well, again, I mean,
23  asbestos is so rare, and, again, takes these
24  special conditions that --
25      I'm sorry, I lost the -- the question.

52 (Pages 202 to 205)

Laura Webb, Ph.D.

Page 206

BY MR. BURNS:

Q   No problem.  I simply asked, can you exclude the possibility that this is asbestiform tremolite that's referenced in the memo?

A   Based on everything I have learned and reviewed and understand, yeah, I -- I just can't -- I can't read this and say that this convinces me of anything.  I'd, again, need to see field photographs of what this worker saw or photomicrographs, the -- again, a real distinct description that is consistent with the asbestiform habit.  And fibers, fibrous, just -- it could mean anything.  It could mean a number of things.

Q   So it's fair to say that reading this, you would need to see more?

A   Yes.

Q   Okay.  Now, there's a reference in the sixth paragraph down.  It says:  "Tremolite in these deposits is encountered in the contact zones between the talc and the surrounding schist; in 'grey talcs' in the vicinity of the contacts; and associated with the chlorite/amphibole waste zones within the talc ores that are locally termed 'cinders.'"

Page 207

Do you see that?

A   Yes.

Q   Are you familiar with the term "cinders"?

A   I've heard it.  I mean, it's not a term that I throw around, but...

Q   What is your understanding of what it describes in -- in layman's terms?

A   Like I said, I've heard it, but it's not something I use, and so it's not something I feel prepared to define for you.

Q   Have you ever investigated cinders in your -- in your work?

A   No.

Q   When -- were you to investigate -- strike that.

Were you to examine a sample of tremolite to determine whether it was asbestiform, what would you do?

MR. FROST:  Objection to form.  Outside of the scope of her expertise.

THE WITNESS:  Well, I mean, I think it would start with the recognition of -- of fibrils, bundles of fibrils, and, I mean, you could recognize that in an outcrop if -- if you saw

Page 208

that.  If you've seen, I mean, asbestos in a hand sample, which hopefully you've never held in your hands, I know, but we've got drawers in the rock collection at UVM -- I mean, asbestos is pretty apparent when you see it in -- in person at the macroscopic scale.

BY MR. BURNS:

Q   Okay.

A   Yeah.

Q   And in the microscopic scale, what are you looking for?  Is there a certain aspect ratio of the fibers that you're trying to determine?

MR. FROST:  Same objection.  Beyond the scope of her report and her expertise.

THE WITNESS:  Yeah, I mean, there's no one specific aspect ratio.  Again, you would -- if it were -- if it were broken down and you were looking at a loose pile of this -- well, again, in bulk, I think it would be clear because you would have long fibrils and bundles, and there would probably be some that might be curved and they might be quite long.

In -- under the microscope, I mean, you would be looking for the same thing, long -- long aspect ratios, but, again, nothing specific

Page 209

because it might vary in -- in the population you're looking at.

BY MR. BURNS:

Q   Would a 5-to-1 ratio suffice?

MR. FROST:  Same objection.

THE WITNESS:  No.

BY MR. BURNS:

Q   No?

A   (Witness shakes head.)

Q   Are you aware that that's the ratio specified by the National Institute of Occupational Safety and Health?

MR. FROST:  Objection to form.  Misstates document.

THE WITNESS:  I -- I know that there are 5-to-1 and 3-to-1, depending on the -- my -- the source of the -- the counting criteria, that there are small-aspect-ratio cutoffs for like that.  But, again, you know, that's in cases -- those ratios were developed for cases when there's abatement of known asbestos at hand.

So, you know, I would say that I regularly run into minerals that would meet that criteria, 3-to-1 or 5-to-1, and they're -- you know, they can be quite -- well, not that large,

Laura Webb, Ph.D.

Page 210

1    but, you know -- so, again, scale matters as well.
2         But, yeah, I don't think that's a -- an
3    accurate cutoff or criterion for -- for issues
4    outside of abatement.
5         MR. BURNS:  Let's mark this one, Amanda.
6    BY MR. BURNS:
7         Q   We'll mark this as Exhibit No. 13,
8    Dr. Webb.
9         (Webb Exhibit No. 13 was marked
10        for identification.)
11        THE WITNESS:  (Peruses document.)
12        Okay.
13   BY MR. BURNS:
14        Q   All right, Dr. Webb.  Exhibit 13 is a
15   document with Bates label IMERYS 28 -- 238270
16   through 238277, and it's titled "Interoffice
17   Correspondence," "Subject:  Hamm Mine Core
18   Drilling."
19             The second paragraph, Dr. Webb, contains
20   the following sentence:  "Fibrous amphiboles
21   (actinolite) were observed only within chloritized
22   mafic dikes, extending, in places, a couple of
23   inches into the contacting talc ore."
24             Did I read that correctly?
25        A   Yes.

Page 211

1         Q   Is this the type of statement that would
2    cause you to want to seek more information?
3         A   Not necessarily, because, again, fibrous
4    amphiboles, in general, 99 percent of the time
5    will not necessarily refer to asbestiform
6    actinolite, and -- I mean, I've seen images where,
7    yeah, most of these amphiboles in the region have
8    these long aspect ratios, but, again, they do not
9    meet the criterion of -- of the asbestiform habit.
10        Q   And what criterion are you speaking of
11   in that context?
12        A   Again, well, primary growth habit of
13   fibrils in -- generally in bundles that have long
14   aspect ratios but high flexibility, relatively
15   defect-free surfaces which impact or -- are part
16   of what leads to their chemical resistance.
17             So, again, without photomicrographs or
18   photos that really give the details of what is
19   meant by fibrous, there's no way to extrapolate
20   from this the presence of asbestos.
21        Q   But given the potential risk and the --
22   and the fact that you can't exclude the
23   possibility of asbestos, wouldn't you want to seek
24   additional information?
25        MR. FROST:  Objection to form.

Page 212

1         THE WITNESS:  No, because, I mean, up
2    and down Vermont, near talc, away from talc,
3    people describe a lot of fibrous amphiboles, and,
4    you know, virtually in all cases they refer to --
5    this term is used for an acicular habit that is
6    distinctly different from asbestiform.
7         So, I mean, nothing I read here is
8    surprising to me.  It -- it doesn't raise the
9    questions that, you know -- again, in the absence
10   of detailed descriptions, there's --
11   BY MR. BURNS:
12        Q   And that's even though up and down
13   Vermont, the presence of confirmed asbestos has
14   occurred?
15        MR. FROST:  Objection to form.
16        THE WITNESS:  Virtually all of that is
17   chrysotile, and not amphiboles, and, yeah, there's
18   a lot of amphibole in -- in the Green Mountains,
19   and so -- I mean, long aspect ratio amphiboles
20   are -- are garden variety amphiboles in our state.
21        MR. BURNS:  Let's mark this one -- 14?
22        (Webb Exhibit No. 14 was marked
23        for identification.)
24        THE WITNESS:  Does anybody have a
25   magnifying glass handy?  Shall I do --

Page 213

1    BY MR. BURNS:
2         Q   And just to help you out, I'm going to
3    point you to -- you're welcome to look at the
4    whole thing -- I'm going to focus on the back side
5    of page 2.
6         A   So, yeah, the page where I asked for --
7         Q   The page where you needed a magnifying
8    glass.
9         A   I do have reading glasses in my --
10        Q   Well, let's see, do we have a clean copy
11   here?  I can probably blow it up a little bit
12   here.
13        MR. FROST:  You can take this one.  It's
14   clean.
15        MR. BURNS:  All right.
16        MR. FROST:  Is that -- can you see that
17   better, Laura?
18        MR. BURNS:  Not yet.
19        MR. FROST:  He's going to try to zoom in
20   on it.
21        THE WITNESS:  I mean, actually, can I
22   get my glasses, and --
23        MR. BURNS:  Sure, absolutely.
24        THE VIDEOGRAPHER:  Going off the record
25   at 5:22 p.m.

54  (Pages 210 to 213)

Laura Webb, Ph.D.

Page 214

```
1              (Pause.)
2         THE VIDEOGRAPHER:  We're back on the
3    record at 5:24 p.m.
4    BY MR. BURNS:
5         Q   Okay, Dr. Webb, you have Exhibit 14 in
6    your hand, which bears Bates label IMERYS 436951
7    through IMERYS 436971.
8              Just one question about Exhibit 13, the
9    preceding exhibit, just a quick question.  Had you
10   seen that exhibit before?
11        A   No.
12        Q   Okay.  So same question with respect to
13   Exhibit 14 to start, is this a document you've
14   seen before?
15        A   No.
16        Q   Okay.  Let's focus on the fourth page in
17   the documents, IMERYS 436954.
18        A   Sorry, is the first -- is this page 1?
19        Q   Yes.
20        A   Oh, okay.  So it's the back of the
21   second sheet.  Yeah, okay.
22        Q   That's right.
23        A   I'm making sure it's what I actually
24   looked at.
25        Q   No problem.  And I've put it up on the
```

Page 215

```
1    ELMO, just so we can have a little bit better view
2    of it.  I don't know if that's better for you
3    or --
4         A   I'll look at where you're pointing at,
5    and then I'll confer with this too.
6         Q   Okay.  These appear to be and are titled
7    "Ore Characterization Summary Sheets."  Do you
8    agree with that?
9         A   What was the first word you said,
10   "before"?
11        Q   "Ore Characterization Summary Sheets."
12        A   Yes, this says "Ore Characterization
13   Summary Sheets," yes.
14        Q   Okay.  And there appear to be two of
15   these summary sheets side by side dated September
16   '92, specifying ore types and associated
17   materials.
18        A   Yes.
19        Q   And you see in both the presence of
20   actinolite and serpentine is indicated.
21        A   Yeah.
22        Q   Okay.  And they are also -- the
23   actinolite and -- the actinolite is noted as a
24   detrimental mineral below each notation; is that
25   right?
```

Page 216

```
1         A   Yes.
2         Q   Would these notations cause you to want
3    to inquire more as to the nature of these test
4    findings or core samples and the constituency of
5    the minerals?
6         MR. FROST:  Objection to form.
7         THE WITNESS:  Yeah, I mean, again, the
8    presence of actinolite around the ore bodies is,
9    you know, not a shocker whatsoever.  I mean, so it
10   doesn't surprise me.
11             You know, in terms of "detrimental
12   minerals," I don't know what they mean.  Obviously
13   these are things that they don't necessarily
14   want in the -- I mean, I don't want to rub
15   actinolite on my face, asbestiform or
16   non-asbestiform, but --
17   BY MR. BURNS:
18        Q   Are those questions you would want to
19   ask the author?
20        MR. FROST:  Objection to form.
21        THE WITNESS:  No, again, because I
22   wouldn't be surprised about the -- the presence of
23   actinolite generally that -- you know, I'd see
24   this and move on, and again try and find -- well,
25   like in the materials that I looked at, some --
```

Page 217

```
1    some indication, some description that would
2    equate this actinolite to asbestiform actinolite.
3    BY MR. BURNS:
4         Q   Well, if you were blindfolded and the
5    person who obtained and tested the sample told you
6    that it contained actinolite, would you want to
7    rub that on your face?
8         MR. FROST:  Objection to form.
9         THE WITNESS:  It would hurt.  I mean, it
10   would be gritty.
11   BY MR. BURNS:
12        Q   If it was asbestiform, it may be even
13   worse.
14        MR. FROST:  Objection to form.
15        THE WITNESS:  Well, yeah -- but, yeah, I
16   mean, again, you know, actinolite is no surprise.
17   I talk about actinolite in my -- in my report.  In
18   the absence of clearcut asbestiform habit --
19   BY MR. BURNS:
20        Q   You're just not interested in knowing
21   more?
22        MR. FROST:  Objection to form.
23        THE WITNESS:  I mean, well -- yeah, I
24   mean, I -- I feel like I'm not surprised to see
25   actinolite show up occasionally in the tests, and
```

55 (Pages 214 to 217)

Laura Webb, Ph.D.

Page 218

1    that is not a surprise.  It's known.  I don't know
2    what else to say.  It's --
3    BY MR. BURNS:
4        Q    Have you drawn any -- are you prepared
5    to offer any opinions with respect to the presence
6    or absence of arsenic in the talc in the J&J
7    mines?
8        A    I mean, I -- I'm familiar with some of
9    the -- the literature.  It wasn't something that I
10   focused or, you know --
11       Q    Or you were asked to do.
12       A    -- or opined about in my report.  So, I
13   know some things, but I didn't prepare in depth on
14   that topic for this deposition.
15       Q    Nor have you offered an opinion on it?
16       A    No.
17       Q    Do you plan to offer an opinion on it?
18           MR. FROST:  Objection to form.
19           THE WITNESS:  Not really, but I guess it
20   depends on what you ask me, the nature of the
21   questions, if there are further questions on that.
22   BY MR. BURNS:
23       Q    What about any other heavy metals in the
24   J&J talc --
25           MR. FROST:  Objection.

Page 219

1    BY MR. BURNS:
2        Q    -- are you going to offer any opinion on
3    those?
4            MR. FROST:  Objection to form.  Assumes
5    there's any metals in the J&J talc.
6            THE WITNESS:  Again, I -- I have some
7    general knowledge, but it's not literature that I
8    reviewed or summarized for here.  So I don't feel
9    prepared to -- as we sit here today, to opine on
10   that.
11   BY MR. BURNS:
12       Q    And just so I can close that loop, any
13   opinion as to the presence or absence of nickel?
14           MR. FROST:  Same objections.
15           THE WITNESS:  I mean, I would say
16   presence, yes.  At what levels is where the devil
17   in the details is, so -- and I can't quote you
18   parts per million or parts per billion here,
19   but --
20   BY MR. BURNS:
21       Q    Same question with respect to cobalt?
22       A    Same answer.
23       Q    Chromium?
24       A    Similar answer, yeah, and, again, I'm --
25       Q    But you're not prepared to offer an

Page 220

1    opinion as to the presence or absence of any of
2    those minerals?
3        A    Well, again, they're -- they're trace
4    elements that I know have been documented, but,
5    you know, again, I don't have it in my head
6    what -- what those concentrations are or the
7    details of the distribution.  So I'm not -- I'm
8    not ready today to -- to comment on that for you.
9        Q    And you haven't been asked to.
10       A    No, I have not been asked to, no.
11       Q    Okay.  If you'd go back to Exhibit 1,
12   your report, Dr. Webb.
13           And I realize the level of detail on
14   page 17 in -- in Figure 9 makes this difficult.
15           First of all, did the mineral codes or
16   rock codes vary across maps, or can they vary?
17           MR. FROST:  Objection to form.
18           THE WITNESS:  Each of the different
19   colored or patterned units here is a different --
20   is a different rock unit.  So, yes, there's a
21   distribution of different rock types here in
22   this --
23   BY MR. BURNS:
24       Q    Well, by that I mean -- let's see, this
25   map was taken from --

Page 221

1        A    It's Ratcliffe, et al., 2011.
2        Q    2011.  Okay.  Which was a GS -- USGS
3    map, right?
4        A    (The witness nods.)
5        Q    And have you cited or described any
6    non-USGS maps in your report?
7        A    Well, I mean -- well, Karabinos -- not a
8    specific map -- well, actually, there are -- in
9    Karabinos, et al., 2010, I talk about the
10   isograds.  Again, the -- the lines that you would
11   draw on the map that delineate boundaries between
12   rocks that have experienced the same pressure
13   temperature conditions during a metamorphic event.
14       Q    Okay.  And what I'm really getting at
15   are -- is not necessarily the separation into
16   different codes, but the codes themselves that are
17   used for rocks that are relevant to your analysis.
18   Can those vary across maps, meaning between the
19   USGS maps and the other map you just described?
20       A    Oh, they might.
21           MR. FROST:  Objection to form.
22   BY MR. BURNS:
23       Q    Do you recall offhand the specific rock
24   codes that you viewed as relevant to your analysis
25   in this particular case?

56 (Pages 218 to 221)

Laura Webb, Ph.D.

Page 222

1    A   I believe the -- I'd have to look at
2  the -- the map -- the map index to really confirm,
3  but I believe that the ultramafics here are the
4  CZU, and that, in general -- I mean, the -- the
5  country rocks that host those bodies are -- that's
6  the Mooretown information, but the -- O something.
7  I -- yeah, sorry, I don't have the code memorized.
8    Q   Okay.  Are you familiar with any reports
9  of mass fibers, mass asbestos fibers in Vermont
10  talc deposits?
11    A   No.
12    Q   Are mass fibers relatively rare?
13    A   Yes.
14    Q   Where do they typically occur?
15    A   Well, I know they've been documented at
16  Belvidere Mountain.  And also out in California
17  in -- I'm not going to be able to remember the
18  name of the -- of the body.  But it's, yeah, in
19  limited instances and much rarer occurrences than
20  the cross and slip fiber occurrences.
21    Q   Okay.
22        MR. BURNS:  We have a couple of
23  documents that we had pulled out that we need to
24  figure out what to do with.  You want to mark
25  these individually or wait till we mark the --

Page 223

1        MS. O'DELL:  Let's mark them
2  individually.
3        MR. BURNS:  Okay.  That may make --
4  let's go off the record for a second.
5        THE VIDEOGRAPHER:  Going off the record
6  at 5:35 p.m.
7        (Recess.)
8        THE VIDEOGRAPHER:  We're back on the
9  record at 5:43 p.m.
10  BY MR. BURNS:
11    Q   Hello again, Dr. Webb.
12        MR. BURNS:  So, first of all, a bit of
13  colloquy between counsel here.  Defense counsel
14  was kind enough this morning to bring in two
15  boxes, which I believe were identical, of
16  documents that defense counsel had put together
17  that constitute what they believe to be, I think,
18  the vast majority of your reliance materials with
19  maybe the exception of Winter.
20        MR. FROST:  I think that's the only one
21  we found was missing thus far.
22        MR. BURNS:  Thus far.  So we have agreed
23  to simply mark one of the boxes as Exhibit 15,
24  with the stipulation that the box and its
25  materials were gathered and prepared by counsel

Page 224

1  and not by Dr. Webb, although they hopefully
2  approximate her reliance materials.
3        MR. FROST:  Yep, that's fair, and
4  that -- that's a fair statement of the agreement
5  we reached.
6        MR. BURNS:  All right.  Great.  Thanks,
7  Mr. Frost.
8  BY MR. BURNS:
9    Q   So we will mark that box Exhibit 15.
10  There are a couple of documents, Dr. Webb, that
11  we're just trying to figure out what they are,
12  frankly, and we'll mark those as 15A and 15B.
13        (Webb Exhibit Nos. 15, 15A and 15B
14        were marked for identification.)
15  BY MR. BURNS:
16    Q   And I'll hand you 15A first.
17        There's 15B.  B as in boy.
18    A   I would want to confirm this, but my
19  first impression is, is that this is from the
20  spreadsheet that is part of Van Gosen 2006.
21    Q   And that's referring to Exhibit 15A, is
22  it not?
23    A   Yes.  15A, yes.
24        So I believe, you know, if you go to the
25  site, the USGS site from which you can download

Page 225

1  the map that I talked about that plots presumable
2  asbestos localities in Vermont, there are some
3  supporting documents, and in those, yeah, was this
4  list -- I mean, it was for all of New England, but
5  this is the sheet that's specific to Vermont, and
6  it gives the latitude, longitude.  And then this
7  is the list of references that I said that I tried
8  to dig into on my own to confirm those
9  occurrences.
10    Q   Okay.  So just to be clear, 15A is not a
11  document that you believe you prepared; is that
12  right?
13    A   Oh, yeah.  No, I didn't prepare this.  I
14  think we could go and download the Excel file off
15  the USGS website, and this is what would be in
16  that.
17    Q   I see.
18        MR. BURNS:  And you can let us know with
19  an errata, I would assume, if that's not -- not
20  the case.
21        MR. FROST:  Yeah, we'll confirm that.
22        MR. BURNS:  Okay.
23        THE WITNESS:  And I'm not sure, because
24  when I went into the references, I went into the
25  list that was specific to Vermont that's shown

57 (Pages 222 to 225)

Laura Webb, Ph.D.

Page 226

1    here in 15A.
2         My guess is that this is the -- the list
3    of references that accompanied the -- the map more
4    directly.  So this would include -- again, this
5    particular report was asbestos in New England or
6    the northeastern United States, so he had these
7    spreadsheets specific to each state.  And then I
8    think this is the -- a compilation of all these
9    for -- for all of the sites that -- but, again,
10   I -- we'd have to -- we should be able to download
11   this from that same website, the USGS site.
12   BY MR. BURNS:
13        Q   Thank you, Dr. Webb.
14            MR. BURNS:  And I guess we'll just
15   confirm that.
16            MR. FROST:  Yes.  Same thing, if we
17   confirm something different, we'll mark it in the
18   errata sheet.
19            MR. BURNS:  Okay.  Thank you.
20            So do we have a standalone one like
21   this?
22            MS. O'DELL:  No, that's all we have.
23            MR. BURNS:  Okay.  Let's make sure we've
24   got -- this one is marked, so we probably want to
25   make sure that there's a clean version in the

Page 227

1    actual Exhibit 15 box.
2            MR. FROST:  What document is this,
3    Leigh?
4            MR. BURNS:  This is the English
5    translation.
6            MR. FROST:  Yes, that's definitely not
7    in the box.
8            MR. BURNS:  Oh, it's not?
9            MS. O'DELL:  I found it in the box.
10           MR. FROST:  Oh, you did find it in the
11   box?  Oh, okay.
12           MS. O'DELL:  It was a few tabs after --
13           MR. FROST:  I see.  You had -- yeah, I
14   did it too, Laura.  Let's see if we can find a
15   clean copy.
16           MR. BURNS:  Thank you.
17           MR. FROST:  You don't happen to know the
18   number, do you?
19           MR. BURNS:  Leigh.
20           (A discussion was held off the record.)
21           THE VIDEOGRAPHER:  Going off the record
22   at 5:48 p.m.
23           (A discussion was held off the record.)
24           THE VIDEOGRAPHER:  Back on the record at
25   5:50 p.m.

Page 228

1            (Webb Exhibit No. 15C was marked
2             for identification.)
3    BY MR. BURNS:
4        Q   Okay.  Dr. Webb, we have handed you
5    Exhibit 15C, C as in Charlie.
6            Is this the English translation of the
7    Chinese article that we were looking at earlier?
8        A   I believe so, yes.
9        Q   Okay.  Now, in looking through this --
10   and this was an article on which you relied in
11   rendering your opinions with respect to the
12   Chinese mines; is that right?
13       A   I did, yes.
14       Q   Okay.  Now, in terms of the orogen of
15   the talc in those mines, is it fair to say that
16   the -- that the orogen of the talc was in part
17   tremolite existing in the region?
18       A   I'm sorry, I don't -- I don't understand
19   the question.
20       Q   Sure.
21           Let me just turn you to page -- well,
22   there's a page -- let's see.
23       A   I'll work with you.
24       Q   Four pages before the end.
25       A   Okay.  So this one with the --

Page 229

1        Q   That's it, I think.
2            And perhaps I wasn't precise enough or
3    didn't use the right terminology, but if we walk
4    through this page, I think you'll see where I'm
5    going.
6            So the article refers to the mother rock
7    that is directly related to mineralization is
8    dolomite marble.  Do you see that?
9        A   Yes.
10       Q   And by "mother rock," that would be the
11   rock that was changed ultimately to talc?
12       A   Yeah, so in my report that's the
13   protolith.
14       Q   Okay.  The protolith.
15           Now, it goes on to say:  "This formation
16   contains 19 percent magnesium oxide in this zone,
17   so the requirement for generating the talc ore
18   deposit cannot be completely satisfied, and
19   magnesium oxide must be absorbed from the external
20   surrounding rock to supplement, and the
21   surrounding rock that satisfies this formation
22   condition is spilite."  Is that right?
23       A   Yes.
24       Q   It goes on to say:  "In this zone, the
25   content of MGO in spilite is 8.14 percent on

Laura Webb, Ph.D.

Page 230

1    average. Through rock-mineral determination and
2    analysis, magnesium oxide is mainly concentrated
3    in the tremolite, the content" -- parentheses,
4    "the content of tremolite in spilite is 30 to
5    35 percent."
6            Is that correct?
7        A   Yes.
8        Q   Okay. So in this case, would the
9    tremolite existing in the spilite also be
10   considered a protolith to the talc?
11       A   Well, it's part of the metasomatic
12   process. So what he describes here is, again,
13   that there is diffusion of chemicals, of elements
14   across the rock boundaries. And what he said is
15   that basically if you look at the mass balance,
16   you can't just form the talc that's present solely
17   by the chemistry of the -- the dolomite alone. So
18   that there was diffusion of magnesium across the
19   rock boundary from the -- the spilite into the
20   dolomite.
21           So, no, I mean, the protolith is still
22   the -- the carbonate rock, but the magnesium
23   that's ultimately in the talc, some percentage of
24   that diffused from the -- the spilite.
25       Q   Which the source of that magnesium was

Page 231

1    the tremolite in the spilite, correct?
2        A   Yeah, that was the the --
3    magnesium-bearing mineral in the spilite, yes.
4        Q   Okay. And the tremolite -- content of
5    the tremolite and spilite was 30 to 35 percent,
6    correct?
7        A   Yes, that's what it says.
8        Q   Is it possible that -- excuse me -- is
9    it possible that tremolite was not fully
10   assimilated into the resulting talc such that
11   tremolite remains in the talc ore?
12           MR. FROST: Objection to form, misstates
13   document.
14           THE WITNESS: Such that tremolite --
15   what was the last part?
16   BY MR. BURNS:
17       Q   Remains in the talc ore.
18       A   I think you mean remains in the spilite?
19       Q   Well, what I'm getting at is some
20   percentage of the magnesium would have come from
21   the -- from the talc or from the tremolite -- let
22   me strike that.
23           Some percentage of the magnesium oxide
24   would have come from the tremolite in the spilite,
25   correct?

Page 232

1        A   Yes.
2        Q   And that magnesium -- would that
3    magnesium oxide have been contributed from the
4    tremolite to form the -- to form the talc by --
5    actually, strike that.
6            Why don't I just ask you this question:
7    How would the tremolite contribute that magnesium
8    oxide to the formation of the talc ore?
9        A   There would be, I mean, a metamorphic
10   reaction. So -- and, actually, I think he
11   describes this in here. I'd have to again kind of
12   look at this in -- in more detail, but -- but
13   basically the tremolite is -- is reacting -- well,
14   undergoing a chemical reaction where the magnesium
15   is liberated, and so then you're going to have
16   residual silicon dioxide and also calcium, and
17   some of that calcium I believe is contributing to
18   the formation of -- of carbonate, of calcite in
19   this case.
20           So the tremolite that does break down is
21   no longer there. The magnesium went into the
22   talc, in the talc ore, and the residual calcium
23   and silica probably formed quartz and calcite.
24       Q   Okay. Is it possible that the remaining
25   tremolite could have been interspersed with the

Page 233

1    talc ore?
2        A   Yeah, I don't -- I don't think so. It
3    seems that they describe -- the boundaries are
4    still pretty -- pretty clear. So -- but again,
5    you know, I wouldn't be surprised if there was a
6    little bit of tremolite maybe in with the -- the
7    talc, but that doesn't mean anything in -- you
8    know.
9        Q   Without further question.
10       A   Yeah, I mean, you know, my -- the
11   default would always be that it's prismatic
12   tremolite or, again, maybe acicular tremolite or
13   ablated tremolite, but this is not a recipe for
14   making tremolite asbestos.
15       Q   Why would that always be the default?
16       A   Because asbestos is so rare. I mean,
17   I've seen tremolite in a lot of rocks, but I've
18   never seen tremolite asbestos in -- again, in my
19   own studies, and that -- you know, and most people
20   haven't. You know, there's basically -- what are
21   the statistics I quoted in my report? That of the
22   amphiboles present in rocks in the continental
23   crust, less than 1 percent by volume, I think, are
24   asbestiform.
25           And so, you know, it really takes

59 (Pages 230 to 233)

Laura Webb, Ph.D.

Page 234

1    special conditions, a special situation to create
2    that, and what is described here is not --
3        Q   What percent --
4        A   -- anything that leads me to believe
5    that this resulted in tremolite asbestos.
6        Q   What percentage of the crust do
7    amphiboles make up?
8        A   They're the fifth most common mineral
9    generally in the continental crust, and, I mean,
10   it depends on where you are.  I think, you know,
11   it's maybe -- let me check because I wrote
12   something about this.  I don't want to misspeak.
13          So in the coterminous United States by
14   area, 6 to -- 6 to 10 percent of the rock types
15   exposed at the surface are amphibole bearing.
16       Q   And so 1 percent of that 6 to 10 percent
17   would be asbestiform?
18       A   Or less than 1 percent by volume of --
19   of all amphiboles, yes.
20       Q   That would still be a pretty significant
21   volume of rock, though, would it not?
22          MR. FROST:  Objection to form.
23          THE WITNESS:  Yeah, but it -- again, it
24   takes special conditions.  So where asbestos is
25   formed, it's well documented by multiple

Page 235

1    instances, and it -- you know, it's rare.  I --
2    just, you know, I wouldn't -- I would never expect
3    if someone says tremolite or actinolite that they
4    mean actinolite or tremolite asbestos unless
5    it's -- that is specified in -- in those words,
6    asbestiform.
7          MR. BURNS:  Can we just go off the
8    record for a minute?
9          THE VIDEOGRAPHER:  Going off the record
10   at 6:00 p.m.
11         (Recess.)
12         THE VIDEOGRAPHER:  We're back on the
13   record at 6:07 p.m.
14   BY MR. BURNS:
15       Q   Dr. Webb, I believe you testified that
16   you had reviewed Drs. Cook and Krekeler's reports;
17   is that correct?
18       A   Yes.
19       Q   Okay.  Now, did you review all of the
20   reliance materials that were listed in those
21   reports?
22       A   Well, for -- particularly for the
23   petrology related piece that I was specifically
24   interested in, I did look up some of their
25   citations.  I wouldn't say all of them necessarily

Page 236

1    or I was familiar with many, but --
2        Q   Did you look up Robert Virta, 1985,
3    Bureau of Mines?
4        A   I have seen that.
5        Q   Okay.  Do you recall reading it?
6        A   Yeah.  Can -- actually, can we see the
7    exact citation, because I just want to --
8        Q   I think we could mark it.  Right?
9           (Webb Exhibit No. 16 was marked
10          for identification.)
11          MR. FROST:  Are we on 17?
12          MS. KLEVORN:  16.
13          MR. BURNS:  16, yep.
14          MR. FROST:  That's right, because you
15   marked everything as A, B or C, right?
16          Thank you.
17          THE WITNESS:  Uh, I -- I believe I have
18   seen this, but, again, it really wasn't of -- of
19   interest because it's from New York.  So it didn't
20   pertain to the petrology of -- of the
21   mines of interest.
22   BY MR. BURNS:
23       Q   Do you recall there being references to
24   talc mines within this document?
25       A   I really have to read it again, because,

Page 237

1    again, I didn't -- I didn't review it in
2    preparation for today.  I -- I don't believe it
3    was on my reliance either.
4        Q   Okay.  So this had -- you don't recall
5    this report having any impact on your opinions.
6    Is that correct?
7        A   Yeah, I mean -- again, I mean, the
8    samples are specific to the Gouverneur mine in New
9    York state.  So -- no, it didn't -- it didn't feed
10   into my -- the opinions I presented in my report.
11       Q   Okay.  What about Charles Ratte, 1982?
12       A   Yes, I've seen that.  The state
13   geologist report?
14       Q   Right, the state geologist of Vermont,
15   correct?
16       A   Yes.
17       Q   Did you review that report before --
18       A   I --
19       Q   I'm sorry, go ahead.
20       A   No.
21       Q   Did you review that report prior to
22   rendering your opinions?
23       A   Yes.
24       Q   And did it impact your opinions at all?
25          MR. BURNS:  Let's go ahead and mark it.

60 (Pages 234 to 237)

Laura Webb, Ph.D.

Page 238

1           THE WITNESS:  I don't think it was a --
2    a key player.  I think I saw some things in there
3    that seemed inconsistent with other data, and --
4    but, again, the details I don't have in my head.
5           (Webb Exhibit No. 17 was marked
6           for identification.)
7    BY MR. BURNS:
8       Q   Is that the report you reviewed?
9       A   Yes.  I recognize this, yeah.
10      Q   And we've marked that as Exhibit 17.
11   Okay.
12          MR. BURNS:  All right.  We have no
13   further questions.
14          MR. FROST:  Okay.
15               CROSS-EXAMINATION
16   BY MR. FROST:
17      Q   So, Laura, I apologize.  Sitting next to
18   you is just going to make this, you know, a little
19   more awkward, but I'm going to ask you a couple of
20   questions now.
21          MR. FROST:  Do you have Demonstrative 2,
22   as you used it and marked it?
23          THE WITNESS:  I do.
24   BY MR. FROST:
25      Q   You have -- you have Exhibit 2, I think.

Page 239

1       A   Oh, sorry.
2       Q   It's Demonstrative 2.
3       A   It shows you what I know about --
4       Q   I'm going to hand you what was
5    previously marked as Plaintiffs' Demonstrative 2.
6           MR. BURNS:  Yeah, so we want to enter
7    that into the record.
8           MR. FROST:  That's fine.  We can mark
9    that -- maybe we could mark it as Plaintiffs'
10   Demonstrative 2 --
11          MR. BURNS:  Yeah.  So all I was getting
12   at, if you're going to mark a version, we
13   should --
14          MR. FROST:  I'm not going to touch it.
15          MR. BURNS:  Okay.
16          MR. FROST:  No, I'm not going to mark it
17   up.  I just wanted to give it to her.
18          MR. BURNS:  Go ahead.
19   BY MR. FROST:
20      Q   Do you remember this document from
21   earlier today?
22      A   I do, yes.
23      Q   Okay.  Does this demonstrative
24   accurately reflect your qualifications, knowledge,
25   training and experience to render an opinion in

Page 240

1    this case?
2       A   No, it doesn't.
3       Q   What is the best and most complete
4    statement of your opinions with the context
5    necessary to understand them?
6       A   Well, that would be my expert report.
7       Q   And that's the document that was marked
8    as Exhibit 1 today?
9       A   I believe so.
10      Q   And what is the best, most complete
11   summary of your qualifications, knowledge,
12   training and experience to render an opinion in
13   this case?
14      A   Well, that would be my curriculum vitae.
15      Q   And do you recall going through and
16   answering many of the questions -- or I guess all
17   the questions that are in Demonstrative 2; is that
18   correct?
19      A   Sorry, in this document?
20      Q   Yeah, you remember going through these?
21      A   Yeah.  Yes.
22      Q   Do any of these questions and your
23   answers to them affect your -- affect your ability
24   to render an opinion here?
25      A   No.

Page 241

1       Q   Okay.  I'm going to reach over if you
2    don't mind.
3           Here, sorry.
4           Well, I will just show you my copies for
5    purposes of what we're doing here.  Okay.
6           All right.  Do you recall being shown
7    earlier today various documents marked as
8    Exhibit 12, Exhibit 13, and Exhibit 14?
9       A   Yes.
10      Q   Do you have those there?
11      A   Yes.
12      Q   Okay.  Are any of these documents the
13   type of documents that a petrologist would
14   consider in undertaking a review of the geology
15   and petrology of the geological formation?
16      A   No.
17          MR. FROST:  That's all the questions we
18   have.
19          MR. BURNS:  Okay.  Just a couple
20   follow-up.
21              REDIRECT EXAMINATION
22   BY MR. BURNS:
23      Q   One, just so it's clear, why don't we
24   mark as Exhibit 18 the --
25      A   The demonstrative?

61 (Pages 238 to 241)

Laura Webb, Ph.D.

Page 242

```
 1        Q    -- what I was calling Plaintiffs'
 2   Demonstrative 2, just so it's in the record.
 3        A    It's now buried in the stratigraphy
 4   pile.
 5        MR. FROST:  There it is.
 6        (Webb Exhibit No. 18 was marked
 7        for identification.)
 8   BY MR. BURNS:
 9        Q    All right.  You can put that over there.
10        And finally, Dr. Webb, thank you for
11   your time today.  I did want to mark off that we
12   did cover your report and opinions on Plaintiffs'
13   Demo 1.
14        MR. BURNS:  All right.  Thank you very
15   much.
16        MR. FROST:  Great.  Thank you, Warren.
17   Thank you, Leigh and Amanda.
18        THE VIDEOGRAPHER:  This ends today's
19   deposition.
20        We're going off the record at 6:14 p.m.
21        (Whereupon, the deposition of
22        LAURA WEBB, Ph.D. was concluded
23        at 6:14 p.m.)
24
25
```

Page 243

```
 1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2        The undersigned Certified Shorthand Reporter
 3   does hereby certify:
 4        That the foregoing proceeding was taken before
 5   me at the time and place therein set forth, at
 6   which time the witness was duly sworn; That the
 7   testimony of the witness and all objections made
 8   at the time of the examination were recorded
 9   stenographically by me and were thereafter
10   transcribed, said transcript being a true and
11   correct copy of my shorthand notes thereof; That
12   the dismantling of the original transcript will
13   void the reporter's certificate.
14        In witness thereof, I have subscribed my name
15   this date:  March 30, 2019.
16
17        _____
18        LESLIE A. TODD, CSR, RPR
19        Certificate No. 5129
20
21   (The foregoing certification of
22   this transcript does not apply to any
23   reproduction of the same by any means,
24   unless under the direct control and/or
25   supervision of the certifying reporter.)
```

Page 244

```
 1        INSTRUCTIONS TO WITNESS
 2        Please read your deposition over carefully and
 3   make any necessary corrections. You should state
 4   the reason in the appropriate space on the errata
 5   sheet for any corrections that are made.
 6   After doing so, please sign the errata sheet
 7   and date it.
 8        You are signing same subject to the changes
 9   you have noted on the errata sheet, which will be
10   attached to your deposition.  It is imperative
11   that you return the original errata sheet to the
12   deposing attorney within thirty (30) days of
13   receipt of the deposition transcript by you. If
14   you fail to do so, the deposition transcript may
15   be deemed to be accurate and may be used in court.
16
17
18
19
20
21
22
23
24
25
```

Page 245

```
 1        - - - - - -
 2        E R R A T A
 3        - - - - - -
 4   PAGE LINE CHANGE
 5        _____ _____ _____
 6   REASON: _____
 7        _____ _____ _____
 8   REASON: _____
 9        _____ _____ _____
10   REASON: _____
11        _____ _____ _____
12   REASON: _____
13        _____ _____ _____
14   REASON: _____
15        _____ _____ _____
16   REASON: _____
17        _____ _____ _____
18   REASON: _____
19        _____ _____ _____
20   REASON: _____
21        _____ _____ _____
22   REASON: _____
23        _____ _____ _____
24   REASON: _____
25
```

62 (Pages 242 to 245)

Laura Webb, Ph.D.

Page 246

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2        I,_____, do hereby
 3     certify that I have read the foregoing pages, and
 4     that the same is a correct transcription of the
 5     answers given by me to the questions therein
 6     propounded, except for the corrections or changes
 7     in form or substance, if any, noted in the
 8     attached Errata Sheet.
 9
10     _____
11     LAURA WEBB, Ph.D.            DATE
12
13
14     Subscribed and sworn to
15     before me this
16     _____day of_____,20____.
17     My commission expires:_____
18     _____
19     Notary Public
20
21
22
23
24
25
```

Laura Webb, Ph.D.

**A**

**a.m** 1:19 11:6
50:1 88:2,5
**abatement**
209:21 210:4
**abbreviations**
47:1
**ability** 52:15
109:21,22
110:23 189:7
240:23
**ablate** 104:15
**ablated** 186:15
233:13
**ablation** 105:11
**able** 33:14 34:20
75:4,5 77:10
83:4 95:23
96:4 99:14
103:5 112:4
124:20 129:11
129:13 131:11
143:9 151:18
161:18 170:2,3
171:3 174:16
205:14,17
222:17 226:10
**aboveground**
121:24
**absence** 151:20
212:9 217:18
218:6 219:13
220:1
**absolute** 90:8,9
104:4
**absolutely**
146:14 213:23
**absorbed**
229:19
**abundance**
185:23
**abundant** 151:3
**academics** 58:6
**Acadian** 44:12
44:16 60:12
61:15,20

101:13 160:20
161:2,16
**access** 21:18
22:11,17 55:2
77:10 140:3
**accessory** 78:16
81:1
**accidental**
185:16
**accommodation**
12:11
**accompanied**
51:16 226:3
**accomplish**
42:21
**accurate** 180:11
210:3 244:15
**accurately**
239:24
**achieve** 172:24
**acicular** 186:15
202:21 205:4
212:5 233:12
**ACKNOWLE...**
246:1
**actinolite** 60:25
168:22 179:24
180:1 184:13
184:20,23
185:12,14
186:1,4,9,12
186:21 204:12
210:21 211:6
215:20,23,23
216:8,15,23
217:2,2,6,16
217:17,25
235:3,4
**active** 154:8,8
**Activities** 10:9
**actual** 39:19
40:2,6 52:2
122:1 227:1
**add** 54:16
**added** 25:3 39:3
39:25 51:20
179:23,24

187:12,23
**addition** 29:22
51:12
**additional** 12:15
18:20 199:7
211:24
**address** 109:17
124:14
**adjoins** 83:12
**administering**
2:16
**adopt** 36:25
**advance** 112:20
**advice** 112:19
**advisement**
86:24
**affect** 240:23,23
**afternoon**
118:12 124:5
**age** 57:7,22,25
90:8,9,11
98:10 110:22
110:23 172:13
173:24 177:13
**ages** 99:6 112:15
122:16
**ago** 24:25 51:19
52:1 63:2 68:4
73:2 137:3
149:22 160:12
167:17
**agree** 215:8
**agreed** 223:22
**agreement**
224:4
**ahead** 85:19
177:1 200:22
237:19,25
239:18
**aid** 52:15
**air** 102:24
**al** 23:18,21
24:17 25:7
26:16 27:12
42:15 44:8
48:1,25 54:17
74:4 134:22

166:4 171:8,8
171:8,9,12
174:6,7 176:3
177:10 221:1,9
**Alabama** 3:18
**albeit** 171:25
**albite-epidote-**
189:19
**Alex** 4:12 171:3
171:4
**Alice** 203:15
**aligned** 67:20
**allegations**
130:10,11,19
**Alleghanian**
44:13
**ALLEN** 3:15
**allow** 100:23
112:8 117:16
189:7 194:12
**allowed** 171:17
173:20
**allowing** 111:17
**allows** 109:18
112:12,18
121:5
**Alps** 172:6
**altered** 47:10
113:14 204:10
**Amanda** 3:6
200:23 210:5
242:17
**amenable**
192:20
**America** 99:12
**amphibole**
31:11 83:7
116:11 175:13
175:20 184:9
212:18 234:15
**amphiboles** 9:25
83:16 114:13
124:24,25
138:23 139:7
139:11 156:25
184:14 202:3
210:20 211:4,7

212:3,17,19,20
233:22 234:7
234:19
**amphibolite**
44:23 46:4
**amphophiles**
105:9 114:5
**analogies**
157:18
**analyses** 102:10
103:20 104:2
106:13,15
112:13 156:15
157:2
**analysis** 12:6,20
43:24 58:9
91:13 110:6
135:23 142:20
182:14 202:8
221:17,24
230:2
**analytical**
103:19 110:8
110:16
**analyze** 90:6
**analyzed** 104:21
128:15 135:16
**and/or** 57:17
188:13 243:24
**ANDERTON**
5:4
**Andes** 96:19
**Andover** 6:23
7:6,11,15,19
51:9 54:2
55:19
**Andreas** 64:1
**angle** 196:2
**Ann** 21:14,17
139:18 140:12
145:19
**Ann's** 143:7,20
**Anne** 2:14
**answer** 13:15
32:12,15,18
46:8 136:4,17
139:4 144:15

Laura Webb, Ph.D.

144:19 156:4,8
156:8 197:8
219:22,24
answered
133:11 138:22
answering
240:16
answers 132:11
240:23 246:5
anthophyllite
60:24 156:10
anybody 97:19
212:24
anybody's
198:22
apart 67:4 88:24
apatite 107:23
apices 181:21
apologize 20:5
31:21 53:2
238:17
Appalachians
157:19
apparent 208:5
Apparent- 86:6
apparently
127:8 195:9
appear 20:12
23:3 195:16
215:6,14
appearance
164:15
appearances 4:1
5:1 11:19
appearing 16:22
appears 17:4
21:3 44:2
150:11,17
190:18 201:11
201:12
applicable 184:8
apply 243:22
appreciate 46:7
114:2
approach 125:5
125:5
approaches

114:12 139:6
appropriate
109:23 112:18
117:3 122:23
161:25 184:25
193:7 244:4
appropriately
154:24 157:8
approximate
224:2
approximately
12:5 14:20
15:6 130:4
area 25:11 27:16
28:3 31:2
42:11 56:23
57:2,20 58:25
61:17 70:21
71:24 87:25
89:8 98:16,19
101:18 111:18
113:25 152:18
166:7,20 173:3
191:1 234:14
areas 22:10
29:25 48:24
78:1 89:12
109:3 132:4
188:22,24
argon 90:3
96:13,14 97:14
101:22,22
102:23 103:5,9
103:10
Argonaut 28:3
28:10 30:21
31:25 32:6,21
42:4,25 45:6
45:25 46:1
49:11 128:9,11
128:13 129:10
130:5,13,21,24
131:2 199:3
204:15
argument
185:22
Armstrong 8:13

8:19 71:6
arrival 98:14
arrive 37:2,12
128:5 151:25
arrived 34:5
97:4
arsenic 9:7
201:13,16
218:6
article 21:12
51:14 52:11,23
72:17 73:6,11
75:8 159:9
178:5,18
179:11 228:7
228:10 229:6
articles 12:5
21:4 73:24
74:5,6,25 75:7
114:5,12,23
158:24 159:15
175:7
asbestiform
60:24 114:5,13
116:3,11
124:24 138:23
139:1,7,11
186:4,13,21
191:17,21
193:19 195:3
203:2,4,8,22
204:7,11,25
205:10,12,19
206:3,12
207:18 211:5,9
212:6 216:15
217:2,12,18
233:24 234:17
235:6
asbestos 9:17
31:11 32:2
34:25 35:13
36:11,16 52:21
56:15,18,21
58:15,22 59:24
60:6,7,18,21
61:5 74:13,19

74:22 75:8,16
92:22 113:2
114:24,25
115:8,12 116:8
117:5,23
124:15 126:15
127:11 128:12
130:11,20
138:12 140:14
140:18 141:9
141:25 142:8
143:21 147:22
151:20 156:22
157:2 159:25
160:3,10,16,18
161:17 162:1,8
162:12,22
163:10 165:20
175:13,20,24
186:2 188:12
188:25 189:9
190:9 191:1,6
193:2,15,25
194:11,18,20
194:25 195:5
196:5,14
197:16,21
198:13,17
200:20 202:1
202:12,15
203:24 204:3
205:9,11,23
208:1,4 209:21
211:20,23
212:13 222:9
225:2 226:5
233:14,16,18
234:5,24 235:4
asbestos-beari...
59:11 160:25
aside 112:23
116:5
asked 18:19,22
77:10 84:19
124:7,8,14
136:12,18
142:17 155:21

169:23 174:20
206:2 213:6
218:11 220:9
220:10
asking 130:18
142:13
aspect 63:15
92:11 121:13
125:5 143:11
202:10,25
208:11,16,25
211:8,14
212:19
aspects 126:2
assemblage
115:5,6
assemblages
45:21 94:14
108:10 111:7
113:12 172:18
173:23 187:7
assembled 160:8
assertion 156:25
165:19
assignment 57:7
assimilated
231:10
assist 29:7
assistant 96:25
assists 111:16
associate 98:3
associated 53:18
54:3 60:8
62:22 63:18
65:16 66:10
69:22 71:10
123:23 124:10
167:18 170:7
184:7 188:13
206:23 215:16
association 60:5
175:13,20
176:10
assume 29:12
37:17 38:1
61:23 91:4,18
111:15 113:17

Laura Webb, Ph.D.

122:2 225:19
**Assumes** 219:4
**assuming** 33:10
181:19
**assumption**
33:11
**Athens** 99:23
100:20
**atom** 89:24
**atoms** 104:20
105:18
**attached** 6:10
7:2 8:2 9:2
10:2 244:10
246:8
**attacking**
144:21
**attain** 151:19
**attend** 90:20
**attention** 97:7
**attenuated**
100:12
**attorney** 244:12
**attract** 152:5
**audience** 184:3
**Austin** 3:24
**author** 216:19
**authored** 115:24
**available** 30:8
32:21 135:2
146:1 154:25
158:11 169:24
**Avenue** 5:6
**average** 230:1
**aware** 115:11,17
115:18 116:1
128:9 137:7
149:15,18,19
209:10
**awareness**
115:22
**awkward**
238:19

———————
**B**
**B** 6:9 7:1 8:1 9:1
10:1 53:2,16

55:10 70:25
71:4 224:17
236:15
**baby** 40:25
41:14,15
184:10
**Bachelor** 88:24
**back** 37:5 38:19
49:19,25 50:3
51:4 53:6
65:14 79:6,20
80:4 81:10
85:4 87:1 88:4
88:7 90:12,16
94:2,7,18,23
95:19,22 96:3
109:3 118:9
122:2,5 127:10
142:11 149:11
149:14 152:22
163:19 173:2
182:16 184:5
194:9 200:14
200:17 213:4
214:2,20
220:11 223:8
227:24 235:12
**backdrop** 27:9
48:14
**backdrops**
23:16
**background**
25:11 38:16
88:9 103:4
190:15
**Bacon** 27:2
83:22
**Bad** 114:1
**balance** 230:15
**ball** 64:8
**ballpark** 190:24
**Balzers** 102:11
**banding** 67:17
**barometer-type**
105:1
**barrel** 121:13
**BARRIE** 3:5

**base** 118:24
**based** 33:1
36:23 37:8
40:4,12 53:21
90:2 92:17
154:9 156:14
157:1 180:15
183:6 184:6
190:20,20
206:5
**basement**
172:15
**basic** 57:8,10
92:14
**basically** 23:15
34:7 35:23
36:3 39:22
44:15 45:9
47:15 48:7,13
52:13 54:16
56:2 59:8
60:10 63:13
64:12,20 67:15
75:1 78:13
79:12 82:9
89:11 90:5
92:19 93:22
95:4,6 99:24
103:22 104:15
104:16 106:5
128:25 129:10
129:21 143:7
148:10 157:15
160:7 161:7
166:1 173:1,15
173:21 180:2
185:21 191:17
192:4,8 195:8
195:12 196:2
230:15 232:13
233:20
**basin** 98:23
**basis** 75:19
**Bates** 9:11
201:11 210:15
214:6
**beam** 104:16,16

106:13
**Bear** 204:16
**bearing** 91:1
201:10 234:15
**bears** 214:6
**BEASLEY** 3:15
**beast** 157:20
**beautiful** 99:4
**bedrock** 6:22
7:5,10,14,18
7:22 8:4,8,14
23:18 27:9
48:12 51:8
54:2,6,17
55:18 62:19
69:18 71:6
177:6 178:1
**began** 26:25
27:5 38:17
**beginning** 100:7
**begins** 154:22
**BEHALF** 4:3,18
5:3
**belatedly** 76:23
**believe** 15:22
19:1 20:19
26:10 42:14
70:7,13 72:10
73:11 88:17
128:19 141:18
150:8,21
174:12 179:15
187:12 190:8
191:10 193:9
205:8 222:1,3
223:15,17
224:24 225:11
228:8 232:17
234:4 235:15
236:17 237:2
240:9
**belt** 61:17 77:18
160:24 198:12
**belts** 94:12
**Belvidere** 75:25
222:16
**beneficiation**

138:16 151:17
186:17
**best** 30:8,9
38:13 44:8
121:20 147:9
185:7 240:3,10
**better** 29:15
33:5 53:4,4
54:9 85:16
152:4 171:22
183:18 213:17
215:1,2
**beyond** 38:14
152:18 182:14
208:13
**BIDDLE** 4:6
**big** 64:9 75:15
75:21 97:7
128:3 159:18
**bigger** 82:13
**BILLINGS-K...**
4:19
**billion** 219:18
**bio** 8:23 108:24
**biotite** 105:9
168:23
**birth** 48:7
**bit** 19:5 20:22
67:5 80:19
124:4 127:3
181:2 192:3,3
213:11 215:1
223:12 233:6
**bits** 94:3
**black** 168:24
204:15
**blackwall**
168:16,18
184:15,22
185:12,13,17
185:19
**blast** 132:24
**Bless** 56:5
**blindfolded**
217:4
**blob** 44:9
**block** 99:11

Laura Webb, Ph.D.

Page 250

**Blount** 203:15
**blow** 213:11
**blowing** 43:4
**blueschist** 189:3
**bodies** 24:14,17
  27:8 30:4
  60:14 125:21
  129:24 137:12
  157:20 160:6,9
  161:20 164:25
  166:14 173:15
  176:8 180:13
  185:6 216:8
  222:5
**body** 14:5 46:13
  58:7 63:17
  153:11 159:13
  174:14 178:22
  180:16 184:24
  222:18
**boils** 153:8
**bolster** 142:16
**bolt** 34:11
**bond** 97:16
**bonded** 108:1
**book** 8:20
**bottom** 189:13
**boundaries**
  161:7 173:19
  187:3 221:11
  230:14 233:3
**boundary** 48:9
  48:10 64:23
  188:7 230:19
**bounds** 64:5
**box** 9:13 118:14
  170:16 223:24
  224:9 227:1,7
  227:9,11
**boxes** 223:15,23
**boy** 224:17
**bracket** 129:10
  153:12
**bracketed**
  129:24
**bracketing**
  129:3 166:14

**break** 13:12
  49:19 79:20
  87:7,9,13,17
  87:18,22
  144:24 149:5
  182:25 183:21
  200:5 232:20
**breakdown**
  186:18
**breathing**
  102:24
**briefly** 47:4
**brighter** 106:10
**bring** 95:19
  127:9 143:9
  223:14
**brittle** 160:13
  189:7 192:7
**brittlely** 66:8
  191:15
**broad** 113:9
  157:15
**broader** 32:9
  126:4
**broadly** 178:18
**broken** 208:17
**Brooke** 147:15
**brought** 84:3,5
  94:7 95:22
  112:14
**brown** 187:19
**build** 97:5
  118:23 159:19
**built** 102:25
  172:7
**bulk** 45:20
  90:22 91:15,23
  124:12 125:25
  165:15 180:14
  181:5 184:24
  187:8 208:19
**bulky** 53:1
**bundles** 156:22
  207:24 208:20
  211:13
**Bureau** 236:3
**buried** 242:3

**Burlington** 1:17
  2:6 11:8 14:12
  130:4
**Burns** 3:4,7 6:3
  11:19,22 12:25
  13:2,4 16:1
  20:3,6 30:10
  31:7,19 32:11
  32:19 33:9,17
  34:2 35:4,10
  36:18 37:4,14
  38:7 41:7,12
  41:13,21,24
  42:5 47:18
  49:18 50:2
  53:6,14 55:8
  55:15 56:5,6
  59:15 60:4
  62:5,13 66:21
  68:9,19 69:11
  70:22 71:3
  72:2,5,8 76:18
  77:1,12 78:25
  79:14,21,22
  80:16 84:24
  86:17,20,25
  87:6,16,19,23
  88:6 93:15
  106:16,24,25
  108:23 111:25
  115:16 118:1,5
  118:11 128:7
  130:2,17
  131:16,24
  132:6,8 139:15
  140:25 144:22
  146:24 147:6
  149:4,13 150:3
  150:6,7 151:10
  152:11,23
  153:14 154:10
  155:24 157:3
  162:5,18 163:1
  163:7,15 164:4
  164:13,19
  165:3 166:24
  167:9 168:6

  169:4,10,13
  170:13,23
  171:5,15 174:9
  176:15,19,23
  176:25 177:18
  177:21,23
  178:12,15
  180:22 182:3
  183:12,22,25
  184:2,4 186:6
  189:14,18
  190:1,5,6
  191:11 192:24
  193:8 194:16
  194:22 196:12
  196:19 197:11
  198:7,24 199:6
  199:19,23
  200:4,6,16,22
  201:1 204:8
  206:1 208:7
  209:3,7 210:5
  210:6,13
  212:11,21
  213:1,15,18,23
  214:4 216:17
  217:3,11,19
  218:3,22 219:1
  219:11,20
  220:23 221:22
  222:22 223:3
  223:10,12,22
  224:6,8,15
  225:18,22
  226:12,14,19
  226:23 227:4,8
  227:16,19
  228:3 231:16
  235:7,14
  236:13,22
  237:25 238:7
  238:12 239:6
  239:11,15,18
  241:19,22
  242:8,14
**Buzon** 128:14
  128:16

**C**

**C** 3:1 6:1 11:1
  45:24 46:5
  53:2,16 65:21
  65:22 168:12
  172:22,22
  175:9 184:6
  187:19 228:5
  236:15
**C-H-A-N-G**
  178:11
**Cadoppi** 174:6
**calcareous**
  179:18
**calcite** 232:18
  232:23
**calcium** 179:17
  185:3,9,11
  232:16,17,22
**calculate** 90:10
  110:22
**California**
  222:16
**call** 41:4 45:18
  64:6 99:23
  121:3 148:10
  150:21
**calling** 242:1
**calls** 205:20
**Cambrian** 90:12
**capable** 151:7
**capacity** 114:9
**capture** 132:3
  188:25
**captured** 122:17
**car** 130:7
**carbon** 94:3
  161:16
**carbonate**
  173:16 182:9
  230:22 232:18
**career** 112:22
**careers** 142:4
**carefully** 123:14
  244:2
**Carlton** 45:1,6

carry 28:6
case 13:17 31:10
  45:2 52:12
  56:9 60:3 84:5
  90:18 105:17
  117:3 122:22
  124:3,6 125:3
  126:8 127:5,15
  127:24 128:6
  130:10,19
  139:20 142:6
  147:19 161:1
  167:14,21,21
  173:4,17
  193:24 195:16
  195:21 221:25
  225:20 230:8
  232:19 240:1
  240:13
cases 1:12 20:16
  21:7 24:17
  39:17 42:19
  63:25 75:6
  109:13 112:14
  168:23 175:1
  209:19,20
  212:4
categories
  119:12
category 152:15
cathodolumin...
  106:2,4
Causation 6:13
  17:3 19:11
cause 75:12
  101:9 211:2
  216:2
caution 144:7,11
Cavendish 7:23
  62:19
Celsius 190:23
Cenozoic 172:6
center 46:12
  130:10,19
centigrade
  45:25
centimeters

63:25
certain 24:14
  43:4 76:4,6
  90:20,24,24
  91:2 113:8
  121:14 122:3
  150:19 187:6
  208:11
certainly 13:19
  37:20 38:16
  80:14 107:13
  107:17 108:5
  121:21 159:8
  197:12 198:16
  204:12
certificate 243:1
  243:13,19
certification
  243:21
Certified 243:1
  243:2
certify 243:3
  246:3
certifying
  243:25
cetera 51:25
  66:20 75:25
  80:6 115:6
  117:1 121:22
  123:19 140:6
  149:25 159:5
  173:25
CHACHKES
  4:12
challenges
  100:18
Champlain
  98:23
chance 12:8
  201:21
Chang 178:2,5
  178:10
change 39:12
  72:22 181:5,14
  245:4
changed 47:11
  47:21 177:12

229:11
changes 29:1
  244:8 246:6
changing 161:7
characterizati...
  12:14,19 215:7
  215:11,12
characters
  169:20 170:9
  170:12
CHAREST 3:7
charge 34:8
  124:6,17
  155:22
charged 18:15
Charles 10:5
  237:11
Charlie 228:5
check 15:8 80:4
  87:4 234:11
checked 88:17
checking 118:14
chemical 104:3
  124:23 161:6
  167:22 170:8
  173:10,18
  179:18 181:11
  181:18,23
  191:20 195:11
  195:11 211:16
  232:14
chemicals
  230:13
chemistries
  156:12
chemistry
  126:19 185:5
  230:17
chemographic
  179:16 180:5
Cherry 2:5
Chester 8:5,21
  21:11 25:11,16
  26:13,18 28:1
  43:17 44:1,4
  45:1,6 46:8,11
  48:24 49:9

63:11,19 64:5
  64:13 66:11
  69:19 70:10,19
  71:22 72:12
  98:18 99:18
  101:10 129:3
  198:21
Chidester
  159:14,22
China 40:21
  93:8 95:4
  116:23 133:15
  138:20 152:1
  157:22,23
  163:19 165:10
  168:7 169:16
  174:21 180:23
  182:5
Chinese 9:4
  134:7 169:18
  169:19 170:3
  170:11 171:22
  174:15 228:7
  228:12
chipping 119:15
chips 122:7
chisel 119:23
chlorite 168:14
  168:22
chlorite/amph...
  206:23
chloritic 168:4
chloritized
  210:21
choose 95:20
  99:15
choosing 48:22
Chromium
  219:23
chrysotile 60:23
  61:4,7,16,23
  160:16 161:20
  163:9 179:4,10
  187:13,16,17
  195:11 212:17
cigar 64:10
cinders 207:4,12

cinders.' 206:25
circle 188:22,24
circled 189:23
circles 189:12
circumstances
  163:9 190:21
  193:10,15,16
citation 21:2,3
  74:21 77:9
  178:14,25
  236:7
citations 21:9
  74:12 75:18
  125:13 235:25
cite 42:18
  165:25 174:6
  179:1
cited 9:17 21:23
  22:2 24:3 25:6
  43:12 73:11,18
  74:5 75:6,7,8
  115:24 174:10
  176:17 221:5
claim 36:16 76:4
claims 130:20
  203:11
clarify 13:21
  161:13
classroom 110:7
clean 213:10,14
  226:25 227:15
clear 34:20,22
  36:9 50:18
  61:21 81:21
  143:22 145:23
  146:14 162:6
  189:25 190:4
  208:19 225:10
  233:4 241:23
clearcut 160:2
  161:19 217:16
clearer 31:20
clearly 31:23
  49:8
cleavage 140:19
  143:20 156:21
  184:13 186:8,9

186:19
Cleveland 5:7
Clifton 204:17
close 118:13
  172:25 181:7
  219:12
closer 161:9
co-PI 117:15,17
Co-principal
  117:18
coach 146:16,20
coaching 146:22
cobalt 219:21
code 222:7
codes 220:15,16
  221:16,16,24
coesite 94:5
collage 160:7
collect 118:18
  128:4
collecting
  109:15
collection
  116:25 208:4
collision 93:22
  172:7
collisional 28:23
colloquy 223:13
color 54:8 70:16
  70:17 168:24
  179:23
colored 54:7
  55:22 57:6
  70:15 220:19
column 80:24
  82:18,20,23
  83:1,9 192:2
combinations
  187:6
combine 181:18
come 39:18
  49:19 73:23
  94:18 115:24
  141:19 143:1
  159:23 176:4
  177:14 185:21
  231:20,24

comes 99:12
  103:6 159:14
comfortably
  197:8
coming 17:20
  29:7 117:14
  121:13 183:22
  183:24 185:25
  191:6
comment 145:4
  220:8
Commerce 3:17
commission
  97:6 246:17
commitment
  85:21
common 22:1
  66:6 164:16
  189:9 196:5
  197:15 234:8
commonly
  65:15 190:11
communicated
  148:2,22
communicatio...
  86:10 144:12
companies
  151:5
company 33:20
  199:3
compare 129:13
compared 24:18
  46:8,11 182:1
comparison
  54:10 168:25
compilation
  24:16 30:9,11
  38:21 39:11
  226:8
compile 36:8
compiled 140:5
compiling 26:25
  27:5 28:14
  38:17
complete 18:23
  38:14 42:6
  240:3,10

completed 38:20
completely
  229:18
complex 28:22
  93:10 98:20
  99:3
complicated
  23:17 172:4
component
  78:15 195:11
components
  181:12,18,20
  181:24 191:20
composition
  34:12 45:20
  90:23 91:15,23
  124:12 161:8,9
  165:15 173:21
  180:15 181:6
  184:25 187:8
compositional
  67:17
compositions
  125:25
computer 49:4
  50:22
concentrated
  230:2
concentration
  104:25
concentrations
  104:5 106:9
  220:6
concept 182:15
concern 41:8
  175:14,21
  202:7 203:18
concerned 61:18
  125:18 198:17
  203:21 204:22
concluded
  242:22
conclusions
  100:25 144:4
  171:17
condition
  229:22

conditions 34:13
  45:22 46:3
  65:8,18 66:4
  103:15 123:8
  126:5,17
  153:13 160:22
  161:3,15,24
  162:3 187:5
  188:1,11,14,24
  190:9,25
  191:23 192:11
  192:18 193:1,7
  193:23 194:5
  194:12 196:25
  205:24 221:13
  234:1,24
conducted
  112:23 115:7
  127:6 133:17
  133:20 136:24
  137:5,16,19
  138:3
conducting
  202:8
confer 70:14
  215:5
conferences
  116:7
conferred 39:23
conferring
  139:14 177:22
confirm 40:13
  125:15 222:2
  224:18 225:8
  225:21 226:15
  226:17
confirmed 40:1
  212:13
confused 50:13
  180:10
confusion 20:22
conjunction
  61:10
connecting
  196:3
consensus
  172:14

consider 12:8
  77:24 107:11
  145:13 153:25
  175:16,19
  176:12 181:12
  199:4,18
  241:14
considered 12:1
  178:19 230:10
considering
  31:1
consistent 203:7
  204:24 206:11
constantly 73:20
constituency
  216:4
constituent
  130:12,20
constitute 198:8
  223:17
constraint
  172:16
construction
  102:18
consultancy
  144:9,13,14
consulted
  132:18 133:8
consulting 85:6
  106:18 107:5,9
  107:10 142:15
  149:24
contact 168:21
  206:20
contacting
  210:23
contacts 206:22
contain 20:24
  21:3 59:24
contained 6:19
  16:6 17:8
  50:11 127:11
  217:6
containing
  91:19
contains 19:5
  20:8 154:12

201:25 210:19
229:16
**contaminants**
138:13
**contamination**
32:2 34:25
35:13 36:12
**content** 229:25
230:3,4 231:4
**context** 32:24
36:3 60:6
111:1,2,3
112:9,10,24
114:18,19
115:6 116:5
140:13 198:9
211:11 240:4
**continent**
167:13
**continent's**
193:12
**continental**
93:22,24 95:7
99:11 110:10
192:14 233:22
234:9
**continue** 195:16
**continued** 4:1
5:1 7:1 8:1 9:1
10:1 148:16
**continues**
195:17
**continuous**
82:14
**continuum**
66:17
**contour** 47:24
**contrary** 73:24
**contrast** 108:2
**contribute**
232:7
**contributed**
56:16 232:3
**contributing**
232:17
**control** 44:24
243:24

**controlled** 34:11
41:10 103:14
**conversation**
140:7,9,14
142:3,8,11
**conversations**
141:11 147:18
147:21
**convinces** 206:8
**Cook** 124:19
155:7 157:6
158:1 235:16
**Cooper** 143:2,3
**coordinates**
39:19 95:5
123:22 175:1,2
**copies** 241:4
**copy** 70:17
131:19 150:9
213:10 227:15
243:11
**core** 9:10 44:21
45:11 46:11
64:16,19 93:9
100:12 126:10
132:21 136:6,9
199:2 210:17
216:4
**cores** 135:7,10
135:17,23,25
204:15
**Corners** 178:14
179:4,10
**correct** 16:24,25
25:18 27:4
39:13 46:20
49:8 61:25
72:12,13 77:7
82:23,24 86:1
89:3,7 96:10
96:22 98:2
109:5 130:13
132:1 133:16
138:8 139:3
141:16 150:9
155:8 162:10
167:5 179:20

184:17 186:8
190:10 199:24
230:6 231:1,6
231:25 235:17
237:6,15
240:18 243:11
246:4
**corrections**
244:3,5 246:6
**correctly** 55:11
110:13 155:3
188:23 201:15
204:18 210:24
**correlate** 170:2
**correspond** 21:4
23:9 24:7
53:17 55:16
62:17 69:17
**Corresponden...**
9:5,8 210:17
**corresponds**
72:10
**cosmetic** 76:24
117:4 137:13
150:22 151:16
152:5 153:20
160:23 203:12
203:16
**coterminous**
234:13
**counsel** 11:11
14:3,7 18:7
19:17 37:25
50:9 51:1
77:11 86:10
88:12 107:4
131:19 139:14
169:23 177:22
223:13,13,16
223:25
**count** 12:3
**Counties** 8:11
8:17 71:8
**counting** 209:17
**country** 168:21
222:5
**County** 6:24 7:7

7:12,24 8:6
51:9 62:20
69:20
**couple** 13:11
83:21 109:8
148:13 210:22
222:22 224:10
238:19 241:19
**coupled** 105:12
111:8 151:19
191:19
**course** 13:20
14:23 58:25
124:13,18
200:6
**courses** 110:5
**court** 1:1 2:15
11:13 12:11
52:9 146:10
244:15
**cover** 15:6 41:8
242:12
**create** 40:9
234:1
**created** 47:14
50:21 78:13
81:17,18 82:1
144:14
**creating** 28:15
**creation** 191:1
193:1 197:21
**criteria** 209:17
209:24
**criterion** 210:3
211:9,10
**critical** 28:16
76:17
**criticism** 155:25
**criticisms**
179:11
**criticizing**
158:19
**cross** 7:9 100:10
123:24 190:12
195:5,22
222:20
**CROSS-EXA...**

238:15
**crosscuts** 67:12
**CROW** 3:15
**crushing** 186:18
**crust** 192:8,15
233:23 234:6,9
**crystallization**
68:2
**crystallograp...**
65:25
**crystals** 107:24
202:25
**CSR** 243:18
**cumulative**
126:23
**curious** 140:3
142:23
**current** 88:16
**currently** 99:20
**curriculum**
240:14
**curve** 187:13,19
**curved** 208:21
**customer**
203:20
**cut** 25:13 100:15
120:1,10,18
122:7
**cutoff** 210:3
**cutoffs** 209:18
**cuts** 121:19
**CV** 88:12,16,18
101:17 106:17
**Cyprus** 9:6
201:13,16
203:11,17,18
203:21 204:16
**CZU** 222:4

——————
**D**
**D** 3:5 11:1
**D-A-L-L** 26:4,6
**D-O-L-L** 26:7,8
**D.C** 4:22
**Dabie** 93:3
**Dallas** 3:10 13:6
**Darby** 22:16

141:15
dark 168:25
dashed 187:19
data 7:4 12:19
  30:9,12 32:23
  33:15,19 63:4
  63:6 78:24
  110:9,16 111:6
  129:17,19
  140:4,17
  142:12 143:5,8
  143:11,20
  144:1 145:6,8
  145:16,19
  146:3,7 154:24
  156:14,24
  157:9,10
  158:14 159:13
  177:14 180:15
  182:4 198:22
  199:13 238:3
database 9:17
  39:9
dataset 144:1
datasets 143:8
date 11:5 23:24
  30:8 90:16
  94:16 96:4
  101:25 105:23
  110:20 243:15
  244:7 246:11
dated 9:5,8
  16:16 111:1
  201:12 215:15
dates 14:9,19
  39:5
dating 89:18,21
  91:20 92:19
  94:22 95:21
  96:18 98:10
  99:15 101:1
  102:17 104:24
  105:25 122:24
  123:2
Daubert 6:13
  17:3 19:11
daughter 90:7

David 5:11 11:4
day 13:20 15:5
  40:18 69:15
  246:16
day-to-day
  33:21
days 18:14
  244:12
dead 75:11
deal 34:15
deals 84:12
decades 58:8,9
  127:25
decay 90:2
decide 146:11
deduce 176:4
deemed 244:15
deep 50:6
  192:14,14
deepest 44:20
default 233:11
  233:15
defect-free
  211:15
DEFENDANTS
  4:3
Defendants'
  6:18 16:5 17:7
defense 223:13
  223:16
define 21:21
  60:21 113:18
  207:11
defined 67:16,17
definitely
  113:21 227:6
definition
  185:13 203:8
definitions
  151:16
deform 191:14
deformation
  61:14 64:11,22
  65:4,10,14
  66:2,3,6,18
  67:15 89:15,19
  92:16 94:15

111:8 119:10
122:21 126:12
167:18 189:6
192:17
deformations
  120:16
deformed 65:11
  65:12,13
deforming
  65:25 66:7
  161:4
degree 65:21
  89:5
degrees 45:24
  46:5 65:22
  151:24 168:12
  172:22,22,25
  187:19 190:22
Del 174:8
delineate 221:11
Demo 242:13
demonstrate
  161:11 172:13
demonstrated
  162:15,16
demonstrating
  195:15
demonstrative
  10:7,8 15:3
  121:9 131:18
  180:4 238:21
  239:2,5,10,23
  240:17 241:25
  242:2
department
  9:22 107:22
  117:7,9,19
  122:6 141:20
  147:25 148:13
depending
  181:23 195:14
  205:5 209:16
depends 31:5
  32:16 33:7,7
  33:24 64:10
  65:17,23 67:23
  68:18 91:22

99:2 105:7
109:16 110:18
111:10 118:21
119:6,17 120:7
123:9,16
155:20 218:20
234:10
deponent 11:10
  246:1
deposed 13:8
deposing 244:12
deposit 31:10
  152:3,12
  229:18
deposition 1:15
  2:1 6:11,16,20
  7:3 8:3 9:3,14
  10:3 11:7
  12:10 13:5
  14:2,24 15:10
  15:11 16:3,7
  16:15 17:9,18
  17:20 18:2,4,6
  18:12 21:14,15
  22:4,5 36:10
  139:18 141:5
  145:10 218:14
  242:19,21
  244:2,10,13,14
depositions
  76:15
deposits 32:3
  124:10,15
  138:18 150:22
  151:25 153:3
  153:19,20
  154:1 163:10
  172:1 175:14
  175:21 184:16
  202:1 204:13
  204:17 206:20
  222:10
depth 94:1
  192:1 218:13
depths 94:1,17
derived 59:8
  153:21 158:9

160:23 166:5
166:15 184:11
184:14 204:10
describe 52:9
  89:20 90:5
  93:16 101:5
  107:15 118:17
  118:20 125:1
  166:23 168:15
  171:25 188:14
  205:5 212:3
  233:3
described 78:17
  99:25 112:2
  126:24 127:5
  132:2 166:2,8
  175:7 193:10
  197:14 204:24
  221:5,19 234:2
describes
  107:21 207:8
  230:12 232:11
describing
  126:7 127:21
  163:12 196:15
  199:15
description
  39:22 56:22
  57:5,8,10,15
  127:14,18
  171:20 188:11
  203:6 206:11
  217:1
descriptions
  39:20 52:18
  56:13,24 57:16
  66:14 78:14
  80:13,22
  129:18 164:1,6
  166:13 167:2
  212:10
design 102:18
designated
  58:20
designed 117:22
  132:15,21,24
  133:2,5 138:15

**desired** 185:24
**detail** 22:21 26:2
  30:3,4,24
  32:13 34:1,18
  38:24 43:5
  51:6 74:2
  86:13 119:5
  125:11 129:12
  142:1 158:6
  166:2,10
  204:24 220:13
  232:12
**detailed** 24:19
  24:21 29:24
  39:23 42:20
  63:16 75:10
  99:4 100:24
  104:2 129:5,17
  203:6 212:10
**details** 30:7 54:9
  65:23 69:1
  74:11 76:9
  86:4 126:11
  142:7 147:10
  149:23 157:12
  157:13 167:24
  170:11 176:7
  211:18 219:17
  220:7 238:4
**detector** 106:5
**detectors** 103:24
**determination**
  230:1
**determine** 27:16
  58:15,21 86:21
  90:8 104:7
  107:24 108:6
  127:10 161:18
  175:3 207:18
  208:12
**determining**
  25:1 27:7 36:7
**detrimental**
  215:24 216:11
**developed** 50:21
  58:1 209:20
**development**

89:12
**devices** 102:6
**devil** 219:16
**devise** 193:22
  196:23 198:2
**Devonian** 57:14
**DG** 57:14
**diagram** 45:16
  180:5,9,10,21
  182:1 187:2
**diagrams**
  161:11 179:16
**differ** 89:23
  113:4 180:25
**difference**
  107:18
**differences**
  64:15 100:4
  124:22 126:9
  126:18
**different** 17:25
  27:8 35:25
  41:12 45:17
  48:13 57:6
  65:8 67:3 70:8
  77:17 78:16
  80:24 83:16
  85:21 89:23
  92:15 94:13,14
  97:7 99:16
  100:2 104:5,14
  105:23 106:5
  107:25 108:9
  108:10,11
  109:21 125:25
  126:1,2,3
  129:7,14
  143:10 157:20
  160:21,24
  161:15 162:2,3
  165:15,15
  167:12,13,13
  168:1,17
  172:12 181:13
  181:24,25
  187:3 189:12
  191:2,2 202:19

202:19 212:6
  220:18,19,20
  220:21 221:16
  226:17
**differentiate**
  139:6
**differently**
  171:21
**differs** 127:5
**difficult** 23:6
  192:25 220:14
**diffused** 230:24
**diffusion** 161:6
  230:13,18
**dig** 22:2 125:12
  125:24 170:25
  225:8
**digital** 7:14,18
  54:6 55:18
  74:17
**dikes** 57:15
  210:22
**dioxide** 161:16
  232:16
**direct** 13:1
  44:24 150:8
  171:20 203:9
  243:24
**directed** 11:24
**direction** 120:16
**directly** 43:18
  172:1 226:4
  229:7 236:20
**disagreement**
  194:2
**discern** 205:14
**disclosed** 12:7
  145:24
**discount** 75:12
**discuss** 141:24
**discussed**
  125:10 139:20
**discussing** 50:9
  50:10 109:3
  137:22 162:9
**discussion** 9:19
  139:16 158:3

201:25 227:20
  227:23
**discussions**
  116:6 140:14
**dismantling**
  243:12
**displacement**
  63:22,23
**dissertation**
  92:24 93:17
**dissertations**
  115:12
**distance** 65:6
**distances** 29:2
**distinct** 78:3
  206:10
**distinction**
  143:23 151:2
  152:19 153:16
  158:16,22
**distinctions**
  151:22
**distinctly** 212:6
**distinguish**
  40:21 156:13
**distribution**
  28:18 30:16
  35:25 220:7,21
**distributions**
  140:5 142:21
**DISTRICT** 1:1
  1:2
**dive** 176:6
**Dobby** 93:4,5
**Doctor** 37:6
  139:13
**doctoral** 89:5,9
  92:3,24
**document** 1:11
  6:19 9:4,16,19
  9:23 10:4 16:6
  16:10,18 17:8
  17:14 19:15
  20:7,8 62:14
  69:10 81:7
  94:13 109:23
  119:8 142:18

169:14,24
  174:15 178:23
  179:5 201:6,10
  201:19,25
  209:14 210:11
  210:15 214:13
  225:11 227:2
  231:13 236:24
  239:20 240:7
  240:19
**documentation**
  161:24
**documented**
  60:7 118:22
  143:21 160:10
  160:17 162:1
  165:8 166:22
  194:14 195:5
  198:19 199:2
  220:4 222:15
  234:25
**documenting**
  95:17
**documents** 9:11
  9:13 14:25
  15:1,20 17:22
  18:3,6,11,20
  21:22 40:5
  62:3,10 147:4
  149:24 166:9
  166:22 169:17
  170:5 171:6
  174:21,25
  214:17 222:23
  223:16 224:10
  225:3 241:7,12
  241:13
**doing** 48:15
  76:17 80:19
  102:9 142:15
  142:15 199:21
  241:5 244:6
**Doll** 23:21 25:7
  26:1,6 28:21
  44:8 47:2,19
  47:22,22 48:1
  48:3,6,16

176:11,11,13
177:3,6
**dolomite** 229:8
230:17,20
**dolomitic**
167:14 168:8
**domains** 168:23
**dome** 25:11,17
26:13,18 28:1
43:17,20 44:1
44:5,10,12,15
44:21 45:11
46:8,12 48:24
49:9 63:11,19
64:5,13,17,19
66:11 70:10,19
71:23 98:19
99:18,22,23
100:20 101:4,5
101:10 126:8
129:3 198:21
**dominantly**
195:4
**dominated**
44:15 164:25
**dominating**
181:21
**Dover** 180:17
185:6
**download**
224:25 225:14
226:10
**Dr** 10:9 11:23
12:2 13:3,8
15:2 16:9,11
17:7 19:4 23:1
50:3 52:25
55:16 56:25
69:16 71:4
72:9 87:3 88:7
88:8 108:19
118:12,13
132:12 139:21
139:23 140:20
141:6,8,15,17
142:12,19
145:7,8 147:15

147:24 148:25
149:14,15,16
150:1 155:7,7
155:11,14,18
155:25 157:6,7
200:17,18
201:8 210:8,14
210:19 214:5
220:12 223:11
224:1,10
226:13 228:4
235:15 242:10
**dramatic** 29:1
**draw** 221:11
**drawers** 208:3
**drawing** 158:15
**drawn** 218:4
**drew** 144:16
**drill** 32:4 105:22
106:12 132:21
135:7,10
**drilled** 74:23
**Drilling** 9:10
210:18
**drills** 104:16
**DRINKER** 4:6
**drinking** 200:7
**drive** 128:3
**driven** 31:6,16
127:23
**drives** 111:13
**driving** 130:7,8
**drop** 49:16
**Drs** 124:19
235:16
**Duces** 6:17,21
16:4,8,16
17:10
**ductile** 66:1,17
167:17 192:17
**ductilely** 161:4
**duly** 11:16 243:6
**Dyar** 22:16
141:15,17

_____
**E**
_____
**E** 3:1,1 6:1,9 7:1

8:1 9:1 10:1
11:1,1 245:2
**e-mail** 148:22
170:21
**earlier** 79:7 99:8
125:10 138:22
139:17 148:3
193:12 228:7
239:21 241:7
**early** 36:9 73:3
82:9 93:23
94:9 172:2
**earth** 23:13
24:16 25:5
39:8 48:11,14
51:22 52:7
113:10
**earth's** 59:8
192:8
**ease** 40:19 41:25
**easiest** 170:24
**easily** 40:21
**East** 204:15
**east-west** 101:14
**eastern** 93:8
99:21 100:5,9
**economic** 154:9
**economically**
154:7
**EDAX** 103:25
**edge** 93:24
**EDS** 103:25
156:12,14,24
**educational**
38:15
**effect** 181:15
**effort** 34:16
**efforts** 124:1
**eight** 148:20
**either** 12:11
78:17 106:12
173:9 192:6
195:18 196:3
237:3
**electron** 97:15
103:20,22
105:3 106:4

117:8,12
137:17 138:4
**electronic**
170:20
**element** 185:3
**elemental** 104:2
**elements** 56:19
67:16 89:22
97:16 104:5
107:25 119:9
161:6 167:23
172:12 220:4
230:13
**Ellis** 5:5 83:21
83:24 84:23,25
85:10 86:1
143:4
**ELMO** 215:1
**elongate** 44:9
46:12 202:10
**elongated** 110:1
**embedded**
172:20
**EMMEL** 3:14
**emphasis** 89:9
**emphasized**
150:21
**employ** 112:21
**employed** 125:2
127:5
**empty** 97:5
**encompass** 82:7
187:25
**encompassed**
185:18
**encountered**
206:20
**ends** 75:11
242:18
**energy** 105:21
**engage** 182:13
**engaged** 146:15
**engagement**
146:8
**England** 225:4
226:5
**English** 169:21

170:9 227:4
228:6
**enjoying** 103:3
**enlisted** 102:4
**ensure** 203:13
**enter** 239:6
**entire** 21:18
22:8 178:22
**entirely** 113:7
**entitled** 6:22 7:4
7:9,14,18,22
8:4,8,14,20
9:16,19,23
10:4 145:10
**entries** 51:7
**entry** 51:13
55:17 62:17
71:5 101:20
106:17
**envelope** 103:1
103:2
**environmental**
89:5
**environments**
66:7
**epidote-amph...**
188:8
**episode** 167:16
**equal** 47:24
**equate** 217:2
**equates** 204:6
**equation** 91:3
**equilibrium**
187:7
**erased** 161:22
163:11
**Eric** 171:1
**Ern** 178:2
**errata** 225:19
226:18 244:4,6
244:9,11 246:8
**especially** 52:16
160:9
**ESQUIRE** 3:4,6
3:13,14,21 4:4
4:5,12,19 5:4
**essential** 185:3

Laura Webb, Ph.D.

establish 39:14
et 23:18,21
   24:17 25:7
   26:16 27:12
   42:15 44:8
   48:1,25 51:25
   54:17 66:20
   74:4 75:25
   80:6 115:6
   117:1 121:22
   123:19 134:22
   140:6 149:25
   159:5 166:4
   171:8,8,8,9,12
   173:25 174:6,7
   176:3 177:10
   221:1,9
evaluate 33:15
Evans 187:14,20
event 44:18
   61:20 160:2,18
   161:2 172:7,23
   221:13
events 35:22
   60:17 99:6,16
   101:11 159:19
   181:5
everybody
   194:1
evidence 36:15
   162:7,12,15
   163:21,24
   172:21 175:11
   193:24 194:15
   196:14 198:6,8
   199:4,11,21,25
   200:19,19
   202:6
evolution 36:4
   108:16 110:3
   158:7 166:4
evolve 110:11
exact 27:7,17
   39:5 76:16
   236:7
exactly 29:3
   97:12

examination 6:2
   13:1 241:21
   243:8
examinations
   122:3
examine 207:17
examined 11:17
   116:14,17
examining
   112:9 117:4
example 24:14
   27:11,15 28:10
   30:21 32:20
   39:21 40:3
   42:13 44:25
   45:15 57:13
   59:13,19 74:4
   74:16 91:11
   105:25 106:10
   107:22 109:24
   110:2 116:1
   119:2 124:22
   128:20 156:10
   175:2 187:4
   193:18 194:17
   202:24
examples 59:11
   91:8
Excel 79:18
   82:15 143:10
   225:14
exception
   223:19
Excerpt 8:20
exchange
   167:22 173:18
excimer 105:19
exclude 132:4
   205:17 206:3
   211:22
exclusively
   123:3,4
excuse 20:1
   41:18 48:7
   56:4 89:17
   143:13 183:16
   183:16 231:8

executive
   154:13,20
exhausted 87:3
exhibit 15:21,23
   16:2,2,5,14
   17:2,7 19:3
   23:1,2 38:18
   50:5,11 53:12
   55:9,10,12
   62:10,11,14,16
   62:17 68:22
   69:5,7,16
   70:23 71:1
   72:3,6,9 78:7
   108:19,20
   131:21 150:9
   169:3,11,14
   174:15 200:24
   201:3,10 210:7
   210:9,14
   212:22 214:5,8
   214:9,10,13
   220:11 223:23
   224:9,13,21
   227:1 228:1,5
   236:9 238:5,10
   238:25 240:8
   241:8,8,8,24
   242:6
Exhibits 6:11
   7:3 8:3 9:3
   10:3 53:2,16
   71:4
exhumation
   92:25 93:20
   94:16
exist 162:22
   193:1
existed 39:4
   177:9
existing 111:12
   118:23 228:17
   230:9
exists 31:18
expect 45:19
   61:19 184:23
   185:1 194:13

   235:2
experience
   31:22 33:21
   38:15 66:15
   88:10 99:19
   103:19 106:18
   107:6,9 156:10
   239:25 240:12
experienced
   125:24 221:12
experiments
   116:2
expert 6:12
   13:22 17:2
   19:10 21:17,25
   22:7,16 107:23
   113:8 139:18
   140:21 141:5
   141:14 147:14
   149:16,21
   150:10 152:20
   156:17 240:6
expertise 85:17
   89:12 101:18
   107:14,17
   109:4 152:19
   190:16 207:21
   208:14
experts 157:7
experts' 154:23
   155:6
expires 246:17
explain 45:14
   64:4 150:24
explanation
   124:9 194:19
exploration
   143:14
explore 142:24
explores 166:10
exploring
   143:10
exposed 43:19
   234:15
exposure 118:25
   120:25 121:1,5
   121:6,18

exposures
   100:10 204:15
expressed 73:25
extend 189:2
extending
   210:22
extensive 125:8
extent 144:8
   145:18
external 229:19
extracted
   152:13
extraction 33:22
   102:19 151:8
extrapolate
   211:19
extreme 61:14
   151:24 181:5
extremely
   162:25 163:6
   180:13
eyeball 144:21
eyelash 144:21
   152:22

               F
F 4:21
fabric 67:12,22
   120:9
fabrics 94:15
face 216:15
   217:7
facies 44:23
   45:18 46:3
   168:10 187:4,5
   188:8,18 189:3
facility 122:7
fact 47:15 66:9
   211:22
factor 77:19
faculty 107:22
fail 154:23
   244:14
failed 107:4
   157:8
failing 146:5
fair 29:16 32:3

33:4,11 41:21
46:24 50:23
91:18,20 95:25
112:1 127:14
134:16 152:2
153:5 159:1
190:5 201:24
206:15 224:3,4
228:15
**fall** 97:24 152:14
**familiar** 13:23
17:13 148:1
173:3 178:3
207:3 218:8
222:8 236:1
**fans** 184:3
**far** 38:19 42:7
77:17 130:4
161:17 223:21
223:22
**FARIES** 3:21
**farthest** 98:19
**fashion** 161:19
197:22
**fast** 94:18
103:12
**fault** 63:19,20
63:21 64:2
65:16,19 66:10
95:3 99:9,13
120:21 202:23
**faulting** 64:20
122:21
**faults** 30:18
68:16 167:18
**favor** 188:25
**favorable**
192:19 193:16
**favoring** 188:12
**Fe** 83:10
**feature** 67:12
119:24
**features** 66:14
**February** 10:6
**fee** 85:7
**feed** 237:9
**feeds** 43:23

**feel** 34:5 128:2
129:23 207:10
217:24 219:8
**Fellowship**
148:9,20
**felt** 32:25 76:6
129:25
**fiber** 205:6
222:20
**fiber's** 204:2
**fibers** 190:12,12
191:17 195:6
195:23,24
202:24 206:12
208:12 222:9,9
222:12
**fibre** 203:16
**fibres** 203:12
**fibrils** 156:22
195:13,21
196:2 207:23
207:24 208:20
211:13
**fibrous** 9:25
163:21,25
164:15 165:2,6
202:3,9,13,18
202:22 203:22
203:23 204:13
205:6 206:12
210:20 211:3
211:19 212:3
**field** 31:24 67:10
109:14,22
111:9 112:10
118:18 119:25
127:22 128:4
133:17,20
198:23 206:9
**field-based**
109:11,12
111:16 112:3,8
112:17 127:7
**fifth** 26:10 71:5
204:20 234:8
**fight** 19:7
**fights** 192:5

**figure** 12:22
21:1 45:16
47:16 54:14
79:16 94:23
166:5 175:4,7
179:15 180:3
183:7 186:25
187:1 188:11
189:13 190:18
220:14 222:24
224:11
**figured** 12:12
**file** 21:7 51:10
79:18 82:15
225:14
**files** 17:21 50:12
51:1,21 71:14
**Fill** 149:6
**filled** 97:15
195:9
**filling** 66:19
68:5 195:2
198:13
**final** 83:1
**finally** 242:10
**find** 39:24 73:5
79:14 90:25
121:17 170:15
170:20 174:16
178:7 182:6
200:1 216:24
227:10,14
**finding** 31:17
56:11 68:24
92:18 183:19
**findings** 139:21
164:7 216:4
**fine** 25:14 32:13
41:4,7,22 42:1
50:15 87:19
144:25 146:12
169:8 239:8
**finer** 30:6
**finished** 164:2
**finite** 29:24 32:4
**firmly** 188:6
**firms** 106:19

**first** 11:16 15:9
15:21 19:4,4
20:12 23:19,23
24:15 25:12,16
26:3 27:1,11
38:23 43:6
51:6 73:1
74:20 80:23
81:7,9 82:18
82:20 94:9,17
97:4 101:12,20
109:10,10
115:24 125:13
155:5 175:10
214:18 215:9
220:15 223:12
224:16,19
**fissure** 66:23,25
**fissures** 65:15
66:5,10
**fit** 112:6 132:4
**fits** 181:8
**five** 20:12 23:3
50:10 51:6
117:20 178:14
179:4,10
**flank** 64:17
**flat** 64:9
**flexibility**
211:14
**Flipping** 83:20
**fluid** 61:10
126:18 195:10
**fluids** 34:14
67:25 68:15
160:14 161:15
167:20 191:19
**FLW** 1:6
**focus** 58:25
89:14 97:2,7
98:6,15 122:25
128:8 165:10
213:4 214:16
**focused** 92:10
92:11,13,19,22
112:25 113:7
218:10

**focusing** 25:16
163:18,20
**folded** 35:23
44:20
**folder** 51:23
**folding** 101:7,10
101:14
**foliage** 100:17
**foliated** 67:14
**foliation** 67:20
120:9,10 121:7
**foliations**
109:25
**follow** 58:19
68:16 74:11
75:9 131:20
**follow-on**
162:19
**follow-up**
241:20
**following** 85:25
86:3 210:20
**follows** 11:17
**font** 178:6
**Fontane** 171:21
184:11 188:3,8
190:19 194:6
**football-shaped**
102:15
**fora** 116:7
**forces** 101:9
**foregoing** 243:4
243:21 246:3
**forget** 178:25
**forgive** 180:9
**form** 30:1 31:3
31:14 32:7,14
33:6,12,23
35:3 36:14
37:10 38:4
47:12 59:12,25
62:1 66:12
67:16 68:7,14
76:11,22 77:4
78:22 79:12
80:10,18 86:14
94:15 106:22

Laura Webb, Ph.D.

111:21 113:14
115:14 127:16
128:24 130:14
131:6 140:22
146:25 147:2,3
151:9 152:7,16
153:6 154:2
155:19 156:2
159:6 162:13
162:24 163:3
163:13,23
164:9,17,21
166:18 167:6
168:5 170:20
173:13 174:4
180:1 181:16
186:1,3 189:9
190:9 191:9
193:4,15,20
194:21 196:9
196:18 197:3
197:24 198:10
199:9,22
203:25 205:11
205:13,20
207:20 209:13
211:25 212:15
216:6,20 217:8
217:14,22
218:18 219:4
220:17 221:21
230:16 231:12
232:4,4 234:22
246:7
**formalize** 145:9
**format** 81:1
147:5
**formation** 99:25
104:8 108:15
113:15 117:24
166:7 170:7
174:22,24
188:12,25
192:12 194:3,6
197:15 229:15
229:21 232:8
232:18 241:15

**formations**
34:24 111:19
126:18
**formed** 46:10
60:11 61:8
67:24 99:8,9
153:13 159:25
161:21 165:14
166:15 172:1
172:15 173:9
176:8 188:2
190:22 193:11
194:18 232:23
234:25
**forming** 159:11
160:1,13 161:3
162:1 193:6
**forms** 44:17
67:24 160:3,16
160:19 162:4
165:5 194:11
**formula** 82:23
173:10 195:12
**forth** 243:5
**forward** 85:18
**fossil** 113:7
**found** 30:2 61:5
73:7 75:11
95:15 112:10
125:9 167:11
179:3 184:10
223:21 227:9
**four** 12:5 15:6
228:24
**fourth** 15:17
25:23 69:17
203:10 214:16
**fracture** 66:22
66:23 67:2,10
67:23 68:6
193:18 195:17
195:22,23
196:3
**fractures** 66:19
67:3,4,5,8
68:17 160:14
189:8 190:7,8

191:15 194:18
195:2,8,14,25
198:13
**fracturing** 61:10
**fragments**
140:19 143:20
156:21 184:13
186:8,10,19
**frame** 17:23
147:9
**frank** 127:4
**frankly** 224:12
**fresh** 118:24
120:25 121:17
**Friday** 1:18
14:10,16 19:2
**friendship**
148:17
**front** 102:22
**Frost** 4:4 6:4
11:24 12:13
30:1 31:3,14
32:7,14 33:6
33:12,23 35:3
35:7 36:14,21
37:10 38:4
41:2,11,22,25
47:12 49:21
53:3,8 56:4
59:12,25 62:1
66:12 68:7,14
70:16 72:4
76:11,22 77:4
78:22 79:15,19
80:10 84:13,17
86:14,20,23
87:8,17,21,24
93:13 106:22
108:22 111:21
115:14 118:3
127:16 128:24
130:14 131:6
140:22 144:5,7
145:12,25
146:5,12,18,22
147:2 150:4
151:9 152:7,16

153:6 154:2
155:19 156:2,5
156:7 159:6
162:13,24
163:3,13,23
164:9,17,21
166:18 167:6
168:5 169:6,8
170:13,15,19
170:24 171:3
174:4 178:10
181:16 182:19
182:22,24
183:3,10,15,18
183:23 184:1
186:3 189:11
189:24 190:1,1
190:3 191:9
192:23 193:4
193:20 194:21
196:9,18 197:3
197:24 198:10
199:5,9,22,25
200:9 203:25
205:20 207:20
208:13 209:5
209:13 211:25
212:15 213:13
213:16,19
216:6,20 217:8
217:14,22
218:18,25
219:4,14
220:17 221:21
223:20 224:3,7
225:21 226:16
227:2,6,10,13
227:17 231:12
234:22 236:11
236:14 238:14
238:16,21,24
239:8,14,16,19
241:17 242:5
242:16
**Frostbite** 28:4
42:13,16
129:23 134:23

**frozen** 122:17
**full** 22:17,19,22
**fully** 60:15
109:9 231:9
**fun** 150:6
**function** 30:5
43:1,24 45:21
90:22 91:14
94:5 119:10
173:11 187:7
**fundamentally**
90:1
**funded** 117:15
**further** 12:10
26:12 28:5
142:24 218:21
233:9 238:13
**future** 155:18

---
**G**
---

**G** 11:1 21:14,17
**Game** 184:2
**gap** 128:3,21
**gaps** 128:20
**garden** 212:20
**garnet** 105:9
**gas** 96:24 97:12
101:21
**gases** 97:15
**gathered** 223:25
**gathering** 70:6
**geez** 179:17
**general** 6:13
17:3 19:10
21:8 29:23
35:5 38:15
40:2 41:3,23
61:17 65:24
68:10 70:7
73:10 76:13
85:6 98:8
115:21 116:21
118:16 125:1
142:3,15 147:9
149:20 156:12
156:23 181:2
182:10 187:3

Laura Webb, Ph.D.

187:25 188:5
190:16 202:10
204:21 211:4
219:7 222:4
**generalizations**
157:16,17
**generally** 26:1
34:23 61:9
71:18 84:7,9
85:5 90:12
91:14 93:16
98:21,22
103:24 105:19
108:4 111:13
113:20 115:19
116:18 118:19
118:20 119:11
123:22 134:9
173:4 188:12
189:16 190:13
191:15,23
198:13 211:13
216:23 234:9
**generated** 51:21
**generating**
51:24 112:15
166:11 229:17
**genesis** 9:20
168:2
**Geneva** 96:9
**geochemical**
151:19
**geochemistry**
156:11
**geochronology**
110:5 122:23
123:6
**geographic** 95:5
98:16 175:2
**Geographical**
23:13
**geologic** 6:23
7:5,10,15,19
7:22 8:4,8,14
23:11 24:14
27:8 28:18,24
30:16,17 32:21

43:17 44:6
51:8 54:2
55:19 62:19
63:21 69:19
71:7 99:3,5
108:17 117:23
134:8,18,24
160:24 170:6
192:18 196:20
**geological** 51:10
53:17 89:5
241:15
**geologically**
78:3
**geologist** 29:17
109:11,12
113:5,16,19,20
113:21 127:7
177:25 237:13
237:14
**geologists** 45:17
58:4,5 113:6
127:25 163:4
**geology** 27:18
28:21 29:15
31:1 35:20
66:25 88:25
94:21 98:9
108:14 113:9,9
113:25 114:1
157:13 158:25
159:19 163:14
165:19,22
166:13 167:8
167:10,11,25
175:3,6 176:7
178:1 182:23
184:7 194:14
196:21,21
197:18 241:14
**GeoRef** 174:18
**georeferencing**
48:8
**getting** 112:7
121:14 123:1
221:14 231:19
239:11

**give** 16:22 27:11
28:23 32:18
59:10,13
112:19 124:2
131:19 141:19
168:24 194:4
202:7 211:18
239:17
**given** 38:14 87:6
196:20,20
197:17 211:21
246:5
**gives** 75:14
225:6
**glass** 149:7
212:25 213:8
**glasses** 213:9,22
**gneisses** 173:16
**go** 13:16 15:4,7
16:9 23:1,2
49:20 51:6
55:1 70:23
74:7 87:5
118:17,19
127:8,22 128:4
130:23 131:1
131:12,13,13
142:6 156:18
177:1 182:16
200:22 220:11
223:4 224:24
225:14 235:7
237:19,25
239:18
**goes** 229:15,24
**going** 11:24 12:9
15:2,20 25:9
34:4 40:19
49:22,22 51:4
52:25 53:3,8
62:9 65:10
69:5 70:25
77:23 84:13
86:8 87:8,11
87:12,14 88:1
88:8,8 93:11
93:13 95:9

111:15 118:6
124:3 131:17
132:9 142:11
144:5,7,11,15
149:8 156:18
161:5 171:20
183:15 184:5
188:22 189:11
200:9,11 201:2
213:2,4,19,24
219:2 222:17
223:5 227:21
229:5 232:15
235:9 238:18
238:19 239:4
239:12,14,16
240:15,20
241:1 242:20
**Golkow** 11:5
**good** 13:3 22:9
32:23 33:2,10
33:14 34:15
100:10,23
110:23 118:12
131:25 149:2
183:2 190:24
**Google** 23:13
24:15 25:5
39:8 48:11,13
51:22 52:7
174:18
**gory** 129:12
**Gosen** 73:12
74:4,10,17,18
75:13 76:5
176:2 179:5
224:20
**Gosen's** 178:24
**gotten** 173:12
**Gouveneur**
237:8
**GPA** 190:23
**GPS** 39:19
123:22
**grade** 43:24
45:5,11 47:24
150:22 151:16

152:3 153:21
**grades** 28:20
29:2 35:25
43:18 45:3,13
48:19 61:9
100:3 165:16
**gradient** 64:22
64:25 65:2,4
65:10,20
**graduate** 115:8
**graduated** 88:20
**Grafton** 42:17
44:25 45:5,23
129:9
**grain** 104:19
105:23
**granite** 57:16
**grant** 117:15,20
**granulite** 44:23
**graphical** 23:3
82:3
**graphs** 145:5
**gray** 187:3
**great** 16:13
83:18 118:5
142:1 185:2
201:18 203:18
224:6 242:16
**greater** 68:12
113:22
**Greco** 174:8
**green** 98:22,25
100:17 187:23
212:18
**greenschist** 46:2
168:10 187:4
188:7
**grey** 206:22
**grinding** 186:18
**gritty** 217:10
**ground** 119:16
119:19 120:4
**grow** 116:3
186:13 191:21
195:16,20
**growing** 191:18
195:22

growth 186:14
191:16 205:1
211:12
grunerite 60:25
GS 221:2
Guangxi 9:21
157:24 165:11
166:6,17
184:12 188:4,6
190:19
guarantee 183:4
guaranteed
90:25
guess 26:20
32:23 33:13
48:21 50:13
98:18 119:17
130:6 146:5
147:9 151:1
152:25 156:23
158:17 166:25
176:1 185:15
186:16 190:20
218:19 226:2
226:14 240:16
Guinea 97:8,10
98:11 116:24
Gunter 115:25
148:3,7 149:16

**H**

H 6:9 7:1 8:1 9:1
10:1
habit 186:14
191:17 203:7
204:25 205:1
206:12 211:9
211:12 212:5
217:18
half 70:10,19
87:12
Hamm 9:9 28:4
42:4 46:1
49:11 129:11
131:9 210:17
hammer 119:22
Hammondsville

27:25 42:4
45:4,8,25 46:1
49:12 63:13
64:18 68:25
77:21 78:2
129:11 131:7
204:17
hand 15:20
52:25 55:8
62:9 69:5
90:15 108:18
110:19 169:2
201:2 208:1
209:21 214:6
224:16 239:4
handed 72:9
228:4
hands 208:3
handy 176:15
212:25
happen 13:19
100:10 193:23
197:7 227:17
happy 13:21
199:16
hard 150:5
Hardy 27:1
83:22 84:25
85:3
Hayrhan 93:9
head 16:21
209:9 220:5
238:4
headings 80:21
health 76:1
209:12
hear 37:19
146:19
heard 46:16
150:20 194:24
207:5,9
Hearing 6:14
17:3 19:11
heavily 112:15
heavy 218:23
held 2:1 208:2
227:20,23

helium 97:14
hell 134:14
Hello 223:11
help 69:9 80:2
213:2
helped 36:2 97:5
helping 112:16
HERRINGT...
4:13
hidden 170:11
high 45:10 46:14
64:6,7 88:20
92:25,25 93:20
93:20 94:6,9
105:21 124:10
150:21 152:3
152:10 153:3
153:18,25
154:5 173:5,19
189:16 211:14
high-pressure
94:5
higher 31:12
45:10 64:15
66:4 103:24,24
106:9 161:3
172:24,25
191:24 192:13
194:8,9
highest 44:21,22
highly 67:13
176:5 197:20
hillside 112:5
hinge 77:25
histories 29:4
126:12 184:9
history 43:25
91:24 99:3,8
108:11 119:10
125:23 126:23
129:3 159:18
167:14 172:2,4
hit 87:2
hold 12:9
holds 181:3
hole 104:17
132:24

honest 54:12
honestly 145:1
honorary
148:10
hopefully 50:18
124:4 183:23
208:2 224:1
hoping 118:17
horizon 173:9
hornfels 188:18
189:15,20
191:23
host 204:11
222:5
hot 65:24 173:12
HOTEL 2:4
hour 85:8,11
87:12
hours 130:6
hundred 58:3
99:10 198:15
hundreds 172:5
hurt 217:9
hypothetical
193:22 196:24
197:4,25

**I**

i.e 187:6
ID 108:8
idea 76:7,15
84:11 121:2
ideal 92:2
identical 223:15
identification
15:25 53:13
55:13 62:12
69:8 71:2 72:7
108:21 114:13
122:14 131:23
169:12 200:25
210:10 212:23
224:14 228:2
236:10 238:6
242:7
identified 58:16
58:22 116:11

139:10 157:1
204:14 205:9
identifier 57:22
identifiers 57:25
58:1
identifies 53:7
identify 66:22
67:9 105:4
106:10,11
170:18
identifying
51:12
igneous 96:17
167:15 168:9
illustrate 182:8
182:15
image 23:13
83:6,12
images 51:23
156:21 211:6
imagine 76:7
163:9 198:11
imaging 106:2
Imerys 9:11
174:21,25
201:11 210:15
214:6,7,17
immediate
158:7
impact 35:24
72:24 126:19
211:15 237:5
237:24
impacted 56:8
68:22
imperative
244:10
implications
75:15,21 76:1
implies 175:23
important 29:22
33:18 63:15
121:14
impossible
162:22 163:2,5
imprecise
202:11 204:2

Laura Webb, Ph.D.

impression
  176:5 224:19
imputing 41:9
IMS 166:22
inaccurate
  80:15
inappropriate
  197:4,25
inches 210:23
incidences 52:20
incidental
  184:12,19
  185:15
include 154:7
  179:6 189:19
  226:4
included 42:10
  74:4 88:19
  125:16 134:6
  158:3
includes 76:14
including 14:4
  32:5 202:4
  203:22
inclusion 47:8
inconsistent
  238:3
inconvenience
  85:22
incorporation
  185:16 193:19
increased 85:11
increases 191:25
index 222:2
indexes 52:18
indicate 47:10
  202:12,15
  203:2
indicated
  215:20
indicates 154:15
  204:5
indicating 194:7
indication 61:22
  217:1
indications 61:6
individually

222:25 223:2
inductively
  105:12
industrial 151:7
  151:8 152:5
INDUSTRIES
  5:3
industry 107:9
  153:5
infiltration
  61:11
influence 159:20
influx 68:13
inform 43:13
  72:17 140:20
information
  26:25 27:6,13
  28:15 32:5,10
  32:25 33:5,5,8
  33:14 34:7,19
  36:8 37:2
  38:21 58:8
  59:4 73:19
  74:25 77:2,24
  80:2,8 104:6
  110:22 124:20
  128:3 130:1
  160:1 211:2,24
  222:6
informed 18:3
  18:10 52:11,23
  68:23 76:19
initially 113:13
  195:20
inquire 216:3
inquiry 71:20
inside 103:1
insinuate 37:6
insinuating
  145:19
inspected
  133:23 136:6,9
instance 33:20
  35:11 127:8
instances 150:19
  160:17 202:20
  222:19 235:1

instant 112:5
Institute 209:11
instruct 84:14
  144:15 156:8
instructed 18:25
INSTRUCTI...
  244:1
instrument
  117:16
integrate 96:2
  110:8
integrating 98:8
  110:16 111:5,6
  111:12
integration
  173:22
integrative
  94:20
intend 15:6
  155:17
intense 101:12
  161:5
intensely 65:13
intensity 85:21
interacting
  160:14
interest 28:19
  125:20 129:16
  151:5 152:5
  157:15 174:23
  236:19,21
interested 19:7
  58:17 59:17
  108:7 128:22
  129:1 142:12
  152:9 198:16
  217:20 235:24
interface 173:15
Interior 9:22
Interoffice 9:5,8
  210:16
interpret 110:23
  112:16
interpretation
  112:19
interpreted
  115:5

interspersed
  232:25
inventories
  103:8
investigate
  117:22 207:15
investigated
  207:12
investigation
  100:8
investigator
  117:18
invited 141:19
invoices 85:25
  86:4
involve 102:21
  103:21 104:13
involved 58:6
  89:11 92:7
  103:16 112:16
  117:21 166:11
involvement
  149:21
involves 15:12
  15:15 89:21
involving
  114:24 115:8
  115:12 116:7
ion 104:16,16
  106:13
ionization
  104:11
ionized 104:20
ionizes 104:17
ions 104:21
iron 83:15 180:1
  185:11
irradiate 103:12
irrelevant 158:5
isograd 47:24
isograds 47:23
  221:10
isotope 90:3,6
isotopes 89:23
  104:22
isotopic 97:13
  102:10 103:8

111:6
isotropic 96:24
issue 41:12 49:6
  75:20,24
  115:12 124:16
  135:11 156:16
  179:7 183:8
  189:22 192:22
issued 16:24
issues 15:7
  114:23 115:8
  155:2 156:16
  158:13 210:3
Italian 79:8,9,11
  80:18 81:13,20
  171:23 174:3
  194:6
Italy 40:21
  133:15 134:7
  138:19 152:1
  157:22 163:19
  171:18,19,22
  180:23 182:5
  193:11
item 21:10,14
  69:17 102:16

### J

J&J 35:14 36:12
  40:19,23 41:4
  41:9 46:9 61:5
  61:12 70:11
  76:10,19
  106:20 131:4
  133:12,21,25
  134:3,25
  135:11,14,19
  136:1,10,12,22
  136:25 137:4
  137:10 138:1,6
  138:10,19
  142:5,9 149:17
  149:23 153:16
  153:17 162:8
  162:12,23
  163:22 164:16
  165:13 180:11

Laura Webb, Ph.D.

Page 263

196:8,14,21 197:18,22 200:20 218:6 218:24 219:5
**J.D** 3:5
**Jack** 4:4 79:14 182:17
**Jackson** 3:8
**JAMES** 4:19
**January** 79:2 81:18
**JENNIFER** 3:14
**JERSEY** 1:2
**Johnson** 1:5,5 4:3,3 30:22 40:25,25 76:20 77:3,17 78:2 153:24 203:20 203:20
**Johnson's** 184:10
**Jonathan** 143:1
**jotted** 82:12
**journal** 114:19
**journey** 88:10
**JR** 4:4
**Judging** 178:6
**jump** 54:9
**June** 85:4
**juxtaposed** 64:21 111:19 167:15 168:9 169:1 181:10
**juxtaposition** 100:2

**K**

**K** 3:14
**Karabinos** 48:2 48:25 221:7,9
**KATHERINE** 4:5
**keep** 73:20 192:9
**Kerrigan** 116:1
**key** 77:24

154:24 157:8 159:17 174:14 182:15 189:5 238:2
**kicked** 150:4
**kilometers** 64:1 64:2 94:1
**kind** 32:16 40:7 43:21 44:2 54:13 59:3,3 65:20 73:20 76:3 98:21 107:14 109:16 113:8 129:19 129:19 138:11 147:4 152:18 153:11 159:12 159:19 160:8 173:8 176:3 223:14 232:11
**kinematic** 121:4
**kings** 97:17
**KLEVORN** 3:6 236:12
**knew** 18:5 140:24 149:20
**know** 12:23 13:17,20,24 18:5,7 31:15 32:25 33:25 34:15,19 35:19 36:25 40:1,12 40:20 41:23 42:19 45:4,9 46:25 48:8 52:21 54:16 57:13 58:24 66:9 67:1 74:10,22,23 75:18,24 76:1 76:2,5,8,14,16 77:16,22 84:18 84:21 85:20 87:9,10,11,15 91:25 92:18 99:4 101:8

111:11 113:10 115:4,23 120:5 120:6,7 121:17 121:21 124:11 125:14,20 126:9,22,23,25 131:9 140:17 142:17 143:12 144:11,17,18 146:2,8 147:15 147:24 151:16 151:21 152:17 154:4 156:15 157:17,25 158:2 159:11 160:7 161:1,12 164:25 165:5 169:8,20 170:6 170:17 172:5 172:16 174:18 176:1 177:14 178:4 179:8 180:2 181:19 182:13 183:19 183:20 185:11 185:21 186:17 189:14 192:11 192:13,15 194:2,10,15,25 195:9,13,25 196:10 197:6,6 197:19 198:18 198:19 199:10 199:14,16 201:4 204:21 205:2,4 208:3 209:15,19,22 209:25 210:1 212:4,9 215:2 216:9,11,12,23 217:16 218:1 218:10,13 220:4,5 222:15 224:24 225:18 227:17 233:5,8 233:10,19,20 233:25 234:10

235:1,2 238:18 239:3
**knowing** 217:20
**knowledge** 38:13 118:23 177:15 219:7 239:24 240:11
**known** 41:20 118:21 123:9 140:17,18,18 143:20 209:21 218:1
**Krekeler** 124:19 155:7 157:7,25
**Krekeler's** 235:16

**L**

**lab** 96:13 97:4 112:13 120:1 122:3 123:13
**label** 210:15 214:6
**labels** 201:11
**laboratory** 90:1 90:16 96:14,25 97:6 127:10
**labs** 117:1
**lack** 56:14,17 152:4 158:6
**Lake** 98:23
**Lane** 5:11 11:4
**large** 102:15 144:1 160:9 209:25
**largely** 87:3
**larger** 29:23 39:25 60:14 153:11 180:16
**largest** 94:11
**laser** 105:11,19 105:21
**late** 59:20 160:4 160:11
**laters** 99:10
**latitude** 225:6
**lattice** 83:11,15

**Laura** 1:16 2:1 6:2,12,16,21 8:23 10:9 11:10,15 16:3 16:7,16 17:2,9 19:10 213:17 227:14 238:17 242:22 246:11
**law** 3:22 106:19
**lawyers** 14:15 19:8 84:15 142:5 144:13 144:18
**lay** 54:14
**layer** 170:6
**layering** 120:13
**layers** 48:13 101:8 120:12
**layman's** 90:14 207:8
**lead** 58:19 117:19 176:10 193:18
**leading** 93:24
**leads** 205:8 211:16 234:4
**learned** 206:5
**leave** 47:5 92:5
**leaves** 26:9
**led** 173:25
**Lee** 166:9 170:19
**left** 119:19 131:14 149:3 180:5 200:19
**legal** 19:5,5
**Leigh** 3:13 177:19 227:3 227:19 242:17
**length** 31:24
**lengths** 143:12
**Leslie** 1:25 2:14 11:13 243:18
**lesser** 113:23
**let's** 16:14 19:4 25:8 26:20 30:21 47:2

70:23 88:13 110:20 152:12 165:10 176:20 179:14 182:16 186:24 200:22 210:5 212:21 213:10 214:16 220:24 223:1,4 226:23 227:14 228:22 237:25
**letter** 146:8
**letters** 83:21
**level** 30:4 32:13 85:21 167:3 176:3 220:13
**levels** 151:18 185:9 219:16
**lexicon** 67:1
**LHG** 1:6
**LIABILITY** 1:8
**liberated** 232:15
**liberation** 105:18
**light** 122:13
**limestones** 181:9
**limited** 222:19
**line** 48:9 66:10 82:19 102:25 245:4
**linear** 119:9
**lineation** 120:15 121:7
**lineations** 109:25
**lines** 65:16 102:19 190:10 221:10
**link** 24:11 145:16
**liquids** 68:13
**list** 12:16 18:23 19:11,16,20 21:23 23:7 38:10,14 42:6 50:4 51:5,21 54:6 55:17

61:24 62:18 69:18 71:5 72:11 73:18 74:21 80:24 88:14 93:14 103:7 106:18 123:25 139:17 225:4,7,25 226:2
**listed** 20:23 24:1 24:22 37:8,15 37:23 38:10,25 39:19 189:13 235:20
**listing** 37:25
**lists** 109:3
**literature** 14:5 34:21 36:6 37:1 39:18 40:12 73:9,16 73:16,22 74:3 74:8,14,24 75:6 111:12 125:8 128:17 153:11 155:1 158:12 159:9 162:16 164:10 165:18,21 166:8 171:16 172:16 174:19 174:23 175:12 175:16,17,18 175:23 198:14 198:21 202:20 218:9 219:7
**litigation** 1:9 11:5,9 81:15 84:8 85:5 107:6 112:24 116:5 137:8 140:21 147:12 154:17 155:2 158:13
**little** 15:4 20:22 23:6 53:1 67:5 80:19 87:14 94:3 109:9

118:15 124:4 181:2 213:11 215:1 233:6 238:18
**live** 83:15,18
**lizardite** 187:13 187:18
**LLC** 3:22
**LLP** 3:7 4:6,13 4:20 5:5
**lobe** 71:23
**local** 163:14 165:1,18,22 166:13 167:8 167:10 196:21
**localities** 74:13 74:19 225:2
**locality** 75:10
**locally** 76:2 168:15 206:24
**locate** 174:16
**located** 40:7 43:16 70:20 126:11 166:21
**locating** 24:16
**location** 27:17 28:17 36:2 39:15,24 40:14 43:22 68:25 71:19
**locations** 24:13 25:1 27:8 39:17 40:4 47:17 56:11 75:1,4 123:23 129:7
**lodge** 11:25 41:2 41:23 145:14
**log** 143:13 199:2
**Logan** 4:7
**logs** 136:6,9
**long** 52:1 64:10 87:10 90:18,18 101:15 111:24 149:22 150:1 202:10,25 208:20,22,24

208:24 211:8 211:13 212:19
**longer** 87:14 232:21
**longitude** 225:6
**Longo** 147:1,3 155:11,18
**Longo's** 142:19 155:14,25
**Longsheng** 9:20
**look** 17:6 18:10 28:9 30:19 47:2 52:17 58:11,14 69:15 71:13 73:14 74:7 75:5 77:16 79:15,19 82:4 95:20,23 96:2 99:14 104:3 112:4 120:24 121:6 121:16,17 122:12 125:11 125:14 129:12 152:25 156:21 159:24 176:21 188:21 191:22 199:17 201:5 213:3 215:4 222:1 230:15 232:12 235:24 236:2
**looked** 24:25 25:2 33:1 42:16 52:19 54:10,13 62:4 72:19 100:6 116:2 145:17 159:10,21 166:1 178:23 200:3 214:24 216:25
**looking** 12:3 14:5 23:12,17 25:5,5,23 26:11 29:13,13 31:25 32:9

38:24 42:24 51:22 52:15 58:21 59:4 73:8 74:2 85:18,19 99:7 106:7 107:24 108:4,7 113:11 118:20,24 119:7 120:13 126:13,14 140:16 143:19 144:1 153:3,10 164:1,24 166:3 175:3 179:15 198:15 208:11 208:18,24 209:2 228:7,9
**looks** 96:8,23 109:1 189:20
**loop** 219:12
**loose** 208:18
**lost** 111:23 205:25
**lot** 25:8 31:23 68:18 98:12 99:5 101:5 112:12 134:14 147:17 158:2 200:7 212:3,18 233:17
**lots** 197:6
**love** 112:4
**low** 61:9 66:6 160:5,5 185:8 189:1,17,17,20 189:21 191:13 191:25 192:2,6
**low-pressure** 188:14
**low-temperat...** 188:13 189:6
**lower** 45:3,5,11 45:13 46:4,10 46:10,13,14 65:14 68:11,11 103:3 120:17
**Ludlow** 27:16

180:17 185:6
lunch 87:10,13
  87:18 118:1,8
  142:2

**M**

**M** 6:25 7:7,12
  7:25 8:7,12,18
  83:10
**M2** 83:10
**M4** 83:10
**macroscopic**
  208:6
**mafic** 167:15
  168:9,13
  173:16 181:11
  210:22
**magnesites** 92:1
**magnesium** 59:9
  179:17 180:13
  229:16,19
  230:2,18,22,25
  231:20,23
  232:2,3,7,14
  232:21
**magnesium-b...**
  231:3
**magnetic** 102:8
  105:16
**magnifying**
  212:25 213:7
**magnitude**
  103:3
**main** 5:6 44:6
  89:10 184:24
**maintenance**
  102:19
**major** 35:24
  64:14 78:15
  81:1
**majority** 200:2
  223:18
**making** 104:19
  109:14 151:1
  214:23 233:14
**management**
  103:7 203:19

**manager** 96:25
**manipulate** 29:6
  29:9
**mantle** 59:8
  93:25 100:12
  185:8
**mantling** 45:12
  126:10 129:2
**map** 6:22,23 7:4
  7:5,9,10,14,15
  7:18,19,22,23
  8:4,5,8,9,14,15
  23:11,12,15,18
  23:19,23 24:5
  24:18 25:4,6,6
  25:8,12,15,16
  25:23 26:1,10
  26:10,21,24
  27:9,12,14,20
  28:9,15,21
  29:13 30:5,7,8
  30:13,23,23
  32:21 39:24,25
  40:6 42:25
  43:9 44:8
  47:16,24 48:6
  48:8,10,12,14
  48:20,22 49:1
  49:7,7 51:9
  52:16,17 54:1
  54:2,6,7,8,17
  55:19 56:13,19
  56:23 57:2,6,6
  57:13,20,21
  58:11,14,20
  59:21 62:19,23
  62:25 63:4,7,7
  63:14 69:1,19
  69:24 70:12,14
  70:20 71:7,24
  71:25 74:13,17
  74:18 75:2,16
  75:19 101:21
  111:4 134:12
  134:19 166:5
  167:19 170:2,6
  175:4,7 177:6

220:25 221:3,8
  221:11,19
  222:2,2 225:1
  226:3
**mapped** 166:6
**mapping** 58:7
  177:13
**maps** 12:5 20:13
  20:16 21:4,8
  23:3,9 24:12
  24:18,19,21
  26:21 29:6,14
  29:23,24,25
  30:4,6 32:5,8
  33:19,25 35:11
  36:24 38:17,22
  39:15 42:10
  43:13 44:3
  47:2,8,19,22
  47:22 48:3,4
  48:16 49:20
  50:10,11,20
  51:13,23 53:17
  53:23 54:18,22
  54:25 55:16,21
  55:25 56:7
  70:6 71:15,16
  71:18 78:6
  83:20 99:5
  106:11 134:3,4
  134:5,8,11,19
  134:25 135:5
  135:14 220:16
  221:6,18,19
**marble** 91:11
  229:8
**marbles** 167:14
  168:8 181:10
**March** 1:18 9:6
  11:6 16:17
  18:17 19:22
  20:8 73:3
  148:19 201:12
  243:15
**margin** 93:24
  95:7 99:21
  100:5,5,9

**margins** 184:15
  184:22 185:25
**Marian** 128:16
**mark** 15:2 24:13
  72:2 108:18
  119:24 132:10
  148:25 169:2
**maps** 200:22 210:5,7
  212:21 222:24
  222:25 223:1
  223:23 224:9
  224:12 226:17
  236:8 237:25
  239:8,9,12,16
  241:24 242:11
**marked** 53:13
  55:13 62:11
  69:7 71:2 72:6
  108:20 131:18
  131:22 169:11
  200:24 201:3
  210:9 212:22
  224:14 226:24
  228:1 236:9,15
  238:5,10,22
  239:5 240:7
  241:7 242:6
**MARKETING**
  1:7
**Mars** 141:22
**Marsh** 148:9
**MARTIN** 3:5
**Mary** 22:5,7
  141:5,6
**mass** 101:22
  102:8,12,13,22
  104:11,14
  105:12,16,16
  110:21 222:9,9
  222:12 230:15
**Massachusetts**
  129:8
**master's** 77:22
  99:20
**material** 23:19
  37:23 38:2,6
  39:11 104:17

130:21 203:17
**materials** 12:1
  12:15 19:12
  20:9,23 21:20
  21:21,23 22:2
  22:13,23 23:4
  23:8,10 24:2,8
  24:12,23 31:11
  36:19 37:8,16
  37:24 38:9
  47:9 50:5 51:5
  54:19 55:18
  61:24 62:18
  69:18 71:6
  78:5 88:11
  103:8 114:23
  116:11 117:23
  169:5 176:20
  183:8 191:6
  193:2,19 195:3
  197:16 202:1
  203:22 215:17
  216:25 223:18
  223:25 224:2
  235:20
**matter** 11:8
**matters** 210:1
**maximum**
  187:13,18
**McBETH** 4:5
**MDL** 1:5 11:9
  13:6 84:2
**mean** 18:5 21:6
  24:11 27:6,7
  28:22 29:12
  30:12,14 31:4
  31:15 32:8,15
  32:16 34:4,5,9
  35:17 36:22
  37:6 38:5
  40:11,12 44:7
  47:15 48:21,22
  49:3 54:12,25
  56:10,20 57:11
  58:17,24 59:4
  59:5 60:9 62:3
  63:23 65:5,6

65:11,19 66:24
67:2 68:8,15
70:5 73:17
74:1,15,16
75:14,22,24
76:2,7,12,24
78:23 79:25
80:11 85:19
90:9 91:12,13
92:13 98:18,21
100:7 103:16
105:7,10
107:13 108:5
112:11 114:25
115:4,23
116:21 118:21
119:11 120:7
121:1,24
123:16 125:4,9
127:17,19,21
128:25 129:4
129:23 131:7
134:4,8,8,11
137:21 139:3
142:1 143:7,17
143:19,25
147:4,8,13
149:20,24
150:24 151:14
151:15 152:8
152:18 153:7
154:3 155:20
156:9 157:12
158:17 164:5
164:22 165:5,6
165:14,25
166:19 167:12
168:14 170:19
172:3,13,25
174:12 176:24
179:7 180:14
181:1 182:6
183:5 184:19
185:15,20
189:1,5,23
193:5,21 194:7
195:1,2,4,7

196:11,23
199:10,11
202:21 203:4
204:1,3,21
205:22 206:13
206:13 207:5
207:22,24
208:1,4,15,23
211:6 212:1,7
212:19 213:21
216:7,9,12,14
217:9,16,23,24
218:8 219:15
220:24 221:7
222:4 225:4
230:21 231:18
232:9 233:7,10
233:16 234:9
235:4 237:7,7
**meaning** 64:7
142:15 185:18
186:12 196:13
221:18
**meaningful**
143:16,18
**means** 47:24
67:14,14
109:17 110:24
110:25 134:9
148:23 196:5
204:23 243:23
**meant** 182:14
187:24 211:19
**measure** 103:6
104:4 119:24
**measurements**
109:15,24
111:9
**measuring**
142:22
**medical** 117:10
117:13
**meet** 14:6 34:7,7
209:23 211:9
**meeting** 40:4
**meetings** 14:12
14:17,18,21

**member** 107:22
**memo** 205:15,18
206:4
**memorized**
222:7
**memory** 145:5
**mention** 150:20
190:7
**mentioned**
58:18 74:14
80:25 95:9
99:17 100:8
120:24 121:18
125:12 148:3
153:23 159:8
186:7 190:7
**mentions** 202:3
**menu** 105:8
**merit** 199:7
**mesomat-** 173:7
**met** 13:4 14:3
141:12,18
147:16 148:2
148:14
**metals** 218:23
219:5
**metamorphic**
28:20 29:4
35:25 43:24
45:5,18,21
61:20 89:14
93:9 94:13,21
95:16,16 98:9
100:3 122:16
126:19 161:22
165:7,16
166:10 182:11
187:4 221:13
232:9
**metamorphism**
23:21 27:10
29:2 43:18
44:14 45:3,14
46:13 47:25
48:19 61:9,14
65:9 89:16,19
91:16 157:14

167:20 168:10
172:21 173:19
192:12
**metamorphosed**
34:14 45:24
60:15
**metasediment...**
185:9
**metasomatic**
181:5 230:11
**metasomatism**
151:24 161:5
167:21 173:18
**metavolcanic**
185:10
**method** 143:22
**methodological**
114:12 139:6
**methodology**
33:16 125:2
127:4 132:2
159:5 199:12
**methods** 39:16
143:10,15
**METHVIN** 3:15
**MGO** 229:25
**MICHAEL** 5:4
**Mickey** 115:25
148:3,6 149:16
**micro-** 123:12
**microdiamonds**
94:4
**microfaults**
63:24
**Micromass**
101:21
**micron** 29:19
104:19 105:22
127:1
**microprobe**
103:20
**microscope**
103:23 105:4
106:4 117:8,12
122:13,13
134:11 208:23
**microscopic**

110:9 208:10
**microscopy**
137:17 138:4
**microstructural**
110:6 122:18
**microstructure**
96:2 99:15
**middle** 28:11
195:19
**migration**
194:19,24
195:1
**MILES** 3:16
**milestone** 87:2
**millimeters**
63:24
**million** 90:11
99:10,11
160:12,21
167:17 172:17
194:3,4 219:18
**millions** 172:5
**mimicked** 147:5
**mind** 24:4
157:11 159:23
171:10 241:2
**mine** 9:9,20 28:5
28:10 30:13,20
30:21,22 31:25
32:3,6,21
33:21 39:21
40:3 42:13,16
42:17,25 63:13
68:25 76:20
77:3,17,21
78:2,2 79:11
121:25 128:9
128:11,13,18
129:9,9,15,23
130:5,13,24
131:2 132:13
132:15,18,25
133:9 134:19
134:21,23
135:4,5,8,13
135:17,24
136:7,20

153:24,25
154:4,6 166:6
166:17 167:4,4
174:21 178:14
179:4,10 194:6
199:3 210:17
237:8
**mined** 35:13
130:12,21
137:13
**mineral** 10:4
58:1 78:15,16
82:21,22 83:3
83:15 91:5,14
91:19 92:7
104:9 105:23
106:8 107:25
108:8,12
110:20 111:1,7
112:9,24
113:12,12
122:14 124:21
130:12 172:18
173:23 193:18
215:24 220:15
231:3 234:8
**mineralization**
229:7
**mineralogist**
107:12,16,21
**mineralogy**
65:23 78:14
91:14 92:15
107:13,17
108:6,12 119:5
123:18
**minerals** 33:22
44:24 57:16
60:23 65:24
66:19 67:18
68:2,5 72:14
80:25 89:18,21
90:19 91:1,5
91:19 104:4
105:4,6,24
108:6,9 109:25
111:7,17,20

119:6 120:21
122:15,20
126:3 139:7
172:10 181:25
181:25 182:10
185:4 186:5
187:6 191:21
195:12 203:7
204:11 209:23
216:5,12 220:2
**mines** 24:14
27:16,17 28:4
28:17 29:3
34:18 35:9,14
35:20 36:12,17
40:19,24 41:3
41:4 42:4,11
42:20 43:16
45:7 46:9
48:18 49:12
61:5,12 70:8
70:11,20 71:19
71:24 75:3
76:10 121:23
126:11 127:21
129:1,11 131:5
132:22 133:13
133:18,21,23
133:25 134:3,7
134:25 135:11
135:14,20
136:2,10,22
138:10 142:9
153:2,4,9,16
153:17,23,24
154:7 157:19
157:24 158:3,8
162:8,12,23
163:22 164:16
165:11,12,13
165:19,22
166:21,23
167:8 174:22
175:1,8,25
180:11 184:8
184:12 196:8
196:14,16,21

197:18,23
200:20 204:16
218:7 228:12
228:15 236:3
236:21,24
**mining** 131:10
133:3,5 151:5
152:20 154:9
185:18,24
199:3
**minor** 78:15
81:1 191:4
**minute** 30:25
31:12 235:8
**minutes** 68:4
137:3
**missing** 38:2,6
223:21
**misspeak**
234:12
**misstates** 209:14
231:12
**Mm-hmm** 20:25
58:13 83:13
98:15 101:19
108:2 115:19
125:1 134:24
152:2 177:5,8
177:17 180:6
189:4 190:13
**mode** 67:7
**modified** 179:19
179:22 186:11
187:2,11
**moment** 70:15
128:9 165:10
**Monday** 19:21
19:22,23 20:8
**Mongolia** 98:11
**Montgomery**
3:18
**months** 24:25
**Mooretown**
222:6
**morning** 12:4
13:3 49:20
223:14

**morphology**
165:6
**moss-covered**
119:1
**Mossman**
147:15
**mother** 229:6,10
**motivated** 80:15
**motivation** 43:4
**Mount** 75:25
**Mountain**
222:16
**mountains**
98:22,25 172:8
212:18
**mouth** 58:12
151:11
**mouthful**
105:14
**move** 45:2,3
53:10 173:21
216:24
**moved** 68:1
**moves** 68:20
99:13
**moving** 29:17,20
69:3 95:5,6
120:22
**MUELLER**
3:22
**multiple** 13:19
14:8 30:12,13
35:22 36:24
82:15 101:11
234:25
**mumbo-jumbo**
19:6
**muscovite** 57:15
105:9

───────────
**N**
**N** 3:1 4:4 6:1,1
11:1
**N.M** 7:16,20
51:7 55:18
62:18
**N.W** 4:21

**morphology**
165:6
**name** 11:4 13:3
42:15 82:21
148:1 222:18
243:14
**names** 43:5
57:17 170:2
174:22,24
**National** 209:11
**natural** 204:11
**nature** 64:11
109:16 111:13
123:17 168:3
216:3 218:20
**navigate** 80:6
**near** 8:21 21:11
28:3 72:12
212:2
**necessarily** 21:9
202:12 211:3,5
216:13 221:15
235:25
**necessary** 240:5
244:3
**need** 13:12
32:17 97:19
111:3 112:15
121:5 128:4
144:23 181:12
181:18 203:4
206:8,16
222:23
**needed** 18:10
33:1 34:7 36:8
109:19 130:1
213:7
**neither** 140:24
**neon** 97:14
**neutrons** 89:24
103:13
**never** 121:25
136:18 138:23
141:12 148:2
156:14 165:17
175:22 194:24
208:2 233:18
235:2
**new** 1:2 4:15,15

Laura Webb, Ph.D.

12:1,4,5,5,20
84:19,22 97:8
97:9 98:10
116:24 117:14
123:10 177:13
177:13,13
225:4 226:5
236:19 237:8
**Newfane** 39:21
42:18 45:7
46:1 129:9
154:4,5
**Nicholas** 6:25
7:7,12,25 8:7
8:12,18
**nickel** 219:13
**night** 12:4 38:1
38:11 47:6,9
78:6 88:12
**nimble** 73:20
**noble** 96:24
97:12,15
101:21
**Noblesse** 101:21
**nods** 82:2
150:23 196:7
221:4
**non-amphibole**
139:7
**non-asbestifor...**
124:24 184:14
216:16
**non-petrologist**
161:13
**non-USGS**
221:6
**noncommunic...**
86:13,15
**normal** 64:3,4
95:3 143:13
**north** 45:3 69:10
77:17 99:12
120:5
**north-south**
44:9 101:12,15
**northeastern**
226:6

**northern** 26:12
26:17 28:1
63:10,14 98:21
**Nos** 15:23 53:12
224:13
**Notary** 2:15
246:19
**notation** 215:24
**notations** 216:2
**note** 188:10
**noted** 11:11
12:23 139:17
215:23 244:9
246:7
**notes** 78:13,19
79:1 80:1,14
81:2 82:11
243:11
**noteworthy**
40:11
**notice** 2:14 6:15
6:19 15:9 16:3
16:6,15 17:9
17:18 18:6
**noticed** 141:4
**NSF** 117:15
**Nu** 101:21
**nuclear** 103:17
**nucleate** 195:18
195:19
**nucleated**
195:13
**number** 20:19
20:19,20 28:10
29:13 30:23,23
42:25 43:7
49:8 54:5
68:20 72:10
83:10 89:23
90:3 158:24
159:15 171:24
171:25 206:13
227:18
**numbered** 21:8

--- **O** ---

**O** 6:1 11:1 222:6

**O'DELL** 3:13
20:2 41:18
145:6,22 146:1
146:10,16,20
169:7 170:17
170:22 171:1,4
171:10,14
176:16,22
177:20 182:17
182:20 183:1,5
183:16 223:1
226:22 227:9
227:12
**oath** 2:16
**object** 12:13,14
12:18 41:5
146:9 189:12
191:9 193:4
**objection** 11:25
12:23 30:1
31:3,14 32:7
32:14 33:6,12
33:23 35:3,7
36:14,21 37:10
38:4 41:3,5,23
42:1 47:12
59:12,25 62:1
66:12 68:7,14
76:11,22 77:4
78:22 80:10
86:14 106:22
111:21 115:14
127:16 128:24
130:14 131:6
140:22 145:15
147:2 151:9
152:7,16 153:6
154:2 155:19
156:2 159:6
162:13,24
163:3,13,23
164:9,17,21
166:18 167:6
168:5 174:4
181:16 186:3
192:23 193:20
194:21 196:9

196:18 197:3
197:24 198:10
199:5,9,22
203:25 205:20
207:20 208:13
209:5,13
211:25 212:15
216:6,20 217:8
217:14,22
218:18,25
219:4 220:17
221:21 231:12
234:22
**objections**
219:14 243:7
**objectives**
127:22
**observation**
58:9 66:16
**observations**
74:20 110:9,16
111:6 119:3,4
119:7,13 121:4
122:18 123:14
126:24 133:18
133:21 134:10
154:24 158:10
158:14 198:23
199:2,13
**observe** 111:17
120:20 122:14
**observed** 81:3
95:15 210:21
**obtain** 54:22
55:24 62:25
69:25 71:15
**obtained** 54:23
55:4 71:16
217:5
**obtaining** 70:3
**obviously** 12:13
13:22 75:15,24
144:12 146:7,9
153:8 191:2
204:3 216:12
**occasionally**
60:18 142:17

217:25
**Occupational**
209:12
**occur** 111:18
194:12 198:3
222:14
**occurred** 93:22
191:5 194:2
197:22 198:6
212:14
**occurrences**
222:19,20
225:9
**occurring** 66:3
122:22 160:15
**occurs** 196:5
**October** 83:25
84:20 141:18
**odd** 161:12
**odds** 68:11
**offer** 117:2
155:17 164:2
218:5,17 219:2
219:25
**offered** 145:3
218:15
**offering** 52:12
155:15
**offhand** 14:19
69:23 158:2
221:23
**officiated** 2:15
**offset** 63:25 64:1
195:25
**oh** 19:1 20:4
39:16 52:13
57:5 62:14
69:13 70:5,15
79:2 84:16
88:23 113:21
124:17 130:6
132:6 147:13
152:24 166:19
174:15 177:24
179:16 182:22
200:6 214:20
221:20 225:13

227:8,10,11
239:1
**Ohio** 5:7
**okay** 11:22
  13:11 14:6,20
  14:23 16:13
  17:5,13,16,20
  18:24 19:15,17
  19:19,22 20:3
  20:7,12,15,17
  21:10 22:4
  23:1,6 24:1,4,7
  24:10,20 25:4
  25:15 26:4,8
  26:17,20,24
  27:19,23 28:9
  29:11 31:8
  37:15 39:14
  40:16 41:11
  42:24 46:6,21
  49:7,14,16,21
  50:7,25 51:17
  52:5,9 54:21
  55:7,14,24
  57:10,21,25
  59:2 60:20
  61:3 62:15,22
  63:3 66:9 67:9
  68:20 69:2
  70:23 71:10,25
  73:5,8 79:5
  80:17 81:13
  82:20,25 84:16
  85:7 86:7,12
  87:1 88:15,20
  95:9 96:7,16
  97:2,23,25
  102:11,18
  104:10 105:11
  107:3,8,11
  109:2 110:15
  112:22 113:4
  113:22 114:1
  114:22 115:3
  115:21 117:2
  120:23 122:1
  127:2 130:9,23

134:24 135:4
136:19 140:2
144:3,23
147:15 150:3
153:22 154:11
154:14,19
155:5,9,11
156:9 157:4,22
158:21 159:3
162:6,11,19
169:10,18,21
170:22 175:5
178:16 179:3,9
179:22 180:6
184:19 186:1
186:11,24
187:22 188:10
188:20 189:10
190:25 193:9
196:4 199:20
200:4 201:6,7
201:18,21,24
202:6,17
206:18 208:8
210:12 214:5
214:12,16,20
214:21 215:6
215:14,22
220:11 221:2
221:14 222:8
222:21 223:3
225:10,22
226:19,23
227:11 228:4,9
228:14,25
229:14 230:8
231:4 232:24
235:19 236:5
237:4,11
238:11,14
239:15,23
241:1,5,12,19
**older** 172:22
**once** 95:22
  122:1 139:25
  147:16 165:17
**ones** 20:17

197:14
**ongoing** 133:9
**online** 143:8
  145:16
**open** 12:10 21:7
  51:10 67:25
  133:2 189:8
  191:16 195:17
**opened** 195:14
**opening** 66:5,19
  192:5,10 195:9
  195:22
**operating** 33:20
**operation** 76:10
  133:3,6,9
**operations**
  132:16,19
**opine** 32:1 219:9
**opined** 218:12
**opinion** 32:6
  34:23 35:5,6
  35:12 36:10,11
  36:22,23 37:8
  37:18 56:16
  77:19 78:1
  131:14 145:14
  153:8 162:7,11
  162:21 163:8
  164:14 165:12
  174:1 178:22
  218:15,17
  219:2,13 220:1
  239:25 240:12
  240:24
**opinions** 10:10
  15:16,18 37:2
  37:13 38:3,12
  43:13 47:11
  52:11,23 53:24
  56:8 61:3
  68:23 72:18,22
  73:24 117:2
  124:2,4 125:3
  145:3 154:16
  155:13,18
  156:3 164:3
  169:15 174:3

218:5 228:11
237:5,10,22,24
240:4 242:12
**opportunities**
  100:14
**opportunity**
  100:13
**opposed** 102:14
  121:12
**Oral** 6:15,20
  16:3,7,15 17:9
**order** 32:18
  74:20 103:5,10
  108:6 121:3
  125:22 181:4
**orders** 103:2
**ordinarily** 91:18
**Ordovician**
  59:20
**ore** 9:7 138:16
  181:4 182:12
  184:24 201:13
  201:16 210:23
  215:7,11,12,16
  216:8 229:17
  231:11,17
  232:8,22 233:1
**ores** 60:3 63:17
  92:1 125:24
  126:14 137:22
  188:1,4 190:19
  191:7 193:2
  206:24
**organize** 78:24
**orientation**
  67:18 109:24
**orientations**
  119:8 120:2,3
**oriented** 95:18
  109:15 119:23
  120:4 122:7
**original** 43:12
  81:5 243:12
  244:11
**originate** 119:20
**orogen** 93:6,21
  94:11 95:10

157:21 228:14
228:16
**orogenic** 35:22
  60:16 94:12
  159:18 172:7
  172:23
**orogenies** 28:23
  44:13
**orogeny** 44:16
  60:12,12 61:8
  61:15 99:10
  101:13 160:4
  160:12,20
  161:2,16
**ORRICK** 4:13
**outcrop** 96:3
  111:3,4 207:25
**outcrops** 95:15
  100:23 118:25
  120:25 121:17
**outer** 97:15
**outlined** 127:18
  197:10
**outlines** 63:19
  64:13
**outside** 137:7
  156:2 207:20
  210:4
**outstanding**
  31:5,9
**outward** 195:20
**oval-shaped**
  187:24
**overall** 28:24
**overarching**
  98:25
**overlap** 188:5
**overlapped** 43:6
**overlay** 49:2
**overlying** 192:1
**overview** 154:18
**owned** 41:9
**oxide** 179:17,17
  179:18 229:16
  229:19 230:2
  231:23 232:3,8
**OZT** 59:21

**OZU** 59:21
63:12,12

**P**

**P** 3:1,1 11:1
21:10 72:11
**P.C** 3:16
**p.m** 118:10
149:9,12
200:15 213:25
214:3 223:6,9
227:22,25
235:10,13
242:20,23
**page** 6:2,11 7:3
8:3 9:3 10:3
19:9 27:25
28:12 70:17
82:18,19,25
101:17 109:3
154:12 175:10
178:17 179:14
184:5 186:24
188:21 203:9
204:20 213:5,6
213:7 214:16
214:18 220:14
228:21,22
229:4 245:4
**pages** 19:5 50:6
82:7,15 120:8
132:7 228:24
246:3
**painfully** 118:13
**pancake** 64:9
**paper** 39:23
42:18 46:23
125:6 129:6,12
142:18 176:4
203:14
**papers** 36:24
115:1,24
125:17 157:16
165:25 174:5
174:14 176:2
**Papua** 97:8,9,9
98:10 116:24

**paragraph**
110:4 203:10
204:9,20
206:19 210:19
**parallel** 120:19
121:7 198:4
**parcel** 29:21
126:6
**pardon** 96:15
123:12 143:14
144:20
**parent** 90:7
**parentheses**
51:8,11 230:3
**parking** 147:17
**part** 23:4 29:21
30:14 32:8
37:21 43:3
53:19 55:1
56:15 64:13
98:21 106:6
111:22 115:5
124:17 126:2,6
130:10,19
145:2,13 160:2
160:9,18 176:1
185:13,13,18
211:15 224:20
228:16 230:11
231:15
**participated**
116:6
**particle** 143:25
**particular** 28:19
28:19 29:25
30:20,20 68:22
80:6,13 85:5
89:25 95:17
98:6,16 100:22
105:4 123:1
143:19 167:4
221:25 226:5
**particularly**
99:7 159:4,7
235:22
**partly** 101:15
**parts** 108:11

219:18,18
**pasted** 83:5
**paths** 142:3
**pathways** 68:16
**patterned**
220:19
**pause** 23:22
75:14 214:1
**PCPC** 4:18
**PDF** 147:4
**Peak** 98:20
**pebbles** 110:1
**peer** 125:7
**peer-** 114:4,11
**peer-reviewed**
125:8 128:10
154:25 158:11
171:16 175:12
175:18,23
198:21
**Pelizza** 174:8
**pen** 49:16
**pending** 13:14
42:1
**Peninsula** 158:4
**Pennsylvania**
4:9
**people** 74:21
75:23 76:1
99:23 112:13
125:13 159:21
166:3 172:9
173:23 192:15
198:12,14,16
199:11 202:19
212:3 233:19
**percent** 211:4
229:16,25
230:5 231:5
233:23 234:3
234:14,16,16
234:18
**percentage**
230:23 231:20
231:23 234:6
**perform** 92:4,6
122:3

**period** 18:17,21
**peripheral**
77:23
**Permian** 93:23
**permits** 40:6,14
**perpend-** 120:19
**perpendicular**
120:10 121:6
195:23
**person** 199:14
208:5 217:5
**personally**
18:10 116:10
137:5 139:10
**perspectives**
121:15
**pertain** 236:20
**pertinent** 155:1
158:12
**Peruses** 16:10
69:10 201:6
210:11
**Peter** 8:22
**petrographic**
80:22 122:9,11
122:12 129:17
134:2,4,9,10
134:11
**petrography**
95:20
**petrologic** 34:17
126:25 185:22
**petrological**
32:10 43:23
124:9 158:7
**petrologist**
107:16 108:3
113:4 125:19
241:13
**petrologists**
96:18 127:25
**petrology** 33:3
42:23 89:13,14
94:21 98:9
110:6 113:11
113:24 116:21
116:25 123:7

126:16 190:21
235:23 236:20
241:15
**Ph.D** 1:16 2:1
3:5 6:2,21
11:10,15 16:4
16:8,16 17:2
17:10 19:10
89:4 94:8 96:8
128:16 173:6
242:22 246:11
**PHARMATE...**
5:3
**Phase** 9:23
**PhD** 6:12,16
**Philadelphia** 4:9
**phone** 140:1
**phonetic** 93:4,5
**photographs**
206:9
**photomicrogr...**
78:18 129:18
206:10 211:17
**photos** 211:18
**phrase** 166:25
**physically** 95:10
119:15
**physics** 117:19
**PI** 117:17,19
**picking** 119:16
**picture** 83:5
**piece** 77:24 85:5
94:20 120:17
120:17 159:9
185:19 235:23
**pieces** 86:22
**pile** 208:18
242:4
**pinpoints** 40:9
**PIs** 117:20
**pit** 133:2
**place** 11:7 34:6
36:3 53:4
243:5
**places** 82:11
119:20 162:2
210:22

**plaintiffs** 3:3
13:5 18:3,12
**plaintiffs'** 6:18
10:7,8 15:3
16:6 17:8 77:8
130:11 131:18
154:23 155:6
157:7 239:5,9
242:1,12
**plan** 87:9 117:2
218:17
**planar** 67:15
119:9 120:9
**plane** 67:20
120:14
**planes** 66:1
**planning** 135:4
135:13
**plates** 53:19
55:3 67:19
95:2
**platy** 164:24
**play** 97:17
111:11 126:20
165:17
**played** 131:15
**player** 238:2
**plays** 38:16
**please** 13:20,24
146:16,18,20
171:11 182:17
244:2,6
**plenty** 119:20
**PLM** 137:2,3
**plop** 53:10
**plot** 48:18 71:19
179:25 180:17
180:23 182:5
**plots** 166:6
225:1
**plotting** 30:12
143:11,15,22
181:14,25
**plus** 85:18
**point** 35:16,18
36:5 37:7
43:22 46:24

49:5 56:12
104:21 118:2
123:2 170:5
182:8 213:3
**pointing** 215:4
**points** 30:13
**polarized**
122:13
**polymorph** 94:5
**polyphase**
159:17
**pond** 131:8
**Pooley** 12:6,19
78:7,12,19
79:7 81:6,23
129:14
**population**
209:1
**populations**
143:23
**portion** 77:18
**portions** 22:9,20
22:20 39:7
86:8 87:4
99:22
**PORTIS** 3:16
**poses** 100:17
**position** 63:16
63:18 128:5
179:24
**positions** 182:1
**possess** 117:7
**possibility** 91:22
205:17 206:3
211:23
**possible** 30:25
31:1 77:11
80:8 193:14
196:22 197:2,7
197:19,20,20
198:4 231:8,9
232:24
**postdated** 194:5
**potassium** 90:2
91:10
**potassium-**
90:25

**potassium-arg...**
103:11
**potassium-be...**
90:19 91:4
**potential** 31:11
32:2 126:1
194:19 211:21
**potentially**
68:17 203:19
**Poulton** 22:5,7
141:5,6,8
**pound** 152:13
152:14
**powder** 1:6 11:9
40:25 41:14,15
184:10
**powders** 42:3
153:10
**practice** 110:8
**PRACTICES**
1:7
**pre-** 45:7
**pre-carbonife...**
172:15
**preceding** 71:16
82:3,6 214:9
**precise** 40:13
158:24 229:2
**precisely** 103:6
**precision** 103:24
**precondition**
191:19
**predated** 60:13
**preexisted** 48:6
**preferentially**
68:16
**preferred** 67:18
**prehnite** 188:15
**prehnite-pum...**
188:15,16
**preliminary**
6:22 7:5,10
51:8 54:2
**premarked**
15:21,24
**preparation**
14:24 15:15

73:10 145:2
149:1 237:2
**prepare** 14:1
26:24 49:1
150:12 218:13
225:13
**prepared** 19:15
19:19 20:7
33:19 81:4
154:17 207:11
218:4 219:9,25
223:25 225:11
**preparing** 48:4
124:2
**presence** 117:4
117:23 165:1
165:20 202:1
203:15 211:20
212:13 215:19
216:8,22 218:5
219:13,16
220:1
**present** 5:10
14:15 18:18
34:14 61:12,19
78:17 92:8
106:19 107:1
119:9 120:18
157:15,17
161:20 164:18
165:4 167:20
168:15 172:10
184:23 185:22
197:18 230:16
233:22
**presented** 37:3
48:19 114:8,16
199:20 202:8
237:10
**presently** 41:19
**presents** 199:18
**pressure** 34:12
45:10,16,19
46:10,17,19
65:4,8,18
68:11 92:25
93:20 94:10

103:3 123:8
124:11 126:5
126:12,17
173:5 184:8
187:25 189:17
189:20 190:23
191:5 192:4
221:12
**Pressure-tem...**
187:1
**pressures** 44:22
46:14,15 94:6
103:2 104:8
160:6 191:2,25
192:3 194:9
**presumable**
225:1
**presumably**
50:22 74:19,22
157:1 160:4
198:2
**pretty** 29:1
34:20 35:8
67:1 76:3,6
82:4 90:24
98:14 112:2
129:2,12,24
131:25 150:5
172:14 180:7,8
192:14 197:13
208:4 233:4,4
234:20
**previously** 12:7
16:23 239:5
**price** 85:22
**primarily** 103:9
**primary** 52:13
52:14 74:8,14
125:13 159:5
186:14 191:16
205:1 211:12
**principal** 174:2
203:19
**principally**
164:23,24
184:21
**principle** 68:10

181:2,8
**principles** 92:14
165:17
**prior** 14:18,20
15:10 18:2,12
47:14 81:8,16
84:3,5 85:20
127:19 140:23
142:6 170:1
172:17 177:9
194:3 237:21
**Prisma** 102:11
**prismatic**
186:15 233:11
**probable** 176:5
197:19 198:5
**probably** 13:19
19:6 29:12
40:18 44:7
51:19 53:5
79:2 81:10
171:21 181:18
208:21 213:11
226:24 232:23
**problem** 37:22
39:1 69:14
206:2 214:25
**problems** 92:17
**proceeded** 165:8
**proceeding** 24:5
243:4
**process** 48:4
80:2 90:17
91:20 111:16
118:18 138:16
152:20 161:22
163:11 167:23
182:11 186:17
196:22 197:21
230:12
**processes**
101:24 102:3,7
108:17 110:12
113:14 124:9
126:20
**produce** 41:20
146:6

**produced** 9:13
47:5 83:6
86:22
**product** 31:16
90:7 144:14
185:24 204:4
**products** 1:6,8
41:1,16 136:15
164:2 203:12
**professional**
112:22 113:16
113:18 131:14
148:17 162:21
163:8
**professor** 96:25
98:3
**professorship**
148:11
**program** 141:23
**progress** 101:2
**project** 52:8
123:17
**projects** 89:10
93:19 97:7
123:5
**promises** 183:3
**pronounce**
201:14
**pronounced**
171:21
**pronunciations**
171:23
**propensity**
34:24
**property** 75:23
**propounded**
246:6
**protectors**
103:23
**Proterozoic**
59:20
**protocol** 132:25
**protocols**
132:22
**protolith** 229:13
229:14 230:10
230:21

**protoliths** 60:2
185:7
**provide** 77:11
124:8 170:14
182:18
**provided** 12:15
18:13 19:16,17
37:11 38:1
47:9 50:25
73:6 76:9 77:2
77:13 78:6
88:12 103:18
142:25 145:7,8
145:19 146:3
156:14 169:25
**providing** 24:24
**Province** 9:21
**Provinces** 10:5
**provision** 12:1
**proximity** 31:10
**proxy** 185:7
**PT** 45:21 46:18
46:19,21,22
129:10
**PTI** 5:3
**Public** 2:15
246:19
**publications**
171:24
**publicly** 146:2
**publish** 75:16
**published** 31:23
39:17 72:14
74:13 114:4,11
128:17 138:18
138:23 139:5
143:9 175:23
177:6 180:16
203:14
**pull** 67:4
**pulled** 95:6
222:23
**Pumpellyite**
188:17
**purchase** 117:16
**pure** 91:25 92:1
152:4

**purity** 124:10
150:21 151:18
152:3,10 153:3
153:18 154:1,5
**purple** 57:14
180:18,20
**purpose** 28:14
48:15,22 52:14
63:3,6 70:3
116:15,16,20
117:25 153:2
182:7
**purposes** 52:14
76:25 84:2
152:6 241:5
**Pursuant** 2:14
**pushpin** 39:25
**pushpins** 24:13
27:21 28:6,11
39:15 42:11
51:25 52:16
**put** 24:15 52:16
53:4,6 58:12
63:3,6 74:18
76:8 79:23
87:1 112:8
131:17 151:11
214:25 223:16
242:9
**putting** 52:7
116:5,25
159:12

_____
**Q**
_____

**Qinling** 93:2
**Qinling-Dabie**
93:1,3,6,21
94:11 95:10
**QME** 102:12
**quadrangle** 6:24
7:6,11,16,20
7:23 8:5,10,16
24:19,21 30:6
39:24 51:9
54:3 55:19
62:20 69:19
70:6 178:2

**quadrupole**
102:13
**qualifications**
15:12 87:5,11
88:9 118:14
123:25 199:15
239:24 240:11
**quality** 33:8,10
**quantitative**
156:14
**quantities**
164:20
**quarries** 45:1,6
121:21
**quarry** 8:21
21:11 27:25
45:4 72:11
**quartz** 94:4
105:1 106:7,8
202:24 232:23
**quartzite** 91:11
**question** 13:14
17:25 31:8
37:21 59:18
83:14 109:17
111:14,18
113:1 114:1
117:11 118:16
124:13 127:19
135:19 136:1
136:15,22
158:10 162:20
177:2,4 205:25
214:8,9,12
219:21 228:19
232:6 233:9
**questioning**
13:7
**questions** 12:21
31:5,9 32:17
112:18 123:10
124:12 132:10
155:21 190:16
212:9 216:18
218:21,21
238:13,20
240:16,17,22

241:17 246:5
**quick** 80:3,5
83:2 200:5
214:9
**quickly** 83:4
**quite** 19:5
145:22 158:24
167:1,25
208:22 209:25
**quote** 219:17
**quoted** 233:21

**R**
**R** 3:1 4:19 8:12
8:18 11:1
245:2,2
**radio-** 89:17
**radioactive**
89:25 90:7
103:7
**radiometric**
89:17,21 94:22
104:24
**Rainbow** 28:4
153:25
**raise** 212:8
**ran** 147:17
**random** 34:10
199:14
**range** 32:10
46:3 63:23
65:21 105:20
126:4,21
168:11 187:25
**ranges** 29:21
**rare** 205:23
222:12 233:16
235:1
**rarer** 222:19
**Ratcliffe** 6:25
7:8,13,17,21
7:25 8:7,12,18
23:18,24 24:17
25:21 26:15,16
26:21 27:12,12
30:7 43:11
47:5 51:7

52:10 53:18
54:17,23 55:18
62:18 69:18
71:6 177:10
221:1
**ratio** 143:11
202:11 208:11
208:16 209:4
209:10 212:19
**ratios** 90:6
202:25 208:25
209:20 211:8
211:14
**Ratte** 10:6
237:11
**re-signing** 85:18
**reach** 35:12
37:18 38:2
94:17 144:3
171:17 241:1
**reached** 12:11
61:3 94:6
100:25 224:5
**reaching** 38:12
53:23 125:2
144:8
**react** 173:12
**reacting** 232:13
**reaction** 156:23
165:7 187:12
232:10,14
**reactions** 122:17
165:8 166:11
170:9
**reactivated** 95:3
**reactivation**
99:7
**reactor** 103:13
103:17
**read** 21:25 22:8
22:9,21 52:2
73:1 76:13
80:12 110:13
124:18 139:18
141:4 155:3,23
164:6 169:19
170:10,10

176:4 201:14
201:22 204:18
206:7 210:24
212:7 236:25
244:2 246:3
**reading** 80:1
83:3 126:24
127:3 206:15
213:9 236:5
**ready** 16:11
69:12 201:4
220:8
**real** 33:15 39:9
206:10
**realize** 130:9,18
197:1 220:13
**realized** 73:13
**really** 18:16
26:21 27:1
32:9 34:5,15
34:16 36:1,25
37:7 41:14
49:5 58:7
65:19 66:13,24
74:1,7 76:16
77:18 87:17
94:20 95:17
108:14 112:1
113:8,11
119:17 122:25
125:4,11,12,18
126:15 127:23
129:4 151:6,13
153:1 155:22
159:9,12,23
161:14 176:7
182:7 184:25
185:8 195:1
197:13 202:9
204:6,24
211:18 218:19
221:14 222:2
233:25 236:18
236:25
**reason** 100:8
244:4 245:6,8
245:10,12,14

245:16,18,20
245:22,24
**REATH** 4:6
**recall** 14:9,17
16:20 17:16
18:19,24 19:19
40:10 52:5,22
62:24 69:23
86:7,9 147:11
179:12 221:23
236:5,23 237:4
240:15 241:6
**recalled** 24:25
51:23
**recalling** 139:16
**receipt** 244:13
**received** 15:10
38:11 89:4
96:7
**receiving** 143:5
**recess** 49:24
88:3 118:8
149:10 200:13
223:7 235:11
**recipe** 233:13
**recognition**
207:23
**recognize** 16:18
63:9 71:23
109:21,22
207:25 238:9
**recognizing**
124:5 190:14
**recollection**
14:25 80:17
**record** 11:4,12
11:20,25 13:15
44:21 49:23
50:1 65:7 88:1
88:5 101:5
108:11,16
113:7 118:6,10
123:18,20
126:1 128:21
128:21 145:8
145:20,22
146:23 149:8

149:12 172:20
189:24 190:4
198:12 200:11
200:15 213:24
214:3 223:4,5
223:9 227:20
227:21,23,24
235:8,9,13
239:7 242:2,20
**recorded** 29:5
44:14 64:16
94:12 157:14
161:18 163:25
184:9 243:8
**recording** 80:8
123:14
**records** 18:15
104:9
**recrystallizati...**
61:15
**recrystallized**
60:16
**redacted** 86:5,8
**redactions**
86:21
**REDIRECT**
241:21
**redundant**
158:18
**refer** 24:20
29:10 30:11
35:14 42:14
45:13 47:22,25
48:1 60:22
66:1 80:3,4
83:4,11 110:15
157:8 170:4
211:5 212:4
**reference** 40:20
41:25 56:21
77:8,20,23
83:2 178:5
179:3 206:18
**referenced** 43:1
44:1 205:18
206:4
**references** 9:16

Laura Webb, Ph.D.

40:12 203:23
225:7,24 226:3
236:23
**referencing**
55:22 155:6
**referred** 54:7
68:5
**referring** 24:21
30:3 41:3
56:18 57:1
61:13,23,24
68:4 90:12
110:17 120:3
153:17 178:1
183:12 224:21
**refers** 101:20
168:19,20
229:6
**refine** 99:24
**refined** 48:25
58:8
**refinement** 99:6
**reflect** 239:24
**reflected** 17:1
26:21 27:20
38:18,21 43:7
63:4,7 72:20
78:10 86:10
**reflects** 51:14
145:20 151:17
**refreshed** 14:25
145:5
**regard** 27:17
29:4 68:25
**regarding** 117:3
**regardless**
145:23
**region** 36:4 58:4
70:7 100:20,21
118:22 157:14
166:1 172:3
187:24 211:7
228:17
**regional** 96:3
167:3 190:21
194:11 197:18
**regions** 29:25

43:4 45:18
110:11
**regularly**
129:19 209:23
**regulated** 60:23
186:1,5 205:10
205:12
**relate** 71:4
80:21 85:24
121:4 122:16
**related** 11:25
81:2 104:25
125:20 141:22
142:21 158:7
165:18,22
229:7 235:23
**relates** 1:11
43:18 47:23
101:7 110:2
120:15 166:21
178:14
**relating** 116:8
128:10
**relationship**
9:24 75:2
89:16 92:16
94:14 111:8
124:14 127:12
148:6,17
159:24 173:14
**relationships**
54:15 108:8
122:15 172:11
172:13 173:24
173:25
**relative** 45:5
48:18 63:18
64:17 95:5
120:1,17
122:16 126:17
128:11 172:11
172:12 173:24
**relatively** 46:14
61:9 152:10
189:21 197:14
211:14 222:12
**relevant** 17:21

42:21 43:16
74:11 175:8
221:17,24
**reliance** 12:16
18:14,23 37:12
51:20 54:5
73:18 174:13
223:18 224:2
235:20 237:3
**relied** 21:23
22:14,24 37:16
37:24 38:11
169:15,22
170:12 228:10
**rely** 38:2 74:8
119:18
**relying** 38:6
183:6
**remain** 193:17
**remaining**
232:24
**remains** 231:11
231:17,18
**remember**
14:19 39:5
55:10 71:12
73:21 132:11
147:10 158:2
158:23 174:17
222:17 239:20
240:20
**removed** 135:17
135:23
**render** 15:16
239:25 240:12
240:24
**rendered** 56:8
**rendering** 125:3
228:11 237:22
**reorganization**
84:11
**reorganize** 95:2
**reorganized**
84:21
**reorient** 119:25
**repeat** 130:15
**replaces** 84:25

**report** 6:12 12:2
15:13,17,22,22
16:23 17:1,2,4
19:10 21:6,17
21:18,25 22:7
22:8,11,16,17
22:19,22 24:3
25:6 35:15
37:3,9,24
38:10 43:12,14
45:15 47:11,14
47:16 48:1
51:10,15,18
52:3 53:18,20
54:3,11,24
55:2,3 56:14
56:18,24 61:4
61:25 62:22
69:22 70:14
71:11 72:20,21
73:18,25 74:6
74:12 77:25
78:8,12,20
79:7 80:4,9
81:5,6,10,14
81:17,23 82:5
82:10 83:7
127:3 134:6,23
139:18 141:5
141:14 145:3
150:2,10,13,18
154:12 155:15
155:22 156:1
161:11 174:11
175:10 178:8
183:7 184:5
199:21 204:16
208:14 217:17
218:12 220:12
221:6 226:5
229:12 233:21
237:5,10,13,17
237:21 238:8
240:6 242:12
**reported** 1:25
52:20 60:18
61:7,17,25

74:19 185:5
**reporter** 2:15
11:13 106:14
146:19 180:19
243:1,2,25
**reporter's**
243:13
**reporting** 75:7
**reports** 14:4
20:16,18,24
21:7,7 36:24
52:19 56:14
73:23 77:8
94:9 124:19
125:10 126:14
128:10 141:2
142:19,20,25
147:1,14
154:23 155:6
158:24 159:3
162:17 164:11
198:20,20
222:8 235:16
235:21
**represent** 13:5
20:18 187:5
**representations**
23:4 82:4
**represented**
57:3 70:12
172:4
**reproduction**
243:23
**request** 16:6
17:8 145:7,9
146:4
**requested** 18:6
51:1 183:7
**requests** 6:19
18:11
**requirement**
229:17
**requirements**
151:20
**rereviewed**
81:17
**research** 96:24

Laura Webb, Ph.D.

96:24 97:8,13
109:8 112:23
117:22 123:1
142:16 200:3
**researcher**
109:4
**Reserves** 9:7
201:13,16
**reside** 83:19
**residual** 232:16
232:22
**resistance**
124:23 211:16
**resolve** 99:16
**Resource** 10:4
**resources** 33:1
**respect** 12:1
16:23 28:17
35:20,21 47:21
54:1 61:4
69:24 73:16
81:13 85:10
91:17 113:1
135:19 136:1
138:1,12
141:24 155:13
155:18 158:25
165:12 169:15
171:18 178:24
196:8 214:12
218:5 219:21
228:11
**respond** 124:18
142:17 155:22
**responded** 18:7
176:2
**responding**
146:23
**response** 6:18
15:9 16:5 17:7
51:21
**responsible** 18:7
64:14
**responsive**
18:11
**restate** 37:22
**restroom** 200:10

**result** 12:9
34:25 35:22
44:12 58:3
165:7
**resulted** 100:1
101:13 191:6
234:5
**resulting** 231:10
**results** 80:12
135:22 138:9
138:11,12
**resume** 88:13
**retained** 27:1
81:8 83:24
84:7,9
**retainer** 84:20
84:22 85:1,3
**retention** 83:21
85:11
**return** 244:11
**reveal** 21:9
**review** 22:13,19
22:23 33:19
34:21 36:23
51:17 52:10
56:12 73:21
77:15 86:21
125:7 135:4
235:19 237:1
237:17,21
241:14
**reviewed** 14:3,4
19:12 20:9
21:12,23 22:14
22:24 23:8
36:20 37:12
51:5 62:3
78:12 81:24
114:5,12,22
115:2 134:2,18
135:7,13
141:14 145:1
145:11 158:23
162:17 164:11
206:6 219:8
235:16 238:8
**reviewer** 114:20

**reviewing** 73:9
73:15,22
**reviews** 184:7
**rich** 59:9 151:4
152:10 160:14
161:16 167:19
168:23 169:1
180:13 185:11
185:11
**ride** 173:1
**riebeckite** 60:25
**right** 12:25 13:4
15:14 18:16
20:4,10,13
25:19 26:9,22
27:21 28:12
35:1,6 37:9
39:13 41:21,21
46:7 49:12,18
50:8,12 51:4
51:14 53:15
57:12 58:16
59:7 61:1 62:6
62:16 63:10
70:23 71:25
72:15 73:4
78:6 83:22
85:8,12 86:5
88:13,23,25
89:6,20 93:11
96:5,9,21
97:18,21 98:1
100:16 101:3
102:4,24
106:20 107:1
109:7 110:4
111:15,20
112:10 118:4,5
122:4 123:2,15
134:16 139:13
141:4,15 148:5
150:1,12
153:19 157:6
162:9 166:17
167:3 168:20
176:14 178:6
178:13 183:13

183:23 184:21
187:9 188:4,18
190:5,23
192:21 193:3
201:2,8 202:4
210:14 213:15
214:22 215:25
221:3 224:6
225:12 228:12
229:3,22 236:8
236:14,15
237:14 238:12
241:6 242:9,14
**right-hand** 44:2
57:2,4
**rigorously**
203:13
**ripe** 193:23
**rise** 28:23
**risk** 211:21
**River** 8:9,15
71:7
**rivers** 121:20
**road** 13:12 19:8
40:6 121:18,19
156:18
**roadmap** 15:4
**roads** 100:10,15
**Robert** 236:2
**Robinson** 42:14
42:15 129:22
129:22 134:22
**rock** 29:5 30:17
35:23 57:8,11
57:17 58:1
60:8 67:13
78:15 89:15,15
90:15,23 91:12
91:23 92:12
95:16,24
100:11 101:25
105:8 108:4,10
109:22 111:1,2
112:8 113:13
119:2,4,10
120:1,8,9,14
120:17 121:5

122:8 123:21
127:12 129:15
129:16,24
136:20 151:2,3
151:22 160:7
161:7,8 164:25
167:25 168:4
168:17,22
173:18,20
181:6 191:25
208:3 220:16
220:20,21
221:23 229:6
229:10,11,20
229:21 230:14
230:19,22
234:14,21
**rock's** 108:11
187:8
**rock-cutting**
122:6
**rock-mineral**
230:1
**rocks** 28:20
30:16 34:10,12
34:17 36:3
43:19 44:14,19
44:21 45:11,12
45:19,23 46:9
59:7,11,14,20
60:13,14,17
61:11,18 65:7
65:11,12 66:7
66:16 67:4,13
72:14 90:21,24
91:2,7,9,11,19
92:9,15,25
93:20 94:2,3
94:10,17 96:5
97:9 100:2
101:8,9 108:16
110:3,10
111:17,19
112:6 113:11
115:1 116:22
116:23 119:7
119:20 121:20

Laura Webb, Ph.D.

122:23 123:2
125:14,19,22
125:24 126:1
127:20 130:12
137:23,24
153:13 157:14
157:18 159:11
159:22 160:5
160:13,22,25
161:4,19 165:9
166:4 167:15
168:9,21,25
169:1 172:2,19
172:20 173:16
179:19 182:9
182:11 184:9
185:8,10
191:14 192:2,3
192:6 198:12
198:15 221:12
221:17 222:5
233:17,22
**rolling** 121:9
**room** 53:9 97:5
99:5
**rotating** 121:5
**rotation** 120:20
122:20
**roughly** 46:3
71:15 187:24
**RPR** 243:18
**rub** 216:14
217:7
**rule** 165:1
**rules** 13:11
**run** 175:15
209:23
**Rutgers** 203:14

**S**

**S** 3:1 6:1,9 7:1
8:1 9:1 10:1
11:1
**SAED** 156:18
**safe** 37:16 38:1
**safely** 123:24
**Safety** 209:12

**SALES** 1:7
**sample** 9:25
80:6,13 95:18
104:15 105:18
116:12 122:2
122:18 127:20
207:17 208:2
217:5
**sampled** 129:6
129:14
**samples** 12:6
29:20 80:22
95:18,21,22
96:18 103:6,12
109:15 112:14
116:14,17
118:18 119:24
127:9,9 128:4
128:11,15,18
129:8 136:12
136:19 138:4,7
138:10 167:4
216:4 237:8
**sampling** 100:11
100:13 112:20
123:23 132:22
132:25
**San** 64:1
**Sandrone** 174:6
174:7
**Sanford** 42:17
129:5,6 159:8
159:22
**satisfied** 229:18
**satisfies** 229:21
**satisfy** 196:24
**saturated**
191:20 195:10
**save** 50:20
**saved** 50:22
**saw** 17:18 40:15
77:7 81:8,9,15
125:17 129:25
165:17 206:9
207:25 238:2
**Saxtons** 8:9,15
71:7

**saying** 41:19
112:2 164:8
197:17
**says** 23:13 57:12
57:14 59:19
63:12 109:10
110:5 195:5
203:11 204:9
206:19 215:12
231:7 235:3
**scale** 29:19,19
29:23 30:5,6
30:25 31:12,13
39:25 43:2
51:11 96:3
111:4 124:22
127:1 208:6,10
210:1
**scales** 29:18
110:10 126:22
**scanning** 103:22
105:3 106:3
117:12 137:16
**scheme** 198:2
**schist** 59:22
60:10 181:10
206:21
**Scholar** 174:18
**school** 88:21
117:10,14
**science** 88:24
125:6 127:6
**sciences** 89:6
**scientific** 154:25
158:11 174:19
175:12,18
**scientifically**
175:11,19
176:12 178:20
**scientist** 31:22
33:4
**scientists** 58:5
**scope** 156:3
207:21 208:14
**scratch** 134:17
**screen** 131:17
**SE/SEM** 117:16

**search** 17:21
18:20 31:16
51:1 125:8,9
**searched** 174:23
**searches** 36:6
40:2
**searching** 18:15
174:19
**second** 15:12
23:20 24:5
25:4 55:17
64:4 79:18
82:22 101:17
188:22 201:5
210:19 214:21
223:4
**secondary**
104:10
**section** 96:2
134:12 150:2
154:16,20
163:25
**sections** 7:9 52:4
95:19,23 122:8
122:9,11
126:25 135:16
135:23 164:6
**sector** 102:8
105:16
**see** 17:11 18:9
19:4,13 22:21
25:4 26:2
27:20,24 32:22
34:9,11 36:13
36:15 40:8
42:25 43:7
44:25 48:11
52:20 53:21
54:17 55:4
58:10,17 65:15
67:11 70:8,11
74:24 82:17
83:12,17 84:7
88:13 90:14,20
91:2,17 92:3
97:12,17 101:4
103:14 106:5

117:21 119:1
120:11 121:12
123:11 125:15
134:13 143:15
143:22,24
148:16 157:23
160:1 161:23
165:21 177:24
182:25 183:10
183:11,20
188:23 194:13
194:15 198:5
199:13 204:5
206:8,16 207:1
208:5 213:10
213:16 215:19
216:23 217:24
220:24 225:17
227:13,14
228:22 229:4,8
236:6
**seeing** 16:20
17:16 48:18
56:20 116:3
143:21 149:24
**seek** 211:2,23
**seeking** 18:3
**seen** 17:19 40:4
61:6,16,22
66:13,18 73:13
116:23 128:16
135:10,22
137:18,19,23
138:9 142:18
162:7 163:20
163:24 164:5
173:23 175:22
196:13 197:1
201:8,19
202:19 208:1
211:6 214:10
214:14 233:17
233:18 236:4
236:18 237:12
**select** 95:20
**selecting** 122:23
**SEM** 137:23

seminar 141:19 141:21
send 88:18 122:8 146:8
sense 29:15 31:6 76:13 77:7 87:7 122:19 134:14 158:18 181:3
sent 86:1
sentence 109:10 210:20
separately 144:17
separation 221:15
sepiolite 173:9 173:12
September 215:15
series 21:8 51:13 170:5
serious 15:4
serpentine 204:10 215:20
serpentines 139:2
serpentinite 59:21 60:9,11
Serpentinizati... 160:15
served 114:19
serves 149:16
service 103:17 169:23
Services 11:5
serving 140:21
set 109:18,20 111:16 112:3 112:11,17 161:15 197:13 243:5
SEYFARTH 4:20
Seymour 77:9
shafts 131:10
shakes 16:21

209:9
shallow 192:7
Shandong 158:4
shape 64:10 110:12
SHAW 4:20
shear 64:3,5,12 66:15,16 99:25 122:19
sheet 214:21 225:5 226:18 244:5,6,9,11 246:8
sheets 215:7,11 215:13,15
shells 97:16
shifted 177:15
shocked 205:2,3
shocker 216:9
Shook 27:1 83:22 84:25 85:3
short 29:2 49:19 57:16 65:6 87:17,22 105:20 149:4
shorthand 46:6 47:1 243:1,2 243:11
shortly 148:8
shot 183:19
show 26:2 27:14 28:2 30:6 45:20 106:9 181:3 217:25 241:4
showed 48:23
shower 40:25,25 41:16,16,16 184:10,11
showing 49:8 70:17 187:2
shown 14:24 15:1 30:4 33:25 75:1 156:20 167:19 175:4,6 181:20

225:25 241:6
shows 44:7 47:17 49:11 82:10,14,15 239:3
Shukla 147:24
side 20:22 44:2 57:2,4 108:14 195:18 196:3 213:4 215:15 215:15
sides 85:23
sign 84:19 244:6
signed 84:22 85:4
significance 44:4
significant 31:24 91:10 234:20
significantly 12:16
signing 244:8
silica 167:19 232:23
silicon 179:17 232:16
similar 45:8,20 45:20 48:12 67:2 82:4 109:2 134:5 156:11 165:16 165:16 167:10 167:24 173:10 180:8 182:5 194:8 197:22 219:24
similarly 179:25
simple 13:11
simply 37:7 206:2 223:23
single 30:13 143:25
sit 219:9
site 30:20 55:1 95:11,14 189:9 224:25,25

226:11
sited 108:1
sites 30:13 83:10 83:11 121:16 127:9 226:9
sites.xls 9:18
sitting 130:3 238:17
situ 104:18
situation 193:22 196:24 234:1
six 60:22
sixth 206:19
size 119:6 142:21
sketch 118:15
skill 109:18,20 111:16 112:3 112:11,17
skills 112:8
skimmed 22:10
slams 99:12
slightly 48:25 181:13
slip 65:25 67:6,6 67:7 190:12 195:5,24 222:20
small 63:11 171:25 197:13
small-aspect-r... 209:18
smaller 12:17 113:23 180:3,4
snuck 107:3
solely 230:16
solid 193:17
someone's 74:8
somewhat 158:15
sordid 44:11
sorry 17:23 25:13 26:5,15 28:2 32:18 34:3,17 37:19 38:24 41:16 45:25 55:10

57:4,5 59:3 63:5 69:13 70:9 80:23 86:3 102:5 111:23 120:19 129:22 130:15 136:17 137:9 152:22 156:6 156:11 161:11 174:3 176:24 178:7 180:19 180:20 187:17 196:11 197:5 204:19 205:25 214:18 222:7 228:18 237:19 239:1 240:19 241:3
sort 28:11 29:23 36:1,6 38:14 45:7 57:13 68:5 70:6 71:21 78:24 80:2,5 84:10 100:7 101:12 101:14 111:4 119:12 120:4 124:21 126:22 143:14 144:17 153:12 181:4 182:10 191:1 197:9
sound 159:4,7 175:11,19 176:12 178:19 178:20
sounds 46:22 118:3
source 40:24 41:14 138:19 203:18 209:17 230:25
sourced 76:19 123:21 162:23 163:22 164:16
sources 40:8 145:17 174:2

**sourcing** 159:5
**south** 95:4,6
  98:19 120:6
**southern** 70:9
  70:10,19 99:22
  100:20,21
  157:18 184:11
  188:3
**southwestern**
  71:22
**space** 45:19
  67:25 110:11
  129:10 162:2
  244:4
**spaces** 191:18
**spatial** 54:15
**speak** 22:3
  47:25
**speaking** 34:23
  189:16 190:13
  211:10
**special** 182:11
  205:24 234:1,1
  234:24
**specific** 27:13
  32:5,17,17,18
  35:6,8 52:22
  58:24 71:24
  83:11 84:8
  89:8 102:2,6
  110:19 113:24
  113:24 116:9
  120:2 124:3,13
  129:2 134:6
  142:8 166:16
  166:20 167:3,7
  204:13 208:16
  208:25 221:8
  221:23 225:5
  225:25 226:7
  237:8
**specifically**
  34:11 71:12
  89:13 92:22
  100:9 102:16
  112:25 114:25
  115:3 117:25

137:9 147:23
  156:7 158:1
  172:19 174:20
  175:24 178:24
  186:7 200:21
  235:23
**specified** 209:11
  235:5
**specifying**
  215:16
**specimen**
  119:14,16
**specimens**
  136:20
**spectrometer**
  102:12,14,23
  104:15 105:16
  105:17 110:21
**spectrometers**
  101:22 102:9
**spectrometry**
  104:11 105:12
**spectrum**
  105:20 107:14
**speculation**
  205:21
**spell** 15:14
  93:12
**spelling** 171:10
**spent** 74:2
**spews** 110:21
**spilite** 229:22,25
  230:4,9,19,24
  231:1,3,5,18
  231:24
**spoke** 128:20
  139:25
**spoken** 139:23
  140:11 141:1,8
  141:17
**spot** 104:19
  105:22,22
**spreadsheet**
  9:15 78:7
  80:18 82:13
  224:20
**spreadsheets**

226:7
**spring** 117:14
  183:24
**Square** 4:7
**stability** 187:14
  187:18
**stable** 126:4
  172:23 187:7
  193:17
**staff** 204:16
**stage** 36:10
**stages** 160:11
**stainless** 102:25
  103:1
**stand** 159:3
**standalone**
  226:20
**standard** 57:17
**standards**
  140:18
**standing** 41:5
**stands** 57:14
**Stanford** 89:2
  92:4
**start** 15:19
  16:14 26:20
  30:22 88:8
  154:19 176:7
  201:9 207:23
  214:13
**started** 11:23
  64:7 95:4,6
  97:24 185:8
**starting** 35:16
  35:17 36:5
  43:22 49:5
  51:7 56:11
**state** 23:17
  29:18 48:9,10
  48:23 58:5
  177:15 198:20
  212:20 226:7
  237:9,12,14
  244:3
**stated** 37:1
**statement**
  146:23 154:23

159:16 177:25
  211:1 224:4
  240:4
**States** 1:1 226:6
  234:13
**statistics** 233:21
**stay** 23:7
**staying** 19:3
**steel** 102:25
  103:1
**stenographic**
  11:12
**stenographica...**
  243:9
**step** 88:10
**steps** 123:11,13
**STEVE** 3:21
**stipulation**
  223:24
**stop** 30:22
**stopping** 118:2
**strain** 64:7
  65:14
**strategies**
  112:20
**stratigraphy**
  242:3
**Street** 2:5 3:8,17
  3:23 4:14,21
**strength** 126:3
  191:25
**stretched** 35:23
  64:8 65:13
  110:1
**stretching**
  101:13
**strike** 47:7
  190:14 205:15
  207:16 231:22
  232:5
**strong** 64:22
**structural** 7:4
  67:12 94:21
  98:9 108:14
  109:14 110:2
  113:9 119:8
  172:12

**structure** 28:24
  35:21 43:17,23
  44:7,11 63:21
  83:8 84:21
  95:24 101:16
  107:25 112:6
  124:22 126:8
**structures** 30:17
  89:15 95:18
  99:8 107:23
  108:13 109:23
  123:19 142:22
  192:16
**student** 99:20
  115:11
**students** 58:6
  110:8 115:8,25
**studied** 172:10
  173:5 192:15
**studies** 42:20
  62:4 73:23
  92:4,6 129:25
  137:6 140:4
  166:2 233:19
**study** 42:14
  89:15 100:24
  110:19 111:10
  113:10 124:8
  129:5,8,14,22
**stuff** 53:10 83:3
**sub-** 164:20
**subduction**
  93:25 95:2,7
  173:2 193:12
  193:13
**subject** 9:6,9
  210:17 244:8
**submission**
  47:14
**subparagraph**
  154:20,22
  175:9 184:6
**subpoena** 15:10
  15:20 87:4
**subscribed**
  243:14 246:14
**subsequent**

Laura Webb, Ph.D.

60:16 106:13 106:14

**subsequently** 44:19 131:22 194:23

**subset** 180:3

**substance** 246:7

**substantial** 164:20

**subsumes** 113:22

**suffice** 209:4

**sufficient** 156:13 182:4

**suggest** 173:16

**suggests** 203:15

**suite** 3:9 4:8 5:6 45:10

**sum** 76:13

**summarized** 219:8

**summarizes** 154:16

**summarizing** 164:12

**summary** 74:6,9 125:16 154:13 154:21 176:2 215:7,11,13,15 240:11

**summer** 81:11 81:24 139:25 147:7 183:24

**supervised** 133:8 138:15

**supervision** 243:25

**supplement** 24:2 25:3 229:20

**supplemental** 19:11 20:9 23:7,9 24:8,12 24:22 37:25 38:10 47:9 50:5 51:5 54:19 55:17

62:18 69:17 71:5 72:11 78:5 88:11,14 139:17

**supplements** 74:17

**support** 36:16 165:19

**supporting** 10:10 21:20,21 225:3

**supports** 175:20

**suppose** 33:25 149:22 193:21

**Supposes** 199:25

**sure** 12:20 15:14 18:22 20:20 29:22 38:5,17 53:9 68:21 79:21 85:23 87:23 106:1 130:18 131:9 132:3 152:24 153:15 170:15 176:17 178:9 190:4 199:18 200:6 213:23 214:23 225:23 226:23,25 228:20

**surface** 43:19 94:2,7,10,19 119:2 194:10 234:15

**surfaces** 211:15

**surficial** 176:3

**surprise** 127:3 216:10 217:16 218:1

**surprised** 163:6 216:22 217:24 233:5

**surprising** 212:8

**surround** 191:1

**surrounding** 29:15 125:22

206:21 229:20 229:21

**Survey** 23:14 51:10 53:17

**survive** 61:20

**survived** 193:13

**SUTCLIFFE** 4:13

**swear** 11:14

**switch** 38:8

**Switzerland** 96:9

**sworn** 11:16 243:6 246:14

**synonymous** 66:23 158:15 203:1

**synonymously** 202:21

**synthesis** 126:21

**synthesize** 124:21 154:24 157:8

**synthesized** 37:1

**Syracuse** 96:20 97:3,20

**system** 8:24 30:15,16 95:3 103:5 108:25 125:19 165:15 172:19 179:18 179:25 181:9 181:22

**systems** 34:17 108:4 126:16 129:17 153:12 159:10

----

**T**

**T** 6:1,1,9 7:1 8:1 9:1 10:1 245:2

**tab** 79:18

**table** 78:13 79:9 79:10,23 81:11 81:16,18,20 82:1,10 83:3 85:24 150:5

**tables** 102:15

**tabs** 227:12

**take** 13:13 34:23 49:19 55:9 62:6 69:6 71:25 79:6,15 79:19 86:23 87:7,9,11,12 87:14,17,20,21 88:20 90:15 102:2 112:5 119:14 122:1,5 123:11,22 124:1 127:9 144:23 149:4 154:15 156:16 176:20 179:7 194:4 199:14 200:5 201:5 203:2,4 205:7 213:13

**taken** 39:17 128:11 135:7 135:10 136:19 138:10 147:12 187:14 220:25 243:4

**takes** 182:11 205:23 233:25 234:24

**talc** 8:20 9:20,24 9:25 21:11 31:10 32:2 34:25 35:13 40:24 41:15 42:3 44:17 59:21,22 60:3 60:10,10,12 63:17 67:19,19 70:8,11 72:11 75:3 76:20 82:22 91:17,19 91:25 92:1,7,8 92:11,20 112:24 114:6 114:14,24 115:1,3,9,13

116:3,8,12,14 116:17,22 117:4 124:10 124:15 125:21 125:23 126:11 126:14 127:13 127:20,20 128:12 129:1 132:13,15,18 132:22,25 133:13,18,21 133:23,25 134:3,19,25 135:5,8,14,17 135:19,24 136:1,7,10,12 136:20,25 137:4,10,13,17 137:22,23 138:1,4,6,10 138:16,18,19 138:24 139:8 139:11 141:9 141:25 142:9 147:22 150:22 150:22 151:2,3 151:4,16,23 152:3,10,13 153:4,9,16,17 153:21 154:1,5 156:10 158:8 159:11,25 160:19,23 161:2,9,21 162:3,8,12,22 162:23 163:10 163:21,21,25 164:15,16,24 165:2 166:7,11 166:14,15 168:2,25 170:7 172:1,14,19,20 172:23 173:1,9 173:10,13,15 173:21 175:13 175:21,25 181:4,7 182:9

184:15,24
185:2,23
186:16,22
188:1,4 190:19
192:12 193:2,6
193:11,17
194:3,6,18
200:20 202:1
203:12 206:21
206:24 210:23
212:2,2 218:6
218:24 219:5
222:10 228:15
228:16 229:11
229:17 230:10
230:16,23
231:10,11,17
231:21 232:4,8
232:22,22
233:1,7 236:24
**talcs** 203:16
204:10
**talcs'** 206:22
**talcum** 1:6 11:8
42:3 153:10
**talk** 80:18 84:14
217:17 221:9
**talked** 19:1 40:5
137:2 141:12
148:2,19
153:22 225:1
**talking** 17:24
18:16 116:22
168:1 197:13
200:18 202:23
**target** 106:12
122:24
**targets** 92:2,18
99:15
**tea** 200:8
**teach** 110:5
**teaching** 109:7
116:25
**tease** 151:13
**Technical**
101:18
**technically**

99:23
**technique** 89:25
102:17 103:11
104:25 105:2
106:8 117:3
**tectonic** 44:11
44:12,17 60:11
61:8 99:3,10
101:9 108:17
110:12 126:23
159:18 160:4
160:11 166:3
167:16
**tectonics** 109:4
110:6
**Tecum** 6:17,21
16:4,8,16
17:10
**Telephonically**
3:14
**tell** 20:17 23:8
27:19 46:6
48:3 53:22
56:7 78:10
82:6 120:21
122:20 134:16
**TEM** 142:22
156:20
**temperature**
34:13 45:10,17
45:19 46:17,19
64:22 65:1,3,3
65:8,18,20
66:4,6 68:11
123:8 124:11
126:5,12,17
161:3 173:19
184:8 188:1
189:2,16,21
191:4,14 192:7
194:8 221:13
**temperatures**
44:22 46:10,13
64:15,16 65:22
104:8 160:5
172:24 191:3
191:24 192:13

**ten** 48:7
**tend** 66:4
**tends** 189:6
**term** 29:12
35:15 40:19
46:16 59:6
60:20,21 64:24
101:4 150:25
152:4 202:10
204:2,6 205:6
207:3,5 212:5
**termed** 206:24
**terminology**
50:14 205:15
229:3
**terms** 18:14
24:16 34:1
42:22 43:22
44:9 48:18
54:15 56:12,20
56:22,23 65:9
74:18 75:10
80:20 90:14
108:16 125:2
126:6 150:17
159:4 173:8,23
181:8 189:1
197:15 202:22
207:8 216:11
228:14
**terrains** 173:5
**test** 138:9,11,11
138:12 216:3
**tested** 217:5
**testified** 11:17
145:16 235:15
**testify** 154:17
**testifying** 57:1
**testimony** 15:13
16:23 53:22
76:14 186:20
186:23 243:7
**testing** 102:6,7
199:8
**tests** 101:24
102:2 122:3
217:25

**Texas** 3:10,24
13:6
**textbook** 182:21
182:23
**textural** 122:14
172:10 173:24
**textures** 78:17
81:2 92:15
113:13
**thank** 11:22
17:5 53:15
54:21 62:8
69:4 108:22
120:23 139:13
170:23 171:14
188:17 226:13
226:19 227:16
236:16 242:10
242:14,16,17
**Thanks** 224:6
**thematic** 92:17
**thematically**
89:11
**theme** 99:1
**themes** 98:8
**theoretically**
90:15
**theories** 173:8
174:3
**thereabouts**
178:4
**thereof** 243:11
243:14
**thermobarom...**
104:7
**thermochrono...**
101:23 109:5
**thermometer**
105:1
**thesis** 77:9,10,22
115:11 116:1
128:14
**thin** 95:19,23
96:1 122:8,9
122:11 126:25
134:12 135:16
135:23 154:6

163:25 164:6
**thing** 48:17 76:3
77:7 80:19,20
146:2 188:21
189:5 208:24
213:4 226:16
**things** 13:23
28:2 73:17
82:5 84:22
106:6 109:8
119:18 121:4
125:15 127:2
156:20 177:12
177:14 195:19
197:6,7 206:14
216:13 218:13
238:2
**think** 12:16
22:10 26:22
32:16 33:2
35:14 39:2
40:3 44:7
45:15 51:2
53:21 54:1,7
62:6 63:12
67:1 68:20
70:9 75:20
76:3,12 77:21
79:18 81:11,15
81:15,17 83:6
85:15,25 87:3
87:14 111:23
112:3 116:24
118:1 123:24
127:17 128:14
128:15 129:6
131:9,25 132:4
133:11,11
138:22 140:1
145:10,12,15
145:20,22
146:13 147:24
148:9,25
151:15,21
152:19 154:6
155:20 157:19
157:25 159:16

Laura Webb, Ph.D.

164:23 169:4
170:20 174:13
175:15 176:14
177:4,19
178:13 179:13
179:23,24
183:12 194:10
207:22 208:19
210:2 223:17
223:20 225:14
226:8 229:1,4
231:18 232:10
233:2,23
234:10 236:8
238:1,2,25
**thinking** 29:18
193:10
**thinning** 100:1
**third** 15:15 25:8
25:15 43:9
62:17
**thirty** 244:12
**Thomas** 8:12,18
**Thompson**
178:3
**thorough** 80:7
**thought** 73:12
73:13 177:24
183:25
**thousands** 158:3
**thread** 111:24
**three** 14:16,22
28:23 53:19
73:2 86:2
129:6 153:23
159:18 181:20
**Thrones** 184:3
**throw** 183:25
207:6
**throwing** 199:1
**tightly** 129:24
**tile** 23:21 27:10
**till** 222:25
**Tillotson** 98:20
**time** 11:6 12:10
13:13,18 17:23
18:4 31:24

39:10 41:6
44:16 50:20
52:1,7 54:23
55:5 56:1 63:2
70:2 71:16
74:2 81:9,19
85:17 110:11
140:11 147:1,9
148:12,13
160:8 162:2
177:16,25
192:17,21
193:1,6,16
195:10 211:4
242:11 243:5,6
243:8
**times** 13:19 14:8
29:14 49:16
100:18 121:15
**timing** 89:19
94:16 99:24
126:17
**titanium** 104:25
106:7,9
**title** 21:3 93:19
154:15 201:12
**titled** 19:9
210:16 215:6
**today** 11:10,13
12:21 13:7
15:5,7 16:22
17:21 18:2
20:5 49:17
98:4 103:4
125:10 130:3
139:17 150:20
155:16 156:1
172:6 194:10
219:9 220:8
237:2 239:21
240:8 241:7
242:11
**today's** 11:5
95:5 242:18
**Todd** 1:25 2:14
11:13 243:18
**toilet** 46:23

**told** 84:17 131:1
131:13 217:5
**top** 57:12 80:21
**topic** 85:17
114:8,16
142:16,23
218:14
**topics** 116:7
**total** 12:4 56:20
**totally** 158:5
**touch** 239:14
**town** 40:4
**TP** 46:16,21,22
**trace** 220:3
**trail** 75:9
**training** 239:25
240:12
**transcribed**
243:10
**transcript** 6:10
7:2 8:2 9:2
10:2 21:15
22:5 243:10,12
243:22 244:13
244:14
**transcription**
246:4
**transect** 100:11
**transformation**
173:11,20
**translation**
169:21 170:12
171:2 227:5
228:6
**transmission**
117:8 138:3
**transport**
120:16
**tremolite** 9:7
60:25 61:1
160:17 163:10
179:25 184:13
185:1 186:7,9
186:13,15,21
187:15 201:13
201:17 202:4
202:13 203:2,5

203:23 204:12
204:14,16,22
204:23 205:3,4
205:4,10,12,18
205:19 206:4
206:19 207:18
228:17 230:3,4
230:9 231:1,4
231:5,9,11,14
231:21,24
232:4,7,13,20
232:25 233:6
233:12,12,13
233:14,17,18
234:5 235:3,4
**triangle** 161:10
180:18,21
181:21
**Triassic** 93:23
**tried** 74:7
125:12 188:24
225:7
**trigger** 151:6
**true** 39:6 47:19
127:19 131:4
133:15 138:6
139:1 150:9
196:15 243:10
**truly** 168:24
**truncation**
67:21
**try** 13:25 74:24
80:7 94:12,16
110:10 125:7
125:15 157:17
182:8,15
213:19 216:24
**trying** 26:2
27:14,16 29:14
34:16 39:2
40:13 42:21
58:11 73:20
98:24 99:24
108:15 109:17
126:7,15
151:13,22
153:1 158:21

181:3 208:12
224:11
**Tucker** 5:5
83:21,24 84:23
84:25 85:10
86:1 143:4
**turn** 25:8 50:4
154:11 179:14
186:24 228:21
**turned** 94:4,4
97:6
**turning** 175:9
194:17
**twice** 147:16
**two** 12:20 14:16
14:22 23:15
26:3 82:6
89:10 93:19
107:19 131:4
132:7 156:13
159:23 173:8
215:14 223:14
**two-and-a-half**
130:6
**two-thirds**
27:24
**type** 27:13 56:22
57:9,11,15
58:20 96:13
104:14 105:6
121:16 122:21
124:12 125:17
202:6 211:1
241:13
**types** 30:17 36:7
44:24 59:23
67:3 90:21
91:7 95:16
100:11 109:22
119:4 129:15
167:25 168:17
215:16 220:21
234:14
**typically** 59:9
60:9 83:19
107:20 222:14

Laura Webb, Ph.D.

## U

**U.S** 9:22 23:13
51:10 53:17
**UCLA** 88:25
**Uh** 59:7 67:11
120:7 236:17
**ultimately** 32:1
83:6 123:1
143:8 229:11
230:23
**ultra** 92:25
93:20 94:9
173:5
**ultra-high**
102:19
**ultramafic** 59:1
59:5,14,20,23
60:1,8,13,14
61:18 63:17
91:10 157:20
160:6,13 161:8
161:20 168:4
168:21 179:19
180:13,14
181:11 182:9
185:7
**ultramafics**
222:3
**unaltered**
180:16
**unclear** 13:18
13:24
**undergoes**
186:17
**undergoing**
192:17 232:14
**undergone**
151:23
**underground**
121:25 131:10
133:5
**underlying**
127:12 168:3
**underpin** 15:13
**undersigned**
243:2

**understand**
20:21 28:16
29:3 34:16
50:9 51:2
53:21 75:2
89:18 108:15
109:9 110:10
110:25 111:2,3
125:23 126:7
126:16 127:23
146:6 153:1,12
158:21 176:8
183:8 197:12
199:12 206:6
228:18 240:5
**understanding**
29:8 30:15
33:3 36:2
40:23 42:2,22
43:15 84:10
85:16 92:14
108:8 123:7
132:1 142:16
155:1 158:12
164:23 207:7
**understood**
41:24 42:8
50:17 57:8
142:4
**undertaking**
241:14
**underwater**
131:8
**underwent**
61:13 167:16
168:10
**unique** 112:2
158:22 176:8
**unit** 56:13 57:6
57:13,18,19
64:18 100:12
170:2 220:20
**United** 1:1 226:6
234:13
**units** 28:18,24
29:5 35:24
43:22 52:18

56:22 57:6
58:11,15,21
59:1,5,21,24
60:2,9 61:13
63:11 64:17
126:10 166:7
166:14,21
168:13 220:19
**universe** 198:4
**University** 8:24
96:8,21 97:21
98:1 108:24
203:14
**update** 177:10
**updated** 88:18
**upper** 28:11
44:22 180:5
**uranium-lead**
104:22 105:25
**uranium-thor...**
102:17
**use** 35:11,15
40:19 46:16
60:20 66:24
79:23,24 102:7
104:6 106:11
107:13 108:5
131:14 151:7,8
156:23 158:14
200:10 204:2
207:10 229:3
**USGS** 21:6 55:1
58:5 125:10
198:20 221:2
221:19 224:25
225:15 226:11
**usually** 67:11
118:23,24
119:18,22
120:15 122:5
**utilized** 37:17
53:23
**UV** 105:20
**UVM** 96:14
117:16 148:8
149:22 208:4

## V

**V** 4:12
**vacuum** 102:19
**values** 75:23
**Van** 73:12 74:4
74:10,17,18
75:13 76:5
176:2 178:24
179:5 224:20
**variables** 68:18
91:15 197:9,14
**variation** 90:4
**variations** 191:4
**varies** 98:18
**varieties** 60:24
**variety** 39:16,18
40:7 74:3
143:12 182:10
212:20
**various** 9:11
241:7
**vary** 209:1
220:16,16
221:18
**vast** 200:2
223:18
**veins** 60:19
195:19
**venture** 178:22
**verify** 75:1,4,18
**Vermont** 1:17
2:4,6 6:24 7:7
7:12,16,20,24
8:6,11,17,21
8:24 10:5 11:8
12:6 14:13
21:11 23:17
27:9 29:19
35:20 36:12
40:20,24 42:9
48:10,11,12
51:10 55:19
58:5,25 60:8
61:8 62:20
69:20 71:8
72:12 74:13

78:8 79:8 81:7
81:23 97:21
98:1,7,12,13
108:25 126:9
126:15,22
127:8,24 129:1
129:7 130:4
131:5 133:13
134:7 138:19
151:25 153:23
157:13,19
158:25 159:20
160:24 163:16
163:19,20
165:13 167:11
168:19 177:7
178:2 180:11
184:11 188:3,7
190:19 193:25
194:17 195:4
196:6 197:15
198:19 200:20
202:2 204:10
204:13 212:2
212:13 222:9
225:2,5,25
237:14
**version** 25:16,25
47:16 54:8
82:9 177:9
180:4 226:25
239:12
**versions** 28:7
55:22
**versus** 124:24
140:18 143:11
143:12,20
151:3,23
**vertical** 100:1
**viability** 154:9
**viable** 154:7
**vicinity** 158:8
206:22
**videographer**
5:11 11:3,4,18
11:21 49:22,25
88:1,4 118:6,9

Laura Webb, Ph.D.

149:8,11
200:11,14
213:24 214:2
223:5,8 227:21
227:24 235:9
235:12 242:18
**Videotaped** 1:15
6:15,20 16:3,7
16:15 17:9
**view** 112:5
153:3,18,18
190:20 215:1
**viewed** 221:24
**Virta** 236:2
**virtually** 45:8
212:4,16
**visible** 204:12
**visit** 95:10
**visited** 133:12
149:22
**visiting** 148:10
**vitae** 240:14
**void** 191:18
243:13
**voids** 66:5 192:5
192:9
**volume** 233:23
234:18,21
**volumes** 173:20
185:2
**vorticity** 122:19

---

**W**

**wait** 222:25
**walk** 65:7 229:3
**wall** 185:10
**walls** 195:13,24
196:3
**want** 11:19
15:13,19 30:22
30:24 31:12
32:4,13,22
50:17 51:5
53:9 70:16
76:3 87:13,21
90:5 104:3,4
110:20 112:20

132:3 151:11
164:2 199:14
199:17 201:5
204:3 211:2,23
216:2,14,14,18
217:6 222:24
224:18 226:24
234:12 236:7
239:6 242:11
**wanted** 32:1
80:4 109:8
142:23 189:24
190:3 239:17
**wanting** 30:19
**Warren** 3:4 13:4
242:16
**Washington**
4:22
**wasn't** 76:16
77:10,21 92:19
126:13 131:13
152:9 154:6
155:22 164:1
218:9 229:2
236:18
**waste** 152:14
206:23
**wastewater** 40:5
**water** 68:13
149:6 160:14
161:15 200:8
**wavelength**
105:21
**way** 13:15 21:1
41:9 47:10
53:4 56:8 67:7
67:7 78:23,24
80:3,5 119:25
120:21 152:25
163:10 165:7
167:1 170:25
194:7 211:19
**ways** 39:19 40:7
143:13 202:19
**WDS** 103:23
**we'll** 12:21 15:7
37:5 49:19

55:9 79:15,15
79:19,20 87:5
87:24 93:13
108:18 120:18
120:18 122:7
150:18 163:19
169:2 210:7
224:12 225:21
226:14,17
**we're** 11:3,24
12:3,9 18:16
23:12 32:16
40:18 49:25
61:13,18 87:6
88:8,23 99:24
101:2 102:9,24
103:3 111:5,6
116:21 118:1,9
118:24 129:1
130:3 137:9,22
137:22 144:8
145:10 149:11
178:1 197:13
200:14 214:2
223:8 224:11
235:12 241:5
242:20
**we've** 12:10 87:2
87:3 100:6
101:4 102:25
109:2 116:22
125:10 150:1
150:19 153:17
153:22,23
159:18 175:15
193:9 201:3
208:3 226:23
238:10
**weaker** 192:3
**web** 40:2
**Webb** 1:16 2:1
6:2,11,12,16
6:21 7:3 8:3,23
9:3 10:3,9
11:10,15,23
13:3,8 15:2,23
16:4,7,9,11,16

17:2,7,10 19:4
19:10 23:1
50:3 52:25
53:12 55:12,16
56:25 62:11
69:7,16 71:1,4
72:6,9 87:3
88:7,8 108:19
108:20 118:12
118:13 131:21
132:12 145:7
148:25 149:14
149:15 150:1
169:11 200:17
200:18,24
201:8 210:8,9
210:14,19
212:22 214:5
220:12 223:11
224:1,10,13
226:13 228:1,4
235:15 236:9
238:5 242:6,10
242:22 246:11
**Webb's** 12:2
**WebLink** 140:5
**website** 71:14
225:15 226:11
**weeks** 73:2
148:13
**weight** 192:1,9
**weird** 161:10,12
**welcome** 13:16
50:3 88:7
149:14 200:17
213:3
**well-founded**
175:11,16,19
178:19
**went** 52:4 75:9
85:22 89:2
93:25 94:10
96:8,20 97:20
173:1 225:24
225:24 232:21
**weren't** 41:19
76:16 199:20

**west** 3:23 4:14
45:2 203:17
**western** 100:5
**whatsoever** 77:3
141:11 216:9
**White** 182:18
**wide** 74:3
**width** 143:11,12
**willing** 13:13
**Windham** 8:10
8:16 71:7
**window** 121:20
**Windsor** 6:24
7:6,11,24 8:6
8:11,17 51:9
62:20 69:19
71:8 203:17
**winter** 179:19
183:13,14,17
183:18,22
184:1 187:2,11
223:19
**wish** 112:4
**witness** 2:16
11:14 16:21
30:2 31:4,15
32:8,15 33:7
33:13,24 35:8
36:15,22 37:11
38:5 42:2
47:13 55:14
59:13 60:1
62:2 66:13
68:8,15 69:9
70:18 76:12,24
77:5 78:23
79:17 80:11
82:2 84:16,19
86:15 106:15
111:22 115:15
127:17 128:25
130:15 131:7
140:21,23
144:6,20
146:17,21
147:3 149:6,16
149:21 150:23

152:8,17 153:7
154:3 155:20
156:4,6,9
159:7 162:14
162:25 163:4
163:14,24
164:10,18,22
166:19 167:7
171:12 174:5
176:17,24
178:13 180:20
181:17 182:21
182:23 183:14
186:4 189:15
191:10 193:5
193:21 196:7
196:10 197:5
198:1,11
199:10 200:1,5
200:7 204:1
205:22 207:22
208:15 209:6,9
209:15 210:11
212:1,16,24
213:21 216:7
216:21 217:9
217:15,23
218:19 219:6
219:15 220:18
221:4 225:23
231:14 234:23
236:17 238:1
238:23 243:6,7
243:14 244:1
**witness's** 156:3
**Woodstock**
  178:2
**word** 66:25
  83:18 150:15
  163:5 215:9
**wording** 51:2
**words** 35:19
  58:12 121:8
  151:11 235:5
**work** 49:5 53:24
  58:4 85:19,20
  86:13 89:9,14

92:3,21 97:3
98:7,13 99:1
104:18 106:19
110:20 112:12
115:7 117:22
127:25 128:10
128:18 129:4
129:16,20
141:22 144:9
144:13 155:14
183:9 202:22
203:13 207:13
228:23
**worked** 66:15
  80:12 96:12,23
  98:10,11,20
  99:17 115:25
  132:12
**worker** 203:15
  206:9
**working** 92:18
  96:17 98:12
  99:21 119:23
  142:5 144:18
  149:23 202:23
**works** 84:11
  126:24 130:1
**worry** 49:17
**worse** 217:13
**wouldn't** 24:4
  29:9 30:22
  61:19 80:14
  131:10,10
  152:9 178:21
  184:23 185:1
  211:23 216:22
  233:5 235:2,25
**write** 78:13
  150:15
**writer** 204:14
**writing** 125:6
**written** 9:4
  51:15 52:19
  54:3,11 55:3
  56:24 72:19
  125:21 170:9
  194:1

**wrong** 29:11
  46:7
**wrote** 234:11
**Wylie** 21:14,18
  139:19,21,23
  140:12,20
  142:12 145:8
  145:19

――――――――
             **X**
――――――――
**x** 1:4,13 6:9 7:1
  8:1,9,15 9:1
  10:1
**XRD** 136:24

――――――――
             **Y**
――――――――
**y'all** 86:21
**Y-A-O** 171:12
**Yagan-Onch**
  93:9
**Yao** 166:4 171:8
  171:8,12
**yeah** 19:24
  21:22 24:24
  26:1 27:15
  31:4 32:23
  33:13,13 34:4
  35:16,17 37:22
  41:7 42:9 43:5
  46:18 47:1,21
  48:22 49:15
  50:13,19 51:3
  53:8,25 57:19
  58:17 62:2,2
  66:18,24 67:8
  68:8,8,17,18
  70:18 71:21
  72:5 75:14,19
  78:24 79:4,12
  79:13,17,19
  80:11 81:6,9
  82:8,8,13 83:9
  87:16,19 89:22
  90:18,23 91:1
  91:13 93:2,18
  94:25 96:1
  97:19 100:18

101:7 102:8,9
103:16,18
105:9,15 106:3
106:15,24
107:24 108:12
111:22,23
114:3 116:4
118:3,21
119:13 120:7
121:11,19,21
121:24 123:16
123:19 124:16
125:4 130:8,22
131:7,12 132:6
135:21 136:5,5
137:18 140:16
141:13,16
142:14 144:6
145:1 147:13
147:16 148:21
149:6 150:4
151:12 152:8
152:10,17,20
154:3 156:9,24
157:23 158:17
158:20 163:17
165:14 168:8
168:13,14
169:6,7 177:4
177:12,21
178:12 180:14
181:1,17 183:3
185:20 186:12
188:5,16 189:1
189:22 191:23
193:5 194:9
196:17 197:5
198:1 200:1,9
204:21 206:6
208:9,15 210:2
211:7 212:17
213:6 214:21
215:21 216:7
217:15,15,23
219:24 222:7
222:18 225:3
225:13,21

227:13 229:12
231:2 233:2,10
234:23 236:6
237:7 238:9
239:6,11
240:20,21
**year** 18:17 39:3
  39:4 49:4
  51:19 63:2
  88:24 148:14
  176:14
**years** 48:7 58:3
  76:10,16 90:11
  99:11 148:20
  160:12,21
  167:17 172:5
  172:17 194:3,4
  198:16
**yep** 41:22
  103:19 169:8
  224:3 236:13
**yesterday** 14:10
  14:16
**York** 4:15,15
  236:19 237:9

――――――――
             **Z**
――――――――
**Z-H-A-O**
  171:13
**zeolite** 188:15
**zeroing** 157:24
**Zhao** 171:8,9,13
**zircon** 104:19
  105:25
**Zodac** 8:22
  21:10 72:4,11
**zone** 64:3,5,12
  65:19 66:15,16
  93:25 95:3,8
  99:25 129:2
  154:5,6 168:18
  168:20 173:2
  193:12 229:16
  229:24
**zones** 105:24
  106:8,12 154:4
  168:16 184:15

185:14 202:23 204:13 206:20 206:23
**zoning** 104:3 106:11
**zoom** 29:14,20 39:9,9 49:7 213:19
**zoomed** 25:10 26:12 28:7
**zoomed-in** 25:15,25 39:6
**Zucchetti** 174:7

**0**

**0.6** 190:23
**05401** 2:6

**1**

**1** 6:12 10:7 15:3 15:21,23 17:2 20:19,23 26:22 29:13 30:23 35:12 38:18,22 42:25 43:13 54:18 67:7 82:18 150:9 154:12 184:5 214:18 220:11 233:23 234:16 234:18 240:8 242:13
**1.0** 154:20
**1:00** 87:18
**1:24,000** 30:6 51:11
**10** 8:23 104:19 105:22 108:19 108:20 234:14 234:16
**10:27** 49:23
**10:46** 50:1
**100** 94:1
**10019-6142** 4:15
**108** 8:24
**11** 9:4 20:8 169:3,11

186:24
**11:41** 88:2
**11:58** 88:5
**1100** 5:6
**12** 9:5 200:24 201:3,10 241:8
**12:41** 118:7
**12:45** 118:3
**13** 6:3 9:8 103:2 179:14 210:7,9 210:14 214:8 241:8
**131** 10:10
**14** 9:11 12:4 169:14 174:15 212:21,22 214:5,13 241:8
**14th** 16:17 18:17
**15** 6:14,17,21 9:13 105:22 223:23 224:9 224:13 227:1
**15'** 8:10,16
**15A** 9:15 224:12 224:13,16,21 224:23 225:10 226:1
**15B** 9:16 224:12 224:13,17
**15C** 9:19 228:1 228:5
**15th** 19:22
**16** 9:22 236:9,12 236:13
**16-2738** 1:6
**169** 9:4
**16th** 19:25
**17** 10:4 220:14 236:11 238:5 238:10
**18** 10:7 131:21 241:24 242:6
**19** 19:4 229:16
**19103-6996** 4:9
**1940** 21:11 72:11
**1961** 23:21 25:7

26:1 44:8 48:2 176:13 177:3,6
**1965** 178:4,6
**1979** 166:9
**1982** 10:6 42:18 129:5 159:8 237:11
**1984** 174:8
**1985** 236:2
**1988** 174:7
**1990** 88:21 174:7
**1992** 9:6,9 201:12
**1996** 6:25 7:8,13 7:17,21 51:8 52:10,23 54:24 55:18
**1999** 89:4

**2**

**2** 6:15 10:8 16:2 16:2,14 47:2 49:8 54:5 55:9 67:7 82:19 131:18 203:9 204:20 213:5 238:21,25 239:2,5,10 240:17 242:2
**2:00** 118:10
**2:42** 149:9
**20** 19:23 49:16 50:6 105:22 177:19,20 192:13 246:16
**200** 9:7 102:12
**2000** 4:8 7:25 8:7 26:15 62:19 69:18 106:24
**20004-1454** 4:22
**2001** 8:13,19 71:6 179:19 182:18 187:2
**2004** 73:12 74:4

176:3 187:14 187:20
**2006** 42:15 74:5 74:10,17 134:23 178:24 224:20
**2007** 106:18
**2008** 97:24
**2009** 97:23 148:12
**2010** 48:2,25 221:9
**2011** 23:18,25 24:1,18 25:21 26:14,15 27:12 27:13 43:11 47:5 177:11 221:1,2
**2016** 166:5 171:9 174:6
**2017** 27:3 38:19 81:10,24 85:4 106:23 107:1
**2018** 83:25 141:18 147:7 171:9
**2019** 1:18 11:6 16:17 18:18 79:3 243:15
**202** 4:23
**21** 9:9 178:17
**210** 9:10
**212** 4:16 9:12
**215** 4:10
**216** 5:8 101:21
**218** 3:17
**219720-722** 201:11
**224** 9:14,15,18
**228** 9:21
**236** 9:25
**238** 6:4 10:6
**238270** 210:15
**238277** 210:16
**241** 6:3
**25** 9:6
**250** 85:7

176:3 187:14 187:20
**25th** 20:2,3,8 201:12
**269-2343** 3:19
**26th** 20:2
**28** 210:15
**29** 1:18
**293-7368** 3:25
**29th** 11:6 20:5

**3**

**3** 6:18 15:23 16:5 17:7 19:3 20:19,23 23:1 26:22 28:10 29:14 30:23 35:12 38:18,18 38:22 43:7,13 50:5,11 54:18 67:8 68:20 78:7
**3-to-1** 209:16,24
**3:10** 149:12
**30** 230:4 231:5 243:15 244:12
**300** 64:2 187:19
**30th** 20:4
**334** 3:19
**35** 230:5 231:5
**355** 172:17
**36104** 3:18
**39** 101:22 103:11
**3D** 118:25 120:25 121:1 121:13,18

**4**

**4** 20:20 47:3 49:7
**4:26** 200:12
**4:57** 200:15
**40** 90:2,3 101:22 103:10
**400-something** 167:16
**404** 3:23
**41** 2:5

Laura Webb, Ph.D.

**436951** 9:12
    214:6
**436954** 214:17
**436971** 9:12
    214:7
**44113-7213** 5:7
**450** 160:12
**458** 85:11
**463-2400** 4:23
**469** 3:11
**4A** 6:22 53:2,12
    53:16
**4B** 7:4 53:12
**4C** 7:9 53:12

_____
**5**
_____

**5** 20:19,23 26:22
    29:14 30:23
    35:12 38:18,22
    43:13 54:18
**5-to-1** 209:4,16
    209:24
**5:22** 213:25
**5:24** 214:3
**5:35** 223:6
**5:43** 223:9
**5:48** 227:22
**5:50** 227:25
**500** 3:9 168:11
    168:12 190:22
**506-3748** 4:16
**51** 4:14
**5129** 243:19
**52nd** 4:14
**53** 6:25 7:8,13
**5400** 101:21
**544** 90:11
**55** 7:17,21
**550** 46:4,5 65:22
**575** 46:5 172:21
**5A** 7:14 55:10
    55:12
**5B** 7:18 55:12

_____
**6**
_____

**6** 7:22 45:16
    62:10,11,14,17

68:22 69:6
72:10 186:25
187:1 188:11
189:13 234:14
234:14,16
**6:00** 235:10
**6:07** 235:13
**6:14** 242:20,23
**600** 172:22
**61** 176:21,22,23
    177:5
**62** 7:25
**65** 176:16
**651-0080** 2:7
**69** 8:7
**696-4835** 5:8

_____
**7**
_____

**7** 8:4 21:14 69:5
    69:7,16 106:24
    179:15
**7.5'** 8:9,15
**700** 45:24 65:21
    172:25
**71** 8:13,19
**72** 8:22
**750** 45:24
**75202** 3:10
**78701** 3:24
**7th** 3:23

_____
**8**
_____

**8** 70:24
**8.14** 229:25
**80** 160:20 194:2
**802** 2:7
**832** 3:25
**89** 88:23
**8A** 8:8 70:25
    71:1,4
**8B** 8:14 71:1

_____
**9**
_____

**9** 8:20 72:3,6,9
    177:10 220:14
**9:28** 1:19 11:6
**90** 94:1 160:20

**900** 3:8
**904-4550** 3:11
**92** 215:16
**950** 5:6
**96** 53:18
**96-32** 51:11
**975** 4:21
**988-2706** 4:10
**99** 211:4

# Exhibit G



REPORT OF ITALIAN MINE

SAMPLES

J. & J.

# DEPARTMENT OF

# MINERAL EXPLOITATION

# UNIVERSITY COLLEGE

# CARDIFF



EXHIBIT 7
Poulton
Date: 2-18-77
MLG, CSR, RPR, CRR



EXHIBIT 10
WIT: Pooley
DATE: 2-1-18
C. Campbell, RDR CRR CSR #13921

Protected Document -Subject to Protective Order

FDP000000495



This document represents the completion
report of the Italian mine samples and
other powders supplied by Johnson and
Johnson, Cosham, Portsmouth, to the
Department of Mineral Exploitation.

The persons involved in the examination
of the material reported here were:

Mr. J. Lightfoot

Mr. G.A. Kingston

Dr. F.D. Pooley

Protected Document -Subject to Protective Order

FDP000000496

# REPORT OF INVESTIGATION OF ITALIAN MINE
## SAMPLES AND RELATED POWDERS

## Introduction

Talc is hydrated magnesium silicate $(Mg_3Si_4O_{10}(OH)_2)$ which can occur in a number of forms. In its compact form it is known as stealite or soapstone. The form normally employed for toilet purposes is soft and very friable in character. It is mined in many parts of the world including the U.S.A., Canada, France, Italy, Norway and India, as well as several other countries. It occurs in both a flaky and lath like form and the chief deposits occur in altered magnesia-rich calcareous rocks such as dolomite, marble, and magnesian limestone. The purest talc deposits occur in association with dolomite and marble. Talc also occurs in altered basic rocks such as serpentines and again as thin beds in mica schists. Commercial talcs contain a number of related mineral impurities. They may include antigorite (hydrated magnesium silicate) magnesite or members of the magnesite-chalybite series of carbonates, dolomite (calcium magnesium carbonate), tremolite and actinolite (calcium, iron magnesium silicates), chlorites (magnesium aluminium iron silicates) and other minor minerals such as the sulphides and spinels.

The hand specimens examined in this report were collected at the Italian mine and do not represent an average collection of specimens of material being produced at the mine. The specimens were collected with the intention of sampling those areas with obvious non talc mineral inclusions. Specimens were retained which showed differences in physical appearance, i.e. fibrous, flakey, massive and powdery in texture. Specimens of ore in which colour variation was observed were also collected. In general the colour of the talc ore varied from grey through white to a light green colour. Obvious inclusions in the talc ore itself were retained and a careful search at the various sample locations in the talc seam was performed for fibrous amphibole minerals.

Specimens of the hanging and footwall were also collected to assess their mineral content as these were likely sources of ore contamination, although the method of mining which consisted of hand filling methods precluded any gross contamination of the ore.

The hand specimens have been, where possible, prepared for examination by the optical microscope and both polished blocks and thin sections of material have been employed. Representative fractions of all hand specimens have been reduced to powder form and subjected to powder X-ray diffraction examination. The representative powdered samples also form the samples for morphological examination by the electron microscope.

Protected Document -Subject to Protective Order

2

The list of samples obtained from the Italian mine are given in Tables 1 and 2 and throughout this report the samples are referred to by the preceding code number for each specimen.

The objective of the examination has been mainly to establish the major minerals which occur in association with talc at the Italian mine.   In particular to look at the association of these minerals with the talc and especially those minerals which are of the same family as the commercial asbestos minerals, i.e. the amphiboles and serpentines.

The objective of the optical examination has been to establish textural and mineral relationship and not to quantify the phases occurring in each hand specimen.   X-ray work has been aimed at establishing the minerals observed by optical means and to produce reference patterns for future investigation together with computed data from pattern measurement.

Electron microscope work has been selective in nature and performed on the finer fraction of the powdered specimens.   Its aim has been to describe the morphology of the particles produced by comminution of the hand specimens and to investigate any obvious structural information which might be of use in identification of individual mineral particles.

Representative data obtained from the various examinations are included in the following report.

Protected Document -Subject to Protective Order

FDP000000498

3

## TABLE 1
### LIST OF ITALIAN MINE SAMPLES

| Code No. | Description |
|---|---|
| I.1. | Talc from footwall contact |
| I.2. | Sorting pieces (with obvious colour differences) |
| I.3. | Coloured talc (green) |
| I.4. | Face 10 sample with obvious amphibole inclusion. |
| I.5. | General ore |
| I.6. | Suspected Quartz sample |
| I.7. | Mica schist specimen |
| I.8. | Massive talc |
| I.9. | Grey talc 1st face |
| I.10. | Granular talc sample |
| I.11. | Carbonate and talc |
| I.12. | Footwall sample? Amphibolite |
| I.13. | Inclusion showing passage into talc bottom transit. |
| I.14. | Inclusion in talc seam face 4, middle of seam. |
| I.15. | Talc footwall contact |
| I.16. | Inclusion from face 1. |
| I.17. | Footwall rock sample |
| I.18. | Face 3 carbonate/talc sample |
| I.19. | Tremolite/quartz/talc sample |
| I.20. | Amphibole sample from Gianna level 1212 |
| I.21. | Inclusion from face 2. |
| I.22. | Carbonate/talc sample |
| I.23. | Black gneiss 2 ft below talc seam |
| I.24. | Talc next to carbonate face 2. |
| I.25. | Footwall limestone |
| I.26. | Talc inclusions |
| I.27. | Lithological inclusions face 1 |

Protected Document -Subject to Protective Order

4

Table 1 Continued

| Code No. | Description |
|---|---|
| I.28. | Quartz/talc sample |
| I.29. | Sample 6 footwall |
| I.30. | Quartz/Carbonate/talc sample |
| I.31. | Black inclusion face 1 |
| I.32. | Face 2 inclusion from base of talc |
| I.33. | Talc from lower left end of working |
| I.34. | Marble/tunnel wall |
| I.35. | Massive carbonate from rear end of working |
| I.36. | Grey talc specimen |
| I.37. | Carbonate in talc inclusion |
| I.38. | Pyrite/talc specimen |
| I.39. | 5" - 0  pieces from crusher |
| I.40. | Platey talc |
| I.41. | Face 2, good specimen |
| I.42. | Face 1, coloured green (talc) |
| I.43. | Face 10, fibrous sample |
| I.44. | Face 1, pure talc? |
| I.45. | Face 1, good specimen |
| I.46. | Face 3, coloured specimen |

Protected Document -Subject to Protective Order

FDP000000500

5

## TABLE 2

### OTHER SPECIMENS EXAMINED

| Code No. | Description |
|----------|-------------|
| B1 | Pure talc 1st face |
| B2 | Greenish talc 1st face |
| B3 | Talc 6 inches above footwall |
| B4 | Talc from above inclusion |
| B5 | Inclusion in talc |
| B6 | Talc 2 ft above inclusion |
| B7 | Section 2 ft above inclusion |
| B8 | Pure talc 1st face |
| B9 | Grey talc 1st face |

### Also examined

1)  Batch shipments of ~~00000~~ talc

2)  Old samples of British powders.

---

Protected Document -Subject to Protective Order

FDP000000501

6

## OPTICAL EXAMINATION OF SPECIMENS I1 - I46

Thin and polished sections were prepared of the specimens of wallrock and, where possible, the talc ore.

The minerals which formed a major constituent in at least one of the sections were quartz, muscovite, talc, chlorite, (var sheridanite), calcite, garnet, and tremolite; the latter only occurred as a major constituent in section I19. Phases which were always minor or accessory were microcline, plagioclase, biotite, pennine, epidote, clinozoisite, hornblende, actinolite (section I7), rutile, and opaque constituents pyrite, pyrrhotite, and chalcopyrite.

The identification of the minerals in the sections of these specimens was based on the optical characteristics of the minerals in transmitted and reflected light, both under plane polarised light (PPL) and crossed nicols (XN), combined with the results of the X-ray diffraction study of the crushed hand specimens. In some cases material was extracted from the sections and examined in R.I. liquids as in determining that the most common chlorite mineral in these specimens is a variety called sheridanite having a R.I. ω equivalent of 1.590 ± 0.005 and a birefringence of 0.012 - 0.014. Similarly much of the muscovite was nearly uniaxial with a R.I. of 1.600 corresponding to the variety phengite, an abnormally siliceous muscovite. In the case of talc its confident determination optically is difficult since its optical properties are identical to muscovite. However, it was found that the common "feathery" form of the talc combined with the invariable occurrence of minute transparent inclusions (suspected to be silica) in the talc producing a 'dusty' appearance in thin section and a greenish colour in hand specimen, enabled talc to be distinguished from muscovite. Talc also exhibited slightly higher order interference colours in general. Where talc was only an accessory mineral to muscovite, as in some of the wallrock samples, then it could not be distinguished with certaintly.

In the following pages (no      to      ) the Italian specimens are systematically described as regards their mineral composition and mode of intergrowth. Numerous photomicrographs taken under PPL and XN are provided with the description to mainly illustrate the rock textures which, it is hoped, will provide information useful in the comminution of particularly the talc ore samples, and also displays the non occurrence of asbestiform amphiboles in the talc ore.

Protected Document -Subject to Protective Order

7

### Specimen Il

Specimen Il consisted of several pieces of wallrock with one piece displaying the talc/footwall contact. One polished section was made of the talc/footwall contact and one thin section of the wallrock alone.

The wallrock is a schist which in thin section displayed a segregation of the main minerals into thin lenticular bands composed, as in Figure 1, of long tabular aggregates of intermixed muscovite (var. phengite) and chlorite (var sheridanite), and granular quartz exhibiting a polygonal grain boundary structure. Accessory rutile occurs as orientated inclusions in the chlorite and muscovite, and also opaque constituents which in polished section were identified as dominantly pyrite metacrysts with minor pyrrhotite. Some subhedral porphyroblasts of plagioclase also occur.



Fig. 1. Photomicrograph, X 40, of thin section of wallrock Il under crossed nicols. A schist of quartz (granular white-black), muscovite (lamellar yellow-blue), and chlorite (lamellar white-blueish grey).

### Specimen I3: 'coloured talc'

The minerals composing this specimen are major talc and chlorite (var sheridanite) with the talc content much greater than chlorite, together with accessory garnet, rutile, and an unidentifiable finely dispersed phase occurring as minute transparant inclusions along the cleavage planes and grain boundaries of the talc and imparting a dusty brown appearance to the talc in thin section and a greenish colour in hand specimen. The talc occurs as medium grained feathery aggregates which are in places 'dusty' and grade into 'clean' transparant aggregates which are free of any inclusions. It appears that some retrograde metamorphic process has caused the inclusions to be removed or incorporated into the talc structure since single talc crystals display both types. The

FDP000000503

8

minor chlorite is dispersed in the talc matrix as small lenticular and globular fibrous aggregates.   Rare garnet, possibly a member of the ugrandite series because of its anisotropy, occurs as subhedral porphyroblasts.



Fig. 2.  Photomicrograph, X 24, of thin section of 'coloured talc' specimen I3 under crossed nicols.   Dominantly talc (yellow-blue interference colours) showing murky brownish black patches due to presence of fine unidentifiable inclusions.

Specimen I5:  general ore

A coarse aggregate of curving foliaceous and feathery crystals of talc displaying evidence of shearing and translation twinning.   As in specimen I3, dusty inclusions of a transparant mineral with a general prismatic habit occurs dispersed in the talc.   As before, but to a lesser extent, the talc is cleansed of these inclusions along zones associated with deformation and translation twinning, and it appears that the inclusions have either been converted to talc (as in the conversion of tremolite to talc by low temperature $CO_2$ metasomatism) or incorporated into the talc structure as a result of retrograde deformation metamorphism.   Rare small subhedral garnet porphyroblasts also occur.

Protected Document -Subject to Protective Order

9



<u>Fig. 3.</u>   Photomicrograph, x 24, of thin section of 'general ore'
specimen I5 under crossed nicols showing the texture
of the talc, and the 'murky' inclusion-rich talc
compared to the clear inclusion-free talc.

## Specimen I6

Specimen I6 consists of a very coarse aggregate of inter-
locking anhedral magnesite grains which exhibit strongly
irregular and angular penetrating grain boundaries.   The mag-
nesite is characterised in thin section, Fig. 3a, by its marked
change in relief and perfect rhombohedral cleavage in plane
polarised light, and very high order interference colours, Fig.
3b, under crossed nicols.

Intergranular pockets of fine grained foliaceous and
radiating prismatic crystals of talc together with rare
chlorite (var. sheridanite) occur.   In places the prismatic
clusters of talc appear to have formed at the expense of the
magnesite, perhaps as a result of a retrograde thermal metamor-
phism with its formation being ascribed to a reaction between
the magnesite and silica.   One subhedral porphyroblast of
plagioclase felspar occurs in the thin section.

Protected Document -Subject to Protective Order

10



Fig. 3a.   Photomicrograph, x 24, of thin section of specimen
I₆ under plane polarised light, consisting dominantly
of magnesite with minor talc and rare chlorite.



Fig. 3b.   Photomicrograph of thin section of specimen I₆,
mag x 24, under crossed nicols showing the occurr-
ence of small equigranular and prismatic crystals
of talc penetrating and interstitial to coarse
anhedral magnesite.

Protected Document - Subject to Protective Order

11

Specimen I7

This specimen of wallrock is a quartz-muscovite-garnet schist (Figs. 4a, 4b, and 4c) containing some accessory actinolite, brown hornblende, talc and rare biotite.

The muscovite (var. phengite) forms long lenticular bands showing a preferred orientation in a matrix of interlocked equigranular quartz grains displaying strongly irregular grain boundaries. Large euhedral porphyroblasts of garnet, forming one of the major phases, are dispersed throughout the rock.

Accessory subhedral tabular and rhombic sections of actinolite (colourless to bluish green pleochroism) occur orientated parallel to the schistosity. The actinolite also occurs as rims to euhedral grains of rhombic and tabular outline which may have originally been brown hornblende but now are pseudomorphed by what appears to be a mixture of talc, chlorite and residual hornblende. Some talc is present as small pockets within the muscovite layers but this identification is based on the form, the lower refractive index and the occurrence of dusty inclusions. The colour, birefringence etc. of the talc is otherwise the same as muscovite.

In polished section the main opaque accessory mineral is pyrrhotite occurring as subhedral laths lying parallel to the schistosity. Traces of chalcopyrite also occur, and some rutile rods mainly as inclusions in the garnet porphyroblasts.



Fig. 4a  Photomicrograph of polished section of I7 showing pyrrhotite (white), garnet (light grey), and muscovite-quartz (darker grey). Very dark to black areas are pits in the surface.

Protected Document - Subject to Protective Order

12



Fig. 4b.   Photomicrograph, mag. x 40, of thin section of I7 consisting of garnet, muscovite and quartz under plane polarised light.



Fig. 4c.   Photomicrograph, mag. x 40, of thin section of I7 under crossed nicols showing subhedral garnet (black), anhedral interlocking quartz (white-grey-black), and lamellar muscovite (coloured).

Protected Document - Subject to Protective Order

13

## Specimen $I_8$

In hand specimen $I_8$ appears as a coarse aggregate of foliaceous talc varying in colour from white to greenish white. The general texture in thin section is of coarse foliated talc preferentially orientated and alternating with long lenses of a finer talc in which a preferred orientation appears to be absent as a result of shearing parallel to the schistosity. Minor chlorite (var. sheridanite) occurs as orientated laths intimately intergrown with the coarse talc and as fibrous aggregates in the finer talc lenses. Rare anhedral garnet, possibly pyrope, occurs.

In thin section the talc which appears greenish in hand specimen is seen to be crowded with minute inclusions of a pinkish mineral occurring as rounded to thin tabular grains and having a lower refractive index than the talc. A grey-brown amorphous material is also present. This material together with the granular inclusions is presumably responsible for the greenish colouration of the talc in hand specimen. As in $I_3$ and $I_5$ the greenish talc has been cleansed of inclusions along planes parallel to the schistosity by some later metasomatic process or retrograde metamorphic process. This 'absorbtion' of the inclusions by the talc or removal of the inclusions does not effect the form of aggregation of the talc crystals. Boundaries between the clean transparent and 'murky' talc often transgress the schistosity and there is no change in the coarseness or mode of aggregation of the talc across such boundaries. X-ray diffraction of the transparent white talc and the translucent greenish talc revealed no differences and the composition of these inclusions is at the moment unknown. Figure 5, under crossed nicols, shows such a transgressive boundary between the clear and 'murky' or dusty talc.



Fig. 5. Photomicrograph, mag × 24, of thin section $I_8$ showing the nature of the talc intergrowth under crossed nicols, and the transgressive boundaries between clear transparent talc and the inclusion-rich 'murky' talc which appears greenish white in hand specimen.

Protected Document -Subject to Protective Order

14

Specimen I9:   'Grey talc 1st face'.

In specimen I9 talc and chlorite (var. sheridanite) are the main constituents.   They occur intimately intergrown as long orientated foliaceous aggregates alternating with finer platy aggregates in which the talc and chlorite fibres are randomly orientated and which form lenses elongated parallel to the schistosity of the coarser foliaceous talc (Figs. 6a and 6b). As in previous sections the talc appears murky in parts due to the presence of minute unidentifiable inclusions.

The talc is also crowded with small irregular and rod-shaped grains of rutile .  Rare subhedral porphyroblasts of garnet (possibly pyrope) also occur.



Fig. 6a     Photomicrograph, x 40 mag, of thin section I9 under plane polarised light showing subhedral garnet grains in an orientated foliaceous aggregate of talc and chlorite.

Protected Document -Subject to Protective Order

15



Fig. 6b.  Photomicrograph, x 40 mag., of thin section $I_9$
under crossed nicols showing garnet (black)
in a coarse matrix of foliaceous talc (bright
interference colours) and chlorite (white to
blue-grey interference colours).

Protected Document -Subject to Protective Order

FDP000000511

16

Specimen $I_{10}$ and $I_{10A}$:  'granular talc'

Both $I_{10}$ and $I_{10A}$ consist of an intergrowth of medium grained and randomly orientated major talc with minor chlorite (var. sheridanite) (Fig. 7).   Some small porphyroblasts of garnet also occur scattered in the talc/chlorite ground mass. In this specimen the talc is not crowded with inclusions as is the case in most of the other samples.



Fig. 7.   Photomicrograph, x 40 mag., of thin section $I_{10}$, under crossed nicols, consisting of talc (blue and yellow interference colours), chlorite (white and greys), and garnet (black).

Specimen $I_{11}$ :  'carbonate and talc'

Specimen $I_{11}$ consists dominantly of a mosaic of coarse to fine grained anhedral interlocking magnesite grains with interstitial pockets of coarse to medium grained foliaceous aggregates of talc (Figs. 8a and 8b).   The talc is crowded with near sub-microscopic inclusions of a transparent phase together with a brown amorphous material which causes the talc to appear dusty or turbid in thin section.   Some fibrous chlorite (var. sheridanite) occurs as small pockets intergrown with the talc. Traces of rutile and pyrite occur.

Protected Document -Subject to Protective Order

17



Fig. 8a.   Photomicrograph, x 24 mag., of thin section $I_{11}$ under plane polarised light showing a subhedral pyrite metacryst (black) in a matrix of compact granular magnesite with interstitial foliaceous talc (top centre).



Fig. 8b.   Photomicrograph, x 24 mag., of thin section $I_{11}$ under crossed nicols showing a pyrite metacryst (black) in a granular magnesite matrix, with a foliaceous interstitial aggregate of talc (top centre).

Protected Document -Subject to Protective Order

18

Specimen I₁₂

An aggregate of anhedral quartz as the main constituent
with minor interstitial muscovite and green chlorite (var.
pennine) Fig. 9. The long muscovite laths show a preferred
orientation. Chlorite occurs in interstitial pockets as
randomly orientated platy grains. Some epidote is present
and a trace of magnesite.

The chlorite displays a pleochroism from light green to
brownish-cream, and anomalous blue interference colours in
some cases. However, most of the chlorite grains display
lower second order to upper first order interference colours.
Thus a range of chlorite composition is probably represented
in the section.



Fig. 9. Photomicrograph, x 40 mag., of thin section I₁₂
under crossed nicols.

Specimen I₁₃

This specimen consists of an aggregate of mainly medium
grained platy to fibrous chlorite (var. sheridanite) and
equigranular quartz. These two enclose ragged replacement
residuals of calcite and subhedral metacrysts of pyrite with
rare chalcopyrite.

Protected Document - Subject to Protective Order

19



Fig. 10a    Photomicrograph, x 40 mag., of thin section $I_{13}$ under PPL showing subhedral pyrite meta-crysts (black) in a matrix of dominantly chlorite and quarts with minor calcite.



Fig. 10b    Photomicrograph, x 40 mag., of thin section $I_{13}$ under XN showing chlorite (fibrous white and greenish-grey) and calcite (coloured) enclosing subhedral grains of pyrite (black). Equigranular grey grains are quartz.

Protected Document -Subject to Protective Order

20

Specimen I$_{14}$

This specimen is dominantly composed of very coarse grained
magnesite enclosing minor amounts of talc and very minor
chlorite (var. sheridanite).   The talc and chlorite form
pockets of radiating lamellar and foliaceous crystals as in
Figs. 11a, 11b.



Fig. 11a     Photomicrograph, x 24 mag., of thin section I$_{14}$
under PPL of coarse magnesite and intergranular
pockets of 'dusty' and 'clear' talc.



Fig. 11b     Photomicrograph, x 24 mag., of thin section I$_{14}$
under XN of magnesite (greenish) and pockets of
radiating lamellar talc (blue, purple, yellow).

21

Specimen I₁₅ₐ

This specimen of wallrock is a garnet-muscovite-quartz schist with minor green chlorite, biotite, and rare talc and feldspar (Figs. 12a and 12b).

The garnet occurs as large (1-3mm diam.) porphyroblasts altered along irregular fractures to a mixture of greenish chlorite, biotite, and some feldspar, and enclosed in a matrix composed of orientated tabular grains of muscovite, forming elongated lenses, and alternating with 'mosaic' granular quartz containing randomly dispersed biotite and chlorite flakes.



Fig. 12a    Photomicrograph, x 24 mag., of thin section I₁₅ₐ
            UNDER PPL showing a large altered porphyroblast
            of garnet in a matrix of dominantly muscovite with
            minor quartz.

22



<u>Fig. 12b.</u>   Photomicrograph, x 24 mag., of thin section
I₁₅ₐ under crossed nicols.   Garnet (black).
Muscovite (dominantly purple interference
colours).   Quartz (white and greys).

Protected Document -Subject to Protective Order

23

### Specimen I₁₅

This specimen is dominantly composed of chlorite (var. sheridanite) and quartz as orientated aggregates producing a schistosity.  Very minor amounts of magnesite and talc occur.  The talc occurs as thin laths intergrown with the chlorite (Fig. 13b).



Fig. 13a   Photomicrograph, x40 mag., of thin section I₁₅ under PPL showing the irregular but preferred elongation of granular quartz segregations in a matrix of fibrous chlorite (var. sheridanite).



Fig. 13b   Photomicrograph, x 40 mag., of thin section I₁₅ under XM, composed of chlorite (fibrous white, greenish grey, black), quartz (granular white-grey-black), and talc (blue, red, and yellow interference colours).

Protected Document -Subject to Protective Order

24

Specimen $I_{16}$:   'first face inclusion'

This specimen is composed of a medium grained aggregate
of dominantly chlorite (var. sheridanite) and quartz, with
minor magnesite, clinozoisite, talc, and muscovite, and
displaying a poor schistosity.   Scattered euhedral to sub-
hedral pyrite metacrysts occur as well as medium grained
crystal aggregates of rutile associated with clinozoisite
forming 'stringers' parallel to the general schistosity of
the rock.

In the photomicrograph of figure 14a the brownish
speckled areas are dominantly chlorite although in Figure 14b
talc and muscovite are more apparent because of their inter-
ference colours.



Figure 14a   Photomicrograph, x 40 mag., of thin section $I_{16}$
under PPL.

Protected Document -Subject to Protective Order

25



Fig. 14b  Photomicrograph, x 40 mag., of thin section $I_{16}$ under crossed nicols.  A chlorite – quartz rock with minor talc and muscovite, and accessory magnesite, clinozoisite, rutile and pyrite.

Protected Document -Subject to Protective Order

26

### Specimen $I_{17}$: 'footwall'

This specimen of footwall rock is a muscovite-quartz-garnet schist consisting of long lenticular anhedral quartz aggregates. Both are enclosing fractured and altered euhedral porphyroblasts of garnet. Accessory sphene also occurs as well as serpentine-quartz pseudomorphs after a mineral displaying rhombic and tabular sections.



Fig. 15a   Photomicrograph, x 24 mag., of thin section $I_{17}$ under PPL showing garnet euhedra in a matrix of segregated quartz and muscovite.



Fig. 15b   Photomicrograph, x 24 mag., of thin section $I_{17}$ under XN. Garnet (black), quartz (white to grey), and muscovite (lamellar and coloured).

Protected Document -Subject to Protective Order

27

Specimen $I_{18}$:  'Face 3, carbonate/talc'

A coarse to medium grained aggregate of subhedral inter-
locking grains of magnesite with minor talc occurring as
scattered small interstitial clusters associated with rare
chlorite (var. sheridanite) and muscovite (Figs. 16a, 16b).



Fig. 16a  Photomicrograph, x 24 mag., of thin section $I_{18}$
under PPL of granular magnesite with scattered
tabular crystals and clusters of talc.



Fig. 16b  Photomicrograph, x 24 mag., of thin section $I_{18}$ under
XN of granular magnesite (high order interference
colours, and scattered tabular crystals and clusters
of talc (top right, coloured) and rare chlorite
(white to blue-grey colours).

Protected Document -Subject to Protective Order

28

Specimen I₁₉:

This specimen consists of an aggregate of coarse grained anhedral magnesite intergrown with solitary bladed crystals and crystal aggregates of tremolite associated with minor amounts of fine fibrous talc and rare anhedral grains of quartz (Figs. 17a, 17b).



Fig. 17a  Photomicrograph, x 24 mag., of thin section of I₁₉ under PPL, showing coarse bladed tremolite intergrown with very coarse grained magnesite.



Fig. 17b  Photomicrograph, x 24 mag., of thin section I₁₉ under crossed nicols showing coarse bladed tremolite and anhedral coarse-grained magnesite with minor small fibrous aggregates of talc (top left).

Protected Document - Subject to Protective Order

29

Specimen I₂₁:   'Inclusion, face 2'.

Specimen $I_{21}$ is composed of a fine grained interlocking aggregate of anhedral magnesite, as the major constituent, associated with scattered laths and interstitial fine-grained fibrous aggregates of very minor talc (Figs. 18a and 18b).



Fig. 18a   Photomicrograph, x 24 mag., of thin section $I_{21}$ under PPL.   Magnesite with rare talc.



Fig. 18b   Photomicrograph, x 24 mag., of thin section $I_{21}$ under crossed nicols.   Magnesite with rare talc.

Protected Document -Subject to Protective Order

30

## Specimen I22

This specimen is dominantly composed of coarse subhedral to euhedral interlocking grains of magnesite associated with intergranular fibrous clusters of talc which often enclose smaller euhedral magnesite grains (Fig. 19).



Fig. 19    Photomicrograph, x 24 magnification, of thin section I22 under plane polarised light.  Magnesite and interstitial aggregates of talc.

Protected Document -Subject to Protective Order

31

Specimen I₂₃: 'Black Gneiss 2' below talc vein'

Specimen $I_{23}$ consists dominantly of medium grained anhedral interlocking quartz as orientated bands enclosing large microcline anhedra and anhedral aggregates. Scattered platy aggregates of muscovite occur orientated parallel to the general direction of the quartz banding. Minor epidote and chlorite also occur (Figs. 20a and 20b).



Fig. 20a   Photomicrograph, x 24 mag., of thin section $I_{23}$ under PPL. Quartz-muscovite-microcline gneiss.



Fig. 20b   Photomicrograph, x 24 mag., of thin section $I_{23}$ under XN.  Quartz-muscovite-microcline gneiss.

32

Specimen $I_{24}$: 'Face 2, Talc next to carbonate'

This specimen of talc ore consists dominantly of coarse fibrous talc with minor chlorite (var. sheridanite) occurring as small lenticular fibrous aggregates within the main mass of talc (Figs. 21a and 21b). A few small subhedra of garnet are present. As in previous specimens there are two forms of talc present: (1) a talc that in thin section appears brown (Fig. 21a) under plane polarised light due to finely dispersed dusty inclusions of a transparent mineral and a brown amorphous material, (2) a clear transparent talc free of inclusions which appears to have been formed at the expense of the other by some metasomatic 'cleansing' process. Talc crystals in optical continuity can be seen to change sharply from 'dusty' brown talc to the clear talc.



Fig.21a  Photomicrograph, x 24 mag., of thin section $I_{24}$ under PPL. 'Dusty' and clear talc enclosing small lenticular aggregates of chlorite.



Fig.21b  Photomicrograph, x24 mag., of thin section $I_{24}$ under XN. Coarse talc with lenticular aggregates of chlorite.

Protected Document -Subject to Protective Order

33

Specimen I₂₅

This specimen of footwall rock consists of an interlocking aggregate of medium grained anhedral quartz enclosing occasional large anhedra of microcline feldspar (Figs. 22a,22b). Minor magnesite occurs as pockets interstitial to the quartz, and also scattered laths of muscovite. Green chlorite (pennine) and epidote occur in trace amounts.



Fig. 22a   Photomicrograph, x 24 mag., of thin section I₂₅ under PPL; dominantly a quartz-microcline rock with minor muscovite and rare pennine and epidote.



Fig. 22b   Photomicrograph, x 24 mag., of thin section I₂₅ under XN.

Protected Document -Subject to Protective Order

34

Specimen I26

This specimen contains chlorite, talc, magnesite and rutile. One part of the thin section consisted of a massive coarse fibrous and feathery aggregate of talc enclosing pockets of coarse magnesite. This texture graded into one which was dominantly fine grained chlorite (var. sheridanite) intimately intergrown with minor quantities of fibrous and platy talc (Fig. 23) as well as scattered small equigranular and rod-shaped rutile crystals.



Fig. 23.   Photomicrograph, x 40 mag., of thin section I26 under crossed nicols showing minor talc (coloured) intimately intergrown with major chlorite.

Protected Document -Subject to Protective Order

35

### Specimen I27

Specimen I27 is dominantly composed of quartz, chlorite (var. sheridanite) and talc (Figs. 24a and 24b). Thin lenticular bands of coarse feathery talc and chlorite alternate with anhedral granular interlocking aggregates of quartz. Scattered inclusions of rutile and epidote occur, as well as occasional large microcline anhedra.



Fig. 24a  Photomicrograph, x 40 mag., of thin section I27 under PPL, showing a fibrous and feathery aggregate of talc and chlorite enclosing anhedral segregations of quartz.



Fig. 24b  Photomicrograph, x 40 mag., of thin section I27 under XN.

  FDP000000531

36

## Specimen I29

Specimen $I_{29}$ is a gneissic rock consisting of segregated bands of medium to fine interlocking anhedral quartz grains alternating with minor muscovite as orientated platy clusters, and enclosing large microcline anhedra.   Some rare pennine and very rare epidote occur intergrown with the muscovite.



Fig. 25a   Photomicrograph, x 24 mag., of thin section I29 under PPL;   quartz, muscovite, and microcline (top left).



Fig. 25b.  Photomicrograph, x 24 mag., of thin section I29 under XN.

Protected Document -Subject to Protective Order

37

Specimen I₃₁

Specimen $I_{31}$ is a muscovite-quartz schist containing minor pennine, sphene and tremolite.

The rock is dominantly made up of coarse orientated lamellar segregations of muscovite intergrown with flakes of minor greenish brown chlorite (pennine) and enclosing euhedral to subhedral grains of sphene. Minor interlocking fine to medium grained quartz segregations occur alternating with the muscovite bands. Hexagonal sections of an amphibole, probably tremolite, occur dispersed in the muscovite matrix.



Fig. 26a   Photomicrograph, x 40 mag., of thin section $I_{31}$ under PPL;   muscovite-quartz schist.



Fig. 26b   Photomicrograph, x 40 mag., of thin section $I_{31}$ under XN;   muscovite-quartz schist.

Protected Document - Subject to Protective Order

38

Specimen I₃₂

This specimen consists of coarse feathery lenticular aggre-
gates of dominantly chlorite (var. sheridanite) intimately
intergrown with minor amounts of talc (Figs. 27a and 27b).

Small inclusions of rutile occur along the boundaries
(shear planes) between the chlorite aggregates and also along
chlorite cleavage planes. Finely dispersed submicroscopic
dusty inclusions of an unidentified phase similar to that found
in talc occur in the chlorite.



Fig. 27a   Photomicrograph, x 24 mag., of thin section I₃₂ under
XN. Feathery aggregates of sheared chlorite (white to
greenish grey to black) with minor talc (coloured).



Fig. 27b   Photomicrograph, x 24 mag., of thin section I₃₂ under
XN. Finer grained chlorite-talc mixture.

Protected Document -Subject to Protective Order

39

Specimen I$_{33}$

This specimen of talc ore consists of a medium to fine grained randomly orientated intergrowth of dominantly talc with minor chlorite (var. sheridanite). The chlorite is intimately mixed with the talc (Fig. 28). Some pockets of coarse interlocking anhedral magnesite grains occur enclosed by the talc-chlorite matrix.



Fig. 28  Photomicrograph, x 24 mag., of thin section I$_{33}$ under XN.

Protected Document -Subject to Protective Order

40

Specimen_I35

This specimen consists dominantly of magnesite as a very coarse to medium grained interlocking aggregate of euhedral to subhedral grains. Minor tremolite occurs as long prismatic crystals forming interstitial clusters, and as solitary crystals penetrating the magnesite and along the grain boundaries of the magnesite. Minor chlorite (var. sheridanite) and rare talc occur associated with the tremolite segregations. (Figs. 29a, 29b).



Fig. 29a   Photomicrograph, x 24 mag., of thin section I35 under PPL. Magnesite-tremolite-chlorite-talc rock.



Fig. 29b   Photomicrograph, x 24 mag., of thin section I35 under XN. Prismatic tremolite in magnesite in the extinction position.

Protected Document -Subject to Protective Order

41

<u>Specimen I37</u>

     This specimen consists dominantly of <u>magnesite</u> with minor <u>talc</u>.  The magnesite occurs as an aggregate of very large magnesite anhedra enclosed by finer grained subhedral magnesite which is intergrown with feathery intergranular clusters of <u>talc</u> (Fig. 30).



<u>Fig. 30</u>    Photomicrograph of thin section I37, x 24 mag., under XN showing the finer intergranular magnesite associated with small laths of talc (fibrous and coloured).

Protected Document -Subject to Protective Order

42

<u>Specimen I$_{39}$</u>

This specimen is dominantly composed of <u>talc</u> forming coarse feathery aggregates intimately intergrown with minor finer grained chlorite (var. sheridanite) and containing fine disseminated inclusions of <u>rutile</u>. Occasional fine grained <u>quartz</u> as well as larger oval-shaped augen of quartz and rare garnet occur scattered throughout the talc matrix. The talc is for the most part crowded with inclusions, as in previous sections, but elongate areas of 'clean' talc occur as in Fig. 31a.



<u>Fig. 31a</u>   Photomicrograph, x 24 mag., of thin section I$_{39}$ under PPL.



<u>Fig. 31b</u>   Photomicrograph, x 24 mag., of thin section I$_{39}$, under XN

Protected Document -Subject to Protective Order

43

Specimen $I_{41}$

This specimen of talc ore consists of a coarse aggregate of feathery talc intimately intergrown with minor chlorite (var. sheridanite), and enclosing rare large porphyroblasts of subhedral garnet which occasionally contain long prismatic inclusions of tremolite (Fig. 32a).



Fig. 32a   Photomicrograph, x 24 mag., of thin section $I_{41}$ under XN.   Feathery aggregate of talc with garnet porphyroblast (bottom right, black).

Protected Document -Subject to Protective Order

FDP000000539

44

<u>Specimen I42</u>:   'No.1 Face, green coloured'

Specimen I42 consists dominantly of an aggregate of fine grained fibrous <u>chlorite</u> (var. sheridanite) intimately inter-grown with minor very fine grained <u>talc</u> as in Fig. 33.



<u>Fig. 33</u>    Photomicrograph, x 24 mag., of thin section I42 under crossed nicols of chlorite (white, greenish grey, black), and fine grained talc (yellow).

Protected Document -Subject to Protective Order

45

Specimen I43:   'Face 10 fibrous sample'

Specimen I43 consists dominantly of <u>chlorite</u> (var. sheridanite), occurring in the form of a coarse sheared fibrous aggregate intimately intergrown with very minor talc as in Figure 34.



Fig. 34    Photomicrograph, x 40 mag., of thin section I43 under crossed nicols showing deformed fibrous chlorite (white-greenish grey-black) intergrown with platy and prismatic crystals of talc (coloured).

Specimen I43A

As for I43 the specimen consisted dominantly of <u>chlorite</u> (var. sheridanite) with very minor <u>talc</u>.   The 'cross fibre' type texture found in I43 and produced by shearing at right angles to the schistosity was absent in specimen I43A.

Protected Document - Subject to Protective Order

FDP000000541

46

Specimen $I_{44}$:   'First face pure talc"

A coarse aggregate of lamellar talc showing a preferred
orientation and enclosing augen of what appears to be an
intimate intergrowth of quartz and serpentine (Fig. 35).   Both
talc crowded with fine unidentified inclusions and 'clear'
talc are present.   See also description for $I_{45}$.



Fig. 35     Photomicrograph, x 24 mag., of section $I_{44}$ under
crossed nicols showing coarse lamellar talc
enclosing rare anhedral segregations of probable
serpentine-quartz composition.

Protected Document -Subject to Protective Order

47

Specimen I45:   'No.1 good specimen'

This specimen of 'talc ore' consists nearly wholly of
talc occurring in the form of a randomly orientated 'matted'
aggregate of fibrous talc enclosing minor quartz-serpentine
augen.   As in previous sections the talc is rendered murky
or dusty by fine inclusions of a brown amorphous material
and an unidentified transparant phase.   In places the talc
has been cleansed of these inclusions along zones which
appear to be independent of any intergrowth or crystallographic
features of the talc (Fig. 36).



Fig. 36      Photomicrograph, x 24 mag., of thin specimen I45
under crossed nicols showing the form of aggre-
gation of the talc and the difference between the
'murky' talc and the linear transgressive zone of
'clear' talc.

Protected Document -Subject to Protective Order

FDP000000543

48

Specimen I46:   'No.3 face, coloured'

This specimen consists of very coarse lenticular aggregates of long fibrous and feathery talc crystals enclosing rare anhedral porphyroblasts of garnet.

Protected Document -Subject to Protective Order

## DIGESTIVE TESTS

To confirm the presence of acid soluble carbonate material and also to help identify the type of carbonate present in the rock specimens collected, each powder specimen was subjected to a digestive test.

Half gram quantities of each of the powders were treated with normal hydrochloric acid for several hours at approximately 70°C. The residues were reweighed and the filtrates were analysed for their calcium and magnesium content using the EEL, 240 Atomic Absorption Spectrophotometer. The aim of the digestion was not to estimate the total acid soluble fraction only to help establish the carbonate minerals present and to estimate roughly their quantity to help interpret the X-ray powder photographs obtained from the samples.

The results are present under three headings, namely 'Rock Types', 'Carbonate Specimens', and 'Talc Specimens'.

It can be seen that only small quantities of carbonate material are present in the talc specimen group, similarly in the rock specimens with the exception of the marble specimen which is practically 100% calcite. The carbonate group of specimens appear to be mixtures of calcium and magnesium carbonate with a number of specimens being possible dolomites.

FDP000000545

## ROCK TYPES

| Specimen No. | % Weight Loss | % Calcium | % Magnesium |
|---|---|---|---|
| I1 | <0.2% | <0.2% | <0.2% |
| I7 | 3.0% | <0.2% | <0.2% |
| I12 | <0.2% | <0.2% | <0.2% |
| I13 | 4.2% | 1.0% | 0.4% |
| I15 | 6.0% | <0.2% | 0.4% |
| I16 | 4.8% | 2.0% | 0.4% |
| I17 | 6.0% | <0.2% | <0.2% |
| I20 | 11.2% | <0.2% | <0.2% |
| I23 | 1.4% | <0.2% | <0.2% |
| I25 | 22.4% | <0.2% | <0.2% |
| I27 | 9.0% | <0.2% | <0.2% |
| I29 | 3.6% | <0.2% | <0.2% |
| I31 | 9.6% | <0.2% | <0.2% |
| I34 | 92.2% | >20.0% | <0.2% |

## CARBONATE SPECIMENS

| Specimen No. | % Weight Loss | % Calcium | % Magnesium |
|---|---|---|---|
| I4 | 22.8% | 3.0% | 1.1% |
| I6 | 48.0% | 6.0% | 1.15% |
| I11 | 21.6% | 3.0% | 6.4% |
| I14 | 44.2% | 7.0% | 5.0% |
| I18 | 75.2% | 14.0% | 24.0% |
| I19 | 37.8% | 5.0% | 4.0% |
| I21 | 61.8% | 8.4% | 8.0% |
| I22 | 91.2% | 16.0% | 15.2% |
| I30 | 15.0% | 1.9% | 1.6% |
| I35 | 50.8% | 6.6% | 13.4% |
| I37 | 51.0% | 4.4% | 24.0% |

## TALC SPECIMENS

| Specimen No. | % Weight Loss | % Calcium | % Magnesium |
|---|---|---|---|
| I2 | 3.6% | <0.2% | 0.4% |
| I3 | 1.6% | <0.2% | <0.2% |
| I5 | 5.4% | <0.2% | <0.2% |
| I8 | 6.0% | <0.2% | <0.2% |
| I9 | <0.2% | <0.2% | <0.2% |
| I10 | 4.2% | <0.2% | <0.2% |
| I24 | 8.0% | <0.2% | <0.2% |
| I26 | <0.2% | <0.2% | <0.2% |
| I28 | 12.6% | <0.2% | <0.2% |
| I32 | 1.2% | <0.2% | 0.4% |
| I33 | 5.6% | 0.34% | <0.2% |
| I36 | 4.6% | <0.2% | <0.2% |

/Continued....

Protected Document -Subject to Protective Order

TALC SPECIMENS (Continued)

| Specimen No. | % Weight Loss | % Calcium | % Magnesium |
|---|---|---|---|
| I38 | 1.0% | <0.2% | <0.2% |
| I39 | <0.2% | <0.2% | <0.2% |
| I40 | 7.0% | <0.2% | <0.2% |
| I41 | <0.2% | <0.2% | <0.2% |
| I42 | 0.8% | <0.2% | <0.2% |
| I43 | 6.2% | <0.2% | <0.2% |
| I44 | <0.2% | <0.2% | <0.2% |
| I45 | 8.0% | <0.2% | <0.2% |

Protected Document - Subject to Protective Order

## Electron Microscope Examination of Italian
## Mine Samples and Imported Batch Shipments of
## Italian Powder

The main purpose of the electron microscope examination of mine samples and also representative fractions of the Italian powder has been to establish whether or not any particles corresponding to the commercial forms of asbestos were present. The electron microscope is an instrument which is most usefully employed in the examination of particles less than ten microns in size. It has been used in this investigation therefore to examine only the finer particulate portion of the Italian samples. It may be argued that only a small fraction of each of the powdered samples was examined and that this was not representative of the total sample. However, we can assume that the fraction examined was representative of the dust formed from each sample and that it is this finer fraction which is the most important from a biological standpoint. Also as the size of the biologically active commercial asbestos particles fall entirely within the particle size range examined we can consider the main aim of the examination to be entirely satisfied by only looking at the finer fractions from each of the Italian samples.

To acquaint ourselves with the type of particles formed by the commercial asbestos minerals, Figs.          have been included. They represent samples of Amosite, Crocidolite, Anthophyllite and Chrysotile asbestos. Also Figs. have been inserted to demonstrate typical single particle electron diffraction patterns which can be obtained from the four asbestos types for comparison with patterns obtained from the Italian samples.

### Sample Preparation

Small portions of the powdered rock samples and imported powder specimens were placed in 15cc centrifuge tubes to which distilled water was added. The powders were then dispersed first by hand shaking and then with the aid of a small ultrasonic bath. The concentration of suspended material in the tubes was adjusted by eye using dilutions of distilled water. The tubes containing suspended solids were then allowed to stand for 20 minutes to allow the larger particles of mineral to sediment to the bottom of the tubes.

Electron microscope grids coated with carbon films were prepared and small drops of the particulate material from each of the specimen tubes were mounted on specimen grids and allowed to dry. The specimens were inserted into an A.E.I. E.M.6. electron microscope and examined for particles resembling commercial asbestos fibres. Where suitable particles were observed, selected area electron diffraction patterns were produced by the commercial asbestos minerals. In all cases photomicrographs representative of the type of particles found in each sample were taken while interesting diffraction patterns were also recorded.

FDP000000548

Particle Morphology

The carbonate rich materials were found to produce compact particles which were very electron dense. On the whole they were finer particles than those obtained after crushing talc rich specimens. No fibrous material whatsoever was found when carbonate material only was comminuted. The morphology of particles produced from the footwall rocks i.e. limestone, marble, gneiss and the amphibolites were also very compact, although in the gneiss specimen platey particles were present probably representing the muscovite content of the specimen. Again in the footwall rock specimens fibrous particles were very scarce. Those lath like particles detected resembled the amphibole minerals rather than chrysotile. Selected area diffraction patterns which were obtained from the lath like particles in no way resembled the typical amphibole fibre diffraction pattern. They were generally very distorted patterns containing streaks rather than spots indicating a rather stressed and deformed material.

The specimens which were composed of talc together with other mineral associations, presented a very different picture, as far as particle shape was concerned. In the main particles were flat and plate-like, some being very thin and translucent in the electron beam. Particle sizes varied from very small to quite large plates some with very sharp discrete edges, others with rather ragged outlines. Comparing particles from those samples of talc which varied in bulk morphology in hand specimens, no observable difference could be drawn between them. Similarly, a comparison of particles produced from talc specimens of varying colour revealed no differences in the overall particle shape. The same thing applied to those specimens with talc rich specimens, again no distinct differences in the type of particles formed during comminution of the bulk specimens were observed.

There were, however, observable differences in particle morphology between individual powder specimens. In the main most produced good plate like particles, however, one or two specimens were found to contain considerable numbers of lath like particles, these being very thin in character. These particles resembled the amphibole asbestos type particle being less regular and also very much larger in projected diameter. Diffraction patterns from these particles matched those obtained from the platy particles with which they were associated and in no way resembled the typical amphibole diffraction pattern obtained from single amphibole asbestos fibres.

Other fibrous particles were observed in the mainly talc specimens which to some extent resembled chrysotile asbestos fibres rather than amphibole minerals. They often had a somewhat textile appearance but were, however, crystalline. Diffraction patterns from these fibres were very distorted and in no way matched typical chrysotile or amphibole patterns.

Protected Document -Subject to Protective Order

The only group of specimens in which amphibole fibres were confirmed were in those specimens with known amphibole composition. However, even the fibres found in these specimens barely resembled the fibres formed by the commercial amphibole asbestos minerals. To assess the particles produced from the pure amphibole mineral (Tremolite), found in three of the specimens, small crystals of the mineral were taken from the hand specimens and crushed separately. An examination of the finer particles produced revealed stubby electron dense fibres associated with irregular lumps of the same mineral. Diffraction patterns from these fibres were similar to those obtained from the commercial amphibole minerals, although they were more difficult to obtain because of the greater thickness of these particles. Other specimens in the group, which did not contain talc but were composed of sheet silicate minerals mainly muscovite, were also practically free of fibrous particles. There appeared to be no general tendency for these other minerals to form fine fibrous particles. A number of very fine short fibres were observed on grids prepared from several of the talc specimens, these were, however, chance small pieces torn from the edges of talc plates. They appeared in those samples which had a tendency to form copius numbers of very fine particles when subjected to comminution.

The specimens examined can be grouped into four categories on the basis of particle morphology and they are as follows:

(a) Talc specimens with impurities of carbonate and chlorite.

(b) Rock type specimens, i.e. footwall limestone etc.

(c) Those specimens composed mainly of carbonates.

(d) Amphibole specimens with carbonate and talc.

The talc specimens were characterised by the large number of plate like particles often translucent in the electron beam. Rock specimens varied from specimens which were composed mainly of compact electron dense particles to those with some sheet silicate content in which plate like particles become apparent. Those specimens composed mainly of carbonate material produced compact rounded particles, often very small and grouped together in aggregates. Finally the specimens containing amphibole were characterised by the compact nature of the particles with evenly distributed fibres and very few translucent plates. The groups of particles described are illustrated by the following micrographs which illustrate the various forms.

Selected area electron diffraction patterns obtained from single particles of the amphibole mineral are also presented showing the similarity of these patterns to those obtained from commercial asbestos fibres. Also included are single crystals patterns and polycrystalline patterns, from talc, chlorite and muscovite rich specimens. It can be seen that they are very different in character to those obtained from the amphibole mineral. However, patterns from the sheet silicate minerals mentioned above are all very similar and it is impossible to identify each of these minerals from their

Protected Document -Subject to Protective Order

electron diffraction patterns or to tell them apart without applying a more sophisticated approach to the diffraction procedure. With specimen tilt facilities enabling the particle to be rotated through more than 45° discrimination is possible between certain of these minerals.

As mentioned earlier, patterns obtained from lath like particles found in the talc specimens were identical to those observed from general plate like forms. Those fibres with a textile like appearance often only gave very streaked patterns but in one or two cases these also resembled very closely the normal talc pattern.

FDP000000551

Examples of Commercial Amphibole and Chrysotile asbestos particles together with typical selected area electron diffraction patterns.



Chrysotile asbestos particles x 3000



Anthophyllite asbestos particles x 3000



Amosite asbestos particles x 3000

Crocidolite asbestos particles x 3000

Protected Document -Subject to Protective Order



Amphibole asbestos selected area
electron diffraction pattern.

Chrysotile asbestos selected area
electron diffraction pattern.

Protected Document -Subject to Protective Order



Electron micrographs of particles produced from specimens which have been classified as rock types.

Protected Document -Subject to Protective Order



<u>Fig. 1.</u>   Specimen I13 seam inclusion showing passage
into talc x 3000.   The particles are mainly
compact and electron dense.  A few flakes,
no fibres present.



<u>Fig. 2.</u>   Specimen I15.  Talc footwall contact. x 3000.
Compact particles with a few small flakes.
No fibres present.

Protected Document - Subject to Protective Order



Fig. 3.   Specimen $I_{16}$.   Lithological inclusion from Face 1. x 3000.   Compact electron dense particles.   No fibres present.



Fig. 4.   Specimen $I_{17}$.   Footwall rock sample, x 3000. Mainly compact particles produced with a few plate like forms.

Protected Document -Subject to Protective Order   FDP000000557



Fig. 5.   Specimen I23.   Black gneiss, 2ft below talc
seam.   x 3000.   Compact electron dense
particles produced.



Fig. 6.   Specimen I25.   Footwall limestone.   x 3000.
Compact electron dense particles.

Protected Document -Subject to Protective Order



Fig. 7.   Specimen $X_{27}$.   Lithological inclusion face 1. x 3000.   Platey electron dense particles. No fibres.

Fig. 8.   Specimen $I_{29}$.   Sample 6 Footwall.   x 3000 Compact electron dense particles with a few plate-like forms.

Protected Document -Subject to Protective Order



Fig. 9. Specimen I31. Black inclusion face 1. x 3000
A mixture of plate-like and compact forms
mainly electron dense in character.



Fig. 10. Specimen I34. Marble from tunnel wall. x 3000
Mainly compact electron dense particles with a
few plate-like forms.

Protected Document -Subject to Protective Order FDP000000560



Electron micrographs of particles produced from those specimens mainly composed of carbonate minerals.

FDP000000561



Fig. 1.   Specimen $I_{11}$.   Carbonate inclusion with some talc.   x 3000.   Particles consist of a mixture of compact and plate-like forms.



Fig. 2.   Specimen $I_{14}$.   Inclusion in talc seam Face 4, middle of seam.   x 3000.   Granular particles with plate-like types and lath-like forms.

Protected Document -Subject to Protective Order



Fig. 3.  Specimen I$_{18}$.  Carbonate/talc sample, x 3000.
Particles compact and electron dense.  A
few plate-like forms.



Fig. 4.  Specimen I$_{21}$.  Inclusion from Face 2.  x 3000.
This specimen produced plate-like and compact
particles with some lath-like forms.

Protected Document -Subject to Protective Order



**Fig. 5.** Specimen I35. Massive carbonate from rear end of working, x 3000. Compact electron dense particles with some plate-like talc particles.



**Fig. 6.** Specimen I37. Carbonate in talc inclusion x 3000. Compact particles together with some plate-like forms and rolled talc sheets.

Protected Document -Subject to Protective Order



Electron Micrographs of specimens of talc with carbonate and other mineral inclusions.

Protected Document -Subject to Protective Order



Fig. 1.  Specimen I₃.  Coloured talc (Green) x 3000. Particles plate-like.  Few fibres, rolled sheets and shords.



Fig. 2.  Specimen I₅.  General ore, x 3000.  Plate-like particles together with short lath-like particles, also a typical example of textile type fibre.

Protected Document -Subject to Protective Order



Fig. 3. Specimen I8. Massive talc, x 3000. Plate-
like particles with a few lath- forms also
typical textile type long fibre.



Fig. 4. Specimen I9. Grey talc First Face, x 3000.
Practic ally all plate-like with a few
lath forms.

Protected Document -Subject to Protective Order



<u>Fig. 5.</u>   Specimen $I_{10}$.  Granular talc, x 3000.
All plate-like particles.



<u>Fig. 6.</u>   Specimen $I_{24}$.  Talc next to carbonate inclusion,
x 3000.  This specimen was found to contain a
large number of lath-like particles, as can be
seen from the micrograph above.  No diffraction
pattern corresponding with an amphibole fibre
was obtained from a selection of the elongated
particles.

Protected Document -Subject to Protective Order



Fig. 7.   Specimen I26.  Coloured talc inclusions, x 3000.
The particles produced from the various coloured
inclusions in the talc were found to be mainly
plate-like with a few lath forms.



Fig. 8.   Specimen I28.  Talc/Quartz specimen, x 3000.
Particles from this specimen were mainly plate-
like but accompanied by more compact opaque
particles.  A few textile type fibres were
observed.

Protected Document - Subject to Protective Order

FDP000000569



Fig. 9.    Specimen I32. Face 2 inclusion from base of
talc seam, x 3000. The specimen produced a
mixture of irregular particles varying from
compact to plate-like in form with a few lath
like particles.



Fig.10.    Specimen I33. Talc from lower left end of working
x 3000. Particles mainly plate-like with some
lath forms.

Protected Document -Subject to Protective Order                    FDP000000570



Fig. 11. Specimen I38. Pyrite/Talc specimen, x 3000. Plate-like particles with some rolled tubes of talc.



Fig. 12. Specimen I39. 5" - O coloured pieces from the crusher, x 3000. These various coloured talc pieces produced only plate-like particles.

Protected Document -Subject to Protective Order



Fig. 13   Specimen I41.  Face 2, good talc specimen x 3000.
Plate-like particles together with rolled talc
sheets lath forms and textile type fibres.



Fig. 14.  Specimen I42.  Face 1, green coloured talc, x 3000.
This coloured specimen produced plate-like parti-
cles which were rather more electron dense.

Protected Document -Subject to Protective Order

FDP000000572



Fig. 15.   Specimen I43.  Face 10. Fibrous looking hand specimen, x 3000.   This sample was found to be practically all plate-like in form.



Fig. 16.   Specimen I44. Face 1.  Pure talc sample, x3000. Plate-like particles with some lath-like forms.

Protected Document -Subject to Protective Order



Fig. 17.    Specimen I45.  Face 1.  Good talc specimen,
x 3000.  A mixture of plate-like particles and
fibrous forms, including rolled tubes and
textile type fibres.



Fig. 18.    Specimen I48.  Face 3.  Coloured specimen
x 3000.  Plate-like particles with shards and
lath like forms, together with a typical
textile form, which can be seen to have a
sheet-like form.

Protected Document -Subject to Protective Order

Electron Micrographs of particles produced from those specimens containing amphibole mineral and also from the amphibole mineral itself.

Protected Document - Subject to Protective Order

FDP000000575



Fig. 1.   Specimen I19.   Tremolite/carbonate talc
sample x 3000.   Compact particles, a few
lath forms present.



Fig. 2.   Specimen I20.   Amphibole sample from Guiana
level 1212.   x 3000.   Compact particles with
numerous lath forms.

Protected Document -Subject to Protective Order



Figs. 3 and 4

Particles produced from single crystals of
tremolite extracted from specimens I$_{19}$ and
I$_{20}$. x 3000.   Very few fibrous particles
were produced when this specimen was crushed.
Those that were fibrous in nature were thick
and stubby in character, less than 50% of
the particles were elongated in shape.

Protected Document -Subject to Protective Order



<u>Figs. 5 and 6</u>

Selected area electron diffraction patterns
obtained from amphibole particles found in
specimens $I_{19}$ and $I_{20}$.

Protected Document - Subject to Protective Order



Fig. 7.   Typical selected area diffraction pattern obtained from talc plates.



Fig. 8.   Selected area diffraction pattern obtained from a typical textile type fibre showing features of a rotated or coiled structure.

Protected Document -Subject to Protective Order

## X-RAY ANALYSIS OF ITALIAN MINE SAMPLES

### Introduction

This report concerns the X-ray powder analysis of the Italian mine samples. The samples were classified into three categories according to their chemical and physical properties:

(i)   'Rock' Type
(ii)  'Talc' Type
(iii) 'Carbonate' Type

All the samples were prepared by similar means and the procedure for obtaining the X-ray powder patterns was standardised.

From these powder photographs, several were chosen which clearly showed distinct mineral phases. These were used as standards for this group of samples. These standard patterns were compared against the ASTM index and this comparison illustrates the need to prepare standards for a particular locality from specimens at that locality.

The samples were compared with these standards by computer methods and visually and the results and discrepancies between the methods of comparison noted.

### LIST OF SAMPLES

See Table 1

### SAMPLE PREPARATION

The samples were received mainly as large rocks and were labelled according to their appearance and location in the mine.

With the larger samples a section was cut from the middle to be a representative sample, for the smaller samples as many pieces as possible were crushed to form the representative sample.

These samples were then roughly broken up and placed in a 'Tema' disc mill and ground for 5 mins. until all the sample was below approx. 100 mesh. These powders were stored in clean plastic bags. The samples, when required for X-ray analysis, were further ground (to less than 3000 mesh) in a small agate ball mill and then sieved through a 350 mesh screen and stored in plastic bags.

The grinding mills and other apparatus used were thoroughly cleaned between samples and during the grinding care was taken to obtain a good representative sample.

Protected Document -Subject to Protective Order

## X-RAY ANALYSIS

All the samples were analysed using a Debye-Scherrer camera mounted on a Raymax RX 3-D X-ray generator.   A copper X-ray tube was used with nickel filters (0.02 mm thick) and the power rating of the tube set at 36 kV and 22mA.

The apparatus was carefully aligned and checked before mounting a sample.   All the samples had the same exposure time of 8 hrs.

The samples were loaded into 0.5 mm diameter Lindemann glass tubes to be mounted in the Debye-Scherrer cameras. In the cameras Ilford Industrial 'G' X-ray film was used. The film was processed using Kodak DX-80 developer and Ilford Hypain fixer.   The films were developed for 5 minutes using a 1:4 dilution for the developer and fixed for 2 minutes.   The films were then washed in running water for 30 minutes and allowed to dry naturally.   The X-ray films were then measured.

Using an illuminated screen and the line-spacings calculated, taking into account film shrinkage, from these line spacings the bragg angle and 'd' spacings can be calculated.

## STANDARD PATTERNS

When all the samples X-ray photographs had been measured and the 'd' spacings calculated, they were visually inspected to find the film showing samples with pure mineral phases.   These patterns were then taken as standards.

The samples were then broken up and the different mineral phases were sorted by hand to attempt to find a purer standard.   These samples were then crushed in a similar way to the samples crushed beforehand.   For X-ray analysis they were placed in 0.2 mm diameter tubes and given a 12 hr exposure.   This method was used to give finer lines on the X-ray photograph and the larger exposure was to try and detect as many impurities as possible.

The 'd' spacings of the standards were compared with the A.S.T.M. index and also with themselves.   They were compared with themselves to check that all the Talc and Chlorite standards matched each other and were similar in intensity.

Several standards were prepared containing the same mineral.   This was because the 'd' spacings of the mineral varied slightly from sample to sample and especially with chlorite, depending on its composition the major reflections varied between 13.5% and 15.0%.   This was mainly due to varying iron content and this can easily be seen on the X-ray films as it causes fluorescence with copper radiation and blackens the X-ray film generally.

Protected Document -Subject to Protective Order

RESULTS

For the analysis of the results the samples have been divided into five sections:

(i)     standard patterns
(ii)    sample patterns (rock type)
(iii)   sample patterns (carbonate type)
(iv)    sample patterns (talc type)
(v)     batch sample patterns (includes old powders and shipments).

Two methods were used to find the mineral present in the sample. One method uses a computer program to detect the mineral.

In this method the bragg angles of samples were compared with the bragg angles of the standard and the number of lines fitted printed out. A print out was also obtained of all the standards which fitted a particular line to find all the possible minerals present and to see which lines were common to several standards.

As this procedure is quite long, the lines in the sample were first sorted into order of decreasing intensity and then the three most intense lines of the sample compared with the standards. If all three lines failed to match it was consid-ered that that standard was not present and so the program deleted that standard from the comparison. At the end of the program the list of the standards was printed with the percentage of lines fitted to the sample noted.

The obvious disadvantage of this comparison was that the program could take no account of the relative intensities of the lines and so a visual method was used to find which was the major mineral phase. The computer program usually found the mineral phases present in the samples but could not place them in the correct order.

Protected Document -Subject to Protective Order



Patterns used as standards from the Italian mine samples and their comparison with A.S.T.M. data and against themselves.



SAMPLE SIP 1 TALC



Comparison against A.S.T.M. index: 1 line unmatched, 1.1145 Å

Patterns not included: 6-263 Muscovite -2M1, 7-25 Muscovite (1M), 7-32 Muscovite (2M1), 7-76 Ripidolite (Chlorite), 7-78 Thuringite (Chlorite), 7-166 Bavalite (Chlorite), 10-183 Peninnite Chlorite , 11-78 Dolomite, B and T Quartz.

Most probable minerals present: Talc Muscovite Calcite

Comparison against Italian Standards

Patterns not included: Chlorite (I42), Chlorite (I4), Muscovite (I35), Magnesite (I6), Tremolite (I19/I20), Dolomite.

Most probable minerals present: Talc

| Visual comparison | Minerals detected |
|---|---|
| Talc, Calcite | Talc, Calcite |

SAMPLE SIP 2 TALC



Comparison against A.S.T.M. index: 2 lines unmatched, 1.1159Å 1.1353Å

Patterns not included: 7-76 Ripodolite (Chlorite), 7-78 Thuringite (Chlorite), 7-166 Bavalite (Chlorite).

Most probable minerals present: Talc, Muscovite, Calcite

Comparison against Italian Standards

Patterns not included: Chlorite (I42), Chlorite (I4), Tremolite (I19/I20).

Most probable minerals present: Talc, Muscovite, Magnesite.

| Visual Comparison | Minerals Detected |
|---|---|
| Talc, Chlorite, Magnesite | Talc, Chlorite, Magnestie |

Protected Document -Subject to Protective Order

SAMPLE SIP 3   CHLORITE



Comparison against A.S.T.M. index:   2 lines unmatched, 1.1739Å, 1.29Å

Patterns not included:   6-263 Muscovite -2M1, 7-25 Muscovite (IM) 7-32 Muscovite (2M1), 7-79 Forsterite (Olivine), 8-479 Magnesite

Most probable minerals present:   Chlorite, Talc

Comparison against Italian Standards
Patterns not included:   Muscovite (I35), Tremolite (I19 and I20)

Most probable minerals present:   Chlorite, Talc.

Visual Comparison                          Minerals Present
Chlorite, Talc                             Chlorite, Talc

SAMPLE SIP 4   CHLORITE



Comparison against A.S.T.M. index:   3 lines unmatched
                                     1.1741Å, 1.1318Å, 1.0984Å.

Patterns not included:   6-263 Muscovite -2M1, 7-32 Muscovite (2M1), 8-479 Magnesite, 11-78 Dolomite, 13-437 Boric Acid.

Most probable minerals present:   Chlorite, Talc

Comparison against Italian Standards
Patterns not included:   Calcite (I34), Magnesite (I37), Muscovite (I35), Tremolite (I19/I20), Dolomite.

Most probable mineral present:   Chlorite, Talc

Visual Comparison                          Minerals Present
Chlorite, Talc                             Chlorite, Talc

Protected Document -Subject to Protective Order

SAMPLE SIP 5    TALC



Comparison against A.S.T.M. index:

Patterns not included:  5-586 Calcite, 7-25 Muscovite (IM), 7-77 Sheridanite (Chlorite), 7-79 Forsterite (Olivine), 7-166 Bavalite (Chlorite).

Most probable minerals present:  Talc, Muscovite, Chlorite

Comparison against Italian Standards

Patterns not included:  Chlorite (I42), Chlorite (I4), Magnesite(I6), Tremolite (I19/I20).

Most probable minerals present:  Talc

Visual comparison                    Minerals Present
Talc, Chlorite                       Talc, Chlorite


SAMPLE SIP 6    MUSCOVITE



Comparison against A.S.T.M. index: 3 lines unmatched, 1.7999Å, 1.3721Å, 1.2741Å.

Patterns not included:  3-681 Talc, 7-79 Forsterite (Olivine), 7-166 Bavalite (Chlorite), 7-183 Penninite (CHlorite), 8-479 Magnesite, 11-78 Dolomite, 19-770 Talc.

Most probable minerals present:  Muscovite, Chlorite

Comparison against Italian Standards

Patterns not included:  Magnesite (I37), Tremolite (I19 and I20), Dolomite

Most probable minerals present:  Muscovite, Talc

Visual Comparison                    Mineral Present
Muscovite, Calcite                   Muscovite, Calcite

Protected Document -Subject to Protective Order                    FDP000000586

SAMPLE SIP 7  MAGNESITE



Comparison against A.S.T.M. Index: 1 line unmatched  1.1092Å

Patterns not included: 5-586 Calcite, 6-263 Muscovite -2M1, 7-25 Muscovite (IM), 7-32 Muscovite (2M1), 7-160 Chlorite (Kotshubeite), 7-76 Ripodolite (Chlorite), 7-78 Thuringite (Chlorite), 7-166 Bavalite (Chlorite), 10-183 Penninite Chlorite,  13-437 Tremolite.

Most probable minerals present: Magnesite, Dolomite, Talc

Comparison against Italian Standards

Patterns not included:  Calcite (I34), Chlorite (I4)
                        Muscovite (I35), Tremolite (I19/I20).

Most probable minerals present:  Magnesite, Dolomite, Talc

Visual Comparison                    Minerals Present
Magnesite, Talc                      Talc, Magnesite.

SAMPLE SIP 8  TREMOLITE



Comparison against A.S.T.M. Index: 1 line unmatched  1.1118Å

Patterns not included: 6-263 Muscovite -2M1, 7-25 Muscovite (IM), 7-32 Muscovite (2M1), 7-42 Muscovite (3T), 7-79 Forsterite (Olivine).

Most probable minerals present: Tremolite, Talc, Calcite

Comparison against Italian Standards

Patterns not included: Magnesite (I37), Chlorite (I4),
                       Muscovite (I35).

Most probable minerals present:  Tremolite, Talc, Calcite

Visual Comparison                    Minerals Present
Tremolite, Talc                      Tremolite, Talc

Protected Document -Subject to Protective Order

SAMPLE SIP 9   DOLOMITE



Comparison against A.S.T.M. Index: 1 line unmatched   1.1094$\overset{o}{A}$

Patterns not included: 3-881 Talc, 6-263 Muscovite -2M1, 7-25 Muscovite (IM), 7-32 Muscovite (2M1), 19-814 Muscovite 2M1 (Vanadian), 7-160 Chlorite (Kotschubeite), 7-79 Forsterite (Olivine), 13-437 Tremolite, 19-770 Talc.

Most probable minerals present: Dolomite, Muscovite

Comparison against Italian Standards
Patterns not included: Magnesite (I37), Chlorite (I4)
Tremolite (I19/I20).

Most probable minerals present: Dolomite, Talc

| Visual Comparison | Minerals Present |
|---|---|
| Dolomite, Muscovite, Calcite | Dolomite, Muscovite, Calcite |

SAMPLE SIP 10   CALCITE



Comparison against A.S.T.M. Index: 3 unmatched lines
1.2095$\overset{o}{A}$, 1.1098$\overset{o}{A}$, 1.0926$\overset{o}{A}$

Patterns not included: 7-160 Chlorite (Kotschubeite), 7-79 Forsterite (Olivine), 13-437 Tremolite.

Most probable minerls present: Calcite, Muscovite

Comparison against Italian Standards
Patterns not included: Magnesite (I6), Tremolite (I19-I20).

Most probable minerals present: Calcite, Muscovite

| Visual Comparison | Minerals Present |
|---|---|
| Calcite | Calcite, Muscovite |

Protected Document -Subject to Protective Order

SAMPLE SIP 11   MAGNESITE



Comparison against A.S.T.M. Index: 1 unmatched line 1.1085Å

Patterns not included: 5-586 Calcite, 7-25 Muscovite (IM),
7-160 Chlorite (Kotschubeite), 7-76 Ripidolite (Chlorite),
7-78 Thuringite (Chlorite), 7-166 Bavalite (Chlorite),
10-183 Penninite Chlorite, B & T Quartz.

Most probable minerals present: Magnesite, Dolomite, Talc

Comparison against the Italian Standards

Patterns not included: Calcite (I34), Chlorite (I4),
                       Muscovite (I35).

Most probable minerals present: Magnesite, Dolomite, Talc

Visual Comparison                Minerals Present
Magnesite, Dolomite, Talc        Magnesite, Talc, Dolomite



Examples of Patterns Obtained from
Rock Type Specimens and Their
Major Mineral Content from X-Ray
Comparison.

SAMPLE I1   TALC FROM FOOTWALL CONTACT

Comparison

Patterns not included:  Magnesite (I37), Tremolite (I19/I20).

Most probable minerals present: Chlorite, Muscovite, Talc, Dolomite.

Visual Comparison:  Talc  Chlorite, Calcite

Minerals Present:   Talc  Chlorite, Calcite.


SAMPLE I7   MICA SCHIST

Comparison

Patterns not included:  Magnesite (I37), Talc (I46), Tremolite (I19/I20).

Most probable minerals present:  Muscovite, Talc, Quartz

Visual Comparison:  Muscovite, Talc,Quartz

Minerals Present:


SAMPLE I12   FOOTWALL SAMPLE?   AMPHIBOLITE

Comparison:  3 lines unmatched.  6.4653$\overset{o}{A}$  1.2819$\overset{o}{A}$  1.225$\overset{o}{A}$

Patterns not included:  Calcite (I34), Magnesite (I37), Talc (I46), Talc (I5), Tremolite (I19/I20).

Most probable minerals present:  Muscovite, Dolomite, Quartz.

Visual Comparison:  Muscovite, Chlorite, Quartz

Minerals Present:

Protected Document -Subject to Protective Order

SAMPLE I13   INCLUSION SHOWING PASSAGE INTO TALC BOTTOM TRANSIT



Comparison:   1 unmatched line      1.1541Å

Patterns not included:   Magnesite (I37), Muscovite (I35), Tremolite (I19/I20), Dolomite

Most probable minerals present:   Chlorite, Talc, Quartz

Visual Comparison:   Chlorite, Muscovite, Quartz

Minerals Present:   Chlorite, Muscovite, quartz


SAMPLE I15   TALC-FOOTWALL CONTACT



Comparison:

Patterns not included:   Magnesite (I37), Tremolite (I19/I20).

Most probable minerals present:   Chlorite, Talc, Muscovite, Quartz.

Visual Comparison:   Chlorite,   Talc,   Quartz

Minerals Present:   Chlorite,   Talc, Quartz

Protected Document -Subject to Protective Order

SAMPLE I16   FACE 1   INCLUSION BELOW SEAM

Comparison

Patterns not included:   Talc (I45), Tremolite (I19/I20)
                         Dolomite

Most probable minerals present:   Muscovite, Chlorite,
                                  Calcite, Quartz

Visual Comparison:   Chlorite, Muscovite, Calcite, Quartz

Minerals Present:   Chlorite, Muscovite, Calcite, Quartz


SAMPLE I17   FOOTWALL ROCK SAMPLE



Comparison:   2 unmatched lines   $6.6957\overset{o}{A}$,   $1.6305\overset{o}{A}$

Patterns not included:   Talc (I46), Chlorite (I42),
Muscovite (I35), Magnesite (I6), Tremolite (I19/I20), Dolomite.

Most probable minerals present:   Calcite, Talc, Quartz

Visual Comparison:   Calcite, Talc, Quartz

Minerals Present:   Calcite, Talc, Quartz

Protected Document -Subject to Protective Order

SAMPLE I20   AMPHIBOLE SAMPLE FROM GUIANA LEVEL 1212



Comparison:    1 unmatched line    1.6309Å

Patterns not included:  Chlorite (I42), Chlorite (I4), Muscovite (I35), Magnesite (I6), Dolomite.

Most probable minerals present:    Talc, Tremolite, Calcite, Magnesite.

Visual Comparison:   Talc, Tremolite, Chlorite

Minerals Present:    Talc, Chlorite, Tremolite


SAMPLE I23   BLACK GNEISS



Comparison:    5 unmatched lines   6.3586Å, 1.449Å, 1.2278Å, 1.2121Å, 1.1520Å.

Patterns not included:  Calcite (I34), Tremolite (I19/I20)

Most probable minerals present:   Muscovite, Talc, Magnesite, Quartz

Visual Comparison:   Muscovite, Magnesite, Quartz

Minerals Present:    Muscovite, Magnesite, Quartz

Protected Document -Subject to Protective Order

SAMPLE I25   LIMESTONE FOOTWALL

Comparison

Patterns not included:  Calcite (I34), Tremolite (I19/I20).

Most probable minerals present:  Talc, Chlorite, Quartz

Visual Comparison:  Talc, Magnesite, Quartz

Minerals Present:   Talc, Magnesite, Quartz


SAMPLE I27   LITHOLOGICAL INCLUSION

Comparison

Patterns not included:  Chlorite (I42), Chlorite (I4),
                        Tremolite (I19/I20), Magnesite (I6),
                        Dolomite

Most probable minerals present:  Talc, Calcite, Quartz

Visual Comparison:  Talc, Calcite, Quartz

Minerals Present:   Talc, Calcite, Quartz


SAMPLE I29   SAMPLE 6 FOOTWALL

Comparison:  2 unmatched lines    $1.1526 \overset{\circ}{A}$,   $6.3031 \overset{\circ}{A}$

Patterns not included:  Calcite (I34), Magnesite (I37),
                        Chlorite (I4), Talc (I5).

Most probable minerals present:  Muscovite, Quartz, Dolomite,
                                 Talc

Visual Comparison:  Muscovite,  Quartz

Minerals Present:   Muscovite,  Quartz

Protected Document -Subject to Protective Order

SAMPLE I31  BLACK INCLUSION



Comparison:   1 unmatched line   $1.2145\overset{o}{A}$

Patterns not included:  Magnesite (I37), Talc (I5), Dolomite

Most probable minerals present:  Muscovite, Calcite, Talc

Visual Comparison:  Muscovite, Calcite

Minerals Present:  Muscovite, Calcite

SAMPLE I34  TUNNEL WALL - MARBLE



Comparison

Patterns not included:  Tremolite (I19/I20), Magnesite (I6)

Most probable minerals present:  Calcite, Muscovite, Talc

Visual Comparison,  Calcite

Minerals Present  Calcite



Examples of Patterns Obtained
from the Carbonate Specimens
and their Major Mineral Compo-
sition Obtained from Comparison
with Standards.

Protected Document - Subject to Protective Order

FDP000000597

SAMPLE I4   FACE 1O   AMPHIBOLE



Comparison:  3 unmatched lines   $1.2596\text{Å}$, $1.0823\text{Å}$, $1.074\text{Å}$

Patterns not included;  Chlorite (I42), Chlorite (I4)
                        Dolomite

Most probable minerals present:  Tremolite, Talc, Magnesite

Visual Comparison:  Talc, Tremolite, Magnesite

Minerals Present:   Talc, Tremolite, Magnesite


SAMPLE I6   QUARTZ

Comparison

Patterns not included:  Calcite (I34), Chlorite (I4)
                        Tremolite (I19/I20)

Most probable minerals present:  Magnesite, Dolomite,
                                 Talc

Visual Comparison:   MAGNESITE, Talc

Minerals Present:    Magnesite, Talc

Protected Document - Subject to Protective Order

SAMPLE I11   CARBONATE - TALC INCLUSION



Comparison:    1 unmatched line      1.2143Å

Patterns not included:  Chlorite (I42), Chlorite (I4)

Most probable minerals present:  Magnesite, Dolomite, Talc

Visual Comparison:  Talc, Magnesite, Calcite

Minerals Present:  Talc, Magnesite, Calcite

SAMPLE I14  SEAM 4  INCLUSION IN TALC

Comparison

Patterns not included:  Magnesite (I37), Chlorite (I4), Muscovite (I35), Tremolite(I19/I20)

Most probable minerals present:  Dolomite, Talc

Visual Comparison:  Talc, Dolomite

Minerals Present:   Talc, Dolomite

SAMPLE I18   FACE 3  MAGNESITE AND TALC

Comparison:

Patterns not included:  Talc (I5), Tremolite (I19/I20)

Most probable minerals present:  Dolomite, Magnesite, Chlorite

Visual Comparison:  Dolomite, Talc Chlorite

Minerals Present:  Dolomite, Talc, Chlorite.

Protected Document - Subject to Protective Order

FDP000000599

SAMPLE I 19   IMPURITY IN TALC AND QUARTZ



Comparison:

Patterns not included:   Magnesite (I37)

Most probable minerals present:   Tremolite, Dolomite, Muscovite, Talc

Visual Comparison:   Talc, Tremolite, Magnesite.

Minerals Present:   Talc, Tremolite, Magnesite

SAMPLE I21   FACE 2 OCCLUSION (MAGNESITE)



Comparison:

Patterns not included:   Calcite (I34), Chlorite (I4), Muscovite (I35), Tremlite (I19/I20)

Most probable minerals present:   Dolomite, Magnesite, Talc

Visual Comparison:   Talc, Magnesite, Dolomite

Minerals Present:   Talc, Magnesite, Dolomite

Protected Document -Subject to Protective Order

SAMPLE I22  MAGNESITE, DOLOMITE, TALC



Comparison:

Patterns not included:  Calcite (I34), Talc (I45), Talc (I46)
                        Muscovite (I35), Tremolite (I19/I20).

Most probable minerals present:  Dolomite, Magnesita,
                                 Chlorite, Talc,

Visual Comparison:  Talc, Dolomite.

Minerals Present:   Talc, Dolomite


SAMPLE I30  TALC AND OTHERS



Comparison:

Patterns not included:  Magnesite (I37), Talc (I5),
                        Tremolite (I19/I20).

Most probable minerals present:  Dolomite, Chlorite,
                                 Muscovite, Talc.

Visual Comparison:  Talc, Chlorite

Minerals Present:   Talc, Chlorite

Protected Document -Subject to Protective Order

SAMPLE I35  MASSIVE CARBONATE,  END OF WORKING



Comparison:

Patterns not included:  Tremolite (I19/I20)

Most probable minerals present:   Muscovite, Magnesite, Chlorite

Visual Comparison:   Magnesite, Talc, Chlorite

Minerals Present:   Magnesite, Talc, Chlorite

SAMPLE I37  CARBONATE AND TALC



Comparison

Patterns not included:   Calcite (I34), Chlorite (I4), Muscovite (I35).

Most probable minerals present:   Magnesite, Dolomite, Talc

Visual Comparison:   Magnesite, Talc

Minerals Present:   Magnesite, Talc

Protected Document -Subject to Protective Order



Examples of Patterns and
Major Mineral Content of
Those Specimens Classified
as Talc Types Obtained by
Comparison.

Protected Document - Subject to Protective Order

SAMPLE I2   SORTING PIECES



Comparison

Patterns not included:   Tremolite (I19/I20)

Most probable minerals present:   Chlorite, Magnesite, Talc

Visual Comparison:   Chlorite, Talc

Minerals Present:   Chlorite, Talc


SAMPLE I3   COLOURED TALC



Comparison:

Patterns not included:   Chlorite (I42), Chlorite (I4),
Muscovite (I35), Magnesite (I6), Tremolite (I19/I20), Dolomite.

Most probable minerals present:   Talc

Visual Comparison:   Talc

Minerals present:   Talc

SAMPLE I5   GENERAL ORE



Comparison:  2 unmatched lines      18.1157Å   7.0073Å

Patterns not included:  Chlorite (I42), Chlorite (I4), Muscovite (I35), Dolomite.

Most probable minerals present:  Talc, Magnesite

Visual Comparison:  Talc

Minerals present:  Talc

SAMPLE I8   MASSIVE TALC



Comparison

Patterns not included:  Magnesite (I6), Tremolite (I19/I20).

Most probable minerals present:  Talc, Chlorite

Visual Comparison:        Talc, Chlorite

Minerals Present:         Talc, Chlorite

Protected Document -Subject to Protective Order

SAMPLE I9   FACE 1   GREY TALC



Comparison

Patterns not included:  Calcite (I34),  Magnesite (I37),
Muscovite (I35), Magnesite (I6), Tremolite (I19/I20½).

Most probable minerals present:  Talc, Chlorite

Visible Comparison:  Talc, Chlorite

Minerals Present:    Talc, Chlorite


SAMPLE I10   GRANULAR TALC

Comparison

Patterns not included:  Calcite (I34), Magnesite (I37),
                        Chlorite (I42) Chlorite (I4),
                        Muscovite (I35), Magnesite (I6)
                        Tremolite (I19/I20)

Most probable minerals present:    Talc, Dolomite

Visible Comparison:      Talc,  Dolomite

Minerals Present:        Talc,  Dolomite

Protected Document -Subject to Protective Order

SAMPLE I24   TALC FACE @



Comparison:

Patterns not included:   Muscovite (I35),   Tremolite (I19/I20)
                         Magnesite (I6).

Most probable minerals present:   Talc, Chlorite, Dolomite,
                                  Magnesite

Visual Comparison:       Dolomite, Magnesite, Talc

Minerals Present:        Dolomite, Magnesite, Talc


SAMPLE I26   TALC INCLUSIONS



Comparison

Patterns not included:   Calcite (I34), Tremolite (I19/I20)

Most probable minerals present:   Talc, Chlorite, Dolomite

Visual Comparison:       Talc, Chlorite

Minerals Present:        Talc, Chlorite

SAMPLE I28   QUARTZ TALC



Comparison

Patterns not included:  Muscovite (I35), Tremolite (I19/I20)
                        Magnesite (I6),  Dolomite

Most probable minerals present:  Chlorite, Talc, Quartz

Visual Comparison:  Chlorite, Talc,Quartz

Minerals Present:  Chlorite, Talc, Quartz


SAMPLE I32   OCCLUSION FACE 2



Comparison

Patterns not included:  Muscovite (I35),  Tremolite (I19/I20)
                        Dolomite

Most probable minerals present:  Chlorite, Talc, Magnesite

Visual Comparison:       Chlorite, Talc

Minerals Present:        Chlorite, Talc

Protected Document -Subject to Protective Order

SAMPLE I33 TALC END OF WORKING

Comparison:

Patterns not included: Muscovite (I35), Tremolite (I19/I20)

Most probable minerals present: Talc, Chlorite, Magnesite Dolomite

Visual Comparison: Talc, Chlorite, Magnesite

Minerals Present: Talc, Chlorite, Magnesite

SAMPLE I36 GREY TALC

Comparison: 2 unmatched lines 1.2204Å; 1.1517Å

Patterns not included: Calcite (I34), Talc (I46) Tremolite (I19/I20).

Most probable minerals present: Chlorite, Muscovite, Talc

Visual Comparison: Chlorite, Talc

Minerals Present: Chlorite, Talc

SAMPLE I38 TALC AND PYRITE

Comparison: 1 unmatched line 1.041Å

Patterns not included: Chlorite (I42), Chlorite (I4), Muscovite (I35), Tremolite (I19/I20)

Most probable minerals present: Talc, Calcite

Visual Comparison: Talc, Calcite

Minerals Present: Talc, Calcite

SAMPLE I39  S-'Q' FROM CRUSHER



Comparison

Patterns not included:  Muscovite, (I35), Tremolite (I19/I20),
                        Magnesite (I6).

Most probable minerals present:  Talc  Chlorite

Visual Comparison:     Talc, Chlorite, Calcite

Minerals Present:      Talc, Chlorite, Calcite


SAMPLE I40  PLATEY TALC

Comparison:

Patterns not included:  Tremolite (I19/I20)

Most probable minerals present:  Talc, Magnesite, Chlorite

Visual Comparison:     Talc, Chlorite, Magnesite

Minerals Present:      Talc, Chlorite, Magnesite


SAMPLE I41  GOOD SPECIMEN No.2.

Comparison:

Patterns not included:  Calcite (I34), Muscovite (I35),
                        Tremolite (I19/I20), Magnesite (I6),
                        Dolomite

Most probable minerals present:  Talc, Chlorite

Visual Comparison:  Talc, Chlorite

Minerals Present:   Talc, Chlorite

Protected Document -Subject to Protective Order

SAMPLE I42  COLOURED TALC No.1.



Comparison

Patterns not included:  Magnesite (I37), Talc (I46), Muscovite (I35), Dolomite.

Most probable minerals present:  Chlorite, Talc

Visual Comparison:          Chlorite, Talc

Minerals Present:           Chlorite, Talc

SAMPLE I43  FIBROUS TALC  FACE 10



Comparison:     2 unmatched lines      4.8928Å, 4.4431Å

Patterns not included:  Calcite (I34), Magnesite (I37), Muscovite (I35), Tremolite (I19/I20)

Most probable minerals Present:  Chlorite, Talc

Visual Comparison:          Chlorite, Talc

Minerals Present:           Chlorite, Talc

Protected Document -Subject to Protective Order

SAMPLE I44   PURE TALC   FACE 1

Comparison:   1 unmatched line    1.0798

Patterns not included:   Magnesite (I37), Talc (I42), Muscovite (I35), Tremolite (I19/I20)

Most probable minerals present:   Chlorite, Talc, Dolomite

Visual Comparison:   Talc, Magnesite, Chlorite

Minerals Present:   Talc, Magnesite, Chlorite


SAMPLE I45   GOOD SPECIMEN   FACE 1



Comparison:   2 unmatched lines    1.0882A, 1.0505A

Patterns not included:   Calcite (I34), Chlorite (I42), Chlorite (I4) Muscovite (I35), Magnesite (I6), Tremolite (I19/I20), Dolomite.

Most probable minerals present:   Talc, Magnesite

Visual Comparison:   Talc
Minerals Present:   Talc


SAMPLE I46   COLOURED TALC   FACE 3



Comparison:

Patterns not included:   Chlorite (I42), Chlorite (I4), Muscovite (I35), Tremolite (I19/I20).

Most probable minerals present:   Talc,   Magnesite

Visual Comparison:   Talc, Magnesite

Minerals Present:   Talc, Magnesite

Protected Document -Subject to Protective Order



Specimen Patterns and Comparison Data for
Samples of Old Powders and ØØØØØ Shipments

Protected Document - Subject to Protective Order

SAMPLE  BATCH 6    POWDER F1  PW.J. 035

**Comparison:**   1 unmatched line    8.1972$\overset{\circ}{A}$

**Patterns not included:**   Muscovite (I35),  Tremolite (I19/I20)

**Most probable minerals present:**  Talc, Magnesite, Chlorite

**Visual Comparison:**   Talc, Chlorite, Magnesite

**Minerals Present:**   Talc, Chlorite, Magnesite


SAMPLE BATCH 8   POWDER (S and G)  PW.J. 035



**Comparison**

**Patterns not included:**   Magnesite (I6), Tremolite (I19/I20)

**Most probable minerals present:**  Talc, Magnesite, Boric Acid

**Visual Comparison:**  Talc, Chlorite, Boric Acid

**Minerals Present:**   Talc, Chlorite, Boric Acid


SAMPLE BATCH 9  POWDER T4   P.W.J. 035

**Comparison:**  1 unmatched line    1. 2587$\overset{\circ}{A}$

**Patterns not included:**  Tremolite (I19/I20)

**Most probable minerals present:**  Talc, Chlorite, muscovite, Magnesite, Boric Acid

**Visual Comparison:**   Talc, Chlorite, Boric Acid

**Minerals Present:**   Talc, Chlorite, Boric Acid

Protected Document -Subject to Protective Order

SAMPLE BATCH 10  POWDER SK18P   PW.J. 035

Comparison

**Patterns not included:**  Calcite (I34), Muscovite (I35), Tremolite (I19/I20), Dolomite

**Most probable minerals present:**  Talc, Chlorite, Magnesite, Boric Acid.

**Visual Comparison:**  Talc, Chlorite, Boric Acid

**Minerals Present:**  Talc, Chlorite, Boric Acid


SAMPLE BATCH 11  POWDER LD18P  PW.J. 035



**Comparison:**  1 unmatched line   8.1363Å

**Patterns not included:**  Magnesite (I6), Tremolite (I19/I20) Dolomite

**Most probable minerals present:**  Talc, Chlorite, Boric Acid
**Visual Comparison:**  Talc, Chlorite, Boric Acid, Magnesite
**Minerals Present:**  Talc, Chlorite, Boric Acid, Magnesite


SAMPLE BATCH 12  TALC 1960  PW.J. 025

**Comparison:**    1 unmatched line     8.12 Å

**Patterns not included:**  Tremolite (I19/I20)

**Most probable minerals present.**  Talc, muscovite, chlorite, Boric Acid.

**Visual Comparison:**  Talc, Chlorite, Boric Acid, Magnesite

**Minerals Present:**  Talc, Chlorite, Boric Acid, Magnesite

Protected Document - Subject to Protective Order

SAMPLE BATCH 13   TALC 1961   PW.J. 026

Comparison

Patterns not included:   Calcite (I34), Muscovite (I35)
                         Tremolite (I19/I20)

Most probable minerals present:   Talc, Chlorite, Magnesite
                                  Boric Acid

Visual Comparison:   Talc, Chlorite, Magnesite, Boric Acid

Minerals Present:   Talc, Chlorite, Magnesite, Boric Acid


SAMPLE BATCH 19   S.S.  CATHERINA H.   02/05/72



Comparison

Patterns not included:   Tremolite (I19/I20)

Most probable minerals present:   Talc, Chlorite, Magnesite

Visual Comparison:   Talc, Chlorite, Magnesite
Minerals Present:   Talc, Chlorite, Magnesite


SAMPLE BATCH 2   TALC S.S. EDNA 'B'   14/02/72

Comparison

Patterns not included:   Talc (I45), Tremolite (I19/I20)

Most probable minerals present:   Talc, Chlorite

Visual Comparison:      Talc, Chlorite

Minerals Present:      Talc, Chlorite

Protected Document - Subject to Protective Order

## CONCLUSIONS

The optical examination has shown that there are a large number of minerals associated with the rock types found both in the talc seam and in the associated rocks. The footwall rocks in contact with the talc are mainly composed of the minerals quartz, muscovite, chlorite, garnet, and some carbonate material both calcite and magnesite. Minor minerals in the footwall contact rocks include epidote, microcline, tremolite and actinolite, sphene, rutile, hornblende, rare talc, biotite, pyrite, pyrrhotite and chalcopyrite. Rock type inclusions into the talc have similar compositions to the footwall rocks but with higher muscovite and chlorite contents. The muscovite was generally an iron rich variety (phengite), while two forms of chlorite were observed namely sheridanite and penninite. Other talc inclusions consist mainly of carbonate minerals, calcite and magnesite in varying quantities. It is with these nodules that some tremolite is found. The rocks further away from the talc seams, namely the gneiss, become richer in quartz and microcline and below these marble occurs.

The carbonate specimens examined by optical means showed that the carbonate minerals, calcite and magnesite, were accompanied by talc, chlorite, tremolite, muscovite, rutile and pyrite, all in minor amounts. In general the carbonate inclusions were large and very discrete in the talc seam itself.

The specimens examined, which can be classified as talc samples, were found to be in the main composed of talc with chlorite as the major contaminant. Some specimens, however, were predominantly composed of chlorite with minor talc inclusions. Other minerals found in association with the talc specimens included garnet, rutile and magnesite with rare tremolite and a quartz or serpentine inclusion. Some differences were observed in the talc itself, some of the talc appearing to be a little murky in texture. X-ray pictures of the clear and murky material showed no differences however.

The powder X-ray examination confirmed the major minerals occurring in the hand specimens and a classification was possible into the three groups already mentioned, i.e. rock types, carbonate samples and talc specimens. The only asbestos type mineral to be detected in the hand samples was tremolite, which was found in three of the specimens. The tremolite was associated with carbonate minerals, namely magnesite and calcite, no tremolite was detected in the talc type specimens. Chlorite was, however, very common in the talc types, some of the specimens being very nearly pure chlorite in composition. There appeared to be some association of the chlorite with coloured talc specimens, especially those with a greyish colour. Other colour variations due to rutile were not detected by X-ray examination.

Protected Document - Subject to Protective Order

The examination of consecutive samples at face 1 in the mine showed that the chlorite content can vary very drastically over a 6ft thick section of the talc seam. Patterns obtained from several shipments of ØØØØØ talc showed that chlorite, together with carbonate material, were the major contaminant minerals. This was also true of powder samples ranging back to 1949 in which the only observable difference was the presence of boric acid.

The electron microscope examination of the powdered samples showed that a difference could be drawn between particles produced from the various samples. The carbonates and rock types on the whole produced compact fibre free particles. The talc specimens were, however, plate-like in appearance with varying quantities of lath like particles coupled with fibres which were textile in appearance. Both lath and textile types of particles were not composed of minerals associated with the commercial asbestos industry. Particles formed from the amphibole mineral found at the mine were hardly fibrous in character, the majority of the tremolite breaking to give compact particles. Those fibres formed were short and had a very large diameter when compared with the commercial varieties of asbestos. No amphibole or chrysotile mineral was detected in any of the numerous powders examined.

The Italian talc ØØØØØ contains observable quantities of chlorite and carbonate minerals and could contain any one of the following minerals in very minor amounts: muscovite, quartz, tremolite, garnet and rutile. If small pieces of footwall rock were to contaminate the ore during production, several of the other listed minerals found in the rock type specimens could appear in the shipped product. It is unlikely that they would be present in detectable amounts.

F.D. POOLEY
Project Supervisor

Protected Document -Subject to Protective Order