# Exhibit O

## Dr. Laura Webb: Activities Supporting Opinions

| ACTIVITY | (YES) | (NO) |
|---|---|---|
| Ever work in a talc mine? | | X |
| Ever design any talc mine operations? | | X |
| Ever consult on any talc mine operations? | | X |
| Ever design any drill core sampling protocols for any talc mines? | | X |
| Ever design a blast hole sampling protocol for any talc mine? | | X |
| Ever design an open pit mining operation? | | X |
| Ever design an underground mining operation? | | X |
| Ever supervise or consult on the ongoing operation of a mine? | | X |
| Ever visit any J&J talc mines? | | X |
| Ever conduct any field observations at any talc mines? | | X |
| Ever conduct any field observations at any J&J talc mines? | | X |
| Ever inspect any talc mines? | | X |
| Ever inspect any J&J talc mines? | | X |
| ~~Ever review petrographic maps from J&J talc mines?~~ | | |
| Ever review any geologic maps from a talc mine? | X | |
| Ever review any geologic maps from J&J talc mines? | | X |
| Ever review any mine planning maps from a talc mine? | | X |
| Ever seen the drill cores taken from a talc mine? | | X |
| Ever seen the drill cores taken from J&J talc mines? | | X |
| Ever review any mine planning maps from J&J talc mines? | | X |
| Ever analyze any thin sections from cores removed from a talc mine? | | X |
| Ever analyze any thin sections from cores removed from J&J talc mines? | | X |
| Ever seen the results of an analysis of thin sections from cores removed from a talc mine? | | X |
| Ever seen the results of an analysis of any thin sections from cores removed from J&J talc mines? | | X |



Δ π EXHIBIT 18
Deponent Webb
Date 3/29/19

PLAINTIFF DEMONSTRATIVE 2

| Question | | |
|---|---|---|
| Ever inspect any core logs from a talc mine? | | X |
| Ever inspect any core logs from J&J talc mines? | | X |
| Ever Ask for any samples of J&J talc? | | X |
| Ever taken any samples or rock specimens from a talc mine? | | X |
| Ever taken any samples or rock specimens from J&J talc mines? | | X |
| Ever conduct XRD on any J&J talc? | | X |
| Ever conduct PLM on any J&J talc? | | X |
| Ever conduct SEM on any talc? | X | |
| Ever conduct SEM on any J&J talc? | | X |
| Ever conduct TEM on any talc? | | X |
| Ever conduct TEM on any J&J talc? | | X |
| Ever seen test results from samples taken from J&J talc mines? | | X |
| Ever designed or supervised a beneficiation process for talc ore? | | X |
| Ever publish on talc deposits used to source J&J Talc in Italy, Vermont or China? | | X |
| Ever publish on asbestiform amphiboles and talc? | | X |
| Ever publish on asbestiform serpentines (chrysotile) and talc? | | X |
| Ever publish on methodological approaches to differentiate asbestiform amphibole and non-amphibole minerals in talc? | | X |
| Ever identify any asbestiform amphiboles in talc? | | X |

PLAINTIFF DEMONSTRATIVE 2



Plaintiff Dem.
1

# Exhibit P

EXHIBIT
Hopkins-28
Date: 11-5-18
MLG, CSR, RPR, CRR

| Date | Exhibit # | Testing Entity | Author | Recipients | Purpose Stated | Test method | Mine | What was tested | Special Preparation | What tests revealed | Hopkins' Comments | Satisfies J&J Asbestos Defin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/1957 | J&J-309 | Battelle | Smith | | | | | Italian talc | | "the Italian talc averages about 10% fibrous or acicular particles" | | |
| 5/9/1958 | J&J-1 | Battelle | Smith | Dr. Lycan | | petrograph | Val Chisone | processed talc-Italian 1 | | tremolite | | |
| 5/23/1958 | J&J-2 | Battelle | Smith | Dr. Lycan | | microscope | Val Chisone | processed talc-Italian 1 | | tremolite; 6 to 10 % fibrous talc | | |
| 12/4/1970 | J&J-9 | Colorado School of Mines | Colorado School of Mines | Miller | | XRD & petrograph | Hammondsville | 38 core samples | | tremolite-actinolite; fibrous talc | | |
| 3/9/1971 | J&J-257 | McCrone | Grieger | Goudie | | SAED; XRD | | Shower to Shower; medicated powder | | "fiber of chrysotile...Was very clear"; "medicated powder we found one fiber of chrysotile"; Shower to Shower...we feel strongly that it may be chrysotile...chrysotile is very low"; >>> Final Report >>> "Shower to Shower The fiber content of Shower to Shower is quite low in comparison to previous samples which we have investigated... We found three suspect fibers . Of these, two were found in one field and probably have the same source, very possibly contamination...it is still questionable whether they are chrysotile. We have, however, found traces of chrysotile in G-11 one of the additives to Shower to Shower, and this might be a possible source of these contaminant fibers." | | YES |
| 5/14/1971 | J&J-255 | J&J | Ashton | Smith | | XRD | | Baby Powder (production batch) | | tremolite; tremolite-actinolite | | |
| 7/2/1971 | J&J-256 | Colorado School of Mines | Pattengill | Ashton | | XRD; PLM | | six monthly plant run samples | | 5 of 6 show tremolite-actinolite; "no other forms of nontalc minerals approaching asbestos types were indentified" | | |
| 7/7/1971 | J&J-15 | Colorado School of Mines | Pattengill | Ashton | | XRD | Vermont talc | processed talc-344-L | | tremolite & actinolite | | |
| 7/29/1971 | J&J-19 | Colorado School of Mines, McCrone, Dartmouth | Nashed | Foster | | | Vermont talc | | | "trace amounts of fibrous minerals; (tremolite/actinolite)." | | |
| 10/12/1971 | J&J-23 | McCrone | Grieger | Goudie | appearance and fiber content | electron diffraction | | Shower to Shower | | traces of chrysotile in one of additives | | YES |
| 11/11/1971 | J&J-376 | McCrone | Grieger | Goudie | | TEM | | Shower to Shower | | "The Shower to Shower appeared to have a few more fibers than the other two samples, however I think that might be due to possible contamination from the G-11 In the G-11 we did find two positively identified chrysotile fibers and some other fibers which at first glance peared to be chrysotile, when you look at the electron diffraction pattern. I believe that most of the fibers in Shower to Shower which are suspect may come from G-11...I left out the comments on G-11 from the report because I felt you might want to change your supplier or investigate your supplier, and this would only tend to confuse the issue perhaps with the FDA." | | |

| Date | Bates | Org | Author | Recipient | Subject | Method | Sample | Technique | Notes | Asbestos? |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/1972 | J&J-28 | NYU | Seymour Lewin | Dr. Weissler (FDA) | | XRD | Shower to Shower sample 84 | | 5% chrysotile; | YES |
| 8/10/1972 | J&J-373 | J&J | | | | PLM | Shower to Shower | | "About 1 fiber or rod/needle every 500 particles. Approx. 1/3 of these are tremolite…" | |
| 8/24/1972 | J&J-29 | Sperry Rand | Nashed | Dr. R. A. Fuller | FDA submits Lewin sample | SEM | Shower to Shower | | "asbestos fibers could be detected in the sample"; "reported chrysotile" | YES |
| 8/31/1972 | J&J-348 | Sperry Rand | JJ Wehrung | | | SEM | | | Dr. Weissler used SEM "to study general shape of chrysotile asbestos." "Dr. Weissler he did find fibers which had the general shape of chrysotile". Also found "asbestos form fibers." In samples brought by JJ which were photographed." | |
| 9/8/1972 | D-7 | Sperry Rand | JJ Wehrung | | | SEM | Shower to Shower | | Observation of asbestosform "more correctly be called fiberform". SEM "very able to identify fiberforms which may be chrysotile" | |
| 9/26/1972 | J&J-31 | Dr. Lewin | Dr. Nashed | Dr. Fuller | | | J&J Medicated Powder; Johnson's Baby Powder; J&J Shower to Shower | | Medicated Powder: tremolite 4% Baby Powder: 2-3% chrysotile Shower to Shower: 2-5% chrysotile | YES |
| 10/27/1972 | J&J-36,34,37 | McCrone | Stewart | Goudie | "the presence of asbestiform minerals" | XRD; TEM | Johnson's Baby Powder batch # 108T &109T (Lewin Samples) | | "Both samples contained an insignificant amount of tremolite;" tremolite rods | YES |
| 2/26/1973 | J&J-100 | Colorado School of Mines | Reid | Ashton | mineralogy & occurrence of any asbestos type minerals | XRD | processed talc | centrifuging | tremolite-actinolite; slight trace of anthophilite? Chrysotile? "asbestos type materials" | YES? |
| 4/26/1973 | J&J-44 | J&J | Petterson | Johnston | | PLM | Johnson's Baby Powder | Hammondsville asbestos fiber | "tremolite or actinolite are indentifiable (optical microscope)and these might be classified as" | No |
| 4/27/1973 | J&J-335 | J&J | | | | optical microscope | Johnson's Baby Powder | | trace amounts of amphiboles in all samples. "The optical properties of the aprticles are closer to actinolite than tremolite" | |
| 5/1/1973 | J&J-367 | | Miller | Petterson | | | Haamondsville ore | | "the orde body contains tremolite" | Doesn't say which mine |
| 5/8/1973 | J&J-368 | J&J | | Petterson | | | Hammondsville ore | | "Your question this morning was how did Lewin assay timing relate to actinolite showings. Baby Powder lots 108T & 109T were alleged to contain asbestforms by Lewin. Talc shipments checked by microscope hare showed all lots clean just prior to and right after that time. the first showing of actinolite we know about is October 1972. The indications are that things were in good shape when Lewin picked up the above two lots for his assays." | |
| 6/6/1973 | J&J-47 | Cardiff | Pooley | Ashton | | | our Vermont talc | concentration technique | actinolite | |
| 9/6/1973 | J&J-258 | FDA | Stuart | | "determination of asbestos | XRD; PLM | Shower to Shower sample 84 | | "fibers of tremolite/actinolite" | Yes |
| 12/21/1973 | J&J-263 | Colorado School of Mines | Reid | Ashton | "examined for chrysotile and/or tremolite | TEM | Vermont talc samples | centrifuge | "identified chrysotile at a level of less than 10 ppm in the Vermont sample" | Yes |

| Date | Bates | Author | Lab | Method | Sample | Purpose | Findings | Asbestos |
|---|---|---|---|---|---|---|---|---|
| 1/29/1974 | J&J-57 | McCrone; Dartmouth | | TEM; XRD | Hammondsville ore & product | | "chrysotile fiber suppression was indicated"; Dartmouth finds amphibole 100 to 200 ppm in ore and 3000 in ore; Mccrone finds chrysotile in ore and finished product | Yes |
| Mar-74 | J&J-58 | Dartmouth | Lee | | | develop methods for measuring the concentration of asbestiform amphiboles | | |
| | | Reynolds | Windsor Minerals | XRD & XRF | talc product & ore from Windsor | centrifuge to float talc and settle denser materials | "ore sample contains 2300ppm actinolite and the talc product contains 170 ppm actinolite"; "small amounts of anthophyllite may be present" Dr. Hopkins has issues with the conclusions. | |
| 4/24/1974 | J&J-65 | McCrone | Stewart | XRD; TEM | Argonaut | ore | determine "whether or not there was any significant content of asbestiform minerals" | TEM finds chrysotile and fibrous tremolite | Yes |
| 5/8/1974 | J&J-66 | McCrone | | optical microscope & TEM | Windsor 66 ore & product | | ore-fiber probably tremolite & chrysotile; product- one chrysotile fiber | Possible contamination of 1 test | YES |
| 5/9/1974 | J&J-366 | McCrone | | TEM | Argonaut ore & product | | chrysotile fibers in ore and product of 1/3 of samples tested | |
| 5/14/1974 | J&J-370 | McCrone; Dartmouth | Zeitz | TEM | Hammondsville product | analysis for "asbestisform fibers" | Table 15 McCrone Summary-probable chrysotile in 2 samples and chrysotile in 2 other samples. >>>Attachment A Dated 05-08-74>>>>>> "Sample 66-AC ore showed chrysotile fibers but in the product from the same ore benefaction had reduced the chrysotile content to 1 fibril as mentioned above. The chrysotile fiber content of Sample 66-AC-ore represents an estimated chrysotile content of<1-2 ppm, thus, even in the worst case, the level of asbestos contamination present in these ores is minimal." >>>>>>>>>>Attachment B>>>>>>>> "fibrous form of anthophyllite which occurs as a rare mineral in the Hammondsville ore body." | |
| 10/10/1974 | J&J-74 | McCrone | Shimps | | Windsor 66 ore & product | "determine the extent of amphibole or serpentine contamination" "we kept a running tabulation of the asbestos we could possibly identify" | "fibrous asbestisform material" "chrysotile fibers were found" | YES |
| 7/1/1975 | J&J-89 | McCrone | Grieger | TEM; SAED | "from your ore body" Johnson's Baby Powder | | "confirmed asbestos" low to medium; "bundles of amphiboles" | YES |
| 9/9/1975 | J&J-92 | Mt. Sinai | Langer | TEM; PLM; XRD | | | anthophyllite & tremolite | |
| 11/5/1975 | J&J-97 | McCrone | Grieger | TEM | ore | supplement report of 7-01-75 | Table 1 lists "fibers of asbestos" | YES |

| Date | ID | Source | Author | Method | Sample | Findings | Notes | Asbestos? |
|---|---|---|---|---|---|---|---|---|
| 1/25/1977 | J&J-141 | Cardiff | Pooley | | XRD | Vermont composite sample | fibers of antigorite | |
| 6/14/1977 | J&J-246 | EMV | | | | ore & product | composite samples-large and small fibrous tremolite | YES? |
| 2/9/1979 | J&J-164 | George Lee's Group | Cohen | | SEM; XRD | 66 composite samples | tremolite & actinolite | |
| 9/1/1983 | J&J-175 | McCrone | Palenik | Miller | "airborne fiber concentrations" | NIOSH method | air samples | Argonaut; Rainbow | Argonaut - 118 fibers; Rainbow- 2650 fibers | Type of fiber not specified | YES |
| 11/2/1984 | J&J-179 | McCrone | Palenik | Miller | "analysis for asbestos" | TEM- EPA method | air samples | 6,600 to 60,000 chrysotile asbestos fibers. All samples found asbestos | | YES |
| 5/15/1985 | J&J-177 | MSHA | Olson | | analysis for "asbestisform minerals" | PLM; XRD | air samples at Cyprus South Plainfield | Italian talc | 71.2% fibrous talc & "5.8% anthophyllite, an asbestiform amphibole" | | YES |
| 8/5/1986 | J&J-184 | McCrone | Laubenthal | Miller | | PCM | Hammondsville air samples | fibers in both samples | Type of fiber not specified | YES |
| 3/30/1987 | J&J-185 | J&J | Schmidt | Miller | | | Raymond Mill | Processed talc | "Tremolite is present in the fines (minus 100 plus 200 mesh) in six volume percent as free needles" | |
| 4/15/1988 | J&J-190 | Skyline Laboratories; Aquatec Environmental | | | | XRD | Chester/Hamm | random and composite process samples | actinolite | |
| 2/25/1992 | J&J-202 | Cyprus | Munro | | | | Argonaut; Hammondsville; Black Bear | ore | "fibrous tremolite was identified in exposures and cores at the east Argonaut 7 Black Bear mines. Cyprus staff report past tremolite from the Hammondsville and Clifton deposits." | |
| 0/00/0000 | J&J-298 | McCrone | | | | | | Windsor grade 36 | chrysotile | |
| 02/09/1979 | J&J-341 | J&J | Lee | | | | | Windsor 66 composite sample | "massive amphiboles in the 66 composite sample of Nov 6-10. the sample was forwarded to George Lee's group where the present of amphiboles was confirmed. They were identified as tremolite & actinolite" | duplicate of J&J 164 |
| 05/09/1958 | J&J-311 | Battelle | Smith | J&J | | Petrograph | | Italian talc | "acicular and fibrous particles of talc", the 8 to 10% of nonplaty talc is presumed to be derived from tremolite or enstatite" | |
| 1/12/1984 | J&J-305 | McCrone | Palenik | Miller | | PLM | | Talc powder, grade EV | actinolite. The tremolite-actinolite in the sample is considered to be asbestos by current government regulations; however, it appeared to be cleavage fragments of the massive form rather than true asbestiform. typical tremolite fibers 3 to 10% non platy with trace amounts of tremolite | |
| 1/24/1958 | J&J-310 | Battelle | Brown | Lycan J&J | | | | Italian talc | | |
| 4/19/1973 | J&J-296 | J&J | Hamer | | | Dispersion staining | | Johnson's Baby Powder | "four of the samples are suspected of containing tremolite based on the finding of one or two "fibers" per sample which satisfy the color/morphology criteria." | |

| Date | Doc ID | Source | Author | Method | Sample | Findings | Notes |
|---|---|---|---|---|---|---|---|
| 4/27/1973 | J&J-335 | J&J | | Petrographic optical microscope | Johnson's Baby Powder | "trace amounts of amphibole" in all 4 samples tested; "Shape- prismatic, columnar, parallel – sided rods" ; Size: from 20X4 microns to 200X30 microns, ; Indentity : the optical properties of the particles are closer to actinolite than tremolite" | |
| 7/05/1976 | J&J-303 | Colorado School of Mines | | optical microscope | Johnson's Baby Powder | "small (1%?) amounts of amphibole needles." | |
| 8/09/1972 | J&J-342 | J&J | | | Shower to Shower | "trace tremolite" in 1970 and 1971 samples | No chrysotile observed |
| 8/27/1973 | J&J-299 | Dutch consumer organization | | electron microscope (REM) | Johnson's Baby Powder | " asbestos – content of 1.59%" | |
| 9/11/1975 | J&J-297 | McCrone | Stewart | | A-HC | chrysotile fiber | Plate 4682 A-HC 51,000X Chrysotile fiber |
| 9/18/1961 | J&J-313 | Battelle | Smith | | | 2 percent non platy talc in upper core; 14% (granular and fibrous ) non platy talc with 1-2% altered amphiboles in lower core | |
| ??/??/???? | | Dutch Consumers | Ashton | petrograph | Hammondsville core | claimed to have found asbestos | |
| ??/??/1972 | J&J-33 | University of Minnesota | | TEM | Johnson's Baby Powder | determine possible content of fibrous chrysotile asbesots; "chrysotile asbestos does exist in the specimens of shower to shower" | Shower to Shower |
| 0/00/1991 | J&J-327 | Cypress | Munro | | Argonaut mine | "Argonaut main ore body open pit ...high incidence of fibre bearing zones encountered in the main ore body" | |
| 0/00/1991 | J&J-327 | Cypress | Munro | | Hamm mine; | "areas with fibrous actinolite" | |
| 7/9/?? | J&J-17 | Mt. Sinai | J&J | electron microscopy | Johnson's Baby Powder | chrysotile asbestos | |
| 10/27/1972 | J&J-26 | J&J | Nashed Goudie | | Johnson's Baby Powder batch # 108T &109T (Lewin Samples) | "There are trace quantities (tremolite) present confirmed both by McCrone & BillAshton Levels are extremely lawbut occassionally can be seen optically. This is not new." | |

# Exhibit Q

*RJKerstetter*

MAR 25 1992

## INTEROFFICE CORRESPONDENCE
### LOS ANGELES

TO    SEE DISTRIBUTION    DATE  March 25, 1992

ATTENTION    L.A. FILE

FROM    R. C. MUNRO    YOUR FILE

SUBJECT    COPIES TO

### CYPRUS ORE RESERVES - ARSENIC & TREMOLITE

*Excerpts from Cyprus Talc Reserve Report by R.C. Munro*

### Geology & Environment

There are some important environmental issues related to the geology and mineralogy of the Cyprus talc deposits, particularly in Vermont.

### Arsenic

Arsenic iron sulphides (arsenopyrite) are, with their alteration products, present in many of the talc-carbonate schist ore zones in the Vermont area. Total arsenic, as analyzed in the Ludlow Rainbow deposit, averages generally less than 100 ppm but with some small zones in excess of 1000 ppm. No apparent major effort is underway to regularly monitor or completely assess the total arsenic content of ores, tailing solids and wastes although the distribution of sulphides and arsenates in the talc ore system is generally understood.

In near surface weathering zones, crushed rock, stock piles and mine working areas, the arsenic sulphides (above) convert in part to the more soluble arsenates, for example, the hydrous nickel arsenate, annabergite (38% $AS_2O_5$). Soluble arsenic is measured in cores, ore samples, mill feed, product and tailings. Soluble arsenic content is monitored and governed under EPA/OSHA regulations.

High (e.g. +6 ppm As) soluble arsenic contents of mill feed at the West Windsor mill contribute to reduced recoveries and milling rates. At West Windsor, part of the mill recovery problem at least is being ascribed to a high fines content in the feed and to low pH of the process water, both of which contribute to increased soluble As. The problem has been under study at West Windsor since 1987 by Mill Manager, Jeff Scott, who indicated that if the arsenic content is above +6 ppm soluble As and the talc content falls below 62% talc production rates and recoveries can fall by 50%. The product specs are -3 ppm As or less at West Windsor and current material in the silos is measured at 0.73 ppm to 2.33 ppm soluble As.

Δπ EXHIBIT 12
Deponent Webb
Date 3/29/19 Rptr CE

Protected Document – Subject to Protective Order    IMERYS 219720

for burial, have been measured at 0.33% to 0.70% tremolite by Three Forks and Alpine Mill Labs.

No fibrous material showed up in samples taken by the writer at the Western Source Red Hill mine in California, but minor tremolite is possibly present in the contact zone where it should be avoidable by selective mining.

Arsenic content (total and soluble) and the presence of fibrous minerals in exposed stockpiles and waste need to be checked at Alpine, Alabama and the now closed California properties operated by Cyprus in the past.

/eji

DISTRIBUTION:

R. J. Kerstetter
G. L. Toll
G. B. Lawson - BCL
J. Paulsen
P. Moreau - Talc de Luzenac

- 3 -

Protected Document – Subject to Protective Order

IMERYS 219722