**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Lorraine Kirkpatrick v. Johnson & Johnson, et al.* Case No.:  3:19-cv-012252-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Lorraine Kirkpatrick.

This 7th day of May, 2019.

                                              Respectfully submitted,
                                              BERNSTEIN LIEBHARD, LLP

By:   */s/ Morris Dweck*
        Morris Dweck
        10 East 40th Street
        New York, NY 10016
        Phone: 212-779-1414
        Fax: 212-779-3218
        dweck@bernlieb.com

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of May, 2019.

                                              */s/ Morris Dweck*