UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

IN RE:  JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                           3:16-MD-02738-FLW-LHG

*This document relates to:*

***Kirby Ducote o/b/o The Estate of Anita Ducote***
***v. Johnson & Johnson, et al***
***19-cv-12286***
_____/

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 8, 2019 on behalf of the Plaintiff, Kirby Ducote, o/b/o The Estate of Anita Ducote

Dated:  May 9, 2019

          Respectfully submitted,

          /s/Andrew J. Geiger_____
          ANDREW J. GEIGER (BAR NO. 32467)
          ALLAN BERGER (BAR NO. 2977)
          **ALLAN BERGER & ASSOCIATES PLC**
          4173 Canal Street  New Orleans, Louisiana 70119
          Telephone: (504) 486-9481
          Fax:  (504) 483-8130
          aberger@bergerlawnola.com
          *Counsel for Plaintiff*