UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*STEVEN D. HANSON, et al.*<br>*v.*<br>*Johnson & Johnson, Inc., et al*<br>Case No. 3:19-cv-12192-FLW-LHG | Civil Action No.<br>3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 6, 2019 on behalf of Plaintiff Steven D. Hanson.

      Respectfully Submitted,
      PANISH SHEA & BOYLE, LLP.


*/s/ PETER L. KAUFMNAN*
Peter Kaufman, California State Bar No. 269297
Panish Shea & Boyle LLP
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
Email: pkaufman@psblaw.com


Peter Akmajian
Schmidt, Sethi, Akmajian, P.C.
1790 East River Road, Suite 300
Tucson, Arizona 85718
Telephone (520) 545- 1660

1

Facsimile: (520) 790-1163
Email: pakmajian@azinjurylaw.com

Louis M. Diesel
Aspey, Watkins & Diesel, PLLC
123 North San Francisco Street, Suite 300
Flagstaff, Arizona, 86001
Telephone: (928) 774-1478
Facsimile: (928) 7748404
Email: ldiesel@awdlaw.com
**Attorneys for Plaintiffs**

**CERTIFICE OF SERVICE**

I hereby certify that on May 7, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/EFC electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/Sergio Aranda*
Sergio Aranda
PANISH SHEA & BOYLE, LLP.