UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to DARIA MARTINEZ<br>3:19-CV-12432 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on May 10, 2019 on behalf of Plaintiffs DARIA MARTINEZ.

| | |
|---|---|
| Dated: May 10, 2019 | Respectfully Submitted by,<br>/s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: May 10, 2019                                        /s/ Michael Akselrud
                                                               Michael Akselrud
                                                               The Lanier Law Firm, PC
                                                               21550 Oxnard St., 3rd Fl
                                                               Woodland Hills, CA 91367
                                                               (310) 277-5100
                                                               Counsel for Plaintiff(s)