# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to AMY SCHRODER and GERRY SCHRODER <br> 3:19-CV-12444 | **MDL No. 2738 (FLW) (LHG)** |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on May 10, 2019 on behalf of Plaintiffs AMY SCHRODER and GERRY SCHRODER.


Dated: <u>May 10, 2019</u>

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: May 10, 2019                          /s/ Michael Akselrud
                                             Michael Akselrud
                                             The Lanier Law Firm, PC
                                             21550 Oxnard St., 3rd Fl
                                             Woodland Hills, CA 91367
                                             (310) 277-5100
                                             Counsel for Plaintiff(s)