## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Ashley Brown and Bobby Ray Brown <br> 3:19-cv-12386-FLW-LHG | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

        Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on May 9, 2019 on behalf of Plaintiff Ashley Brown and Bobby Ray Brown.


Dated: May 10, 2019

                                        Respectfully Submitted by,
                                        /s/ Michael Akselrud
                                        Michael Akselrud
                                        The Lanier Law Firm, PC
                                        21550 Oxnard St., 3rd Fl.
                                        Woodland Hills, CA 91367
                                        (310) 277-5100
                                        Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: May 10, 2019                          /s/ Michael Akselrud
                                             Michael Akselrud
                                             The Lanier Law Firm, PC
                                             21550 Oxnard St., 3rd Fl
                                             Woodland Hills, CA 91367
                                             (310) 277-5100
                                             Counsel for Plaintiff(s)