## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tamara Harron and J. Brad Harron v. Johnson & Johnson; et al.*<br>*Case No: 3:19-cv-12458-FLW-LHG* | **MDL No: 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Tamara Harron and J. Brad Harron.

This 10th day of May, 2019.

                                                Respectfully submitted,

                                                EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.

                                                By: */s/ Nancy Winkler*
                                                Nancy J. Winkler, Esq. NJ Bar No. 030381987
                                                1634 Spruce Street
                                                Philadelphia, PA
                                                P: (215) 546-6636
                                                F: (215)546-3941
                                                Nancy@erlegal.com; Linda@erlegal.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of May, 2019.

*/s/ Nancy J. Winkler*