UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Taylor Riley,<br><br>3:19-cv-06554 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 22, 2019 on behalf of Plaintiff Taylor Riley.

Dated: May 13, 2018

Respectfully submitted,

/s/ *Warren T. Burns*

Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
   knelson@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)

Daniel H. Charest (TX #24057803)<br>
Spencer M. Cox (TX #24097540)<br>
**BURNS CHAREST LLP**<br>
900 Jackson Street, Suite 500<br>
Dallas, Texas 75202<br>
T: 469.904.4550<br>
F: 469.444.5002<br>
E: wburns@burnscharest.com<br>
   dcharest@burnscharest.com<br>
   scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Warren T. Burns<br>
Warren T. Burns (TX #24053119)<br>
**BURNS CHAREST LLP**<br>
900 Jackson Street, Suite 500<br>
Dallas, Texas 75202<br>
T: 469.904.4550<br>
F: 469.444.5002<br>
E: wburns@burnscharest.com