UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

**BRENDA LOGAN v. JOHNSON & JOHNSON, JOHNSON & JOHNSON COMSUMER INC., IMERYS TALC AMERICA, INC., and PERSONAL CARE PRODUCTS COUNCIL**

No. 3:17-cv-7100

## NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff BREMDA KAY LOGAN, and hereby notifies the Court and the parties of the death of Plaintiff, BRENDA KAY LOGAN, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by MAGGIE BELTKOWSKI, who is the sister and personal representative of the estate of the now deceased BRENDA KAY LOGAN.

Dated: May 14, 2019

        Respectfully submitted,

        /s/ *Warren T. Burns*

        Korey A. Nelson (LA #30002)
        Amanda K. Klevorn (LA #35193)
        **BURNS CHAREST LLP**
        365 Canal Street, Suite 1170
        New Orleans, Louisiana 70130
        T: 504.799.2845
        F: 504.881.1765
        E: aklevorn@burnscharest.com
           knelson@burnscharest.com

        **AND**

        Warren T. Burns (TX #24053119)
        Daniel H. Charest (TX #24057803)
        Spencer M. Cox (TX #24097540)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com
           dcharest@burnscharest.com
           scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, a copy of the foregoing NOTICE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Warren T. Burns
Warren T. Burns (TX #24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com