# COMMONWEALTH OF KENTUCKY

## REGISTRAR OF VITAL STATISTICS
### CERTIFIED COPY

**5474323**

**KENTUCKY CERTIFICATE OF DEATH**  116  201841147
Case #: E201811190191

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME | BRENDA KAYE LOGAN |
| 1b. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE | N/A |
| 2. SEX | FEMALE |
| 3. ACTUAL OR PRESUMED DATE OF DEATH | November 16, 2018 |
| 4. SOCIAL SECURITY NUMBER | 407-62-■■■■ |
| 5a. AGE-LAST BIRTHDAY (Years) | 73 |
| 6. DATE OF BIRTH | ■■■■■■■■ |
| 7. COUNTY OF DEATH | LOGAN |
| 8. PLACE OF DEATH | [X] Nursing Home/Long Term Care Facility |
| 9. FACILITY NAME | AUBURN HEALTH CARE |
| 10. CITY OR TOWN, STATE AND ZIP CODE | AUBURN, KY 42206 |
| 11. BIRTHPLACE | LEWISBURG, KENTUCKY |
| 12. MARITAL STATUS | [X] Never Married |
| 13. SURVIVING SPOUSE | N/A |
| 14. DECEDENT'S USUAL OCCUPATION | HOMEMAKER |
| 15. KIND OF BUSINESS/INDUSTRY | OWN HOME |
| 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? | [X] No |
| 17a. RESIDENCE - State | KENTUCKY |
| 17b. COUNTY | LOGAN |
| 17c. CITY OR TOWN | RUSSELLVILLE |
| 17d. STREET AND NUMBER | 109 CLINTON STREET |
| 17e. ZIP CODE | 42276 |
| 17f. INSIDE CITY LIMITS? | [X] Yes |
| 18. DECEDENT'S EDUCATION | [X] 8th Grade or Less |
| 19. DECEDENT OF HISPANIC ORIGIN? | [X] No, not Spanish/Hispanic/Latino |
| 20. DECEDENT'S RACE | [X] White |
| 21. FATHER'S NAME | PORTER EARL LOGAN |
| 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | ESSIE BELLE MANSFIELD |
| 23a. INFORMANT'S NAME | MAGGIE BELTOWSKI |
| 23b. RELATIONSHIP TO DECEDENT | SISTER |
| 23c. MAILING ADDRESS | 1061 SHARKERTOWN ROAD, ROCKFIELD, KY 42274 |
| 24. METHOD OF DISPOSITION | [X] Burial |
| 25. PLACE OF DISPOSITION | SMITH CEMETERY |
| 26. LOCATION | AUBURN, KY |
| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE | TAMMERIA T. RAMSEY |
| 28. KY LICENSE NUMBER | 6699 |
| DATE SIGNED | 11/19/2018 |
| 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | SUMMERS, KIRBY & SANDERS FUNERAL HOME, PO BOX 56, RUSSELLVILLE, KY 42276 |
| 30. DATE PRONOUNCED DEAD | 11/16/2018 |
| 31. ACTUAL OR PRESUMED TIME OF DEATH | 0735 |
| 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | [X] Yes |

### CAUSE OF DEATH

33. PART I.
a. IMMEDIATE CAUSE: OVARIAN CANCER — 2010 YEAR(S)
b. DUE TO (OR AS A CONSEQUENCE OF):
c. DUE TO (OR AS A CONSEQUENCE OF):
d. DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions contributing to death:

| Field | Value |
|---|---|
| 34. MANNER OF DEATH | [X] Natural |
| 35. WAS AN AUTOPSY PERFORMED? | [X] No |
| 36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | [ ] Yes  [ ] No |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | [X] No |
| 38. IF FEMALE | [X] Not pregnant within past year |
| 46. TO BE COMPLETED BY CERTIFIER | SIGNATURE: KREDDY |
| 47. DATE CERTIFIED | 11/27/2018 |
| 48. LICENSE NUMBER | 36342 |
| 49. TITLE OF CERTIFIER | PHYSICIAN |
| 50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | KARUNA REDDY, FAMILY MEDICAL CLINIC (FRANKLIN), 1100 BROOKHAVEN RD SUITE 103, FRANKLIN, KY 42134 |
| 51. REGISTRAR'S SIGNATURE | Christina S. Stewart |
| 52. DATE FILED | 11/27/2018 |

This is to certify that this is a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered at the Kentucky Office of Vital Statistics under the file number shown.

DATE ISSUED  11/27/2018

_Christina S. Stewart_
State Registrar

FORM VS NO. 1-A
(REVISED 06/2015)

**DOCUMENT CONTAINS A WATERMARK – HOLD UP TO LIGHT TO VIEW**



# KENTUCKY CERTIFICATE OF DEATH

Case #: E201811190191

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME | BRENDA KAYE LOGAN |
| 1b. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE | N/A |
| 2. SEX | FEMALE |
| 3. ACTUAL OR PRESUMED DATE OF DEATH | November 16, 2018 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE-LAST BIRTHDAY (Years) | 73 |
| 6. DATE OF BIRTH | 07/15/1945 |
| 7. COUNTY OF DEATH | LOGAN |
| 8. PLACE OF DEATH | OTHER: [X] Nursing Home/Long Term Care Facility |
| 9. FACILITY NAME | AUBURN HEALTH CARE |
| 10. CITY OR TOWN, STATE AND ZIP CODE | AUBURN, KY 42206 |
| 11. BIRTHPLACE | LEWISBURG, KENTUCKY |
| 12. MARITAL STATUS | [X] Never Married |
| 13. SURVIVING SPOUSE | N/A |
| 14. DECEDENT'S USUAL OCCUPATION | HOMEMAKER |
| 15. KIND OF BUSINESS/INDUSTRY | OWN HOME |
| 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? | [X] No |
| 17a. RESIDENCE - State | KENTUCKY |
| 17b. COUNTY | LOGAN |
| 17c. CITY OR TOWN | RUSSELLVILLE |
| 17d. STREET AND NUMBER | 109 CLINTON STREET |
| 17e. ZIP CODE | 42276 |
| 17f. INSIDE CITY LIMITS? | [X] Yes |
| 18. DECEDENT'S EDUCATION | [X] 8th Grade or Less |
| 19. HISPANIC ORIGIN? | [X] No, not Spanish/Hispanic/Latino |
| 20. DECEDENT'S RACE | [X] White |
| 21. FATHER'S NAME | PORTER EARL LOGAN |
| 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | ESSIE BELLE MANSFIELD |
| 23a. INFORMANT'S NAME | MAGGIE BELTOWSKI |
| 23b. RELATIONSHIP TO DECEDENT | SISTER |
| 23c. MAILING ADDRESS | 1061 SHARKERTOWN ROAD, ROCKFIELD, KY 42274 |
| 24. METHOD OF DISPOSITION | [X] Burial |
| 25. PLACE OF DISPOSITION | SMITH CEMETERY |
| 26. LOCATION | AUBURN, KY |
| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE | TAMMERIA T. RAMSEY |
| DATE SIGNED | 11/19/2018 |
| 28. KY LICENSE NUMBER | 6699 |
| 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | SUMMERS, KIRBY & SANDERS FUNERAL HOME, PO BOX 56, RUSSELLVILLE, KY 42276 |
| 30. DATE PRONOUNCED DEAD | 11/16/2018 |
| 31. ACTUAL OR PRESUMED TIME OF DEATH | 0735 |
| 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | [X] Yes |

## CAUSE OF DEATH

PART I.
a. IMMEDIATE CAUSE: **OVARIAN CANCER** — Approximate Interval: 2010 YEAR(S)
b.
c.
d.

| Field | Value |
|---|---|
| 34. MANNER OF DEATH | [X] Natural |
| 35. WAS AN AUTOPSY PERFORMED? | [X] No |
| 36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | (blank) |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | [X] No |
| 38. IF FEMALE | [X] Not pregnant within past year |
| 46. TO BE COMPLETED BY CERTIFIER | SIGNATURE: KREDDY |
| 47. DATE CERTIFIED | 11/27/2018 |
| 48. LICENSE NUMBER | 36342 |
| 49. TITLE OF CERTIFIER | PHYSICIAN |
| 50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | KARUNA REDDY, FAMILY MEDICAL CLINIC (FRANKLIN), 1100 BROOKHAVEN RD SUITE 103, FRANKLIN, KY 42134 |
| 51. REGISTRAR'S SIGNATURE | Christina S. Stewart |
| 52. DATE FILED | 11/27/2018 |

FORM VS NO. 1-A (REVISED 06/2015)