# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>ROBERTA OCHOA<br><br>3:19-cv-12495 | 3:16-md-02738 (FLW)(LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 14, 2019, on behalf of Plaintiff Roberta Ochoa.

Dated: May 14, 2019

                                                              Respectfully submitted,

                                                              */s/ Gregory D. Brown*
                                                              Gregory D. Brown (TX Bar No. 24078266)
                                                              gregory_brown@fleming-law.com
                                                              Rand P. Nolen (TX Bar No. 00788126)
                                                              rand_nolen@fleming-law.com
                                                              FLEMING, NOLEN & JEZ, L.L.P.
                                                              2800 Post Oak Blvd., Suite 4000
                                                              Houston, Texas 77056-6109
                                                              Tel:  713-621-7944
                                                              Fax: 713-621-9638

                                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify on May 14, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                          */s/ Gregory D. Brown*
                                          GREGORY D. BROWN