# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>PHYLLIS M. JONES,<br><br>3:19-cv-12510 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 14, 2019 on behalf of PHYLLIS M. JONES.

Dated:  May 14, 2019  　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**NAPOLI SHKOLNIK, PLLC**

　　　　　　　　　　　　　　　　　　*/s/ Christopher R. LoPalo*
　　　　　　　　　　　　　　　　　　Christopher R. LoPalo, Esq.
　　　　　　　　　　　　　　　　　　400 Broadhollow Rd., Suite 305
　　　　　　　　　　　　　　　　　　Melville, NY 11747
　　　　　　　　　　　　　　　　　　Telephone: (212) 397-1000
　　　　　　　　　　　　　　　　　　Facsimile: (646) 927-1676
　　　　　　　　　　　　　　　　　　CLoPalo@NapoliLaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 14, 2019

                */s/ Christopher R. LoPalo*
                Christopher R. LoPalo, Esq.
                400 Broadhollow Rd., Suite 305
                Melville, NY 11747
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                CLoPalo@NapoliLaw.com

                *Attorneys for Plaintiff*