## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>SUSAN PASQUALE<br><br>3:19-cv-12522 | 3:16-md-02738 (FLW)(LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 14, 2019, on behalf of Plaintiff Susan Pasquale.

Dated: May 14, 2019

                                                                 Respectfully submitted,

                                                                */s/ Gregory D. Brown*
                                                                Gregory D. Brown (TX Bar No. 24078266)
                                                                gregory_brown@fleming-law.com
                                                                Rand P. Nolen (TX Bar No. 00788126)
                                                               rand_nolen@fleming-law.com
                                                                FLEMING, NOLEN & JEZ, L.L.P.
                                                                2800 Post Oak Blvd., Suite 4000
                                                                Houston, Texas 77056-6109
                                                                Tel:  713-621-7944
                                                                Fax: 713-621-9638

                                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify on May 14, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                            */s/ Gregory D. Brown*  
                                            GREGORY D. BROWN