# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL No. 3:16-md-02738-FLW |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| JOLINDA DICKENS, individually, and on behalf of the estate of ROSE DICKENS | ) ) ) |
| 3:19-cv-12529 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 14, 2019 on behalf of Plaintiff Jolinda Dickens, individually, and on behalf of the estate of Rose Dickens.

Dated: May 15, 2019

Respectfully submitted,

/s/ Thomas V. Ayala
Thomas V. Ayala
Paige Alderson
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-662-7000
tayala@gelaw.com
palderson@gelaw.com

1

## CERTIFICATE OF SERVICE

I, Thomas V. Ayala, hereby certify that on this 15th day of May, 2019, I electronically filed the foregoing Notice of Filing, using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Thomas V. Ayala*
Thomas V. Ayala