# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>This document relates to:<br><br>*Linda Miles*<br><br>3:19-cv-12539 | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed May 15, 2019 on behalf of Plaintiff *Linda Miles.*

Dated:  This 15th day of May 2019.         Respectfully Submitted by,

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic
110 Prefontaine Place South, Ste. 304
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725
corrie@cjylaw.com
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

  I hereby certify that on May 15, 2019, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

              */s/ Corrie Yackulic*
              Corrie Yackulic