**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Temika Santemore, individually and on behalf of Barbara Rivers, deceased, vs. Johnson & Johnson, et al.*<br><br>Case Number:     19-cv -12555 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Temika Santemore, individually and on behalf of Barbara Rivers, deceased.

This 15th day of May, 2019.

        Respectfully submitted,
        /s/ Richard Root
        Richard Root, LA Bar #19988
        Betsy J. Barnes, LA Bar # 19473
        Morris Bart, LLC
        601 Poydras St., 24th Floor
        New Orleans, LA 70130
        Phone: 504-525-8000
        Fax: 504-599-3392
        rroot@morrisbart.com
        bbarnes@morrisbart.com
        Attorneys for Plaintiff