# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br><br><br>Civ. No.: | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed_____

on behalf of Plaintiff_____ .

Dated:

                                                     Respectfully submitted,

                                                     /s/ *Amber M. Pang Parra*
                                                     AMBER M. PANG PARRA, ESQ
                                                     JUSTINIAN & ASSOCIATES PLLC
                                                     6228 Bandera Rd.
                                                     San Antonio, TX 78238
                                                     Telephone: 855.452.5529
                                                     Facsimile:   210.879.8269
                                                     Email:  ampp@justinian.com
                                                     TX Bar No. 24009224
                                                     HI Bar No. 07305
                                                     ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that on _____, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ *Amber M. Pang Parra*
AMBER M. PANG PARRA, ESQ
JUSTINIAN & ASSOCIATES PLLC
6228 Bandera Rd.
San Antonio, TX 78238
Telephone: 855.452.5529
Facsimile: 210.879.8269
Email: ampp@justinian.com
TX Bar No. 24009224
HI Bar No. 07305
ATTORNEYS FOR PLAINTIFF