UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Pamela Stone v. Johnson & Johnson, et al.*<br><br>Case Number:     19-cv-12566 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Pamela Stone.

This 15th day of May, 2019.

                                                  Respectfully submitted,
                                                  /s/ Christine Brandt
                                                  Christine M. Brandt, AL Bar #ASB-3949-N70C
                                                  Richard L. Root
                                                  Morris Bart, LLC
                                                  601 Poydras St.
                                                  24th Floor New Orleans, LA 70130
                                                  Phone: 504-525-8000
                                                  Fax: 504-599-3392
                                                  cbrandt@morrisbart.com
                                                  rroot@morrisbart.com
                                                  Attorneys for Plaintiff