# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

This document relates to:

Civ. No.:

Civil Action No.: 3:16-md-2738-FLW-LHG

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed_____

on behalf of Plaintiff_____ .

Dated:

           Respectfully submitted,

           /s/ *Amber M. Pang Parra*
           AMBER M. PANG PARRA, ESQ
           JUSTINIAN & ASSOCIATES PLLC
           6228 Bandera Rd.
           San Antonio, TX 78238
           Telephone: 855.452.5529
           Facsimile:   210.879.8269
           Email:  ampp@justinian.com
           TX Bar No. 24009224
           HI Bar No. 07305
           ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on _____, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

             /s/ *Amber M. Pang Parra*
             AMBER M. PANG PARRA, ESQ
             JUSTINIAN & ASSOCIATES PLLC
             6228 Bandera Rd.
             San Antonio, TX 78238
             Telephone: 855.452.5529
             Facsimile: 210.879.8269
             Email: ampp@justinian.com
             TX Bar No. 24009224
             HI Bar No. 07305
             ATTORNEYS FOR PLAINTIFF