# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>KELLEY MICHELLE HAM<br><br><br>Civ. No.: 3:19-cv-12604FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed 05/16/2019 on behalf of Plaintiff KELLEY MICHELLE HAM.

Dated: 05/16/2019

                                                  Respectfully submitted,

                                                  /s/ *Amber M. Pang Parra*
                                                  AMBER M. PANG PARRA, ESQ
                                                  JUSTINIAN & ASSOCIATES PLLC
                                                  6228 Bandera Rd.
                                                  San Antonio, TX 78238
                                                  Telephone: 855.452.5529
                                                  Facsimile:   210.879.8269
                                                  Email:  ampp@justinian.com
                                                  TX Bar No. 24009224
                                                  HI Bar No. 07305
                                                  ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on <u>05/16/2019    </u>, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

                 /s/ *Amber M. Pang Parra*
                 AMBER M. PANG PARRA, ESQ
                 JUSTINIAN & ASSOCIATES PLLC
                 6228 Bandera Rd.
                 San Antonio, TX 78238
                 Telephone: 855.452.5529
                 Facsimile: 210.879.8269
                 Email: ampp@justinian.com
                 TX Bar No. 24009224
                 HI Bar No. 07305
                 ATTORNEYS FOR PLAINTIFF