# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>DANA MCCROSKIE<br><br>Civ. No.: 3:19-cv-12607 FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed 05/16/2019 on behalf of Plaintiff DANA MCCROSKIE.

Dated: 05/16/2019

                Respectfully submitted,

                /s/ *Amber M. Pang Parra*
                AMBER M. PANG PARRA, ESQ
                JUSTINIAN & ASSOCIATES PLLC
                6228 Bandera Rd.
                San Antonio, TX 78238
                Telephone: 855.452.5529
                Facsimile:  210.879.8269
                Email:  ampp@justinian.com
                TX Bar No. 24009224
                HI Bar No. 07305
                ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on  05/16/2019 , a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ *Amber M. Pang Parra*
AMBER M. PANG PARRA, ESQ
JUSTINIAN & ASSOCIATES PLLC
6228 Bandera Rd.
San Antonio, TX 78238
Telephone: 855.452.5529
Facsimile: 210.879.8269
Email: ampp@justinian.com
TX Bar No. 24009224
HI Bar No. 07305
ATTORNEYS FOR PLAINTIFF