## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Amanda Griffin, on behalf of Jane Griffin, deceased. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No. 3:19-cv-12170<br><br>DIRECT FILED ACTION |

### **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 6, 2019, Amanda Griffin, on behalf of Jane Griffin, deceased.

    Respectfully submitted,

    /s/ Bradley D. Honnold
    Bradley D. Honnold, KS #22972
    Goza & Honnold, LLC
    9500 Nall Ave., Suite 400
    Overland Park, KS 66207-2950
    913-451-3433 Telephone
    913-839-0567 – Fax
    ATTORNEY FOR PLAINTIFF

Dated: May 17, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff
