## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Candace Stevens and Robert G. Stevens v. Johnson & Johnson, et al.* Case No.: 3:19-cv-012603-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs Candace Stevens and Robert G. Stevens.

This 17th day of May, 2019.

>   Respectfully submitted,
>   BERNSTEIN LIEBHARD, LLP
>
> By: */s/ Morris Dweck*
>   Morris Dweck
>   10 East 40th Street
>   New York, NY 10016
>   Phone: 212-779-1414
>   Fax: 212-779-3218
>   dweck@bernlieb.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of May, 2019.

*/s/ Morris Dweck*