## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>John Royston, on behalf of Janet Royston, deceased | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No. 3:19-cv-12146<br><br>DIRECT FILED ACTION |

### **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 6, 2019, John Royston, on behalf of Janet Royston, deceased.

        Respectfully submitted,

        /s/ Bradley D. Honnold
        Bradley D. Honnold, KS #22972
        Goza & Honnold, LLC
        9500 Nall Ave., Suite 400
        Overland Park, KS  66207-2950
        913-451-3433 Telephone
        913-839-0567 – Fax
        ATTORNEY FOR PLAINTIFF

Dated: May 17, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold<br>
Counsel for Plaintiff