# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

*This document relates to:*

Pamela Moodt

MDL NO. 16-2738 (FLW) (LHG)
JUDGE FREDA WOLFSON
MAG. JUDGE LOIS GOODMAN

Civil Action No. 3:19-cv-12145

DIRECT FILED ACTION

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 6, 2019, on behalf of Pamela Moodt.

Respectfully submitted,

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
Goza & Honnold, LLC
9500 Nall Ave., Suite 400
Overland Park, KS  66207-2950
913-451-3433 Telephone
913-839-0567 – Fax
ATTORNEY FOR PLAINTIFF

Dated: May 17, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff