**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA WOLFSON MAG. JUDGE LOIS GOODMAN |
| *This document relates to:* | Civil Action No. 3:19-cv-11731 |
| Margaret Wenz | DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 29, 2019, on behalf of Margaret Wenz.

Respectfully submitted,

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
Goza & Honnold, LLC
9500 Nall Ave., Suite 400
Overland Park, KS  66207-2950
913-451-3433 Telephone
913-839-0567 – Fax
ATTORNEY FOR PLAINTIFF

Dated: May 17, 2019

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2019, a copy of the foregoing Notice of Filing was filed via Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

/s/ Bradley D. Honnold
Counsel for Plaintiff