UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |
| *THIS DOCUMENT RELATES TO ALL CASES* | [PROPOSED] ORDER |

This matter having come before the Court by way of the Plaintiffs' Steering Committees' Motion to Hold in Abeyance the Briefing Related to Defendant Personal Care Product Council's Motion for Summary Judgment, and the Court having considered the aforementioned motion and any opposition thereto:

IT IS HEREBY ORDERED that Defendant Personal Care Product Council's Motion for Summary Judgment shall be held in abeyance until such a time as the Court concludes *Daubert* proceedings related to the parties' general causation experts.

By the Court:

_____
FREDA L. WOLFSON, USDJ