UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>JASPER CALLAHAN, Individually and as Personal representative of the Estate of Leatha M. Freeman-Callahan, Deceased; Tycoma Willis; and Randy Willis<br><br>Case No. 3:19-cv-12601 | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice of hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 16, 2019 on behalf of Plaintiffs captioned above.

Dated: May 20, 2019

Respectfully Submitted by:

/s/ *Jeffery T. Embry*
Jeffery T. Embry
State Bar No. 24002052
Attorney-in-Charge
George Cowden IV
State Bar No. 24071492
Hossley & Embry, LLP
515 S. Vine Ave.
Tyler, Texas 75702
Ph. (903) 526-1772
Fax (903) 526-1773
jeff@hossleyembry.com
george@hossleyembry.com
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                 */s/Jeffrey T. Embry*
                                                 Jeffrey T. Embry