## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM | MDL No. 2738 (FLW) (LHG) |
| POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | |
| VERA KING, | |
| Plaintiff, | Civil Action No.: 3:19-cv-12521 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, JOHNSON & JOHNONS CONSUMER, INC., IMERYS TALC AMERICA, INC. (IMERYS TALC) AND PERSONAL CARE PRODUCTS COUNCIL (PCPC), | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on May 14, 2019 on behalf of Vera King.


Dated:  May 21, 2019                                Respectfully Submitted by,

                                                                 /s/ Wesley A. Bowden
                                                                WESLEY A. BOWDEN
                                                                Florida Bar No.: 64217
                                                                LEVIN PAPANTONIO THOMAS MITCHELL
                                                                RAFFERTY & PROCTOR, P.A.
                                                                316 South Baylen Street, Suite 600
                                                                Pensacola, FL 32502
                                                                Telephone: (850) 435-7186
                                                                Facsimile: (850) 436-6186
                                                                Email: wbowden@levinlaw.com
                                                                ATTORNEY FOR THE PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Wesley A. Bowden*