## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| DEBRA STUART SCHLOSSER,<br><br>                Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br><br>                Defendants. | Civil Action No.: 3:19-cv-12743<br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on May 21, 2019 on behalf of Debra Stuart Schlosser.

Dated: May 21, 2019                          Respectfully Submitted by,

                                              /s/ Wesley A. Bowden
                                             WESLEY A. BOWDEN
                                             Florida Bar No.: 64217
                                             LEVIN PAPANTONIO THOMAS MITCHELL
                                             RAFFERTY & PROCTOR, P.A.
                                             316 South Baylen Street, Suite 600
                                             Pensacola, FL 32502
                                             Telephone: (850) 435-7186
                                             Facsimile: (850) 436-6186
                                             Email: wbowden@levinlaw.com
                                             ATTORNEY FOR THE PLAINTIFF

1

## CERTIFICATE OF SERVICE

  I hereby certify that on May 21, 2019, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 */s/ Wesley A. Bowden*