## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

Madelene Siniscal ,

COMPLAINT AND JURY DEMAND

                                        Plaintiff,

Civil Action No.: 3:19-cv-12669

v.

DIRECT FILED ACTION

Johnson & Johnson, et al. ,

                                        Defendants.

### NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints)

that a Short Form Complaint and Jury Demand was filed in the above-referenced case on May 17, 2019

on behalf of Madelene Siniscal .

Dated: May 24, 2019

                                        THE DRISCOLL FIRM, P.C.

                                        BY: /s/ JOHN J. DRISCOLL
                                        JOHN J. DRISCOLL (#6276464)
                                        211 North Broadway, Suite 4050
                                        St. Louis, Missouri 63102
                                        Telephone No. (314) 932-3232
                                        Fax No. (314) 932-3233
                                        John@thedriscollfirm.com
                                        *Counsel for Plaintiff*