**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Norma Sifuentes v. Johnson & Johnson, et al.*<br>Case No.:  3:19-cv-012652-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Norma Sifuentes.

This 24th day of May, 2019.

                                                            Respectfully submitted,
                                                            BERNSTEIN LIEBHARD, LLP

By:    */s/ Morris Dweck*
            Morris Dweck
            10 East 40th Street
            New York, NY 10016
            Phone: 212-779-1414
            Fax: 212-779-3218
            dweck@bernlieb.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of May, 2019.

*/s/ Morris Dweck*