# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL Docket No. 2738 |

## SUPPLEMENTAL CERTIFICATION OF JULIE L. TERSIGNI

1. I am an attorney at law of the State of New Jersey and am an associate of the law firm of Drinker Biddle & Reath LLP, attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc. I submit this Certification based on personal knowledge in further support of Defendants' Omnibus to Exclude the Opinions of Plaintiffs' Experts for General Causation *Daubert* Hearing; Defendants' Opposition to Plaintiffs' Steering Committee's Omnibus Brief Regarding *Daubert* Legal Standard and Scientific Principles for Assessing General Causation; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions of Defendants' Epidemiology Experts; Defendants' Opposition to Plaintiffs' Steering Committee's Motion to Exclude the Geology Opinions of Drs. Mary Poulton and Laura Webb; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions of Robert

Kurman, M.D.; Defendants' Opposition to Plaintiffs' Motion to Exclude the Opinions of Defendants' Molecular Biologists Drs. Neel, Shih, Boyd and Birrer; Defendants' Opposition to Plaintiffs' Steering Committee's Motion to Exclude the Opinions of Defendants' Experts Brooke T. Mossman, M.S., Ph.D., Kelly S. Tuttle, Ph.D., and H. Nadia Moore, Ph.D.; Defendants' Opposition to Plaintiffs' Steering Committee's Motion to Exclude the Opinions and Testimony of Defendants' Experts Dr. Cheryl Saenz and Dr. Kevin Holcomb; and Defendants' Opposition to Exclude the Geological Testing Opinions of Drs. Ann G. Wylie and Melinda Darby Dyar.

2. Attached hereto are true and correct copies of the following exhibits:

| Section A: Scientific Studies, Editorials and Other Articles (cont.) |
|---|---|
| **Exhibit No.** | **Description** |
| A160 | Benjamin et al., *Redefine Statistical Significance*, 2 Nature Human Behaviour 6 (2018) |
| A161 | Chawla, *The Undercover Academic Keeping Tabs On 'Predatory' Publishing*, Nature, Mar. 16, 2018, https://www.nature.com/articles/d41586-018-02921-2 |
| A162 | Choi et al., *Risk Factors for Elizabethkingia Acquisition and Clinical Characteristics of Patients, South Korea*, 25(1) Emerging Infectious Diseases 42 (2019) |
| A163 | Demb et al., *Optimizing Radiation Doses for Computed Tomography Across Institutions*, 177(6) JAMA Internal Med. 810 (2017) |
| A164 | Godard et al., *Risk Factors for Familial and Sporadic Ovarian Cancer Among French Canadians: A Case-Control Study*, 179 Am. J. of Obstetrics & Gynecology 403 (1998) |
| A165 | Hall, *Sealed Cache of Moon Rocks to Be Opened by NASA*, N.Y. TIMES, March 13, 2019 |

| Section A: Scientific Studies, Editorials and Other Articles (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| A166 | Int'l Org. for Standardization, *Ambient Air – Determination of asbestos fibers – Indirect-transfer transmission electron microscopy method* (1999) |
| A167 | King et al., *A Trial of a Triple-Drug Treatment for Lymphatic Filariasis*, 379 New England J. of Med. 1801 (2018) |
| A168 | Krewer & Millette, *Asbestos Analysis by Transmission Electron Microscopy In-House Training*, 38 The Microscope 97 (1990) |
| A169 | Mason et al., *Vitamin $D_3$ Supplementation During Weight Loss: A Double-Blind Randomized Controlled Trial*, 99 Am. J. Clin. Nutr. 1015 (2014) |
| A170 | Moorman et al., *A Prospective Study of Weight Gain After Premenopausal Hysterectomy*, 18 J. of Women's Health 699 (2009) |
| A171 | Newbury & Ritchie, *Performing elemental microanalysis with high accuracy and high precision by scanning electron microscopy*, J. Mater. Sci 5 (2015) |
| A172 | Tisminetzky et al., *Magnitude and Impact of Multiple Chronic Conditions with Advancing Age in Older Adults Hospitalized with Acute Myocardial Infarction*, 272 Int'l J of Cardiology 341 (2018) |
| A173 | Wells et al., *The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses*, The Ottawa Hospital, http://www.ohri.ca/programs/clinical_epidemiology/oxford.asp (last visited May 23, 2019) |
| A174 | Wise, et al., *Effect of Aclidinium Bromide on Major Cardiovascular Events and Exacerbations in High-Risk Patients With Chronic Obstructive Pulmonary Disease: The ASCENT-COPD Randomized Clinical Trial*, 321(17) JAMA 1693 (2019) |
| A175 | Wong et al., Fed. Judicial Ctr., *Reference Guide on Medical Testimony*, in Reference Manual on Scientific Evidence 687 (3d ed. 2011) |
| A176 | Wong et al., *Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study*, 93 Obstetrics & Gynecology 372 (1999) |

| Section A: Scientific Studies, Editorials and Other Articles (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| A177 | Woolson & Kleinman, *Perspectives On Statistical Significance Testing*, 10 Ann. Rev. Pub. Health 423 (1989) |
| A178 | Wylie & Candela, *Methodologies for Determining the Sources, Characteristics, Distribution, and Abundance of Asbestiform and Nonasbestiform Amphibole and Serpentine in Ambient Air and Water*, 18 J. Tox. & Envt'l Health 1 (2015) |
| A179 | Wylie et al., *Measurement of the Thickness of Amphibole Asbestos Fibers with the Scanning Electron Microscope and the Transmission Electron Microscope, Microbeam Analysis* (K.F.J. Heinrich ed. 1982) |
| A180 | Wylie, *Amphibole Dusts: Fibers, fragments and mesothelioma*, 54 Canadian Mineralogist 1403 (2016) |
| A181 | Wylie, *Asbestos and Fibrous Erionite, in Asbestos and Mesothelioma* 11 (Joseph Testa ed. 2017) |
| A182 | Wylie, *Modeling Asbestos Populations: The Fractal Approach*, 30 Canadian Mineralogist 437 (1993) |

| Section B: MDL Depositions and Exhibits[1] (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| B50 | Deposition of Patrick Downey, Aug. 7, 2018 |
| B51 | Deposition of Patrick Downey, Aug. 8, 2018 |

| Section D: Produced Documents (cont.) ||
|---|---|
| **Exhibit No.** | **Description** |
| D8 | IMERYS 219720 |

---

[1] Relevant testimony in deposition transcripts is highlighted for the Court.

| Section E: Non-MDL Depositions, Transcripts, Expert Reports and Court Filings[2] (cont.) ||
|---|---|
| Exhibit No. | Description |
| E32 | Excerpts of Deposition of Fred Pooley, Ph.D., *Ratcliff v. Borg-Warner Corp.*, No. 16-2-18128-7 (Wash. Super. Ct. Feb. 1, 2018) |
| E33 | Excerpts of Deposition of William E. Longo, Ph.D., *Lanzo v. Cyprus Amax Minerals*, No. MID-L-7385-16 AS (N.J. Super. Ct. Oct. 24, 2017) |

| Section J: Miscellaneous: Other Documents ||
|---|---|
| Exhibit No. | Description |
| J1 | *7272 Darbydyar (1980 DD1)*, NASA Jet Propulsion Laboratory, https://ssd.jpl.nasa.gov/sbdb.cgi?sstr=7272 |
| J2 | Ann Wylie Final Summary, JIFSAN (Nov. 28, 2018) |
| J3 | Asbestos in Talc Symposium, Participant List, JIFSAN (Nov. 28, 2018) |
| J4 | Asteroids Carry Mount Holyoke Names, Mount Holyoke, https://www.mtholyoke.edu/media/asteroids-carry-mount-holyoke-names |
| J5 | *Beall's List of Predatory Journals and Publishers*, https://beallslist.weebly.com/ (last updated May 20, 2019) |
| J6 | Email from Dr. William E. Longo, Ph.D., President of MAS, to Jerome H. Block, Partner at Levy Konigsberg, LLP (Mar. 7, 2018, 03:22PM EST) |

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

---

[2] Relevant testimony in deposition transcripts is highlighted for the Court.

Dated:  May 29, 2019

_____
Julie L. Tersigni