# EXHIBIT B51

Page 259

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                 )   MDL NO.
IN RE:  JOHNSON & JOHNSON        )   16-2738(FLW)(LHG)
TALCUM POWDER PRODUCTS           )
MARKETING, SALES PRACTICES       )
AND PRODUCTS LIABILITY           )
LITIGATION                       )
THIS DOCUMENT RELATES TO ALL     )
CASES                            )
_____)

          PURSUANT TO NOTICE, the 30(b)(6) deposition

of IMERYS TALC AMERICA, INC., through the testimony of

PATRICK DOWNEY, VOLUME II, was taken on behalf of the

Plaintiffs, at Gordon & Rees, 555 Seventeenth Street,

Suite 3400, Denver, Colorado, on August 8, 2018,

commencing at 9:02 a.m., before Melanie L. Giamarco,

Registered Professional Reporter, Certified Realtime

Reporter, and Notary Public within Colorado.

Patrick Downey

## Page 260

```
 1           A P P E A R A N C E S
 2   For the Plaintiffs' Steering Committee:
 3      BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
        MILES, P.C.
 4      BY:  P. LEIGH O'DELL, ESQ.
           JENNIFER K. EMMEL, ESQ.
 5      218 Commerce Street
        Post Office Box 4160
 6      Montgomery, Alabama  36103
 7   ASHCRAFT & GEREL, LLP
        By:  MICHELLE A. PARFITT, ESQ.
 8      4900 Seminary Road, Suite 650
        Alexandria, Virginia  22311
 9
        MOTLEY RICE, LLC
10      BY:  CARMEN SESSIONS SCOTT, ESQ.
        28 Bridgeside Boulevard
11      Mt. Pleasant, South Carolina  29464
12   For Personal Care Products Council:
        SEYFARTH SHAW, LLP
13      BY:  THOMAS T. LOCKE, ESQ.
        975 F Street, N.W.
14      Washington, D.C.  20004
15
     For PharmaTech Industries:
16      TUCKER ELLIS, LLP
        BY:  TARIQ M. NAEEM, ESQ.
17      950 Main Avenue, Suite 1100
        Cleveland, Ohio  44113
18
19   For Johnson & Johnson
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
20      BY:  SHASHA Y. ZOU, ESQ.
        51 West 52nd Street
21      New York, New York  10019
22
     For Imerys:
23      COUGHLIN DUFFY, LLP
        BY:  MARK K. SILVER, ESQ.
24      350 Mount Kemble Avenue
        Post Office Box 1917
25      Morristown, New Jersey  07962
```

## Page 261

```
 1           (Cont'd)
 2           A P P E A R A N C E S:
 3   For Imerys:
        SANDBERG, PHOENIX & von GONTARD, P.C.
 4      BY:  MARK A. PROST, ESQ.
        600 Washington Avenue, 15th Floor
 5      St. Louis, Missouri  63101
 6   ALSTON & BIRD, LLP
        BY:  SARAH O'DONOHUE, ESQ.
 7      One Atlantic Center
        1201 West Peachtree Street
 8      Atlanta, Georgia  30309
 9   GORDON REES SCULLY MANSUKHANI, LLP
        BY:  KENNETH J. FERGUSON, ESQ.
10      816 Congress Avenue, Suite 1510
        Austin, Texas  78701
11
     Also Present:
12
        Joel Oriat, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 262

```
 1               I N D E X
 2   EXAMINATION OF PATRICK DOWNEY:        PAGE
     August 8, 2018
 3
     By Ms. O'Dell            267, 513
 4
     By Ms. Scott             414
 5
     By Mr. Prost             505, 512
 6
 7           E X H I B I T S
 8   EXHIBIT    DESCRIPTION          PAGE
 9   Exhibit 24  PowerPoint entitled "Luzenac  269
                America Argonaut Mine Vermont
10
     Exhibit 25  7/31/06 memo to Ray from      278
11              McCarthy, re:  Vermont Market
                Plant 2006-2010
12              IMERYS 132823 - IMERYS 132832
13   Exhibit 26  PowerPoint entitled "Luzenac  280
                America Argonaut Mine
14              Vermont," August 18
15   Exhibit 27  Compilation of documents in   284
                file entitled "Section #2"
16              IMERYS 427326 - IMERYS 427415
17   Exhibit 28  Typewritten core log          304
                IMERYS 499053
18
     Exhibit 29  Argonaut 1973 Core Drill Log  306
19              IMERYS 499052
20   Exhibit 30  Argonaut 1973 Core Drill Log  308
                IMERYS 427419
21
     Exhibit 31  Luzenac America, Argonaut     310
22              Mine Drill log
                IMERYS 469419 - IMERYS 469427
23
24
25
```

## Page 263

```
 1           (Cont'd)
             E X H I B I T S
 2
     EXHIBIT    DESCRIPTION          PAGE
 3
     Exhibit 32  Argonaut Mine 1st and 4th     312
 4              Stage Final Product
                Comparison Drill Samples
 5              IMERYS 469412 - IMERYS 469417
 6   Exhibit 33  Compilation of core logs and  313
                bore hole data
 7              IMERYS 427428 - IMERYS 427445
 8   Exhibit 34  3/31/03 Technical Report to   316
                Crouse from Rothschopf
 9              IMERYS 499264
10   Exhibit 35  Compilation of documents      318
                IMERYS 426677 - IMERYS 426695
11
     Exhibit 36  Compilation of drilling       319
12              charts
                IMERYS 499336
13
     Exhibit 37  9/29/06 memo to Kinneberg     324
14              from Marek, reference:
                Vermont Discussion Topics
15              IMERYS 499485 - IMERYS 499487
16   Exhibit 38  TEM Asbestos Analysis of      327
                Argonaut Product Composites
17              Summary Report, 8/6/18
                IMERYS 498998
18
     Exhibit 39  Compilation of documents      334
19              IMERYS 469483 - IMERYS 469494
20   Exhibit 40  Luzenac North America Control 335
                of Non-Conforming Product
21              IMERYS 086243 - IMERYS 086247
22   Exhibit 41  Document                      344
                IMERYS 061692
23
24
25
```

2 (Pages 260 to 263)

Patrick Downey

## Page 264

(Cont'd)

E X H I B I T S

EXHIBIT    DESCRIPTION                PAGE

Exhibit 42   Compilation of documents      355
              - IMERYS 403794 - IMERYS 403850
Exhibit 43   E-mail string single 6/8/06   372
              from Kopp to Logue, et al.,
              subject:  G#2 and 2A
              IMERYS 058991
Exhibit 44   Project Lone Start Luzenac    380
              Process and Product
              Validation Plan
              IMERYS 286003 - IMERYS 286005
Exhibit 45   PowerPoint presentation       381
              entitled "Rio Tinto Minerals
              - Luzenac and Houston
              Operation"
              IMERYS 205958
Exhibit 46   J&J WW Talk Supplier          385
              Assessment Questionnaire
              IMERYS 244919 - IMERYS 244926
Exhibit 47   PowerPoint presentation       389
              entitled "Talc Geology,
              Mining Processing and Surface
              Properties"
Exhibit 48   Cyprus-Vermont Talc           399
              Operations
              IMERYS 308384 - IMERYS 308401
Exhibit 49   Talc Geology, Mining and      407
              Processing for Cosmetic,
              Pharma and Food Applications,
              E.F. McCarthy, February 2010
              IMERYS 081025 - IMERYS 081062

## Page 265

(Cont'd)

E X H I B I T S

EXHIBIT    DESCRIPTION                PAGE

Exhibit 50   Windsor Minerals, Inc.,       438
              Procedure of Sample
              Collection Standard Operating
              Procedure, 1/14/88
              IMERYS 336147 - IMERYS 336148
Exhibit 51   Windsor Minerals, Inc., Silo  441
              Composites Procedure,
              Standard Operating Procedure,
              6/10/87
              IMERYS 336152
Exhibit 52   Talk North America Laboratory 448
              Standard Test Method, 8/18/11
              IMERYS 084632 - IMERYS 084635
Exhibit 53   5/11/92 memo to Validation    449
              Team Members from M.J.
              Keener, subject:  Phase 2 -
              Validation Protocol
              IMERYS 054579 - IMERYS 054588
Exhibit 54   Document with subject:        455
              Reducing the Number of Ore
              Samples Collected for
              Analysis, by McCrone
              Associates, 11/14/75
Exhibit 55   Due Diligence of Windsor      458
              Minerals Quality Control
              Program, 10/5/88
              IMERYS 051389 - IMERYS 051401
Exhibit 56   4/2/01 Ludlow Mill, West      463
              Windsor Mill, Argonaut Mine
              Assurance Monitoring Program
              for Asbestos Mineralogy
              IMERYS 189001

## Page 266

(Cont'd)

E X H I B I T S

EXHIBIT    DESCRIPTION                PAGE

Exhibit 57   Plant Operations Manual       467
              Luzenac America West Windsor
              Vermont
              IMERYS 060623 - IMERYS 060632
Exhibit 58   Windsor Mills, Inc, Standard  474
              Operating Procedure for
              Frequency of Analysis -
              Cosmetic, 6/10/87
              IMERYS 336157 - IMERYS 336158
Exhibit 59   West Windsor Lab Operating    480
              Procedure:  Arsenic Testing,
              12/2/88
              IMERYS 430707
Exhibit 60   Document handwritten by Ms.   488
              Scott, 1 page
Exhibit 61   Luzenac In-Process Sampling   488
              IMERYS 043450 - IMERYS 043453
Exhibit 62   Rio Tinto Minerals Sample     492
              Procedures for Chinese Crude
              Ore - HST, 8/26/08
              IMERYS 036949 - IMERYS 036951
Exhibit 63   Imerys Houston Operations     496
              USP/FCC Sampling and Testing
              on Crude Ore and Finished
              Product - HST, 5/1513
              IMERYS 046860- IMERYS 046965
Exhibit 64   4/3/01 interoffice memorandum 520
              to D. Harris; R.J. Buettner
              from R.J. Zazenski, subject:
              Summary of Asbestos Testing -
              North American Operations

## Page 267

          P R O C E E D I N G S

          VIDEOGRAPHER:  Good morning.  We are on the
record at 9:02 a.m.  Today is August 8, 2018.  This
begins Volume 2 of the video deposition of Pat
Downey in the Johnson & Johnson Talcum Powder
Products, Marketing, Sales Practices, and Products
Liabilities Litigation.

          The court reporter, please swear in the
witness.

          PATRICK DOWNEY,

after having been duly sworn, was examined and

testified as follows:

          EXAMINATION

BY MS. O'DELL:

     Q.  Good morning, Mr. Downey.

     A.  Good morning.

     Q.  Yesterday when we took day one of your

deposition, we were talking about the concept of

selective mining; do you recall that?

     A.  Yes.

     Q.  And you described the process of a large

machine with a bucket picking up rocks from the pit

after it's been blasted and there's ore there to be

removed.  You talked about that bucket picking it

up, putting it in rocks, and that's really the

Patrick Downey

Page 268

1    process -- excuse me, putting it in the truck
2    bed -- that's really the process of selective
3    mining. I mean, is that a fair summary? Or would
4    you like to edit that in any way?
5        A. That's one component. There's a lot of
6    things that go into it, as I mentioned yesterday.
7        Q. And so in terms of that portion of
8    selective mining, what happens with the equipment
9    operator and the truck driver, would that be a fair
10   summary? He actually -- the equipment operator
11   selects a rock or rocks, picks it up in the bucket,
12   puts it into the truck.
13       MR. PROST: Object to form.
14       Q. (By Ms. O'Dell) Correct?
15       A. I'm not sure what your question is.
16       Q. Well, I guess I'll just ask you again.
17   I thought my question was clear.
18       A portion of the selective mining process
19   happens at the equipment-operator stage. And the
20   particular equipment I'm referring to is either the
21   excavator or a front-end loader, correct?
22       A. Generally, yes, yes.
23       Q. And that operator, that equipment
24   operator, when, in the process of loading trucks to
25   be -- for the ore to be trucked to West Windsor and

Page 269

1    Argonaut, for example, that operator, that
2    equipment operator, will select certain ore to
3    place in the truck for purposes of being taken to
4    West Windsor?
5        MR. PROST: Object to form.
6        A. Generally so, yes. The operator is
7    digging the rock, but also in an informed way.
8        Q. (By Ms. O'Dell) Okay. I'm going to
9    show you -- and I'll show it to you and then I'm
10   going to -- I only have one copy, so I'll need to
11   put it on the screen to ask you questions. But
12   I'll mark as Exhibit 24 a PowerPoint called
13   "Luzenac America Argonaut Mine Vermont."
14       (Exhibit 24 was marked for identification.)
15       Q. (By Ms. O'Dell) Have you seen that
16   before?
17       MR. SILVER: Leigh, is there a Bates number?
18       MS. O'DELL: You know, it was produced as a
19   native file, so it does have a Bates number, but it
20   doesn't appear on the copy.
21       MR. SILVER: Are you able to just tell us
22   what it is? I'm trying to figure out, is it our
23   document? Is it their document?
24       MS. O'DELL: It's one of the newly produced
25   documents in the 1600. It was produced on Friday

Page 270

1    evening.
2        MR. PROST: Do you have any other --
3        MS. O'DELL: And we can give you the Bates
4    number.
5        MR. PROST: Do you have an additional copy
6    of it?
7        MS. O'DELL: You know, I only have one copy.
8        THE WITNESS: Do you want one?
9        MR. SILVER: You look first and then --
10       MR. PROST: You look first.
11       MR. SILVER: -- and then when we take a
12   break, we can get a copy.
13       A. (Document reviewed.)
14       Q. (By Ms. O'Dell) Mr. Downey, have you
15   seen that document before?
16       A. I don't think I've seen this one.
17   Certain slides are familiar, but they were not --
18   I've seen them in different presentations.
19       Q. I have a really simple question to ask
20   you about it. So if you want to take a high-level
21   look -- I have two simple questions. Thank you,
22   sir. I need that back.
23       A. Oh, you need that back?
24       Q. Yeah. Thank you.
25   So this is --

Page 271

1        MR. PROST: Are you going to be asking
2    questions throughout the document? Because if so,
3    if we could just make a quick copy of it, I'd
4    appreciate it, just so I can have one.
5        MS. O'DELL: Oh, Mark, I'm going to ask just
6    about a couple of the photos and that's it.
7        MR. PROST: Okay.
8        Q. (By Ms. O'Dell) So this is a PowerPoint
9    presentation that we've marked as Exhibit 24. The
10   Bates number is IMERYS 499781.
11       And this is a PowerPoint presentation that
12   outlines the location, geology, history, part of
13   the mine process, the ore, mine plan, mine plan
14   methods, et cetera, for the Argonaut Mine, correct?
15       A. Generally so. I had briefly perused it.
16       Q. And I had started asking you questions
17   about what actually happens in the pit with the
18   equipment operator and -- I call that an excavator.
19   Is that what you call that?
20       A. Yes.
21       Q. And excavator operator and the process
22   of loading a truck.
23       And so this is the load-and-haul process
24   from the Argonaut pit, correct?
25       A. That's an exemplar photo, yes.

4 (Pages 268 to 271)

Patrick Downey

Page 272

1    Q. We talked about, yesterday, the
2    employment of computer programs to create models of
3    ore bodies -- and I don't know if you recall that
4    discussion -- and how data from the general
5    geology, data from core logs, core drilling, is
6    inputted into a computer system and models are
7    created for purposes of mine planning; do you
8    recall that?
9        A. Yes.
10       Q. And would this be an exemplar photo of
11   an ore body model of the Argonaut Mine?
12       A. Can you hand it back so I can see it a
13   little bit further?
14       Q. Oh, sure.
15       A. (Document reviewed.)
16       Q. And Mr. Downey, just to get back to my
17   question, this photo, or this slide, depicts the
18   ore-body model for the Argonaut Mine, true?
19       A. I would say that that's an exemplar of
20   some attribute of the Argonaut ore body, but what
21   attributes are being shown there are not
22   identified.
23       Q. And this is certainly -- this would be
24   part of the model.  You're saying it's not the
25   complete model, but it's part of the

Page 273

1    Argonaut ore body, yes?
2        A. Well, to the -- it says "ore body
3    model," and to the extent that it's included in a
4    document about Argonaut, I would say that that's
5    part of the Argonaut model, but that's not a
6    complete model.
7        Q. And if you'll look at this, Mr. Downey,
8    this model and the ore that's depicted in this
9    model, I'm not asking you to go through it in
10   detail, but it's fair to say there's variability in
11   the talc veins within this ore body, correct?
12       MR. PROST:  Object to form.
13       Do you need to look at the document?
14       A. The attributes of what's being displayed
15   there are not identified.
16       Q. (By Ms. O'Dell)  And in terms of -- let
17   me ask you this:  Do you know what portion of this
18   model depicts talc?
19       A. I can't tell from that document.
20       Q. Have you ever seen a model of the
21   Argonaut ore body?
22       A. In what respect?
23       Q. In any respect.
24       A. Well, that presentation also has a
25   cross-section that shows the ore body.

Page 274

1    Q. And that's true, but that's not really
2    what I asked you.
3        I'm asking you, in any respect, in
4    preparation for your deposition, in conjunction
5    with your work as an employee of Imerys, have you
6    ever reviewed the computerized ore-body model of
7    the Argonaut Mine?  Yes or no?
8        MR. PROST:  Object to form.
9        A. I may have been shown it in the past, or
10   parts of it.  I don't recall any specifics at this
11   time.
12       Q. (By Ms. O'Dell)  You don't know, one way
13   or the other, if you've seen the computer model?
14   As you're sitting here today, you cannot testify,
15   under oath, that you --
16       A. I can't recall.
17       Q. Let me show you one more map in this
18   PowerPoint.
19       Mr. Downey, this is -- according to this,
20   this is a geology map, or a geological map, that
21   depicts the Argonaut Mine.
22       And what portion of this is talc?
23       MR. PROST:  Object to --
24       A. Can you hand it to me?
25       Q. (By Ms. O'Dell)  Yeah, sure.

Page 275

1        MR. PROST:  Objection to form.
2        A. (Document reviewed.)  Again, the
3    attributes of what are being depicted aren't shown.
4        Q. And can you identify talc in this
5    geological map?
6        A. I can't even tell if they were intending
7    to try to display talc.
8        MR. SILVER:  Leigh, just for clarification,
9    because, again, this document -- I -- you say it
10   was reproduced in a native, correct?  Did we
11   produce it in color?  Did we produce it in a black
12   and white?  It was in color?  Okay.
13       Q. (By Ms. O'Dell)  Let me show you -- I'm
14   not sure if it'll show up.  There's a glare on the
15   screen, but does that help you?  I'll just hand it
16   to you.  This is the native version.
17       Does that help you understand what's being
18   shown in this geological map?
19       A. No.
20       Q. And to be clear for the record, you
21   cannot identify in this geological map, even in
22   color, what portion of this map is talc, correct?
23       A. Again, the map is not labeled as to what
24   attribute they're trying to identify.  For all I
25   know, it could be brightness or some other

5 (Pages 272 to 275)

Patrick Downey

Page 276

1  attribute.
2       Q.  In terms of the minerals involved, my
3  question is, can you identify talc in that photo?
4  And my understanding of your testimony is that you
5  cannot.
6       A.  It's not labeled.  I can't -- from that
7  document, I can't tell anything about it.
8       Q.  Put that aside, Mr. Downey.  Let me --
9  we had some discussions yesterday, a little bit
10 just a moment ago, about the lack of uniformity in
11 talc veins within the ore body, or within a
12 deposit.  And what I want to focus on is the
13 emphasis on ore-body control.  That was a major
14 focus at the Argonaut Mine, true?  Just having
15 control over what ore was being removed from the
16 deposit, true?
17      MR. PROST:  Object to form.
18      A.  Generally speaking, we employed
19 selective mining as part of the ore-control
20 procedures.
21      Q.  (By Ms. O'Dell)  And that ore-control
22 procedures was necessary because there is
23 variability in the minerals contained in the
24 deposit, true?
25      A.  I'm not sure what you mean by

Page 277

1  "variability" or which minerals you're talking
2  about.
3       Q.  Okay.  So if the deposit contains not
4  only talc, but schist, serpentine, cinders within
5  the same area, in other words, within the same
6  deposit, that's why it's necessary to maintain ore
7  control during selective mining process, correct?
8       A.  Generally speaking, selective mining is
9  employed for a variety of reasons to control the
10 quality of the ore that is sent to the milling
11 facilities for further processing.
12      Q.  And part of ensuring the quality of the
13 ore is ensuring that contaminants are not contained
14 within the ore that's sent to the mill for
15 processing, true?
16      A.  Yes.
17      Q.  And that would not be necessary unless
18 the ore was -- excuse me, the deposit was variable
19 in nature in terms of its components, correct?
20      MR. PROST:  Object to form.
21      A.  Again, vary -- you're -- I'm not sure
22 how you're using "variable," but in relationship to
23 now certain rock types are in contact with others,
24 as we employ selective mining, the orientation of
25 the ore and the other rocks is considered when we

Page 278

1  are mining.
2       Q.  (By Ms. O'Dell)  Would it be fair to say
3  that in relation to the Argonaut Mine, the
4  ore-control process was rudimentary?
5       A.  I don't know.
6       Q.  Don't know.
7       Let me ask you to look at what I'm marking
8  as Exhibit 25.
9       (Exhibit 25 was marked for identification.)
10      Q.  (By Ms. O'Dell)  And Mr. Downey, you're
11 familiar with Ed McCarthy?
12      A.  Yes.
13      Q.  And Mr. McCarthy was the technical
14 director -- or one of the technical directors at
15 Rio Tinto Minerals and later Imerys, correct?
16      A.  Yes.
17      Q.  And this is a memorandum that
18 Mr. McCarthy wrote to Katia Ray.  It's regarding
19 the Vermont market plant, 2006 to 2010, and it's
20 dated July 31st, 2006; do you see that?
21      A.  Yes.
22      Q.  And it is -- as it says, it's talking
23 about the Vermont mines.  And specifically, I'm
24 going to ask you to turn over to page ending 825.
25 And at this time period, the only active mine in

Page 279

1  Vermont in the early 2000s would have been
2  Argonaut, correct?
3       A.  Correct.
4       Q.  And Mr. McCarthy describes the present
5  situation at the Vermont facility; do you see that?
6       A.  I see a paragraph with the header
7  "Present Situation."  I haven't read it.
8       Q.  If you'll look at sentence number two,
9  Mr. McCarthy writes, "It is very critical that care
10 be exercised near the limits of the talc zones as
11 serpentine and arsenic are commonly found there.
12 In theory, the ore is segregated by talc content,
13 color, and arsenic content at the mine face, but in
14 actuality, mine ore control is rudimentary and is
15 generally based on post-milling rather than
16 drill-hole analyses"; did I read that correctly?
17      A.  That's what it says.
18      Q.  You may put that aside, Mr. Downey.
19      We also talked a bit yesterday in relation
20 to the Hamm Mine about the drilling process.  We
21 reviewed a core log.  And now we're going to do
22 that in relation to the Argonaut Mine.
23      Before I do, I want to show you -- I'm just
24 going to show you a picture.  I think it'll be
25 fair.

6 (Pages 276 to 279)

Patrick Downey

Page 280

1      MS. O'DELL:  This is another Luzenac America
2  Argonaut Mine Vermont slide deck that was produced
3  to us in the litigation.  I'm going to mark it as
4  Exhibit 26.
5      (Exhibit 26 was marked for identification.)
6      MS. O'DELL:  And I'll provide the Bates
7  number for the record in just a moment.
8      Q.  (By Ms. O'Dell)  I'm only going to ask
9  you, really, a couple of questions just about some
10  photos just to give the jury context.
11      Would this be a picture of how drill cores
12  are maintained over the years?  So that -- what I'm
13  pointing to, that's a drill core, correct?
14      A.  Can I see it closer?
15      Q.  Yeah, sure.
16      A.  (Document reviewed.)
17      MS. O'DELL:  And for the record, Exhibit 26
18  is IMERYS 499765.
19      Q.  (By Ms. O'Dell)  Thank you.  Can you see
20  that, Mr. Downey?
21      A.  (Nodded head.)
22      Q.  Pointing out with my pen here what looks
23  like a cylinder-like piece of material or rock.
24      A.  That's drill core.
25      Q.  And that's drill core?

Page 281

1      A.  Yes.
2      Q.  And drill core is historically
3  maintained in boxes that look something like this,
4  correct?
5      A.  Yes.  I've also -- at other places where
6  I've seen core, not specifically Argonaut, they can
7  be in cardboard boxes.
8      Q.  Cardboard boxes, wooden boxes, something
9  like that?
10      A.  Mm-hmm.
11      Q.  And when we've talked about drill core
12  and we read the logs, basically, we're reading what
13  the geologist has noted as he or she has
14  reviewed just the core on a foot-by-foot basis,
15  correct?
16      A.  Generally so, yes.
17      Q.  And so I'm just using this as a picture
18  to give the jury a better understanding of what
19  we're describing.
20      So we look at a core log, we start at a
21  point, let's say that that point is the surface of
22  the earth, that would be zero, and then it goes
23  down by feet, and basically, the drill captures
24  material, and it's logged by foot, and then that
25  geologist looks at the particular core that's been

Page 282

1  removed and makes a description of what he or she
2  sees in terms of the mineralogy, fair?
3      A.  Fair.
4      Q.  And data from those cores can then be
5  inputted like this into a program -- and Techbase
6  is a program that creates geological models,
7  correct?
8      A.  Yes.  Techbase is a mine-planning
9  software.
10      Q.  And then data from the core -- cores, as
11  documented in the core logs, is inputted into
12  software like Techbase, and then, from that
13  software, takes those data points and basically
14  creates the model of the ore body, true?
15      A.  Are you saying that that's what the
16  software does?
17      Q.  Yes.  They generate the -- they generate
18  the computer model.
19      A.  Well, the software is a tool, but it's
20  based on the geologist's interpretation.
21      Q.  And the geologist has input, but
22  ultimately, the software generates the model.
23      And a lot of the data that is used to create
24  the model is from the cores that have been drilled
25  in that particular mine, true?

Page 283

1      A.  There's cores and there are other
2  information, but the software itself doesn't
3  generate the model on its own.  It's not
4  autonomous.
5      Q.  Well, Mr. Downey -- and I don't think
6  that my question suggested I thought that the
7  software was autonomous.
8      It's a tool that geologists use to create a
9  model of an ore body, true?
10      MR. PROST:  Object to form.
11      A.  Yes.  I said it was a tool.
12      Q.  (By Ms. O'Dell)  And they're creating a
13  picture of the ore body, correct?
14      A.  They are --
15      Q.  A 3D picture, but a picture of the ore
16  body, a model.
17      A.  The mine-planning software is used to
18  make a three-dimensional model of the ore body, and
19  many different types of parameters can be modeled.
20      Q.  And to use an analogy, if you're
21  thinking of a picture, the more pixels in a
22  picture, the more clear the resolution is, the
23  better quality the picture, true?
24      A.  Generally speaking, yeah.
25      Q.  And if you use that analogy and you

7 (Pages 280 to 283)

Patrick Downey

Page 284

1    applied it to this context of creating a geological
2    model of the ore body using Argonaut as example,
3    the more information, or in other words, the more
4    pixels that you have, the better the model.  That's
5    fair?
6        A.  Generally so, yes.
7        Q.  And one of the data points or pixels in
8    the process of creating an ore-body model is the
9    data that's taken from the drill cores, true?
10       A.  One of the pixels?  I don't quite follow
11   that as an analogy.
12       Q.  All right.  Let me turn your attention
13   to Exhibit 27.
14           (Exhibit 27 was marked for identification.)
15           MS. O'DELL:  It's Bates number
16   IMERYS 427326.
17       Q.  (By Ms. O'Dell)  Have you seen this
18   document before?
19       A.  No.
20       Q.  And if you'll turn to page 1 in the
21   document.
22       A.  Meaning not the cover?
23       Q.  Yeah, excuse me.  Page 2.  Page 2 in the
24   document.
25           These notes appear to be notes made of drill

Page 285

1    cores from 1972; do you see that?
2        A.  I see dates in August of '72.
3        Q.  So this is August 31st, 1972.  And these
4    are notes that were made for four holes, it
5    appears -- or three holes that were drilled at
6    Argonaut; do you see that?
7        A.  I don't see any indication of Argonaut.
8        Q.  And let me ask you just to assume -- and
9    I'm going to show you in just a moment that these,
10   in fact, appear to be from Argonaut, but all I've
11   got -- and I'll show you this document, which is
12   page 332.  It notes "Argonaut."
13       A.  Is that in this stack?
14       Q.  Yes.  Page 332.
15           MR. PROST:  Object to form.
16       Q.  (By Ms. O'Dell)  It notes "Argonaut,"
17   correct, at the top of the page?
18       A.  "Location corrections Argonaut," it's a
19   different date.  I don't know if it correlates to
20   the 1972 information in the front or not.
21       Q.  Okay.  Let me take you back to page 2 of
22   the exhibit.  When you look at the upper-left
23   portion of the page, you'll see a notation "1-R-72
24   35 degrees"; do you see that?
25       A.  Okay.

Page 286

1        Q.  And that appears to depict a hole that
2    was drilled in 1972 at an angle of 35 degrees;
3    would you agree with that?
4        A.  I can't tell if that's a dip or a
5    bearing.  It just says "35 degrees."  I can't tell
6    anything further.
7        Q.  And the notes are made from, it appears,
8    zero to 72 feet and 6 inches; do you see that?  And
9    then it says "HW."
10       A.  That's what it says.
11       Q.  And "HW" means hanging wall; would you
12   agree with me on that point?
13       A.  It might.
14       Q.  And what else might it stand for in the
15   context of a core log like this?
16       A.  I don't know.  I've -- I'm just seeing
17   this document for the first time.
18       Q.  Have you reviewed, in preparation for
19   your deposition, core logs for the Argonaut Mine?
20       A.  I have reviewed a few.
21       Q.  For Argonaut or for another mine?
22       A.  For Argonaut.
23       Q.  And what Argonaut cores did you review?
24       A.  I don't recall the numbers.  I --
25       Q.  You did not review this notation of the

Page 287

1    cores drilled in 1972?
2        A.  I don't recall.
3        Q.  And if you'll look, as it goes down in
4    hole number 1, you'll see, from 177 feet to 179, it
5    says "cinder and chlorite"; do you see that?
6        A.  Yes.
7        Q.  And moving down further, from 180 feet
8    to 181 feet below surface, it notes "cinder"; do
9    you see that?
10       A.  Yes.
11       Q.  And so this appears to be a core that
12   was drilled in 1972?
13           MR. PROST:  Object to form.
14       A.  It appears that the drill-hole number is
15   1-R-72.  I would assume that means 1972.
16       Q.  (By Ms. O'Dell)  Typically the year the
17   hole is drilled is in the reference to that
18   specific hole, correct?
19       A.  Typically it is, yes.
20       Q.  And so if you'll look to the right, you
21   see the 2-R also appears to be '72.
22           And Mr. Downey, what minerals were found at
23   124 feet, 2 inches, to 131 feet?
24       A.  Cinder chloride.
25       Q.  And at 153 feet, what was found?

Patrick Downey

Page 288

1      A. Cinder.
2      Q. At 154 feet to 167, what was found?
3      A. It says "talc."
4      Q. And then 167 to 176 feet, what was
5  found?
6      A. It says "cinder."
7      Q. And then we see another two feet of
8  talc, correct, from 176 feet to 178?
9      A. Yes.
10     Q. And then, again, 178 to 181, there's
11  more cinder?
12     A. Yes.
13     Q. If you'll look at the third hole on the
14  left-hand -- lower left-hand portion of the
15  document, at 119 to -- 119 feet to 123 feet, there
16  was talcos limestone; do you see that?
17     A. That's what it says.
18     Q. And then from 123 feet to 127 feet, what
19  was located?  What was found?
20     A. It says "grading to serpentinite."
21     Q. And then 127 feet to 139 feet was,
22  again, serpentinite, correct?
23     A. That's what it says.
24     Q. If you'll turn over to the next page,
25  Mr. Downey, I would direct your attention to the

Page 289

1  lower-right portion of the page.  You'll see the
2  eighth hole, R72; do you see that?
3      A. Yes.
4      Q. And in this instance, the bearing was
5  north 85 west, and then it was -- this hole was
6  drilled at an angle of 45 degrees; do you see that?
7      A. Yes.
8      Q. And then, if you'll look at 276 feet to
9  280 feet, what was found?
10     A. I can't tell what that says.  Something
11  "talc."
12     Q. Okay.  It's some type of talc.  And then
13  if you look lower to 286 to 312 feet, there's
14  serpentinite; would you agree me on that?  Blocky
15  serpentinite?
16     A. At which interval?
17     Q. 286 feet to 312 feet?
18     A. Is it says "serp."  It's abbreviated,
19  and it says "blocky."
20     Q. Serpentinite is abbreviated as "serp,"
21  correct?
22     A. That's what it appears.
23     Q. Yes.  And then there's another segment
24  of serpentinite from 312 to 326 feet, correct?
25     A. That's what it says.

Page 290

1      Q. And you have no reason to believe the
2  geologist who made these notes of their examination
3  of the drill cores, that they made an error, do
4  you?
5      A. I can't tell from this.
6      Q. You have no reason to doubt that this is
7  an accurate evaluation of the cores, do you,
8  Mr. Downey?
9      MR. PROST:  Object to form.
10     A. I can't tell, one way or another.  These
11  are handwritten notes.
12     Q. (By Ms. O'Dell)  You haven't reviewed
13  the cores yourself?
14     A. No.
15     Q. You're not -- that's not something you
16  do in your activities as an employee of Imerys,
17  true?
18     A. True.
19     Q. Okay.  300 -- excuse me.  At foot 326 to
20  335, it denotes "serpentinite talc zone"; do you
21  see that?
22     A. Yes.
23     Q. I ask you to turn over one page, Bates
24  ending 329; do you see that?
25     A. Yes.

Page 291

1      Q. And at the top of the page, there's a
2  reference to "12-R-73."  My understanding of that
3  notation is that's the 12th hole that was drilled
4  in 1973; is that a fair interpretation?
5      A. That seems fair, yes.
6      Q. And then the lower portion of the page
7  would be the 13th hole drilled in 1973?
8      A. That seems fair.
9      Q. Are you aware of how many holes were
10  drilled during the 1973 drilling program in
11  Argonaut, or core logs, to be specific?
12     A. I don't recall how many were.
13     Q. If you'll turn over just quickly to the
14  next page, you'll see the 14th hole that was
15  drilled, 1973.  It was 70 degrees to the west.
16     It appears that this hole was drilled to
17  400 -- a depth of 457 feet, correct?
18     A. That's what it seems to say.
19     Q. And it says, "medium to high grade."
20     And would you agree with me that likely
21  refers to talc?
22     A. Likely, yes.
23     Q. And then that medium- to high-grade talc
24  occurred at 21 to 26 feet.
25     And then from 26 to 299 feet, there was

9 (Pages 288 to 291)

Patrick Downey

Page 292

1  schist, correct?
2       A.  Yes.
3       Q.  And then there was another portion of
4  talc from 299 to 315 feet, and that was chlorite
5  plus some talc?
6       A.  That's what it says.
7       Q.  And then from 315 feet to 340 feet,
8  there was a zone of very high-grade talc, correct?
9       A.  That seems likely.
10      Q.  And this depiction is consistent with
11 what we read yesterday, that often where you find
12 very high-grade talc, it is contiguous with zones
13 of chlorite or, in some cases, as -- well, zones of
14 chlorite.  Let me stop there.
15      MR. PROST:  Object to form.
16      A.  Can you repeat your question?
17      Q.  (By Ms. O'Dell)  Yeah.  I'm sorry.  I
18 didn't ask a very good one.
19      This depiction is consistent with what we
20 read yesterday, that often where you find very
21 high-grade talc -- changed my question to make it
22 more clear -- it is right next to zones of
23 chlorite.
24      MR. PROST:  Object to form.
25      Q.  (By Ms. O'Dell)  True?

Page 293

1       A.  There may have been a report that we
2  looked at yesterday.  We can refer back to that, if
3  necessary.
4       Q.  But another just very quick question.
5  This is a map that's contained in this document.
6  Turn it right there.  It's on page 333, if you'd
7  like to turn to it.
8       Just so I can -- the jury understands, this
9  is a map that depicts where certain drill holes or
10 cores were taken; does it not?  For example, if
11 you'll look in the middle of the page, I've
12 highlighted one, and it appears to be from a core
13 taken during 1972; do you see that?
14      A.  Can you blow it up, expand it?  Okay.
15      Q.  1972.
16      A.  Yes.
17      Q.  And what I'm asking is that this is a
18 map that basically plots out the cores, the drill
19 cores, that were taken in 1972 -- appears to be
20 just 1972 -- and then some of 1973, correct?
21      MR. PROST:  Object to form.
22      Q.  (By Ms. O'Dell)  Maybe I can help here.
23 I've shown -- I've pointed out a 1972 drill core.
24 And if you'll look at that one, this is the
25 location of the 12th hole of the 1973 core

Page 294

1  drilling, true?
2       A.  That seems fair, yes.
3       Q.  I'm going to ask you to turn, in the
4  same document, to page Bates ending 351.  Page 351,
5  okay?  Do you see that?
6       This is the core log that was made in
7  relation to hole number 5-R-72; do you see that?
8       MR. PROST:  Object to form.
9       A.  That seems fair.
10      MS. O'DELL:  What was the objection, Mark?
11      MR. PROST:  This is a 1972 or '3 document.
12 I don't think he knows who generated it.  He's not
13 certain what mine necessarily it's from based on
14 this one page.  It's foundation, basically.
15      Q.  (By Ms. O'Dell)  All right.  This is
16 hole 5-R-72, correct?
17      A.  That's what it says on the header.
18      Q.  Okay.  Keep going.  And for the moment,
19 I'm going to ask you to assume this is from
20 Argonaut.  And I'll show it to you on the map in
21 just a minute.  I want to take care of the
22 objection.
23      So this is hole 5-R-72.  This was started on
24 July 9th, 1973; do you see that?
25      A.  Yes.

Page 295

1       Q.  And if you'll look at -- it says "From"
2  and "To."  That's feet, correct?
3       A.  Generally that's what it is.
4       Q.  And so from 8 feet to 210 feet, you see
5  a description of the geology in the right-most
6  column; do you see that?  It says, "Dark blue-gray
7  serpentinite with accessory magnetite plus
8  carbonate vein outer margin or foot wall side
9  contains shear cones with asbestiform minerals";
10 did I read that correctly?
11      MR. PROST:  Objection.
12      A.  Some of the handwriting could be better.
13 I don't know if it's "ore" or "on."  "Cones"
14 doesn't make sense to me.
15      Q.  (By Ms. O'Dell)  Okay.  But it's clear
16 that it says -- that geologist identified
17 asbestiform minerals, correct?
18      MR. PROST:  Object to form.
19      A.  That's what it says.
20      Q.  (By Ms. O'Dell)  Then, I'm turning back
21 page 333, the map we looked at previously in the
22 exhibit, and this is a map, just so -- this
23 Argonaut Mine, right?  It's an Argonaut Mine map,
24 correct?
25      MR. PROST:  Object to foundation.

10  (Pages 292 to 295)

Patrick Downey

| Page 296 |
|---|

1    A. That's what it says.
2    Q. (By Ms. O'Dell) I didn't hear you, sir.
3    A. That's what it says.
4    Q. Yes. Then you see notation for hole
5 5-R-73; do you see that?
6    A. I can't tell if that's a 3 or a 5.
7    Q. Okay. This is 3 -- this is 3 here, and
8 wouldn't it be -- oops, sorry. Wouldn't it be fair
9 to say that that's 5? There's another 3 -- hole 3
10 for 1973 on the map, that we can assume that that
11 is the fifth hole, 5-R-73. It's a fair assumption,
12 isn't it, there?
13    A. You were zooming around there and I
14 can't see where you're saying that was.
15    Q. All right. Are you challenging,
16 Mr. Downey, that the core log I have just walked
17 you through, 5-R-72, originates from a mine other
18 than Argonaut? Is that your testimony?
19    MR. PROST: Object to form.
20    A. I can't tell -- the one that you pointed
21 to that you indicated was hole number 5, I can't
22 tell if that's what it says. That's all I'm
23 saying.
24    Q. (By Ms. O'Dell) This is a map that was
25 created in relation -- I'll turn it around this

| Page 297 |
|---|

1 way, it makes it more clear -- in relation to
2 5-R-72; do you see that? Do you see that?
3    A. What page are we on?
4    Q. The next page. The page in front of
5 you.
6    MR. PROST: What's the page number?
7    THE WITNESS: 352.
8    MR. PROST: Thanks.
9    Q. (By Ms. O'Dell) See that 5-R-72?
10    A. Yes.
11    Q. And that's the -- we've been looking at
12 and examining the cores from that hole that was
13 drilled, correct? Yes?
14    A. In the previous page?
15    Q. Yes.
16    A. And this picture, Mr. Downey, and where
17 that hole takes place, is consistent with what we
18 were looking at before and identifying as 5-R-72,
19 correct?
20    MR. PROST: Object to form.
21    A. I don't know what you mean by "it's
22 consistent with." I haven't had time to interpret
23 the document.
24    Q. (By Ms. O'Dell) Well, you had eight
25 weeks to get prepared for your deposition,

| Page 298 |
|---|

1 Mr. Downey --
2    MR. PROST: Objection. Please ask a
3 question.
4    Q. (By Ms. O'Dell) -- and so, I mean --
5 and part of the topics that you've been put forward
6 for is core logs. It's very clear. It's front and
7 center.
8    MR. PROST: Do you have a question?
9    MS. O'DELL: I do have a question.
10    Q. (By Ms. O'Dell) And so I'm asking, do
11 you dispute that the core log that we just looked
12 at is a log that was taken from a core removed from
13 the Argonaut Mine? Are you disputing that?
14    MR. PROST: Object to foundation.
15    Q. (By Ms. O'Dell) Yes or no?
16    A. No.
17    Q. Okay. That's all I wanted to . . .
18    Let me ask you to turn to 363. And this is
19 from hole 8-R-72; do you see that?
20    A. Yes.
21    Q. We see from foot 40 to 41 you have noted
22 "biotite, chlorite, talc, schist"; do you see that?
23    A. Yes.
24    Q. And then below, from foot 89 to 102, you
25 see "proportions of chlorite dogtooth spar,

| Page 299 |
|---|

1 crystals in fracture at 95 feet"; do you see that?
2    A. At 89 to 102?
3    Q. It's in that section, and it's in the
4 description on the right-hand side of the page; do
5 you see that, sir? I've highlighted it on the
6 screen.
7    A. That's what it says.
8    Q. And that occurred at 95 feet?
9    A. I'm not seeing it on the "From," "To."
10 Where's the 95? I'm sorry. I'm . . .
11    Q. "Fractures at 95 feet," correct?
12    A. Oh, okay. Yes. I was looking for it on
13 the "From," "To." Sorry.
14    MS. O'DELL: We've been going about an hour.
15 Let's take a quick break.
16    MR. PROST: Okay.
17    VIDEOGRAPHER: Off the record at 10:03.
18    (Recess taken.)
19    VIDEOGRAPHER: We are back on the record at
20 10:46.
21    Q. (By Ms. O'Dell) Mr. Downey, we were
22 looking at some core logs prior to the break. And
23 I would ask you, in regard to core logs, it was
24 your role as a 30(b)(6) representative of Imerys to
25 review core logs in preparation for your deposition

11 (Pages 296 to 299)

Patrick Downey

Page 300

1    here today.  That's one of the clear topics that's
2    listed in the outline.
3         How many core logs did you review in
4    preparation for your deposition?
5         A. I don't recall a specific number.  I
6    don't recall.
7         Q. Did you undertake to review all of the
8    core logs from the mines in Vermont that were used
9    to supply talc to J&J?
10        A. The core logs that I did review were to
11    Argonaut.
12        Q. So the answer to my question is "no"?
13        A. The ones I reviewed were for Argonaut,
14    yes.
15        Q. You did not review core logs for the
16    Hamm Mine, correct?
17        A. Correct.
18        MR. PROST: Object to form to form.
19        Q. (By Ms. O'Dell) You did not review core
20    logs for Rainbow, correct?
21        A. Correct.
22        Q. You did not review core logs for the
23    Hammondsville Mine, correct?
24        A. Correct.
25        Q. How long -- and your testimony was you

Page 301

1    reviewed some core logs for the Argonaut Mine?
2        A. Yes.
3        Q. Did you review all of them?
4        A. I don't believe so.
5        Q. How did you spend reviewing core logs in
6    your preparation?
7        A. Probably more than an hour, I think.
8    There's a lot of information that I needed to
9    prepare for, so I tried to sample as much as I
10    could to be familiar with the information.
11        Q. During that hour you spent reviewing
12    core logs, which core logs did you review?  What
13    year did they arise from?
14        A. I tried to sample a variety.  I don't
15    recall the specific years.
16        Q. Did any of the core logs -- well, let me
17    say, were the core logs selected for you by
18    counsel?
19        A. No.
20        Q. They were provided to you by counsel,
21    correct?
22        A. Some, but the core logs also were
23    provided by Mr. Marek.
24        Q. Did you review core logs during your
25    discussions with Mr. Marek?

Page 302

1        A. Did I review them with him?
2        Q. Yes.
3        A. No.  He provided them, and I reviewed
4    them later.
5        Q. Did any of the core logs that you were
6    provided by Mr. Marek show asbestiform?
7        MR. PROST: Object to form.
8        A. One of them -- well, it didn't use the
9    word "asbestiform" by name, or use that word, the
10    one that I'm thinking of, but it did indicate that
11    fibers were found.
12        Q. (By Ms. O'Dell)  What type of fibers?
13        A. In the log, it didn't identify the
14    fibers.
15        Q. Did you later learn what type of fibers
16    were located or identified.
17        (Announcement over the intercom.)
18        VIDEOGRAPHER:  Off the record at 10:51.
19    (Recess taken.)
20        VIDEOGRAPHER:  Back on the record at 11:10.
21        Q. (By Ms. O'Dell) Mr. Downey, I was
22    asking you some questions about core logs and your
23    knowledge about them before the fire drill,
24    literally.
25        Who would be in the best position at Imerys

Page 303

1    to answer questions about core logs from the
2    Vermont mines?
3        MR. PROST: Object to form.
4        A. What do you mean by "in the best
5    position"?
6        Q. (By Ms. O'Dell)  Who would have
7    information and personal knowledge and be able to
8    testify regarding core logs from the Vermont mines?
9        MR. SILVER:  Objection.
10        A. I've prepared, as best as I can, given
11    all of the topics that were in the notice for me to
12    be able to discuss.
13        Q. (By Ms. O'Dell)  And can you provide a
14    name of another employee at Imerys who would have
15    personal knowledge and information regarding the
16    core logs from the mines in Vermont?
17        MR. PROST: Object to form.  You mean
18    besides names he's given you already?
19        MS. O'DELL:  He hasn't given me, you know,
20    any names in relation to my questions.  I'm just
21    asking.
22        MR. PROST:  I think he testified who
23    supplied to him the core logs.  Mr. Marek, he
24    testified, gave you notes about how they discussed
25    those core logs, so I guess I'm not clear as to the

Patrick Downey

Page 304

1  question.
2  MS. O'DELL: Object to the form? Is that
3  the objection you're making?
4  MR. PROST: Pretty much.
5  MS. O'DELL: Okay. Well, let's stick to
6  "object to the form."
7  Q. (By Ms. O'Dell) Do you have a name of a
8  person?
9  A. Dave Marek.
10  Q. Anyone else?
11  A. Dave would have the information.
12  Q. Anyone else at Imerys?
13  A. Dave is the one who provided them to me.
14  I think that Dave would -- he's got personal
15  knowledge.
16  Q. Let me show you what I've marked as
17  Exhibit Number 28.
18  (Exhibit 28 was marked for identification.)
19  MS. O'DELL: It's Imerys Bates number
20  499053.
21  Q. (By Ms. O'Dell) And Mr. Downey, is
22  this a typewritten core log for, at least on
23  page 1, a hole that was drilled -- excuse me -- the
24  hole ID number H72-1?
25  MR. PROST: Object to form.

Page 305

1  A. I believe so.
2  Q. (By Ms. O'Dell) And according to this
3  particular log, and it covers -- just to be fair,
4  the holes ID'd are on page 1 of Exhibit 128 -- are
5  M72-1, which would be that from a '72 hole,
6  correct? 1972 hole?
7  A. That seems like, yes.
8  Q. And if you'll look down further, you see
9  various notations made regarding drill holes with
10  ID numbers that appear to be from 1973; do you see
11  those?
12  MR. PROST: Object to form.
13  A. It appears to.
14  Q. (By Ms. O'Dell) And if you will look
15  down at the bottom, M73-6; do you see that?
16  A. Yes.
17  Q. And then, in relation to M73-6, the
18  geologist creating the log has noted "talc zone
19  with 'serp'" -- I interpret that to mean
20  serpentine -- "granules"; do you see that?
21  MR. PROST: Object to form.
22  A. Or serpentinite granules.
23  Q. (By Ms. O'Dell) Yes.
24  And if you'll turn over to the next page,
25  this appears to log a hole drilled in 1972; do you

Page 306

1  see that?
2  A. Yes.
3  Q. And on the next page, is that a -- the
4  next page -- is that a drill that was drilled in
5  1973?
6  MR. PROST: Object to form.
7  A. It appears so.
8  Q. (By Ms. O'Dell) Have you seen this
9  document before?
10  A. I've seen of this type. I'm not sure if
11  I saw this particular one.
12  Q. You don't have an independent
13  recollection of reviewing this document prior to
14  your testimony this week?
15  A. I don't recall, but I -- as I've said,
16  I've seen documents of this type amongst the
17  records that I sampled when I was reviewing.
18  Q. And my question is, to be clear, is you
19  don't have an independent record -- or recollection
20  of reviewing this document, correct?
21  A. No, I don't recall.
22  Q. Let me show you what I've marked as
23  Exhibit 29.
24  (Exhibit 29 was marked for identification.)
25  MS. O'DELL: And it's Bates number

Page 307

1  IMERYS 499052.
2  Q. (By Ms. O'Dell) And this is a core log
3  that was produced to us by Imerys, and it appears
4  to relate to M73-6; do you see that?
5  A. Yes.
6  Q. Did you review this document before your
7  deposition?
8  A. I don't believe so.
9  Q. And if you'll look in relation to this
10  particular hole from the 32-foot mark to the
11  67.7-foot mark, you see the geologist has noted
12  "serpentinite partially altered with FRX."
13  Do you know what that is an abbreviation
14  for?
15  A. No.
16  Q. "Filed" -- and I think he means
17  "filled" -- "with quartz and talc"; do you see
18  that?
19  A. Yes.
20  Q. Is it fair to say that "FRX" is probably
21  "fractures"?
22  MR. PROST: Object to form.
23  A. I don't know.
24  Q. (By Ms. O'Dell) And then from foot 83
25  to 87.4, you see that the geologist has noted

13 (Pages 304 to 307)

Patrick Downey

| Page 308 | Page 310 |
|---|---|
| 1 "serpentinite partially altered"; did I read that<br>2 correctly?<br>3     A. Yes.<br>4     Q. All right. Let me show you what I'm<br>5 marking as Exhibit 30.<br>6     (Exhibit 30 was marked for identification.)<br>7     MS. O'DELL: Has Bates number IMERYS 427419.<br>8     Q. (By Ms. O'Dell) You see that this is a<br>9 core drill log from M73, so -- dash 3, so that<br>10 would be hole number 3 that was drilled in 1973,<br>11 correct?<br>12     A. It would seem so.<br>13     Q. And that's from Argonaut.<br>14     Did you review this prior to your<br>15 deposition?<br>16     A. I don't believe so.<br>17     Q. Okay. If you'll turn to page 3 of the<br>18 exhibit, Bates 421 is the last three Bates numbers;<br>19 do you see that?<br>20     A. I'm on that page.<br>21     Q. Okay. And this relates to M73 number 6<br>22 from Argonaut. And you see it says at foot 32 to<br>23 67.7, serpentine.<br>24     A. "Serpentinite."<br>25     Q. Yes, I'm sorry. "Serpentinite." | 1     Q. Let me show you what I'm marking as<br>2 Exhibit 30.<br>3     MS. O'DELL: And it's Bates number --<br>4     MR. SILVER: Wait. What number did you say?<br>5 It's 31.<br>6     MS. O'DELL: Oh, sorry. Excuse me. 31.<br>7 Thank you.<br>8     (Exhibit 31 was marked for identification.)<br>9     Q. (By Ms. O'Dell) Have you seen this<br>10 document before today?<br>11     A. (Document reviewed.) I don't recall.<br>12     Q. It's dated June the 4th, 1996?<br>13     A. Yes.<br>14     Q. And it references -- you'll see "hole"<br>15 here at the top of the chart; do you see that?<br>16     A. Yes.<br>17     Q. And it also relates to the Argonaut<br>18 Mine?<br>19     A. Yes.<br>20     Q. And then you'll see from, hole number 2,<br>21 it says it's at pitch 3. It notes serpentinite; do<br>22 you see that?<br>23     A. What are you referencing? Sorry.<br>24     Q. There's a column that's entitle "SERP."<br>25     A. Okay. |

| Page 309 | Page 311 |
|---|---|
| 1     And then, again, at 83 feet to 87.4 is<br>2 "serpentinite partially altered"; do you see --<br>3     A. Yes.<br>4     Q. And then from 127 to 139.3, serpentinite<br>5 mottled," and it says, "MAR alteration"; do you see<br>6 that?<br>7     A. That's what it says.<br>8     Q. And you would -- that serpentinite can<br>9 include asbestos fibers, correct?<br>10     MR. PROST: Object to form.<br>11     A. I'm sorry. I didn't hear the first<br>12 part.<br>13     Q. (By Ms. O'Dell) Serpentinite --<br>14     A. Yes.<br>15     Q. -- can include asbestos fibers, true?<br>16     A. If the source material is of the right<br>17 composition and the right type of metamorphosis<br>18 occurs, that can be the case, but that's not the<br>19 case with the mines that we're discussing.<br>20     Q. You've not reviewed the core that was<br>21 being noted in the core log we're looking at, have<br>22 you, sir? You haven't reviewed the core that's<br>23 being documented in the core log that we have<br>24 marked as Exhibit 30, have you, sir?<br>25     A. No, I have not. | 1     Q. I assume that's serpentinite. Would you<br>2 agree with me on that?<br>3     A. Would I.<br>4     Q. And it says that at hole number 2, there<br>5 is 6 percent serpentinite; did I read that<br>6 correctly?<br>7     A. I'm not exactly sure what the reference<br>8 of the 6 is. I would agree that it says "6" under<br>9 the column of "Serpentinite."<br>10     Q. And to the right, it says<br>11 "serpentinite"; do you see that?<br>12     A. That's with it looks like, yes.<br>13     Q. And you go on down the column for<br>14 serpentinite, you'll see that you've got a number<br>15 of different holes that reference a certain<br>16 percentage of serpentinite night ranging from 2<br>17 percent to 6 percent, correct?<br>18     A. The numbers in the column under certify<br>19 pen tine range -- the numbers under the column<br>20 labeled "SERP," which seems to indicate<br>21 serpentinite, those numbers range from 2 to 6.<br>22     Q. I'm going to put that aside, Mr. Downey,<br>23 and ask you to look at what I'm marking as<br>24 Exhibit 32.<br>25     // |

14 (Pages 308 to 311)

Patrick Downey

Page 312

1      (Exhibit 32 was marked for identification.)
2      MS. O'DELL: IMERYS 469412.
3      Q. (By Ms. O'Dell) Have you seen this
4  document before?
5      A. No.
6      Q. This is Argonaut Mine. And this is the
7  first and fourth-stage final product comparison to
8  drill samples; do you see that?
9      A. That's what it says.
10     Q. And it is analyzing hole number R-92-1,
11 at least in the first portion that we're looking at
12 now. And that would be from the first hole drilled
13 in 1992, correct?
14     A. That seems fair.
15     Q. And if you'll look at depth, 10 feet to
16 14 feet. It had dolomite, that's abbreviated here
17 as "DOLO," but you would agree with me that's
18 dolomite?
19     A. Yes.
20     Q. And it shows that 33.2 percent, correct?
21     A. That's peak area. I don't know if
22 that's percent or not.
23     Q. If it's not percent, what other metric
24 would be used, if you know?
25     A. It says "area." I believe that the

Page 313

1  interpretation of this would be more for Julie
2  Pier.
3      Q. Okay. I'll ask Miss Pier about it.
4      Let me show you what I'm going to mark as
5  Exhibit 33.
6      (Exhibit 33 was marked for identification.)
7      MS. O'DELL: Bates number IMERYS 427428.
8      Q. (By Ms. O'Dell) Have you seen this
9  document before?
10     A. I know I've seen the first two pages.
11 And I think I've seen the last two.
12     Q. Okay. You'll see it identifies -- it
13 says "Box," but it's listing the hole number there,
14 correct?
15     A. Yes.
16     Q. And if you'll look down to hole number
17 98.2, you'll see at the depth of 47 to 68 feet that
18 the geologist noted serpentinite, several ground-up
19 zones at 53 feet approximately 2 inches of long,
20 soft fibers, 40 degrees to core. And then he says
21 also at 58 feet, referring to the fibers.
22     Have you seen that before?
23     A. Yes.
24     Q. Going further, at 87 -- excuse me, at 83
25 to 87 feet, geologist notes "softer radial fibers";

Page 314

1  did I read that correctly?
2      A. Yes.
3      Q. And it goes down from 215 to 240 feet,
4  it says it's serpentine, 220 to 230, ground up, and
5  then it lost about five feet. Does that mean that
6  part of the core was lost?
7      MR. PROST: Object to form.
8      A. Is it might.
9      Q. (By Ms. O'Dell) Is that the little
10 interpretation of that?
11     MR. PROST: Same objection.
12     A. It's an interpretation, yes.
13     Q. (By Ms. O'Dell) Do you disagree with
14 me?
15     A. No, I said it's an interpretation it
16 have.
17     Q. Do you agree with my interpretation?
18     MR. PROST: Object to form.
19     A. It can be an interpretation of what that
20 means.
21     Q. (By Ms. O'Dell) And then from 274 feet
22 to 296 feet, it says, "Starting to transition to
23 talc high carbonate."
24     That would refer to serpentine, correct?
25     MR. PROST: Object to form.

Page 315

1      A. That's what I believe it to mean, yes.
2      Q. (By Ms. O'Dell) Did you review this
3  document with Mr. Marek?
4      A. I don't recall. I discussed the nature
5  of it with Mr. Crouse.
6      Q. Okay. But you did not review the
7  document itself. Discussed the nature of it. Is
8  that your --
9      A. I'm sorry?
10     Q. You did not review the document itself.
11 You discussed the nature of it?
12     A. I believe we discussed the particular
13 intervals that you pointed out.
14     Q. That discussed fibers?
15     A. Yes, ma'am.
16     Q. And what was your discussion with
17 Mr. Crouse?
18     A. I wanted to learn about the nature of
19 what was logged as well as, spatially, where it's
20 located.
21     Q. Still in the same exhibit.
22     A. What page are we on?
23     Q. Page 432.
24     A. Speak up, please.
25     Q. 432. This refers to drill hole R98-9

15 (Pages 312 to 315)

Patrick Downey

Page 316

1  R98.
2       A.  Okay.
3       Q.  Are you aware, Mr. Downey, that material
4  taken from R98-9 tested positive for tremolite?
5       MR. PROST:  Object to form.
6       A.  I don't know.
7       Q.  (By Ms. O'Dell)  You hadn't been told
8  that?
9       A.  I don't recall.
10      Q.  Would that be something you'd remember?
11  If somebody told you that drill cores from a core
12  log that you reviewed had tested positive for
13  tremolite, it's something you'd be likely to
14  remember?
15      MR. PROST:  Object to form.
16      A.  I've reviewed a lot of remember.  What I
17  remember, I don't know.
18      Q.  (By Ms. O'Dell)  Okay.  So see, we're on
19  drill hole 98-9, R98-9.  Let me show you what I'm
20  marking as Exhibit 34.
21      (Exhibit 34 was marked for identification.)
22      MS. O'DELL:  It's IMERYS 499264.
23      Q.  (By Ms. O'Dell)  Have you seen this
24  document before?
25      A.  I don't recall.

Page 317

1       Q.  Did Mr. Crouse discuss this document
2  with you?
3       A.  I don't think I discussed this with him
4  in my phone call of a week or so ago.
5       Q.  This is a technical report.  It's dated
6  March 31st, 2003; do you see that?
7       A.  Yes.
8       Q.  And it is a PLM analysis of Argonaut
9  drilling sample; do you see that?
10      A.  Yes.
11      Q.  And this was actually sent to
12  Mr. Crouse, who you spoke with?
13      A.  Yes.
14      Q.  And "PLM" stands for polarized light
15  microscope, correct?
16      A.  Microscopy.
17      Q.  Okay.  The request was, "Argonaut
18  historical or development drilling sample 1261 from
19  drill hole R98-9," and that was the core log we
20  were just looking at related to drill hole R98-9,
21  correct?
22      A.  Yes.
23      Q.  "...had a trace amount of tremolite
24  detected on the original XRD scan"; do you see
25  that?

Page 318

1       A.  Yes.
2       Q.  "Therefore, it was submitted for PLM
3  analysis to confirm and determine approximate
4  quantity of tremolite"; did I read that correctly?
5       A.  Yes.
6       Q.  "Results."  It says, "It was confirmed
7  that tremolite was present in the sample and was
8  roughly approximated to be 4 percent."
9       And that would be 4 percent of the sample,
10  true?
11      A.  That's what I believe, yes.
12      Q.  Mr. Crouse did not mention to you that
13  test result, did he, sir?
14      A.  No.
15      Q.  I ask you to . . .
16      (Exhibit 35 was marked for identification.)
17      Q.  (By Ms. O'Dell)  Let me ask you to look
18  at Exhibit 35.  It is IMERYS 426677.
19      Front page also relates to cores that were
20  drilled in 1998, correct?
21      A.  Yes.
22      Q.  And I'll ask you to turn over -- sorry.
23  Lost the page.  Be there in just a moment.  To page
24  Bates number 683.  And this map plots out the
25  location of certain cores that were drilled at

Page 319

1  Argonaut, correct?  R19 -- excuse me.  R92-1 --
2  or 4, R92-5.  And do you see 12-R-73?  Do you see
3  that?
4       A.  Yes.
5       Q.  And does that appear to be -- this is a
6  map where certain core drill holes had been charted
7  so you can determine where they appear, actually,
8  in the mine itself, true?
9       A.  It shows their location, yes.
10      Q.  And that's one of the tools that a
11  geologist would use in order to determine where
12  they are in a particular deposit and in order to
13  make decisions about how to approach the mining of
14  that particular portion of the mine, correct?
15      A.  Yes.  It gives you spatial information.
16      (Exhibit 36 was marked for identification.)
17      Q.  (By Ms. O'Dell)  Let me show you what
18  I've marked as Exhibit 36.
19      MS. O'DELL:  It is Bates number 499366.
20      Q.  Have you seen this document before?
21      A.  I'm not sure if I have or not.
22      (Document reviewed.)
23      Q.  This relates to hole number 2002-21; do
24  you see that?
25      A.  Yes.

Patrick Downey

Page 320

1    Q. Argonaut Mine.  It was drilled
2  July 15th, 2002, correct?
3    A. Yes.
4    Q. And at the 43.8-to-63-foot mark, the
5  geologist notes, "schist biotite plagioclase garnet
6  4.5 actinolite needles"; do you see that?
7    A. It says 45.0 for actinolite needles.
8    Q. Yes.
9    A. I see that there.
10    Q. And that would be notating actinolite
11  needles at the 45-foot mark, correct?
12    A. That's what it says.
13    Q. Prior to seeing this document this
14  morning, Mr. Downey, were you aware that actinolite
15  needles had been found in Argonaut in 2002?
16    A. No.
17    Q. And if you'll look below that, adjacent
18  to, right next to, the actinolite needles, you find
19  talc carbonate; do you see that?
20    A. Yes.
21    Q. If you'll turn over to page 5 in the
22  document -- this was produced to us as a native
23  file, so we've put the beginning Bates at the
24  beginning, but it doesn't really have page
25  numbers -- you'll see hole number, just to

Page 321

1  reference it, 2002, and it's hole number 2.  Are we
2  on the same page?  Hole number 2.
3    A. Maybe I miscounted.
4    Q. Are we together?
5    A. I'm on 2002-02, yes.
6    Q. Okay.  So this was hole number 2 that
7  was drilled in 2002 at the Argonaut Mine, correct?
8    A. Yes.
9    Q. And at the 193-to-194-foot mark, the
10  geologist notes "massive actinolite and steatite
11  chill zone"; do you see that?
12    A. Yes.
13    Q. No one made you aware of that before
14  today, correct?
15    A. Correct.
16    Q. If you'll turn -- I think it's about six
17  pages over, but what I'm looking at is the core log
18  that relates to 2002-11.  You'll see -- and I
19  direct your attention, Mr. Downey, to the
20  105.5-foot mark, the 117.7.  You'll see it says,
21  "schist chore right biotite actinolite"; did I read
22  that correctly?
23    A. Yes.
24    Q. And actinolite is an asbestos mineral,
25  correct?

Page 322

1    MR. SILVER:  Object to form.
2    A. Actinolite is an amphibole mineral.
3  Much more commonly it's in the nonasbestos habit.
4  In the asbestos habit, it's actinolite asbestos.
5    Q. (By Ms. O'Dell)  And actinolite can be
6  asbestos.  It can be non-asbestiform, correct?
7    A. More commonly, it's non-asbestiform.
8    Q. That's not my question, though.  I
9  didn't ask you if it was more common.
10    I'm asking you, can it be asbestos or
11  nonasbestos?  That's true?
12    A. It depends on the morphology of the
13  crystal habit.
14    Q. So the answer to my question was yes, it
15  can be asbestos or nonasbestos?
16    A. The answer is, it depends.
17    Q. Fair enough.
18    But it can be one or the other, true?
19    A. Depending on the morphology --
20    Q. Yes?
21    A. -- of the crystals.
22    Q. Correct.
23    And so my point being, would you agree with
24  me that actinolite can be asbestos?
25    A. It depends.

Page 323

1    Q. That's a yes or no.  It's either
2  impossible or it's possible.
3    And I'm asking you, from your knowledge as a
4  person who's been in the mining business for a long
5  time, isn't it true your understanding is that
6  actinolite can be fibrous, in other words, a type
7  of asbestos?
8    MR. PROST:  Object to form.
9    Q. (By Ms. O'Dell) Yes or no?
10    A. It depends.
11    Q. Yes or no?
12    A. No, it depends.
13    Q. There's no question "it depends."
14    You look at it under the microscope, do
15  other things, but the question is, as a fact, can
16  actinolite be asbestos?  And the answer to that
17  question is yes, isn't it, Mr. Downey?
18    A. Depending on its morphology.
19    Q. Right.  But the answer is it can be,
20  true?
21    A. It can be, depending on its morphology.
22    Q. So the answer to my question should be
23  yes, actinolite can be asbestos?
24    MR. LOCKE:  Objection; asked and answered.
25    Q. (By Ms. O'Dell)  Yes?

Patrick Downey

Page 324

1          A. Depending on its morphology.
2          (Exhibit 37 was marked for identification.)
3          Q. (By Ms. O'Dell)  Let me show you what
4     I'm marking as Exhibit 37.  This is Bates number
5     IMERYS 499485.
6          Have you seen this document before today?
7          A. It doesn't look familiar.
8          Q. And this is a memorandum dated
9     September 29, 2006, from David Marek to John
10    Kinneberg; do you see that?
11         A. Yes.
12         Q. And Mr. Marek, who you spoke with, is
13    writing about the Argonaut Mine; do you see that?
14         A. Yes.
15         Q. Turn to page 2.  Under subsection 2, do
16    you see that, "Asbestos Minerals"?
17         A. Yes.
18         Q. It says -- it's written by Mr. Marek --
19    "Although there has been no indication of asbestos
20    for minerals in the talc carbonate, there have been
21    tremolite fibers found in serpentinite bodies
22    within the deposit"; did I read that correctly?
23         A. Yes.
24         Q. Were you aware of that before I showed
25    you this document?

Page 325

1          A. Yes.
2          Q. That -- were you -- and then I think
3     we've looked at this.  Let me ask you the question
4     again.
5          Were you aware before you came to your
6     deposition today that tremolite had been found in
7     Argonaut?
8          A. I was aware that it was found in drill
9     hole 98.
10         Q. And that's what this says.
11         A. Dash 02.
12         Q. "Drill hole 98-02 indicates fibers in
13    the core, and closer inspection of the serpentinite
14    on the surface found some samples that were sent to
15    Denver and confirmed."
16         Now, when it says "sent to Denver," that
17    means being sent to an Imerys lab in Denver,
18    correct?
19         A. Yes.
20         Q. And that's Miss Julie Pier's lab,
21    correct?
22         A. Yes.
23         Q. According to Mr. Marek, he says, "This
24    should not create a problem for the talc products
25    as we maintain less than 2 percent cuts-off for

Page 326

1     serpentine in the model; however, we have not
2     explored all serpentine exposures in the deposit";
3     did I read that correctly?
4          MR. PROST:  To be fair, you probably should
5     finish the sentence.
6          Q. (By Ms. O'Dell)  "And if some are used
7     for aggregate production, this may be a liability";
8     did I read that correctly?
9          A. Yes.
10         Q. And according to Mr. Marek, up to 2
11    percent serpentine has been used in talc products,
12    correct?
13         A. That's what he says is in the model.
14         Q. Are you aware, Mr. Downey, that
15    chrysotile has been found in material, grade 66
16    material, mined from the Argonaut Mine?
17         MR. PROST:  Object to form.
18         A. No.  My understanding is there hasn't
19    been.
20         Q. (By Ms. O'Dell)  And, in fact, you said
21    yesterday, categorically, chrysotile has never been
22    found at the Argonaut Mine, true?
23         A. I believe that's what I said, yes.
24         Q. Let me show you what I'm marking as
25    Exhibit 38.

Page 327

1          (Exhibit 38 was marked for identification.)
2          MS. O'DELL:  I'm sorry.  I only got two
3     copies of this, so if you want to look on --
4          THE WITNESS:  There's an extra.
5          MS. O'DELL:  Oh, thank you.
6          THE WITNESS:  You handed two extra.
7          MS. O'DELL:  This is Bates number
8     IMERYS 498998.
9          Q. (By Ms. O'Dell)  Have you seen this
10    document before?
11         A. I believe so.
12         Q. When did you see it?
13         A. I don't recall when.
14         Q. If you'll turn to the fourth page.
15         A. Is there a label?  What's it look like?
16         Q. It says "4 of 6" at the bottom.
17         A. "4 of 6," okay.
18         Q. Do you see that, "4 of 6"?  Are we
19    together on that page?
20         A. "4 of 6"?
21         Q. Yeah.  "4 of 6" on the right-hand side.
22    You're there?
23         A. You're saying "4 of" or "40"?
24         Q. "4 of 6."  I'm reading on the lower
25    right-hand --

18 (Pages 324 to 327)

Patrick Downey

| Page 328 |
|---|

1      A. I think it's your southern accent that
2  was --
3      Q. Yeah, I know.  It's a curse, but I'm
4  stuck with it at this point.
5      Okay.  So if you'll look at the lower
6  portion of the page, see, it says, "Float feed
7  September 2002"; do you see that?
8      A. Yes.
9      Q. September 2002, talc for Johnson's Baby
10  Powder and Shower to Shower was still being sourced
11  from Argonaut, correct?
12      A. Yes.
13      Q. And "float feed" refers to West Windsor
14  and the talc being processed through the float feed
15  at West Windsor, correct?
16      A. Yes.
17      Q. And this sample number A02595-1 -- do
18  you see that?
19      A. Yes.
20      Q. -- has been examined for both amphibole
21  and chrysotile; do you see that at the top?
22      A. Yes.
23      Q. And according to this report, chrysotile
24  fiber was identified in this sample, correct?
25      MR. PROST:  Object to outside the scope.

| Page 329 |
|---|

1      MR. SILVER:  Wait.  We got to be a little
2  more specific than that.  It's outside the scope
3  because this is an area for Miss Pier.
4      MS. O'DELL:  And we're going to ask
5  Miss Pier about it, but Mr. Downey has testified
6  categorically yesterday, twice, that chrysotile has
7  never been found at Argonaut.  He said that in
8  general, and then he said that in relation to --
9      MR. PROST:  That's fine.
10      MS. O'DELL:  -- Johnson & Johnson's
11  talcum-powder products, and I have a right to
12  confront him with a company document that is
13  inconsistent with his testimony.
14      MR. PROST:  That's fine.  You can ask him.
15  He can say it again.  But Julie Pier is going to
16  speak for the company on that topic, so -- but go
17  ahead.
18      MS. O'DELL:  I'm not disputing that.  I know
19  she's going to be talking about testing.
20      Q. (By Ms. O'Dell)  Do you see this,
21  Mr. Downey?
22      A. Yes.
23      Q. Okay.  And this is a TEM asbestos
24  analysis of Argonaut products, correct?
25      A. Yes.

| Page 330 |
|---|

1      Q. And to be clear, chrysotile fiber or
2  structure was found in a sample of, essentially,
3  Johnson & Johnson's talc?
4      MR. PROST:  Object to form.
5      A. No.
6      Q. (By Ms. O'Dell)  Okay.  Why is that not
7  correct?
8      A. Well, the sampling that you are
9  referencing is flotation feed.  That's not finished
10  product.  And the column header is "Number of
11  Structures."  And in this particular one, it's
12  structures less than 5 micron.  I'd defer to Julie
13  Pier to interpret the document further, but it's my
14  understanding that that is not a finding of
15  chrysotile.
16      Q. It says, "Chrysotile."  It talks about
17  structures, and it says, "less than or equal to 5
18  microns," correct, at the top?
19      A. That's the column header, yes.
20      Q. And it refers to structures.  And it
21  says one structure of chrysotile was found in this
22  particular sample, true?
23      A. The --
24      Q. True?
25      A. The -- asbestos concentration in the

| Page 331 |
|---|

1  next column is BDO, which means below detection
2  limit.
3      Q. That's not what my question was.
4      My question was, one structure of chrysotile
5  was found in this sample; is that true?
6      MR. PROST:  Object to form.
7      Q. (By Ms. O'Dell)  Is that true, sir?
8      A. One structure less than 5 microns was
9  found, but it was below the detection limit.
10      Q. So the answer to my question is yes, one
11  structure of chrysotile was found in this sample.
12      MR. PROST:  Object to form.
13      Q. (By Ms. O'Dell)  Correct?
14      A. The interpretation of the answer to that
15  I'd defer to Julie Pier.
16      Q. And at September 2002, we've established
17  that that talc would have been mined from Argonaut
18  and sent to West Windsor for purposes of sourcing
19  Johnson & Johnson with talc, correct?
20      A. Yes.
21      Q. And just to be clear, this is -- the
22  structure we were referring to is equal to or
23  greater than -- excuse me -- equal to or less than
24  5 microns, correct?
25      A. The way I read the sample, was less than

19 (Pages 328 to 331)

Patrick Downey

Page 332

1  or equal to 5 microns.
2      Q. Turn to the next page, please. It's the
3  same "TEM Asbestos Analysis of Argonaut Product
4  Composites." If you'll go down to a sample, it's
5  "float feed." It's about six lines down. Float
6  feed taken June 2002, correct? Correct?
7      A. I see one there.
8      Q. That's what it says?
9      A. That's what it says.
10     Q. And that's the time period during which
11 talc from Argonaut was being used in
12 Johnson & Johnson's talcum-powder products,
13 correct?
14     A. Yes.
15     Q. And this is float feed, which means it
16 was sent to West Windsor, correct?
17     A. Correct.
18     Q. And one structure equal to or less than
19 5 microns was identified in that sample, correct?
20     MR. PROST: Objection.
21     A. Less than or equal to 5 microns, but it
22 was below the detection limit.
23     Q. (By Ms. O'Dell) Okay. Let me ask you
24 to put that the aside for a moment.
25     MR. SILVER: Leigh, were you giving this to

Page 333

1  me?
2      MS. O'DELL: I had an extra copy.
3      MR. SILVER: Oh, okay.
4      Q. (By Ms. O'Dell) My colleague reminded
5  me I forgot something about that document, so let
6  me ask you to turn back to it.
7      A. Which one?
8      Q. The one we were just looking at, which
9  I've marked as Exhibit 38. It's the one right in
10 front of you.
11     A. Okay.
12     Q. And if you'll go to the back and count
13 three pages in from the back, see that?
14     A. Yes.
15     Q. And this is a summary of the test
16 results that we were just looking at a few minutes
17 ago, the table we were just looking at a few
18 minutes ago, correct?
19     A. I don't know. There's no other
20 description other than the column headers and the
21 dates and a bunch of ones and zeros.
22     Q. Let me just ask you this, then, because
23 we won't take the time to tie it back, but I'll
24 represent to you I believe it to be a summary of
25 the results.

Page 334

1      Grade 66 is Johnson & Johnson-grade talc,
2  correct?
3      MR. PROST: Object to form.
4      A. That's the grade that we manufactured at
5  West Windsor for J&J.
6      Q. (By Ms. O'Dell) And grade 96 was also a
7  grade of talc that was manufactured for
8  Johnson & Johnson, correct?
9      A. For export purposes, yes.
10     Q. It was used in Canada, is my
11 understanding; is that right?
12     A. That's my understanding as well.
13     Q. Okay. Thank you, sir.
14     Let me show you what I'm marking as
15 Exhibit 39.
16     (Exhibit 39 was marked for identification.)
17     MS. O'DELL: It's Bates number
18 IMERYS 469483.
19     Q. (By Ms. O'Dell) If you'll look at this,
20 on page 2 of the document, which is the Bates
21 number ending 484, you'll see this relates -- this
22 log, core drill log, relates to hole number 2001-1;
23 do you see that?
24     A. Yes.
25     Q. You'll see at the bottom of the chart,

Page 335

1  Mr. Downey, at 137 feet to 147 feet, it says,
2  "Amphibole oxide covered," I'm not sure what that's
3  abbreviated for, "CA 15"; do you see that?
4      A. I see that. I don't know what it means.
5      Q. Is -- and "amphobilite" is a misspelling
6  of anthophyllite; do you agree?
7      A. No.
8      MR. PROST: Object to form.
9      Q. (By Ms. O'Dell) You don't agree with
10 that?
11     A. No.
12     Q. What is "amphobilite"?
13     A. I think it's a misspelling of
14 "amphibolite."
15     Q. What's amphibolite?
16     A. Amphibolite is a general term of rock
17 composed of amphibole minerals.
18     (Exhibit 40 was marked for identification.)
19     Q. (By Ms. O'Dell) Let me ask you to look
20 at Exhibit 40.
21     Have you seen this document before today?
22     A. Yes, but it's been some time since I've
23 seen it.
24     Q. Did you review it in preparation for
25 your deposition?

Patrick Downey

| Page 336 |
|---|

```
1         A. I don't recall.
2         Q. If you'll turn over to page 2 of the
3    exhibit, and if you'll just identify the document
4    as you're turning to that page.  This is a Luzenac
5    North America standard operation procedure, and the
6    title of which is "Control of Non-Conforming
7    Product"; do you see that?
8         A. Yes.
9         Q. And so you'd agree with me that this is
10   an Imerys standard operating procedure?
11        A. Yes.
12        Q. And it defines "nonconforming products";
13   do you see that?
14        A. I see the header, yes.
15        Q. And it says, "Nonconforming products
16   include conditions where," and the first bullet is,
17   "Product characteristics are out of specification";
18   do you see that?
19        A. Yes.
20        Q. If asbestos is found in talc, that would
21   be out of specification, true?
22        A. If a detectible amount, meaning above
23   the detection limit, that would mean that it's out
24   of specification.
25        Q. If talc provided to Johnson & Johnson
```

| Page 337 |
|---|

```
1    contains asbestos, it would be out of
2    specification?
3         A. Yes.
4         Q. And if a product is out of
5    specification, then Imerys would have the duty,
6    under this standard operating procedure, to notify
7    the customer, or, in this case, Johnson & Johnson,
8    correct?
9         MR. PROST:  Object to form.
10        A. It's been a while since I've read that.
11   If you're saying that that's what it says in here,
12   maybe we can read it.
13        Q. (By Ms. O'Dell)  Okay.  If you'll turn
14   to Bates number ending 246, do you see that?  It
15   says "Responsibilities"?
16        A. Yes.
17        Q. And it says, "Quality Management
18   Representative Authority and Accountability," and
19   bullet number two, it says, "Notify the customer if
20   nonconforming product has already shipped to them
21   in order to prevent or stop use"?
22        A. Yes.
23        Q. We just reviewed, previously, a report,
24   and I think you still have it before you,
25   Mr. Downey?
```

| Page 338 |
|---|

```
1         A. What's your exhibit number?
2         Q. If you'll go back to the exhibit so I
3    can identify it for you.
4         Well, I'm going to ask you in two ways.  You
5    recall me showing you a technical report where
6    tremolite was found in talc mined from Argonaut.
7         Do you recall that just a few minutes ago?
8         MR. PROST:  Object to form.
9         A. Let's see the document.
10        Q. (By Ms. O'Dell)  You don't remember
11   that?  Yeah.  Well, I failed to put the exhibit
12   number on my copy, so if you'll just keep sifting
13   backwards, I'll tell you it's just a few exhibits
14   earlier.  Okay.  Keep going.  There you go.  It's
15   Exhibit -- what's the Exhibit Number, please?
16        A. 34.
17        Q. 34.
18        When Imerys -- when their own lab tested
19   talc from Argonaut and identified and confirmed
20   tremolite roughly approximated to be 4 percent of
21   that particular sample, did Imerys contact J&J and
22   say, "Hey, we found tremolite in our talc.  This
23   may be a problem"?
24        MR. PROST:  Object to form.  That misstates
25   what it says.
```

| Page 339 |
|---|

```
1         A. This is from a sample from drilling.
2    It's not finished-product sample.
3         Q. (By Ms. O'Dell)  Imerys did not, to your
4    knowledge, contact J&J and say, "We have found
5    tremolite from a sample of the Argonaut Mine,"
6    correct?
7         MR. PROST:  Object to form.
8         A. This is from a drilling sample.  It's
9    not finished product.  This is not from grade 66.
10        Q. (By Ms. O'Dell)  So it's your
11   understanding they did not contact
12   Johnson & Johnson, and you don't think they should
13   have?
14        A. I don't know if they did or didn't, but
15   it wouldn't have been required.
16        Q. When the chrysotile fibers that we just
17   discussed in Exhibit 38 a few minutes ago were
18   identified by Imerys' lab -- they did a TEM
19   asbestos analysis.
20        When they identified chrysotile structures,
21   did they inform J&J of the results of those tests?
22        MR. PROST:  Object to form.  This is Julie
23   Pier's scope of testimony.
24        A. I believe Julie would have the answer.
25        MS. O'DELL:  Well, what I've just asked
```

21 (Pages 336 to 339)

Patrick Downey

Page 340

1   Mr. Downey about is a quality-assurance standard
2   operating procedure that is within his scope.
3       Q. (By Ms. O'Dell) So I'm asking, did
4   Imerys follow its own quality-control standard
5   operating procedure and contact Johnson & Johnson
6   when there were positive identification of
7   chrysotile in grade 66 talc?
8       MR. PROST: It may be possible that this
9   policy falls within his category; however, the
10  results of testing, I believe, fall within Julie
11  Pier's category, so she will speak for the company
12  and answer that question.
13      MS. O'DELL: No, no, no, that's not -- I'm
14  not asking him to comment on the veracity of the
15  test or accuracy. I'm not asking about that. I'm
16  asking, did they comply -- and this is within his
17  area that he's been put up.
18      Q. (By Ms. O'Dell) Did Johnson & Johnson
19  comply with the nonconforming product standard
20  operating procedure and -- excuse me. Let me
21  strike that. Start again.
22      Did Imerys comply with its own
23  non-conforming product standard operating procedure
24  and notify Johnson & Johnson when chrysotile
25  structures were identified in grade 66 talc?

Page 341

1       MR. PROST: Object to form.
2       Q. (By Ms. O'Dell) True or false?
3       MR. LOCKE: Objection; asked and answered.
4       Q. (By Ms. O'Dell) Yes or no?
5       A. Chrysotile was not detected in the
6   sample.
7       Q. I didn't -- I said "chrysotile
8   structures." And they -- and we have been through
9   this. Chrysotile structures were identified in the
10  sample.
11      When this occurred, did Imerys, in
12  compliance with its own standard operating
13  procedure, inform Johnson & Johnson?
14      MR. PROST: Object to form.
15      A. I believe Julie Pier would know.
16      Q. (By Ms. O'Dell) This is within your
17  area, sir.
18      And the answer is -- there were three
19  possible answers: "Yes, Imerys informed J&J," "No,
20  Imerys did not inform J&J," or, "I don't know."
21  So --
22      MR. PROST: That's a different question.
23  That is a different question.
24      MS. O'DELL: No, it's not.
25      Q. (By Ms. O'Dell) So what's the answer to

Page 342

1   the question, sir?
2       MR. PROST: Can we clarify what the question
3   is at this point?
4       Q. (By Ms. O'Dell) Did Imerys comply with
5   its control of nonconforming product standard
6   operating procedure and inform Johnson & Johnson
7   when chrysotile structures were identified in grade
8   66 talc?
9       MR. PROST: Object to form.
10      MR. LOCKE: Objection.
11      Q. (By Ms. O'Dell) And the answer --
12  yes -- you may explain your answer, but it's "yes,"
13  "no," "I don't know."
14      MR. PROST: That's not true because it was a
15  compound question. He can't answer it --
16      MS. O'DELL: It was not a compound question.
17  Object to form.
18      Q. (By Ms. O'Dell) And you may answer the
19  question.
20      MR. PROST: It was a compound question.
21  Whether or not someone informs someone of something
22  is different than whether or not you're complying
23  with a policy which depends on the results as
24  interpreted by Julie Pier. The question's
25  completely misleading.

Page 343

1       MS. O'DELL: No, it's not. It's absolutely
2   not misleading. But I'll break it apart. I'm
3   happy to.
4       MR. PROST: Please. Thank you.
5       Q. (By Ms. O'Dell) Did Imerys inform
6   Johnson & Johnson that it found chrysotile
7   structures in grade 66 talc?
8       MR. PROST: Object to form.
9       A. I believe Julie Pier would know that. I
10  don't know.
11      Q. (By Ms. O'Dell) And if Imerys failed to
12  inform Johnson & Johnson of these test results
13  where chrysotile fibers were identified, that would
14  be in violation of Imerys' internal policy
15  regarding nonconforming products, correct?
16      MR. PROST: Object to form.
17      A. No.
18      Q. (By Ms. O'Dell) Let me ask you to put
19  that aside, Mr. Downey. I'm going to transition to
20  a new topic. We've spent a long time on Argonaut.
21  Now let's move to China, shall we? The topic, not
22  the country, okay?
23      We talked a bit about China yesterday. And
24  we made our best efforts to pronounce the names of
25  the mines and the names of the companies, and we

22 (Pages 340 to 343)

Patrick Downey

Page 344

1  were trying to get straight where talc that was
2  used to source Johnson's Baby Powder products was
3  mined.  And I believe you testified it was the
4  Jizhua Mine where talc sold by Imerys for J&J
5  products was mined; is that fair?
6        A.  I'd defer to the note that I took for
7  the name of the mine.
8        Q.  Okay.  All right.  Why don't we -- I
9  think it was --
10       A.  I'm sure it's at the bottom of the
11 stack.
12       Q.  Exhibit 6.  What's the name of the mine?
13       A.  Can I just spell it for you instead of
14 pronouncing it?
15       Q.  That'd be fine.
16       A.  Thank you.  J-i-z-h-u-a.
17       Q.  Jizhua?
18       A.  Hmm?
19       Q.  Jizhua.  Is that a fair pronunciation?
20       A.  To me, that looks like a J, not a Z, so
21 I don't know how you're getting "Zhizhua" out of
22 it.
23           (Exhibit 41 was marked for identification.)
24       Q.  (By Ms. O'Dell)  Okay.  This may help.
25 I'm going to show this to you.  I'll hand it to

Page 345

1  you.  Actually, it was a part of a document, and it
2  had a list of the producers, the sellers and other
3  sort of main players, and that seemed to be a good
4  idea to bring to the deposition, just because
5  they're difficult names.  So I want to walk through
6  it real quickly to make sure we have the players
7  defined.  So I'm going to make it a little bit
8  bigger.  It's a one-page document.  Talks about
9  producers.
10          And I understand the mining company, based
11 on your testimony yesterday, was the Guilin
12 Guiguang Talc Development Company; is that correct?
13       A.  I think you even pronounced it
14 correctly.
15       MR. PROST:  Leigh, what's the Bates number
16 on this?
17       MS. O'DELL:  It is IMERYS 061692.
18       Q.  (By Ms. O'Dell)  And that's the company
19 that Imerys purchased the talc from, correct?
20       A.  Yes.
21       Q.  And it goes on to say, the middle,
22 "Luzenac," now Imerys, "is currently purchasing
23 25,000 tons of Guangxi number 1 crude from seller,"
24 which would be Guilin Guiguang Talc Development
25 Company, right?

Page 346

1        A.  Can you expand that a little bit more?
2  That's a ways away for me.
3        Q.  Is that better?
4        A.  Yes.
5        Q.  Okay.  So my specific question is, was
6  Guangxi number 1 crude the talc ore that was sold
7  to Johnson & Johnson for purposes of manufacturing
8  their Baby Powder or talcum-powder products?
9        A.  It's my understanding that Guangxi
10 number 2 is the ore that we used for that.
11       Q.  All right.  So just to recap, Guilin is
12 the mining company for sure?
13       A.  Guilin Guiguang, yes.
14       Q.  And the mine is Jizhua.  Right there.
15 That's the spelling.  It's on this document.
16       A.  I don't think you're projecting --
17       Q.  Sorry.  The Jizhua quarry.
18       MR. SILVER:  While the witness is reviewing,
19 I'm just going to let all counsel know lunch is
20 here.  I know we got delayed by the fire drill, so
21 I will, hey, defer to the witness on whether he
22 needs to break, and then when you guys are ready.
23       Q.  (By Ms. O'Dell)  Mr. Downey, do you need
24 a break?
25       A.  Pardon?

Page 347

1        Q.  Would you like to break for lunch?
2        A.  Sure.  If it's ready.
3        MR. SILVER:  Yeah.
4        THE WITNESS:  I wasn't listening.  I was
5  trying to --
6        MR. SILVER:  It's ready, but we're going to
7  go on your schedule.  If you want to keep going, we
8  keep going.  If you want to do lunch, we can do
9  lunch.
10       THE WITNESS:  Well, we've been going now for
11 about an hour and a half or so, so . . .
12       VIDEOGRAPHER:  We're going off the record at
13 12:30.
14          (Recess taken.)
15       VIDEOGRAPHER:  We are back on the record at
16 1:17.
17       Q.  (By Ms. O'Dell)  Mr. Downey, we were
18 talking about the mine from which talc was sourced
19 for purposes of Johnson & Johnson products.  And we
20 ended before lunch identifying that mine as the
21 Zhizhua quarry.  And it's Z-h-i-z-h-u.  "Zhizhua"
22 is my pronunciation, for lack of -- that's my best
23 effort.  I'll put it that way.
24          And just to make sure the record's clear, is
25 it your testimony that that is the only mine in

23 (Pages 344 to 347)

Patrick Downey

| | |
|---|---|
| Page 348 | Page 350 |

**Page 348**

1 China that sourced talc for Johnson & Johnson Baby
2 Powder products?
3         A.  The information that I obtained from
4 Mr. Bergstrom, whom we discussed yesterday, told me
5 that Guangxi number 2 was sourced from a single
6 mine in the Longsheng District.  And he spelled it
7 J-i-z-h-u-a.
8         Q.  Okay.  And to your knowledge, was any
9 talc for Johnson's talcum-powder products supplied
10 from the Guping quarry?  G-u-p-i-n-g.
11        A.  Not that I'm aware of.
12        Q.  Was there any talc for purposes of
13 John's talcum-powder products supplied from the
14 Shanglang quarry -- S-h-a-n-g-l-a-n-g -- quarry, to
15 your knowledge?
16        A.  Not to my knowledge.
17        Q.  Lastly, was any talc for Johnson's
18 talcum-powder products supplied from Tongzi quarry?
19 T-o-n-g-z-i.
20        A.  Not that I'm aware of.
21        Q.  You testified yesterday that the Zhizhua
22 mine was operated by the Guilin mining company,
23 correct?
24        A.  Guilin Guiguang?  That's my
25 understanding, yes.

**Page 349**

1         Q.  What due diligence did Imerys undertake
2 to understand the geology of the deposit located at
3 the Zhizhua mine?
4         MR. PROST:  Object to form.
5         A.  It's my understanding that various
6 Luzenac entities had a strong presence there since
7 the late 1980s, and they had been using the Guangxi
8 number 2 ore for decades before we began using it
9 in Houston to supply grade 25 for
10 Johnson & Johnson.
11        Q.  (By Ms. O'Dell)  Other than the fact
12 that -- well, let me stop and state, which other
13 Luzenac, now Imerys, entities had been purchasing
14 grade -- excuse me, had been purchasing talc from
15 the Zhizhua mine?
16        A.  It's my understanding the Luzenac talc
17 company in France.
18        Q.  And that is now Imerys Europe -- Talc
19 Europe, correct?
20        MR. PROST:  Object to form.
21        A.  I believe so, but I don't know the
22 corporate histories or the names of the companies
23 in Europe.
24        Q.  (By Ms. O'Dell)  Hans Bergstrom, who you
25 spoke with about the Chinese operation.

**Page 350**

1         A.  Jyrki?
2         Q.  You talked to Mr. Bergstrom, Hans
3 Bergstrom?
4         A.  Jyrki.
5         MR. SILVER:  You are getting two
6 different -- you got the first name of one and the
7 second name of another.
8         Q.  (By Ms. O'Dell)  Okay.  Mr. Bergstrom --
9         A.  We can settle on that.
10        Q.  Yeah.  What's his first name?
11        A.  Jyrki.
12        Q.  Oh, Jyrki.  Okay.
13        Mr. Bergstrom, who you spoke with about the
14 Chinese operation, is an employee of Imerys Talc
15 Europe, correct?
16        A.  Yes.  A French company.
17        Q.  And is that the -- and Mr. Bergstrom
18 provided you with information about the Chinese
19 mining operation, correct?
20        A.  Yes, he did.
21        Q.  And did you speak with anyone else or
22 review any other documents to educate yourself
23 about the mining operations in China?
24        A.  I mentioned yesterday that I also spoke
25 to David Crouse, a former employee, and Julie Pier.

**Page 351**

1         Q.  About the mining operations in China?
2         A.  I asked them what they knew of the
3 mining operations in China, yes.
4         Q.  And at the time that Imerys Talc America
5 began to sell Guangxi crude to Johnson & Johnson,
6 the due diligence that was undertaken was really to
7 rely on what had been done by other Luzenac
8 entities, including Luzenac Europe, correct?
9         MR. PROST:  Object to form.
10        A.  I'm not sure what you're asking.
11        Q.  (By Ms. O'Dell)  Was any independent
12 review conducted by Imerys Talc America regarding
13 the talc ore deposit in China?
14        A.  As I recall, David Crouse said that he
15 visited the Chinese talc mine that we're talking
16 about.
17        Q.  At what point did this visit take place?
18        A.  I don't recall what time frame.
19        Q.  Was it before or after Imerys began to
20 sell talc from the Zhizhua mine to J&J for its
21 products?
22        A.  I don't recall.
23        Q.  Did Imerys Talc America have access to
24 mine analyses prior to selling talc from China to
25 Johnson & Johnson for its talcum-powder products?

24 (Pages 348 to 351)

Patrick Downey

Page 352

1    MR. PROST:  Object to form.
2         A. I don't know if I've seen analyses in
3    that time frame.  I don't know.
4         Q. (By Ms. O'Dell)  Were maps of the mine
5    itself made available to Imerys Talc America prior
6    to selling talc to Johnson & Johnson from China in
7    2003?
8         A. I don't know.
9         Q. Were core logs made available Imerys
10   Talc America prior to selling Chinese talc to
11   Johnson & Johnson?
12        A. I don't know.
13        Q. Were access to mining plans for the
14   Zhizhua mine provided to Imerys Talc America prior
15   to Imerys selling Chinese talc to Johnson &
16   Johnson?
17        A. I don't know.
18        Q. Who would know?
19        A. That was many years ago.  I don't know
20   if there is anyone present who would know.
21        Q. Who among the current employees of
22   Imerys would have the most knowledge regarding the
23   geology of the Zhizhua mine?
24        A. In terms of an Imerys Talc America
25   employee?

Page 353

1         Q. I'll ask you first, Imerys Talc America.
2         A. Who would have the most knowledge of the
3    geology of the deposit?  I don't know.
4         Q. Would it be David Crouse?
5         A. He's not a current employee.
6         Q. He's a former employee?
7         A. He's a former employee.
8         Q. Of current or former employees of Imerys
9    Talc America, would David Crouse be the person that
10   would have the most knowledge about the Chinese
11   deposit?
12        MR. PROST:  Object to form.
13        A. I would say more than likely, yes.
14        Q. (By Ms. O'Dell)  And of the employees
15   from other Imerys entities, is it your
16   understanding that Jyrki Bergstrom would have the
17   most knowledge of the geology of the Zhizhua mine
18   in China?
19        A. He's the one doing it now, so he would
20   have the knowledge.
21        Q. And he's been doing that just since
22   2016, correct?
23        A. That's my understanding, yes.
24        Q. And Imerys Talc America had been
25   supplying talc from the Zhizhua mine to

Page 354

1    Johnson & Johnson for 13 years prior to
2    Mr. Bergstrom assuming that responsibility?
3         A. Yes.
4         Q. Are you aware of any other individuals
5    besides Mr. Bergstrom that would have information
6    regarding the Zhizhua mine?  And when I say
7    "information," I mean the geological information.
8         A. Not of any current employees, I don't
9    know.
10        Q. How about former employee?
11        A. Yes.
12        Q. Who?
13        A. Jean-Francois Robert.
14        Q. In documents I've seen a "J.F. Robert."
15   Would that be Jean-Francois Robert?
16        A. It could be.  I don't know what document
17   you're talking about, but it could be.
18        Q. But if I say -- if I see a document that
19   says "J.F. Robert," it's more likely
20   Jean-Francis [sic] Robert?
21        A. Francois?
22        Q. Excuse me.  Francois.  Robert.
23        A. Again, depending on the document, it
24   could be him.
25        Q. And it's your understanding that in

Page 355

1    2003, at the time that Imerys began to sell talc to
2    J&J from China, that Imerys' entities -- not Imerys
3    Talc America, but Imerys talc entities from other
4    parts of the world had been buying talc from the
5    Zhizhua mine and had many years of experience and
6    knowledge about the geology itself, correct?
7         A. Yes.
8         Q. Let me show you what I've marked as --
9    or am marking as Exhibit 42.
10        (Exhibit 42 was marked for identification.)
11        MS. O'DELL:  This is IMERYS 403794.
12        Q. (By Ms. O'Dell)  You see on the front
13   page it appears to be a photocopy of a file.  And
14   it says, "Chinese ore D. Crouse," David Crouse,
15   correct?
16        A. Yes.
17        Q. Have you seen this document before?
18        A. (Document reviewed.)  I think I've seen
19   sections of it.
20        Q. Let me ask you to turn to Bates
21   ending 810.  Are you there, sir?
22        A. 403810?
23        Q. Yes.  This is a section of this document
24   called "Specifications for Guangxi 27 crude ore."
25   And that was the ore that was supplied or is

25 (Pages 352 to 355)

Patrick Downey

## Page 356

1  being supplied to Johnson & Johnson, correct?
2      A.  Yes.  I'm trying to find where that
3  particular section begins just to get a date
4  reference so I know what time period we're talking
5  about.  Do you know?
6      Q.  It's my belief it is 1997.
7      A.  Is that is referencing 403085?
8      Q.  That's right.
9      And you see, this -- I'll just go to that so
10  you'll be oriented.  It's November 1997 to Jack
11  Buettner from David Crouse, and he's talking about
12  the Guangxi quality control products.  Goes down,
13  third paragraph, and then I have my colleague --
14  she's going to ask you some questions about
15  sampling, so I'm not going to cover that.
16      It says, third paragraph, "There is some
17  difficulty in determining the accurate mineral of
18  the Guangxi crude due to the variable nature of
19  chlorite and our lack of experience with the type
20  found in the Guangxi deposit"; did I read that
21  correctly?
22      A.  Yes.
23      Q.  He says, "We are currently in the
24  process of better defining the specific properties
25  and characteristics of this chlorite, which will

## Page 357

1  allow us to," "...calculate the total mineralogy,"
2  okay?
3      MR. PROST:  "Us to better calculate," just
4  to be clear.
5      Q.  (By Ms. O'Dell)  "...allow us to better
6  calculate the total mineralogy," did I read that
7  correctly?
8      A.  That portion, yes.
9      Q.  And then if you will turn over to 810,
10  you'll see specifications from -- or for, rather,
11  Guangxi number 2 crude ore.
12      (As read:)  Comments:  Very little chemical
13  or mineralogical analytical data is on hand for the
14  Guangxi number 2 crude or products produced from
15  the crude; did I read that correctly?
16      A.  That's what it says.
17      Q.  "It is understood that grade 12 is
18  derived from the sorting process to acquire
19  number 1 grade, so if the number 1 grade is
20  mineral, the number 2 grade will probably be below
21  target specifications"; did I read that correctly?
22      A.  Yes.
23      Q.  And it was grade 2 crude ore that was
24  sent to Johnson & Johnson, true?
25      A.  But this is 1997.  It predates when we

## Page 358

1  began supply.
2      Q.  Let me ask you to turn to page 403820;
3  do you see that?  So August 11th, 1997, memorandum
4  from David Crouse regarding the characterization of
5  Guangxi number 1 crude.
6      Now, in the Chinese mines, I've seen
7  references to sorting of the talc after it's
8  extracted, hand-sorted.
9      What's your understanding of that process?
10      A.  That talc lumps are hand-sorted.
11      Q.  By manual laborers?
12      A.  By manual labor.
13      Q.  And what is the criteria that they use
14  to sort the talc?
15      A.  It's my recollection that they are
16  sorting the talc lumps for mineralogy and, for
17  example, to reject chlorite, as an example.
18      Q.  And what's the visual presentation of
19  chlorite?
20      A.  In the Guangxi?  From my recollection,
21  it's a greener color, and the talc is very white
22  and bright compared to the chlorite.
23      Q.  And when you -- you say that the sorting
24  is done based on mineralogy.
25      Are these geologists, you know, in the

## Page 359

1  mines, sorting these rocks?
2      A.  Say again.
3      Q.  Are these -- I mean, you said these
4  rocks are sorted based on mineralogy.
5      A.  Yes.
6      Q.  And are these workers trained in
7  mineralogy so they would be able to recognize
8  certain types of rock versus others and then be
9  able to, you know, sort it accordingly?
10      A.  They would be laborers that would be
11  trained specifically to be able to identify the
12  talc versus the chlorite.
13      Q.  And would they primarily do that based
14  on color?
15      A.  Not just color.
16      Q.  What else?
17      A.  But color and the mineral habit that
18  would be exhibited between -- to contrast between
19  the two minerals.
20      Q.  What are you -- when you use the term
21  "mineral habit," what are you referring to?
22      A.  Generally, the way that the crystals
23  grow.  There are other mineralogic criteria such as
24  luster, just physical parameters by which you can
25  distinguish between minerals, especially if, you

26 (Pages 356 to 359)

Patrick Downey

Page 360

1   know, you're dealing with very local and very
2   specific rocks instead of -- you don't have to
3   train them to go out and be a mineralogist.  You
4   can just train them specifically to be able to
5   distinguish between the two.
6       Q.  And these individuals that would be the
7   doing the sorting are -- and I don't mean this in a
8   derogatory way, but they are uneducated, most
9   likely, workers that live near the Zhizhua mine?
10      MR. PROST:  Object to form.
11      Q.  (By Ms. O'Dell)  They're manual laborers
12  that live near the mine, in most instances?
13      A.  I don't know where they live, but, yes,
14  they would be manual laborers that can be trained
15  to do this work.
16      Q.  Okay.  And I saw a reference to on-site
17  apartments or a dorm for these workers.  That's why
18  I said that they live near, but it doesn't matter.
19      Okay.  Let's keep going.  This is a memo
20  from Mr. Crouse, who's talking about the Guangxi
21  crude talc.  And he's referencing "several episodes
22  of quality control problems."  And he's asked to
23  "help identify the ore problem and recommend
24  improvements to the methods by which the Chinese
25  sort and select" the "crude ore"; do you see that?

Page 361

1       A.  I was trying to read the -- find where
2   you're reading from, so . . .
3       Q.  He said, "I," and that's David Crouse,
4   was asked to identify the ore problem and recommend
5   improvements by which the Chinese sort and select
6   crude ore.
7       A.  "Our crude ore."
8       Q.  Yeah.  "The initial confirmed that there
9   was significant green and brown probably chlorite
10  mineral contamination in more than 30 to 50 percent
11  of the crude on hand in Houston and Grand Island.
12  In association with the ore concerns, J.F. Robert
13  was asked to coordinate (10)," I believe
14  that means inches; is that correct?
15      MR. PROST:  Object to form.  Outside the
16  scope.
17      MR. SILVER:  Actually, I'm going to allow
18  the witness to keep answering, but as to this
19  document, we're going to have a standing objection
20  to this entire document because the scope of this
21  deposition has to do with ore that goes to J&J
22  products, and this says it's about Guangxi 1.  But
23  I'll let you keep asking, Leigh, but we'll have a
24  standing objection to the document.
25      MS. O'DELL:  Okay.  And is it your position

Page 362

1   that --
2       Q.  (By Ms. O'Dell)  Well, let me ask you.
3       Mr. Downey, does Guangxi 1 crude originate
4   from the Zhizhua mine?
5       A.  I don't recall asking Mr. Bergstrom
6   about Guangxi number 1.
7       Q.  Let me see if I can add a little bit
8   more to this.
9       "In association with the ore concerns," do
10  you see that?  "In association with the ore
11  concerns"?
12      A.  Yes.
13      Q.  "J.F. Robert," Jean-Francois Robert,
14  right?  J.F.?
15      A.  Yes.
16      Q.  "...was asked to coordinate reduced
17  10-inch sizing and sorting methods with the Guilin
18  Guiguang Company.  Unfortunately, he did not
19  negotiate these methods on-site and arrived at the
20  mine after the ore had been mined and sorted.  It
21  met neither the size nor the sorting requirements
22  that had been requested"; did I read that
23  correctly?
24      A.  Yes.
25      Q.  And he goes on to say, "The

Page 363

1   shipments" -- at the bottom of the paragraph, "The
2   shipments of number 1 and number 2 crude are
3   expected to ship in July and arrive in Houston in
4   September."
5       So this also relates to --
6       A.  Well, you skipped over a section.
7       Q.  That's fine.  But the last paragraph --
8   excuse me, the last sentence of the paragraph
9   refers not only to crude number 1 but also crude
10  number 2 ore, correct?
11      MR. PROST:  Object to form.
12      A.  Well, first, you skipped over a section.
13      Q.  (By Ms. O'Dell)  That's not my question,
14  sir.  I'm asking you about the last -- the last
15  sentence.
16      The last sentence of that paragraph refers
17  not only to number 1 crude, but also refers to
18  number 2 crude?
19      MR. PROST:  Objection.
20      A.  It says, "The timing of the shipments."
21      Q.  (By Ms. O'Dell)  It refers to number 2
22  crude, correct?
23      MR. PROST:  Objection.
24      A.  In terms of its shipment time.
25      Q.  (By Ms. O'Dell)  If you'll turn over to

Patrick Downey

Page 364

1    the next page it says, "Specifications:  Although
2    there has been the perception" -- and this is David
3    Crouse writing.
4         "Although there has been the perception that
5    we," meaning Imerys, (as read:) have mineralogical
6    and analytical specifications for crude number 1 --
7    excuse me -- for Guangxi crude number 1, the actual
8    situation appears to be the opposite; did I read
9    that correctly?
10        MR. PROST:  It's actually "Guangxi number 1
11   crude," to read it precisely, but go ahead.
12        Q.  (By Ms. O'Dell)  Did I read that
13   correctly?
14        A.  Other than the corrections by counsel, I
15   think so.
16        Q.  Mr. Downey, is it your understanding
17   that an Imerys employee was present at the mine
18   when talc for Johnson & Johnson was being mined?
19        MR. PROST:  Object to form.
20        A.  On occasion, I believe so.
21        Q.  (By Ms. O'Dell)  When you mean "on
22   occasion," you're talking about the yearly visits
23   or biannual visits?
24        A.  However frequently they were done by
25   Mr. Bergstrom or Robert, yes.

Page 365

1         Q.  And so there's a difference -- I'm
2    asking you a different question than just were
3    there different occasions where an Imerys employee
4    might visit a mine, or visit the Zhizhua Mine.
5         I'm asking, during the time periods when
6    talc that was going to be supplied to
7    Johnson & Johnson was being mined, was an Imerys
8    employee overseeing the mining process?
9         A.  You mean for the entirety of the mining
10   campaign?
11        Q.  Yes.  Yes.
12        A.  I don't know about the entirety of the
13   mining campaign.
14        Q.  That's not your understanding, that an
15   Imerys employee was there for the entire mining
16   campaign, correct?
17        A.  I don't know.  I don't have that
18   information.
19        Q.  Well, according to Mr. Bergstrom, he
20   visits at least twice a year, correct?
21        A.  Yes.
22        Q.  Let me back up just a moment,
23   Mr. Downey.
24        Walk the jury through the mining process at
25   the Zhizhua mine in terms of extraction to the

Page 366

1    processing that took place, to whatever degree it
2    was processed in China, and then I want to take --
3    have you take us through the process from China to
4    Houston.  And so why don't you walk us through your
5    understanding.
6         A.  Okay.  Can I refer to my notes?
7         Q.  Yeah, sure.
8         A.  Okay.  So Guangxi number 2 is
9    campaign-mined.  And by that I mean the --
10   generally speaking, a mine campaign is when you're
11   going out to do something in a dedicated fashion,
12   that you're going out with the specific intent to
13   go out to produce Guangxi number 2 for a certain
14   time period, or for a certain volume of production.
15        The Guangxi 2 is located in a limited area
16   of the mine, and they use selective mining, which
17   is visual sorting in the pit as it's -- as the rock
18   is being mined.
19        Then it goes to a screening and sorting
20   plant -- or first of all, it's screened to
21   different size fractions.  The lumps are -- the
22   lumps are then hand sorted, and the hand-sorted
23   lumps become Guangxi number 2 for export.  The
24   fines are used in other grades, not Guangxi
25   number 2.

Page 367

1         It's sampled after the screening-and-sorting
2    stage.  A large composite sample is taken at the
3    production line.  It's also stored after it's been
4    screened and sorted.  It's stored on a concrete
5    storage area.
6         So the mining occurs, I think, two or three
7    hours away by truck of where the sorting and
8    screening is done.  My understanding is that's
9    where Guilin Guiguang have a manufacturing plant
10   where they produce their own talc powder products
11   at that facility, but that's also the stage where
12   the screening and sorting is done.
13        So then once the Guangxi number 2 has been
14   sampled and stockpiled on a concrete storage area,
15   then, when the shipment is arranged -- when the
16   shipment's been arranged, then the material is
17   transferred to the port.  And at the port facility,
18   they also have protocols to make sure that all of
19   the equipment and trucks that are used to handle
20   the talc, that they are all clean.  So all of
21   the -- all the trucks and loading equipment are
22   washed before using for talc.
23        There's also a traffic-management system at
24   the port to disallow vehicles to go into the area
25   where the talc is being stockpiled other than the

28 (Pages 364 to 367)

Patrick Downey

Page 368

1    equipment that's already been cleaned.
2         Any spillage at the port is collected on
3    tarps, and it's rejected due to potential
4    contamination of anything that might be at the
5    port.
6         They have dedicated stockyards at the port
7    for Guangxi number 2.  And when it's at the port in
8    these dedicated stockyards, it's covered by
9    tarpaulins when it's stored there.
10        There are also instructions regarding no
11   storage of potential contaminants nearby.  For
12   example, other minerals, you know, whether it's
13   coal or something else that might be moving through
14   the port and being temporarily stored there, or
15   other things that could potentially contaminate,
16   there are instructions regarding all that.
17        So all the logistics of what the port is
18   doing need to be worked out in advance so that all
19   of this can be accommodated according to their
20   procedures.
21        Q.  Okay.  Is that -- you've taken us --
22   you've walked us from the mine to the port?
23        A.  Right.  I'm not quite done at the port.
24        Q.  Okay.  What else?
25        A.  During the loading procedure when

Page 369

1    they're loading the ship, if, at a nearby berth,
2    another ship is loading something else, or even on
3    the same ship, they're loading something into a
4    different hold that is potentially a contaminant,
5    they stop loading.  So there are protocols to guard
6    against contamination during transport.
7         Q.  The talc -- do you need to take a break?
8         MR. PROST:  He lost his coaster.
9         THE WITNESS:  The coaster was stuck to the
10   bottom of the cup.
11        Q.  (By Ms. O'Dell)  The talc crude, just
12   make sure I'm clear, when it's transported, you
13   know, to the port by truck, it's in loose form.
14   It's not put in bags or anything like that.
15        It's loose, and then it's dumped onto the
16   concrete holding area at the port, and then at some
17   point, it is then put in the hold on the ship; is
18   that fair?
19        A.  The lumps are loose, but they're in a
20   covered truck.
21        Q.  Covered truck.  But they're not bagged
22   or anything.  They remain loose within the truck.
23   They're dumped.  They continue to remain loose.
24   And then they are, at some point, moved by tractor.
25        Those lumps or the talc is then moved into

Page 370

1    the hull of the ship, correct?
2         A.  Well --
3         Q.  Or berth of the ship?
4         A.  Well, during transport, they are stored
5    in the truck as lumps.
6         Q.  Okay.  That answers my question.
7         A.  And covered.
8         Q.  I've seen some references to bags, and I
9    just wanted to make sure they were not bagged --
10   the talc was not bagged at that point.
11        A.  That's -- yeah.  I don't believe so.
12        Q.  All right.  Let me ask you, before you
13   turn away from Exhibit 42, I think it's one we were
14   just looking at, Exhibit 42, I'm going to ask you
15   to turn to page 823.  823.  And if you'll recall,
16   this is a memorandum that was written by
17   Mr. Crouse.
18        A.  The 1997?
19        Q.  Yes.  And he makes some recommendations.
20        He says, lower portion of the paragraph, "A
21   Luzenac representative should be available at the
22   mine during the mining and sorting process in order
23   to confirm that the order is being handled per
24   negotiated contract parameters"; did I read that
25   correctly?

Page 371

1         MR. SILVER:  Same objection as to scope.
2    The witness can answer.
3         A.  That's what it says.
4         Q.  (By Ms. O'Dell)  And it's your
5    understanding that Luzenac, or Imerys
6    representative, is not present at the Zhizhua Mine
7    when crude 2 talc is mined for sale to
8    Johnson & Johnson, correct?
9         MR. PROST:  Object to form.
10        Q.  (By Ms. O'Dell)  That a -- let me see if
11   I can address the objection.
12        As I understood your description of the
13   process, an Imerys employee is not physically
14   present to supervise the mining and sorting process
15   in relation to Guangxi 2 crude?
16        MR. PROST:  Objection.
17        A.  It's my understanding that that's done
18   on an audit basis, not on a continual basis.
19   They're not there during the entire mining
20   campaign.
21        Q.  (By Ms. O'Dell)  Okay.  Then Mr. Crouse
22   goes on to say, "Meeting the ore at the port will
23   never allow us to control the quality and chemistry
24   of the crude we are ordering"; did I read that
25   correctly?

29 (Pages 368 to 371)

Patrick Downey

Page 372

1    A. That's what it says.
2    Q. We've been talking about different types
3 of ore, Guangxi 2, Guangxi 2A, I think we
4 referenced.
5    What's the difference between Guangxi 2 and
6 Guangxi 2A?
7    A. I don't know. If there's document that
8 might speak to that.
9    Q. Who is Jim Kopp? K-o-p-p.
10    A. Jim was -- yes. He was the former
11 manager of the Houston plant.
12    Q. And the Houston plant is the Imerys
13 processing plant where the Chinese ore that will be
14 sold to Johnson & Johnson is processed, correct?
15    A. That's correct.
16    Q. Let me show you what I'm going to mark
17 as Exhibit 43.
18    (Exhibit 43 was marked for identification.)
19    MS. O'DELL: And I only have one copy of it,
20 I'm sorry to say.
21    Q. (By Ms. O'Dell) It's an e-mail, and
22 I'll try to walk us through together in a way that
23 you can read it. And I think you'll be able to see
24 it.
25    MR. PROST: Can we have a Bates stamp,

Page 373

1 please?
2    MS. O'DELL: It's Exhibit 43, IMERYS 058991.
3    Q. (By Ms. O'Dell) Okay?
4    A. Would you mind if I read it? Because
5 it's hard for me to see that far.
6    Q. Okay. How about you take a look at it
7 and then hand it back to me and then we can put it
8 up on the --
9    A. That's fine.
10    Q. -- screen.
11    A. (Document reviewed.)
12    Q. All right. Quickly.
13    This is a -- appears to be a June 7th, 2006,
14 e-mail. It's in French. I don't know French, but
15 I'm just -- I believe that's June. So June 7,
16 2006. It's from Jim Kopp, the manager in Houston?
17    A. Mm-hmm.
18    Q. Processing plant, to J.F. Robert?
19    A. Yes.
20    Q. And Mr. Kopp asks, "Can you describe the
21 difference between Guangxi 2 and Guangxi 2A to me?
22 And should these two crudes be blended together as
23 we unload them or should we keep them separate?"
24    And then J.F. Robert replies, "As far as the
25 two grades are concerned, there is no difference.

Page 374

1 They come from the same deposit."
2    We're talking about talc deposit, correct?
3    A. Yes.
4    Q. "Mineralogy, whiteness and behavior and
5 application are the same, but the suppliers are
6 different. Guangxi 2A is produced by Guinguang
7 whereas Guangxi 2 is produced by Huamei. The two
8 different names are due to historical reasons so
9 they can be mixed together and we have already done
10 it many times (Number 2 is used to replace 2A when
11 shortage). In fact, they normally arrive already
12 mixed"; did I read that correctly?
13    A. That's what it says.
14    Q. And would it be true that Guangxi 2 and
15 Guangxi 2A were blended together when sold to
16 Johnson & Johnson?
17    MR. PROST: Object to form.
18    A. From that document, I cannot tell.
19 Mr. Kopp, when he received the e-mail, he said,
20 "Let's discuss." So they were going to evaluate.
21 I don't see other information.
22    And as far as Mr. Robert says, that could
23 have been -- he may have been talking about the
24 sourcing and supply for the plants in Europe.
25    So I can't tell from that document.

Page 375

1    Q. Is there any employee of Imerys Talc
2 America that regularly audits the Zhizhua mine
3 operation?
4    MR. PROST: Object to form.
5    A. It's my understanding, not from Imerys
6 Talc America.
7    Q. (By Ms. O'Dell) That responsibility is
8 delegated to Mr. Bergstrom, who's an employee of
9 Imerys Talc Europe?
10    MR. PROST: Objection.
11    A. That function is performed by him.
12 That's my understanding.
13    Q. (By Ms. O'Dell) When the mine is
14 audited by -- let me strike that and start again.
15    Has anyone from Imerys Talc America or any
16 other Imerys entity had access to the drill cores
17 from the Zhizhua mine?
18    MR. PROST: Objection.
19    A. Has anybody from where? From?
20    Q. (By Ms. O'Dell) I said Imerys Talc
21 America or any other Imerys entities, to your
22 knowledge, had access to the drill cores of the
23 Zhizhua mine?
24    A. I don't know.
25    Q. Has any employee of Imerys Talc America

Page 376

1  or any other related Imerys entities had access to
2  core logs from drilling that's taken place at the
3  Zhizhua mine?
4      MR. PROST:  Object to form.
5      A. I'm not aware if they have.
6      Q. (By Ms. O'Dell)  Have you seen, in your
7  preparation for your testimony today, any core logs
8  from the Zhizhua mine?
9      A. No.  If I did, they'd be in Chinese, and
10 I wouldn't know how to read them anyway.
11     Q. Maybe, maybe not.  You don't know, one
12 way or the other.
13     A. Well, if they were in Chinese, I know
14 that I couldn't read them.
15     Q. You haven't seen any --
16     A. No, I haven't.
17     Q. The answer is "no"?
18     A. I haven't seen any.
19     VIDEOGRAPHER:  About an hour and a half
20 left.
21     MS. O'DELL:  Let's go off the record.
22     VIDEOGRAPHER:  Off the record at 2:10.
23     (Recess taken.)
24     VIDEOGRAPHER:  We are back on the record
25 at 2:28.

Page 377

1      Q. (By Ms. O'Dell)  In terms of the mining
2  operations and the sorting process that takes place
3  in China, what efforts -- or what actions do Imerys
4  undertake to ensure that the talc supplied from the
5  Zhizhua mine is within specification?
6      A. Generally speaking, it's my
7  understanding that the mine is periodically
8  audited.  And we received a certification from the
9  miner that the product meets our specifications.
10     Q. What actions does Imerys take to ensure
11 that the certification provided by the mining
12 company is accurate?
13     A. Well, once we receive the ore in
14 Houston, we receive it into the plant.  We
15 quarantine it.  As it's being received, we build a
16 large composite representative sample of it.  We
17 batch it through the plant, making various
18 finished-product typical samples from it.  Those
19 aren't finished goods that are sold to customers.
20 That material is still quarantined.
21     We send those samples to Denver or our San
22 Jose lab.  And Julie Pier or her team does the
23 analyses on those for us.  So we confirm with our
24 own testing that the ore meets our specifications
25 before we use it.

Page 378

1      Q. Does Imerys do any testing of the ore
2  while it is in China?
3      A. We may test it from time to time, but
4  it's not our ore until we purchase it.
5      Q. I'll rephrase the question.  Do Imerys
6  employees -- strike that.  Start again.
7      Does Imerys conduct any systematic testing
8  of the Guangxi 2A ore while it is in China?  Yes or
9  no?
10     A. I don't know the detail of that part of
11 the sourcing.  The ore 2A -- we don't own the ore
12 until we execute the purchase.  And once we receive
13 it into our Houston plant, we do our own exhaustive
14 and rigorous testing to assure ourselves that it
15 meets the specifications before we use it.
16     Q. So you're not aware of any activities
17 for testing the ore that Imerys undertakes while it
18 is in China, true?
19     A. I'm not aware of the details.
20     Q. And to your knowledge, Imerys has no
21 consistent presence of an employee in China, true?
22     MR. PROST:  Object to form.
23     A. What do you mean by "consistent"?
24     Q. (By Ms. O'Dell)  I mean like on a
25 continual basis, there's not an Imerys employee

Page 379

1  assigned to be at the mines in China?
2      And specifically, just to make sure my
3  question's clear, there's no Imerys employee that's
4  assigned to be at the Zhizhua mine on an ongoing
5  basis, true?
6      A. You mean continuously?
7      Q. Yes.
8      A. I don't believe we have an Imerys
9  employee continually there.
10     Q. During audits and when you have
11 represented that Imerys or talc Europe employee,
12 Mr. Bergstrom, is allowed to access to the mine,
13 these audit trips you've mentioned, during those
14 occasions, are samples taken for testing as a part
15 of that audit process?
16     A. I don't know the details of that, but I
17 would expect that samples will be taken.
18     Q. You don't know that?
19     A. I don't know that for certain.
20     Q. And during audits, are Imerys
21 personnel -- let me ask it this way:  During -- do
22 Imerys employees have access to all areas of the
23 Zhizhua mine that are used to source talc that is
24 sold to J&J?
25     MR. PROST:  Object to form.

31 (Pages 376 to 379)

Patrick Downey

Page 380

1   A. Based on my notes and the conversation
2   with Mr. Bergstrom, the area of the mine from which
3   Guangxi number 2 material is mined, I would expect
4   that he would have access to that area of the mine.
5   Q. (By Ms. O'Dell) But you don't know that
6   for certain, true?
7   A. I didn't ask him that.
8   Q. Let me ask you to look at what I'm going
9   to mark as Exhibit 44.
10  (Exhibit 44 was marked for identification.)
11  MS. O'DELL: It's IMERYS 286003.
12  Q. (By Ms. O'Dell) Have you seen this
13  flowchart before?
14  A. I've seen something similar, but the
15  top-right section, I haven't seen one with that
16  type of information on it.
17  Q. Are you talking about the box --
18  A. Yes.
19  Q. -- where it says, "Title"?
20  A. Yeah.
21  Q. And this is dated October 23rd, 2002?
22  A. Yes.
23  Q. And it's prepared by Michael Clark.
24  Do you know who Mr. Clark is?
25  A. He was a quality manager at the Houston

Page 381

1   plant.
2   Q. Is this a flowchart of the process for
3   the manufacture of at least Imerys' portion of the
4   manufacturing of Johnson & Johnson's talcum-powder
5   products from the mine through the transportation
6   process to America and then through a manufacturing
7   or processing process at the Houston facility?
8   A. I haven't had a chance to really examine
9   it in detail, but generally, it seems to cover the
10  ore from when it's mined and graded to its receipt
11  and as it's processed and through filling of a rail
12  car.
13  Q. Let me -- since you're not familiar with
14  that document, let me see if you're familiar with
15  Exhibit 45.
16  (Exhibit 45 was marked for identification.)
17  MS. O'DELL: And it's IMERYS 2505958.
18  Q. (By Ms. O'Dell) This is a copy of a
19  PowerPoint presentation, Rio Tinto Minerals,
20  Luzenac, in Houston, operation, "Welcome
21  Johnson & Johnson," June 2005.
22  Have you seen this document before?
23  A. No.
24  Q. If you'll turn to page 3, which is a
25  slide entitled "Chain of Custody" -- do you see

Page 382

1   that? Do you see that?
2   A. Yes.
3   Q. And this is a chain of custody -- a
4   slide about chain of custody. And, in part, it's
5   called "Mine-to-Market Chain of Custody."
6   And that's referring to the talc being mined
7   at the Zhizhua mine, through each step of the
8   process, through Houston, correct?
9   A. Generally speaking. It's a -- probably
10  a high-level overview. The other flowchart had
11  many more steps in here.
12  Q. Right. Let me -- it says, "Gather
13  samples for testing in" -- is that Toulouse?
14  A. Which box?
15  Q. First box on the top.
16  A. Oh, okay. I'm sorry. Yes.
17  Q. What's that referring to when it says
18  "Gathering samples for testing in Toulouse"?
19  A. Toulouse, France.
20  Q. And what's in Toulouse, France, to your
21  knowledge?
22  A. We have a laboratory, or Imerys -- an
23  Imerys entity has a laboratory there.
24  Q. You said "we," but it's Imerys Talc
25  Europe, correct?

Page 383

1   A. Yes. Imerys Talc Europe.
2   Q. What testing is performed in Toulouse?
3   A. I don't recall.
4   Q. Turn the page, sir. You'll see it
5   says -- a slide entitled "Guilin Guiguang Talc
6   Development Company." You talked about them.
7   They're the mining company, right?
8   A. Yes.
9   Q. And it has a copy of a certification.
10  It says, "...hereby certify that the talc lumps
11  produced from our mines and sold under our name
12  brand is FREE of asbestos. Our production is
13  checked on a regular basis and tested every quarter
14  by the independent lab of Guangxi Shy University
15  for asbestos and fibers in compliance with
16  international regulations."
17  What type of testing is done at the Guangxi
18  University lab, if you know?
19  A. I'm not sure. I think that it might be
20  on the certificate that's been produced.
21  Q. What --
22  A. I thought I saw an exemplar here.
23  Q. Okay. I think you may be talking about
24  the slide that has a certificate like this
25  (indicating). And it has "Inspection Certificate

32 (Pages 380 to 383)

Patrick Downey

Page 384

1    of Quality"?
2         A.  Yes.
3         Q.  Do you see that?
4         A.  Mm-hmm.
5         Q.  This certificate does not have any
6    results for asbestos testing, correct?
7         A.  This particular one, I don't see it.  I
8    have seen examples that do.  It's my understanding
9    they've been produced.
10        Q.  Let me ask you to turn over to a slide
11   entitled "Imported Crude Ores Specifications."
12        And this is a specification of the crude ore
13   for, you know, purposes of supplying talc to
14   Johnson & Johnson; do you see that?
15        A.  I don't see Johnson & Johnson's name on
16   here.
17        Q.  And I assume that because this
18   presentation is to Johnson & Johnson, so it doesn't
19   have Johnson & Johnson on that slide, but certainly
20   this is a presentation that was given by Rio Tinto
21   Minerals or Luzenac employees to some personnel
22   from Johnson & Johnson.
23        And it says -- do you see the
24   specifications, the lump size?  That's referring to
25   the sizes -- size of the talc rocks, correct?

Page 385

1         A.  Yes.
2         Q.  And it says specifications are between
3    30 and 500 millimeters; is that correct?
4         A.  Yes.
5         Q.  And I've written it on here because I'm
6    not very good with metrics, but that's 1.2 inches
7    to 1.64 feet.
8         A.  That sounds about right.
9         Q.  Let me ask you now to take a look at
10   Exhibit 46.  It is IMERYS 244919.
11        (Exhibit 46 was marked for identification.)
12        Q.  (By Ms. O'Dell)  Have you seen this
13   document before, Mr. Downey?
14        A.  (Document reviewed.)  Parts of it look
15   familiar.  I don't know if I've seen this version,
16   but I think I've seen something similar.
17        Q.  This is a document entitled a "J&J/WW
18   Talc Supplier Assessment Questionnaire."
19        And at the bottom it says it's June 23rd,
20   2009; do you see that?
21        A.  Yes.
22        Q.  And this is a talc-supplier
23   questionnaire for Rio Tinto Minerals, Luzenac,
24   correct?
25        A.  Yes.

Page 386

1         Q.  And question 1 says, "What specific
2    address and identification of the source of the
3    talc mine?"  And you and I have talked about it a
4    little bit, but it says the Guiguang Mine, Shaman
5    Municipality, Long Sheng County, Guangxi Province,
6    People's Republic of China.
7         Is the Guiguang Mine -- is that another
8    reference to the Zhizhua mine but just using
9    another name?
10        MR. PROST:  Object to form.
11        Q.  (By Ms. O'Dell)  Or do you know?
12        A.  I can't tell from this whether there --
13   it may have used the Guiguang Talc Development
14   Company as the name of the mine accidentally.
15        Q.  All right.  Turn over to page 7 -- I
16   mean, excuse me, page 2, and you'll see question 7:
17   "Does the supplier," meaning Rio Tinto Luzenac,
18   "have a SOP," standard operating procedure,
19   "outlining their requirements for mine
20   qualification?"
21        And the answer over here is, "Yes we have
22   internal written procedures," and it has a document
23   listed, "Mine Qualification SOP."
24        In your preparation for your deposition, had
25   you seen a copy of mine qualification standard

Page 387

1    operating procedure?
2         A.  Not that I recall.
3         Q.  Were you aware, until I asked you the
4    question, that there was such a thing as a mine
5    qualification standard operating procedure?
6         A.  I'm sorry.  I was reading it.
7         Q.  Before I ask you a question, let me just
8    strike that and start again.
9         Were you aware that there was such a thing
10   as a mine qualification SOP?
11        A.  A written SOP?  I've seen other things,
12   but not "SOP" attached to it.
13        Q.  If you'll turn over to page 3,
14   question 13 says, "Describe the overall ongoing
15   program for Mine oversight"; do you see that?
16        A.  Yes.
17        Q.  And it says, "The oversight is based on
18   regular mine visits (3 to 4 per year) including
19   audits (safety, environment, quality) and
20   discussions with the operations management."
21        This says three to four times per year, but
22   according to Mr. Bergstrom, it's actually two times
23   a year.
24        MR. PROST:  Object to form.
25        Q.  (By Ms. O'Dell)  Correct?

Patrick Downey

| Page 388 | Page 390 |
|---|---|

**Page 388**

1  A. At this time, that's what he said.  This
2  was in 2009.
3  Q. And it says that includes sampling
4  testing of shipments and testing samples on
5  supplier's request.
6  Has the Guilin Guiguang mining company asked
7  that Imerys test samples?
8  A. I don't know.
9  Q. And then it says, (as read:)  On a
10  regular basis the lots checked -- excuse me,
11  regular basis, the talc lots prepared for shipment
12  are checked by RTM representative who performs a
13  visual inspection, survey loading operation at the
14  Chinese port.
15  What's the purpose of that visual
16  inspection?
17  A. It's an inspection regarding -- it's a
18  visual inspection to make sure that the ore hasn't
19  been contaminated at the port.
20  Q. And it refers it a "RTM representative."
21  Who -- is that -- when it says
22  "representative," is that referring to an RTM
23  employee -- or a Rio Tinto employee?
24  A. In this document, it referenced either
25  an employee or a contractor that would survey the

**Page 389**

1  ship and the hold to make sure that everything is
2  clean.
3  Q. What contractor is engaged by RTM Imerys
4  to inspect the ore at the port in China?
5  A. I don't know the name of the contractor
6  or the company.
7  Q. Do you know the scope of their work?
8  A. Part of the scope is listed here on
9  2085958.
10  Q. But you don't know the entire scope of
11  their work in relation to the activities at the
12  port?
13  A. Generally speaking, I know that they
14  inspect the ship's hold for cleanliness.  They
15  inspect the port facilities for storage for
16  cleanliness.  They're doing a visual inspection of
17  the ore to make sure that it hasn't been
18  contaminated.
19  They also -- they're called the surveyor,
20  and they make a survey of the ship to determine the
21  weight of the talc that's been loaded on the ship.
22  Q. I'll show you what I'm marking as
23  Exhibit 47.
24  (Exhibit 47 was marked for identification.)
25  MS. O'DELL:  And it has Bates stamp

**Page 390**

1  IMERYS 074887.
2  Q. (By Ms. O'Dell)  Have you seen this
3  document before?
4  A. I don't believe I have.
5  Q. And this is a PowerPoint entitled the
6  "Geology, Mining, Processing and Surface
7  Properties."  Should have begun by saying "Talc
8  Geology, Mining, Processing and Surface Properties"
9  by E.F. McCarthy -- that'd be Ed McCarthy -- in
10  May of 2014, correct?
11  A. Yes.
12  Q. And in regard to -- let me see if I can
13  get that in focus here.  Okay.
14  It's a slide titled "Talc Geology -
15  Overview."  It is about eight pages into the
16  document.
17  Do you see that?
18  A. Yes.
19  Q. And this is a talc overview that covers
20  China; do you see that?
21  MR. PROST:  Object to form.
22  A. It says "China" there.
23  Q. (By Ms. O'Dell)  It says, "Occurs as a
24  relatively pure mineral and as a mixture with other
25  minerals," and it lists chlorite, magnesite,

**Page 391**

1  tremolite, and quartz are the major accessory
2  minerals; do you see that?
3  A. Yes.
4  Q. And it goes on to say that China
5  produces almost 40 percent of the world's supply
6  and is the world's largest exporter; do you see
7  that?
8  MR. PROST:  Object to form.
9  A. That's what it says.
10  Q. (By Ms. O'Dell)  And do you have any
11  reason to disagree with that?
12  MR. PROST:  Objection.
13  A. No.
14  Q. (By Ms. O'Dell)  And the next slide says
15  there are four different paths to talc formation.
16  And the first listed is metasedimentary.  And it
17  lists that -- China as a country where the talc
18  deposits are a metasedimentary; do you see that?
19  A. Yes.
20  Q. Any reason to disagree with that?
21  A. Not that I know of.
22  Q. Let's turn further to the next page.
23  And it says --
24  MR. SILVER:  Excuse me.  The copy the
25  witness has doesn't have a Bates number, but you

Patrick Downey

Page 392

1    read a Bates number into the record, correct?  Did
2    we produce this in native form?
3        MS. O'DELL:  That's correct.
4        MR. SILVER:  Okay.  So just so we understand
5    this, and there was another exhibit, you guys put
6    the Bates number on after the fact?
7        MS. O'DELL:  Yes.  We printed it in PDF and
8    made a footer with a Bates number to make it clear,
9    but that -- this is newly produced and --
10       MR. SILVER:  Okay.  Is there any
11   representation, or can you give me a representation
12   that other than adding the Bates number you didn't
13   make any changes to the actual document?
14       MS. O'DELL:  I will represent that to you
15   100 percent, sure and certain, I have not modified
16   the PowerPoint.
17       MR. SILVER:  I have satisfied -- I have
18   satisfied the curiosity.  Thank you.
19       MS. O'DELL:  All right.
20       Q.  (By Ms. O'Dell)  Are there with -- are
21   we on the same page now, Mr. Downey?  It says,
22   (as read:)  Talc of metasedimentary origin have
23   large amounts of chlorite with the host rock --
24   excuse me -- when the host rock is micaceous," and
25   it includes China, right?

Page 393

1        A.  That's what it says.
2        Q.  And it says, up above, "Talc of
3    ultramafic origin," Finland and Vermont, it says
4    Finland and Vermont, "will have large amounts of
5    magnesium carbonate."  That's --
6        MR. PROST:  Sorry.  Object to form.
7        Q.  (By Ms. O'Dell)  Did I read that
8    correctly?
9        A.  I believe so.
10       Q.  Do you have any reason to disagree with
11   that?
12       A.  No.
13       Q.  Okay.
14       A.  Well, I don't know about Finland,
15   so . . .
16       Q.  Well, I'm focused on Vermont, so I
17   didn't ask about Finland.
18       Okay.  Let me ask you to turn to -- it's
19   about 20 pages into the document -- to a carbonate
20   slide entitled "Typical Chinese Talc
21   Beneficiation."  I'll give you a minute to turn
22   there.  "Typical Chinese Talc Beneficiation."
23       A.  I think we're getting closer.
24       Q.  Yeah, there you go.
25       A.  There we go.

Page 394

1        Q.  All right.  Do you see that?
2        And this is -- there's a picture of two, it
3    looks like, females with carts and talc rocks; do
4    you see that?
5        MR. PROST:  Object to form.
6        A.  Looks like they're pushing carts with
7    stones.
8        Q.  (By Ms. O'Dell)  Most likely talc rocks,
9    correct?
10       A.  Most likely, yes, but they're not
11   identified.
12       Q.  And it says, "3 to 5 employees (2 to 3
13   sorters) per kton of ore"; do you see that?
14       A.  Yes.
15       Q.  And this is a picture of the
16   hand-sorting -- part of the hand-sorting process in
17   China, correct?
18       MR. PROST:  Object to form.
19       A.  By the title of the slide, that would
20   seem to be indicated, but it doesn't say where.
21       Q.  (By Ms. O'Dell)  Okay.  But it's in
22   China, and ostensibly it's -- well, this is a
23   presentation about Chinese talc, and that's what it
24   describes in China.  That's what the picture it's
25   given for the beneficiation process in China,

Page 395

1    correct?
2        A.  For this slide of that presentation,
3    yes.
4        Q.  I'll just leave it at that time.
5        Is there any other processing that takes
6    place in China besides hand-sorting?
7        A.  Screening.
8        Q.  And what's the purpose for screening?
9        A.  The screening is a process that removes
10   the fines, in this case, I think the minus
11   30-millimeter fraction, so it was a screen at about
12   1.2 inches, by your math.
13       And depending on what's being screened,
14   there can be some beneficiation that occurs at that
15   stage.
16       Q.  And what kind of beneficiation would
17   that be?
18       A.  Again, it depends on the particular
19   deposit.  In some cases, certain minerals will
20   segregate to the fines fraction, so it depends.
21       Q.  I'm asking specifically, and I should
22   have been clear, specifically in regard to the
23   Zhizhua mine and the processing that is performed
24   on talc that's going to be sold to
25   Johnson & Johnson, is there any other beneficiation

35 (Pages 392 to 395)

Patrick Downey

Page 396

1    process that is undertaken in China besides
2    hand-sorting and the screening --
3        A.  Screening.
4        Q.  -- screening to remove the fines?
5        A.  Is there any other beneficiation?  Well,
6    certainly, the selective mining is always the first
7    step of beneficiation.
8        Q.  Excuse me.  I'm talking about out of --
9    it comes out of the mine and it's -- first it's
10   hand sorted and then it's screened to remove the
11   fine material.  You're calling them "fines" --
12       A.  That's right.
13       Q.  -- f-i-n-e-s, but that means the fine
14   material?
15       A.  That's correct.  But, again,
16   beneficiation begins with selective mining.
17       Q.  All right.  Fair enough.  I have a
18   couple of other areas that I'm going to cover, so
19   I'm going to change subjects.
20           We talked about the Chinese mine.  We talked
21   about the process in China, hand sorting and
22   screening.  The Chinese talc is then transported to
23   the U.S., goes through the Houston process, and
24   once -- the processing plant.  And then it is, you
25   said, loaded onto a rail car for purposes of being

Page 397

1    supplied to J&J's bottler, correct?
2        A.  Generally speaking, yes, it is.
3        Q.  And Johnson & Johnson's Baby Powder is
4    bottled in Royston, Georgia; do you understand
5    that?
6        A.  Yes.
7        Q.  And previously, before they sold the
8    company, is it your understanding that
9    Johnson & Johnson's Shower to Shower product was
10   bottled in a facility in Missouri?
11       MR. PROST:  Object to form.
12       Q.  (By Ms. O'Dell)  Correct?
13       A.  My general knowledge of J&J's activity
14   was that their products were bottled in Royston,
15   Georgia.
16       Q.  Is -- are you aware that, since 2006,
17   Imerys has issued a materials safety data sheet in
18   relation to its talc sold to Johnson & Johnson that
19   includes a warning for ovarian cancer?
20       MR. PROST:  Object to form.
21       A.  I'm aware of an MSDS that we've supplied
22   that includes information about ovarian cancer.
23       Q.  (By Ms. O'Dell)  How is that --
24   beginning in 2006 to the present date, how is that
25   materials safety data sheet conveyed to the

Page 398

1    Johnson & Johnson bottling subcontractor?
2        MR. PROST:  Object to form; outside the
3    scope.
4        A.  Generally speaking, it's sent to them.
5        Q.  (By Ms. O'Dell)  Electronically?
6        MR. PROST:  Same objection.
7        A.  Either electronically or via mail.
8    Because we don't have a package in which we can
9    ship it to them, we ship in bulk.  We are a bulk
10   supplier.  We are -- we're shipping material to
11   them, so we have to have it -- we're shipping in
12   bulk, so we have to have a different mechanism to
13   be able to provide the MSDS with it.
14       Q.  (By Ms. O'Dell)  In other words, if
15   you're transporting -- the product's being
16   transported from the processing plant in Houston to
17   Royston, Georgia, by rail car, there's no really
18   good place to attach a materials safety data sheet?
19       A.  Yeah.  They'd fly away in the winds.
20       Q.  That's -- yes.
21       MR. PROST:  Object to form; outside the
22   scope.
23       Q.  Okay.  I'm going to transition and talk
24   about, for just a few minutes, the West Windsor
25   processing plant in Vermont.

Page 399

1        A.  Okay.
2        Q.  The West Windsor processing plant was a
3    float-feed plant, correct?
4        A.  It was a flotation plant.
5        Q.  And I'm going to show you what I've
6    marked as Exhibit 44 [sic].
7        (Exhibit 48 was marked for identification.)
8        MS. O'DELL:  And that is document -- the
9    Bates stamp is IMERYS 419470.
10       MR. PROST:  You didn't mean 44, right?  You
11   meant 48?
12       MS. O'DELL:  I did.  48.  I'm sorry.
13       Q.  (By Ms. O'Dell)  You'd been to the West
14   Windsor processing plant, correct?
15       A.  Yes, a couple years before it was shut
16   down.
17       Q.  And it was shut down in 2003, correct?
18       A.  Yes.
19       Q.  Which -- it was shut down at the time
20   that the talc for Johnson & Johnson's talcum-powder
21   products stopped being sourced in Vermont and
22   started being sourced in China, correct?
23       A.  That's correct.
24       Q.  And I want to ask you to turn to page
25   Bates ending 479.

36 (Pages 396 to 399)

Patrick Downey

Page 400

1     A. I don't think that's in my . . .
2         MR. PROST:  Yeah.  It doesn't go that far.
3     Mine doesn't.
4         MS. O'DELL:  The beginning Bates is 419470
5     in your document.
6         MR. PROST:  It's 308374.
7         MR. SILVER:  No, 308384.
8         Q.  (By Ms. O'Dell)  Can I see what I've
9     handed you?  Maybe somehow the wrong -- wrong
10    document . . .
11        Okay.  I'm ask you to look at page 392 of
12    Exhibit 48 and ask, Mr. Downey, is that an accurate
13    description of the flotation process of the West
14    Windsor Mill?
15        A. (Document reviewed.)  I would say so,
16    yes.
17        Q.  What reagents were used as a part of the
18    West Windsor processing plant?
19        A. I don't know if it says in this document
20    or not.  I think I might have seen this before.  It
21    might be MIBC.  MIBC.
22        Q.  What does that refer to?
23        A. I'm drawing a blank right now.  I just
24    recall that.
25        Q.  As you're sitting here today, you're not

Page 401

1     able to tell us what chemical reagents were used as
2     part of the flotation process at the West Windsor
3     Mill?
4         A. Based on my recollection, it was MIBC.
5     I'm just drawing a blank on what that stands for
6     right now.
7         Q.  It was a flotation process that took
8     place at Windsor.
9         And what was the purpose of that flotation
10    process?
11        A. Generally speaking, froth flotation is a
12    beneficiation process by which minerals can be
13    separated based on physical characteristics that
14    can be -- based on the difference of physical
15    characteristics of the minerals that can be
16    exploited by chemistry, so to speak.  You create a
17    slurry of the crushed and milled to a liberation
18    point of the minerals.  So first of all, you have
19    to make sure that the minerals are broken up enough
20    and liberated so that one's not going to drag.
21    They're still not attached.  That's what
22    "liberation" means.
23        And so you make a slurry of the minerals
24    feed.  And with the slurry, you can add chemicals,
25    reagents, that will specifically target the

Page 402

1     chemistry of minerals so you can add a frothing
2     agent as a collector, as an example, that will --
3     and in this slurry, you also create bubbles.
4     That's how you get the froth.  That's what "froth
5     flotation" means.
6         And as the bubbles rise through the column
7     of this slurry, the surface chemistry of the bubble
8     with this flotation reagent added to it, and in
9     this example, will attach to the talc.  It'll
10    collect the talc onto the bubble and rise it to the
11    top with the froth, whereas the carbonate gangue
12    mineral doesn't have the same surface chemistry, so
13    it's not going to attach to the bubble, so it won't
14    rise.
15        So you get talc that's rising, being floated
16    to the top of this slurry, and the carbonate
17    minerals don't, so they're depressed, and so you
18    get this separation.  And you do that through a
19    series of tanks.  You keep doing it over and over
20    and over again until, at the end of the process,
21    you have a concentrate of talc where you have
22    increased the purity of it from what you began
23    with.
24        Q.  And the purpose of that process is to
25    remove impurities or unwanted minerals from the

Page 403

1     talc ore, correct?
2         A. Yeah.  To remove the gangue minerals.
3         Q.  And what -- I can't hear what you're
4     saying.
5         A. Gangue, g-a-n-g-u-e.
6         Q.  How does that -- long does that frothing
7     process, moving from tank to tank, typically take?
8         A. I don't recall, for the Windsor plant,
9     how long that takes.  It would go through a number
10    of cells, through roughers and cleaners.
11        Q.  Do you recall how large the flotation
12    tanks were at the West Windsor Mill?
13        A. I don't.
14        Q.  And reagents or chemicals were added to
15    the slurry, and that slurry is the talc ore plus
16    water plus chemicals, correct?
17        A. Yes.
18        Q.  And you referred to MIBC?
19        A. I think that's what it was.
20        Q.  Are you familiar with methyl isobutyl
21    carbinol?
22        A. That sounds familiar.
23        Q.  Is that a frother?
24        A. I think so.  I can't remember at this
25    time, but I think that's what it was.

37 (Pages 400 to 403)

Patrick Downey

Page 404

1    Q.  Is there also a collection agent used
2  to, you know, make the talc adhere or collect?
3    A.  Well, talc is -- it's a unique mineral.
4  And it's kind of a natural floater.  So you don't
5  need -- my general understanding -- and I'm not --
6  I'm not skilled in the art of flotation, so to
7  speak, but I know generally how it works.
8    But I think that it doesn't take much of the
9  MIBC to enhance the separation.
10    Q.  What efforts did you undertake to
11  familiarize yourself with the West Windsor process
12  in preparation for your deposition today?
13    A.  I had reviewed other materials earlier
14  this year about flotation about West Windsor.
15    Q.  And just to verify, you don't use a --
16  it's your understanding that a collection agent is
17  not used as a part of the Windsor froth flotation
18  process?
19    A.  I'm going off my memory.  I don't recall
20  if there were other reagents used.
21    Q.  Do you know if there are any other
22  chemicals that were used as a part of the West
23  Windsor processing plant?
24    A.  In what regard?  In flotation?
25    Q.  Yeah.  In terms of the flotation

Page 405

1  process -- let me ask a better question -- were
2  there any other chemicals added to the flotation
3  process?
4    A.  There might have been.  I just don't
5  recall.  And they might have done testing on some.
6    Q.  Who would have, either Imerys current or
7  former employee, information about the West Windsor
8  Mill process?
9    A.  In terms of the chemistry or what
10  chemicals were used?
11    Q.  Chemistry and also the -- you know, the
12  mechanics of the process, how it happened, the
13  machinery involved, the -- or equipment involved,
14  the chemicals that were involved in the process.
15    A.  That plant's been shut down.  I spoke
16  with Robin Reilly.  She was familiar with,
17  generally, flow sheet of it, but her role was over
18  at Ludlow where she was testing samples that had
19  come from West Windsor.
20    Q.  Was hydrochloric acid a chemical that
21  was used in the process, to your knowledge?
22    A.  I don't recall.
23    Q.  Let me ask you to turn back to
24  Exhibit 48.
25    And while I do that, if asbestos fibers were

Page 406

1  in the talc ore that was being processed at the
2  West Windsor facility, certainly one of the
3  purposes of that beneficiation process would be to
4  remove any fibrous material.
5    MR. PROST:  Object to form.
6    Q.  (By Ms. O'Dell)  True?
7    A.  I don't recall whether or not that could
8  be done.  My understanding is that the ore control
9  began with selective mining, and then we increased
10  the purity of the talc at the flotation
11  concentrator, but I'm generally not aware of
12  whether or not it was the intent of the flotation
13  process, so I don't know.
14    Q.  The flotation process was intended to
15  remove contaminants.  We've agreed on that?
16    A.  To remove the gangue minerals.  To
17  generally increase the purity of the talc.
18    Q.  To remove the unwanted minerals?
19    A.  Yeah.
20    Q.  And certainly asbestos was in the ore
21  itself.  Was it one of the purposes of the
22  beneficiation process to remove material like that?
23    MR. PROST:  Object to form.
24    A.  It might have, but it's my understanding
25  that that was done with selective mining at the

Page 407

1  mining stage.
2    Q.  (By Ms. O'Dell)  And the only effort
3  made to ensure that asbestos fibers were not a part
4  of the talc ore was selective mining, according to
5  your understanding?
6    MR. PROST:  Objection.
7    A.  Well, it's an understanding of the
8  overall geology of the deposit that informs how
9  selective mining is done.
10    Q.  (By Ms. O'Dell)  So the answer to my
11  question is "yes"?
12    MR. PROST:  Object.
13    A.  I don't know if -- I'm not familiar, and
14  I don't know if flotation was intended to remove
15  asbestos, but to my knowledge, our products don't
16  contain asbestos, so . . .
17    Q.  (By Ms. O'Dell)  Let me ask you to take
18  a look at what I'm marking as Exhibit 49.
19    (Exhibit 49 was marked for identification.)
20    Q.  (By Ms. O'Dell)  This is a PowerPoint
21  presentation, IMERYS 3081025.
22    And if you'll turn -- well, first, before I
23  ask you to do that, this is a PowerPoint
24  presentation prepared by Ed McCarthy,
25  February 2010?

38  (Pages 404 to 407)

Patrick Downey

Page 408

1    A. That's what the cover page indicates.
2    Q. And I'd ask you to turn to page Bates
3  ending 030. Sorry. I pulled the wrong page.
4  Excuse me. 032.
5    A. Can you give me a moment to familiarize
6  myself? (Document reviewed.)
7    Q. Have you seen this PowerPoint before?
8    A. No. Well, some of it seems repetitive
9  to one of the other ones we just saw, but I haven't
10 seen this particular one.
11   Q. Okay. Turn to 032. Do you see that?
12 The title of the slide is "Talc of Ultramafic
13 Origin." And Mr. McCarthy lists Vermont as having
14 talc of that type.
15   We agree on that, don't we?
16   A. Yes.
17   Q. And he says, "Talc of Ultramafic
18 Origin," last bullet, should "Not be used for
19 cosmetics unless beneficiated by flotation"; do you
20 see that?
21   MR. PROST: Object to form.
22   A. That's what it says.
23   MR. PROST: Well, to be clear, the word
24 "should" not be used. The word "should" was not in
25 there.

Page 409

1    Q. (By Ms. O'Dell) Okay. It says, "Not
2  used for cosmetics unless beneficiated by
3  flotation."
4    A. That's what it says.
5    Q. Is that fair?
6    And we've been talking about the flotation
7  process at Vermont, and that's West Windsor, true?
8    A. Yes.
9    Q. And -- so according to Mr. McCarthy,
10 that if you use talc for Vermont and use the
11 flotation process, then it appears he thinks that's
12 okay for cosmetics --
13   MR. PROST: Object to form.
14   Q. (By Ms. O'Dell) -- is that a fair
15 summary?
16   A. You're putting words in his mouth.
17 I'm -- I'm -- I don't know what you mean by that.
18   Q. Okay. Well, I'm just saying, not --
19 that ultramafic -- talc of ultramafic origin, he
20 says, "Not used for cosmetics unless beneficiated
21 by flotation"?
22   A. Well, the ultramafic talc deposits are,
23 you know, somewhere around 50 percent talc, so, by
24 definition, they're -- they don't meet the criteria
25 for cosmetic talc. You have to do something with

Page 410

1  them.
2    Q. Okay. And fair enough. Let me ask you
3  to turn to page ending 081043, ending 43. Are you
4  on the page, sir? "Talc Beneficiation," do you see
5  that? Then it has, second bullet, "Rejection of
6  fibrous minerals"; do you see that?
7    A. Yes.
8    Q. "Can be selectively rejected and levels
9  reduced by flotation and manual sorting, but they
10 cannot be eliminated to meet cosmetic standards";
11 do you see that?
12   MR. PROST: Object to form.
13   A. That's what it says.
14   Q. (By Ms. O'Dell) That's right.
15   And in this -- in the context of Imerys'
16 supply of talc for purposes of Johnson & Johnson's
17 talcum-powder products, West Windsor would be a
18 flotation process, true?
19   MR. PROST: Object to form.
20   A. Yes.
21   Q. (By Ms. O'Dell) The Chinese mines would
22 be a manual sorting beneficiation process, true?
23   A. Sorting and screening is what we
24 discussed.
25   Q. Okay. And that's China, true?

Page 411

1    A. Pardon?
2    Q. That's in China, correct?
3    A. Well, in China. I don't know if he's
4  specifically referencing that, but -- I think he's
5  making general statements about beneficiation.
6    Q. But the process -- the beneficiation
7  process in China is manual sorting, correct?
8    MR. PROST: Object to form.
9    A. Beneficiation process in China, as we
10 discussed earlier, begins with selective mining in
11 the pit, and it also includes screening and manual
12 sorting.
13   Q. (By Ms. O'Dell) And according to
14 Mr. McCarthy, these procedures, flotation and
15 manual sorting, cannot eliminate fibrous minerals
16 to meet cosmetic standards --
17   MR. PROST: Object to form.
18   A. (By Ms. O'Dell) -- isn't that the
19 import of that bullet in this PowerPoint?
20   MR. PROST: Objection.
21   A. He said that, but in the context of what
22 type of deposit he's specifically talking about,
23 the variation -- or the different types of deposit,
24 you know, one of the slides earlier is all the talc
25 deposits are different. And they are different.

Patrick Downey

Page 412

1    And you need to consider the differences in the
2    geology of the talc deposits and the differences in
3    how it's mined.
4        Taken on its face, I would -- I don't know
5    why he was stating this because, for years and
6    years and years, we made cosmetic-grade product
7    from West Windsor and also from Houston.  So -- and
8    I know that Ed is well aware of that.  So I don't
9    know what he was saying with regards to what he
10   meant here.
11       Q.  (By Ms. O'Dell)  He is technical
12   director at Imerys when he's writing this
13   PowerPoint.  And he states that -- and he's
14   referring to fibrous minerals -- "Can be
15   selectively rejected and levels reduced by
16   flotation and manual sorting, but they," referring
17   to fibrous minerals, "cannot be eliminated to meet
18   cosmetic standards," correct?  It's what he states.
19       It's what he states, correct?
20       MR. PROST:  Objection.
21       A.  I think you're cherry-picking from a
22   document.  He stated it that way.  I don't disagree
23   that he used those words on this page.  I don't
24   understand the context by which he means, because I
25   know that Mr. McCarthy was quite aware of the fact

Page 413

1    that we can and did and continue to do -- produce
2    cosmetic-grade talc at West Windsor as well as in
3    Houston.
4        Q.  (By Ms. O'Dell)  He goes on to say,
5    "Only strong acid digestion, which is not an
6    economically viable process, can completely
7    eliminate these contaminants," talking about
8    fibrous minerals; did I read that correctly?
9        A.  You read it correctly, but, again, I do
10   not know the context of which Mr. McCarthy was
11   making these statements.  We skipped over several
12   pages.  I don't know if he has -- if he was trying
13   to explain different subtleties, but I do know that
14   Mr. McCarthy is well aware that we make cosmetic
15   grade from West Windsor and Houston, and that our
16   products meet the cosmetic standards and do not
17   contain asbestos.
18       MS. O'DELL:  Let's take a quick break.
19       MR. PROST:  Sure.
20       VIDEOGRAPHER:  Going off the record at 3:30.
21       (Recess taken.)
22       VIDEOGRAPHER:  We're back on the record at
23   3:54.
24   //
25   //

Page 414

1                EXAMINATION
2    BY MS. SCOTT:
3        Q.  Good afternoon, Mr. Downey.  My name is
4    Carmen Scott.  We met yesterday.  I am also
5    representing the plaintiffs in this action.  I'm
6    going to ask you a few questions this afternoon.
7    I'm going to apologize for a couple of things.  I
8    apparently have a summer cold, and so my voice is a
9    little bit foggy.  I also tend to speak quickly
10   sometimes.  If I do that, I understand you're a
11   little hard of hearing, please ask me to slow down,
12   enunciate better, I will do all those things for
13   you, okay?
14       A.  That sounds good.  Thanks.
15       Q.  Let me start by asking you something --
16   we met here yesterday for your deposition, and we
17   were here for a long day, correct?
18       A.  Yes.
19       Q.  Did you speak to anyone last night
20   regarding your testimony in this matter?
21       MR. PROST:  Objection.
22       A.  In terms of specifics?
23       Q.  (By Ms. Scott)  In terms of -- yes,
24   let's start with specifics.
25       MR. PROST:  Obviously, don't talk about

Page 415

1    anything you talked about with counsel.
2        A.  I told my wife how the day went, but I
3    didn't tell her any specifics that I test -- you
4    know.
5        Q.  (By Ms. Scott)  Did you speak to anyone
6    else?
7        A.  I spoke to Andrew Cary, but I don't
8    recall speaking of specifics.
9        Q.  And tell us who Andrew Cary is.
10       A.  He's counsel with Gordon & Rees.
11       Q.  Did you speak to anyone who is a current
12   employee at Imerys regarding your testimony in this
13   case?
14       A.  No.
15       Q.  Did you speak to any former employees of
16   Imerys about your testimony?
17       A.  No.
18       Q.  Anyone else that you spoke to about your
19   testimony?
20       A.  No.
21       Q.  Or about this matter in general?
22       A.  No.
23       Q.  We've talked a little bit about sampling
24   over the past day and a half.  What I want to ask
25   you is just a couple general questions about

Patrick Downey

Page 416

1  sampling and the process of sampling.
2     What is the purpose of sampling?
3     A. The purpose is to get a representative
4  fraction of the material that you're trying to gain
5  some knowledge about, you know, to do some sort of
6  analyses on.
7     Q. Is it fair to say sampling is a way of
8  trying to determine what is in the mine that you're
9  mining for whatever purpose?
10    A. For quite a variety of purposes, but
11 yes.
12    Q. Okay. And is a purpose of sampling also
13 to determine whether the materials being mined are
14 safe for their intended uses?
15    MR. PROST: Object to form.
16    A. Well, I mean, the purpose of sampling is
17 to get material on which you can do quite a variety
18 of testing, and whether that's at the mining stage
19 or at finished-product stage, you know, that would
20 include all of the specifications for the product.
21    Q. (By Ms. Scott) Tell me about the
22 role -- well, let me back up.
23    Who is responsible for taking samples, in
24 general?
25    MR. PROST: Object to form.

Page 417

1     A. It really depends on at what stage.
2     Q. (By Ms. Scott) Okay. Let's talk about
3  in the pit.
4     A. Okay.
5     Q. Okay. Who's responsible for taking
6  samples in the pit?
7     MR. PROST: Object to form.
8     A. The geologist will take the samples from
9  the blast holes in the pit.
10    Q. (By Ms. Scott) Tell me when the -- what
11 is the role of the mine operator?
12    MR. PROST: Object to form.
13    A. What do you mean "mine operator"?
14    Q. (By Ms. Scott) Is there a title -- is
15 there a mine operator?
16    MR. PROST: Object to form.
17    A. Are you -- are you asking about an
18 equipment operator or --
19    Q. (By Ms. Scott) And that was a bad
20 question, so let me back up.
21    Is there someone who -- at the mine -- who
22 has overall responsibility for managing the entire
23 process?
24    MR. PROST: Objection.
25    A. That typically would be the mine manager

Page 418

1  or in some cases of a small site that has
2  different, you know -- like a mill and a mine, it
3  might be the site manager.
4     Q. (By Ms. Scott) Okay. And that mine
5  manager or that site manager, does that individual
6  have responsibility for overseeing the loading of
7  ore?
8     MR. PROST: Objection to form.
9     A. What do you mean? The loading of ore at
10 what stage?
11    Q. (By Ms. Scott) Well, at every stage.
12 I'm asking you whether there is someone with
13 ultimate responsibility at the mine for overseeing
14 all the operations.
15    MR. PROST: Object to form.
16    A. It depends on the particular mine, how
17 big it is, you know. Is there a lot of staff?
18 From operation to operation, it depends whether,
19 you know, there's a single manager at a mine or a
20 manager across multiple sites. So it really
21 depends.
22    Q. (By Ms. Scott) Okay. And let me be
23 more specific, then.
24    At Argonaut, was there a specific mine
25 operator, one person, who oversaw the entire

Page 419

1  operation?
2     MR. PROST: Object to form.
3     A. That oversaw just the operation of the
4  mine? I'm trying to be helpful. I just am having
5  a hard time -- I don't know that we're
6  communicating on the same plane.
7     Q. (By Ms. Scott) Sure. And I appreciate
8  that. I'm just trying to figure out, of all the
9  employees at the mine, of all the different levels
10 and the chain of operation at the mine, if there's
11 someone at the top who's responsible for all of it.
12    MR. PROST: Object to form.
13    A. Generally, there can be a mine manager.
14    Q. (By Ms. Scott) Okay. Was there a mine
15 manager in place at Argonaut?
16    MR. PROST: Object to form.
17    A. I think, at different periods, there may
18 have been a mine manager. In other cases, it may
19 have been a site manager, so it depends on time.
20    Q. (By Ms. Scott) Okay. And if the single
21 individual was not in control, is it fair to say
22 that there were various individuals at the
23 different operation sites within the mine that
24 would have responsibility for those individual
25 sites?

41 (Pages 416 to 419)

Patrick Downey

Page 420

1    MR. PROST: Objection.
2    A. Well, now you're saying "the mine," and
3  these sites might be more than just a mine, so I'm
4  just trying to be as careful as I can to answer
5  your question in the context of what I have
6  knowledge of.
7    Q. (By Ms. Scott) Sure. And I used the
8  term "sites," and I shouldn't have used the term
9  "sites."
10    Other than the person ultimately responsible
11  at Argonaut for some period of time, there are
12  different operations that happen within the mine,
13  correct?
14    MR. PROST: Objection to form.
15    A. Let's say different functions.
16    Q. (By Ms. Scott) Different functions,
17  okay.
18    And for those different functions, was there
19  an individual who had ultimate responsibility for
20  that function in the mine?
21    MR. PROST: Objection.
22    A. Generally so. I mean, like, the
23  geologists, you know, they have responsibilities
24  for the geology, the ore control, the development
25  drilling, the blast drilling, all that stuff.

Page 421

1    Q. (By Ms. Scott) Okay. And who did the
2  geologist report to?
3    A. Depending, again, on time, it could be
4  the mine manager or it could be off-site.
5    Q. But it varied over time?
6    A. I believe it varied over time.
7    Q. Regarding sampling, in general, if ore
8  was recognized as being variable in quality, was
9  sampling taken from that ore more often?
10    MR. PROST: Object to form.
11    A. I don't know what you mean by "more
12  often."
13    Q. (By Ms. Scott) More often than a
14  standard operating procedure might require.
15    MR. PROST: Objection.
16    A. Do you mean more often spatially or
17  temporally?
18    Q. (By Ms. Scott) Both.
19    A. Perhaps. I mean, I'm --
20    Q. You don't know?
21    A. No, I'm just -- I'm trying to get a
22  sense for what you mean by -- by "variability."
23    Q. Okay. Well, is it fair to say that
24  within mines, there can be variability of the
25  mineral within the ore?

Page 422

1    MR. PROST: Objection; form.
2    A. Variability of mineral -- what do you
3  mean by "mineral in the ore"?
4    Q. (By Ms. Scott) Okay. Well, we'll come
5  back to that. How about that?
6    We'll take a look at a couple of different
7  SOPs in a moment, but how is it determined what
8  amount is taken for a sample?
9    MR. PROST: Object to form.
10    A. How is it determined?
11    Q. (By Ms. Scott) Mm-hmm.
12    A. Generally speaking, to get a
13  representative sample. That's generally what
14  determines that.
15    Q. And tell me what you mean by
16  "representative."
17    MR. PROST: Object to form.
18    A. Generally speaking, a sample that would
19  be representative of the overall material that is
20  being sampled.
21    Q. (By Ms. Scott) Okay. Is there any way
22  to quantify what a representative sample would be
23  for a given mine?
24    MR. PROST: Object to form.
25    A. I think it depends on the parameter

Page 423

1  that's being analyzed, and that can vary.
2    Q. (By Ms. Scott) Okay. And what do you
3  mean "the parameter that's being analyzed"?
4    A. Whether it's the overall chemistry,
5  specific mineralogy, color. It really depends.
6    Q. And so does that amount that equals the
7  representative amount -- does that vary based on
8  whether you're looking for color or mineralogy,
9  et cetera?
10    MR. PROST: Object to form.
11    A. I'm not sure what you're asking. Can
12  you have it read back?
13    Q. (By Ms. Scott) Yeah. Well, let me
14  rephrase it. What I'm just generally trying to
15  figure out is -- we see the term "representative
16  sample." We've talked about the term
17  "representative sample," but how -- who determines
18  that the sample, the amount taken and how it's
19  taken, is actually representative? What is that
20  based on?
21    MR. PROST: Object to form.
22    A. Generally, it's the repeatability, that
23  if you take another sample from the same area,
24  you'll get the same or similar results within a
25  certain tolerance.

Patrick Downey

---

Page 424

```
 1        Q. (By Ms. Scott)  We talked a little bit
 2    earlier today, and some yesterday, about extracting
 3    ore for cosmetic talc.
 4        Do you remember those discussions?
 5        A. I remember some.
 6        Q. Okay.  Sure.  Fair enough.
 7        And as I recall your testimony, correct me
 8    if I'm wrong, a lot of the -- well, the
 9    determination of which ore to pull depends on the
10    equipment operators; is that fair?
11        MR. PROST:  Object to form.
12        A. The decision to --
13        MR. PROST:  Misstates testimony.
14        A. I'm not sure what you mean by "the
15    decision to pull."
16        Q. (By Ms. Scott)  The decision to take
17    from the mine, a particular area of the mine, that
18    depended on the equipment operators?
19        MR. PROST:  Object to form; misstates
20    testimony.
21        A. Well, the decision on where to mine and
22    what to mine would be from the geologist.  You
23    know, that would be communicated to the operator.
24    The actual maneuvering of the machine in order to
25    execute that activity would be the role of the
```

Page 425

```
 1    equipment operator.
 2        Q. (By Ms. Scott)  But as I understood your
 3    testimony, that equipment operator has some
 4    discretion to determine what to grab with that
 5    equipment?
 6        MR. PROST:  Object to form.
 7        A. I don't really know what you mean by
 8    "discretion."  He needs to meet the requirements as
 9    established by the geologist to meet the quality of
10    the ore.
11        Q. (By Ms. Scott)  And is it left up to the
12    equipment operator to determine whether that
13    operator is taking quality ore?
14        MR. PROST:  Objection.
15        A. I don't know what you mean by "left up
16    to the operator."
17        Q. (By Ms. Scott)  Well, okay.  I
18    understand your testimony to say that the equipment
19    operators had to determine, by color, whether the
20    ore was cosmetic-grade or not.
21        MR. PROST:  Objection.
22        A. Color is one of many attributes that the
23    shovel operator could use, along with instruction
24    from the geologist as well as information about the
25    quality that was derived from blast-hole
```

Page 426

```
 1    information.  So it's not -- it's not just visual.
 2    There's a lot of information that is utilized to
 3    make the decisions on selective mining.  And it's
 4    not one single person that makes that decision.
 5    It's an informed choice informed by data as well as
 6    the geology as well as experience.
 7        Q. (By Ms. Scott)  Okay.  And do you have
 8    any understanding as to what training equipment
 9    operators in China undergo prior to undertaking the
10    job of selective mining?
11        MR. PROST:  Object to form.
12        A. No.
13        Q. (By Ms. Scott)  And as I understand your
14    testimony from yesterday, you're not aware of
15    any -- of whether or what type of training
16    equipment operators in Vermont undertook prior to
17    engaging in selective mining; is that correct?
18        MR. PROST:  Objection.
19        A. I don't recall my specific testimony,
20    but generally, I don't know the detail of their
21    training.
22        Q. (By Ms. Scott)  Mr. Downey, is it fair
23    to say that ore bodies are complex?
24        A. They can be, some of them.
25        Q. And they can include several different
```

Page 427

```
 1    rock types?
 2        A. Some can.
 3        Q. And is it fair to say that veins of
 4    different rock can run from one ore site to another
 5    ore site?
 6        MR. PROST:  Object to form.
 7        A. Ask that again.
 8        Q. (By Ms. Scott)  Sure.  Is it fair to say
 9    that veins of different rock can run from one ore
10    site to another ore site?
11        A. "Vein" is actually a term that I
12    normally use for ore itself.
13        Q. When we're talking about the different
14    formations of rock, they don't form in perfect
15    cylinders perpendicular to the earth, correct?
16        A. Are we talking about talc?
17        Q. We're talking about different rocks,
18    different types of -- different types of minerals.
19        A. Well, there are some basalt type that
20    actually do form cylinder column.
21        Q. Okay.  Fair enough.  Okay.
22        Does talc form in perfect perpendicular
23    cylinders?
24        A. No.
25        Q. And we've seen that from some of the
```

43 (Pages 424 to 427)

Patrick Downey

Page 428

1    testimony earlier, that when the cores are pulled,
2    we see different types of minerals throughout the
3    several hundred feet of core that are pulled; is
4    that right?
5        A.  Sure.  Mm-hmm.
6        Q.  And would the same be fair to say for
7    minerals that we might consider to be hazardous,
8    that they don't form in perfect perpendicular
9    cylinders?
10       MR. PROST:  Object to form.
11       A.  That really depends on where, but
12   generally speaking, I don't know that they form in
13   perfect cylinders, as you asked.
14       Q.  (By Ms. Scott)  Sure.  So if ore is
15   taken from one site and then another -- strike
16   that.
17       If ore is taken from one drill hole and then
18   taken from another drill hole ten or a hundred feet
19   away, we're not guaranteed the same type of
20   minerals in each of those drill holes, even if
21   they're a relative proximity of one another,
22   correct?
23       MR. PROST:  Objection.
24       A.  I don't know what you mean by "or taken
25   from" one drill hole versus another.

Page 429

1        Q.  (By Ms. Scott)  Okay.  Core.  If core is
2    taken from one drill hole and then another ten feet
3    away, we're not guaranteed to see the same types of
4    minerals in those cores, correct?
5        A.  The same types of minerals?
6        Q.  Right.
7        A.  Depending on the geology, the same types
8    of minerals can be present.
9        Q.  But it's not guaranteed, correct?
10       A.  Guaranteed.  I suppose not.
11       Q.  Okay.  Therefore, would it not be
12   accurate -- strike that.
13       Would it be more accurate to sample from
14   each drill hole rather than a composite of drill
15   holes to determine what minerals are within the
16   drill hole?
17       MR. PROST:  Object to form.
18       A.  I'm not sure what you're asking.
19       Q.  (By Ms. Scott)  Okay.  In looking at a
20   particular area on a map where core samples are
21   taken, does Imerys abide by a particular percentage
22   of the area that should be sampled?
23       MR. PROST:  Object to form.
24       A.  Percentage of an area?
25       Q.  (By Ms. Scott)  Right.

Page 430

1        A.  My recollection is that we drill the ore
2    body at the exploration stage on a drill spacing of
3    X many feet, and right now, I'm drawing a blank on
4    what that is.  Then we further refine that and do
5    development drilling on closer spacing, and then we
6    do blast-hole drilling down to about eight-foot
7    centers.
8        So we continue to gather information at
9    closer and closer intervals.  The closer it comes
10   to the period in which we're actually going to be
11   extracting and mining the ore and removing the
12   waste.
13       Q.  Would you agree that it's important to
14   have a representative sample site for each area or
15   region of the mine that is intended to be used for
16   cosmetic talc purposes?
17       MR. PROST:  Object to form.
18       A.  Ask again.
19       Q.  (By Ms. Scott)  Sure.
20       A.  Because I don't know that I'm really
21   following that question.
22       Q.  Okay.  Do you agree that it's important
23   to have a representative sample for each area or
24   region of the mine that is intended to be used for
25   cosmetic talc?

Page 431

1        A.  Yeah.
2        Q.  Explain the process of blast sites.
3        What happens when blasting occurs to produce
4    ore?
5        MR. PROST:  Object to form.
6        A.  Generally or specifically?
7        Q.  (By Ms. Scott)  Generally and then
8    specifically.  How about that?
9        A.  I shouldn't have asked.
10       You begin by drilling holes on a specific
11   pattern or interval.  It can be a rectangular
12   pattern or a square pattern, typically.  You then
13   place an initiator device, like a booster, and
14   blasting cap at the bottom of the hole, and then
15   you put a column of blasting material on top of
16   that, in the hole.  And then you confine that with
17   either crushed stone or grill cuttings from the
18   collar of the hole that are pushed back in the hole
19   to confine the blasting agent.  Actually, what the
20   purpose is, to confine the blasting energy so that
21   that energy is transmitted into the rock to
22   fracture the rock so that you can dig it.  So
23   that's what you do on one hole.
24       And for a particular blast of whatever the
25   pattern is, you put the boosters in all of the

44 (Pages 428 to 431)

Patrick Downey

| Page 432 |
|---|
| 1    holes and fill them in the manner in which I just |
| 2    described. |
| 3         Then you also use timing delays that are a |
| 4    combination of what we call down-hole delays and |
| 5    surface delays.  And what those are are timers that |
| 6    sequence the initiation of the blast in the holes. |
| 7    And the timing and the pattern on which you do that |
| 8    is how you control the blast.  And in many cases, |
| 9    an operator will choose to blast waste and not |
| 10   blast ore in the same -- in the same -- we call |
| 11   them "shot," and then come in later and drill out |
| 12   the holes in the ore area or fill the holes that |
| 13   had already been drilled and identified as ore, |
| 14   fill those similarly, design the pattern to control |
| 15   the fragmentation and any directional blasting, |
| 16   and, you know, make those blasts separately. |
| 17        Q. Okay.  Is there ore that is extracted |
| 18   from blast holes? |
| 19        A. What's left from the hole in the ground |
| 20   is a hole, so . . . |
| 21        Q. Okay.  What is discrete sampling? |
| 22        A. I'm sorry? |
| 23        Q. What is discrete sampling? |
| 24        A. Probably depending on the purpose, would |
| 25   be maybe just a grab sample of just a particular |

| Page 433 |
|---|
| 1    item. |
| 2         Q. So as opposed to composite sampling, it |
| 3    would be an individual sample from an individual |
| 4    area; is that fair? |
| 5         A. I'd really need more context. |
| 6         Q. Sure.  Let me ask it this way. |
| 7         In discrete sampling, if a contaminant is |
| 8    found, you would have an idea of how -- of that |
| 9    area to avoid for future mining, correct? |
| 10        MR. PROST:  Object to form. |
| 11        A. I don't know what you mean by |
| 12   "contaminant."  Where it is relative, you know, |
| 13   what it is, you know, I don't know how to answer |
| 14   your question. |
| 15        Q. (By Ms. Scott)  In discrete sampling, if |
| 16   tremolite was found, would Imerys know to avoid |
| 17   that area for future mining for cosmetic talc use? |
| 18        MR. PROST:  Object to form. |
| 19        A. I'd say yes. |
| 20        Q. (By Ms. Scott)  And composite sampling |
| 21   is a combination of multiple discrete lots; is that |
| 22   fair? |
| 23        A. I don't know if I'd characterize it |
| 24   quite like that. |
| 25        Q. Okay.  How would you characterize it? |

| Page 434 |
|---|
| 1         A. Well, for example, down-hole compositing |
| 2    would be to composite several intervals that are |
| 3    adjacent to each other.  Typically, you don't |
| 4    typically cross a rock-type boundary with a |
| 5    composite sample.  You end at the -- the composite |
| 6    would terminate if it transitions into a different |
| 7    rock type, unless the -- there's a repeating |
| 8    sequence of one rock type versus another and |
| 9    they're closely spaced, and then you might take a |
| 10   sample that represents that zone so that you can |
| 11   understand, in general, tightly spaced, what that |
| 12   would be.  But, I mean, we're talking generalities. |
| 13        Q. Sure.  Do you disagree that within the |
| 14   Argonaut -- excuse me, within West Windsor that |
| 15   there were composite samples made from different |
| 16   areas that were not necessarily in the same |
| 17   interval? |
| 18        MR. PROST:  Object to form. |
| 19        A. Can you read the question again? |
| 20        Q. (By Ms. Scott)  Sure.  Do you disagree |
| 21   that within West Windsor, that there were composite |
| 22   samples made from different areas that were not |
| 23   necessarily in the same interval? |
| 24        A. Well, Windsor's the float plant, so -- |
| 25        Q. I'm sorry.  In -- let's just say |

| Page 435 |
|---|
| 1    Vermont. |
| 2         MR. PROST:  Object to form. |
| 3         A. Ask again, please. |
| 4         Q. (By Ms. Scott)  Sure.  Well, let me ask |
| 5    a different question. |
| 6         Do you disagree that at any mines in which |
| 7    Imerys has or had control over, the composite |
| 8    sampling was made of multiple discrete lots versus |
| 9    material within the same interval? |
| 10        MR. PROST:  Object to form; outside the |
| 11   scope. |
| 12        A. I would need to see what was being |
| 13   composited to really be able to answer your |
| 14   question.  That is different sampling for different |
| 15   purposes. |
| 16        Q. (By Ms. Scott)  Do you agree that most |
| 17   of the sampling that was conducted at Imerys was |
| 18   composite sampling? |
| 19        MR. PROST:  Object to form. |
| 20        A. I don't think I have any idea how to |
| 21   even determine "most" in that case. |
| 22        Q. (By Ms. Scott)  What other -- well, |
| 23   strike that. |
| 24        What is a certificate of analysis? |
| 25        A. It's a document that we supply to our |

45 (Pages 432 to 435)

Patrick Downey

| Page 436 |
|---|

1    customers that indicates to them the specifications
2    of the product and whether or not the product that
3    was manufactured for them at that specific time --
4    whether or not it met those specifications.
5        Q.  And is a certificate of analysis tied to
6    a single source within the mine, a single source, a
7    discrete sample, so to speak?
8        MR. PROST:  Object to form.
9        Q.  (By Ms. Scott)  I think the answer's
10   going to be no.  Let me back up.
11       Is a certificate of analysis based on a
12   composite sample?
13       MR. PROST:  Object to form.
14       A.  A certificate of analysis is made on
15   finished goods.  So we were talking about sampling
16   at the mine, and now you've jumped to
17   finished-goods sampling.  So I want to make sure
18   we're understanding each other and not talking
19   about mining samples, because your first question
20   was, did it relate to a discrete sample in the
21   mine?  So we're talking about finished-good
22   sampling.
23       Q.  (By Ms. Scott)  Okay.  And how does
24   Imerys determine the traceability that a -- for the
25   minerals that are subject to a certificate of

| Page 437 |
|---|

1    analysis?
2        MR. PROST:  Object to form.
3        A.  For what aspect?
4        Q.  (By Ms. Scott)  So how does Imerys
5    certify that the particular minerals subject to the
6    certificate of analysis are good for their intended
7    use?
8        MR. PROST:  Object to form.
9        Q.  (By Ms. Scott)  How do they trace those
10   minerals back?
11       A.  Trace them back where?
12       Q.  To the mine to make certain that they
13   are not contaminated.
14       MR. PROST:  Object to --
15       Q.  (By Ms. Scott)  Do they rely on samples
16   for that purpose?
17       A.  Rely on samples --
18       MR. PROST:  Just object to form.
19       A.  We conduct sampling.
20       MR. PROST:  I'm not clear if you're talking
21   about Houston or Vermont or China or -- it's --
22   that's my -- I'm -- the transcript's not clear on
23   that.
24       MS. SCOTT:  Sure.
25       //

| Page 438 |
|---|

1        (Exhibit 50 was marked for identification.)
2        Q.  (By Ms. Scott)  Mr. Downey, I'm going to
3    hand you what's been marked as Exhibit 50 to your
4    deposition.
5        A.  Can I move this back?  Because
6    otherwise, I won't be able to see you, the stack
7    got so tall.
8        Q.  You may.  Let's move it in a way that
9    doesn't disturb our court reporter, make her life
10   miserable.
11       MR. PROST:  I want to make sure we keep all
12   the exhibits maybe together toward the court
13   reporter.  I guess that's good if you want to stack
14   it there.  Is it off the camera?
15       Q.  (By Ms. Scott)  Mr. Downey, what is this
16   document?
17       MR. PROST:  Object to form.
18       A.  (Document reviewed.)  It is a 1988
19   standard operating procedure, Windsor Minerals,
20   Inc., for the procedure of sample collection.
21       Q.  (By Ms. Scott)  Okay.  And this is dated
22   January 1988, correct?
23       A.  Yes.  About a year, almost to the date,
24   prior to Cyprus acquiring Windsor Minerals.
25       Q.  Okay.  Have you seen this document

| Page 439 |
|---|

1    before?
2        A.  I'm not sure if I have or not.
3        Q.  The first paragraph reads, "The
4    following is a guide for the collection of
5    production samples.  Normal production samples will
6    be taken by laboratory technicians"; did I read
7    that correctly?
8        A.  Yes.
9        Q.  And the production samples will be taken
10   for what purpose?  To make what determinations
11   about the samples?
12       MR. PROST:  Object to form.
13       A.  It depends.  You know, it could be a
14   number of quality parameters, either finished goods
15   or in-process.  So depends.
16       Q.  (By Ms. Scott)  Okay.  At the top --
17   just under that, we see the sample for microbes; is
18   that right?  Did I read that correctly?
19       A.  It says -- okay.  Yes.
20       Q.  Okay.  And the sample is collected at
21   the microbe, grab, simpler located above the flash
22   dryers, correct?
23       A.  Yes.
24       Q.  And when we see the word "grab," is that
25   what you were talking about when I asked you about

46 (Pages 436 to 439)

Patrick Downey

Page 440

1    discrete samples earlier?
2         MR. PROST:  Object to form.
3         A.  I'm not sure.
4         Q.  (By Ms. Scott)  Okay.  Fair enough.
5         And below that in the next section, we see
6    "Sample:  66 Finished Product," right?
7         A.  Yes.
8         Q.  And sample 66, the intended use of that
9    was what?
10        MR. PROST:  Object to form; outside the
11   scope.
12        A.  The what?
13        Q.  (By Ms. Scott)  I'm sorry.  Product 66,
14   what was the intended use of product 66?
15        MR. PROST:  Objection.
16        A.  What do you mean "the intended use"?
17        Q.  (By Ms. Scott)  Was it for cosmetic
18   talc?
19        A.  Yes.
20        Q.  Do you know whether this sample
21   collection procedure was in place when Cyprus took
22   over?
23        A.  It says its effective date was one year
24   prior.  My recollection of the supply agreement
25   included reference to a whole list of standard

Page 441

1    operating procedures that J&J had in place prior to
2    the acquisition.
3         (Exhibit 51 was marked for identification.)
4         Q.  (By Ms. Scott)  Mr. Downey, I've handed
5    you what's been marked as Exhibit 51 to your
6    deposition.  And we see that this is a standard
7    operating procedure for Windsor Minerals, dated
8    June 10, 1987, and the procedure is silo
9    composites; did I read that correctly?
10        A.  Yes.
11        Q.  And have you seen this document before?
12        A.  Don't know.
13        Q.  Okay.  The first paragraph reads,
14   (as read:) A composite is prepared from the 66 or
15   99 grade shift composites.
16        A.  "96."
17        Q.  What did I say?  Did I not --
18        A.  "99."
19        Q.  I'm sorry.  "66 or 96 grade shift
20   composites."
21        Now did I read that correctly?
22        A.  I think so.
23        Q.  Okay.
24        A.  You're as tired as I am.
25        Q.  Yes.

Page 442

1         Mr. Downey, what do silos look like?
2         A.  At West Windsor, I believe they were
3    concrete silos.
4         Q.  And I grew up in the country.  Some
5    people on the jury might have, too.
6         When I think of a silo, I think of a big
7    metal bin in the middle of a field that holds corn,
8    but that's not what we're talking about here,
9    right?
10        A.  Well, this was a concrete bin, contained
11   in the West Windsor plant.  It was inside.
12        Q.  And do you know how much product a silo
13   held -- could hold?
14        MR. PROST:  Object to form.
15        A.  It depends on the diameter and the
16   height and the density of the material, so it would
17   depend.
18        Q.  (By Ms. Scott)  Okay.  We see here under
19   the procedure that the person gathering the
20   composite is to "Put one 400-milliliter ladle from
21   the 66 daily composite into the silo composite from
22   each day the production is going into that silo,"
23   correct?
24        MR. PROST:  Object to form; outside the
25   scope.

Page 443

1         A.  That's what it says.
2         Q.  (By Ms. Scott)  And you've been to West
3    Windsor; is that correct?
4         A.  Yes.  A long time ago.
5         Q.  And have you seen the silos that are
6    referenced here?
7         MR. PROST:  Object to form.
8         A.  I don't recall seeing the silos.
9         Q.  (By Ms. Scott)  After the silo was full,
10   the silo composite is mixed well, right?
11        MR. PROST:  Object to form.
12        A.  That's step number two.
13        Q.  (By Ms. Scott)  Okay.  And here, does
14   the composite mean that the ore can come from
15   places within the mine?
16        MR. PROST:  Object; outside the scope.
17        A.  What?
18        Q.  (By Ms. Scott)  Tell me what makes up
19   the composite that's being placed into the silo.
20        MR. PROST:  Objection.
21        A.  It's stated here.  From the daily
22   composite.
23        Q.  (By Ms. Scott)  Right, but what is the
24   daily composite?  What makes up the daily
25   composite?

47 (Pages 440 to 443)

Patrick Downey

Page 444

1          MR. PROST: Objection.
2          A. Grade 66 was produced on a campaign
3   basis, so as the grade 66 was being processed --
4   when the float feed was being processed for
5   grade 66, that production would be going into the
6   silo. And they would, as explained here, take
7   portions of the daily composite and use them to
8   create a composite sample for the silo and then mix
9   that sample well.
10         Q. (By Ms. Scott) Okay. So do you have
11  any knowledge of how many days and how many
12  400-milliliter ladles it takes to fill the silos
13  such that it can be mixed well in step number 2?
14         A. I don't recall.
15         Q. And the example here they give in
16  number 3, they start at June 6, 1987, and go to
17  June 10th, 1987; do you see that?
18         MR. PROST: Object to form; outside the
19  scope.
20         A. Time and date. I'm sorry. I'm just
21  trying to familiarize myself with this, so . . .
22         Q. (By Ms. Scott) Sure. Time and date
23  silo began drilling, time and date silo finished
24  drilling.
25         A. Right.

Page 445

1          Q. So that's about -- call it four or five
2   days, right?
3          MR. PROST: Object; outside the scope. Just
4   so I'm clear, the procedure is from 1987. That's
5   why I keep saying "outside the scope," but --
6          MS. SCOTT: I see.
7          MR. PROST: -- I just don't know, and I want
8   it to be clear on the record.
9          A. Your question was?
10         Q. (By Ms. Scott) Do you think that four
11  or five days is the time that it might likely take
12  to fill a silo?
13         A. This example uses about four days.
14         Q. Okay. And so can we agree that a silo
15  is not a small container?
16         A. What do you mean by "small"?
17         Q. Well, I mean, if we're holding four
18  days' worth of daily composite, can we agree that
19  it's a larger container?
20         A. Larger than a container?
21         Q. A large container.
22         MR. PROST: Object to form.
23         A. Now you're using "large" instead of
24  "small." It's a silo. Silos are usually pretty
25  big bins.

Page 446

1          Q. (By Ms. Scott) Okay. And then, from
2   that, a 4-ounce microbe cut is sent for x-ray
3   diffraction in step number 4; do you see that?
4          MR. PROST: Objection.
5          A. That's what it says.
6          Q. (By Ms. Scott) Okay. So is it fair to
7   say that based on this SOP that 4 ounces of the
8   silo that at least in the exemplar case was filled
9   over the course of about four days, that 4 ounces
10  is sent for testing?
11         MR. PROST: Objection.
12         A. That's what it appears to say, yes.
13         Q. (By Ms. Scott) And I'm not going to ask
14  you about any of the testing, but it's a sample
15  that is tested for arsenic, heavy metals, asbestos,
16  those types of things, right?
17         MR. PROST: Objection.
18         A. It said that the silo composite was
19  tested for moisture, insol, magnesium carbonate,
20  bulk density, arsenic, heavy metals and
21  water-soluble iron.
22         Q. (By Ms. Scott) And, again, what is your
23  estimate of the number of types of ore that a silo
24  could hold?
25         A. I didn't give an estimate.

Page 447

1          Q. What is your estimate?
2          A. I don't have one. I don't know what the
3   density of the material was. I don't know what the
4   diameter or the height is. I can't give you an
5   estimate.
6          Q. Did you review any documents in
7   preparation for your deposition to testify on
8   sampling that discuss the amount that a silo from
9   which samples can be taken can hold?
10         MR. PROST: Object to form.
11         A. If that was included in some of the
12  documents reviewed, I don't recall that at this
13  time.
14         Q. (By Ms. Scott) Can we agree that 4
15  ounces is a very small amount compared to the
16  amount of material that would have been contained
17  in the silo?
18         A. In this case, 4 ounces represented
19  a -- 4 ounces was a composite that represented the
20  material that was in the silo.
21         Q. And my question was, can we agree that 4
22  ounces is a very small amount compared to the large
23  amount that you expect would be contained within
24  the silo?
25         MR. PROST: Objection.

48  (Pages 444 to 447)

Page 448

1    A. It's a 4-ounce sample that was
2 representative of what was there. And I agree that
3 it's a small amount compared to what was in the
4 silo.
5    (Exhibit 52 was marked for identification.)
6    Q. (By Ms. Scott) I'm going to hand you
7 what's been marked as Exhibit 2 -- 52. Sorry.
8    And Mr. Downey, we see here that this is a
9 laboratory standard test method for Imerys talc
10 North America for loose bulk density, and it's
11 dated August 18, 2011; do you see that?
12    A. Yes.
13    Q. Have you seen this document before?
14    A. I believe I have.
15    Q. Okay. Tell me, why is -- why was it
16 important to have a standard test method for loose
17 bulk density?
18    MR. PROST: And I just wanted to say I think
19 this probably falls within Julie Pier's category,
20 but I just object on that basis. But subject to
21 that, go ahead.
22    MS. SCOTT: Sure.
23    MR. PROST: And object to form. All right.
24 Go ahead.
25    A. Ask again, please.

Page 449

1    Q. (By Ms. Scott) Okay. Strike that.
2    Let me ask you this: It says, "This test
3 method is used to determine the bulk density of
4 loose dry powders using the Scott Volumeter,"
5 correct?
6    A. Yes.
7    Q. What is a Scott volumeter?
8    A. It's a device that allows you to test
9 the loose bulk density by essentially creating a
10 free flow of material into a one-inch cube.
11    (Exhibit 53 was marked for identification.)
12    Q. (By Ms. Scott) Mr. Downey, I'm going to
13 hand you what's been marked as Exhibit 53 to your
14 deposition.
15    A. Do you have a paper clip? I just don't
16 want it to get lost.
17    Q. I'll see if I can put an exhibit sticker
18 on the one that is. Oh, look at that. How about
19 that? There might be duplicate copies here. In
20 any case, here you go.
21    Mr. Downey, we see here that this is a 1992
22 document from Cyprus Windsor Minerals Corporation
23 dated May 11, 1992, to the validation team members
24 from M.J. Keener; do you see that?
25    A. Yes.

Page 450

1    Q. Who is M.J. Keener?
2    A. He was shown below in the document. He
3 was the QA manager.
4    Q. Okay. And the subject is "Phase 2 -
5 Validation Protocol," correct?
6    A. That's what it says.
7    Q. Do you know whose -- happen to know
8 whose handwriting that might be, whose signature
9 that is in the top right-hand corner of this
10 document?
11    A. No.
12    Q. So turn to page 2 of this document for
13 me. Under "Description of Process," it describes
14 the flotation process; do you see that?
15    A. Yes.
16    Q. And at the top, we see that this is the
17 "Cyprus Windsor Minerals Cosmetic Talc Process
18 Validation Protocol," correct?
19    A. Yes.
20    Q. So here we see the flotation process
21 described that the ore from the open-pit mines is
22 trucked to Chester, Vermont, where it's crushed in
23 a jaw crusher and stored in a 60-ton bin before
24 being transported to West Windsor, and there it is
25 dumped in an ore shed or stored in a stockpile; did

Page 451

1 I read -- did I summarize that correctly?
2    MR. PROST: Object to form.
3    A. You breezed through that pretty quick,
4 but that's the general essence of it.
5    Q. (By Ms. Scott) Okay. And would all 60
6 tons of that ore be stockpiled in one single bin?
7    MR. PROST: Object to form; outside the
8 scope.
9    A. Other than what's written here, I don't
10 know how I can answer your question.
11    Q. (By Ms. Scott) Turn to the page with
12 Bates numbers, the last two numbers, 82.
13    A. I'm sorry. What was your instruction?
14    Q. Turn to the page, last two numbers 82.
15 And at the bottom, we see "Validation
16 Requirements"; do you see that?
17    A. Yes.
18    Q. "The process systems will be considered
19 validated when the following requirements have been
20 met."
21    MR. PROST: Outside the scope.
22    Q. (By Ms. Scott) Did I read that
23 correctly? Actually, it says, "have been meet,"
24 but I think they meant "have been met."
25    A. Oh, yes.

Patrick Downey

Page 452

1    Q. And do you have any idea of what
2 "validated" means in this context?
3    MR. PROST: Object to form.
4    A. Process validation.
5    Q. (By Ms. Scott) And what does that mean?
6    A. Generally speaking, you're validating
7 that the process is in control.
8    Q. And if we turn to the next page, one of
9 those requirements for validation in number 3 is
10 that "There will be no negative impact on
11 production costs with the system as defined or with
12 any alterations to the system which are deemed
13 necessary to properly control the product,"
14 correct?
15    MR. PROST: Object to form.
16    A. That's what it says. You're taking one
17 section. I don't know what it means, but . . .
18    Q. (By Ms. Scott) Okay. Well, is it fair
19 to say from this section that for the process to be
20 validated, it had to not cost more money?
21    MR. PROST: Object to form.
22    A. I don't know. It's a multi-page
23 document. That section says what it says. I don't
24 know how to interpret it unless we spend time on
25 the document.

Page 453

1    Q. (By Ms. Scott) Turn to the last two
2 pages marked 88. On this page, we see -- at the
3 top, it says "Cyprus West Windsor," correct?
4    A. Yes.
5    Q. And in the bottom right-hand corner, it
6 says, "West Windsor Mill flowchart," correct?
7    A. Yes.
8    Q. And on the top left-hand area, we see
9 25-ton ore storage.
10    Do you know what that is, what that 25-ton
11 ore storage is?
12    MR. PROST: Object to form. Talking about
13 hundred ton?
14    Q. (By Ms. Scott) 2500 ton storage?
15    MR. PROST: I think you said 25. That's
16 all.
17    A. That's where they store the ore prior to
18 feeding the plant.
19    Q. (By Ms. Scott) Okay. And then if we
20 look farther along onto the right, we see some
21 silos there; do you see those?
22    A. Oh, yes.
23    Q. Okay. And silos 1 through 6 are
24 grade 66; do you see that?
25    A. Yes.

Page 454

1    Q. Okay. And how many tons does it say
2 inside each of those boxes?
3    A. 325 tons.
4    Q. Based on this, is it fair to say that
5 the silos we were talking about earlier from which
6 a 4-ounce sample was taken for testing contained
7 approximately 325 tons?
8    MR. PROST: Object to form.
9    A. That's what the size that's indicated on
10 these.
11    Q. (By Ms. Scott) So the answer's "yes"?
12    MR. PROST: Just object to form as it
13 relates to the prior document; foundation.
14    Q. (By Ms. Scott) Is the answer "yes"?
15    A. Ask the question again, or read it back.
16    Q. Sure. Based on this document showing
17 that there are 325 tons for grade 66 talc in each
18 of the silos, and we saw a document earlier that
19 showed that a 4-ounce sample was taken from a silo
20 for testing for arsenic and heavy metals.
21    MR. PROST: Object to form.
22    A. Four ounces of a representative sample
23 was taken for analysis.
24    Q. (By Ms. Scott) Four ounces from the
25 silo was taken for analysis, correct?

Page 455

1    A. No.
2    Q. Okay.
3    (Exhibit 54 was marked for identification.)
4    Q. (By Ms. Scott) Mr. Downey, I'm going to
5 hand you what's been marked as Exhibit 54 to your
6 deposition.
7    This is a 1978 document with the subject
8 "Reducing the Number of Ore Samples Collected for
9 Analysis by McCrone Associates"; did I read that
10 correctly?
11    A. Yes. This was about ten or eleven years
12 before Cyprus purchased Windsor Minerals.
13    Q. Who is McCrone Associates?
14    MR. PROST: Object; outside the scope.
15    A. What's that?
16    Q. (By Ms. Scott) Who is McCrone
17 Associates?
18    A. They're an analytical lab.
19    Q. In the first paragraph, we see that a
20 summary of the analyses for asbestiform minerals
21 and Windsor Minerals ore samples was reported on
22 January 14, 1975, concerning a six-month study
23 on asbestiform content. "This report stated that
24 with 'greater than 99.9 percent certainty, ores and
25 materials produced from the ores at all Windsor

50 (Pages 452 to 455)

Patrick Downey

| Page 456 |
| --- |

1    Minerals locations are free from asbestos or
2    asbestiform material.'  The ore samples analyzed
3    were composites representing all materials
4    processed in the plants of Windsor Minerals from
5    June 3, 1974, to December 6, 1974."
6        And then in the next paragraph, it covers
7    mid-1975 to May 1978.  "We reduced the number of
8    samples in mid-1975 by taking biweekly composite
9    ore samples; occasionally weekly composites are
10   collected.  Biweekly composites consist of 20 to 45
11   5-gram ground ore samples, the exact number
12   depending on the shift schedule in the mills."
13       Then it goes down on to say that weekly --
14   biweekly composites were analyzed, and it goes
15   through a number of results from those analyses; do
16   you see that?
17       MR. PROST:  Object to form.
18       MR. SILVER:  I'm about to place an objection
19   as to scope, and I'm just waiting for a question
20   other than "Do you see that" before I instruct the
21   witness whether to answer or not.
22       MS. SCOTT:  Sure.  My question's actually on
23   page 2.
24       A.  I was still way on page 1.  You're on
25   page 2?  Where you at?

| Page 457 |
| --- |

1        Q.  (By Ms. Scott)  What I'm going to ask
2    you about is at the top of page 2.
3        MR. SILVER:  I'll instruct the witness to
4    listen to the question but to wait for instruction
5    from counsel before answering.
6        Q.  (By Ms. Scott)  Are you ready for my
7    question?
8        A.  Do you want me to read anything in
9    particular or are you going to read something?
10       Q.  In the top of page 2, the heading is
11   "Tracing Samples to Source."  It reads, "In using a
12   biweekly system of sample collection, we can with
13   99 percent accuracy trace samples to their source
14   at the Hammondsville Mine, and could continue to
15   trace samples to their source with a similar
16   accuracy if sampling was done on a triweekly or a
17   monthly composite basis"; did I read that
18   correctly?
19       MR. PROST:  Objection.  Can I just have a
20   continuing objection to any questions relating to
21   this document?  It's clearly not related, and
22   outside the scope.
23       A.  Your question was, did you read it
24   correctly?
25       Q.  (By Ms. Scott)  My question was, did I

| Page 458 |
| --- |

1    read it correctly?
2        MR. SILVER:  The witness can answer that
3    question.
4        A.  You read it correctly.
5        Q.  (By Ms. Scott)  Have you seen this
6    document before?
7        A.  No.  It's not an Imerys document.
8        Q.  Have you ever had any conversations with
9    anyone about the reduction of sampling at Windsor?
10       MR. PROST:  Object to form.
11       A.  This occurred a year before Cyprus
12   purchased Windsor Minerals, and no, I have not
13   discussed this subject with anyone.  This is a J&J
14   document.  I've never seen it before.
15       MR. PROST:  It might be off year to year.
16       THE WITNESS:  Pardon?  What did I say?
17       MR. PROST:  A year before.
18       THE WITNESS:  A year?  Oh, sorry.  Ten
19   years. It's 1978. Late 1978.  And the acquisition
20   was early 1989.  So a little more than ten years.
21       Q.  (By Ms. Scott)  Okay.  You can put that
22   away.
23       THE WITNESS:  Thank you for the correction.
24       (Exhibit 55 was marked for identification.)
25       Q.  (By Ms. Scott)  Mr. Downey, you've been

| Page 459 |
| --- |

1    handed what's been marked as Exhibit 55 to your
2    deposition.  This is an October 5th, 1988, "Due
3    Diligence of Windsor Minerals Quality Control
4    Program"; did I read that correctly?
5        MR. PROST:  Objection; outside the scope.
6        A.  Yes.
7        Q.  (By Ms. Scott)  I want you to look at
8    the bottom under "West Windsor Operations"; do you
9    see that, under section 2?
10       A.  Yes.
11       Q.  We see "Turnover in the lab has been
12   relatively high in recent years to the relatively
13   'fixed' routine.  The three full-time lab people
14   have a total combined service history of two and a
15   half years.  Each new lab employee must be trained,
16   certified in all of the required tests before they
17   can work a solo shift.  Vermont's soaring real
18   estate prices combined with its low unemployment
19   skills [sic] makes it difficult to recruit skilled
20   or some skilled technical personnel."
21       MR. PROST:  Objection.
22       Q.  (By Ms. Scott)  Did I read that
23   correctly?
24       A.  No.
25       Q.  What did I get wrong?

51 (Pages 456 to 459)

Patrick Downey

Page 460

1    A. I think you said "skills" instead of
2    "level."
3        Q. So is it fair to say that we see here
4    that West Windsor is having difficulty hiring and
5    maintaining skilled and some skilled personnel?
6        MR. PROST: Objection.
7        A. That's what's said there, but it also
8    indicates that the overall quality program was
9    judged to be excellent.
10       Q. (By Ms. Scott) If you look under
11   "Columbia Mill" on the second page of this
12   document, we see in this paragraph, "In addition to
13   supporting the QC requirements of the Columbia Mill
14   and Shipping Center, this lab also runs ore samples
15   for mine control and arsenic samples for West
16   Windsor. During the third shift and weekends" --
17       A. Hang on. Are you -- what Bates number?
18       Q. I'm under "Columbia Mill." I'm on the
19   second page of the document.
20       A. So Bates 90?
21       Q. Bates 90. It's the first heading at the
22   top.
23       A. Oh, I was down at the bottom. There's
24   another Columbia --
25       Q. Oh, you're getting ahead of me. Okay.

Page 461

1        A. Okay.
2        Q. So let me just have you take a look at
3    that paragraph that starts with "In addition to
4    supporting the QC requirements," and I'm going to
5    continue by reading that last sentence.
6        "During the third shift and weekends, the
7    shift foreman is required to perform the laboratory
8    testing"; did I read that correctly?
9        A. That's what it says.
10       Q. And under "Laboratory Equipment" and
11   "West Windsor Operations," it reads "...requires
12   on-site capabilities for conducting the following
13   test." And in that list of things, we see number 8
14   is "Arsenic" and number 9 is "Heavy Metals,"
15   correct?
16       MR. PROST: Objection.
17       A. It says "Arsenic - Wet" and "Heavy
18   Metals - Wet Method."
19       Q. (By Ms. Scott) Now, Mr. Downey, based
20   on your reading of the document, is it fair to say
21   that the quality control people with a combined two
22   and a half years of experience that are -- they're
23   having a problem maintaining are the ones
24   conducting these tests in 1988?
25       MR. PROST: Object to form, and outside the

Page 462

1    scope.
2        A. (Document reviewed.) Can -- or have it
3    read back, please. Your question was, were
4    these -- were the lab technicians the one running
5    those tests?
6        Q. (By Ms. Scott) Right. We see that
7    the --
8        A. Yes, they were the ones.
9        Q. Right. The turnover in the lab has been
10   high. And so my question was, is it fair to say
11   that the quality control people that have a
12   combined two and a half years of experience that
13   are subject to high turnover are the ones
14   conducting these tests in 1989?
15       MR. PROST: Objection to form.
16       A. Yes. It also indicates that the -- each
17   new lab employee is trained and certified in all of
18   the required steps before they work a solo shift.
19       Q. (By Ms. Scott) Turn to the page
20   marked 92 for me, please, sir, last two digits, 92.
21   Under the last paragraph that's headed "West
22   Windsor," do you see that just before the
23   signature? It reads, "If during the production of
24   product number 66, the color, density or in-sols
25   dip below spec, the product becomes number 96

Page 463

1    (export grade)"; did I read that correctly?
2        A. Yes.
3        Q. Where -- what happens to 96?
4        MR. PROST: Object to form.
5        A. What do you mean what happens to it?
6        Q. (By Ms. Scott) Is it used in cosmetic
7    grade in any form?
8        MR. PROST: Same objection.
9        A. My understanding is that it was sold as
10   an export product.
11       Q. (By Ms. Scott) And exported to where?
12       MR. PROST: Objection to form.
13       A. Outside the U.S. I don't know all of
14   the locations.
15       (Exhibit 56 was marked for identification.)
16       Q. (By Ms. Scott) Exhibit 56. Mr. Downey,
17   this is a "Ludlow Mill, West Windsor Mill, Argonaut
18   Mine Assurance Monitoring Program for Asbestos
19   Mineralogy," dated April 2nd, 2001; do you see
20   that?
21       A. Yes.
22       Q. In the first paragraph it reads,
23   "Argonaut Mine Feed to West Windsor Mill is sampled
24   monthly for asbestos analysis. Each monthly sample
25   is a composite sample consisting of an aggregate of

52 (Pages 460 to 463)

Patrick Downey

| | |
|---|---|
| **Page 464** | **Page 466** |

## Page 464

1  daily samples (three- to eight-hour samples from an
2  automatic sampler) of Roller Mill feed to the
3  plantation circuit (whole ore samples) -- "(whole
4  ore samples)," correct?
5      A. That's what it says.
6      Q. What is an auto sampler?
7      A. An auto sampler?
8      Q. Mm-hmm.
9      A. It's a device that automatically takes
10  samples.
11      Q. From where?  From what part in the
12  process?
13      A. Wherever it's located.
14      Q. So it can be anywhere within the mine?
15      A. This isn't at the mine.
16      Q. I'm sorry.  Anywhere in the processing?
17      A. It needs to be located in a place where
18  you can actually grab a sample, or where -- sorry,
19  it can automatically collect samples.
20      Q. In the middle of the page, it reads,
21  "Out of hundreds of such samples, on one occasion,
22  Bain reported detection of chrysotile fibers in a
23  Windsor Feed sample.  A retest, on a duplicate,
24  sealed sample, failed to confirm the finding"; do
25  you see that?

## Page 465

1      A. Yes.
2      Q. How is retested material gathered from
3  the composite?
4      A. I don't know what you mean.
5      Q. Well, this material was retested, the
6  material that -- the sample that originally
7  detected chrysotile was resampled, correct?  Or
8  retested.  Sorry.
9      A. No.  It says that the retest was on a
10  duplicate sealed sample.
11      Q. Okay.  If made up of a composite,
12  composite is not from the -- strike that.
13      Can Imerys ever have assurance that a
14  retested sample will be identical to the original
15  sample based on the variability that is naturally
16  occurring within the mines?
17      MR. PROST:  Object to form.
18      A. I don't know if I follow your question.
19      Q. (By Ms. Scott)  Every composite sample
20  will inevitably be different, correct?
21      A. I don't think I could agree to that.
22  That seems like an overstatement.
23      Q. Okay.  Let me go the other way, then.
24      Can you agree that no two composite samples
25  will be identical?

## Page 466

1      MR. PROST:  Object to form.
2      A. For what parameters?
3      Q. (By Ms. Scott)  Well, in this situation,
4  it's for the detection of chrysotile.  It was found
5  in one composite sample and then a different
6  composite sample was tested and didn't find it.
7      How do we know that those two samples were
8  identical?
9      MR. PROST:  Object to form.
10      A. The composite sample was collected from
11  an automatic sampler that -- typically, the way an
12  automatic sampler works is that on a regular time
13  frequency, the sampler is programmed to gather a
14  stream of the material that is being processed at
15  that time and collected so that you are getting an
16  unbiased representative sample over the entire
17  period of production.  And then, as we've seen in
18  the other standard operating procedures, that the
19  composite samples are then well-mixed before the
20  other samples are extracted from them.
21      Q. (By Ms. Scott)  My question is a little
22  more elementary than that.
23      And it is, what guarantee does Imerys have
24  that each sample taken from a composite will be
25  near enough in composition that you can make

## Page 467

1  determinations about the whole based on a retest of
2  the second sample?
3      MR. PROST:  Objection to form.
4      A. I think that you are -- have gone into
5  an area that is in the expertise of Julie Pier.
6  That's the repeatability aspect and how it affects
7  detection limits and things like that, so I would
8  defer that to -- question to her.
9      (Exhibit 57 was marked for identification.)
10      Q. Exhibit 57.  Mr. Downey, Exhibit 57 is A
11  Plant Operations Manual for Luzenac America West
12  Windsor Vermont, dated 3/30/98; do you see that?
13      A. Yes.
14      Q. And PO 8.2 in the middle of the first
15  page, we see "Procedures for Sampling Crude Ore";
16  do you see that?
17      A. Yes.
18      Q. Okay.  Have you seen this document
19  before?
20      A. No.
21      Q. If you'll turn to page marked, last two
22  digits, 26.
23      A. 606026?
24      Q. That's right.  We see that these are the
25  procedures for in-process microbial sampling for

Patrick Downey

Page 468

1  grade 66 product, right?
2      A. Yes.
3      Q. Okay. Why would Imerys do microbial
4  sampling? What was the purpose of doing microbial
5  sampling?
6      A. Because the product needs to be
7  essentially sterile for its use. That was a
8  requirement from Johnson & Johnson.
9      Q. If we look on the page, last two
10 digits, 27, under 8.4.4 under "Float Feed (Post
11 roller milled)" -- do you see that, the penultimate
12 paragraph there?
13     A. I see it there.
14     Q. And Section 8.4.4.1 shows that three
15 samples per week on different days are taken from
16 eight-hour composite bags of float feed as
17 collected by the auto sampler.
18     What is a -- describe the eight-hour
19 composite bags. How does that get filled?
20     A. How does it get filled?
21     Q. Mm-hmm.
22     A. I don't know if it's described elsewhere
23 in another SOP. This seems to be like an
24 overarching document, but generally, from what I
25 can read from this, the -- an auto sampler was

Page 469

1  taking samples over the eight-hour period for a
2  shift.
3      Q. And placing it into bags from which
4  samples would later be taken?
5      A. I think that's what this says.
6      Q. Okay. And then turn to page 3 -- the
7  last two digits, 31, so 60631, for me. Under
8  "PO 8.7 Testing and Clearance," we see that
9  "Shipment samples are required to meet finished
10 product specifications as documented in PO 3.0,
11 Finished Product Specifications, and tested
12 according to test procedure as documented in
13 PO 4.0, Test Procedures and Equipment."
14     In 8.7.2, just below that, we see
15 instructions on what would happen if something is
16 out of spec; would you agree that assessment?
17     A. Can I read it?
18     Q. Mm-hmm.
19     A. (Document reviewed.) Okay. What's your
20 question?
21     Q. Okay. So it says, (as read:) If the
22 initial shipment auto or probe composite sample for
23 a load is tested and is found to be out-of-spec,
24 then a second round of samples shall be taken from
25 bulk bag or pallet number 1, 3, 5, 7, 9, 11, 13,

Page 470

1  15, 17, 19, and 21. These samples will be combined
2  into one composite sample.
3      My question is, sir, what is the point of
4  taking from the odd-number bulk bags or pallets if
5  the initial sample is found to be out of spec?
6      A. I don't know how -- what this has to do
7  with grade 66, because that was in silos and
8  shipped in bulk, so this doesn't even seem to be
9  relevant.
10     Q. You don't believe that this has to do
11 with samples that are out of spec that are
12 eventually going to be potentially used for
13 cosmetic-grade talc?
14     A. I can't tell what type of product that's
15 even indicating. West Windsor did produce other
16 products besides cosmetic talc.
17     Q. Okay. If this is cosmetic-grade talc,
18 you are here to testify about sampling, what would
19 be the wisdom behind taking from the odd number of
20 bulk bags or pallet numbers to resample an initial
21 out-of-spec finding?
22     MR. PROST: Object to form.
23     A. The product for Johnson & Johnson was
24 stored in silos and shipped in bulk railcars. This
25 doesn't relate to products shipped in bulk. I

Page 471

1  can't tell if this applies to cosmetic grade, so I
2  don't think I can even begin with the suggestion
3  that you made. And I don't know what the other
4  sampling protocol would have been for the bagged
5  and palletized-type product, so I don't have enough
6  information to answer your question.
7      Q. (By Ms. Scott) In sampling
8  cosmetic-grade talc, if an initial sample was found
9  to be out of spec, did Imerys have a practice of
10 taking a second round of samples from odd numbers
11 of composite samples for retest?
12     A. Generally speaking, if a product was out
13 of specification, there's typically a retest
14 procedure before just discarding the product as out
15 of spec. It was tested again.
16     Q. Okay. And with cosmetic-grade talc, if
17 the retest also found the sample to be out of spec,
18 what happened then?
19     A. Then it would be rejected.
20     Q. Okay. Take a look at Section 8.7.3
21 here. It says, "Should the second round of
22 sampling fail to meet proper specifications, the
23 order will be rejected and not shipped."
24     That's what you're saying, right?
25     A. I think that's what I just said. Yes,

54 (Pages 468 to 471)

Patrick Downey

Page 472

1  ma'am.
2      Q.  Okay.  But in 8.7.4, it says,
3  "Additional samples will be taken to determine if
4  any portion of a bag or bulk shipment can be
5  released for shipment"; did I read that correctly?
6      MR. PROST:  Object to form.
7      A.  That's what it said.
8      Q.  (By Ms. Scott)  So is this a situation
9  where we've taken one sample, it's out of spec, a
10  second sample is taken, it's out of spec, but
11  Imerys is going back and finding if anything within
12  that bulk shipment can be usable after two
13  out-of-spec findings?
14     MR. PROST:  Object to form.
15     A.  One thing that can happen is that there
16  are various specifications for various products.
17  And it might not meet the specification for the
18  product that it was intended to be manufactured
19  for, but it -- there is potential that it could
20  meet the specification of a -- let's say an
21  industrial-grade product.  And in that case, that
22  could happen.
23     Q.  That's not what it says, though, is it?
24     MR. PROST:  Object to form.
25     Q.  (By Ms. Scott)  It just says, "If any

Page 473

1  portion of the bag or bulk shipment can be released
2  for shipment," right?  It doesn't say, "released
3  for other purposes."
4      A.  But "released for shipment" could be for
5  another purpose.
6      Q.  Okay.  What is the point of a
7  representative sample if we're going to go beyond
8  two out-of-spec findings to try to use some of the
9  shipment?  Isn't Imerys bypassing the
10  representative sample system through this protocol?
11     MR. PROST:  Object to form.
12     A.  I don't know I'd agree with that.
13     Q.  (By Ms. Scott)  Do you think that this
14  system would be appropriate if applied to cosmetic
15  talc?
16     MR. PROST:  Object to form.
17     A.  I think it would depend on the
18  particular specification that the material was out
19  of spec for.
20     Q.  (By Ms. Scott)  Let me ask it a
21  different way.
22     If cosmetic talc was found to be out of spec
23  not once, but twice, do you believe that it would
24  be appropriate for Imerys to research and resample
25  the bulk shipment to determine whether any of that

Page 474

1  could be used for cosmetic-grade talc if the
2  finding, the out-of-spec finding, was arsenic?
3      MR. PROST:  Object to form.
4      A.  Generally speaking, I would think
5  arsenic, probably not.  The example I was thinking
6  was if it was color or some other parameter that
7  was out of spec, and maybe the customer could
8  approve a deviation from the specification, and
9  that can happen.
10     (Exhibit 58 was marked for identification.)
11     Q.  (By Ms. Scott)  I'm going to hand you
12  Exhibit 58.
13     Mr. Downey, Exhibit 58 is a standard
14  operating procedure, dated June 10, 1987, and
15  it's -- the procedure is "Frequency of Analysis -
16  Cosmetic"; do you see that?
17     A.  Yes.
18     Q.  And here we see in the third paragraph
19  down that "The two hour cosmetic testing and the
20  testing of the float feed and ore satisfies the
21  need of the mill to monitor its production in order
22  to insure that they are making a quality product";
23  did I read that correctly?
24     A.  That's what it says.
25     Q.  Okay.  And describe the two-hour

Page 475

1  cosmetic testing described here, if you will.
2      MR. PROST:  Object to form; outside the
3  scope.
4      A.  This is a Windsor Minerals document.  It
5  predates the acquisition by Cyprus.  The two-hour
6  cosmetic testing that's referenced here I would
7  expect is described in a different SOP.
8      Q.  (By Ms. Scott)  If you turn to page 2 of
9  the document for me, and number 16, and just so we
10  know what we're talking about, we're talking about
11  the schedule, the frequency of analysis schedule,
12  for cosmetic talc, right?
13     A.  Yes.
14     Q.  Okay.  And so this is a list of
15  different minerals that are being tested on various
16  schedule.  And in number 16, we see asbestos,
17  right?
18     A.  It's not just minerals that are being
19  tested, but . . .
20     Q.  You're right.  Various tests are being
21  performed, right?
22     A.  Yes.
23     Q.  Okay.  And in number 16, it discusses
24  the samples that are sent to outside labs for
25  testing?

55 (Pages 472 to 475)

Patrick Downey

Page 476

1    A.  Yes.
2    Q.  Right?
3        And these are asbestos samples.  And for
4  x-ray diffraction, it says, every "Two silos on a
5  composite sample made from the two-silo retainers,"
6  correct?
7        MR. PROST:  Object to form.
8    A.  That's what it says.
9    Q.  (By Ms. Scott)  Okay.  So what's a silo
10 retainer?
11   A.  That's the retainer of the silo
12 composite sample is what I would interpret that to
13 mean.
14   Q.  Do you know how large a silo retainer
15 is?
16   A.  It might be described in the other
17 documents on how much material was in the composite
18 sample.
19   Q.  I've seen reference to it, and we'll get
20 to it in a minute, but -- of baggies, 5-by-8
21 baggies being the retainer sample.
22       Does that sound about right?
23   A.  I think the documents would tell us.
24 I -- I don't recall.
25   Q.  Okay.  Have you had experience with

Page 477

1  seeing retainer samples?
2    A.  Not at Windsor.
3    Q.  So whatever that amount is, that amount
4  is going to be a smaller amount taken from two
5  different silos in a composite silo made from two
6  different silos, right?
7    A.  What's going to be a smaller amount?
8  I'm not sure what you're saying.
9    Q.  Sure.
10       So if we look at -- under 16, "X-Ray
11 Diffraction," it says, "Every two silos on a
12 composite sample made from the two-silo retainers,"
13 right?
14   A.  That's what it says.
15   Q.  Right.  And we know from other documents
16 that, at least in one document, a silo was
17 referenced as being 325 tons; do you remember that?
18   A.  Yes.
19   Q.  Okay.  And we know that a retainer is a
20 smaller portion of that, much smaller portion of
21 that; would you agree?
22   A.  Yes, in general, samples are smaller
23 than the whole.
24   Q.  Exactly.
25       And this sample is going to be made of the

Page 478

1  two much-smaller samples from the two silos,
2  correct?
3        MR. PROST:  Object to form.
4    A.  Yes.
5    Q.  (By Ms. Scott)  Okay.  Do you have any
6  understanding as to why each silo was not sampled
7  for asbestos?
8        MR. PROST:  Object to form.
9    A.  They were on a composite basis.  They
10 weren't sampled individually.  They were sampled as
11 a composite.
12   Q.  (By Ms. Scott)  And would you agree that
13 the traceability of a finding of asbestos would be
14 easier if each silo was sampled individually versus
15 sampled as a composite?
16       MR. PROST:  Object to form; outside the
17 scope.
18   A.  I'm trying to follow the logic of your
19 question and see -- can you have it read back?
20       MR. PROST:  No.
21       THE REPORTER:  I lost the feed.  Sorry.
22       MS. SCOTT:  That's okay.  I think I can come
23 up with it.
24   Q.  (By Ms. Scott)  Would you agree that the
25 traceability of a finding of asbestos would be much

Page 479

1  easier if a sample was taken from an individual
2  silo versus on a composite basis?
3        MR. PROST:  Object.
4    A.  Not necessarily.
5    Q.  (By Ms. Scott)  Explain why not.  We're
6  talking about a discrete silo with one group of
7  product in it versus a combination of two different
8  silos with material in it.  You can't pinpoint the
9  exact silo if you have an asbestos finding, can
10 you?
11       MR. PROST:  Object to form; outside the
12 scope.
13   A.  Well, we're still talking hypothetical
14 about a finding, but if the procedure was to reject
15 and discard both silos, you have enough
16 traceability to reject them both if the composite
17 comes back positive in that hypothetical.
18       MR. SILVER:  Can I make a suggestion that
19 whenever you're moving onto the next topic that we
20 take a quick break, one, to let the court reporter
21 fix the real-time, and two, we can just --
22       VIDEOGRAPHER:  Going off the record at 5:37.
23       (Recess taken.)
24       VIDEOGRAPHER:  We're back on the record at
25 5:52.

56 (Pages 476 to 479)

Patrick Downey

| Page 480 |
|---|

1      Q. (By Ms. Scott) Okay. Mr. Downey, we
2  were talking before the break about Exhibit 58,
3  which is the frequency of analysis cosmetic SOP
4  from 1987. Do you remember that?
5      On page 2 of this document, number 13, it
6  says, "Arsenic - See arsenic SOP"; do you see that?
7      A. Yes.
8      Q. Okay. I'm going to hand you the arsenic
9  SOP. I'm sorry. It's been marked as Exhibit 59.
10      (Exhibit 59 was marked for identification.)
11      Q. (By Ms. Scott) Mr. Downey, have you
12  seen this document before?
13      A. I think so.
14      Q. What would be the purpose of having a
15  separate -- well, strike that.
16      Does Imerys have, today, a separate
17  arsenic-testing SOP?
18      A. I don't recall.
19      Q. Do you recall ever in the time of your
20  employment at Imerys that -- whether it had a
21  separate arsenic-testing SOP?
22      A. I lost the first part of your question.
23      Q. Do you recall there ever being, since --
24  since 1988, since your time at Imerys, have you
25  ever seen a separate arsenic-testing SOP? Do you

| Page 481 |
|---|

1  have any knowledge as to whether it existed since
2  1988?
3      A. I don't know, but I know that arsenic
4  was part of the specification for grade 66, and it
5  was -- would have been continued to be tested for.
6      Q. We talked a little bit about the
7  automatic sampler earlier. And I want to direct
8  your attention back to Exhibit 53, and specifically
9  the chart that we looked at on Exhibit 53.
10      A. The flowchart on the back?
11      Q. That's correct. Can you look at this
12  flowchart and tell me where an automatic sampler
13  might be located?
14      A. (Document reviewed.) Do you have a
15  magnifying finding glass?
16      Q. I don't.
17      A. A lot of the text is illegible.
18  (Document reviewed.)
19      Q. Found any yet?
20      A. I found "product sampling" something in
21  the lower right area, but I can't -- I can't tell
22  what the other word is.
23      Q. Where, specifically, are you looking?
24      A. Above "Flash dryer number 1."
25      Q. I think that says "Product sampling

| Page 482 |
|---|

1  plate."
2      A. Your eyes are better than mine.
3      Q. I'm not sure, but that's what I see.
4      Would that be -- considering what is around
5  that, would that be an appropriate place for an
6  auto sampler?
7      A. It says "Product sampling" something.
8      Q. Okay. Well, let me ask you this: At
9  West Windsor, the product was ground to a mesh and
10  went through -- and was pushed through the mesh,
11  correct? The product was ground and went through
12  the mesh, a mesh process, and -- in the processing?
13      A. No.
14      Q. There was no mesh involved in --
15      A. There's a mesh involved in the test
16  method, but not --
17      Q. Okay. I'm sorry.
18      In the test method, yes, the product was
19  pushed through or floated through a mesh, correct?
20      A. In the test method --
21      Q. Yes.
22      A. -- to measure the grind?
23      Q. Yes.
24      A. It was -- I don't recall if it was a
25  wet-screen or a dry-screen method.

| Page 483 |
|---|

1      Q. Okay. But some of the product fell
2  below the mesh.
3      Is it fair to say that there was some
4  product that couldn't quite make it through the
5  mesh that remained on top?
6      A. Yes. My recollection is the
7  specification was, like, 98 or maybe 98.5 percent
8  passing a 200-mesh screen.
9      Q. The product that remained on top, was
10  that tested?
11      A. What do you mean "tested"?
12      Q. Was it sampled?
13      A. Yeah, it was sampled. Wait. It was
14  part of the sample.
15      Q. Okay. Was any of that product that
16  remained on top -- did that make it into a sample
17  that went to testing?
18      A. Yes.
19      Q. The grains that did not make it through
20  the mesh?
21      A. Oh, those specific grains?
22      Q. Those specific grains that did not make
23  it through the mesh.
24      A. Well, what the mesh test is about is to
25  test the particle size distribution of what is

Patrick Downey

Page 484

1  being produced from the roller mill.  All right?
2  The roller mill is a large-diameter chamber with a
3  steel ring on the inside of the barrel.  And then
4  it has what we call a spider on which hangs roll
5  journals.  And what happens is that the main drive
6  of the mill spins the spider, and by centrifugal
7  force, it pushes the rolls out against the bull
8  ring.
9      Q.  Okay.
10     A.  All right?  And that's where the talc is
11 being pulverized.  But the grind is being
12 controlled by the airflow and the whizzer that's
13 spinning at the top.  And so you're getting a
14 particle-size distribution that's coming out, and
15 that particle-size distribution needed to meet the
16 specification of 98 or 98.5 percent passing through
17 a 200 mesh, but the entire sample is what was
18 analyzed.
19     Q.  So it's your testimony that not only
20 that that passed through the 200 mesh, but the
21 larger particles that did not pass through the 200
22 mesh were sampled?  Were tested?  I'm sorry.
23     A.  They were tested in the other test
24 methods.  So the 200-mesh screen analysis, you take
25 from your production sampling -- you take enough

Page 485

1  material from that sample to do the analysis for
2  the sift testing.  You take another portion of that
3  material to do the analysis for the brightness.
4      So you're taking an overall sample from the
5  production, and then you're taking parts of that
6  sample to do the specific test methods.  You
7  can't -- because these test methods are, to a
8  certain degree, somewhat destructive, you can't
9  reconstitute the sample again from the -- it's been
10 a long day -- from the remnants of a different test
11 method then go take it and do something else with
12 it.
13     Q.  I understand that, but I just want to
14 make sure I'm clear, that the test that you just
15 talked about, that, I understand, and I know that
16 that is on the particles that pass through the 200
17 mesh.
18     What I'm asking about is specifically those
19 particles that do not.  What happens to those, and
20 are those tested?
21     A.  Those are tested as part of the 200-mesh
22 test method, because those are taken from the
23 screen and weighed so that you can calculate the
24 fraction of minus 200 and the fraction of plus 200.
25     Q.  Do they undergo any other types of

Page 486

1  testing, like the brightness testing and the other
2  testing that the particles that pass through the
3  200 mesh undergo?
4      A.  There's not enough remaining material to
5  be able to do any other testing with it.  But,
6  again, the particle size in that fraction is tested
7  in other test methods from the same master sample.
8  The analytical samples are used for that.  So yes,
9  the particles that are representative of the
10 plus-200-mesh fraction are indeed tested with the
11 other test methods.
12     Q.  Okay.  Let's talk about the various
13 mines and what types of samples were taken and what
14 samples were taken at the various mines.
15     What was taken -- what types of samples were
16 taken at the Hammondsville Mine?
17     A.  Hammondsville was underground.  There
18 were drill cores.  There were drill-core samples.
19 You mean at the mine or throughout the process?
20     Q.  At the mine.
21     A.  At the mine.  Other than drill cores, I
22 haven't seen records, but typically, there would be
23 samples taken by the geologist or a helper at the
24 mining phase, or we call it the dig phase.
25     MS. O'DELL:  Could you -- the what phase?

Page 487

1      THE WITNESS:  "Dig."
2      MS. O'DELL:  Thank you.
3      Q.  (By Ms. Scott)  And what about the Hamm
4  Mine?
5      A.  Hamm was open pit, so there were drill
6  cores and in-fill drilling, blast-drawn samples
7  that were taken, and it's common practice to take
8  samples of -- at the face.
9      Q.  At the face?
10     A.  Mm-hmm.
11     Q.  What about Argonaut?
12     A.  That'd be the same.
13     Q.  The same as Hamm?
14     A.  Yes.
15     Q.  In-fill blast, drill core and at the
16 face?
17     A.  Well, yeah, drill core, in-fill
18 drilling, blast and in the face.
19     Q.  I've kind of written down what you said.
20 Is that pretty accurate?  I can hand it to you if
21 you like.  Might be easier.
22     A.  Please.
23     (Document reviewed.)  There might be other
24 at Hammondsville.  I'm just not aware.  I didn't
25 see much information on Hammondsville.  And the

58 (Pages 484 to 487)

Patrick Downey

Page 488

```
1    samples at the face are likely just to be
2    intermittent.
3           MS. SCOTT: I'm going to mark this 60.
4           (Exhibit 60 was marked for identification.)
5           Q. (By Ms. Scott) We talked a little bit
6    earlier about in-process sampling.
7           A. In?
8           Q. In-process.
9           A. In-process.
10          Q. Yes, uh-huh. And that differs from
11   sampling at the mine in what way? Explain to the
12   jury how that differs.
13          A. In what way?
14          Q. In what way does that differ from
15   sampling at the mine? This is Exhibit 61 to your
16   deposition.
17          (Exhibit 61 was marked for identification.)
18          A. Generally speaking, in-process sampling
19   is when the material is at the milling or
20   manufacturing location, and during the production
21   process at various stages, it can be sampled in the
22   process of being manufactured. So that's what
23   "in-process" refers to.
24          Q. Okay. And if you will take a look at
25   what's been marked as Exhibit 1 [sic] to your
```

Page 489

```
1    deposition, this, unfortunately, is undated.
2           Have you seen this document before?
3           A. I don't recall. I don't know.
4           Q. Okay. And I think --
5           MR. SILVER: Did you say Exhibit 1? You
6    said turning to Exhibit 1. You didn't mean --
7           MS. SCOTT: Of 61. Yeah. Sorry.
8           MR. SILVER: Okay.
9           Q. (By Ms. Scott) You don't know if you've
10   seen it before?
11          A. I don't recall.
12          Q. Okay. Just by taking a look at the
13   document, is there any way to determine the date of
14   this -- the range of dates where this in-process
15   sampling procedure might be in place? It may not
16   be, but, you know, just --
17          A. Based on the header?
18          Q. Based on the document itself.
19          A. Right.
20          Q. The content of the document itself, yes.
21          A. It's got a Luzenac letterhead, so that
22   is post 1992.
23          Q. Okay. Fair enough.
24          Okay. And if we look on the front of the
25   first page of the document, we see "Sampler
```

Page 490

```
1    locations" under "Procedure"; do you see that?
2           A. Yes.
3           Q. And see sample number S-1, there's a
4    float feet auto-sampler?
5           A. Yes.
6           Q. And "Sample is collected at the auto
7    sampler in front of the conditioner tank"; did I
8    read that correctly?
9           A. Yes.
10          Q. And that -- the type of that is an
11   eight-hour composition and grab sample, right?
12          A. That's what this says.
13          Q. And so when we were looking at that
14   chart just a minute ago, is this -- if you saw the
15   condition or tank on that chart with the very small
16   writing, is this a place that you would expect to
17   see an auto-sampler at the float feed?
18          A. What this says is that's where it was.
19          Q. Right. And is that -- has that been
20   common practice for Imerys to have an auto-sampler
21   at the float feed?
22          A. I believe so, yeah.
23          Q. The sample S-2, we see "ACM
24   Auto-Sampler." What is ACM?
25          A. That stands for air classifier mill.
```

Page 491

```
1           Q. And sample S-3, "FK4," what is "FK4"?
2           A. I would only be speculating.
3           Q. On page 3, for sample 18, we see that
4    it's -- the sample description is "Ore" and the
5    type is "Grab"; do you see that?
6           A. Yes.
7           Q. It says, "Sample is collected after
8    passing through the crusher on the belt leading to
9    the dryer," right?
10          A. Yes.
11          Q. And "This sample is to be a
12   representative sample of all the ore in that a
13   proportional amount of stones and fines should be
14   collected"; did I read that correctly?
15          A. Yes.
16          Q. Okay. How -- describe this process to
17   me. Describe the determination of whether this is
18   representative based on this information.
19          A. Well, this specific sample, if you
20   continue reading, it says, "This will allow a more
21   representative moisture analysis." And they would
22   take two pounds of the sample. So this is to
23   monitor the moisture level being fed to the dryer
24   to help the operator control the set points on the
25   dryer so that the ore is dried to the right level
```

59 (Pages 488 to 491)

Patrick Downey

Page 492

 1    before being fed to the roller mill.
 2        Q.  Okay.  And is there any way of
 3    determining -- strike that.
 4        Generally, when we're looking at an ore
 5    sample in this type of in-process sampling, what
 6    volume of ore are we talking about?
 7        A.  I'm not sure what you mean by "what
 8    volume of ore."
 9        Q.  Well, this is a sample description of
10    ore.  And I'm trying to figure out what volume of
11    ore, because then we -- you know, when we look at
12    the method, we know that two pounds of the sample
13    is taken, so I'm trying to figure out two pounds of
14    what?
15        A.  Two pounds of the ore being fed to the
16    plant is taken, but the purpose of this particular
17    sample is only to measure the amount of moisture in
18    the ore that's being fed to the plant.
19        Q.  Mr. Downey, I'm going to hand you what's
20    been marked as Exhibit 62 to your deposition.
21        (Exhibit 62 was marked for identification.)
22        Q.  (By Ms. Scott)  These are sample
23    procedures for Chinese crude ore; do you see that?
24        A.  Yes.
25        Q.  Okay.  And in the introduction, it says,

Page 493

 1    "This procedure details how to collect samples of
 2    Chinese number 1 and Chinese number 2 crude ore,
 3    how to crush and conduct level tests on the
 4    samples, and, finally, the distribution of those
 5    samples."
 6        And if we look down at the procedure, we see
 7    that there is a different sampling procedure for
 8    Chinese number 1, Chinese number 3, and Australian
 9    ore sampling procedure and for Chinese number 2
10    sampling procedure; do you see that?
11        A.  Yes.
12        Q.  And why would there be a difference in
13    those two sampling procedures?
14        A.  Because there's a higher frequency of
15    sampling the Chinese number 2 compared to Chinese
16    number 1, number 3 and Australian ore.
17        Q.  Why is there a higher frequency?
18        A.  It's my understanding that that was a
19    requirement from Johnson & Johnson.
20        Q.  The Bobcat scoop that is referenced here
21    in 4.1.2, do you have any knowledge as to how much
22    a Bobcat scoop holds?  How many ounces?
23        A.  Ounces?
24        Q.  Pounds?  Tons?
25        A.  Yeah.  A Bobcat -- well, you grew up on

Page 494

 1    a farm, I think you mentioned.  The skid-steer
 2    loader -- a Bobcat is a brand name much like Xerox
 3    is what we call a photo copier.  But it's a
 4    skid-steer loader.  The bucket width of a
 5    skid-steer, if you're operating the controls, the
 6    side of it extends -- the bucket width is probably
 7    about that wide at least (indicating), you know.
 8    Is that four feet or so?
 9        Q.  Sure.
10        A.  And I would estimate that it's
11    probably -- the bucket itself is maybe 30 to 36
12    inches deep and 30 inches high.  So you can get a
13    very big scoop of material from that.
14        Q.  Turn to the second page for me.  Under
15    section 4.3.4, this is the distribution of samples
16    for various testing.
17        And we talked a little bit earlier about
18    Houston, right?  Houston being the place where the
19    Chinese ore was sent in the U.S.?
20        A.  Yes.
21        Q.  Okay.  And so 4.3.4 indicates that "The
22    Houston lab tech will make a composite from the
23    three 5-gallon samples turned in."  And that
24    "composite will be placed in a quart-sized
25    Ziploc-type bag and will be picked up by an

Page 495

 1    approved contract laboratory for further analysis";
 2    did I read that correctly?
 3        A.  Yes.
 4        Q.  Is it fair to say that of the amount
 5    collected in this sample procedure, based on the
 6    several tons that are collected in each shipment,
 7    that a quart-sized Ziploc-type bag is what goes to
 8    the lab for testing?
 9        A.  Well, you said "several tons."  These --
10    we're taking a Bobcat scoop from every other truck
11    in a shipment.  If a shipment comes in that's
12    10,000 tons, that's 500 scoops of a skid-steer
13    loader.  That's much more than several tons.
14        Q.  Okay.  And from that, a quart-sized
15    Ziploc baggie is what's taken for testing for
16    further analysis, correct?
17        A.  Well, from -- I mean, you skipped over a
18    lot of the procedure, but in the end, a
19    representative composite of that is -- what did you
20    say, a quart-sized bag?
21        Q.  That's right.  A quart-sized Ziploc bag.
22        A.  That's what it says, yes.
23        Q.  And that is what Imerys determined was a
24    representative sample of the many, many tons we
25    just discussed?

60 (Pages 492 to 495)

Patrick Downey

Page 496

1     A. Yes.
2     Q. I'm going to mark and hand you
3 Exhibit 63.
4     (Exhibit 63 was marked for identification.)
5     Q. (By Ms. Scott)  This is the Imerys
6 Houston operations from 2013.  I failed to mention
7 that Exhibit 62 was the operations -- the sample
8 procedures for Chinese crude ore from August 2008,
9 okay?
10     And this is the sampling and testing on
11 crude ore and finished product, dated May 15, 2013;
12 do you see that?
13     A. For USP and FCC sampling.
14     Q. Okay.  And what is USP/FCC?
15     A. USP stands for United States
16 Pharmacopeia, and FCC is the Food -- Food and
17 Chemicals Codex.
18     Q. Okay.  And this, again, is crude ore
19 coming from China and going to Houston, correct?
20     A. I need to review this.
21     Q. And I should ask you if you've ever seen
22 this document before.
23     A. Yeah, I'm pretty sure I have.  And this
24 is Version 1.  I was going to say, or perhaps a
25 different version of it.  This is Version 1, unless

Page 497

1 there's a later version and that's what I saw.  I
2 don't know.
3     Q. Okay.  And much like the document we
4 just looked at, this details a procedure of
5 collecting scoops with a Bobcat to eventually,
6 through various processes, get it down to a portion
7 that can be sent off to a lab for sampling; is that
8 fair?
9     A. Yeah.  But it references Chinese
10 number 1, Chinese 3, Chinese 4, Chinese 5 and
11 Australian A1.  This is not about Chinese number 2.
12     Q. Page 2 is, section 4.2.
13     And, again, here, the procedure, we start
14 with a Bobcat scoop.  We go through several
15 processes, multiple, multiple tons.  And at the
16 end, if you look at number 9 under the procedures,
17 step number 9, we see "The Lab Tech will send a
18 quart-size Ziploc-type bag with the AFG grind to
19 Intertek Laboratory for USP/FCC testing as per
20 protocol"; did I read that correctly?
21     A. "As per attached protocol xxxxx."
22     Q. Right.  So is it fair to say that, like
23 in the document we saw before, from the many tons
24 collected from the Chinese ore shipment that, in
25 the end, a quart-sized Ziploc-type bag is what goes

Page 498

1 to the lab tech for testing for hazardous
2 contaminants?
3     A. For what?
4     Q. Hazardous contaminants.
5     MR. PROST:  Objection.
6     A. The -- I'm not sure what you mean by
7 "hazardous."  It goes to Intertek for USP and FCC
8 testing.
9     Q. (By Ms. Scott)  Okay.  And would USP and
10 FCC testing include testing for hazardous
11 contaminants?
12     MR. PROST:  Object to form.
13     A. It's been a long day.  I can't recall
14 the parameters that we're measuring.  Iron is one
15 of them that I recall, acid solubles, soluble
16 salts.  I don't know those to be hazards.
17     Q. (By Ms. Scott)  Let's look at the last
18 sentence in step 9 on page 2 of Exhibit 63.  The
19 last sentence reads, "The AFG grind is used since
20 it will show contaminants easier than the RM
21 grind."
22     Does that help you understand that that
23 Ziploc-type bag is going to be tested for hazardous
24 contaminants?
25     MR. PROST:  Object to form.

Page 499

1     A. This doesn't say "hazardous
2 contaminants."
3     MS. SCOTT:  Okay.  What's our time?
4     VIDEOGRAPHER:  So we have six hours, 48
5 minutes.
6     MS. SCOTT:  Can we take a quick break?
7     VIDEOGRAPHER:  Off the record at 6:26.
8     (Recess taken.)
9     VIDEOGRAPHER:  We are back on the record
10 at 6:43.
11     Q. (By Ms. Scott)  Mr. Downey, in
12 April 2001, was Imerys supplying talc for cosmetic
13 purposes to J&J?
14     A. April 2001?
15     Q. '1.  Mm-hmm.
16     A. That would have been Luzenac America,
17 yes.
18     Q. Luzenac America, but Imerys,
19 essentially?
20     A. Yes.  Yes.
21     MS. SCOTT:  We are going to late-mark this
22 exhibit because we're getting paper copies of it as
23 we speak, but -- and I'll let you look at the
24 entire document, but this is an interoffice
25 memorandum that we're going to mark as Exhibit 64

61 (Pages 496 to 499)

Patrick Downey

| Page 500 |
|---|

1    to your deposition.  And this is an April 3rd,
2    2001, interoffice memorandum from R.J. Zazenski.
3    Who's that?
4         MR. SILVER:  First we need -- can you just
5    give me the Bates number?
6         MS. SCOTT:  Yes.  Sorry.  Oops.  Maybe.
7         MS. O'DELL:  I can help on that.
8    IMERYS 460527.
9         MR. SILVER:  Thank you.
10        Q.  (By Ms. Scott)  Who is Mr. Zazenski?
11        A.  Can you blow it up?  Because I can't see
12   it from here.
13        MR. PROST:  I'm sorry.  Did you say copies
14   are being made?
15        MS. SCOTT:  Yes.
16        MR. PROST:  I sure would like to have a copy
17   of that as you're questioning him about it.  I
18   can't read that either.  How long is it going to
19   take you --
20        MR. SILVER:  Well, I was intending that you
21   were going to show him the screen.
22        MS. SCOTT:  I am.
23        MR. SILVER:  Okay.  Fine.
24        MR. PROST:  As long as I can see the
25   document to read it.

| Page 501 |
|---|

1         MS. SCOTT:  Sure.
2         Q.  (By Ms. Scott)  Who is Mr. Zazenski?
3         A.  Mr. Zazenski was director of product
4    safety for Luzenac.
5         Q.  Okay.  And Mr. Downey, can you read the
6    highlighted paragraph in that document, please?
7         A.  First I want to get familiar with the
8    doc.
9         (Document reviewed.)  The highlighting is --
10        Q.  Well, before you do that, let me read
11   the subject of the document here.  It is, "Summary
12   of Asbestos Testing - North American Operations,"
13   correct?
14        A.  Yes.
15        Q.  And if you can read that first paragraph
16   in, please?
17        A.  "There is no standard protocol for
18   sampling and testing talc products from North
19   American mining and milling operations to confirm
20   the absence of asbestos.  Presently, each location
21   samples and tests as follows."
22        Q.  Okay.  Mr. Downey, is it your
23   recollection that in April 2001 that there was no
24   standard protocol for sampling and testing talc
25   products for North American mining and milling

| Page 502 |
|---|

1    operations to confirm the absence of asbestos?
2         MR. PROST:  Object to form; outside the
3    scope.  This is Julie Pier's designated area for
4    testimony.
5         MS. SCOTT:  Well, it's asking about --
6    there's -- it's talking about the protocol for
7    sampling.  I'm happy to ask it to narrow it to
8    sampling.
9         A.  What was the question?
10        Q.  (By Ms. Scott)  Mr. Downey, is it your
11   recollection that in April 2001 that there was no
12   standard protocol for sampling talc products from
13   North American mining and milling operations to
14   confirm the absence of asbestos?
15        A.  It's my understanding that, in Vermont,
16   there were a number of standard operating
17   procedures that we've already looked at today.
18        Q.  But you said earlier that Mr. Zazenski
19   is -- what was his title?
20        A.  Does he give his title at this time?
21        Q.  He doesn't give his title, but what do
22   you recall his title being in 2001?
23        A.  I don't know about 2001, but
24   Mr. Zazenski, at least at some period of time, was
25   the director of product safety, I think was his

| Page 503 |
|---|

1    title.
2         Q.  Okay.  And do you have any reason to
3    believe that Mr. Zazenski would misrepresent that
4    there was no standard protocol for sampling talc
5    products for North American mining and milling
6    operations to confirm the absence of asbestos?
7         MR. PROST:  Object to form.
8         A.  If you read under "Ludlow/Windsor," it
9    says that "Detailed protocol summarized in attached
10   memo."  So there was a protocol for Windsor.  So
11   why he stated it the way he said it, I don't know.
12   Maybe he said that -- maybe he meant that not all
13   sites do the same thing.
14        Q.  But what he wrote was that there is no
15   standard protocol for sampling and testing talc
16   products in North American mining and milling
17   operations to confirm the asbestos, correct?
18   That's what the document says?
19        MR. LOCKE:  Objection.
20        MR. PROST:  Object to form.
21        A.  He also wrote, for Ludlow/Windsor,
22   Vermont, "Detailed protocol summarized in attached
23   memo."
24        Q.  I'm not asking about that.
25        A.  "The strict protocol is a result of J&J

62  (Pages 500 to 503)

Patrick Downey

| | |
|---|---|
| Page 504 | Page 506 |

**Page 504**

1  requirements (Windsor Minerals purchased from J&J
2  in 1989)."
3      Q. Can we agree that the first sentence of
4  this document says what it says?
5      A. It says what it says, and it also
6  says --
7      Q. Thank you.
8      A. -- below that there is a detailed
9  protocol summarized in the attached memo, that it
10 was a strict protocol as a result of J&J
11 requirements.
12     MS. SCOTT: Okay. That's all.
13     MS. O'DELL: Let me just state for the
14 record we should know what the exhibit number this
15 would be.
16     MS. SCOTT: Yes. This would be Exhibit
17 Number 64. Just one second. We don't have to go
18 off the record.
19     (Pause.)
20     MS. SCOTT: Okay. That's all. That's all
21 the questions I have for you.
22     THE WITNESS: Okay.
23     VIDEOGRAPHER: Just for the record, it is
24 now 6:50 p.m.
25     MR. PROST: So I don't need a break. I do

**Page 505**

1  have some questions, but does Johnson & Johnson or
2  PCPC -- I guess --
3      MR. SILVER: It's you first.
4      MS. O'DELL: Me first?
5      MR. SILVER: Yeah.
6      MS. O'DELL: I'm ready to go right into it
7  if everybody else is.
8          EXAMINATION
9  BY MR. PROST:
10     Q. Hello, Mr. Downey.
11     A. Hello again.
12     Q. So we just completed two days of your
13 testimony by the plaintiffs' counsel and 14 hours
14 of testimony; is that correct?
15     A. Yes.
16     Q. I just have a few follow-up questions
17 that I would like to ask you regarding some of the
18 questions they asked. But first, I thought
19 yesterday I heard you say, maybe on one occasion,
20 that grade 25 talc came from Vermont. I think you
21 may have been mistaken.
22     A. If I said that, I was mistaken.
23 Grade 25 has been a product from Houston based on
24 Chinese talc.
25     Q. And the grade of talc that would have

**Page 506**

1  been supplied from Vermont would be what grade?
2      A. Grade 66.
3      Q. All right. Now, yesterday, Miss O'Dell
4  asked you some questions, and there was some
5  back-and-forth about a term "asbestos-free." And
6  as I recall, she asked you whether or not the talc
7  that Imerys supplied to Johnson & Johnson, whether
8  or not it was asbestos-free, and she wanted you to
9  say true or false in response to that. And as I
10 recall, you weren't able to just say true or false.
11     Do you remember those -- that series of
12 questions and answers?
13     A. Yes, I do.
14     MS. O'DELL: Object to the form.
15     Q. (By Mr. Prost) Why were you not able to
16 give a simple true-or-false answer to the question
17 of "asbestos-free"?
18     A. Well, I was trying to be scientifically
19 accurate, perhaps hypertechnical, but it was the
20 conjunction of the terms "certified" and
21 "asbestos-free." That's not the language that we
22 use in our certification. But if you're asking me
23 if our product contains asbestos, no, it does not.
24     Q. (By Mr. Prost) All right. So am I
25 correct that you were trying to answer the question

**Page 507**

1  under the context of the testing methodologies and
2  regulatory requirements with respect to testing of
3  talc?
4      MS. O'DELL: Object to the form.
5      A. Yes.
6      Q. (By Mr. Prost) By not giving a simple
7  true-or-false answer to that question, were you in
8  any way implying that there might be asbestos in
9  the talc that Imerys has supplied to
10 Johnson & Johnson dating back to 1989?
11     MS. O'DELL: Object to the form.
12     A. No, not at all.
13     Q. (By Mr. Prost) And, in fact, does
14 Imerys certify to Johnson & Johnson whether or not
15 there is asbestos in the talc that it supplies to
16 Johnson & Johnson?
17     A. We certify that there is not asbestos in
18 our product.
19     Q. And is that something that Imerys, the
20 company, stands behind?
21     A. Yes, we do.
22     Q. And is that something that the testing
23 results that Imerys has done dating back to 1989
24 supports?
25     MS. O'DELL: Object to the form.

63 (Pages 504 to 507)

Patrick Downey

Page 508

1      A. Yes, it does.
2      Q. (By Mr. Prost) Now, over the course of
3  the last two days and 14 hours of questions by the
4  plaintiffs' counsel, they've shown you, I think, as
5  many as 60 exhibits or so of documents. And some
6  of them were from some of the mines from Vermont.
7      Do you generally remember that?
8      A. Yes.
9      Q. And sometimes Miss O'Dell would show you
10 portions of the documents and read to you words
11 from the documents, and that -- I just have a
12 couple of questions about some of those words,
13 okay?
14     A. Okay.
15     Q. I recall her reading several times the
16 word "amphibole" in some of these records.
17     Let me just ask you, is amphibole asbestos?
18     A. No. Amphibole is a family of minerals
19 that are very common in the earth's crust.
20     Q. Am I correct that the asbestiform of an
21 amphibole is actually extremely rare as compared to
22 the common non-asbestiform of an amphibole?
23     A. Yes. And there are only certain
24 amphibole minerals that, on rare instances, in the
25 right conditions, that can be asbestos.

Page 509

1      Q. Now, is that a view of you or Imerys, or
2  is this notion that amphiboles are the most common
3  variety is non-asbestiform, is that a generally
4  accepted geologic norm?
5      MS. O'DELL: Object to the form.
6      A. It's generally accepted, yes, that
7  amphibole minerals are commonly found and dispersed
8  in cross-grade areas in the earth's crust.
9      Q. (By Mr. Prost) So when Miss O'Dell
10 shows you a document dating back to maybe the '70s
11 or '80s from maybe one of these mines that J&J
12 approved for source of talcum and reads the word
13 "amphibole," does that have anything to do with
14 asbestos by itself?
15     A. No.
16     MS. O'DELL: Object to the form.
17     Q. (By Mr. Prost) Let me ask you about the
18 word "actinolite." There were times where
19 Miss O'Dell read you the word "actinolite" after
20 some documents that she found dating back to maybe
21 the '70s or '80s.
22     Actinolite, am I correct, is an amphibole?
23     A. Yes, it is.
24     Q. Am I correct that, by far, the most
25 common form of actinolite is the non-asbestiform?

Page 510

1      A. Yes.
2      Q. So when you see the word "actinolite" in
3  one of these records or documents, does that have
4  anything to do, by itself, with asbestos?
5      MS. O'DELL: Object to the form.
6      A. No.
7      Q. (By Mr. Prost) And am I correct, also,
8  that tremolite is an amphibole mineral?
9      A. Yes, it is.
10     Q. And am I also correct that, by far, the
11 most common form of tremolite is the
12 non-asbestiform?
13     MS. O'DELL: Object to the form.
14     A. Yes.
15     Q. (By Mr. Prost) Serpentinite, sometimes
16 Miss O'Dell would read to you the word
17 "serpentinite" in these records with respect to
18 some of the mines.
19     Does the word "serpentinite" equal asbestos?
20     A. No.
21     Q. Would it even surprise you to see the
22 word "serpentinite" with respect to the Vermont
23 mines?
24     A. Would it surprise me?
25     Q. Yes.

Page 511

1      A. No. It's a -- the deposit -- the source
2  was serpentinite, and so it was -- the talc
3  carbonate was a metamorphic product from the
4  serpentinite, so no, it wouldn't surprise me at
5  all.
6      Q. Does the word "schist" equal asbestos?
7      A. No.
8      Q. Does the word "chlorite" equal asbestos?
9      A. No.
10     Q. Does the word "fibrous talc" equal
11 asbestos?
12     A. No.
13     Q. Over the last two days, any of the
14 documents that were shown to you by Miss O'Dell or
15 Miss Scott lead you to believe that the talc that
16 Imerys was mining and supplying to
17 Johnson & Johnson, that it contained asbestos?
18     MS. O'DELL: Object to the form.
19     A. No.
20     MR. PROST: Those are all the questions I
21 have. Thank you.
22     MR. SILVER: Hold on one second, before we
23 close. Can we go off the record? I just want to
24 step outside, two seconds, and then I'll be right
25 back.

64 (Pages 508 to 511)

Patrick Downey

Page 512

1      MS. O'DELL:  Yeah, that's fine.  It won't be
2  a surprise I'll have a minute or so --
3      MR. SILVER:  I was going to say.  Get 6
4  minutes and 43 --
5      VIDEOGRAPHER:  Hold on.  Hold on.  Off the
6  record at 6:58.
7      (Recess taken.)
8      VIDEOGRAPHER:  Back on the record at 6:59.
9          EXAMINATION
10 BY MR. PROST:
11     Q.  Mr. Downey, over the last two days,
12 you've been shown a number of drill core logs.
13     A.  Yes.
14     Q.  And I think some of them even dated back
15 to 1972 or 1973.
16     A.  Yes.
17     Q.  And you were shown some of the results
18 in those logs.
19     I guess my general question to that is,
20 without having to go back to them, is there
21 anything that you saw in any of the core logs,
22 whether or not they were Johnson & Johnson's from
23 the '70s, whether or not they were drill core logs
24 of Imerys from the 1990s or 2000s, was there
25 anything that you saw that led you to believe that

Page 513

1  the talc that Imerys was mining to supply to
2  Johnson & Johnson contained asbestos?
3      MS. O'DELL:  Object to the form.
4      A.  No.
5      MR. PROST:  That's all I have.
6      MS. O'DELL:  Give me -- can we go off the
7  record?
8      VIDEOGRAPHER:  Off the record at 7 p.m.
9      (Recess taken.)
10     VIDEOGRAPHER:  We are back on the record at
11 7:09.
12         EXAMINATION
13 BY MS. O'DELL:
14     Q.  Mr. Downey, you were asked a series of
15 questions about --
16     A.  Are we back on?
17     Q.  Yes.  Are you ready, Mr. Downey?
18     A.  Yeah, I am.
19     Q.  You were asked a series of questions
20 about -- first I'll bring your attention to the
21 word "amphiboles."  You were asked the question
22 about the type of rock referred to as "amphibole."
23     I understood your testimony to be the
24 amphibole, as a mineral, is something -- or a type
25 of rock is something that's very common, correct?

Page 514

1      A.  Yes.
2      Q.  And you indicated that just because
3  something is termed an "amphibole," it does not
4  mean that it is asbestos; do you recall that?
5      A.  Yes.
6      Q.  Would you agree with me that there is a
7  form -- there are forms of amphibole minerals that
8  are, in fact, asbestiform?  Correct?
9      A.  There are rare amphibole minerals that
10 are asbestos.
11     Q.  So the answer to my question is "yes"?
12     MR. LOCKE:  Objection.
13     MR. PROST:  Join.
14     A.  You used the word "asbestiform."  And
15 I'm -- I'm acknowledging that there are rare -- or
16 there are amphibole minerals, there are a few
17 amphibole minerals that, in rare form, based on
18 their crystal habit and morphology, that are
19 asbestos, and those would be actinolite asbestos,
20 tremolite asbestos and anthophyllite asbestos.
21     Q.  (By Ms. O'Dell)  And in relation to
22 serpentine, you were asked a number of questions by
23 Imerys counsel regarding serpentine.
24     And I'll ask you, isn't it true that there
25 are minerals by virtue of the fact that they have a

Page 515

1  certain morphology and crystalline structure
2  that -- back up and try again.
3      In relation to serpentine, are there certain
4  subsets of serpentine minerals that, by virtue of
5  their crystal-like structure, their fiber-like
6  morphology, they are regarded as asbestos?  True?
7      MR. PROST:  Object to form.  I said
8  "serpentinite," to clarify.
9      Q.  (By Ms. O'Dell)  Do you remember my
10 question?
11     A.  If you can read it back?  No.
12     Q.  In regard to serpentinite minerals,
13 there's a subsection of those type of minerals that
14 due to their crystalline structure and morphology
15 are considered to be asbestos, true?
16     MR. LOCKE:  Objection.
17     MR. PROST:  Join.
18     A.  You were talking in the plural.  It's my
19 understanding that chrysotile is the asbestos
20 variety of the serpentine minerals, and it's rare.
21     Q.  (By Ms. O'Dell)  Okay.  I'd ask you to
22 turn to Exhibit 11, please.  Do you recall this
23 exhibit, Mr. Downey?  It relates to an evaluation
24 of the talc mines in Vermont.
25     Do you recall that?

Patrick Downey

| Page 516 |
| --- |

```
 1          A. I think it includes talc mines in
 2    Vermont and other mines as well.
 3          Q. And I asked you a series of questions as
 4    they relate to the talc mines in Vermont.
 5          Do you recall that line of questions?
 6          A. Not specifically at this time. I
 7    remember seeing this document. I don't remember
 8    the questions you asked.
 9          Q. And this is a geological analysis. You
10    recall this. We established this on the record. A
11    geological analysis of the talc mines in Vermont as
12    well as some other parts of the country, but it
13    certainly covered Vermont, true?
14          A. If you say that we established it was a
15    geological analysis, this is titled "Cyprus Ore
16    Reserve Evaluation."
17          Q. Okay. Turn to page 2 of this document.
18    It says, "Fibrous minerals"; do you see that at the
19    bottom of the page?
20          A. Yes.
21          Q. "Tremolite and actinolite are ubiquitous
22    in several zones of the Vermont mines"; do you
23    recall that?
24          A. Yes.
25          Q. Fibrous tremolite is asbestos, correct?
```

| Page 517 |
| --- |

```
 1          MR. PROST: Object to form.
 2          A. It actually depends on the crystal
 3    habit, the crystal morphology. Just the term
 4    "fibrous" alone and "tremolite" together, to me,
 5    does not indicate asbestos.
 6          Q. (By Ms. O'Dell) Maybe it doesn't
 7    indicate it's asbestos for sure after having been
 8    confirmed by TEM or some other type microscopic
 9    analysis, but in general, tremolite asbestos is a
10    fibrous mineral, true?
11          MR. PROST: Object to form.
12          A. Tremolite asbestos is a mineral that has
13    very distinguishing characteristics about its
14    fibrous nature as well as the exhibition of the
15    fibers, that they are easily separable. They're
16    flexible. They're chemically and thermally
17    resistant. So just the term "fiber" alone, to me,
18    does not indicate it's asbestos.
19          Q. (By Ms. O'Dell) Okay. Well, do you
20    recall Exhibit 34? We went over that earlier
21    today. It should be in front of you.
22          A. I have 37.
23          MR. SILVER: 34 was on one of . . .
24          Here's 34.
25          Q. (By Ms. O'Dell) 34, Exhibit 34, do you
```

| Page 518 |
| --- |

```
 1    recall that?
 2          A. Yes.
 3          Q. Technical report. It's from the
 4    Argonaut historical development drilling sample.
 5    We went over this in detail. R98-9. And in this
 6    instance, this sample from Argonaut confirmed --
 7    excuse me -- the analysis of this sample from
 8    Argonaut confirmed that tremolite was present in
 9    the sample and was roughly approximately to be 4
10    percent of -- and I'm adding these words -- 4
11    percent, and that would be 4 percent of the sample,
12    correct?
13          A. It says that tremolite was detected. It
14    says 4 percent. There's no indication that this
15    was ore. It says it was from a drilling sample.
16    And it doesn't have any mention of asbestos. It
17    says "tremolite."
18          MR. SILVER: Leigh, time's up. You can ask
19    one more question, but we actually let you run
20    over.
21          MS. O'DELL: Fair. Part of my time was
22    looking for the exhibit, but okay.
23          MR. SILVER: That's why I let you go over.
24          Q. (By Ms. O'Dell) It's your testimony on
25    behalf of Imerys that this test result that states
```

| Page 519 |
| --- |

```
 1    it confirmed that the sample from this core was
 2    tremolite does not mean it is asbestos tremolite;
 3    is that your testimony?
 4          A. As written here, it says "tremolite."
 5          Q. And in your mind, unless the word was
 6    "tremolite with asbestos," that would -- that --
 7    let me back up and try again, the last question.
 8          In your mind, unless "tremolite" is coupled
 9    with the term "asbestos" in the same sentence, it's
10    not asbestos.
11          Is that your opinion?
12          MS. O'DELL: Object to form.
13          Q. (By Ms. O'Dell) Or is that your
14    testimony on behalf of Imerys?
15          A. You were asking me specifically about
16    this document. This has no other reference other
17    than "tremolite."
18          Q. (By Ms. O'Dell) And in your mind,
19    unless "asbestos" had followed "tremolite" in this
20    PLM analysis, that does not mean it is asbestos,
21    correct?
22          A. I'm sorry. The -- there's no other
23    characteristic described, whether it says
24    "asbestos" or if it was describing the crystal
25    habit and the morphology -- if that was there, I
```

66 (Pages 516 to 519)

Patrick Downey

| Page 520 |
| --- |

1    would be able to say yes or no, but just
2    "tremolite" on its own does not, to me, indicate
3    asbestos.  I'm sorry.  I can't agree to that.
4           MR. SILVER:  Time's up.
5           MS. O'DELL:  No more questions.
6           MR. PROST:  Can I just have a minute to see
7    if I have anymore, talk to counsel?
8           MS. O'DELL:  Okay.
9           VIDEOGRAPHER:  Off the record at 7:21.
10          (Recess taken.)
11          VIDEOGRAPHER:  We are back on the record
12   at 7:23.
13          MS. O'DELL:  No more questions.
14          VIDEOGRAPHER:  Okay.  That concludes today's
15   proceeding, and we are off the record at 7:23.
16          (Exhibit 64 was marked for identification.)
17          (Whereupon, the deposition was concluded at
18   7:23 p.m. on August 8, 2018.)
19
20
21
22
23
24
25

| Page 521 |
| --- |

1           I, PATRICK DOWNEY, do hereby certify that I
2    have read the foregoing transcript and that the
3    same and accompanying amendment sheets, if any,
4    constitute a true and complete record of my
5    testimony.
6
7
8
9          _____
           PATRICK DOWNEY
10
           ( ) No Amendments
11         ( ) Amendments Attached
12         Subscribed and sworn to before me
13   this _____ day of _____, 2018.
14
15   Notary Public: _____
16   Address: _____
17         _____
18   My commission expires: _____
19   Seal:
20
21
22
23                 MLG
24
25

| Page 522 |
| --- |

1           REPORTER'S CERTIFICATE
STATE OF COLORADO    ) ss.
2    COUNTY OF DENVER    )
3
4           I, MELANIE L. GIAMARCO, do hereby certify
5    that I am a Registered Professional Reporter and
6    Notary Public within the State of Colorado; that
7    previous to the commencement of the examination,
8    the deponent was duly sworn by me.
9           I further certify that this deposition was
10   taken in machine shorthand by me at the time and
11   place herein set forth, that it was thereafter
12   reduced to typewritten form, and that the foregoing
13   constitutes a true and correct transcript of the
14   proceedings had.
15          I further certify that I am not employed by,
16   related to, nor of counsel for any of the parties
17   herein, nor otherwise interested in the result of
18   the within litigation.
19          In witness whereof, I have affixed my
20   signature this 21st day of August, 2018.
21
22
           Melanie L. Giamarco
23         Registered Professional Reporter
           Registered Merit Reporter
24         Certified Realtime Reporter
My commission expires:  August 21, 2021
25   Notary ID:  20014025991