# EXHIBIT E32

```
 1              SUPERIOR COURT OF WASHINGTON
                     FOR KING COUNTY
 2

 3     JODY E. RATCLIFF,       )
                               )
 4              Plaintiff,     )
                               )
 5     v.                      ) No. 16-2-18128-7
                               ) SEA
 6     BORGWARNER MORSE TEC    )
       LLC, et al.,            )
 7                             )
                Defendants.    )
 8

 9            THURSDAY, FEBRUARY 1, 2018

10                    - - -

11         Videotaped Deposition of Frederick

12   Pooley, Ph.D., held at the offices of Orrick,

13   Herrington & Sutcliffe LLP, 51 West 52nd

14   Street, New York, New York, commencing at

15   9:31 a.m., on the above date, before Carrie

16   A. Campbell, Registered Diplomate Reporter,

17   Certified Realtime Reporter, Illinois,

18   California & Texas Certified Shorthand

19   Reporter, Missouri & Kansas Certified Court

20   Reporter.

21                    - - -

22
              GOLKOW LITIGATION SERVICES
23                  877.370.DEPS
                 deps@golkow.com
24

25
```

```
                                                        Page 2
 1         A P P E A R A N C E S :
 2
 3   LANIER LAW FIRM, P.C.
     BY:  W. MARK LANIER, ESQ.
 4        wml@lanierlawfirm.com
     6810 FM 1960 West
 5   Houston, Texas 77069
     (713) 659-5200
 6
 7
     LANIER LAW FIRM, P.C.
 8   BY:  RACHEL LANIER, ESQ.
          rachel.lanier@lanierlawfirm.com
 9        DARRON BERQUIST, ESQ.
          darron.berquist@lanierlawfirm.com
10        SHANNON TULLY, ESQ.
          shannon.tully@lanierlawfirm.com
11        ETHAN HORN, ESQ.
          ethan.horn@lanierlawfirm.com
12   126 East 56th Street, Sixth Floor
     New York, New York 10022
13   (212) 421-2800
14
15   LANIER LAW FIRM, P.C.
     BY:  LEE E. CIRSCH, ESQ.
16        lec@lanierlawfirm.com
     10866 Wilshire Boulevard, Suite 400
17   Los Angeles, California 90024
     (310) 277-5100
18   Counsel for Plaintiffs
19
20   ORRICK, HERRINGTON & SUTCLIFFE LLP
     BY: PETER A. BICKS, ESQ.
21        pbicks@orrick.com
          ALLEGRA AUSILIA NOONAN, ESQ.
22        anoonan@orrick.com
     51 West 52nd Street
23   New York, New York 10019
     (212) 506-3742
24   Counsel for Defendant Johnson &
     Johnson
25
```

```
                                                        Page 3
 1        ALSTON & BIRD LLP
          BY:  JOSHUA L. BECKER, ESQ.
 2             josh.becker@alston.com
          1201 West Peachtree Street Suite 4900
 3        Atlanta, Georgia 30309-3424
          (404) 881-7000
 4        Counsel for Imerys and Cyprus
 5
 6   ALSO PRESENT:
 7        JAWANA COLEMAN, Lanier Law Firm
          DAVID EGILMAN
 8        ELLA FASSLER
          JOAN STEFFEN
 9
10
     V I D E O G R A P H E R :
11        HENRY MARTE,
          Golkow Litigation Services
12
                    - - -
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                        Page 4
 1                       INDEX
 2                                                   PAGE
 3   APPEARANCES..................................    2
 4   EXAMINATIONS
 5     BY MR. BICKS..............................   15
 6     BY MR. LANIER.............................  133
 7     BY MR. BICKS..............................  367
 8     BY MR. LANIER.............................  411
 9     BY MR. BICKS..............................  459
10     BY MR. LANIER.............................  460
11
12                      EXHIBITS
13   No.   Description                             Page
14   1     Curriculum Vitae- Frederick David         18
           Pooley
15
     2     Occupational Exposures to                 37
16         Non-Asbestiform Talc in Vermont,
           Boundy, et al.
17
     3     Report of F.D. Pooley,                    39
18         JNJ 000325709 - JNJ 000325722
19   4     Report of the Examination of Rock         47
           Samples from the Vermont mine,
20         Department of Mineral
           Exploitation, University College,
21         Cardiff,
           FDP000000381 - FDP000000430
22
     5     Report of the Analysis of J. & J.         54
23         International Talc Samples,
           Department of Mineral
24         Exploitation, University College,
           Cardiff,
25         FDP000000459 - FDP000000494
```

```
                                                        Page 5
 1   6     McCrone Associates, Inc. 21 May          58
           1987 letter from Ian M. Stewart to
 2         Donald M. Benninger,
           J&J-0163931
 3
     7     Talc Product Safety and Purity           62
 4         Project:  1. Talc Ore Sampling -
           Fontane Mine - Italy, F.D. Pooley,
 5         W.R. Dean, I.W. Sloan, 30th
           September, 1971,
 6         JNJAZ55_000001979 -
           JNJAZ55_000001987
 7
     8     F.D. Pooley letter to Dr. Shelly,        72
 8         28th September, 1972,
           JNJAZ55_000003645
 9
     9     Photos of the mine                       72
10
     10    Report of Italian Mine Samples J.        77
11         & J., Department of Mineral
           Exploitation, University College,
12         Cardiff,
           FDP000000495 - FDP000000618
13
     11    Report of Examination of                 82
14         International Samples of Talc
           Supplied by Johnson and Johnson,
15         University College, Cardiff, Dr.
           F.D. Pooley, Department of Mineral
16         Exploitation,
           JNJAZ55_000002931 -
17         JNJAZ55_000002936
18   12    Examination of Shower to Shower          86
           Talc Sample for Johnson and
19         Johnson, University College,
           Cardiff, Dr. F.D. Pooley,
20         Department of Mineral
           Exploitation,
21         JNJNL61_000019271 -
           JNJNL61_000019273
22
     13    University College, Cardiff, Dr.         88
23         F.D. Pooley, Department of Mineral
           Exploitation, 8th November, 1972,
24         letter from Pooley to A.J. Goudie,
           JNJMX68_000004230 -
25         JNJMX68_000004231
```

FREDERICK POOLEY

Page 34

1 control, you know, internationally over the
2 source of their materials.
3   Q.   I asked you a little bit about
4 Italy.
5        Did you visit the mine in Italy
6 where Johnson & Johnson at one point sourced
7 talc from?
8   A.   Yes, the Val Chisone mine.
9 Yeah. Yeah.
10  Q.   And did you go there in person?
11  A.   Oh, yes. Yep. Very
12 interesting visit, yeah.
13  Q.   And you mentioned you called it
14 the Val Chisone mine?
15  A.   Yeah.
16  Q.   Can you describe the area that
17 that's located?
18  A.   It's in the north of Italy,
19 just not far from the border with France,
20 just where the Alps start to develop. So it
21 was very, very mountainous, very picturesque,
22 and it was very difficult to get to the mine
23 actually. They had a ski lift installed
24 there to take workers in to work when the
25 snow is on the ground.

Page 35

1   Q.   And did you also visit a talc
2 deposit in Windsor, Vermont, where Johnson &
3 Johnson at one point sourced talc from?
4   A.   Yes.
5   Q.   And were you there personally?
6   A.   Oh, yes. Yeah.
7   Q.   And did you test the ore
8 deposit in Vermont as well as product, baby
9 powder, that used the talc from that ore?
10  A.   Yes. As with the Italian mine,
11 we -- I paid a visit there and arranged a
12 sample myself, underground to take samples,
13 to look at representative impurities that
14 might get into the talc product.
15  Q.   And you told us that you were a
16 coal miner, so I take it you have experience
17 in mines, right?
18  A.   Yes. Lots of it, yeah.
19  Q.   And when you visited these ore
20 deposits in Italy and Vermont, did you ever
21 wear a respirator?
22  A.   No. No.
23  Q.   Why not?
24  A.   Well, the mining of deposits
25 like talc, there is not a lot of disease, if

Page 36

1 you want to put it that way, associated with
2 that. They produce dust and they're exposed
3 to dust and they have pneumoconiosis cases
4 where the dust exposure has been severe, but
5 there's no major concern about controlling
6 the dust at that time. It's probably -- it
7 may have changed now, but...
8   Q.   In the testing that you did on
9 the two ore deposits and also baby powder
10 products with talc in them, were you ever
11 able to determine whether or not either the
12 ore or any of the baby powder had asbestos in
13 it?
14  A.   Well, we were -- part of a
15 visit like that to take samples is to look
16 around to see if you can see anything which
17 might represent an asbestos-type contaminant.
18 And although looking at the rock specimens we
19 brought back, there were amphibole minerals,
20 but there was no obvious asbestos visible in
21 the mine.
22  Q.   **And after all the testing that**
23 **you did, were you able to ever find asbestos**
24 **in the samples or the deposit samples that**
25 **you looked at?**

Page 37

1  A.   **No. Mineral types, yeah,**
2 **amphibole mineral, but no asbestos, no.**
3   Q.   And were you experienced with
4 the test methods that you used?
5   A.   To examine these specimens?
6   Q.   Yes.
7   A.   Oh, yes, I was, you know.
8   Q.   Do you know of anyone who had
9 more experience in the 1970s than you in
10 testing the ore deposits that you tested?
11  A.   I don't know, but there were
12 probably people around who would have done a
13 similar job if it was presented to them, but,
14 you know, we're few and far between.
15  Q.   Let me talk about the deposit
16 in Vermont, the Windsor area. You were
17 familiar with that?
18  A.   Yeah.
19       (Pooley Exhibit 2 marked for
20       identification.)
21 QUESTIONS BY MR. BICKS:
22  Q.   And let me show you what we'll
23 mark as Exhibit 2, if Carrie can show you
24 that.
25       This is an article, I take it,

FREDERICK POOLEY

Page 38

1  that you are familiar with?
2      A.   Yeah.  I have seen this, yes.
3      Q.   And this is -- there's some
4  people on here:  Maryanne Boundy, Karen Gold,
5  Kenneth Martin, William Burgess and John
6  Dement.
7           In your experience in dealing
8  with dust and mines and so forth, are these
9  names familiar to you?
10     A.   Well, the one name is, John
11 Dement.  I know him quite well.  We've
12 actually published papers together.
13     Q.   Yeah.
14     A.   Yeah, but --
15     Q.   And what about here, the
16 Department of Environmental Health Sciences,
17 Harvard School of Public Health in
18 Massachusetts, have you heard of that
19 organization?
20     A.   Yes.
21     Q.   And I'm focusing here when
22 we're talking about Vermont, and I'm
23 highlighting here:  "Since geological studies
24 dating back from the early 1900s have shown
25 that the Vermont talc deposits contain no

Page 39

1  asbestos."
2           Do you see that?
3      A.   Yes.
4      Q.   And is that a view that in the
5  work that you did over the years that we'll
6  talk about that you -- was consistent with
7  what you concluded?
8      A.   Yes.
9      Q.   And I'd like to show you
10 some -- a study that you did, and I'm going
11 to ask you some questions about it.
12     A.   Okay.
13          (Pooley Exhibit 3 marked for
14          identification.)
15 QUESTIONS BY MR. BICKS:
16     Q.   And I think this is the third
17 exhibit, and you have this in front of you,
18 Dr. Pooley.
19     A.   Yeah.  Yeah, I've got it.
20     Q.   And this is a report that you
21 wrote?
22     A.   Uh-huh.
23     Q.   And you did several reports on
24 talc out of the Vermont deposit, right?
25     A.   Yes, I looked at quite a few

Page 40

1  samples here.
2      Q.   And this is kind of -- if we
3  start the story, this is -- appears to be one
4  of the first things that you did; is that
5  right?
6      A.   Yeah, that's right.
7      Q.   And if we look at this
8  document, and I'm highlighting stuff on the
9  screen here, it says right here that these
10 are identity samples submitted to Fred Pooley
11 at University College?
12     A.   Yes.
13     Q.   That's you, right?
14     A.   Yes.
15     Q.   All right.  And it indicates
16 here that these are samples of Vermont
17 production talc, Windsor 66, which is used in
18 the manufacture of Johnson's baby powder.
19          Do you see that?
20     A.   Yes.
21     Q.   Are you familiar with the
22 numbers Windsor 66?
23     A.   Yeah, I'm familiar with Windsor
24 Minerals.  The 66, yes.
25     Q.   And you'll see that there's a

Page 41

1  description here of where these came from and
2  it says here that, "Our quality assurance
3  division takes a sampling at random from a
4  production line during each shift."
5           And as somebody who deals with
6  talc testing, are you familiar with kind of
7  how that works?
8      A.   Yes, they quality control, you
9  know.  Yeah.
10     Q.   And if we look later on, we
11 have here your report on these samples,
12 right?
13     A.   Yep.
14     Q.   And we can see here that you
15 looked at ten samples, right?
16     A.   Yes.
17     Q.   And in terms of what you were
18 doing in this report, it says that you were
19 doing analysis performed, were implemented to
20 establish the presence of asbestos fiber of
21 the chrysotile or amphibole types.
22          Do you see that?
23     A.   Yes.
24     Q.   And is that analysis that you
25 did?

FREDERICK POOLEY

Page 210

1 you've done work for the World Health
2 Organization.
3     A.   No, I didn't say that at all.
4     Q.   Sure, the jury heard it.  It
5 was on your CV.
6          Now, the bottom line is, is
7 you've talked about talc mines being
8 contaminated by asbestos yourself, haven't
9 you?
10    A.   I can't remember.
11    Q.   Well, here's your CV.
12    A.   Yeah.
13    Q.   Exhibit 1.  It's one of the
14 things that you put on your brag sheet, your
15 stud sheet.
16    A.   Yeah.
17         MR. BICKS:  Objection to the
18    form.
19 QUESTIONS BY MR. LANIER:
20    Q.   Consultant on biological
21 effects of mineral dusts, collection and
22 quantification to World Health Organization.
23    A.   That's right.
24    Q.   So I said that's one of things
25 that you bragged about on your CV, and you

Page 211

1 said no.
2         I mean, it's on there; I didn't
3 make that up, did I?
4    A.   No.  No.
5    Q.   And now you're saying that
6 they're garbage and not to be believed?
7         MR. BICKS:  Objection.
8         THE WITNESS:  No, I'm referring
9    to the document you gave me.
10 QUESTIONS BY MR. LANIER:
11   Q.   Well, sir, I'll refer to a
12 document you wrote --
13   A.   Which has got chrysotile
14 asbestos written on it.
15   Q.   Yeah.
16        Well, chrysotile is asbestos,
17 isn't it?
18   A.   Oh, sure it is.  Yeah.  Yeah.
19   Q.   Okay.  And those aren't the
20 only kinds.  The asbestos isn't just
21 chrysotile and tremolite.  There are other
22 varieties of asbestos, aren't there?
23        Aren't there?
24   A.   Yes, there are.
25   Q.   And --

Page 212

1    A.   Other sources of material that
2 are referred to as being asbestos, yes.
3         (Pooley Exhibit 27 marked for
4    identification.)
5 QUESTIONS BY MR. LANIER:
6    Q.   Yeah.
7         And I've handed you Exhibit
8 Number 28.  If we go back to something you
9 wrote back in 1992, this is -- did I put a
10 sticker on your copy, sir?
11   A.   Yes.
12   Q.   What does that sticker say?
13   A.   Exhibit 27.
14   Q.   And it's this article?  Okay.
15 I went out of the order.  Thank you very
16 much.
17        This is Exhibit 27.
18   A.   Talc pneumoconiosis.
19   Q.   Yeah.  Yeah.  Yeah.
20   A.   The pathological and
21 mineralogical study.
22   Q.   You're the F.D. Pooley on this,
23 aren't you?
24   A.   That's right.
25   Q.   And you've got here -- I think

Page 213

1 there's a typo because it says "tail" when it
2 ought to say "talc."
3    A.   Sure.
4    Q.   That should be "talc," right?
5    A.   Yep.
6    Q.   All right.  "Minerals that may
7 contaminate talc include tremolite" --
8         Do you see that?
9    A.   Yeah.
10   Q.   -- "anthophyllite" --
11        Do you see that?
12   A.   Yeah.
13   Q.   Anthophyllite, I guess.  I
14 don't ever pronounce it right.
15        -- "antigorite" --
16   A.   Yeah.
17   Q.   -- "chrysotile"?
18   A.   Yeah.
19   Q.   Those are asbestos, aren't
20 they?
21   A.   Yeah.
22        And you've forgotten tremolite,
23 didn't you?
24   Q.   Yeah.
25   A.   Yeah.

Page 214

```
 1     Q.     They're asbestos.
 2     A.     Yeah, fibrous and nonfibrous.
 3     Q.     Uh-huh.  Both of them.  Both
 4  kinds.
 5     A.     Yeah.  Sure.
 6     Q.     You, when you weren't getting
 7  paid by Johnson & Johnson, you're publishing
 8  and you're saying in publication that talc
 9  has got -- you've got talc contaminated with
10  tremolite.
11            What were the other asbestos
12  minerals?  Anthophyllite?
13     A.     Uh-huh.
14     Q.     Oops, I didn't spell it right.
15  Anthophyllite.  That's close enough.
16            Chrysotile?
17     A.     Uh-huh.
18     Q.     Says antigorite.  Is that an
19  asbestos mineral?
20     A.     No.
21     Q.     Okay.  If we go back to the
22  WHO, World Health Organization, document
23  which was exhibit number -- do you remember?
24  You've got the marked one.
25     A.     26.
```

Page 215

```
 1     Q.     Thank you.
 2            Exhibit Number 26, principal
 3  varieties of asbestos, they include
 4  chrysotile, don't they?
 5     A.     Yes.
 6     Q.     So also we've got chrysotile --
 7  now, you're not going to fuss that with them,
 8  are you?
 9     A.     Sorry?
10     Q.     You're not going to fuss that
11  chrysotile is a principal variety?
12     A.     No.
13     Q.     They also said that
14  anthophyllite is; you're not going to fuss
15  that, are you?
16     A.     No.
17     Q.     So here you've got something
18  where you've published and you have said that
19  chrysotile, tremolite and anthophyllite --
20            Which are varieties of
21  asbestos?
22     A.     Uh-huh.
23     Q.     -- is in talc.  That's a
24  publication you did in 1992, correct?
25     A.     Yep.
```

Page 216

```
 1     Q.     Of course, that flies in the
 2  face of everything you've told the jury
 3  today, doesn't it?
 4            MR. BICKS:  Objection to the
 5     form.
 6  QUESTIONS BY MR. LANIER:
 7     Q.     Doesn't it?
 8     A.     No.
 9     Q.     You've said today talc mines
10  don't have asbestos in them, haven't you?
11            MR. BICKS:  Objection to the
12     form.
13            THE WITNESS:  No, I said that
14     they do have the mineral, but not the
15     asbestos.  We're talking about two
16     completely different forms, whatever
17     the World Organization says.
18  QUESTIONS BY MR. LANIER:
19     Q.     No.  Sir, this is what you
20  said.
21     A.     Yeah.
22     Q.     You said that they don't
23  have -- and yet you've said that you get
24  traces of asbestos --
25            MR. BICKS:  Traces of
```

Page 217

```
 1     tremolite.
 2            THE WITNESS:  Yeah.
 3  QUESTIONS BY MR. LANIER:
 4     Q.     Oh, that's -- no.  No.  In the
 5  Pittsburgh Corning deposition, you said
 6  asbestos.
 7            MR. BICKS:  Objection to the
 8     form.
 9  QUESTIONS BY MR. LANIER:
10     Q.     You used that word.
11     A.     Did I?
12            MR. BICKS:  Objection to the
13     form.
14  QUESTIONS BY MR. LANIER:
15     Q.     Yeah.  Do you want -- let's
16  look at it again, lest there be any concern.
17            Do you not remember, sir?
18     A.     No.  It was 1990, wasn't it?
19     Q.     Well, it's 1990, but I just
20  showed it to you a few minutes ago, so we're
21  2018 right now.
22            Remember?
23     A.     No, I can't remember back
24  28 years.
25     Q.     Let's just make sure you're on
```

FREDERICK POOLEY

```
                                        Page 314                                               Page 316
 1     A.   No.                                      1             So just so that we're real
 2     Q.   Okay.  So you were in the Val            2   clear, even though you may not have seen it,
 3  Chisone mine.                                    3   you did see -- found tremolite?
 4          How many times did you go over           4      A.   Yes.
 5  there?                                           5      Q.   It's just your opinion that it
 6     A.   I think I went twice to the              6   wasn't of the right size to where you were
 7  mine.                                            7   going to say that it was asbestos?
 8     Q.   Oh, okay.  So this -- this               8      A.   It wasn't asbestiform, no.
 9  wasn't for years you were working on it?         9      Q.   It wasn't the right size for
10     A.   No.  Only on the samples.               10   you?
11     Q.   Only on the samples?                    11      A.   It wasn't asbestiform.
12     A.   Yeah.                                   12      Q.   Asbestiform?
13     Q.   Well, who did more work on the          13      A.   Yes.
14  Val Chisone mine than you did?                  14      Q.   Yeah, there's just a difference
15     A.   I have no idea.                         15   in those words.  I just want to make it real
16     Q.   How about the people who run            16   clear.  You're not saying it wasn't asbestos.
17  the Val Chisone mine?                           17   You're saying that -- you've got a -- there's
18     A.   I've actually never seen what           18   the word "asbestos," which is referring to
19  work they actually did.                         19   the mineral, and the asbestos mineral
20     Q.   Whoa.  Okay.  Timeout.  This is         20   includes tremolite, right?
21  important.                                      21      A.   Yeah.
22          You've never seen the work done         22      Q.   And then you've got another
23  by Val Chisone?                                 23   word you used called "asbestiform."
24     A.   No.                                     24      A.   Yes.
25     Q.   So Johnson & Johnson didn't             25      Q.   And that's where you wanted to

                                        Page 315                                               Page 317
 1  give you that?                                   1   have your size?
 2     A.   No.                                      2      A.   And appearance, yeah.
 3     Q.   See, because I was concerned             3      Q.   Yeah.
 4  about it when I heard you say that Johnson &     4      A.   Fibers.
 5  Johnson -- based on your knowledge, if           5      Q.   Fibers?
 6  Johnson & Johnson, if an issue had been          6      A.   Yeah.
 7  identified, then they'd take action.             7      Q.   3 to 1?
 8     A.   Yeah.                                    8      A.   Yeah.
 9     Q.   And your idea that Johnson &             9      Q.   Ratio?
10  Johnson was a reasonable company who never     10      A.   Yeah, particles below that size
11  pressured you to come up with answers in any    11   ratio wouldn't be --
12  of your own tests.                              12      Q.   Asbestiform by your
13     A.   Yeah.                                   13   definition --
14     Q.   And that Johnson & Johnson was,         14      A.   Yeah.
15  you know, reasonable in their behavior and      15      Q.   -- though, they're still
16  what they did and they put safety first, but    16   asbestos?
17  they never showed you the work by the mine      17           MR. BICKS:  Objection to the
18  company?                                        18      form.
19     A.   No.                                     19   QUESTIONS BY MR. LANIER:
20     Q.   Okay.  As a sidenote, you did           20      Q.   In terms of the mineral, the
21  find tremolite in Val Chisone, didn't you?      21   mineral structure hasn't changed, right?
22     A.   Yeah, I think -- yeah, excuse           22      A.   Yeah.
23  me, one of the mineral samples, yeah, we        23      Q.   Right?
24  took.                                           24      A.   Nope.
25     Q.   Yeah.                                   25      Q.   I'm not right?
```

### Page 462

```
 1    A.    To do what?
 2    Q.    To do these tests.
 3    A.    No, it doesn't say --
 4    Q.    It doesn't say that J&J viewed
 5  one of your techniques as too sensitive?
 6    A.    Uh-huh.
 7    Q.    Does it?
 8    A.    No.
 9          MR. BICKS:  Objection to the
10    form.
11          MR. LANIER:  All right.  Pass
12    the witness.  We're done.  Thank you.
13          VIDEOGRAPHER:  This marks the
14    end of today's deposition.  The time
15    is 6:03 p.m.  We're going off the
16    record.
17    (Deposition concluded at 6:03 p.m.)
18              - - - - - - -
```

### Page 463

```
                   CERTIFICATE

       I, CARRIE A. CAMPBELL, Registered
Diplomate Reporter, Certified Realtime
Reporter and Certified Shorthand Reporter, do
hereby certify that prior to the commencement
of the examination, Frederick Pooley, Ph.D.,
was duly sworn by me to testify to the truth,
the whole truth and nothing but the truth.
       I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
testimony as taken stenographically by and
before me at the time, place and on the date
hereinbefore set forth, to the best of my
ability.
       I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney
nor counsel of any of the parties to this
action, and that I am neither a relative nor
employee of such attorney or counsel, and
that I am not financially interested in the
action.


   _____
   CARRIE A. CAMPBELL,
   NCRA Registered Diplomate Reporter
   Certified Realtime Reporter
   California Certified Shorthand
   Reporter #13921
   Missouri Certified Court Reporter #859
   Illinois Certified Shorthand Reporter
   #084-004229
   Texas Certified Shorthand Reporter #9328
   Kansas Certified Court Reporter #1715
   Notary Public
   Dated:  February 9, 2018
```

### Page 464

```
              INSTRUCTIONS TO WITNESS

           Please read your deposition over
carefully and make any necessary corrections.
You should state the reason in the
appropriate space on the errata sheet for any
corrections that are made.
           After doing so, please sign the
errata sheet and date it.  You are signing
same subject to the changes you have noted on
the errata sheet, which will be attached to
your deposition.
           It is imperative that you return
the original errata sheet to the deposing
attorney within thirty (30) days of receipt
of the deposition transcript by you.  If you
fail to do so, the deposition transcript may
be deemed to be accurate and may be used in
court.
```

### Page 465

```
            ACKNOWLEDGMENT OF DEPONENT


       I,_____, do
hereby certify that I have read the foregoing
pages and that the same is a correct
transcription of the answers given by me to
the questions therein propounded, except for
the corrections or changes in form or
substance, if any, noted in the attached
Errata Sheet.



       _____
       Frederick Pooley, Ph.D.        DATE



Subscribed and sworn to before me this
_____ day of _____, 20 _____.
My commission expires: _____

Notary Public
```

FREDERICK POOLEY

```
                              Page 466
 1          - - - - - - -
                ERRATA
 2          - - - - - - -
 3  PAGE   LINE   CHANGE
 4  ____   ____   _____
 5  ____   ____   _____
 6  ____   ____   _____
 7  ____   ____   _____
 8  ____   ____   _____
 9  ____   ____   _____
10  ____   ____   _____
11  ____   ____   _____
12  ____   ____   _____
13  ____   ____   _____
14  ____   ____   _____
15  ____   ____   _____
16  ____   ____   _____
17  ____   ____   _____
18  ____   ____   _____
19  ____   ____   _____
20  ____   ____   _____
21  ____   ____   _____
22  ____   ____   _____
23  ____   ____   _____
24  ____   ____   _____
25
```

```
                              Page 467
 1          - - - - - - -
              LAWYER'S NOTES
 2          - - - - - - -
 3  PAGE   LINE
 4  ____   ____   _____
 5  ____   ____   _____
 6  ____   ____   _____
 7  ____   ____   _____
 8  ____   ____   _____
 9  ____   ____   _____
10  ____   ____   _____
11  ____   ____   _____
12  ____   ____   _____
13  ____   ____   _____
14  ____   ____   _____
15  ____   ____   _____
16  ____   ____   _____
17  ____   ____   _____
18  ____   ____   _____
19  ____   ____   _____
20  ____   ____   _____
21  ____   ____   _____
22  ____   ____   _____
23  ____   ____   _____
24  ____   ____   _____
25
```