# EXHIBIT E33

**243**

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION : MIDDLESEX COUNTY

STEPHEN LANZO, III, and )
KENDRA LANZO, )
          Plaintiffs, )  DOCKET NO.
      vs. )  MID-L-7385-16 AS
CYPRUS AMAX MINERALS )
COMPANY, et al., )
          Defendants. )
_____ )

VOLUME II

CONTINUATION OF THE DEPOSITION OF

WILLIAM E. LONGO, PhD

October 24, 2017

9:13 a.m.

11555 Medlock Bridge Road, Suite 100
Johns Creek, Georgia

Debra R. Luther, RMR, CRR, CCR-B-881

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
(866) 344-0459
www.atlanta-reporters.com

Atlanta Reporters, Inc.   866-344-0459   www.atlanta-reporter.com

**245**

APPEARANCES OF COUNSEL (Continued)

On behalf of the Defendants
  Imerys Talc America, Inc.; and
  Cyprus Amax Minerals Company, Inc.:

    BRENDAN G. KRASINSKI, Esq.
    Alston & Bird, LLP
    4200 One Atlantic Center
    1201 West Peachtree Street, NW
    Atlanta, Georgia  30309
    brendan.krasinski@alston.com

    DENNIS J. VALENZA, Esq.
    Rawle & Henderson, LLP
    Widener Building
    One South Penn Square
    Philadelphia, Pennsylvania  19107
    dvalenza@rawle.com
    (Appearance by telephone)

                - - -

Atlanta Reporters, Inc.          www.atlanta-reporters.com

**244**

APPEARANCES OF COUNSEL

On behalf of the Plaintiffs:

    MOSHE MAIMON, Esq.
    Levy Konigsberg, LLP
    800 Third Avenue
    11th Floor
    New York, New York  10022
    mmaimon@levylaw.com

On behalf of the Defendant
  Johnson & Johnson:

    JONATHAN R. COOPER, Esq.
    Tucker Ellis, LLP
    950 Main Avenue
    Suite 1100
    Cleveland, Ohio  44113
    jonathan.cooper@tuckerellis.com

    JACK N. FROST, JR., Esq.
    Drinker, Biddle & Reath, LLP
    600 Campus Drive
    Florham Park, New Jersey  07932
    jack.frost@dbr.com
    (Appearance by telephone)

    CHAD MORRISS, Esq. (pro hoc pending)
    Kirkland & Ellis, LLP
    655 Fifteenth Street, NW
    Washington, DC  20005
    chad.morriss@kirkland.com

    JEFFREY A. HEALY, Esq.
    Tucker Ellis, LLP
    950 Main Avenue
    Suite 1100
    Cleveland, Ohio  44113
    jeffrey.healy@tuckerellis.com
    (Appearance by telephone)

Atlanta Reporters, Inc.          www.atlanta-reporters.com

**246**

INDEX TO EXAMINATIONS

Examination                                              Page

Examination by Mr. Cooper                                 248
Examination by Mr. Krasinski                              315
Further Examination by Mr. Cooper                         370
Examination by Mr. Maimon                                 378
Further Examination by Mr. Cooper                         386
Further Examination by Mr. Krasinski                      391
Further Examination by Mr. Cooper                         395
Further Examination by Mr. Maimon                         395
Further Examination by Mr. Cooper                         395
Further Examination by Mr. Krasinski                      397

                - - -

Atlanta Reporters, Inc.          www.atlanta-reporter.com

287

1  see if there's intergrowth crystalline --
2  intergrowth -- used to be transitional -- I guess
3  intergrowth is the new buzzword for that -- you
4  should rotate it and look at various angles on
5  diffraction patterns or just accept that it is
6  fibrous talc. And if you get an anthophyllite
7  diffraction pattern, you should rotate it and see if
8  it's transitional or not.
9      Q.  And when you say rotate it, you mean
10 selected area electron diffraction?
11     A.  Correct. Rotate the fiber.
12     Q.  Okay. Dual zone axis?
13     A.  No, I wouldn't do dual zone axis. I would
14 just look and see if you have any talc diffraction
15 patterns. You don't need to do dual zone axis
16 diffraction to identify these minerals.
17     Q.  Why do you say that?
18         MR. MAIMON: Objection. Aside from the
19 reasons that he testified to in his other
20 depositions?
21         MR. COOPER: Aside from the reasons,
22 because I read that twice and I still don't
23 understand it.
24         MR. MAIMON: Oh, okay. Object. Asked and
25 answered.

288

1          MR. COOPER: That may be my problem.
2      Q.  (By Mr. Cooper) But why do you say that?
3      A.  For the reasons I've already stated.
4      Q.  Okay. I'll go back and read it again.
5          Is all of the case-specific information
6  that you looked at listed in your report in this
7  case --
8      A.  Yes, sir.
9      Q.  -- which I would mark as an exhibit if I
10 can find it.
11     A.  I'm afraid to go into mine.
12         MR. MAIMON: I have a copy.
13         MR. COOPER: Can I mark yours?
14         MR. MAIMON: Yes.
15         MR. COOPER: Thanks. Let's mark this as
16 Exhibit 22.
17         (Defendant's Exhibit 22 was marked for
18 identification.)
19     Q.  (By Mr. Cooper) My question is you didn't
20 test any product that Mr. Lanzo actually used;
21 correct?
22     A.  I didn't receive any of his personal
23 products.
24     Q.  And you haven't tested anything that came
25 from Mr. Lanzo's body, tissue, lymph nodes, anything

289

1  like that?
2      A.  I have not.
3      Q.  Okay. Let's talk a little bit about the
4  Blount procedure.
5      A.  Let me get my file on that.
6      Q.  Okay.
7      A.  It may take me a second.
8      Q.  I sympathize completely.
9      A.  It would be on the bottom. Sorry for the
10 delay.
11     Q.  That's fine. Ready?
12     A.  I am.
13     Q.  All right. I'm really interested in
14 your -- why did you choose to use what we're calling
15 the Blount procedure, but let's mark it better, and
16 that would be the procedure outlined by Alice Blount
17 in her 1991 paper -- which is actually part of an
18 exhibit that has its number cut off, but that's
19 probably sufficient -- entitled Amphibole Content of
20 Cosmetic and Pharmaceutical Talcs. Why did you
21 choose to use that Blount procedure?
22     A.  Because her method talked about the
23 utility of separating out the denser amphiboles
24 versus the talc material so that you can have a more
25 sensitive analysis by polarized light microscopy.

290

1          It made sense to me that if it worked for
2  polarized light microscopy, it may work for
3  transmission electron microscopy, that it could
4  concentrate the materials and eliminate the need to
5  look at hundreds and hundreds and hundreds of grid
6  openings to reach the sensitivity necessary for these
7  trace amounts of amphiboles in the cosmetic talc.
8      Q.  My understanding is that what you're
9  trying to do in this process is to get rid of
10 extraneous lighter particles so that you don't have
11 to sort through them in your analysis. Is that a
12 layman's description or no?
13     A.  No. What it is is you want to have enough
14 material to start with, turns out about 20 milligrams
15 is about the limit for TEM, so that you can have a
16 concentrated sample which would increase or lower the
17 detection limit and not overload the TEM sample.
18         When you're doing TEM analysis, you have
19 the problem of if you're looking for trace
20 materials -- increasing the weight of what you're
21 analyzing increases the probability if it is trace
22 that you can find it.
23         If you have talc in there, to increase
24 that concentration the talc starts overlaying each
25 other and you have a TEM grid you can't analyze. And

### 291

```
10:22:43  1   that's why many laboratories -- laboratories have
10:22:46  2   done these types of analyses and increase the grid
10:22:51  3   openings, which is fine.  That's a very -- that is a
10:22:57  4   good method for decreasing -- increasing the
10:23:01  5   sensitivity.
10:23:02  6            By doing the Blount method, we were trying
10:23:04  7   to get these analyses where we could look at 100 grid
10:23:09  8   openings and streamline the analysis, and the Blount
10:23:13  9   method was a logical thing to try.  We didn't know
10:23:16 10   when we tried it that it would work for TEM or not or
10:23:19 11   the sample prep, but it turned out that it did.
10:23:21 12        Q.   Where did you first come across Blount's
10:23:29 13   paper?
10:23:29 14        A.   I came across it from the Johnson &
10:23:34 15   Johnson's documents.
10:23:35 16        Q.   Okay.  When was that?
10:23:37 17        A.   Before I used it.  I mean, I really don't
10:23:43 18   know.
10:23:43 19        Q.   Kind of obvious.
10:23:45 20        A.   I don't mean to be --
10:23:49 21        Q.   Last few years?
10:23:52 22        A.   No, it's -- I think whenever we started
10:23:57 23   this analysis, I had it before that, but, you know,
10:24:00 24   last year.
10:24:01 25        Q.   Okay.  Blount used a heavy liquid with a
```

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

### 292

```
10:24:09  1   density of a 2.81, and you used a heavy liquid with a
10:24:15  2   density of 2.85.  Why the difference?
10:24:17  3        A.   The 2.81 is a little harder to deal with,
10:24:20  4   and we were trying to increase it somewhat -- and you
10:24:29  5   can buy 2.85 and adjust it.  So we didn't feel that
10:24:33  6   2.81 versus 2.85 would make any difference between
10:24:39  7   separating out tremolite versus talc.
10:24:40  8        Q.   In Blount's method in using the 2.81,
10:24:44  9   there would be no overlap with the density of
10:24:46 10   anthophyllite; correct?
10:24:53 11        A.   Let's see.  I have to get it.
10:24:55 12        Q.   I think it's 2.84.
10:24:57 13        A.   2.84.  That's too close.
10:24:59 14        Q.   So Blount's method, she would still have
10:25:02 15   interference from anthophyllite?
10:25:04 16        A.   In fact, she didn't find any
10:25:08 17   anthophyllite.
10:25:08 18        Q.   That was going to be my point.  My
10:25:15 19   question is why didn't you use a lower density
10:25:26 20   material and therefore not have the issue that is
10:25:31 21   raised in your August 2nd report for finding
10:25:34 22   anthophyllite?
10:25:34 23             MR. MAIMON:  Object to form.
10:25:35 24             THE WITNESS:  Because the slight
10:25:42 25        difference there is not enough, in my opinion,
```

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

### 293

```
10:25:44  1   because you're still getting some talc particles
10:25:49  2   of fibers down.
10:25:50  3            You know, maybe in the future we'll go
10:25:51  4   back and do that and see if that actually works
10:25:56  5   and revise the reports and add anthophyllite to
10:26:00  6   them if it's present.
10:26:01  7        Q.   (By Mr. Cooper)  And that was going to be
10:26:02  8   my next question, is given the density of the
10:26:05  9   material, why did you still find talc?
10:26:09 10        A.   It's mostly talc fibers, but because you
10:26:15 11   have hundreds of millions and millions of talc,
10:26:18 12   you're still going to see some.  It falls -- goes
10:26:24 13   down, stuck to the tremolite, you're always going to
10:26:27 14   see some.
10:26:29 15            I think Blount even talks about there is
10:26:31 16   talc in hers.  So what's going on there and why it
10:26:37 17   happens, I haven't sat down and gone this is the
10:26:42 18   scientific explanation, but it happened with Blount,
10:26:45 19   and it happened with us.
10:26:45 20        Q.   There's no difference in density between
10:26:49 21   talc fibers and platy talc, is there?
10:26:51 22        A.   I'm not sure because we're seeing more
10:26:54 23   fibrous talc than we are -- so I'm not sure yet.
10:26:58 24        Q.   Okay.
10:26:58 25        A.   You would think not.
```

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

### 294

```
10:27:01  1        Q.   Makes sense to me, but okay.
10:27:04  2        A.   But we haven't explored that.
10:27:06  3        Q.   Blount used a 60 milligram sample, you
10:27:09  4   used 20, I think?
10:27:11  5        A.   We tried 60 milligrams, and it just
10:27:19  6   completely overloaded the TEM grids.
10:27:21  7        Q.   Okay.
10:27:21  8        A.   So for PLM that's fine; not for TEM.
10:27:25  9        Q.   Okay.  Do you know what the difference in
10:27:29 10   magnification between the TEM that you were using and
10:27:32 11   the optical microscope that Blount was using?
10:27:37 12        A.   Well, she was doing polarized light, so
10:27:40 13   that's typically around 400, 450.  Some people will
10:27:45 14   do -- go up higher if they're doing dispersion
10:27:48 15   staining, even though that defeats the purpose.  So
10:27:53 16   typical polarized light microscopy, if you're using
10:27:56 17   dispersion aperture, 450, 500.
10:27:59 18        Q.   And your TEM?
10:28:00 19        A.   We routinely analyze those at 20,000.
10:28:05 20        Q.   Okay.  Is that 500 times?  Math was not my
10:28:11 21   strong suit.
10:28:13 22        A.   Let's see.  Yes.  Very good.
10:28:19 23        Q.   We shouldn't do this in our heads.  At
10:28:22 24   least I shouldn't.
10:28:23 25            Now, Blount analyzed all aspect ratios;
```

Atlanta Reporters, Inc.866-344-0459  www.atlanta-reporters.com

**395**

1  MR. KRASINSKI: Okay. I think that's all
2  I have.
3  MR. COOPER: Just one more.
4  FURTHER EXAMINATION
5  BY MR. COOPER:
6  Q. Obviously, this can had been opened
7  before; right?
8  A. Yes, sir, as I testified earlier, it was
9  opened.
10 Q. I missed it.
11 A. Well, earlier in August.
12 MR. COOPER: Okay. Thank you, sir.
13 MR. MAIMON: One more question.
14 FURTHER EXAMINATION
15 BY MR. MAIMON:
16 Q. And the particle size distribution for the
17 bottle of Johnson's Baby Powder used in Project
18 14-1852, was that consistent with the off-the-shelf
19 as well as the Simon Greenstone samples that had the
20 chain of custodies?
21 A. Yes.
22 MR. MAIMON: Thank you. That's it.
23 FURTHER EXAMINATION
24 BY MR. COOPER:
25 Q. I actually have one question in response

**396**

1  to that, and that is but the particle size
2  distribution doesn't necessarily tell you that this
3  isn't somebody else's cosmetic talc, does it?
4  MR. MAIMON: Objection. Asked and
5  answered.
6  THE WITNESS: The tremolite asbestos just
7  on its own, no. The particle size distribution
8  that we have is, in my opinion, indicative that
9  this is from Johnson & Johnson, and it's all
10 consistent.
11 Q. (By Mr. Cooper) And why is it different
12 from some other manufacturer's particle size
13 distribution?
14 A. I can't believe I can't find this stuff
15 when I need to.
16 Q. What are you looking for?
17 A. I'm looking for the industry paper of talc
18 used in application -- cosmetic applications where
19 they make a statement that says here's the size
20 distribution, but manufacturers of these materials
21 have different procedures, different size
22 distributions, et cetera.
23 It's just an indication. So the question
24 is you don't know that somebody else made the exact
25 same size distribution as J&J did through all these

**397**

1  samples, and my answer is I have not analyzed all the
2  other samples.
3  Q. Okay. That's what I thought your answer
4  was.
5  A. It was.
6  MR. COOPER: Okay. Thank you.
7  So I accept the asked and answered and I
8  endorse it.
9  (Discussion off the record.)
10 (Defendant's Exhibits 24 and 26 were
11 marked for identification.)
12 FURTHER EXAMINATION
13 BY MR. KRASINSKI:
14 Q. Dr. Longo, have you ever done a
15 time-weighted average for your below the waist
16 demonstration?
17 A. No, we did not do a time-weighted average.
18 We just did a short-term sample duration.
19 MR. KRASINSKI: Okay.
20 (Deposition concluded at 1:24 p.m.)
21 (Pursuant to Rule 30(e) of the Federal
22 Rules of Civil Procedure and/or OCGA 9-11-30(e),
23 signature of the witness has been reserved.)
24 (Original transcript sent to Mr. Frost.)
25

**398**

1  C E R T I F I C A T E
2
3  STATE OF GEORGIA:
4  COUNTY OF GWINNETT:
5
6  I hereby certify that the foregoing
7  transcript was taken down, as stated in the
8  caption, and the questions and answers thereto
9  were reduced to typewriting under my direction;
10 that the foregoing pages 243 through 397
11 represent a true, complete, and correct
12 transcript of the evidence given upon said
13 hearing, and I further certify that I am not of
14 kin or counsel to the parties in the case; am
15 not in the regular employ of counsel for any of
16 said parties; nor am I in anywise interested in
17 the result of said case.
18 This, the 25th day of October 2017.
19
20 _____
    DEBRA R. LUTHER, B-881
21 Georgia Certified Court Reporter
22
23
24
25

## 399

COURT REPORTER DISCLOSURE

Pursuant to Article 10.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia which states: "Each court reporter shall tender a disclosure form at the time of the taking of the deposition stating the arrangements made for the reporting services of the certified court reporter, by the certified court reporter, the court reporter's employer, or the referral source for the deposition, with any party to the litigation, counsel to the parties or other entity. Such form shall be attached to the deposition transcript," I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as a representative of Atlanta Reporters, Inc. Atlanta Reporters was contacted by Drinker, Biddle & Reath, LLP, to provide court reporting services for the deposition. Atlanta Reporters will not be taking this deposition under any contract that is prohibited by OCGA 15-14-37(a) and (b).

Atlanta Reporters has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. Atlanta Reporters will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

_____
DEBRA R. LUTHER, B-881
Georgia Certified Court Reporter

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com

## 400

DEPOSITION OF WILLIAM E. LONGO, PhD /DRL

I do hereby certify that I have read all questions propounded to me and all answers given by me on the 24th day of October 2017, taken before Debra R. Luther, and that:

_____ 1) There are no changes noted.
_____ 2) The following changes are noted:

Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure and/or the Official Code of Georgia Annotated 9-11-30(e), both of which read in part: Any changes in form or substance which you desire to make shall be entered upon the deposition...with a statement of the reasons given...for making them. Accordingly, to assist you in effecting corrections, please use the form below:

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com

## 401

DEPOSITION OF WILLIAM E. LONGO, PhD /DRL

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

Page No. _____ Line No. _____ should read: _____
_____

If supplemental or additional pages are necessary, please furnish same in typewriting annexed to this deposition.

_____
WILLIAM E. LONGO, PhD

Sworn to and subscribed before me,

This, the _____ day of _____ 20____.

_____
Notary Public
My commission expires: _____

Atlanta Reporters, Inc.    866-344-0459    www.atlanta-reporters.com