# EXHIBIT J1



+ View the NASA Portal
+ Center for Near-Earth Object Studies

**IMPORTANT:** The SSD Announcement email list is now available. Major changes are coming in the near future, including possible hostname and/or URL changes. To be notified of such

Please visit this page for more details.



JPL Small-Body Database Browser

Search: [help]

**7272 Darbydyar (1980 DD1)**

Classification: Main-belt Asteroid    SPK-ID: 2007272

[ Ephemeris | Orbit Diagram | Orbital Elements | Mission Design | Physical Parameters | Discovery Circumstances | Close-Approach Data ]

[ show orbit diagram ]

**Orbital Elements at Epoch 2458600.5 (2019-Apr-27.0) TDB**
Reference: JPL 25 (heliocentric ecliptic J2000)

| Element | Value | Uncertainty (1-sigma) | Units |
|---|---|---|---|
| e | .1019094902958069 | 3.8632e-08 | |
| a | 2.779278758295437 | 1.388e-08 | au |
| q | 2.496043876647586 | 1.0848e-07 | au |
| i | 9.63870722365569 | 4.9814e-06 | deg |
| node | 30.26914824064693 | 2.5129e-05 | deg |
| peri | 208.1720849814303 | 3.4419e-05 | deg |
| M | 99.45406237613744 | 2.3428e-05 | deg |
| tp | 2458132.962321896823 (2018-Jan-14.46232190) | 0.00010999 | TDB |
| period | 1692.374952775464 / 4.63 | 1.2677e-05 / 3.471e-08 | d / yr |
| n | .2127188182557337 | 1.5935e-09 | deg/d |
| Q | 3.062513639943288 | 1.5294e-08 | au |

**Orbit Determination Parameters**

| | |
|---|---|
| # obs. used (total) | 1789 |
| data-arc span | 24372 days (66.73 yr) |
| first obs. used | 1952-01-30 |
| last obs. used | 2018-10-22 |
| planetary ephem. | DE431 |
| SB-pert. ephem. | SB431-N16 |
| condition code | 0 |
| norm. resid. RMS | .48778 |
| source | ORB |
| producer | Otto Matic |
| solution date | 2018-Oct-30 16:45:48 |

**Additional Information**
Earth MOID = 1.48937 au
Jupiter MOID = 1.94242 au
T_jup = 3.306

[ show covariance matrix ]

[ Ephemeris | Orbit Diagram | Orbital Elements | Mission Design | Physical Parameters | Discovery Circumstances | Close-Approach Data ]

**Physical Parameter Table**

| Parameter | Symbol | Value | Units | Sigma | Reference | Notes |
|---|---|---|---|---|---|---|
| absolute magnitude | H | 12.6 | | n/a | MPO412231 | |
| diameter | diameter | 8.040 | km | 0.594 | urn:nasa:pds:neowise_diameters_albedos::2.0[mainbelt] (http://adsabs.harvard.edu/abs/2012ApJ...759L...8M) | |
| rotation period | rot_per | 30.334 | h | n/a | LCDB (Rev. 2019-January); Warner et al., 2009 | Result based on less than full coverage, so **Published Reference List:** [Waszczak, A.; Chang, C.-K.; Ofeck, E.O.; L |
| geometric albedo | albedo | 0.273 | | 0.047 | urn:nasa:pds:neowise_diameters_albedos::2.0[mainbelt] (http://adsabs.harvard.edu/abs/2012ApJ...759L...8M) | |

**7272 Darbydyar**    Discovered 1980 Feb. 21 by Z. Vavrova at Klet.

M. Darby Dyar (b. 1958) is a professor at Mount Holyoke College who specializes in Mössbauer spectroscopy of terrestrial and extraterrestrial material. Data from her laboratory have measurements by the Mars Exploration Rovers.

NOTE: some special characters may not display properly (any characters within {} are an attempt to place the proper accent above a character)
Reference: 20070730/MPCPages.arc

[ show close-approach data ]

**Alternate Designations**
1980 DD1 = 1971 KO = 1991 RG6

[ Ephemeris | Orbit Diagram | Orbital Elements | Mission Design | Physical Parameters | Discovery Circumstances | Close-Approach Data ]

 2019-May-16 15:53 UT (server date/time)        Site Manager:  Ryan S. Park
Webmaster:  Alan B. Chamberlin