# EXHIBIT J3

**Asbestos In Talc Symposium**

**The Hotel at the University of Maryland**
**Speakers and Moderators**
**November 28, 2018**

# *Participants List*

**Robeena Aziz**
*OND/CDER/FDA*
240-402-1014
robeena.aziz@fda.hhs.gov

**Paul C. Brown**
*Food & Drug Administration*
10903 New Hampshire Ave, Silver Spring, MD 20993
301-796-0856
paul.brown@fda.hhs.gov

**Ed Cahill**
*EMSL Analytical, Inc.*
200 Route 130 North, Cinnaminson, NJ  08077
856-303-2565
ecahill@emsl.com

**John H. Callahan**
*Food & Drug Administration*
5001 Campus Drive, College Park, MD  20740
240-402-2039  (Office)
240-701-7429  (Mobile)
john.callahan@fda.hhs.gov

**Steve Compton**
*MVA Scientific Consultants*
3300 Breckinridge Blvd, Suite 400, Duluth, GA 30096
770-662-8509
scompton@mvainc.com

**Kevon Congo**
*Ventext*

**David Cooper**
*Food and Drug Administration*
david.cooper@fda.hhs.gov

**William Correll**
*Food and Drug Administration*
240-402-1611
william.correll@fda.hhs.gov

**Robert DeMalo**
*EMSL Analytical, Inc.*
200 Route 130 North, Cinnaminson, NJ  08077
856-303-2502
rdemalo@emsl.com

**Kapal Dewan**
*Food & Drug Administration*
5001 Campus Drive, HFS-125, College Park, MD 20740
240-402-2908
kapal.dewan@fda.hhs.gov

**Alan Dozier**
*Centers for Disease Control*
Alice Hamilton Laboratory #155A, 4676 Columbia Parkway, Cincinnati, OH 45226
513-841-4377
xlh5@cdc.gov

**John Field**
*Consumer Product Safety Directorate, Health Canada*
269 Laurier Avenue W, 7-106, Ottawa, Ontario, K1A 0K9
613-954-4118
john.field@canada.ca

**Martin Harper**
*Zefon International, Inc.*
5350 SW 1st Lane, Ocala, FL, 34474
352-291-8420
mharper@zefon.com

**Paul C. Howard**
*Food & Drug Administration*
Food & Drug Administration, Building NCTR-26, Room ONR, HFT-030, Jefferson, AR  72079
501-240-6146
paul.howard@fda.hhs.gov

**Arthur M. Langer**
*City University of New York*
204 Beeston Fields, Williamsburg, VA  23188
757-585-2582  (phone)
914-523-8118  (cell)
artlanger@aol.com

**Jill Lindstrom**
*Food and Drug Administration*
301-796-0944
jill.lundstrom@fda.hhs.gov

**Frank Ehrenfeld  (III)**
*International Asbestos Testing Laboratories*
9000 Commerce Parkway, Suite B., Mt. Laurel, NJ 08054
856-231-9449
609-929-4211
frankehrenfeld@iatl.com

**Sean Fitzgerald**
*Scientific Analytical Institute*
4604 Dundas Drive, Greensboro, NC  27407
336-292-3888  (x106)
336-814-3746  (Direct)
415-939-7752  (Cell)
sfitzgerald@sailab.com

**Frank J. Hearl**
*National Institute for Occupational Safety and Health*
Patriots Plaza, Suite 9200, 395 E St. SW, Washington, DC  20201
202-245-0652  (phone)
202-487-4760  (Cell)
fhearl@cdc.gov

**Linda Katz**
*Food & Drug Administration*
5001 Campus Drive, HFS-100, College Park, MD 20740
240-402-1130
linda.katz@fda.hhs.gov

**Kathleen Lewis**
*Food and Drug Administration*
240-402-1129
Kathleen.lewis@fda.hhs.gov

**Jenny Liu**
*USP, Rockville, MD*
240-221-2072
jyl@usp.org

**Ammu Mathew**
*Food & Drug Administration*
Food & Drug Administration, 3900 NCTR Road, Jefferson, AR  72079
870-543-7441
ammu.mathew@fda.hhs.gov

**Jeffrey Medwid**
*Food and Drug Administration*
301-796-2204
jeffrey.medwid@fda.hhs.gov

**Aubrey Miller**
*NIH/NIEHS*
301-496-3511
miller.aubrey@nih.gov

**Steven Mischler**
*CDC*
412.386.6588
alu7@cdc.gov

**Brooke Mossman**
*University of Vermont Larner College of Medicine*
2 Given Courtyard, 89 Beaumont Ave., Burlington, VT,  05405
802-656-0382
brooke.mossman@med.uvm.edu

**Gregory Noonan**
*Food and Drug Administration*
240-402-2250
Gregory.Noonan@fda.hhs.gov

**Julie Pier**
*Imerys*
julie.pier@imerys.com

**Lee Poye**
*J3 Resources*
lpoye@j3resources.com

**Michael A. McLaughlin**
*Food & Drug Administration*
12420 Parklawn Dr, Element Building #3130, Rockville, MD  20857
301-796-8158
michael.mclaughlin@fda.hhs.gov

**Greg Meeker**
*Retired*
gpmeeker@q.com

**Stanley Milstein**
*Food and Drug Administration*
240-402-1125
Stanley.Milstein@fda.hhs.gov

**Sarvin Moghaddam**
*Food and Drug Administration*
240-402-1154
Sarvin.Moghaddam@fda.hhs.gov

**Robert P. Nolan**
*The Graduate School & University Center, The City University of New York*
The Graduate Center, CUNY, 365 Fifth Avenue, New York, NY  10016-4309
212-817-8248
rnolan@gc.cuny.edu

**Anil K. Patri**
*Food & Drug Administration*
3900 NCTR Road, NCTR-50, Room 404, Jefferson, AR  72079
870-543-7580
anil.patri@fda.hhs.gov

**S. Frank Platek**
*Food & Drug Administration*
6751 Steger Drive, Cincinnati, OH  45237-3097
513-679-2700 (x2254)
frank.platek@fda.hhs.gov

**Robyn Ray**
*EMSL Analytical, Inc.*
200 Route 130 North, Cinnaminson, NJ  08077
856-303-2556
rray@emsl.com

**Kara M. Rosenker**
*Food & Drug Administration*
Metropark North 2, 7500 Standish Place, Rockville, MD 20855
301-348-1572
kara.georgerosenker@fda.hhs.gov

**Andreas Saldivar**
*AMA Analytical Services*
301-459-2640
ANDREAS@AMALABS.COM

**Alan Segrave**
*Maxxam Analytics*
3380 Chastain Meadows Parkway, Suite 300, Kennesaw, GA  30144
770-499-7701  (Office)
770-499-4010  (After Hours)
770-590-6706  (Direct)
asegrave@maxxamlabs.com

**Sarah Skorupsky**
*Food & Drug Administration*
12420 Parklawn Dr, Element Building #3043, Rockville, MD  20857
240-402-4459
sarah.skorupsky@fda.hhs.gov

**Jane Sohn**
*Food & Drug Administration*
White Oak Building 22, Room 5462, 10903 New Hampshire Ave, Silver Spring, MD  20993
301-796-9662
jane.sohn@fda.hhs.gov

**Sibyl Swift**
*Food and Drug Administration*
240-402-1455
Sibyl.Swift@fda.hhs.gov

**Bradley S. Van Gosen**
*U.S. Geological Survey*
USGS, Denver Federal Center, Building 20, Room C2100, M.S. 973, Box 25046, Denver, CO  80225
303-236-1566
bvangose@usgs.gov

**Martin Rutstein**
*Ecological Consulting & Management Services, Inc.*
10 Filmont Drive, New City, NY  10956
845-638-9023
envmgmtsys@aol.com

**Matthew Sanchez**
*RJ Lee Group*
350 Hochberg Road, Monroeville, PA  15146
724-325-1776  (Office)
724-387-1947  (Direct)
msanchez@rjleegroup.com

**Catherine Sheehan**
*USP, Rockville, MD*
301-816-8262
cxs@usp.org

**Deborah Smegal**
*Food & Drug Administration*
5001 Campus Drive, HFS-100, College Park, MD 20740
240-402-1818
Deborah.Smegal@fda.hhs.gov

**Susan Spence**
301-796-9122
susan.spence@fda.hhs.gov

**Gary Tomaino**
*Minerals Technologies, Inc.*
gary.tomaino@mineralstech.com

**James Webber**
*Webber Environmental Health Consulting, LLC*
61638 Somerset Drive, Bend , OR  97702
518-210-8295
jswebberasbestos@gmail.com

**Chris Weis**
*NIH/NIEHS*
301.496.3511
christopher.weis@nih.gov

**Steven Wolfgang**
*Center for Food Safety and Applied Nutrition*
CFSAN, Office of Cosmetics & Colors, 5001 Campus Dr, College Park, MD
301-796-3264
240-328-9827
steven.wolfgang@fda.hhs.gov

**Ann G. Wylie**
*University of Maryland*
Department of Geology, University of Maryland, College Park, MD  20742
301-405-4079
awylie@umd.edu