# EXHIBIT J5

PUBLISHERS      STANDALONE JOURNALS      CONTACT      OTHER

# BEALL'S LIST OF PREDATORY JOURNALS AND PUBLISHERS

Search for publishers (name or URL)

## Potential predatory scholarly open–access publishers

**Instructions**: first, find the journal's publisher – it is usually written at the bottom of journal's webpage or in the "About" section. Then simply enter the publisher's name or its URL in the search box above. If the journal does not have a publisher use the Standalone Journals list.

## Original list

GO TO UPDATE

This is an archived version of the Beall's list – a list of potential predatory publishers created by a librarian Jeffrey Beall. We will only update links and add notes to this list.

- 1088 Email Press
- 2425 Publishers
- The 5th Publisher
- ABC Journals
- A M Publishers
- Abhinav
- Academe Research Journals
- Academia Publishing
- Academia Research
- Academia Scholarly Journals (ASJ)
- Academic and Business Research Institute
- Academic and Scientific Publishing
- Academic Direct Publishing House
- Academic Journals
- Academic Journals and Research ACJAR
- Academic Journals Online (AJO)
- Academic Journals, Inc.

POWERED BY

## Useful pages

List of journals falsely claiming to be indexed by DOAJ

DOAJ: Journals added and removed

Nonrecommended medical periodicals

Retraction Watch

Flaky Academic Journals Blog

List of scholarly publishing stings

## Conferences

Questionable conferences

How to avoid predatory conferences

Flaky Academic Conferences Blog

## Evaluating journals

Journal Evaluation Tool

- Academic Knowledge and Research Publishing
- Academic Organization for Advancement of Strategic and International Studies (Academic OASIS)
- Academic Publications, Ltd.
- Academic Research in Science, Engineering, Art and Management (ARSEAM)
- Academic Research Journals
- Academic Research Publishers (ARPUB)
- Academic Research Publishing Agency
- Academic Research Publishing Group
- Academic Research Publishing House
- Academic Scholars Publishing House
- Academic Sciences
- Academic Star Publishing Company [also here]
- Academic Web Publishers (AWP)
- Academic World Education & Research Center
- AcademicDirect Publishing House
- Academicians' Research Center (ARC) (ARC Journals)
- Academics World
- Academy for Environment and Life Sciences
- Academy Journals
- The Academy of Business & Retail Management (ABRM)
- Academy of Business & Scientific Research (ABSR)
- Academy of IRMBR International Research in Management and Business Realities
- Academy of Knowledge Process
- Academy of Science and Engineering (ASE)
- Academy of Science and Social Science (ASSS)
- Academy of Scientific and Applied Research (ASAAR)
- Academy Publish
- Access International Journals
- Access Journals
- Access Publishers
- ACT Publishing
- Acta Scientifica
- AD Publication
- AD Publications
- Ada Lovelace Publications
- Advance Educational Institute & Research Centre (AEIRC)
- Advance Journals
- Advanced Institute of Convergence Information Technology (AICIT)
- Advanced Journals

POWERED BY

JCR Master Journal List

DOAJ Journal Search

Think Check Submit

# News



NY Times: 'Predatory' Scientific Publisher [OMICS] Is Hit With a $50 Million Judgment

Nature: The undercover academic keeping tabs on 'predatory' publishing

The Laryngoscope: Open Access: Is There a Predator at the Door?

The Laryngoscope: Predatory journals: Enough is enough



Nature Index: Keep predators at bay with a low-spam diet



NY Times: Many Academics Are Eager to Publish in Worthless Journals

- Advanced Research Journals
- Advanced Research Publications
- Advanced Scholars Journals
- Advanced Science and Engineering Technology Institute (ASET)
- Advanced Science Research Journals
- Advanced Technology & Science (ATScience)
- Advancement and Development in Technology International (Aditi)
- Advancements in Science
- Adyan Academic Press
- AENSI (American-Eurasian Network for Scientific Information)
- African Research Review (AFRREV)
- AgiAl Publishing House
- Agropub
- AINSTIN Knowledge Hub
- AIRCC Publishing Corporation
- Aizeon Publishers
- Akademik Plus Publication
- Albert Science International Organization
- Allied Academies
- Allied Journals
- Ambit Journals
- AME Publishing Company (new website here)
- American Academic & Scholarly Research Center (AASRC)
- American Association for Science and Technology (AASCIT)
- American Journal
- American Research Institute for Policy Development
- American Research Journals
- American Research Publications
- American Scholarly Research Association
- American Scientific Publishers
- American Scientific Research Journals
- American Society of Registered Nurses
- American Society of Science and Engineering
- American V-King Scientific Publishing
- Amoghsiddhi Education Society (AES) (AES Journals in Engineering Technology, Management, and Sciences ; AES E-JOURNALS) also here
- Andrew John Publishing Inc.
- Annex Publishers
- ansinet (Asian Network for Scientific Information)
- Antarctic Journals
- Aperito Online Publishing
- POWERED BY



Nature: Predatory journals recruit fake editor

# Original description by J. Beall

This is a list of questionable, scholarly open-access publishers. We recommend that scholars read the available reviews, assessments and descriptions provided here, and then decide for themselves whether they want to submit articles, serve as editors or on editorial boards. In a few cases, non-open access publishers whose practices match those of predatory publishers have been added to the list as well. The criteria for determining predatory publishers are here.

We hope that tenure and promotion committees can also decide for themselves how importantly or not to rate articles published in these journals in the context of their own institutional standards and/or geocultural locus. We emphasize that journal publishers and journals change in their business and editorial practices over time. This list is kept up-to-date to the

- Applied Science Innovations (**note:** their journal "Carbon: Science and Technology" is indexed by DOAJ)
- APST Publication
- Arabian Group of Journals (AGJ)
- Aradhya International Publication
- ARC Journals
- Archers & Elevators Publishing House
- Archyworld
- ARPN Journals
- AS Publishers
- ASD Publisher
- Ashdin Publishing
- AshEse Visionary
- Asia-Pacific Association of Medical Research
- Asia Pacific Institute of Advanced Research
- Asian Academic Research Associates
- Asian and American Research Publishing Group
- Asian Economic and Social Society (AESS)
- Asian Online Journal Publishing Group
- Asian Online Journals
- Asian Pharma Press
- Asian Publication Corporation (Asian Pub. Corp.)
- Asian Research Consortium
- Asian Transactions
- Associated Asia Research Foundation (AARF)
- Association for Sustainable Education, Research and Science (ASERS)
- Association of Computer Electronics and Electrical Engineers (ACEEE)
- Association of North America Higher Education International (ANAHEI)
- Aster Publications
- AstonJournals
- Athal Press & Media
- Atharva Scientific Publications
- Athens Institute for Education and Research (ATINER)
- Atlas Publishing, LP
- Aufau Periodicals (AP)
- Austin Publishing Group
- Australasian Centre for Research and Development (ACRD)
- Australian Academy of Business and Social Sciences
- Australian Academy of Business Leadership
- Australian International Academic Centre Pty. Ltd.
- Australian International Research Consortium (Australian International Journals)

best extent possible but may not reflect sudden, unreported, or unknown enhancements.

POWERED BY

- Australian Society for Commerce Industry & Engineering (SCIE)
- Austrian E-Journals of Universal Scientific Organization
- Austrian Scientific Publication House
- Avanti Publishers.com
- Avens Publishing Group
- Avestia Publishing
- Avicena Publisher
- Avid Science
- Axis Journals
- Baishideng Publishing Group
- Basha Research Corporation (BRCORP)
- Basic Research Journals
- Bell Press
- Bentham Open
- Best Journals
- Better Advances Press
- Betty Jones & Sisters Publishing
- Binary Information Press
- Bio Accent (Bioaccent)
- Bio Core (Biocore)
- Bioflux Society
- Biohelikon
- Biohouse Publishing Group
- BioInfo Publications
- BioIT international Journals (Bi International Journals)
- Biological and Chemical Publishing
- BioMed Press
- BioMed Research
- BioMedSciDirect Publications
- BioPublisher
- Bioscience Research & Educational Institute *[Link dead as of 2012-11-14]*
- Blaze Journals
- Blue Apple Publications
- Blue Eyes Intelligence Engineering & Sciences Publication
- Blue Ocean Research Journals
- BluePen Journals
- Bonfring
- Bowen Publishing
- Brainy Buzz
- Bret Research Journals
- British Association of Academic Research (BAAR)
- POWERED BY BRITISH Journal

- British Open Research Publications
- BRNSS Publication Hub
- Business Journalz (BJ)
- The Business Management Centre
- Business Perspectives
- Cafet Innova Technical Society (CITS)
- Cairo Center for Development Benchmarking
- Canadian Academy of Oriental and Occidental Culture *see* CSCanada
- Canadian Center of Science and Education
- Canadian Research & Development Center of Sciences and Cultures
  *see* CSCanada
- Canadian Research Publication
- Canadian Science and Research Group (CANSRG)
- Canadian Science and Technology Press Inc.
- Cardiology Academic Press
- CARI Journals
- Cenetri Publishing Group
- Center for Enhancing Knowledge (CEK), UK
- Center for Global Research Development (CGRD)
- The Center for Innovations in Business & Management Practice
- Center for Natural Science & Engineering Research (CNSER/CenNSER)
- Center for Promoting Ideas
- Center for the Development and Dissemination of Knowledge
- Center of Advanced Scientific Research and Publications (CASRP)
- Central Bohemia University Publishing
- Central Research Insight
- Centre For Info Bio Technology (CIBTech)
- Centre for Multidisciplinary Research, Innovation and
  Collaboration (C-MRiC.ORG)
- Centre for Promoting Knowledge (CPK) UK
- Centre of Excellence for Scientific & Research Journalism (COES&RJ)
- Centre of Promoting Research Excellence (CPRE)
- CESER Publications (another website: here)
- Chitkara University Publications
- CIRWORLD also here
- Clerisy Publishers
- ClinMed International Library
- Cloud Journals
- Cloud Publications
- The Clute Institute
- Clyto Access
- Colltext Institute

POWERED BY

- Columbia International Publishing
- Comparative Journals
- Comprehensive Research Journals
- Computer Science Journals
- CONFAB Journals
- Congress Press
- CONSORTIUM Intellectual Consortium of Drug Discovery and Technology Development, Inc. (ICDTD Inc.)
- Contemporary Research Center (CRC Publications)
- Convergence Information Society
- Cosmic Journals
- Cosmos Scholars Publishing House
- Council for Innovative Research
- CRDEEP International Journals
- Cresco Online Publishing also here
- CREST Journals
- Crown Journals
- CSCanada
- CTR Publications
- Current Research Web
- Cyber Journals
- DAMA International
- Darsgah-e-Ahlebait
- Darshan Publishers
- David Publishing also here
- Deccan Pharma Journals
- DeNovo Scientific Publishing
- Dentamed Publishing
- Design for Scientific Renaissance
- DEStech Publications, Inc.
- Developing Country Think Tank Institute
- Dhan Med Publishers
- Didactic Journals
- Digital Information Research Foundation (DIRF)
- Digital Science Press
- Direct Research Journals
- DISA Publication Group (DP Group)
- Discourse Journals
- Discovery Publication
- DJ Publications
- Donnish Journals
- POWERED BY Journals

- Dr.BGR Publications
- DRUNPP Sarajevo (Society for Development of Teaching and Business Processes in New Net Environment in B&H)
- Dynamic Publishers
- e–Century Publishing Corporation
- E-Cronicon
- e-journal (shankargargh.org) also (worldresearchjournals.com)
- e–Science Central
- e3Journals
- Eagle Publishing Group
- Earth Journals
- "East West" Association For Advanced Studies and Higher Education
- Ebioscholar
- Ebu Press
- eCanadian Journals
- Econjournals (**note:** all their journals are indexed by DOAJ, so it is most likely not predatory)
- The Economics and Social Development Organization (TESDO)
- Edelweiss Publications
- EDUGAIT Press
- E-International Journals of Academic & Scientific Research (EIJASR)
- E-International Scientific Research Journal Consortium (E-ISRJC)
- Eighth Sense Research Group
- Einstein International Journal Organization (EIJO)
- EISRJC Journals (E–International Scientific Research Journal Consortium
- eJM (eJM Science, eJManager)
- eJournals of Academic Research & Reviews
- Eko Journal
- eLearning Institute
- Electronic Center for International Scientific Information
- Elewa Bio Sciences
- Elite Hall Publishing House
- Elite Research Journals
- ELK Asia Pacific Journals
- ElmCore Journals
- Elmer Press
- ELVEDIT.COM
- Elyns Publishing Group
- Emerging Academy Resources (EAR)
- Engineering and Technology Publishing
- Engineering Journals (Engg Journals Publications)
- Engineering Publication House

POWERED BY

Beall's List of Predatory Journals and Publishers - Publishers                Page 9 of 33
Case 3:16-md-02738-MAS-RLS   Document 9867-33   Filed 05/29/19   Page 10 of 34 PageID:
51811

- Engineering Research Publication
- Enhanced Research Publications (ER Publications)
- Enliven Archive
- Enriched Science Publication
- Enviro Publishers / Enviro Research Publishers
- ERM Publications (Educational Research Multimedia & Publications)
- EPH Journal (Engineers Publication House)
- EPIX PUB (EPIXPUB)
- EPRA Journals
- EPRA Wisdom
- Erudite Journals Limited
- ESRSA Publication — Engineering and Science Research Support Academy
- ESci Journals Publishing
- eScience Publisher (eSciPub)
- ETA Maths Journals
- Ethan Publishing Company
- Eurasian Academy of Sciences (Avrasya Bilimler Akademisi)
- Eurasian Publications (**note**: all their journals are indexed by DOAJ, so it is
  most likely not a predatory publisher)
- Eurasian Research Publishing
- Eurasian Union of Scientists (Eurasian Scientific Union ESU | Евразийский
  Союз Учёных ЕСУ)
- Euro Asia Research and Development Association
- EuroJournals
- European–American Journals (and here) (EAJournals)
- European Center for Science Education and Research (EUSER)
- European Journals of Business Management (EJoBM)
- European Journals of Education Studies
- The European Scientific Community
- European Union Research Publishing
- Everant
- EverScience Publications
- ExcelingTech Publishing Company, Ltd.
- Excellent Publishers
- Excellent Word Journals
- Excelytics Publishers
- Expert Journals
- Far East Research Centre
- Ficus Publishers
- Finlogy
- Focus in Research & Education (FIRE, Firepubs)
- Foundation for Promotion of Basic & Applied Science (FOPRAS)

POWERED BY

Beall's List of Predatory Journals and Publishers - Publishers
Page 10 of 33
Case 3:16-md-02738-MAS-RLS    Document 9867-33    Filed 05/29/19    Page 11 of 34 PageID:
51812

- Friends Science Publishers (FSP)
- Frontiers (**note:** details of how this publisher was added to the list: here; received claims from multiple academics <verified their academic email addresses> about misconduct during the publication process of a substantial amount of Frontiers journals; some of them have not been removed from editorial boards of Frontiers journals despite their requests)
- Frontiers in Bioscience (FBS)
- FSSH Scholarly Journals
- Fundamental Journals
- Fundamental Research and Development International (FRDI)
- Future Academy
- Galore Knowledge Publication Pvt. Ltd.
- Gatha Cognition
- Gavin Publishers
- GBS Publishers & Distributors (India)
- Genexcellence Publication (G Publications)
- German Science and Technology Press
- Gexin Publications
- Global Academic Institute
- Global Advanced Research Journals
- Global Business Research Journals
- Global Institute for Research and Education
- Global International Scientific Analytical Project (GISAP), see International Academy of Science and Higher Education
- The Global Journals
- Global Journals, Inc. (US) (**new websiite:** https://globaljournals.org/)
- Global Open Journals
- Global Openaccess
- Global Publishing Corporation
- Global Research Journals
- Global Research Online
- Global Research Publishing (GRP)
- Global Researchers Journals
- Global Scholars Journals
- Global Science Center LP
- Global Science Publishing Group
- Global Science Research Journals
- Global Scientific, Inc.
- Global Scientific Research Journals (GSR)
- Global Society of Scientific Research and Researchers (GSSRR)
- Global Technocrats & Intellectual's Association (GTIA)
- GlobalSkope Publishing Society

POWERED BY

Beall's List of Predatory Journals and Publishers - Publishers        Page 11 of 33
Case 3:16-md-02738-MAS-RLS   Document 9867-33   Filed 05/29/19   Page 12 of 34 PageID:
51813

- Gnosis Open Access Publishers [Link dead; re-branded as Gratis Open Access Publishers]
- Gopalax
- GRABS Educational Charitable Trust
- The Grant Medical Journals (GMJ)
- Graphy Publications
- Gratis Open Access Publishers
- GRDS Publishing
- Green Earth Research Network
- Green Global Foundation (GGF)
- Greener Journals
- Greenfield Advanced Research Publishing House
- Growing Science Publishing Company
- GS Publishers
- GSB Life Sciences
- Gurpukur Research Institute (GPRI) (g-Science)
- Gyancity Research Lab Private Limited
- Halmac Research [*Link dead as of 2016-05-23*]
- Hans Publishers, Inc. (HansPub, 汉斯)
- Har Krishan Bhalla & Sons (HKB Publications)
- Heighten Science Publications (HSP)
- Helics Scientific Network (Helics Group)
- Hendun Research Access
- Henry Publishing Group
- Herald International Research Journals
- Herald Scholarly Open Access
- Herbert Open Access Journals (Herbert Publications)
- Hikari Ltd.
- Hilaris
- Hind Agri-Horticultural Society (HAHS ; HIND Institutes ; Research Journals)
- Horizon Journals
- Horizon Research Publishing
- Human and Sciences Publications (HumanPub)
- Human Resource Management Academic Research Society (HRMARS)
- i-Explore International Research Journals Consortium (IIRJC)
- IAMURE Multidisciplinary Research
- ibai-publishing
- IBIMA Publishing
- ICGST
- iConcept Press Ltd.

POWERED BY

- ICTACT Journal (**note:** this publisher's journals are indexed in DOAJ, so it is likely not a predatory publisher)
- Id Press / ID Design (**note:** one of their journals – OAMJMS – is indexed in DOAJ)
- IERI & PRESS
- IGM Publication
- IIARD Publication Company (International Institute of Academic Research and Development (IIARD))
- iJARS Group
- Ijbsse.org
- ijManager – Online Journal Management
- IJRCM
- IMED Research Publications
- iMedPharm
- iMed.pub
- Impact Journals (New York State, USA)
- Impact Journals (Tamil Nadu, India)
- Imperial Journals
- Imprints Open Access
- Indian Academicians and Researchers Association (IARA)
- Indian Society for Education and Environment (ISEE)
- IndianResearchJournals.Com
- Indus Foundation for Education, Research & Social Welfare
- Infinity Press
- infofacility
- Infonomics Society
- Inforesights Publishing
- Informatics Journals
- Information Engineering Research Institute (IERI)
- Ingenious Enterprises International (INGENIN)
- Innovare Academic Sciences
- Innovational Publishers
- Innovative Journals
- Innovative Publication
- Innovative Space of Scientific Research (ISSR Journals)
- Innovinc
- INPRESSCO (International Press Corporation)
- INREWI
- Ishaan Publishing House
- Insight Core
- Insight Knowledge
- Insight Medical Publishing (IMedPub)

POWERED BY

Beall's List of Predatory Journals and Publishers - Publishers                    Page 13 of 33
Case 3:16-md-02738-MAS-RLS   Document 9867-33   Filed 05/29/19   Page 14 of 34 PageID:
51815

- Instaci
- The Institute for Business and Finance Research (IBFR)
- Institute for Research and Development India (IRD)
- Institute of Advanced Scientific Research
- Institute of Doctors Engineers and Scientists (IDES)
- Institute of Electronic & Information Technology
- Institute of Integrative Omics and Applied Biotechnology
- Institute of Language and Communication Studies
- Institute of Research Advances (IRA)
- Institute of Research and Journals (IRAJ)
- Institute of Research Engineers and Doctors (theIRED)
- Institute of Research Engineers and Scientists
- Institute of Research In Engineering and Technology (IRET)
- Institute of Strategic and International Studies
- InTech Open Access Publisher – Mirror site (**note**: on 13 May 2016 their entire journal collection have been transferred to SAGE. Any newer issues of these journals should not be considered predatory. InTech Open now only publishes books.)
- Integrated Academic Journals
- Integrated Intelligent Research (IIR)
- Integrated Publishing Association
- Integrated Science Publications
- Intellectual Archive
- Intercontinental Management Research Review (ICMRR)
- Interlink Continental Journals
- Intermedcentral
- International Academic Journals
- International Academic Publishing House
- International Academy for Advancement of Business Research (IAABR)
- International Academy for Science & Technology Education and Research (IASTER)
- International Academy of Arts, Science & Technology (IAAST)
- International Academy of Business
- International Academy of Business & Economics (IABE)
- International Academy of Computer & IT Engineering (IACITE)
- International Academy of Ecology and Environmental Sciences (IAEES)
- International Academy of Science and Higher Education (IASH)
- International Academy of Science, Engineering and Technology (IASET)
- International Academy of Science, Engineering and Technology (International ASET)
- International Academy of Science, Technology, Engineering and Management
- International Academy Publishing (IAP)

POWERED BY

- The International Academy, Research and Industry Association (IARIA)
- International Advances for Research
- International Agency for Development of Culture, Education and Science
- International Association for Academians
- International Association for Engineering & Technology
- International Association for Engineering and Management Education (IAEME)
- The International Association for Information, Culture, Human and Industry Technology
- International Association of Computer Science and Information Technology (IACSIT Press)
- International Association of Advances in Engineering and Technology (IAAET)
- International Association of Engineering & Technology Researchers (IAETR)
- International Association of Journals & Conferences (IAJC)
- International Association of Scientific Innovation and Research (IASIR)
- International Association of Technology Education & Industry
- International Bauhaus Science Press
- International Center for Business Research
- International Centre for Integrated Development Research (ICIDR)
- International Centre of Culture Inventory
- International Computer Science and Engineering Society (ICSES)
- International Conference on Computer Science and Engineering
- International Digital Organization for Scientific Information (IDOSI)
- International Economics Development and Research Center (IEDRC)
- International Education Research Foundation (IERF)
- International Educative Research Foundation And Publisher
- International eJournals
- International Formulae Group (IFG)
- International Forum of Researchers Students and Academician (IFRSA)
- International Foundation for Modern Education and Scientific Research (INFOMESR)
- International Foundation for Research and Development
- International House for Academic Scientific Research *[Link dead as of 2013-01-02]*
- International Indexed Refereed Research Journal
- International Information Institute
- International Institute for Private, Commercial and Competition Law
- International Institute for Science, Technology and Education (IISTE) (International Knowledge Sharing Platform)
- International Institute of Engineers (IIE)
- International Institute of Engineers & Researchers (also here)
- International Institute of Informatics and Systemics

POWERED BY

- International Institute of Science & Industry Research (IISIR)
- International Invention Journals
- International Journal of College & University (IJCU)
- International Journal of Research & Development Organisation (IJRDO)
- International Journal Publishers Group
- The International Journal Research Publications (TIJ Research Publications)
- International Journals (Yadav Scientific Journals Publishers)
- International Journals.co.in
- International Journals for Research (IJR)
- International Journals for Research (IJR Group)
- International Journals for Researchers
- International Journal of Academic Research (Publisher)
- International Journals of Engineering & Sciences
- International Journals of Multi Dimensional Research
- International Journals of Multidisciplinary Research Academy
- International Journals of N&N Global Technology (IJNNGT)
- International Journals of Research (INTJR)
- International Journals of Research Papers (IJRP)
- International Journals of Sciences and High Technologies (IJSHT)
- International Journals of Scientific Knowledge (IJSK)
- International Journals of Scientific Research Publications (IJSRPUB)
- International Journals of Scientific Research (IJSR)
- International Knowledge Press
- International Knowledge Sharing Platform *SEE* International Institute for Science, Technology and Education (IISTE)
- International Network for Applied Sciences and Technology
- International Network for Natural Sciences (INNSPUB)
- International Network for Scientific & Industrial Information
- International Online Knowledge Services Provider (IOKSP)
- International Online Medical Council (IOMC)
- International Organization Center of Academic Research (OCERINT)
- International Organization of Scientific Invention (IOSI)
- International Organization of Scientific Research (IOSR Journals)
- International Organization of Scientific Research and Development (IOSRDD)
- International Postgraduate Network (IPN Network)
- International Publisher & C.O (IPCO)
- International Publisher for Advanced Scientific Journals (IPASJ)
- International Recognition Multidisciplinary Research Journals, Monthly Publish
- International Recognition Research Journals

POWERED BY

Beall's List of Predatory Journals and Publishers - Publishers                Page 16 of 33
Case 3:16-md-02738-MAS-RLS    Document 9867-33    Filed 05/29/19    Page 17 of 34 PageID:
51818

- International Research Association of Computer Science, & Technology (IRACST)
- International Research E-Journals
- International Research Group
- International Research Journals (Accra, Ghana)
- International Research Journals (Lagos, Nigeria)
- International Research Organization of Computer Science (IROCS)
- International Research Publication House (IRPH)
- International Research Society For Promotion of Science (INPOSO)
- International Scholarly Open Access Research (ISOAR) (also here) (see also Edupedia Publications)
- International Scholars Journals
- International Science & Research Journals (ISRJ) (isrjournals)
- International Science and Medical Journals (isaMed)
- International Science Community Association
- International Scientific Academic Corporation
- International Scientific Academy of Engineering & Technology
- International Scientific Engineering and Research Publications
- International Scientific Invention Journals
- International Scientific Publications
- International Scientific Research Organization for Science, Engineering and Technology (ISROSET)
- International Scientific Research Organization Journals (ISROJ)
- International Skill Research Journals
- International Society for Engineering Research and Development (ISERD)
- International Society for Engineers and Researchers (ISER)
- International Society for green.sustainable engineering and management
- International Society for Zoological Research (ISZR)
- International Society of Thesis Publication (ISTP)
- International Society of Universal Research in Sciences (EyeSource)
- The International Technology Innovation (ITi)
- InternationalJournals.co.in
- Internet Scientific Publications
- Interscience Journals
- Interscience Open Access Journals
- Inter-USE (International Union of Scence and Education)
- Intuition Journals
- Invention Journals
- IORE International
- IOS Publishing (Institute of Science Publishing)
- IOSR Journals *SEE* International Organization of Scientific Research
- iProbe Group

POWERED BY

Beall's List of Predatory Journals and Publishers - Publishers    Page 17 of 33
Case 3:16-md-02738-MAS-RLS    Document 9867-33    Filed 05/29/19    Page 18 of 34 PageID:
51819

- Ira Publications
- IRED International Journals
- IRO Journals
- IROSSS (International Research Organization of Sciences and Social Sciences)
- Isaac Scientific Publishing
- iSER Publications
- Ishitv Technologies
- ISISnet
- Islamic World Network for Environmental Science and Technology (IWNEST Publisher)
- ISPACS (International Scientific Publications and Consulting Services)
- Ivy Union Publishing
- Jabalpur Management Association
- Jacobs Publishers
- JACS Directory
- Jaypee Journals
- JET Publishing
- Journals of Scientifics R&D
- Joseph Publishing Group
- Journal Dynamics
- Journal Issues
- Journal Network
- Journal of Comprehensive Research
- Journal of Harmonized Research Publications
- Journal of The International Association of Advanced Technology and Science (JIAATS)
- Journals Club & Co.
- Journals Pub
- JournalsBank
- JScholar Journals
- JSciMed Central
- July Press
- Juniper Publishers
- Jyoti Academic Press
- KAAV Publications
- Kaleidoscope Journals
- KambohWell Publisher Enterprises
- Kamla Raj Enterprises (KRE Publishers)
- KEI Journals
- KEJA Publications
- Kenkyu Group

POWERED BY

- Key Research Journals (KRJ)
- Kiban Research Publications
- Kindi Publication
- Knowledge Publishing Printing & Distribution House
- Knowledgebase Publishers
- KnowledgeCuddle Publication
- KnowledgesPublisher
- Knowledgia Scientific (formerly Knowledgia Review)
- Kogaion Publishing Center
- Kowsar Publishing
- Kozmenko Science Publishing
- Krishi Sanskriti
- KSP Journals
- KY Publications
- Ladder Publishing House
- Landmark Research Journals
- LAR
- Lawarence Press
- Lecolink Research Journals
- Lectito Journals
- Leena & Luna International
- Lexis Publisher
- Library of Academic Resources (LAR)
- Lifescience Global
- LifeSciFeed Ventures
- Lighthouse Journal Publication (Lighthouse Journals)
- Literati Scientific and Publishers  (Literati Publishers)
- London Journals Press
- Longbridge Publishing Company
- Look Academic Publishers
- Lorem Journals
- Macoctagon Journals
- macroJournals
- Macrothink Institute
- MacroWorld
- Madridge Publishers
- Mainspringer
- Management Journals
- Marsland Press
- Mary and Sam Research Academia
- Maryland Institute of Research
- POWERED BYork Network

Beall's List of Predatory Journals and Publishers - Publishers    Page 19 of 33
Case 3:16-md-02738-MAS-RLS   Document 9867-33   Filed 05/29/19   Page 20 of 34 PageID:
51821

- Mathews Open Access Journals
- Maxwell Scientific Organization
- MAYFEB Technology Development
- McMed International
- Meas Publishing Ltd
- MECS  (Modern Education and Computer Science Press)
- MedCrave
- Medical science
- Medical Science Journals *[Link dead as of 2012-11-14]*
- Medip Academy
- Mediterranean Center of Social and Educational Research (MCSER) – (**note:** from January 2017 this publisher's journals are published by De Gruyter Open, a legitimate open-access publisher)
- MEDNANO Publications
- Medwell Journals
- Medwin Publishers
- Meghana Publications
- Mehta Press
- Merit Research Journals
- Meta Research Press
- MNK Publication
- Modern Research Publishers
- Modern Scientific Press
- Mr. Scholar
- Muhammadon Centre for Research and Development (MCRD)
- MuK Publications & Distributions
- Multidisciplinary Journals
- Mustang Journals
- N&N Global Technology (NNGT)
- Narain Publishers Pvt. Ltd (NPPL)
- National Association of Scholars (Национальная ассоциация ученых : НАУ)
- National College of Physicians
- Natural Sciences Publishing Corporation
- Naturepub
- Nauk Publication
- +Nemis Journals
- Nessa Publishers (NP)
- Net Journals
- New Century Publishing Group
- New Century Science Press
- New Delhi Publisher

POWERED BY

Beall's List of Predatory Journals and Publishers - Publishers    Page 20 of 33
Case 3:16-md-02738-MAS-RLS    Document 9867-33    Filed 05/29/19    Page 21 of 34 PageID:
51822

- New Ground Research Journals
- New Science Series Journals (NSSJ)
- New Scientist Publishers
- New World Publishing
- New World Sciences Academy
- Newpubli
- Nexus Academic Publishers (NAP)
- nhsJournal
- Noble Academic Publisher (NAP)
- Nobel International Journals
- NobleResearch
- Non Olympic Times
- North American Research Publishing
- North Asian International Research Journal Consortium (NAIRJC)
- North Atlantic University Union
- Noto-are
- Nova Explore Publications
- Novel Science
- Novelty Journals (see also Social Science Journals)
- Novus Scientia Journals
- Nuclei Online
- OA Publishing London
- OAE Publishing, Inc. (OAE) (OAE)
- Oak-Fortress Journals
- OASP Journals
- Oceanic Journals
- Ology Science
- OMICS International (OMICS Publishing Group)
- Ommega Publishers
- OneCentral Press
- Online Journals Management System (OJMS)
- Online Research Journals
- Online Science Publishing
- OPAST
- Open Access eBooks
- Open Academic Press
- Open Access Journal Limited (The OJAL)
- Open Access Journals
- Open Access Journals Publishing Company
- Open Access Library
- Open Access Pub also here
- Open Access Publishing Group

POWERED BY

- Open Access Science Research Publisher (OASRP)
- Open Access Text (OAT, OA Text)
- Open BioMedical Publishing Corporation (OBM) (**note**: see also LIDSEN Publishing Inc.)
- Open Journal Systems
- Open Knowledge Journals
- Open Research and Science Library (ORSlib)
- Open Research Network
- Open Research Society
- Open Science
- Open Science Publications
- OpenAccessPub also here
- Openventio Publishsers
- OPR Science
- ORB Academic Publisher
- Orbit Research and Development
- ORIC Publications
- Ozean Publications
- Pacesetter Online Publishers
- Pacific Group of e-Journals (PaGe)
- Pak Publishing Group
- Pakistan Science Mission (PSM)
- Palgo Journals
- Panacea Research Library
- Paper Publications (see also Social Science Journals)
- PaperSciences Research Publisher
- Paramount Journals
- PBS Journals
- Peak Journals
- Pearl Publication
- Pearl Research Journals
- Peertechz (Peer Teechz)
- Pelagia Research Library
- Pencil Academic Press
- Pezzottaite Journals
- Pharma Intelligence
- Pharma Publisher
- Pharma Research Library
- Pharmaceutical Research Foundation
- PharmaInfo
- PharmaInterScience Publishers
- Pharmascope Publications

POWERED BY

- Philippine Association of Institutions for Research (PAIR)
- Photon Foundation
- Pinnacle Journal Publication
- Pinnacle Research Journals (PRJ)
- Pioneer Scientific Publisher
- PiscoMed Publishing
- Planetary Scientific Research Center (PSRC)
- Platinum Global Journals
- Premier Publishers
- PressAcademia
- Prime Journals
- Pristine Research Journal Publications (PRJP)
- Priyanka Research Journal Publication
- Progress Publishing Company *SEE* International Journal of Academic Research (Publisher)
- Progressive Academic Publishing
- Progressive Science Publications
- Project Innovation   also here
- ProJournals (Professional Journals)
- Proscience Journals
- Prudence Journals
- Prudent Journals
- Pubicon International Publications (Pubicon Journals)
- Public Science Framework
- Publishing House of Sciences (PHS)
- Pulsus Group
- Purple Journals
- Pushpa Publishing House
- Pyrex Journals
- Qingres
- Quazzy Journals
- Quest Journals
- R&D Modern Research Publication
- R & S Publications *[Link dead as of 2013-07-04]*
- RAJ Group
- Rating Academy
- Readers Insight Publishers
- Recent Science
- Red Flower Publication Private Limited
- RedFame Publishing
- Remedy Publications
- Remedy Publishers POWERED BY

- Research & Analysis Journals (RA Journals)
- Research Academy of Social Sciences (RASS)
- Research Alert Journals
- Research & Development Organization
- Research and Educational Society
- The Research and Information Organization (RIO)
- Research and Knowledge Publication
- Research and Scientific Innovation Society (RSIS)
- Research & Reviews (International Journals)
- Research Centre for Management and Social Studies (RCMSS)
- Research Consultants and Publisher
- Research Foundation for Humanity (RFH)
- Research India Publications (RIP)
- Research Institute for Progression of Knowledge (RIPK)
- Research Institute for Science, Technology, and Society (RISTaS)
- Research Journal
- ResearchLEAP
- Research Open
- Research Publish Journals (see also Social Science Journals)
- Research Publisher
- Research Publishing Group
- Research, Science, and Technology Publishers (RST)
- Research Script
- Research Trend
- Research WebPub
- Researchjournali
- Revistas Academicas
- Revotech Press
- RG Education Society (RG Journals of Scientific Research)
- Rising Vision (RV)
- Ross Science Publishers
- RS Publication
- Rutveg Publishing, Inc.
- RW|ResearchWorld
- Sacha And Diamond Academic Publishers
- Sageya Publishers
- Sadguru Publications
- Sai Om Publications
- Sai Scientific Communications
- Sakun Publishing House (SPH)
- SAMANM Group of Research Publications (SGRP)
- Samreer for Science Press

POWERED BY

- Sans Publishing Group
- Sapient Press
- Savant Journals
- SAVAP International
- Savvy Science Publisher
- Scholar Journals [Link dead as of 2013-04-20]
- Scholar People
- Scholar Publications
- Scholar Science Journals
- ScholArena (also here)
- Scholarlink Resource Centre Limited
- Scholarly and Academic Research Journals (SARJ)
- Scholarly Journals
- Scholarly Research Journal's
- Scholarly Research Publisher
- Scholars Academic and Scientific Publishers (SAS Publishers)
- Scholars Scitech Research
- Scholars Middle East Publishers
- Scholars Research Library
- ScholarsHub.net
- Scholedge R&D Center
- Scholink
- Scholoxy Publications
- Sci-Afric Publishers
- Sci-Edit Publications
- Sci Forschen
- SciDoc Publishers
- Sciedu Press
- Science & Engineering Research Support soCiety (SERSC)
- Science & Knowledge Publishing Corporation Limited
- The Science and Information Organization (SAI)
- Science and Knowledge Research Society (SandK Research Society)
- Science Academy Publisher
- Science Alert
- Science and Education Centre of North America
- Science and Education (SciEP sciepub.com)
- Science and Engineering Publishing Company
- Science and Technology Central
- Science and Technology Publishing
- Science Arena Publications
- Science Education Foundation
- Science Explorer Publications (explorerpub.com)

POWERED BY

- Science Fair Open Library (SFOL)
- ScienceFlora
- Science Huβ
- Science Instinct Publications
- Science Journal Publication (SJP)
- Science Park Journals
- Science Park Research Organization and Counseling (SPROC)
- Science Publications (www.thescipub.com)
- Science Publications (www.sciencepublication.org)
- The Science Publishers (TSP)
- Science Publishing Corporation
- Science Publishing Group (also known as SciencePG and SCIPG)
- Science Q Publishing Group
- Science Record Journals
- Science Research Association (SCIREA)
- Science Research Library (SRL)
- Science Sights
- Science Signpost Publishing Inc. (SSPub)
- Science Target
- Science Web Publishing (Scienceweb Publishing)
- ScienceDomain International  also here.
- Scienceline Publications
- ScienceSolve
- Sciences & Engineering Research Publication
- ScienceScript
- Scienpress Ltd.
- Sciencevier
- Scient Open Access
- ScienTech Publisher
- Scientia Ricerca
- Scientia Socialis
- Scientific & Academic Publishing
- Scientific Advances Publishers
- Scientific & Academic Publishing (SAP)
- Scientific Cooperations
- Scientific Federation (SciFed)
- Scientific Future
- Scientific Institute For Advanced Training and Studies (SIATS)
- Scientific Journals
- Scientific Journals International
- Scientific Literature
- Scientific Online Publishing

POWERED BY

- Scientific Open Access Journals (SOAJ)
- The Scientific Pages (new website at Scholarly Pages)
- Scientific Perspectives Publishing (Scipers)
- Scientific Planet
- Scientific Platform Online Journals
- Scientific Research Gate
- Scientific Research Publishing (SCIRP)
- Scientific Times
- Scientific Viewers
- ScientificWebJournals (SWJ)
- SciForschen *SEE* Sci Forschen
- Scigmoid
- Sciknow
- Scinzer Scientific Publications
- SciPress Ltd
- SciRes Literature
- SciRex
- SCITECH
- The SciTech Publishers
- Scitechz
- SciTechnol
- ScottishGroup Education and Testing Services
- Scribes Guild
- SEAHI Publications & Academic Journals (SEAHI PAJ)
- Segment Journals
- Seitejournals
- Serials Publications Pvt Ltd
- SETScholars
- Seventh Sense Research Group Journals
- Shri Param Hans Education & Research Foundation Trust
- Sift Desk
- Significs Online Publishing
- Signpost e Journals
- Silicon Valley Publishers
- Singaporean Journals
- SJournals
- Sky Journals
- Slovakia Academic Publishing (SVAP)
- SM Group (SM Online Publishers)
- Smart Science & Technology
- SmatPub
- POWERED BY SmartPubs – Lets Smile Together

- Smith & Franklin Academic Publishing Corporation
- Society for Advancement of Sciences
- Society for Science and Education United Kingdom (SSE–UK) also called Society for Science and Education
- Society for Science and Nature
- Society of Business Research
- The Society of Digital Information and Wireless Communications (SDIWC)
- Society of Education (note: one of their journals – Advances in Bioresearch – is listed in JCR)
- Society of Engineering Science and Technology (SEST India)
- Sons and Daughters Publishing House (SDPHI ; E-JOURNALDIRECT)
- Source, Source Journals
- South Asian Academic Research Journals
- Southern Cross Publishing Group
- Speak Foundation
- SPIRI The Global Research
- Spring City Culture International Group Pte Ltd. Also: here.
- Spring International S&T Publishing Media Co. (Spring Media Publishing)
- Spring Journals
- Springwood Publishing Corporation
- Sprint Journals
- Sri Krishna International Research & Educational Consortium (SKIREC)
- SS Publications
- St. Anne Mary Publication
- Standard Global Journals
- The Standard International Journals
- Standard Research Journals
- Statperson Publishing Corporation
- STM Connect
- Streem Journal
- Stringer Open
- Suryansh Publications
- Sustainable Scientific Publisher
- SV Publication
- Swan Open
- Swedish Scientific Publications
- Swift Journals
- Swiss Journals
- Symbiosis (Symbiosis Online Publishing)
- Synchro Publisher
- Synergy Publishers
- T&S Journal PUblications

POWERED BY

- TAF Publishing
- Takayama Publishing Group
- Takshila
- Taraksh Journals
- Techmind Research
- Technical Journals Online
- Technopark Publications
- Techno Science Academy
- Terminal Journals
- Textroad Journals
- Thales Academic Publisher
- Thavan E ACT International Journals
- Thetic Journals
- Thomson & Ryberg Publications
- TI Journals
- Time Journals
- Timeline Publication Pvt. Ltd.
- TLEP Journals (The Leading Edge Journal Publication Company)
- Tomas Publishing
- Topclass Global Journals
- Trade Science, Inc
- Trans Stellar (Transstellar)
- Transaction Series on Engineering Sciences and Technologies
- Transcontinental Publishers
- Transnational Research Journals (formerly Universal Research Journals)
- TSPublications *[Link dead as of 2013-08-23]*
- Tulpar Academic Publishing
- U.S. Science Press
- UHIVE (Uluslararası Hakemli İletişim ve Edebiyat Araştırmaları Dergisi) also here
- Ulster Press
- Unified Journals
- Unique Journals Communication (UJC)
- Unique Research Journals
- United Scholars Publications
- United Scientific Group
- Universal Association of Computer and Electronics Engineers (UACEE)
- Universal Association of Mechanical and Aeronautical Engineers (UAMAE)
- Universal Publishing & Research Organization (UPRO)
- Universal Research Group
- Universal Research Publications
- Universal Scientific Publishing

Beall's List of Predatory Journals and Publishers - Publishers
Page 29 of 33
Case 3:16-md-02738-MAS-RLS Document 9867-33 Filed 05/29/19 Page 30 of 34 PageID: 51831

- UniversityPublications.net
- Universum Scientific Journals (Научные журналы Universum) also here
- Uptodate Research Publication
- URO Journals
- USN Scientific Journal
- Valley International Journals
- VBRI Press
- Verizona Publisher (VZP)
- Vernon Innovative Publishers (Vernon, VIPOA, Vernon Open Access)
- VIBGYOR Online Publishers
- Victorquest Publications [company dissolved]
- Vidya Publications
- Virtual Foundation for Advancement of Science and Technology(VFAST)
- VNMPublication
- Vow Scientific Quest
- VRJ Publishers
- VSRD International Journals
- Watch Plus
- Webcrawler Journals
- We–Together to Save Yourself Society
- Wesley & Eber Publishing
- West East Institute
- WFL Publisher
- Whites Science
- Whioce Publishing Pte. Ltd.
- Wilolud Journals
- Wireilla Scientific Publications
- WIT Press
- WOAR Journals (World Organization of Academic Research)
- World Academic Journal of Business & Applied Sciences (WAJBAS Publishing) [Publisher]
- World Academic Publishing
- World Academic Research Journals (WARJ)
- World Academic Union
- World Academy of Research and Publication
- The World Academy of Research in Science and Engineering (WARSE)
- World Academy of Science and Technology (WAST)
- World Academy of Science, Engineering and Technology (WASET)
- World Business Institute Also here: http://www.wassco.org/
- World Journal of Publisher (WJP)
- World Journals of Academic Advances
- World Science and Research Open Access Journals

POWERED BY

Beall's List of Predatory Journals and Publishers - Publishers                    Page 30 of 33
Case 3:16-md-02738-MAS-RLS    Document 9867-33    Filed 05/29/19    Page 31 of 34 PageID:
51832

- World Research Journals
- World Research Library
- World Research Publications
- World Scholars
- World Science and Research Publishing (WSRP)
- World Science Publisher
- World Science Research Journals (WSR Journals)
- World Scientific and Engineering Academy and Society (WSEAS)
- World Standard Organization
- World Wide Journals (Sara Book Publication)
- Wudpecker Research Journals
- Wyno Academic Journals
- Wyvern Publishing Group
- Xia & He Publishing also here
- Yellow Loop Journal
- Zant World Press
- Zeal Scienza Realm of Erudition
- ZealSci Journals
- Zeetarz Group Publishing
- Zenith International Research and Academic Foundation (ZIRAF)
- Zia World Press
- ZolCat Academic House
- Zt-Journals
- Zygoscient

Last updated December 31, 2016

# Update

Here we include publishers that were not originally on the Beall's list, but may be predatory.

- Academic Journals
- Academic Solutions (child of Academic Publications Ltd. and Dynamic Publishers, both on the Beall's list)
- ACTA Press
- Acta Scientific
- AGU Publications (website is not working, so I have listed all their journals in the Standalone Journals section)
- AI Publications
- Auctores Publishing, LLC
- Bio-Byword Publishing PTY LTD
- BiomedGrid, LLC
- Biomedical Research Network+, LLC
- BoHiN Access

POWERED BY

- Bosal Journals
- Boya Century Publishing
- Cambridge Scholars Publishing (CSP)
- Center for Academic Research (CAR) (linked to RIPK)
- Center for Contemporary Research (CCR) (linked to RIPK)
- Center for Promoting Education and Research (CPER)
- Chembio Publishers
- Cloud Journals (also Cloud Publications)
- CME Publishing Group (inactive)
- Consortia Academia
- Copernicus Publishing
- Crimson Publishers
- Edupedia Publications (see also International Scholarly Open Access Research)
- Emeraldtree Publishing
- Engineering Information Institute (ENGII)
- EnPress Publisher
- eScientific Research (eSciRes)
- Fortune Journals
- Geist Science
- GJ Publications (G J Publications)
- Globeedu Group (the group's journals are already on the Beall's list, but the group didn't have a website before)
- GPH Journal (connected to EPH Journal)
- Gupta Publications
- Healthcare Bulletin
- i–manager Publications
- Incessant Nature Science Publishers (INSPublishers)
- Informing Science Institute (ISI)
- Innovation Info (Innovationinfo)
- Innovision Health Media, Inc.
- International Association of Engineers (IAENG)
- International Association of Science and Technology for Development (IASTED)
- International Business Academics Consortium (IBAC)
- International Journal of Modern Research and Development (IJMRND)
- International Peer Reviewed Journals and Books (IPRJB)
- International Scientific Journal (ISJ)
- International Scientific Organization (links to Bosal)
- International Technology and Science Publications Ltd (ITS)
- IRDP Group of Journals (Innovative Research Developers and Publishers)
- IRIS Publishers

POWERED BY

- Journals of University of Babylon
- Kosmos Publishers
- Lectito
- LIDSEN Publishing Inc. (see also Open BioMedical Publishing Corporation)
- Longdom Publishing
- Lupine Publishers
- MedCave Publications (also here)
- Medip Academy
- Modern Business Press
- Molecular Biology Journals (see also OMICS)
- NADIA (relation to SERSC)
- Ology Journals
- Onjourn
- Onomy Science (Onomy Journals)
- Open Access (OA) Publication
- Oriental Scientific Publishing Company
- Phronesis, LLC
- Prague Development Center (PRADEC)
- Publishing Press
- PubMedHouse
- ReDelve International Publications
- Research Center of Education and Science (RCES)
- Research Novelty Publisher (RNP)
- Research Route
- Rivera Publications
- S Open Access Open Journals Publishing (SOAOJ)
- SAE Publications (Scientific and Academica Editores Publication house,
  SAEP)
- Scholarly Pages (new website of The Scientific Pages)
- Scholars Academic and Scientific Society (SAS Society)
- SciAccess Publisher (SciAccess Publishers)
- SCIAEON
- ScienceForecast Publications LLC
- Science Publishing Group (spg.ltd)
- Science Repository
- Scientia Socialis
- Scientific Education
- Scimaze Group (Scimaze Publishers)
- SciTech Central Inc.
- Social Science Journals (a website created by three predatory publishers)
- Sryahwa Publications
- POWERED BY

- Synotec Publishers
- Syntax Publishers
- The American Publishing House (TAPH)
- Thomson.id
- TSNS "Interaktiv plus", LLC
- UK Education Consultancy Services Ltd
- Vision Science Research Sdn Bhd (VSR, see also Universe Scientific Publishing)

Last updated May 28, 2019

- Multidisciplinary Digital Publishing Institute (MDPI) – I decided not to include MDPI on the list itself. However, I would urge anyone that wants to publish with this publisher to thoroughly read this wiki article detailing their possible ethical/publishing problems.

POWERED BY