# EXHIBIT J6

## Block, Jerome H.

| | |
|---|---|
| **From:** | William E. Longo, PhD <wlongo@mastest.com> |
| **Sent:** | Wednesday, March 07, 2018 3:22 PM |
| **To:** | Block, Jerome H. |
| **Subject:** | ISO 22262-2 Sections 16.2 and 16.3 |
| **Attachments:** | ISO_22262-2_2014(en).pdf |

The ISO 22262 has a section 16.3 "Determination of asbestos in Talc". For sample preparation, it uses the Blount method without call it the Blount method. The density of the heavy liquid is 2.850 kg/m$^3$. This is the same thing as 2.850 g/cc$^3$ which is the same heavy liquid density that we used in our protocol. Also says that "if it is required to include all fibre sizes in the measurement, determination of the mass fraction by TEM, using 14.2.4 is the optimum analytical procedure.

William E. Longo Ph.D.
President

MAS LLC.
3945 Lakefield Court Suwanee GA 30024
770-866-3200

The information contained in this email message is intended only for the confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, then you are hereby notified that you have received this document in error and that any review, distribution, or copying of this message is strictly prohibited. If you received this communication in error, please notify me via email, and delete the original message. Thank You.



Defendant's Exhibit
Atlanta Reporters 866-344-0459
# 22   10-24-18   Longo

1