## **CERTIFICATE OF SERVICE**

I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing PSC's Memorandum of Law in Opposition to Defendants Johnson & Johnson and Johnson & Johnson consumer Inc's Motion to Exclude Expert Opinions of Ghassan Saed to be filed electronically via the court's electronic filing system the 29th day of May, 2019. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated: May 29, 2019　　　　　　　　*/s/ P. Leigh O'Dell*
　　　　　　　　　　　　　　　　　　P. Leigh O'Dell